AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

La Union del Pueblo Entero; (See attachment)

*Plaintiff(s)*

v.

GREGORY W. ABBOTT, in his official capacity as Governor of Texas; (See attachment)

*Defendant(s)*

Civil Action No. 5:21-cv-844

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory W. Abbott
Office of the Governor
State Insurance Building
1100 San Jacinto
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nina Perales
MALDEF
110 Broadway, Suite 300,
San Antonio, TX 78205
(See attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-844

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

SUMMONS IN A CIVIL ACTION CONTINUATION SHEET

| Plaintiff(s), continued | Counsel of Record, continued |
|---|---|
| Friendship-West Baptist Church; The Anti-Defamation League Austin, Southwest, and Texoma Regions; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; FIEL Houston, Inc.; Isabel Longoria; and James Lewin | Sean Morales-Doyle, Eliza Sweren-Becker*, Patrick A. Berry*, Andrew B. Garber*, BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW, 120 Broadway, Suite 1750 New York, NY 10271; (646) 292-8310<br><br>Paul R. Genender, Elizabeth Y. Ryan, Matthew Berde*, Megan Cloud^, WEIL, GOTSHAL & MANGES LLP, 200 Crescent Court, Suite 300, Dallas, Texas 75201; (214) 746-8158<br><br>Alexander P. Cohen*, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153; (212) 310-8020<br><br>Christian D. Menefee, Jonathan Fombonne, Tiffany Bingham*, Sameer S. Birring, Radiah Rondon*, Susannah Mitcham*, OFFICE OF THE HARRIS COUNTY ATTORNEY, 1019 Congress Plaza, 15th Floor, Houston, TX 77002; (713) 274-5101<br><br>Michael C. Keats*, Rebecca L. Martin*, Jessica M. Choi*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, One New York Plaza, New York, NY 10004; (212) 859-8000<br><br>Christopher Bell*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, 801 17th Street, NW, Washington, DC 20006; (202) 639-7000<br><br>* Application for admission *pro hac vice* forthcoming<br><br>^ Application for admission *pro hac vice* pending |
| **Defendant(s), continued** | **Counsel of Record** |
| ESPARZA, JOSE, A. In his official capacity as Deputy Secretary of State of Texas; PAXTON, WARREN, K. in his official capacity as Attorney General of Texas; and TORRES, LUPE, C. in her official capacity as Medina County Elections Administrator | |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

La Union del Pueblo Entero; (See attachment)

*Plaintiff(s)*

v.

GREGORY W. ABBOTT, in his official capacity as Governor of Texas; (See attachment)

*Defendant(s)*

Civil Action No. 5:21-cv-844

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jose A. Esparza
Deputy Secretary of State
1100 Congress, Capitol Building, Room 1E.8A
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nina Perales
MALDEF
110 Broadway, Suite 300
San Antonio, TX 78205
(See attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:21-cv-844

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

SUMMONS IN A CIVIL ACTION CONTINUATION SHEET

| Plaintiff(s), continued | Counsel of Record, continued |
|---|---|
| Friendship-West Baptist Church; The Anti-Defamation League Austin, Southwest, and Texoma Regions; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; FIEL Houston, Inc.; Isabel Longoria; and James Lewin | Sean Morales-Doyle, Eliza Sweren-Becker*, Patrick A. Berry*, Andrew B. Garber*, BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW, 120 Broadway, Suite 1750 New York, NY 10271; (646) 292-8310<br><br>Paul R. Genender, Elizabeth Y. Ryan, Matthew Berde*, Megan Cloud^, WEIL, GOTSHAL & MANGES LLP, 200 Crescent Court, Suite 300, Dallas, Texas 75201; (214) 746-8158<br><br>Alexander P. Cohen*, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153; (212) 310-8020<br><br>Christian D. Menefee, Jonathan Fombonne, Tiffany Bingham*, Sameer S. Birring, Radiah Rondon*, Susannah Mitcham*, OFFICE OF THE HARRIS COUNTY ATTORNEY, 1019 Congress Plaza, 15th Floor, Houston, TX 77002; (713) 274-5101<br><br>Michael C. Keats*, Rebecca L. Martin*, Jessica M. Choi*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, One New York Plaza, New York, NY 10004; (212) 859-8000<br><br>Christopher Bell*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, 801 17th Street, NW, Washington, DC 20006; (202) 639-7000<br><br>* Application for admission *pro hac vice* forthcoming<br><br>^ Application for admission *pro hac vice* pending |
| **Defendant(s), continued** | **Counsel of Record** |
| ESPARZA, JOSE, A. In his official capacity as Deputy Secretary of State of Texas; PAXTON, WARREN, K. in his official capacity as Attorney General of Texas; and TORRES, LUPE, C. in her official capacity as Medina County Elections Administrator | |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

La Union del Pueblo Entero; (See attachment)

*Plaintiff(s)*

v.

