IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., ISABEL LONGORIA, and JAMES LEWIN, <br><br>Plaintiffs, <br><br>- against - <br><br>GREG ABBOTT, in his official capacity as Governor of Texas, JOSE A. ESPARZA, in his official capacity as Deputy Secretary of State of Texas, KEN PAXTON, in his official capacity as Attorney General of Texas, and LUPE C. TORRES, in her official capacity as Medina County Elections Administrator, <br><br>Defendants. | Case No. 5:21-844 |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs La Unión del Pueblo Entero ("LUPE"), *et al.*, by and through their undersigned counsel, submit the following disclosure of corporate interests:

Plaintiff LUPE is a non-profit corporation that has no parent company. No publicly held corporation owns 10% or more of LUPE stock.

Plaintiff FRIENDSHIP-WEST BAPTIST CHURCH ("FRIENDSHIP-WEST") is a religious organization that has no parent company. No publicly held corporation owns 10% or more of FRIENDSHIP-WEST stock.

Plaintiffs ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS are the regional offices of the Anti-Defamation League ("ADL") in Texas. ADL is a nonprofit corporation that has no parent company. No publicly held corporation owns 10% or more of ADL stock.

Plaintiff SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT ("SVREP") is a non-profit corporation that has no parent company. No publicly held corporation owns 10% or more of SVREP stock.

Plaintiff TEXAS IMPACT is a non-profit corporation that has no parent company. No publicly held corporation owns 10% or more of TEXAS IMPACT stock.

Plaintiff MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS ("MABA-TX") is a professional association that has no parent company. No publicly held corporation owns 10% or more of MABA-TX stock.

Plaintiff TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION ("TEXAS HOPE") is a non-profit corporation that has no parent company. No publicly held corporation owns 10% or more of TEXAS HOPE stock.

Plaintiff JOLT ACTION is a non-profit corporation that has no parent company. No publicly held corporation owns 10% or more of JOLT ACTION stock.

Plaintiff WILLIAM C. VELASQUEZ INSTITUTE ("WCVI") is a nonprofit corporation that has no parent company. No publicly held corporation owns 10% or more of WCVI stock.

Plaintiff FIEL HOUSTON INC. ("FIEL") is a nonprofit corporation that has no parent company. No publicly held corporation owns 10% or more of FIEL stock.

Dated:   September 3, 2021                              Respectfully submitted,

/s/ Nina Perales
Nina Perales
Texas Bar No. 24005046
MEXICAN AMERICAN LEGAL DEFENSE AND
EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210 224-5382
nperales@maldef.org


Michael C. Keats*
Rebecca L. Martin*
Jessica M. Choi*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jessica.choi@friedfrank.com

* Application for admission *pro hac vice* forthcoming

-and-

Christopher Bell*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
christopher.bell@friedfrank.com

* Application for admission *pro hac vice* pending

*Attorneys for Plaintiffs:*
LA UNIÓN DEL PUEBLO ENTERO
SOUTHWEST VOTER REGISTRATION
    EDUCATION PROJECT

/s/ Sean Morales-Doyle
Sean Morales-Doyle
N.Y. Bar No. 5646641;
Ill. Bar No. 6293421 (inactive)
Eliza Sweren-Becker*
N.Y. Bar No. 5424403
Patrick A. Berry*
N.Y. Bar No. 5723135
Andrew B. Garber*
N.Y. Bar No. 5684147
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu
patrick.berry@nyu.edu
andrew.garber@nyu.edu

* Application for admission *pro hac vice* forthcoming

/s/ Elizabeth Y. Ryan
Paul R. Genender
Texas State Bar No. 00790758
Elizabeth Y. Ryan
Texas State Bar No. 24067758
Matthew Berde*
Texas State Bar No. 24094379
Megan Cloud^
Texas State Bar No. 24116207
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Liz.Ryan@weil.com
Paul.Genender@weil.com
Matt.Berde@weil.com
Megan.Cloud@weil.com

-and-

Alexander P. Cohen*

3

| | |
|---|---|
| MEXICAN AMERICAN BAR <br>   ASSOCIATION OF TEXAS <br>TEXAS HISPANICS ORGANIZED FOR <br>   POLITICAL EDUCATION <br>JOLT ACTION <br>WILLIAM C. VELASQUEZ INSTITUTE <br>FIEL HOUSTON INC. | Texas State Bar No. 24109739 <br>WEIL, GOTSHAL & MANGES LLP <br>767 Fifth Avenue <br>New York, New York 10153 <br>Telephone: (212) 310-8020 <br>Facsimile: (212) 310-8007 <br>Alexander.Cohen@weil.com <br><br>\* Application for admission *pro hac vice* forthcoming <br>^ Application for admission pending <br><br>*Attorneys for Plaintiffs:* <br>FRIENDSHIP-WEST BAPTIST <br>   CHURCH <br>ANTI-DEFAMATION LEAGUE <br>   AUSTIN, SOUTHWEST, AND <br>   TEXOMA REGIONS <br>TEXAS IMPACT <br>ISABEL LONGORIA <br>JAMES LEWIN <br><br>*/s/ Christian D. Menefee* <br>Christian D. Menefee <br>Harris County Attorney <br>Texas Bar No. 24088049 <br>Christian.Menefee@cao.hctx.net <br>Jonathan Fombonne <br>First Assistant Harris County Attorney <br>Texas Bar No. 24102702 <br>Jonathan.Fombonne@cao.hctx.net <br>Tiffany Bingham\* <br>Managing Counsel <br>Texas Bar No. 24012287 <br>Tiffany.Bingham@cao.hctx.net <br>Sameer S. Birring <br>Assistant County Attorney <br>Texas Bar No. 24087169 <br>Sameer.Birring@cao.hctx.net <br>Radiah Rondon\* <br>Assistant County Attorney <br>DC Bar No. 499779 <br>Radiah.Rondon@cao.hctx.net <br>Susannah Mitcham\* <br>Assistant County Attorney <br>Texas Bar No. 24107219 |

4

Susannah.Mitcham@cao.hctx.net
OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

\* Application for admission *pro hac vice* forthcoming

*Attorneys for Plaintiff:* ISABEL LONGORIA

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above document via the Court's electronic filing system on the 3rd day of September 2021.

*/s/ Nina Perales*
Nina Perales