## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO et al.

vs.                                          Case No.:  **5: 21-cv-844-FB**

**GREGORY W. ABBOTT, in his official**
**capacity as the Governor of Texas, et al.**

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now ___**Michael C. Keats**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent _**Plaintiffs LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST**_

_**VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR**_

_**ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL**_

_**EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, and FIEL**_

_**HOUSTON INC.**_

in this case, and would respectfully show the Court as follows:


1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

_**Fried, Frank, Harris, Shriver & Jacobson LLP**_____ with offices at:

Mailing address:  **One New York Plaza**

City, State, Zip Code:  **New York, New York 10004**

Telephone:  **(212) 859-8000**          Facsimile:  **(212) 859-4000**

Email:  **michael.keats@friedfrank.com**


2.    Since  **January 23, 1996**_____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of **New York**.

Applicant's bar license number is  **2720860**.

3.      Applicant has been admitted to practice before the following courts:

Court:                                          Admission date:

Supreme Court                                   October 3, 2016

First Circuit                                   February 6, 1996

Second Circuit                                  January 30, 2019

Ninth Circuit                                   September 21, 2000

Tenth Circuit                                   April 9, 2014

D.C. Circuit                                    July 29, 2016

Southern District of New York                   April 20, 1999

Eastern District of New York                    April 20, 1999

United States Tax Court                         February 18, 2020

New York State                                  January 23, 1996

4.      Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

N/A

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: _____ on the _____ y of _____, _____.

Number: _____ on the _____ y of _____, _____.

Number: _____ on the _____ y of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:

N/A

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

N/A

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Nina Perales, Mexican American Legal Defense and Educational Fund

Mailing address:  110 Broadway, Suite 300

City, State, Zip Code:  San Antonio, TX 78201

Telephone:  (210) 845-5147

Should the Court grant applicant's motion, Applicant shall tender the amount of $▪▪▪▪00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Michael C. Keats _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Michael C. Keats _____

[printed name of Applicant]

*/s/ Michael C. Keats* _____

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be **served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the** __3rd__ **day of** September_____, 2021____.

Michael C. Keats _____

**[printed name of Applicant]**

*/s/ Michael C. Keats* _____

**[signature of Applicant]**