**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

LA UNIÓN DEL PUEBLO ENTERO et al.

vs.

Case No.:   **5: 21-cv-844-FB**

**GREGORY W. ABBOTT, in his official**
**capacity as the Governor of Texas, et al.**

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  **Rebecca L. Martin**  , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent **Plaintiffs LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST**

**VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR**

**ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL**

**EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, and FIEL**

**HOUSTON INC,**

in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

    **Fried, Frank, Harris, Shriver & Jacobson LLP**   with offices at:

    Mailing address:  **One New York Plaza**

    City, State, Zip Code:  **New York, New York 10004**

    Telephone:  **(212) 859-8000**   Facsimile:  **(212) 859-4000**

    Email:  **rebecca.martin@friedfrank.com**

2.  Since  **March 12, 2012**  , Applicant has been and presently is a

    member of and in good standing with the Bar of the State of **New York**  .

    Applicant's bar license number is  **5003470**  .

3.    Applicant has been admitted to practice before the following courts:

Court:                                            Admission date:

New York State                                    March 12, 2012

Southern District of New York                     March 22, 2013

Eastern District of New York                      March 8, 2013

4.    Applicant is presently a member in good standing of the bars of the courts listed above,
      except as provided below (list any court named in the preceding paragraph before which
      Applicant is no longer admitted to practice):
      N/A

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district
      court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal
      proceedings while a member of the bar of any state or federal court, except as
      provided:
      N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,
      except as provided below (omit minor traffic offenses):
      N/A

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:   **Nina Perales, Mexican American Legal Defense and Educational Fund**

Mailing address:   **110 Broadway, Suite 300**

City, State, Zip Code:   **San Antonio, TX 78201**

Telephone:   **(210) 845-5147**

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

**Rebecca L. Martin** to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

**Rebecca L. Martin**
[printed name of Applicant]

*/s/ Rebecca L. Martin*

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a true and correct copy of this motion upon

each  attorney of record and the original upon the Clerk of Court on this the  __7th__  day

of  __September__   ,  __2021__  .

 Rebecca L. Martin
[printed name of Applicant]

/s/ Rebecca L. Martin

[signature of Applicant]