IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LAW UNION DEL PUEBLO ENTERO; ) <br> FRIENDSHIP-WEST BAPTIST CHURCH; ) <br> THE ANTI-DEFAMATION LEAGUE ) <br> AUSTIN, SOUTHWEST, AND TEXOMA; ) <br> SOUTHWEST VOTER REGISTRATION ) <br> EDUCATION PROJECT; TEXAS IMPACT; ) <br> MEXICAN AMERICAN BAR ) <br> ASSOCIATION OF TEXAS; TEXAS ) <br> HISPANICS ORGANIZED FOR ) <br> POLITICAL EDUCATION; JOLT ) <br> ACTION; WILLIAM C. VELASQUEZ ) <br> INSTITUTE; ISABEL LONGORIA; ) <br> JAMES LEWIN; AND FIEL HOUSTON, ) <br> INC., ) <br>  ) <br>     Plaintiffs, ) <br>  ) <br> V. ) <br>  ) <br> GREGORY W. ABBOTT, In his Official ) <br> Capacity as Governor of Texas; JOSE A. ) <br> ESPARZA, in his Official Capacity as ) <br> Deputy Secretary of the State of Texas; ) <br> WARREN K. PAXTON, in his Official ) <br> Capacity as Attorney General of Texas; ) <br> LUPE C. TORRES, in her Official ) <br> Capacity as Medina County Elections ) <br> Administrator, ) <br>  ) <br>     Defendants. ) | CIVIL ACTION NO. SA-21-CA-844-FB |

**ORDER GRANTING MOTION(S) FOR ADMISSION PRO HAC VICE**

Before the Court are the Motion(s) for Admission Pro Hac Vice (docket nos. 4, 5 & 6) filed by attorneys Michael C. Keats, Christopher H. Bell and Jessica M. Choi, wherein out-of-district counsel seeks leave to appear pro hac vice on behalf of plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc.

The Court hereby GRANTS (docket nos. 4, 5 & 6) counsel leave to appear pro hac vice in this cause. The Court further ORDERS that counsel become familiar with the Local Court Rules for the Western District of Texas. Should counsel apply to appear pro hac vice in any other action in the

Western District of Texas, counsel shall advise this Court of such application. The Court will then order counsel to apply for admission to the Western District of Texas.

All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance pro hac vice in any case. However, this Court has made an exception for out-of-district counsel if counsel's practice in the Western District will be limited to one or two cases. Should counsel desire to appear in another case in the district pro hac vice, it is counsel's duty to notify the Court in which counsel appears of this earlier application.

It is so ORDERED.

SIGNED this 7th day of September, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE