**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., ISABEL LONGORIA, and JAMES LEWIN,** | § § § § § § § § § § § § § | |
| **Plaintiffs,** | § § § | **Case No. 5:21-cv-0844** |
| **v.** | § § § | |
| **GREGORY W. ABBOTT, in his official capacity as Governor of Texas, JOSE A. ESPARZA, in his official capacity as Deputy Secretary of State of Texas, WARREN K. PAXTON, in his official capacity as Attorney General of Texas, and LUPE C. TORRES, in her official capacity as Medina County Elections Administrator,** | § § § § § § § § § § § | |
| **Defendants.** | § | |

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Matthew Berde, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, Isabel Longoria, and James Lewin, in this case, and would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the

     name of) Weil, Gotshal & Manges LLP with offices at:

     Mailing address:  200 Crescent Court, Suite 300

     City, State, Zip Code:  Dallas, Texas 75201

     Telephone:  214-746-7889          Facsimile:   214-746-7777

2.   Since April 2015, Applicant has been and presently is a member of and in good

     standing with the Bar of the State of Texas.

     Applicant's bar license number is 24094379.

3.   Applicant has been admitted to practice before the following courts:

     Court:                                        Admission date:

     California                                    December 5, 2008

4.   Applicant is presently a member in good standing of the bars of the courts listed

     above, except as provided below (list any court named in the preceding paragraph

     before which Applicant is no longer admitted to practice): Status is inactive in

     California.

5.   I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district

     court in Case[s]:

6.   Applicant has never been subject to grievance proceedings or involuntary removal

     proceedings while a member of the bar of any state or federal court, except as

     provided: N/A.

7.   Applicant has not been charged, arrested, or convicted of a criminal offense or

     offenses, except as provided below (omit minor traffic offenses): N/A.

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | Elizabeth Y. Ryan |
| Mailing address: | 200 Crescent Court, Suite 300 |
| City, State, Zip Code: | Dallas, Texas 75201 |
| Telephone: | 214-746-8158 |

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthew Berde to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Matthew Berde

_____

[printed name of Applicant]

_____

[signature of Applicant]

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each

attorney of record and the original upon the Clerk of Court on this the __8th_ day of

__September__ , __2021_ .

Matthew Berde

_____

[printed name of Applicant]

_____

[signature of Applicant]