UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., ISABEL LONGORIA, and JAMES LEWIN,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, in his official capacity as Governor of Texas, JOSE A. ESPARZA, in his official capacity as Deputy Secretary of State of Texas, WARREN K. PAXTON, in his official capacity as Attorney General of Texas, and LUPE C. TORRES, in her official capacity as Medina County Elections Administrator,<br><br>Defendants. | Case No. 5:21-cv-0844 |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Alexander P. Cohen, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, Isabel Longoria, and James Lewin, in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Weil, Gotshal & Manges LLP with offices at:

   Mailing address: <u>767 Fifth Avenue</u>

   City, State, Zip Code: <u>New York, New York 10153</u>

   Telephone: <u>212-310-8020</u>     Facsimile: <u>212-310-8007</u>

2. Since November 2018, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas.

   Applicant's bar license number is <u>24109739</u>.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | State of New York | October 2020 |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   - N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____  on the _____ day of _____, _____.

   Number: _____  on the _____ day of _____, _____.

   Number: _____  on the _____ day of _____, _____.

2

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    - N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    - Arrested in 2014 in Walton County, FL for Possession of Alcoholic Beverage by Person Under 21; the State ultimately filed a "Nolle Prosequi" in the case

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    | | |
    |---|---|
    | Co-counsel: | Elizabeth Y. Ryan |
    | Mailing address: | 200 Crescent Court, Suite 300 |
    | City, State, Zip Code: | Dallas, Texas 75201 |
    | Telephone: | 214-746-8158 |

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Alexander P. Cohen to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Alexander P. Cohen

_____
[printed name of Applicant]


_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the  8th  day of September 2021.

      Alexander P. Cohen
      _____
      [printed name of Applicant]

      */s/ Alexander P. Cohen*
      [signature of Applicant]