IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., ISABEL LONGORIA, and JAMES LEWIN, <br><br>                                  Plaintiffs, <br><br>            - against - <br><br> GREGORY W. ABBOTT, in his official capacity as Governor of Texas, JOSE A. ESPARZA, in his official capacity as Deputy Secretary of State of Texas, WARREN K. PAXTON, in his official capacity as Attorney General of Texas, and LUPE C. TORRES, in her official capacity as Medina County Elections Administrator, <br>                                  Defendants. | Case No. 5:21-cv-844-FB |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF ELIZA SWEREN-BECKER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Eliza Sweren-Becker, counsel for Plaintiffs Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, James Lewin, and Isabel Longoria, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Eliza Sweren-Becker may appear on behalf of Plaintiffs Friendship-West Baptist Church, the Anti-

Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, James Lewin, and Isabel Longoria in the above case.

    IT IS FURTHER ORDERED that Eliza Sweren-Becker, if she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.District Court**, in compliance with Local Court Rule AT-l(f)(2).

    SIGNED this the_____day of_____, 20_____.

                                                         Hon. Fred Biery
                                                          UNITED STATES DISTRICT JUDGE