AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:21-cv-844-FB |
| Gregory W. Abbott, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, LUPE, SVREP, MABA-Texas, Texas HOPE, Jolt Action, WCVI and Fiel Houston, Inc.   .

Date:   09/09/2021

/s/ Julia Longoria
*Attorney's signature*

Julia Longoria, Texas Bar No. 24070166
*Printed name and bar number*

MALDEF
110 Broadway, Suite 300
San Antonio TX 78205
*Address*

jlongoria@maldef.org
*E-mail address*

(210) 224-5476
*Telephone number*

(210) 224-5382
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing document via the Court's electronic filing system on the 9th day of September, 2021.

<u>/s/ Julia Longoria</u><br>
Julia Longoria