# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Western** | **United States District Court** |

Case Number: 5:21-CV-00844-FB

Plaintiff:
**LA UNION DEL PUEBLO ENTERO, ET AL.,**

vs.

Defendant:
**GREGORY W. ABBOTT, ET AL.,**

For:
Nina Perales - NEW
MALDEF
110 Broadway
Ste 300
San Antonio, TX 78205

Received by Kim Tindall & Associates on the 10th day of September, 2021 at 1:15 pm to be served on **Gregory W Abbott, Office of the Govenor, 1100 San Jacinto, State Insurance Building, Austin, Travis County, TX 78701**.

I, Kelly Murski, being duly sworn, depose and say that on the **10th day of September, 2021** at **4:23 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief** with the date of delivery endorsed thereon by me, to **Amy Cresap, Authorized to Accept** at the address of **1100 San Jacinto, State Insurance Building, Austin, Travis County, TX 78701** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 10th day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Kelly Murski
PSC-5912, Exp. 10/31/2022
9/10/21
Date

Kim Tindall & Associates
16414 San Pedro
Ste. 900
San Antonio, TX 78232
(210) 697-3400

Our Job Serial Number: KTA-2021002147

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t