IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAW UNION DEL PUEBLO ENTERO; FRIENDSHIP-WEST BAPTIST CHURCH; THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; TEXAS IMPACT; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; JOLT ACTION; WILLIAM C. VELASQUEZ INSTITUTE; ISABEL LONGORIA; JAMES LEWIN; AND FIEL HOUSTON, INC., | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | NO. SA-21-CA-844-FB |
| GREGORY W. ABBOTT, In his Official Capacity as Governor of Texas; JOSE A. ESPARZA, in his Official Capacity as Deputy Secretary of the State of Texas; WARREN K. PAXTON, in his Official Capacity as Attorney General of Texas; LUPE C. TORRES, in her Official Capacity as Medina County Elections Administrator, | § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

At approximately 11:00 a.m., September 7, 2021, the Governor of the State of Texas signed S.B. 1. Various plaintiffs now bring challenges, asserting that the legislation violates provisions of the Voting Rights Act, 42 U.S.C. § 1983, the Americans with Disabilities Act, the Rehabilitation Act, and the First, Fourteenth and Fifteenth Amendments to the United States Constitution. Two

of the cases (1:21-cv-780-RP and 5:21-cv-844-FB) were filed on September 3, 2021, before the Governor signed S.B.1.  On September 7, 2021, 5:21-cv-848-XR was filed at 11:12 A.M.  Minutes later, 1:21-cv-786-RP was filed at 11:23 A.M.

"Courts in the Fifth Circuit generally follow a 'first-filed rule' in deciding which Court should maintain jurisdiction over claims that arise out of the same subject matter but are pressed in different suits."  *Igloo Products Corp. v. The Mounties, Inc.*, 735 F. Supp. 214, 217 (S.D. Tex. 1990).  "The concern . . . is to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result."  *West Gulf Mar. Ass'n v. ILA Deep Sea Local 24*, 751 F.2d 721, 729 (5th Cir. 1985).  Applying the first-filed rule to the timely filed cases and in the interests of judicial economy, the above case is transferred to U.S. District Judge Xavier Rodriguez.

Accordingly, **IT IS HEREBY ORDERED** that this case is transferred to the docket of U.S. District Judge Xavier Rodriguez for all purposes.  Pursuant to the Amended Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 14th day of September, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE