IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:21-cv-844 |
| GREGORY W. ABBOTT, ET AL., | § § § | |
| Defendants. | § | |

**[PROPOSED] ORDER**

Before the Court is State Defendants' Partially-Opposed Motion to Consolidate. After considering the Motion, briefing on the matter, and applicable law, the Court is of the opinion that it should be GRANTED.

The Court finds that this case and the other three lawsuits that the State Defendants have moved to consolidate with this case—*OCA-Greater Houston v. Esparza*, No. 1:21-cv-780 (W.D. Tex.); *Houston Justice v. Abbott*, No. 5:21-cv-848 (W.D. Tex.); and *LULAC Texas v. Esparza*, No. 1:21-cv-786 (W.D. Tex.)—substantially overlap on substantive issues. The Court also finds that this case was the first of these four cases to have been filed.

As this is the first-filed case, the Fifth Circuit's first-to-file rule directs that this Court decide how the subsequently-filed cases should proceed. The Court finds that these four cases should be consolidated because they involve common questions of law and fact, and because the other relevant factors weigh in favor of consolidation.

IT IS THEREFORE ORDERED that State Defendants' Partially-Opposed Motion to Consolidate is hereby GRANTED. The Court hereby ORDERS that *OCA-Greater Houston v. Esparza*, No. 1:21-cv-780 (W.D. Tex.); *Houston Justice v. Abbott*, No. 5:21-cv-848 (W.D. Tex.); and *LULAC Texas v. Esparza*, No. 1:21-cv-786 (W.D. Tex.) be consolidated into *La Unión del Pueblo Entero v. Abbott*,

No. 5:21-cv-844 (W.D.Tex.).

    IT IS ORDERED that all future filings be filed in *La Unión del Pueblo Entero v. Abbott,* No. 5:21-cv-844 (W.D.Tex.).

DATE: _____

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE