## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 5:21-CV-00844-FB

Plaintiff:
**LA UNION DEL PUEBLO ENTERO, ET AL.,**

vs.

Defendant:
**GREGORY W. ABBOTT, ET AL.,**

For:
Nina Perales - NEW
MALDEF
110 Broadway
Ste 300
San Antonio, TX 78205

Received these papers on the 10th day of September, 2021 at 11:18 am to be served on **Lupe C. Torres, Elections Administrator Medina County, 3102 Ave G, Hondo, TX 78861**.

I, Edward Chambers, being duly sworn, depose and say that on the **13th day of September, 2021** at **9:44 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with the date of service endorsed thereon by me,** to: **Lupe C. Torres, Elections Administrator Medina County** at the address of: **3102 Ave G, Hondo, TX 78861**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15 day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

Damon Walter Cephas
My Commission Expires
03/11/2025
ID No. 132968298

**Edward Chambers**
PSC-11065 EXP:08/31/2022

Our Job Serial Number: KTA-2021002144

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

HARRY L. CHAMBERS/ ARMADILLO AL
P.O. Box 232
Devine, TX 78016
Phone: (210) 287-5099
Fax: (877) 354-5877

**INVOICE**

Invoice #HLC-2021000392
9/15/2021

Kim Tindall
KIM TINDALL & ASSOCIATES
16414 San Pedro
Suite 900
San Antonio, TX 78232

Reference Number: 21-2144

**Case Number: Bexar 5:21-CV-00844-FB**

Plaintiff:
**LA UNION DEL PUEBLO ENTERO, ET AL**

Defendant:
**GREGORY W. ABBOTT, ET AL**

Received: 9/10/2021   Served: 9/13/2021 9:44 am  INDIVIDUAL/PERSONAL
To be served on: LUPE C. TORRES, ELECTIONS ADMISTRATOR MEDINA COUNTY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE | 1.00 | 75.00 | 75.00 |
| PRINT FEE | 39.00 | 0.11 | 4.29 |
| RUSH FEE | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $104.29 |

**BALANCE DUE:** $104.29

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c
Page 1 / 1