# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-00844 |
| GREGORY W. ABBOTT, *et al.*, | § § | |
| *Defendants*. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas; Jose A. Esparza, in his official capacity as Deputy Secretary of State of Texas; and Warren K. Paxton, in his official capacity as Attorney General of Texas ("State Defendants"), file this Notice of Appearance of Counsel and hereby notify the Court that Patrick K. Sweeten will appear as counsel in the above-captioned case along with counsel listed below. Mr. Sweeten is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

Patrick K. Sweeten
Tex. State Bar No. 00798537
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-4139
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov

Date: September 20, 2021               Respectfully submitted.

KEN PAXTON                             /s/ Patrick K. Sweeten
Attorney General of Texas              PATRICK K. SWEETEN
                                       Deputy Attorney General for Special Litigation
BRENT WEBSTER                          Tex. State Bar No. 00798537
First Assistant Attorney General
                                       WILLIAM T. THOMPSON
                                       Deputy Chief, Special Litigation Unit
                                       Tex. State Bar No. 24088531

                                       OFFICE OF THE ATTORNEY GENERAL
                                       P.O. Box 12548 (MC-009)
                                       Austin, Texas 78711-2548
                                       Tel.: (512) 463-2100
                                       Fax: (512) 457-4410
                                       patrick.sweeten@oag.texas.gov
                                       will.thompson@oag.texas.gov

                                       **COUNSEL FOR STATE DEFENDANTS**

                              **CERTIFICATE OF SERVICE**

        I certify that a true and accurate copy of the foregoing document was filed electronically
(via CM/ECF) on September 20, 2021, and that all counsel of record were served by CM/ECF.

                                       /s/ Patrick K. Sweeten
                                       PATRICK K. SWEETEN