UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GREGORY W. ABBOTT, *et al.*, § <br> § <br> Defendants. § | Case No. 5:21-cv-00844-XR |

**UNOPPOSED MOTION TO SET DEADLINE FOR RESPONSIVE PLEADING**

Defendants Abbott, Esparza, and Paxton (the "State Defendants") respectfully request that the Court set their deadline to answer or otherwise respond to Plaintiffs' Complaint as October 25, 2021. Four cases now before this Court challenge Senate Bill 1 ("SB1"). The State Defendants in these SB1 cases have different response deadlines in different cases, and in particular cases, some of the individual State Defendants have different response deadlines. The State Defendants request a uniform response deadline so that they may respond to each lawsuit on the same day and have sufficient time to prepare their responses. The plaintiffs in each of the SB1 cases pending in this Court have agreed to a uniform response date of October 25, 2021.

The State Defendants do not seek this motion for delay, but for good cause. This motion will not prejudice Plaintiffs who do not oppose the relief requested.

1

| | |
|---|---|
| Date: September 21, 2021 | Respectfully submitted. |

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

ERIC A. HUDSON
Senior Special Counsel
eric.hudson@oag.texas.gov
Tex. Bar No. 24059977

KATHLEEN T. HUNKER
Special Counsel
kathleen.hunker@oag.texas.gov
Tex. State Bar No. 24118415
*Application for Admission Forthcoming*

LEIF A. OLSON
Special Counsel
leif.olson@oag.texas.gov
Tex. State Bar No. 24032801

*/s/ Jeffrey M. White*
JEFFREY M. WHITE
Special Counsel
jeff.white@oag.texas.gov
Tex. State Bar No. 24064380

**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I certify that counsel for the State Defendants conferred with counsel for Plaintiffs about the foregoing motion. Plaintiffs do not oppose the relief requested.

*/s/ Jeffrey M. White*
Jeffrey M. White

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 21, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Jeffrey M. White*
Jeffrey M. White