UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § Case No. 5:21-cv-00844 |

**ORDER SETTING DEADLINE FOR RESPONSIVE PLEADING**

Before the Court is the State Defendants' Unopposed Motion to Set Deadline for Responsive Pleading. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Abbott, Esparza, and Paxton have until October 25, 2021, to respond to Plaintiffs' Complaint.

DATE: _____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1