# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, | § | |
| FRIENDSHIP-WEST BAPTIST CHURCH, | § | |
| THE ANTI-DEFAMATION LEAGUE | § | |
| AUSTIN, SOUTHWEST, AND TEXOMA | § | |
| REGIONS, SOUTHWEST VOTER | § | |
| REGISTRATION EDUCATION PROJECT, | § | |
| TEXAS IMPACT, MEXICAN AMERICAN | § | |
| BAR ASSOCIATION OF TEXAS, TEXAS | § | |
| HISPANICS ORGANIZED FOR POLITICAL | § | Case No. 5:21-CV-00844-XR |
| EDUCATION, JOLT ACTION, WILLIAM | § | |
| C. VELASQUEZ INSTITUTE, FIEL | § | |
| HOUSTON INC., ISABEL LONGORIA, | § | |
| AND JAMES LEWIN, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| GREGORY W. ABBOTT, in his official | § | |
| capacity as Governor of Texas, JOSE A. | § | |
| ESPARZA, in his official capacity as | § | |
| Deputy Secretary of State of Texas, | § | |
| WARREN K. PAXTON, in his official | § | |
| Capacity as Attorney General of Texas, and | § | |
| LUPE C. TORRES, in his official capacity | § | |
| as Medina County Elections Administrator, | § | |
|     *Defendants*. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Lupe C. Torres, files this Unopposed Motion for Extension of Time to File an Answer to Plaintiffs' Complaint.

1. On September 3, 2021, Plaintiffs filed their Complaint, and Defendant was served on September 13, 2021, making his answer due on October 4, 2021.

2. Defendant respectfully requests an extension until October 25, 2021, to file an answer to Plaintiffs' Complaint.

3.    This date conforms with the State Defendants current response date and will allow Defendant time to investigate Plaintiffs' claims.

4.    Defendant does not seek this motion for delay, but for good cause.  This motion will not prejudice Plaintiffs as they do not oppose the relief requested.

Respectfully submitted,

*/s/Robert Henneke*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHAD ENNIS
Texas Bar No. 24045834
cennis@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:    (512) 472-2700
Facsimile:    (512) 472-2728

*Attorneys for Lupe C. Torres*

### CERTIFICATE OF CONFERENCE

I hereby certify that on Sept. 21, 2021, I conferred with counsel for Plaintiffs about the foregoing motion.  Plaintiffs do not oppose the relief requested.

*/s/Chad Ennis*
CHAD ENNIS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on September 22, 2021, with the Clerk of the Court for the U.S. Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record.

*/s/Robert Henneke*
ROBERT HENNEKE