## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., ISABEL LONGORIA, AND JAMES LEWIN,<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, in his official capacity as Governor of Texas, JOSE A. ESPARZA, in his official capacity as Deputy Secretary of State of Texas, WARREN K. PAXTON, in his official Capacity as Attorney General of Texas, and LUPE C. TORRES, in his official capacity as Medina County Elections Administrator,<br>    *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§ | Case No. 5:21-CV-00844-XR |

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Defendant Lupe C. Torres' Unopposed Motion for Extension of Time to File Answer to Plaintiffs' Complaint. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Lupe C. Torres has until October 25, 2021, to respond to Plaintiffs' Complaint.

SIGNED this _____ day of September, 2021.

                                                  _____
                                                  XAVIER RODRIGUEZ
                                                  UNITED STATES DISTRICT JUDGE