UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

La Union del Pueblo Entero et al.

vs.

Abbott et al.

Case No.: 5:21-cv-0920, consolidated with 5:21-cv-844

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Marc T. Rasich, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent MI FAMILIA VOTA; MARLA LÓPEZ; MARLON LÓPEZ; and PAUL RUTLEDGE in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Stoel Rives LLP with offices at:

    Mailing address: 201 S. Main Street, Suite 1100

    City, State, Zip Code: Salt lake City, UT 84111

    Telephone: 801.328.3131    Facsimile: 801.578.6969

2. Since 2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of Utah. Applicant's bar license number is 9279.

3. Applicant has been admitted to practice before the following courts:

    Court:  Please see attached    Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Sean Lyons, LYONS & LYONS PC

Mailing address: 237 W. Travis Street, Suite 100

City, State, Zip Code: San Antonio, TX 78205

Telephone: 201.225.5221

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Marc T. Rasich to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Marc T. Rasich
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 1st day of October, 2021.

Marc T. Rasich
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

La Union del Pueblo Entero et al.

Case No.: 5:21-cv-0920, consolidated with 5:21-cv-844

Abbott et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Marc T. Rasich, counsel for MI FAMILIA VOTA; MARLA LÓPEZ; MARLON LÓPEZ; and PAUL RUTLEDGE, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Marc T. Rasich may appear on behalf of MI FAMILIA VOTA; MARLA LÓPEZ; MARLON LÓPEZ; and PAUL RUTLEDGE in the above case.

IT IS FURTHER ORDERED that Marc T. Rasich, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20_____.

_____
UNITED STATES DISTRICT JUDGE

## BAR ADMISSIONS

Admitted to the Supreme Court of California December 1994.

Admitted to the United States District Court, Central District of California February 1995.

Admitted to the United States District Court, Northern District of California June 1995.

Admitted to the Supreme Court of Utah October 2001.

Admitted to the United States District Court for the District of Utah October 2001.

Admitted to the 9th Circuit Court of Appeals, January 2003.

Admitted to the United States District Court, Southern District of California October 2007.

Admitted to the 11th Circuit Court of Appeals July 13, 2009.

Admitted to the 10th Circuit Court of Appeals December 28, 2011.

Admitted to the Eastern District of Texas October 3, 2012.

Admitted to the US District Court of Colorado May 26, 2015.