UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

La Union del Pueblo
Entero et al.

vs.

Abbott et al.

Case No.:  5:21-cv-0920, consolidated with 5:21-cv-844

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Elijah M. Watkins_____ , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; and PAUL RUTLEDGE_____ in this case, and

would respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of)

__Stoel Rives LLP_____ with offices at:

Mailing address: __101 S. Capitol Boulevard, Suite 1900_____

City, State, Zip Code: __Boise, Idaho 83702_____

Telephone: __(208) 389-9000_____    Facsimile: __(208) 389-9040_____

2.     Since __October 4, 2012_____ , Applicant has been and presently is a

member of and in good standing with the Bar of the State of __Idaho_____.

Applicant's bar license number is __8977_____.

3.     Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| USDC of Idaho | 10/4/2012 |
| U.S. Court of Appeals, 9th Circuit | 2/28/2018 |
| USDC for the Northern District of IL | 12/22/2009 |
| Bar of the State of Illinois | 11/5/2009 |
| Nez Perce Indian Reservation Tribal | 2/17/2015 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: ___Sean Lyons, LYONS & LYONS PC_____

Mailing address: ___237 W. Travis St., Suite 100_____

City, State, Zip Code: ___San Antonio, Texas 78205_____

Telephone: ___(201) 225-5251_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

___Elijah M. Watkins_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Elijah M. Watkins
_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the _6th_ day of __October_____, _2021_.

Elijah M. Watkins
_____
[printed name of Applicant]

_____
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

La Union del Pueblo

Entero et al.

Case No.: 5:21-cv-0920, consolidated with 5:21-cv-844

vs.

Abbott et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Elijah M. Watkins                                      , counsel for
Mi Familia Vota, Marla Lopez, Marlon Lopez and
 Paul Rutledge                                        , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and
Mi Familia Vota, Marla Lopez, Marlon
 Elijah M. Watkins                           may appear on behalf of Lopez and Paul Rutledge

in the above case.

IT IS FURTHER ORDERED that  Elijah M. Watkins                                     , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE