UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

La Union del Pueblo Entero et al.

vs.

Abbott et al

Case No.: 5:21-cv-0920, consolidated with 5:21-cv-844

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Ben Clements__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Mi Familia Vota et al.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Free Speech For People__ with offices at:

   Mailing address: __1320 Centre. St. #405__

   City, State, Zip Code: __Newton, MA 02459__

   Telephone: __(617) 244-0234__   Facsimile: __(512) 628-0142__

2. Since __1989__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Massachusetts__. Applicant's bar license number is __555802__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | *see attachment for complete list | |
   | | |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
   Number: 5:20-cv-830-JKP on the 21st day of July, 2020.
   Number: _____ on the ___ day of _____, ____.
   Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Sean Lyons, LYONS & LYONS PC

Mailing address: 237 W. Travis St., Suite 100

City, State, Zip Code: San Antonio, Texas 78205

Telephone: (201) 225-5251

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Ben Clements to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Ben Clements
[printed name of Applicant]

*Ben Clements*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 6th day of October, 2021.

Ben Clements
[printed name of Applicant]

*Ben Clements*
[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

La Union del Pueblo Entero et al.

vs.                                                  Case No.: 5:21-cv-920, consolidated with 5:21-cv-844

Abbott et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Ben Clements, counsel for Mi Familia Vota et al., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Ben Clements may appear on behalf of Mi Familia Vota et al. in the above case.

IT IS FURTHER ORDERED that Ben Clements, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields      Print Form

*La Unión del Pueblo Entero v. Abbott*, 5:21-cv-844
Attachment to Application of Attorney for Admission to Practice Pro Hac Vice
Ben Clements

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Commonwealth of Massachusetts | 12/18/1989 |
| U.S. Supreme Court | 04/23/2012 |
| U.S. Court of Appeals for the First Circuit | 07/31/1990 |
| U.S. Court of Appeals for the Fifth Circuit | 09/28/2020 |
| U.S. Court of Appeals for the Ninth Circuit | 10/09/2020 |
| U.S. District Court for the District of Massachusetts | 05/23/1991 |