## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-00786

Plaintiff:
**Lulac Texas; Vote Latino; Texas Alliance for Retired Americans; Texas**
**AFT**

vs.

Defendant:
**Jose Esparza, in his official capacity as the Texas Deputy Secretary of**
**State; Ken Paxton, in his official capacity as the Texas Attorney**
**General; et al.**

MST2021006569

For:
Perkins Coie LLP
500 North Akard St.
Suite 3300
Dallas, TX 75201

Received by Austin Process LLC on the 9th day of September, 2021 at 5:00 pm to be served on **Yvonne Ramon, in her official capacity as the Hidalgo County Elections Administrator Hidalgo County Elections Department, 213 S. Closner Blvd., Edinburg, Hidalgo County, TX 78539.**

I, Barbara Trask, being duly sworn, depose and say that on the **24th day of September, 2021 at 9:19 am, I:**

**INDIVIDUALLY and  PERSONALLY Executed,** by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief and Civil Cover Sheet**  with the date of service endorsed thereon by me, to  **Yvonne Ramon, in her official capacity as the Hidalgo County Elections Administrator Hidalgo County Elections Department**  in person at the Work address of _ **213 S. Closner Blvd., Edinburg, Hidalgo County, TX 78539,.**

**Description of Person Served:** Age: 50, Sex: F, Race/Skin Color: Hispanic, Height: 5'6, Weight: 140, Hair: Black, Glasses: Y



## AFFIDAVIT OF SERVICE For 1:21-CV-00786

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am certified to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF _Texas_

Subscribed and Sworn to before me on
the _24_ day of _Sept_, _2021_
by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TIMOTHY R. VOSS
Notary Public, State of Texas
Comm. Expires 03-31-2024
Notary ID 130594757

*Barbara Trask*
**Barbara Trask**
PSC-10202  Exp: 3/31/2023

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2021006569
Ref: 138393.0042

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z