UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, *et al.*, § § *Defendants*. § § | Civil Case No. 5:21-cv-00844 |

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL
FOR LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS,
TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION,
WILLIAM C. VELASQUEZ INSTITUTE, AND FIEL HOUSTON INC.**

The undersigned respectfully requests that the Clerk of Court withdraw the appearance of Jessica M. Choi as counsel of record for plaintiffs La Unión Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. (collectively, "Plaintiffs"). Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP.

Date: October 19, 2021

/s/ Jessica M. Choi
JESSICA M. CHOI
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
jessica.choi@friedfrank.com

*Attorney for Plaintiffs:*
LA UNIÓN DEL PUEBLO ENTERO
SOUTHWEST VOTER REGISTRATION
   EDUCATION PROJECT
MEXICAN AMERICAN BAR

    ASSOCIATION OF TEXAS
TEXAS HISPANICS ORGANIZED FOR
  POLITICAL EDUCATION
JOLT ACTION
WILLIAM C. VELASQUEZ INSTITUTE
FIEL HOUSTON INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed electronically on October 19, 2021, with the Clerk of the Court for the U.S. Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record, except as below noted.

I further certify that a true and correct copy of the foregoing document was served on the below attorney on October 19, 2021, via First Class Mail.

Domingo A. Garcia
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247

/s/ Jessica M. Choi
JESSICA M. CHOI