UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, *et al.*, § § *Defendants*. § § | Civil Case No. 5:21-cv-00844 |

**[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW APPEARANCE AS COUNSEL
FOR LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS,
TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION,
WILLIAM C. VELASQUEZ INSTITUTE, AND FIEL HOUSTON INC.**

Upon consideration of the Motion to Withdraw Appearance as Counsel for plaintiffs La Unión Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. (collectively, "Plaintiffs"), and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion to Withdraw Appearance as Counsel for Plaintiffs, be and is hereby, **GRANTED**. The appearance of Jessica M. Choi for Plaintiffs is withdrawn and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP.

Date:

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE