UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.

vs.                                           Case No.:  5:21-CV-0844-XR

GREGORY W. ABBOTT, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Graham White__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Plaintiffs__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Elias Law Group__ with offices at:

   Mailing address: __10 G Street NE__

   City, State, Zip Code: __Washington, DC, 20002__

   Telephone: __202-968-4507__     Facsimile: __202-968-4498__

2. Since __May 2019__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __District of Columbia__. Applicant's bar license number is __888273658__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Maryland | December 2016 |
   | U.S. Court of Appeals, 2nd Circuit | August 2020 |
   | U.S. Court of Appeals, 9th Circuit | December 2020 |
   | U.S. Court of Appeals, 5th Circuit | March 2020 |
   | U.S. District Court for D.C. | July 2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5. I have ~~have not~~ previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the _____ day of _____, _____.
    Number: _____ on the _____ day of _____, _____.
    Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

    Yes.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: __John R. Hardin__

Mailing address: __500 N. Akard St., Suite 3300__

City, State, Zip Code: __Dallas, TX 75201__

Telephone: __(214) 965-7743__

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __Graham White__ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

__Graham White__
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____ day of __October__, __2021__.

__Graham White__
[printed name of Applicant]

_____
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.

vs.                                                  Case No.: 5:21-CV-0844-XR

GREGORY W. ABBOTT, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Graham White__, counsel for __Plaintiffs__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Graham White__ may appear on behalf of __Plaintiffs__ in the above case.

IT IS FURTHER ORDERED that __Graham WHite__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of __October__, 20__21__.