Sean Lyons, State Bar No. 00792280
Clem Lyons, State Bar No. 12742000
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545
Sean@lyonsandlyons.com
Clem@lyonsandlyons.com

Wendy J. Olson (*Pro hac vice*)
Laura E. Rosenbaum (*Pro hac vice*)
Marc Rasich (*Pro hac vice*)
Elijah Watkins (*Pro hac vice*)
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480
wendy.olson@stoel.com
laura.rosenbaum@stoel.com
elijah.watkins@stoel.com
marc.rasich@stoel.com

Courtney Hostetler (*Pro hac vice*)
Ron Fein (*Pro hac vice*)
John Bonifaz (*Pro hac vice*)
Ben Clements (*Pro hac vice*)
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al. <br><br> Defendants. | Case No. 5:21-CV-0844XR |

## NOTICE OF JOINDER

Plaintiffs Mi Familia Vota, Marla Lopez; Marlon Lopez; and Paul Ruiledge (collectively, the Mi Familia Vota Plaintiffs), by and through the undersigned counsel hereby join in Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons (collectively, "*Houston Justice* Plaintiffs") Opposition to the Public Interest Legal Foundation's Motion to Intervene (Dkt. 43). While the Motion was not expressly directed to the Mi Familia Vota Plaintiffs' action, in footnote 1 the Foundation suggests that for "purposes of judicial economy" it did not provide a proposed response to the Mi Familia Vota Plaintiffs' complaint but "reserved the right to provide a response". To the extent that the Foundation seeks to intervene in the Mi Familia Vota Plaintiffs' action, the Motion should be denied based on the same arguments and for the same reasons articulated in the *Houston Justice Plaintiffs'* Opposition.

- 2 -

112783760.1 0099831-00001

DATED:  October 21, 2021

                                              Respectfully submitted,

LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

By:  \_\_\_/s/ *Marc T. Rasich*_____
Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com

Wendy J. Olson (*Pro hac vice*)
Laura E. Rosenbaum (*Pro hac vice*)
Marc Rasich (*Pro hac vice*)
Elijah Watkins (*Pro hac vice*)
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205

Courtney Hostetler (*Pro hac vice*)
Ron Fein (*Pro hac vice*)
John Bonifaz (*Pro hac vice*)
Ben Clements (*Pro hac vice*)
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

112783760.1 0099831-00001