**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 5:21-CV-0844-XR |
| | § | |
| GREGORY W. ABBOTT, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| OCA-GREATER HOUSTON, et al., | § | |
|     Plaintiffs, | § | |
| v. | § | Case No. 1:21-CV-0780-XR |
| | § | |
| JOSE A. ESPARZA, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| HOUSTON JUSTICE, et al., | § | |
|     Plaintiffs, | § | |
| v. | § | Case No. 5:21-CV-0848-XR |
| | § | |
| GREGORY WAYNE ABBOTT, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| LULAC TEXAS, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:21-CV-0786-XR |
| | § | |
| JOSE ESPARZA, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| MI FAMILIA VOTA, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 5:21-CV-0920-XR |
| | § | |
| GREG ABBOTT, et al., | § | |
|     Defendants. | § | |

## PLAINTIFFS' NOTICE OF JOINDER IN OPPOSITION TO INTERVENTION

Plaintiffs OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund (collectively, the OCA-Greater Houston Plaintiffs) hereby join in the Opposition to the Public Interest Legal Foundation's Motion to Intervene filed by Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; Jeffrey Lamar Clemmons (collectively, "*Houston Justice* Plaintiffs") (Dkt. 49).

While the putative intervenor ("PILF") has not expressly sought to intervene in the OCA-Greater Houston Plaintiffs' action and, indeed, did not meet and confer with the OCA-Greater Houston Plaintiffs prior to filing its motion to intervene, PILF nevertheless purports to reserve the right to respond to OCA-Greater Houston's complaint pursuant to footnote 1 of its motion to intervene. To the extent that PILF seeks to intervene in the OCA-Greater Houston Plaintiffs' action, its Motion should be denied for the reasons set forth in the *Houston Justice* Plaintiffs' Opposition, as the OCA-Greater Houston Plaintiffs are identically situated to the *Houston Justice* Plaintiffs in respect to the intervention, and would be harmed in identical ways if the intervention was permitted.

DATED:  October 21, 2021

          Respectfully submitted,

          /s/    Ryan V. Cox
          Mimi M.D. Marziani
          Texas Bar No. 24091906
          Ryan V. Cox
          Texas Bar No. 24074087
          Hani Mirza
          Texas Bar No. 24083512
          **TEXAS CIVIL RIGHTS PROJECT**
          1405 Montopolis Drive
          Austin, TX 78741
          512-474-5073 (Telephone)
          512-474-0726 (Facsimile)
          mimi@texascivilrightsproject.org
          ryan@texascivilrightsproject.org
          hani@texascivilrightsproject.org

          Thomas Buser-Clancy
          Texas Bar No. 24078344
          Savannah Kumar
          Texas Bar No. 24120098
          Andre Segura
          Texas Bar No. 24107112
          **ACLU FOUNDATION OF TEXAS, INC.**
          5225 Katy Freeway, Suite 350
          Houston, TX 77007
          Telephone: (713) 942-8146
          Fax: (915) 642-6752
          tbuser-clancy@aclutx.org
          skumar@aclutx.org
          asegura@aclutx.org

          Adriel I. Cepeda Derieux
          Sophia Lin Lakin
          Samantha Osaki
          **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
          125 Broad St., 18th Floor
          New York, NY 10004
          (212) 284-7334
          acepedaderieux@aclu.org
          slakin@aclu.org

sosaki@aclu.org
Susan Mizner
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala
Susana Lorenzo-Giguere
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org

Jessica Ring Amunson
Urja Mittal
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

*COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et al.*