# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, *Plaintiffs*, v. GREGORY W. ABBOTT, *et al.*, *Defendants*. | § § § § § § § § | Case No. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, *et al.*, *Plaintiffs*, v. JOSE A. ESPARZA, *et al,*. *Defendants*. | § § § § § § § § | Case No. 1:21-cv-780-XR |
| HOUSTON JUSTICE, *et al.*, *Plaintiffs*, v. GREGORY WAYNE ABBOTT, *et al.*, *Defendants*. | § § § § § § § § | Case No. 5:21-cv-848-XR |
| LULAC TEXAS, *et al.*, *Plaintiffs*, v. JOSE ESPARZA, *et al.*, *Defendants*. | § § § § § § § § | Case No. 1:21-cv-0786-XR |
| MI FAMILIA VOTA, *et al.*, *Plaintiffs*, v. GREG ABBOTT, *et al.*, *Defendants*. | § § § § § § § § § | Case No. 5:21-cv-0920-XR |

**EXHIBIT A**

**DECLARATION OF JACK DISORBO**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>*Defendants*. | § § § § § § § § | Case No. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>JOSE A. ESPARZA, *et al,*.<br>*Defendants*. | § § § § § § § § | Case No. 1:21-cv-780-XR |
| HOUSTON JUSTICE, *et al.,*<br>*Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, *et al.*,<br>*Defendants*. | § § § § § § § § | Case No. 5:21-cv-848-XR |
| LULAC TEXAS, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>JOSE ESPARZA, *et al.*,<br>*Defendants*. | § § § § § § § § | Case No. 1:21-cv-0786-XR |
| MI FAMILIA VOTA, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br>*Defendants*. | § § § § § § § § | Case No. 5:21-cv-0920-XR |

## DECLARATION OF JACK DISORBO

Pursuant to 28 U.S.C. § 1746, I, Jack DiSorbo, hereby declare:

1. I am an attorney in the Office of the Attorney General of Texas, Office of Special Litigation. I am assigned to represent the State Defendants in the above-captioned case. I am above the age of eighteen years, and I am fully competent to make this declaration. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as counsel in this case.

2. I submit this declaration in support of the State Defendants' concurrently filed Motion to Dismiss the Complaint of the League of United Latin American Citizens.

3. Filed herewith as State Defendants' Exhibit B is a true and correct copy of the document that I downloaded from the indicated website:

- **Exhibit B. Voto Latino 2018 Form 990.** Voto Latino, Inc., *Financials: 2018 Public Disclosure* (2018), https://votolatino.org/wp-content/uploads/2020/01/18X_VOTO_PUB_DISC.pdf.

I swear under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2021.

*/s/ Jack Buckley DiSorbo*
Jack Buckley DiSorbo
Assistant Attorney General

*Counsel for the State Defendants*