**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* <br><br> v. <br><br> GREGORY W. ABBOTT, et al., *Defendants.* | § § § § § § § § | 5:21-CV-0844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs,* <br><br> v. <br><br> JOSE A. ESPARZA, et al., *Defendants.* | § § § § § § § | 1:21-CV-0780-XR |
| HOUSTON JUSTICE, et al., *Plaintiffs,* <br><br> v. <br><br> GREGORY WAYNE ABBOTT, et al., *Defendants.* | § § § § § § § | 5:21-CV-0848-XR |
| LULAC TEXAS, et al., *Plaintiffs,* <br><br> v. <br><br> JOSE ESPARZA, et al., *Defendants.* | § § § § § § § | 1:21-CV-0786-XR |
| MI FAMILIA VOTA, et al., *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, et al., *Defendants.* | § § § § § § | 5:21-CV-0920-XR |

**PROPOSED INTERVENOR-DEFENDANTS'**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Proposed Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, and National Republican Congressional Committee have no parent company, and no publicly held corporation owns 10% or more of their stock.

October 25, 2021                          Respectfully submitted,

                                          */s/ John M. Gore*
                                          John M. Gore
                                          E. Stewart Crosland*
                                          Stephen J. Kenny*
                                          JONES DAY
                                          51 Louisiana Avenue, N.W.
                                          Washington, D.C. 20001
                                          Phone: (202) 879-3939
                                          Fax: (202) 626-1700
                                          jmgore@jonesday.com
                                          scrosland@jonesday.com
                                          skenny@jonesday.com

                                          *Counsel for Proposed Intervenor-Defendants*

                                          **Pro hac vice* applications forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ John M. Gore
*Counsel for Proposed Intervenor-Defendants*