AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* v. _____ *Defendant* | ) ) ) ) ) | Case No. |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                        _____
                                                                         *Attorney's signature*

                                                                         _____
                                                                         *Printed name and bar number*

                                                                         _____
                                                                         *Address*

                                                                         _____
                                                                         *E-mail address*

                                                                         _____
                                                                         *Telephone number*

                                                                         _____
                                                                         *FAX number*

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Harris County Republican Party, The Dallas County Republican Party, the National Republican Senatorial Committee, and the National Republican Congressional Committee