**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>　　　　*Defendants.* | §§§§§§§§ | Civil No. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>JOSE A. ESPARZA, et al.,<br>　　　　*Defendants.* | §§§§§§§§ | Civil No. 1:21-cv-0780-XR |
| HOUSTON JUSTICE, et al.,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>GREGORY WAYNE ABBOTT, et al.,<br>　　　　*Defendants.* | §§§§§§§§ | Civil No. 5:21-cv-0848-XR |
| TEXAS LULAC, et al.,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>JOSE ESPARZA, et al.,<br>　　　　*Defendants.* | §§§§§§§§ | Civil No. 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al.,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>GREGORY ABBOTT, et al.,<br>　　　　*Defendants.* | §§§§§§§§ | Civil No. 5:21-cv-0920-XR |

**[PROPOSED] ORDER GRANTING LUPE C. TORRES' MOTION TO DISMISS**

2

Before the Court is Defendant Lupe C. Torres' Motion to Dismiss. Having considered the Motion, the responses and any reply thereto, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Lupe C. Torres, as Medina County Elections Administrator's Motion to Dismiss is hereby GRANTED.

SIGNED this _____ day of October, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE