# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | 5:21-CV-0844-XR | |
| § | | |
| **GREGORY ABBOTT, et al.** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **OCA-GREATER HOUSTON, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | 1:21-CV-0780-XR | |
| § | | |
| **JOSE A. ESPARZA, et al.** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **HOUSTON JUSTICE, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | 5:21-CV-0848-XR | |
| § | | |
| **GREGORY WAYNE ABBOTT, et al.,** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **TEXAS LULAC, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | 1:21-CV-0786-XR | |
| § | | |
| **JOSE ESPARZA, et al.,** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **MI FAMILIA VOTA, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | 5:21-CV-0920-XR | |
| § | | |
| **GREG ABBOTT, et al.,** § | | |
| *Defendants.* § | | |

## DEFENDANT DANA DEBEAUVOIR'S NOTICE OF JOINDER IN OPPOSITION TO INTERVENTION

Defendant Dana DeBeauvoir, in her official capacity as Travis County Clerk, hereby joins in the Opposition to the Public Interest Legal Foundation's (hereinafter, "PILF") Motion to Intervene filed by Defendants Jacquelyn Callanen,[1] Yvonne Ramón,[2] Michael Scarpello,[3] and Lisa Wise,[4] in their official capacities (hereinafter referred to in this Notice as the "County Election Administrator Defendants"), (ECF No. 52).

While the putative intervenor ("PILF") only expressly sought to intervene in the LULAC Texas Plaintiffs' action, PILF nevertheless purports to reserve the right to respond and seek to intervene with respect to each of the consolidated cases pursuant to footnote 1 of its Motion to Intervene.[5] To the extent that PILF seeks to intervene in the LULAC Texas and OCA-Greater Houston Plaintiffs' consolidated actions in which Defendant DeBeauvoir has been sued and appeared as a defendant, PILF's Motion should be denied for the reasons and authorities set forth in the *County Election Administrator Defendants*' Opposition,[6] Defendant DeBeauvoir incorporates by reference the reasons and authorities set forth in the *County Election Administrator Defendants' Opposition* as though same were set forth in full herein.

---

[1] Sued in her official capacity as Bexar County Elections Administrator.
[2] Sued in her official capacity as Hidalgo County Elections Administrator.
[3] Sued in his official capacity as Dallas County Elections Administrator.
[4] Sued in her official capacity as El Paso County Elections Administrator.
[5] See, ECF No. 43, Public Interest Legal Foundation's Motion to Intervene at 2, fn. 1.
[6] See, ECF No. 52.

        Respectfully submitted,

        **DELIA GARZA**
        County Attorney, Travis County
        P. O. Box 1748
        Austin, Texas 78767
        Telephone:   (512) 854-9513
        Facsimile:    (512) 854-4808

By:    */s/ Anthony J. Nelson*
        SHERINE E. THOMAS
        State Bar No. 00794734
        sherine.thomas@traviscountytx.gov
        LESLIE W. DIPPEL
        State Bar No. 00796472
        leslie.dippel@traviscountytx.gov
        ANTHONY J. NELSON
        State Bar No. 14885800
        Tony.Nelson@traviscountytx.gov
        PATRICK T. POPE
        State Bar No. 24079151
        Patrick.Pope@traviscountytx.gov

        **ATTORNEYS FOR DEFENDANT DANA DEBEAUVOIR, IN HER OFFICIAL CAPACITY AS TRAVIS COUNTY CLERK**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 27th day of October, 2021.

                                            */s/ Anthony J. Nelson*
                                            ANTHONY J. NELSON
                                            PATRICK T. POPE
                                            Assistant County Attorneys