# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Case No: 5:21-cv-00844-XR <br><br> **Consolidated Cases:** *OCA-Greater Houston, et al. v. Jose A. Esparza, et al.*, No. 1:21-cv-780-XR; *Houston Justice, et al., v. Gregory Wayne Abbott, et al.*, No. 5:21-cv-848-XR; *LULAC Texas, et al., v. Jose Esparza, et al.*, No. 1:21-cv-0786-XR; *Mi Familia Vota, et al., v. Greg Abbott, et al.*, No. 5:21-cv-0920-XR. |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this court, and am in good standing. I appear as counsel for the Foundation for Government Accountability who intends to file an *amicus curiae* brief in this case.

DATE: October 29, 2021

Respectfully submitted,

*/s/ Donna Garcia Davidson*

Donna Garcia Davidson, Texas Bar #00783931
Attorney and Counselor at Law
P.O. Box 12131
Austin, Texas 78711
Telephone: 512-775-7625
Fax: 877-200-6001
donna@dgdlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2021, I electronically filed a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

RESPECTFULLY SUBMITTED this 29th day of October, 2021

*/s/Donna Garcia Davidson*
TX State Bar #00783931