AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero, et al.<br>*Plaintiff*<br>v.<br>Gregory W. Abbott, et al.<br>*Defendant* | Case No. 5:21-cv-00844-XR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP-TEXAS, TEXAS ORGANIZING PROJECT, and WORKERS DEFENSE ACTION FUND.

Date: 11/01/2021

*/s/Ashley Alcantara Harris*
*Attorney's signature*

Ashley Alcantara Harris
*Printed name and bar number*
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288

*Address*

aharris@aclutx.org
*E-mail address*

(713) 942-8146
*Telephone number*

(713) 942-8966
*FAX number*