**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br>   *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>   *Defendants*. | 5:21-cv-0844-XR |
| OCA-GREATER HOUSTON, et al.,<br>   *Plaintiffs*,<br><br>v.<br><br>JOSE A. ESPARZA, et al.,<br>   *Defendants*. | 1:21-cv-0780-XR |
| HOUSTON JUSTICE, et al.,<br>   *Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, et al.,<br>   *Defendants*. | 5:21-cv-0848-XR |
| LULAC TEXAS, et al.,<br>   *Plaintiffs*,<br><br>v.<br><br>JOSE EXPARZA, et al.,<br>   *Defendants*. | 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al.,<br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, et al.,<br>   *Defendants*. | 5:21-cv-0920-XR |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND MOTION
TO DISMISS BRIEFING DEADLINES**

- 2 -

The Court considered Plaintiffs' Unopposed Motion to Extend Motion to Dismiss Briefing Deadlines, filed on November 4, 2021, and finds the motion should be granted.

Accordingly, IT IS ORDERED that Plaintiffs' Unopposed Motion to Extend Motion to Dismiss Briefing Deadlines is GRANTED, and Plaintiffs are ordered to file their response briefs by November 18, 2021, and Defendants are ordered to file their reply briefs by December 3, 2021.

SIGNED this _____ day of _____, 2021.

_____