# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION  ▼

LA UNION DEL PUEBLO ENTERO, et al.

vs.

GREGORY W. ABBOTT, et al.

Case No.: 5:21-cv-00844-XR

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Stewart Whitson, counsel for Foundation for Government Accountability, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Stewart Whitson may appear on behalf of Foundation for Government Accountability in the above case.

IT IS FURTHER ORDERED that Stewart Whitson, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 20 21 ___.

_____
UNITED STATES DISTRICT JUDGE ▼