IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.<br><br>Defendants. | Case No. 5:21-CV-0844XR |

# NOTICE OF JOINDER

Plaintiffs Mi Familia Vota, Marla Lopez; Marlon Lopez; and Paul Rutledge (collectively, the Mi Familia Vota Plaintiffs), by and through the undersigned counsel hereby join in the memoranda of Plaintiffs Lulac Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT (collectively "*Lulac Texas* Plaintiffs")(Dkt. 87) and Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons (collectively, "*Houston Justice* Plaintiffs")(Dkt. 88) in Opposition to the Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, and National Republican Congressional Committee's Motion to Intervene (Dkt. 57). For reasons set forward in the Oppositions filed by the Lulac Texas Plaintiffs and the Houston Justice Plaintiffs, this Court should deny the Motion for both permissive intervention and intervention as of right.

- 1 -

DATED:  November 8, 2021

                                                  Respectfully submitted,

                                                  LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

By:    /s/ *Marc T. Rasich*
Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com

Wendy J. Olson (*Pro hac vice*)
Laura E. Rosenbaum (*Pro hac vice*)
Marc Rasich (*Pro hac vice*)
Elijah Watkins (*Pro hac vice*)
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205

Courtney Hostetler (*Pro hac vice*)
Ron Fein (*Pro hac vice*)
John Bonifaz (*Pro hac vice*)
Ben Clements (*Pro hac vice*)
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Joinder has been forwarded, on this 8th day of November, 2021, to the following counsel of record:

Jeff White, Special Counsel
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
Jeff.white@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**