**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 5:21-CV-0844-XR |
| | § | |
| GREGORY W. ABBOTT, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| OCA-GREATER HOUSTON, et al., | § | |
|     Plaintiffs, | § | |
| v. | § | Case No. 1:21-CV-0780-XR |
| | § | |
| JOSE A. ESPARZA, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| HOUSTON JUSTICE, et al., | § | |
|     Plaintiffs, | § | |
| v. | § | Case No. 5:21-CV-0848-XR |
| | § | |
| GREGORY WAYNE ABBOTT, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| LULAC TEXAS, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:21-CV-0786-XR |
| | § | |
| JOSE ESPARZA, et al., | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| | § | |
| MI FAMILIA VOTA, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 5:21-CV-0920-XR |
| | § | |
| GREG ABBOTT, et al., | § | |
|     Defendants. | § | |

1

## PLAINTIFFS' NOTICE OF JOINDER IN OPPOSITION TO INTERVENTION

Plaintiffs OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund (collectively, the OCA-Greater Houston Plaintiffs) hereby join in the "Opposition to the Republican Committee's Motion to Intervene" (Dkt 88) filed by Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; Jeffrey Lamar Clemmons (collectively, "*Houston Justice* Plaintiffs") in opposition to the Motion to Intervene filed by the Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, and National Republican Congressional Committee (Dkt 57).

The OCA-Greater Houston Plaintiffs contend that the Motion to Intervene should be denied for the reasons set forth in the *Houston Justice* Plaintiffs' Opposition, as the OCA-Greater Houston Plaintiffs are identically situated to the *Houston Justice* Plaintiffs in respect to the intervention, and would be harmed in identical ways if the intervention was permitted. Accordingly, the OCA-Greater Houston Plaintiffs join in that opposition in all respects.

Date: November 5, 2021.

/s/ *Ryan V. Cox*_____
Mimi M.D. Marziani
Texas Bar No. 24091906
Ryan V. Cox
Texas Bar No. 24074087
Hani Mirza
Texas Bar No. 24083512
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
ryan@texascivilrightsproject.org
hani@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux
Ari J. Savitzky
Sophia Lin Lakin
Samantha Osaki
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Respectfully submitted,

Susan Mizner
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala
Susana Lorenzo-Giguere
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson
Urja Mittal
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

*COUNSEL FOR PLAINTIFFS OCA-
GREATER HOUSTON, et al.*
*\*Application for Admission Pro Hac Vice
Forthcoming*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2021, a true and correct copy of the foregoing document was served upon all parties of record through the Court's CM/ECF filing system.

*/s/ Ryan V. Cox*
Ryan V. Cox