# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>JOSE A. ESPARZA, *et al,.*<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-780-XR |
| HOUSTON JUSTICE, *et al.,*<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-848-XR |
| LULAC TEXAS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>JOSE ESPARZA, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-0786-XR |
| MI FAMILIA VOTA, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-0920-XR |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) REPORT**

In accordance with this Court's September 30, 2021, order, the parties have conferred on at least two occasions by Zoom and through a litany of emails in recent weeks. The discussions have been fruitful. However, the parties need an additional day to fully incorporate the views, agreements—and disagreements—of all parties to this case.

This case includes over 30 Plaintiffs, including roughly two dozen organizational parties, and multiple defendants. The parties seek the extension so they can accurately and fulsomely incorporate all information requested by the Court, and the views of the parties on the same in a form and format that will benefit the Court and make the best use of judicial resources as it considers an appropriate case management plan. Thus, the extension is sought in the interest of justice and judicial efficiency, not for delay, and no party will be prejudiced if the extension is granted.

Accordingly, the parties jointly request a one-day extension of time to file a Rule 26(f) report. The deadline is currently set for Tuesday, November 9, 2021, and the parties ask that the deadline be extended up to and including Wednesday, November 10, 2021.

Based on the foregoing, the Parties respectfully requests that their joint motion for an extension of time be granted.

| | |
|---|---|
| Date: November 9, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General<br>patrick.sweeten@oag.texas.gov<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>will.thompson@oag.texas.gov<br>Tex. State Bar No. 24088531 |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410 | ERIC A. HUDSON<br>Senior Special Counsel<br>eric.hudson@oag.texas.gov<br>Tex. Bar No. 24059977 |
| | KATHLEEN T. HUNKER<br>Special Counsel<br>kathleen.hunker@oag.texas.gov<br>Tex. State Bar No. 24118415<br>*Application for Admission Pending |
| | LEIF A. OLSON<br>Special Counsel<br>leif.olson@oag.texas.gov<br>Tex. State Bar No. 24032801 |
| | JEFFREY M. WHITE<br>Special Counsel<br>jeff.white@oag.texas.gov<br>Tex. State Bar No. 24064380 |
| | JACK B. DISORBO<br>Assistant Attorney General<br>jack.disorbo@oag.texas.gov<br>Tex. State Bar No. 24120804 |
| | **COUNSEL FOR DEFENDANTS** |

### CERTIFICATE OF CONFERENCE

The parties have conferred via electronic mail over the course of this afternoon and evening of November 9, 2021, concerning the relief sought through this *Joint Motion For Extension of Time to File Rule 26(f) Report*. Each of the parties' representatives have indicated via email that they wish to join in this request. The United States takes no position on the proposed motion to extend the deadline for the parties to cases consolidated by the September 30 order to produce a Rule 26(f) report.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 9, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN