UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión del Pueblo Entero, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>Gregory W. Abbott, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 5:21-cv-844-XR |
| OCA-Greater Houston, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>Jose A. Esparza, *et al,.*<br>    *Defendants*. | § § § § § § § § | Case No. 1:21-cv-780-XR |
| Houston Justice, *et al.,*<br>    *Plaintiffs*,<br><br>v.<br><br>Gregory Wayne Abbott, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 5:21-cv-848-XR |
| LULAC Texas, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>Jose Esparza, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 1:21-cv-0786-XR |
| Mi Familia Vota, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>Greg Abbott, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 5:21-cv-0920-XR |

**ORDER**

Now before the Court comes the Parties' Joint Motion for Extension of Time to File the Rue 26(f) Report, filed November 9, 2021. After considering the Motion, any response, and all other matters properly before the Court, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Parties' Joint Motion for Extension of Time to File the Rule 26(f) Report is hereby GRANTED. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021.

DATE: _____

_____
HON. XAVIER RODRIGUEZ
U. S. DISTRICT JUDGE