# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| Plaintiffs, | § § | 5:21-CV-0844-XR |
| v. | § § | |
| GREGORY W. ABBOTT, et al., | § | |
| Defendants. | | |

## ORDER

On this date, the Court considered the status of this case. An initial pretrial conference is set for 1:30 p.m. on November 16, 2021. *See* ECF No. 31, at 5. On November 10, 2021, the parties submitted their Rule 26(f) report, wherein they state that they exchanged initial disclosures on November 5, 2021. ECF No. 94, at 15. The parties are hereby **ORDERED** to file their exchanged initial disclosures on the public docket, no later than 3:00 p.m. on Monday, **November 15, 2021**.

It is so **ORDERED**.

**SIGNED** this November 12, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE