IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

**NOTICE OF INITIAL DISCLOSURES**

Pursuant to this Court's November 12, 2012 Order, ECF No. 96, the United States hereby files its initial disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of the United States' Initial Disclosures, which undersigned counsel served on counsel for Defendants in *United States v. State of Texas*, No. 5:21-cv-1085 (W.D. Tex.), on November 5, 2021.

Date:  November 14, 2021

                                    Respectfully submitted,

                                    KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division


*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

  I hereby certify that on November 14, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

               */s/ Daniel J. Freeman*
               Daniel J. Freeman
               Civil Rights Division
               U.S. Department of Justice
               950 Pennsylvania Ave, NW
               Washington, DC 20530
               (202) 305-4355
               daniel.freeman@usdoj.gov