**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., §<br>    Plaintiffs, §<br> §<br>v. §<br> §<br>GREGORY W. ABBOTT, et al., §<br>    Defendants. § | | Case No. 5:21-CV-0844-XR |

| | | |
|---|---|---|
| §<br>OCA-GREATER HOUSTON, et al., §<br>    Plaintiffs, §<br>v. §<br> §<br>JOSE A. ESPARZA, et al., §<br>    Defendants. § | | Case No. 1:21-CV-0780-XR |

| | | |
|---|---|---|
| §<br>HOUSTON JUSTICE, et al., §<br>    Plaintiffs, §<br>v. §<br> §<br>GREGORY WAYNE ABBOTT, et al., §<br>    Defendants. § | | Case No. 5:21-CV-0848-XR |

| | | |
|---|---|---|
| §<br>LULAC TEXAS, et al., §<br>    Plaintiffs, §<br> §<br>v. §<br> §<br>JOSE ESPARZA, et al., §<br>    Defendants. § | | Case No. 1:21-CV-0786-XR |

| | | |
|---|---|---|
| §<br>MI FAMILIA VOTA, et al., §<br>    Plaintiffs, §<br> §<br>v. §<br> §<br>GREG ABBOTT, et al., §<br>    Defendants. § | | Case No. 5:21-CV-0920-XR |

1

## **OCA-GH PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES**

Pursuant to the Court's November 12, 2012 Order (Dkt 96), the Plaintiffs in *OCA-Greater Houston, et al. v. Esparza, et. al* hereby file their initial disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of the OCA-Greater Houston Plaintiffs' Initial Disclosures, which undersigned counsel served on all counsel of record in the consolidated cases on November 5, 2021.

Date: November 15, 2021.

/s/ *Ryan V. Cox*
Mimi M.D. Marziani
Texas Bar No. 24091906
Ryan V. Cox
Texas Bar No. 24074087
Hani Mirza
Texas Bar No. 24083512
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
ryan@texascivilrightsproject.org
hani@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux
Ari J. Savitzky
Sophia Lin Lakin
Samantha Osaki
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Respectfully submitted,

Susan Mizner
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala
Susana Lorenzo-Giguere
Patrick Stegemoeller
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson
Urja Mittal
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

*COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et. al*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, a true and correct copy of the foregoing document was served upon all parties of record through the Court's CM/ECF filing system.

>*/s/ Ryan V. Cox*
>Ryan V. Cox