UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | 5:21-cv-00844-XR |
| v. | ) ) | (Consolidated Cases) |
| GREGORY W. ABBOTT, et al., *Defendants*. | ) ) ) ) | |

## NOTICE OF INITIAL DISCLOSURES

Pursuant to this Court's November 12, 2021, Order (docket no. 96), Defendant Bexar County Elections Administrator Jacquelyn Callanen hereby files her initial disclosures on the Court's public docket. Attached as Exhibit 1 is a true and correct copy of Defendant Callanen's Initial Disclosures, which undersigned counsel served on counsel for all parties in this case on November 5, 2021.

Respectfully Submitted,

JOE GONZALES
Bexar County Criminal District Attorney

By:   /s/ Robert Green
**ROBERT D. GREEN**
Bar No. 24087626
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2146
Fax: (210) 335-2773
robert.green@bexar.org
*Attorney for Bexar County Elections Administrator Jacquelyn Callanen*

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR     1 of 2

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on the 15th day of November, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all parties.

 /s/ Robert Green
**ROBERT D. GREEN**

Defendant Callanen's Notice of Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                              2 of 2