UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | 5:21-cv-00844-XR |
| v. | ) ) | |
| GREGORY W. ABBOTT, et al., | ) | |
| *Defendants*. | ) | |

**DEFENDANT BEXAR COUNTY ELECTION ADMINISTRATOR
JACQUELYN CALLANEN'S INITIAL DISCLOSURES**

Now comes Defendant Bexar County Elections Administrator Jacquelyn Callanen and submits these Initial Disclosures Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure.

1) The name and, if known, the address and telephone number of each individual likely to have discoverable information–along with the subjects of that information–that the disclosing party may use to support its claims or defenses, unless the use would be solely impeachment:

**RESPONSE:**

Jacquelyn Callanen, Bexar County Elections Administrator
Employees of the Bexar County Elections Department
Bexar County Elections Department
1103 S. Frio, Suite 100
San Antonio, TX 78207
(210) 335-8683
Defendant

Ms. Callanen is a Defendant herein. Ms. Callanen and employees of the Bexar County Election Administrator's Office have knowledge about election results and voting records related to past elections, and about the probable impact of SB 1 on Bexar County voters.

John B. Scott
Secretary of State

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                              1 of 13

P.O. Box 12887
Austin, Texas 78711

Information about state-wide voter registration and participation; information about the interpretation and implementation of SB 1:
Keith Ingram
Texas Secretary of State
Director, Elections Division
P.O. Box 12060
Austin, Texas 78711

Mr. Scott, Mr. Ingram, and other employees of the Secretary of State's Office have knowledge about state-wide voter registration and participation and the interpretation provided for the implementation of SB 1 by state and local elections officials.

Additional witnesses who may have discoverable information that Defendant Callanen may rely upon to assert her claims include: (1) all expert witnesses designated by any party in any of the consolidated cases; (2) all individuals designated by any party in any of the consolidated cases as a Rule 30(b)(6) witness; (3) all individuals or entities served with a subpoena by any party in any of the consolidated cases during the course of this suit; (4) all individuals or entities noticed and/or deposed in any of the consolidated cases; and (5) all individuals or entities referred to in any document produced by any party or other individual or entity in any of the consolidated cases. Defendant Callanen will timely amend or supplement this list of persons having knowledge of facts relevant to her defenses as the investigation into the facts relevant to this case continues. Defendant further reserves the right to modify the above list and to identify and call as witnesses additional persons if, during the course of the investigation and discovery related to this case, Defendant learns that such additional persons have knowledge or information that Defendant may use to support her defenses.

2) A copy–or a description by category and location–of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

   a. Motions, pleadings, exhibits, and other public filings or documents exchanged in this litigation;
   b. Documents relating to Bexar County's current policies and/or practices for voter registration and elections administration;Bexartech15

   c. Documents relating to the advisories or directives from the Texas Secretary of State with respect to implementing and enforcing SB1;

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                      2 of 13

   d. Documents relating to the burdens on voters in Bexar County from enforcement of SB1;
   e. Documents relating to the burdens on Defendant Callanen and other officials of Bexar County resulting from enforcement of SB1;
   f. Documents relating to whether the burdens imposed by SB1 on voters and on Bexar County are necessary to conduct secure elections;
   g. Documents relating to whether the burdens imposed by SB1 may suppress lawful voter turnout;
   h. Documents concerning evidence relating to benefits, or the lack thereof, accruing to the County and State from enforcement of SB1; and
   i. Relevant documents identified during discovery, which is ongoing.

3) A computation of each category of damages claimed by the disclosing party-who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

   **RESPONSE:**  Not applicable.

4) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action of to indemnify or reimburse for payments made to satisfy the judgment.

