# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>GREGORY W. ABBOTT, et al.<br><br>*Defendants.* | Case No. 5:21-CV-0844-XR |
| OCA-GREATER HOUSTON, et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>JOSE A. ESPARZA, et al.<br><br>*Defendants.* | Case No. 1:21-CV-0780-XR |
| HOUSTON JUSTICE, et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>GREGORY WAYNE ABBOTT, et al.<br><br>*Defendants.* | Case No. 5:21-CV-0848-XR |
| LULAC TEXAS, et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>JOSE ESPARZA, et al.<br><br>*Defendants.* | Case No. 1:21-CV-0786-XR |

## NOTICE OF INITIAL DISCLOSURES

Pursuant to this Court's November 12, 2021 Order, Dkt. 96, Plaintiffs La Union Del Pueblo Entero, *et al.*, file their initial disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of the Plaintiffs La Union Del Pueblo Entero, *et al.*'s Initial Disclosures, which undersigned counsel served on counsel for Defendants in this case on November 5, 2021.

Dated:    November 15, 2021                                Respectfully submitted,

| | |
|---|---|
| */s/ Nina Perales* | */s/ Sean Morales-Doyle* |
| Nina Perales | Sean Morales-Doyle |
| Texas Bar No. 24005046 | N.Y. Bar No. 5646641; |
| MEXICAN AMERICAN LEGAL DEFENSE AND | Ill. Bar No. 6293421 (inactive) |
| EDUCATIONAL FUND | Eliza Sweren-Becker* |
| 110 Broadway, Suite 300 | N.Y. Bar No. 5424403 |
| San Antonio, TX 78205 | Patrick A. Berry* |
| Telephone: (210) 224-5476 | N.Y. Bar No. 5723135 |
| Facsimile: (210 224-5382 | Andrew B. Garber* |
| nperales@maldef.org | N.Y. Bar No. 5684147 |
| | BRENNAN CENTER FOR JUSTICE AT |
| | NYU SCHOOL OF LAW |
| Michael C. Keats* | 120 Broadway, Suite 1750 |
| Rebecca L. Martin* | New York, NY 10271 |
| FRIED, FRANK, HARRIS, SHRIVER & | Telephone: (646) 292-8310 |
| JACOBSON LLP | Facsimile: (212) 463-7308 |
| One New York Plaza | sean.morales-doyle@nyu.edu |
| New York, New York 10004 | eliza.sweren-becker@nyu.edu |
| Telephone: (212) 859-8000 | patrick.berry@nyu.edu |
| Facsimile: (212) 859-4000 | andrew.garber@nyu.edu |
| michael.keats@friedfrank.com | |
| rebecca.martin@friedfrank.com | * Application for admission *pro hac vice* forthcoming |
| * Application for admission *pro hac vice* forthcoming | */s/ Elizabeth Y. Ryan* |
| | Paul R. Genender |
| -and- | Texas State Bar No. 00790758 |
| | Elizabeth Y. Ryan |
| Christopher Bell* | Texas State Bar No. 24067758 |
| FRIED, FRANK, HARRIS, SHRIVER & | Matthew Berde* |
| JACOBSON LLP | Texas State Bar No. 24094379 |
| 801 17th Street, NW | Megan Cloud^ |
| Washington, DC 20006 | Texas State Bar No. 24116207 |

| | |
|---|---|
| Telephone: (202) 639-7000<br>Facsimile: (202) 639-7003<br>christopher.bell@friedfrank.com<br><br>* Application for admission *pro hac vice* pending<br><br>*Attorneys for Plaintiffs:*<br>LA UNIÓN DEL PUEBLO ENTERO<br>SOUTHWEST VOTER REGISTRATION<br>   EDUCATION PROJECT<br>MEXICAN AMERICAN BAR<br>   ASSOCIATION OF TEXAS<br>TEXAS HISPANICS ORGANIZED FOR<br>   POLITICAL EDUCATION<br>JOLT ACTION<br>WILLIAM C. VELASQUEZ INSTITUTE<br>FIEL HOUSTON INC. | WEIL, GOTSHAL & MANGES LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas 75201<br>Telephone: (214) 746-8158<br>Facsimile: (214)746-7777<br>Liz.Ryan@weil.com<br>Paul.Genender@weil.com<br>Matt.Berde@weil.com<br>Megan.Cloud@weil.com<br><br>-and-<br><br>Alexander P. Cohen*<br>Texas State Bar No. 24109739<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8020<br>Facsimile: (212) 310-8007<br>Alexander.Cohen@weil.com<br><br>* Application for admission *pro hac vice* forthcoming<br>^ Application for admission pending<br><br>*Attorneys for Plaintiffs:*<br>FRIENDSHIP-WEST BAPTIST<br>   CHURCH<br>ANTI-DEFAMATION LEAGUE<br>   AUSTIN, SOUTHWEST, AND<br>   TEXOMA REGIONS<br>TEXAS IMPACT<br>ISABEL LONGORIA<br>JAMES LEWIN<br><br>*/s/ Christian D. Menefee*<br>Christian D. Menefee<br>Harris County Attorney<br>Texas Bar No. 24088049<br>Christian.Menefee@cao.hctx.net<br>Jonathan Fombonne<br>First Assistant Harris County Attorney<br>Texas Bar No. 24102702<br>Jonathan.Fombonne@cao.hctx.net<br>Tiffany Bingham*<br>Managing Counsel |

        Texas Bar No. 24012287
        Tiffany.Bingham@cao.hctx.net
        Sameer S. Birring
        Assistant County Attorney
        Texas Bar No. 24087169
        Sameer.Birring@cao.hctx.net
        Radiah Rondon*
        Assistant County Attorney
        DC Bar No. 499779
        Radiah.Rondon@cao.hctx.net
        Susannah Mitcham*
        Assistant County Attorney
        Texas Bar No. 24107219
        Susannah.Mitcham@cao.hctx.net
        OFFICE OF THE HARRIS COUNTY ATTORNEY
        1019 Congress Plaza, 15th Floor
        Houston, Texas 77002
        Telephone: (713) 274-5101
        Facsimile: (713) 755-8924

        * Application for admission *pro hac vice* forthcoming

        *Attorneys for Plaintiff:* ISABEL LONGORIA

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above document via the Court's electronic filing system on the 15th day of November 2021.

        */s/ Nina Perales*
        Nina Perales