# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> GREGORY W. ABBOTT, in his official § <br> capacity as Governor of Texas, et al., § <br> § <br> *Defendants* § <br> § | Consolidated Case <br> No: 5:21-cv-00844-XR |

## NOTICE OF DEFENDANT LISA WISE'S INITIAL DISCLOSURES

Pursuant to this Court's November 12, 2021 Order, ECF No. 96, Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator, hereby files her Initial Disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Wise's Initial Disclosures, which undersigned counsel served on counsel of record for all parties in this consolidated case, *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-00844 (W.D. Tex.), on November 5, 2021.

| | |
|---|---|
| Dated: November 15, 2021. | Respectfully submitted,<br><br>/s/ *Orion Armon*<br>Orion Armon (CO SBN 34923)<br>**COOLEY LLP**<br>1144 15th Street, Suite 2300<br>Denver, CO 80202-2686<br>Telephone: +1 720 566-4000<br>Facsimile: +1 720 566-4099<br>oarmon@cooley.com<br><br>**COOLEY LLP**<br>Kathleen Hartnett* (CA SBN 314267)<br>khartnett@cooley.com<br>Beatriz Mejia* (CA SBN 190948)<br>bmejia@cooley.com<br>Sharon Song* (CA SBN 313535)<br>ssong@cooley.com<br>Kelsey Spector* (CA SBN 321488)<br>kspector@cooley.com<br>Angelica Leo* (CA SBN 334324)<br>aleo@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: +1 415 693-2000<br>Facsimile: +1 415 693-2222<br><br>**COOLEY LLP**<br>Germaine Habell* (CA SBN 333090)<br>ghabell@cooley.com<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>Telephone: + 1 858-550-6196<br>Facsimile: + 1 858-550-6420<br><br>**STATES UNITED DEMOCRACY CENTER**<br>Christine P. Sun* (CA SBN 218701)<br>3749 Buchanan St., No. 475165<br>San Francisco, CA 94147-3103<br>Telephone: +1 615 574-9108<br>christine@statesuniteddemocracy.org |

**STATES UNITED DEMOCRACY CENTER**
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: +1 917 656-6234
zack@statesuniteddemocracy.org

*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ *Orion Armon*
Orion Armon