UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | **5:21-CV-0844-XR** | |
| § | | |
| **GREGORY ABBOTT, et al.** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **OCA-GREATER HOUSTON, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | **1:21-CV-0780-XR** | |
| § | | |
| **JOSE A. ESPARZA, et al.** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **HOUSTON JUSTICE, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | **5:21-CV-0848-XR** | |
| § | | |
| **GREGORY WAYNE ABBOTT, et al.,** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **TEXAS LULAC, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | **1:21-CV-0786-XR** | |
| § | | |
| **JOSE ESPARZA, et al.,** § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **MI FAMILIA VOTA, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | **5:21-CV-0920-XR** | |
| § | | |
| **GREG ABBOTT, et al.,** § | | |
| *Defendants.* § | | |

**DEFENDANT TRAVIS COUNTY CLERK DANA DEBEAUVOIR'S NOTICE OF CONSOLIDATED INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1), (2)[1]**

Pursuant to this Court's November 12, 2021 Order, ECF No. 96, Defendant Travis County Clerk, Dana DeBeauvoir, hereby files her initial disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of Dana DeBeauvoir's Initial Disclosures, which undersigned counsel served on counsel on November 5, 2021.

    Respectfully submitted,

    **DELIA GARZA**

    County Attorney, Travis County
    P. O. Box 1748
    Austin, Texas 78767
    Telephone:    (512) 854-9513
    Facsimile:    (512) 854-4808

By:    */s/ Anthony J. Nelson*
    SHERINE E. THOMAS
    State Bar No. 00794734
    sherine.thomas@traviscountytx.gov
    LESLIE W. DIPPEL
    State Bar No. 00796472
    leslie.dippel@traviscountytx.gov
    ANTHONY J. NELSON
    State Bar No. 14885800
    Tony.Nelson@traviscountytx.gov
    PATRICK T. POPE
    State Bar No. 24079151
    Patrick.Pope@traviscountytx.gov

    **ATTORNEYS FOR DEFENDANT DANA DEBEAUVOIR, IN HER OFFICIAL CAPACITY AS TRAVIS COUNTY CLERK**

---

[1] Defendant DeBeauvoir made her initial disclosures as a defendant in *Texas LULAC, et al. v. Jose Esparza, et al.*, 1:21-CV-0786-XR and *OCA-Greater Houston, et al. v. Jose Esparza, et al.*, 1:21-CV-0780-XR, now consolidated with *La Union Del Pueblo Entero*, et al. v. Gregory Abbott, et al., 5:21-CV-0844-XR.

*La Union Del Pueblo, et al. vs. Gregory Abbott, et al.*
Notice of Initial Disclosures
064.931 / 991839.2    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 15th day of November, 2021.

> /s/ Anthony J. Nelson
> ANTHONY J. NELSON
> PATRICK T. POPE
> Assistant County Attorneys