# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **5:21-CV-0844-XR** |
| | § | |
| **GREGORY ABBOTT, et al.** | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **OCA-GREATER HOUSTON, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **1:21-CV-0780-XR** |
| | § | |
| **JOSE A. ESPARZA, et al.** | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **HOUSTON JUSTICE, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **5:21-CV-0848-XR** |
| | § | |
| **GREGORY WAYNE ABBOTT, et al.,** | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **TEXAS LULAC, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **1:21-CV-0786-XR** |
| | § | |
| **JOSE ESPARZA, et al.,** | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **MI FAMILIA VOTA, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **5:21-CV-0920-XR** |
| | § | |
| **GREG ABBOTT, et al.,** | § | |
| *Defendants.* | § | |

EXHIBIT A

**<u>DEFENDANT TRAVIS COUNTY CLERK DANA DEBEAUVOIR'S CONSOLIDATED
INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1), (2)[1]</u>**

COMES NOW, Defendant Dana DeBeauvoir, in her official capacity as Travis County Clerk, through her attorney of record, the Travis County Attorney and makes these Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1), (2).

## PRELIMINARY STATEMENT

This case is in the preliminary phases. The initial disclosures set forth below are necessarily made without full knowledge of the facts and circumstances involved in this case and are made in a good-faith effort to comply with Fed. R. Civ. Pro. 26(a)(1). In making these disclosures, Defendant DeBeauvoir does not represent that she is identifying every individual, document, or tangible thing upon which she may rely to support her defenses; further discovery, investigation, legal research, and analysis may supply additional facts and new meaning to known facts, as well as establish new factual conclusions and legal contentions, all of which may lead to substantial changes, additions to, and variation from the disclosures. Accordingly, Defendant DeBeauvoir reserves the right to amend these disclosures in accordance with subsequent developments, and further makes these disclosures without prejudice to her right to produce facts, witnesses, documents, and other evidence omitted from these responses by oversight, inadvertence, good-faith error, or mistake. Defendant DeBeauvoir further notes that the information set forth in these disclosures may include hearsay and other forms of information that are unreliable, irrelevant, or not otherwise admissible in evidence. Defendant DeBeauvoir, therefore, reserves all objections relating to the admissibility of evidence.

Defendant DeBeauvoir reserves objections to specific deposition notices and discovery requests and questions, on the ground that although information possessed by individuals listed

---

[1] Defendant DeBeauvoir makes her initial disclosures as a defendant in *Texas LULAC, et al. v. Jose Esparza, et al.,* 1:21-CV-0786-XR and *OCA-Greater Houston, et al. v. Jose Esparza, et al*., 1:21-CV-0780-XR, now consolidated with *La Union Del Pueblo Entero*, *et al. v. Gregory Abbott, et al.,* 5:21-CV-0844-X4.

EXHIBIT A

below may be discoverable, the information might not be discoverable from a specific witness based on privileges or other grounds that Defendant DeBeauvoir will assert upon receipt of specific discovery requests. Defendant DeBeauvoir also reserves objections to the disclosure of any information that is neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

### I.  FRCP 26(a)(1)A - INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

### OBJECTION: NO HOME ADDRESS AND PHONE FOR THOSE EMPLOYED BY A UNIT OF GOVERNMENT

Defendant DeBeauvoir objects to providing home addresses and telephone numbers of persons employed by Travis County because such information is confidential by law. *See,* Tex. Gov't Code 552.117 as well as being protected by common law privacy and the right to be free from potential physical harm. *See, Texas Dept. of Public Safety v. Cox Newspapers*, 343 S.W.2d 112 (Tex. 2011). Current elected officials and employees of Travis County should be contacted through the Travis County Attorney's Office; however, Defendant provides a centralized work address and phone number for these individuals below:

1. **Dana DeBeauvoir**
   Travis County Clerk
   5501 Airport Blvd
   Austin, TX 78751
   c/o Travis County Attorney's Office
   P.O. Box 1748
   Austin, Texas 78767

County Clerk DeBeauvoir is a Defendant herein in her official capacity as the Travis County Clerk. She has knowledge of the claims asserted by Plaintiffs and Defendants herein, as well as the elections process administered by the Travis County Clerk's Office in general.

2. **Bridgette Escobedo**
   Travis County Clerk's Office
   Elections Division Director
   5501 Airport Blvd
   Austin, TX 78751
   c/o Travis County Attorney's Office
   P.O. Box 1748
   Austin, Texas 78767

Ms. Escobedo is employed by Travis County Clerk DeBeauvoir as the Elections Division Director. In her position as the Elections Division Director she has knowledge pertaining to the claims asserted by Plaintiffs and Defendants herein, as well as the elections process administered by the Travis County Clerk's Office, Elections Division in general.

