UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br>     *Plaintiffs*, <br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br>     *Defendants*. | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., <br>     *Plaintiffs*, <br> v. <br><br> JOSE A. ESPARZA, et al., <br><br>     *Defendants*. | 1:21-cv-0780-XR |
| HOUSTON JUSTICE, et al., <br>     *Plaintiffs*, <br> v. <br><br> GREGORY WAYNE ABBOTT, et al., <br><br>     *Defendants*. | 5:21-cv-0848-XR |
| LULAC TEXAS, et al., <br>     *Plaintiffs*, <br> v. <br><br> JOSE EXPARZA, et al., <br><br>     *Defendants*. | 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al., <br>     *Plaintiffs*, <br> v. <br><br> GREG ABBOTT, et al., <br><br>     *Defendants*. | 5:21-cv-0920-XR |
| UNITED STATES OF AMERICA, <br>     *Plaintiff*, <br> v. <br><br> STATE OF TEXAS, et al., <br><br>     *Defendants*. | 5:21-cv-1085-XR |

## NOTICE OF INITIAL DISCLOSURES

Pursuant to this Court's November 12, 2021 Order, ECF No. 96, Plaintiffs LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, and TEXAS AFT, (hereinafter, the "LULAC Plaintiffs") by and through their undersigned counsel, hereby file their initial disclosures. Attached hereto as Exhibit 1 is a true and correct copy of the LULAC Plaintiffs' Initial Disclosures, which undersigned counsel served on all counsel of record in the consolidated cases.

Dated: November 15, 2021.     Respectfully submitted,

/s/ Kathryn E. Yukevich
Marc E. Elias*
Uzoma N. Nkwonta*
Kathryn E. Yukevich*
Joseph N. Posimato*
Meaghan E. Mixon*
Graham W. White*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
kyukevich@elias.law
jposimato@elias.law
mmixon@elias.law
gwhite@elias.law

Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
jhawley@elias.law

                John R. Hardin
                Texas State Bar No. 24012784
                **PERKINS COIE LLP**
                500 North Akard Street, Suite 3300
                Dallas, Texas 75201-3347
                Telephone: (214) 965-7700
                Facsimile: (214) 965-7799
                johnhardin@perkinscoie.com

                *Counsel for Plaintiffs*

                *Admitted *Pro Hac Vice*