# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants*. | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs*, v. JOSE A. ESPARZA, et al., *Defendants*. | 1:21-cv-0780-XR |
| HOUSTON JUSTICE, et al., *Plaintiffs*, v. GREGORY WAYNE ABBOTT, et al., *Defendants*. | 5:21-cv-0848-XR |
| LULAC TEXAS, et al., *Plaintiffs*, v. JOSE EXPARZA, et al., *Defendants*. | 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al., *Plaintiffs*, v. GREG ABBOTT, et al., *Defendants*. | 5:21-cv-0920-XR |

**INITIAL DISCLOSURES FOR PLAINTIFFS LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS AND TEXAS AFT**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, and TEXAS AFT, by and through undersigned counsel, make the following initial disclosures.

These disclosures are based on the information in Plaintiffs' possession, custody, and control, as well as that which could be ascertained, learned, or acquired by reasonable inquiry and investigation. Plaintiffs further reserve the right to amend, supplement, clarify, or modify these disclosures to the extent additional information becomes available or is obtained through discovery (should this matter proceed to discovery), including in supplemental disclosures, further discovery responses, or as required by the Federal Rules of Civil Procedure.

A. **Rule 26(A)(1)(A)(i): Witness Disclosures**

Plaintiffs and their members or staff, including those listed below, may have discoverable information regarding the allegations in the complaint, including but not limited to the harm that they and/or other similarly situated Texas voters have suffered and will suffer absent a permanent injunction granting the relief that they seek in this case. As noted below, all Plaintiffs (including their staff and board members) should be contacted only through undersigned counsel. Persons in this category include, but are not limited to:

| NAME | TITLE & CONTACT INFORMATION |
| --- | --- |
| Rodolfo "Rudy" Rosales, Jr. | State Director<br>LULAC Texas<br>***Contact through undersigned counsel***  |

1

| Maria Teresa Kumar | President & CEO<br>Voto Latino<br>*Contact through undersigned counsel* |
| --- | --- |
| Zeph Capo | President<br>Texas AFT<br>*Contact through undersigned counsel* |
| Judy Bryant | Field Organizer<br>Texas Alliance for Retired Americans<br>*Contact through undersigned counsel* |

Plaintiffs anticipate that present and former employees, agents, and associates of the Elections Division of the Texas Secretary of State's office will have discoverable information related, but not limited, to: the administration of elections in Texas; the voting history of Texas voters, including the method(s) by which they cast their ballots; the legislative and enforcement history of Senate Bill 1 ("SB 1"); the intended and actual impacts of SB 1, including the intended, anticipated, and likely impacts on Black and Latino voters; the State's purported justifications for SB 1; and any training or communications provided by the Elections Division to local election officials regarding SB 1. Persons in this category include, but are not limited to:

| NAME | TITLE & CONTACT INFORMATION |
| --- | --- |
| John Scott | Secretary of State<br>Office of the Texas Secretary of State<br>James E. Rudder Building<br>1019 Brazos Street<br>Austin, Texas 78701<br>(850) 245-6500 |
| Jose Esparza | Deputy Secretary of State<br>Office of the Texas Secretary of State<br>James E. Rudder Building<br>1019 Brazos Street<br>Austin, Texas 78701<br>(850) 245-6500 |
| Keith Ingram | Director of Elections<br>Office of the Texas Secretary of State<br>James E. Rudder Building<br>1019 Brazos Street<br>Austin, Texas 78701<br>(850) 245-6500 |

