IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LULAC TEXAS; VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOSE ESPARZA, in his official capacity as the Texas Deputy Secretary of State; KEN PAXTON, in his official capacity as the Texas Attorney General; JACQUELYN CALLANEN, in her official capacity as the Bexar County Elections Administrator; DANA DeBEAUVOIR, in her official capacity as the Travis County Clerk; ISABEL LONGORIA, in her official capacity as the Harris County Elections Administrator; YVONNE RAMÓN, in her official capacity as the Hidalgo County Elections Administrator; MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator; LISA WISE, in her official capacity as the El Paso County Elections Administrator,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO: 1:21-CV-00786, consolidated with 5:21-CV-0844-XR |

**DEFENDANT MICHAEL SCARPELLO'S
<u>RULE 26(a)(1) INITIAL DISCLOSURES</u>**

To:    *All parties, through their counsel of record.*

　　　　Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and subject to the objections included herein, Defendant Michael Scarpello, who has been sued in this lawsuit in his official capacity as Dallas County Elections Administrator ("Scarpello"), serves these initial

<u>**Defendant Michael Scarpello's Rule 26(a) Disclosure**</u> – **Page 1 of 13**

disclosures, as required by Fed. R. Civ. P. 26(a)(1).

Defendant objects to producing any personal identifying information of any current or former Dallas County employee, such as home addresses or telephone numbers, because such information is not relevant to the subject matter of this action, is not reasonably calculated to lead to the discovery of admissible evidence, and is protected from disclosure by law. For purposes of this lawsuit, current and former employees of Dallas County may be reached through the Civil Division of the Dallas County Criminal District Attorney's Office, who have appeared as counsel of record in this case representing Defendant Scarpello.

Defendant Scarpello submits this disclosure in accordance with Fed. R. Civ. P.26 (a).

**(A)     Individuals with Discoverable Information (Rule 26(a)(1)(A)(i))**

Michael Scarpello, Dallas County Elections Administrator
  and employees of the Dallas County Elections Department
c/o Dallas County Criminal District Attorney's Office
Civil Division (the undersigned counsel of record)
500 Elm Street, Suite 6300
Dallas, Texas 75202

Mr. Scarpello is the current Dallas County Elections Administrator and has information regarding the administration of Dallas County elections and voter registration in Dallas County and the rules regulations applicable to administering Dallas County elections.

Rivelino Lopez, Voter Registration Supervisor
Daniel Grant, Central Counting Station
Employees of Dallas County Elections Department
c/o Dallas County Criminal District Attorney's Office
Civil Division (the undersigned counsel of record)
500 Elm Street, Suite 6300
Dallas, Texas 75202

Mr. Lopez is the current Voter Registration Supervisor and has information regarding the registration of voters in Dallas County.  Ms. Grant has knowledge of the processes and procedures of the Central Counting Station. And, other Dallas County Elections employees who have knowledge of the election process.

Dallas County Election Judges and alternate Election Judges
TBD

Dallas County Election Judges and alternate Election Judges may have knowledge concerning the impact of SB 1.

Toni Pippins-Poole
Former Dallas County Elections Administrator (retired in December of 2020)
c/o Dallas County Criminal District Attorney's Office
Civil Division (the undersigned counsel of record)
500 Elm Street, Suite 6300
Dallas, Texas 75202

Ms. Pippins-Poole is the former Dallas County Elections Administrator. Ms. Pippins-Poole retired in December of 2020. She has information regarding the administration of Dallas County elections and voter registration in Dallas County prior to her retirement.

Texas Secretary of State (and
    his/her predecessors or successors in office)
John Scott
Ruth R. Hughs
Jose Esparza, Deputy Secretary of State
Secretary of State
James E. Rudder Bldg.
1019 Brazos Street
Austin, Texas 78701

Employees of the Texas Secretary of State's Elections Division will have information related to the enactment and implementation of SB 1, including, but not limited to, forms, rules and regulations issued by same concerning SB 1.

