IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al, §<br>    *Plaintiffs*, §<br> §<br>v. §<br> §<br>GREGORY W. ABBOTT, in his official §<br>Capacity as Governor of Texas, et al, §<br>    *Defendants*. §<br> § | Consolidated Case No. 5:21-CV-0844-XR |

## NOTICE OF INITIAL DISCLOSURES

Pursuant to this Court's November 12, 2021, Order (Docket No. 96), Defendant Isabel Longoria, in her official capacity as the Harris County Elections Administrator hereby files her Initial Disclosures on the Court's public docket. Attached as Exhibit 1 is true and correct copy of Defendant Longoria's Initial Disclosures, which undersigned counsel served on counsel for all parties in this case on November 5, 2021.

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY
STATE BAR NO. 24088049
christian.menefee@cao.hctx.net
**JONATHAN G.C. FOMBONNE**
FIRST ASSISTANT COUNTY ATTORNEY
STATE BAR NO. 24102702
jonathan.fombonne@cao.hctx.net
**TIFFANY S. BINGHAM**
MANAGING COUNSEL
STATE BAR NO. 24012287
tiffany.bingham@cao.hctx.net

/s/ Sameer S. Birring
**SAMEER S. BIRRING**
ASSISTANT COUNTY ATTORNEY
STATE BAR NO. 24087169

1

sameer.birring@cao.hctx.net
**CHRISTINA BEELER**
ASSISTANT COUNTY ATTORNEY
STATE BAR NO. 24096124
*WDTX ADMISSION PENDING*
christina.beeler@cao.hctx.net
**SUSANNAH MITCHAM**
ASSISTANT COUNTY ATTORNEY
STATE BAR NO. 24107219
*WDTX ADMISSION PENDING*
susannah.mitcham@cao.hctx.net
HARRIS COUNTY'S ATTORNEYS OFFICE
1019 CONGRESS STREET, 15TH FLOOR
HOUSTON, TEXAS 77002

**ATTORNEYS FOR DEFENDANT, HARRIS COUNTY ELECTIONS ADMINISTRATOR, ISABEL LONGORIA, IN HER INDIVIDUAL CAPACITY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on November 15, 2021, in compliance with the Federal Rules of Civil Procedure to all parties of record.

**/s/ Sameer S. Birring**
**SAMEER S. BIRRING**
ASSISTANT COUNTY ATTORNEY
