# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, in his official capacity as Governor of Texas, et al.,<br><br>        *Defendants*. | Consolidated Case No. 5:21-CV-0844-XR |

**INITIAL DISCLOSURES OF DEFENDANT ISABEL LONGORIA, IN HER OFFICIAL CAPACITY AS THE HARRIS COUNTY ELECTIONS ADMINISTRATOR**

Defendant ISABEL LONGORIA, in her Official Capacity as the Harris County Elections Administrator ("Longoria")[1] now serves her Initial Disclosures pursuant to Rule 26, Fed. R. Civ. P., and would respectfully show as follows:

**(1)**     **The names and, if known, the address and telephone number of individuals likely to have discoverable information that may be used to support Defendant's claims or defenses are as follows:**

| Witness Name | Contact Information | Relationship to Case/Subject area of Knowledge |
|---|---|---|
| Isabel Longoria, Harris County Elections Administrator | Contact via counsel | Knowledge of her claims and defenses. Knowledge regarding the administration of elections in Harris County. |

---

[1] Isabel Longoria, in her Official Capacity as Harris County Elections Administrator, is named as a Defendant in cases 1:21-cv-780, 1:21-cv-786, and 5:21-cv-848, all of which were consolidated into this matter.

| Gregory W. Abbott, Governor of Texas | Contact via counsel for Gregory W. Abbott | Knowledge related to the related to the passage, implementation, and enforcement of SB 1 |
|---|---|---|
| Jose A. Esparza, Deputy Secretary of State | Contact via counsel for Jose Esparza | Knowledge related to the administration of elections in Texas, and the passage, implementation, and enforcement of SB 1 |
| Warren Kenneth Paxton, Attorney General of Texas | Contact via counsel for Ken Paxton | Knowledge related to the enforcement of voting laws in Texas, including provisions of SB 1 |
| John Scott, Secretary of State | Texas Secretary of State P.O. Box 12887 Austin, TX 78711-2887 (512) 463-5650 | Secretary of State of Texas. Knowledge related to the implementation of SB 1. Oversees certain responsibilities related to elections. |
| Keith Ingram, Director of Elections, Texas Secretary of State | P.O. Box 12060 Austin, TX 7811-2060 (512) 463-5650 | Director of the Secretary of State's Elections Division who oversees responsibilities outlined in Tex. Elec. Code § 31.001(b), § 31.004 |
| Ruth Hughs, former Secretary of State of Texas | 303 Colorado St., Suite 2000 Austin, TX 78701 (512) 495-6449 | Former Secretary of State of Texas. Knowledge related to the administration of elections in Texas, including the smoothness and security of the 2020 elections. |

**(2)    A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

The text and legislative history of SB 1, which are publicly available online. Isabel Longoria is also in possession of documents related to the administration of elections in Harris County,

including documents related to mail-in voting and historical documents related to elections in Harris County. Isabel Longoria will supplement these disclosures as she receives additional documents in the future, such as guidance from the Texas Secretary of State.

(3) **A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Isabel Longoria is not seeking any damages.

(4) **For inspection and copying as under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Isabel Longoria does not have any responsive documents.

.

Dated November 5, 2021             Respectfully submitted,

/s/ Sameer S. Birring_____
Christian D. Menefee
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@cao.hctx.net
Jonathan Fombonne
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@cao.hctx.net
Tiffany Bingham^
Managing Counsel

Texas Bar No. 24012287
Tiffany.Bingham@cao.hctx.net
Sameer S. Birring
Assistant County Attorney
Texas Bar No. 24087169
Sameer.Birring@cao.hctx.net
Radiah Rondon^
Assistant County Attorney
DC Bar No. 499779
Radiah.Rondon@cao.hctx.net
Christina M. Beeler^
Assistant County Attorney
Texas Bar No. 24096124
Christina.Beeler@cao.hctx.net
Susannah Mitcham^
Assistant County Attorney
Texas Bar No. 24107219
Susannah.Mitcham@cao.hctx.net

^ Application for admission to this court pending

OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for* ISABEL LONGORIA, in her Official Capacity as Harris County Elections Administrator

## CERTIFICATE OF SERVICE

    I hereby certify that on November 5, 2021, the foregoing document was served via e-mail to all counsel of record.

                                         */s/ Sameer S. Birring*
                                         Sameer S. Birring