# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>   *Defendants*. | § § § § § § § § | Case No. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>JOSE A. ESPARZA, *et al,.*<br>   *Defendants*. | § § § § § § § § § | Case No. 1:21-cv-780-XR |
| HOUSTON JUSTICE, *et al.,*<br>   *Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, *et al.*,<br>   *Defendants*. | § § § § § § § § | Case No. 5:21-cv-848-XR |
| LULAC TEXAS, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>JOSE ESPARZA, *et al.*,<br>   *Defendants*. | § § § § § § § § | Case No. 1:21-cv-0786-XR |
| MI FAMILIA VOTA, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br>   *Defendants*. | § § § § § § § § | Case No. 5:21-cv-0920-XR |

**NOTICE OF STATE DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to this Court's November 12, 2021, Order, *see* ECF No. 96, Texas Governor Greg Abbott, Secretary of State John Scott, and Attorney General Ken Paxton, each in his official capacity, (collectively, "State Defendants"), hereby file their Initial Disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of the State Defendants' Initial Disclosures, which undersigned counsel served on counsel of record for all parties in this consolidated case, *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-00844 (W.D. Tex.), on November 5, 2021.

| | |
|---|---|
| Date: November 15, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| BRENT WEBSTER | patrick.sweeten@oag.texas.gov |
| First Assistant Attorney General | Tex. State Bar No. 00798537 |
| | |
| | WILLIAM T. THOMPSON |
| OFFICE OF THE ATTORNEY GENERAL | Deputy Chief, Special Litigation Unit |
| P.O. Box 12548 (MC-009) | will.thompson@oag.texas.gov |
| Austin, Texas 78711-2548 | Tex. State Bar No. 24088531 |
| Tel.: (512) 463-2100 | |
| Fax: (512) 457-4410 | ERIC A. HUDSON |
| | Senior Special Counsel |
| | eric.hudson@oag.texas.gov |
| | Tex. Bar No. 24059977 |
| | |
| | KATHLEEN T. HUNKER |
| | Special Counsel |
| | kathleen.hunker@oag.texas.gov |
| | Tex. State Bar No. 24118415 |
| | *Application for Admission Pending |
| | |
| | LEIF A. OLSON |
| | Special Counsel |
| | leif.olson@oag.texas.gov |
| | Tex. State Bar No. 24032801 |
| | |
| | JEFFREY M. WHITE |
| | Special Counsel |
| | jeff.white@oag.texas.gov |
| | Tex. State Bar No. 24064380 |
| | |
| | **COUNSEL FOR DEFENDANTS** |