IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | Consolidated Civil Action No.: 5:21-CV-00844-XR |

**REPUBLICAN NATIONAL COMMITTEE'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor-Defendant the Republican National Committee states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

November 15, 2021

*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland*
Stephen J. Kenny*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
skenny@jonesday.com

*Counsel for Proposed Intervenor-Defendants*

\**Pro hac vice* applications pending

1

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2021, I served the foregoing on counsel of record via the Court's CM/ECF system.

                                    */s/ John M. Gore*
                                    *Counsel for Proposed Intervenor-Defendants*