GREGORY W. ABBOTT, in his official capacity as Governor of Texas; (See attachment)

*Defendant(s)*

Civil Action No. 5:21-cv-844

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Warren K. Paxton, Attorney General of Texas
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nina Perales
MALDEF
110 Broadway, Suite 300
San Antonio, TX 78205
(See attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:21-cv-844

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

SUMMONS IN A CIVIL ACTION CONTINUATION SHEET

| Plaintiff(s), continued | Counsel of Record, continued |
|---|---|
| Friendship-West Baptist Church; The Anti-Defamation League Austin, Southwest, and Texoma Regions; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; FIEL Houston, Inc.; Isabel Longoria; and James Lewin | Sean Morales-Doyle, Eliza Sweren-Becker*, Patrick A. Berry*, Andrew B. Garber*, BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW, 120 Broadway, Suite 1750 New York, NY 10271; (646) 292-8310<br><br>Paul R. Genender, Elizabeth Y. Ryan, Matthew Berde*, Megan Cloud^, WEIL, GOTSHAL & MANGES LLP, 200 Crescent Court, Suite 300, Dallas, Texas 75201; (214) 746-8158<br><br>Alexander P. Cohen*, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153; (212) 310-8020<br><br>Christian D. Menefee, Jonathan Fombonne, Tiffany Bingham*, Sameer S. Birring, Radiah Rondon*, Susannah Mitcham*, OFFICE OF THE HARRIS COUNTY ATTORNEY, 1019 Congress Plaza, 15th Floor, Houston, TX 77002; (713) 274-5101<br><br>Michael C. Keats*, Rebecca L. Martin*, Jessica M. Choi*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, One New York Plaza, New York, NY 10004; (212) 859-8000<br><br>Christopher Bell*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, 801 17th Street, NW, Washington, DC 20006; (202) 639-7000<br><br>* Application for admission *pro hac vice* forthcoming<br><br>^ Application for admission *pro hac vice* pending |
| **Defendant(s), continued** | **Counsel of Record** |
| ESPARZA, JOSE, A. In his official capacity as Deputy Secretary of State of Texas; PAXTON, WARREN, K. in his official capacity as Attorney General of Texas; and TORRES, LUPE, C. in her official capacity as Medina County Elections Administrator | |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

La Union del Pueblo Entero; (See attachment)

*Plaintiff(s)*

v.

GREGORY W. ABBOTT, in his official capacity as Governor of Texas; (See attachment)

*Defendant(s)*

Civil Action No. 5:21-844

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lupe C. Torres, Elections Administrator
Medina County
3102 Ave G
Hondo, TX 78861

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nina Perales
MALDEF
110 Broadway, Suite 300
San Antonio, TX 78205
(See attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:21-844

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

SUMMONS IN A CIVIL ACTION CONTINUATION SHEET

| Plaintiff(s), continued | Counsel of Record, continued |
|---|---|
| Friendship-West Baptist Church; The Anti-Defamation League Austin, Southwest, and Texoma Regions; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; FIEL Houston, Inc.; Isabel Longoria; and James Lewin | Sean Morales-Doyle, Eliza Sweren-Becker*, Patrick A. Berry*, Andrew B. Garber*, BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW, 120 Broadway, Suite 1750 New York, NY 10271; (646) 292-8310<br><br>Paul R. Genender, Elizabeth Y. Ryan, Matthew Berde*, Megan Cloud^, WEIL, GOTSHAL & MANGES LLP, 200 Crescent Court, Suite 300, Dallas, Texas 75201; (214) 746-8158<br><br>Alexander P. Cohen*, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153; (212) 310-8020<br><br>Christian D. Menefee, Jonathan Fombonne, Tiffany Bingham*, Sameer S. Birring, Radiah Rondon*, Susannah Mitcham*, OFFICE OF THE HARRIS COUNTY ATTORNEY, 1019 Congress Plaza, 15th Floor, Houston, TX 77002; (713) 274-5101<br><br>Michael C. Keats*, Rebecca L. Martin*, Jessica M. Choi*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, One New York Plaza, New York, NY 10004; (212) 859-8000<br><br>Christopher Bell*, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, 801 17th Street, NW, Washington, DC 20006; (202) 639-7000<br><br>* Application for admission *pro hac vice* forthcoming<br><br>^ Application for admission *pro hac vice* pending |
| **Defendant(s), continued** | **Counsel of Record** |
| ESPARZA, JOSE, A. In his official capacity as Deputy Secretary of State of Texas; PAXTON, WARREN, K. in his official capacity as Attorney General of Texas; and TORRES, LUPE, C. in her official capacity as Medina County Elections Administrator | |