   **RESPONSE:**  Not applicable.

Respectfully Submitted,

JOE GONZALES
Bexar County Criminal District Attorney

By:  /s/ Robert Green
**ROBERT D. GREEN**
Bar No. 24087626
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2146

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                                     3 of 13

Fax: (210) 335-2773
robert.green@bexar.org
*Attorney for Bexar County Elections Administrator Jacquelyn Callanen*

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                 4 of 13

## CERTIFICATE OF SERVICE

       I do hereby certify on the 5th day of November, 2021, I served the preceding Disclosures by email upon the following:

Nina Perales
MALDEF [Mexican American Legal Defense & Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org

Christopher H. Bell
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
Fax: (202) 639-7003
Email: christopher.bell@friedfrank.com

Julia Renee Longoria
Mexican American Legal Defense and Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org

Michael C. Keats
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com

Rebecca L. Martin
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com

Elizabeth Yvonne Ryan
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com

Paul R. Genender
Weil, Gotshal & Manges L.L.P.
200 Crescent Court
Suite 300
Dallas, TX 75201-6950
214.746.7877
Fax: 214.746.7777
Email: paul.genender@weil.com

Sean Morales-Doyle
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR       5 of 13

Alexander P. Cohen
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8020
Fax: (212) 310-8007
Email: alexander.cohen@weil.com

Andrew B. Garber
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8358
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu

Eliza Sweren-Becker
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu

Jasleen K. Singh
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: jasleen.singh@nyu.edu

Matthew Berde
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com

Patrick A. Berry
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu

Christian Dashaun Menefee
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 755-5101
Fax: (713) 755-8924
Email: Christian.Menefee@cao.hctx.net

Jonathan Gabriel Chaim Fombonne
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102
Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net

Sameer Singh Birring
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@cao.hctx.net

Ben Clements
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                          9 of 13

Laura E. Rosenbaum
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com

Wendy J. Olson
Stoel Rives LLP
101 S. Capitol Blvd, Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: wendy.olson@stoel.com

Courtney M. Hostetler
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org

Elijah M. Watkins
Stoel Rives LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: elijah.watkins@stoel.com

John Bonifaz
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org

Marc T. Rasich
Stoel Rives LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
(801) 328-3131
Fax: (801) 578-6969
Email: marc.rasich@stoel.com

Ronald A. Fein
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org

Sean Michael Lyons
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com

Georgina Yeomans
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: gyeomans@naacpldf.org

J. Keely Dulaney
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002
(713) 469-3888
Fax: (713) 469-3899
Email: kdulaney@reedsmith.com

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                                    10 of 13

Jennifer A. Holmes
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org

Kathryn Sadasivan
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org

Kenneth E. Broughton , Jr.
Reed Smith, LLP
811 Main Street, 17th Floor
Houston, TX 77002
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com

Lora Spencer
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com

Sarah M. Cummings
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
512-623-1828
Fax: 512-623-1802
Email: scummings@reedsmith.com

Shira Wakschlag
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org

Domingo A. Garcia
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com

Graham White
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law

John Russell Hardin
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com

Jonathan Patrick Hawley
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@elias.law

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                           11 of 13

Joseph N. Posimato
Elias Law Group LLP
10 G Street Ne, Suite 600
Washington, DC 20002
(202) 968-4591
Fax: (202) 968-4498
Email: jposimato@elias.law

Kathryn E. Yukevich
Elias Law Group LLP
10 G Street Ne, Suite 600
Washington, DC 20002
(202) 968-4502
Fax: (202) 968-4498
Email: kyukevich@elias.law

Marc Erik Elias
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law

Meaghan E. Mixon
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4662
Email: mmixon@elias.law

Uzoma N. Nkwonta
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4517
Email: unkwonta@elias.law

Adriel Cepeda-Derieux
American Civil Liberties Union Foundation
125 Broadway Street, 18th Floor
New York, NY 10004
(212) 284-7334
Email: acepedaderieux@aclu.org

Andre I. Segura
Andre Ivan Segura Law Office
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org

Hani Mirza
Texas Civil Rights Project
1412 Main Street
Suite 608
Dallas, TX 75202
972-333-9200 ext. 171
Fax: 972-957-7867
Email: hani@texascivilrightsproject.org

Jerry Vattamala
Asian American Legal Defense and Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org

Jessica Ring Amunson
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com

Lia Sifuentes Davis
Disability Rights Texas
2222 West Braker Lane
Austin, TX 78758
512-454-4816
Fax: 512-454-3999
Email: ldavis@drtx.org