**<u>PLAINTIFFS</u>:**

3. **LULAC Texas**
   c/o Counsel for Plaintiff LULAC Texas

   Domingo Garcia
   Texas State Bar No. 07631950
   LAW OFFICE OF DOMINGO GARCIA PC
   1111 West Mockingbird Lane, Suite 1200
   Dallas, Texas 75247-5012
   Telephone: (214) 941-8300
   dgarcia@lulac.org

   Luis Roberto Vera, Jr.
   Texas State Bar No. 29546740
   ATTORNEY AND COUNSELOR AT LAW
   407 West Ware Boulevard
   San Antonio, Texas 78221
   Telephone: (210) 225-3300
   lrvlaw@sbcglobal.net.

   This plaintiff has information concerning their membership and activities regarding SB 1.

4. **VOTO LATINO**
   c/o Counsel for Plaintiffs

   John R. Hardin
   Texas State Bar No. 24012784
   PERKINS COIE LLP
   500 North Akard Street, Suite 3300
   Dallas, Texas 75201-3347
   Telephone: (214) 965-7700
   Facsimile: (214) 965-7799
   johnhardin@perkinscoie.com

   Marc E. Elias*
   Uzoma N. Nkwonta*
   Kathryn E. Yukevich*
   Joseph N. Posimato*
   Meaghan E. Mixon*
   ELIAS LAW GROUP LLP

10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
kyukevich@elias.law
jposimato@elias.law
mmixon@elias.law

Jonathan P. Hawley*
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
jhawley@elias.law

This plaintiff has information concerning their membership and activities regarding SB 1.

5. **Texas Alliance for Retired Americans**
c/o Counsel for Plaintiffs

John R. Hardin
Texas State Bar No. 24012784
PERKINS COIE LLP
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

Marc E. Elias*
Uzoma N. Nkwonta*
Kathryn E. Yukevich*
Joseph N. Posimato*
Meaghan E. Mixon*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
kyukevich@elias.law
jposimato@elias.law
mmixon@elias.law

Jonathan P. Hawley*
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
jhawley@elias.law

This plaintiff has information concerning their membership and activities regarding SB 1.

6. **Texas AFT**
   c/o Counsel for Plaintiffs

   John R. Hardin
   Texas State Bar No. 24012784
   PERKINS COIE LLP
   500 North Akard Street, Suite 3300
   Dallas, Texas 75201-3347
   Telephone: (214) 965-7700
   Facsimile: (214) 965-7799
   johnhardin@perkinscoie.com

   Marc E. Elias*
   Uzoma N. Nkwonta*
   Kathryn E. Yukevich*
   Joseph N. Posimato*
   Meaghan E. Mixon*
   ELIAS LAW GROUP LLP
   10 G Street NE, Suite 600
   Washington, D.C. 20002
   Telephone: (202) 968-4490
   melias@elias.law
   unkwonta@elias.law
   kyukevich@elias.law
   jposimato@elias.law
   mmixon@elias.law

   Jonathan P. Hawley*
   ELIAS LAW GROUP LLP
   1700 Seventh Avenue, Suite 2100
   Seattle, Washington 98101
   Telephone: (206) 656-0179
   jhawley@elias.law

This plaintiff has information concerning their membership and activities regarding SB 1.

7. **OCA Greater Houston**
   c/o Attorneys for Consolidated Plaintiff OCA-Greater Houston, League of Women Voters,
   REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund

   Samantha Osaki
   Email: sosaki@aclu.org
   Sophia L Lakin
   Email: slakin@aclu.org
   Adriel Cepeda-Derieux
   Email: acepedaderieux@aclu.org
   American Civil Liberties Union Foundation
   125 Broad Street, 18th Floor, New York, NY 10004

   Savannah Kumar
   American Civil Liberties Union Foundation of Texas
   PO Box 8306, Houston, TX 77288
   Email: skumar@aclutx.org

   Ryan V. Cox
   Texas Civil Right Project
   2911 N. Main Ave., San Antonio, TX 78212
   Email: ryan@texascivilrightsproject.org

   Jerry Vattamal
   Asian American Legal Defense and Education Fund
   99 Hudson Street, 12th Floor, New York, NY 10013
   Email: jvattamala@aaldef.org

   c/o attorney for OCA-Greater Houston
   Jessica R. Amunson
   Jenn & Block LLP
   1099 New York Avenue, #900, Washington, DC 20001
   Email: jamunson@jenner.com

   This plaintiff has information concerning their membership and activities regarding SB 1.