Plaintiffs anticipate that present and former members of the Texas Legislature will have discoverable information related, but not limited, to: the motivation behind and legislative history of SB 1, including its precursors SB 7 and HB 6; the intended impacts of SB 1, including the impacts on Black and Latino voters; the State's purported justifications for SB 1; and prior and current efforts by election officials and others to hinder or facilitate Black and Latino voters' participation in Texas elections. Persons in this category include, but are not limited to:

| NAME | TITLE & CONTACT INFORMATION |
|---|---|
| Bryan Hughes | Texas State Senator<br>P.O. Box 12068<br>Capitol Station<br>Austin, Texas 78711<br>(512) 463-0101 |
| Paul Bettencourt | Texas State Senator<br>P.O. Box 12068<br>Capitol Station<br>Austin, Texas 78711<br>(512) 463-0107 |
| Brian Birdwell | Texas State Senator<br>P.O. Box 12068<br>Capitol Station<br>Austin, Texas 78711<br>(512) 463-0122 |
| Bob Hall | Texas State Senator<br>P.O. Box 12068<br>Capitol Station<br>Austin, Texas 78711<br>(512) 463-0102 |
| Jane Nelson | Texas State Senator<br>P.O. Box 12068<br>Capitol Station<br>Austin, Texas 78711<br>(512) 463-0112 |
| Charles Schwertner | Texas State Senator<br>P.O. Box 12068<br>Capitol Station<br>Austin, Texas 78711<br>(512) 463-0105 |

| | |
|---|---|
| Briscoe Cain | Texas State Representative<br>Room E2.706<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0733 |
| Travis Clardy | Texas State Representative<br>Room E2.818<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0592 |
| Jacey Jetton | Texas State Representative<br>Room E2.716<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0710 |
| Mike Schofield | Texas State Representative<br>Room E2.410<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0528 |
| Valoree Swanson | Texas State Representative<br>Room E2.710<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0572 |
| Andrew Murr | Texas State Representative<br>Room E1.308<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0536 |
| Trent Ashby | Texas State Representative<br>Room E2.806<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0508 |
| Charlie Geren | Texas State Representative<br>Room GW.15<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0610 |
| Stephanie Klick | Texas State Representative<br>Room E2.608<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0599 |

| Brooks Landgraf | Texas State Representative<br>Room E1.324<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0546 |
| --- | --- |
| J.M. Lozano | Texas State Representative<br>Room 1W.4<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0463 |
| Matt Shaheen | Texas State Representative<br>Room E1.420<br>P.O. Box 2910<br>Austin, Texas 78768<br>(512) 463-0594 |

**B.      Rule 26(A)(1)(A)(ii): Document Disclosures**

Based on the information reasonably available to them at this time, Plaintiffs identify the following categories of documents in their possession, custody, or control that they may use to support their claims or defenses in this matter: (i) documents related to the harm that Plaintiffs have suffered and/or will suffer as a result of SB 1, including public comments by Plaintiffs and their constituents, (ii) publicly available news reports and public coverage of SB 1, (iii) statements of Texas elected officials, legislators, and local officials, (iv) documents related to the legislative history of SB 1, including legislative debate videos, transcripts, public testimony, and bill history, and (v) publicly available data from previous elections.

**C.      Rule 26(A)(1)(A)(iii): Damages Disclosures**

Plaintiffs are not seeking money damages. Plaintiffs seek declaratory and injunctive relief; their costs, disbursements, and reasonable attorneys' fees incurred in bringing this action, pursuant to 42 U.S.C. § 1988; and any other relief the Court deems proper. As appropriate and necessary, Plaintiffs will present evidence of their costs, disbursements, and attorneys' fees expended in pursuing this action.

**D.      Rule 26(A)(1)(A)(iv): Insurance Agreements**

Plaintiffs are currently unaware of any insurance policy under which any person and/or insurance business may be liable to satisfy all or part of any judgment which may be entered in this action.

Dated: November 5, 2021.                           Respectfully submitted,

*/s/  Uzoma N. Nkwonta*
Marc E. Elias*
Uzoma N. Nkwonta*
Kathryn E. Yukevich*
Joseph N. Posimato*
Meaghan E. Mixon*
Graham W. White*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
kyukevich@elias.law
jposimato@elias.law
mmixon@elias.law

Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
jhawley@elias.law

John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice

6

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via electronic mail to all counsel of record on the 5th day of November, 2021.

*/s/ Kathryn E. Yukevich*
Kathryn E. Yukevich

*Counsel for Plaintiffs*