Employees of Elections Division
    Of the Texas Secretary of State,
Including Keith Ingram
Elections Division
James E. Rudder Building
1019 Brazos Street
Austin, Texas 78701
Mailing Address:
 P.O. Box 12060
Austin, Texas 78711-2060
Ph. 512.463.5650

The Director of Elections has information regarding the enactment and implementation of SB 1, including forms, rules and regulations issued by same concerning SB 1. The Election Division will also have information and/or documents related to voter registration, election results and voting records.

Texas Legislative Council
Kim Shields, Public Information Officer
Robert E. Johnson Bldg.
1501 N. Congress Ave.
Austin, Texas 78701
(512) 463-1155

Employees of the Texas Legislative Council, and or its custodian of records, are believed to have records and information related to the enactment and passage of SB 1.

James Freeman, Executive Director
House Business Officer
Texas House of Representatives
P.O. Box 2910
Austin, Texas 78768-2910
Fax: (512) 463-0747

Employees of the Texas House of Representative's Business Office, and or its custodian of records, are believed to have records and information, including, but not limited to, recordings of House committee hearings, related to the enactment and passage of SB 1.

Patsy Spaw
Secretary of the Senate
Texas Senate
P.O. Box 12068
Austin, Texas 78711-2068
Fax: (512) 463-6034

Ms. Spaw is the Public Information Officer for the Texas Senate and is believed to have records and information, including, but not limited to recordings, of Senate Committee hearings, related to the enactment and passage of SB 1.

Texas State LULAC
c/o Domingo Garcia
Law Office of Domingo Garcia PC
1111 West Mockingbird Lane, Suite 1200
Dallas, Texas 75247-5012
Telephone: (214) 941-8300 d
&
Roberto Vera, Jr.
407 West Ware Boulevard
San Antonio, Texas 78221
Telephone: (210) 225-3300

Texas State LULAC is a Plaintiff in this suit and has information regarding the claims made against Defendants in this suit.

VOTO LATINO
c/o John R. Hardin
Perkins Coie LLP
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
&
Marc E. Elias
Uzoma N. Nkwonta
Kathryn E. Yukevich
Joseph N. Posimato
Meaghan E. Mixon
Elias Law Group LLP
10 G Street NE, Suite
600 Washington, D.C. 20002
Telephone: (202) 968-4490

VOTO LATINO is a Plaintiff in this suit and has information regarding the claims made against Defendants in this suit.

Texas Alliance For Retired Americans
c/o John R. Hardin
Perkins Coie LLP
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
&
Marc E. Elias
Uzoma N. Nkwonta
Kathryn E. Yukevich
Joseph N. Posimato
Meaghan E. Mixon
Elias Law Group LLP
10 G Street NE, Suite
600 Washington, D.C. 20002
Telephone: (202) 968-4490

Texas Alliance For Retired Americans is a Plaintiff in this suit and has information regarding the claims made against Defendants in this suit.

Texas AFT
c/o John R. Hardin
Perkins Coie LLP

500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
&
Marc E. Elias
Uzoma N. Nkwonta
Kathryn E. Yukevich
Joseph N. Posimato
Meaghan E. Mixon
Elias Law Group LLP
10 G Street NE, Suite
600 Washington, D.C. 20002
Telephone: (202) 968-4490

Texas AFT is a Plaintiff in this suit and has information regarding the claims made against Defendants in this suit.

Ken Paxton, Texas Attorney General
c/o Cory Scanlon
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
512.936.1317 (direct)
512.936.0545 (fax)

Ken Paxton is a Defendant in this suit and has information regarding the claims made against the State and/or the Secretary of State in this suit and about the enactment and implementation of SB 1.

Lisa Wise, El Paso County Elections Administrator
Employees of El Paso County Elections Department
500 E. San Antonio Ave., Suite #314
El Paso, TX 79901
(915)546-2154

Ms. Wise is a Defendant in this suit and has information regarding the claims made against her in this suit

Jacquelyn Callanen, Bexar County Elections Administrator
        Employees of the Bexar County Elections Department
c/o Robert D. Green
Bexar County District Attorney
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205

210-335-2146
Email: robert.green@bexar.org

Ms. Callanen is a Defendant in this suit and has information regarding the claims made against her in this suit.