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                   12 of 13

Lucia Romano Ostrom
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lostrom@drtx.org

Mimi M.D. Marziani
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 x108
Fax: 512-474-0726
Email: mimi@texascivilrightsproject.org

Ryan V. Cox
Texas Civil Rights Project
2911 N. Main Ave.
San Antonio, TX 78212
210-268-6286
Email: ryan@texascivilrightsproject.org

Samantha Osaki
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org

Savannah Kumar
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
Fax: (713) 942-8966
Email: skumar@aclutx.org
Sophia Lin Lakin
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org

Thomas Paul Buser-Clancy
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org

Urja Mittal
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com

Ashley Alcantara Harris
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org

Eric A. Hudson
Office of Attorney General
P.O. Box 12548
Austin, TX 78711
5129362266
Fax: 5124574410
Email: eric.hudson@oag.texas.gov

Jeffrey Michael White
Office of the Attorney General
P. O. Box 12548
MC-009
Austin, TX 78711-2548
512-936-1414
Fax: 512-457-4410
Email: jeff.white@oag.texas.gov

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                      13 of 13

Patrick K. Sweeten
Texas Attorney General
P.O. Box 12548
MC 009
Austin, TX 78711
(512) 463-4139
Fax: 5124574410
Email: Patrick.Sweeten@oag.texas.gov

Chad Ennis
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: cennis@texaspolicy.com

Robert E Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com

Angelica Lien Leo
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com

Beatriz Mejia
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com

Christine Sun
States United Democracy Center
3749 Buchanan St. No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org

Germaine Habell
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6000
Fax: (858) 550-6420
Email: ghabell@cooley.com

Kathleen Hartnett
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com

Kelsey Spector
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn

Orion Armon
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80206
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                        14 of 13

Ranjana Natarajan
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org

Sharon Song
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com

Zack Goldberg
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org

Josephine L. Ramirez
Hidalgo County District Attorney's Office
100 E. Cano, First Floor
Edinburg, TX 78539
956-292-7609
Fax: 956-292-7619
Email:
josephine.ramirez@da.co.hidalgo.tx.us

Leigh Ann Tognetti
Hidalgo County Criminal District Attorney
100 E Cano
Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us

Barbara S. Nicholas
Assistant District Attorney
Civil Division Administration Building, 5th Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: Barbara.Nicholas@dallascounty.org

Ben L Stool
Criminal District Attorney's Office of Dallas County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.stool@dallascounty.org

Earl S. Nesbitt
Assistant District Attorney - Civil Division
500 Elm Street, Suite 6300
Dallas, TX 75202
214-653-7358
Fax: 214-653-6134
Email: earl.nesbitt@dallascounty.org

Anthony J. Nelson
Travis County Attorney's Office
314 West 11th Street
Room 590
Austin, TX 78701
(512) 854-4801
Fax: 512/854-4808
Email: tony.nelson@traviscountytx.gov

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                                    15 of 13

| | |
|---|---|
| Leslie W. Dippel<br>Travis County Attorney's Office<br>P.O. Box 1748<br>314 W. 11th Street<br>Room 500<br>Austin, TX 78767<br>(512) 854-9513<br>Fax: 512/854-4808<br>Email: leslie.dippel@traviscountytx.gov | Patrick T. Pope<br>Travis County Attorney<br>Civil Litigation Division<br>PO BOX 1748<br>Austin, TX 78767<br>512-854-9523<br>Fax: 512-854-4808<br>Email: patrick.pope@traviscountytx.gov<br><br>Sherine Elizabeth Thomas<br>Assistant County Attorney<br>Travis County, Texas<br>P.O. Box 1748<br>Austin, TX 78767<br>(512) 854-9513<br>Fax: 512/854-4808<br>Email: sherine.thomas@traviscountytx.gov |

 /s/ Robert Green
**ROBERT D. GREEN**

Defendant Bexar County Elections Administrator Jacquelyn Callanen's Initial Disclosures
*La Union Del Pueblo Entero et al. v. Abbott et al.*
5:21-cv-00844-XR                                                                 16 of 13