8. **League of Women Voters of Texas**
   c/o Attorneys for Consolidated Plaintiff OCA-Greater Houston, League of Women Voters,
   REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund

Samantha Osaki
Email: sosaki@aclu.org
Sophia L Lakin
Email: slakin@aclu.org
Adriel Cepeda-Derieux
Email: acepedaderieux@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor, New York, NY 10004

Savannah Kumar
American Civil Liberties Union Foundation of Texas
PO Box 8306, Houston, TX 77288
Email: skumar@aclutx.org

Ryan V. Cox
Texas Civil Right Project
2911 N. Main Ave., San Antonio, TX 78212
Email: ryan@texascivilrightsproject.org

Jerry Vattamal
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor, New York, NY 10013
Email: jvattamala@aaldef.org

This plaintiff has information concerning their membership and activities regarding SB 1.

9. **Revup-Texas**
c/o Attorneys for Consolidated Plaintiff OCA-Greater Houston, League of Women Voters, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund

Samantha Osaki
Email: sosaki@aclu.org
Sophia L Lakin
Email: slakin@aclu.org
Adriel Cepeda-Derieux
Email: acepedaderieux@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor, New York, NY 10004

Savannah Kumar
American Civil Liberties Union Foundation of Texas
PO Box 8306, Houston, TX 77288
Email: skumar@aclutx.org

Ryan V. Cox
Texas Civil Right Project
2911 N. Main Ave., San Antonio, TX 78212
Email: ryan@texascivilrightsproject.org

Jerry Vattamal
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor, New York, NY 10013
Email: jvattamala@aaldef.org

This plaintiff has information concerning their membership and activities regarding SB 1.

10. **Texas Organizing Project**
c/o Attorneys for Consolidated Plaintiff OCA-Greater Houston, League of Women Voters,
REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund

Samantha Osaki
Email: sosaki@aclu.org
Sophia L Lakin
Email: slakin@aclu.org
Adriel Cepeda-Derieux
Email: acepedaderieux@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor, New York, NY 10004

Savannah Kumar
American Civil Liberties Union Foundation of Texas
PO Box 8306, Houston, TX 77288
Email: skumar@aclutx.org

Ryan V. Cox
Texas Civil Right Project
2911 N. Main Ave., San Antonio, TX 78212
Email: ryan@texascivilrightsproject.org

Jerry Vattamal
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor, New York, NY 10013
Email: jvattamala@aaldef.org

This plaintiff has information concerning their membership and activities regarding SB 1.

11. **Workers Defense Action Fund**
c/o Attorneys for Consolidated Plaintiff OCA-Greater Houston, League of Women Voters, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund

Samantha Osaki
Email: sosaki@aclu.org
Sophia L Lakin
Email: slakin@aclu.org
Adriel Cepeda-Derieux
Email: acepedaderieux@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor, New York, NY 10004

Savannah Kumar
American Civil Liberties Union Foundation of Texas
PO Box 8306, Houston, TX 77288
Email: skumar@aclutx.org

Ryan V. Cox
Texas Civil Right Project
2911 N. Main Ave., San Antonio, TX 78212
Email: ryan@texascivilrightsproject.org

Jerry Vattamal
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor, New York, NY 10013
Email: jvattamala@aaldef.org

This plaintiff has information concerning their membership and activities regarding SB 1.

## COUNTY ELECTIONS ADMINISTRATOR DEFENDANTS:

12. **Jacquelyn Callanen**
Bexar County Elections Administrator

c/o attorney
Robert Green
Bexar County Criminal District Attorney's Office
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2146
robert.green@bexar.org

*La Union Del Pueblo, et al. vs. Gregory Abbott, et al.*
Initial Disclosures
064.931 / 989672.3                                                    Page 10 of 23

EXHIBIT A

Ms. Callanen is a Defendant herein in her official capacity as the Bexar County Elections Administrator. She is presumed to have knowledge of the claims asserted by Plaintiffs and Defendants herein, as well as the Bexar County elections process in general.

13. **Isabel Longoria**
Harris County Elections Administrator

c/o attorneys
Tiffany S. Bingham
Managing Counsel
tiffany.bingham@cao.hctx.net
Sameer S. Birring
Assistant County Attorney
sameer.birring@cao.hctx.net
Christina Beeler
Assistant County Attorney
christina.beeler@cao.hctx.net
Susannah Mitcham
Assistant County Attorney
susannah.mitcham@cao.hctx.net
Harris County Attorney's Office
1019 Congress15th Floor
Houston, TX 77002
(713) 274-5142

Ms. Longoria is a Defendant herein in her official capacity as the Harris County Elections Administrator. She is presumed to have knowledge of the claims asserted by Plaintiffs and Defendants, as well as the Harris County elections process in general.

14. **Yvonne Ramon**
Hidalgo County Elections Administrator

c/o attorneys
Josephine Ramirez-Solis
Assistant District Attorney
josephine.ramirez@da.co.hidalgo.tx.us
Leigh Ann Tognetti
Assistant District Attorney
leigh.tognetti@da.co.hidalgo.tx.us
100 E. Cano, First Floor
Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
Tel: (956) 292-7609
Fax: (956) 318-2301

Ms. Ramon is a Defendant herein in her official capacity as the Hidalgo County Elections Administrator. She is presumed have knowledge of the claims asserted by Plaintiffs and Defendants, as well as the Hidalgo County elections process in general.