Dana DeBeauvoir, Travis County Clerk
Bridgette Escobedo, Elections Division Director
Charlie Johnson, Elections Administrator
Employees of Travis County Elections Division
c/o Cynthia W. Veidt
Leslie Dippel
Sherine Thomas
Travis County Attorney's Office
PO Box 1748
Austin, TX 78767
(512) 854-2911
Fax: (512) 854-9316

Ms. DeBeauvoir is a Defendant in this suit and has information regarding the claims made against him in this suit.

Yvonne Ramón, Hidalgo County Elections Administrator
Employees of the Hidalgo County Elections Department
P.O. Box 659
Edinburg, TX 78539

Ms. Ramon is a Defendant in this suit and has information regarding the claims made against her in this suit.

Isabel Longoria, Harris County Elections Administrator
  Employees of the Harris County Elections Department
c/o Christian D. Menefee
Jonathan G.C. Fombonne
Tiffany S. Bingham
Sameer S. Birring
Christina Beeler
Harris County's Attorneys Office
1019 Congress Street, 15th Floor
Houston, Texas 77002

Ms. Longoria is a Defendant/Plaintiff in this suit and has information regarding the claims made against and by her in this suit.

**(B)**    **Expert Witnesses Disclosed Under FRCP 26(2)C**

Russell Roden, Attorney Fees Expert
Jason Schuette, Attorney Fees Expert
c/o Dallas County Criminal District Attorney's Office
Civil Division (the undersigned counsel of record)
500 Elm Street, Suite 6300
Dallas, Texas 75202

Mr. Roden and Mr. Schuette may testify as to reasonable and necessary of attorney's fees incurred in this case.

**(C)     Description of Documents (Rule 26(a)(1)(A)(ii))**

1. SB 1, adopted by the 87th Legislature
2. Documents concerning the legislative history of SB 1, some of which can be found at: https://capitol.texas.gov/BillLookup/History.aspx?LegSess=873&Bill=SB1
3. Documents from the Secretary of State's Elections Division provided to Defendant Scarpello and other Elections Administrator regarding implementation of SB 1, if any.
4. Dallas County Commissioners Court orders appointing election judges and persons appointed to early voting ballot board.

**(D)     Computation of Damages (Rule 26(a)(1)(A)(iii))**

Defendant Scarpello is not currently seeking to recover damages and has not asserted any claims for affirmative relief in this lawsuit. However, he will seek costs incurred in defending this civil action. Those costs are unknown at this time, but may include the cost of retaining an expert witnesses.

**(E)     Insurance Agreements (Rule 26(a)(1)(A)(iv))**

None.

Respectfully submitted,

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY DALLAS COUNTY, TEXAS

*/s/ Barbara S. Nicholas*
Barbara S. Nicholas
Assistant District Attorney
Texas Bar No. 24032785
barbara.nicholas@dallascounty.org
Earl Nesbitt
Assistant District Attorney
Texas Bar No. 14916900
earl.nesbitt@dallascounty.org

**Defendant Michael Scarpello's Rule 26(a) Disclosure – Page 8 of 13**

Records Building
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-7358
(214) 653-6134 (FAX)

ATTORNEYS FOR THE DEFENDANT
MICHAEL SCARPELLO

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document will be served on all counsel of record on November 5, 2021;

Cepeda-Derieux, Adriel
Email: acepedaderieux@aclu.org
Lakin, Sophia L
Email: slakin@aclu.org
Osaki, Samantha
Email: sosaki@aclu.org
American Civil Liberties Union Foundation
125 Broadway Street, 18th Floor, New York, NY 10004