15. **Michael Scarpello**
Dallas County Elections Administrator

c/o attorneys
Barbara S. Nicholas
Assistant District Attorney
Barbara.Nicholas@dallascounty.org
Earl S. Nesbitt
Assistant District Attorney
earl.nesbitt@dallascounty.org
Dallas County District Attorney's Office
Civil Division Administration Building, 5thFloor
411 Elm Street, Suite 500
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134

Mr. Scarpello is a Defendant herein in his official capacity as the Dallas County Elections Administrator. He is presumed to have knowledge of the claims asserted by Plaintiffs and Defendants, as well as the Dallas County elections process in general.

16. **Lisa Wise**
El Paso County Elections Administrator

c/o attorneys
Ranjana Natarajan
States United Democracy Center1801 East 51st Street, Suite 365, #334
Austin, TX 78723
(323) 422-8578
ranjana@statesuniteddemocracy.org

Goldberg, Zack
Email: zack@statesuniteddemocracy.org
States United Democracy Center
86 Fleet Place No. 6t
Brooklyn, NY 11201

Orion Armon
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202-2686
oarmon@cooley.com

Telephone: 720 566-4000
Facsimile: 720 566-4099

Angelica Lien Leo
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com

Ms. Wise is a Defendant herein in her official capacity as the El Paso County Elections Administrator. She is presumed to have knowledge of the claims asserted by Plaintiffs and Defendants, as well as the El Paso County elections process in general.

**STATE OF TEXAS DEFENDANTS:**

P.O. Box 12548
Austin, Texas 78711-2548

*Each person has knowledge of relevant State of Texas policies, procedures, and practices.*

17. **Jose Esparza**
    Former Interim Texas Secretary of State
    Represented by Eric A. Hudson
    Office of Attorney General
    P.O. Box 12548
    Austin, TX 78711
    512 936-2266
    Fax: 512 457-4410
    Email: eric.hudson@oag.texas.gov

    Deputy Secretary Esparza is a Defendant herein. He and his employees, whose identities are not known, will have knowledge of the claims asserted by Plaintiffs and Defendants, as well as the voter registration process, elections results, and voting records in general.

18. **Ken Paxton**
    Texas Attorney General
    Represented by Eric A. Hudson
    Office of Attorney General
    P.O. Box 12548
    Austin, TX 78711
    512 936-2266
    Fax: 512 457-4410
    Email: eric.hudson@oag.texas.gov

Attorney General Paxton is a Defendant herein. He and his employees, whose identities are not known, will have knowledge of the claims asserted by Plaintiffs and Defendants.

## II.   EXPERT WITNESSES DISCLOSED UNDER FRCP 26 (2) (C)

**Attorney Fees Experts**

19. Leslie W. Dippel
    Assistant Travis County Attorney
    314 W. 11th Street, Suite 500
    Austin, Texas 78701
    (512) 854-9513

    May testify as to reasonable and necessary attorney's fees related to this case.

20. Sherine E. Thomas
    Executive County Attorney
    314 W. 11th Street, Suite 500
    Austin, Texas 78701
    (512) 854-9513

    May testify as to reasonable and necessary attorney's fees related to this case.

21. Anthony J. Nelson
    Assistant Travis County Attorney
    314 W. 11th Street, Suite 500
    Austin, Texas 78701
    (512) 854-9316

    May testify as to reasonable and necessary attorney's fees in defense of this case.

22. Patrick Pope
    Assistant Travis County Attorney
    314 W. 11th Street, Suite 500
    Austin, Texas 78701
    (512) 854-9316

    May testify as to reasonable and necessary attorney's fees in defense of this case.

Defendant DeBeauvoir further reserves the right to call any witness or expert witness identified by Plaintiffs, Co-Defendants, or any other party discovered in any disclosures or in any Designation of Potential Witnesses filed with the Court.

### III.   <u>DOCUMENTARY EVIDENCE</u>

<u>Description of Documents (FRCP Rule 26(a)(1)(A.)(ii))</u>

Pursuant to FRCP 26 (a) ii, Defendant provides the following description by category and location of the following documents in Defendant's possession, custody or control that may be used to support claims or defenses unless the use would be solely for impeachment.