Harris, Ashley A
Email: aharris@aclutx.org
Kumar, Savannah
Email: skumar@aclutx.org
Buser-Clancy, Thomas P
Email: tbuser-clancy@aclutx.org
American Civil Liberties Union Foundation of Texas
PO Box 8306, Houston, TX 77288

Segura, Andre I
Email: asegura@aclutx.org
Andre Ivan Segura Law Office
5225 Katy Freeway, Suite 350, Houston, TX 77007

Ostrom, Lucia R
Email: lostrom@drtx.org
Disability Rights Texas
1500 McGowen - Ste 100, Houston, TX 77004

Sifuentes Davis, Lia
Email: ldavis@drtx.org
Disability Rights Texas
2222 West Braker Lane, Austin, TX 78758

Cox, Ryan V
Email: ryan@texascivilrightsproject.org
Texas Civil Right Project
2911 N. Main Ave., San Antonio, TX 78212

Marziani, Mimi M
Email: mimi@texascivilrightsproject.org
Texas Civil Right Project
1405 Montopolis Drive, Austin, TX 78741

Mirza, Hani
Email: hani@texascivilrightsproject.org
Texas Civil Right Project
1412 Main Street, Suite 608, Dallas, TX 75202
***Attorneys for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund***

Lorenzo-Giguere, Susana
Email:
Vattamala, Jerry
Email: jvattamala@aaldef.org

Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor, New York, NY 10013

Amunson, Jessica R
Email: jamunson@jenner.com
Mittal, Urja
Email: umittal@jenner.com
Jenn & Block LLP
1099 New York Avenue, #900, Washington, DC 20001
**Attorneys for Plaintiffs OCA-Greater Houston**

Garber, Andrew B
Email: andrew.garber@nyu.edu
Morales-Doyle, Sean
Email: morales-doyles@brennan.law.nyu.edu
Sweren-Becker, Eliza
Email: sweren-beckere@brennan.law.nyu.edu
Berry, Patrick A
Email: patrick.berry@nyu.edu
Singh, Jasleen K
Email: jasleen.singh@nyu.edu
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750, New York, NY 10271
**Attorneys for Plaintiffs Friendship-West Baptist Church, Anti-Defamation League Austin, Southwest Voter Registration Education Project, and Texoma, Texas Impact, I. Longoria**

Genender, Paul R Mr.
Email: paul.genender@weil.com
Ryan, Elizabeth Y
Email: liz.ryan@weil.com
Berde, Matthew
Email: matt.berde@weil.com
Weil Gotshal & Manges, LLP
200 Crescent Court, Suite 300, Dallas, TX 75201
**Attorneys for Plaintiffs Friendship-West Baptist Church, Anti-Defamation League Austin, Southwest, and Texoma, Texas Impact**

Cohen, Alexander P
Email: alexander.cohen@weil.com
Weil Gotshal & Manges, LLP
767 Fifth Avenue, New York, NY 10153
**Attorneys for Plaintiffs Friendship-West Baptist Church, Anti-Defamation League Austin, Southwest Voter Registration Education Project, and Texoma, Texas Impact, I. Longoria, J. Lewin**

Hawley, Jonathan P
Email: jhawley@elias.law
Elias Law Group LLP
1700 Seventh Ave. Suite 2100, Seattle, WA 98101

Elias, Marc E
Email: melias@elias.law
Mixon, Meaghan E
Email: mmixon@elias.law
Posimato, Joseph N
Email: jposimato@elias.law
Elias Law Group LLP
Yukevich, Kathryn E (Kassi)
Email: kyukevich@elias.law
10 G Street NE, Suite 600, Washington, DC 20002
Nkwonta, Uzoma N
Email: unkwonta@elias.law
White, Graham
Email: gwhite@elias.law
Elias Law Group LLP
10 G Street NE, Suite 600, Washington, DC 20002

Hardin, John R
Email: johnhardin@perkinscoie.com
Perkins Coie, LLP
500 N. Akard Street, Suite 3300, Dallas, TX 75201
**Attorneys for Plaintiffs Lulac Texas, Vote Latino, Texas Alliance for Retired Americans, Texas AFT**