1.  SB 1, 87th Leg., 2d Called Sess. (Tex. 2021).

2.  The legislative history of SB 1 some of which can be found at: https://capitol.texas.gov/BillLookup/Actions.aspx?LegSess=872&Bill=SB1

Additionally, in her capacity as Travis County Clerk, Defendant DeBeauvoir has custody and control of various Travis County election and voting/voter records. Defendant DeBeauvoir is uncertain at this time whether all or a portion of such records would be relevant to the claims asserted by Plaintiffs, and defenses asserted by Defendant DeBeauvoir or other Co-Defendants in this lawsuit. In any event, Defendant DeBeauvoir understands and believes that Plaintiffs may be seeking records, documents, information, and materials only during relevant time periods. These records might also include guidance materials to be provided to the Travis County Clerk's Office Elections Division by the Texas Secretary of State and internal policies, procedures, and documents relative to administration of elections by the Travis County Clerk's Office, Elections Division.

Defendant DeBeauvoir reserves the right to supplement her list of potential exhibits. Defendant DeBeauvoir also reserves the right to seek to protect private and confidential information. Defendant DeBeauvoir further reserves the right to introduce as an exhibit any document or tangible items produced or identified by Plaintiffs or Co-Defendants through disclosures, in written discovery response, or by oral deposition. Defendant DeBeauvoir further reserves the right to call any witnesses or expert witnesses identified by Plaintiffs or Co-Defendants through disclosures, in written discovery response, or by oral deposition. Defendant DeBeauvoir further reserves the right to call any witnesses or expert witnesses identified by Plaintiffs through disclosures or in discovery.

### IV.   <u>DAMAGES AND INSURANCE</u>

<u>Computation of Damages Claimed by Disclosing Party (FRCP Rule 26(a)(1)(iii))</u>

Defendant DeBeauvoir claims no damages under FRCP 26 (A) iii at this time; however, Defendant DeBeauvoir reserves the right to seek Travis County's costs and expenses incurred in defending this civil action.

<u>Insurance Agreements Triggered by a Judgment (FRCP Rule 26(a)(1)(A.)(iv))</u>

Travis County is self-insured, and there is no insurance agreement within the meaning of in FRCP 26(a)(1)(A.)(iv).

Respectfully submitted,

**DELIA GARZA**

County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:     (512) 854-9513
Facsimile:     (512) 854-4808

By:     */s/ Anthony J. Nelson*
SHERINE E. THOMAS
State Bar No. 00794734
sherine.thomas@traviscountytx.gov
LESLIE W. DIPPEL
State Bar No. 00796472
leslie.dippel@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
PATRICK T. POPE
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

**ATTORNEYS FOR DEFENDANT DANA
DEBEAUVOIR, IN HER OFFICIAL
CAPACITY AS TRAVIS COUNTY CLERK**

*La Union Del Pueblo, et al. vs. Gregory Abbott, et al.*
Initial Disclosures
064.931 / 989672.3                                                                 Page 16 of 23

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Travis County Clerk Dana DeBeauvoir's Initial Disclosures Pursuant to F.R.C.P. 26(a)(1), (2) has been delivered on this the 5th day of November, 2021, via electronic mail as follows:

| | |
|---|---|
| Jessica Ring Amunson<br>Urja Mittal<br>Jenner & Block LLP<br>1099 New York Avenue, #900<br>Washington, DC 20001<br>jamunson@jenner.com<br>umittal@jenner.com<br>*Attorneys for OCA-Greater Houston* | Thomas Paul Buser-Clancy<br>Ashley Alcantara Harris<br>Savannah Kumar<br>ACLU Foundation of Texas<br>P.O. Box 8306<br>Houston, TX 77288<br>tbuser-clancy@aclutx.org<br>aharris@aclutx.org<br>skumar@aclutx.org<br>*Attorneys for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund,* |
| Mimi M.D. Marziani<br>Texas Civil Rights Project<br>1405 Montopolis Drive<br>Austin, TX 78741<br>mimi@texascivilrightsproject.org<br>*Attorney for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund* | Ryan V. Cox<br>Texas Civil Rights Project<br>2911 N. Main Ave.<br>San Antonio, TX 78212<br>ryan@texascivilrightsproject.org<br>*Attorney for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund* |
| Hani Mirza<br>Texas Civil Rights Project<br>1412 Main Street, Suite 608<br>Dallas, TX 75202<br>hani@texascivilrightsproject.org<br>*Attorney for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund,* | Susana Lorenzo-Giguere<br>Jerry Vattamala<br>Asian American Legal Defense and Education Fund<br>99 Hudson Street 12th Floor<br>New York City, NY 10013<br>jvattamala@aaldef.org<br>*Attorneys for OCA-Greater Houston* |