Garcia, Domingo
Email: domingo@dgley.com
The Law Office of Domingo Garcia

1111 W. Mockingbird Lane, Suite 1200, Dallas, TX 75247
**Attorneys for Plaintiffs Lulac Texas**

Bonifaz, John
Email: jbonifaz@freespeechforpeople.org
Clements, Ben
Email: bclements@freespeechforpeople.org
Fein, Ronald A
Email: rfein@freespeechforpeople.org
Hostetler, Courtney M
Email: chostetler@freespeechforpeople.org
Free Speech For People
1320 Centre. St. #405, Newton, MA 02459

Lyons, Sean M
Email: sean@lyonsandlyons.com
Lyons & Lyons, PC
237 W. Travis St., Ste 100, San Antonio, TX 78205

Olson, Wendy J
Email: wendy.olson@stoel.com
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900, Boise, ID 83702
**Attorneys for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge**

Rasich, Marc T
Email: marc.rasich@stoel.com
Stoel Rives LLP
201 S. Main Street, Suite 1100, Salt Lake City, UT 84111

Rosenbaum, Laura E
Email: laura.rosenbaum@stoel.com
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000, Portland, OR 97205

Watkins, Elijah M
Email: elijahwatkins@stoel.com
Stoel Rives LLP
101 S. Capitol Boulevard, Suite 1900, Boise, ID 83702

**Attorneys for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge**

Bell, Christopher H
Email: christopher.bell@friedfrank.com
Fried, Frank, Harris, Shriver & Jacobson, LLP
801 17th Street, NW, Washington, DC 20006

Keats, Michael C
Email: michael.keats@friedfrank.com
Martin, Rebecca L
Email: rebecca.martin@friedfrank.com
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza, New York, NY 10004

Longoria, Julia R
Email: jlongoria@maldef.org
Perales, Nina
Email: nperales@maldef.org
MALDEF
110 Broadway, Suite 300, San Antonio, TX 78205

**Attorneys for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, MABA, Texas Hispanics, JOLT, William C. Velasquez**

Fombonne, Jonathan
Email: jonathan.fombonne@cao.hctx.net
Menefee, Christian D
Email: Christian.Menefee@cao.hctx.net
Harris County Attorney's Office
1019 Congress, 15th Floor, Houston, TX 77002

**Attorneys for Plaintiffs James Lewin**

Holmes, Jennifer A
Email: jholmes@naacpldf.org
Yeomans, Georgina
Email: gyeomans@naacpldf.org
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street, N.W., Suite 600, Washington, DC 20005

Sadasivan, Kathryn
Email: ksadasivan@naacpldf.org

NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, Fifth Floor, New York, NY 10006

Broughton, Kenneth E Jr.
Email: kbroughton@reedsmith.com
Reed Smith LLP
811 Main Street, 17th Floor, Houston, TX 77002

Cummings, Sarah M
Email: scummings@reedsmith.com
Reed Smith LLP
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Dulaney, J. Keely
Email: kdulaney@reedsmith.com
Spencer, Lora
Email: lspencer@reedsmith.com
Reed Smith LLP
811 Main Street, Suite 1700, Houston, TX 77002

Wakschlag, Shira
Email: wakschlag@thearc.org
The Arc of the United States
1825 K. Street NW, Suite 1200, Washington, DC 20006

**Attorneys for Plaintiffs Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc, Jeffrey Lamar Clemmons**

Taylor, Andy
Email: ataylor@andytaylorlaw.com
Andy Taylor & Associates, PC
2628 Highway 36 South, #288, Brenham, TX 77833

**Attorney for Movant Public Interest Legal Foundation**

Gore, John M
Email: jmgore@jonesday.com
Jones Day
Jones Day, 51 Louisiana Avenue, NW, Washington, DC 20001

**Attorneys for Movant Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee**

Green, Robert
Email: robert.green@bexar.org
Bexar County District Attorney
101 W. Nueva, 7th Floor, San Antonio, TX 78205