EXHIBIT A

| | |
|---|---|
| Adriel Cepeda-Derieux<br>Sophia Lin Lakin<br>Samantha Osaki<br>American Civil Liberties Union Foundation<br>125 Broadway Street, 18th Floor<br>New York, NY 10004<br>acepedaderieux@aclu.org<br>slakin@aclu.org<br>sosaki@aclu.org<br>*Attorneys for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund* | Andre I. Segura<br>Andre Ivan Segura Law Office<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>asegura@aclutx.org<br>*Attorney for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund* |
| Lia Sifuentes Davis<br>Disability Rights Texas<br>2222 West Braker Lane<br>Austin, TX 78758<br>ldavis@drtx.org<br>*Attorneys for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund* | Lucia Romano Ostrom<br>Disability Rights Texas<br>1500 McGowen - Ste 100<br>Houston, TX 77004<br>lostrom@drtx.org<br>*Attorney for OCA-Greater Houston,*<br>*League of Women Voters of Texas,*<br>*REVUP-Texas, Texas Organizing Project,*<br>*and Workers Defense Action Fund* |
| Marc Erik Elias<br>Jonathan Patrick Hawley<br>Meaghan E. Mixon<br>Uzoma N. Nkwonta<br>Joseph N. Posimato<br>Graham White<br>Kathryn E. Yukevich<br>Elias Law Group LLP<br>10 G St. Ne, Suite 600<br>Washington, DC 20002<br>melias@elias.law<br>jhawley@elias.law<br>mmixon@elias.law<br>unkwonta@elias.law<br>jposimato@elias.law<br>gwhite@elias.law<br>kyukevich@elias.law<br>*Attorneys for LULAC Texas, Texas AFT,*<br>*Texas Alliance for Retired Americans, and*<br>*Voto Latino* | Eric A. Hudson<br>Patrick K. Sweeten<br>Jeffrey Michael White<br>Texas Attorney General<br>P.O. Box 12548<br>MC 009<br>Austin, TX 78711<br>(512) 463-4139<br>5124574410 (fax)<br>Office of Attorney General<br>P.O. Box 12548<br>Austin, TX 78711<br>eric.hudson@oag.texas.gov<br>Patrick.Sweeten@oag.texas.gov<br>jeff.white@oag.texas.gov<br>*Attorneys for*<br>*Deputy Secretary of State Jose A. Esparza,*<br>*Attorney General Warren K. Paxton,*<br>*Governor Gregory W. Abbott* |

*La Union Del Pueblo, et al. vs. Gregory Abbott, et al.*<br>Initial Disclosures<br>064.931 / 989672.3

EXHIBIT A

Page 18 of 23

| | |
|---|---|
| John Russell Hardin<br>Perkins Coie, LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, TX 75201<br>johnhardin@perkinscoie.com<br>*Attorney for LULAC Texas, Texas AFT,*<br>*Texas Alliance for Retired Americans, and*<br>*Voto Latino* | Domingo A. Garcia<br>The Law Offices of Domingo A. Garcia, P.C.<br>1111 W. Mockingbird Lane, Suite 1200<br>Dallas, TX 75247<br>domingo@dgley.com<br>*Attorney for LULAC Texas* |
| Sameer Singh Birring<br>Jonathan Gabriel Chaim Fombonne<br>Christian Dashaun Menefee<br>Harris County Attorneys Office<br>1019 Congress, 15th Floor<br>Houston, TX 77002<br>Harris County Attorney's Office<br>1019 Congress, 15th Floor<br>Houston, TX 77002<br>sameer.birring@cao.hctx.net<br>jonathan.fombonne@cao.hctx.net<br>Christian.Menefee@cao.hctx.net<br>*Attorneys for Harris County Elections*<br>*Administrator Isabel Longoria, and/or*<br>*James Lewin* | Barbara S. Nicholas<br>Earl S. Nesbitt<br>Ben L. Stool<br>Dallas County District Attorney's Office<br>500 Elm Street, Suite 6300<br>Dallas, TX 75202<br>Barbara.Nicholas@dallascounty.org<br>earl.nesbitt@dallascounty.org<br>ben.stool@dallascounty.org<br>*Attorneys for Dallas County Elections*<br>*Administrator Michael Scarpello* |
| Josephine L. Ramirez<br>Leigh Ann Tognetti<br>Hidalgo County District Attorney's Office<br>100 E. Cano, First Floor<br>Edinburg, TX 78539<br>josephine.ramirez@da.co.hidalgo.tx.us<br>leigh.tognetti@da.co.hidalgo.tx.us<br>*Attorneys for Hidalgo County Elections*<br>*Administrator Yvonne Ramon* | Robert D. Green<br>Bexar County District Attorney<br>Civil Division<br>101 W. Nueva, 7th Floor<br>San Antonio, TX 78205<br>robert.green@bexar.org<br>*Attorney for Elections Administrator of*<br>*Bexar County Jacque Callanen* |
| Orion Armon<br>Germaine Habell<br>Cooley LLP<br>1144 15th Street, Suite 2300<br>Denver, CO 80206<br>oarmon@cooley.com<br>ghabell@cooley.com<br>*Attorney for El Paso County Elections*<br>*Administrator Lisa Wise* | Angelica Lien Leo<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>aleo@cooley.com<br>*Attorney for El Paso County Elections*<br>*Administrator Lisa Wise* |