**Attorney for Defendant Jacquelyn Callanen**

Armon, Orion
Email: oarmon@cooley.com
Cooley LLP
1144 15th Street, Suite 2300, Denver, CO 80206

Habell, Germaine
Email: ghabell@cooley.com
Cooley LLP
4401 Eastgate Mall, San Diego, CA 92121

Hartnett, Kathleen
Email: khartnett@cooley.com
Cooley LLP
3 Embarcadero Center, 20th Floor, San Francisco, CA 94111

Leo, Angelica L
Email: aleo@cooley.com
Cooley LLP
3175 Hanover Street, Palo Alto, CA 94304

Mejia, Beatriz
Email: mejiab@cooley.com
Song, Sharon
Email: ssong@cooley.com
Spector, Kelsey
Email: kspector@cooley.com
Cooley LLP
3 Embarcadero Center 20th Floor, San Francisco, CA 94111

Goldberg, Zack
Email: zack@statesuniteddemocracy.org
States United Democracy Center
86 Fleet Place No. 6t, Brooklyn, NY 11201

Natarajan, Ranjana
Email: ranjana@statesuniteddemocracy.org
States United Democracy Center
1801 East 51st Street, Suite 365, #334, Austin, TX 78723

Sun, Christine
Email: christine@statesuniteddemocracy.org
States United Democracy Center
3749 Buchanan St No 475165, San Francisco, CA 94147
**Attorneys for Defendant Lisa Wise**

Ramirez, Josephine L
Email: josephine.ramirez@da.co.hidalgo.tx.us
Tognetti, Leigh Ann
Email: leigh.tognetti@da.co.hidalgo.tx.us
Hidalgo County District Attorney's Office
100 E. Cano, First Floor, Edinburg, TX 78539
**Attorneys for Defendant Yvonne Ramon**

Hudson, Eric
Email: eric.hudson@oag.texas.gov
Sweeten, Patrick K
Email: patrick.sweeten@oag.texas.gov
White, Jeffrey M
Email: jeff.white@oag.texas.gov
Texas Attorney General - General Litigation Div
PO Box 12548, Austin, TX 78711
**Attorneys for Defendants Gregory Abbott, Jose Esparza, Warren Paxton**

Ennis, Chad
Email: cennis@texaspolicy.com
Henneke, Robert E
Email: rhenneke@texaspolicy.com
Texas Public Policy Foundation
901 Congress Avenue, Austin, TX 78701

**Attorneys for Defendant Lupe Torres**

Dippel, Leslie W Ms.
Email: Leslie.Dippel@traviscountytx.gov
Pope, Patrick T
Email: patrick.pope@traviscountytx.gov
Thomas, Sherine E Ms.
Email: Sherine.Thomas@traviscountytx.gov
Travis County Attorney's Office
PO Box 1748, Austin, TX 78767

Nelson, Anthony J
Email: tony.nelson@traviscountytx.gov
Travis County Attorney's Office
314 West 11th Street, Room 590, Austin, TX 78701
**Attorneys for Defendant Dana DeBeauvoir**

Garcia Davidson, Donna
Email: donna@dgdlawfirm.com
Foundation for Government Accountability
PO Box 78711, Austin, TX 78711
**Attorney for Amicus - Foundation for Government Accountability**

Birring, Sameer S
Email: sameer.birring@cao.hctx.net
Harris County Attorney's Office
1019 Congress, 15th Floor, Houston, TX 77002
**Attorney for Defendant Isabel Longoria**
**Attorney for Plaintiff James Lewin**

Freeman, Daniel J
Email: daniel.freeman@usdoj.gov
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143, Washington, DC 20530
**Attorney for Amicus - United States of America**

*/s/ Barbara S. Nicholas*
Assistant District Attorney, Dallas County Criminal District Attorney's Office, Civil Division

**Defendant Michael Scarpello's Rule 26(a) Disclosure – Page 13 of 13**