EXHIBIT A

| | |
|---|---|
| Kathleen Hartnett<br>Beatriz Mejia<br>Sharon Song<br>Kelsey Spector<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>khartnett@cooley.com<br>mejiab@cooley.com<br>song@cooley.com<br>kspector@cooley.com<br>*Attorneys for El Paso County Elections*<br>*Administrator Lisa Wise* | Zack Goldberg<br>States United Democracy Center<br>86 Fleet Place, No. 6t<br>Brooklyn, NY 11201<br>(917) 656-6234<br>zack@statesuniteddemocracy.org<br>*Attorney for El Paso County Elections*<br>*Administrator Lisa Wise* |
| Ranjana Natarajan<br>States United Democracy Center<br>1801 East 51st Street, Suite 365, #334<br>Austin, TX 78723<br>323-422-8578<br>ranjana@statesuniteddemocracy.org<br>*Attorney for El Paso County Elections*<br>*Administrator Lisa Wise* | Christine Sun<br>States United Democracy Center<br>3749 Buchanan St. No. 475165<br>San Francisco, CA 94147<br>christine@statesuniteddemocracy.org<br>*Attorney for El Paso County Elections*<br>*Administrator Lisa Wise* |
| Kenneth E. Broughton, Jr.<br>J. Keely Dulaney<br>Lora Spencer<br>Reed Smith, LLP<br>811 Main Street, Suite 1700<br>Houston, TX 77002<br>kbroughton@reedsmith.com<br>kdulaney@reedsmith.com<br>lspencer@reedsmith.com<br>*Attorneys for Jeffrey Lamar Clemmons,*<br>*Delta Signma Theta Sorority Inc.,*<br>*Houston Area Urban League,*<br>*Houston Justice, and The Arc of Texas* | Sarah M. Cummings<br>Reed Smith, LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>scummings@reedsmith.com<br>*Attorney for Jeffrey Lamar Clemmons,*<br>*Delta Signma Theta Sorority Inc.,*<br>*Houston Area Urban League,*<br>*Houston Justice, and The Arc of Texas* |

*La Union Del Pueblo, et al. vs. Gregory Abbott, et al.*<br>Initial Disclosures<br>064.931 / 989672.3

Page 20 of 23

EXHIBIT A

| | |
|---|---|
| Shira Wakschlag<br>The Arc of the United States<br>1825 K Street, Nw, Suite 1200<br>Washington, DC 20006<br>wakschlag@thearc.org<br>*Attorney for Jeffrey Lamar Clemmons,*<br>*Delta Signma Theta Sorority Inc.,*<br>*Houston Area Urban League,*<br>*Houston Justice, and The Arc of Texas* | Kathryn Sadasivan<br>NAACP Legal Defense & Educational Fund,<br>Inc.<br>40 Rector Street, Fifth Floor<br>New York, NY 10006<br>ksadasivan@naacpldf.org<br>*Attorney for Jeffrey Lamar Clemmons,*<br>*Delta Signma Theta Sorority Inc.,*<br>*Houston Area Urban League,*<br>*Houston Justice, and The Arc of Texas* |
| Jennifer A. Holmes<br>Georgina Yeomans<br>NAACP Legal Defense & Educational Fund,<br>Inc.<br>700 14th Street N.W. Suite 600<br>Washington, DC 20005<br>jholmes@naacpldf.org<br>gyeomans@naacpldf.org<br>*Attorneys for Jeffrey Lamar Clemmons,*<br>*Delta Signma Theta Sorority Inc.,*<br>*Houston Area Urban League,*<br>*Houston Justice, and The Arc of Texas* | John M. Gore<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>jmgore@jonesday.com<br>*Attorney for*<br>*Dallas County Republican Party,*<br>*Harris County Republican Party, National*<br>*Republican Congressional Committee, and*<br>*National Republican Senatorial Committee* |
| Christopher H. Bell<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>801 17th Street, NW<br>Washington, DC 20006<br>christopher.bell@friedfrank.com<br>*Attorneys for Fiel Houston, Inc.,*<br>*JOLT Action, La Union Del Pueblo Entero,*<br>*Mexican American Bar Association of Texas,*<br>*Southwest Voter Registration Education*<br>*Project, Texas Hispanics Organized for*<br>*Political Education,  and*<br>*William C. Velasquez Institute* | Michael C. Keats<br>Rebecca L. Martin<br>Fried. Frank. Harris. Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000<br>(212) 859-4000 (fax)<br>michael.keats@friedfrank.com<br>rebecca.martin@friedfrank.com<br>*Attorneys for Fiel Houston, Inc.,*<br>*JOLT Action, La Union Del Pueblo Entero,*<br>*Mexican American Bar Association of Texas,*<br>*Southwest Voter Registration Education*<br>*Project, Texas Hispanics Organized for*<br>*Political Education,  and*<br>*William C. Velasquez Institute* |

| | |
|---|---|
| Julia Renee Longoria<br>Nina Perales<br>Mexican American Legal Defense and<br>Educational Fund<br>110 Broadway, Suite 300<br>San Antonio, TX 78205<br>jlongoria@maldef.org<br>nperales@maldef.org<br>*Attorneys for Fiel Houston, Inc.,*<br>*JOLT Action, La Union Del Pueblo Entero,*<br>*Mexican American Bar Association of Texas,*<br>*Southwest Voter Registration Education*<br>*Project, Texas Hispanics Organized for*<br>*Political Education,  and*<br>*William C. Velasquez Institute* | Matthew Berde<br>Paul R. Genender<br>Elizabeth Yvonne Ryan<br>Weil Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201<br>matt.berde@weil.com<br>paul.genender@weil.com<br>liz.ryan@weil.com<br>*Attorneys for Friendship-West Baptist*<br>*Church; James Lewin; Texas Impact; and*<br>*The Anti-Defamation League Austin,*<br>*Southwest, and Texoma* |
| Alexander P. Cohen<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>alexander.cohen@weil.com<br>*Attorney for Friendship-West Baptist Church;*<br>*James Lewin; Texas Impact; and*<br>*The Anti-Defamation League Austin,*<br>*Southwest, and Texoma* | Donna Garcia Davidson<br>PO Box 12131<br>Austin, TX 78711<br>donna@dgdlawfirm.com<br>*Attorney for Foundation for Government*<br>*Accountability* |
| Patrick A. Berry<br>Andrew B. Garber<br>Sean Morales-Doyle<br>Jasleen K. Singh<br>Eliza Sweren-Becker<br>Brennan Center for Justice<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>patrick.berry@nyu.edu<br>andrew.garber@nyu.edu<br>morales-doyles@brennan.law.nyu.edu<br>jasleen.singh@nyu.edu<br>sweren-beckere@brennan.law.nyu.edu<br>*Attorneys for Friendship-West Baptist*<br>*Church; James Lewin; Texas Impact; and*<br>*The Anti-Defamation League Austin,*<br>*Southwest, and Texoma* | John Bonifaz<br>Ben Clements<br>Ronald A. Fein<br>Courtney M. Hostetler<br>Free Speech For People<br>1320 Centre. St. #405<br>Newton, MA 02459<br>jbonifaz@freespeechforpeople.org<br>bclements@freespeechforpeople.org<br>rfein@freespeechforpeople.org<br>chostetler@freespeechforpeople.org<br>*Attorneys for Marla Lopez Marlon Lopez,*<br>*Mi Familia Vota, and Paul Rutledge* |

*La Union Del Pueblo, et al. vs. Gregory Abbott, et al.*<br>Initial Disclosures<br>064.931 / 989672.3

EXHIBIT A

Page 22 of 23

| | |
|---|---|
| Sean Michael Lyons<br>Lyons & Lyons, PC<br>237 W Travis St, Ste 100<br>San Antonio, TX 78205<br>sean@lyonsandlyons.com<br>*Attorney for Marla Lopez Marlon Lopez,*<br>*Mi Familia Vota, and Paul Rutledge* | Wendy J. Olson<br>Elijah M. Watkins<br>Stoel Rives LLP<br>101 S. Capitol Blvd, Suite 1900<br>Boise, ID 83702<br>wendy.olson@stoel.com<br>elijah.watkins@stoel.com<br>*Attorneys for Marla Lopez Marlon Lopez,*<br>*Mi Familia Vota, and Paul Rutledge* |
| Marc T. Rasich<br>Stoel Rives LLP<br>201 S. Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>marc.rasich@stoel.com<br>*Attorney for Marla Lopez Marlon Lopez,*<br>*Mi Familia Vota, and Paul Rutledge* | Laura E. Rosenbaum<br>Stoel Rives LLP<br>760 S.W. 9th Avenue, Suite 3000<br>Portland, OR 97205<br>laura.rosenbaum@stoel.com<br>*Attorney for Marla Lopez Marlon Lopez,*<br>*Mi Familia Vota, and Paul Rutledge* |
| Andy Taylor<br>Andy Taylor & Associates, PC<br>2628 Highway 36 South, #288<br>Brenham, TX 77833<br>ataylor@andytaylorlaw.com<br>*Attorney for Public Interest Legal Foundation* | Chad Ennis<br>Robert E. Henneke<br>Texas Public Policy Foundation<br>901 Congress Avenue<br>Austin, TX 78701<br>cennis@texaspolicy.com<br>rhenneke@texaspolicy.com<br>*Attorneys for Medina County Elections*<br>*Administrator Lupe C. Torres* |
| | /s/ Anthony J. Nelson<br>ANTHONY J. NELSON<br>PATRICK T. POPE<br>Assistant County Attorneys |