UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión del Pueblo Entero, *et al*., | § | |
| *Plaintiffs*, | § | |
| | § | Consolidated Case No. 5:21-cv-844-XR |
| v. | § | |
| | § | |
| Gregory W. Abbott, *et al*., | § | |
| *Defendants*. | § | |

**Documents Produced with State Defendants' Initial Disclosures
November 5, 2021**

**Copy Filed with the Court November 15, 2021 (ECF 112)**

**House Bill 6
Legislative Session: 87(R)**

Date: November 15, 2021

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

ERIC A. HUDSON
Senior Special Counsel
eric.hudson@oag.texas.gov
Tex. Bar No. 24059977

KATHLEEN T. HUNKER
Special Counsel
kathleen.hunker@oag.texas.gov
Tex. State Bar No. 24118415
**Application for Admission Pending*

LEIF A. OLSON
Special Counsel
leif.olson@oag.texas.gov
Tex. State Bar No. 24032801

JEFFREY M. WHITE
Special Counsel
jeff.white@oag.texas.gov
Tex. State Bar No. 24064380

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 15, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**Texas Legislature Online**
# History

| | |
|---|---|
| **Bill:** HB 6 | **Legislative Session:** 87(R) |

| | |
|---|---|
| **Last Action:** | *05/07/2021 H Laid on the table subject to call* |
| **Caption Version:** | House Committee Report |
| **Caption Text:** | Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses. |
| **Author:** | Cain \| Schofield \| Klick \| Clardy \| Jetton |
| **Coauthor:** | Allison \| Anderson \| Ashby \| Bell, Cecil \| Bell, Keith \| Biedermann \| Bonnen \| Buckley \| Burns \| Burrows \| Button \| Capriglione \| Cason \| Cook \| Cyrier \| Dean \| Ellzey \| Frank \| Frullo \| Goldman \| Harless \| Harris \| Hefner \| Holland \| Hull \| Kacal \| King, Phil \| Krause \| Kuempel \| Lambert \| Landgraf \| Leach \| Leman \| Lozano \| Metcalf \| Meyer \| Middleton \| Morrison \| Murphy \| Murr \| Noble \| Oliverson \| Paddie \| Parker \| Patterson \| Paul \| Price \| Rogers \| Sanford \| Schaefer \| Shaheen \| Shine \| Slaton \| Slawson \| Smith \| Smithee \| Spiller \| Stephenson \| Stucky \| Swanson \| Thompson, Ed \| Tinderholt \| Toth \| VanDeaver \| Vasut \| White \| Wilson |
| **Subjects:** | Courts--Appellate (I0125)<br>Courts--County & Statutory (I0115)<br>Courts--District (I0120)<br>Crimes--Miscellaneous (I0200)<br>Elections--Election Officers (I0305)<br>Elections--Registration & Suffrage (I0265)<br>Elections--Voting Systems (I0270)<br>Electronic Information Systems (I0311)<br>ELECTION INTEGRITY PROTECTION ACT OF 2021 (PA6QF)<br>FRAUD (S0166)<br>SECRETARY OF STATE (V0042)<br>SUPREME COURT (V0311) |
| **Companion:** | SB 7 by Hughes, Similar |
| **House Committee:** | Elections |
| **Status:** | Out of committee |
| **Vote:** | Ayes=5   Nays=4   Present Not Voting=0   Absent=0 |

**Actions**: (descending date order)

| | Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|---|
| H | Laid on the table subject to call | | 05/07/2021 | | 2496 |
| H | Companion considered in lieu of | CSSB 7 | 05/06/2021 | | 2421 |
| H | Postponed | 5/6/21 5:00 PM | 05/06/2021 | | 2414 |
| H | Read 2nd time | | 05/06/2021 | | 2414 |
| H | Placed on Major State Calendar | | 05/06/2021 | | |
| H | Considered in Calendars | | 05/04/2021 | | |
| H | Committee report sent to Calendars | | 04/30/2021 | | |
| H | Committee report distributed | | 04/30/2021 | 08:08 AM | |
| H | Comte report filed with Committee Coordinator | | 04/29/2021 | | 1986 |
| H | Reported favorably as substituted | | 04/08/2021 | | |
| H | Committee substitute considered in committee | | 04/08/2021 | | |
| H | Considered in public hearing | | 04/08/2021 | | |

| | | | | |
|---|---|---|---|---|
| H | Left pending in committee | 04/02/2021 | | |
| H | Testimony taken/registration(s) recorded in committee | 04/01/2021 | | |
| H | Committee substitute considered in committee | 04/01/2021 | | |
| H | Considered in public hearing | 04/01/2021 | | |
| H | Scheduled for public hearing on . . . | 04/01/2021 | | |
| H | Left pending in committee | 03/25/2021 | | |
| H | Testimony taken/registration(s) recorded in committee | 03/25/2021 | | |
| H | Committee substitute considered in committee | 03/25/2021 | | |
| H | Considered in public hearing | 03/25/2021 | | |
| H | Scheduled for public hearing on . . . | 03/25/2021 | | |
| H | Referred to Elections | 03/15/2021 | 10:54 AM | 451 |
| H | Read first time | 03/15/2021 | | 451 |
| H | Filed | 03/12/2021 | | |

**BILL ANALYSIS**

C.S.H.B. 6
By: Cain
Elections
Committee Report (Substituted)

**BACKGROUND AND PURPOSE**

Full, free, and fair elections are the very foundations of a stable constitutional democracy. Concerns are ongoing regarding the potential for election fraud to threaten the stability of democracy in Texas and to undermine public confidence in the legitimacy of elections across the state. Reforms and clarity are needed in a variety of state election laws to preserve the integrity of the electoral process and to strengthen the safeguards surrounding the electoral process in Texas.

C.S.H.B. 6 seeks to prevent fraud in the conduct of elections in Texas by enacting the Election Integrity Protection Act of 2021 in recognition of the legislature's authority under Section 4, Article VI, of the Texas Constitution, to make all laws necessary to detect and punish fraud and preserve the purity of the ballot box.

**CRIMINAL JUSTICE IMPACT**

It is the committee's opinion that this bill expressly does one or more of the following: creates a criminal offense, increases the punishment for an existing criminal offense or category of offenses, or changes the eligibility of a person for community supervision, parole, or mandatory supervision.

**RULEMAKING AUTHORITY**

It is the committee's opinion that this bill does not expressly grant any additional rulemaking authority to a state officer, department, agency, or institution.

**ANALYSIS**

C.S.H.B. 6 amends the Election Code to revise the conduct of elections in Texas with regard to election officers and observers, voter assistance, and election fraud and other unlawful practices and to provide for the prioritization of certain election-related proceedings in the Texas Supreme Court, the courts of appeals, and the trial courts. The bill requires a public official to construe the provisions of the Election Code strictly to effect the intent of the legislature that the application of those provisions and the conduct of elections be uniform and consistent throughout Texas to reduce the likelihood of fraud in the conduct of elections.

C.S.H.B. 6 sets out certain legislative findings and defines "public official" for purposes of the Election Code to mean any person elected, selected, appointed, employed, or otherwise designated as an officer, employee, or agent of the state, a government agency, a political subdivision, or any other public body established by state law.

**Decedents' Voter Registrations**

C.S.H.B. 6, with respect to the filing deadlines for the following requisite abstracts filed with the applicable voter registrar and the secretary of state for purposes of canceling a voter registration, changes those deadlines to require the local registrar of deaths and the court clerk, as applicable, to file the respective abstracts as soon as possible but not later than the seventh

day after the abstract is prepared instead of filing the abstract not later than the 10th day of the month following the month in which the abstract is prepared:

- the abstract prepared by the local registrar of deaths for each death certificate issued; and
- the abstract prepared by the clerk of each court having probate jurisdiction for each small estate affidavit and for each application for probate of a will, administration of a decedent's estate, or determination of heirship.

**Spoiled Ballot Register**

C.S.H.B. 6 requires an election officer to maintain at the polling place a register of spoiled ballots from a direct recording electronic voting unit.

**Watchers and Their Purpose, Entitlements, Observations, and Duties**

C.S.H.B. 6 establishes that the purpose of provisions governing appointed watchers is to preserve the integrity of the ballot box in accordance with the Texas Constitution by providing for the appointment of watchers to observe the conduct of an election and call to the attention of an election officer any observed or suspected irregularity or violation of law in the conduct of the election.

C.S.H.B. 6 clarifies that being entitled to observe an election activity or procedure means that the watcher is entitled to sit or stand near enough to see and hear the activity or procedure.

C.S.H.B. 6 authorizes a watcher serving at a polling place in an election to observe the sealing and transfer of a memory card, flash drive, hard drive, data storage device, or other medium now existing or later developed used by voting system equipment.

C.S.H.B. 6 entitles a poll watcher to observe the in-person delivery of a marked ballot to be voted early by mail. The poll watcher must be able to determine how the ballots are being delivered and how election officials are making decisions about the delivery of ballots, if applicable. The bill prohibits the poll watcher from disrupting the process of delivering ballots.

**Exceptions to the Exclusion of Bystanders From Certain Locations**

C.S.H.B. 6 provides additional exceptions to the prohibition against bystanders, during certain periods, being in a polling place or in the meeting place of an early voting ballot board and also imposes a prohibition, with prescribed exceptions, against bystanders being in the central counting station during certain periods. Accordingly, the bill specifies and clarifies that, under the Election Code, the following persons may be lawfully present in those applicable locations during the respective periods:

- in a polling place from the time the presiding judge arrives there on election day to make the preliminary arrangements until the precinct returns have been certified and the election records have been assembled for distribution following the election:
  - an election judge or clerk;
  - a watcher;
  - the secretary of state;
  - a staff member of the Elections Division of the Office of the Secretary of State performing an official duty in accordance with the Election Code;
  - an election official, a sheriff, or a staff member of an election official or sheriff delivering election supplies;
  - a state inspector;
  - a person admitted to vote;
  - a child under 18 years of age who is accompanying a parent who has been admitted to vote;
  - a person providing assistance to a voter as an interpreter or on a voter's request for assistance in marking the ballot;
  - a person accompanying a voter who has a disability;

- o   a special peace officer appointed by the presiding judge;
- o   the county chair of a political party conducting a primary election, as authorized by state law;
- o   a voting system technician, as authorized by state law;
- o   the applicable county election officer, as necessary to perform tasks related to the administration of the election; and
- o   a person whose presence has been authorized by the presiding judge and alternate presiding judge in accordance with the Election Code;
- • in the meeting place of an early voting ballot board during the time of the board's operations:
  - o   a presiding judge or member of the board;
  - o   a watcher;
  - o   a voting system technician, as authorized by state law;
  - o   the applicable county election officer, as necessary to perform tasks related to the administration of the election; and
  - o   a person whose presence has been authorized by the presiding judge in accordance with the Election Code; and
- • in a central counting station while ballots are being counted:
  - o   a counting station manager, tabulation supervisor, assistant to the tabulation supervisor, presiding judge, or clerk;
  - o   a watcher;
  - o   a voting system technician, as authorized by state law;
  - o   the applicable county election officer, as necessary to perform tasks related to the administration of the election; and
  - o   a person whose presence has been authorized by the presiding judge of the central counting station in accordance with the Election Code.

**Removal of Watcher From Polling Place**

C.S.H.B. 6 prohibits a presiding judge from requiring an appointed watcher to leave a polling place and from having an appointed watcher removed from a polling place. However, a presiding judge may remove a watcher from a polling place only if the watcher engages in activity that would constitute an offense related to the conduct of the election, including the following conduct, as specified by the bill, that constitutes certain Election Code offenses unamended by the bill, the offense of election fraud as amended by the bill, and the offenses added to the Election Code by the bill:

- • with respect to the Election Code offenses unamended by the bill, conduct involving:
  - o   retaliating against a voter;
  - o   unlawfully removing or attempting to remove voted ballots from a ballot box;
  - o   unlawfully prohibiting an employee from voting;
  - o   unlawfully buying, offering to buy, selling, or offering to sell balloting materials; or
  - o   engaging in organized election fraud activity by committing or conspiring to commit one or more Election Code offenses under certain specified titles of the code with the intent to establish, maintain, or participate in a vote harvesting organization;
- • with respect to the offense of election fraud as amended by the bill, engaging in conduct whereby the person knowingly or intentionally makes any effort to do the following:
  - o   influence the independent exercise of the vote of another in the presence of the ballot or during the voting process, including by altering the ballot of another or by otherwise causing a ballot to not reflect the intent of the voter;
  - o   cause a voter to become registered, a ballot to be obtained, or a vote to be cast under false pretenses;
  - o   count invalid votes or alter a report to include invalid votes;
  - o   fail to count valid votes or alter a report to exclude valid votes; or
  - o   cause any intentionally misleading statement, representation, or information to be provided to an election official or on an application for ballot by mail, carrier envelope, or any other official election-related form or document; and
- • with respect to the Election Code offenses as added by the bill, conduct involving:

- o  paid vote harvesting;
- o  the unlawful solicitation and distribution of an application to vote by mail;
- o  the unlawful distribution of early voting ballots and balloting materials by an election official;
- o  perjury in connection with certain election procedures; and
- o  the unlawful altering of election procedures by a public official.

**Offenses Regarding Watchers**

C.S.H.B. 6 modifies the conduct constituting the offense for unlawfully obstructing a watcher as follows:

- to include knowingly preventing a watcher from observing a procedure the watcher is entitled to observe; and
- to expressly include knowingly preventing such observation of an activity or procedure by taking any action to obstruct the view of a watcher or distance the watcher from the activity or procedure to be observed in a manner that would make observation not reasonably effective.

C.S.H.B. 6 creates a Class B misdemeanor offense for an election officer who intentionally or knowingly refuses to accept for service a watcher when all requirements for acceptance are met.

**Assistance to a Voter**

C.S.H.B. 6 includes in the oath required of a person selected to provide assistance to a voter a statement swearing or affirming that the person did not pressure, encourage, coerce, or intimidate the voter into choosing the person to provide assistance. The bill includes a specification in the oath language that the person is swearing or affirming the oath under penalty of perjury.

C.S.H.B. 6 requires a person other than an election officer who lawfully assists a voter to complete a form stating the following:

- the name and address of the person assisting the voter;
- the manner in which the person is assisting the voter;
- the reason the assistance is necessary; and
- the relationship of the assistant to the voter.

The bill requires the secretary of state to prescribe the form and sets out additional requirements for the form as follows:

- the form must be incorporated into the official carrier envelope if the voter is voting an early voting ballot by mail and receives assistance; or
- the form must be submitted to an election officer at the time the voter casts a ballot if the voter is voting at a polling place or, if the voter is unable to enter the polling place, is voting at the polling place entrance or curb.

With regard to the offense of unlawfully assisting a voter voting a ballot by mail, C.S.H.B. 6 requires a person who lawfully assists a voter in preparing a ballot to be voted by mail, in addition to the statutorily required entry of the person's signature, printed name, and residence address on the official carrier envelope of the voter, to also enter the following information on the envelope:

- the manner of any assistance provided to the voter by the person;
- the relationship of the person providing the assistance to the voter; and
- whether the person received or accepted any form of compensation or other benefit from a candidate, campaign, or political committee in exchange for providing assistance.

With regard to the conduct that, in part, constitutes the offense of unlawfully assisting a voter voting a ballot by mail for failing to enter required information on the official carrier envelope of an early voting ballot by mail, C.S.H.B. 6:

- narrows the exemption from the application of the offense to apply only to a person who assists a voter and is related to the voter within the second degree by affinity or the third degree by consanguinity and to no longer apply to a person who was physically living in the same dwelling as the voter at the time of the offense; and
- enhances the penalty for the offense from a state jail felony to a third degree felony if it is shown on the trial of the offense that the person committed an offense for providing unlawful assistance, under Election Code provisions generally applicable to procedures for assisting voters, to the same voter in connection with the same ballot.

C.S.H.B. 6 requires an official carrier envelope for an early voting ballot to contain spaces on the reverse side of the envelope for indicating the following:
- the manner of any assistance provided by a person assisting the voter; and
- the relationship of that person to the voter.

**Unlawful Compensation for Assisting Voters**

C.S.H.B. 6 changes the offense for unlawful compensation for assisting voters and the punishment for that offense as follows:
- by removing the following as conduct constituting the offense:
  - compensating another person for assisting voters, as part of any performance-based compensation scheme based on the number of voters assisted or in which another person is presented with a quota of voters to be assisted;
  - engaging in another practice that causes another person's compensation from or employment status with the person to be dependent on the number of voters assisted; and
  - accepting compensation for either of those activities with knowledge that accepting compensation for such activity is illegal;
- by providing that the following conduct instead constitutes the offense:
  - compensating or offering to compensate another person for unlawfully assisting voters; or
  - soliciting, receiving, or accepting compensation for either activity;
- by repealing the misdemeanor punishment for the offense and removing the penalty enhancement for two or more previous convictions of the offense;
- by making the penalty for the revised offense a state jail felony without regard to the number of previous convictions; and
- by including political favors and beneficial or favorable discretionary official acts among the forms of payment considered compensation for purposes of the revised offense.

C.S.H.B. 6 eliminates the misdemeanor punishment for the offense for the unlawful compensation for a carrier envelope action by repealing the provision establishing that punishment and by making the offense instead a state jail felony punishment for a defendant previously convicted two or more times of the offense.

**Election Fraud and Other Unlawful Practices**

Verifying False Information in an Affidavit

C.S.H.B. 6 creates a state jail felony offense for an election judge who knowingly provides a voter with a form for an affidavit to verify the voter's identity for the purpose of being accepted for voting if the form contains false information that was entered on the form by the judge.

Paid Vote Harvesting

C.S.H.B. 6 creates the third degree felony offense of paid vote harvesting for a person who does the following:
- directly or through a third party, knowingly provides or offers to provide vote harvesting services in exchange for compensation or other benefit;

- directly or through a third party, knowingly provides or offers to provide compensation or other benefit to a person in exchange for vote harvesting services; or
- knowingly collects or possesses a ballot voted by mail or official carrier envelope from a voter in connection with vote harvesting services.

C.S.H.B. 6 exempts from the application of the offense political speech or other acts merely promoting a candidate or measure that do not involve direct interaction with the following:
- an application for ballot by mail, in the presence of the voter; or
- a voter's official ballot, ballot voted by mail, or carrier envelope.

C.S.H.B. 6 defines "benefit" and "vote harvesting services" for purposes of the offense and specifies the following:
- for purposes of the offense, compensation or other benefit in exchange for vote harvesting services is inferred if a person who performed the vote harvesting services for a candidate or campaign solicits, receives, or is offered compensation from the candidate or campaign, directly or through a third party, for services other than the vote harvesting services provided; and
- if conduct constituting the offense also constitutes another offense, the actor may be prosecuted for either offense or both offenses.

<u>Unlawful Solicitation and Distribution of Application to Vote by Mail</u>

C.S.H.B. 6 creates a state jail felony offense for a public official who knowingly, while acting in an official capacity, does the following:
- solicits the submission of an application to vote by mail from a person who did not request an application;
- distributes an application to vote by mail to a person who did not request the application unless the distribution is otherwise expressly authorized by the Election Code or access was provided to an application to vote by mail from a publicly accessible website;
- authorizes or approves the expenditure of public funds to facilitate third-party distribution of an application to vote by mail to a person who did not request the application; or
- completes any portion of an application to vote by mail and distributes the application to an applicant unless the public official engaged in the conduct while lawfully assisting the applicant.

<u>Unlawful Distribution of Early Voting Ballots and Balloting Materials</u>

C.S.H.B. 6 creates a state jail felony offense for an early voting clerk or other election official who knowingly mails or otherwise provides an early voting ballot by mail or other early voting by mail ballot materials to a person who did not submit an application for the ballot.

<u>Perjury in Connection With Certain Election Procedures</u>

C.S.H.B. 6 creates a state jail felony offense for a person who makes a false statement, or swears to the truth of a false statement previously made, while making the oath required of a person selected to provide assistance to a voter.

<u>Unlawful Altering of Election Procedures</u>

C.S.H.B. 6 prohibits a public official from altering, waiving, or suspending an election standard, practice, or procedure mandated by law or rule unless the alteration, waiver, or suspension is expressly authorized by the Election Code.

<u>Illegal Voting and Election Fraud</u>

C.S.H.B. 6 expands the conduct constituting illegal voting to include knowingly voting or attempting to vote in an election in Texas after voting in another state in an election in which a federal office appears on the ballot and the election day for both states is the same day. If conduct constituting the offense of illegal voting, as expanded by the bill, also constitutes another offense under any other law, the actor may be prosecuted for either offense or both offenses.

C.S.H.B. 6 does the following with respect to the offense of election fraud:
- revises the constituent conduct of an offense of election fraud involving any knowing or intentional effort to influence the independent exercise of the vote of another in the presence of the ballot or during the voting process to include as such constituent conduct altering the ballot of another or otherwise causing a ballot to not reflect the intent of the voter;
- expands the conduct constituting the offense of election fraud to include knowingly or intentionally making any effort to do the following:
  - count invalid votes or alter a report to include invalid votes; or
  - fail to count valid votes or alter a report to exclude valid votes; and
- increases the penalty for election fraud from a Class A misdemeanor to a state jail felony.

**Enforcement and Certain Court Proceedings**

<u>Prioritizing Certain Election Proceedings</u>

C.S.H.B. 6 amends the Government Code to require the Texas Supreme Court, a court of appeals, and a trial court to prioritize over any other proceeding pending or filed in the applicable court a proceeding for injunctive relief that is, as follows:
- pending or filed in the applicable court on or after the 60th day before a general or special election; and
- pending or filed under Election Code provisions governing criminal investigations and other enforcement proceedings based on the alleged conduct, as previously described, that constitutes certain Election Code offenses unamended by the bill, the offense of election fraud as amended by the bill, and the applicable offenses added to the Election Code by the bill.

C.S.H.B. 6 provides the following with respect to such prioritization by the respective courts:
- the supreme court or the court of appeals, whichever has jurisdiction over the proceeding, on the request of any party to the proceeding, must grant the party the opportunity to present an oral argument and must begin hearing the argument as soon as practicable but not later than 24 hours after the time the last brief for the proceeding is due to be filed with the applicable court;
- a trial court on written request of any party to a case randomly assigned under the bill's provisions with respect to the priority assignment of certain election proceedings must hold a hearing on the proceeding that must begin as soon as practicable but not later than 24 hours after the court receives the hearing request;
- oral argument for the supreme court or the court of appeals proceeding may be given in person or through electronic means; and
- the trial court hearing may be held in person or through electronic means.

<u>Assignment and Docketing of Prioritized Election Proceedings; Related Criminal Offenses</u>

C.S.H.B. 6 sets out provisions, including related criminal offenses, regarding the following:
- the random assignment and subsequent docketing by an applicable trial court clerk of prioritized election proceedings; and
- appellate panels sitting for docketed and assigned prioritized election proceedings.

C.S.H.B. 6, with respect to the trial court provisions and the creation of the related criminal offense, provides the following:

- the clerk of a district court in which such a proceeding is filed and the clerk of a county court or statutory county court in which such a proceeding is filed must, respectively, docket the proceeding and, if more than one applicable court in the county has jurisdiction over the proceeding, randomly assign the proceeding to an applicable court using an automated assignment system; and
- a person, including a public official as defined by reference to the Election Code definition of that term provided by the bill, commits a state jail felony offense if the person communicates with a county or district clerk with the intention of influencing or attempting to influence the court or judge assigned to a proceeding under these bill provisions.

C.S.H.B. 6, with respect to the appellate court provisions and the creation of the related criminal offense, provides the following:

- an appellate court election proceeding entitled to priority under the bill's provisions must be docketed by the clerk of the court and assigned to a panel of three justices determined using an automated assignment system; and
- a person, including a public official as defined by reference to the Election Code definition of that term provided by the bill, commits a state jail felony offense if the person communicates with a court clerk with the intention of influencing or attempting to influence the composition of the three-justice panel assigned a specific proceeding under these bill provisions.

**Repealed Provisions**

C.S.H.B. 6 repeals the following provisions of the Election Code:
- Section 86.0052(b); and
- Section 86.0105(b).

## EFFECTIVE DATE

September 1, 2021.

## COMPARISON OF ORIGINAL AND SUBSTITUTE

While C.S.H.B. 6 may differ from the original in minor or nonsubstantive ways, the following summarizes the substantial differences between the introduced and committee substitute versions of the bill.

The substitute changes the original's revised filing deadline for the requisite abstracts to be filed with the applicable voter registrar and the secretary of state for purposes of canceling a voter registration from the first day after the abstract is prepared to the seventh day after the abstract is prepared.

The substitute does not include a provision that is contained in the original requiring an election officer to maintain logs of issued and spoiled ballots, if an electronic voting system uses paper media for recording votes, and subjecting all the logs to public inspection under the general Election Code provisions regarding the public inspection of election records. However, the substitute includes a provision, with respect to the register of spoiled ballots maintained by an election officer, specifying that spoiled ballots from a direct recording electronic voting unit must be included in the spoiled ballot register.

The substitute includes a clarification not contained in the original that being entitled to observe an election activity or procedure means that the watcher is entitled to sit or stand near enough to see and hear the activity or procedure.

The substitute makes the following changes to the original's provision stating that the purpose of provisions governing watchers is to preserve the purity of the ballot box by providing for the

appointment of watchers to observe the conduct of an election and call attention to certain matters:

- the substitute changes the purpose from preserving the purity of the ballot box to preserving the integrity of the ballot box;
- the substitute changes the type of irregularity or violation of law in the conduct of the election that a watcher observes from a potential irregularity or violation to any observed or suspected irregularity or violation; and
- the substitute explicitly requires a watcher, in order to effect that revised purpose, to call to the attention of an election officer any observed or suspected irregularity or violation of law in the conduct of the election.

The substitute changes the activity for which a watcher, according to the original, may be removed from a polling place from activity that would constitute only an election fraud offense, including an offense under Chapter 276, Election Code, to activity that would constitute an offense related to the conduct of the election, including an offense under Chapter 276, Election Code. The substitute includes in that revised provision a specification that the presiding judge may remove the watcher.

The substitute provides the following with respect to the original's expansion of the type of conduct constituting the offense of unlawfully obstructing a watcher:

- the substitute does not include as the expanded conduct knowingly preventing a watcher's observations by having the watcher removed from the polling place or requiring the watcher to leave the polling place unless the watcher engages in activity that would constitute an offense related to election fraud, including an offense under certain other Election Code offenses unamended by the original, the offense of election fraud as amended by the original, and the applicable offenses added to the Election Code by the original;
- the substitute includes the following conduct instead as an expansion of the constituent conduct:
  - knowingly preventing a watcher from observing a procedure the watcher is entitled to observe; and
  - knowingly taking any action to obstruct the view of a watcher or to distance the watcher from the activity or procedure that would make observation not reasonably effective.

The substitute changes the original's provisions specifying and clarifying the persons who may be lawfully present in a polling place, in the meeting place of an early voting ballot board, and in a central counting station as follows:

- for each location, the substitute replaces the county elections administrator performing an official duty with a county election officer performing necessary tasks related to the administration of the election;
- for a polling place, the substitute adds an election official and a sheriff;
- for a meeting place of an early voting ballot board, the substitute does not include a person authorized by the alternate presiding judge; and
- for a central counting station, the substitute replaces a person whose presence has been authorized by the counting station manager with a person whose presence has been authorized by the presiding judge of the central counting station.

With respect to provisions regarding voter assistance, the substitute, as follows:

- does not include a requirement in the original for a person, when submitting the voter assistance form, to present an acceptable form of identification;
- changes the language that is included by the original in the statutorily prescribed voter assistance oath to require the person to swear or affirm that, in addition to not pressuring or intimidating the voter into choosing the person to provide assistance to the voter, the person also did not encourage or coerce the voter to make that choice; and
- includes a specification not included in the original's revised oath that the person swears or affirms the oath under penalty of perjury.

The substitute, with respect to an offense for the unlawful compensation for a carrier envelope action, does not revise the constituent conduct as in the original but instead only repeals the misdemeanor punishment for the first two convictions of the offense.

The substitute, with respect to the original's requirements regarding additional information that must be entered on a carrier envelope by a person assisting a voter, includes as additional information that also must be included an indication of whether the person received or accepted any form of compensation or other benefit from a candidate, campaign, or political committee in exchange for providing assistance.

The substitute, with respect to the original's revisions to the constituent conduct of an offense for unlawful compensation for assisting voters, includes a specification that the discretionary official acts considered compensation for purposes of that offense are such acts that are beneficial or favorable.

The substitute, with respect to the original's revisions to the constituent conduct of an offense of illegal voting, does the following:

- includes a specification not in the original's revision that the election on the same day in which a voter illegally votes or attempts to vote before voting in an election in Texas is an election in which a federal office appears on the ballot; and
- includes a provision not in the original establishing that if conduct constituting the offense also constitutes another offense under any other law, the actor may be prosecuted for either offense or both offenses.

The substitute includes among the original's expanded conduct for an election fraud offense knowingly or intentionally making any effort to influence the independent exercise of the vote of another in the presence of the ballot or during the voting process by altering the ballot of another or by otherwise causing a ballot to not reflect the intent of the voter. The substitute changes the punishment for the offense from a Class A misdemeanor to a state jail felony, whereas the original changed the punishment of the offense to a second degree felony.

The substitute does not include the original's revisions to the offense of engaging in organized election fraud activity that are made by incorporating certain acts regarding vote harvesting services, as defined by both the original and the substitute, into that offense. Instead, the substitute includes provisions establishing each of those acts as separate offenses of knowingly providing paid vote harvesting, with each offense punishable as a third degree felony as established in the original. For purposes of each applicable offense, the original and substitute differ in the definition of "benefit." The substitute defines "benefit" to mean anything reasonably regarded as a gain or advantage, including:

- a promise or offer of employment, a political favor, or a favorable discretionary official act; and
- a benefit to any other person in whose welfare the beneficiary has an interest.

The original defined "benefit" by reference to the Penal Code to mean anything reasonably regarded as pecuniary gain or pecuniary advantage, including benefit to any other person in whose welfare the beneficiary has a direct and substantial interest.

The substitute includes the following, which are not in the original, with respect to an offense of paid vote harvesting:

- an exemption from the application of the offense for certain political speech or acts that do not involve direct interaction with the applicable voting materials; and
- the conditions under which compensation or other benefit in exchange for vote harvesting services is inferred.

The substitute provides the following with respect to the original's added offense for a public official who unlawfully solicits and distributes an application to vote by mail:

- the substitute includes a specification not in the original that the offense is applicable to the conduct of a public official while the official is acting in an official capacity;
- the substitute does not include the requisite intent included in the original that is applicable to the offense committed by a public official who knowingly completes any portion of the application and distributes the application to an applicant; and
- the substitute, regarding conduct involving the official's distribution of an unrequested application, includes a provision not in the original establishing as an exception to the application of that provision that the public official engaged in the conduct constituting the offense by providing access to an application to vote by mail from a publicly accessible website.

The substitute does not include a provision that is contained in the original specifying the requisite intent of the offense for perjury in connection with certain voting procedures. The substitute changes the penalty for the offense from a Class A misdemeanor, as established in the original, to a state jail felony, without regard to the number of times the person makes a false statement in connection with a single election.

The substitute, with respect to the provision contained in the original prohibiting the unlawful altering of election procedures, does not make it a state jail felony offense for a public official, unless expressly authorized by law, to alter or suspend an election standard, practice, or procedure nor, accordingly, does it set out the original's exception to the application of the prohibitions. However, the substitute includes an additional prohibition not in the original regarding the unlawful altering of election procedures to prohibit a public official from waiving a lawful election standard, practice, or procedure without express authorization under the Election Code.

The original and the substitute both include enforcement provisions that provide for the prioritization of certain court proceedings involving applicable election offenses and for the assignment of those proceedings to an applicable court. The provisions of the substitute are substantially similar to those of the original, however, drafting conventions between the versions vary slightly and the chapters of the Government Code in which various provisions are placed differ. The substitute does, however, revise the substance of that article to make certain changes, as follows:
- the substitute does not include the original's Code of Criminal Procedure provisions regarding an attorney pro tem in certain election cases; and
- with respect to criminal offenses established relating to the court proceedings:
  - the substitute makes it an offense in an applicable proceeding before the supreme court or a court of appeals for a person, including a public official, to communicate with a court clerk with the intention of influencing or attempting to influence the composition of the applicable assigned panel, whereas the original made it an offense for that communication to occur in an attempt to influence the assignment of or withhold the assignment of a justice identified by name or political party; and
  - the substitute makes it an offense in an applicable proceeding before a county or district court for a person, including a public official, to communicate with a county or district clerk with the intention of influencing or attempting to influence the court or judge assigned to the proceeding, whereas the original made it an offense for that communication to occur in an attempt to influence the assignment of cases or withhold the assignment of cases to a judge identified by name or political party.

The substitute includes the following provisions that are not included in the original:
- provisions specifically repealing, instead of striking from statute as in the original, the misdemeanor punishments for the first and second convictions of the offense for unlawful compensation for assisting voters and for the offense for the unlawful compensation for a carrier envelope action; and
- a severability provision.

87R 23032                                                                                           21.118.1919
Substitute Document Number: 87R 18640

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**


**FISCAL NOTE, 87TH LEGISLATIVE REGULAR SESSION**


**March 25, 2021**

**TO:** Honorable Briscoe Cain, Chair, House Committee on Elections

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE:** **HB6** by Cain (Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.), **As Introduced**

---

**No significant fiscal implication to the State is anticipated.**

---

The bill would amend various codes as they relate to election integrity and the prevention of fraud in the conduct of an election.  Under the provisions of the bill, several new election fraud-related criminal offenses would be created punishable at the felony and misdemeanor level with the level and degree based on the specific circumstances of the offense.

The Texas Ethics Commission, Secretary of State, and Office of Court Administration indicate the modifications outlined in the bill's provisions would not result in a significant fiscal impact.  This analysis assumes the provisions of the bill addressing felony sanctions would not result in a significant impact on the demand for state correctional resources.

**Local Government Impact**

The Texas Association of Counties does not anticipate a significant fiscal impact to counties.

The bill creates a Class B misdemeanor. A Class B misdemeanor is punishable by a fine of not more than $2,000, confinement in jail for a term not to exceed 180 days, or both. Costs associated with enforcement, prosecution and confinement could likely be absorbed within existing resources. Revenue gain from fines imposed and collected is not anticipated to have a significant fiscal implication.

The bill creates and repeals a Class A misdemeanor. A Class A misdemeanor is punishable by a fine of not more than $4,000, confinement in jail for a term not to exceed one year, or both. The creation and repeal of the Class A misdemeanors will offset any fiscal implication.

**Source Agencies:** 212 Office of Court Admin, 307 Secretary of State, 356 Texas Ethics Commission
**LBB Staff:** JMc, SLE, LM, MP, AF, GP

# LEGISLATIVE BUDGET BOARD
## Austin, Texas

## FISCAL NOTE, 87TH LEGISLATIVE REGULAR SESSION

### April 10, 2021

**TO:** Honorable Briscoe Cain, Chair, House Committee on Elections

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE:** **HB6** by Cain (relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses.), **Committee Report 1st House, Substituted**

---

**No significant fiscal implication to the State is anticipated.**

---

The bill would amend various codes as they relate to election integrity and the prevention of fraud in the conduct of an election.  Under the provisions of the bill, several new election fraud-related criminal offenses would be created punishable at the felony and misdemeanor level with the level and degree based on the specific circumstances of the offense.

The Texas Ethics Commission, Secretary of State, and Office of Court Administration indicate the modifications outlined in the bill's provisions would not result in a significant fiscal impact.  This analysis assumes implementing the provisions of the bill addressing felony sanctions would not result in a significant impact on the demand for state correctional resources.

## Local Government Impact

The Texas Association of Counties does not anticipate a significant fiscal impact to counties.

The bill creates a Class B misdemeanor. A Class B misdemeanor is punishable by a fine of not more than $2,000, confinement in jail for a term not to exceed 180 days, or both. Costs associated with enforcement, prosecution and confinement could likely be absorbed within existing resources. Revenue gain from fines imposed and collected is not anticipated to have a significant fiscal implication.

The bill creates and repeals a Class A misdemeanor. A Class A misdemeanor is punishable by a fine of not more than $4,000, confinement in jail for a term not to exceed one year, or both. The creation and repeal of the Class A misdemeanors will offset any fiscal implication.

**Source Agencies:** 212 Office of Court Admin, 307 Secretary of State, 356 Texas Ethics Commission
**LBB Staff:** JMc, SLE, LM, MP, AF, GP

HOUSE
RESEARCH
ORGANIZATION bill analysis          5/6/2021

HB 6 (2nd reading)
Cain, et al.
(CSHB 6 by Cain)

SUBJECT:          Revising election laws

COMMITTEE:        Elections — committee substitute recommended

VOTE:             5 ayes — Cain, Clardy, Jetton, Schofield, Swanson

                  4 nays — J. González, Beckley, Bucy, Fierro

WITNESSES:        *April 1 public hearing:*
                  For — Chuck DeVore and Chad Ennis, Texas Public Policy Foundation;
                  Susan Fountain, Republican Party of Texas; Juan-Manuel Gonzales,
                  Latinos for America First; Robert L. Green, Travis Co. Republican Party
                  Election Integrity Committee; Demesio Guerrero, Latinos for America
                  First; Heather Hawthorne, County and District Clerks Association of
                  Texas; Matt Long and Angela Smith, Fredericksburg Tea Party; Weston
                  Martinez, Voter Fraud Bureau of Investigation; Richard Mouser, COS
                  Action; Laura Pressley, True Texas Elections; Rolando Rodriguez,
                  Latinos for America First; Marcia Strickler, Wilco We Thee People; Alan
                  Vera, Harris County Republican Party Ballot Security Committee; Gerald
                  Welty, Convention of States; Darcie Wilbanks, Greenwood Forest
                  Republicans of Harris County; and 33 individuals; (*Registered, but did not
                  testify*: Alicia Bell, Barbara Borton, Tom Borton, Tamara Colbert, Paul
                  Hodson, and Wesley Whisenhunt, Grassroots Gold; Fran Rhodes,
                  Rebecca Rodgers, Karen Brooks, Justin Ead, Shelia Franklin, Terry
                  Lynch, Candelario Torres, True Texas Project; Jordan Clements, Young
                  Conservatives of Texas-UT; Michael Conner and Brent Dunklau,
                  Convention of States; Jim Lennon and Robin Lennon, Kingwood TEA
                  Party; David Covey, Texas Republican County Chairman Association;
                  Jonathan Covey, Texas Values Action; Christina Drewry, Texas
                  Nationalist Movement; Donald Garner, Texas Faith & Freedom Coalition;
                  Tom Glass, Texas Election Integrity; Jill Glover, Republican Party of
                  Texas; Sheila Hemphill, TexasRight To Know; Robert Jacoby, Texans for
                  Election Integrity; Becky Lay, Bandera County Election Integrity
                  Committee; Stacy McMahan, East Texans for Liberty; Carol Meyer and
                  Marty Rhymes, Republican Club of Gregg County; Karen Renick,
                  VoteRescue; Jonathan Saenz, Texas Values; Carrie Simmons,

Opportunity Solutions Project; Barb Stauffer, Heritage Action; Manfred Wendt, Young Conservatives of Texas; and 86 individuals)

Against — Gary Bledsoe, Texas NAACP; Dennis Borel, Coalition of Texans with Disabilities; Cassandra Carter, Delta Sigma Theta Sorority Inc.; Ashley Cheng, Asian Pacific Islander Public Affairs; Jeffrey Clemmons, Austin College Student Commission, Huston-Tillotson NAACP, Texas Rising; Rosemarie Clouston, Texas Democratic Party; Mary Dyuty, MCDP; Rocio Fierro-Perez, Texas Freedom Network; Anthony Gutierrez, Common Cause Texas; Joshua Houston, Texas Impact; Savannah Kumar, ACLU of Texas; Linda Jann Lewis, Texas NAACP; Isabel Longoria, Harris County Elections Administrator; Glen Maxey and Jen Ramos, Texas Democratic Party; Cameron Mayfield, Texas Rising; Vanessa Mcafee; Texas Democratic Women of Galveston County; Jeff Miller, Disability Rights Texas; Amber Mills, MOVE Texas Action Fund; Denisce Palacios, Texas Rising Action; Nina Perales, MALDEF; James Slattery, Texas Civil Rights Project; Maggie Stern, Children's Defense Fund-Texas; David Stout, El Paso County; Lauren Sullivan, Young County Elections Administrator; Patricia Zavala, Jolt; and 25 individuals; (*Registered, but did not testify*: Leonard Aguilar, Texas AFL-CIO; Heather Allison, Avow and Jane's Due Process; Joey Bennett, Secure Democracy; David Billings, Stand Up Republic Texas; Lon Burnam, Public Citizen; Darcy Caballero, Texas Democratic Party; Katherine Carmichael, Salesforce; Alycia Castillo, Texas Criminal Justice Coalition; Steve Chamberlain, Bastrop County Democratic Party; Daniel Collins, El Paso County; Jonathan Copeland, Cannabis Reform of Houston; Gabrielle Cruz, Jolt Action; Emily Eby, Texas Civil Rights Project; Richard Evans, Emgage Action; Vanessa Fuentes, City of Austin; Danny Diaz, Jesus Montalvo, and Joaquin Garcia, La Union del Pueblo Entero; Stephanie Gharakhanian Workers Defense Action Fund; Joey Gidseg, Texas Democrats with Disabilities Caucus; Diana Gomez, Progress Texas; Eugene Howard, Texas NAACP; Bill Kelly, Mayor's Office, City of Houston; Gloria Leal, League of United Latin American Citizens; Rebecca Marques, Human Rights Campaign; Ricardo Martinez, Equality Texas; Ginger Mayeaux, The Arc of Texas; Melanie Miles, Black Women Of Greater Houston PAC and Texas Alliance Of Black

HB 6
House Research Organization
page 3

PACs; Rene Perez and Elizabeth Miller, Libertarian Party of Texas; Elysia Perkins, Jolt Action; Marlene Plua, Jolt Initiative; Patty Quinzi, American Federation of Teachers; Cyrus Reed, Lone Star Chapter Sierra Club; Ender Reed, Harris County Commissioners Court; Elyse Rosenberg, National Council of Jewish Women; Kathryn Sadasivan, NAACP Legal Defense and Educational Fund, Inc.; Keyli Sandoval, Jolt; Susan Schultz, League of Women Voters of Texas; Rhea Shahane, Texas Law Democrats; Melissa Shannon, Bexar County Commissioners Court; Matt Simpson, ACLU of Texas; Jasmine Tolhurst, TDW-GC; David Weinberg, Brennan Center for Justice; Julie Wheeler, Travis County Commissioners Court; LaTonya Whittington, Cannabis Reform of Houston; Christine Wright, City of San Antonio; and 93 individuals)

On — Chris Davis, Texas Association of Elections Administrators; Keith Ingram, Texas Secretary of State; Jonathan White, Office of the Attorney General; (*Registered, but did not testify*: Thomas Parkinson)

*Full witness list for March 25 public hearing available here:*
https://capitol.texas.gov/tlodocs/87R/witlistbill/html/HB00006H.htm

DIGEST:     CSHB 6 would modify statutes pertaining to poll watchers, persons eligible to be present in certain election-related locations, voter assistance, fraud, election procedures, death abstracts provided to the secretary of state, and enforcement of election laws. The bill would modify existing election-related offenses and create new offenses.

**Legislative intent.** The bill would establish the intent of the Legislature that the application of the Election Code and the conduct of elections be uniform and consistent throughout the state to reduce the likelihood of fraud in elections. A public official would have to construe the provisions of the Election Code strictly to effect the intent of the Legislature.

"Public official" would mean any person elected, selected, appointed, employed, or otherwise designated as an officer, employee, or agent of the state, a government agency, a political subdivision, or any other public body established by state law.

**Election watchers.** The bill would specify that the purpose of Election Code ch. 33 is to preserve the integrity of the ballot box in accordance with Tex. Const. Art. 4, sec. 4 by providing for the appointment of watchers. A watcher would have to observe the conduct of an election and call to the attention of an election officer any observed or suspected irregularity or violation of law in the conduct of the election.

*Removal of watcher.* A presiding judge could remove a watcher from a polling place only if the watcher engaged in activity that would constitute an offense related to the conduct of the election. A presiding judge otherwise could not have an appointed election watcher removed from a polling place or require a watcher to leave a polling place.

*Watcher observation.* A watcher appointed to serve at a polling place in an election could observe the sealing and transfer of a memory card, flash drive, hard drive, data storage device, or other medium now existing or later developed that was used by the voting system equipment.

A poll watcher would be entitled to observe the delivery of marked ballots in person to the early voting clerk's office. The poll watcher would have to be able to determine how the ballots were being delivered and how election officials were making decisions about the delivery of ballots, if applicable. A poll watcher could not disrupt the process of delivering ballots.

The bill would specify that a watcher entitled to "observe" an activity or procedure would be entitled to sit or stand near enough to see and hear the activity or procedure.

*Offenses.* It would be a class B misdemeanor (up to 180 days in jail and/or a maximum fine of $2,000) for an election officer to intentionally or knowingly refuse to accept a watcher for service when acceptance of the watcher was required by statute.

A person serving in an official capacity at a location at which watchers

were authorized would commit a class A misdemeanor (up to one year in jail and/or a maximum fine of $4,000) if the person knowingly prevented a watcher from observing a procedure a watcher was entitled to observe, including by taking any action to obstruct the view of a watcher or distance the watcher from the activity or procedure in a manner that would make observation not reasonably effective.

**Persons present in certain election-related locations.** The bill would specify certain time periods in which only certain individuals could be present in a polling place, a meeting place of an early voting ballot board, or a central counting station.

*Polling places.* From the time a presiding judge arrived at a polling place on election day to make preliminary arrangements until precinct returns had been certified and election records had been assembled for distribution, only certain persons could be lawfully present in a polling place, including:

- an election judge or clerk;
- a watcher;
- the secretary of state;
- a staff member of the Elections Division of the Secretary of State's Office performing an official duty;
- an election official, a sheriff, or a staff member of an election official or sheriff delivering election supplies;
- a state inspector;
- a person admitted to vote;
- a child under 18 years old who was accompanying a parent who had been admitted to vote;
- a person providing authorized assistance to a voter;
- a person accompanying a voter with a disability;
- a special peace officer appointed by the presiding judge;
- the county chair of a political party conducting a primary election;
- a voting system technician;
- the county election officers, as necessary to perform tasks related to

the administration of the election; or

- a person whose presence had been authorized by the presiding judge in accordance with the Election Code.

*Early voting ballot board meeting places.* During the time of an early voting ballot board's operations, only certain persons could be lawfully present in the meeting place of the board, including:

- a presiding judge or member of the board;
- a watcher;
- a voting system technician;
- the county election officer, as necessary to perform tasks related to the administration of the election; or
- a person whose presence had been authorized by the presiding judge in accordance with the Election Code.

*Central counting stations.* While ballots were being counted, only certain persons could be present in a central counting station, including:

- a counting station manager, tabulation supervisor, assistant to the tabulation supervisor, presiding judge, or clerk;
- a watcher;
- a voting system technician;
- the county election officer, as necessary to perform tasks related to the administration of the election; or
- a person whose presence had been authorized by the presiding judge in accordance with the Election Code.

**Voter assistance.** The bill would revise certain statutes related to voter assistance and introduce and revise offenses related to voter assistance and unlawful compensation. The bill would provide for penalty enhancements for certain offenses.

*Required form.* A person other than an election officer who assisted a voter would have to complete a form stating the name and address of the

person assisting the voter, the manner in which the person assisted the voter, the reason the assistance was necessary, and the relationship of the assistant to the voter.

The secretary of state would have to prescribe the required form. A form would have to be incorporated into the official carrier envelope if the voter was voting an early voting ballot by mail and received assistance, or would have to be submitted to an election officer at the time the voter cast a ballot if the voter was voting at a polling place or at the polling place entrance or curb in certain cases.

*Oath.* The bill would require a person selected to provide assistance to a voter to take the existing required oath under penalty of perjury, and would add to the oath the phrase, "I did not pressure, encourage, coerce, or intimidate the voter into choosing me to provide assistance."

*Carrier envelope.* In addition to the person's signature, printed name, and residence address, a person assisting a voter to prepare a ballot to be voted by mail would have to enter on the official carrier envelope of the voter:

- the manner of any assistance provided to the voter by the person;
- the relationship of the person providing assistance to the voter; and
- whether the person received or accepted any form of compensation or other benefit from a candidate, campaign, or political committee in exchange for providing assistance.

Spaces would have to appear on the reverse side of the official carrier envelope for indicating the manner of any assistance provided by a person assisting the voter, and the relationship of that person to the voter.

*Offenses.* The bill would specify that the current state-jail felony offense (180 days to two years in a state jail and an optional fine of up to $10,000) of knowingly failing to comply with the carrier envelope marking requirements would not apply if a person was related to the voter within the second degree by affinity or the third degree by consanguinity. This offense would not apply if a person was physically living in the same

dwelling as the voter at the time of the event.

The bill would remove the penalty enhancement for an offense for a violation of provisions regarding the entering of certain information on the official carrier envelope of a voter. An offense for a violation of these provisions would be a third-degree felony (two to 10 years in prison and an optional fine of up to $10,000) if it was shown on trial that the person committed the offense of providing unlawful assistance to the same voter in connection with the same ballot.

The bill would make the offense of unlawful compensation for assisting voters uniformly a state-jail felony, regardless of the number of previous convictions. The bill would remove certain statutory language related to the offense of unlawful compensation for assisting voters and specify that unlawfully compensating or offering to compensate another person for assisting voters or soliciting, receiving, or accepting compensation for assisting voters would constitute the offense. The definition of "compensation" would be expanded to include political favors and beneficial or favorable discretionary official acts.

The bill would repeal the misdemeanor penalty for prohibited compensation for a carrier envelope action and retain the offense as a state-jail felony if a defendant previously had been convicted two or more times of the offense.

**Election fraud offenses.** The bill would introduce new offenses and modify existing offenses related to election fraud with respect to provisional voting, prohibited votes, ballot alteration, inappropriate vote counting, fraud, voter registration, false information provided to voters, paid vote harvesting, distributing mail voting applications and early voting ballots, and perjury.

*Provisional voting.* The bill would make it a state-jail felony for an election judge to knowingly provide a voter with a form or affidavit required to accept a voter if the form contained false information that was entered on the form by the judge.

*Prohibited voting.* It would be an offense for a person to knowingly vote or attempt to vote in an election in Texas after voting in another state in an election in which a federal office appeared on the ballot and the election day for both states was the same day. If conduct related to prohibited voting constituted an offense under another law, a person could be prosecuted under these provisions, the other law, or both. The offense would be a second-degree felony unless the person was convicted of an attempt, in which case the offense would be a state-jail felony.

*Ballot alteration, vote counting.* The bill would make it a state-jail felony for a person to knowingly or intentionally make any effort to:

- influence the independent exercise of the vote of another in the presence of the ballot or during the voting process, including by altering the ballot of another or by otherwise causing a ballot to not reflect the intent of the voter;
- count invalid votes or alter a report to include invalid votes; or
- fail to count valid votes or alter a report to exclude valid votes.

*Fraudulent votes, registrations, information.* The bill would increase from a class A misdemeanor to a state-jail felony the offense of knowingly or intentionally making any effort to:

- cause a voter to become registered, a ballot to be obtained, or a vote to be cast under false pretenses; or
- cause any intentionally misleading statement, representation, or information to be provided to an election official or on an application for ballot by mail, carrier envelope, or any other official election-related form or document.

*Paid vote harvesting.* The bill would make it a third-degree felony for a person to, directly or through a third party, knowingly provide or offer to provide vote harvesting services in exchange for compensation or other benefit, or provide or offer to provide compensation to a person in exchange for vote harvesting services. The bill would create an offense

making it a third-degree felony for a person to knowingly collect or possess a ballot voted by mail or official carrier envelope from a voter in connection with vote harvesting services.

The bill would codify definitions of "benefit" and "vote harvesting services" and specify that compensation or other benefit in exchange for vote harvesting services would be inferred if a person who performed the vote harvesting services for a candidate or campaign solicited, received, or was offered compensation from the candidate or campaign, directly or through a third party, for services other than the vote harvesting services provided.

The offense of paid vote harvesting would not apply to political speech or other acts merely promoting a candidate or measure that did not involve direct interaction with an application for ballot by mail, in the presence of the voter, or a voter's official ballot, ballot voted by mail, or carrier envelope.

If this offense constituted an offense under any other law, the actor could be prosecuted under these provisions, the other law, or both.

*Distributing mail voting application, early voting ballots.* It would be a state-jail felony for a public official to knowingly, while acting in an official capacity:

- solicit the submission of an application to vote by mail from a person who did not request an application;
- distribute an application to vote by mail to a person who did not request the application unless the distribution was expressly authorized by another provision of Election Code, unless the official was providing access to an application to vote by mail from a publicly accessible internet website;
- authorize or approve the expenditure of public funds to facilitate third-party distribution of an application to vote by mail to a person who did not request the application; or
- complete any portion of an application to vote by mail and

distribute the application to an applicant, unless the official was lawfully assisting an applicant.

It would be a state-jail felony for an early voting clerk or other election official to knowingly mail or otherwise provide an early voting ballot by mail or other early voting by mail ballot materials to a person who did not submit an application for a ballot to be voted by mail.

*Perjury.* It would be a state-jail felony for a person to make a false statement or swear to the truth of a false statement previously made while making the required oath before assisting a voter.

**Alteration of election procedures.** A public official could not alter, waive, or suspend an election standard, practice, or procedure mandated by law or rule unless the alteration, waiver, or suspension was expressly authorized in the Election Code.

**Enforcement.** The bill would require the prioritization of certain proceedings related to violations of the Election Code and specify requirements for courts in handling these cases.

The Texas Supreme Court, a court of appeals, or a trial court would have to prioritize over any other proceeding pending or filed in the court a proceeding for injunctive relief under Election Code ch. 273 based on alleged conduct constituting an offense under ch. 276 pending or filed in the court on or after the 60th day before a general or special election.

The court with jurisdiction over such a proceeding, on request of any party, would have to grant the party the opportunity to present an oral argument and begin hearing the argument as soon as practicable but no later than 24 hours after the last brief was due to the court. Oral arguments could be given in person or through electronic means.

The bill would specify that a court proceeding entitled to priority that was filed in a court of appeals would be docketed by the clerk of the court and assigned to a panel of three justices determined using an automated

assignment system. It would be a state-jail felony for a person, including a public official, to communicate with a court clerk with the intention of influencing or attempting to influence the composition of a three-justice panel assigned a specific proceeding under these provisions.

On written request of any party to a prioritized case, a trial court would have to hold a hearing on a prioritized proceeding as soon as practicable but no later than 24 hours after the court received a hearing request. A hearing could be held in person or through electronic means.

The clerk of a district court, county court, or statutory county court in which a prioritized proceeding was filed would have to docket the proceeding and, if more than one court in the county had jurisdiction over the proceeding, randomly assign the proceeding to a court using an automated assignment system.

It would be a state-jail felony for a person, including a public official, to communicate with a county or district clerk with the intention of influencing or attempting to influence the court or judge assigned to a prioritized proceeding.

**Death abstracts.** The bill would require abstracts prepared by local registrars of death and clerks of courts with probate jurisdiction to be filed with voter registrars and the secretary of state as soon as possible, and no later than seven days after an abstract was prepared.

**Spoiled ballots.** The bill would specify that a register of spoiled ballots at a polling place maintained by an election officer would include spoiled ballots from a direct recording electronic voting unit.

**Severability.** If any provision of the bill or its application to any person or circumstance was held invalid, the invalidity would not affect other provisions or applications of the bill that could be given effect without the invalid provision or application, and to this end the provisions of CSHB 6 would be declared to be severable.

HB 6
House Research Organization
page 13

The bill would take effect September 1, 2021, and changes in law made by the bill would apply only to an offense committed on or after that date.

SUPPORTERS
SAY:

CSHB 6 would help to restore voter confidence in the integrity and security of elections in Texas. It would empower poll watchers to oversee election conduct without fear of being removed, add safeguards for the lawful assistance of a voter, and strengthen the consequences for violations of election law.

**Election watchers.** The bill would empower poll watchers to perform their roles as observers by prohibiting election judges from removing them for arbitrary reasons or improperly refusing to accept them. If a poll watcher did disrupt a polling place in violation of the Penal Code, that person could be removed by a police officer.

**Voter assistance.** The bill would provide greater protections from exploitation for individuals who may require voting assistance. This includes individuals over 65 years old casting a ballot by mail and those with disabilities, the visually impaired, and those who could not read the language in which a ballot was printed. By modifying the required oath to include acknowledgement that assistance was not provided under coercion and requiring new information to be written on carrier envelopes, the bill would help deter attempts to take advantage of the voter needing assistance. The bill would not seek to deter individuals from assisting voters or make it harder for individuals who need help, but it would increase safeguards to protect such voters from exploitation by bad actors.

**Election fraud offenses.** The bill would deter various forms of election fraud by creating new criminal penalties and enhancing existing ones, sending a strong message about Texas' commitment to election integrity. Election fraud is a serious offense that undermines a core civic duty and should be treated as such under the law. The bill would not deter lawful voting, but rather would deter bad actors seeking to fraudulently cast votes or illicitly modify or exclude the votes of others. The bill would not punish individuals for making simple clerical errors or other mistakes

because an action prohibited under the bill would have to be carried out knowingly or intentionally to qualify as an offense.

**Enforcement.** By requiring courts to prioritize and expedite certain cases, the bill would provide for the quick disposition of time-sensitive election matters. The bill would not jeopardize other time-sensitive legal proceedings but simply ensure that election complaints within 60 days of an election were handled expeditiously. This would enable legitimate legal complaints about the election process to be addressed before election day and for injunctive relief to be provided.

CRITICS
SAY:

CSHB 6 could exacerbate an already needlessly restrictive elections system by creating overly harsh penalties and making voting even more cumbersome. Texas already has some of the harshest voting restrictions in the country and low voter turnout rates. Instead of complicating the process of voting, the Legislature should make it easier for Texans to access the ballot box.

**Election watchers.** The bill would remove the ability of election judges to remove poll watchers who were harassing voters or engaging in otherwise disruptive behaviors. Poll watchers are partisan agents appointed by candidates and political parties. The bill could enable harassment of voters by disruptive watchers and remove the remedy for this harassment.

**Voter assistance.** The bill would create a chilling effect on individuals wishing to provide lawful assistance to voters with disabilities or elderly voters voting by mail by creating overly burdensome requirements and harsh criminal penalties. Its overly broad language could cause individuals to be prosecuted for election offenses due to simple mistakes in the required form.

**Election fraud offenses.** By implementing a variety of overly punitive election offenses, the bill could discourage voters and potential poll workers, further depressing Texas' already low voter turnout. Some offenses under the bill would be second-degree felonies, placing election

crimes on the same level as certain high-value property theft and other serious crimes. The bill also would limit the information provided to voters by criminalizing routine get-out-the-vote activities related to applications for a ballot by mail or the collection of ballots. Election fraud is rare in Texas and existing law is more than sufficient to deter individuals from fraudulently casting a ballot, changing votes, or otherwise illicitly influencing an election.

**Enforcement.** The bill would require the prioritization of certain election cases over potentially more pressing judicial matters. The special treatment of election fraud cases under the bill, regardless of merit, could bog down the court system and jeopardize certain time-sensitive legal proceedings, such as cases involving protective orders.

By: Cain                                                                 H.B. No. 6

A BILL TO BE ENTITLED
AN ACT

relating to election integrity and preservation of the purity of
the ballot box through the prevention of fraud in the conduct of an
election; increasing criminal penalties; creating criminal
offenses.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

ARTICLE 1. GENERAL PROVISIONS

SECTION 1.01.   SHORT TITLE. This Act may be cited as the
Election Integrity Protection Act of 2021.

SECTION 1.02.   PURPOSE. The purpose of this Act is to
exercise the legislature's constitutional authority under Section
4, Article VI, Texas Constitution, to make all laws necessary to
detect and punish fraud and preserve the purity of the ballot box.

SECTION 1.03.   FINDINGS. The legislature finds that:
        (1)   full, free, and fair elections are the
underpinnings of a stable constitutional democracy;
        (2)   fraud in elections threatens the stability of a
constitutional democracy by undermining public confidence in the
legitimacy of public officers chosen by election;
        (3)   reforms are needed to the election laws of this
state to ensure that fraud does not undermine the public confidence
in the electoral process;
        (4)   Section 4, Article VI, Texas Constitution entrusts
the enactment of laws to combat fraud in the electoral process to
the sound discretion of the legislature; and
        (5)   the reforms to the election laws of this state made
by this Act are not intended to impair the right of free suffrage
guaranteed to the people of Texas by the United States and Texas
Constitution, but are enacted solely to prevent fraud in the
electoral process.

SECTION 1.04.   Chapter 1, Election Code, is amended by
adding Section 1.0015 to read as follows:
        Sec. 1.0015.   LEGISLATIVE INTENT. To reduce the likelihood
of fraud in the conduct of elections, it is the intent of the
legislature that the provisions of this code shall be applied
evenly, and the conduct of elections throughout this state shall be
uniform and consistent.

SECTION 1.05.   Section 1.003, Election Code, is amended by
adding Subsection (c) to read as follows:
        (c)   The provisions of this code shall be strictly construed
by a public official to effect the intent of the legislature under
Section 1.0015.

SECTION 1.06.   Section 1.005, Election Code, is amended by
adding Subdivision (15-a) to read as follows:
        (15-a)   "Public official" means a person elected,
selected, appointed, employed, or otherwise designated as an
officer, employee, or agent of this state, a government agency, a
political subdivision, or any other public body established by
state law.

ARTICLE 2. REGISTRATION AND CONDUCT OF ELECTIONS

SECTION 2.01.   Sections 16.001(a) and (b), Election Code,
are amended to read as follows:
        (a)   Each month the local registrar of deaths shall prepare
an abstract of each death certificate issued in the month for a
decedent 18 years of age or older who was a resident of the state at
the time of death. The local registrar of deaths shall file each
abstract with the voter registrar of the decedent's county of
residence and the secretary of state as soon as possible, but not

later than one [the 10th] day after [of the month following the
month in which] the abstract is prepared.

(b)  Each month the clerk of each court having probate
jurisdiction shall prepare an abstract of each application for
probate of a will, administration of a decedent's estate, or
determination of heirship, and each affidavit under Chapter 205,
Estates Code, that is filed in the month with a court served by the
clerk. The clerk shall file each abstract with the voter registrar
and the secretary of state as soon as possible, but not later than
one [the 10th] day after [of the month following the month in which]
the abstract is prepared.

SECTION 2.02.  Subchapter C, Chapter 125, Election Code, is
amended by adding Section 125.0621 to read as follows:

Sec. 125.0621.  LOGS OF ISSUED AND SPOILED BALLOTS. If an
electronic voting system uses paper media for recording votes cast,
the election officer shall maintain a record of the serial numbers
of all ballots issued at that polling place and the serial numbers
of any spoiled ballots, if any. All logs maintained under this
section are election records subject to public inspection as
provided by Section 1.012.

ARTICLE 3. ELECTION OFFICERS AND OBSERVERS
SECTION 3.01.  Section 32.075, Election Code, is amended by
amending adding Subsection (g) to read as follows:

(g)  A presiding judge may not:
(1)  have a watcher appointed under Subchapter A,
Chapter 33, removed from the polling place; or
(2)  require a watcher appointed under Subchapter A,
Chapter 33, to leave the polling place.

SECTION 3.02.  Subchapter D, Chapter 32, Election Code, is
amended by adding Section 32.077 to read as follows:

Sec. 32.077.  REMOVAL OF A POLL WATCHER FROM POLLING PLACE.
A poll watcher may be removed from a polling place only if the poll
watcher engages in activity that would constitute an offense
related to election fraud, including an offense under Chapter 276.

SECTION 3.03.  Chapter 33, Election Code, is amended by
adding Section 33.0015 to read as follows:

Sec. 33.0015.  PURPOSE. The purpose of this chapter is to
preserve the purity of the ballot box in accordance with Section 4,
Article VI, Texas Constitution, by providing for the appointment of
watchers to observe the conduct of an election and call to the
attention of an election officer potential irregularities or
violations of law in the conduct of the election.

SECTION 3.04.  Section 33.051, Election Code, is amended by
adding Subsections (g) and (h) to read as follows:

(g)  An election officer commits an offense if the officer
intentionally or knowingly refuses to accept a watcher for service
when acceptance of the watcher is required by this section.

(h)  An offense under Subsection (g) is a Class B
misdemeanor.

SECTION 3.05.  Subchapter C, Chapter 33, Election Code, is
amended by adding Section 33.0605 to read as follows:

Sec. 33.0605.  OBSERVING DATA STORAGE SEALING AND TRANSFER.
A watcher appointed to serve at a polling place in an election may
observe the sealing and transfer of a memory card, flash drive, hard
drive, data storage device, or other medium now existing or later
developed used by the voting system equipment.

SECTION 3.06.  The heading to Section 33.061, Election Code,
is amended to read as follows:

Sec. 33.061.  UNLAWFULLY OBSTRUCTING OR REMOVING WATCHER.

SECTION 3.07.  Section 33.061(a), Election Code, is amended
to read as follows:

(a)  A person commits an offense if the person serves in an
official capacity at a location at which the presence of watchers is
authorized and knowingly prevents a watcher from observing an
activity the watcher is entitled to observe, including by having a

9/9/2021    Case 5:21-cv-00844-XR   Document 1-16 (Introduced version)  Filed 11/15/21   Page 35 of 596

watcher removed from the polling place or requiring a watcher to leave the polling place, unless the watcher engages in activity that would constitute an offense related to election fraud, including an offense under Chapter 276.

SECTION 3.08.  Section 61.001, Election Code, is amended by amending Subsection (a) and adding Subsection (a-1) to read as follows:

(a)  Except as permitted by this code and as described by Subsection (a-1), a person may not be in the polling place from the time the presiding judge arrives there on election day to make the preliminary arrangements until the precinct returns have been certified and the election records have been assembled for distribution following the election.

(a-1)  Under this code, a person may be lawfully present in a polling place during the time described by Subsection (a) if the person is:

(1)  an election judge or clerk;

(2)  a watcher;

(3)  the secretary of state;

(4)  a staff member of the elections division of the secretary of state's office when performing an official duty authorized under this code;

(5)  a staff member of an election official or sheriff, only when delivering election supplies;

(6)  a state inspector;

(7)  a person admitted to vote;

(8)  a child under 18 years of age who is accompanying a parent who has been admitted to vote;

(9)  a person providing assistance to a voter under Section 61.032 or 64.032;

(10)  a person accompanying a disabled voter;

(11)  a special peace officer appointed by the presiding judge under Section 32.075;

(12)  the county chair of a political party conducting a primary election, as authorized by Section 172.1113;

(13)  a voting system technician, as authorized by Section 125.010;

(14)  the county elections administrator only when performing an official duty authorized by this code;

(15)  a person whose presence has been authorized by the presiding judge and the alternate presiding judge in accordance with this code.

SECTION 3.09.  Section 86.006, Election Code, is amended by amending Subsection (a-1) to read as follows:

(a-1)  The voter may deliver a marked ballot in person to the early voting clerk's office only while the polls are open on election day. A voter who delivers a marked ballot in person must present an acceptable form of identification described by Section 63.0101.  A poll watcher is entitled to observe the delivery of ballots under this subsection. The poll watcher must be able to determine how the ballots are being delivered and how election officials are making decisions about the delivery of ballots, if applicable. The poll watcher may not disrupt the process of delivering ballots.

SECTION 3.10.  Section 87.026, Election Code, is amended to read as follows:

Sec. 87.026.  BYSTANDERS EXCLUDED. (a) Except as permitted by this code and as described by Subsection (b), a person may not be in the meeting place of an early voting ballot board during the time of the board's operations.

(b)  Under this code, a person may be lawfully present in the meeting place of an early voting ballot board during the time of the board's operations if the person is:

(1)  a presiding judge or member of the board;

(2)  a watcher;

(3)  a voting system technician, as authorized by Section 125.010;

(4)  a county elections administrator only when performing an official duty authorized by this code; or

(5)  a person whose presence has been authorized by the presiding judge and the alternate presiding judge in accordance with this code.

SECTION 3.11.  Subchapter A, Chapter 127, Election Code, is amended by adding Section 127.008 to read as follows:

Sec. 127.008.  BYSTANDERS EXCLUDED.  (a)  Except as permitted by this code and as described by Subsection (b), a person may not be in a central counting station while ballots are being counted.

(b)  Under this code, a person may be lawfully present in the central counting station while ballots are being counted if the person is:

(1)  a counting station manager, tabulation supervisor, assistant to the tabulation supervisor, presiding judge, or clerk;

(2)  a watcher;

(3)  a voting system technician, as authorized by Section 125.010;

(4)  a county elections administrator only when performing an official duty authorized by this code; or

(5)  a person whose presence has been authorized by the counting station manager in accordance with this code.

ARTICLE 4. ASSISTANCE OF VOTERS

SECTION 4.01.  Subchapter B, Chapter 64, Election Code, is amended by adding Section 64.0322 to read as follows:

Sec. 64.0322.  SUBMISSION OF FORM BY ASSISTANT.  (a)  A person, other than an election officer, who assists a voter in accordance with this chapter is required to complete a form stating:

(1)  the name and address of the person assisting the voter;

(2)  the manner in which the person is assisting the voter;

(3)  the reason the assistance is necessary; and

(4)  the relationship of the assistant to the voter.

(b)  When submitting the form required by this section, a person must present an acceptable form of identification described by Section 63.0101.

(c)  The secretary of state shall prescribe the form required by this section. The form must be incorporated into the official carrier envelope if the voter is voting an early voting ballot by mail and receives assistance under Section 86.010, or must be submitted to an election officer at the time the voter casts a ballot if the voter is voting at a polling place or under Section 64.009.

SECTION 4.02.  Section 64.034, Election Code, is amended to read as follows:

Sec. 64.034.  OATH. A person selected to provide assistance to a voter must take the following oath, administered by an election officer at the polling place, before providing assistance:

"I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs; I did not pressure or intimidate the voter into choosing me to provide assistance; and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs."

SECTION 4.03.  Section 86.0052, Election Code, is amended to read as follows:

Sec. 86.0052.  COMPENSATION FOR CARRIER ENVELOPE ACTION PROHIBITED. (a)  A person commits an offense if the person:

(1)  compensates ~~or offers to compensate~~ another person for depositing the carrier envelope in the mail or with a common or contract carrier as provided by Section 86.0051(b)[~~, as part of any performance-based compensation scheme based on the number of ballots deposited or in which another person is presented with a quota of ballots to deposit as provided by Section 86.0051(b)~~]; or

(2)  [~~engages in another practice that causes another person's compensation from or employment status with the person to be dependent on the number of ballots deposited as provided by Section 86.0051(b); or~~

[~~(3)~~]  [~~with knowledge that accepting compensation for such activity is illegal,~~] solicits, receives, or accepts compensation for an activity described by Subdivision (1) [~~or (2)~~].

(b)  [~~Except as provided by Subsection (c), an offense under this section is a misdemeanor punishable by:~~

[~~(1)  confinement in jail for a term of not more than one year or less than 30 days; or~~

[~~(2)  confinement described by Subdivision (1) and a fine not to exceed $4,000.~~

[~~(c)~~]  An offense under this section is a state jail felony if it is shown on the trial of an offense under this section that the defendant was previously convicted two or more times under this section.

(c)  [~~(d)~~]  An officer, director, or other agent of an entity that commits an offense under this section is punishable for the offense.

(d)  [~~(e)~~]  For purposes of this section, compensation means any form of monetary payment, goods, services, benefits, or promises or offers of employment, political favor, official act of discretion, or any other form of consideration offered to another person in exchange for depositing ballots.

SECTION 4.04.  Section 86.010, Election Code, is amended by amending Subsections (e), (h), and (i) and adding Subsection (i-1) to read as follows:

(e)  A person who assists a voter to prepare a ballot to be voted by mail shall enter on the official carrier envelope of the voter:

(1)  the person's signature, printed name, and residence address;

(2)  the manner of any assistance provided to the voter by the person; and

(3)  the relationship of the person providing the assistance to the voter [~~on the official carrier envelope of the voter~~].

(h)  Subsection (f) does not apply to:

(1)  a violation of Subsection (c), if the person is related to the voter within the second degree by affinity or the third degree by consanguinity, as determined under Subchapter B, Chapter 573, Government Code, or was physically living in the same dwelling as the voter at the time of the event; or

(2)  a violation of Subsection (e), if the person is related to the voter within the second degree by affinity or the third degree by consanguinity, as determined under Subchapter B, Chapter 573, Government Code.

(i)  An offense under this section for a violation of Subsection (c) is increased to the next higher category of offense if it is shown on the trial of an offense under this section that:

(1)  the defendant was previously convicted of an offense under this code;

(2)  the offense involved a voter 65 years of age or older; or

(3)  the defendant committed another offense under this section in the same election.

(i-1)  An offense under this section for a violation of Subsection (e) is a felony of the third degree if it is shown on the trial of the offense that the person committed an offense under Section 64.036 for providing unlawful assistance to the same voter in connection with the same ballot.

SECTION 4.05.  Section 86.0105, Election Code, is amended to read as follows:

Sec. 86.0105.  COMPENSATION FOR ASSISTING VOTERS PROHIBITED. (a)  A person commits an offense if the person:

(1)  compensates or offers to compensate another person for assisting voters as provided by Section 86.010[, as part of any performance-based compensation scheme based on the number of voters assisted or in which another person is presented with a quota of voters to be assisted as provided by Section 86.010]; or

(2)  [engages in another practice that causes another person's compensation from or employment status with the person to be dependent on the number of voters assisted as provided by Section 86.010; or

[(3)]  [with knowledge that accepting compensation for such activity is illegal,] solicits, receives, or accepts compensation for an activity described by Subdivision (1) [or (2)].

(b)  [Except as provided by Subsection (c), an offense under this section is a misdemeanor punishable by:

[(1)  confinement in jail for a term of not more than one year or less than 30 days; or

[(2)  confinement described by Subdivision (1) and a fine not to exceed $4,000.

[(c)]  An offense under this section is a state jail felony [if it is shown on the trial of an offense under this section that the defendant was previously convicted two or more times under this section].

(c)  [(d)]  An officer, director, or other agent of an entity that commits an offense under this section is punishable for the offense.

(d)  [(e)]  For purposes of this section, compensation means any form of monetary payment, goods, services, benefits, or promises or offers of employment, political favor, official act of discretion, or any other form of consideration offered to another person in exchange for assisting voters.

SECTION 4.06.  Section 86.013, Election Code, is amended by amending Subsection (b) to read as follows:

(b)  Spaces must appear on the reverse side of the official carrier envelope for:

(1)  indicating the identity and date of the election; [and]

(2)  entering the signature, printed name, and residence address of a person other than the voter who deposits the carrier envelope in the mail or with a common or contract carrier; and

(3)  indicating the manner of any assistance provided by a person assisting the voter, and the relationship of that person to the voter.

ARTICLE 5. FRAUD AND UNLAWFUL PRACTICES

SECTION 5.01.  Chapter 63, Election Code, is amended by adding Section 63.0111 to read as follows:

Sec. 63.0111.  OFFENSES RELATED TO PROVISIONAL VOTING. (a)  An election judge commits an offense if the judge knowingly provides a voter with a form for an affidavit required by Section 63.001 if the form contains false information entered thereon by the judge.

(d)  An offense under this section is a state jail felony.

SECTION 5.02.  Section 64.012(a), Election Code, is amended to read as follows:

(a)  A person commits an offense if the person:

(1)  votes or attempts to vote in an election in which

the person knows the person is not eligible to vote;

   (2) knowingly votes or attempts to vote more than once in an election;

   (3) knowingly votes or attempts to vote a ballot belonging to another person, or by impersonating another person; [~~or~~]

   (4) knowingly marks or attempts to mark any portion of another person's ballot without the consent of that person, or without specific direction from that person how to mark the ballot<u>; or</u>

   <u>(5) knowingly votes or attempts to vote in an election in this state after voting in an election in another state that is held on the same day</u>.

  SECTION 5.03. Sections 276.012, Election Code, is amended to read as follows:

  Sec. 276.012. ENGAGING IN ORGANIZED ELECTION FRAUD ACTIVITY. (a) A person commits an offense if, with the intent to establish, maintain, <u>further,</u> or participate in a vote harvesting organization, the person<u>:</u>

   <u>(1)</u> commits or conspires to commit one or more offenses under Titles 1 through 7<u>;</u>

   <u>(2) directly or through a third party, provides or offers to provide vote harvesting services to a candidate for office in exchange for compensation or other benefit;</u>

   <u>(3) directly, or through a third party, offers or provides compensation or other benefit to another person in exchange for vote harvesting services; or</u>

   <u>(4) knowingly collects or possesses a mail ballot or official carrier envelope from a voter in connection with vote harvesting services</u>.

  (b) An offense listed under Subsections (a)(2), (3), or (4) is a third degree felony. Except as provided by Subsection (c), an offense listed under Subsection (a)(1) is one category higher than the most serious offense listed in Subsection (a)(1) that is committed, and if the most serious offense is a Class A misdemeanor, the offense is a state jail felony. If conduct that constitutes an offense under this section also constitutes an offense under any other law, the actor may be prosecuted under this section, the other law, or both.

  (c) At the punishment stage of a trial, the defendant may raise the issue as to whether in voluntary and complete renunciation of the offense the defendant withdrew from the vote harvesting organization before commission of an offense listed in Subsection (a)<u>(1)</u> and made substantial effort to prevent the commission of the offense. If the defendant proves the issue in the affirmative by a preponderance of the evidence, the offense is the same category of offense as the most serious offense listed in Subsection (a)<u>(1)</u> that is committed.

  (d) In this section<u>:</u> [~~,~~]

   <u>(1) "Benefit" has the meaning assigned by Section 36.01(3), Penal Code.</u>

   <u>(2)</u> "Vote [~~vote~~] harvesting organization" means three or more persons who collaborate in committing offenses under Titles 1 through 7, although participants may not know each other's identity, membership in the organization may change from time to time, and participants may stand in a candidate-consultant, donor-consultant, consultant-field operative, or other arm's length relationship in the organization's operations<u>; and</u>

   <u>(3) "Vote harvesting services" means personal services that include direct interaction with one or more voters in connection with an official ballot, ballot by mail, or an application for ballot by mail that are performed with the intention that ballot be cast for a specific candidate or measure</u>.

  SECTION 5.04. Sections 276.013(a) and (b), Election Code, is amended to read as follows:

(a)  A person commits an offense if the person knowingly or intentionally makes any effort to:

(1)  influence the independent exercise of the vote of another in the presence of the ballot or during the voting process;

(2)  cause a voter to become registered, a ballot to be obtained, or a vote to be cast under false pretenses; [or]

(3)  count invalid votes or alter a report to include invalid votes;

(4)  fail to count valid votes or alter a report to exclude valid votes; or

[(3)] (5)  cause any intentionally misleading statement, representation, or information to be provided:

(A)  to an election official; or

(B)  on an application for ballot by mail, carrier envelope, or any other official election-related form or document.

(b)  An offense under this section is a felony of the second degree [Class A misdemeanor].

SECTION 5.05.  Chapter 276, Election Code, is amended by adding Sections 276.014, 276.015, 276.016, 276.017, and 276.018 to read as follows:

Sec. 276.015.  UNLAWFUL SOLICITATION OR DISTRIBUTION OF APPLICATION TO VOTE BY MAIL. (a)  This section applies to an application to vote by mail required under Section 84.001.

(b)  A public official commits an offense if the public official knowingly:

(1)  solicits the submission of an application by a person who did not request the application;

(2)  distributes an application to a person who did not request the application, unless the distribution is expressly authorized by another provision of this code;

(3)  authorizes the expenditure of public funds to facilitate third party distribution of an application to a person who did not request the application; or

(4)  completes any portion of an application to vote by mail and distributes the application to an applicant with intent that the applicant will submit the application on the applicant's behalf to the early voting clerk.

(c)  An offense under this section is a state jail felony.

(d)  It is an exception to the application of Subsection (b)(4) that the public official lawfully assisted the applicant as authorized under Section 84.003.

Sec. 276.016.  UNLAWFUL DISTRIBUTION OF BALLOTS AND BALLOTING MATERIALS. (a)  The early voting clerk or other election official may not knowingly mail or distribute a ballot or balloting materials for an early voting ballot to be voted by mail to a person other than the applicant who submitted the application required by Section 84.001.

(b)  A person who violates this section commits an offense. An offense under this section is a state jail felony.

Sec. 276.017.  PERJURY IN CONNECTION WITH CERTAIN VOTING PROCEDURES. (a)  A person commits an offense if, with intent to deceive and with knowledge of the statement's meaning, the person makes a false statement when making the oath described by Section 64.034 or swears to the truth of a false statement previously made when making the oath described by Section 64.034.

(b)  An offense under this section is a Class A misdemeanor except that the punishment for an offense under this section is a state jail felony if it is shown on the trial of the offense that the person made a false statement under Subsection (a) three or more times in connection with a single election.

Sec. 276.018.  UNLAWFUL ALTERING OF ELECTION PROCEDURES. (a)  A public official may not knowingly issue an order altering or suspending an election standard, practice, or procedure mandated by law or rule unless the alteration or suspension is expressly authorized under this code.

(b)  It is an exception to the application of this provision that a public official seeking to alter any voting standard, practice, or procedure in a manner not otherwise expressly authorized by the Election Code:

(1)  first requested approval of the proposed alteration from the secretary of state by submitting a written request for approval to the secretary of state; and

(2)  the secretary of state by written order approved the proposed alteration requested under Subdivision (1).

(c)  A public official who violates this section commits an offense. An offense under this section is a state jail felony.

ARTICLE 6. ENFORCEMENT

SECTION 6.01.  Chapter 2, Code of Criminal Procedure, is amended by adding Section 2.075 to read as follows:

Art. 2.075.  ATTORNEY PRO TEM IN CERTAIN ELECTION CASES. (a) If an attorney for the state is presented with the requisite number of affidavits under Section 273.001, Election Code, on or after the 60th day before the date of a regular or special election that allege criminal conduct that would constitute an offense under Chapter 276, Election Code, the attorney for the state shall determine if the investigation can be conducted expeditiously by the attorney or the attorney's staff so that a presentation of an information or indictment may be made in time to prevent ongoing or deter future criminal activity constituting an offense under Chapter 276, Election Code.

(b)  The attorney for the state shall make the determination required under Subsection (a) not later than the 48th hour after the affidavits are presented.

(c)  If the attorney for the state determines that an investigation cannot be completed expeditiously as provided by Subsection (a), the attorney shall notify the presiding judge of the court of criminal appeals not later than the 24th hour after the time of determination. A three-judge panel shall be appointed as provided under Subsection (d). The panel shall appoint, from any county or district, an attorney for the state to perform the duties of the office in connection with the investigation of the presented affidavits.

(d)  The presiding judge of the court of criminal appeals shall appoint a three-judge panel in the same manner and under the same conditions as the appointment by the chief justice of the supreme court of a three-judge panel under Chapter 22A, Government Code.

(b)  An attorney pro tem appointed under this article is subject to the limitations in Article 2.07(b).

(c)  In this article, "attorney for the state" has the meaning assigned by Article 2.07(d).

SECTION 6.02.  Subchapter A, Chapter 22, Government Code, is amended by adding Section 22.0015 to read as follows:

Sec. 22.0015.  PRIORITY OF APPEALS IN CERTAIN ELECTION CASES. Beginning on the 60th day before the date of a regular or special election, the supreme court must give absolute preference to a matter that is related to a request for injunctive relief under Section 273.081, Election Code, that is prompted by an allegation of activity that would constitute an offense under Chapter 276, Election Code. After assignment of the matter under Section 22.222(b), the supreme court shall promptly hear the appeal, by electronic means or otherwise, after the clerk of the court receives a written request for oral argument. The supreme court must hear an appeal under this section not later than the 24th hour after the time the last brief permitted to be filed in the appeal is filed.

SECTION 6.03.  Chapter 22, Government Code, is amended by adding Section 22.2205 to read as follows:

Sec. 22.2205.  PRIORITY OF APPEALS IN CERTAIN ELECTION CASES. Beginning on the 60th day before the date of a regular or

special election, a court of appeals must give absolute preference
to a matter that is related to a request for injunctive relief under
Section 273.081, Election Code, that is prompted by an allegation
of activity that would constitute an offense under Chapter 276,
Election Code. After assignment of the matter under Section
22.222(b), the court of appeals shall promptly hear the appeal, by
electronic means or otherwise, after the clerk of the court
receives a written request for oral argument. A court of appeals
shall hear an appeal under this section not later than the 24th hour
after the time the last brief permitted to be filed in the appeal is
filed.
        SECTION 6.04.  Section 22.222, Government Code, is amended
by amending Subsection (b) and adding Subsections (a-1) and (b-1)
to read as follows:
        (b)  If more than one panel is used, the court of appeals
shall establish rules to periodically rotate the justices among the
panels. Permanent civil panels and criminal panels without rotation
may not be established. Notwithstanding any other law, including a
rule adopted under Sec. 22.004 or a local rule of administration,
all cases entitled to priority treatment under Section 23.101(b-1)
in the courts of appeals shall be docketed by the clerk of the court
and assigned by the clerk to a panel of three judges assigned using
an automated system.
        (b-1)  It is an offense for any person, including a public
official, to communicate with a clerk of the court in an attempt to
influence the assignment of or withhold the assignment of a justice
identified by name or political party to a panel hearing an appeal.
An offense under this subsection is a state jail felony. As used in
the section, the term "public official" has the meaning assigned by
Section 1.005(15-a), Election Code.
        SECTION 6.05.  Section 23.101, Government Code, is amended
by amending Subsection (b) and adding Subsection (b-1) read as
follows
        (b)  Insofar as practicable, and except as provided by
Subsection (b-1), the trial courts shall observe the preference
provided by Subsection (a) in ruling on, hearing, and trying the
matters pending before the courts.
        (b-1)  Beginning on the 60th day before the date of a regular
or special election, a trial court must give absolute preference to
a matter under Subsection (a)(1) that is a request for injunctive
relief under Section 273.081, Election Code, that is prompted by an
allegation of activity that would constitute an offense under
Chapter 276, Election Code. After assignment of the matter under
Section 24.035, the trial court shall promptly conduct a hearing,
by electronic means or otherwise, after the judge receives a
written hearing request. A trial court must hear a matter under
this subsection not later than the 24th hour after the time the
hearing request was received.
        SECTION 6.06.  Chapter 24, Government Code, is amended by
adding Section 24.035 to read as follows:
        Sec. 24.035.  ASSIGNMENT OF CASES IN DISTRICT COURTS IN
CERTAIN ELECTION CASES. (a)  Notwithstanding any other law to the
contrary, including a rule adopted under Sec. 22.004 or a local
rule of administration, all cases entitled to priority treatment
under Section 23.101(b-1) in the district courts of a county shall
be docketed and assigned at random by the district clerk using an
automated system.
        (b)  In assigning a case to a district court, the district
clerk shall take into consideration any requirement in law that a
district court in that county give preference to specific matters.
        (c)  If a county court has concurrent jurisdiction with a
district court over cases entitled to priority treatment under
Section 23.101(b-1), the county clerk shall perform the duties of
the district clerk under Subsections (a) and (b).
        (d)  It is an offense for a person, including a public

official, to communicate with a district or county clerk in an attempt to influence the assignment of cases or withhold the assignment of cases to a judge identified by name or political party. An offense under this subsection is a state jail felony. As used in the section, the term "public official" has the meaning assigned by Section 1.005(15-a), Election Code.

ARTICLE 7. TRANSITION; EFFECTIVE DATE

SECTION 7.01.  The change in law made by this Act applies only to an offense committed on or after the effective date of this Act. An offense committed before the effective date of this Act is governed by the law in effect on the date the offense was committed, and the former law is continued in effect for that purpose. For purposes of this section, an offense was committed before the effective date of this Act if any element of the offense occurred before that date.

SECTION 7.02.  This Act takes effect September 1, 2021.

PUBLIC COMMENTS

HB 6

HOUSE COMMITTEE ON ELECTIONS

Hearing Date: March 25, 2021 8:00 AM

Britt Garner

self

Austin, TX

This bill is not needed. There is no voter fraud to speak of in Texas and this is pure voter supression.

Sarah Lewis

Self

Kerrville, TX

I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Samantha Chang

VDR, SELF

Austin, TX

I oppose HB6 and efforts to restrict voting and voters' rights.  Texans already have hurdles to jump through in order to vote. Adding more prevents many eligible voters from voting.

Cari Marshall

Volunteer Deputy Voter Registrar

Austin, TX

STOP MAKING IT HARDER TO VOTE!!! I support expanded access to the ballot box, online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.?? Stop disenfranchising your constituents!!

Katherine Diamond

Self-medical coder

Kerrville, TX

I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.

Tony Zink

Self

San Antonio, TX

Printed on: April 9, 2021 11:06 AM

Texas does not need more restrictions that prevent voters access to the ballot box.  Texas is one of only 10 states that do not allow online voter registration.  Limiting access to the ballot box is unconstitutional.

Cecelia Gonzalez-Dippel

Self/ Mayor of Floresville, Tx

Floresville, TX

I am Cecelia Gonzalez-Dippel, citizen and current Mayor of the city of Floresville, Tx.

On July 17th of 2019 my council called for a special meeting and voted unanimously to move our city elections from November to May. Our city charter calls for elections to be held in May, but the council in 2011 voted to move city elections from May to November as they could at that time, but the window to move them back to May has since lapsed. In my research, all written and verbal opinions on the legality of this move back to May states that this is against the current election laws of the State of Texas.

The council refused to resend the ordinance that changed the election dates and after notifying county and state agencies who I thought would rectify this movement, myself and Nick Nissen, David Johns and Paul Sack, who where going to be candidates for the upcoming positions came together and decided to do everything we could to insure our city follow the laws of the state of Texas.

Our hope was that the agency or agencies, we felt could uphold the law would do so, but we quickly found out that our county and state officials agreed it was not in the election laws, but would not go forward with any action, leaving the four of us as citizens and as Mayor to go forward with a civil lawsuit.

It has been almost a year and a half and yet our case is in the court with no final determination. The process to stand by the law has been at the least to say stressful. The four of us and our families have been under financial and emotional stress to try to hold up the letter of the law in our city.

I watched another city in Texas propose to move their postponed election from November to May and the State attorney General's office within days ruled they could not and yet we in our community continue to wait for a final ruling.

I am a citizen of Floresville and Wilson county and feel neglected by city and state officials to do what is right.


As you consider legislation on the State of Texas Election Codes, please consider all cities and counties, whether small like Floresville or large cities like Austin.

Lisa Coleman

Self

Houston, TX

Election Integrity is of the utmost importance in preserving the constitutional republic that is America.  We absolutely cannot allow another miscarriage of justice that was the 2020 election.

Susan Korbel, Dr.

Volunteer Deputy Registrar

SAN ANTONIO, TX

I oppose HB 6 because 276.015 restricts citizens from helping others learn about and apply for the vote by mail option who are eligible to seek this option.  Over the past year, during the times of COVID, there were many seniors who had difficulty accessing online forms, and I was able to help them get their VBM application.   I consider this a civic duty to help others without access to the technical tools the support they need.

Printed on: April 9, 2021 11:06 AM

Sue Bullock, Mrs.

Self

Dallas, TX

I fully support this bill because it addresses directly the flaws in our election process. I am 100% for Texas leading the way toward stalwart integrity of our elections.  Thank you for your patriotism and devotion to duty!

Elizabeth Richter

self

KERRVILLE, TX

I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours, and longer early voting periods. I support no-excuse vote by mail.

Suzann Madeley

Self/retired

Austin, TX

Please spend your time on something that will help Texans. There is virtually no voter fraud. Meanwhile many Texans don't have food or jobs or homes.

Robert Gratz

self - Volunteer Deputy Voter Registrar

Lockhart, TX

As a volunteer deputy voter registrar and election judge, I can tell you firsthand that HB6 is not helpful. Voting in Texas is already difficult and complicated enough. HB6 will take us in the wrong direction and will make voting even more difficult than it already is.

As a seventh-generation Texan, I know that our ancestors believed in civic engagement and fairness. We should be making it easier to register and vote and HB6 does neither. I encourage you to pursue same-day and online voter registration. Not only is it the right thing to do, but it will also save taxpayer dollars.

Very truly,

R David Gratz
Lockhart, TX (the BBQ Capital of Texas)

Tina Hester

Volunteer Deputy Registrar

Austin, TX

Please oppose HB 6.  We should be focusing on making voting more accessible, not less.

Michelle Manning-Scott

Self/community volunteer w/various Austin area non-profits

Austin, TX

Printed on: April 9, 2021 11:06 AM

I OPPOSE the passage of this bill and urge all lawmakers to vote AGAINST it.

Christine Pollom

Self

Austin, TX

I oppose this bill. It is just another way to try to suppress votes.  We should make it as easy as possible for everyone to vote.

Leticia Rojas

self; communications professional

Houston, TX

This bill is an affront to your constituents, to Texans at large and democracy itself. This bill would silence the voices of hundreds of thousands of Texans, especially voices of color and the disabled. Purging the voter rolls, establishing arbitrary voting hours and restricting new, innovative practices like drive-thru voting and proactive vote-by-mail application outreach are nothing but a shameful attempt to hold on to power. Stop wasting my tax dollars trying to find nonexistent cases of voter fraud and try actually governing so you can win elections fair and square.

Kimberly Parsons

Self - Homemaker

Jefferson, TX

I oppose HB 6. Texas has some of the most stringent voting laws in the country. The optics are that the GOP wants to win by disenfranchising voters. NOT a good look!

Dixie Davis

Patriotic Citizen

Kyle, TX

The "purity" of the ballot box is not in question. It is a smoke screen to disenfranchise the poor and those who work jobs they can't take off. It's a plan to disenfranchise people like my husband, a truck driver who is gone away from home far more than he's at home. It's part of a plan to limit "democracy" to those who support a radical, anti-American agenda, while disenfranchising all other voices.
In a democracy, every citizen's voice matters. HB 6 seeks to silence many voices, predominantly those of the working poor.

Rebekah Janes

Self, office manager

Austin, TX

I am very much opposed to HB6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Cissy Sanders

Self

Austin, TX

Printed on: April 9, 2021 11:06 AM

Dear Committe Members,

I am writing to you today to voice my opposition to HB6. This legislation suppresses an individual's right to vote. This legislation betrays civic engagement and the very cornerstone of our democracy. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support vote by mail. Texas needs to hear the voices of all of its citizens at the ballot box. Lawmakers should not pick and choose which of their constituents that they want to vote. Lawmakers are elected by the people. Lawmakers' salaries are paid for by taxpayer dollars. Therefore, the people paying the lawmakers' salaries are the ones that get to pick who they want to serve them; not the other way around.

Bradley Gilbert

Concerned citizen

Kerrville, TX


This would be a step backwards for our democracy.  Voter suppression is unconscionable.

Laura Weaver

self/retired

Spring, TX


I am against HB 6, as I am against any bill that limits the efforts of election workers to protect voters against illegal harassment by watchers. I have been a Volunteer Deputy Registrar, and I have worked at polling places during elections. I have seen first-hand the kind of harassment that can happen at the polls, and have seen election workers intervene to stop it. Please don't support HB 6, which limits EVERY ELEGIBLE CITIZEN'S ability to vote.

Susan Markus

self, retired

Austin, TX


I write to oppose this bill.  It is well established Texas does not have a voter fraud or voter security problem. Despite much effort and scrutiny, officials have found only 16 instances of voter irregularity have been found in the last many years.  In fact, Texas needs to make voting easier, not harder.  The Covid pandemic revealed how important vote by mail, expanded voting days and hours,  and online registration are to preserving and promoting voting.  As a Texas senior citizen I am especially concerned that vote by mail - a long, longstanding practice in our and many other states - be preserved and strengthened.  I hope we all still agree that voting is a fundamental of our democracy, and that we want all eligible voters to be able to vote easily and conveniently.  The push to pass laws to inhibit voters under the pretense of a non-existent voter securty problem make me wonder otherwise. Oppose HB 6!

Lisa Blackwell

self, voter

Spring, TX


I strongly oppose this bill! I encourage you to EXPAND voter rights, not limit them. We should encourage people to engage in democracy. I want Texas to offer either online registration, as nearly every other state does.

Julia Mickenberg, Dr.

Self, teacher and also VDR

Austin, TX


I am deeply disheartened by efforts to thwart democracy by restricting voting access and gerrymandering districts. If politicians

Printed on: April 9, 2021 11:06 AM

want to hold power they should do that by serving their constituents. Republicans seem to be admitting that they can only win by rigging the vote because their policies have become so unpopular. Why not focus on the latter instead of thwarting democracy?

George Kleinert

MYSELF

Sadler, TX

Thank you for working to strengthen Texas' election laws. I implore you to pass HB6. Thank you ??

Robin McKeever, Ms

Self

Austin, TX

Good morning. I'm a retired senior citizen who cares about good government. I'm a third generation Texan of Scots Irish descent. I grew up in far South Texas and still have family there. I am 72 and I have voted in nearly every election large and small since I became registered in my teens. I have lived in Austin for many decades.

I care deeply about the issues before you in HB 6. I am not representing any group, nor do I come at the urging of anyone. I learned about this bill from reading the newspaper, and it made me mad enough to read the bill.

My message is this:  HB 6 as it stands is a bad bill. It is based transparently on the worst sort of hypocrisy. There is almost no election fraud, contrary to coordinated campaigns of misinformation that are intended to protect the status quo of partisan division so damaging to all of us. The effects of this bill would be to strengthen voter suppression at a pivotal point in Texas history. Dramatic population growth and cultural diversity should instead inspire your efforts to increase the access of voters to election ballots and their basic constitutional right and civic responsibility.

I say make this bill a whole lot better or kill it dead fast.

MICHAEL CRAIGUE

self / security

Austin, TX

This bill is unnecessary and harmful. President Trump and his allies created dozens of baseless claims about election fraud, and those claims were laughed out of court.

See: https://www.theatlantic.com/ideas/archive/2021/01/conspiracy-theories-will-doom-republican-party/617707/
Sen Ben Sasse (R-NE) writing in The Atlantic Jan 16, 2021:

"Until last week, many party leaders and consultants thought they could preach the Constitution while winking at QAnon. They can't. The GOP must reject conspiracy theories or be consumed by them. Now is the time to decide what this party is about."

"The conservative swaths of this media landscape were primed for Trump's "Stop the steal" lie, which lit the fuse for the January 6 riot. For nine weeks, the president consistently lied that he had "won in a landslide." Despite the fact that his lawyers and allies were laughed out of court more than 60 times, he spread one conspiracy theory after another across television, radio, and the web. For anyone who wanted to hear that Trump won, a machine of grifters was turning clicks into cash by telling their audiences what they wanted to hear. The liars got rich, their marks got angry, and things got out of control."

Pamela Cheatham, Ms.

Myself

Houston, TX

Printed on: April 9, 2021 11:06 AM

I think this is a much needed bill to put our elections back on track. I pray COMMON SENSE WILL PREVAIL! And anyone one not supporting this bill needs to step down because you are Not working for the best interest of WE THE PEOPLE!

Alix Scarborough

self, transportation consultant

Austin, TX

I do NOT support this bill. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Michael Hommel

self, Video Game Developer

Killeen, TX

The sponsors of this bill should be ashamed, trying to curb voting in the great state of Texas. I worked on the ballot board here in Killeen in the November election, and as you can imagine, Killeen is a very red area, so our ballot board was led by Republicans. Even they were absolutely clear and well aware that there was NO fraud of any kind. And working on that board taught me something that our legislators could stand to learn - just how secure and excellently managed our mail-in voting system is. Our state should absolutely offer unrestricted (and automatic) mail-in voting for all citizens. To pretend that there is actually some sort of criminality or risk to this is, first of all, disingenuous - I do not believe the sponsors actually believe it exists either, it just suits their politics to claim it - and second of all, if any of the sponsors had ever worked a ballot board, they would know the facts - that fraud is virtually nonexistent in our elections, and preventing it is very easy and already handled by existing systems. The real threat to our democracy, obviously, is runaway legislation attempting to block voting.

The more people have access to voting, the easier it is made to do, the more our nation benefits. Putting restrictions on voting is profoundly unamerican and wrong. HB6 should not pass, and neither should the many other anti-voting bills that are up in our legislature this year.

Diane Spradlin

Self

DALLAS, TX

A good start but further improvement is needed on this bill.  Please include:

• Require voter identification for mail-in and absentee ballots
• Routine verification of voter rolls and new registrations

Election integrity should be at the top of the list for our Texas elected officials.

Diane Spradlin

Erin McRae, Mrs.

self (editor)

Austin, TX

There have been no significant credible reports of voter fraud in Texas; therefore, this bill appears to be an attempt at voter suppression. I support expanded voter access to the ballot box, including online voter registration, expanded voting hours and longer early voting periods. For those who cannot make it to vote in person, I support no-excuse voting by mail, and I also support same-day voter registration. We already have all of the necessary laws in place to stop voter fraud. Past and present efforts to gerrymander districts and restrict voter access are thinly disguised attempts at voter suppression. As a 6th generation

Printed on: April 9, 2021 11:06 AM

Texan, I find this bill and other such efforts to be reprehensible, as they restrict our freedoms as Texans and citizens of the United States.

Brad Bryant

Self

Euless, TX

I encourage you to support this bill along with the following provisions:
Voter ID for absentee and mail in ballots
Routine Voter roll verification
More in depth analysis of voting machines

Glenna Howell

self

Taylor, TX

Vote NO! The is very little voter fraud in Texas. Voting is a right! We should be making it easier for people to vote and take away their ability to vote.

Anuva Bonzek

Volunteer Deputy Registrar

Auston, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Anna Stewart

self

AUSTIN, TX

I urge you to OPPOSE HB 6, GV 2197, and HB 3285. Senate Bill 7 and House Bill 6 are fundamentally anti-democratic, anti-voter assaults on the right to vote.

Marissa Curtis Gough, Dr.

Self

Austin, TX

HB 6 unduly impacts voters with disabilities, people transporting voters to the polls and hourly workers. I do not believe that there is evidence or rampant elections fraud, and making it more difficult for individuals to vote does not make elections more fair, it is voter suppression. Texas is the third state I've lived in as an adult and has been the hardest to navigate voter registration. I urge you to support online voter registration, expanded voting hours and longer early voting periods. Voting should be easily accessible to all eligible voters and I do not support making ot more difficult for Texans to vote.

Niessa Meier

Self

kerrville, TX

I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours

Printed on: April 9, 2021 11:06 AM

and longer early voting periods. I support no-excuse vote by mail. Our democracy requires the voice of the people.

Richard Monts

self retired

Kerrville, TX

Voting should be in person on day of election. Very limited exceptions. Registration should be done some time ahead of election and is the responsibility of prospective voter to get registered and prove citizenship as an absolute requirement. All funding and manpower within the jurisdiction of the office sought. No outside  money! The people in the district should be able to decide without outside big money inflluence. No unsolicited mass mailings, it is a waste of money and effort, the citizens should take the effort to vote, there is no need to send blind mailings, it is riff with opportunity for fraud. The citizen interested in voting should exert the effort to do so. The government should not be in the business of solicting votes by sending blind mailing or any other effort to solicit. If the individual does not wish to vote that is their decision. Registration should be only to determine that the person applying be eligible with straight forward requirement uniformly used. All citizens should be treaated equally to provide integrity in elections.

Erin Boase

self and attorney

Austin, TX

I am very concerned that this bill will impede rather than expand voting integrity. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.?? Everyone should be allowed to vote without the legislature trying to restrict that access.

Solange Hommel

self, writer

KILLEEN, TX

I am writing as a concerned citizen and an informed Texas voter to speak against HB 6. This bill is just one of many being used to constrict the voting rights of BIPOC Texans, creating confusion and implementing excessive punishments for voting mistakes. The broad nature of this bill would prevent parties, candidates, and organizations from providing important voting materials to voters across the state, particularly disenfranchising those who already face challenges in utilizing their right to vote. Elderly voters, voters with disabilities and low-income voters would all be disproportionately impacted by this bill. As Harris County Judge Hidalgo said, "What these folks are doing are simply continuing the trend that's been going on since Reconstruction, through Jim Crow and up to today: trying to confuse voters, intimidate voters and enact policies that keep people from the ballot box."
It is particularly disheartening to know that this is all common knowledge. It's not an accident that Republicans are targeting these voters by restricting voter rights, it's the intended outcome. I find it appalling that Texas Republicans are so willing to sacrifice the rights of the people they purport to represent in order to maintain their suffocating grasp on power.
As a constituent, a Texan, and a compassionate human concerned for the rights of ALL members of my community, I ask that HB 6 and other bills like it be set aside in favor of justice, equality, and fair democracy for ALL. I do not support any effort to curtail or limit the voting rights of my fellow citizens. I expect my elected officials to protect the rights of ALL voters as sacrosanct.

Montie Shelton

retired

Huntsville, TX

I was devastated by the many examples of fraud in our election.  Thank you for addressing the issue.  Please add voter ID for absentee ballots as well as signature verification.  Requiring ID is the best defense against fraud.  IDs are required for doctor visits and business transactions.  Every responsible citizen has one.

Printed on: April 9, 2021 11:06 AM

Elisabeth Thomas

Self - teacher

Kerrville, TX

I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.

Connie Sheldon

Retired

The Hills, TX

I oppose this measure. There is not evidence of election fraud. I want every eligible voter to be able to vote as easily as possible. There should be no criminal penalties for exercising the right to vote. Purity of the ballot box is some manufactured term to keep people from voting. OPPOSE all the way

Robin Rieck

self, bookkeeper

Cedar Creek, TX

This long list of new and amended regulations creates solutions for problems that simply do not exist. Much of this would intimidate voters, election workers and the public officials who perform to the very best of their ability to ensure that we have free and fair elections. And, if passed, it is highly likely that parts of this bill would be challenged in court. Let's not waste valuable time and resources fixing what is not broken in this state when there are so many things that need to be fixed. And let's focus on ways to encourage participation in our election process by voters and election workers rather than casting a cloud of threats and intimidation over the process when there is no indication that serious, widespread election fraud has occurred in our state. "If it ain't broke then don't fix it."

Mary Eisenberg

self-retired

Lockhart, TX

I oppose HB 6. I have been a voter registrar and an election clerk. I have not seen any evidence of voter irregularities. Texas should not make it more difficult to vote.  People should not be afraid to vote.

Amy Courtney

Self

Austin, TX

I wholeheartedly OPPOSE HB6!!! Voter suppression is criminal and this bill would most certainly further that effort and create even greater voting rights disparities. STOP HB6!!!

Jane Jessop

Concerned citizen

Maxwell, TX

This is not a problem, you are making unnecessary changes. Our election process is great.

Printed on: April 9, 2021 11:06 AM

Tommie Lee

Self Electrician

corpus christi, TX

I agree with this bill. VOTE YES! This will be great to bring integrity to our elections. Thank you

Roberta Amley

Self/retired

Houston, TX

All the provisions of this bill will help provide for election integrity.
In addition, it is also important to require voter identification for mail-in and absentee ballots and require routine verification of voter rolls and new registrations.
Thank you for your work to strengthen Texas' voter laws.

Daniel Riegel

Concerned Voter

Austin, TX

As a concerned voter who supports civic engagement, I urge you to vote AGAINST HB 6. HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers. Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. HB 6 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.

HB 6 makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration. Thank you.

Richard Kelsheimer

Myself

Arlington, TX

I strongly encourage the Elections Committee to push this HB 6 forward so that it can be voted on by our Legislature. It is imperative that we have election integrity. Voting by mail should only be for individuals that are disabled due to health conditions or elderly and would be considered difficult if not impossible to get there. If you can go to the grocery store to buy groceries then there is no reason you cannot show up, prove your identity with some official documentation and proof from the State of Texas who you are. It must be illegal for individuals to harvest votes punishable by time in prison if found guilty. Arrangements should be made to allow sufficient poll watchers to provide more oversight and transparency in the voting process in order to maintain true accountablility. There should be routine review of voter rolls and registration. No one other than the registered voter should be able to request a vote by mail ballot and only in the event for disability, health or in service of our country.

Benjamin Liles, Dr.

self

Printed on: April 9, 2021 11:06 AM

I am stunned by the intent of this bill. For many years I have worked as an election clerk and have seen many ways we have accommodated people who have come to vote and needed assistance which this bill would deny: Elderly people with valid voter ID cards who were not ambulatory and I had to take a ballot to the car they were driven to the polls in for them to vote; several people who were legally blind who needed the ballot to be read to them and their hand guided to their choice on the touch screen (and after the print-out appeared, read their choices back to them to be sure their choices were marked); and on and on. These people would be denied the ability to vote with HB 6.  Even I, at the age of 82, might be denied the chance to vote when I ask for a mail-in ballot. This bill clearly is not aimed at securing the vote but it's aimed at denying the vote. It should be defeated.

Cynthia Drake

Self, Writer

Pflugerville, TX


I urge you to take the time to hear in-person testimony from constituents who would be directly impacted by this bill. Any attempt to thwart voting rights, or to remove protections to voters in a free and fair election, is unacceptable.

Rebecca Shields

Self

Houston, TX


I am OPPOSED to all voter suppression as embodied in this bill!

Sarah Distel

Self

Kerrville, TX


I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.

William Fitch

Self -  Retired

Kerrville, TX


If we cannot trust that our elections are fair and that every legal vote is counted, why vote at all.  Please pass this bill.

Hannah Foarde

Self

Kyle, TX


I strongly oppose this reckless legislation which threatens the democracy of our entire country, voters will not be denied their voice!

Linda Guy

self. concerned voter & Volunteer Deputy Voter Registrar

Austin, TX


Printed on: April 9, 2021 11:06 AM

As a native Texan & lifelong voter, I oppose this 'false flag' of preventing non-existent fraud leads to further voter suppression! we don't need to make it harder to vote & to help others do their civic duty by criminalizing minor errors. thank you.

Monica Shevell

Self

Dallas, TX

As a constituent who supports civic engagement, I urge you to vote against SB 7 and similar bills that would restrict our voting rights. SB 7 and HB 6 unduly impact voters with disabilities, people transporting voters to the polls, and hourly workers.
Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.
SB 7 and HB 6, and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.
We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.
Thank you,
Monica Shevell
Dallas, TX  75254

Marty Pearson, Ms.

self - retired

Forney, TX

The disaster that was our election this past November left almost everyone with doubts that the votes cast were valid and that the votes were counted correctly. The election process in every state MUST be cleaned up, including in our beloved Texas! ALL voters must be required to show a valid photo ID. This is NOT voter suppression since a photo ID is required for so many things that are far less important! Mail-in ballots and absentee ballots MUST be requested to a verified citizen of this state, and a valid reason must be given! Also, early voting must be shortened at the very least, if not eliminated completely.

In-person voting is MUCH more secure, unrequested vote-by-mail ballots must NEVER be sent to voters (their validity and status CANNOT be verified!); ballot harvesting must be made virtually impossible and all verified poll watchers MUST have full access to do their jobs so the validity of each vote can be verified.

PLEASE MAKE OUR ELECTIONS SECURE AND TRUSTWORTHY!

Grace Matthews

self

Austin, TX

This is a solution for a problem that does not exist, and is a transparent effort to make the ballot box less accessible to Texans. In the last election, court after court found no evidence of widespread voter fraud. The legislature should be working to make voting accessible to every Texan, including our poor, disabled, and non-english speaking citizens by expanding voting hours, expanding access to mail-in voting, and reducing barriers to individuals being able to vote. We need same day voter registration. Every state and federal election day should be a state holiday. Please stop wasting taxpayer dollars on an effort to stop the supposed election fraud that has been repeatedly disproven, and make it so that every Texan who wants to vote can do so without having to take time off work or jump through bureaucratic hoops.

Printed on: April 9, 2021 11:06 AM

Sarah Traugott

self / librarian

Austin, TX

OPPOSE

Drake Meier

Self seller/server

Kerrville, TX

I strongly oppose HB 6. I support expanded access to the ballot box, online voter registration, expanded voting hours, and longer voting periods. I support no excuse vote by mail. We must provide every citizen with ample opportunity to exercise voice in their government.

Carolyn Scarborough

self

AUSTIN, TX

This is taking us back to Jim Crow days - I strongly oppose!!!! Shame on you!!

Munira Fareed

Concerned voter, business owner

Austin, TX

I oppose this bill.

Marianne Arnold

Self/retired

Kurten, TX

I believe deeply in the right and obligation of every eligible adult to elect the people who govern them.  Because of that belief I have worked as a volunteer in nearly every election since 2012.  HB6 erodes the right to vote for many people; people with disabilities who often have limited access to transportation, people whose work schedules don't allow them to vote between 7 and 7 on election day, people who cannot afford to wait long hours in line.

HB6 is blatantly partisan and is a step back to the Jim Crow era.  It is incompatible with democracy.

Victoria Little

Self

Dallas, TX

EVERY election needs to be fair and open for voters and the poll workers. In Dallas,  for early voting in  "non-partisan" elections, apparently these elections can  be staffed with only Democrat judges and their clerks. That is fair and open? In light of the mistrust from the elections of 2020, how can this be true? Election integrity and confidence in our voting system must be restored. We should start by restoring integrity at the local level.  The current system for selecting election workers for early voting in "non-partisan" elections is broken and needs to be fixed. A judge/alternate judge or a judge/clerk  option where both

Printed on: April 9, 2021 11:06 AM

parties are represented  should be the standard for every election every location - partisan or non-partisan. Voter ID, in person voting , voting  in your precinct, paper ballots, with the presumption of audits, absentee ballots due 10 days before the election, felony penalties for election fraud  and those who interfere in Texas elections -all are measures that will help to restore confidence and ensure that each legal vote counts.

Frances McNair

Self

San Marcos, TX

I object to any bill which restricts the right to vote.

Melisa Santillano

Concerned voter

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Kenneth Shilkun

Deputy Registrar Gillespie county

Fredericksburg, TX

Limiting voter access to voting opportunities is anti democratic.

Susan Dantzler

Self

Harper, TX

I absolutely support HB 6. We must rein in fraud and abuse in Texas elections. The people of Texas must know that their vote counts and polling officials must be held to uphold our laws. Loopholes must be closed. If we are to ever have fair elections in Texas we must be dedicated to eliminating voter and polling staff fraud.

Kelly Whelan

Self

AUSTIN, TX

This bill is blatant, unmasked voter suppression. We don't have an election fraud issue in Texas, or in America for that matter. There are so many other things you should be focusing on to help us, your constituents, and you are spending time on something that isn't even a real issue in our state. You aren't helping anyone with this bill, you are hurting voters. Our country is built on our democracy and the right to vote is foundational in ensuring that democracy runs properly. This bill only serves to undermine our right to vote, thereby undermining our democracy. It is shameful.

Kelly Whelan

Self

AUSTIN, TX

This bill is blatant, unmasked voter suppression. We don't have an election fraud issue in Texas, or in America for that matter.

Printed on: April 9, 2021 11:06 AM

There are so many other things you should be focusing on to help us, your constituents, and you are spending time on something that isn't even a real issue in our state. You aren't helping anyone with this bill, you are hurting voters. Our country is built on our democracy and the right to vote is foundational in ensuring that democracy runs properly. This bill only serves to undermine our right to vote, thereby undermining our democracy. It is shameful.


Sarah Bentley

self

Austin, TX


I OPPOSE House Bill 6, which is a fundamentally anti-democratic, anti-voter assault on the right to vote. Last year's election showed that we can increase voter turnout and keep our elections secure if we adopt common-sense reforms. Instead of supporting these efforts, Gov. Abbott and his allies have ripped a page straight out of the Jim Crow playbook by trying to make it more difficult to vote.


Lynne Jones

Self

Missouri City, TX


I am extremely concerned & angry about these proposed measures. They would primarily be suppressing voter turnout, which is just wrong on so many levels. We need to make it easier for our Texas citizens to vote, not making it harder. The concept that this bill is for election security is gaslighting at its finest.


Felicity Maxwell

Self

Austin, TX


HB6 adds unnecessary, unwarranted restrictions on voting and should not be passed.   Texas already has very low voter turnout and essentially no voter fraud.  This bill makes it harder to vote and threatens our democracy.  Do not support or move forward with HB6


Palmer Moe, MR

self

Sunrise Beach, TX


I support the provisions of HB 6 and ask that consideration be given to adding voter ID for mail-in and absentee ballots and provide for verification of voter rolls and new registrations.. Texas needs to insure that all votes are legal votes and that vote tallying is transparent.


Charles Barksdale

concerned voter

San Antonio, TX


I don't believe we've seen evidence of widespread fraud in Texas thus this bill is a solution looking for a problem. If passed this will disenfranchise many minority voters and is not necessary.


Augusta Levine, Ms

Volunteer Deputy Voter Registrar

Houston, TX

Printed on: April 9, 2021 11:06 AM

I am opposed to this bill.  It pretends to preserve the integrity of our elections, but it's real purpose is to suppress voting by those who cannot vote on election day.  Why would you want to limit the number of people who can vote?  Where is your proof of massive voter fraud?  The truth is that we should be expanding the opportunities for voting by as many people as possible rather than restricting them.

Tammie Hartgroves, Honorable

Deputy Voter Registrar and McLennan County Early Ballot Board Judge

McGregor, TX

This bill as written is blatant voter suppression, not only for people of color but also for disabled Texans, those living in rural and non-urban areas and college students. I am a voter and I am disabled. If you require disabled persons to provide either a physician's note, copy of their Social Security Disability Letter or VA Disability Letter this places an undue burden on the voter in addition to violating my rights to privacy and HIPPA laws. I urge that this bill be tabled until it can be amended to not discriminate against Texans desiring to cast a ballot.

Amber Burfeind, LMSW

Self

Pearland, TX

I absolutely oppose this bill. There were only 2 identified cases of voter fraud out of millions. This bill is voter suppression disguised as election integrity.

Cynthia Reynolds

Self

Austin, TX

As there are very few cases of fraud in the last election, this is an attempt to limit voter participation which is counter to the constitution and good governance.  Please vote this down and increase access to all eligible voters in all future elections.

Kelly Schlesinger

Self-Retired

The Woodlands, TX

As a Montgomery County VDR last year I gave people applications to register to vote and applications for mail-in ballots. I looked up Texans' voter registration information to ascertain that they were on their county voter registration lists and the information was correct. I gave people voter registration forms and, after they completed them, I delivered them to Montgomery County Elections Central. I did this in accordance with state law. Nothing needs to be changed here "relating to purity of the ballot box." Legislators should remember that they serve the people, not the other way around. You should be making voter registration and casting ballots EASIER, not harder. To do otherwise is not good government, it is the opposite. And to do it under the pretense that there was fraud in the 2020 election is perpetuating a lie. Vote no on HB6.

Jeni Putalavage-Ross

self

AUSTIN, TX

I oppose this disingenuous attempt to "preserve purity" that is actually a push to suppress voting for anyone who does not vote Republican. I want my elected officials to spend time on actual issues instead of inventing problems that don't exist.

Printed on: April 9, 2021 11:06 AM

David de la Garza

Self

Austin, TX

This is pure voter suppression and I am heavily opposed to this bill.

Rachel Jackson

Self/Volunteer Deputy Voter Registrar

Austin, TX

As a deputy voter registrar, it's my sworn duty to register eligible voters. I then put the voters in the hands of the elections division of the county where they reside so they can freely and fairly cast their ballot. HB 6 is an affront to an already complex and oftentimes inequitable voting experience. In particular, limiting the number of voting machines at each polling location will dramatically increase wait times during busy times, which could lead to voters not exercising their constitutional right. In 2018, I was a poll worker on the UT Austin campus and unfortunately we had a wait time of 3 hours at some points throughout the day due to a lack of voting machines. If this were to be scaled back even more, it would cause chaos and disenfranchisement.

Texans want voting to be safe, easy and accessible and I urge you to reject this bill.

Thomas Gordon

Self

Temple, TX

HI MY NAME IS THOMAS GORDON
I SUPPORT HB 6 BY CAIN
THANK YOU, THOMAS

Julie Campbell

Voter registrar

Austin, TX

HB 6 unduly impacts citizens with disabilities and hourly voters. FAIR elections depend on the process to work for ALL. HB6 would make it even more difficult to navigate Texas already complicated voting system. Texas should lead the nation in registration, online and same day, not be at the bottom! Please support online registration and same-day voter registration. Keep Texans safe and accessible to the vote!
Thank you.

Nancy Glasscock, Mrs.

Self

Temple, TX

According to CBS News, lawyers for conservative attorney (and right-wing conspiracy theorist) Sidney Powell told a federal court on 03/22/21 that "no reasonable person" would conclude her unfounded claims of voter fraud in the 2020 presidential election were statements of fact. Facts are not interchangeable so how does the average voter decipher between fact or fiction? Over the last 20 years, states have put barriers in front of the ballot box - imposing strict voter ID laws, cutting voting times, restricting registration, forcing those with disabilities to show their medical "papers" and purging voter rolls. These efforts, which received a boost when the Supreme Court weakened the Voting Rights Act in 2013, have kept significant numbers of eligible voters from the polls, hitting all Americans, but placing special burdens on racial minorities, poor people, the disabled, and young and old voters. Voter purges are an often-flawed process of cleaning up voter rolls by deleting names from registration lists.

Printed on: April 9, 2021 11:06 AM

While updating registration lists as voters die, move, or otherwise become ineligible is necessary and important, when done irresponsibly — with bad data or when two voters are confused for the same person — the process can knock eligible voters off the roll en masse, often with little notice. Many voters discover they're no longer listed only when they arrive at the polling place. As a result, many eligible Americans either don't vote or are forced to cast provisional ballots. Over the last decade, jurisdictions have substantially increased the rate at which they purge voter rolls. The increase was highest in states (ie Texas) with a history of voting discrimination. Extensive research reveals that fraud is very rare. Yet repeated, false allegations of fraud can make it harder for millions of eligible Americans to participate in elections. It is important to protect the integrity of our elections. But we must be careful not to undermine free and fair access to the ballot in the name of preventing phantom voter fraud. I've work as an election official for over 35 years in various counties throughout the state of Texas. I have yet to encounter a possible, much less probable, voter fraud situation. Typically the most problematic setting is a result of overwhelmed and underpaid county elections administrators/staff and or polling clerks with minimal training. Texas' elections are marred by an infrastructure that is rickety, excludes too many and is prone to partisan manipulation and deliberate voter suppression that often targets communities of color and young people. Voting should be free, fair and easy. Both Texas Legislative bodies can and SHOULD improve the security of elections without compromising citizens' right to participate in elections. Voter fraud is unacceptable, but YOU must find solutions that address actual problems instead of imposing policies that make it harder for millions of eligible Texans to participate in our democracy.

Julie Campbell

Voter registrar

Austin, TX


Elections in Texas have been safe and in 2020 turnout was outstanding. There was NO voter fraud. Wasting taxpayer money to further complicate one of the most restricted voting systems in the country is just embarrassing.
We want safe accessible elections. Please support online and same-day voter registration. Why is Texas one of only 10 states still so regressive?
Thank you!

Darlene Olden

Self retired

Austin, TX


Please urge every voting on this to pass it. If we do not secure our elections our democracy is over. It does not take a brain surgeon to see the election fraud that went on in the 2020 election. This fraudulent election has created more tension and hate among the American people than anything else and it is totally uncalled for. If there was no fraud committed by the Democrats then they should not have a problem with a clear and unbiased investigation into all the fraudulent claims if for no other reason but to restore trust in the American people.

Sharon Walther

citizen

Austin, TX


This bill contains language that is so full of legalese that an ordinary person cannot possibly know what it is actually saying. Election officials and clerks are not attorneys, and it seems that the overly legalistic language is designed to intimidate people working at the polls. There is repeated use of the word "felony", which is also a scare tactic.

As to the section relating to who may be present during the counting of the votes, this seems to be a knee jerk reaction to procedures implemented during a Pandemic for health and safety reasons, and not with the intent to "steal" an election. We may never have another such event during an election, so all this pearl clutching seems overly reactive and punitive.

If I read this bill correctly, it seems to limit presenting a mail in ballot at the elections office to only the actual day of the election, and to roll back the ability to turn in ballots in person during the entire early voting period. This puts an undue burden on voters and will create long lines and possible transmission of COVID in the short term.

Printed on: April 9, 2021 11:06 AM

Sharon Walther, citizen

Michelle McComb

Self

Buda, TX

Voting is a sacred right to all Americans and I support individuals having access to vote. It should be as voter friendly as possible with extended hours that accommodate people who work shifts and nights like our police and nurses. I am in favor of early voting as that is when I'm able to vote more efficiently on my lunch hour. I support voting by mail for elderly and those unable to get to polling places. I vote for candidates of both parties depending on who best represents my views. I believe all voices deserve to be heard and participate in elections.

David Vaughn

Self

Waco, TX

According to the person the POTUS 45 appointed to oversee election security, we just had the most secure election in our history. Why would you want to change that?  Oh, wait.  To keep people with too much pigment in their skin from voting?  Gotcha.

And, no.

Katherine Dowling

Self. Retired educaror

Conroe, TX

This is yet another voter suppression bill.

Why not make voting easier, more convenient and accessible to Texans while making certain elections continue to be fair and safe for all registered voters.
Wouldn't it be wonderful if more Texans voted, every single election.  Now THAT would make Texas accomplished and admirable.

JOE LOCETTA

Self

SPRING, TX

I routinely volunteer to help my Precinct Chair. YourHB6 is a great start and I urge more to encourage myself and other citizens to be active in the election process. Without more rigorous reform, why bother? I suggest the following additions:
-Require voter identification for mail-in and absentee ballots
-Routine verification of voter rolls and new registrations
-Provide voters with way for them to verify if their vote was properly counted.

Jennifer Wiebrand

self

Austin, TX

Oppose.  We are chasing the boogeyman here.  Please stop spending tax dollars chasing fabricated election violations.  The only lack of integrity is from those propagating falsehoods about this "threat".

Printed on: April 9, 2021 11:06 AM

Lauren Post

self

Pflugerville, TX

I disagree with this bill. I believe our last election was secure.  I want voting options expanded so more people have more options to vote.  There was no proof of fraud and adding new voting options provided more opportunity for those to vote.  Going backwards to prevent people from voting is voter suppression.   Going forward we should have more early vote days, more mail drop off, more drive through and more 24 hour election voting polls to increase options for voters.

Mary Seberino, Conroe

Self

Conroe, TX

This is a commendable start by the House, and can further be improved upon by:
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Please add these to the bill

Catherine Locetta

retired

The Woodlands, TX

HB 6
Election Integrity Bill Comments
Thank you for your efforts to improve election integrity in Texas elections! It is a HUGE challenge in our current cultural decay! Your proposed changes are very disappointing because they fall dreadfully short of securing our vote. Texas cannot have election integrity until we make the following changes:
1.      Make election day only one day!
2.      Make election day a national holiday!
3.      Eliminate all early voting!
4.      Make proof of citizenship a requirement to vote in local, state, and federal elections!
5.      Make mail in ballot restrictions EXTREMLY strict!
6.      Keep the requiring picture ID to be allowed to vote!
7.      NO ballot harvesting!
8.      Require a minimum of 6 months residency to vote in Texas
9.      Close the border to ALL illegal aliens!
I serve as a precinct chair and a judge during elections. These changes must be made to improve election integrity and finally have secure elections.
Thank you,
Cathie Locetta
(281) 433-9306
Montgomery County, Texas
Precinct 71 Chairman & Election Judge

Celina Montoya

Self

San Antonio, TX

Printed on: April 9, 2021 11:06 AM

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Elizabeth Galiger

self. musician and teacher

Austin, TX

i was raised to believe democracy is a living thing, an action requiring citizen participation. a responsibility. i am in favor of everything that makes it easier for citizens to vote, from extended early voting, mail in and absentee voting, automatic voter registration, time off work to vote, etc. to be against these things is to be against the very concept of democracy.

Rhonda Hurley

Self

Bellaire, TX

I was very disappointed in the 2020 election.  There was rampant election fraud through voter harvesting, drive through voters were allowed people to use fake IDs, and probably other methods were used to change the outcome of the election.  Please support HB6 to bring back honest and fair elections.

Karen Kate McAfee Campbell, RN, MSN

Self - Registered Nurse

Austin, TX

Dear [legislator],

I am your constituent. I am writing to urge you to vote against SB6 and SB 7 as  well as any and all similar bills that would restrict our voting rights. Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to uphold their oath and our democracy by making voting a positive, accurate, and safe experience for all voters.

SB 7 and HB 6 negatively and unduly impact voters with disabilities as well as people transporting voters to the polls. In addition these bills put an undue burden on hourly workers who would have to stand in line longer in order to vote. SB 7 greatly complicates the voting experience by making it extremely difficult to vote and may make people fearful of the voting process. SB 7 and HB 6, and all other bills with similar provisions, make it more difficult for voters to maneuver the state's already complicated system. In addition, these bills fail to provide voters with confidence that their vote will be counted.

Texas state and county election officials have confirmed that the 2020 election results accurately reflect the will of the people. We also saw great voter enthusiasm and a significant increase in voter turnout in 2020, despite overwhelming challenges such as the pandemic. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

Instead, I encourage you to support online voter registration as well as same-day voter registration as both of these can save taxpayers from dealing with the antiquated voter registration system in Texas. It's embarrassing that Texas is one of only 10 states left that do not yet have online registration.

Thank you for your time and attention.

Karen Campbell RN, MSN

Naomi Hewitt

self, retired

Houston, TX

Printed on: April 9, 2021 11:06 AM

Thank you for supporting the provisions included in HB 6 and others that will bring integrity to our voting process. Voter identification is a key aspect of facilitating a voting process that reflects the will of the citizens of Texas.

Lana Hansen

Self/ Executive Director

Manchaca, TX

I am strongly opposed to this bill. This bill will be used to disenfranchise voters. I am appalled that the Texas Legislative would even consider legislation that would further disenfranchise voters.

STEPHEN CHELOTTI

Self

Wharton, TX

This bill is designed to stop and hinder people from their right to vote.

If passed, this bill will give power to the State to make legal votes worthless.

This bill:

-Seeks to add criminal penalties to many parts of the Election Code and foster voter purges

-Could potentially inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as mail ballot applications

-Authorizes the the Attorney General to investigate and prosecute people for voting mistakes and confusion

I strongly oppose a yes vote on this destructive bill.

Neha Valmiki

Self

Austin, TX

As a senior at the University of Texas at Austin involved in the voting community, I've seen firsthand how the processes in Texas can make it very difficult for so many people to vote. Instead of making it easier and more accessible, HB6 would create even more barriers to vote for those who are struggling the most. Texas has made so much progress in terms of voter turnout this past year, and we shouldn't turn this trend backwards. This bill is especially harmful to marginalized communities who may need assistance at the polls as well. I strongly urge the members of this committee to vote against HB6 and protect our voting rights.

Ruth Hall

Self

Muleshoe, TX

I strongly oppose HR6. I believe that the is nothing short of voter suppression. Texas needs to move forward not backward!

Bethany Rhoades

Self - teacher

Cedar Park, TX

Printed on: April 9, 2021 11:06 AM

I support widespread access to voting. Trying to make it hard or nigh impossible for eligible voters to vote is contrary to Texans' rights. We need to make it easier for qualified individuals to vote. "Voter fraud" has rarely happened, based on factual records of such, and the supposed cure of making things harder for the masses is far worse than the supposed disease. I support online voter registration, expanded voting hours and longer early voting periods. I also support no-excuse vote by mail.??

Ginger Mayeaux

The Arc of Texas

Austin, TX

Thank you for the opportunity to provide input on HB6. I am the Director of Public Policy and Advocacy for The Arc of Texas. The Arc of Texas promotes, protects, and advocates for the human rights and self-determination of Texans with intellectual and developmental disabilities (IDD). This includes ensuring Texans with disabilities can vote privately and independently with proper access, accommodations, and support.

We respect the intention of HB6 and support election integrity and security. However, we do not support the provisions that impact the ability of Texans with disabilities to participate in the democratic process. Access to the electoral process for people with disabilities matters to all Texans, because public confidence in our system of democracy is based on knowing that all eligible voters are able to participate and have their vote count.

We oppose adding unnecessary and excessive requirements for people who assist voters with disabilities (Section 4.01)
The new form that requires additional intrusive information and increasing penalties for unlawfully assisting a voter will cause a chilling effect and complicate the voting process. Both provisions will lead to unnecessary confusion, or even voters with disabilities losing their support person and going without the help they need to cast a ballot as they choose. People such as poll workers, who may not be familiar with support for individuals with IDD, may misunderstand cuing, prompting, and other ways people comprehend and remember information as abuse or exploitation of the voter. However, people with disabilities have proven they are proud of their right to choose who and what to vote for, just like everyone else.
In addition, requiring supporters to provide voter ID violates the Voting Rights Act, and diminishes people with disabilities' right to choose their specific own support. People have the right to choose someone who understands their support needs and allows them to vote as they see fit, not as their supporter may vote. A supporter's ability to do this, is not based on them having a specific form of voter ID. Self-advocacy groups continuously teach self-advocacy skills, including voting rights, and how to make informed choices. However, there is a misconception that people with disabilities are likely to be exploited and need protection. This provision will reduce the amount of valid voting—not prevent presumptive fraud.

The above requirements does not consider the lived experience of people with disabilities and the reasons accommodations were put in place. We urge the committee to work with Texans with disabilities to amend the bill and ensure all Texans have the support they need to vote. Voting is a fundamental civil right as American citizens and as Texans.
I look forward to working with Representative Cain and others moving forward.

Kipa Smith

Self

Austin, TX

We need a democracy that makes it easier for all citizens to vote, not harder. Please focus on actual problems, like our electric grid and not these made up issues if voter fraud. There is No evidence of voter fraud that would change the the outcome of any election. Shame on you got trying to destroy democracy

Riley Milligan, ESQ.

Self / attorney

Waxahachie, TX

The preservation of our elections against fraud is the most important topic confronting our state and our country. There is no

question that rampant voter fraud and vote tampering resulted in the "election" of a puppet president and his whore of a running mate. While Texas cannot control the elections in other states, it is essential that Texas shore up its own elections to prevent our own vote scandals. The enemies of our Republic, liberals/progressives/leftists, have shown their contempt for our civilization and laws by flooding our state with third world peasants and other undesirables. These illegal invaders will be used by the enemies of our Republic to overturn the will of Texas voters and implement a stranglehold on the rights of US Citizens.

Rodrigo Aramburu

Self

Houston, TX

I am opposed to HB 6 because I believe that access to voting should be simpler and less encumbering than it currently is.

Countless studies and research have proven that concerns about voter fraud are misplaced and unfounded.

Restrictions on voting do not create impediments to fraud, which has time and again through numerous studies proven to be inordinately small; they in fact, place restrictions on the civic franchise of voting.

To make myself clear, presumed voting safeguards do nothing but disenfranchise citizens from their right to vote. They are tried and true tactics of a foregone

For this reason, I vehemently oppose HB 6.

Betty (Eilizabeth) Anderson, Mrs.

self

Spring, TX

I want to speak in favor of this bill on election integrity.

Carol Bryant

Deputy Voter Registrar

Canyon Lake, TX

Voting is a right and should be made easier not harder.

Shah Neha

Self - VDR

Austin, TX

This bill will not do what it intends. In fact it would serve as voter suppression and go against the great ideal and mission of democracy.

Annaliese Tassano

Self

Austin, TX

As a constituent who supports civic engagement, I urge you to vote against HB 6 which unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers.
Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. HB 6 greatly complicates the experience and risks making it a nightmare for many. It would instill fear

Printed on: April 9, 2021 11:06 AM

where there should be trust.

SB 7  and HB 6 , and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.
Thank you, Annaliese Tassano

Erin Russell

Self

Lakeway, TX

I am against all voter suppression.

Heather Masters

Self

Austin, TX

There is virtually no voter fraud, this a is a voter suppression effort. Oppose this bill!

Kim Meyer

Self

Austin, TX

Why are you working so hard to make it more difficult to vote yet ignoring how easy it is to buy a gun or making it easier to carry a gun.

Lisa Jackson, Mrs.

Self

Victoria, TX

Please stand for election integrity!

Maria Nicholas

Self

Farmers Branch, TX

The elections should be held on one day.  The constitution says one day, not weeks, for elections.  We do not need weeks of early voting which allows fraud.  Voting should be in person with voter identification.  The only people who should be allowed absentee ballots are military and medically unable with a doctor's signature.  We should go back to voting by paper and quit using computers and wifi.

Chelsea Kotrla

Self

Austin, TX

Printed on: April 9, 2021 11:06 AM

You can try to disguise voting restrictions in meaningless terms like "voting integrity" and "preservation of purity", but Texans aren't dumb. We can read through the lines. And trying to restrict our fellow Texans, regardless of their views, from casting their ballot to elect their representatives is the absolute least Texan thing an elected official could do. It's a sham, a disgrace, and an outrage.

Erica Lawrence

self, HR Specialist

Spring, TX


Please stop wasting time and tax payer dollars trying to make this stick. I OPPOSE this legislation and you should, too. I have worked the Election Polls in Montgomery County twice recently and I can assure you Election Workers are adequately trained and voting machines are rigorously tested prior to holding the election. HB 6 would limit the ability of election workers to protect voters against illegal disruption and harassment by watchers. It also limits the distribution of mail-in vote applications. HB 6 is using valuable time elected lawmakers don't have during a short legislative session! Please oppose this bill and move on.

Andrew Kirkpatrick

A voter

Missouri City, TX


That this has been characterized as an attempt to insure election security is absurd. Texas is consistently ranked as one of the toughest states to vote in. Anybody who votes in favor of this bill should at least have the integrity to say, I want to make it harder for people to vote. I doubt any of you, or our governor have the integrity to admit that that is your goal. We should be allowed to register on the same day we vote. We should be able to register online. We should be able to vote any day at any hour. This bill and those like it are nothing but an attempt to suppress voting. Do you have the integrity to admit it? I doubt it.

Linda Dickens

self

Austin, TX


I am deeply opposed to this restrictive and unnecessary bill. I oppose HB 6 in the strongest terms because it would unduly impact marginalized communities. Simply, it is counter to democratic ideals. Please expand voting opportunities by supporting online voter registration and same-day registration.

Andrew Davidoff

Self

Houston, TX


Please support HB 6 and election integrety.  As al alternate judge in 2020 I witnessed the follow:
1) people come to vote and told they had requested a mail in ballot when they had not
2) people who came to vote becasue they had requested a mail in balot but had not recieved it
3) total failure of the system to count any provisional ballot cast

HB 6 is critical, we also need to add to it:
1) required voter identification for mail in and absentee ballots
2) routine maintance to verify accuracy of voter rolls

Carol Ortiz, Ms.

Self/Retirec


Printed on: April 9, 2021 11:06 AM

Montgomery, TX

I OPPOSE HB6. It is an extremely restrictive bill which creates problems for no good reason. There has been no evidence of intentional or widespread voter fraud in Texas elections to justify such extreme measures. HB 6 would be an overreach by the state to fix a hypothetical problem which does not exist. Texas already has an effective system in place to prevent voter fraud which is very strict compared to other states. This bill creates new criminal offenses which could penalize innocent mistakes which would have detrimental effects on voter participation and erect barriers for disabled, elderly and students and just working people who are fully eligible to vote as citizens of the United States and Texas, regardless of political party  or residential location. This bill should NOT be passed.

John Paul, Mr.

Self

Corpus Christi, TX

I respectfully request that you vote IN FAVOR of this Bill!  There is too much election fraud and irregularities!  Voting should be sacrosanct.  ID should be required just like buying tobacco, alcohol, and any number of other things that require proof of who you are and your age.  THIS IS NO DIFFERENT!  Thank you!

Barbara Sanchez

Concerned voter

Lockhart, TX

I strongly oppose this bill. Every citizen has the right to vote. Stop trying to suppress voter rights! There is no evidence of widespread voter fraud.

William Ely

Cypress Texas Tea Party, Convention of States, HCRP Precinct Chair 124

Cypress, TX

I have been a presiding judge for the last 6 years.  I have testified when Harris County went to countywide voting and the technology was not ready, e.g., poll books where not being updated correctly on election day.  More and more those in charge of the election are removing the citizen, so they can control the outcome.  Don't we really want more citizen involvement?  In that testimony, I heard other testimony, most citizens talking about making voting more convenient.  Almost all testimony was about convenience.  Almost nothing about responsibility or integrity.  There is known, documented fraud in Harris County.  The local government refuses to investigate or take up the case because it serves them not to do so.  Every invalid or illegal ballot cancels a valid, legal one.  We need stronger enforcement and penalties to discourage bad actors.  Any argument against this is a strong indicator that fraud does in fact exist.  If fraud does not exist, as the opposition claims, then they should not care of enforcement is strengthened and there is an increase in the penalty, including jail time.  In this case, convenience is not above integrity and the legal citizen has to take on some responsibility to know where to vote and make plans to do so.

Rosalind Kokolis

Self

Bellaire, TX

I strongly support HB 6 For the following reasons:

In person voting is more secure and should be encouraged.
Election officials and government agencies should not receive private funding.
Vote by mail should be limited as it is less secure.
Vote harvesting leads to corruption.

Printed on: April 9, 2021 11:06 AM

Requiring voter ID should be added to bill.

Texas is stronger and better with secure elections.

Carol Goodwin

Self

Missouri City, TX

I hope HB6 will protect citizen vote from fraud by elected officials.  This includes Gov Abbott limiting ballot boxes to one per county.  This is especially important to us older, disabled citizens.  In Fort Bend county, I fell backwards into a rain puddle trying to exercise my right to vote in Rosenberg.  Luckily, I didn't hit my head.  Ken Paxton's actions are also questionable and should be investigated.  He made Texas the laughing stock of our nation.  I don't know if this bill would protect us from actions of a US president such as Trump or one of his minions, DeJoy, but, citizen voting needs to be protected.

Elinor Lichtenberg, Dr.

self

Denton, TX

As a concerned voter who supports civic engagement, I urge you to vote AGAINST HB6 and similar bills that would restrict our voting rights. HB6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers. Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. HB6 instills fear where there should be trust. It makes it more difficult for voters to navigate the state's already complicated system. It fails to provide voters with confidence that their vote will be counted. We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county elections officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible. I urge you to reject unwarranted bills like HB6.

Felicia Miyakawa

Self

Round Rock, TX

I am opposed to HB 6. I have been a voter registrar since 2017, and have seen first hand how difficult it is to register to vote. People don't have the right information and don't know the vagaries of election law. VDRs play a critical role in help people register to vote and learn about the voting process. Automatic voter registration? I'm here for it. On line registration? Absolutely. But anything that restricts access to registration and voting has no place in Texas.

Meagan Palmer

Self- stay home mom

Dallas, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Kim Farlow, Retired Teacher, Election Judge

Self as an election judge

New Braunfels, TX

Dear Texas House of Representatives Elections Committee Members,

Printed on: April 9, 2021 11:06 AM

My name is Kim Farlow and my zip code is 78130. I oppose HB 6. This bill would make voting harder for everyone, but especially for disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. I have served as an election judge for several elections including the 2020 Texas Primary and Primary Runoff elections and the 2020 General Election. Voting is the bedrock of a democracy. I have witnessed the many obstacles voters must overcome to vote. My goal as an election judge has been for 80% of the registered voters in my county to vote in every election. I firmly believe that democracy is stronger when more people vote. Sadly, no election in Comal County has reached the 80% mark. HB 6 would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Thank you for taking action on my request,
Kim Farlow
337 Oakcrest Dr.
New Braunfels, TX 78130

Keila Nichols, Dr.

self, voter, poll worker, citizen

Richardson, TX

Hi, my name is Keila and I'm a constituent from Richardson, TX. I am a regular at the polls - as a clerk and as a voting constituent.

I'm calling to ask you to support strengthening Texas' and our country's election laws to ensure our elections are secure, fair, and transparent. The election fraud in this country undermines every voter's confidence and vote.

Thank you for the work already underway. House Bill 6 and Senate Bill 7 are a good start—these bills increase poll worker access and also prohibit the insecure practice of ballot harvesting and are necessary for the security and future of our State and Country.

These bills can also be improved upon by:
1. Requiring voter identification for mail-in and absentee ballots
2. Routine maintenance to verify accuracy of voter rolls and new registrations

PLEASE ADD THESE 2 PROVISIONS to the legislation being worked on.

Thank you for taking my message and for all you do to save this country for our children!

Dr. Keila Nichols, D.C.

Hyun Ja Norman

Korean American Voters League

Katy, TX

Thank you for the opportunity to speak with you today. My name is Hyunja Norman, and I am here to represent Korean American Voters League (KAVL) in opposition of HB6.

Korean American Voters League is a community-oriented organization which focuses on civic participation for Korean seniors and the first time voters with English translation who need assistance to cast their ballots because Harris County does not offer Korean-translated ballots. During the Early Voting Days of every election KAVL holds the Korean American Early Voting Day at Trini Mendenhall Community Center in Spring Branch Harris County where many Korean Americans live and have businesses.

Our community members know that they will get the assistance they need if they come to vote where we have the Korean American Early Voting Day. Every election, I serve as one of the voter assistants. When a Korean voter comes to vote, they look for our booth and request assistance.

Printed on: April 9, 2021 11:06 AM

At this point, HB6 would require that the voter assistants would have to fill in a form as outlined in Sections 4.01 through 4.06, and 5.05. When our seniors come to vote in a bus with 20 people together, our voter assistants will need to fill out the form for each of the 20 people. It will take much longer and is much more difficult for everyone who is waiting in the line, and for the clerks running the elections. Also, if non-English speaking voters do not get the assistance they need, they may not be able to fill out ballots accurately or may be confused with the process. Voters who experience this tend not to vote in the future. Our work allows them to cast their ballots and encourages voters to come back and vote in future elections.

Additionally, our seniors struggle with voting due to language access, and sometimes inability to go to the polls due to health reasons. Last year more people voted because they had more voting options, like vote by mail. Eligible voters who are over 65 years old got their application for Ballot by mail from the Harris County Clerk's office. They simply verified their information, signed, added postage, and sent it back. It was so convenient for older voters.

The bill also prevents local election officials from proactively and accurately informing voters about their voting options and will make it difficult for seniors who do not speak English as their first language to apply for a ballot by mail. We know from last year that if seniors have options to vote by mail, they will take advantage of it. They should be informed of their options to vote proactively, like they were last year.

Under HB6, the integrity of our elections and health of our democracy will suffer due to the increased barriers to voter assistance and the prevention of local election officials from accurately informing voters about their voting options, including vote by mail. I urge you to vote NO on HB6 to preserve our ability to help our community and give seniors the options they need to vote. Thank you

Brenda Jurgens, Retired individual

Self - retired

ALEDO, TX

Who came up with this hair brained Bill because I don't think Briscoe Cain did it by himself. This is just about as bad as the '19 Bill not allowing vans/buses to take people, like my retired/disabled GOP parents who count on taking a bus to DROP OFF THEIR mail in ballot from their nursing home. Go ahead & pass this stupid bill & watch GOP votes go down. Even if we can't stand in line, there is joy going to a drop off ballot location & having 1/county is just STUPID!

Do NOT pass this Bill or I will not vote for another GOP candidate!

Thomas Moran, Territory Manager

Self

Kaufman, TX

I oppose this bill, it is full of nonsense and does not represent the true essence of our democracy. Motion to dismiss this bill. Call me if you have questions.

gwen gabriel

Self Retired

Spring Branch, TX

Opposed.
Unnecessarily makes voting more difficult for many people, and there is no reason for it. Fraud has not been an issue.

Estelle Heard

Self

Katy, TX

Printed on: April 9, 2021 11:06 AM

I am against this bill and the restricting of voting rights and access.

Barbara Jones, Teacher

Self

Houston, TX

Make no changes

Carolina Valladares

Self

Spring, TX

Stop voter suppression

Tanya Seals

Self

Cypress, TX

I will support legislature that EXPANDS and protects voting rights. I do not support voter suppression legislation. Let the voice of the people be heard!

Mary Favret

-- please select a prefix --Myself

The Woodlands, TX

This bill will make it difficult for all Texans to vote, in addition to creating confusion and reducing overall voter turnout for all parties.

Mary Wilmore

self

Austin, TX

As Americans it is our inherent right to vote. Making it harder for people to vote is unconstitutional. This bill seems to target those that are already disenfranchised to a certain extent by life circumstances  - they work to jobs so they have a hard time making it to polls during regular hours, they don't have transportation so they can't easily make it to a poll far from them, etc. I would like every legal Texas voter to be able to easily cast their ballot.

Kelsey Kling

Self

Dripping Springs, TX

I am vehemently opposed to this bill. While I agree that we must prevent fraud at the ballot box, this bill accomplishes nothing so much as further disenfranchising voters. The is a case of the "cure" being far worse than the sickness it seeks to alleviate.

Stephen Luce, Mr.

Self

Printed on: April 9, 2021 11:06 AM

Arlington, TX

Cain was a lawyer filing and making untrue frivolous claims of widespread voter fraud by the former president. This bill is a fraud on Texas, Texans and our State and Federal Constitution.

Cain participated in inciting the insurrection. Has anyone confirmed he was there and participated? I hear he or his team were sanctioned for the grounkess claims made in court to steal the election.

HB 6 is evidence the GOP Christian Nationalist has no strategies or policies to help protect the rights of POC and poor, sick or infimed.

 I oppose this bill. A majority of Texans oppose this bill. History will judge Cain as a weak, despicable smarmy weasel. He is not an ally of justice and voting rights. Reject him and his co-conspirator.

Shayla Wyche

Self

Katy, TX

I am Against HB6

Jewel Nalls-Johnson

Self

Cypress, TX

Jewel Nalls Johnson

Janet Jansse

Self, CPA (VDR)

Austin, TX

I support expanded voter access to the ballot box including online voter registration, longer early voting period & expander hours that the polls are open. The more Texans vote, the better our democracy. This bill does the opposite. It restricts voting by lawful Texans. The state should stop trying to discourage local officials from making voting accessible to all Texans and should concentrate on fixing our electric grid and fixing our school finance system. I am a Texan that was without power for 100+ hours and am asking that you concentrate on our real problems instead of the imaginary issue of voter fraud. It is virtually nonexistent despite many efforts using our tax dollars to try and uncover it. Please stop wasting our money and start doing what is right for the people of Texas. We deserve officials that are fighting for us. Thank you for your time.

Tracy Coleman, Dr

Self

Cypress, TX

Republicans can't win elections without voter suppression and gerrymandering! You all should be ashamed of yourself. Ken Paxton is a criminal, Ted Cruz does not represent Texans  and we are all waiting for Abbott dropped the ball with Covid

Brad Kearse, Mr

Self

Huffman, TX

Printed on: April 9, 2021 11:06 AM

Please end drive thru voting and make all voters show identification.

Stephen Rupp

Self

Spring Branch, TX

I oppose house bill 6. Texas restricts voter participation and is the most expensive in the country. HR 6 would only make elections more restrictive and expensive and increase partisanship at the polls!
No to HR 6

Jeremy Tarpley

Self/engineering

Cypress, TX

The 2020 election was a sham.  We must ensure that election integrity is restored and we are able to validate voters and votes.

Shanya Blueitt

Move on

Katy, TX

This is important for me to be able  to have the opportunity exercise my right to vote.

Thaer Mahmoud

Self, engineer

Richmond, TX

I believe we should voting as easy as possible including drive through, no reason mailing ballots and exploring internet voting. Don't stop stop drive through voting.

Lindsey Clark

Self - concerned voter

Odessa, TX

Every eligible Texan should be able to register to vote and vote easily. There is no widespread voter fraud in Texas unless you count the few Republicans who have been charged and insinuating it is just adding to the long list of the things the GOP lies about to stay in power. Texas is already one of the most voter suppressed states in the country.  As a lifelong Texan I strongly oppose HR6.

LaRonda Y. Ashford, Dr

Self

Cypress, TX

 Vote Against HB6

James Calaluca

Self, teacher

Printed on: April 9, 2021 11:06 AM

Arlington, TX

As a teacher who serves an underprivileged student base, the idea that almost all of the families I work with would suffer difficulties attempting to exercise their legal right to vote disgusts and alarms me. All adult citizens deserve the right to vote for those governing their lives. Not everyone, for a variety of reasons, is capable of voting in person during the day. This shouldn't eliminate their votes. Please see reason and do not pass this egregious bill oppressing American citizens who want and deserve to vote.

Anna Kroese

Self

Wimberley, TX

Secure elections are the cornerstone for running a successful democratic republic. If we can't count on elections to be secure, then faith in the whole system will erode. A system reliant on buy in from the masses can't function without the faith of the people. Ensuring secure elections should be a top priority especially given the rampant fraud that has been uncovered and verified in recent elections.

Johnny James, Retired Veteran

Retired Veteran

Katy, TX

I know why you may choose to remove this bill that allow people who work for a living like me, dust to dawn, that can not get out to voting booth at a normal time. It is wrong to remove a bill that was first put in place to support the very reason you want to remove. This to me has nothing to do with the bill but everything to do with an idealistic agenda to limit or remove votes that carry a strong message to people like Trump and his personal agenda.
I have given 21 years to this country for a belief of equality for all. Many of the politicians that is in office that is about to vote on this bill care nothing about the rights of people but what is in it for them and there personal agenda. This has been shown over the past four years under a government that was not for all people but for a select few.
If you vote against this bill it tells the people that you don't care what they have to go through. Their vote means nothing to you. Before I leave from this, I have one question. IF YOUR GOOD OLE BOY TRUMP HAD WON, would you care about removing or changing this bill? Vote how you fill but we the people are watching TEXAS is changing times of the boot on the neck days are over. SUPPORT THIS BILL.

Shelly Spann

Self

Sugar land, TX

Against this bill. Say no to voter suppression

Afwandi Karunwi

NAACP

Cypress, TX

I'm against it

Mallory Richard

Self

Katy, TX

Printed on: April 9, 2021 11:06 AM

AGAINST HB6 because it amounts to voter suppression

Ruth Klein

Self retired

Dallas, TX

I have felt it was important to work as an election clerk in past elections as my civic duty.  I worry that this bill would put me at risk of being threatened with litigation if I make an honest mistake.  I doubt I would risk serving if this bill passes.

Nana Booker

Self. Fine art dealer

Houston, TX

This bill is clearly designed to suppress voting throughout the State of Texas.  My husband, who is 93, and I, at 74, have voted in every federal, State, and local election since we reached the age of majority, so we have literally participated in our democracy for many decades.  We have stood in long lines, we have driven miles, we have voted in the cold, in the heat.  We have left our own businesses to vote, we have given our employees paid time off to vote however they pleased, and we have studied the practices in other countries as we traveled the world. We have voted for Republicans and Democrats.  I have served in City of Houston government, and as an Honorary Consul for Australia.  My husband served in the military and as Assistant Secretary of the US Army.
In short, we are active participants in our country's democracy.  We have voted by mail for several years, and in 2020, we were so frustrated by the State's attempts to make that difficult for us, that we sent our ballots by registered mail with receipts.  We called in regularly to ensure our ballots were received.
IT IS CLEAR TO US THAT SOME STATE LEGISLATORS ARE ATTEMPTING TO DISENFRANCHISE US AND OTHERS WHO VOTE BY MAIL OR NEED ANY KIND OF ASSISTANCE.  WE WILL BE WATCHING THE VOTE CAREFULLY, AND WILL BE INVESTING HEAVILY IN CANDIDATES WHO VOTE AGAINST THIS BLATANT ATTEMPT TO SUPPRESS VOTING IN TEXAS!

Nisha Allen

Self

Baytown, TX

Do not pass! We need voting right and there was no fraud in this election. Fraud was never proved in the election.

Gwendolyn Robinson, Ms
Self

Houston, TX

I am AGAINST this voting restriction action.

Edgar Anderson, Mr.

self

Sugar Land, TX

You have so much contempt for your constituents that you're trying cloak voter suppression in the guise of "election integrity." But you know what this bill is really about and so do I. It's about making it harder to vote. It cannot possibly be about "preventing fraud" because there's no fraud to prevent -- except farcical Republican bills like this one. You should be ashamed that this even came to the floor of the Texas House. If you vote for this bill, you will prove -- as if more proof was needed -- that Texas

Printed on: April 9, 2021 11:06 AM

Republicans are enemies of the people.

Regenia Kendrick

Self

Cypress, TX

Support voter integrity to prevent voter fraud

Kimmy Robinson

Self, Legal Assistant

Farmers Branch, TX

I oppose HB 6. For the November 2020 Election, I worked as a clerk for early voting, and as an Alternate Judge on Election Day. As both a clerk and an alternate judge, I witnessed numerous people who came to vote and found out they were not registered. There was confusion that presenting the State of Texas issued photo identification was the same as being registered to vote. Young people and people newly arrived in Texas were offered the chance to vote provisionally as an alternative, but those provisional votes were not likely to be counted. It is my understanding that Texans are supposed to be given the option to register when they obtain or renew their state drivers licenses. It is also my understanding that this has not been happening. I also saw voters who had moved from one county to another without updating their voter registration to reflect their current county of residence.  These voters should have been provided an on the spot opportunity to update their registration and vote in their county of residence.  There was no way for me as a clerk or judge to know how these individuals would have voted, but what I do know is that opportunities to increase the number of ballots cast for both Democratic and Republican candidates were missed.  Instead of implementing more restrictions on voting, which based on my personal experience already exist, the Texas Legislature should be doing everything it can to make voting easier.

Bethany Pendleton

Self

Austin, TX

e: I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Eva Silverfine Ott

Self, freelance editor

San Marcos, TX

"Texas Attorney General Ken Paxton's office spent 22,000 hours looking for voter fraud and uncovered just 16 cases of false addresses on registration forms, according to The Houston Chronicle. Nearly 17 million voters are registered in Texas" (https://www.nbcnews.com/politics/elections/texas-gop-launches-avalanche-bills-curtail-voting-n1260747).
The proposed bill is not about election security but instead limiting access to voting--voter suppression. This is anti-democratic, and I am truly frightened by one party's willingness to undermine democracy in order to hold onto power. We need a system that allows all citizens to see themselves as stakeholders in our democracy, not a system designed to exclude certain demographics. This bill is wrong. I ask you to demonstrate integrity by opposing it.

Midge Epstein, Ms.

Self and retired

Corpus Christi, TX

I oppose this bill. I experienced poll watchers intimidating voters in my polling place. I oppose restricting the very appropriate

Printed on: April 9, 2021 11:06 AM

activity of people helping others to vote. I oppose standardizing policies across counties that are very different in size. Counties should have the ability to enact policies that work for them. I expect my representative and representatives to protect all voters right to vote. This is a manufactured "problem" — only 16 people were prosecuted by the AG even after more than 20,000 hours trying to find voter fraud. Please do not let this voter suppression happen. Thank you.

Elizabeth Weedman

Myself

AUSTIN, TX

The bill is so broad that it could inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as mail ballot applications. In 2020, TDP mailed 1 million Texas senior citizens applications for vote by mail to help them vote safely during the pandemic -- and the Trump campaign sent these applications to their voters, too. That could be criminal if the Republicans have their way. At the same time, they would ban local election officials from proactively sending these applications to voters, leaving seniors and voters with disabilities with few options to get a mail ballot.

John Hicks
Self
Dallas, TX

There has been no significant voter fraud proven in the last election to affect the results. This bill is aimed at voter suppression.

Tawana Smith
Self
BAYTOWN, TX

I am against HB6!

Janice Bracey
Self
Baytown, TX

I am totally against mail in voting. I also believe proof of citizenship should be considered.

Frances Karlsrud
self retired
Spring, TX

Please vote in favor.  This bill is a step in the right direction.

Tiffany Gatson
Self
Katy, TX

I disagree with prohibiting distribution of unsolicited  mailing ballots. Many in the state of Texas do not know how to vote, where to vote, or are disabled an unable to.

Maria Hatton

Printed on: April 9, 2021 11:06 AM

Self

Houston, TX

This bill is crazy and it goes against our democracy. What are you doing going back to Jim Crow laws? Are you going to ask us to pay a poll tax next? This is nothing short of voter intimidation. Who's going to want to vote? People are going to be afraid to go to the polls regardless because they won't understand other than how everything will be followed by a penalty. There's been no fraud other than in the imagination of the Republicans. This bill doesn't prevent fraud it just intimidates voters and poll workers. The big lie needs to stop. These bills are just in response to Trump losing the election. Sore losers.

Cynthia Siegel

Cynthia Siegel, CPA

Bellaire, TX

I cannot think of anything that is more critical to our country and state than the integrity of our elections.  If Americans do not trust that their elections are secure, then that undermines our belief in our federal and state government.  I ask that you support HB 6 to preserve the integrity of our elections and increase the penalties for anyone found violating such law.   Additionally, I ask that you require voter identification for all votes - whether cast in person or by mail-in or absentee ballot.  The excuse that the requirement of voter identification suppresses votes is a false narrative.  You cannot open a bank account, cash a check, fly on a plane or ride a bus without some sort of identification.  Voting is a privilege and a responsibility as an American citizen.  Taking steps to create law that promotes transparency and integrity with our elections can only be a good thing.

Lavonna Craddock

Constituent

Richmond, TX

This Bill is another way to suppress democracy. It should be allowed to make every way possible to hear the constituents voices by all ways necessary. I feel this bill is being introduced as a ways to deter the democratic party from getting out to vote. Shame on this bill!

Sharmia Jones, Mrs

Self/Educator

Richmond, TX

I am against HB6. Please keep all voting rights and freedoms available to every citizen.

Cheryl Thompson-Draper

self

Hallettsville, TX

Thank you for your service to our state and country.
I reside in rural south central near-coastal Texas in Lavaca County . My House Representative is Ben Leman HD 13) and my State Senator is Lois Kolkhorst (SD 18)

I am IN SUPPORT of the efforts of State Representative Briscoe Cain's House Bill 6 (HB 6)

It will Encourage in-person voting, which is more secure- it is our privilege and right to do so.

It will Prohibit public officials from distributing unrequested vote-by-mail applications which only goes to confuse people - as they still come into the polling locations and try to vote in person- not understanding what they mailed in is actually their vote. I

Printed on: April 9, 2021 11:06 AM

personally do not like mail in voting but realize for the homebound or elderly in nursing homes that is their only way of voting. And they request their ballots!. But other than that- no one should be mailing out ballots to everyone in the county.

It Bans ballot harvesting- No one needs to help someone else to vote unless it is the person that accompanies that person to the polling location. Mail in ballots are fraught with ballot harvesting problems- people going to the homes to collect the mail in ballots (and then destroying them) or Or helping especially the elderly to fill out their ballots- by heavily suggesting who to vote for!

It will Increase poll watcher access (improved transparency) Poll watchers are very important in successful security of an election by watching everything going on in the polling location..

This is a commendable start by the House, and can further be improved upon by:

Require voter identification for mail-in and absentee ballots

Constant and Routine scheduled verification of (purging) voter rolls and new registrations

Our state needs to make very secure our citizens votes and election integrity or we will go down the road that a few other states have gone and have many election issues with no one believing the outcomes at all!.

God bless you all for the committee work and your diligence to maintain Election Integrity in the GREAT STATE of TEXAS!

Cheryl Thompson-Draper

LaChaundre Gatson
Self/ Project Management

Baytown, TX

I am AGAINST this bill

Mildred Price
None

Baytown, TX

It should be simple as possible to cast your vote maybe you can't stand in line outside maybe you need to drive through how whatever it takes to get you to get out and vote it should be made easy

Michael Alberts
self--electrical engineer

Houston, TX

I support this bill and urge its passage to help secure election integrity.  The following improvements should be considered:  (a) Require voter identification for mail-in and absentee ballots, and (b) routine verification of voter rolls and new registrations.

Sheshonie Harris
Self / homemaker

Katy, TX

I am against HB6, it is an effort to reduce equal opportunity voting. I agree fraudulent activity of any kind is wrong and if there is evidence of such, should be investigated. This bill attempts to limit human civil rights and that is also wrong.

Printed on: April 9, 2021 11:06 AM

Judith Lee

Self, Texas educator

Beaumont, TX

Law changes in Texas are reflective of needs. The attorney general, Ken Paxton spent 22,000 hours investigating voter fraud and uncovered 16 cases all connected to listing the wrong address. Why are legislators legislating a non-problem? Why must Texans be subjected to archaic practices such as reduced access, reduced means to turn in ballots, and even longer voting lines due to reduced voting time frames and venues all represented in HB6?  Other states have successfully utilized mail in ballots and a myriad of increased access points this bill seeks to kill without fraud problems. We DO NOT HAVE A VOTER FRAUD problem in Texas! We do have a bill in front of the legislature that will inhibit the ability of many Texans to vote. Texans who are hourly workers, disabled, less formally educated, lack personal transportation, and are poor will be negatively impacted by a bill supposedly introduced to overcome a problem Texas does not have!  When did Texas legislators decide that beating down the less fortunate was worthy of a new Texas law? I have worked as an educator in Texas for 23 years. The majority of that time, I served low socioeconomic and ESL students and families. These are the people this bill will discriminate against. It is very apparent that this bill is designed to decrease voter activity. This is not what our state should represent. Texas and Texans are better than this. Do not think that marginalized residents are less worthy of voting. My own grandfather had very little formal education yet carved out a life and a living in the oil industry. As this bill is written, he would find it very, very difficult to vote. Many of my former students' families would find voting prohibitive under this bill. Make no mistake, enacting this bill may disenfranchise the voters legislators deem unworthy of the vote, but those of us who can overcome the obstacles will vote out legislators who vote to enact this reprehensible voter suppression piece of legislation (misappropriately titled election integrity and the purity of the ballot box). Judith Lee

Mary Margaret Floyd

myself

Fort Worth, TX

I am 80 years old.  Being able to vote COMFORTABLY by mail or not standing in a long line or by being able to conveniently reach a polling place and vote in privacy all matters to me.  Please do not vote for any aspect of this bill that limits the possibility of limiting these needs.  The ability to vote in this manner should be available to all eligible voters and I respectfully request that the Texas legislature do all possible and necessary to make that a given.  We hopefully will never again have a pandemic but we will always want to be able to know that all of us have had the right to freely and comfortably vote.  Thank you!

Sylvia  Beasley Morris

NAACP

Richmond, TX

We have to stand up and fight back the republicans and all of these people that are trying to suppress the voting rights, especially when they are trying to keep minorities from voting!

audrey fisher

self

san antonio, TX

i would first ask that the author of this bill to present the number of voters who have been dead at the time that their ballot was cast.   The remainder of this section is a  administrative  drive of no consequcence if their is no evidence of true voter fraud by people who have died prior to voting.   That should not include people who were more than alive and well when the mailed in the Ballot that can be distributed 30 days prior to Election Day.

Chasing the number of spoiled ballot may be laudable, but ONLY IF the counts on Electronic Voting Machines do not match and /

or do not account for these ballots at the end of the day.   This appears to be chasing windmills and only placing a heavier burden on those who manage the elections

I absolutely object to the degree to which Poll Watchers have been elevated.   Anyone who can by taking a simple test can be present in a Polling Center and can behave in any way that is not "election fraud" misses the entire point.   Poll Watchers should not be able to challenge the majority of voters and yet that seems to have vanished as Election Staff have no "right' to control these individuals in any way.
This legislation  indicates that a Poll Watcher who may have limited knowledge about elections rules takes presidence over the Election Judge.

Then the new rules for a person who assists a voter is held to the same standard and more actually than a voter, why in the world would it be necessary for any voter to have to document why they needed assistance and who is going to judge if it is necessary to have an assistant and why and how are they to submit any proof - unless of course they are only acceptable as a "voter".   This is absolute nonsense as most of this is ascribed in law.   How are you going to prove that - or is this just another attempt at intimidation.  It sure sounds like if a voter dares to say thank you to an assistant that action will become sort of crime.  (off to compensate).   This appears to be intimidation, pure and simple

Next this legislation really wants to end the ABBM process.   No one can ask another person at the Senior Center if they want an ABBM - that is solicitation - REALLY?   A person who wants seniors in their community to be safe and vote from home will be criminalized for caring about everyone in their community.    Voter Registration Efforts, just like ABBM effort are non-partisan activities.   WHo is going to remember, who started a simple conversation:   I am going to the Library to pick up an ABBM form, would you like me to pick one up for you as well - That is the crime for which this bill will cause.
   You have created the perfect Catch-22.   No one can talk to anyone about ABBM forms and certainly  an if an EVC sends out information to a voter about an error to their old address, they too should be in trouble
The rest is saying that you, Mr. Cain, are doing everything in your power to assure that voters are uneducated on the issues.   Shame on you.

Linda Williams

Self/acct office manager

Katy, TX


It's up to we, the people,  to never go through another travesty like the 2020 election process

LISA MATHEWS

Self and a business owner

Richmond, TX

I am AGAINST Hb6,  bill which insites voter suppression. It is oppressive in nature and intent.

Stefan Haag, Mr.

self professor of government

Austin, TX


This bill constitutes voter suppression. It attempts to solve a problem which is nearly non-existent. Please vote against this bill.

Gerard Fanner

Myself

Katy, TX


We should be making it easier to vote. The more people who vote, the better it is for our democracy. This is America,  NO ONE,

Printed on: April 9, 2021 11:06 AM

should have to wait hours to vote. Expanded days for early voting, an abundance of polling places and voting machines, mail in voting. Stop with the Jim Crow suppression tactics.

Taylor Cyrus

Self

Richmond, TX

Election integrity is by far the most important thing in this country.

Autumn Tonic

Self

Katy, TX

I object to this bill. People work hard and deserve their constitutional right to vote. By cutting down times and how you vote will hurt my community.

Hank Hill, Mr

Strickland Propane

Richardson, TX

The mere thought that anyone would propose a bill of this nature, a bill to limit our freedoms and restrain our ability to vote is disgusting, it's an affront to freedom and an insult to America.

Tricia Berry

Self

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Chelsea Hernandez, Ms.

Self

Austin, TX

HB 6 is a fear-mongering tactic to suppress the voters of Texas. This state is 46th at voter turnout in the country which just shows how bad voter accessibility and ability is in Texas. As a 4th generation Texan, I am offended by the continued criminalization of voters by Republicans and this bill. As a voter since I was 18 (2002), I have never had any problems at the polls even during the pandemic. Voters, Poll Watchers, Poll Workers, and Volunteers seem to follow the law and are very thorough with verifying the identities of voters. There is no visible threat of fraud or mishandling of votes. The polls are a welcoming place and operating in an orderly fashion. Voters should not be fearful of practicing their democracy. Texas politicians should be focusing their efforts on providing good and reliable information to voters on where they can vote and how the machines work. This state is growing every day, with people migrating here from across the country and the world. We need more voting locations to accommodate the increasing population. Let's show the U.S. and the world what a first-class democratic system looks like by being a leading example like we have always done and should continue to do.

I kindly ask the Senators to vote against HB 6. Thank you.

Osei Adams

Printed on: April 9, 2021 11:06 AM

Self

Katy, TX

This bill limits the time I can go to vote.  Plus it will eliminate drive through which is helpful to the elderly.  Please don't pass this bill.  Thanks

Tangela Fields

Self

Richmond, TX

I vote AGAINST HB6

pamela mcnally

Salutation

Cedar Park, TX

I am not in favor of making voting harder for Texans.  The photo ID law disenfranchised my mother a few years ago.   She decided to stop driving and we did not realize that her driver's license had expired.  I did not want to emphasize this fact at the polling place because this was rather a sore subject for her, and it was too late to apply for a mail in ballot.  Also, I am in my early 60's and I want to have access to mail in voting because I feel safest at home.  Respectfully.

Paul Laury

Self

Richmond, TX

Given that there has not been any substantially verified fraud in Texas elections it would appear to be counterproductive to place legal impediments that would potentially limit voter participation.  Any impediments will hinder the fundamentals of democracy and should not be permitted.

Kay Conrad

Self

Hockley, TX

I expect Kevin Brady AND John Cornyn to vote on these EXACT matters and ALL my local officials in my district, county, all levels!! Perfect Bill I am behind,100%!! Common sense!

Adam Washington

Self

Baytown, TX

I'm totally against this bill,  and I think it's absurd that you would want to limit or disenfranchise minorities from voting opportunities.

Darrell Evins, Mr

Self

Angleton, TX

Printed on: April 9, 2021 11:06 AM

I completely agree with this bill. I was quite disgusting to watch the last election laws changed at the last minute without oversite. Harsh repercussions should be delt out to the organizers of election fraud.

Carl Gray, Sr

Naacp

Baytown, TX

Yed

Natalie Henriques

Self

AUSTIN, TX

I am against this bill, this is clearly voter suppression disguised as "voter fraud" prevention. This myth is the reason there was an insurrection at the US Capitol and instead of focusing on facts and the truth officials in Texas would like to return to Jim Crow era tactics. This is shameful, we should be expanding voting rights and access not making it harder. Please vote NO.

Robin Malachi, Mr.

No organization

Katy, TX

I support early voting to include drive-in

Carlton Goodly

Self

Katy, TX

I've read the HB6 bill and while the bill states the act is to preserve the purity of the ballot process; the content goes on to contradict this very notion. Many Americans have different constraints preventing them from meeting ballot deadlines due to working hours, caring for family members, lack of transportation, marginal income, etc. it is the direct responsibility of lawmakers to consider 'All' Americans when considering legislation changes that affect All Americans.  The voter process should be one of the easiest executed American rights , encouraged by all sides regardless of belief or political affiliation.  Unfortunately, the American people are having to fight to preserve our simple freedoms when more focus should be on homelessness, poverty, failed educational institutions, systemic racism, etc. We are failing the next generation and the future of our country. We need LEADERS who stand for righteousness and hold high moral ground even if that comes with sacrifice.  I leave you with prayers and hopes for a better tomorrow. God Bless

Mona McAfee, Dr

Self

Burleson, TX

Elections - one vote per legal US citizen. This should be intrinsically obvious. Keep the ballot free from fraud or even possible fraud: signature verification; address verification; citizenship verification; time/date - on time and not late (giving those we ho would create fraud a chance to fill in or "catch up"; voter rolls cleaned up; illegal aliens purged. As citizens, this is our right, our duty and our privilege—One legal citizen- who pays taxes- one vote.

Jane Moran

Printed on: April 9, 2021 11:06 AM

Self/Certified Financial Planner, retired and Real Estate investor

Gilchrist, TX

Representative Cain - Thank you for your excellent leadership on this critical matter. I believe you are here for just a time as this!! The key areas of opportunity for cheating center around Absentee Ballots of all sorts.

- A voter should have to request/testify for each election in which they are eligible to vote - no more annual ballot.
-Additionally, electronic poll books also open the door to internet connectivity and potential nefarious activity. They, and Electronic voting machines are asking for trouble.
-Clean up the Voter Registration rolls!
-PROSECUTE VIOLATORS with meaningful punishments!

-And get The League of Women Voters OUT of the voting business in Texas. 60+ counties use them for the voter pages.

The people are behind you and on your side. Time to fight fire with fire - we got one chance to get this done well. Thank you.

Cheryl Smith

NAACP

Houston, TX

Do not eliminate Texas drive through voting. STOP VOTER SUPPRESSION !!!

Regina Shadle Nolan

Self

Houston, TX

I stand AGAINSt HB6. Republicans are pushing the dangerous, debunked myth of voter fraud to suppress votes of minorities. If the facts tell us anything, Texas politicians would do best to act reasonably instead: stop the alarmism and respect Texans' access to the ballot. We should be making voting easier, fair and accessible. I LOVE drive through voting in Houston.

Ana Dison

Self

Austin, TX

Voter suppression, anti democratic legislation designed to suppress voters based on ethnicity, race, gender, socioeconomic status

Tom Nobis

self - retired

Houston, TX

Chairman Cain and members of the Committee
Thank you for allowing me to provide testimony

I am Tom Nobis a retired activist from Harris County.

 I am For the bill as it would address several issues that exist to correct Election Integrity.
it would:
    Encourage in-person voting, which is more secure
    Prohibit public officials from distributing unrequested vote-by-mail applications

Printed on: April 9, 2021 11:06 AM

Bans ballot harvesting
Increase poll watcher access (improved transparency)
Additions that would improve the bill include:
Require voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations
These additions could be entered through either other bills specific to these items, a committee substitute, or amended on the floor.

Thank you for providing my thoughts
Sincerely
Tom Nobis


Patricia Sumrow

Voter Deputy Registrar

Frisco, TX


As a volunteer deputy registrar, I am committed to helping Texans register to vote and make their voice heard HB6 inserts unnecessary roadblocks to this important civic responsibility. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. HB 6 makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them the confidence that their vote will be counted.

We saw great voter enthusiasm in 2020, and we all celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject this unwarranted bill.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.


Paul Osbourn

self

Bryan, TX


I agree with the measures presented in HB 6. The requirement of serial numbers should be part of voting; we serialize everything else of significance.
I believe election integrity essential to a free society.
The efforts to make voting more convenient have, unfortunately, elections vulnerable to fraud.
We are now seeing election investigations across America because of suspected fraud. We cannot let this happen in Texas, Texas should be leading the country in election integrity, and HB 6 is a good first step.
While I believe election harvesting needs more detail, perhaps a clear example of what voter registration should look like would be helpful. I support this action.

Wayne Davis

self

San Antonio, TX


I was a first time voter in 2018 at the age of 29. Up until then, I thought it was a waste of time and that my vote didn't matter. My parents voted when I was a kid, but it took them hours of waiting in line. In 2018, I drove down to my local library and waited in line for over an hour before entering a crowed room and casting my ballot. The experience wasn't inspiring. In 2020, in order protect my families health and safety, I decided not to go vote in those conditions. Luckily, a friend of mine told me about early

voting at UTSA. They had a large ballroom that had plenty of voting machines and lots of space to stay socially distant. Because of early voting, I was able to safely vote in the 2020 election. Because of the large amount of voting machines, and ample space, it took me less than 20 minutes to vote. It was an inspiring experience. As a voter, HB 6 would take away hours from early voting and make it more difficult for me to cast my ballot. Also, the poll watcher provisions in this bill would not allow the poll workers to remove a poll watcher who is intimidating a voter. Elections are supposed to be free and fair. Vote no on this bill and keep it that way.

Paulette Chargois, US citizen

America

Katy, TX


This should not past

Amelia Oen

self

Georgetown, TX


Of course our elections should be secure but we shouldn't prevent valid voters from making their voices heard.  There has been NO appreciable voter fraud, therefore this bill is an attempt to limit ballot access by intimidation.   This bill is a sham, pushed by a government afraid of the voters.

Carolyn Simien, Ms

Self

Cypress, TX


I believe that this bill will restrict low income eligible voters from getting to the voting polls. Not all voters have readily available transportation and may have to ask others for a ride. I live in the county but not in the city and have a special needs adult daughter that doesn't drive but can vote. We should make voing accessible for ALL eligible voters that wants to vote. Thanks

Linda Moore

Self

Cedar Park, TX


I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Julie Fleming

Texas Alliance for Retired Americans, self - retired

Austin, TX


This bill is about creating criminal offenses, a blatant intimidation tactic along with everything else to make it harder for elderly, disabled, low wage earners and other poor people to except use their right to vote. I / we strongly oppose this bill.

Candye Anderson

Self

Beaumont, TX


Printed on: April 9, 2021 11:06 AM

We should do nothing to make it more difficult. Anyone who wants should be able to vote by mail. People should be able register and vote at the same time as long as they provide current valid ID. the state should do everything possible to make voting accessible to elderly and disabled individuals. That is what our country was built on. It's time our state set a positive example of inclusion for the rest of the U. S.  I'm tired of Texas being a joke.

Corina Kellam

Self, marketer

Pflugerville, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.

Elaine Sanchez

Self

Manchaca, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.?? I want no bill and no law that suppresses voter rights to freely vote.

Chuck Reynolds, Dr.

Myself and my family, Company Founder and Research Scientist

Austin, TX

I regret that I am unable to testify in person tomorrow to voice my deep concerns about HB 6.  I grew up in a family that took voting and democracy very seriously.  My grandfather and uncle both served in the Texas House, and some of my most precious memories of my mother are tagging along with her as a child while she participated in innumerable campaign and get out the vote efforts.  I am shocked and dismayed to find that HB 6 attempts to make some of the pro-democratic voter outreach activities we engaged in outright criminal offenses.  I am also shocked to see the callous and invasive provisions with respect to persons with disabilities.  What business does anyone have questioning the reasons a voter might need to vote absentee or by mail, much less requiring a description of the disability and a note from a physician.  My family has first-hand experience with the many indignities regularly imposed on persons with disabilities.  Putting people who routinely experience every manner of difficulty in their personal lives in the position of running yet another gauntlet just to be able to exercise their right to vote borders on cruelty.

Finally, if a 65 year-old can vote by mail safely then so can a college student, or anyone else for that matter.  Similarly, why is a vote cast at midnight any less legitimate than a vote cast at noon?  Please end this nonsensical attack on our most fundamental right.

Respectfully,

Chuck Reynolds

Sandy vanGoethem

(Self-phone owner)

Dallas, TX

VOTE AGAINST HB 6!

I support any efforts to return the integrity of our elections. The 2020 election was a farce making a mockery of our entire political system.

Printed on: April 9, 2021 11:06 AM

Voter ID should be federally mandated so that all states are required to allow ONLY proven citizens to elect our leaders.

We need to allow mail-in ballots that have been requested by voters who have provided proper US citizenship identification. All voters are entitled to a state identification card, which can be applied for at any time up to thirty days before an election.

Graham Cambrice

Self Engineer

Cypress, TX

This bill is restricting voting rights and will ultimately hurts texans of both parties. What makes a democracy great is the ability of it's citizens to have access to vote.

Sidney Hollingsworth

Self / Concerned Voter

Austin, TX

Vote against HB 6. I, a constituent, want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills. HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers.

Mary Carder, Mrs.

self

Dripping Springs, TX

As a Texas and an USA citizen, I am deeply concerned how the federal legislative bodies are doing away with our rights and freedoms.
HB 6 must be passed in order to help preserve the interior our elections.

Toshia Cowins

Self

Baytown, TX

Since Texas already has a very secure election process and there was no evidence of fraud in the 2020 election, this legislation is not necessary.  All this bill will do is suppress votes of minority voters.  With the advancements in technology we should be moving toward more accessibility to voting instead of moving back to Jim Crow times.

Emily Dieringer

Concerned voter

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours, and longer early voting periods. I support no-excuse vote by mail.??

Cynthia King-Ryne

Self

Plano, TX

Why is Texas trying to intimidate people from their right to vote? Stop it. STRONGLY OPPOSE

Printed on: April 9, 2021 11:06 AM

Clayton Ellington

Self / retired

Baytown, TX

Every citizen entitled to vote should get a chance to vote, but mail-in voting can be corrupted far too easily. Drive through voting can be just as abused as mail-in voting. Voter ID is a good thing. Please do not make it easier for unscrupulous people to subvert a simple process. If citizens don't want to come out and vote, don't vote.
Voting for our representatives should take an effort on our part. They are our fellow citizens that we are placing our trust and faith in to help maintain communication between our federal government and state or local governments. To maintain policies with foreign nations. These people that assume this heavy burden do not have to be perfect, but should always represent the citizens of this city, county, state and out Nation.  Please do not make it any easier to abuse our rights with the modern technology of today.

Barbara Mills

self

Austin, TX

I oppose HB 6 which appears to be an effort to further suppress Texans ability to vote. This bill increases barriers to voting and adds punitive measures to those with disabilities or to people of color. Texas is one of the worst states for access and voting ease. These types of tactics are reminiscent of the Jim Crow laws of last century.
It also seems a waste of time to bring such bills when there are real pressing issues of hunger, electrical grid failures, and health that are affecting millions of Texans.
I urge you to vote No on HB 6.
Thank you

Sravana krishna

self

Southlake, TX

Please stop this and protect the basic tenet of this great democracy. Please let people vote and don't disenfranchise them.

randy elliott

Self

Comfort, TX

I support this bill. Maybe it can bring back election integrity.

Maureen Riebel

Personal

Boerne, TX

Hello ~ I support HB6 coming to the floor tomorrow - March 25th. I believe that each legal citizen of the United States and Texas is entitled to one vote - with a form of photo identification. Due to circumstances that have happened in the last election - these changes mentioned in HB 6 are necessary. We need election integrity and purity of the ballot box. Anyone who participates in fraudulent activity should be prosecuted.  The voter roles need to be cleaned up. There needs to be restrictions on mail-in-voting. Voting needs to be fair. There should not be drive -in voting - since there won't be a pandemic. Nor should there be drop boxes. If someone is disabled, over seas, or a student - who can't be present - they should produce documentation as to their absence. This bill will provide equal rights for all Texans voting - no matter, color,  race or creed. Rules don't scare people nor suppress them, but clarify how the process should run safely and securely.

Printed on: April 9, 2021 11:06 AM

Chloe Scarborough

Self

Austin, TX

I am opposed to this bill. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Brenda Jackson

Self  Secondary Teacher

Sugar Land, TX

Please vote FOR HB 6

Brittmarie Perez

Constituent as Self

Austin, TX

I'm a disabled constituent. I urge you to vote against HB 6. Shame on Cain. HB 6 would inflict egregious harm to the democratic process.

Steven Riebel, Mr.

Personal

Boerne, TX

Hello ~ I support HB6 coming to the floor tomorrow - March 25th. I believe that each legal citizen of the United States and Texas is entitled to one vote - with a form of photo identification. Due to circumstances that have happened in the last election - these changes mentioned in HB 6 are necessary. We need election integrity and purity of the ballot box. Anyone who participates in fraudulent activity should be prosecuted.  The voter roles need to be cleaned up. There needs to be restrictions on mail-in-voting. Voting needs to be fair. There should not be drive -in voting - since there won't be a pandemic. Nor should there be drop boxes. If someone is disabled, over seas, or a student - who can't be present - they should produce documentation as to their absence. This bill will provide equal rights for all Texans voting - no matter, color,  race or creed. Rules don't scare people nor suppress them, but clarify how the process should run safely and securely.

Carol Riebel, Ms.

Personal

Boerne, TX

Hello ~ I support HB6 coming to the floor tomorrow - March 25th. I believe that each legal citizen of the United States and Texas is entitled to one vote - with a form of photo identification. Due to circumstances that have happened in the last election - these changes mentioned in HB 6 are necessary. We need election integrity and purity of the ballot box. Anyone who participates in fraudulent activity should be prosecuted.  The voter roles need to be cleaned up. There needs to be restrictions on mail-in-voting. Voting needs to be fair. There should not be drive -in voting - since there won't be a pandemic. Nor should there be drop boxes. If someone is disabled, over seas, or a student - who can't be present - they should produce documentation as to their absence. This bill will provide equal rights for all Texans voting - no matter, color,  race or creed. Rules don't scare people nor suppress them, but clarify how the process should run safely and securely.

Regina Salandy

Self nurse

Printed on: April 9, 2021 11:06 AM

All people who are qualified by law deserves the right to vote.  Those who are immunocompromised (receiving treat for cancer, lupus, organ transplants or other diseases for example) by law also have the right to vote. I work very long hours in a hospital caring for such individuals, who may not otherwise be able to vote.  If voting requires all going to a single place to compromise the right to live for those who must avoid highly crowded places. My patients are survivors. Many times I do not have a chance to make it to the ballot box. I work long hours. Face it the "ballot box" is no longer just a "box" it is 2021. Technology. The "ballot box" is now constructed with computer chips. Similar to a vault provide the voter with protection, while securing several various ways for ALL qualified people to vote. Regardless of health conditions or occupation. Therefore I am AGAINST HB6 and any restrictions for accommodations necessary for legal qualified citizens to cast a vote.

Victoria Hanson

Self

Corpus Christi, TX

Vote Yes on HB 6
The Election Integrity Protection Act of 2021, safeguards the integrity of our elections and builds public confidence in our electoral process.  I like the fact that this bill covers many potential cracks in our system, to include:

maintaining accurate voter rolls by ensuring deceased individuals are identified and removed in a timely manner;
ensuring poll watchers are not removed from polling places for frivolous reasons;
clarifying laws and identifying criminal activities and reigning in and defining vote harvesting activities, et al

This is a very comprehensive bill which I fully support.

Christopher Bunkley

Self

Plano, TX

VOTE IN FAVOR OF HB6

Vote integrity must be ensured at all costs if we are to be a nation by the people for the people. The rampant 2020 election fraud was one of the greatest travesties in American history. We must never again allow the will of the people to be so completely and obviously subverted.

Laurie Stelljes

Self

Fort Worth, TX

Voting should be easier not harder. Vote against this dangerous voter suppression bill and stop the Big Lie.  I worked at both the polls and at the election office. Processing mail in ballots is safe, secure and managed together by both parties.  Support democracy and vote against this bill.

Andrea Stallworth

Self

Katy, TX

Against

Lauren Davis

Printed on: April 9, 2021 11:06 AM

self, geologist

San Antonio, TX

I volunteer with multiple civic organizations to educate Texans about voting and I assist them in the voting process.  For example, I have distributed mail in ballot applications and assisted voters in filling them out when they had questions.  HB 6 is so broad that it could inhibit the civic organizations that I volunteer for from sending our voters key voting resources, such as mail ballot applications.

When I'm voting the last thing that I want is to be harasser by a poll watcher.  Giving poll watchers essentially unfettered access to a polling place and criminalizing election judges for not complying means my privacy can be invaded. As a voter, I don't want poll watchers thinking they can look at things like my ID and that not letting them do that is illegal.  I should only have to show my ID once I'm inside the polling place to an election worker, not a poll watcher.

Carrie Arroyo

self

Waco, TX

I live, work, and raise my family in McLennan County and I vote regularly.  I wholeheartedly oppose HB6 because it is purely and simply a bill to suppress African American votes, those who are aligned with African Americans, and marginalized populations in our state whose legal right to vote is being threatened by the limitations proposed in this bill. All voters deserve to have the opportunity to vote despite any transportation, health, or physical challenges.  This bill is hiding under false claims of efficiency and voter fraud that is more than adequately covered and prevented under the current law.  This bill is designed to take our state back to the Jim Crow era.  State's official machinery is being utilized to lock African Americans citizens out of the electoral process.  If the House passes this bill, members will lose the votes of all Texans who do not support the suppression of the votes African Americans, young people, working-class and poor people, the elderly, and disabled people.

Kristen Card

Concerned Voter

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Angela Weber

Self.  Practice Manager - Optometry

DALLAS, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??   Why would anyone want to make it harder to vote in this democratic nation?

Eryn Rowe

Self

Houston, TX

I stand against the HB 6 Bill because we should be able to vote in various ways, let our voices be heard.

Alexandra Guio

self

Printed on: April 9, 2021 11:06 AM

Dallas, TX

Election Committee,

I strongly oppose HB 6. One of the rights I hold most precious as a U.S. Citizen is my right to vote. However, I am angry and disappointed at the actions of Governor Abbott and the GOP legislators who have chosen to use my right to vote as their political agenda.

 Texas is growing more diverse, young, and urban. This bill significantly diminishes the voting rights of the people in Texas.

 Texas has had a long history of discrimination against people of color and women when it comes to voting rights and its time we stop this injustice. From the passage of the 15th amendment, the Voting Rights Act in 1965, and even today, disenfranchisement continues in many forms.  The history is important because it continues to repeat itself.

Texas has a history of literacy tests, poll taxes, "white only" primaries, the Expatriation Act of 1907, and thousands of poll watchers that led to intimidation in neighborhoods with high populations of people of color. After the Voting Rights Act, Republicans falsely claimed of a hundred "phantom votes" but were corrected when the allegations were found to be a clerical error. Temporary voting locations that benefited college students and rural towns were forced to close because they couldn't meet the requirements that were written in a Republican sponsored bill. Further, lawmakers have aggressively punished minor violations of election law with severe sentences (lawmakers include the then-Attorney General Greg Abbott in 2006 & those prosecuted included mainly people of color and Democrats).

Personally, the worst form of discrimination was the attempt to purge the voters rolls based on knowingly false data from DPS records.  It is personal because my name was included on that list. I became a naturalized citizen in May of 2013 but DPS did not have a record of that. So while this attempted purge was ongoing – I lived in fear that I would show up to my polling location only to find out that I was no longer registered. That is unacceptable.

Now today with HB 6: it is the same techniques of the past – just with a new name.

- Using language like "to reduce the likelihood of fraud" (when our own Secretary of State has testified that our elections were safe and secure) is used solely to instill fear and a false narrative.

- This bill gives poll watchers overwhelming control and power when we know historically poll watchers have been used to intimidate and deter voters of color in the past

- This bill creates new crimes to deter many from participating in the democratic process- again a tool we've seen in the recent past

Simply put - This is Jim Crow language cloaked in 21st century political rhetoric.

My right to vote is not the GOP's political chew-toy to play with for their disposal.

This is nothing more than a clear attempt to rig the election system in an attempt to benefit the Republican Party and make it harder for people of color to vote. I strongly urge the committee to vote against HB 6.


Lynda Chandller

Self:Patient Acct Rep

Houston, TX


I object to limiting the people from voting in elections that is convenient and safe and lawful.  This is 2021 people deserve convenience and the fact of waiting in lines for hours on end to vote for some people is not possible due to illness or age. Listen to the people.


Dora Cummiings

Self

HOUSTON, TX


If I am understanding this bill correctly, the changes being proposed are meant to "preserve the purity of the ballot box".  In my opinion it seems that these changes are not purifying the ballot box.  These changes being proposed will serve to suppress one's right to vote.  I have been voting since I became eligible to vote so many moons ago.  I vividly remember being asked for both my ID card as well as my voter registration card before I was allowed to vote.  I realized at that time that different rules were being applied to different people strictly based on the color of our skin as not everyone was being asked to present both of these documents.


Printed on: April 9, 2021 11:06 AM

The changes being proposed in some form or fashion will basically do the same thing - allow certain voters to cast their votes without undue hardships while making it harder for others.  For the past few years my husband and I have relied on early voting and mail in ballots as in our old age, it is getting harder to get around.  These changes will make it harder for us to exercise our right to vote.

It is my understanding that there is a provision in this bill that will allow poll watchers to record anyone they believe is receiving assistance. This provision has the appearance of being very subjective as it will be up to the poll watcher to determine whether you are recorded or not.  I also have learned that any form of media can be manipulated to suit one's needs.  So a  recording cannot guarantee that fraud did not take place.

I am not one to rock the boat as I have always kept my head down and stayed quiet.  However, as soon as I heard about this bill and what it was proposing, I had to voice my opinion.  This bill is wrong as it is not preserving the purity of the ballot box.  IT IS LIMITING OUR RIGHT TO VOTE!!!  DO NOT LET THIS HAPPEN!!!

It has been a heck of a year for us Texans as we have struggled with the Pandemic and most recently the Winter Storm.  Please don't subject us to more hardships, by actually voting Yes on this bill.  What this bill proposes is crazy!!!  THIS CRAZINESS HAS TO STOP!!

Danielle Lail

self

Austin, TX


This would reduce opportunities to vote, create long lines, & require Texans with disabilities to provide a doctor's note to get a mail ballot. I would like us to expand access to voting vs adding in laws that restrict voting.

Harry Hall, Dr.

Educational  Consultant

Missouri  City, TX


Through the decades ethical leaders with integrity worked to provide voting rights to all people. This included blacks, women, wealthy, as well as the improvised. It did not matter the political  affiliation. However, our leaders today have become so concerned  with maintaining  power, they are willing to create a false  narrative about voter integrity. Therefore,  I ask that you consider legislation that protect voters rights and not suppress rights. The current  bill being  proposed  is designed  to favor the party in control to maintain  control. Therefore,  I ask that you remember  the phrase " for the people by the people." I voice my concern with HB 6.

Theresa McAda

Self, Technical Writer

Liberty Hill, TX


This is clearly a racist attempt by Republicans to once again subvert democracy. They do not believe in democracy. They do not want the people to choose their leaders. Rather, they want to choose their voters. They are liars, bigots, and their irresponsible policies bring Texas down. We have mass shootings because these monsters have evil priorities! Pro-life? That is LAUGHABLE. They do not value life at all! They want absolutely no regulation on assault weapons which have no purpose except for MURDER, and they hide behind 2A. They ignore "WELL REGULATED" and constantly put all of us in danger, even after multiple MASSACRES! They love to cherry-pick the pieces of the Constitution, just as they do the Bible, always to wield power for selfish motives. Their greed and power lust have led them to ignore constituents and pursue power for power's sake (and to profit from their grift). Yet they pretend that "voter fraud" is a problem, spending 22,000 hours (and TEXANS' MONEY) TRYING TO INVENT THIS PROBLEM. We have an indicted fraudster running things! This is all BACKWARDS AND IDIOTIC! It's wrong and makes us look like ignorant hillbillies. Assault rifles and this absurd open-carry crap are NOT in the Constitution! The right to VOTE is! If anyone is dishonest, it is NOT THE VOTERS. It's the evil bigots and hypocritical lying "pro-life" religious zealots (who are OBSESSED with everyone else's genitals!) who just simply are MAKING UP LIES in order

Printed on: April 9, 2021 11:06 AM

to suppress the vote and to stop people they don't like from voting! ENOUGH OF BIGOTRY! I am in a town of 3000 people. The demographics are changing and the bigots are afraid and hateful. They need to go "pray on" the hate in their hearts and GET THEIR LIES OUT OF OUR LAWS. Separate church and stare. Separate this prejudice and dishonest CHEATING from our election process! Shame on ANYONE who advocates making it HARDER for ANYONE to vote! The "voter fraud" problem is virtually non-existent. How many cases found in 22000 hours? A literal handful! Not enough to change any outcomes. It's a WASTE of my money. There is work to be done (power grid ring a bell?) and this is NONSENSE. BIGOTED NONSENSE BASED ON THE LIES OF THE CORRUPT RADICAL REACTIONARY RIGHT! Stop with this UNAMERICAN, UNCONSTITUTIONAL EVIL! If you can't get elected without pulling this garbage, that's because you can't get elected! Being "elected" by eliminating votes isn't getting elected. IT IS CHEATING AND IT IS THE OPPOSITE OF EVERYTHING OUR REPUBLIC STANDS FOR! FOR THE PEOPLE BY THE PEOPLE. ALL THE PEOPLE! Grow up and play fair! Texans are sick of this! Shame on you for this ridiculous doublespeak. Just admit it: you don't want people to vote because when everyone votes, fewer people vote for you! This bill is a FARCE!

Jackie Kahle

Self

Austin, TX


I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting. I support no excuse vote by mail.

Kirk Pate

Self

Flatonia, TX


I oppose HB6 from a historical perspective, and here's why. I recently read Big Wonderful Thing by Stephen Harrigan. This is Texas' history about geography, landscapes, vistas, people, struggles, life, death, and taking.

It is also a history about racism and caste (my words, not the authors). It is about the exercise of White power to take from indigenous peoples, both Mexican and Indian. Over time, it took from African Americans as well. There are no Texas heroes among those who exercised their White power to take land and lives and everything in between. Over time, it gave and now is slowly taking voting rights.

While not being able to outright make voting by people of color illegal, many provisions of HB6 amount to Republican vote harvesting by intimidation, obstruction, interference, restriction, roadblock, delay, bureaucracy, and criminal penalty in expectation of yielding White vote majorities. The bills would maintain White vote majorities by voting rights rationing to perpetuate a caste system.

These bills would establish in election law a basis and multiplicity of pathways for frivolous legal or other challenges to even those elections conducted with the utmost integrity. For example, by expanding poll watchers' authority to interrupt legitimate polling or central counting station processes and to file frivolous claims, the bills would lay groundwork for future legal challenges to such elections as were conducted with fairness, openness, and integrity in 2020.

HB6 is 21st century racism and caste maintenance at work by Whites who are engaging in one of the longest ongoing "taking" wars in Texas' history. Without even the patina of integrity, these bills would perversely and virtually make it illegal to not practice racism and perpetuate the caste system. The bills would make it illegal to expand voting rights and facilitate them in any way.

I'm just saying, Republicans are preparing for the future when at last Whites are the minority race in Texas and they lose their grip on the top rung of the caste ladder.

Dorene West

Self, retired


Printed on: April 9, 2021 11:06 AM

Houston, TX

We need to be able to keep in place all the accommodations that allowed people to vote during the pandemic last year.  There was no election fraud.  Republicans and Democrats can monitor ballot locations easily.  Don't make new rules to make it difficult for people to vote; that is un-American.

Daphne Adams

Self, information technology manager

Sugar land, TX

It is amazing that some do not want to hear the voices of the people.  It is not acceptable to attempt to silence the voices.  The working class people have built the country not the 1%.

With covid spreading across the country and working people dying from it, people still trying to silence us.  People deserve to be safe and healthy while at the same time exercising the right to vote.  Creativity with minimum to no risk is welcomed.  In fact let's go a step further to figure out how to vote remotely online.  Don't shut the doors of flexibility to vote!!

Michael Aulick, Mr.

Self, City planner

Driftwood, TX

I strongly oppose this bill and any restriction on voting.

Dirk Minniefield

Self

Houston, TX

This bill would limit my ability to vote as it also takes away access for minority groups

Colleen Martin

Dallas County Democratic Party

Dallas, TX

Priorities are not in order.  The right to vote is inherent in what comprises the United States of America.  It gives each citizen the privileges of participation in the governing of our nation.  To even consider limiting that privilege goes against what this country was founded on.  It is abhorrent such a movement exists.  The very mention makes Texas an embarrassment.  I consider this privilege sacred regardless of ones political leaning.

Mark Taylor

Self

Houston, TX

I find that the bill proposed does the exact opposite of what it says it's trying to do. It defies common sense and logic and  seeks to limit and suppress voters rights. It's an enormous waste of resources in attempt to sway votes to one group and take away from the other. I am against this bill.

Chris Garrett

self

Printed on: April 9, 2021 11:06 AM

Corpus Christi, TX

We are losing faith in elections. Serious reform and penalties for fraud are necessary to return a belief that voting is meaningful.

Robert Hallenbeck

Volunteer Deputy Voter Registrar

HOUSTON, TX

As a Volunteer Deputy Voter Registrar and Alternate Election Judge on Election Day for the 2020 General Election, I urge you to vote AGAINST HB 6, which would restrict voting rights by impacting voters with disabilities, people transporting voters to the polls, and hourly workers.

HB 6, and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject this unwarranted bill.

Christina Sabisch

Voter deputy registrar

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.?? On-line voter registration is safe and cost effective.

Kelly Lawson

Self

Waco, TX

This Bill is an effort to suppress votes, especially in African American communities. I am strongly opposed to this bill as a Texan.

Jonas Arroyo

Self

Waco, TX

I oppose HB 6 because it unfairly keeps people from voting

Sherry Harmon

Self/accounting

Houston, TX

AGAINST HB 6  keep all alternatives open.  SherryHarmon

Abigail Zeno, Ms

Self

Katy, TX

Printed on: April 9, 2021 11:06 AM

Keep the voting guidelines just as it was for Trump/Biden ticket.  I stand against making changes.

ANDRES JONES

Self

Richmond, TX

If you have to limit, eliminate and restrict anything that means there is too much of something. So since there was too much voting cast in 2020 for the Democratic Party and because Republicans cannot give people a reason to vote for them, they would rather make it harder. You haven't given people a reason to vote for you so want to restrict and eliminate ways to vote. In other words, you cannot win an election unless you take voters away? You cannot give people policy or differences with the opposition so you have to make it harder to vote. You can't prove any fraud with evidence so you want to change, eliminate and restrict voting. According to The Council on Foreign Relations, only 66.7% of eligible voters voted in 2020. Why don't you go after the 33% that didn't vote instead with policy, some excitement to vote, and a plan to improve their lives instead of trying to make it harder for the ones who did vote but didn't vote for the Republican side? Why can't you win an election if 99% of the eligible voters voted? You know the majority is going to vote Democratic and you know you can't change it unless to take access away.

Rachel Bresner, ADL Jean & Jerry Moore Southwest Civil Rights Counsel

ADL (Anti-Defamation League)

Houston, TX

ADL PART 1: We write to express our strong opposition to House Bill 6, which erects entirely unnecessary barriers to voting with no discernable public benefit.  While the restrictions in this legislation will cause harm to all Texans, they also fall disproportionately on those for whom participation in our democracy is already most challenging: shift workers with little time to vote, older voters, voters with disabilities, and those historically excluded from voting as a matter of state law – Black voters and voters of color. As a result, this bill will make our democracy less accessible and inclusive and less representative, tarnishing the essential promise at the heart of our state's and nation's political system: a government by and for the people.

ADL (Anti-Defamation League) is a national nonpartisan anti-hate organization founded in 1913 with a mission to "stop the defamation of the Jewish people and secure justice and fair treatment to all."  Its mandate is to protect the civil rights of all persons; eliminate vestiges of discrimination, racism, and antisemitism; and fight hatred in all its forms.  Advancing voting rights and promoting democracy has long been a core component of this mission.  Indeed, encouraging voters to be active participants in the political process and promoting universal suffrage are crucial to ADL's founding goal to secure the fair and just treatment of all people.  Through educational campaigns on how to vote; activism in the legislative arena and other halls of power; and, when necessary, participation in litigation, ADL has sought to guarantee basic voting rights for all Americans.

House Bill 6 threatens voting rights in several important ways, with a number of issues highlighted herein.  First, it unduly restricts the flexibility of local election authorities by limiting their ability to allocate polling places, voting machines, and other resources according to where they expect the greatest turnout, and to establish temporary or outdoor polling sites if needed.  This can only inflict longer lines and greater delays on voters in denser urban and suburban locations while privileging those in less populated locales and increasing the risk that critically needed voting machines sit idle.  Not surprisingly, research shows that greater delays in voting reduces turnout, often in racially disparate ways.   Again, local election administrators are the best judges of how to deploy the means of voting so that all Texans enjoy equal access to the polls with minimal waiting.  They also need the flexibility to respond to local conditions, such as the kind of health crisis voters and authorities faced in 2020, or Hurricane Ike in 2008, which forced Galveston County officials to improvise when administering that election.

Solomon Osifodunrin, Dr

Self

Houston, TX

I do not agree that the bill should move forward because it has the potential to disenfranchise fellow Americans from voting. This is not the intention of our forefathers. Please as fellow patriotic citizens of this great country step this bill down. We need to do

unto others as we want them to do unto us. There is no justification for this bill. We should be happy that everyone is trying to participate in the governance of this country . It is our constitutional right. Please do not take it away from the less privileged. Together we can make this nation greater. Thank you

Marjorie Meyer, MS

Self

Houston, TX

I oppose HB6 with all my heart and soul, and have to think that every single member of the House Elections Committee will agree that you cannot in good faith pass this bill. As representatives of our great state, you should be expanding the right to vote, not restricting it, finding every way possible to encourage participation in the election process. Together, SB7 and HB6 would:
•       Ban drive-through and outdoor voting, which were a GREAT success in Harris County, as was the 24-hour voting access!
•       Restrict voters from dropping off completed absentee ballots. One drop box per county is RIDICULOUS! Why should they be restricted?
•       Criminalize small mistakes for people assisting voters to register. Are you trying to intimidate voters and volunteers?
•       Discourage volunteers from driving voters, including the elderly, to polling places. Why would this cause a problem? Shouldn't we be compassionate and caring for those who need our help so they can have equal access to be able to vote?
•       Eliminate large voting sites meant to make voting quicker. Why? This was a huge success in Harris County!
•       Mandate overzealous and voter roll purges that would disqualify many eligible voters. Purging voter rolls of dead people is one thing, deleting names of perfectly eligible voters is another. I'm sure you remember the catastrophe created by the last effort to do this.
•       Increase burdens on voters with disabilities to access assistance at the polls. We should be doing just the opposite!!
Texas legislatures should be doing everything you can to ensure every eligible voter can cast a ballot. Why does it seem that many of you are afraid to let your Texas residents vote?
As hard as some folks tried to prove illegal voting in Texas, all attempts failed. Our innovative processes worked, even in the midst of a pandemic. Let's learn from those successes, formalize them for all future elections, and agree that YOUR role is to make it as easy as possible to ensure everyone has the right and access to vote.

Joan Cordell

Self

Fort Worth, TX

I want to express my strong support for HB6. Would like to see added to the bill the following:voter ID for absentee mail in ballots and for continuous clean up of voter rolls. Please pass this bill for the integrity of our elections and uphold the constitution.

Carol Peters, Ms

Self

Fort Worth, TX

I am a volunteer deputy registrar, poll worker and voter. HB6 makes all three of my roles more difficult. Criminalizing minor errors in registration, a process that is already confusing, deters voters and volunteers from participating. Enabling poll watchers to harass and encroach on any voter they choose will turn the polls into a chaotic mess. Poll workers are volunteers, dedicated to completing the task: why would anyone volunteer if terrorized by HB6? Enabling the AG to raise any affidavit no matter how baseless to his office is a form of intimidation and harassment. Reducing early voting days, hours and polling locations suppresses the vote. Texas successfully executed an election in a pandemic, why change? This bill does nothing to help voters; instead a baseless whisper campaign about unproven fraud is the underpinning of proposed legislation. As a mail in voter, I resent the implication that my ballot is somehow an attempt to cast a tainted ballot. Texas already has protections in place that are sufficient. I should not have to beg for an application or dig for it in a website. Voting should be easy, widespread and open. This bill accomplishes none of these things.

Rachel Bresner, ADL Jean & Jerry Moore Southwest Civil Rights Counsel
Printed on: April 9, 2021 11:06 AM

ADL (Anti-Defamation League)

Houston, TX

ADL PART 2: Next, House Bill 6 places restrictions on counties and prevents the solicitation or distribution of vote by mail applications so overly broad in scope that it may threaten even general communications to the public about the mere existence and process of voting by mail. The bill provides incentives for counties to remove all outward facing messaging about vote by mail from their websites and flyers, and to refrain from oral communications with voters about vote by mail. The right to vote is only meaningful if voters have information on how to exercise it. By sharply restricting what election officials can tell voters about vote by mail, a key method of voting will be severely limited.

Another worrisome provision in House Bill 6 gives partisan poll watchers virtually unrestricted access to voters and election administrators in the polling place, even allowing them to use cell phones and other devices to record voters believed to be engaged in "unlawful activity."  This provision is an invitation for hyper-partisan observers to intimidate and violate the privacy of voters and disrupt the voting process – wittingly or not – as they go about the most sacred task in any democracy.  It will only serve to further intimidate Black voters and voters of color, communities already historically targeted for voter suppression efforts. Overzealous poll watching has frequently been the subject of voter complaints, costly litigation, and restraining orders in Texas and nationally.   The Legislature should reject this provision, which is likely to scare and confuse many voters, worsen the experience of voting, and depress turnout.

House Bill 6 also increases confusion and places unnecessary burdens on voters with disabilities. It undermines confidentiality for these voters by requiring individuals who assist voters to fill out a new form attesting to "the reason the assistance was necessary." In many cases, this will require the disclosure of medically private and confidential information that the government should not require people to have to disclose in order to vote. The Legislature should make it easier for all eligible voters to vote – not harder, as with House Bill 6.

Finally, ADL objects to several other unnecessary provisions in House Bill 6.  The bill criminalizes paying people who help voters complete and return mail-in ballots, thus severely restricting the ability of entities like disability rights organizations to help Texans who need the assistance.  The bill increases penalties for voting clerks in ways liable to criminalize innocent mistakes and make it harder to recruit volunteers to run our elections. None of these measures are necessary, and all are likely to lead to disenfranchisement and other harmful consequences.

Rachel Bresner, ADL Jean & Jerry Moore Southwest Civil Rights Counsel

ADL (Anti-Defamation League)

Houston, TX

ADL PART 3: Perhaps the many provisions of House Bill 6 would be worth the Legislature's consideration if Texas's elections were rife with fraud or serious error.  But, to quote a recent Texas Tribune story: "Though there are documented cases of fraud in Texas, it remains rare.  There have been no reports or evidence that there were widespread issues concerning fraud during the 2020 election, and Keith Ingram – the chief of elections at the Texas Secretary of State's office –  recently told House lawmakers that 'Texas had an election that was smooth and secure.'"  Last year, the Houston Chronicle reported that, despite devoting 22,000 staff hours to the task, the Texas Attorney General's office closed only 16 cases related to elections – all false addresses on voter registration forms in Harris County.

The sponsors of House Bill 6 have essentially conceded the absence of actual election fraud in mail-in voting, drive-through voting, extended-hour early voting, and all other types of voting in 2020.  Nonetheless, they maintain the need for this bill as a way to reassure Texans of the integrity of their elections.  ADL believes strongly that unsupported fears of voter fraud are insufficient justification for making voting even harder and more time-consuming – thereby ultimately constricting the rights of many Texans to vote at all.   Consequently, we strongly oppose enactment of House Bill 6.

Norri Leder

self

Bellaire, TX

Printed on: April 9, 2021 11:06 AM

I am writing in opposition to HB6 because it would make it dramatically harder to vote. My father is 91 and my mother in law is in her early 80s. The restrictions put in this bill on absentee voting are absurd and transparently designed to make it harder for people to vote by mail. As a Texan and as an American, I want people to vote - absentee, drive through, at 7 am, 7 pm and midnight if possible. My husband and I did drive through voting last election because of COVID. We both voted for both Democrats and Republicans. It was infuriating to watch certain Texas elected officials try to nullify our votes. From our perspective, it felt utterly undemocratic HB6 feels the same. I just read an article in the Texas Tribune saying there have been more mass shootings in Texas in the last two years than instances of voter fraud. This bill is a solution in search of a problem - and the solution feels unAmerican.

Thank you.

Hope Johnson

Self

Houston, TX

We do not want voter suppression laws that take away our fundamental rights to vote. We want drive through voting, early voting and all the flexibility to allow every legal citizen the right to vote. This year we had a historic number of people who voted in the middle of a pandemic. Everyone cannot take off work to vote. We need the ability to vote safely and vote early and not stand in long lines for several hours to vote. Create more options to vote, not less.. If our constitution means anything and if you believe in our democracy you will not create voting laws that disproportionately affect minority and low income communities.

Michael Donegan

Rockwall County  Republican Party

Rockwall, TX

Honorable Members of the Peoples House:

Maintain election security is your most important responsibility.   It is the essense of public defense and safety.   The sanctity of the vote seperates us from forms of government that rule the people instead of represent the people.   It prevents the totalitarian state.

 I will repeat what I know to be true from trustworthy sources.   These sources were involved in investigating election fraud. Last election 18,000 people were registered to vote both in Texas and Oklahoma.   Those 18,000 people voted in Oklahoma and Texas on November 3.   In several locations. fake Drivers Licenses were given to people who drove up to vote in outside voting locations.   If the people did not have a Drivers License, one was given to them to "validate" their ballot.   When reported to election judges,  suddenly the drivers license disappeared.   The youtube video of the person in San Antonio getting people to request a mail in ballot and them telling them who to vote should be proof enough to restrict the use of mail in ballots.

I would also recommend that every voting district from State down to sub precinct be audited to be sure that there are no discrepancy between votes cast and registered voters.   If an imbalance, occurs then all votes must be accounted for legality.

The argument that strict procedures in proving the identity of a legal voter discriminates against some classes of voters, is a falsehood.   What discriminates against voters casting a ballot,  is allowing false and illegal votes to be counted.   Perpetrating or devising illegal votes to be used in an election should not only be subject to fines and imprisonment, but also loss of citizenship and privileges of citizenship.   It should provoke the stiffest form of criminal retribution   My vote is second only to my life or one of my family members life, in protecting my freedoms.

For God and Country

Michael Donegan

Andrew Ortiz

Printed on: April 9, 2021 11:06 AM

Self, small business owner

Houston, TX

This is the dumbest thing you all could possibly vote to pass. Why would you make it harder for people to vote? Why disenfranchise those of us who depended on the extra measure our local officials took to ensure our safety exercising our right to vote? Are you so afraid of people actually participating in democracy? What's the point when there's so little evidence of voter fraud? Do you realize we don't see this for what it truly is? A desperate attempt to take power away from the people and concentrate in the hands of the few, spineless cowards. What is it about black and brown people participating in a democracy for all? Do you truly not realize how these bills make it harder for some of us to exercise our freedoms? Of course you do, and yet despite it being so obvious you proceed without caution. I am begging those of you with a conscience to please consider the hundreds of thousands who participated in voting for the first time this past election cycle as a result of increased availability. Why would you fight so hard to prevent them from feeling like they belong in this this country?

Andrew Fahey

Self

DRIFTWOOD, TX

The amendments as proposed would strengthen and provide less ambiguity to ensure our Texas voting laws.  Please consider this comment as support for said bill.

Barbara White

White's Body Shop

Waco, TX

I support HB 6 because we must have meaningful election reform.  Having been a poll watcher and recruited, trained and scheduled poll watchers, I know the abuses that can occur at the polling place against legally placed watchers.  I also appreciate the reforms to voter assistance, which again, as a watcher I have witnessed questionable assistance multiple times.  Hopefully the penalties outlined in this bill will help to prevent this.  I am also hopeful about the BBM reforms.  I hope this applies to candidates and other groups sending BBM apps.  My mom used to get so confused with all the BBM apps she would receive in the mail.  The only way a voter should get a BBM is if THEY request it on their own.  Thank you.

Meg Wallace, organizer/director

the Amberley Collaborative

Woodway, TX

I oppose HB 6. It would make it more difficult for eligible voters to cast their ballot, without preventing fraud. The proposed barriers to voting would disproportionately affect eligible voters of color, eligible naturalized citizens, and eligible disabled voters from casting their ballots. Democracy requires equal access to the ballot for all eligible voters, not restrictions that make it more difficult for some groups to vote than others.

Dazilene Freeman

Dazilene Freeman Teacher Aid

Cypress, TX

Will Make it harder for people with disabilities to vote.

Joseph Charles

Self

Printed on: April 9, 2021 11:06 AM

This bill is voter suppression, we should not make this bill a law.

Virgina Sandoval

Self

San Antonio, TX

Our Democracy, Patriotism and America depend on the Right to Vote.  I have lived my entire life in Bexar county and hold Voting Rights near and dear to my heart.  In my 30+ years of voting I have never witnessed the fraud and criminal activity that has been claimed.  We should be spending our time and money on making it easier for every eligible voter to make their voice heard.  As Texans & Americans, we will never agree on one candidate or bill but we must make easy to vote so that we have a fair playing field.  We can't change the rules of the game because we are afraid of losing.  We must make it fair and celebrate the winner Don't try to suppress votes.  It is like deflating footballs at super bowl game.  It is cheating and the state of Texas is one of Integrity NOT cheaters! Thank you.

Valerie Street

Texas Progressive Action Network

Austin, TX

On behalf of Texas Progressive Action Network, and along with the many others you will hear from today speaking out against HB 6 and similar legislation that unfortunately carries with it the effect of further burdening some of our most vulnerable Texas voters, we urge committee members to oppose this bill and work toward policies that will improve Texas voting.

HB 6 adds overly complicated and confusing provisions when voters should need or require assistance, it creates higher penalties and criminal proceedings that threaten volunteer workers and public officials, it gives alarming range to poll watchers which could then result in voter intimidation at the polls and it takes the vote by mail option, already limited only to Texas voters who qualify, and makes it an even more arduous system to navigate.

We know we echo many Texans when we say that it really needn't be any harder to vote in Texas than it already is. Unfortunately bills like HB 6, in the end, do nothing to bring about election integrity because there can be no integrity in repeated legislative attacks on our vote.  We urge you to reject this legislation and instead, as a committee, look to efforts that strengthen voting in the state of Texas and bolster this vital civic participation.

Audrey Muntz

self, Consultant

Austin, TX

I am writing to express my opposition to HB6. HB 6 would complicate voting and add unnecessary procedures that would subject voters, those assisting voters, and public officials to criminal penalties. Specifically, HB 6 puts votes in jeopardy by adding complicated and confusing provisions when voters require assistance. It also threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote. Further, HB6 jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials.  And rather than protecting votes and voters, it limits them by hindering the ability of eligible voters to access applications for voting by mail. Please stop this unjustifiable attack on voters and election officials.

JACQUELINE EVERETTE

Self

Houston, TX

Printed on: April 9, 2021 11:06 AM

Please do not make voting harder to impede the democratic process.

Ruth Boardman-Alexander

self - Adult Education instructor

Waco, TX

I am opposed to this bill as it will suppress voters' rights.

Markessa Charles

Self

Cypress, TX

This bill is voter suppression,  and should not become a law.

Sherry Mercer

Self

Dallas, TX

The basis for this bill is rhetoric by twice impeached never won the popular vote former president Trump. He promoted fraud which was then promoted by the GOP & Fox News. Once the Republican base started believing the big lie, republicans began talking about their "concerns". This has nothing to with voter fraud, it's a blatant attempt at voter suppression & should not pass.

Kellie M Yk

Self

Katy, TX

I am against this bill

William Routon II, Mr.

Self; retired state employee—Administrative Law Judge

Tyler, TX

A bipartisan lament for years is the low percentage of the American public that votes in each election. Hands are wrung and the better percentage of other countries are pointed out. Again, this is by members of both political parties. Now, Republicans are going to great lengths to make voting more difficult, so less will be able to vote, so the percentage of people voting will remain low, so the lament and hand-wringing can and will continue.

The basis for this is to prevent all of the alleged fraud that is occurring in voting and to protect the (cue the angelic chorus and hands folded in prayer while looking up to heaven) integrity of the election system. There has been no fraud. A Republican commission set up by Trump found none. 60 court cases in multiple jurisdictions found none after Trump's defeat. Recounts in multiple jurisdictions found none. The fraud prevention and integrity protection gambits are transparent to anyone who is not intent on perpetuating the big lie as pretexts for attempting to limit voting. The attempt to use alleged fraud prevention and integrity protection is not fooling anyone, except those who are fools.

This bill is wrong, it is un-American, it is dishonest, and its purported basis is not fooling anyone.

Shekhar Sinha

Printed on: April 9, 2021 11:06 AM

Self, Information Technology Professional

San Antonio, TX

As a constituent who supports civic engagement, I urge you to vote against SB 7 and similar bills that would restrict our voting rights. SB 7 and HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers.
Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.
SB 7 and HB 6 , and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.
We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.
I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.

Veronica Anzaldua

Self

McAllen, TX, TX

I am 51 years old and have been voting since I was 19.  In all the years I've cast my ballot, I have seen candidates win and lose.  But one constant that I have seen over the years is that voting has brought about great changes: quality healthcare, the expansion of rights/freedoms to historically marginalized groups, money needed to upgrade and build new schools, and expansion of voting rights, among other great things.  I have come to realize that there is a connection between voting and these developments.  A lot of the great things we have, we have because of our right to make our voices heard through the vote.  In order for us to continue demanding these changes, in order for us to continue our quest to make this country a "more perfect union," we must continue to have the right to choose our Representatives and Senators.  We must continue having the right to make our demands and grievances known.  Voting is a right that benefits everyone who exercises it--and those who don't.  The legislation you are proposing is not only unnecessary but also unconstitutional.  It robs us of our voices and erases the years of hard work that gave us that most important right as U.S. citizens.  Therefore, as a concerned citizen and your constituent, I implore you to vote against this legislation.  I implore you to realize that we as Americans, no matter who we are, have the right to be heard through our votes, the right that is guaranteed to us through our Constitution.  Thank you.

Jeffrey Lu

self

Addison, TX

I oppose HB6

SONYA LETSON

retired municipal judge / President, League of Women Voters of Amarillo

Amarillo, TX

Members:  Last year, in my role as President of the League of Women Voters here in Amarillo, I helped to register hundreds of people to vote, a great number being first-time voters.  I also worked as an election worker on numerous days at a variety of polling sites.  People were eager to register and excited to vote.  They appreciated the process of registering being made easy, by volunteers willing to help, and the process of voting being made easier by extended dates and hours for voting.  They were of all political persuasions, as expressed by many who said they were eager to vote for a certain candidate, but in keeping with the conservative nature of our area, most who did express an opinion were conservative voters.  They had this in common: they wanted registering to vote and voting to be easy, and they wanted to participate in our elections process.  HB 6 makes it harder to vote and harder to register, discouraging participation by voters of all political leanings.  We should instead be encouraging

everyone to participate and everyone to vote.  As indicated by the results of the last election in Texas, greater turnout does not necessarily favor one party over another.  It simply strengthens our democracy.  I urge you to oppose HB 6.

Sonya Letson

Julia Strock

Self, homeschool teacher

Austin, TX

Only legal votes of American citizens should be counted, and the process should be designed to protect that objective. After the 2020 Presidential election fiasco due to unconstitutional changes in election procedures, with covid-19 as the excuse, Americans will never trust election results again. We must do everything we can to ensure fair elections in our state.

Linda Maldonado

Self

San Antonio, TX

OPPOSED to HB 6:

This omnibus bill  will be combined with other bills to cause mass voter disfranchisement.  The state already has sound election integrity laws.  State election officials have stated that our 2020 election was run professionally and fairly.  So, I don't know why this bill is needed.

This bill will allow poll watchers to intimidate and harass voters within the voting booth.
This bill will subject election volunteers to criminal charges for clerical errors.
This bill is designed to reduce participation by communities of color and disabled voters
This bill reduces voting by mail options, especially when combined with SB 7 and other house bills in committee.
The authors have not  presented facts that prove such changes are needed.

I am OPPOSED

Joseph Hamilton

Self- Grantwriter

Dallas, TX

Please vote no on this bill. This initiative will make it even harder for the diverse populations of Texas to make their voices heard. Voting during the pandemic was already immensely difficult.  These new restrictions would make it even harder and put our state's democracy at further risk. Now is the time expand voting options not restrict them.

James Castagneto

Self/family retired teacher

Dripping Springs, TX

I feel that in order to maintain a fair and incorruptible election, ballots must be submitted on the day of the election (local, state and federal), and verified in place as to ensure accuracy with legally registered voters. "Requested" absentee ballots must not be opened until the Election Day, verified by two "opposing party" witnesses to match voter registration registrars list, and secured for possible future reference.

Kathy Ponce

Ellis County GOP and True Texas Project Ellis County

Printed on: April 9, 2021 11:06 AM

Maypearl, TX

I do not understand how Republicans or Democrats would not want their vote to count. I do not understand how either side would not want to ensure that all legal votes were counted and illegal votes are not? I moved to Texas from California for many reasons. One of the main reasons was due to my voting not mattering anymore. With virtually no in-person voting, mix-ups at the DMV's allowing Illegal Aliens in many circumstances to vote, and the legalization of Ballot Harvesting no one's vote really mattered anymore. The cheating and the illegal tactics were abundant. Every legal vote should matter. Fair and honest elections matter. I hope that both sides of the aisle can and will see this. Securing elections is not voter suppression but rather voter security that your/our votes matter. Please pass HB6 and ensure that the votes of Texans matter.

Kendall Kibby-Deck

Self, hairdresser

Austin, TX

I am against this bill. We should be making it easier to vote, not harder.

Michele Thompson

self, retired

Austin, TX

Please pass HB6. Did anyone follow the November 2020 elections?  We MUST protect the integrity of our elections, strengthen prohibitions against and penalties for vote harvesting, fight mail in ballot fraud, protect the rights of poll watchers and expedite the reporting of deaths to voter registrars.

Rick Ridgeway

Self

Red Oak, TX

HB-6 is perhaps the most important in this legislative session to protect the future of Texas elections and I fully support this bill.

It's comprehensive in safeguarding all Texans right to a fair and fraudulent-free election. Texas voters deserve their vote and participation in the Texas election process not be disenfranchised by unlawful and unethical actions of others. A priority of all Texas elected officials is to work for the people and uphold the Texas Constitution. HB 6 does capture that essence.

In moving forward with this legislation, the most critical texts that must remain is in:
Sec. 276.015. UNLAWFUL SOLICITATION OR DISTRIBUTION OF APPLICATION TO VOTE BY MAIL, and in
Sec. 276.016. UNLAWFUL DISTRIBUTION OF BALLOTS AND BALLOTING MATERIALS.

The fraud that has been and will be most abused in any election is the vote by mail process. Those sections addressing that abuse and fraud covers and takes away that possibility of the most prevalently abused system of voter fraud.

This legislature must have the courage to move this bill forward and expedite it, so Texans will know all future elections will have voter integrity guaranteed.

Thank you.

Dedra Ecklund

Self - Engineer

The Woodlands, TX

Printed on: April 9, 2021 11:06 AM

I am opposed to any measure limiting or suppressing a person's right to vote, which this bill seeks to do. If an election commission is able to expand access and hours, then that is a great thing and it should be commended and supported. Free and fair elections are our constitutional right. I think the efforts made this last election cycle in Harris County were excellent toward accomplishing that goal. Limiting drop boxes in each county was not conducive to accessibility though. When we can all vote according to our current laws then we all win.

Darlene Cobbin

Crafts by Dena

Sugar Land, TX

Against the HB6, stopping ways for voters to be accommodated with voting.

Jessica Toliver

Self, Automotive Buyer

Grand Prairie, TX

There is no proven widespread fraud in our elections.

Douglas Barmore

self - data analyst

Katy, TX

I SUPPORT THIS BILL.  Please help put an end to this election fraud!

Karen Kelley

self, administration

austin, TX

I oppose HB6. As a Volunteer Deputy Registrar, and a previous election clerk, HB6 is voter suppression. It will put undue, unnecessary burdens on voters as well as VDRs and election clerks. The volunteer nature of finding clerks and judges to have adequate resources for carrying out election requirements is difficult enough without the threats which would be introduced via this bill.

PHILLIP EVANS

Self - Financial Advisor

Houston, TX

Voter ID must be required for absentee and mail-in ballots. Mail-in ballots should be severely limited to only specific shut-in voters who are not able to physically come to a polling location. Physical limitations must be verified and certified. Routine and frequent verification of voter rolls and new registrations must be performed.

Elizabeth Wareing, Mrs.

Self community volunteer

Houston, TX

I encourage a yes vote for HB 6

Printed on: April 9, 2021 11:06 AM

Pamela Cunningham

Self

Missouri City, TX

Vote against this bill as it will disproportionately limit voting access of the historically disenfranchised residents in Texas.

Jeana Foxman

Temple Emanu-El Dallas

Dallas, TX

On behalf Temple Emanu-El in Dallas, a Reform Jewish congregation with over 2700 voting-eligible members, we thank you for the opportunity to comment. We oppose the passage of HB 6, and urge you to vote no.

Our opposition is grounded in our faith and religious values. We recognize voting is both a sacred right of our American democracy and that the ideals of voting are also deeply rooted in our rich religious history and teachings. Dating back to the Babylonian Talmud, believed to be first written about 1600 years ago, it was recognized that "a ruler is not to be appointed unless the community is first consulted." In these texts, Judaism emphasizes the importance of honoring freedom as a sacred gift, and voting is a tangible way to honor and celebrate that sacred gift of freedom that we have in our country. Making voting harder, especially for the disabled, the economically disadvantaged, and communities of color, as this legislation will most assuredly do, has the negative effect of limiting participation and suppressing the vote of many in our state. This is oppressive of the most vulnerable in our communities, which our sacred texts call upon us never to tolerate.

Election Security is absolutely essential to ensure that our democracy remains strong and assures that all eligible voters have the right to exercise their vote and have their vote counted.  This past election cycle in Texas was determined to be one of the most secure elections ever - there was no widespread fraud. Using the mantra of widespread fraud when none exists does more to hurt the cause of election integrity and undermine our democracy than anything else.

Unfortunately, many provisions of HB 6 would not make elections more secure and would have the opposite effect of reducing voter participation by placing unnecessary barriers to the exercise of this most precious freedom. HB 6 is effectively a criminal law bill with a voting theme, and as such its often vague language, broad scope, and harsh penalties make it especially dangerous to not only voting freedom but the personal due process rights of people who could be accused of these brand-new crimes. In a phrase, HB 6 is a disturbing and unwarranted attempt to criminalize voting.

Our sacred Jewish texts and values, calling on us to protect the vulnerable and the stranger, thereby call on us to oppose this bill. We appreciate and support ensuring that our elections are secure and that the process has integrity. But the changes in law proposed in HB 6, rather than meaningfully addressing any legitimate voting security issues, will instead create unnecessary barriers for many citizens to exercise their freedom to vote and subject too many people to unwarranted severe criminal penalties. For all of these reasons, we urge you to vote no on HB 6.

Respectfully submitted,
The Clergy, Board of Trustees, and Advocacy Committee of Temple Emanu-El Dallas

Anne Carlson

Self/Social Worker

Kerrville, TX

Our democracy depends on more voices being heard, not less. Please utilize the people's time and money for the creation of legislation that increases, not limits voter access. Thank you.

Carol Morgan, Ms

Printed on: April 9, 2021 11:06 AM

Self, Retired Counselor

Lubbock, TX

There were only 197 election fraud cases out of the almost 10 million voters in 2020, that is a very small percentage of the total vote. It does not justify the restraints that Texas government will be putting on Texas voters. I feel as if this is political strategy by Texas Republicans to prevent people from voting, which a guaranteed right by our Constitution. Why would Texas want to limit the number of people who want to vote? This is not right. This bill should not be passed. It is NOT to shore up election integrity, but a move designed to suppress the vote.

Kasinda Williams

Self

HOUSTON, TX

This is oppressive and pathetic. The people have a right to accessible and convenient voting. All PEOPLE.

Cheryl Gardner, Citizen

fellow citizens of Texas Self/Therapist

San Antonio, TX

This bill is pure voter suppression. The facts of the matter is that voter fruad in the entire USA is extremely low.  Those of you who are trying to force this bill through are on the wrong side of both history and democracy.  I request that you drop the matter, as it is an embarrassment to the vast majority of Texas voters.  If it wasn't, you would not be trying to sneak this through.  Please stop this reprehensible behavior, and toss this scam "bill" where it belongs.

Klaudia Forgacova

Self - Operations Manager

Dallas, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Michelle Doubet

Texas House Elections Committee

Cypress, TX

I support HB 6.

Elyse Elsenbrook

Self

Houston, TX

Restricting access to the ballot are anti democratic and unamerican. There is no reason for this law. No mass voter fraud has been found. This is just an excuse to exclude persons from voting, and keeping Texas politics as partisan as they are. Just don't do this.

YVONNE VASQUEZ

Self

San Antonio, TX

Printed on: April 9, 2021 11:06 AM

I am OPPOSED to this bill because it will make voting more difficult for people of color and disabled voters to vote in our elections.

Tricia Jones

Self

Rosharon, TX

I am AGAINST HB 6. We are supposed to be, "One Nation Under God!" We are ALL Americas and like it or not, we've been given the right to vote.

Jennifer Carmack

Self, Small Business Owner

Magnolia, TX

These measures are not necessary and only complicates the voting process for people that intend to show up and vote. I am against these measures and find them a political game that has no merit.

Sharon Mineo

Self / non-profit operations

Austin, TX

I oppose this bill, please vote no. We should be making it easier for citizens to exercise their constitutional right to vote, not harder. The voter fraud myth is dangerous, racist, and moreover, it is devoid of evidentiary support.

Nicole Golden

Voter deputy registrar

Austin, TX

Protect the right for every Texan to vote safely and fairly. No more fearmongering and voter suppression. EVERY VOTE COUNTS.

Susan Anderson

Self

Benbrook, TX

I am against HB 6 and SB 7 because they are designed to suppress voter participation.  Texas already has low voter participation. We should be trying to expand access to the ballot box. I support online voter registration, expanded voting hours, a longer early voting period, and vote by mail for all. I do not support criminalizing assistance to voters or any other measure that would intimidate voters, those to seek to increase voter turnout, or those who wish to exercise their right to vote.

Renee La Rue, Ms.

self, retired

Conroe, TX

This is just another attempt to suppress voting rights under the guise of "fraud prevention."  We both know there has never been any proof of fraud being an issue.  It's just another Republican tactic to try to win elections by preventing Democrats and like-minded people from voting.  Endlessly  repeating the lie about voter fraud does not make it true.  Trump tried that and it didn't

work.  If you can't win elections based on your platform and policies,  maybe that's what you should try to change instead of limiting the right of all people to vote.

Tiffany Owens

Self /marketing professional

Houston, TX

Against HB6 / We need more ways to accommodate voting in elections. This COVID-19 pandemic has proven that other non-traditional methods can work effectively.

Jermaine Thomas
Self

Houston, TX

Texas public policy should be to foster voter participation in elections not to deter it.

Troy Dennis, Mr
Self, Tax Assembly Sr.

Katy, TX

All avenues for voting should permitted for all U.S. citizens

Yvette Galvan
Self

Houston, TX

I would rather keep in person voting worn proper Id
for voting integrity

Jennifer Rike
Self / retired

Mansfield, TX

I do not support any bill that limits a residents ability to vote.  One person one vote is the most fundamental pieces of our democracy.  The existing laws on voter fraud are sufficient.

Robyn Honig

Self/Volunteer Deputy Voter Registrar

AUSTIN, TX

I strongly oppose. This bill uses false pretenses to consolidate one-party rule in Texas and is antithetical to representative democracy.

Jordan Hunter
Self

Dallas, TX

Printed on: April 9, 2021 11:06 AM

I strongly oppose HB 6 as it would unjustifiably suppress voters. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail. We need to expand voting rights, not suppress them.

Allison Winter

self

Spring, TX

I support HB 6 because without a penalty associated with election offenses, an offender is not held accountable. Our right to vote as citizens is a sacred right and should be protected. A criminal penalty is appropriate for violating election law.

Kathleen Castagneto

self/retired

Dripping Springs, TX

The 20/20 election was rampant with fraud throughout the nation. It has been demoralizing and frankly embarrassing. Texas had its share of fraud which made national news and resulted in a prosecution. I watched the news in shock and disgust as the  woman bragged about how she was earning money for every vote she collected. She even brought gifts to those whose ballots she collected. A dear friend of mine had an unrequested ballot sent to her for her son who lives in another state. This should not happen. It is imperative that criminal penalties be strong enough to prevent fraud in our elections.  There needs to be a special legal process to stop illegal practices that impact elections. The provision to expedite election challenges protect the integrity of the election because if the illegal acts can't be stopped legal voting is not protected.

Robin Hill

No affiliation

Arlington, TX

Protect Texas' voting integrity.

Lana Brogan

EIB

Tomball, TX

Thank you for fighting to strengthen Texas election laws.   Please add: Require voter identification for mail-in and absentee ballots and
Routine verification of voter rolls and new registrations.

Lew Whiting

Self/ Land surveyor

Houston, TX

Restrictions on access to voter registration, polling stations, and shortening polling hours are all forms of voter suppression. If you can't honestly win the majority of the popular vote, without making it harder for American voters to participate, you're not truly representing the will of the Democracy. This is sickening, respond to the cares majority of the citizens casting votes instead of bending the rules unjustly for personal gain. Voter suppression of any type is undemocratic and the type of things that dictators and politicians in 3rd world countries do. We're supposed to be setting the example not acting like spoiled kids not getting their way and throwing a temper tantrum. If we don't allow as many American citizens as possible to participate, how can we walk around calling this an authentic Democracy?  Taxation without representation is the idea that we used to fuel the revolution that

Printed on: April 9, 2021 11:06 AM

created our country. THIS IS AMERICA. GOD BLESS US ALL. Not a select few or specific race. God's will is to love our neighbors as thyself period. Not shut people out and set the rules against them. Open your heart and your mind to the truth we're all in this together, otherwise the country will eventually fail regardless who's in charge.

Vanessa Reed

self

Houston, TX

AGAINST

Angela Villescaz

LULAC

Kyle, TX

All Texans deserve fair, free and equal access to the ballot box. HB6 is going in the wrong direction.
We must not go backwards.
As a southern state with a recent history of intentionally purging Spanish surnames from the voter registration rolls, we must protect the integrity of our elections.
We have to restore the FULL protections of the Voting Rights Act and prevent discrimination in voting.

Richard Reedstrom

self / Sales Executive

Houston, TX

This bill is designed to negatively impact our cities in our state. There is no reason that Harris County, Tarrant County, Dallas County, Tarrant County, Bexar County, etc should be treated the same as Harrison County, Loving County, etc. More dense populations have different needs. If we must standardize, then start with the dense counties' needs and offer the same to the lower populated counties. Of course, that is a ridiculous concept. This bill is the same just in the other direction.

In addition, this bill creates vague and broad new crimes that infringe on the rights of all Texans.

This is simply bad legislation. It is not intended to help give Texans access to voting. Instead, it attempts to do the opposite. Our state typically has one of the lowest voter turnouts in the nation. Legislation like this is the reason. I believe that the best ideas should win. I believe that all Texan's voices should be heard. Anyone that votes for this bill clearly does not believe that.

To be very clear. This bill should not pass. It will harm our cities and our state. Please do not vote for this bad piece of legislation proposed by Rep Cain.

Ikenna Nsoedo, Student

Self

Houston, TX

Voting restrictions.are bad and dangerous to democracy.
We want more participation not less. If you want to earn my vote, be a good, honest and fair minded politician.
The easier you make the voting process, the more the participation rate will be. Don't suppress voting by drudging up these draconian rules intended to prevent certain people from exercising their rights to vote .

Linda Nuttall

self

Printed on: April 9, 2021 11:06 AM

I would like to make a statement in favor of HB 6, for voter integrity. I believe this bill will settle some of the attempts to weaken voter security we saw this past year. People will be encouraged to vote in person—which is the only sure way to be certain the person voting is the person entitled to vote that ballot. Right now absentee/mail-in ballots don't even require photo ID, a requirement I encourage adding to this bill.
This bill will set in law that we don't waste taxpayer dollars sending out mass vote-by-mail applications to people not entitled to vote that way. We clarify the illegality of voter harvesting. And we will increase transparency in the process by insisting on access to poll watchers. I suggest adding to the bill the requirement to update and clean up voter rolls well ahead of each election.

Robert Layton, Mr.

Self, Business Executive

Driftwood, TX

I support HB6 and it's efforts to protect election integrity in Texas.  I also support the increase in criminal penalties for violation of the penal code related to elections and fraud.

It is important to my family, and those in my community of Dripping Springs, that the integrity of our elections are monitored very closely and protected.  Without fair elections by valid and eligible voters, the electorate will lose confidence that their vote matters.

The damage that results from an electorate which does not trust the process of elections is a scary thought.  The governing of our local communities, state and nation must be held to the highest legal AND ethical standards.

I ask that you support HB6.  It is not a red or blue issue...it is red, white and blue.

Sincerely,

Robert Layton

Robert M Santini

Republican Party of TX

San Antonio, TX

I  support this bill. Please bring it up for a vote in committee and ask committee members to vote to pass it out of committee.

Robin Denio

Self. Realtor

Leander, TX

Bad actors have taken advantage of holes in the electoral process to alter the balance of elections, especially at the local level.
This bill seeks to address these issues by:
Strengthening poll watcher protection
Bringing about transparency by utilizing technology throughout the electoral process
Requiring a voter verifiable paper trail
Limiting the most common fraudulent practices and opportunities for fraudulent practices

Jennifer Lundquist

Self, Software Engineer

Garland, TX

Printed on: April 9, 2021 11:06 AM

Voter fraud has been proven time and time again to be nearly non-existent. In the recent elections the only attempted voter fraud has been from Republicans, who are the same people supporting this bill, who are the same people that have gerrymandered the state to falsely present the citizenry as mostly conservative, and who do everything they can to prevent minorities from voting. We see you, we know what you're trying to do, and we won't put up with it anymore.

Brandie Louck

Self

Austin, TX

The HB6 bill is a blatant at voter suppression. The 2020 election was fair, organized and mostly allowed the voters to vote without extraordinary  effort. Texans deserve voting to be easier, not more difficult because Republicans fear that more people voting might mean they don't get elected. That's what is happening here and we see it and we won't stand for it. Texas deserves better.  This is cowardice at its worst. I'm embarrassed by what the Texas legislation has become. Stop fighting progress and stop blocking fair voting rights.

Shawn Troxell, Ms.

Self

New Braunfels, TX

I'm deeply concerned that Texas is making it harder to vote.  Already it's easier to get a gun than to vote;  that's sad and telling, isn't it?
HB6 will not help our right to vote; it will hinder it.

Elizabeth Wally

self

Dallas, TX

As  Texan, I am embarrassed that this bill is even being considered. HB 6 seems to intentionally complicate voting! Why add unnecessary procedures that would subject voters, those assisting voters, and public officials to criminal penalties?  We had a fair and secure election in Texas under terrible circumstances. The governor wisely lengthened Early Voting and things went smoothly.
Again, I ask why put in confusing provisions when voters require assistance?  What we have now worked even in the pandemic with special challenges, like the voter finding out they tested positive.
It seems clear that whoever wrote this has not worked an election. To threaten volunteer workers with penalties and criminal proceedings is ridiculous and you would know this if you saw how seriously the election workers take their jobs.. These volunteer workers contribute their time to offer fellow citizens the ability to vote.
HB 6 adds to the challenges at the polling location if  poll watchers (who are partisan appointees) can insert themselves into the already intense process, with partisan people right outside, often needing to be reminded of the rules. Adding a layer of partisan poll watchers inside is asking for trouble and for no reason!
Again, why on earth would you limit voting by mail which was so successful. Texas already is known for its voter suppression - don't increase it!

Melissa Rowell

self

Houston, TX

Thank you for fighting to strengthen Texas election laws.  I support HB6 and would like these provisions added:  Require voter identification for mail-in and absentee ballots, and Routine verification of voter rolls and new registrations.

Printed on: April 9, 2021 11:06 AM

Debora Arrant

self

Plano, TX

HB 6 ~ I support this bill. I want in-person voting, which is more secure than mail in ballots. Additionally, each individual should request to be registered to vote and also register themselves. Allowing massive mail outs of unrequested registrations creates an opportunity for stealing registrations. Public officials should never be able to distribute unrequested vote-by-mail applications. Dead voters should absolutely be REMOVED from the rolls and poll watcher access (improved transparency) should increase, and let poll watchers actually get close enough to see what is truly happening. Punishments need to be set for people who do not follow election laws.

On a personal note, I am an election clerk in Collin County and have enjoyed it very much and made new friends, but I fear for the integrity of our national election system. It is critical that we have fair elections. If there is overwhelming unfairness and cheating, why would I want to waste my time working 2 weeks of early voting plus election day for $10 an hour? More importantly than the small stipend I receive, I work as an election clerk because I believe in the system and want to be helpful citizen and do my civic duty. If elections become a joke I will totally blow it off.  My guess is that I won't be alone.

Kimberly Bridges Young

Self, Retired

CORPUS CHRISTI, TX

Vote yes!  Tightening the time frame for the dead to be removed from voter registration lists is critical:  I saw evidence this week of 63 dead people voting in the Nov 2020 election, which will be brought to your committee by a friend of mine.  Otherwise, protecting poll watchers, adding criminal penalties - the entire bill is excellent!

Isabelle Encela

Self

Austin, TX

This is an infringement on citizens rights to vote. Reducing the time to vote makes it more challenging for people who work during those times to vote, this mostly affects minorities. Making people with disabilities obtain doctors notes to get to vote by mail is and extreme burden for people who already have disabilities to deal with in the first place. And stopping out reach by stopping the sending of proactive vote by mail applications shows that you don't want to even reach AND SERVE people who don't even know that they have the ability to vote. Preventing people to offer rides, or the use of drive though voting or use of stadiums and convention centers also seems like a clear agenda that you don't want people to vote at all! Shame on you for considering these bills.

Germarquerite Brown

Self/Senior Accountant

Katy, TX

As a concerned citizen who gladly participates in the electoral process.  It is my belief that one should have every right and opportunity afforded to them to be able to exercise their right to vote.  Many work different hours, different shifts, and have multiple milestones that may prevent them from being able to vote on election date.  I enjoy the right to be able to vote early and I enjoy the right to be able to do so in the time alloted each day of the week.  The polling facilities and hours shouldn't be changed to assist or show favoritism to one political party.   So many freedoms are being stripped from hard working citizens each day. Liberties that we could take for granted or relay on to thrive and live in today's society are now gone.   What's next no freedom of speech or the right to even vote.  Voter suppression is real and its ugly head is becoming more dominant in each election that takes place.   Why aren't normal taxpayers citizens allowed to vote as they see fit or choose.   Why does a law or bill come into play when something doesn't go one party's while.   This isn't democracy its becoming a dictatorship.   Do as i say not as you

please.   Can we not think for ourselves?  Are we being forced to ultimately make a decision that will affect one political party over the other.   Open your eyes wake up and see what's going on in the world today.   People are sick and tired of not being heard,  being disrespected, let down,  passed over, and cheated out of what's rightful theirs.   Its time to stand up,  speak out, and let our voices be heard.   No voter suppression, no changes regarding redistricting, no more obstruction and denial from letting us vote.   There is no voter fraud therefore let the process continue to speak for itself.  Rise up,  Stand up,  Be heard,  let me vote as i see fit so that I know I'm being heard and that my vote and my voice matters.

Janet Bridges

Self

Dallas, TX

Chairman Cain & Members of the Elections Committee:

My name is Janet L. Bridges.  Since 1974, I have served in political campaigns, paid and unpaid.  No telling how many doors I have knocked.  I have legally assisted numerous qualified voters in filling out their mail ballot applications.  I have signed ballots as a "witness," following all state laws.  My experience is that it is rare that paid and volunteer campaign workers deviate from State Law with respect to mail ballots.  Under HB 6, I and many others would be criminals for facilitating qualified individuals to vote!  To label people like me, who have devoted my life to the improving lives of people through civic, political engagement, facilitating people to vote, as a "vote harvester," is insulting, demeaning, and disgusting.  My father served in WW II along with many others who gave their lives so we could vote freely, and unencumbered.  If you vote HB 6 out of this Committee, YOU are the criminals, not so-called "vote harvesters" like myself.

Janet L. Bridges, LMSW

Robert Jeter

Self, student

Pasadena, TX

As a presiding election judge my polling location is fair and secure. I would like to see more done to combat fraud and not dilute the results from my polling location. I do not want my voters disenfranchised by whatever irregularities are going on in other locations.

Evonne Kohon

Self   Retired

Austin, TX

OPPOSE THIS BILL.

Alex Meed

Self, cybersecurity analyst

Austin, TX

Chair and members,

I generally try to make my comments substantive, but it's 12:05 a.m. on Thursday morning, I have a full-time job, and I expect that others will have many of the same concerns I have. I therefore write simply to express my vehement opposition to this bill and my hope that the committee will not recommend its passage.

Respectfully submitted,

Printed on: April 9, 2021 11:06 AM

Elizabeth Willis, Mrs.

Self            Occupation:  Consultant

Fort Worth, TX

I write to OPPOSE House Bill 6 for many reasons, including these key reasons:

I have been an election worker at polls during primary and general elections in Tarrant County over the last 20 years.  I have firsthand knowledge of and experience with my fellow election workers who are always, to a person, committed, dedicated, and intent on running an efficient and fair polling place for voters on Election Day.  They work hard and LONG hours running a polling place.  I am completely opposed to the provision in HB 6 which would criminalize  minor mistakes that a voter or election worker might make.  It is difficult enough to recruit election workers.  They should not be subject to criminal penalties for minor mistakes. Nor should voters.  That is a ridiculous concept in both instances and is proof that this bill is simply intent on both stopping people from serving as election workers and stopping people from voting by intimidating them.  That is wrong and is legislation completely unworthy of legislators who truly seek to serve voters and election workers.

Furthermore, I am unequivocally opposed to the HB 6 provision which would keep political parties from sending out mail ballot APPLICATIONS to voters.  What possible harm is there in political parties having the ability to assist voters by providing a mail ballot application?  It is NOT a ballot.  It's an application for a ballot and it is the responsibility of the voter to request that ballot and return it, either in person or via the U.S. Postal service.  Why do legislators seek to make it yet more difficult for Texas voters to even be able to APPLY for a ballot?  The job of legislators is to serve the public and it seems to me as though making mail voting just a bit easier by enabling a political party to mail me a ballot application IS making things easier for me.  Taking that away is making my life harder.

In 2020, because of Covid-19 and because I am a person with an underlying heart condition, it was imperative that I be able to vote a mail ballot.  I received a mail ballot application from my political party and I used it to request a ballot from Tarrant County.  The process was smooth and quite useful given my health condition and the pandemic.  My 99-year-old mother made the same request of her political party in another Texas county and was able to receive the mail ballot application to request her ballot.  These are important conveniences for Texans.  When I grew up in Abilene, it was a community of people who HELPED their fellow citizens.  It's time for Texas legislators to follow the lead of my fellow Abilenians and work as hard as you can to HELP Texans vote, not hinder them.

I oppose HB 6 and strongly encourage the House Elections Committee to reject it.

Katherine Hinchey

Volunteer Deputy Registrar

Katy, TX

I'm concerned that this law disenfranchises people who have a legal right to vote. It criminalizes any small mistakes made during voter registration. It makes it expensive and time-consuming for people with disabilities to "prove" their disability and vote. It makes the ballot box less accessible.

For these reasons and more, I find it diminishes our democracy. No Texan should stand for this: participating in our democracy is a foundational right.

Li-Ya Mar, Dr.

Self

ADDISON, TX

I OPPOSE HB 6. Hundreds of thousands of voters across Texas benefitted from the secure voting opportunities that HB 6 would close off. Voting would take much longer for the Dallas voters who voted on Election Day at the American Airlines Center since

Printed on: April 9, 2021 11:06 AM

they would have many fewer machines to vote on. We should also encourage eligible voters to vote, not intimidate voting rights activists from registering eligible voters. It is unconscionable that we would put this type of barrier between our disabled community and their right to vote.

Research and studies have shown that the falsified claims of voter fraud is BASELESS. Even the attorney of Donald Trump Sidney Powell has said no reasonable people would believe  the ridiculous claim of election frauds. There is no election fraud. I demand the committee to vote no on HB6.

Milda Scott

Self, retired

Cibolo, TX

We do everything online these days. Why not register to vote online too?  If banks can keep my money secure during online transactions then surely online voter registration isn't rocket science.
People are busy and work odd shifts, long hours, and multiple jobs. Voters need expanded voting hours.  The longer early voting periods in 2020 were fantastic and eased the burden on election officials on Election Day: we should always have long early voting!
 I support no-excuse vote by mail, so that voters can take their time to read, research, and understand what's on their ballot. I believe that if I have difficulty standing in line to vote, or if it is hard for me to stand at a voting machine to read through multiple ballot initiatives, the reason for my disability is certainly never going to be anybody's business but my own, and I should have the right to vote by mail from the comfort of my home.

Herman Waters, Jr.

Self; retired

DRIPPING SPRINGS, TX

Elections must be honest and held as our highest duty as a citizen.  God hates liars!  Everything is known to our Heavenly Father. Protect the integrity of our elections!

Regina Leon

self

Dallas, TX

Please add the following to the HB6 Bill:

    Require voter identification for mail-in and absentee ballots
    Routine verification of voter rolls and new registrations
    Make tampering with a vote a felony. Stack offenses
    Limit Early Voting to 3 days with NO gap between early voting and election day
    Fight Electronic election fraud!  No electronic voting machines in polling locations,  and no computers anywhere used to tabulate results, should be connected to the internet, or to any or to      any network vulnerable to hackers.

Michael Burdick

self clergy

Fredericksburg, TX

I am in favor of protecting the integrity of the ballot. The government of the people and by the people for the people can only function when the people can trust elections and exercise the power of the ballot. The power of the ballot is a peaceful power. Fair elections conducted with utmost integrity protect the peace of a nation. Texas can do a better job of protecting our elections from election fraud and insuring the confidence of the citizens of Texas. Elections need to be able to be investigated during elections by

Printed on: April 9, 2021 11:06 AM

poll watchers and they need to be accurately investigated after the election by a paper trail and accounting of every ballot. The identity of every voter must be checked and only valid, alive, legal votes should be counted.

MICHAEL FOSSUM

Self, engineer

Austin, TX

I ask that the Elections Committee approve and vote out of committee HB 6.  HB 6 will help prevent election fraud in Texas. This is essential as in many states the 2020 election for President, Vice President, and the Georgia senate runoffs were riddled with fraud.

The legacy media and the Washington establishment denies there was any fraud.  However, you can see evidence of this fraud documented by Peter Navarro's report "The Immaculate Deception."  The report is in 3 volumes:  Volume 1-Immaculate Deception (detailed analysis of various fraud in several states), Volume 2-Art Of The Steal (combined fraud methods tabulated in matrices), and Volume 3-Yes, President Trump Won (final report with total fraud tallies per state).  The report can be found at https://navarroreport.com  .  There is also an article at  https://www.frontpagemag.com/fpm/2020/12/yes-it-was-stolen-election-john-perazzo/ .

Please approve and vote out of committee HB 6.  Thank you.

Beth Jewell

SelfSB6

Austin, TX

Through trying to prevent fraud (rarely happens), many votes are suppressed.  Especially the disabled and the poor.  Please serve all your constituents.  It is your job, right?

Amy Harris

self

Austin, TX

I disagree with this, you all are trying to make voting harder especially for POC.  Stop it.

JANIS REINKEN

Self / Attorney

AUSTIN, TEXAS, TX

March 25, 2021
Dear Mr. Chairman and Co-Authors of H.B. 6,
There are 3 basic components of a well-managed, legal election: proper registration of qualified voters, properly processing the votes of qualified voters, and properly counting and reporting the voting results. Your job as legislators is to facilitate those aspects of the election process, not impede them.
I oppose House Bill 6 because it does not facilitate full and fair elections.
I oppose House Bill 6 because it sets up a veritable minefield of CRIMINAL offenses (not just ADMINISTRATIVE penalties) for volunteers, voter registrars, voter assistants, and election workers for making an error or mistake in regard to their tasks and duties.
Instead, it impedes the rights of qualified voters to register and cast their votes confidentially and without hindrance or intimidation. It interferes with the responsibilities of election workers and officials to do their jobs well and correctly, without being controlled, interrupted and intimidated by the actions of external poll-watchers who are not election workers. It appears the Bill would cause these volunteers, election workers and officials to defend the accusations at their own expense, even if they

Printed on: April 9, 2021 11:06 AM

made an unintentional mistake or acted in good faith in a ministerial capacity.

Passing this Bill would be an extreme legislative overreach. It is a heavy-handed approach to creating solutions in response to problems that are minimal or do not exist. It aims a sledge-hammer at a gnat, while proclaiming victory over the fictional intergalactic villain, Thanos.

Your sworn oath of responsibility requires you to uphold the laws and Constitution of the United States, and that includes protecting the rights of voters rooted in the 14th, 15th, 19th, and 26th Amendments.

Please concentrate on doing that, and stop treating voters and election workers and officials like they are your enemies. It doesn't matter what political party you represent: you still need them, or there won't be any elections.

Respectfully submitted,

Janis Reinken

Frank Netscher

Texas State Employees Union

AUSTIN, TX

"The working families of the state labor federation will oppose any bills that tend to make voting harder for working people, especially historically disenfranchised people of color and people with disabilities. SB 7 and HB 6 are voter suppression, pure and simple." - afl-cio

Gregory Young

Self/Pastor

Bandera, TX

Out Constitutional Republic form of government is only as string as a free and fair election process exists to maintain it. In our recent past we have been the ones that were asked to go to other countries to ensure they had legal and fair elections. This bill will assist in restoring that leadership role in election integrity again. Please vote yes.

Liz Case Pickens

Self retired teacher

Dallas, TX

As a member of the Legislative Priorities Committee at state convention in Houston this summer, we heard three days of testimony at a convention that the delegates never attended. These people traveled to give testimony and then had to travel back home to attend the convention online. Election integrity was a top priority of the 6000 delegates at the convention.
 * I believe our first priority has to be to get  committed to prosecution. I learned that of the attorney generals staff of 4000 people he has only four individuals dedicated to Voter Fraud. That sends the clear message that we are not taking this issue seriously.  We need stricter penalties for incidents of election fraud crimes.
 *We must have enforced use of Voter ID laws to ensure every legal registered voter gets a vote that counts.
 *The voter rolls must be cleaned up and all non-voters must be removed.
 *The period of early voting should be shortened to only one week.
 * The vote by mail system has got to be improved to illuminate the massive fraud that has taken place in the past. Only voters who are elderly, disabled or out of town for business purposes.
 ** When citizens believe that their vote no longer matters they will disengage from the process completely and our representative form of government will collapse. It is up to every single one of you, since this is a non-partisan issue, to ensure that every that every Texas citizen knows that their vote counts. By crafting expert election integrity legislation other states will look to the example that we as Texans set. Texans have always been strong leaders and it is up to you to uphold that tradition.

Diana Carranza

Self

Dallas, TX

Printed on: April 9, 2021 11:06 AM

I oppose this bill because it will make the casting of legal votes harder than it already is. The Secretary of State has said our elections are and have been secure, so there is no reason to put forward all these regulations that will ultimately mean fewer people vote.

Mary Heffernan

Independent

Austin, TX

Please support this bill. It is imperative that we preserve the issues experienced with the integrity of anyone's legal right to vote. Their vote as submitted needs to be protected from the ballot box clear to the county elections process and not be tampered with. Increasing criminal penalties for an offense by a election worker (including ballot harvesting, and helps protect that vote and makes it clear that this is a serious error and is an offense against a person's voting right, and the actual candidates running to serve. We need to prohibit public officials from distributing unrequested vote-by-mail applications for ANYONE. Also, increasing poll watchers and their access provides transparency. Ask yourself why any elections office in any part of TX does not like transparency and fights to prevent this... As an elections worker, in person voting is secure and  also better provides management of election integrity with id, etc. It also provides an alternate opportunity with a provisional vote if needed.  We also need to do a better job with the voters who have died. I don't see how we file a death certificate and the county is aware but they can't delete them from the voter rolls. MANY widowers tell us they request this many times and they are IGNORED by local officials who could manage these voter rolls. Thank you.

Lewis Lockett, Pastor

High Risers Ministry USA

Cypress, TX

 AGAINST HB6.

Lisa Dickison

Self, not employed

WACO, TX

I enthusiastically support this bill. As an election judge in McLennan County, I have seen opportunities for election fraud although thankfully I've never personally observed them. I especially like the sections about watchers. Poll watching is very important. I have heard of poll watchers being sent away for no good reason. Poll watchers are especially important in areas that are controlled by a single party. The minority party should have a way of knowing that their interests are being guarded. Watchers are to be encouraged and protected from party bias by having specific rules on when and how they may be asked to leave.

Suntera Scott

NAACP

Sugarland, TX

 Aginst this bill

Edna Krueger, Mrs

Myself

Odessa, TX

Please vote for SB7 and vote it to go out of committee to go to floor vote. Please know that this bill protects the bases of our foundation of our country. Without integrity in our voting system we do not have the building blocks for a strong free country as

Printed on: April 9, 2021 11:06 AM

we have had for 230 years. Please, please vote for SB7 and protect our election process we value so much. Thank you

Mark Camann, Dr.

Self, Instructor

San Antonio, TX

I oppose HB 6.  We already have fair elections in Texas that are free of fraud.  This bill would severely curtail voting by mail and would intimidate voters and election officials with criminal penalties for actions that are not fraudulent.  Such voter intimidation would infringe upon voters' rights and would reduce participation in elections.

Roy Smith, Pastor

Self

Florence, TX

Please remove waiver provisions that allow changes to election laws without legislative approval
Thank you

Karen Ingram

Self

Comfort, TX

Our votes need to count.  We must show ID to write a check, buy alcohol, get on a plane, etc.  Secure our votes, secure our elections.  Increase penalties and criminal offenses!

D. Shawn Stevens

Self - Attorney

Dallas, TX

I am strongly opposed to HB 6. As an attorney whose practice includes election law, and as someone who formerly served 3 terms as County Chair in a large suburban county in charge of over 200 primary election judges and clerks during multiple primary elections; who has served as an election judge over 20 times total in multiple Texas counties over several decades; who has served as the Early Voting Ballot Board Judge in multiple primary elections; who has served as Early Voting Ballot Board Alternate Judge in multiple general elections; and who has trained hundreds of poll watchers over the decades in addition to having been a poll watcher myself many times, the language of this bill is troubling and will in my estimation increase the risk of potential conflict within the polling locations themselves.

The language I find the most troubling with regards to its potential to lead to conflict in the polling locations is language prohibiting removal of poll watchers by a presiding election judge except in the case of election fraud -- including election fraud as defined by Tex. Election Code 276.13. The language of the Introduced version of HB 6 is extremely overbroad, to the point that the bill as written wouldn't even allow a presiding judge to have a poll watcher removed for violating Tex. Penal Code Sec. 46.03(a) -- the Texas law prohibiting the carrying of a firearm into a polling location -- with the poll watcher seemingly able under the introduced bill's language to be able to openly carry and bring a weapon, including a firearm such as a handgun, into the polling location with impunity -- as long as the presiding judge doesn't consider the presence of a firearm-carrying poll watcher "to influence the independent exercise of the vote of another in the presence of the ballot or during the voting process."

Assuming a watcher doesn't bring a gun into the polling location, the overbroad language prohibiting watcher removal also increases the risk of conflict within the polling location because it does not allow for the presiding judge to have a watcher removed or ask them to leave if the watcher refuses to comply with the blanket peacekeeping provisions of Tex. Election Code Sec. 33.058, entitled "Restrictions on Watcher's Activities" that judges use to manage watchers (including 33.058(3) that prohibits the poll watcher from communicating with voters in any manner) -- again as long as in the presiding election judge's judgment

Printed on: April 9, 2021 11:06 AM

the poll watcher's communication with a voter does not "influence the independent exercise of the vote of another." Furthermore, if a presiding judge is of the same party as the political party that appointed the poll watcher (in the case of watchers appointed by a party official), or if the presiding judge supports the candidate (in the case where a poll watcher is appointed by a given candidate), with the judgment call involved there's added risk that the presiding judge will not treat all poll watchers equally.

Davida Bilgrad

Self

Austin, TX

Texas is constantly seeking ways to suppress the vote. Texas seems bent on making sure that it is harder and harder, particularly for people of color to exercise their right to one man/woman/one vote. Why? What do you fear? Present ideas and let the citizens decide. We kept having to pay for our ridiculous AG lawsuits that even with conservative judges, were tossed out. We have a governor who always blames anyone other than his incompetence be it in the managing of a weather crisis or voting when no errors were even found. A society flourishes only when allowed to flourish. Just being a cheaper, warmer place to live is not enough. Stop trying to be a state of keeping people down. You already do not fund education or health care. What else must you wreck in the name of unfounded voter fraud. STOP please!! Thank you.

Julie Loeb

Self

Cypress, TX

Americans deserve integrity in our process to elect state officials, federal officials, and local government. Proof of identification should be required, vote in person should be required and anyone assisting against the process should be held criminally liable. We the people should have confidence in our system.

Charles Busbey, Maj(ret.)

self, retired

Dripping Springs, TX

The fraud that took place in the 2020 election (in other states) is intolerable. I have a friend who was part of the investigating team into this fraud and he told me that fraud was discovered but completely ignored by authorities who should have pursued the matter. We must insist on severely limiting any mail-in votes, any early votes, and we must not allow "ballot-harvesting."

Ishrat Kundawala

Self

Austin, TX

I oppose this bill and urge you to vote AGAINST it. I believe in our democracy and have worked as a GOTV volunteer in several elections now in order to ensure that every eligible voter can exercise their right to vote. I've canvassed neighborhoods, I've written postcards, and I've made countless phone calls. In doing so I've seen & heard firsthand how difficult it was for eligible voters to know when and how to request a mail in ballot. Some voters did not know where to access an application and believed that if they voted by mail the previous year or are 65 or over, then they were going to automatically receive one. I had to inform several voters that they actually need to send in an application every year they intend to vote by mail and help them request that ballot. I don't think that providing voters that vital information and service should be considered a crime, and this bill could make it so. I'd love to be able to continue volunteering my time for the democracy that I care so passionately about. Thank you.

shawn flanagan

self/retired

corpus christi, TX

Printed on: April 9, 2021 11:06 AM

Please vote for this bill.  IT GOES a long way to ensure the integrity of our elections, prevent fraud and without inconveniencing voters.

Martha Dolese

Self/retail clerk

Luling, TX

Since voter fraud is not a problem, I oppose restrictions of any kind to our right to vote in Texas.

Kyekyeku Opoku-Pong

Self

Katy, TX

I am against  HB 6.

Michelle Orcutt

Self

Corpus Christi, TX

Free, Fair and Secure elections are the most important right of a free people.  It is the #1 sacred duty of our elected officials to ensure elections are free and FAIR.  Voter ID, hours of operation that are broad, a beginning and END of the election process, enough places to vote to offer broad access.  NO ballot harvesting, limits to mail in voting to NEED.  No government official should be allowed to sign agreements to alter the voting process as defined and made law by the legislature for any reason including health issues such as COVID.  Free, FAIR and secure.  Fraud should come with stiff penalties that should include full recounts, and if appropriate revote.

Cathy Johnson

Concerned Voter

Houston, TX

Passage of this bill equates to voter discrimination. Evidence show scant voter fraud in Texas elections. This is a blatant attempt by the GOP to suppress the votes of minority voters in Texas. The right to vote is guaranteed in our Constitution. Republicans should spend more time protecting Texans from mass shootings than trying to strip citizens of their rights

kimberly shambley

self; lawyer

dallas, TX

HB 6  is a commendable start by the House, and can further be improved upon by:

    Require voter identification for mail-in and absentee ballots
    Routine verification of voter rolls and new registrations

David Thompson

Self/Education

Houston, TX

Printed on: April 9, 2021 11:06 AM

Against

Gabriela Ahlheim, Mrs

self

Azle, TX

I am an Ex-Californian who witnessed with my own eyes the voting flaws in my once home state of California. I can tell you firsthand that ballot harvesting was a gold mine for many Democrats in California to ambush our election system. They use every union group member to go out and collect ballots in favor of their Democrat candidates. They have been very successful with this system in California and now seek to roll it out to the entire nation. I have also witnessed people receive more than two ballots, one with their maiden name and another with their married name. California's sanctuary state laws have allowed many illegal aliens to obtain driver's licenses and many know how to work the system to obtain social security numbers too. This easily opens up the ability for illegal aliens to vote. In the City of San Francisco, CA non-Citizens are allowed to vote in school board elections. If we don't clean up our election system in Texas we will end up like California. Our family and I did not pack up everything to sit idly and watch Texas go to waste. I urge you to vote yes on HB 6 and protect election integrity laws.

Amanda Braddy

self - Video Editor

Cypress, TX

I'd like to register my opposition against the proposed legislation. Why is our state government wasting time on a bill like this to make voting HARDER for its citizens? There is absolutely no reason to eliminate all of the accommodations that made voting in 2020 easier and, quite frankly, more pleasant than it ever has been in the past. Things such as drive through voting, extended voting hours, extended early voting made voting more accessible.

Unless the point of this is to try and make voting a chore, to try to restrict access of voting so that fewer people do it. And whoever is reading this and thinking "voter fraud", just stop. It's been disproven again and again and again and again. Voter fraud is not the issue at stake here. The issue at stake here is that the state of Texas doesn't want its citizens to vote. So vote against this law, and stop wasting time with pointless things like this, and maybe, I don't know, actually put rules and regulations to fix our power grid? Just a thought.

Cheryl Lamb

A registered Texas voter

El Paso, TX

Voting rights should be expanded. The increase in voters during a pandemic PROVES that easier access instills the will of the people and their Constitutional Rights to a FAIR election. There has been NO basis for claims of fraud that would allow this obtuse bill to be passed.

Melissa Bill, Mrs.

Self

Fort Worth, TX

I am in favor of restoring integrity to elections by preventing fraud with Bill HB 6.Our presidential election was NOT investigated, evidence ignored and we are now  living the consequences. It is shameful that our freedoms have been taken away because the Constitution is being ignored. We have imposters in the White House; dangerous! Please stand with our forefathers and restore this country!

Crisarla Houston, Esq.

Printed on: April 9, 2021 11:06 AM

Self, Attorney

Waco, TX

The Texas legislature's efforts to make it harder for Texans to vote are unconscionable and should cease. If changes are made to the voting procedures, those changes should go further to lift impediments to voting. Voting is a fundamental right in our democracy. Voters are watching you all over the state and nation. We will unite to vote you out of office if you support this egregious attack on voting rights. It is clear that your efforts to pass laws that make it harder for Texans to vote are aimed at people of color who do not typically vote Republican. This assault on Texans' voting rights for these baseless and unjust reasons will be remembered at the polls. Remove impediments to fair and impartial elections if you do anything to change Texas laws on voting. Cease this disgraceful effort to suppress votes, and accept that the will of the people will be expressed at the polls regardless of whether you agree or disagree with the people. Voters will become more educated and motivated to protect their interests at the polls. Voters will not be bullied or silenced. We have a right to vote and to participate in this representative democracy. Do not pass unjust laws to hinder our ability to vote. We are watching you and are ready to stand up for our right to vote every time the polls open. Thank you for your time and consideration. Please do the right thing and stop all efforts to make it harder for Texans to vote. You have a moral obligation to do the right thing.

Christopher De La Torre

Convention of States

Leander, TX

States like Nevada have thousands of false voter information with no liability or integrity to change their mistakes. Criminal charges should ensue if that were to happen to here or anywhere.

Maria Cavazos

Self

Houston, TX

Good Morning to all Committee members,

I am writing to support bill HB 6. This bill is the core foundation of what a Successful and legal voting process should consist of.

This HB6 Bill will help Enhance and protect Election Integrity in future elections.

As a citizen of Harris County whom worked as an election Clerk in the 2020 General Election this HB 6 Bill focuses on strengthening the ballot box, increases penalties, and creates criminal offenses.

Jill Carley

Self

Cypress, TX

Like many after the November 2020 election I do not want to vote again. How can we be certain our hotel will count and not be changed? Please keep voter ID and cut back mail in votingto those that only need it.

The 2020 election was a shit show!

Kristi Meno

Self - HR Manager

Porter, TX

As a poll watcher in the November 2020 election, I saw questionable activities in my polling place and know that other Harris

Printed on: April 9, 2021 11:06 AM

County GOP poll watchers experienced over 30 types of fraudulent activity at the polls in our county.  We must make the outcomes harsh and certain to ensure we stamp out voter fraud in our Texas counties.

Charly Spiker

Self

Austin, TX


OPPOSE


Krista Keosheyan

self

Austin, TX


Please do not make it more difficult to vote in Texas! We must make it easier for all eligible Texans to access the polls. Other states like Colorado & Utah have ALL ballot by mail & they have been doing it successfully - WITHOUT FRAUD - for years. It's apparent in HB6 that Texas Republicans are trying to suppress the votes of Texans in urban areas because these areas have more Democratic voters. The totally unnecessary restrictions of HB6 & SB7 will impact voters of color more than white voters AND the restrictions are based on false information regarding voter fraud. Laws should NEVER be made using false information. Please reject Jim Crow style voter suppression tactics using unproven, debunked conspiracy stories instead of evidence and facts. Please do not pass this terrible bill out of committee. Thank you.


Michelle Austin

self/HR

FRISCO, TX


Please pass and support election integrity.  Fraudulent voting is not the standard to obtain, it's the behavior of a thief.  Theft is a crime and criminal voting should be treated a the criminal activity it is.


Dennis Botkin, Quality Engineer

JBS

Richardson, TX


I oppose the HB 6 Bill for the following reasons.


True Texas Elec tions' mission is to ensure that computerized vote counting is done legally, transparently, and accurately so that our v otes are counted as we cast them.


While we really like most of House Bill 6, we strongly oppose it because it gives the Texas Sec. of State unprecedented power to make "alterations" to elec-tion laws and rules. See page 20 of the filed bill.


HB 6 wins the Most Unconstitutional Bill Award.


The Texas Constitution Article 1 Section 28 clearly states that only the Texas Legislature can suspend laws. No public official can waive or suspend laws.


The Texas Government Code Chapter 2001 clearly states advanced public notice and public comment are required to adopt or change rules.


Douglas Winkler

Printed on: April 9, 2021 11:06 AM

Republican voter

Deipping springs, TX

No harvesting votes Thru mail in ballots

Donna Walden

Self

Houston, TX

I am in favor of this bill to strengthen election integrity.  I feel it could be an even stronger prevention if voter ID was included in all aspects of the voting process. Please consider that as well.

Mark McCaig

Texas Republican Initiative

Houston, TX

Texas Republican Initiative strongly supports HB 6, which will ensure the integrity of Texas elections. HB 6 will ensure that every legal vote counts, and that legal votes are not diluted by votes cast in a fraudulent manner. This bill in no way limits the right of an eligible voter to cast their vote, nor does it disenfranchise eligible voters. We thank Chairman Cain for his leadership on this important issue.

Stella Cobbin

nAACP

Katy, TX

Voters should have the right to vote by mail, drive through, early voting, and voting should be open longer times especially to allow people to vote.

Larry Williams

US Citizen

Katy, TX

Against HB6

Linda Nelson

LINDA Nelson's extended family

Westworth village, TX

I am in complete agreement with HB6. This must be done to save our country from a total corrupt takeover of our country and sate. Thanks, LINDA Nelson

Margaret Eden

self-publisher

McKinney, TX

We must have election integrity and ethical behavior among all people involved in our election process or we will no longer have

Printed on: April 9, 2021 11:06 AM

a country.  Please, for the sake of everyone bring this bill to the floor for a vote "yes" for election integrity and the preservation of ballot box.  We should vote on paper, maintain chain of command and retain all ballots.  No mail in ballots w/out prior request. Deadlines for ballots observed, only citizens with ID may vote.

Lucas Land

self

Waco, TX

There is not enough evidence that voter fraud is a widespread problem that actually effects the outcome of elections. The real problem is voter suppression and preventing eligible citizens from being able to vote. Instead of wasting time with these bills meant to restrict and suppress voting there should be bills making it easier to vote, providing a national holiday, same day registration and expanding voting centers to make it easier to vote. This is an attempt to suppress the vote especially of minorities and should be dismissed as unconstitutional and racist.

Cyndie Phillips

Self/retired

Magnolia, TX

Thank you for fighting to strengthen Texas's election laws. Please also consider adding these provisions to HB 6:

Require voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Respectfully,
Cyndie Phillips

Janis and Kenneth Friedrich

FTP

Doss, TX

We oppose this bill because it gives too much power to one person and takes away power from the Texas legislature; please rectify the bill by removing waiver.  Thank you for your consideration.

Diana Zarzuelo, Mrs.

Self

Houston, TX

There is zero evidence of an issue with fraud in our voting system. This bill prevents 21st century access to voting. This is a political mistake. You are behind in the times and it will result in your ultimate downfall. HB 6 is ludicrous and you should be ashamed of wasting time and energy on this instead of fixing government and doing the job people really need from you.

Shellee Adkins

Self

Huntsville, TX

Strengthening poll watcher protection
Bringing about transparency by utilizing technology throughout the electoral process
Requiring a voter verifiable paper trail
Limiting the most common fraudulent practices and opportunities for fraudulent practices

Printed on: April 9, 2021 11:06 AM

Providing better and more timely evidence in investigations into alleged voter fraud

Kathy Turner

Self, retired

McGregor, TX


Support this bill


Velvete Rojugbokan

Self -?Registered Nurse

Highlands, TX


I need easy voting
I'm 70yrs old
I'm in cancer treatment

Mary Corbin

HCRP

Houston, TX


Require voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations to vet and verify the status of each voter record based on, at a minimum, the criteria:
- Life status, such as age, residence, sound mind, living or dead
- Legal US citizenship (not the freely granted and fast path US citizenship for illegal immigrants).  Use the REAL ID ACT, DHS, plus vital records.  Tools to automate and frequently access these tools to keep the data up to date and mark voter records active and not active, then archived.
- If student out of state, ensure student votes only once.
Restrict curbside voting to the real reasons.   No drive through voting.  We witnessed voters abusing curbside voting because of COVID.
Even with a procedure, make it a law that the tabulation system is fully air-gapped and secure from outside interference.  Ensure both parties at the tabulation center.  Control adm/root access to the systems and have both parties overlook adms and root users at all times.  No external devices allowed.  Finish counting the night of the election.


Mary Corbin

swe

Houston, TX


- Limit the number of early voting dates.


Paul Breaux, Mr

Concerned white voter

Leander, TX


We need to be encouraging democray in texas instead of suppressing it.
Make it easier to vote instead of putting up roadblocks for political reasons.


Anna Bartosh, Pct  chair 230


Printed on: April 9, 2021 11:06 AM

San Angelo Republicans women

San Angelo, TX

I have worked electrons for years and no one has been denied the ability to vote. We need to ensure the integrity of our elections. Require a photo ID, no drive through voting, no ballot harvesting, no drop boxes and restrictions on mail in voting. I am in support of H B 6 and safe and secure elections.

Roberta Rincon, Dr.

Self

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Gregory Kemp

Self, engineer

Austin, TX

This is an obvious attempt at voter suppression. We should be looking for ways to make it easier to vote, not more difficult. I am strongly opposed to this measure.

Cindy V Fountain

self/merchandiser

Cleburne, TX

Good morning,

I'm Cindy Fountain, and I live in zip 76033.

I want to register my opposition to HB 6. The crux of this bill is that it does not foster fair elections, nor a democratic society. It makes voting harder for our most vulnerable citizens, and it makes it harder for citizens, like me, to take an active part in the electoral process. I've been a volunteer deputy voter registrar and election monitor, and an elections worker, for almost 15 years. Voters, election workers and volunteers are needed to make elections fair in a democratic society, and, again HB 6, is in direct opposition to this.

Thank you for taking my comment and then acting on it for a free and fair democracy.

Susan Bynam, Ms.

Self/Asst Dean/Higher Ed Administrator

Houston, TX

I view this bill as being more harmful than good, as it presents tactics to suppress votes, particularly in African American communities.

Not in favor.

Veronica Collazo, Dr.

Self

Printed on: April 9, 2021 11:06 AM

The election process should be made easier and not harder to facilitate the participation of all eligible voters. It is unconscionable to impose restrictions on the voting process that limits participation in the election process.

Taylor Bazajou

Self

San Antonio, TX

House Bill 6 is fundamentally anti-democratic, anti-voter assaults on the right to vote. Last year's election showed that we can increase voter turnout and keep our elections secure if we adopt common-sense reforms. Instead, Jim Crow tactics such as ones in this bill are trying to make it more difficult to vote.

Texas is already one of the hardest states to vote in in the country. Legislators on both sides of the aisle should be expanding the right to vote, not restricting it.

Voting rights are the bedrock of our democracy. The state should be doing everything it can to ensure every eligible voter can cast a ballot, instead they want to restrict access. Last year's increase in voter participation shouldn't be seen as partisan—it should be seen as good for our democracy. This bill is dangerous, anti-democratic and must be blocked.

Evelyn Montalvo

Republican Women of Katy

Richmond, TX

Please include photo ID or some type of verification for persons requesting ballots by mail. GA just passed such legislation.

We also need scheduled maintenance of Texas voter rolls. We need Proof of citizenship for people who register to vote. Those who are registered by Deputy Voter registrars or submit directly to SOS or elections (do not go through DPS) are not currently required to provide proof of citizenship.

There are three federal databases that track non-citizens. They are e-verify, SSOLV and SAVE. Texas voter rolls can be run against these three databases to screen for non-citizens currently on Texas voter rolls.

Angelika Hoeher

Self/retired

Lorena, TX

I wholeheartedly support HB 6. Thank you Chairman Cain and the 39 other Representatives who have signed on to this bill!

I am a naturalized citizen and I take great offense at reports of election fraud, particularly fraud that facilitates the vote of foreign nationals. I believe that voting is a right granted only to legal US citizens and is not to be diminished through practices such as ballot harvesting, illegal voter registration and unauthorized use of mail-in ballots. The 2020 general election has shown the public the extent of election fraud in the United States.
 HB 6 includes several provisions that will enhance election integrity in the state of Texas. First, it mandates that the election code be uniformly and consistently enforced throughout the entire state. Furthermore, it endorses the purging of deceased voters from the voting rolls through a mandated process. In addition, this bill protects the rights of our volunteer poll workers from harassment and arbitrary removal from the polling place. Finally, outlining activities that can lead to a state jail felony, is essential. I support stiff penalties for election fraud. This should include appointed and elected officials and government entities. This includes election judges. I support the expedited review of election fraud in the courts. None of the provisions in this bill constitute voter suppression, as the Democrats imply, instead they constitute the rule of law a foundation of our society.

Thank you for your hard work on this bill. I support a positive vote on HB 6 and a move to send it to the calendar committee for

action.
Angelika Hoeher

Mariah Boone

Self, mother

Corpus Christi, TX

We lost my daughter Mimosa in April at the age of 24 to the complications of treating a terrible rare disease that had caused her to become very disabled in the last couple of years of her life.

Mimosa voted for the first time on her 18th birthday and from that point on, for the rest of her short life, she never missed a single election. She personally registered thousands of people to vote in her years as a volunteer deputy voter registrar. One of the very last places we went together before she died last spring was to vote. Voting meant so much to her.

That last time we went to vote, Mimosa was on oxygen, she was in a back brace for the two places where her back was broken, she could not walk and could barely transfer in and out of the wheelchair (with a lot of help). She was in constant pain.

She insisted that we vote, though.

She could not have done it alone. She could not have done it without accommodations. She could not have gotten anywhere without our help at that point. When we got to the poll, I had to go in and get the poll worker who had to come out and help her to vote curbside.

HB 6 makes it harder for people with disabilities to vote. It puts in place onerous , expensive documentation requirements for folks to get disability accommodations to cast their votes. It threatens people who help people with disabilities to vote with criminal prosecution if they accidentally mess up any part of the procedure. These provisions disenfranchise voters with disabilities by putting unconscionable barriers in the way of their ability to exercise their right to vote.

Please do not disenfranchise voters like my daughter was, who care so much about being good citizens and deserve to have their voices heard. Please vote NO on HB 6 to protect the voting rights of people with disabilities.

Lynn Wilkinson

Self

Austin Travis County, TX

HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers. I urge you to vote against this bill. This bill makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted. I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.

Mary Fallert, Mrs.

Self

Crandall, TX

Please remove the waiver attached to the bill.  This is a great bill and I give it my support EXCEPT the waiver regarding Secretary of State being allowed to suspend or alter the election laws.  No one except the legislature should be allowed to suspend election laws.  (Page 20of the bill), according to the Texas Constitution.
Thank you
Mary Fallert

Cornelius Booker
Printed on: April 9, 2021 11:06 AM

Fort bend county

richmond, TX

This is voter suppression tactics and I refuse to support anyone who moves to pass this Bill.

joan meza

self

Bacliff, TX

It is imperative we  make changes to keep elections fair for the citizens of Texas. Photo ID should be required, no drive thru voting, no ballot harvesting, no drop boxes, and mail -in voting should have restrictions. There are even more issues - but we need to make our elections safe & secure for all - no matter your race, color, or creed.  It is a joke that we need photo ID at pharmacies and recreational theme parks but not to vote, Same day registration and ballot harvesting are both desired by some to afford opportunities for fraud.   A repeat of past fraud which has gone without consequence will totally destroy the publics confidence in our system and the persons whom win these fraudulent elections.  When we have a population that has no respect for or confidence in our government we will see dire consequences.

Dynisha Klugh

Self

HOUSTON, TX

I'm opposed to HB 6 and any similar bill that seeks to suppress the votes of African Americans. Do not pass HB 6.

Katharine Samaniego

Self, records analyst

Austin, TX

Stop voter suppression! Voter fraud is a distraction, not a real problem.

Jeanette Rebold Rost

Self retired

Weir, TX

I object to waiver(s) allowing Secretary of State to void elections laws and regulations.

Charles Simmons

self

Houston, TX

I agree with this bill because it is necessary to:

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Bans ballot harvesting
Increase poll watcher access (improved transparency)


This bill is a commendable start by the House, and can further be improved upon by adding:
Printed on: April 9, 2021 11:06 AM

Require voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

We must stop the rampant election fraud that exists, stop the thought that it is OK and has no penalties, and prosecute voter fraud.

Carolyn Salter, Dr

Self, physician in private practice, former Mayor of Palestine, Texas; former Congressional Candidate

Palestine, TX

Oppose this bill. Please. Passing this bill creates an injustice where there was none before.  This bill is meant to intimidate voters both of color and the aged and disabled. There is no meaningful voter fraud in Texas although I personally know Republicans who voted by mail illegally for convenience and thought nothing of it.  It may exist but Texas has enough problems so maybe if Republicans started addressing problems instead of catering to the rich and corporations, The GOP would not have to cheat to win elections. 72% of Ken Paxton's voter fraud prosecutions target people of color.  This is a new Republican Jim Crow law. However, the Republican party candidates here in Anderson County openly talk about harvesting votes from nursing homes. A lot of Republican seniors have died or become so housebound that mail in voting will be the only option. Most are not technically disabled. I would love the doctor's note part of this bill. I get to decide? Terrific.  If passed, this will be a powerful tool to use against the vote harvesting going on with Republicans in East Texas. Pass it and see how it motivates people to get to the polls and kick out incumbents!

Reuben Leslie

self, retired

Austin, TX

I strongly oppose HB 6 and urge that it be withdrawn. Altogether, it would make it harder, not easier, for all voters to vote; and it would practically make it impossible for some who lack reliable transportation, Internet access, and postal service, all at additional taxpayer costs and inconvenience to voters.

Mika Ryan

Self, Retired

Southlake, TX

Election fraud MUST be rooted out throughout the state of Texas with enforceable legislation/laws to protect those of us who are honest and believe only LEGAL votes should count.  Violations need to be treated as a felony!

Nora Zaizar

Voter

Kerrville, TX

*******ACTION ALERT*********

I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.

Inda Simmons

Self

Houston, TX

Please pass this necessary bill to:

Printed on: April 9, 2021 11:06 AM

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Bans ballot harvesting
Increase poll watcher access (improved transparency)

We must stop denying that election fraud exists, prevent it and prosecute it.

Bill Penn

self   music agency

BUDA, TX

I support HB 6

Kristin Hayes, Dr.

Self, teacher

San Antonio, TX

OPPOSE

Liz Biesel

Texas Eagle Forum

Dallas, TX

Everyone should input this message:  Election Integrity Reform is THE legislative priority.

Very little 2020 election fraud was investigated and prosecuted.  Some are in denial about failures to identify election fraud in Texas, including the use of computers.

We are fed up with "go along to get along" "business as usual" state politics.  Who is our Champion?  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems and logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever!

1) 100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2) Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3) Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Printed on: April 9, 2021 11:06 AM

4) Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties: fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.

Armistead Burks

Self Real Estate Developer

Houston, TX

I'm opposed. Stop trying to suppress the vote!

Frank Holman, Citizen

Self

Austin, TX

Recommend changes:
Allocate monies from civil penalties collected from election law violations to state departments that work as kogs in the election integrity wheel. (SOS specifically for verifying/cleaning voter rolls, TX AG attorneys specifically to investigate & prosecute election law violations/fraud, etc.)
Outline specific felony penalties & enforcement mechanisms for any elected official, appointed person(s), &/or admin tasked to oversee/work in TX elections not performing their duties.
Eliminate outside money such as Mark Zuckerberg did here in Texas.
Provide poll watchers training.

I am for the Bill

Thomas Lancaster

Self (architect)

The Woodlands, TX

If you are going to do this correctly, you must require a voter ID for everyone, including who vote by mail, or by absentee ballots. (Actually, I think all voting should be done in person.) Also, the existing voter rolls need to be verified on a regular basis, since there have been too many recorded instances of voting by people who have passed away, or who have moved elsewhere, or who have recently registered under false circumstances, etc.  - Thanks!!!

Mary Favret, Mrs.

-- please select a prefix --self

The Woodlands, TX

In my opinion, I think you are overstating the problem of election fraud.  Again, just because someone accuses a voter of something does not mean it occurred.  We are all innocent until proven guilty.

Xochitl Martinez, MS.

Myself

Austin, TX

I am writing in opposition of House Bill 6.  I am very concerned how this bill could impact my elderly family members and family members with disabilities. Mail in voting had been their main voting method for years. House Bill 6 appears to put additional hurdles in the way by potentially making it more difficult to obtain a ballot application.  Additionally,  I'm concerned by the language in the bill which could be nuanced enough to open pathways that may potentially criminalize currently normal

and effective practices. This bill along with Senate Bill 7, have presented to be tactics to make voting ever more difficult for elderly Texans, Texans with disabilities, rural Texans, young voters, and marginalized voters. I truly hope thsy you view these bills with empathy for all Texans because all of us, no matter political affiliations, deserve access to voting. Thank you.

William Bartosh, Dr.

Self

San Angelo, TX

It is imperative that ELECTION INTEGRITY be mandated for the public to have faith in the institutions of our Texas government. Therefore, I am stating
My STRONGEST opinion that a photo ID must be presented to vote, that drive through voting NOT be allowed, No ballot harvesting, and No drop boxes.
Our Country , during this last election, has gone so far off center that our election process is in peril. Why should Citizens bother to Vote at all if they believe their vote will be changed by electronic machines or diluted by fraudulent mail in ballots. THE WORLD IS LOOKING TO THE USA FOR LEADERSHIP AND THE USA IS LOOKING FOR TEXAS TO TAKE A LEADERSHIP STAND ON THIS FOUNDATIONAL ISSUE

Davis Davis

Self/Retired

Gilchrist, TX

Good morning, I am writing you asking you for support for the following Bills.

HB 6- There is no logical reason to continue to carry the deceased among our voter roles, serves no purpose what so ever.

HB 2057- Precinct Chairs should be able to work through the election, changing the date aids us in that endeavor.

HB 2157-It is not unreasonable to ask a person what county they live in when casting a provisional ballot.

HB 2318-On a ballot with more than one political entity and with more than one proposition,
it helps voters to be able to distinguish between the propositions by using a unique
letter for each.

HB-2640- If a uniform date is made for elections it will make for a smoother and faster election.

HB 3285-  A voter has the right to select an interpreter, but if they don't have an interpreter
the election official should be able to select an interpreter so they can communicate
with the voter.
It makes sense that the voter be able to have someone other than her boss, agent of
her boss or labor union. The voter should be able to vote independently of
employment. This protects the voter from retaliation and allows the voter freedom
to vote however they choose.
The voter should be able to have assistance voting and the person assisting should
be identified to protect the voter.

All of these bills are common sense bills and will help to ensure a free and fair election for all involved.

James Witcher

Self Small business owner

Austin, TX

I vehemently oppose HB 6.  This is some Texas size bullsh*t right here. The premise is false-voter fraud is not a problem in Texas

Printed on: April 9, 2021 11:06 AM

and the intention is repugnant-making it harder for citizens to vote.

Naomi Narvaiz, SREC SD21

Republican Party of Texas

San Marcos, TX

As a legal citizen and voter; I am asking for your support of HB6. Election Integrity was selected as the most important issue for republican voters at our republican state convention.  It is important to identify who is voting in our elections.  Cleaning voter rolls and removing deceased individuals and individuals who have moved would assure voter integrity.   Ballot harvesting should not be normal practice.  Any individual who is opposed to securing our elections or election integrity does not have the best interest or outcome of our elections.  Our vote is the most solemn civic duty we have and it should be case with care with the assurance that each of our votes are counting.  In 2017, 1816 votes were not counted in Hays County. My husbands, my sister in laws and several of our friends votes did not count.  Each of these individuals took time to go cast their vote trusting that their vote would be making a difference for their chosen candidate and it was extremely discouraging to find out that their votes were not even counted.  Thank you for your time and support for HB 6.

Julie Beckman

Self; Copyeditor

AUSTIN, TX

I oppose HB 6. This bill would financially burden local governments, elevate partisan poll watcher power above election official authority, create new costs for disabled voters, and increase burdens on voters with disabilities to access assistance at the polls.

Camille Eckersley

Self

Bluff Dale, TX

It is imperative that we keep the integrity and preservation of our elections at the ballot box. I believe we need stronger criminal penalties for those who knowingly and willingly creat fraud or illegal actions. They need to be held accountable for their actions and not allowed to work in any elections in any state ever again. They're MUST be held accountable.

Joyce Stimpson

Self

Waco, TX

Do not pass this bill. There is not a suitable definition of "watcher " which appears to be intimidator in charge. The implicit and explicit authority to determine how ballots are being determined leaves too much room for conjecture.
Early voting only on the election  day is an oxymoron, under the discretion of the watcher? This bill is obviously designed to suppress minority voters and to legalize overseers to disrupt fair, Open, and equal voting rights.

Andrew Cobb

self

Houston, TX

I fully oppose HB 6 by Cain.  It will ultimately restrict voting access and lower voter turnout.  There is very little evidence of fraud and it's really this bill that is fraudulent.  Please oppose this.

Betty Gerlach

Printed on: April 9, 2021 11:06 AM

Self

San Antonio, TX

The right to vote is sacred. Anything that can limit citizens that right is criminal. I'm old enough to remember the poll tax. I've seen the Voting Rights Bill enacted. Now I see a group of people who want to restrict that right. It makes me sad and mad. The more people who can vote, the more democratic our country.

LuAnne Hobbs, Mrs.

Self

Dallas, TX

As a poll watcher in Dallas County I personally witnessed election judges allowing illegal ballots to be cast.  Voters who did not surrender  mail jn ballots were voting regular instead of provisional ballots.  I was obstructed from viewing at El Centro West whenever I mentioned a voting infraction to the judge.  Also witnessed Voter allowed to vote without proper ID.  We MUST protect the integrity of the ballot.  Each ballot must be accounted for, shorten election cycle (polls were empty most of the time-rarely if ever a line) and Election Day must be consecutive with a few days of early voting.  Thousands of votes disappeared off dallas county elections site during early voting from predominately Republican zip code.  Please save Texas and our sacred process of elections!

Ryan Lugalia-Hollon, Dr

Self

San Antonio, TX

This bill contains elements that are clearly intended as voter suppression. This is totally unacceptable!

John Elliott

Rerr County Republican Chairman

Hunt, TX

Re write, amend or strike page 20 from the HB 6

Julie C Wilson

self

Wichita Falls, TX

I support the HB 6 bill. My opinion is every legitimate authority admits that there was (and is always) voter fraud in elections. The key question is, "How much fraud is acceptable?"   We are obviously beyond that threshold with what has occurred in the November 2020 election both nationally and for the state due to illegal votes, dead voters being counted, multiple votes occurring along with other issues revealed in the last several months. Trust in elections is vital to peace and progress in our republic. Without it, the system fails. I feel the HB 6 bill will address many of our most serious concerns about election integrity in Texas and thank you for continuing to move the bill forward so it will pass and become the law.

Carrie Schweitzer

Self

Dallas, TX

Dear Committee Members,

Printed on: April 9, 2021 11:06 AM

Vote NO on HB 6.  This bill limits our democratic process and put roadblocks in the voting process.  Texas 2020 elections saw the largest turn-out of voters ever and with extremely few proven incidents of fraud.  I see this bill as irrelevant to the vast majority of voters in our state.  As a career college educator and VDR, I have helped register new voters.  They welcome the clear unbiased information by trained, approved VDRs.  Likewise new citizens are joyful to register to vote, some for the first time in their lives.  This is not interference, but promotion of democracy and an invitation to participate.

During the height of the Covid-19 pandemic, prior to November 2020, I applied for a mail-in  ballot.  This option kept me safe and healthy during a critical public health crisis.  Likewise it helped my 98-year-old father.  We must allow optional methods for voting!  We cannot predict the future and what can befall us - we must secure options such as the mail-in ballot, drive-through voting, curbside voting, etc.  We must let the people speak!

Vote NO on HB 6, and ensure voting access for all of us!  Thank you for your service.

Carrie Schweitzer

Jane Bourne

Self, Retired

Lakeway, TX


Respectfully submit these qualifiers for consideration concerning Election Integrity:     1) Have Official Election Day, not day(s), week(s), month(s);  2)Voting by Mail Eligibility only for for Military, Infirmed and Elderly only; 3) Must present Offcial Voter ID; 4) Universal Signature (Matching 100% Verification); and 5) Chain of Custody protection for every ballot.

Sean Taylor

self, higher eduction

Austin, TX


As a Texan who takes the right to vote seriously, I urge you to vote against Senate Bill 7 and House Bill 6 in committee. These bills attempt to throw up even more barriers and blocks for individuals to register to vote and cast a ballot that counts. Right now our state is facing multiple crises. This raises the question: why pursue these bills when we as Texans are still suffering through the pandemic and we still need answers and accountability from the Blackouts that froze millions of us?

SB7 and HB6 will have a disproportionate impact on young people, people with disabilities, older individuals, and communities of color. We cannot and will not allow Jim Crow tactics to suppress the vote to sneak past the Capitol under the guise of security.

I urge you to vote NO on SB7 and HB6 in your committee.

Paul Velte

Self, Attorney

San Marcos, TX


Look, let's face it, laws were broken last election, with very little consequence.  New laws won't really help much if people are willing to break them.  While any reform is a step in the right direction, what is truly needed is a CONSEQUENCE that does not rely upon the whim of a local prosecutor, because we know a Soros DA is not going to prosecute election law violations pulled off by democrats in democrat run counties.
The only consequence that has any real teeth is one that says the final tally of a precinct or county will not be counted if and when it is proven in court that election laws were broken.  That takes away the incentive to cheat, as getting caught means the effort is wasted.   It is an almost impossible standard of proof to require, as many courts do, proof that the violations "changed the result."  No more of that.  Just prove the broke the law, and make them do it over.

Marla Lopez

Printed on: April 9, 2021 11:06 AM

Self

Houston, TX

Good morning, I've followed some of the concerns and remarks of this committee this session - and as a Voter, community organizer, and constituent of Texas , y'all's priorities are attacking our access to vote is SHAMEFUL, EMBARRASSING, and it is not going unnoticed. My family and community have been affected by the voter purge of 2019 - A DEBASED AND FAILED ATTEMPT at intimidating and criminalizing voters, NEWLY naturalized voters of color from walks of like that differ yours, a white male dominated legislative body. My community lives within your districts, we are Latinx, we are Black, we are Asian American, we are Caucasian, we are disabled, we speak many languages, we are elderly - and we were fortunate to have policies and local leaders that provided eligible voters with options and access to vote their way during a pandemic following our local and state govt guidelines.

It is outrageous that certain committee members claim there is no issues with voting because of record turnout last year. THAT RECORD TURNOUT WAS DUE TO POLICIES  FROM BOTH OUR COUNTY AND OUR GOVERNOR, THE HARD WORK OF VOLUNTEERS, AND CIVIC ORGANIZATIONS. Texas still ranks among the lowest turnout states because of how complicated our voting system is; knowledgeable constituents have had to foot the labor to ensure folks have all the info and resources they need to vote their own way. As a voter that is ENRAGED at the voter suppression tactics being enacted by Senate Bill 7 & House Bill 6. I urge y'all to vote AGAINST these bills in committee and wherever else. We Texans are STILL in the middle of an ongoing pandemic made worse by the FAILURE of an electrical grid system that blackouts and led to death during the winter freeze; it is UNACCEPTABLE that our legislators are spending valuable time trying to curtail voting access and rights for Texans, REGARDLESS OF PARTY. I am personally still dealing with the damage of the storm, laws like these would make it more difficult for eligible voters like me to hold our electeds accountable for their failures.

These laws are rooted in Jim Crow-era legislation that make it difficult for communities of color, the elderly & the disabled to vote - communities that have been historically marginalized but are the first to experience the consequences of leadership's failure & discrimination in policy. We saw a record breaking voter turnout this past election cycle, REGARDLESS OF PARTY, during the most dangerous pandemic of our lifetime. We were able to maintain access to the ballot in a safe and fair manner for eligible voters, & we should not discourage further participation from our voters - that's what makes democracy real, fair, & representative of all people. These attempts, under the empty banner of "election integrity", are an attack on access to the ballot box. It's an attack on the MOST VULNERABLE of our Voters, REGARDLESS OF PARTY!!!!! Election integrity means fair and accessible policies like those we have and can improve.

Matthew Morrison

Self - Librarian

Fort Worth, TX

This bill is against reason and God; a huckster scam perpetuated on behalf of the elites who fear what would happen if every Texan who was capable of voting actually did so, as evidenced by the record turnout in the last two elections and a severe lack of any actual voter fraud they can point to as evidence that the system is broken.

Alpa Sridharan

self

Houston, TX

I am opposed to HB 6 because my favorite part of being an American is to have the opportunity to engage in civic life, through participating in  forums like this and of course voting.  My brother was able to vote with his young children in the car, my friends that work long hours were able to vote after 7 pm.  It is important we continue to encourage every person to participate in civic life and offer ways for people to access it that reflect who we are and how we live now.

Maisie Barringer

Self

Printed on: April 9, 2021 11:06 AM

La Porte, TX

Please pass this bill! We MUST protect the integrity of our elections.

Kierra Jones-Jackson

Deeds Not Words at Huston-Tillotson

Austin, TX

My name is Kierra Jones-Jackson and I am the Deeds Not Words Campus Organizer for Huston-Tillotson University, Austin's oldest institution for higher learning and it's only HBCU. I, along with my fellow changemakers, have been organizing and providing civic engagement education to the East Austin region for many years.

I am submitting this testimony in opposition of HB 6. This bill is unnecessarily restrictive, unconstitutional, and is a use of explicit fear mongering to deter young people from registering to vote.

East Austin is an incredibly unique area with very specific needs.  It is home to the majority of the city's black and brown citizens. Huston- Tillotson University  is located in the heart of East Austin right on 7th street and Chicon. My HBCU is home to just over 1,000 students of color. The very students that this bill will be affecting.

Huston-Tillotson has an abundance of programs and organizations like Deeds, committed to increasing voter registration and civic engagement in Black and brown communities. Just this past semester at HT, Deeds teamed up with NAACP to host a community wide voter registration drive. We proudly registered more than 100 people of color at this single event.  With the current health crisis and restrictions that have been placed on our everyday lives it was an event designed to ensure that the most vulnerable people in our community could still participate in the civic process.

As young activists, we recognized an issue heavily weighing on our own people and decided to create a game plan to combat this. The divine nine Greek organizations as well as NAACP have been working diligently in the community since the roots of the campus were planted. Over the years, we have hosted events like community wide march to polls, candidate panels, election education panels,  GOTV community block parties, and carpool to the polls events. In the past when states like Texas have made voting harder through unnecessary restrictions instead of providing solutions that empower communities of color to vote, organizations like Deeds Not Words, Historically black greek lettered organizations, and NAACP have taken matters into their own hands to advocate for,  and protect our communities. It is this same protection and advocacy that we are seeking from you, our representatives.  It's shameful that instead, elected officials who want to suppress our voting power file and support anti-democratic bills that would limit our participation in our elections. What I want to know is why YOU don't want MY voice in the voting booth? Texas deserves better.

Monty Parker

self / retired

SAN MARCOS, TX

We strongly urge you to pass this bill to protect the integrity of our elections.

Karen Darby

Self

Georgetown, TX

I oppose HR 6, a bill that seeks to further disenfranchise voters by prosecuting Texans for voting mistakes and inhibiting political parties, candidates, and civic groups from sending voters key voting resources, including ballot by mail applications.

The instances of voter fraud in Texas are very few.  Some cases, in fact, involve innocent mistakes that should not be punished criminally.  There is nothing inherently fraudulent about voting by mail, or about the practice of allowing political parties to send

Printed on: April 9, 2021 11:06 AM

out applications for mail-in ballots to eligible voters.  The push to encourage more mail-in voting was prompted by very real concerns about the health and safety of voters because of the risks of being infected with the Covid-19 virus.  Efforts by political parties to notify eligible voters that they have a safer option of voting by mail should be applauded, not prohibited.

HR 6 seems to be a solution in search of a problem.  Legislative resources should be directed to Texas' more serious issues, such as the disastrous effect of having a government in charge that ignores scientific facts and demonizes discrete and insular minorities instead of targeting the true cause of its problems.  Rather than hyperventilate about how many people vote by mail, the Legislature should seek to eradicate corrupt crony capitalism by instituting rational regulation of our public utilities and private enterprises.

Bensaber Boutaleb, Manager of Strategic Sourcing

Arlington, Tx

Arlington, TX

I am against this bill as a voter. I see no issues with fraud at all. Keep clear. This is an attempt to alienate other than GOP.

Nathan Willis

Self, student

Abilene, TX

I am wholly opposed to this blatant attempt to suppress the legal votes of Texas voters by making voting harder, more arduous, and more costly. The notion that past elections in Texas, in particular the 2020 general election, exhibited fraud is an out-and-out lie, perpetrated by partisan sore losers and by craven con-artists who hope to capitalize on the loudness of those aforementioned sore losers to selectively disenfranchise any many law-abiding Texas voters as they can, in a shallow-minded attempt cling to political office by scraping off any votes they personally don't like. Texas is not fooled by this. Election integrity in this state is sound, as the facts already reviewed from the 2020 general election scientifically — and unequivocally — demonstrate. The measures stuffed into this bill openly seek to increase the hardship of casting a vote, and it is abundantly clear from the rhetoric of this bill's proponents that their goal is NOT integrity or purity of the ballot box or anything else. Their goal is to grift the voters of Texas, and this bill is their counterfeit note. The voters of this state can see through the lies. Members of the House had best see that the voters are watching them with eyes wide open.

Wendell Willis

Wendell Willis

Abilene, TX

Another GOP attempt at voter suppression --no one is fooled!

Daniel Greer, Mr.

Direct Action Texas

Waco, TX

Testifying in support of House Bill 7, we welcomed these needed election integrity reforms following the circumvention of state law during the 2020 election.

Chairman Cain is to be commended for his amendments to the introduced version of this measure, especially removing language centralizing power with the Secretary of State to alter and administer elections.

Where the Secretary of State is granted more responsibility in election administration this session, it should be in addition to local authorities, not to their exclusion. We must ensure Texans have checks and balances in place and are afforded the most responsive government possible. This principle of access would be violated by further consolidation of responsibilities in an unelected and,

Printed on: April 9, 2021 11:06 AM

in our extensive experience, an unresponsive office.

We look forward to additional bills coming before this committee and the body as a whole for consideration to address additional shortcomings in our election code.

Amorae Times

Deeds Not Words at Prairie View A&M

Austin, TX

My name is Amorae Times and I am a student at Prairie View A&M University. I am a #Changemaker with Deeds Not Words and I am here in opposition to HB6, a very dangerous and restrictive anti-voter bill. Many factors go into a citizen's access to the ballot. This bill proposes to prevent local election officials from distributing vote-by-mail applications, block third party groups from distributing vote-by-mail applications, restricts vote by mail eligibility only to people who physically cannot enter a polling place, and those who qualify as eligible for vote by mail, have to provide medical documentation to officially be deemed eligible for vote by mail. These proposals alone challenge many communities in accessing the ballot. Texas has many rural areas in which it can be challenging to access polling locations without traveling far distances. This can specifically place an undue burden on low income Texans, who do not have access to transportation. Additionally, only allowing Texas who are physically unable to enter a polling location, and mandating medical documentation places an undue burden on low income Texans and Texans who simply do not have access to healthcare, as this almost completely bars them from voting. Other restrictive proposals have been made such as granting the attorney general- nearly unlimited authority to go on a witch hunt of suspected voter fraud. This gives a dangerous amount of power to the attorney general, and can impact eligible voters. Lastly, this bill puts parameters in place to strictly take away some of the autonomy local election officials currently possess such as halting local measures to facilitate votings and imposes legal criminal penalties for any mistakes made. As a student leader at Prairie View A&M University, I have become familiar with students of color who plea to have accessible polling, and representation that represents our population and interests. Students at Prairie View A&M University have been involved in multiple lawsuits regarding access to polling and voter suppression, with a notable case being Symm v. United States, 439 U.S. 1105 (1979). Most recently, my classmates, along with the NAACP Legal Defense Fund are in an ongoing lawsuit due to voter suppression in the county in which the university resides. Although myself and many other students are not participants in this lawsuit, we have experienced voter suppression first hand. Prairie View A&M is on the land of a former slave plantation. As the University has evolved over the years from a small agricultural school, to a university filled with some of Texas' brightest students, one thing has remained the same; Black peoples struggle for equality. The place in which many first generation college students are fulfilling their ancestors wildest dreams, also doubles as a reminder of the prevalence of the ongoing fight for equality. HB 6 is everything students at Prairie View have been fighting against for decades. Please Vote NO on HB6.

Beth Biesel, Election Integrity Chair

Texas Eagle Forum

Dallas, TX

Very little 2020 election fraud was investigated and prosecuted. Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

Printed on: April 9, 2021 11:06 AM

Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Timothy Chu

Self

Houston, TX

This is not necessary. It's a waste of taxpayer dollars and disenfranchises voters. It is clearly subverting the will of the people and does nothing in the name of recognizing the shifting electorate or best representing Texas's constituents.

Scot Baker

Residential

Houston, TX

I am in full support of hardening our elections.

Carla Birk

self

Leander, TX

I am writing in support of HB 6 and all improvements to election integrity.  I have worked for many years as an election judge, poll watcher, EVBB member, and central counting judge.  In the November 2020 election I witnessed actions that deeply concerned me in Travis County.  As a poll watcher at Central Counting I was not able to watch the transfer of the voting media. The memory sticks were carried unsecured in hallways where watchers were not allowed.  The pouches were opened in a room where watchers were not allowed.  We were forced to view 10-30 feet away from the counting activities in a separate room.  The computer monitor was intentionally turned off so watchers were unable to see the tabulation.  Memory sticks were left out on a table, and the Central Counting manager intentionally left them on the table even when I asked (through a glass window) for her to put them in the safe, and this occurred after the presiding judge left the counting station.  The mail ballot bins are locked, sealed, and both judges sign a report, but the memory sticks are passed around through many hands, often outside watchers' view, and not sealed in numbered bags as is done with other equipment and ballots. I strongly support better security and handling of digital voting media and ensuring that poll watchers can perform their duties by being allowed to watch the transfers and be within 3 feet of activities to properly see, hear, and speak in real-time.   I strongly support penalties for failing to follow the TEC because the county fails to follow it, but there is no recourse as the SOS will only investigate criminal matters.  It is expensive for the candidate or party to have to bring a lawsuit just to get the County Clerk to follow the TEC as was done in Travis County in November.  I also support the instructions to the state's attorney and courts to hear election cases in a timely manner because too often the claims are considered moot because the election is over. Ensuring that voters are not coerced is essential, as is preventing fraudulent voting, and I support increased penalties.  Also, penalties for election officials are needed for those who

Printed on: April 9, 2021 11:06 AM

ignore the TEC as we saw in attempts in Texas to mass mail ballots, to create drop-off ballot locations, to ignore signature requirements, and similar efforts to defy state election law in such ways that reduce the legal safeguards thereby creating lost faith in the integrity of the elections.

Julie Dillon

Self

Grapevine, TX

We have to get election integrity under control!!!voter ID and legal citizens only voting!!! Listen to the people of Texas

Terry Putnam

Texans4Truth

georgetown, TX

I support this Bill! It does need strengthening to eliminate the ability of the Secretary of State to issue waivers to any Texas election law or regulation.

Jalil Cantarero

Self

Houston, TX

The fear of losing power and influence weighs heavy on those who believe they are leaders. The House of Representatives is to be reminded that they are not leaders. They are representatives of the people who use their voice and want to be heard. Election integrity is a worthy cause to advocate for and I appreciate the concern for ensuring the community is heard clearly without the noise of interference. One small yet important aspect to advocating for this is know where the supposed infraction is taking place. Communication has been sent and received by the highest powers of the land, and above this House, that there is no real issue with interference of ballots or fraud in the united states. The desire to impose these criminal penalties, offenses, and restrictions as a reaction to a historic turnout of voters does not go unnoticed and would seem to be influenced by personal bias, agendas, and most likely, fear. The fear of change in a state where the people have historically advocated for themselves to a point where we have separated ourselves from the country and garnered the title "LONE STAR STATE" for doing so. We are a state that embraces change and has done so for years! The restrictions put in place by this bill are reactionary to the agenda of the proposer, Cain, who has lost what it means for Texans to want their voice heard and this bill counters that in its entirety and I would like my representatives to vote against it. Do not silence us.

John Bishop

self, consultant

Houston, TX

Nothing is more important than integrity of our elections to preserve the sanctity of democracy in Texas, confidence in our state government and maintaining a cooperative, functioning and civil society in the state of Texas. Integrity of our elections is critical for all elections impacting any elected office at any level within the state of Texas and at the national level. There are many excellent provisions in HB 6 which will help protect and improve the integrity of elections held in Texas. Additional provisions which should be added to HB 6 are to * require voter ID for mail-in and absentee ballots and * all voter rolls should be routinely on an ongoing basis verified for accuracy, eligibility and review of new, particularly last minute, registrations.

Sharon Salih, Ms.

Self, retired.

Fort Worth, TX

Printed on: April 9, 2021 11:06 AM

I am strongly opposed to this bill.

Deirdre Hoinoski

Self healthcare

Colleyville, TX

After thorough investigations and no findings of voter fraud, restrictions on voter access is suppression and unnecessary in Texas.

Laila Khalili

Avenue

Houston, TX

Voting in an election is a rite of passage for all Americans. Voting is sacred. Voting is a tool for citizens to bring a vision for their community to fruition.

This legislation does not honor voting, elections, or the people of Texas.

Our communities are diverse and have many different needs. Many of our neighbors have disabilities; their right to vote and ability to vote from their vehicle or by mail is sacred. Working class Texans, who work late nights and multiple jobs, who can't vote during the typical daytime hours, have the right to vote, and we should be accommodating them so they can cast their ballot. Having large voting centers to support many voters at once is a beautiful way to honor the right to vote, because time is precious and no one should have to wait six hours to vote in Texas.

Texas is already one of the hardest states to vote in in the country. Legislators on both sides of the aisle should be expanding the right to vote, not restricting it.

This bill is a threat to our democracy and denies our communities the right to vote.

Vote NO on HB6.

Lisa Troutt

Self

Dallas, TX

In the House Public Comment Box, use the following for your talking points. We need 5000- 10,000 comments to be submitted. Rally the Troops! "Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

    1)    100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

    2)    Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap

Printed on: April 9, 2021 11:06 AM

between early voting and election day or early release of data, Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day. Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3)    Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4)    Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.   We DEMAND that federal

Matthew Monagle

Self, Financial Services Marketer

Austin, TX


In October 2020, Northern Illinois University released a study that identified Texas as the most difficult state for individuals to vote ("How hard is it to vote in your state?"). In a just world, this statistic would be a source of shame for our lawmakers, one that drives immediate election reform. Instead, and despite an overwhelming wealth of evidence that voter fraud is a "myth" (Brennan Center for Justice), Texas lawmakers are focused on making it even harder for Texans to have their voices heard at the polls. Given that our lawmakers are taking our terrible voting outcomes and actively trying to make them worse, I'm left with two possible outcomes: either a group of well-educated and civic-minded individuals have succumbed to the most basic of election lies, or many members of the House have a vested interest in making it harder for Texans to vote. Neither option is particularly enticing, which is why I'm counting on the House to restore my faith in Texas elections and VOTE NO on HB 6.

Andrea Rader

Self. Retired. Vote in every election.

Arlington, TX


I am writing in opposition to HB6 and all efforts to make voting even more difficult in Texas. The "fraud" you allege you're preventing is non-existent, yet the reality of people having to go to extraordinary lengths to exercise our most fundamental right was apparent last November. Do not pass this bill.

Nathan Baldwin

Self

Austin, TX


I am opposed to this bill.  The burdens it will create will be larger than the problems it purports to address.  And who will bear those new burdens?  Those who already have the most difficulties voting.

Jessica Tiedt

Self, Chief Court Administrator

Georgetown, TX


This question has been asked and answered, and this bill is a flagrant attempt to suppress the voice of Texans from all across the state. Stop adding unneeded barriers to the ballot.

Printed on: April 9, 2021 11:06 AM

Matt Glazer

Self

Austin, TX

Vote No. It is unnecessary and we need to preserve the right to vote not to make it harder for people to be able to vote. This is voter suppression. Do not suppress the vote.

Betsy Dalstra

Self - Library Clerk

Baytown, TX

I want to show my appreciation for the hard work that is being done during this legislative session.  I want to encourage all members of this committee to consider the implications of any steps they take in the direction of voting legislation.  This past election was one of the safest elections conducted and whether or not more time was allowed for early voting, or whether or not voting could be done curbside or drive-thru in no way affected the integrity of the election.  Concentrate on issues such as widespread mail-out of absentee ballots or burdensome identification or sketchy signature procedures .  I also was deeply disappointed in the move to have only one drop-off box for a county as large as Harris Co.  This was definitely an impediment to voting for many people who did not have transportation or the time to travel from one end of the county to drop something off.  And because of the issue with the mail, that option was not available to many people or they may have been reluctant to trust the service.   Texas needs to move forward and consider all the people in its diverse population, not stay mired in the politics of who deserves to have their vote heard.   As a large and powerful state that many look to as a leader, we need to remember our Republican values and not give in to the popular trope that some others are espousing.  We need to lead the way into a new era of cooperation and inclusion not stay stuck in the era of fear and repression.

Leann Maxwell

self

FORT WORTH, TX

I oppose HB 6. We should be making laws that make voting easier for our most vulnerable and oppressed citizens. This bill does the opposite. Please do what is in the best interest of all Texans and oppose this voter suppression bill.

William Moore

Myself as a life-long citizen of this great state

Houston, TX

There are those who cry "voter suppression" in regard to this bill.  Such is not the case; the purpose of this bill is to maintain election integrity.  The bill only requires eligible voters to make plans to be in compliance.  We all have to make plans to accomplish things.  If I want to go to Mass on Sunday, I have to get up at a certain time, dress in the appropriate attire, gather alms for submission during the offertory, and leave the house at a certain time.  If I want to fly, I have to present an ID; if I want to buy a bottle of wine to have with dinner, I have to present an ID.  If the Democrats want to enshrine ballot harvesting, then the Republicans will have no choice but to out ballot harvest the Democrats.  If that is the future, then we are headed to the Lance Armstrong mindset:  "If everyone is going to blood dope, then I am going to blood dope better than anyone else."  Elections won't be about policies but rather about securing a victory despite the policies.  When that happens, then America will be like many corrupt countries where election integrity is non-existent.

Deborah Beck

self, teacher

Austin, TX

I oppose SB 7 because it makes voting harder for everyone, but especially voters who already have more difficulty getting to the polls because they are disabled and/or disadvantaged. It will make it more expensive and difficult for localities to run their elections. And, particularly after sixty-odd suits last fall failed to show any evidence of voter fraud, there is no reason that any of this is needed. This bill creates lots of serious problems with no clear statement of what actual current problem it would solve. This bill would set back voter access as much as the Jim Crow laws did decades ago, and its goals of suppressing voting by disadvantaged and especially minority voters are the same as those Jim Crow laws. Texas doesn't need Jim Crow 2.0. It needs TWO political parties who try to win votes by persuading the citizens of our state that their ideas are the best way for Texas to move forward, instead of bills like this that would substitute voter suppression for voter engagement and policy.

Melissa Marschall, Professor

Rice University

Houston, TX


As a political scientist, I have dedicated  my career to studying, researching and teaching about the value of democratic processes and institutions. Free and fair elections are the hallmark of democracies and instead of creating more barriers, our elected officials should be focusing on protecting voting rights and enacting laws that help underrepresented groups and disadvantaged Americans (the disabled, the impoverished, youth, etc) exercise their fundamental right to vote. It is especially important to teach our young people the importance of participating in their democratic system. They should not think of this as a privilege, but instead, an obligation. However, for many high school and college students, getting registered to vote and getting to the polls can be difficult. They go to school all day, have extra curricular activities and jobs at night and/or on weekends and often do not have their own transportation. They need expanded hours for early voting, not greater limitations. Studies show that when people start voting in early adulthood they become habitual voters, whereas those who do not enter adulthood with this experience do not. Our goal as elected officials and educators should be to get 100% of all voting age, eligible citizens voting in every election. Our democracy will be stronger and your jobs will be easier if you have an engaged and informed electorate supporting you. I urge you to vote NO for HB 6--a law that focuses on the mythical problem of election fraud and seeks to raise barriers to voting rather than reduce them. This bill takes us backwards as democracy not forward. Your constituents overwhelming do not support this bill. Again, please vote NO for HB 6.

Debra Hoch

self

Austin, TX


I think this bill is completely unnecessary.   There has only been a few issues of voter fraud in our entire state.  I have worked the polls at various locations over the past 4 years in Travis County and I haven't seen issues at the polls that would make this law necessary.  The poll workers do their absolute best to ensure integrity of our elections.  I am opposed to this bill because I believe it is trying to limit people's ability to vote and will result in voter suppression.

Patricia Garris

Self/Retired

Spring, TX


I oppose HB6 for several reasons.  First, it permits poll watchers to harass voters without penalty.  In 2018 I had a poll watcher yell at me and call me a "baby killer".  She made an assumption about my politics based on my perceived race.  If this legislation is passed, poll watchers, like her, would be allowed to continue to harass voters.

Second, the requirement to get a doctor's note to confirm a disability invades medical privacy.  It is in essence a "poll tax" because there is a fee required to see a doctor and get the requested documents.  This can be a financial burden on a population that is already under stress.

Third, standardizing polling policies across the state is ludicrous.  For the first time, the 2020 access to voting in Harris County encouraged and supported the right to vote.  Lines were short, locations were adequate and both 24-hour and curbside voting let

voters decide when and where to cast their ballots. The result was voter satisfaction and participation. Harris County and Loving County have totally different needs.

Fourth, history has taught us that voter suppression is bad for business.

There is a voting problem in Texas, and it is not election security. The problem is that too few Texans vote. The solution is to make it easier to vote, not create more voting barriers.

Carol Ortiz, Ms

Self/ retired

Montgomery, TX

I oppose HB 6. This is a very bad bill which would negatively effect all voters in Texas. We already have a sufficient system with enough safeguards in place. There is virtually NO voter fraud in TX.

Jayne Orum

self

Georgetown, TX

I am in total and firm support of HB 6. In January of this year,  US Senator Mitch McConnell stated that "Every election we know features some illegality and irregularity and, of course, that is unacceptable..."  Unfortunately, it seems that illegality has been acceptable.  We must make it unacceptable at least here in Texas, and by doing so we will shine the light of honesty and true representative government to encourage the rest of the nation. One legal vote per one legally eligible citizen must be the goal and can be the reality. Thank you.

Ruei Tuo

Self

Katy, TX

This bill is an attack on voting rights. It is anti-democratic. Using fictitious fraud claim to clamp down on people's voice is what authoritarian countries like China, Russia, and Cuba do. If this bill is even passed put of the committee, we will no longer be the shining city on the hill and has rescinded our right to claim to be the democracy the world look up to.

Susannah Brooks

self

Austin, TX

Voting rights are the bedrock of our democracy. The state should be doing everything it can to ensure every eligible voter can cast a ballot, instead they want to restrict access. Last year's  increase in voter participation shouldn't be seen as partisan—it should be seen as good for our democracy. These bills are dangerous, anti-democratic and must be blocked. Vote no on HB6! As a Texan abroad, utilizing my right to vote is one of the most important connections, beyond family, that I have to home. I want to be proud to share that I am from Texas because we protect democracy and ensure that all Texans, who are eligible to vote, can. If your politics are good and popular with the people of Texas, you shouldn't be afraid of more voters!

Don Greenwell, Mr

na

Fort Worth, TX

I support this bill, for the integrity of our elections

Printed on: April 9, 2021 11:06 AM

Michelle Copeland

Truth Warriors

Dallas, TX

We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

1)        100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2)        Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3)        Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4)        Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.  We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote."

Wesley Story

Progress Texas

Austin, TX

Mr. Chairman and Members of the Committee,

My name is Wesley Story and I am AGAINST House Bill 6. I am an Austin resident and I am representing myself as well as the organization I work for, Progress Texas. I am disappointed that the committee has refused to allow virtual testimony from Texans today, and I urge you to reconsider for future hearings.

House Bill 6 is a dangerous piece of anti-voting legislation that undermines the democratic process by preventing local election officials from informing Texans about all of their voting options. The bill specifically targets mail-in voting and would disproportionately impact voters with disabilities, older voters, college students and persons who are incarcerated.

The bill also ties local election officials' hands by giving partisan poll watchers special rights to intimidate voters and disrupt polling places. This is perhaps one of the most concerning pieces of the bill. We know Texas poll watchers have a notorious track record of intimidating Black voters and voters of color, and this bill would take us back to the days of Jim Crow when lawmakers allowed that type of activity to run rampant in our state.

The bill also attacks community organizers who are trying to help Texans vote by expanding the scope of conduct that would be considered criminal and creating new legal requirements for helping voters.

Printed on: April 9, 2021 11:06 AM

To summarize, the bill creates even more obstacles for voters and election officials to navigate, and for what? Texas is already one of the hardest states in the nation to vote in. House Bill 6 promotes a dangerous anti-democracy agenda and that's why I am urging you to oppose it, along with nearly 3,000 other Texans who have signed my organization's petition against the slew of voter suppression legislation filed this session.

Darlene Aksoy

self; retired teacher

Coppell, TX

The proposed legislation of HB6 represents an attempt at voter suppression, not voter integrity or 'purity of the ballot box'.  There is no evidence of voter fraud in Texas to support this proposed legislation.  A proposed penalty and the creation of criminal offense is especially egregious, particularly when it can be arbitrarily applied over the slightest unimportant detail such as a person's middle initial being omitted, or a street name including the word "plaza" instead of "court".  Unintentional discrepancies can be easily and quickly corrected without the threat of criminal penalties.  The threat of criminal penalties discourages volunteers from working at polling places, and can thereby create a significant downturn in the number of polling locations due to a lack of volunteers to man them, thereby further suppressing the vote, which is the actual and clear intent of such a legislative clause.  Such tactics represent voter intimidation, not integrity or purity.  Furthermore, poll watchers do not need to have full unrestricted reign over a polling location.  This can easily allow intrusion into the privacy of a person's vote.  The prospect of a poll watcher standing over one's shoulder making a cell phone video while one votes is a monstrous offense to the privacy and the legitimacy of the voting process, and is again yet another attempt at voter intimidation.  Poll watchers are able to perform their duties without such wild latitude.  To give poll watchers a position of power over voters at the polling station is ripe for massive abuse and voter intimidation.  The right to vote is foundational to our democracy.  It should not be restricted by arbitrary means such as those in this proposed legislation.  Any restriction on the right to vote is an insult and an affront to our democracy and must not be allowed.  The proposed legislation is unnecessary, it is unsupported by foundational fact, it proposes voter restriction and intimidation, it does not in any way relate to election integrity, it does not preserve the so-called 'purity of the ballot box', and it must be defeated.

Sally Stricklett

Tax payer

Cypress, TX

Look at the person next to you. How many years have you done nothing to ckean the voter rolls abd purge? How many years have you parleyed your pisitions yo inctease oersonal growth, while looking the other way at fraud? Its time to do the hard work. Secure our vote.

Debra Dennis, Sister

Self

Austin, TX

Fraud, other than the Republican party's suppression efforts, is not a problem in Texas. The extremely low number of discovered fraud cases in the last election prove this is nothing more than an effort to codify voter intimidation. We need to expand voter access not limit it. Every citizen should be able to easily register and vote. Anything less is undemocratic and all voters will reject those who chose to reject/repress voting access.

Patrick Hernandez-Cigarruista, SSG (Ret)

Self/Registered Representative

El Paso, TX

Dear Committee Members,

Printed on: April 9, 2021 11:06 AM

Thank you for your public service and the sacrifice you make spending time away from family to represent the good people of Texas.

As a U.S. Army Veteran I spent many months and sometimes over year at a time away from my family and my home, Texas.

I am sure that each one of you, having taken an oath to support and defend the constitution of the State of Texas would agree that each singular vote cast by a Texan who is also a U.S. Citizen is worth something special.

It's worth defending up to and even with our very own lives.  Many men and women have served under the privilege and burden of committing their very existence in defense of the liberties defined in the Texas and U.S. Constitutions.

I would hope, that you sitting peacefully in your home or your congressional chamber, under the safety of the banner of the U.S.A and Texas flags would honor your sacred oath and the honorable commitment and sacrifice of service members who swore their oaths with the promise that our Republic would be respected and protected by elected civilians.

I know you all will come through and be the heroes who will honor all Texans and encourage in person voting, Prohibit public officials from distributing unrequested vote-by-mail applications, Ban ballot harvesting,
Increase poll watcher access (improved transparency).


May God Bless all of you, we're praying for you.

Respectfully,

Patrick Hernandez-Cigarruista, SSG (Ret)

Megan Meisenbach Meisenbach

self

Austin, TX


Honorable Chairman and Committee Members,
I ask you to vote "No" on HB 6. This proposed law will impede fair elections. It will try to legislate the Constitution of the United States .HB 6 places an undue burden on election volunteer workers and staff by increasing criminal penalties.
Thjank you for your service.

Claudia Yoli Ferla, Co-Executive Director

Deeds Not Words

Austin, TX


Good Morning House Members of the Elections Committee,

My name is Claudia Yoli Ferla, Co-Executive Director at Deeds Not Words, an organization that galvanizes the power of young women through organizing, policy-making, art, and voting. I am writing to you in opposition to HB 6.

Shifting the balance of power in Texas and in our country– from who speaks up, to who votes and governs– begins with us. Millennials and Gen Zers, who in Texas comprise the largest and most diverse piece of the electorate, shattered turnout records in the most recent presidential election.

The unapologetic numbers show young people are fed-up and desire policy solutions. Especially in Texas, at such a critical moment in the climate crisis when freezing neighborhoods are left below the bottom line of an energy company, when minors and those seeking refuge are apprehended by border patrol, when Black and brown bodies protest in our streets with targets on their backs,  and when thousands have died from COVID-19 leaving blood in the hands of our elected leaders who have made

Printed on: April 9, 2021 11:06 AM

irresponsible decisions going against medical recommendations. If voter trends and our collective values are changing, then why are Texas youth not seeing the same shifts in our elected leadership?

We have historically and continue to be disenfranchised by our very own democracy. From eliminating polling sites on college campuses, to making the voting process easier for gun owners, young Texans deserve better than the example being set by those who claim to represent us.

Right now, the threat of the most restrictive voting rights legislation filed in the country sits in the prematurely unmasked halls of our Texas Capitol. From limiting the much needed work of volunteer deputy registrars and unnecessarily giving the Secretary of State greater authority over our local elections, to making voting by mail harder and voter purging easier, it couldn't be more clear that the number one priority in their anti-democratic playbook is to suppress our power.

Through this bill, Texas is doing everything it can to keep young voices far away from the poll. On top of that, we continue to see representatives cherry picking partisan voters and gerrymandering our electoral districts without our consent. Despite these anti-democracy, anti-voter tactics, we know it's us who have the power to shape our government, not the other way around.

We deserve elected leaders who will expand our democracy and make it easier for everyday people to participate in our elections, not the other way around.

We are the largest and most diverse electorate, and we will continue to own our collective power by organizing our communities, demanding systematic change, voting in even higher record numbers, and holding anti-voter representatives accountable.

Kurt Hyde

Myself, concerned Texas citizen

Corinth, TX

Very little 2020 election fraud was investigated and prosecuted. Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

   100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
   Early & Absentee Voting: Early voting must be eliminated or limited to no more than 2 days. End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only. Voting Absentee should only be allowed for: (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day. Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.
   Restrain Computer Usage: Computer election fraud is real. We must return to paper ballots. Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Darryl Swann

self

KYLE, TX

Printed on: April 9, 2021 11:06 AM

I need to be able to trust that my votes actually counts.  Please do whatever it takes to insure that's the case.  This bill is a good start.

Barbara Harless

self

Murphy, TX


As an election judge since the 1990s and a poll watcher at Central Count since 2016, I am opposed to HB6 as initially filed.

I must request that HB6 be amended in Sec. 276.018.  (UNLAWFUL ALTERING OF ELECTION PROCEDURES) and NOT allow the Secretary of State or other public official to waive Election Code.  The Texas Constitution Article 1 Section 28 clearly states that only the Texas Legislature can suspend laws - not other public officials.

In my county, Collin, I have observed all elections since Nov 2019 to be in violation of Texas Election Code 52.062 (consecutive numbering of ballots) and also Texas Election Code 62.009 (disarranging a supply of the ballots face down on a table so that they are in random numerical order for the voter to select, preventing an election officer or other person from ascertaining the number of a ballot selected by a voter, a.k.a. casting a secret ballot).  Collin is able to comply with Election Code, but has unfairly taken advantage of me the voter and used the SoS waivers to shirk the Code and the laws the legislature is constitutionally charged with creating.

These 2 violations of Election Code are being executed due to the Secretary of State issuing a waiver to these statutes.  Our Election statutes are scrutinized heavily in House & Senate Committees and then again on the floor of each chamber.  The SoS is not elected and should not be making law.

Otherwise, there are many elements in HB 6 that I find to be great steps toward ensuring accurate and transparent voting and vote counting in future Texas elections, for EVERY qualified voter.

Monica Carson

self

Bastrop, TX


There's needs to be election integrity when it comes to voting and my vote should not be allowed to be stolen anymore!

Tavia Hunt

Self. Sports Consultant.

Dallas, TX


I served as early voting poll watcher. What I witnessed was wrong. I recorded and submitted the details, but nothing was done. We are fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

    1)100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
2)Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be

allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3)Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4)Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.We demand that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Sincerely, Tavia Hunt

Tim Andrew Church

Self, vdr, election judge, customer service rep

Austin, TX

Stop making it harder for people to vote! This disproportionately affects communities color. There is no widespread fraud happening - it's a scare tactic to suppress the vote.

We should make it easier for people to vote, not harder!

Kathy Braatz

self, Quality Engineer

Colleyville, TX

After Texans came out to vote in record numbers in 2020, Republicans are trying to put an end to every way our election officials made voting slightly more convenient for us -- from reducing early voting hours to making it harder to vote by mail.
HB 6 is so broad that it could inhibit political parties, candidates, and civic organizations from sending our voters key voting resources, such as mail ballot applications.

We should be making it easier for Texans to vote, not harder. This bill is voter suppression and should not be advanced.

Lisa Martinez

Self/ Attorney

San Antonio, TX

I am against HB 6. This proposed bill is a complex bill that not only affects The Texas Election Code but also the Government Code and Code of Criminal Procedure. To pass such a broad and expansive bill for the purpose of preventing the now debunked myth of voter fraud, would be reckless. I, like most Citizens, do not want voter fraud. However, this bill does not accomplish the goal in making our voting system more secure. It is widely known that voter fraud was not a problem in the 2020 election. In fact, people who publicly claimed that voter fraud was an issue are now facing legal problems because of that. Therefore, what is the rush in passing this bill that would limit the ability of election workers to protect voters against harassment by watchers? This bill would negatively affect all voters, regardless of party. It also continues the history of disenfranchising communities of color and the disabled. This bill may seek to make our voting system more secure, but in reality it's an alarmist bill and its intended scope will continue to harm voters while increasing the burden on election workers and our justice system.

RobertHB Buchanan

Galveston County Tea Party

Printed on: April 9, 2021 11:06 AM

Election integrity is the most critical item on the Texas political agenda. Unless that is secured the rest is lost.

FOR Bills:
HB 6
HB 2057
HB 2157
HB 2318
HB 328

Against  HB 2640

Robert Buchanan

Mary Alice Williams, Ms.

Self

Fort Worth, TX

There is always a reason to strive to increase voter access, as our democracy is based on participation.
Creating obstacles to mail in voting is anti-democratic and serves only those who want to limit voters to those who are physically able to go to a polling place. Please do not limit days of voting or balloting by mail. Everyone deserves to be heard.

LaDonna Massad

Self

Austin, TX

Voting should be made easier, not more difficult. Texans want voting to be safe, easy and accessible, and I urge you to reject these unwarranted changes to our elections.

Stacy Maag

Self

Katy, TX

To whom it may concern:

In order for a free and fair, representative body for Texans, all eligible citizens should not be denied the right to vote. Making the process more difficult, excluding certain populations, adding barriers to the process is the exact opposite of what this country stands for. As if the gerrymandered districts wasn't bad enough, adding additional barriers that hinder citizens from electing the candidates of their choice is not only devious, it's downright wrong. Why are we spending valuable time and taxpayer money to find a solution to a problem that doesn't exist? This bill should die in committee and not be brought to the house for a vote. Do better! You're representing the entire state of Texas, not just the few who voted for you in your gerrymandered district!

Mikki Hebl

self

Houston, TX

I am a research professor who studies disparities. Voter suppression is responsible for many of them.  I urge you to vote NO for HB 6--a law that focuses on the mythical problem of election fraud and seeks to enhance disparities in our society rather than reduce them. This bill takes us backwards  not forward. Your constituents overwhelming do not support this bill. AVote NO for

Kelly Elliott, Dr.

self, professor

Abilene, TX

I am not remotely fooled by this blatant, criminal attempt to make it more difficult for Texans to vote.  This bill has nothing to do with the preservation of our democracy and everything to do with suppressing non-Republican votes.  People who support this bill are not public servants; they serve themselves.  Texans are watching, and Texans will vote out those who show their true colors by supporting this bill.

Amy Case

Self - Homemaker

Cedar Park, TX

I strongly urge you to pass HB6 to increase Election Integrity in Texas!

Jan Mikol

Self Retired

Dallas, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.
Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.
Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.  We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Charles Cox

Printed on: April 9, 2021 11:06 AM

Charles G Cox, MD

LAGO VISTA, TX

After seeing the results of a fraudulent national election it is critical that we strengthen election integrity laws in Texas.  I have read Rep. Cain's HB 6 and am fully supportive of its content.  I expect that you will bring HB 6 up for a vote and pass it out of committee.  You all need to do something to preserve the Texas democracy.  Do it.

Otutochukwu Okpechi

Self

Katy, TX

I'm against HB 6 as HB 6 imposes undue burden on the electorate regardless of party affiliation.

Instead of placing undue burdens on the electorate, the state legislators and the executive branch should embrace the advancements that worked  during this past election cycle and improve upon them. Ours should be a society that seeks to ensure limited burden on the electorate.

Celestine Pearson

Self

Colleyville, TX

As a constituent who supports civic engagement, I urge you to vote against SB 7 and similar bills that would restrict our voting rights. SB 7  and HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers.
Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.
SB 7  and HB 6 , and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.
We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.
I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.
Thank you,
Celestine Pearson

Michael Sweeney

Central Texas Tea Party

Georgetown, TX

I support HB-6 and ask that you commit to pass it

Claudia Kling

self--retired educator

Buda, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.?? Voting is a right. We need to make it easier for all voices to be heard. I am against any measure that would suppress the right for all voices to be heard.

Printed on: April 9, 2021 11:06 AM

Jean Andrus

Self

Fort Worth, TX

Voting is a right given to eligible citizens, and the continual eroding of those voting rights is frightening.  I urge legislators to think of the future of our democracy and not the power of their party when voting on Elections HB 6.  Cross party lines to vote for the future of our country.

Evan McClanahan

Self

Houston, TX

Please pass this important reform!

Carolyn Daly

Self; Civic Duty Rice

Houston, TX

Voting is the cornerstone of our democracy, and increased voter turnout - as we saw in November 2020 - should be a sign of a stronger democracy. Expanded voter turnout does not benefit only one party and we should all work to promote it. HB 6 does just the opposite. It expands what qualifies as the criminal offense of election fraud and increasing penalties for all forms of the offense, increases the risk of prosecution for assisting mail voters, prohibits public officials from ordering a change to election standard, practice, or procedure mandate like the COVID-19 safety precautions taken by Texas election officials in 2020, and it criminalizes election officials and third-party groups for distributing vote-by-mail applications. Each of these actions makes voting more difficult. All Texans' voices deserve to be heard - please vote against this bill so you do your part to ensure all of your constituents can be heard.

Jennifer Batson

self

Belton, TX

I oppose HB 6. This bill makes it harder for citizens to participate in a government that is supposed to represent them. I am a cancer patient in my 50s. Many people, like me, have medical diagnoses, or are caretakers, or have jobs, that make it difficult or expensive to cast ballots in person, especially as the wait time is indeterminate. They may not come to physical harm personally, as the letter from the physician would need to indicate, but it makes the cost unfairly extreme for certain segments of society. In addition, individuals who make mistakes without the intent to break the law should not face criminal charges. This is already a confusing system and honest mistakes will happen. I see voting as my civic duty but almost did not vote. I was concerned that I did not qualify for mail-in voting, but that my post-chemo blood counts put me at risk as well as my medication causing fatigue. I am all for fair, fraud-free elections. This goal can be achieved by setting up voting hours or methods, such as drive-through voting, that make voting simple, easy, and fraud-free. Making voting harder does not reduce fraud but does increase voter anxiety and distrust in government. Please support democracy by opposing this bill. Thank you.

Caroline Masiello, professor

self, teacher

Houston, TX

I am opposed to HB 6 because as someone who has made their career teaching young adults, it is abundantly obvious that for many high school and college students, the normal life circumstances of this demographic mean that getting registered and

getting to the polls can be difficult. They go to school all day, have extra curricular activities and jobs at night and/or on weekends and often do not have their own transportation. They need expanded hours for early voting, not greater limitations. Studies show that when people start voting in early adulthood they become habitual voters, whereas those who do not enter adulthood with this experience do not. Our goal as elected officials and educators should be to get 100% of all voting age, eligible citizens voting in every election. Our democracy will be stronger and your jobs will be easier if you have an engaged and informed electorate supporting you. I urge you to vote NO for HB 6--a law that focuses on the mythical problem of election fraud and seeks to raise barriers to voting rather than reduce them. This bill takes us backwards as democracy not forward. Your constituents overwhelming do not support this bill. Again, please vote NO for HB 6.

Judith Kinser

self - retired

Fort Worth, TX

HB6 has many bad proposals that will unnecessarily reduce access and ability for citizens to cast their vote. It should absolutely not be illegal to send mail-in ballot applications. It does not make sense to standardize election policies across the state regardless of population and other circumstances. Each county does not need the same number of voting machines, for example. This would be a waste of resources in some places and a lack of resources in others. I have voted in almost every election throughout my life, and feel that we can and should make it easier for people to vote without creating mass fraud.

Sherry Workman

Thankful Hubbard Chapter, NSDAR

Spicewood, TX

Please Rectify and Remove Waiver Provisions from HB 6.  We do not want to give a Public Official the right to waive or suspend laws. The Texas Government Code Chapter 2001 clearly states advanced pubic notice and public comment are required to adopt or change rules.
Thank you for receiving my testimony.

Nicole Hill

Self

Austin, TX

As a Texas resident, I am rather dumbstruck that a state that has already made it incredibly difficult to exercise our right to vote is intent on further infringing that right. HB 6, along with SB 7, are anti-democratic and anti-voter bills that do nothing to protect voting rights. Instead, they make voting a sort of quest that only those deemed "fit" are able to finish. If this pandemic has shown us anything, it is that we can make casting a ballot simpler and more convenient, without sacrificing the "integrity of our elections." Our goal should be to increase turnout and encourage all eligible Texans to vote. Drive-through and outdoor polling locations made voting safer in this pandemic and can and should be in the toolbox of elections officials going forward. Furthermore, it is distressing to think we would consider codifying ageism and ableism by adding accessibility barriers to the polls for voters with disabilities and discouraging volunteers from driving voters — especially older Texan voters — to polling places. The civic duty of voting requires that we demonstrate a commitment to the civic good, and that includes watching out for vulnerable populations in our communities. HB 6 should be left to wither on the vine, just as it would have the voting rights of many Texans do.

Robbie McDaniel

Grassroots Gold, Self

Lubbock, TX

I'm testifying FOR HB 6

Printed on: April 9, 2021 11:06 AM

I want to thank Chairman Cain for bringing this legislation forward, and to the committee for providing this forum for public debate and discussion.

Election integrity is absolutely essential in Texas and the USA to maintain any sense of credibility and accuracy in voting. The election in November of 2020 was a debacle of monumental proportion! The results were unreliable as to the integrity of verified, registered U.S. voters. To this day, the results continue to be contested and questioned.

This MUST be fixed. If we cannot count on the integrity of our elections, what is the point of conducting elections? If deceased persons and non-US citizens are included in voting tallies, where is the integrity and value of our election system? Many U.S. politicians have gone completely rogue in their actions, ideals, and mandates. Most U.S. politicians have forgotten that they work for WE, THE PEOPLE.

Texas MUST lead on this issue, and HB 6 is a good beginning. Please vote in support of HB 6.

Thank you,

Robbie McDaniel
Lubbock, TX.

Colleen Vera

Self - Retired Teacher

Houston, TX

My name is Colleen Vera.

I am submitting this testimony in support of HB 6, especially in support of the Texas Attorney General having the authority to investigate and prosecute voter fraud cases.

I used the Texas Public Information Act to collect election documents to investigate mailed balloting in Harris County after a video was posted online which appeared to be a ballot harvester working in my county.
I compiled my research online at:

http://www.texastrashtalk.com/2020/04/vote-harvesting-in-harris-county-beyond.html

In summary, I found that numerous applications for ballot by mail were submitted in the exact same handwriting – but the section on the application for a voter assistant had not been filled out.

Very concerning was the fact that two of the first three persons who picked up multiple (50 or more) applications for ballot by mail from the County Clerk were persons who had been previously convicted of forgery.
Even more concerning was the finding that these convicted forgers had been paid by both political campaigns and a PAC supporting candidates on the ballot for various positions from US Congress down to County School Trustee.

Included on the list were candidates for District Attorney and various District Judges.

In this case, it would not be appropriate to ask our County District Attorney to investigate my findings or for the case to be heard by a local District Judge, so I filed a complaint with the SOS and asked that my case be investigated by the AG.

I believe the AG needs the authority to investigate and prosecute voter fraud because often times the local officials are too close to the case and may actually be involved in the fraud.

Colleen Vera
18130 Cadbury Dr
Houston, TX  77084
colleen@TexasTrashTalk.com
281-948-4521

Printed on: April 9, 2021 11:06 AM

Candy Castle

self

Montgomery, TX

This is a good start, but the Bill can further be improve by adding the following:
---Required voter identification for mail-in and absentee ballots
---Routine verification of voter rolls and new registrations

Thank you for fighting for the representation of the American people, which was taken away at the last election.

Scott Janes

self

Temple, TX

PLEASE work harder on election integrity in the State of Texas!! We've all seen the bad things that can happen...

Jennifer Woolsey

Self

Arlington, TX

Please defend the integrity of our elections. We must know who is placing the vote and that they are who they say they are by verifying people's identity and punishing those who circumvent our election laws.

Deana Johnston, Digital Media Specialist

Texas Eagle Forum

Dallas, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?
We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!
1.      100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
2.      Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.
3.      Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Printed on: April 9, 2021 11:06 AM

4.      Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, including any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.   We DEMAND that federal overreach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas taxpayers to vote.

Mariah Contreras

Self

San Antonio, TX

Representative Cain, voting should be one of the happiest and easiest thing a person can do. By putting forth a bill that encourages voter intimidation and relies on the prejudices of poll watchers turns voting into a scary experience.

Carolyn Walker

Grassroots

Flint, TX

I support this bill.
Please protect the vote! Protect election integrity!

Adrienne Simoes Correa, Dr.

self, Assistant Professor of BioSciences

Houston, TX

As a university professor, I am opposed to HB 6 because free and fair elections are the hallmark of democracies
and instead of creating more barriers, our elected officials should be
focusing on protecting voting rights and enacting laws that help
underrepresented groups and disadvantaged Americans (the disabled, the
impoverished, youth, etc) exercise their fundamental right to vote. It
is especially important to teach our young people the importance of
participating in their democratic system. They should not think of this
as a privilege, but instead, an obligation. However, for many high
school and college students, getting registered to vote and getting to
the polls can be difficult. They go to school all day, have extra
curricular activities and jobs at night and/or on weekends and often do
not have their own transportation. They need expanded hours for early
voting, not greater limitations. Studies show that when people start
voting in early adulthood they become habitual voters, whereas those who
do not enter adulthood with voting experience do not become habitual voters. Our goal as elected
officials and educators should be to get 100% of all voting age,
eligible citizens to vote in every election. Our democracy will be
stronger and your jobs will be easier if you have an engaged and
informed electorate supporting you. I urge you to vote NO for HB 6--a
law that focuses on the mythical problem of election fraud and seeks to
raise barriers to voting rather than reduce them. This bill takes us
backwards as a democracy, not forward. Your constituents overwhelmingly do
not support this bill. Again, please vote NO for HB 6.

Donna Gideon

self, retired

Galveston, TX

Printed on: April 9, 2021 11:06 AM

Please pass HB 6.
Now more than ever, this bill will facilitate integrity of our voting systems, thus enabling citizens to feel secure that their votes count.

Brenda Waters

Self

College Station, TX

Please do not pass this Bil. Voters should not be prevented from exercising their right to vote. You will be held accountable at the polls if you support this Bill. We will vote no matter what. Thank you.

Jonathan Steinberg

self

Austin, TX

I oppose this bill and any other measures that make it harder to vote.  You need to make it easier to vote, not harder.  Voting is foundational and needs to be made easy.

Shayna Schlosberg

The Catastrophic Theatre

Bellaire, TX

I'm writing to express my vehement opposition to HB 6 which egregiously suppresses the right to vote in Texas and intimidates election workers. I worked as a deputy judge during the 2020 general election and I saw firsthand how many barriers already exist to voting. These include the need to have already been registered by the deadline, which was a full three weeks before election day, and discriminatory laws limiting those with felonies from voting. I saw many people who had to be turned away because of these restrictions, which was truly heartbreaking. Introducing even more hurdles to voting is a threat to our already delicate democracy. Furthermore, several studies have been conducted to measure the threat of voter fraud, and they all have concluded that occurrences of voter fraud are extremely rare. Finally, I saw firsthand how much paperwork must be managed by poll workers, many of whom are members of their community who are doing this out of the goodness of their hearts and not for a paycheck. Further complicating their responsibilities will deter average americans from participating in civil service. Fewer poll workers means less capacity to ensure fair and safe elections. This bill cannot pass.

Janet Braam

self

Houston, TX

Please vote NO for HB6.

Free and fair elections are the hallmark of democracies and instead of creating more barriers, our elected officials should be focusing on protecting voting rights and enacting laws that help underrepresented groups and disadvantaged Americans (the disabled, the impoverished, youth, etc) exercise their fundamental right to vote. It is especially important to teach our young people the importance of participating in their democratic system. They should not think of this as a privilege, but instead, an obligation. However, for many high school and college students, getting registered to vote and getting to the polls can be difficult. They go to school all day, have extra curricular activities and jobs at night and/or on weekends and often do not have their own transportation. They need expanded hours for early voting, not greater limitations. Studies show that when people start voting in early adulthood they become habitual voters, whereas those who do not enter adulthood with this experience do not. The goal of elected officials and educators should be to get 100% of all voting age, eligible citizens voting in every election. Our democracy will be stronger and your jobs will be easier if you have an engaged and informed electorate supporting you. I urge you to vote

Printed on: April 9, 2021 11:06 AM

NO for HB 6--a law that focuses on the mythical problem of election fraud and seeks to raise barriers to voting rather than reduce them. This bill takes us backwards as democracy not forward. Your constituents overwhelming do not support this bill. Again, please vote NO for HB 6.

Randi Martin, Dr.

Self

Houston, TX

I am writing to advocate that you vote NO on HB 6. Free and fair elections are the hallmark of democracies and instead of creating more barriers, our elected officials should be focusing on protecting voting rights and enacting laws that help underrepresented groups and disadvantaged Americans (the disabled, the impoverished, youth, etc) exercise their fundamental right to vote. I am a Professor at Rice University and am attuned to the needs of students in exercising their right ot vote. It is especially important to teach our young people the importance of participating in their democratic system. They should not think of this as a privilege, but instead, an obligation. However, for many high school and college students, getting registered to vote and getting to the polls can be difficult. They go to school all day, have extra curricular activities and jobs at night and/or on weekends and often do not have their own transportation. They need expanded hours for early voting, not greater limitations. Studies show that when people start voting in early adulthood they become habitual voters, whereas those who do not enter adulthood with this experience do not. Our goal as elected officials and educators should be to get 100% of all voting age, eligible citizens voting in every election. Our democracy will be stronger and your jobs will be easier if you have an engaged and informed electorate supporting you. I urge you to vote NO for HB 6--a law that focuses on the mythical problem of election fraud and seeks to raise barriers to voting rather than reduce them. This bill takes us backwards as democracy not forward. Your constituents overwhelming do not support this bill. Again, please vote NO for HB 6.

Vivien Gant

Self

Porter, TX

I agree

Nedra Bray

self

Austin, TX

I support expanded access to the ballot box. EVERY citizen over the age of 18 should be able to easily vote. It should not be restricted to those that certain people deem worthy of the right to vote. There is no documented wide spread fraud. The uncertainty that certain people say they feel has been unjustifiably generated by people who falsely spread allegations of widespread vote fraud. There was no widespread voter fraud. This bill will only make it more difficult for all people to exercise their RIGHT TO VOTE. Quit trying to take away the vote that so many non-white, non-male citizens have fought so hard to get.

Katrina Evenhouse

self - Galveston County Precinct Chair #280

DICKINSON, TX

I support HB 6 because fraud is occurring, disenfranchises legal voters, and we need this bill to pass.  Also dead voters need to be removed from the rolls.  We need stronger laws to prevent the theft of our elections.  I want my vote to count and protected.  We need voter ID to stand.

michael wallis

self

Printed on: April 9, 2021 11:06 AM

Texans must be able to rely on the integrity of the voting system.  It is essential to the PEACEFUL means of transferring power.  These steps are a good first start to eliminating some of the known fraud in our system.

Linda Holland

Self

SAN ANTONIO, TX

Please vote No on HB6 because of waivers. Article 1, Section 28 of the Texas Constitutions states that ONLY The Texas State Legislature can suspend laws. NO public official can waive laws.

Mary Ann Cody

Self    Retired

Waco, TX

Please, for the sake of our children and grandchildren, move this bill through committee.  I am increasingly concerned about the state of affairs in our country and election integrity is a priority.  One by one our constitutional rights are being infringed!  I will be watching what happens in this committee for my vote in upcoming elections!

Autumn Brown

Self / Cert Sub Teacher

Friendswood, TX

I support this bill.
Fraud – a) fraud is occurring
a social worker in the Mexia State Supported Living Center (SSLC), submitted
voter registration applications for 67 residents without their signature or effective consent Nov. 2020
b) disenfranchises legal voters
c) following and enforcing law is foundation of our society
Dead Voters
Should be removed from the rolls.
Poll Watchers should be allowed to view the process.
Transparency of our elections proves there is nothing to hide.
There should be no payment for handling votes. Paying for delivering votes incentives corruption.
A person should only vote in one state on the same day. It is dishonest to vote twice. SECTION 5.02. Section 64.012(a), Election Code
Each individual should register themselves to vote and request to be registered. Allowing massive mail outs of unrequested registrations to be sent out allows for stealing of registrations. If a person does not even know a registration is being sent, they won't be aware if it is stolen.
Punishments need to be set so people do not ignore the laws.
If they cheat and there are no consequences, the cheating continues. Honesty in our elections is important and should be protected.
If someone is assisting a voter, they should be willing to identify themselves.
The voter should be protected by individuals that would exploit their need for help. Anonymity encourages abuse of the voter.
Paying someone to mail a ballot is paying for a vote. No one should profit from voting.
Election judges should follow the law and be held accountable if they put false information on the affidavit required for provisional voting. Bill SECTION 5.01 Elec Code. Sec. 63.0111
Vote harvesting and paying for collecting votes should be illegal. Voting should not be a money making opportunity.

There needs to be a special legal process to stop illegal practices that impact elections. The provision to expedite election challenges protect the integrity of the election because if the illegal acts can't be stopped legal voting is not protected.
Printed on: April 9, 2021 11:06 AM

Ashley Ruhl

self

Cedar Park, TX

I am against HB6, it makes it harder for citizens to vote, driven by fear of non existent "fake" voters.

Kara Chasteen

self

Bertram, TX

The Honorable Members of the House Elections Committee:

I strongly support the passage of House Bill 6 out of your committee to the floor of the Texas House. Election integrity is the most important issue before you this session. Party does not matter. This issue is vital to the survival of our election process and to the survival of our Constitutional Republic.

Thank you for your time.

Kara S. Chasteen

Melynda Nuss

self; attorney

Austin, TX

I've served as an Election Judge and a member of the mail-in ballot board. It's difficult to see how expanded voting hours, curbside voting, or the number of voting machines at a given location could contribute to voter fraud. If someone can vote fraudulently at 8pm they can vote equally fraudulently at 3pm. Voting machines are equally hackable whether there's one at a given location or 200. And it's hard to see how voting fraudulently would be easier at the curb, with an election worker watching, than it would be in the regular voting booth. This bill is simply nonsense, designed to create longer voting lines and more frustration. If you want to combat voter fraud, you should be looking at cybersecurity, not these ridiculous changes.

Jennie Gilchrist

Park Cities Republican Women

DALLAS, TX

Very little 2020 election fraud was investigated and prosecuted. Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

Printed on: April 9, 2021 11:06 AM

Early & Absentee Voting: Early voting must be eliminated or limited to no more than 2 days. End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only. Voting Absentee should only be allowed for: (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day. Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

Restrain Computer Usage: Computer election fraud is real. We must return to paper ballots. Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Sharon Peltzman, Mrs

Myself

Austin, TX

I urge all members to vote NO on SB 6 (and any other measures) that restrict voting in Texas. To cast a vote in an election is a citizen's most important duty and to impede that right of citizenship is wrong. Please vote to represent all Texans and say NO to SB 6.

Jennifer Walker

Self

New Braunfels, TX

Stop trying to pass voter suppression laws. It's a waste of time and taxpayer money. The state should never be defending senseless legislation. Use your time wisely and winterize the power supply.

Waleed Dortch, Mr

Voter

Houston, TX

This bill is crap! Nothing good in this bill represents voters. Inform me who this bill is helping. HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

Bullshit HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Printed on: April 9, 2021 11:06 AM

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.
HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.
HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an

Printed on: April 9, 2021 11:06 AM

election; increasing criminal penalties; creating criminal offenses.

HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.
HB 6 by Cain

Clear

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing cr

Shannon Pulley, Ms.

Self, Juvenile Supervision Officer

Fort Hood, TX

I understand there is a need to prevent fraud and keep the integrity of the election; however, all this bill is really doing is racially discriminating against the African American community as well as environmentally discriminating against the povertized neighborhoods. Removing or "suppressing" the vote of those in these demographics is inhumane and unconstitutional. It appears as if this bill will only apply to those who are not able to defend themselves. Increasing criminal penalties and criminal offenses in the neighborhoods that are not as developed and as "nice" as others where there are already issues? To imply that the people in these demographics are an issue in preventing who YOU want to be in office? To imply that these demographics are not worthy and of value to have a voice and say in their political leadership is social injustice in the worst way. We should be progressing not regressing and it is very embarrassing that one could be so bold to even consider this to be justified. Do not pass the bill. Everyone in all areas should be able to vote and have a say so. Why should that right be stolen? It is very possible to protect the integrity of election without violating ones rights.

Miguel Alvarez

self - filmmaker

Austin, TX

I oppose this bill because it is a shameless attempt to make voting in Texas harder, especially for communities of color and young voters. Voting rights are the bedrock of our democracy. The state should be doing everything it can to ensure every eligible voter can cast a ballot, instead they want to restrict access. Last year's  increase in voter participation shouldn't be seen as partisan—it should be seen as good for our democracy.

gayla amerman

self

Dallas, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive

Printed on: April 9, 2021 11:06 AM

waivers ever, including SOS!

100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Daniel Harrison

self

Hutto, TX

I am a Texas voter and I oppose this bill, which would make it harder for Texans to vote.  Texas is already one of the least accessible to voting in the country.  This bill would punish voters with criminal penalties for mistakes and would encourage counties to purge voter rolls more frequently, thereby adversely affecting many low income and minority voters.  This bill is a return to the days of the Jim Crow laws and should not be passed.

Ronnye W Cowell Cowell

Retired

HOUSTON, TX

My name is Ronnye Cowell and I live in congressional district 133,  I am asking you to vote yes for the following Senate Bills that have been created to secure the integrity of our elections here in the state of Texas.  HB6, HB2057, HB2318, HB3285.  I am asking for you to vote against HB 2640.

HB 6 Election Integrity Protection Act of 2021 All parts of this bill are relevant to preserve the integrity of voting and elections in the state of Texas.  This bill will help prevent fraud, remove dead voters from rolls, allow transparency by allowing poll watchers to view the process.  Paying for delivering votes gives and incentive for corruption and paying someone to mail a ballot is paying for a vote. No one should profit from voting. Punishments need to be set so people do not ignore the laws. If they cheat and there are no consequences, the cheating continues. Honesty in our elections is important and should be protected and this should apply to Election judges, as well!  I would also ask that you add the following items to this wonderful bill:
•      Require voter identification for mail-in and absentee ballots
•      Routine verification of voter rolls and new registrations

Thank you for your time!

Resa Clarke

Self

Houston, TX

Printed on: April 9, 2021 11:06 AM

Please fight for our elections!   I know you're up against a huge wall but in Harris County, where we live, it's a mess and the control that our county commissioners have had has made it difficult to have election integrity here.   There's now no oversight in our precincts as there once was.   It's a mess and as long as it's handled on a local level, we will never be able to turn Harris County back to red; thus, goes Texas.    Let us know what we can do!

Bill Biesel

American Liberty Forum

Dallas, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.  We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Kay Garcia

Self, Accountant

Colleyville, TX

As a lifelong Texan I am horrified by and opposed to this bill. HB6 will disenfranchise millions of Texans and their constitutional right to vote. This bill does not promote election integrity or prevent fraud and instead imposed barriers to vote reminiscent of Jim Crown voter suppression legislation. There is no evidence of wide spread or impactful voter fraud in Texas. I wholeheartedly oppose this bill and urge our representatives to vote against it.

Christopher Hatfield

Printed on: April 9, 2021 11:06 AM

Self. Construction Administrator.

Dallas, TX, TX

Thank you for your efforts to ensure the integrity of our elections! This is a commendable start and can further be improved upon by:
Requiring voter identification for mail-in and absentee ballots, and
Routine verification of voter rolls and new registrations.
Thank you!

Noel McRoberts

self

Dallas, TX

It would be easier to conclude that the motives of the bill's sponsors were righteous if there were any evidence at all that instances of voter fraud were statistically significant.  Time and again advocates of voter suppression fail to provide proof that there are problematic levels of fraud to justify their purported solutions.  On the other hand, there are clearly problematic levels of enthusiasm for basic democrat principles, genuine integrity and fundamental fairness exhibited by the advocates of these draconian measures.  As a native third generation Texan over the age of 65, I find the efforts of the sponsors and their kindred spirits across the country to ensure that voting is more rather than less difficult shameful and abhorrent.

Darren Nevares

Self

San Marcos, TX

This is voter suppression and the a tactic of running away scared when the more people that can legally vote becomes too much for the Republicans to handle. The bill is completely against creating a better democracy for all Texans.

Caroline Limaye, CPA

Myself

Austin, TX

Texas does not need this Bill. It is blatant voter suppression.

NELDA HARRIS

self, attorney

Fort Worth, TX

HB6
I've served as a presiding judge or clerk in most elections since 2008. This bill would make that work much more difficult.
Being an election worker is already a hard job as is, working non-stop from dawn to dusk to ensure our elections run smoothly.
Criminalizing human errors and minor mistakes will have a chilling effect on those of us who have been election workers for years and discourage new people from stepping up to serve.
This bill makes it impossible for us to remove a problematic poll watcher, even if they're interfering with our work, intimidating voters or improperly electioneering.

SB7
I've served as a presiding judge or clerk in most elections since 2008. This bill would make that work much more difficult.
SB 7 would require election judges to accept a disruptive poll watcher who may have been removed the previous day. This could

Printed on: April 9, 2021 11:06 AM

make it more difficult for election workers to focus on processing voters and allow an overzealous poll watcher to stay on-site. In combination with HB 6, this would make it difficult to ensure problematic poll watchers are not able to intimidate voters or otherwise cause problems at a polling place.

SB 7 has a provision that would criminalize any action that may obstruct the view of or distance a poll watcher - even in small or busy polling places. An election judge may be faced with a Class A misdemeanor just for trying to keep their polling place running efficiently.

Ebony Starke

Self

Round Rock, TX

I believe this bill is a result of the former president losing and republicans losing their senate seats. This attempt at ensuring "voting integrity" is "voter suppression" of the minority vote. There were only issues with "voting integrity" in minority cities and counties. This bill does not make any sense given there have been any voter fraud issues in years. It's only when a republicans lose. It is a though republicans think that it is impossible for them to lose unless there is something wrong with the voting system. This is "white privilege" and ignorance at the highest level. To believe that there must be something wrong with the voting system is outrageous. Just because of the 2020 races didn't turnout the way republicans wanted is sad and childish. Please understand that when you try to bring down or take away the rights of African-Americans we are going to fight back and come out stronger as we did in the 2020 elections. So, be very careful when you try to target minority areas, because you are going to make us come out even stronger. I am afraid as a African-American US citizen that we have legislators who want to go against the constitution and create legislation to target minorities. This bill is basically saying that people of color are destroying the voting system, because we have too many ways to vote which makes it easier for us to vote and commit voter fraud. Which causes the fear of republicans that there will be  more votes and wins for Democrats is ridiculous. We will vote no matter what system or restrictions you put on the voting system, because we are not causing voter fraud or comprising the integrity of voting system. This bill has a hidden agenda that is not hidden. If republicans would do more for minority communities they would not have to create racist legislation, because they would be able to get more votes. As long as republicans believe that they can overlook minorities and their needs they are going to have to continue to create racist legislation and policies will only divide the country even more than it already is. No matter how you word this bill and what you "say" the reason there is a need for it is racist and focused on suppressing the minority vote. Even if this bill passes, minorities will still vote in large numbers. When will you be satisfied? Will you continue to create bills and zone minority areas until we can no longer vote or until republicans can no longer lose??? I will vote against this bill and spread the word so that it will fail.

Mark Fischer

Self

San Antonio, TX

I oppose HB6

Charlene McCauley Mayfield

Self

Jacksonville, TX

I am for voting integrity. How about we utilize the blockchain for this.

Barbara Hollis

self

Dallas, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote

Printed on: April 9, 2021 11:06 AM

manipulation. Why?

We are fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

Early & Absentee Voting: Early voting must be eliminated or limited to no more than 2 days. End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only. Voting Absentee should only be allowed for: (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day. Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

Restrain Computer Usage: Computer election fraud is real. We must return to paper ballots. Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.


Zoe Alterman

University of Houston Graduate College of Social Work

Houston, TX


I am opposed to HB 6 because voting is a basic right that ALL Texas should have access to. An election should be fair and all encompassing. The goal should be to have a representative that Texans chose, as many as possible. I was a VDVR this last election cycle--I registered people to vote from both parties. I got feedback from almost everyone I registered about hard and confusing the process is to register to vote, and how without me explaining they would have had no idea how to do so. It is possible that humans who are doing this for free, like myself, to help their fellow Texas could make a mistake. To threaten to criminalize this mistake is unjust and intimidating. We have systems in place to catch mistakes, and public servants should not bear the weight of this.

Additionally, to limit poll times, polling places, and methods of voting attacks our state's most vulnerable populations, and frankly the majority of hard working Texans. My friend who is in a wheelchair had the best voting experience of her life because of drive-thru voting. My husband is an attorney and works long hours, and he was so thankful to be able to vote at 7pm after a work day. I used to be a teacher and finding a time to vote was difficult, the 24 hour options was something that myself and many of my coworkers utilized. Texans need options and accessibility. Lines to vote last election cycle were shorter and more efficient in Harris County than ever before. I heard praise from ALL sides of the aisle. Every person was able to find an option that works for them. Voting, a guaranteed civil right should not be difficult. This bill hurts all Texans in the pursuit of civic responsibility, and I, a 5th generation Texan, am extremely disappointed to see it being considered today.


Darlene Welborn

Self/retired

Seguin, TX


Printed on: April 9, 2021 11:06 AM

I stand opposed to voter suppression. Voter registration & voting must be easy for all citizens.
I will be watching this vote closely.

Beverly Jurenko, Mrs.

self

Houston, TX

Dear Members of the Texas House of Representative Elections Committee:

Thank you for inviting testimony today. My name is Beverly Jurenko. I am a resident of Harris County and I live in the Spring Branch area. My comments are my own, and I am AGAINST HB6.

Representation matters. It matters for all of us, and HB6 seeks to limit voter representation by curtailing access to the polls. HB6 begins by saying that "full, free, and fair elections are the underpinnings of a stable constitutional democracy" and I could not agree more.

However, in spite of this opening that gets our heads nodding in agreement, much of HB6 works against our public interest and will result in lower voter participation. Just because a bill has the words "Election Integrity" in the title doesn't mean the contents would be helpful. In this case, a number of sections would be quite damaging to our Democracy, and against the spirit of participation. Our Texas government should be inviting to eligible voters rather than spurn them.

What I see in HB6 are a series of measures to limit voter access, and for no good reason. In Harris County in the 2020 General Election, we saw expanded early voting hours and drive-through voting, two ways that invited participation without jeopardizing voter integrity. A bipartisan, multi-agency task force reviewed this election and found ZERO cases of voter fraud. There is no good reason to eliminate such practices unless you simply want to limit voter access. Furthermore, criminalizing expanded early voting access, for no good reason, serves to deter those in charge from challenging these limits in a ridiculous contortion of the spirit of our Democracy.

Furthermore, as one who has served as an election worker at the polls for many years, I can attest to the goodwill of those who do this work. Presiding and Alternate Judges, and their Clerks, accept the responsibility of working from 6 am until often well past 8 pm, a 14+ hour day that begins super early, and we do our best to serve our voters. I have never seen any poll worker try to cheat or make voters uncomfortable, but from time to time we are pressed to make quick decisions and deal with unforeseen situations. I cannot promise we achieve perfection throughout the day and one might make a mistake in the paperwork due to fatigue and stress. To make such a mistake a felony is outrageously unfair to dedicated election workers.

Finally, HB6 does not allow an election official to remove a poll watcher if the poll watcher is threatening, intimidating, or impeding the work of election officials. I support the work of poll watchers, but there needs to be a remedy available to election judges in the moment in the face of disruptive behavior. HB6 overly protects poll watchers at the expense of the election officials from both parties.

I urge you to vote AGAINST HB6 for the reasons discussed above. The Texas House should not fear voter participation, but embrace it for the good of our Democracy.

Brittany Davis

Self, I'm a teacher

Austin, TX

Voting should be accessible to all. This bill will make voting harder for people. It will strip voter rights
financially, burden local governments,
discourage poll workers,
elevate partisan poll watcher power above election official authority,
ban drive-through and outdoor voting,

Printed on: April 9, 2021 11:06 AM

restrict voters from dropping off completed absentee ballots,
shrink early voting periods,
create new costs for disabled voters,
increase burdens on voters with disabilities to access assistance at the polls.

Adine Rotman

Self:  Watercolor Artist

Houston, TX

I support HB 6.

Please add these improvements:   1)  Require voter identification for mail-in and absentee ballots

2) Routine verification of voter rolls and new registrations

Kristal Milazzo

self

Dallas, TX

Senate Bill 7 and House Bill 6 are fundamentally anti-democratic, anti-voter assaults on the right to vote. Last year's election showed that we can increase voter turnout and keep our elections secure if we adopt common-sense reforms. This is nothing more than a power grab to keep the status quo. Every election year I am all too aware of the ridiculous gerrymandering that makes Bob Hall my state senator when I live in the Dallas. More people voted in the last election than in years, for both parties. It is apparent that this bill only wants to count the votes that drafters like.

Curt Locklear

self

Spring, TX

We must make the voting process much tighter, so that people may feel totally confident of the vote results. No more last minute mail in ballots. Period.
Thank you.

Jeanne Payne

Retired

Austin, TX

The last Presidential election highlighted the need for election laws protecting the integrity of the election.  Necessary for integrity include the following: secure ballot boxes, no harvesting of ballots, VOTER ID, solicited absentee ballots, no late ballots accepted, no automatic agency registration of voters, bipartisan,  poll watchers, and updated voter rolls.  Thank you.

Douglas Natelson

self, physics professor

Houston, TX

I oppose HB 6.  Fundamentally, voting is a right in a representative democracy, and trying to restrict the franchise should be avoided at the highest priority.  Trying to win elections by making it more difficult to vote is simply unAmerican.  As an educator, it is clear that normal life circumstances of students and young voters in general make it challenging to get registered and get to the polls. These people go to school all day, have extra curricular activities and jobs at night and/or on weekends and often do not

have their own transportation. The populace in general, especially the most vulnerable who have to work multiple jobs and have enormous family commitments, need expanded hours for early voting, not greater limitations. Our goal as elected officials and educators should be to get 100% of all voting age, eligible citizens voting in every election. Elections should be won by persuasion with ideas, not trying to shut out people who face challenges. Our democracy will be stronger and your jobs will be easier if you have an engaged and informed electorate supporting you. I urge you:  vote NO for HB 6--a law that focuses on the time-and-again-disproven issue election fraud and seeks to raise barriers to voting rather than reduce them. This bill takes us backwards as democracy not forward. Your constituents overwhelmingly do not support this bill. Again, please vote NO for HB 6.

Jaymie Archer, Mrs

Self

Cypress, TX


Election security is the number one threat to our constitutional republic. While voting is a right afforded to every American it is a duty we should hold dear and protect its sanctity at all costs. Americans need to prioritize their right to vote and make time accordingly - voting should not be treated as a drive through restaurant, where the order (or vote in this case) is rarely accurate. Americans must have confidence their vote was counted as it was intended to be cast and not based upon the whim of those counting the votes. We must demand and preserve a system where the vote casted matters rather than the one who counts the votes.
Demand IN-PERSON voting, excepting a narrowly defined eligibility for certain extenuating circumstances as previously allowed for.
Demand photo identification for all voters.
Prohibit any UNSOLICITED distribution of mass mail in ballots.
Prohibit any UNELECTED individual from altering voter laws with out legislative and/or voter approval. Changes to existing laws must be noticed publicly for appropriate notice and comment prior to advancement to the legislature.
Prohibit ballot harvesting by requiring signature matching on certified mail receipts and the internal ballot. Retain that matching material for audit and inspection.
Demand laws protecting poll watchers and poll workers. Give them whistle blower protections, allow them to have admin istrative authority to stop polling in locations where certain (defined activities)  unlawful violations are detected until the SOS can assess in-person and make a ruling.
Demand poll watchers NOT be prohibited access to any location inside a polling place. Unescorted and unrestricted.
Demand poll watchers are allowed to conceal carry to protect from nefarious actors and personal threats from those attempting to allow and cover up fraud.

Jeannie Forrest

Self

Dallas, TX


Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting

Printed on: April 9, 2021 11:06 AM

and election day or early release of data, Sunday and Monday before an election day only.   Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.


Victoria Nassif

Self, Actor

Austin, TX


I'm writing to voice my strong opposition to this bill, which contributes to voter suppression. We must make voting easy and simple so that all our residents have a voice in the future of our state.


Harriet Harral, Dr.

Self - Consultant

Fort Worth, TX


I am writing in opposition to SB6 because it could prevent the sending of mail-in ballot applications. Mail-in ballots have been objectively demonstrated to be safe. In fact, a Washington Post analysis of data collected by three vote-by-mail states with help from the nonprofit Electronic Registration Information Center (ERIC) found that officials identified just 372 possible cases of double voting or voting on behalf of deceased people out of about 14.6 million votes cast by mail in the 2016 and 2018 general elections, or 0.0025 percent. This figure reflects cases referred to law enforcement agencies in five elections held in Colorado, Oregon and Washington, where all voters proactively receive ballots in the mail for every election.

A proactive attempt to get ballots to all eligible voters simply makes sense and avoids barriers for seniors and people with disabilities.


Gurpreet Singh

self

Katy, TX


The intention of this bill seems to be a response to the "dangerous, debunked myth of voter fraud" which is unjustly being used as reasoning for these ominous and restrictive bills. This alarmism is disrespectful to the voters of Texas and should not stand. Many claim voter fraud, yet Republicans won many seats, take the tight races between Rep Jacey Jetton and Sarah DeMerchant and Rep Schoefield against Gina Calani. If voter fraud is so rampant and apparent, respectfully, why not investigate these races, and for that matter all races. Overall, I fail to see the validity in your point of "widespread voter fraud." Regardless this is not a justification to make voting harder. What substantial, reputable evidence is there of voter fraud? One might think to thoroughly investigate that first. Nonetheless, the ability to voice one's opinion is the hallmark of our democracy and this bill would make it harder for many from lower socioeconomic backgrounds to access the ballot box. Thank you!


Don Huffines, Senator

Self


Printed on: April 9, 2021 11:06 AM

Dallas, TX

To The Committee on Elections,

I respectfully urge each of you to do right by the millions of Texans who are losing confidence in our elections process and to pass HB 6 on to the Calendars Committee in its strongest form. It's past time for us to provide greater security to our elections system, here in Texas. I appreciate the Committee's attention to this essential issue and top concern of the grassroots.

God Bless Texas,

The Honorable Don Huffines

Beth Blankenship
self

Dallas, TX


Election Integrity Reform is THE legislative priority

We are fed up with "go along to get along" "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voter registration, voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and public auditability of all:  ballots, records, systems and logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever!

1) 100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter and ELECTION fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2) Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.

3) Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4) Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.

We DEMAND our leaders and representatives stop federal over reach into Texas elections.  WHO IS OUR CHAMPION?

Texas Elections!  Texas Stakeholders only! Who purged Dallas county votes in 2018 and 2020?

Kristin Cobb
Self

Spring, TX


Printed on: April 9, 2021 11:06 AM

This bill is a priority. Election integrity is the cornerstone of democracy. This bill will fortify this safeguard by encouraging in-person voting, which has been shown to be more secure, Prohibit public officials from distributing unrequested vote-by-mail applications, bans ballot harvesting, and Increase poll watcher access which would result in improved transparency. Such transparency is important to demonstrate to the American people that our democracy is still intact and will a be start for the American people to regain much-needed trust in the current process.

Ronnie Smitherman, Executive Director

Texas Building & Construction Trades Council

Austin, TX

This Bill is voter Suppression at its finest. We need to make it easier to Vote not Harder!

Kanzeana Lamb

Self Paralegal

Webster, TX

Our election integrity is NOT at risk. This bill is moot.  It is beyond belief that it is easier to buy a gun in Texas than it is to vote. STOP making it harder to vote.

Dale Helmlinger

Self

Tyler, TX

I am against HB 6 as written as I do not believe that any individual should have the ability and/or authority to modify, suspend or otherwise change any provision of TEXAS state election law that is not stipulated in the TEXAS CONSTITUTION.

Karen Scheer, Mrs.

Self

Dallas, TX

Why wasn't election fraud investigated? Especially electronic vote manipulation. We must have transparency. Legal Texas resident citizens with current picture ID. No endless early voting-2 or 3 days max.

Sven Knudson

self - software engineer

Austin, TX

Why are this bill needed?  There has been little to no evidence of voter fraud in past elections.  It seems that this bill is just an attempt to keep 'those' people from voting.  Voting is a right and should be easy for all citizens to exercise.  Access to voting should be expanded, not restricted, so that all citizens can have a say in their government.

Jennifer Johnson

Self/Volunteer Deputy Voter Registrar

Houston, TX

We need to expand voting access in Texas, not restrict it. Thank you.

Printed on: April 9, 2021 11:06 AM

Patricia Tamayo-Fagler, Ms

Self

League City, TX

This disposition hinders the ability of under deserving populations. It is voting suppression which will result in voting reduction targeting specific racial groups. This is denying voting rights for communities of color and low socio economic background.

Diana Richards

Self, Volunteer Communications Coordinator

Sherman, TX

Honorable Representative,
As a Native Texan with roots back to the Alamo, I am In Favor of HB6 (Cain) to ultimately protect our future TX elections. It is of utmost importance to increase poll watcher access to improve transparency, stop the practice of ballot harvesting and prohibit mass distribution of unrequested vote-by-mail applications. HB6 also encourages voters to vote in person. As a former Volunteer Deputy Voter Registrar (through 2020), I learned the need as well for routing verification of voter rolls (especially for removal of deceased individuals) and to thoroughly vet new registrations. It would also be request for there to be voter ID verification for all mail-in and absentee ballots. For these reasons, I respectfully request that HB6 be voted favorably out of Committee and through Calendars for a vote on the Full House Floor. Thank you so much for your time and consideration of my request.

José Skinner

Self

Austin, TX

I am adamantly against this bill. I understand the dogwhistle behind the word "purity," but I think this kind of bill plays into the libs' hands, what with H.R. 1 looming at the national level. Please reject HB 6.

Laurel Hays, Dr. & VDVR & Presiding judge during election

Self

Houston, TX

I am strongly opposed to this bill, which makes voting harder for disabled folks; discourages election workers; reduces voting opportunities by shortening early voting and eliminating drive through and outdoor voting; and adds financial burdens to disabled people and local municipalities.  Voter suppression is immoral and undemocratic.  AG Paxton found 16 cases of wrong addresses amongst 17 mil registered voters in 2020.  Significant voter fraud does not exist and is not a legitimate excuse for making voting harder.

Dianne Lovett

Self/ Small Business Owner

Bandera, TX

This bill is a shameless assault on voting rights. We should be proud that a record number of Texans came out to vote in 2020, instead of introducing legislation that inhibits the most vulnerable in our state from exercising their constitutional right to vote. As a voter who has voted Republican in the past, I am appalled at this direct attack on democracy itself, and its very ability to survive in these difficult time. There are many reasons for my concern, as there should be for you as lawmakers, as well. Here are only a few:
•        This bill makes voting more onerous for our most vulnerable -- voters who have disabilities would have to show a doctor's note in order to get a mail-in ballot. While voters who are elderly would simply sign an application, disabled voters would have to schedule and pay for an additional doctor's appointment weeks in advance of the election just to be able to vote. It

Printed on: April 9, 2021 11:06 AM

is unconscionable that we would put this type of barrier between our disabled community and their right to vote.

•    Hundreds of thousands -- if not millions -- of voters across Texas benefitted from the secure voting opportunities that this bill closes off. Voting would take much longer for the Dallas voters who voted on Election Day at the American Airlines Center since they would have many fewer machines to vote on. And the 127,000 Harris County voters who used drive-through voting -- including the tens of thousands of Republicans -- would lose that option.

•    This bill would make Texas the laughing stock of the country by ensuring we have hours long lines in our cities every Election Day. By requiring that every polling place have the same number of machines, we would repeat the 8-hour line at Texas Southern University in the 2020 primary election where the last voter didn't cast their ballot until 3am. That was an embarrassment for our state that we should be trying to prevent by improving voting opportunities -- not one we try to recreate by reducing them.

o    Note: This requirement only applies to the 75+ counties with county-wide vote centers, which includes all of our biggest counties.

•    The bill is so broad that it could inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as mail ballot applications. In 2020, TDP mailed 1 million Texas senior citizens applications for vote by mail to help them vote safely during the pandemic -- and the Trump campaign sent these applications to their voters, too. That could be criminal if this bill is passed. At the same time, it would ban local election officials from proactively sending these applications to voters, leaving seniors and voters with disabilities with few options to get a mail ballot.

   Voting in Texas should be easier, not harder.  Regardless of your party, do the RIGHT THING. OPPOSE this reprehensible attack on our democracy.


Carol Miller, Dr.

self -- university professor

El Paso, TX


climate change and voting rights and gun control and $15 minimum wage and fixing the economy are all very important--nothing can be fixed without a democracy supported by voting rights


Victoria Crawford

Self, Reading Interventionist for students with disabilities

KATY, TX


I am commenting as a voter, former campaign volunteer and volunteer voter registrar, and concerned citizen. The measures in this bill criminalize a lot of behaviors that shouldn't be criminalized, like helping voters find voting resources such as mail-in ballot forms. To be honest, the penalties for making a good faith effort to help fellow citizens are so high, and the definitions of wrong-doing so broad that I am afraid I could inadvertently break a law doing many totally normal, legitimate, small-d democratic activities I have done in the past: canvas voters, help voters check their registration status, help voters register to vote, sharing information about legislation and voting. Article 1, section A1.03, #5 of this bill states that  "...the reforms to the election laws of this state made by this Act are not intended to impair the right of free suffrage guaranteed to the people of Texas by the United States and Texas Constitution, but are enacted solely to prevent fraud in the electoral process." But I fear that they DO in fact impair the right of free suffrage by making it illegal in many instances to help inform voters of their legal rights and appropriate processes. Attorney General Paxton went to extraordinary lengths to search out voter fraud in the 2020 elections, and found almost none. This entire bill is a solution in search of a problem. The main reason Texas voters have had any concerns about election integrity has been thanks to what amounts to gossip -- people talking up the idea of voter fraud, even when the evidence is that there isn't meaningful levels of voter fraud. If anything, the existence of this bill actually undermines voter confidence by legitimizing paranoid thinking that hasn't been supported by any facts. The 2020 election was very fraught for me as my 17-year-old was critically ill and spent three months in the PICU last fall. I couldn't believe that I wouldn't be able to get an absentee ballot as the only surviving parent of a critically ill child in the PICU, in the middle of a pandemic, no less -- but I wasn't over 65 and I was not myself disabled. I became hopeful when the state's Democratic Party sued to expand mail-in voting, but discouraged when Mr. Paxton worked to shut that down. I left phone messages for the Attorney General's office and realized that that was the sum total of my recourse. You, the state legislature, were not in session, nor will you EVER be in session during our national-level elections, which always fall on even years. We Texas voters have to rely on you doing the right thing by us when you ARE in session. Don't let the voters of Texas down with this bill, don't make it HARDER to vote when we know you won't be around to fix this when election day comes around again in 2022. Please instead EXPAND access to the mail-in ballot for

Printed on: April 9, 2021 11:06 AM

caregivers of critically ill and disabled citizens. My daughter passed away last fall and I provide this testimony in her honor.

susan and Grant Reading

Parish Episcopal School

Dallas, TX, TX

We Texans, along with the rest of the citizens of this country, have never been satisfied that the Presidential 2020 election was not fraught with fraud.   Going forward, we want total transparency in all elections.   To accomplish this,  we need to go back to procedures that allow for such.  Computers should be limited in their use- definitely not to record votes, weight votes, etc. Precincts should be incorporated once again to prevent fraudulent voting.   Voter roles must be purged at least once a year. Voters must be expected to be able to prove that they live in precinct and are registered.   This is not a hardship, it's just what we must demand to reduce fraud   For almost 40 years, my husband and I have worked as judge and clerk in every election.   We have seen what works and what invites illegal activity.
We are tired of hearing how oppressive it is for certain people to get voter IDs,   That is nothing but a lie!   Don';t let our elections be stolen!   Thank you.

Julia Dahlberg

Self

LA VERNIA, TX

I am in support of HB6 to strengthen our election integrity, prevent fraud and increasing accountability and criminal penalties. Please pass this bill out of committee.

Deborah Wallis

Self.  Payroll manager.

Richardson, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.
Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.
Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any

Printed on: April 9, 2021 11:06 AM

non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Sujata Neidig, Mrs.

Self

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Saundra Allen

Self

Austin, TX

No ballot harvesting, need voter ID, purge the rolls,
No after Election Day reception of ballots, no mail out ballots without request

Amy Fanguy-White

self

Kyle, TX

Why do you need to know a disable persons personal information, and their reason for having assistance in voting. Government does not need to know why I need assistance and how I need assistance when evoking my right to vote by the Constitution of the United States of America. Why does the State of Texas feel like it needs to know all my personal information and proof that I am disabled, when I have registered and have a valid DL and passed all requirements to vote? It is almost like you are trying to suppress voter who are disabled, elderly, or veterans with disabilities.  We seem to be missing the fact that this bill will bring a larger disparity to a certain section of the population and making it harder to vote in Texas.

Anne-Marie Racelis

Self/Student/COS

El Paso, TX

I agree with that this bill should be passed because this country is supposed to be ran by the people. We should be able to vote and have confidence that our vote will be counted correctly. I also completely agree that anyone caught in the act of voter fraud should receive felony jail time.

Tara Alt

Self, homemaker

McKinney, TX

I have worked as a volunteer for various aspects of Texas elections for years and while I've never seen fraud, I have seen plenty of evidence of voter suppression resulting from Texas' extremely and purposefully confusing voting regulations. This bill would only add to those suppression tactics. Texas voters deserve better, deserve ease of voting and online registration. Voting is its right and we are damn tired of Texas infringing upon it. Vote NO on HB6.

Rod Chalmers, Constable

Printed on: April 9, 2021 11:06 AM

Self - Bandera County Constable

Utopia, TX


These proposed revisions in election rules for our state are absolutely necessary to maintain the integrity of our elections, and I endorsed each aspect of HB 6.


Matt Parker

Self

New Braunfels, TX


HB 6 - There is nothing more sacred, and needs to be preserved and protected more, than that of our election system. It is what sets us apart from countries without hope knowing the ballot boxes are stuffed and often rigged. Integrity matters, and the Texan standard needs to be set high, for other states to one day model and emulate. Secure the integrity of our elections, of our votes, to secure and preserve a free and more prosperous country for tomorrow.


Daloma Armentrout

Self, disabled retired caregiver

Austin, TX


I support expanded voting opportunities and rights, not false premises about election security.


Andrea Hughes

Self- Retired

Dallas, TX


I STRONGLY agree with the following statement. I beg you to address the election fraud that is rampant in our state and nation.

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.
Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.
Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.

We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Blake Barnard

self

ADDISON, TX

There was election fraud in the 2020 election.  There was documented electronic vote manipulation.  No one should be in denial.

We need to ensure that only lawful Texas citizens with a picture ID can vote.

All election results must be audible.

Election fraud penalties need to be strengthened.

Eliminate early and absentee (other than military) voting.

Return to paper ballots only.

Stop federal involvement in both state and local elections.

The survival of our republican form of government, which means both our state and nation, depend on these election law changes.

Glen Risley

Precinct 146, Harris County Party

Houston, TX

A democracy can only exist until the voters elect representatives who will use their power to take resources from producers and distribute them to consumers. The power of consumers is multiplied through the removal of requirements to access the ballot. Until Constitutional restrictions are better understood as beneficial to the electorate, universal suffrage is a threat to the common good. Current representation operates to purchase votes through handout programs. Fraud tends to work in favor of government interference in the free market.

Peter Lovett

Self/ Small Business Owner

Bandera, TX

This bill is a shameless assault on voting rights. We should be proud that a record number of Texans came out to vote in 2020, instead of introducing legislation that inhibits the most vulnerable in our state from exercising their constitutional right to vote. As a voter who has voted Republican in the past, I am appalled at this direct attack on democracy itself, and its very ability to survive in these difficult time. There are many reasons for my concern, as there should be for you as lawmakers, as well. Here are only a few:
•        This bill makes voting more onerous for our most vulnerable -- voters who have disabilities would have to show a doctor's note in order to get a mail-in ballot. While voters who are elderly would simply sign an application, disabled voters would have to schedule and pay for an additional doctor's appointment weeks in advance of the election just to be able to vote. It is unconscionable that we would put this type of barrier between our disabled community and their right to vote.
•        Hundreds of thousands -- if not millions -- of voters across Texas benefitted from the secure voting opportunities that this bill closes off. Voting would take much longer for the Dallas voters who voted on Election Day at the American Airlines Center since they would have many fewer machines to vote on. And the 127,000 Harris County voters who used drive-through voting -- including the tens of thousands of Republicans -- would lose that option.
•        This bill would make Texas the laughing stock of the country by ensuring we have hours long lines in our cities every

Printed on: April 9, 2021 11:06 AM

Election Day. By requiring that every polling place have the same number of machines, we would repeat the 8-hour line at Texas Southern University in the 2020 primary election where the last voter didn't cast their ballot until 3am. That was an embarrassment for our state that we should be trying to prevent by improving voting opportunities -- not one we try to recreate by reducing them.

o        Note: This requirement only applies to the 75+ counties with county-wide vote centers, which includes all of our biggest counties.

•        The bill is so broad that it could inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as mail ballot applications. In 2020, TDP mailed 1 million Texas senior citizens applications for vote by mail to help them vote safely during the pandemic -- and the Trump campaign sent these applications to their voters, too. That could be criminal if this bill is passed. At the same time, it would ban local election officials from proactively sending these applications to voters, leaving seniors and voters with disabilities with few options to get a mail ballot.

   Voting in Texas should be easier, not harder.  Regardless of your party, do the RIGHT THING. OPPOSE this reprehensible attack on our democracy.


Aliza Geretz

Harris County, Senate District 17, Chair, HCDP

Houston, TX


My constituents and I are strongly opposed to HB6.
HB 6 would complicate voting and add unnecessary procedures that would subject voters, those assisting voters, and public officials to criminal penalties. HB 6 threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote. Election Judges and Clerks follow the law and do their best to serve their communities.
HB 6 jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials. This is harmful to voters.
HB 6 also limits the ability of voters to access applications for voting by mail. Voters should be able to choose the safest and best way for themselves to vote.
False claims of 'widespread voter fraud' are being used to limit opportunities for voters to cast a ballot. These claims lack evidence and have been disproved in multiple lawsuits. The REAL problems with our election system are the polling place closures, cuts to early voting, onerous voter ID laws, and the illegal purge of registered voters. Thank you.


Kassiopia Jackson

Self

Addison, TX


As a Texas resident who voted for the second time in my lifetime in November 2020 to see my vote mean nothing due to the failures of elected Judges who opted to accept a pay off from a cabal of wealthy try-hards, according to a Times article which claimed these millionaires and billionaires sought to "fortify the 2020 election", election integrity is a crucial issue that must be tackled by every state included Texas.

I do not understand how people can be opposed to election integrity yet will cry about systemic racism within the Government ignoring the voices of Americans to promote an agenda of racism and oppression. The best tool to fight oppression is to fight for everyone's voice to be heard unfettered by Government interference. Ensuring election integrity is a no brainer issue regardless of what party you support yet, it seems the strongest voices opposed to election integrity legislation happen to be the individuals at the top who have something to lose should election integrity laws be passed.

My question to those Government officials at the local, state, and federal level who oppose election integrity laws is this: If your platform is so poor you resort to cheating and deceiving your supporters to continue to get re-elected, has it ever occurred to you that perhaps you're the corrupt rot at the top that people are talking about? If you can't win through legitimate means, maybe you fail to put forth any worthwhile promises that reveal your intent to support the individuals in your district, county, or state.

Stooping to deception to maintain power is what dictators do. For anyone to deny the significance of election integrity legislation or to claim that it's some how racist (As an aside, stop this. Minorities are more than capable of obtaining a state ID and driver's

Printed on: April 9, 2021 11:06 AM

license. To claim we can't because we lack the knowledge or access is befitting to our abilities as minorities to function as adults.) to deceive supporters into voting against legislation which is in their best interest for their own benefit is a gross power trip.

HB 6 must be heard, passed to the Senate, approved, and made a law point blank. There is no rational debate against safe guarding our future elections.

Carol Nichols, Ms

Self

Buda, TX

There's nothing about purity in this bill. I'm a 74 year old native Texan & Texas has been deteriorating for years bc GOP is frightened by competition as our minority population is growing. That is why they provoke s crisis at the border. The new people to our country fill the jobs that the anti immigration group won't take. It's in Christian to blame people seeking safety in US as criminals & dangerous.

Suzanne Wofford

self

Austin, TX

O: House Committee on Elections Chairman Briscoe Cain, Briscoe.Cain@house.texas.gov  CC: Vice-Chair, Jessica.González@house.texas.gov  Representative Michelle.Beckley@house.texas.gov  Representative John.Bucy_III@house.texas.gov  Representative Travis.Clardy@house.texas.gov  Representative Art.Fierro@house.texas.gov Representative Jacey.Jetton@house.texas.gov  Representative Mike.Schofield@house.texas.gov  Representative Valoree.Swanson@house.texas.gov

What can more important and more American than the right of EVERY American of age to cast a ballot to vote for officials determined by a majority of citizens.  ANY effort to stand in the way of that ballot should be a criminal offense, and that includes legislators who attempt to diminish that right.
Ask yourself what you will do when the topic is gun legislation that is necessary to protect lives, including those of children.  If the answer is that you adamantly stand by the right of every American to carry a gun, even a lethal automatic, compare that thinking to what you are doing to stand in the way of Americans casting a ballot in an election to freely exercise their right which in no way will be harmful to another person.  Which one really projects a danger?  Which one can be deadly?  Which one is not supported by every citizen?  Which one is a no-brainer to protect a right of every American?  Which one do Americans go to war to protect? Which one involves probable danger to American lives?  Which one impedes the exercise of rights which are not harmful to any one?
House Bill 6 does NOT promote full and fair elections.  It negates and intimidates the rights of voters with possible criminal offenses for those volunteers, registrars, election workers who are trying to support voting rights.  The theme seems to be finding as many obstacles as possible to impede the voting rights of ordinary American citizens.
You and I are alike in that we are citizens of privilege and education, but many of our fellow citizens do not enjoy those circumstances.  You can be sure that they are learning how to stand up and be counted because a Fair Fight for those rights to vote is underway.  I support the exercise of those rights because I am disgusted and angry that there are elected officials who are so afraid of a vote by every American that they will do whatever they can to prevent that exercise of freedom.  I don't know what the election results will be, but if I can count on it was a fair election, open to all legal voters, I will accept those results.
You have a responsibility to uphold the laws and Constitution of the United States, and that included the rights of voters in the 14th, 15th, 19th, and 26th Amendments.  The political party should not enter into any decision which denies those rights in any way.

Thank you for your service to our state.  I will pray for your good judgment in making decisions that protect the people you serve.

William Gallagher

Self (Retired)

Printed on: April 9, 2021 11:06 AM

We are suffering fraudulent elections partially due to the Secretary of State changing voting laws without the support/input of the legislature.  We need to throttle back the ability to ignore/change election laws by the SOS.  Please strengthen and pass this legislation.

Christopher Sacia

Self - Consultant

Euless, TX

Members of the committe,

I write in support of this bill.  Our election process need to be the most secure and transparent in the world.  Any efforts made to advance that cause should be passed into law as soon as possible.

Thank you

Ernest Angelo

Self

Midland, TX

I am in favor of this legislation to improve the integrity and transparency of Texas elections.

Elissa Sterling

Volunteer deputy voter registrar

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Martha Beach

Martha Beach

Dallas, TX

Please don't vote for this

Trudence Jamar

myself

Houston, TX

I am opposed to this bill.

Sonja Keen

Self

Dripping Springs, TX

I support this bill to preserve our democracy. The voting system/  integrity should be protected AT ALL COST! Americans are

disappointed at the lack of support from our federal courts to investigate the 2020 presidential election. So much evidence but no one will touch it.

Christopher Grisolia

Advocate

Krum, TX

I very strongly oppose this bill. We should be ensuring everyone has easy, verified access to voting here in Texas. We cannot call ourselves the biggest and best state in the union if we hamper one single person from their right of voting in any election they choose.

Judy Brannon

Self-dyslexia therapist

Katy, TX

Our leaders must do better than this. The integrity of our elections is intact but the integrity of our elected officials comes into question when some propose these measures. Democracy is strong when ALL participate in the process—whether those who participate agree with those in power, or not. This very thing is why free, fair and ACCESSIBLE elections must continue. Casting a ballot to vote your conscience should be made easier, not harder. This bill goes against the ideals of our great state and our country. We all lose when we create barriers for others who disagree with us from casting ballots in our elections. I probably disagree with the majority of our state legislators but I would defend your right to vote however you please. Please do the same for me and for all Texans!

Michele Haram

Volunteer Deputy Registrar

Austin, TX

There is no evidence that this is a problem. Voter suppression is a very real problem. We should make it easier not harder to vote.

Amanda Sadler

Self

Keller, TX

I vehemently oppose this bill. Thank you.

Walter Overland, Jr., CTRC USN(Ret)

Self

Conroe, TX

I STRONGLY request your support of this bill. It will HELP GREATLY in increasing ELECTION INTEGRITY and IMPROVE ELECTION INTEGRITY. Thank you for your support.

Carolyn Hinch, Retired

Self

Katy, TX

Voter integrity is so important. I totally support in person voting, very limited mail in voting, no curbside voting , and only a

Printed on: April 9, 2021 11:06 AM

week for early voting. Poll workers need to be protected from bullying when in a hostile poll site.  Poll watchers need to be able to see  that the ballots are handled correct.

Alison Boleware, Government Relations Director

National Association of Social Workers - Texas Chapter

Austin, TX

The National Association of Social Workers-Texas Chapter (NASW/TX) strongly opposes HB 6 (Cain). NASW/TX represents over 5,000 social workers across the state and advocates for the health and wellbeing of all Texans, including their voting rights. NASW/TX opposes HB 6 because the bill would target Texas' most vulnerable populations, specifically older adults and voters with disabilities, from utilizing accessible means of obtaining a mail-in ballot. According to the Texas Secretary of State, Texas there are 16,676,353 registered voters. During the November 2020 Presidential Election The New York Times reported that approximately 26% of Texan voters were the age of 65 and older which demonstrates the large portion of elderly Texans who may be negatively impacted by HB 6. In addition, that same The New York Times article reported other highlighted voting disparities between majority and marginalized groups. For example, only 28% of voters had a household income of less than $50,000 and shocking 7% of voters were from a rural or small town community. HB 6 would protect poll "watchers" by penalizing election workers who seek to remove poll "watchers" from election sites.

HB 6 would further the illegal disruption and harassment by the poll "watchers" which may negatively impact vulnerable Texans. This bill would prohibit and criminalize the distribution of voting resources, such as mail ballot applications, unless an individual specifically requests a mailed ballot. NASW/TX stands against voter suppression and advocates fiercely for the voting rights of all Texans, particularly those from marginalized communities and asks that the Committee not move this bill forward.

Alex Meed

Self, cybersecurity analyst

Austin, TX

Under Rule 4, Section 23A, of the Texas House of Representatives, the presiding officer of a committee may recognize a member of the House who is not a member of the committee. Right before the lunch recess, the presiding officer recognized a member of the House. Why, then, did another committee member who was not presiding attempt to deny the House member the recognition she had already been granted?

Respectfully submitted,

Alex Meed

JESSE AGUILERA

American GI Forum / Tarrant County Forum

Fort Worth, TX

As a member of A Veterans Organization that was founded on fighting discrimination against WWII Hispanic military veterans during the Jim Crow days of American history I am deeply saddened and highly angered by the attempt to suppress voter participation. It bothers me that a state legislator would try to push a bill for a make believe problem instead of trying to put State attention on the current major needs of the state   like electricity, education and health. We have real problems like a failed power grid that killed people, Like failure of the State of Texas to adequately control the spread of a virus that has killed many Texans, and of course the new reality of the education system that  needs State attention and if not properly supported will destroy our crippled economy.
The claims of voter fraud have not been to be true. The only Voter Fraud in Texas seems to be perpetuated by those  elected leaders  who continue to tell lies to Texans. As an election worker I have observed an already cumbersome process that will only be hampered by this bill. This past couple of years I have been embarrassed by news stories showing long lines of Texans at the polls waiting hours to vote because the system is set up to discourage voters.
 My Father was a WWII veteran who instilled duty to country as a family value. He stepped up when his country needed him thus

Printed on: April 9, 2021 11:06 AM

I too served our country in 1969 when called ( just doing my duty). We fought to protect the rights for all Americans and  I now call on State Representatives to do their sworn duty  protect Texas citizens from the return of JIm Crow  open discrimination.

Tommy Thomas

self

Tomball, TX

We have got to fix election integrity, I was a Poll wathcer last election and witnessed a large number of infrcation, they were turned in but nothing has happend.

Barb Stauffer

self, retired

Garland, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

I am fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

   100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
   Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.
   Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.
   Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.  We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote.

Catherine Gibb

Self

Plano, TX

I speak in favor of HB 6 for many reasons and here are a few of them:  (1) there is voter fraud occurring which disenfranchises legal voters; (2) A person should only be able to vote in their state of residence in any election.  It is dishonest to vote twice. (3) There should be penalties for violating election laws that have "teeth" in them and these should be pursued; there must be substantial consequences for those who violate election laws; (4) Poll watchers should be allowed to watch the process so people

Printed on: April 9, 2021 11:06 AM

can have confidence that elections are on the up and up (5) election judges should follow the law and be held accountable if they put false information on an affidavit required for provisional voting. (6) vote harvesting and paying for collecting votes should be illegal.  The opportunity for fraud is rampant when you start paying people for votes. I have served as the primary administrator for the Collin County Republican Party since 2006 and election integrity must be a priority.  This bill should become law.

Edwin Harris

Self

Austin, TX


Texas must pass election reform measures to discourage election, voter, and ballot fraud. Measures should include mandatory voter ID and signature verification, elimination of mail-in ballots, weeks-long early voting, drop boxes, third-party ballot harvesting, and internet-based vote tabulation. The system should be more transparent and auditable, and focused on hand counting paper ballots rather than digital records. We should also keep private parties and the federal government out of the voter registration and precinct funding. have direct knowledge of poll watchers being escorted out of multiple precincts (at request of precinct officials) when performing their sworn duties. So, legislation should also protect the rights and safety of election volunteers and increase criminal penalties for fraud and cheating.

Niloufar Hafizi

self/lawyer

Katy, TX


This bill has many problematic provisions that will enhance Texas' unfortunate reputation of hostility to voting rights.  The provisions relating to poll watchers are especially concerning.  Section 32.077 would hamstring election judges who need to remove disruptive poll watchers.  This past election, voter harassment at polling places did occur, in other states and in Texas. Poll watchers who create an environment of intimidation could not be removed by the election judge unless they commit an election-fraud related offense.  Election judges who try to keep intimidation out of their polling place could be prosecuted. Furthermore, HB 6 unnecessarily criminalizes mistakes or omissions that parties might make when assisting voters with absentee ballots. HB 6 goes on to criminalize, in Section 276.015, the mailing of unrequested absentee ballots to eligible voters.  This provision goes out of its way to penalize the perfectly innocuous decision by some elections offices to send eligible voters ballots. Overall, this bill would enact draconian measures to address nonexistent voter fraud, while making voter intimidation at polling places more likely.

Teresa Thomas

Self

Tomball, TX


Please help, we have to have election integrity, I was a poll watcher last election and was threatened by a AJ and nothing has happened. The infractions were to numerous to list here but were also turned in with nothing happening.

A Westrich

Self

Houston, TX


Dear [legislator],
As a constituent who supports civic engagement, I urge you to vote against SB 7 and similar bills that would restrict our voting rights. SB 7  and HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers. Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.
SB 7  and HB 6 , and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already

Printed on: April 9, 2021 11:06 AM

complicated system. It fails to provide them confidence that their vote will be counted.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.

Thank you, A Westrich

Anthony Hollister

Self

Kennard, TX


Please stop trying to make it more difficult to vote.

This bill and SB 7 making voting and elections more difficult for voters, and the public officials who manage the election process.

There have been very few cases of voter fraud.

We should be making it easier to vote not harder.

Marianna Maguire

Self as well as the Hispanic conservatives movement we're growing in Montgomery county

Spring, TX


Ladies and gentlemen:

Our country has taken a SHARP LEFT turn toward socialism.

Those who don't know enough about it, think highly of it and are gullible, naive, and easily led into believing that mama government needs to take care of them.

And then there are the EVIL ones who know EXACTLY what socialism represents, how to secure it, what it leads to, and what political benefits it reaps them by securing power. Some of those who come to mind include the leftist liberals of the Democrat party; the fourth branch of government, being the media; large and wealthy corporations who directly finance and influence elections by buying-off votes in many creative ways; the Hollywood cartel with many so called "entertainers" who have openly advocated for and fundraised for murders such as Castro, Chavez, Maduro, Ortega, etc., and oh so many more examples.

Socialism is slavery. It destabilizes a country and ultimately destroys it.

We Hispanics, hail from many countries where ELECTION FRAUD is absolutely NORMAL. In certain countries, you are required by law to show up and vote or be fined. In others, you cast your vote with an election official looking over your shoulder. And hopefully you voted correctly or risk you and your family being blacklisted. Some countries have cartel members overseeing their elections who cast votes on the citizens' behalf, to save them the "inconvenience".

This is NOT how America, my America, will be.

To not want CLEAN elections for your own country, but instead, engage in the weasel socialist moves that Hispanics are used to, is disgusting, disgraceful, corrupt, and evil. It is UN-American. It is ANTI-American.

Do you want clean elections or do you want to mistrust the entire process and always question your own government? Do you want elections with ZERO standards, laws, rules, guarantees, and opens the door for corruption, crime, bribes, danger, etcetera?

America is FREE. We are still FREE to vote. Clean it up and keep it clean, else, I'll buy you a ticket to a socialist utopia of your choosing. You deserve it if election integrity is not important.


Printed on: April 9, 2021 11:06 AM

The rhetoric used to keep election integrity bills from being heard is the same old, tired, expected, repetitive talk that Hispanics know 1st hand. We're not buying it!

A socialist' goals are to produce CHAOS, retain power, grow government, and enslave the people through the welfare state they create.

Elections are the bridge to socialism or freedom.

Election integrity is paramount to keeping America FREE.

I don't know about you, but we're neither today nor tomorrow isn't looking good for socialism if I and millions of other Hispanics have anything to say about it.

Do your jobs. Vote FREEDOM. Always. And vote FOR election integrity.

Thank you and God bless.

Benjamin Miller

self / student

Austin, TX


This bill is predicated on lies about rampant voter fraud. Only the most basic understanding of math is required to know that no threats of these types to our elections really exist...other than actions like these. To prove the point, I am providing some quick statistics that demonstrate this bill is nothing more than a desperate partisan attempt to cling to power through restricting the franchise rather than put in the work necessary to expand your party's base. People like me, who understand the underlying motives, will continue to work to counter these measures until every citizen of the United States and resident of Texas has free and fair access to the ballot and an equal weight of their vote. Stats:

Between 2002 and 2012 - only 51 people convicted of voter fraud in Texas. Only 4 of those were for voter impersonation - the basis of the ID law push - see next

Even less on national scale - Out of 197 million votes cast for federal candidates between 2002 and 2005, only 40 voters were indicted for voter fraud - Only 26 of those resulted in convictions or guilty pleas.


Even the conservative Heritage Foundation cannot disguise the absence of these instances in their database: In Texas since 1979, there have only been 17 criminal convictions for Ineligible Voting, 5 for Impersonation Fraud At The Polls, and 2 for Duplicate Voting

As for voting by mail - here's a quote from Lorraine Minnite, a professor at Rutgers and author of The Myth of Voter Fraud:

"The conservative Heritage Foundation has compiled data that they have relied on for more than a decade to promote the erroneous idea that voter fraud is real, rampant, easy to commit and easy to hide. Their database, going back to 1988, actually contains just 206 cases of "Fraudulent Use of an Absentee Ballot," or roughly six or seven cases per year. Over this same period more than 1.6 billion votes were cast in federal elections alone."

Thanks for your time. I would ask for you all to take the right and intellectually honest action and reject this bill, but I know you won't.

Phil Suitt

Self/ rancher - retired Police

Buda, TX


Printed on: April 9, 2021 11:06 AM

I do support this bill on Election Integrity.  I want my vote to count. Dead individuals must be removed from voter rolls and one person one vote must  be upheld with no voter machine switching of votes. I also support voter identification by Drivers License or other secure means.

Eleanor Bigbie

Self

Hideaway, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1.   100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2.   Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3.   Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4.   Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal overreach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas taxpa

Doreen Kent, Mrs

Self

Richardson, TX

Election integrity has to be the most important concern of every legal citizen of the United States!
It holds our freedoms in our hands and certainly is worth standing up for! Please do all you can do to keep elections in Texas and America safe from fraud! God bless you & God bless Texas!

Mark lockhart

Self. Nurse

Printed on: April 9, 2021 11:06 AM

We can not have election integrity until all votes are verified with identification. The electronic system is vulnerable. These are great steps in the right direction. We must have a record of the registered voters and be able to verify people have only voted once. The mail in ballots are highly vulnerable to fraud and must be validated with some identification the computer systems have to be monitored and checked for fraudulent actions. Changing ballots adding ballots. We the people have had our fundamental constitutional rights violated by the fraud that is and has been in our voting system. We the people are watching every bill that is passed. We are reading every line. Your diligence in serving the people of this great state is more important than ever. You must fight for the rights of freedom and democracy.

Edi Sowers

Self - retired Naval officer

Cedar Park, TX


Very little 2020 election fraud was investigated and prosecuted. Some are intentionally denying the facts of electronic vote manipulation. Why?

I am fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1.    100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2.    Early & Absentee Voting: Early voting must be eliminated or limited to no more than 2 days. End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only. Voting Absentee should only be allowed for: (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day. Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3.    Restrain Computer Usage: Computer election fraud is real. We must return to paper ballots. Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4.    Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal overreach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only TS taxpayers.

James Richards

Self, Computer Programming and Development

Sherman, TX


I am testifying ON HB6.I am for HB6 so long as it fully protects all lawful Texas voters. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more

severe penalties for violators, and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1. 100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2. Early & Absentee Voting: Early voting must be eliminated or limited to no more than 2 days. End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only. Voting Absentee should only be allowed for: (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day.

3. Restrain Computer Usage: Computer election fraud is real. We must return to paper ballots. Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4. Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We require that federal overreach into Texas elections is stopped.

Dianna Biscan

Self

Plano, TX

Very little 2020 election fraud was investigated and prosecuted. Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1. 100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2. Early & Absentee Voting: Early voting must be eliminated or limited to no more than 2 days. End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only. Voting Absentee should only be allowed for: (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day. Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3. Restrain Computer Usage: Computer election fraud is real. We must return to paper ballots. Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4. Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail,

Printed on: April 9, 2021 11:06 AM

application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal overreach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas

David Kemp

Self

Plano, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1.  100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2.  Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3.  Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4.  Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal overreach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas

Hearing Date: April 1, 2021 8:00 AM

Jack Frink

Self

Austin, TX

These laws are unneeded and will simply burden Texans trying to vote. Scrap them.

Lori Hill

Self - retired

Spring Branch, TX

Printed on: April 9, 2021 11:06 AM

We the People deserve a Free and Fair Election. 2020 Election was a nightmare—should never happen again!

Karen Collins

Self

Austin, TX

I oppose this bill. It threatens our hardworking election workers as well as voters. Don't continue throwing Texas democracy under the bus.

Michelle Taylor

Self

Robstown, TX

Vote YES

Election Integrity should not even be a matter of debate. Every lawful American citizen has a right to know that their vote counts. It should be a matter of National Security that ALL US elections be protected & safe guarded from all possibilities of fraud, and that in the case of fraudulent activity, those guilty of election fraud be prosecuted to the fullest extent of the law. Please take every possible measure to ensure that as law abiding citizens, our votes are protected, safe guarded & counted. Without Election Integrity, we are no longer the USA, we are just another third world country being run by elitists.

Tyla Oldham

Texas homeowner

Savannah, TX

America can only survive if we fight for legalized Americans to have the right to vote in our elections.

Mark Taylor

Self

Robstown, TX

Vote YES

Election Integrity should not even be a matter of debate. Every lawful American citizen has a right to know that their vote counts. It should be a matter of National Security that ALL US elections be protected & safe guarded from all possibilities of fraud, and that in the case of fraudulent activity, those guilty of election fraud be prosecuted to the fullest extent of the law. Please take every possible measure to ensure that as law abiding citizens, our votes are protected, safe guarded & counted. Without Election Integrity we have no country left.

Breeann Johnston

Self

Robstown, TX

Vote YES

Election Integrity should not even be a matter of debate. Every lawful American citizen has a right to know that their vote counts. It should be a matter of National Security that ALL US elections be protected & safe guarded from all possibilities of fraud, and that in the case of fraudulent activity, those guilty of election fraud be prosecuted to the fullest extent of the law. Please take every

possible measure to ensure that as law abiding citizens, our votes are protected, safe guarded & counted. Without Election Integrity we have no country left.

Martina Sutton

Self

Cedar Park, TX

Dear Representatives,

I have read HB6 and I object to:
1)      Article 3 proposed changes: Election judges/officials not being able to remove poll watchers from locations or counting stations for any reason other than the poll watcher engaging in election fraud – if the poll watcher is being disruptive to the voting or counting process or is intimidating or aggressively harassing voters and/or election workers & officials, that poll watcher should be removed for misconduct yet these proposed changes would not allow poll watcher removal for ANYTHING other than election fraud.  This is especially concerning when coupled with all the other proposed election code changes that will limit poll location operation times because if a poll watcher becomes disruptive, it slows down the voting or counting process, thus taking much needed & limited time away from those processes and, thus, voters.  This kind of disruption could also scare away voters from a polling location if they consider the situation to be intimidating.
Election officials must be able to maintain order at the polling and counting locations over which they preside – this proposed change, making poll watchers essentially untouchable unless they are committing election fraud, makes the officials' job inherently harder if poll watchers have greater immunity than all other election workers or officials on the job.  And since the election official is then held ultimately responsible for everything at the polling or counting location in which they preside, these proposed changes will intimidate volunteers such that fewer people will be willing to take on election official job responsibility.

2)      Article 5 proposed changes: Making it unlawful to solicit applications or distribute applications to vote by mail to any person who did not request one – does this mean it would be illegal for Tx SOS or county registrars or any other public official (including our representatives and senators or ANYONE who works for the state of Tx) to even provide reminders to the general public to submit applications for VBM?  It sure could be read that way and this then would certainly restrict getting voting information out to people.  It would mean they could not make reminder posts about the VBM application process and deadlines on their webpages or social media pages.  This is a huge step backwards in providing better voting information to all of our citizens.

Please strike HB6 down or at the very least, remove these proposed changes as they do not positively serve our citizens' voting rights.

Thank you for your service,
Martina Sutton

Caden Taylor

Self

Robstown, TX

Vote YES

Election Integrity should not even be a matter of debate. Every lawful American citizen has a right to know that their vote counts. It should be a matter of National Security that ALL US elections be protected & safe guarded from all possibilities of fraud, and that in the case of fraudulent activity, those guilty of election fraud be prosecuted to the fullest extent of the law. Please take every possible measure to ensure that as law abiding citizens, our votes are protected, safe guarded & counted. Without Election Integrity we have no country left.

Malinda Moller

Self Sr. Scientist

Printed on: April 9, 2021 11:06 AM

I vehemently oppose HB6 as an unconstitutional attack on every US Citizen's right to vote. The premise of the bill (alleged voter fraud) is part of the Big Lie being perpetuated in an effort to subvert our democratic process. The work of VDVR is deeply needed as not all Texans have access to transportation nor understand the ways by which they can register to vote. When us VDVR go into thenpublic, we educate, encourage and equip eligible voters to exercise the right to vote. This bill is a slap in the face to those of us who have given countless hours to increase voter participation.

I wish every county was as pro-active as Harris county regarding expanding voter access-24 hr polling places, drive in/curbside voting, expanded early voting, mail in voting all create more equal access. In Texas, we should lead the nation in proactive policies to expand the vote!

Also leaving SOS as sole purveyor of what is an acceptable election is shockingly terrible. It will lead to corruption of our free & fair elections for partisan gains-absolutely the opposite of what our Constitution guarantees its citizens.

I see this bill as the greatest threat to democracy not just in Texas, but to our nation's freedom & Democratic ideals and even democracy world wide.

Vote no on HB6. It is the most egregious piece of legislation and will lead to massive boycotts similar to what is going to happen to Georgia for their similarly bad legislation.

Charles Simmons

Self

Houston, TX

I support HR6.

No vote should be disenfranchised by a fraudulent vote.  And even if you believe there is limited voter fraud, many elections are decided by a narrow margin which allows sway of the entire election and disenfranchising of half the voters by even limited fraud.  Our election integrity laws must be strengthened.

Inda Simmons

Self

Houston, TX

I support HR6.

Limit the culture of fraud.

No vote should be disenfranchised by a fraudulent vote.  And even if you believe there is limited voter fraud, many elections are decided by a narrow margin which allows sway of the entire election and disenfranchising of half the voters by even limited fraud.  Our election integrity laws must be strengthened.

Inda Simmons

Tracy Clark

Self - small business owner

Robstown, TX

Vote YES.  Election integrity is important to me because it's the only voice I have for the decisions being made in our government.  As a Representative Democracy 'We the People' need assurance that our voice is heard and not tampered with. Protect our voices.  If our votes/voices are ignored or tampered with eventually it can (and will) cause a revolt.  History repeats itself and I do NOT want certain parts of history to repeat.  Voting yes on HB 6 will be a start to calming tensions so high in our nation right now.  Thank you.

Printed on: April 9, 2021 11:06 AM

Tore Fossum

self, retired

Huntsville, TX

I support HB6.  It should be enacted into law.   I would further like to make the following comments on Election Integrity.
-        Ballots be kept in an unbroken chain of custody:  no mail out, mail in ballots; no ballot harvesting.
-        Voter rolls must be up to date; no dead people, no duplicates.  No person allowed to register more than once in the state, and may not register in more than one state.
-        Voters to be qualified citizens, eligible to vote with identity proven by government issued ID.  No person may vote more than once in an election.  They must only be able to vote in their precinct.  Unqualified persons must not be registered as voters, and must not be allowed to vote.
-        Handling of ballots to be observed to insure the ballots are handled correctly and votes are properly tallied.
-        Counting of votes must be accurate.  Voting machines must be proven to be reliable and giving an honest count.
-        No pandemic interference with the voting process.
-        Early voting limited to one week.  No votes accepted after the close of polls, other than people already standing in line to vote.
Thank you, Tore Fossum, Huntsville

Sarah Berel-Harrop

Self / Seminarian

Farmers Branch, TX

Please do not pass this terrible bill out of committee.

I have served for years as an election official in Harris County and last year in Dallas County.  In my experience, trained, bi-partisan teams run the elections. If a voter requires assistance or a curbside vote, two people - one from each party - assists the voter in order to be sure that the work is done in an objective fashion.  Election officials are trained in election laws and procedures.  Poll watchers get no training.  This law would allow poll watchers who may not even be current on election laws to video anything going on and disrupt the voting process and the judge would not be able to do anything to stop them. If a voter needs assistance, there could be a big crowd of people, the two election officials and the poll watchers for each candidate on the ballot, at the voting booth, in front of all the voters. This has a chilling effect. Not to mention the difficulty in enforcing rules around the use of recording devices ... if the poll watchers are recording obviously voters who object will also want to video the watchers. The provisions regarding poll watchers will create total chaos in election polling locations.

On to assistants to voters (who voters have chosen). Right now, the assistant can be a person of the voter's choice but not a union or employer rep and the assistant must take an oath, and the assistant already provides their contact information. That is sufficient. Can Chairman Cain name a single instance of voter fraud involving assistants? This bill would gather more information about the assistant, the reason why the voter needs assistance, how the assistant is going to help, and the relationship to the voter.  This is intrusive and insulting to members of the disability community.  Voter's personal health information and assistive needs is none of the government's business! This provision would have a chilling effect on disabled people and those who assist them.

I was the vote by mail coordinator for my congregation this past election. We typically inform our members who are elderly or shut in about their rights to vote by mail and furnish them information.  This bill would prohibit the county from giving us the applications. Making congregational voter drives more difficult has nothing to do with the security of the vote. Another problem. The changes in section 86.0052. My dad was bed-ridden in a skilled nursing facility last year. The activities director gathered vote by mail ballots for the residents for mailing, given that family members could not enter the facility. They would now be open to prosecution under a broad interpretation of this provision.

Laws don't impact people equally because of systemic racism and ableism. A mere inconvenience to a middle-class able-bodied white person can be a significant impediment for another person. You need to look at the impact of this law and what it would do to the most vulnerable.

Printed on: April 9, 2021 11:06 AM

Jimmy Jr Wilkey, Mr

Self

Corpus Christi, TX

Vote Yes: We need fair elections and voter ID will keep fraud down. Voter fraud is getting out of control and needs to get corrected ASAP. Those whom are found guilty need to be punished and punished hard and those that have multiple counts of fraud need to do long and hard time because this is a crime agains the American way a freedom.

Jeremy McGuire, Mr.

Self-Employed Carpentry and Plumbing

San Angelo, TX

Due to the widespread confusion and obvious voter fraud committed, I support this in the hopes that all elections done in Texas are transparent and not manipulated by those who would lie and cheat every Texan of their vote. I choose Yes for HB 6!!!

Diana Spain

Retired

Austin, TX

I want to register my strong opposition to HB 6. In a representative democracy, the goal should be to expand access to the ballot box, so that more and more eligible voters participate in the electoral process, engage in their civic duty and feel themselves to be a part of the government, rather than outside of it.  This is the meaning of democracy, "of the people, by the people, for the people."  This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.  When impediments are put in place to make voting more difficult, voters are discouraged from participating in their own governance and exercising this precious civil right and duty. The TX Legislature should not be enacting laws which get in the way of citizens using their voices at the polls.  This bill must not become law.

JOAN GOLDSMITH

self

AUSTIN, TX

My name is Joan Goldsmith. I live in Austin and my zip code is 78704. I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.  Please oppose HB 6. Thank you.

Brenda McGahagin

Self, Retired

Austin, TX

I ask that you vote against any bills that result in voter suppression, which includes both HB6 and SB7.
House Bill 6 and Senate Bill 7 are anti-democratic, anti-voter assaults on the right to vote. These bills:
strip voter rights
financially burden local governments
discourage poll workers

Printed on: April 9, 2021 11:06 AM

elevate partisan poll watcher power above election official authority
ban drive-through and outdoor voting
restrict voters from dropping off completed absentee ballots
shrink early voting periods
create new costs for disabled voters
increase burdens on voters with disabilities to access assistance at the polls

Why would those in government choose to disenfranchise voters? Not because they believe in democracy or the right to vote. I ask again, that you vote against HB6 and SB 7.

Thank you.

Malissa Torres

-- please select a prefix --

Three Rivers, TX

This bill is an abhorrent power grab by people who don't want to uphold the US Constitution. I'm a retired USAF veteran, Democratic chairwoman. I cannot understand why the push to keep voting easy, fair, accessible to all registered voters. The party of small government is expanding government while, limiting access to voting. My county is 1028sq miles. Over have of working adults travel outside to San Antonio, Corpus Christi or the Oil & Gas sites. There is 1 place to vote early, controlled by the elections staff and that office is only open M-F 8 to 5, who can afford to take off to vote? Election day has more access but, hinderances for the disabled should be eliminated. I cannot understand why the Texas Republican party is curtailing access; even in court 'the presumption of innocence' is standard starting point. Why make the assumption each voter is dishonest before they cast their ballot? Even under HIPPA, a person doesn't have to disclose medical information. I served for 20 years seen first hand how precarious voting rights were in foreign lands; here I am on American soil watching Republicans  trying to do more than despotic rulers to limit voting access. So embarrassed by Texas's Republican party; we are no longer that "Shining City on the Hill."

Kathy pham

Self-Accountant

Katy, TX

We should make it easier not make it harder for all Texans to vote.   There should be bills to expand voter base rather shrink the amount of registered voters.  There should be bills to make voting safe and easy to encourage more people to vote for the people they want to represent them.

Mandy McGuire

Self

San Angelo, TX

Election integrity is highly important. Legal voting results in a legal president, and other positions. Otherwise anyone has the chance to compromise those elected positions and many seek to destroy this country from all positions. We have to do all we can to stop it. Election integrity is so critical to keeping this country free for the people.

Holly Plotner

Austin, TX

This is a bad bill aimed at voter suppression. There is no evidence of the voter fraud that this and similar bills throughout the nation seek to contain. Vote NO!

Printed on: April 9, 2021 11:06 AM

This bill: Threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote.

Jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials.

Limits the ability of voters to access applications for voting by mail.

Prohibits elected county elections officials from changing elections processes without first getting approval from the appointed secretary of state.

Sarah Tower

self

Austin, TX

My name is Sarah Tower. I live in Austin and my zip code is 78704. I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Please oppose HB 6. Thank you.

Anne Meng

self, nurse

Houston, TX

Support HB 6, relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

We need citizenship verification for each voter and felony penalties for Election Code violations. This is a priority because we've had election judges and clerks who were illegally using driver's licenses in their possession to facilitate illegal votes at drive-through windows. Mail in ballots were sent to registered voters without voter requests including to ineligible or deceased voters and unelected bureaucrats issued waivers subverting Texas Election laws.

Dems saying integrity is a solution looking for a problem.  Democrats need to be reminded of their own party challenging elections. In the last Harris County Democrat Primary, Democrats were caught cheating against themselves. Many elections are won by a few votes. A presidential election was recently won only by 500 votes.  If I simply read a list of fraud convictions, that would take up my entire testimony.  When the local (county) legislative, executive and judicial branch collude and do not prosecute, it is misleading that no fraud exists. Fraud doesn't require mass or huge manipulation with tight races - Harris County has 1000 precincts, 1 invalid vote in every precinct could be 1000 votes, easily swaying an election.

Dems claim it is a hardship to get a picture ID.  There are many reasons a picture ID is required - including getting into a Democrat Party Convention, …to get into a doctor's office, to use medical insurance, to board an airplane, to buy a car, etc, etc, etc.

 It is insulting and racist to believe that any citizen, minority or not, can't get an ID.  Do you really believe a minority person can't figure this out?  Please.  Those that do not take the responsibility to get an ID either cannot vote anyway, or don't prioritize their right to vote and be responsible for getting the necessary ID.

Dems are calling those that want integrity bigots, racists.  The GOP was born to abolish slavery and the Democratic party is the party of Jim Crow and the KKK.  We want citizens to vote, but we need to protect the vote of those doing so legally, and assure that they do so only once.

Dems cite sources and statistics that are highly biased and inaccurate, e.g., Washington Post, ACLU, Brennan Center for Justice.

Jennifer Roy

self Registered Nurse

Plano, TX

Printed on: April 9, 2021 11:06 AM

HB 6 - Reasons I support the bill:

The only way we have free and fair elections is to make sure everyone votes in person with valid legal voter ID, except in rare extenuating circumstances with strict absentee ballot rules.  Covid is an old excuse for the fraudulent mail in ballots that resulted in a sham president in November 2020, not voted in by the majority.  We must stop the massive multidimensional fraud that occurs with mail-in ballots, vote buying, ballot drop boxes, fraudulent ballot counting software, elderly voter manipulation and exploitation,  and criminal election workers.  It is not American, it is a communist system controlled by the most corrupt in our political system, all the way down to election workers.  Terrifying!

Fraud – a) fraud is occurring
 a social worker in the Mexia State Supported Living Center (SSLC), submitted
voter registration applications for 67 residents without their signature or effective
consent Nov. 2020
 b) disenfranchises legal voters
 c) following and enforcing law is foundation of our society

Dead Voters
 Should be removed from the rolls.

Poll Watchers should be allowed to view the process.
 Transparency of our elections proves there is nothing to hide.

There should be no payment for handling votes. Paying for delivering votes
incentives corruption.

A person should only vote in one state on the same day. It is dishonest to vote twice.
SECTION 5.02. Section 64.012(a), Election Code
Each individual should register themselves to vote and request to be registered.

Allowing massive mail outs of unrequested registrations to be sent out allows for
stealing of registrations. If a person does not even know a registration is being sent,
they won't be aware if it is stolen.

Punishments need to be set so people do not ignore the laws.
If they cheat and there are no consequences, the cheating continues.
Honesty in our elections is important and should be protected.

If someone is assisting a voter, they should be willing to identify themselves.
The voter should be protected by individuals that would exploit their need for help.
Anonymity encourages abuse of the voter.

Paying someone to mail a ballot is paying for a vote. No one should profit from
voting.

Election judges should follow the law and be held accountable if they put false
information on the affidavit required for provisional voting. Bill SECTION 5.01 Elec
Code. Sec. 63.0111

Vote harvesting and paying for collecting votes should be illegal. Voting should not
be a money making opportunity.

DEISY CHAVEZ

NA

Humble, TX

Printed on: April 9, 2021 11:06 AM

Relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses.

We need citizenship verification for each voter and felony penalties for Election Code violations. This is a priority because we've had election judges and clerks who were illegally using driver's licenses in their possession to facilitate illegal votes at drive-through windows. Mail in ballots were sent to registered voters without voter requests including to ineligible or deceased voters and unelected bureaucrats issued waivers subverting Texas Election laws.

Dems saying integrity is a solution looking for a problem.  Democrats need to be reminded of their own party challenging elections. In the last Harris County Democrat Primary, Democrats were caught cheating against themselves. Many elections are won by a few votes. A presidential election was recently won only by 500 votes.  If I simply read a list of fraud convictions, that would take up my entire testimony.  When the local (county) legislative, executive and judicial branch collude and do not prosecute, it is misleading that no fraud exists. Fraud doesn't require mass or huge manipulation with tight races - Harris County has 1000 precincts, 1 invalid vote in every precinct could be 1000 votes, easily swaying an election.

Dems claim it is a hardship to get a picture ID.  There are many reasons a picture ID is required - including getting into a Democrat Party Convention, …to get into a doctor's office, to use medical insurance, to board an airplane, to buy a car, etc, etc, etc.

 It is insulting and racist to believe that any citizen, minority or not, can't get an ID.  Do you really believe a minority person can't figure this out?  Please.  Those that do not take the responsibility to get an ID either cannot vote anyway, or don't prioritize their right to vote and be responsible for getting the necessary ID.

Dems are calling those that want integrity bigots, racists.  The GOP was born to abolish slavery and the Democratic party is the party of Jim Crow and the KKK.  We want citizens to vote, but we need to protect the vote of those doing so legally, and assure that they do so only once.

Dems cite sources and statistics that are highly biased and inaccurate, e.g., Washington Post, ACLU, Brennan Center for Justice.

Linda Evans, Ms.

Self-retired

Conroe, TX


Oppose HB 6! Voters should be protected from harassment at the polls.  Mail-in voting should be expanded and available to all voters.  Stop voter suppression and OPPOSE HB 6.

Patti Summerville

Self

Austin, TX


I am ashamed of the Republicans for allowing this voter suppression to go forward. Once again, you have embarrassed Texas. It will take time but you will be remembered for the vote you made on this horrendous bill.

JENNIFER YOCH, Mrs.

Self/ Teacher

BLUE RIDGE, TX


Please support HB 6. Free, and fair elections are the underpinnings of freedom in America. Reforms are needed to the election laws of Texas to ensure that fraud does not happen in the future. I believe this bill will ensure that the Texas Election code is followed and enforced. This bill creates stricter laws on Ballot Harvesting, Mail-in Ballots, and Unlawful changes of election procedures. We need a registrar of death put in place right away. I also believe that election judges must keep a record of serial

numbers of spoiled paper ballots. Without trust in our elections, the people will lose faith in our government which will breed lawlessness. This benefits Republicans and Democrats alike. Thank you for standing for the founding principles of our nation.

Jo Locke

self

Kerrville, TX

I believe we must have photo IDs to vote. Mail-in ballots must contain a copy of a photo ID and should be restricted to those who are disabled.  for those in areas who have trouble getting to a poll, buses could be provided but anyone boarding the bus must have a voter registration card and an photo ID. I think having early voting is a great help to everyone. It keeps the waiting time down. It should als be available on weekends.

Mary Blackburn

Myself. I am retired.

Waller, TX

Texas must do everything it can to make all future elections as secure as possible. Mail-in/absentee ballots should be more secure & minimized; only for those who cannot vote in person. Mail-in/absentee ballots must be received by election day; none of this waiting until 3-10 days after. Voting machine security is vital, and we shouldn't use any hardware or software that is not made in the US. I have mixed feelings about Early Voting, because it allows me to vote early and then work at the polls on election day. I fully support the requirement to be registered at least 30 days before any election. I fully support requiring all counties to maintain the voter rolls; deleting duplicates and people who have died or moved. I fully support increasing criminal penalties and adding to what is already a criminal offense.

Since fingerprints are taken when a Texan gets drivers license, perhaps using a fingerprint, instead of a signature is worthy of review.

Lastly, we must have State Laws that would protect our elections, in the horrible event that the US HB 1 is signed into law.

Joy Cunningham

self - property manager

Austin, TX

What a terrible bill.   Voting is complicated enough.  Volunteers who take time out of their day to help run elections don't need the extra burden of running the risk of being prosecuted as a criminal if they make a mistake.  Where will they find the guidelines that they must follow?  Who will write them?  Who will enforce them?  It's almost as though the sponsors of this bill are trying to discourage Texans from participating in their sacred right to vote in our democracy.  Voting by mail is the most reliable form of voting there is.  It works just fine in Utah, a Republican state.  I have a back injury that prevents me from standing for long periods of time so I would like the right to vote by mail.  I should not have to spend money to get a doctor's note to justify getting the application for the ballot.  That is a poll tax.  As for "poll watchers," no thank you.  They need to keep their distance from the voters and the election workers.  Every voter has the right to make their choices in private.  A poll watcher who is permitted to observe a voter is denying that right.  Texas has lots of problems.  Voter fraud isn't one of them.

Rose Ponce

"self"  Retire

San antonio texas, TX

I am for the bill HB6 I appreciate the changes that will help to insure the integrity of the voting system.

Catherine Bratic

Printed on: April 9, 2021 11:06 AM

self, lawyer

Houston, TX

I am horrified at this continued attempt at voter suppression. I served as an Election Judge in Harris County in 2020 and personally observed a free and fair election, notwithstanding the many obstacles erected by a politically charged legislature intent on suppressing minority votes.  We need more access, not attempts to criminalize voting. I encourage the house to reject this bill.

Lisa Stone

self/educator

Houston, TX

HB 6 is so broad it could inhibit political parties, candidates and civic organizations from sending voters key voting resources, such as mail ballot applications.
In 2020, Republicans and Democrats mailed well over 1 million Texas senior citizens applications for vote by mail to help them vote safely during the pandemic; this could become criminal under HB 6.
At the same time, it would also ban local election officials from proactively sending these applications to voters, leaving seniors and voters with disabilities with few options to get a mail ballot.
The Texas Attorney General has targeted the Black community in his effort to prosecute people for voting mistakes and confusion. This bill would add many other items to the list of crimes the AG is authorized to investigate and prosecute, particularly against Black and Brown Texans.
While much of our country and the world are acknowledging how criminal justice systems unfairly target communities of color, pointing out how over-criminalization hurts victims and economies, this bill would move us in the opposite direction.

Jeffrey Kaiser

self/attorney

Houston, TX

0ppose.

Joyce Golub, Ms.

self

Houston, TX

This terrible bill aggressively attacks democracy.  Texas is already one of the most voter suppressed states in America.  It is certainly the most expensive state in which to vote.  This bill disadvantages the disabled who have enough struggles without requiring a doctor's note for a mail in ballot application.  Children are required to have doctor's notes not disabled adults, and doctors don't have time or staff for frivolous notes. Purging voter rolls effectively annuls a persons citizenship according to the US Constitution which bestows that right to all citizens.  Limiting days and hours of open polls disadvantages anyone who does shift work or has more than 1 job. Subjecting a voter who needs help at the polls to photography and videography violated privacy and the concept of secret ballot. Criminalizing helping/encouraging eligible citizens to vote is an un-American concept because we actually want every citizen to vote. The vote is sacred. Every vote suppressed diminishes democracy for everyone.

Craig Murrin

self; retired attorney

Houston, TX

Nothing in this bill will have the slightest effect on the difficulty of committing fraud in Texas elections. That is not its intent, and in any event, there is not a significant problem of people casting votes under false identities, or voting by dead people, non-citizens, etc..

Printed on: April 9, 2021 11:06 AM

The obvious intent of this bill is to intimidate the citizens of Texas, in order to deter them from helping their fellow Texas to vote. It should not be at all controversial to make it more convenient for citizens to vote, even if it costs the state and localities money to do so, such as by opening more polling places, facilitating voting by mail, and allowing voting outside working hours. Any legislator who thinks it is up to him (most Republicans are indeed  male, fortunate, and white) to determine who is "allowed" to vote has it exactly backwards; legislators not only represent the people, they work for the people. So they should  serve the people, not try to intimidate us.

Nina Brodsky

self

Austin, TX


Texas had great voter turnout in the last election despite overwhelming challenges and there is no evidence of substantial voter fraud. Yet provisions such as requiring a doctor's note in order to be able to claim eligibility to vote by mail, stricter rules for poll workers and election officers, elimination of drive through voting and after hours voting, and criminalizing driving people to the polls are just a few of the items that will make voting much more difficult. It seems particularly designed to hamper voting by the disabled, the poor and communities already struggling to vote. I think voting should be safe, easy, and accessible for all.
Please stop these attacks on our democracy.

Victor Tellez

Self

Hurst, TX


Election integrity is very important.  Know that I vote yes to pass this bill.

Rao Prabhakar

Self, Retired Professor

Amarillo, TX


Please oppose HB 6!  Voters and election officials see through the pretense that HB 6 would add integrity to the voting process. We know that HB 6 would complicate voting and add unnecessary procedures that would subject voters, those assisting voters, and public officials to criminal penalties.
- HB 6 puts votes in jeopardy by adding complicated and confusing provisions when voters require assistance.
- It threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote.
- It jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials.
- It also limits the ability of voters to access applications for voting by mail.
We ask you to stop this unjustifiable attack on voters and election officials. The top state election officials publicly stated that the November 2020 election, given the highly challenging circumstances, were run professionally, fairly, and resulted in increased voter participation.

I look forward to supporting the filed bills that support voters and election officials, including electronic voter registration, vote by mail for all, and expanded early voting periods.  On the contrary, I strongly oppose HB 6 because it will weaken our democracy by unnecessarily complicating the voting process. Thanks. Dr. Prabhakar

Nancy Bortnem

self

Kingwood, TX


Printed on: April 9, 2021 11:06 AM

We have seen election fraud in our state and across the country.  Every time there is an illegal vote it takes away a legal vote and it disenfranchises legal voters.  We have election laws and they should be enforced so that we have fair elections.
Deceased persons should be immediately removed from the voter rolls.
Also, poll watchers should be allowed to view the process so there is transparency and to prove there is nothing to hide!
Each individual should register themselves to vote and they should make the request to be registered.  Mass mailouts of unrequested registrations allows registrations to be stolen and future stolen votes.  This also causes people to not even know someone registered in their name.
Vote harvesting and paying someone to collect votes should be illegal. Voting should not be a money making opportunity.  This increases the risk and is an incentive of illegal and corrupt voting!
Punishments should be severe so people do not ignore election laws.
If someone is assisting a voter, they should be willing to identify themselves. The voter should be protected so their vote is not exploited. Anonymity encourages abuse of the voter.
Election judges should follow the law and be held accountable if they put false information on the affidavit required for provisional voting!
And my number 1 for elections is we should have strict photo Voter ID laws! We must have a strict valid photo ID requirements!
 You already need an ID to buy alcohol, cigarettes, open a bank account, apply for food stamps, apply for welfare, medicaid, social security,  apply for unemployment or get a job, rent or buy a house, drive, buy or rent a car, get on an airplane, get married, purchase a gun, adopt a pet, rent a hotel room, apply for a hunting license, apply for a fishing license, buy a cell phone, visit a casino, pick up a prescription, hold a rally or protest, donate blood, purchase certain cold medicines. We should all want honest and fair elections...to do that we MUST have photo voter ID!


Tammie Hartgroves, Ms

Self/Retired

McGregor, TX


I am a Texas voter, in fact, I have been voting since I was 18 years of age. Also, I am a disabled Texas voter. I also serve as the ????-Judge of the Signature Verification and Early Ballot Board. Historically in my county of residence, McLennan, we have a 3:1 Republican/Democrat ballot by mail response. This bill as written will disenfranchise not only people of color but also the elderly, homebound, disabled, youth (especially those attending college out of their county of residence), and persons that work outside their homes.

The prospect of assigning penalties to Election Administrators, County Clerks or their staffs for coming to an election center during polling hours is ludicrous. EA's or their designee often are called to a polling site for a myriad of issues - questions which the election judge cannot answer, disputes, equipment malfunctions, and needing additional supplies are just a few. The U.S. Constitution states it is my constitutional duty as an American citizen to vote and not have my rights hindered in any form. I ask that you do not pass this bill out of committee.


Sharon Gabert

SELF-RETIRED ATTORNEY

FORT WORTH, TX


i AM 74 YEARS OLD AND HAVE ACTIVELY VOTED IN MOST ELECTIONS.  I HAVE ALSO CONDUCTED ELECTIONS AS AN ELECTION JUDGE AND HAVE AN UNDERSTANDING OF ELECTION PROCEDURE.  ANY ISSUE REGARDING ELECTION INTEGRITY HAVE BEEN BASED UPON PREVARICATIONS AND I AM DISAPPOINTED THAT THIS CHAMBER IS CONSIDERING RESTRICTIONS ON VOTING INSTEAD OF EXPLAINING THE CHECKS AND BALANCES ALREADY IN PLACE.  i AM A CITITZEN AND IF I CHOOSE NOT TO VOTE FOR AN ELECTION CYCLE OR TWO, I HAVE NOT RENOUNCED MY CONSITUTIONAL RIGHT TO VOTE AND THEREFORE ATTEMPTS TO PURGE MY NAME IS CRIMINAL ITSELF AND SHOULD RESULT IN MAXIMUM PENALTIES UNDER THE LAW.  IN THE LAST ELECTION, I REQUESTED THAT THE COUNTY PROVIDE DROP BOXES FOR MY CONVENIENCE SINCE THE POSTAL SERVICE WAS BEING DELIBERATELY INTERFERRED WITH BY UNNECESSARY MANIPULATION.  OF COURSE, NO ACTION TO ASSIST ME WAS TAKEN,  I HAD TO DRIVE TO THE ELECITON OFFICE TO DROP OFF MY BALLOT.  AS THIS COUNTY INCREASES IT POPULATION GROWTH, ACCESS SHOULD BE INCREASED AND

NOT DECREASED. MY SISTER LIVED IN OREGON AND MAIL IN BALLOTS WITH CONVENIENT DROP BOXES WAS THE MANNER OF CONDUCTING ELECTIONS.   AS TO MAIL IN APPLICATION, WHAT DIFFERENCE DOES IT MAKE, WHO SUPPLIES THE APPLICATION?  NOTHING WHATEVER TO  WITH INTEGRITY.   STATING THAT THIS MEASURE HAS TO DO WITH ELECTION INTEGRITY DOES NOT MAKE IT SO.  PRIOR TO PASSING THIS LEGISLATION, PLEASE RELEASE EVIDENCE OF VOTER FRAUD IN TEXAS.

Rathna Prabhakar

self , Retired Professor

Amarillo, TX

Please oppose HB 6!  Voters and election officials see through the pretense that HB 6 would add integrity to the voting process.  We know that HB 6 would complicate voting and add unnecessary procedures that would subject voters, those assisting voters, and public officials to criminal penalties.
- HB 6 puts votes in jeopardy by adding complicated and confusing provisions when voters require assistance.
- It threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote.
- It jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials.
- It also limits the ability of voters to access applications for voting by mail.
We ask you to stop this unjustifiable attack on voters and election officials. The top state election officials publicly stated that the November 2020 election, given the highly challenging circumstances, were run professionally, fairly, and resulted in increased voter participation.

I look forward to supporting the filed bills that support voters and election officials, including electronic voter registration, vote by mail for all, and expanded early voting periods.  On the contrary, I strongly oppose HB 6 because it will weaken our democracy by unnecessarily complicating the voting process. Thanks. Rathna

Robyn Honig

Self, Volunteer Deputy Voter Registrar

Austin, TX

I am staunchly opposed to this bill; it shouldn't have been heard in committee once, let alone twice.  It uses lies about election fraud (less probable than being struck by lightning) as a pretense to make it harder to conduct elections and find election workers, and more difficult and anxiety-inducing to vote, especially for citizens who are disabled, low-income, or have inflexible schedules, all to ensure years, if not decades, of one-party rule.  All while the Republican legislative leaders politicize both indoor exposure and mask-wearing during a pandemic, prioritizing testimony from people willing to engage in risky behavior and leaving those of us who can only virtually testify paralyzed by circumstance.  Both the bill and its hearings go against the spirit of representative democracy.  Furthermore, Rep. Cain's abdication of responsibility last week--from his lack of preparedness; to his treatment of the vice chair and another Representative, both women of color; to the premature adjournment that left over a hundred inconvenienced constituents without a voice, and additional constituents forced to rewrite their public comments to ensure they are on the record--leave me no choice but to call for his removal from his committee chairmanship.

Kristi Guetersloh

Myself and my Texas Based Small Business

Fredericksburg, TX

There is a lot of uncertainty with voting and that can't be accepted. We must have a system everyone believes in. We can't have another election where officials are changing the rules in the middle of the game or openly violating state laws. Our reforms aren't about what is good or bad for whichever party, but whether voters can have confidence in the integrity of our system.  Please support voter rights.

Elizabeth Willis, Mrs.

Printed on: April 9, 2021 11:06 AM

Self

Fort Worth, TX

Chairman Cain and Members, I oppose HB 6 and urge the Elections Committee to reject it.

Specifically, I oppose language in the bill on "unifying election procedures" because they would hamper the ability of local Election Administrators and their staffs to address local voting situations as they know best.  Why should all voting centers in a county be required to have the same number of voting machines?  Some voting centers serve far more voters than others.  This bill would not let that fact be recognized and accommodated.

I also oppose the exception in Article 3 which provides that poll watchers can be removed "by the presiding judge" only if the watcher "engages in activity that would constitute an offense related to election fraud . . . ."  As a former poll worker at a voting center, I am very familiar with the authority of the Election Judge to run his polling place for the safety, convenience, and protection of voters.  That  is his first job.  If this bill becomes law, what is an Election Judge to do with a poll watcher who is behaving in inappropriate ways toward voters that are NOT voter fraud?  Why should an Election Judge not be permitted to remove such a poll worker?  Who DOES have that authority and why should voters or election workers have to wait on the arrival of whoever does have the authority to remove such a poll watcher when the Election Judge is already present?

Furthermore, Article 3, which sets forth various groups of people who are permitted in a polling place, provides that "(5) a staff member of an election official or sheriff, only when delivering election supplies" is such a person.  The language of the provision seems shortsighted.  I have been a poll worker when a staff member of an election official was requested to repair voting equipment at the polling place.  If such a staff member can only deliver supplies to a polling place, how can he repair equipment onsite if necessary?  Why not at least add the following words in caps:  "only when delivering supplies AND REPAIRING EQUIPMENT"?

For these reasons as well as other language in the bill which would make it more difficult for disabled voters to actually cast their ballots, I am opposed to HB 6.  Please reject it.

Elizabeth Willis, Fort Worth

Katherine McGovern

Voter Protection Director, 2020, Dallas County Democratic Party

Dallas, TX

HB 6's provisions are directly in conflict with the right of Texans registered to vote to be able to actually cast their vote.  HB 6 is contrary to the definition of the terms "election integrity" and/or the "preservation of the purity of the ballot box" because HB 6 hinders without purpose and interferes with a fair and transparent election.  HB 6 enables fraudulent, illegal voter intimidation and the defamation of the Texas Constitution's and the United States' Constitution articles which guaranty the right to vote.  HB 6 accomplishes exactly what it purports to prevent by, among other voter and election official/worker obstructions which:

1.  Add criminal penalties to many parts of the Election Code and fosters voter purges;
2.  Prevent election officials from proactively helping eligible voters vote by mail and likely even inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as
    mail ballot applications;
3.  Authorizes, for the purpose of intimidation, the the Attorney General to investigate and prosecute people for voting mistakes and confusion.

Additionally,  HB 6's provisions authorize poll watchers to invade the privacy of voters, especially those who bring their young children to the poll, by enabling without apparent restriction watchers to take photos and/or videos in the poll location.  Even worse, there are no training provisions for watchers as election workers receive, so there are no uniform standards establishing how/what a watcher should consider suspicious interaction(s) between and election official and a voter.  There are no restrictions which prevent any watcher from uploading any or all photos/videos to the internet or other social media, or any requirement to inform either the election judge, the county elections Administrator, the Elections Director, Secretary of State or any other State election official of the action taken.  If the point of a watcher is to "observe activity" at a poll location and to report activity to an

Printed on: April 9, 2021 11:06 AM

election official (see §33.057), HB 6's failure to require a watcher to obtain permission from an election official before uploading any photo/video from a poll location is a gross invasion of every voter, other person, election worker's right to privacy.

HB 6 has unfunded mandates which would be financial tax burdens for every County Election in Texas.

In addition to serving as the 2020 Voter Protection Director for Dallas County Democratic Party, I have been involved as a volunteer or as an election worker in Dallas County since the 1990s.  As an attorney focused on civil rights, elections, government, and the Constitution, there is no question that the language of HB 6 would do grave harm to the rights of every Texan, particularly economically disadvantaged, minority, disabled, senior and employed.

Vote NO on HB 6 and Respect Texans!

Lawrence Oliver

Self and spouse

College Station, TX

I wish to express my strong *opposition* to this bill.  It has nothing to do with so-called "purity" of the ballot box and everything to do with SUPRESSING the votes of people of color in urban areas.  It is, of course, one of a multitude of similar bills written by Republicans across the country in the wake of the defeat of Trump and several Republican senatorial candidates.  I am disgusted that Republicans have stopped so low to prevent eligible and honest people from casting their votes.  HB 6 and its kindred are an attack on the very roots of our precious democracy.  I truly appalled and will never vote for a Republican candidate again if this bill passes.

Don Spraggins

selfI support

Fredericksburg, TX

I support HB6.  Texas must have secure elections.

Christine Anderson

Self

Shepherd, TX

Election ballots must not be sent out unless requested by the registered voter in order to preserve the integrity of the election, prevent fraud and ensure only legitimate voters participate in elections.
Deceased registered voters should be removed from the registration rolls to preserve the integrity of elections and prevent fraud.
Volunteers who assist voters should not be paid, should provide valid identification and should be held accountable if the fail to follow the law.
Poll watchers must be allowed to help prevent fraud, ensure a smooth process and preserve the integrity of elections.

Hughie House

self

Montgomery, TX

State Representative Briscoe Cain's House Bill 6 (HB 6) would:
1.	Encourage in-person voting, which is more secure
2.	Prohibit public officials from distributing unrequested vote-by-mail applications
3.	Bans ballot harvesting
4.	Increase poll watcher access (improved transparency)

Printed on: April 9, 2021 11:06 AM

Please vote to pass this tomorrow.  Thank you.

Adrienne LaCava

Self, retired banker

Dallas, TX

There is no fraud. Republicans have not validated one crime to justify this fear-mongering hysteria. Shame! Instead of offering policy for constituents to deliberate, they waste time and money on lies and skullduggery. Shame!  This is only about suppressing rightful voters, primarily people of color and our underserved. Shame! Republicans fail Texans again. Keep your paws off my vote and keep Jim Crow2 out of my State.

Jeanne Payne

Retired

Austin, TX

I am in support of provisions currently in HB 6.  In addition I strongly believe that voter ID is essential.  In addition the voter rolls must be maintained for accuracy.  Voter harvested is an invitation to voter fraud and should not be allowed.  For this state and country to have any degree of unity we must have voter integrity.  Thank you

Judy Cocchiarella

self

FORT WORTH, TX

Please represent the people and be our voice in election integrity.  The last election was stolen from us and the Democrats have gone crazy. Please push for the prevention of fraud in the conduct of an election and increase criminal penalties for those who engage in criminal offenses.

Becky Menn

Self

Robstown, TX

HB 6, YES.

Election integrity is not only vitally important to every citizen of the US but is the appropriate conduct for all elections.  Election integrity is very important to us keeping our freedom.  Elections should be fair, reliable, and secure.  Our voices deserve to be heard through an honest election process.  Election integrity gives voters confidence to vote in the elections.  Fraudulent elections should be prevented and never tolerated.

Sharon Bennett, Ms.

Self - Retired Fund Raiser

Kerrville, TX

Our beloved country is earmarked for doom if the ballot box is not protected.  By all means, we must treat EVERY single episode of fraud as a major criminal offense.  It is our only salvation.  Indict and criminally prosecute, to the fullest extent of the law, every individual who participates in any fashion to obliterate honest voting.

Zainib Ahmad

Self

Printed on: April 9, 2021 11:06 AM

This bill is against democracy. Please don't support this bill that restricts voters from voting. There was no election fraud in the last election, so we don't need this bill.

Carol Vacker

self, retired

Seymour, TX

The reason I support HB 6:
1. Fraud   Disenfranchises legal voters--
    Fraud occurred in a State supported nursing home in Mexia, when a social worker submitted voter registration applications for over
    60 residents without consent or signature in November 2020.  Our law should be followed and enforced as this is the foundation our
    society.
 2.  Dead voters should be removed from voting polls.
 3.  There should be transparency  in our elections.  The voting process should be carefully watched by honest poll watchers.
 4.  There should be no payment for the handling of votes. Corruption often occurs when votes are delivered by people who intend
     corruption of the ballots.
5.   SECTION 5. 02  SECTION 64.012[a], Election Code.
6.   Each person should register themselves to vote.  Allowing massive mailouts of unrequested registrations allows for stealing of
     registrations.  People may not be aware if their vote is stolen, if they do not know a registration is being sent.
7.  People must obey voting laws!  Punishment must be set, and followed through, so people do not ignore the law!  Cheating will
     continue if there are no consequences.  Transparency and honesty is imperative, and must be protected.
8.  When someone is assisting a voter, they must identify themselves.  The assisted voter must be protected, so as not to be exploited.
9.  Election judges should be held accountable if they provide false information on the affidavit required for provisional voting. They
     should always follow the law.  Bill SECTION1 Elec Code. Sec111. Vote harvesting and paying for collecting votes should be illegal.
10.  There should  a legal process to stop illegal practices that impact elections.  The provision to expedite election challenges protect
     the integrity of the election.

    Thank you,   Carol Vacker

Clinton Foster

Self - Equipment Rental and Sales

Corpus Christi, TX

We must maintain fair, transparent, secure elections in out local, state and federal governments. Without them we are not a democracy and are going against the constitution that makes us Civil Americans. I vote yes to keeping elections as a constitutional right.

Bev Gavenda

Self, Retired RN

Austin, TX

Printed on: April 9, 2021 11:06 AM

I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Please oppose HB 6. Thank you.

Mika Ryan

Self (retired)

Southlake, TX

I urge you to pass HB 6 so that Texas residents can be assured our elections are not fraudulent and that only LEGAL votes count. Those
who commit election fraud should be punished to the fullest extent of the law.

Quentin Lucas

self

Austin, TX

I believe HB 6 is a brazen and cowardly assault on voting rights. This bill is motivated by fear and lies. The effort to suppress the vote is clear in HB 6l. The broad nature of this bill will be harmful not only to all political parties, by inhibiting their ability to send out voting resources, but  it is ultimately harmful to the very foundations of our democracy. This bill is shortsighted and foolish.

sandy welch

american citizen

mauriceville, TX

All of these bills criminalize Americans being American. Trump was dictator in this country and again the SS Soldiers are allowed to stay in this country and live off the ill gotten gain of the rest who do the right thing ever day.  Not the fasod to try and fool the mentally stressed, underprivileged, disenfranchised, elderly, sick, young, and people not like them. The Jim Crow era also wanted the same heinous laws and bullied a people to get there way.

Marsha Bujnoch
Self. Nurse anesthetist
Houston, TX

I support this bill

Susan Leblanc
Self
Wallisville, TX

If I am required to show my photo ID at a doctor's office to receive care and prevent fraud, I should be required to present photo ID to vote to make decisions about my government.

Shelly Gonzales

Printed on: April 9, 2021 11:06 AM

self-business owner

Lenorah, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why is this?

I am aware of the frustration of "business as usual" state politics.  I expect stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections.  Texas must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  I expect 100% transparency and auditability of all:  ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1.   100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2.   Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day.  Allowing anyone to vote absentee has allowed unlawful, blatant and rampant fraud.

3.   Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4.   Federal & Tech Restraints:  I expect a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. Please assure Texas citizens you will enact and verify policy to end all federal overreach into Texas elections.

Geri Neemidge

Self librarian

Round Rock, TX

Texas elections are secure. Investigation after investigation fails to turn up voter fraud in Texas. This bill is about voter supression its purpose is to make it more difficult for people to vote. Shortening early voting periods, not allowing voters to drop-off absentee ballots, requiring counties to have roughly the same number of voting machines when the populations in Texas counties vary immensely, all of these rules just make voting more difficult not more secure.

Cathy Taylor, None

Self

Decatur, TX

Yes please pass this bill

Heiko Stang

Self

Printed on: April 9, 2021 11:06 AM

Wimberley, TX

I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.
Please oppose HB 6. Thank you.

Doug Phipps

None

Cypress, TX

These rules to strengthen voter requirements must be approved if the people of Texas, and America are to continue to have faith In our elections and our form of government. Even if you don't believe there was significant fraud in the 2020 election any reasonable logical person knows that just the appearance of how the election was conducted was problematic in relation to the perception of most people. It has been going on for years and must be corrected if our Democratic Republican form of government is to survive.
I was born in 1956 and grew up in an impoverished inner-city ghetto in a family with a single mother raising 5 children. We were the definition of underprivileged and I received a very poor inner-city school education. I have never had a problem getting identification or following voting rules. The people opposing these rules because they feel it's discriminatory against underprivileged people are simply wrong.

Latoya Langford-Barnes

self

San Antonio, TX

I support HB6 and believe legal elections are the very fabric of what holds our state and country together.  I will not have faith in our elections if this bill does not pass.  However, I would like to see that changes to our election procedures are only done through the legislature, and not the secretary of state.  I would like to see the bill reflect that.

Amy Jackson

Self

Corpus Christi, TX

The right to vote in a free and fair election is the most basic civil right and should remain as such.
Americans deserve to feel confident that our votes are accurately counted and protected. Keep the electoral college as well.

Gina Yost-Andino

Self

Alice, TX

I want to know when I vote my vote actually counts. The way this world is know with liars and cheaters. We need election integerity and Voter ID. Only people who should vote are actual US citizens. I'm tired of non US citizens voting. This is my legal right for US citizens to vote and know our vote counts.

Gina Phipps

None

Cypress, TX

Printed on: April 9, 2021 11:06 AM

I am a legal Hispanic/Asian immigrant and now a US citizen. Voting rules must be tightened as I believe from my experience that there are many people cheating when voting.

I am insulted that there are people opposing the rules indicating that minority persons are too stupid to follow rules such as getting proper identification. Even as a new young immigrant with limited language ability, years ago, I was able to get identification and vote. Please pass the increased security rules for voting to prevent cheating.

Gloria Dávila, De.

Self and family

Corpus Christi, TX


Please support this bill. Election integrity is the cornerstone of our democracy.

John Sempeles

self

Fort Worth, TX


i oppose HB 6 because it seeks to criminalize the assistance of voters in mail in voting--turning what can be simple clerical errors or omissions into federal crimes.  Rather than encouraging more voting, this bill will discourage voting in a state that is already one of the worst states in the union in voter participation.  This bill is frankly a solution seeking a problem. There has been no evidence of systematic voter fraud in this state, even from an Attorney General who has been almost obsessive in his prosecution of voter fraud and reportedly found only 16 cases of it.  It looks very much more like a majority party using the excuse of non-existent fraud to suppress voters that it does not like or who could threaten its power.  This bill is unAmerican and undemocratic and should not become law in the state of Texas.

TERI HEFNER

Hefner Anesthesia Services

HOUSTON, TX


I support increasing criminal penalties for election fraud

Sam Martinez

Self teacher/ Convention of States District Captain

canyon, TX


Hello, thank you for this opportunity to express myself in this form, as I am employed as a full time teacher, and it is difficult to be able to leave school at this time. I am also a retired police officer and father of three. I look at my three children, and it affirms my reasons for writing this testimony. That is because I believe free, fair, honest elections are the pillar of this republic. One vote should count one time, with security protocols in place to assure that only Americans can legally vote. We as a state should have no tolerance for voting fraud, ballot harvesting, harassing  or otherwise interfering with election workers or poll watchers, or any other volunteer involved in elections. Texas should lead the way in showing how a properly run election is done, where the elections creates confidence and transparency. Right now, unfortunately, many people are not confident in the election process. I have heard this lack of confidence from friends and family that I speak with. I also hear this with the many other people I speak with. It is up to you as our representatives to protect our elections. We are depending on you as our voice to protect the rights of our children and grandchildren. Thank you.

Ralph Burton

self - Software Developer

Waller, TX

Printed on: April 9, 2021 11:06 AM

This comment is in support of HB 6.

The basic argument here is straightforward. Those who call themselves "Democrats" claim that "every vote must be counted", and that it is critical to do so. They are correct. It then stands to reason that every illegitimate vote should NOT be counted, as each illegitimate vote nullifies a legitimate vote. If every legitimate vote is so critical, if it is so highly valued, then it becomes equally critical that every illegitimate vote be cast aside, as it can bring about outcomes that are counter to the will of the people (as it is decided in the voting process).

Electoral integrity should ALWAYS take precedence over the inconvenience of having to get proper identification in order to vote. If it is agreed that voting is so critical, then those who vote take upon themselves a great responsibility, and should make every effort to be informed as to how they cast their vote. A vote should not be cast without a least some degree of deliberation. If someone cannot be bothered enough to get proper identification, then that is someone who should not be voting in the first place.

We require photo identification for many things, including purchasing alcohol, tobacco, and firearms. There is no legitimate reason not to include something as critical as voting in having to provide adequate evidence of identity, especially considering those who call themselves "Democrats" firmly believe that it is so important to vote.

People of low income can apply for waivers of the fees for application to get proper ID. If we can give people "free money", then we can give them free ID; that is not a problem.

As a side-note, it's interesting that there are criminal penalties for submitting "false information" in a comment for on-line testimony.

"I affirm that the comments provided are true and acknowledge that submitting false information could constitute a criminal offense under Section 305.021, Government Code, and other law."

One of the very things that HB6 does is to prescribe criminal penalties for violations of election laws, many of which have none. What is the point in having laws if there is no penalty for violating them?

Bianca Field

self

Dallas, TX

According to KHOU, out of over 11 million votes in the 2020 election, there were 197 complaints of election fraud in 2020, a tiny fraction. An even smaller number of cases were prosecuted (55) by the Texas AG over the previous five years (2015-2020). Clearly, this is not a pressing problem that warrants the egregious measures proposed by this bill. According to the Texas Tribune, roughly a million Texans voted safely and securely by mail in the 2020 election. This legislation would make it more difficult for disabled Texans to exercise their right to vote. It is none of the state's business what an individual's medical history is, and it is an invasion of privacy and an undue burden to require medical documentation for a mail-in ballot. Furthermore, it prevents voter organizations and political groups from encouraging voting through mailing out voter resources, including mail-in ballots. This bill is a naked power grab by a political party worried that increased participation in our democracy will mean the end of their command over Texas politics. We should be making it easier for Texans to exercise their right to participate in our government and our future, not more difficult.

Michael Payne

Self

Austin, TX

I support HB 6 but it needs to require voter identification for mail-in and absentee ballots and provide that voter rolls and new registrations are maintained and verified to be accurate.

Printed on: April 9, 2021 11:06 AM

Mandy Plowman

Self

Howe, TX

I support HB6

Jennifer Lane

Self

Denton, TX

House Bill 6:

Threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote.

Jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials.
Limits the ability of voters to access applications for voting by mail.

Prohibits elected county elections officials from changing elections processes without first getting approval from the appointed secretary of state.

"False claims of 'widespread voter fraud' are being used to severely limit opportunities for voters to cast a ballot. These claims lack evidence and have been disproved in multiple lawsuits.

The REAL problems with our election system are the polling place closures, cuts to early voting, onerous voter ID laws, and the illegal purge of registered voters," according to the League of Women Voters of Texas, a nonprofit, nonpartisan political organization that never supports or opposes political parties or candidates.

Jennifer Lane

Self

Denton, TX

House Bill 6:

Threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote.

Jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials.
Limits the ability of voters to access applications for voting by mail.

Prohibits elected county elections officials from changing elections processes without first getting approval from the appointed secretary of state.

"False claims of 'widespread voter fraud' are being used to severely limit opportunities for voters to cast a ballot. These claims lack evidence and have been disproved in multiple lawsuits.

The REAL problems with our election system are the polling place closures, cuts to early voting, onerous voter ID laws, and the illegal purge of registered voters," according to the League of Women Voters of Texas, a nonprofit, nonpartisan political organization that never supports or opposes political parties or candidates.

Printed on: April 9, 2021 11:06 AM

Jennifer Lane

Self

Denton, TX

My name is Jennifer Lane. I live in Denton and my zip code is 76205. I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Please oppose HB 6. Thank you.

Tracy Shannon

NA

Kingwood, TX

Please support HB 6. It needs a fair hearing. The integrity of our elections is vital to the survival of our election process. We cannot compromise on integrity or nobody will trust the system.  Support election integrity, support HB 6.  Thank you.

Pamela Yates

Self. Retired Hospice nurse

Crowley, TX

Let my people go, to the poles! Why make it hard to vote? What happened to our democracy? Money is the root of all evil.

Kristin Hartwell

Self

Euless, TX

I am against HB 6 and all presented bills which create barriers between the voters and elections. Hundreds of thousands -- if not millions -- of voters across Texas benefitted from the secure voting opportunities that this bill closes off. Voting would take much longer for the Dallas voters who voted on Election Day at the American Airlines Center since they would have many fewer machines to vote on. And the 127,000 Harris County voters of all parties who used drive-through voting would lose that option. I am in favor of making our voting system more fair by removing partisan gerrymandering and better regulating voting financial contributions.  A democracy is stronger when more people are active in the process and this bill does the opposite.

Carolyn Watts

Self/anesthetist

Houston, TX

This is the most important issue, we need fair elections!

Mary Johnson-Kanawite

Self

Garland, TX

I oppose HR 6.

Printed on: April 9, 2021 11:06 AM

Kristina Miller, Mrs.

Self

Johnson City, TX

We need to ensure that voting integrity is maintained. We need to enforce valid ID when voting and be more strict with mail in voting. We need to clean up the deceased persons list so no fraud can occur there.

Lisa Zeve

Self

Houston, TX

I support HB 6 and it's efforts to secure election integrity for all citizens.

Patricia Jowell

Self/retired

Orange, TX

I support HB6

Linda Ford

Self

Fort Worth, TX

Please help preserve our great State of Texas by supporting this bill.  Our country has been rife with examples of voting interference and this bill will ensure that we can have confidence in one vote per person.  I am in Fort Worth and worked the polls.  We had 10% of the voters come in and vote who did not show up on the rolls.  I have no idea if their votes were allowed to be counted.  I was very concerned especially when people came in and said people were telling them to vote.  This has to stop for both sides.  We need to feel confident in our elections.  Please support this bill.  Thank you!

Jacqueline Brown

Self

Corpus Christi, TX

Vote Yes! Voter integrity is crucial to our democracy. We not only need strict voting laws but we need to make sure these laws are followed in EVERY election, from local elections all the way up to the Federal level!

James Skowbo

Self

Georgetown, TX

Approve HB 6
And Pass it Out of the
House Elec tions' Committee?

Sheryl Hudgens, Mrs

Self

Printed on: April 9, 2021 11:06 AM

Edinburg, TX

We need to know our votes will count and that there won't be fraudulent votes counted. No voting without ID!!!

David Kuchurivskyy

Self

Burleson, TX

We need this bill to pass because I'm from a Soviet country and I don't want this state to become communist after fraudulent elections. Our country should not have mail in ballots and should only have voter id.

Merri Michaels

Myself, Texas citizen of 60+ years

Houston, TX

I support HB 6  filed by Cain.  Election fraud must be deterred to the highest degree with laws that have penalties affixed. Election laws must be clearly enforceable and violators will be faced with sentencing to jail or probation and fines.

Manuel Flores

Self

Boerne, TX

VOTE YES .The recent uncertainty during our elections is concerning and we need a system that everyone can trust and believe in. We need rules that are clear and cannot be modified by any official before, during or after an election. This is not on which side anyone stands on this is about integrity and fair elections. VOTE YES!!!

Richard Smith

Self

Corpus christi, TX

I vote yes,yes, yes. For honesty and integrity.

Kris Bishop

Self

Fredricksburg, TX

As registered voters of Texas, we are granted the right to vote, we should also be granted the right for our vote to truly count. We need to have a system we can believe in. This past election we saw other states change their election laws that opened up OBVIOUS opportunities for fraud. We must be diligent and make sure that does not happen in Texas! We must not allow lax voter ID requirements and rampant mail in ballots to threaten the security of our voting. If we don't have fair elections that the public can trust, then why even have a voting system?

Teresa Lusk, Reverend

Self-Minister

McKinney, TX

Preserve election integrity!

Printed on: April 9, 2021 11:06 AM

Cody Northam

Self

Baytown, TX

There is a lot of uncertainty with voting and that can't happen. We have to have a system everyone believes in. We can't have another election where officials are changing the rules in the middle of the game or openly violating state laws. And our reforms aren't about what is good or bad for whichever party, but whether voters can have confidence in the integrity of our system.

Michael Perrissi

Self

Austin, TX

Election Integrity is the most valuable asset we have here in Texas.

Lana Garcia

Myself

Edinburg, TX

VOTE YES. On November 2020 election I was fraud when they stipped counting the votes. In 1776 their was only 1 day to count votes not weeks or months. I feel my vote was not counted because other states changed the rules at the last moment. "We the people" had no say the so call politician from Wisconsin, Pennsylvania, Michigan, Arizona, and other state made the changed. not "WE THE PEOPLE "  we need voter ID, in person voting, no mail in ballots without stamped date on envelope, etc. This is why I feel my vote didnt count. We also need to get the media to STOP calling you won the state wirhout all the votes counted.  I can go on and on, but this gets me MAD.

Kathy Hudson

self

Jonestown, TX

After what happened across the nation in November 2020, TEXAS needs to ensure HONEST, traceable and fair elections and hold those who cheat accountable IMMEDIATELY.   Also, we DO NOT WANT anyone outside of the legislature to be able to CHANGE ELECTION PROCEDURES.

Grace Butler, Dr.

Project Voter Turnout, Inc.

Pearland, TX

I am in total complete opposition to HB6.  It is punitive in its provision and it offers nothing to improve access to electorate's participation in the electoral  process.  I ask that  every means possible be used to defeat the passing of HB 6.

The bill is so broad that it could inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as mail ballot applications. In 2020, TDP mailed 1 million Texas senior citizens applications for vote by mail to help them vote safely during the pandemic -- and the Trump campaign sent these applications to their voters, too. That could be criminal if the Republicans have their way. At the same time, they would ban local election officials from proactively sending these applications to voters, leaving seniors and voters with disabilities with few options to get a mail ballot.

The Texas Attorney General has targeted the Black community in his effort to prosecute people for voting mistakes and confusion. And now this bill would add many other items to the list of crimes that the AG is authorized to investigate and

Printed on: April 9, 2021 11:06 AM

prosecute Black and Brown folks for. While in the rest of the world, we're acknowledging how our criminal justice system has unfairly targeted communities of color and over-criminalization is not the answer, Rep. Cain wants to move us in the opposite direction.

This bill is a shameless assault on voting rights. After Texans came out to vote in record numbers in 2020, Republicans are trying to put an end to every way our election officials made voting slightly more convenient for us -- including making it harder to vote by mail.
Republicans know their days in control are numbered and are trying to cling to power by preventing voters of color, working people, and young people from voting.
Republicans like Rep. Cain have lied to Texans about our elections for years. Those lies culminated in the insurrectionist attack on the U.S. Capitol on January 6th. And instead of learning from that, Texas Republicans are continuing to perpetuate lies about our elections in a shameless effort to cling to power by deterring and preventing people of color from voting.

Finally, I consider this to be an urgent matter.  There simply is no justification to passing legislation that is vindictive and suppressive.
I implore you, as officials who have been elected to represent the best interests of your constituents, to use your conscious, your integrity and your duty to vote against HB 6.  Together, let us all work to return to "liberty and justice for all."  I will gladly speak with you about this matter should you desire.  713-409-5414.

Rhonda Hurley

Self

Bellaire, TX


Vote Yes! to protect Voter Integrity.  There was rampant Voter Fraud through Vote Harvesting and Drive-Thru Voting in Harris County.  We must never let this happen again! We must have honest elections throughout the great state of Texas!

Darla Engler

Self

Justin, TX


YES must keep voter integrity.
Want to know my vote counts.

Dawn DeVinney

Self

Sugar Land, TX


This is super important to preserving election integrity. We must do all we can to preserve our great republic. Election crimes must be prosecuted to the fullest extent of the law.

Andrew Eller

Self - Chemical Engineer, Director of Quality

Temple, TX


For the Bill (HB 6) -- I have over 25 years experience as an Election Judge in Bell County and many of the issues addressed in HB 6 have a direct impact on my work as an Election Judge while many others will have an impact on the integrity of our elections – an impact for good.

Many of the provisions of the bill are excellent and I see that they actually have come from multiple other bills that have already been heard within this committee over the last several weeks.  I commend you for putting those provisions in this bill.  I do like

Printed on: April 9, 2021 11:06 AM

the provisions for protecting our poll watchers, I also like the increased documentation needed for Assistants of voters, the prohibition of compensation for Assistants, the increased prohibitions on ballot harvesting, and the increased penalties included in the bill that include state jail felonies. As an Election Judge, these increased penalties do NOT scare me away from continuing to work the polls. I know they are necessary to protect our elections from those Judges and Officials who refuse to follow our election laws.

I do have personal knowledge and experience where an Election Judge refused to allow a watcher the ability to witness the sealing of a ballot box and also witness the sealing and transfer of a memory card. I know that first hand knowledge of incidents like these are important to members of the committee. So these specific protections are important.

As an analogy to those saying we don't have a major problems with our elections, I want you to think about airplane safety. The 737 Max was grounded after 3 crashes out of the millions of flights already taken to find and correct issues. To say that we have only had dozens of issues out of millions of votes and do not need take action to improve the integrity of our elections, would have been akin to letting the 737 Max continue to fly. We are doing nothing more than that here, making it better for everyone.

I fully support this bill and call for its passage.

Toby Martin

Self

Belton, TX


There must not be another election like 2020. I for one do not have any faith in the voting process as it stands now. Democrats have proven time and again, they will do anything to push their corrupt agenda. And Republicans are not without their "Rino" rogues. Fix the system or The Republic falls. Vote yes to HB 6

Nancy Lee

self - Instructional Designer

Lewisville, TX


Please pass HB6 to increase election integrity in Texas.

Kristin Browne

Self

Colorado City, TX


I strongly support HB6. We must have election integrity in Texas. There is so much uncertainty surrounding voting and we must have a process voters can trust. We cannot have another election where the rules are being changed and established election laws are violated. Regardless of what party they support voters must have confidence in the integrity of our system. This is not a partisan issue. It is important for every single voter in Texas.

James Schoech

Self

Round Rock, TX


PASS THIS BILL

Please vote FOR this bill as it:

1.      Encourages in-person voting, which is more secure
2.      Prohibits public officials from distributing unrequested vote-by-mail applications

Printed on: April 9, 2021 11:06 AM

3.    Bans ballot harvesting
4.    Increases poll watcher access (improved transparency)
5.    Provides prosecution teeth for violations

Also please remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State. Only the legislature should alter election code - not appointed bureaucrats!

Thank you!

Susan Valliant

Convention of States

Arlington, TX

Dear Chairman Paddie and State Affairs Committee Members,
Thank you for all the important work you do for Texas.  I, Susan Valliant, represent myself and Convention of States, am in favor of HB6.  I would like you to consider my written testimony in support of Election Integrity bill HB6.
I have been wondering why anybody would be against a free and fair election, until last week when I was at the Capitol I saw signs that said "Suppress the Virus, Not the Vote."  It made me think with all the technology available to so many people, exactly how many people and who are those, who are being suppressed?  So, I did a little research and found a Pew Research Center article that charted the number of people in US who have cell phones and smart phones and the demographic break down of users.  (See attached chart at the end)  As you can see, the majority of people in the US have a cell phone and can register to vote on line at the government website.  https://www.usa.gov/register-to-vote#item-212645
The groups that are least likely to have access to a cell phone or smartphone are the elderly over 65 and those in the lower socioeconomic level.   With the Elderly, we are looking at disabilities and possible transportation difficulties.  Texas has a process for absentee voting for those who are unable to get to the polls to vote and most polling places offer curbside voting which accommodates those who are physically unable to get to the voting booth.
Those in the lower socioeconomic level have access to city and/or county libraries and facilities that have access to computers to register to vote, as well as Precinct Chair's in their district, who are available to provide voter registration information.  Even the Texas Department of Public Safety provides opportunities to register to vote.   Of those in the lower socioeconomic group that are not able to get to the polls to vote have access to Texas's absentee voting system either on the government website or at your county election offices.
The question remains, how and whose vote is being suppressed?
Another reason to approve this Election Integrity bill is due to the 2020 elections and all the controversy surrounding that election.  Three judges in three swing states MI, AZ and GA have found their state had discrepancies in their elections.   After the 2020 November election, several judges, including a Supreme Court justice, refused to take the election cases.  What happened to the checks and balances in our government?  States are our only defense against those who want to suppress our vote with ballot harvesting, mail-in ballots and non-citizen's votes.
As an American citizen, I need reassurances that my vote will count and be counted correctly.   American's deserve Election Integrity.  It is our voice.   Please pass HB6 and reassure this Texan that we have free and fair elections.
Thank you for your time and for your service in keeping Texas a great state.

Mark Coppock

Self, retired

Bryan, TX

The improvements made to this bill are excellent and appreciated. Now, approve HB 6 and pass it out of the House Elections' Committee?. Best regards.

Julie Kellogg

Self

Corpus Christi, TX

Printed on: April 9, 2021 11:06 AM

Vote - Yes,  it is common sense that we expect our elections to be fair for all legal voters. We must have a system that everyone believes in, no more elections ever should happen where  election officials change the rules mid election, or violate state election laws for any reason. Election integrity matters to every legal voter.

Sangita Patel, Mrs

self

The Woodlands, TX

I strongly oppose HB6

Kimberly Lee

Self - retired

PEARLAND, TX

I oppose HB6.
This bill is predicated on the falsehood of widespread voter fraud. It aims to suppress participation and is an affront to democracy. It is politically and racially motivated and it is wrong.

Geneva Baird, Ms

Self

McKinney, TX

Please vote FOR this bill as it:

1.       Encourages in-person voting, which is more secure
2.       Prohibits public officials from distributing unrequested vote-by-mail applications
3.       Bans ballot harvesting
4.       Increases poll watcher access (improved transparency)
5.       Provides prosecution teeth for violations

Also please remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State. Only the legislature should alter election code - not appointed bureaucrats!

Thank you!

Christie Mariotto

Self

Sumner, TX

Passage of this bill will go a long way towards protecting election integrity in the state of Texas.  All Texas legislators should support this bill as I do.

Diane Weesner, Mrs.

Self

Sugar Land, TX

Vote FOR HB6!  Election integrity is an absolute must, voting through the ballot box and not via mail in ballots. If we don't preserve voting via the ballot box, voter fraud will be rampant and the vote of we the people will be meaningless, the party who

Printed on: April 9, 2021 11:06 AM

commits the most successful voter fraud will rule! This is unacceptable! It will destroy our Republic and encourage corruption, unbridled power of the men and women in power in our government. We the people do not want to be oppressed by a dictatorship. All trust in government leaders will be destroyed.

John Stufflebeam

Self

Allen, TX

Thank you , I'm for!

Catherine Marrs

Self

Dallas, TX

Senator Cain, please do everything you can to get this bill passed. We must have election integrity. I am unable to attend the hearing April 1st, although I did witness fraud as an election poll watcher on November 3rd. I am extremely worried about our country. Texas has the opportunity to be a beacon for the rest of the United States. Please pass this Election Integrity Bill. Thank you. Catherine Marrs, Vice-Chair Precinct 2066 Dallas, TX

Juanita Lazard-Jackson

Juanita Jackson

Houston, TX

.  I ask that  every means possible be used to defeat the passing of HB 6.

Diane Velasco

self    marketing communications professional

Hurst, TX

Voting in a free and fair election is both a right and a privilege that every citizen has an interest in protecting. Measures to prevent election fraud do NOT suppress anyone's vote. (Let's all please remember that Beto O'Rourke is a liar and a loser trying desperately to make himself relevant when he appears at the Capitol again tomorrow. Please ignore his theatrics.)

By the left's logic, being required to show ID to board an airplane or get a credit card would then also equal "consumer suppression."

We, the legal citizens of Texas who voted you into office, are counting on you to be a voice of reason and integrity and vote YES for HB6. The election you save may be your own.

Michelle Hewitt

self office manager

San Antonio, TX

I had not voted in many years and was so excited to have voted in the 2020 general election. Like millions and millions of others, I looked on in dismay as the tragedy that was the Presidential election of 2020 unfolded. I heard over and over again how we were disenfranchising others by contesting the results. What about OUR disenfranchisement? What happened to free and fair elections? What happened to transparency? How are any of us ever to trust the voting process again? I look to Texas to be among the leaders of the states to do the right thing. We must have strict voter requirements and strict penalties for those who break the rules, or we will never have that trust again. The people claiming this to be a form of discrimination are being racist in and of

Printed on: April 9, 2021 11:06 AM

themselves. There is no plausible reason that we should be more lax on voting rules, ESPECIALLY with the influx of illegal aliens under the new administration. I want to see those people I voted for here in Texas, who did NOT stand up for our 2020 election rights- do so now! What happened in 2020 should never, ever happen again. We the people demand Texas pass this bill. Thank you.

Mary Williams

Self

Austin, TX

Please preserve election integrity

Harold Bridgman
Self

Uvalde, TX

Please act accordingly

Ray Finchum, Pastor
World restoration ministries

Melissa, TX

Please pass bill Hb 6 to insure the integrity of our Texas elections please.

Also remove 276.018 (b)

Nadja  K Granzotti
none - private citizen

Austin, TX

HB6 is a perfect bill which will ensure election integrity.  Please, committee Members, VOTE YES for HB6
thank you.

Judith Kinser
self - retired

Fort Worth, TX

I am opposed to HB6. It creates legal solutions to problems that don't exist, and adds unnecessary burdens. I vote in almost every election at every level, and have never encountered any problems. We don't need to prohibit the sending of mail-in ballots or criminalize minor mistakes. Nor do we need poll watchers intimidating people at polling places. Do not limit access to voting or harrass citizens attempting to vote.

Rhonda Gehrke
Self - Self Employed - Realtor

Georgetown, TX

Please vote FOR this bill as it:

Printed on: April 9, 2021 11:06 AM

1.      Encourages in-person voting, which is more secure
2.      Prohibits public officials from distributing unrequested vote-by-mail applications
3.      Bans ballot harvesting
4.      Increases poll watcher access (improved transparency)
5.      Provides prosecution teeth for violations

Also please remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State. Only the legislature should alter election code - not appointed bureaucrats!

Barbara Hines

Self/retired

Alpine, TX

I am against this bill. Why are you wasting taxpayer money on legislation to prevent fraud in Texas elections when it has been proven such fraud is very rare. Current laws already address this issue. Rather than trying to suppress voting rights, you should be working to make voting in Texas easier and to increase participation of legally registered voters. Texas has one of the worst voter turn-out rates in the nation. Further suppression is unacceptable.

Gloria Hales

Self

Dickinson, TX

it:

1.      Encourages in-person voting, which is more secure
2.      Prohibits public officials from distributing unrequested vote-by-mail applications
3.      Bans ballot harvesting
4.      Increases poll watcher access (improved transparency)
5.      Provides prosecution teeth for violations

Also please remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State. Only the legislature should alter election code - not appointed bureaucrats!

Thank you!

Christy Stanford

Self

Katy, TX

Election integrity is the core of our democracy and no matter what party affiliation you are,It's imperative that our election process remains secure and fair and without manipulation ...please vote yes for HB six or we will loose our nation

Roy Smith, Pastor

Self

Florence, TX

Please pass this bill to insure voter integrity and secure elections to prevent voter fraud and vote manipulation!  Thank you

Cathy Breschini

Retired

Printed on: April 9, 2021 11:06 AM

Hurst, TX

Election fraud and voter fraud are extremely concerning topics to me and I want to voice my support for this bill as strongly as possible. I want every possible measure taken to secure honest voting and elections in our state. I believe this bill would serve to protect the election process. If anything, please strengthen it!  And pass it as quickly as possible.

Nanette Fodell

Northwest Counseling and Wellness Center

Austin, TX

I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Please oppose HB 6. Thank you.

Lorri Haden, Ms.

Self/Retired

Austin, TX

As a 57-year old Texan, retired attorney for the state, and current volunteer deputy registrar, I wish to express my strong opposition to HB 6 and to urge you to vote AGAINST HB 6.

Sec. 1.03(5) of the bill professes that it is not intended to impair the right of free suffrage guaranteed to the people of Texas by the U.S. and Texas constitutions, but that is exactly what the bill would do - it would create obstructions to the voter registration process and to the very exercise of voting.

Among other concerns, the bill forbids public officials from automatically distributing an application to vote by mail to a person. This means that citizens across the state could only receive an application to vote by mail if they affirmatively request one prior to each election.  The bill further creates a number of obstructions to the act of voting, including allowing poll watchers to crowd polling places - which would guarantee prolonged wait times - under the pretense of looking for virtually non-existent fraud.  The bill also forbids the presiding judge from removing a poll watcher - even for voter intimidation - unless the poll watcher commits election fraud themself.

Texas already has some of the strictest voting laws in the country, and there is absolutely no evidence of any degree of voting fraud in this state to justify the bill's stated intention in Sec. 1.0015 of reducing the likelihood of fraud in the conduct of the elections.

Instead of tilting at windmills, I implore members of this committee and all members of the state legislature to work to ensure all Texans who are eligible to vote under Section 1, Article 6, of the Texas Constitution, can vote, are encouraged to vote, and supported in exercising their constitutional right to vote.

Thank you.

Anna Heinzelmann

self - Professor

Houston, TX

This bills seems to be there to intimidate voters. The bill makes mistakes a criminal offense and will limit people even wanting to vote, leading to voter suppression. Our country's foundation is fair elections and the ability of people to vote without fear should

Printed on: April 9, 2021 11:06 AM

be one of the most important parts. This bill should be rejected by everyone who wants to live in a free country where We the People have a say.

Ryan Cantor, Mr.

Self

Kingwood, TX

I support HB 6

Hailey Wills

self

Houston, TX

I support HB6

Nick Gibbens

self

Houston, TX

I support HB6.

Joe Grimball

self

Humble, TX

I support HB 6, fair and honest elections are at the heart of this republic and must be solidified for the people to trust in this union.

Mark Risher

Self Oilman

Conroe, TX

I support HB6

William Saunders

Self/school bus driver

Allen, TX

I'm in favor of HB6 with the exception that the State Secretary can make changes. I believe 2/3's majority. I am for full identification of legal citizens having the right to vote, mainly in person.

I would also like to see election days made a state holiday so persons may easily vote in person and not by mail.

Benjamin Haynes

Self

Houston, TX

Printed on: April 9, 2021 11:06 AM

I support HB6

Marcela Martinez
Self
Weslaco, TX

Yes integrity is important.  Our lives are at stake

David Davidson, Sr.
Eagle Forum
Mason, TX

After the fraud in the 2020 general election I want a fair and true vote count.

John Whittle
Self - Engineer
Sprin, TX

To all of the fine elected officials of the great State of Texas.  Thank you for representing our great state in our democratic republic.  You shoulder a great responsibility and there is no greater one that protecting the integrity of our government.  Paramount to this is ensuring free and fair elections.  The United State of America is quite possibility the greatest achievement in civilized human history when measured in liberty and is a beacon of light shining on the rest of the world helping to protect their liberties.  Please carry out your responsibility, regardless of affiliation or other interests, by supporting this bill and protecting liberty for Texas, the United State of America, and the world.  Thank you.

Shawn Flanagan
retired/self
Corpus Christi, TX

Support this bill.  Nothing suppresses voting more than outcomes that can not be trusted.  This bill prevents some of the issues that hurt election integrity.  Please vote for it.

chad hurta
self
houston, TX

I support HB 6 as preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election!

Michael Belsick
self
Fredericksburg, TX

I am FOR HB6 because there is nothing more important than election integrity.

Don Combs
self
Printed on: April 9, 2021 11:06 AM

The Woodlands, TX

I SUPPORT HB 6

Midge Epstein

Self, retired

CorpusChristi, TX

I oppose HB6. I have seen poll watchers try to intimidate voters by posing as helpful but trying to exert control inappropriately. Voting is essential to our democracy and should be as easy as possible. The election in November 2020 was excellent for its access for as many people as possible. Even after 20,000 hours trying to find instances of fraud, the AG only found 16 instances — in all of Texas! This bill constitutes voter suppression and I am actively opposing this.

curt tempel

self - construction management

san antonio, TX

This is a commendable start by the House, and can further be improved upon by:
Require voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Monica Carson

self

Bastrop, TX

Texas needs to keep election integrity, I want Americans vote to count.

Christopher Layton, Mr.

Myself & family

Austin, TX

Please pass this bill

Stacey Christ

Self

Lago Vista, TX

I support this bill.

Austin Stanford

N/a

Houston, TX

Please pass HB 6, we need voter election integrity; a system voters can have confidence in. All political parties should welcome this bill for without confidence in our system, we have no country and elections will be meaningless

Printed on: April 9, 2021 11:06 AM

Diane Sulpizio

myself

Southwest Houston, TX

In person voting is the ONLY sure way to conduct a fair, safe election. The founding fathers knew this.

LInda Reneau

citizen of the United States of America

HENDERSON, TX

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of all:  ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1.   100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2.   Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3.   Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4.   Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal overreach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas taxpayers to vote.

Barbara Agan

self

Corpus Christi, TX

Vote yes      Tightening the time frame for the dead to be removed from voter registration lists, protecting poll watchers, adding criminal penalties - the entire bill is  needed ,!

Martha Zeiher

Deputy Voter Registrar

Fredericksburg, TX

Printed on: April 9, 2021 11:06 AM

One person, one vote. That's the way it should be. As a volunteer deputy voter registrar, I have worked since 2016 helping people in my rural county to vote. Please do not make it even harder for US citizens to exercise their right. It is already so difficult to explain to high school students why this is such an important right we have as Americans . . . They say "My vote doesn't count" in a county who lost the opportunity to have a regional sports park by 100 votes! They are already confused by all the rules and regulations and hoops they have to go through to register and vote.  Please do not put more barriers in the way of one person, one vote.

Wendy Mueller, Mrs.

Self/educator

San Antonio, TX

I strongly urge my representatives to vote *against* these bills that do little more than make it harder for more people to cast their ballots. My disabled son is 18 and looking forward to casting his first ballot, but these measures—especially the prohibition against receiving help reading and translating the ballot—would strip him of the right to vote
Vote NO on these measures!

Cyndie Steck

Individual Democrat.

Katy, TX

Our Constitution of the United States, Amendment XV, Section 1, The Right of Citizens of the United States to Vote
Shall NOT BE Denied OR Abridged by the United States OR By ANY  State on account of Race, Color or previous conditions of servitude.
The GA State Governor needs to be reminded of this.

Stephen Boiko

Texas Voter

San Marcos, TX

Voter suppression by Texas Republicans is reprehensible.

Susan Elliott

self, retired teacher

Garland, TX

I am opposed to any legislation that makes voting, early voting, and/or mail-in voting more restrictive. The last election was highly secure - it has been the most secure in history. There is no reason to further limit voting access, other than voter suppression.

Melissa Zepeda

Self

Houston, TX

This bill is likely unconstitutional and sets back voting rights  tremendously.  I urge my representatives to vote against this bill.

Clare DeVries, Ms

self, theater designer/architect

Printed on: April 9, 2021 11:06 AM

I believe strongly that this bill is unnecessary - there is no evidence of widespread or serious voter fraud in Texas.

In my personal experience there is actually a shortage of open voting hours and days... I had to wait hours to vote in the presidential election. (The election staff seemed well trained, efficient, and helpful, and the machines in good repair, they were just overwhelmed by the numbers wanting to vote that morning.) In general I find early voting really convenient. And, if mail in voting were easier, I would use it. Why shouldn't voting be convenient?

But if there seems little voting fraud, there does seem to be ample evidence that there is a nationwide effort by Republican legislators to try to make voting more difficult. This is wrong. UnAmerican and undemocratic. I strongly urge the committee to reject this bill. Texas should set a better example for the country than Georgia does with its recent Jim Crow-like anti-voting bill. Shame on them! We should do better.

Regina Leon

self

Dallas, TX

Very little 2020 election fraud was investigated and prosecuted. Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics. We demand stronger statewide oversight, fraud reporting, training and standards for all officers, observers, poll workers or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents and reduced opportunity for fraud; much more severe penalties for violators and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware and software, to include contractors, all persons at polling stations, service providers and manufacturers; no judicial or executive waivers ever, including SOS!

   100% Transparency and Auditability: Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.
   Early & Absentee Voting: Early voting must be eliminated or limited to no more than 2 days. End the gap between early voting and election day or early release of data; Sunday and Monday before an election day only. Voting Absentee should only be allowed for: (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on election day. Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.
   Restrain Computer Usage: Computer election fraud is real. We must return to paper ballots. Outlaw internet connection for all voting systems. Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.
   Federal & Tech Restraints: We demand a resolution that provides severe criminal penalties, fines, arrest or expulsion for any non-resident, to include any federal agency or social media entity, that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal over reach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas tax payers to vote

Michelle Yanez, Ms.

No organization

Kerrville, TX

I strongly oppose HB 6. I support expanded access to the ballot box. I support online voter registration, expanded voting hours

Printed on: April 9, 2021 11:06 AM

and longer early voting periods. I support no-excuse vote by mail. Why are we trying to change these laws now??!!!

SARAH TUTHILL

Self

Austin, TX

I oppose HB 6. Texas lags far behind the majority of states in number of registered voters. Texas should be adopting laws that make it easier for eligible people to register to vote and exercise their right to vote. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.?? Please do not adopt HB 6.

Kay Birdwell

concerned voter, retired

Austin, TX

Please stop using the false notion that there is rampant voting fraud in Texas as an excuse to pass restrictions which will make it tougher for many - both Democrat and Republican - to vote. You should be making it easier to vote in order to encourage as many people as possible to participate in this important element of democracy.  I'd like to see a longer early-voting period, voting by mail for any voter who requests it, as well as online voting registration. HB 6 is based on lies and the true objective is obvious. Shame on you.

Roxy Blackburn

Houston democrats

Houston., TX

House Bill 6 and Senate Bill 7 are anti-democratic, anti-voter assaults on the right to vote. These bills:
strip voter rights
financially burden local governments
discourage poll workers
elevate partisan poll watcher power above election official authority
ban drive-through and outdoor voting
restrict voters from dropping off completed absentee ballots
shrink early voting periods
create new costs for disabled voters
increase burdens on voters with disabilities to access assistance at the polls
Please withdraw support

Barbara Beale, Rev.

self, retired ELCA CLERGY

Georgetown, TX

I am opposed to the HB6 as it infringes on the voting rights and privileges of ALL qualified and eligible voters.

Lisa Brannan, Ms

Self

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.?

Printed on: April 9, 2021 11:06 AM

Dr. Joice Jeffries, Professor

Self

The Woodlands, TX

We the citizens vote NO on your voter suppression
tactic.

Jennifer Meléndez, Mrs.

Self, concerned voter, teacher

Austin, TX

We saw a record turn out in the 2020 elections, and Texas election officials determined that there was no fraud.  This is
unnecessary and would invoke fear instead of civic pride.  This is against the very fabric of our constitution and government.

Gail Busch

self, adjunct professor

Corpus Christi, TX

This bill is aimed at depriving Texans of their right to vote. The governor must keep the ability to make decisions to facilitate
voting in case of events like the current global pandemic. Texas already has ample rules to ensure the integrity of our elections.
This bill is unnecessary and wrong.

Eric Jacobsen

Your mom

Austin, TX

This is voter suppression pure and simple.  Your policies can't survive in the light so you want to limit voting to your donors and
their cronies and it's disgusting.

Jessica Hill

Self-Special Education Teacher

Humble, TX

As a constituent, I adamantly oppose HB6 as it is aborant voter suppression primarily aimed at people of color and people in
lower spectrum of socio-economic status. The facts of the 2020 election have clearly show NO FRAUD.  This bill is attack on
peoples rights, plain and simple. Voting is a RIGHT to all citizens are entitled to and they should NOT have to jump through
hoops to vote. This is reminiscent of Jim Crow laws, we we recognize as bold face violations of civil rights. Texas is better than
that. Rather than restricting voting, we should educate and encourage all eligible Texans to vote! I ask that our leaders show the
moral turpitude to do what is right and vote NO to HB6

Marla Akin

Volunteer Deputy Voter Registrar

Austin, TX

As a constituent who supports civic engagement, I urge you to vote against HB 6, which unduly impacts voters with disabilities,
people transporting voters to the polls, and hourly workers. Fair elections depend on many dedicated people who ensure that the
process works for all. I trust election officials to make voting a positive experience. HB 6 makes it more difficult for voters to

Printed on: April 9, 2021 11:06 AM

maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject such an unwarranted bill.

The Honorable Susie Carter

Concerned Taxpayers

Kyle, TX

HB 6 gives Sec. of State ability to   WAIVE Election Laws and Rules.

This is a very unConstitutional bill because, the Texas Constitution states that only the Texas Legislature can suspend laws. Also, the Texas Gov't Code clearly states that advanced public notice and public comment are required to adopt or change rules.

PLEASE RECTIFY HB 6 BY REMOVING THE WAIVER PROVISION FROM IT.
The Honorable Susie Carter

Susan Dodd-Gray

Hays Co. Democratics

Buda, TX

I oppose this bill and all other bills that are attempting to suppress the vote. We see you and your efforts to limit voting! You all know there is minimal voter fraud and that has been reported over and over again. We see what you are doing. We will not stand for this!

Marcia Carberry, Mrs

Concerned senior citizen who votes

Canyon lake, TX

This is unnecessary and voter suppression.

Chrissy Campbell

Concerned voter

Austin, TX

Sample message:
Dear Dr. Campbell:

As a constituent who supports civic engagement, I urge you to vote against SB 7 and similar bills that would restrict our voting rights. SB 7  and HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers.
Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.
SB 7  and HB 6 , and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.
We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

Printed on: April 9, 2021 11:06 AM

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.
Thank you,

Chrissy Campbell

Anne Meng

concerned citizen

Houston, TX

I strongly urge you to pass this bill to assure:  in-person voting,
Prohibit public officials from distributing unrequested vote-by-mail applications
Baning ballot harvesting
Increase poll watcher access

John Myers

Self

Nassau Bay, TX

Voter fraud isn't an actual issue. Voter suppression is.

Donnie Garth

Arielle Transportation

Katy, TX

I'm an over the road truck driver and this bill will make it more difficult to cast my vote...

Virginia Soule', Ms

self     retired

Austin, TX

HB 6   OPPOSED as voting-related laws should only be changed through deliberative legislative process w/the explicit  intention of preserving an honest voting outcome, not permiting a voting process that could allow pre-selection of a candidate not in allignment w/majority voters choices through changes made by an official other than the legislative process!

Eden Davisson

Self

Austin, TX

These suggested changes are overly restrictive and impede access to voting and participation in voting by every citizen. I am opposed to this and will take every step possible spread the word about this bill and what appears to be its infringement on the right to vote. This voter suppression movement is shocking and there are already processes in place to prevent and remediate fraud, which has statistically and realistically made no impact on elections. More can be done, but this is overreach.

Terri F Gorler

Precinct 2035

Sa, TX

Printed on: April 9, 2021 11:06 AM

disenfranchising citizens and silencing citizens will not work for you in the long run. This a grievous abuse of your power will be long remembered. The repercussions will be that you will lose all power eventually.  This anti-democratic behavior is energizing a whole new group of voters that will vote against this kind of un-American behavior.

Charlene Vincent

Self Retired

Katy, TX

I've been a Presiding Judge on election day for the pass six years for Harris County. I receive intensive and extensive training before each election on Texas State election law. We take an oath to follow the law. We represent our county and State in this process. It is not a partisan process.  I have reviewed HB 6, line by line. 1. Election workers stand at the vehicle while the e-slate is being used. At no time is it left unattended. So what is the purpose of having the vehicle emptied in order for the person qualified for curbside voting to vote?  2. Peace officers at the polling place is not provided by the county or State. We are allowed to personally pay for one ourselves. We, of course have the option of calling the police in situations where we deem it necessary. I pray every election day that no incident arises requiring law enforcement to be called. 3. We ask voters to turn off their phones and put them away- so this bill proposes the poll watchers can take pictures and record inside the polling place?  Why? Can we record the poll watchers behavior? Will be be allocated additional election staff to accommodate these changes? Banning expanded early voting and drive through voting alleviates crowds on election day. The voters who wait until the last minute usually have all the issues that must be addressed. This takes time. Time that is made available on election day because of early voting and mail ballots.

LESLIE CURRENS

self

Austin, TX

There is no evidence of voter fraud in elections in Texas.  Creating new serious criminal penalties for election volunteers and elected officials has the effect of reducing voter participation and reducing civic engagement overall.  This is the exact opposite of what Texas should be doing.  Instead, please automatically register voters at age 18, and provide online Voter registration, in order to increase the number of voters participating in elections in Texas.

Catharine Wall

Self, unemployed

Austin, TX

I oppose HB6.  "[I]ntegrity" and "purity"?  This bill is nothing short of dishonest and corrupt.  This bill promotes voter suppression, pure and simple.

Carolyn Austin, Dr.

Self

Austin, TX

Please do not pass this bill. There is no evidence of widespread voter fraud, and this bill will restrict enfranchisement, not protect it.

Sarah Boyd

self

Houston, TX

Printed on: April 9, 2021 11:06 AM

This bill is so awful I find it unethical for the Texas Legislature to even consider. Voter suppression is something America experienced during the Jim Crow era and that is continues even to this day is abhorrent. The Republicans sponsoring this bill must be un-American to try to deny ANY voters their right to vote in future elections. Voter fraud is practically non-existent, while gerrymandering, rules to restrict voting and voter intimidation are increasing. While millions of Texans continue to recover from the state's failed leadership in the face of a devastating winter storm, the Texas Governor is trying to take away our right to vote.

This could be the worst voting rights legislation in Texas since Jim Crow. In a state renowned for upholding the country's most restrictive voting laws, Gov. Abbott's voter suppression scheme isn't just unconstitutional, it's oppressive and unnecessary. We must stop House Bill 6 and Senate Bill 7.

Amber Brown

Self

Keller, TX

I fully support this bill!

Richard Atkinson

My family and friends!!

McKinney, TX

Please make this bill LAW! The LEFT is on the march!!

Ronda Read, Mrs.

Ronda Read Mom  Wife  Teacher Jesus follower

Spring, TX

I've been a delegate and hope to be again and I've worked the polls so I am very interested in these bills.

Eva Draper, Mrs

Self

Denton, TX

Appoved State photo ID, Election registration 30 days prior to election start date, citizens of Texas only, no felons, voters name shows voted after scan of ballot at voter headquarters,, mail in ballot mailed to a requestor who is elderly,, disabled, or in military.by request only. All votes counted on election day.

Jim ANDRADE

Self  Retired

CARROLLTON, TX

With the "irregularities", to put it mildly, that we saw in the 2020 election it is important to the citizens of Texas that our voting system is secure and trustworthy.  Even allowing openings that could be used to contaminate the vote in the name not suppressing votes is, even to those making the claims, ludicrous.  To say that minorities do not have access to picture IDs is insulting to minorities and racism by low expectations.  Same with mail in ballots, not to be confused, as our opponents try to do, with absentee ballots.  Saying that a large portion f the population cannot get to the polls to vote and need to be able to mail in is insulting to the population.  We can all get to the grocery store, put gas in the car, and even go out to restaurants now so why is it that some think we cannot get to the polls to vote?

Printed on: April 9, 2021 11:06 AM

We know what this is as we have seen it work.  We need to protect our elections here in Texas limiting them to citizens who have properly registered per our Texas laws and turn in a ballot with a secure chain of custody.
I urge you to move HB 6 to the full House to protect our Texas votes from fraud.
Thank you.
Regards,
Jim Andrade


William Draper, Mr

Self

Denton, TX


Voter must show approved state photo ID, register 30 days prior to election polls open.  Mail in only FOR voter who are disabled, elderly or in the military. Mail in ballots mailed only to folks requesting a Mail in ballot with existing requirements.
All votes sealed and turned in election day for supervised count by both parties. NO AFTER HOURS COUNTING WITHOUT SUPERVISION.


patricia Dawe

self

Austin, TX


Democracy is best served when all people can vote easily.  Texas is known for it's strict voting rules.  There has been no history of voter fraud of even a small percentage.  Also people should be able to register to vote on line.  I can register my car on line, do my taxes on line why can I not register to vote online.  Also voting should be accessable to all.  When i was a working mom with two small children it was very hard to find the time to vote.  We need to make early voting conducive to everyone's schedules and open up voting by mail to everyone.


Kristy STACHMUS, Mrs.

Self

Fairfield, TX


I sm asking our Texas Legislators to protect Texas Voters.  Support legislation that keeps voting overseen by the states, preventing federal overreach & corruption. Strengthen voter ID requirements, especially on early & any mail in voting.  Limit opportunities to ballot harvest & increase penalties for offenders.


Wanda Ulrey

self

Victoria, TX


This bill is vital in preserving election integrity in Texas.  Vote to pass HB 6 out of committee.


Thank you for standing for election integrity.


Regina Dove

Self, tax preparer

THREE RIVERS, TX


Thank you for the work already underway. House Bill 6 is a great start.


This bill can be improved upon by:

Printed on: April 9, 2021 11:06 AM

1. Requiring voter identification for mail-in and absentee ballots
2. Routine maintenance to verify accuracy of voter rolls and new registrations

Please add these two provisions to the legislation being worked on.

Julie Range

self

Austin, TX

Dear legislators,

I urge you to vote against HB 6 and similar bills that impinge on our voting rights.  These bills unduly impact voters with disabilities, people transporting voters to the polls, and hourly workers. Election law should encourage voting by all citizens.  We should trust our elected officials to support free and fair elections without long lines or fear from onerous laws.

Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.  HB 6, SB 7, and several similar bills make it more difficult for voters to maneuver the state's already complicated system.  Citizens have a right to have their vote counted, and these bills work against this fundamental right. Creating new serious criminal penalties for election volunteers and elected officials has the effect of reducing voter participation and reducing civic engagement overall.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials indicate there is no evidence of voter fraud in Texas and the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to vote to allow automatic voter registration at age 18, or at least online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.


Thank you,

Julie Range

Devkirn Khalsa

Self

Austin, TX

Do not pass this. It would suppress voting and that is absolutely wrong.

Stephen Nunnery

Self

Houston, TX

Election integrity is vital to a fair and honest election. Those who partake in fraud should face penalties. For the sake of this state and country we need laws passed that preserve the ballot box and prevent fraud.

Thomas Bazan

Self

HOUSTON, TX

Printed on: April 9, 2021 11:06 AM

I am a registered voter who has never missed voting in an election I was eligible to vote in.  I have also been a Presiding Judge on a number of occasions.  From my youngest days, I have read of numerous examples of voter fraud in large cities, seemingly practiced religiously by those acting to help Democrat candidates prevail in close elections.  Some feel that operatives of have mastered the techniques of voter fraud, such as ballot harvesting, and assisting others in voting more than once in an election.

Here in Harris County, one can only wonder why not only are there many registered voters who have died still on the voter roll, but also non-citizens and voters who register listing a UPS box as a residence address, and are not challenged by the local voter registrar nor the Texas Secretary of State.

In 2004, I ran as an independent candidate for a US House of Representative seat.  I saw first hand how weak and worthless the election code was concerning penalties as well as the shortened Statute of Limitations for bringing actions against the alleged cheaters.

I urge that more offenses be made FELONY offenses, and that there be some 1-hour mandated time limit to hear election-day disputes, with State deputized election officers that will enforce decisions on election disputes.

Also, early voting allows more opportunities for cheaters to vote multiple times.  Texas must return to a single election day.

We can employ bio-metric balloting.  No more allowing folks with multiple ID's the opportunity to cast multiple ballots.

In 2000, we saw how the cheaters relied on paper ballots to cast multiple ballots, with the dimpled chads.  The voting machines must remain isolated from the internet at all times, especially the memory cards.

We must insist that every voter prove they are a US citizen and resident of the particular County at least 30-days prior to an election.  The Clinton "Motor Voter" law is a travesty, and, if not rescinded, Texas must make every effort to screen these Driver's applications for licensing before transferring the data to the voter registrar.

It is lunacy to be allowing 2 and 3-year expired government-issued photo ID's, as the person could be living in another state or country, and come back to Texas to cast an illegal ballot.  Worse, when the Democrat elected officials mail the "Cheat-by-Mail" request for ballot out of Texas to a "so called" eligible voter.

Other than active duty military, no ballot request or ballot can be mailed or forwarded out of the COUNTY of the registered voter.

Thom Hanson

Hill County Democratic Party/  Senate District 22 SDEC Committeeman

Bynum, TX


I am Thom Hanson, Chairman of the Hill County Democratic Party and SD22 SDEC Committeeman, writing on behalf of the voters in State Senate District 22  in opposition to HB6.
This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. {HB 6} would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.
House Bill 6 is an anti-democratic, anti-voter assault on the right to vote.
These bills strip voter rights, financially burden local governments, discourage poll workers, elevate partisan poll watcher power above election official authority, ban drive-through and outdoor voting, restrict voters from dropping off completed absentee ballots, shrink early voting periods, create new costs for disabled voters, increase burdens on voters with disabilities to access assistance at the polls.
I am asking each of the members of this committee to stop this bill here in committee.
Thank you for taking action on my request.

Kelly Limbaugh

self


Printed on: April 9, 2021 11:06 AM

We must fight to protect integrity in our elections. One person = one vote. If not, we will no longer be able to keep our democracy. The temptation to cheat will become too high. We all need an ID to function in the country and to assume some people are unable to get an ID is unbelievably racist! If you need an ID to get a Covid shot, you can use one to Vote. This must be required. No ballot-harvesting, no vote by mail. Our voting must be secure and monitored with oversight.

Eugene Ralph Sr

SW Dallas Republicans

Dallas, TX

To: Representative Cain and Committee Members,

It should be completely understood that Election Integrity is vital to the existence of a free society.

This is not a partisan issue. Texas Citizens across the political spectrum expect and deserve every effort to be made to protect the integrity of our elections.

We are counting on you to remedy the ongoing problem that has been a plague in Texas for far too long.

I urge you to pass HB 6 out of committee and vote to pass it on the House Floor in order to enable us to trust that our election results have validity because of proper checks and balances with severe penalties for any and all individuals that gets caught attempting to violate the procedures that have been set in place.

We are watching

God Bless,
Eugene Ralph Sr.

Franchell Jones

self

Houston, TX

This bill is not beneficial to the democratic process. How is criminalizing mistakes a preservation of election integrity?  Just take more time to clarify.  Prevention of fraud is a code word for voter suppression because there is no actual proof of alleged fraud. This bill is a waste of time and money.

Megan Gordon

n/a

Addison, TX

This is a clear attempt to further constrain voting in the state of Texas, which already puts undue burdens on voters. I've not seen evidence of voter fraud beyond a handful of cases—not nearly enough to sway an election. This bill and others like it are a blatant attempt to suppress the vote and keep the number of voters low, which is advantageous to the Republican party. We're seeing this all over the country in response to the 2020 Presidential election and we understand exactly what is happening. If you cannot win without rigging the system you do not deserve to win.

The right to vote is at the core of democracy; citizens should be encouraged to vote and new innovations should be embraced, not discouraged.

Angela Williams, Dr.

Printed on: April 9, 2021 11:06 AM

self

Houston, TX

I support the passage of this legislation.  It makes our elections more secure and holds people more accountable, with tracing measures to ensure mail in ballots/absentee ballots are actual, and not forged. A recent audit in Mazula County in Montana showed that 4600 mail in ballots had NO envelopes associated with them, and signatures that looks from the same person from a nursing home location.  The amount in question was enough to overturn results.  This bill makes you log the serial numbers of paper ballots used and spoiled.  Amazing this was not in the election code before.  It also gives a quicker response time to notify registrars of deaths, so they can be removed from voting roles.  This legislation does not inhibit people from voting, it just holds everyone much more accountable. It also prevents people from soliciting ballots for people who are not requesting one, therefore makes the elections more secure.

The Honorable Susie Carter

Concerned Taxpayers

Kyle, TX

PLEASE OPPOSE HB 6  UNLESS THE WAIVER PROVISION IS REMOVED FROM IT.
WE DO NOT NEED ANY ONE PERSON DECIDING TO WATER DOWN OUR ELECTION LAWS.

AS IS, HB 6 IS UNCONSTITUTIONAL IN TERMS OF THE US AND THE TEXAS CONSTITUTION---BOTH OF WHICH REQUIRE THAT THE STATE LEGISLATURES DETERMINE THE ELECTION LAWS OF THE STATE.
CLEARLY, THE SEC. OF STATE IS NOT TO GIVE ANY WAIVERS.
IT TIME TO STOP UNCONSTITUTIONAL BILLS.

THANK YOU,
SUSIE CARTER

Candida Ferrer

self- Realtor

Spring, TX

Increase access to voter registration.
Increase early voting days.

The Honorable Susie Carter, HB 6

Concerned Taxpayers

Kyle, TX

Please do not pass HB 6 as it is.
It it not Constitutional with the Waiver provision.

CLEAN UP HB 6.

Susie Carter

Lily Dulaney

Self

Lago Vista, TX

I strongly support this bill! I believe that election integrity is one of the most imperative things to secure. If we don't have faith in

Printed on: April 9, 2021 11:06 AM

a free and fair election, we have nothing. This past election season saw many troubling concerns and this bill goes a good way to addressing each of those concerns. If we can not do this minimum of effort, which are simple common sense tasks, I will not have any faith in future elections. Nothing in this bill blocks access to voting but instead preserves the value of each and every valid vote. I would be questioning the motives of those that object to this bill. The only pause for concern is that any election changes should follow the legislative process. One individual should not have the ability to make such important changes. Please revise this to remove the SOS from being able to write changes, and leave that to the legislature.

Virginia Allinson

Taxpayer/citizen

Crawford, TX

I am requesting HB6 be passed to keep our elections honest and fair.  As we saw in 2020, with the poorly run elections in many counties who changed rules and discarded laws amid voting, created the belief that our votes no longer matter and the outcomes are not to be trusted.  Ensuring voter ID will help keep our faith that elections are honest and our representatives are there to represent the taxpaying citizens of Texas!  Allowing voting to go unchecked is begging for corruption and chaos!!!  I will add, calling any ID requirement racist is offensive on its face!  After all, our President is in the process of mandating  vaccination ID from anyone boarding a plane!  Should we call this racism too?  Name any other activity (including political party conventions) that require an ID, that is characterized as racist as much as voting integrity is?  And then as yourself why?
Thank you

Wayne Caswell

self

Frisco, TX

I strongly oppose HB6, an omnibus bill that includes the worst parts of other voter suppression bills.
• It was introduced under the guise of election security and is an obvious response to record levels of voter turnout, especially in Harris County.
• It makes no sense to ban drive-through voting, limit vote-by-mail conditions, make it more difficult to apply for mail-in ballots, prohibit drop-boxes and outdoor voting, and selectively close polling places, limit the number of voting machines, cut the number of early voting days, eliminate voting on Sundays, and reduce the number of voting hours, except to suppress the vote.
• Intentional or not, this bill penalizes communities of color, making it even more difficult for them to vote. It also penalizes those with disabilities and shift workers, including those in healthcare working 12+ hour shifts.
• Voter "fraud," including vote-by-mail fraud, is rare, but of the few instances that have been prosecuted, the vast majority have been against people of color, even though they make up a small minority of the population, or of voters.
• It's already too hard to vote in Texas, a state ranked 46th in voter participation. Having fewer voters makes government less responsive to the people and less representative.
• Texas should be expanding, not limiting voting, with automatic voter registration and nonpartisan redistricting commissions.
• Texas has a history of violating voting rights in every major election since LBJ. HB6 will likely cause Congress to reinstate preclearance of future election law changes in the state.
• HB6 will also likely cause Congress to pass the John Lewis Voting Rights Extension Act (HR4) and the For the People Act (HR1), adding unwanted election oversight.

Denise Gilbert

Self

Allen, TX

I support HB6 and believe legal elections are the very fabric of what holds our state and country together.  I will not have faith in our elections if this bill does not pass.  However, I would like to see that changes to our election procedures are only done through the legislature, and not the secretary of state.  I would like to see the bill reflect that.

Crystal Anderson

Printed on: April 9, 2021 11:06 AM

Self

San Antonio, TX

I support H B 6 !!!

Torrie VanOs
Self- retired

Stonewall, TX

I do not have confidence in the integrity of our voting system at the state level. I personally witnessed multiple instances of suspected fraud at the federal level and I do not want that for Texas. We either have a state with law and order, or we have none of the three. Voters are completely discouraged by the current state of election integrity. We must have a system everyone believes to be honest. We can't have another election where officials are changing the rules in the middle of the night. This should not be about Democrats vs Republicans; ALL Texans should seek fair elections to determine accurate results for public elections.

Merri Michaels

60+ years resident of Texas

Houston, TX

All election laws must be enforceable with consequences for violation.

Cheryl Thompson-Draper
self   retired

Hallettsville, TX

Election integrity laws MUST include:

*Verify that only eligible voters are allowed to register
*Require regular audits of voter lists to ensure they only include eligible voters.
*Make vote-by-mail only available to citizens that are elderly, disabled, or serving in the military.
*Protect elections by prohibiting private funds from being used to supplement local elections administration budgets for any reason
*Require the verification/certification of pollbooks between early voting and election day
*Hold the Equipment/Software companies that program the election equipment liable for programing mistakes (such as I relay below).

The Lavaca County Nov 3 2020 election had some irregularities  As Republican County Chairman I contacted each Election Judge after hearing from several that had issues . I wrote them all down in a letter to our Election Administrator, to the SOS and to the RPT. I received a reply from the SOS that the Election Admin needed more training. I thought that was a very weak reply as the one of the issues included that the pollbooks were not updated between early voting and election day. We could not verify that people did not vote more than once the day of the election.  We did ask the EA afterwards to recheck and she said there were no double votes cast. (we are not a huge county 13K registered voters and only approx. 7K voted). Another issue was the final unofficial printout which our EA posts on her door and on the official canvas print out -EVERY CANDIDATE was labeled a Democrat DEM. (Even President Trump!) We have the word only of the EA that the votes were correct even though the printout was not.  IF things as simple sounding as this happened in a small county- goodness knows that happened in a large county like Harris or Bexar!

If we do not have Election Integrity- most people will decide not to vote- why should they?- nothing that they vote for and no one that they for vote for -will be correct! THAT will be the downfall of our Republic! We MUST believe this system is without fault! We must believe our vote means something.
Sincerely

Printed on: April 9, 2021 11:06 AM

Mark cDonnell

self

plano, TX

100$ support all forms of voter id, voting only by citizens, cleaning up the rolls from dead people and people who cannot produce necessary documentation of residency, I support zero mail in voting, none whatsoever, no mail in voting at all get rid of it. Look what is going on in Georgia and other states. Texas should lead the way here. Mark M Plano Texas. Lifetime resident of Texas. Tell Beto to go to hell

Houston Legg

Self - Retired

HIGHLAND VLG, TX

I support HB6.  Legal and valid elections rest at the heart of everything that we are as Americans and as Texans.  I do not have faith in the integrity of our election system as it exists, and should this bill fail, it will only leave me more suspicious and mistrustful.  ONLY the legislature should be able to make changes to our elections system...not the Secretary of State.  No individual or office should have that kind of power, and I would insist that this bill reflect that change.  Failure to lead on this issue will have enormous consequences for our democracy.

Sherry Gause

Self

Palestine, TX

I wanted the elected officials of Texas to know I am in favor of election integrity which was sorely missing during the last election. You officials have an opportunity to do the right thing. I ask that you pass HB 6 with the addition the the legislature makes changes to our election rules.

Stephanie Brewer

Self

Fort Worth, TX

?? "I support HB6 and believe legal elections are the very fabric of what holds our state and country together.  I will not have faith in our elections if this bill does not pass.  However, I would like to see that changes to our election procedures are only done through the legislature, and not the secretary of state.  I would like to see the bill reflect that."

Eric Youngstrom

Self

Austin, TX

The November 2020 elections left too many Americans uncertain as to the ultimate victor of the US Presidential election. Regardless of winner, it is of the utmost importance that every Texan and American have confidence in a free and fair election. Our Republic cannot stand without integrity of this bedrock principle.  The reforms in this bill will reinforce the confidence of every Texan in our elections - regardless of winner, we'll know our electoral process was fair.

Charolett Beshears

Self

Printed on: April 9, 2021 11:06 AM

Bedford, TX

I support HB6 and believe legal elections are the very fabric of what holds our State and Country together. However, I would like to see a change to our election procedures. It should reflect only through the Legislature, not The Secretary of State. I would like the Bill to reflect that.

Jonas Nelson

Self

Spring, TX

I support HB6 and believe legal elections are the very fabric of what holds our state and country together.  I will not have faith in our elections if this bill does not pass.  However, I would like to see that changes to our election procedures are only done through the legislature, and NOT the secretary of state.  I would like to see the bill reflect that.

Vanessa McAfee

Texas Democratic Women of Galveston County and self

Texas City, TX

We oppose HB6. This is a solution to a problem that doesn't exist.

Amy Merz

Self

Uhland, TX

Please, please, please!

Lamar Lawson

Convention of States / Self

Windcrest, TX

I support this bill. The integrity of elections in Texas need to be protected.

Susan Nickelson

Self, occupational therapist

San Antonio, TX

I strongly oppose HB 6 and any changes to voting in the state of Texas that could restrict access of an eligible voter from voting. In 2020 every court and recount across the country confirmed we had a fair election without any evidence of widespread fraud; these facts do not lead to a conclusion that we must change the voting laws in our state that worked as intended in 2020. Opinions do not equate to facts.

Ecaterina Blaettler

Self

Manor, TX

As an immigrant and a new naturalized citizen, I support HB6 and believe legal elections are the very fabric of what holds our state and country together.   I would like to see that changes to our election procedures are only done through the legislature, and

Printed on: April 9, 2021 11:06 AM

not the secretary of state. I would like to see the bill reflect that. Thank you.

Jill Freer

self, engineer

Fort Worth, TX


I am opposed to House Bill 6 which is an attempt at suppressing voters after unproven reports of voter fraud during the 2020 election.  HB 6 represents the most egregious assault on voting rights here in Texas since the Jim Crow era. We must protect the right to vote and attacks on voting rights must end now.

In a state that already has some of the most restrictive voting laws in the country, the true aim of these bills is abundantly clear: to make voting harder for everyone, silence the voices of a rising Texas electorate, and to especially target young Black and Brown voters.
?HB6, along with SB7, the aims to:
Make it a felony for a public official to distribute an absentee ballot application— not even an absentee ballot — to anyone who has not requested one
Make it a felony for a public official to distribute an absentee ballot to anyone other than the person who submitted the request
Make it a felony for a public official to encourage anyone to submit an absentee ballot application who did not request one
Give the attorney general broad authority to prosecute volunteers who engage in get-out-the-vote campaigns in the lead-up to elections
Give partisan "poll watchers" special rights to intimidate voters, outlawing their removal from polling places for any reason other than "election fraud"
Require anyone applying for an absentee ballot based on disability to submit a sworn statement that they are physically incapable of entering a polling place and require that those individuals also provide medical documentation attesting to their condition before they can qualify for an absentee ballot
Require county-wide polling places in a given county have "approximately the same number of voting machines" as every other county-wide polling place in the county, regardless of variations in population


You should make democracy more inclusive, not less. This bill aims to give power to the few, the privileged, and the mighty who plan to rule over the many. This is not democracy. This is cheating and it the only way Republicans win. That is why only Republicans have co-signed this bill. I urge you to vote against HB6.


Venus Wilder

Self Retired

Dripping Springs, TX


Real election integrity has never been  more important than it is now. An American citizen's privilege to vote is only as good as their belief that their vote is honestly cast and honestly counted. It is imperative that you support HB6 and vote for its passage. This will ensure that all legal votes are counted and the entire process is documented, transparent, and easily audited.

Jerry Boyd

Self

Mt. Vernon, TX


Omit the statement that the Secretary of State can change election laws in Texas

Brenda Simmons

Self

Corpus Christi, TX


Printed on: April 9, 2021 11:06 AM

Dear Texas Legislatures,

Please vote YES for election integrity. It's unlawful and against our constitution not to allow the voters' election be honestly counted.
This will determine our nation's future, and it's extremely important to me as a conservative, law-abiding citizen.

Thank you,

Brenda

Leanna Wilson, Mrs

Self

Aransas Pass, TX

Election integrity is vital to future elections in our state and country. You must vote yes for this bill.

Suzanne Fisher

self - retired

Orange Grove, TX

VOTE - YES.
In order for us to maintain our freedom, we need to have election integrity so the voice of the people is heard.  Allowing avenues to the possibility of election fraud takes away our freedom.  If fraud happens, it becomes the voice of the few demanding their decisions - not the voice of the people.  Everything possible needs to be done to prevent fraud in our elections.

Carole Moore, APRN

Self

Hamilton, TX

I support HB6 and believe legal elections remain the very fabric of what holds our state and country together.  I will not have faith in our election process if this bill does not pass.  However, I would like to see that changes to our election procedures are only done through the legislature, and not the secretary of state.  I would like to see the bill reflect that.

Paul Boyd, Mr.

self

San Marcos, TX

I oppose HB6 and any other bill that would cut back our voting rights or ability to vote by mail-in ballots, absentee voting, early voting, drop box availability and in person voting.

Lisa Dunn

self

San Antonio, TX

Very little 2020 election fraud was investigated and prosecuted.  Some are intentionally denying the facts of electronic vote manipulation. Why?

We are fed up with "business as usual" state politics.  We demand stronger statewide oversight, fraud reporting, training, and

Printed on: April 9, 2021 11:06 AM

standards for all officers, observers, poll workers, or volunteers involved in elections. We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; much more severe penalties for violators, and more prosecutions. Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections. We demand 100% transparency and auditability of all: ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

1.   100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots). Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

2.   Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

3.   Restrain Computer Usage:  Computer election fraud is real.  We must return to paper ballots.  Outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud), no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters.

4.   Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention. We DEMAND that federal overreach into Texas elections is stopped. Texas Elections! There should be a constitutional amendment allowing only Texas taxpa

Beverly Mokry

Myself

Corpus Christi, TX

When we need to stop voter fraud!! You must have an ID that is valid to vote. You need to be a registered voter ahead of time. People who are participating in voter fraud need to be prosecuted and put in jail because they are criminals

Stephanie R Gordon

Self

Non-Hispanic or Latino, TX

Election integrity is for the greater good to ensure all citizens are fairly treated within the parameters of their civil rights

Vanessa Seaberg, Mrs.

Self - Oils by Hippie Mom

Amarillo, TX

I support HB6 and believe legal elections are the very fabric of what holds our state and country together.  I will not have faith in our elections if this bill does not pass.  However, I would like to see that changes to our election procedures are only done through the legislature, and not the secretary of state.  I would like to see the bill reflect that.

SHARLA HERRIN

Printed on: April 9, 2021 11:06 AM

SELF

RANGER, TX

WE WANT INTEGRITY RETURNED TO OUR ELECTION PROCESS.   I FEEL THAT WE SHOULD DO WHAT EVER IS NECESSARY TO ENSURE THERE IS NO FRAUD AND THAT WE HAVE  FAIR ELECTIONS, I  DO NOT FEEL THAT IS THE CASE IN THIS GREAT NATION AT THIS TIME.

PAUL HERRIN

SELF

RANGER, TX

FAIR, FRAUD FREE ELECTIONS IS WHAT SHOULD BE REQUIRED, AND IS DESERVED BY THE PEOPLE OF TEXAS

Caroline Sadler

Self-retired

Tomball, TX

I support this bill.

Linda Jasper

Self

Dallas, TX

Please insure that our elections are as clean and correct as possible.  Hopefully increasing the deterants will help with this effort. Banning the use of voting software with internet access will help too.

Judy Costley

Self

Alice, TX

It is very important to me that you All vote YES
on this bill.  If for any reason, we can not be absolutely
assured that each verified vote by a registered voter who
presents an ID - then our country is going to be Lost.   I love
my Texas USA and I want us to be following The Constitution.
Fair, honest elections - no other way!     Vote YES on HB6.  Thanks

Edward Luera

Self

San Antonio, TX

You turkeys know what you're doing is wrong!! You always gotta cheat your way through! I have absolutely no respect for your underhandedness and plots to take away voter rights. This bill just benefits the damn Republican Party! May they rot in hell!

Chris Kreif

True Texas Project

Fort Worth, TX

Printed on: April 9, 2021 11:06 AM

We are favorable.

Tammy Kreif

True Texas Project

Fort Worth, TX

We are for HB 6. We must be able to have confidence in our election process!

Melanie Horne

Self

Fort Worth, TX

I oppose HB6. The right to vote should be expanded, not restricted. HB6 is an assault on our right to choose our representatives instead of representatives choosing who can vote. Texas needs to be supportive of all its citizens' access to the ballot box, not just those of means or those in rural counties. Also, my representative, Nicole Collier was denied an opportunity to speak in the hearing on this bill.

Rebecca Hirsch

Self

San Antonio, TX

I oppose this bill. Please listen to your constituents and make voting easier. Not harder.

Kay Cook

Myself

Kerrville, TX

It is time for honest elections.

Janelle Smith

Self business owner

Canyon lake, TX

We must have strong regulations regarding election procedures only voted on by legislation. The 2020 elections proved that most Americans are losing faith in the integrity of the elections. We cannot allow any Avenue for fraud to be able to take place. No special interest donations, must require valid ID, mail in voting only for approved circumstances

Saundra Lapsley, Mrs.

Self- retired

Amarillo, TX

Because state legislatures, not the federal government, are given the job under the US Constitution of making laws governing elections, I urge you to take seriously your job of securing the vote by passing bills such as SB6.  Every  properly registered citizen should  have confidence when they cast their ballot that it will not be diluted or augmented by unauthorized voting.  No party or interest group or nefarious entity should be able to gain access to interfere with the honor it is to cast a ballot in a free and fair election.  Secure our votes to the fullest extent possible, please.

Printed on: April 9, 2021 11:06 AM

PaUla Hill

Texas

Boerne, TX

Please keep voter requirements like any other legal action in this country. I need to validity who I am to obtain medicine at pharmacy or pay car loan. Voting is foundational to our form of government and is not open to those not part of our country. We need a business like approach with careful criteria including valid ID and in person voting . Stand up for security and fairness in our country.

*Frank VanOs

Frank VanOs

Stonewall, TX

After what happened in the 2020 election it's very clear that this leaves lots of opportunity for voter fraud. It's interesting that we need IDs to go to our bank and cash or welfare checks or go to our bank and cash our unemployment checks or to go through an airport to go visit family but now we're going to allow our national and state sovereignty to be decided by voting through the mail and by voting in ways they can't be proved my voted counted.  This is literally disgusting.  You tried to name bills to make them sound good but are not actually good for we the people.

Michael Openshaw

Self

Plano, TX

I am someone who has worked in Texas elections on and off for 40+ years from clerk to running a county primary. That experience has taught me that the many avenues for potential fraud available need to be tightened up and penalties be such that the cost/benefit of committing fraud makes it untenable.
Many will claim this will make voting 'too hard'; the rest of the democratic world would laugh at that claim; the U.N. itself has always been stunned how 'loose' our procedures are. Also, the opponents will claim there is no 'systemic voter fraud'; they used to claim NO voter fraud, but that has been debunked, with just a few of the cases below.
As for SYSTEMIC voter fraud: well, there is no SYSTEMIC DUI driving coupled with attempt to flee, but we do attempt to limit such with laws that prohibit it and punish MOST people who do it. (You might want to ask one of the opposing witnesses whether the lack of systemic DUI is relevant to driving laws,)
The restrictions on ballot harvesting in HB6 are long overdue.  The attempts to prevent private money being SELECTIVELY used to turn out partisan results via actual government entities is needed. And for ANY voting done at curbside- whatever form that takes- the car itself must be considered the voting booth and the same rules applied for assistance & presence of others.  This is common sense that I support and massively altering voting procedures for the pandemic was unnecessary and wrong. As a COVID 'at-risk' person who interacted directly with over 6,000 voters as a clerk during in-person early voting, I knew we could- and did do it safely, securely and with the absolute best ballot chain of custody in place.

https://foxsanantonio.com/news/local/four-people-including-justice-of-the-peace-arrested-on-150-counts-of-voter-fraud
Four people, including justice of the peace, arrested on 150 counts of voter fraud
https://texasscorecard.com/metroplex/north-texas-mayoral-candidate-arrested-for-dozens-of-mail-ballot-voter-fraud-felonies
charged Wednesday with 109 felonies for fraudulently requesting and obtaining mail-in ballots he alleged were for nursing home residents.
https://www.kxan.com/news/texas/ag-paxton-woman-accused-of-voter-fraud-in-san-antonio-arrested-charge
charged with election fraud, illegal voting, unlawfully assisting people voting by mail and unlawfully possessing an official ballot.
https://www.kxxv.com/news/local-news/ag-paxton-limestone-county-social-worker-charged-with-134-felony-counts-involving-election-fraud
Limestone County social worker charged with 134 felony counts involving election fraud
https://www.kxan.com/investigations/150-people-charged-with-voter-fraud-in-texas-since-2004-but-convictions-rarely-mean-jail-

Printed on: April 9, 2021 11:06 AM

Since 2004, attorney general's office records show 150 people were charged with a voter fraud crime. Of the 150 people charged, 138 people were convicted by either pleading guilty or taking their cases to a courtroom.

Gad Meiron

Self

Richardson, TX

We are in danger of losing election integrity to the kind of criminal actions that are happening in many states. We must draw the line here. Please vote for HB 6.

Debbie Cortez

Self

Tioga, TX

Election integrity is very important. If we cannot trust that our votes count then there is no need for elections or a free society

Verlinda Woellhof, Ms.

SElf

FREDERICKSBURG, TX

I support HB 6 to insure we have fair and protected elections in Texas.  Providing same rules for all counties and clearly allowing punishment for not following the elections laws in Texas.

Sylvia Randles

Self

Kendalia, TX

Vote YES

"There is a lot of uncertainty with voting and that can't happen. We have to have a system everyone believes in. We can't have another election where officials are changing the rules in the middle of the game or openly violating state laws. And our reforms aren't about what is good or bad for whichever party, but whether voters can have confidence in the integrity of our system."

Geary Watson

self

Runaway Bay, TX

Please support and sign HB 6. All citizens should have confidence in the voting process no matter which side you align with. HB 6 guarantees that voting irregularities would be minimized.

Tanner Williams

Self

Austin, TX

I believe in democracy and that everyone has a right to vote. Everyone especially has a right to vote safely. I OPPOSE HB 6 as it will restrict voting access and add obstacles to voters with disabilities. This bill is undemocratic at its core. Please OPPOSE HB

Printed on: April 9, 2021 11:06 AM

6.

Patricia Estrada

Self

Edinburg, TX

I strongly oppose the passage of HB 6 due to the immense burden that it will impose on our communities accessing voting abilities and specifically individuals who are handicapped. HB 6 should not be passed.

Greg Rodriguez, Mr.

Self

Edinburg, TX

My name is Greg Rodriguez, a resident of Texas and the Rio Grande Valley. I believe HB 6 is anti-democratic and works to prevent more people from voting instead of the opposite. I ask that you do not pass HB 6.

Diana De Leon

Self - community member

San Antonio, TX

I firmly support the voter rights of all individuals including those whom are disabled; those whom may select to have another person of their choosing to assist them in voting; those whom wish to remain safe and vote via a drive-thru option; and those whom do not work traditional work schedules and wish to vote during 'non-traditional' voting hours.  These options are not harmful in anyway and should not be done away with.

Wanda Longoria, Ms.

self: former educator

San Antonio, TX

My name is Wanda Longoria and I am not in support of this bill for many reasons, but primarily due to this bill disenfranchising many Texans. This bill seems to make voting by all, more difficult. I feel this goes completely against our democratic process and NOT in support of ensuring every Texan who is able to vote, can vote. Our nation has taken pride, for generations, about our elections process. We need to guard the right to vote, strengthen it, and not put obstacles in the way of a fair elections process.

Alicia Morales, Staff

Self

Dallas, TX

I  am against Bill HB 6

Zoe Holden

Self

Irving, TX

As a lifelong Texan, I do not support this legislation. None of these so-called reforms actually preserve or increase the integrity of elections; indeed, they are very clearly intended to prevent Texans from being able to reach polls. Let's be frank: the requirement for disabled folks to get a note proving they are disabled is little more than a poll-tax. Getting a doctor's note would require a

doctor's visit which at the very least would require a co-pay, not to mention the cost of transportation, time off, etc. The proof is clear, elections are not prone to fraud - the number of fraudulent votes is negligible; indeed, the elections in America (and Texas) are widely lauded as being the gold-standard of integrity across the world.  Texas should be expanding voting accessibility, not restricting it!

Rona East

self

Dallas, TX

I DO NOT support HB 6 I support the rights of disabled voters and this bill will hurt them because they will have to pay to get a doctors note and that is not fair

Gail Buhler

Self

Austin, TX

I am writing in opposition of HB6.  We should be encouraging people to participate in our elections and our society.  This bill will make it more difficult for people to vote.

DONNA EYLES

Self

CORPUS CHRISTI, TX

Vote YES! This is a marvelous, thoughtful bill covering most of the areas to secure election integrity.

The only item missing is how signature verifications should be done. Currently, in Nueces County, ballot/carrier envelope signatures are verified against the request for the mail-in ballot, RATHER THAN verified against the voter registration signature. This allows someone other than the voter to sign the request for mail-in ballot and to sign the ballot carrier envelope (signatures match). Signature verifications done this way can easily lead to FRAUD.

Alexia Anne Solis

Self

Palmview, TX

I strongly oppose this bill due to the fact that the bill is requiring a individual to get written documentation of his/her medical condition proving that they are disabled.  This not only puts a financial burden on the individual but it also violates the individuals privacy of health conditions.  I urge that you vote against this bill.

Juan Luna, Mr.

self

La Joya, TX

I am Juan Luna and i oppose HB 6,  Legislators on both sides of the aisle should be expanding the right to vote not restricting it. Vote no on HB 6.

Debra Graves

Self

Missouri City, TX

Printed on: April 9, 2021 11:06 AM

I support the rights of Disabled Voters. Please allow them their Rights.

Tommie Lee Jr

Self Electrician

corpus christi, TX

Vote Yes!! This bill is very important for the integrity of our Texas Elections.

Anil Prabhakar

self; engineer

Cedar Park, TX

Please oppose HB 6!  Voters and election officials see through the pretense that HB 6 would add integrity to the voting process. We know that HB 6 would complicate voting and add unnecessary procedures that would subject voters, those assisting voters, and public officials to criminal penalties.

- HB 6 puts votes in jeopardy by adding complicated and confusing provisions when voters require assistance.
- It threatens volunteer workers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote.
- It jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials.
- It also limits the ability of voters to access applications for voting by mail.

We ask you to stop this unjustifiable attack on voters and election officials. The top state election officials publicly stated that the November 2020 election, given the highly challenging circumstances, were run professionally, fairly, and resulted in increased voter participation.

I look forward to supporting the filed bills that support voters and election officials, including electronic voter registration, vote by mail for all, and expanded early voting periods.  On the contrary, I strongly oppose HB 6 because it will weaken our democracy by unnecessarily complicating the voting process.

Magaly Prabhakar

self; hr analyst

Cedar Park, TX

I strongly oppose HB 6 because this bill would make voting harder for everyone, especially disabled and disadvantaged voters. Also, it will increase election costs for counties and would discourage neighbors from helping others to get to polling places and cast ballots.  Finally, HB 6 would create more problems than it solves and the authors have not even presented facts that prove such changes are needed to our election laws. Please oppose HB 6 because this bill is bad for democracy since it adds unnecessary procedures and greatly complicates the voting process.

Jessie Carlson

Self

Corpus Chrsiti, TX

Vote yes. This is a great all around package bill on election integrity.

Evonne Kohon

Self/retired

Printed on: April 9, 2021 11:06 AM

Austin, TX

Please approve HB 6 and pass it out of the House Elections Committee.

Mike Kovalcik

Self

Huntsville, TX

I support this bill and any other that will preserve, protect & prevent voting fraud!

Sherrie Beil

Self

Cleveland, TX

Enough is Enough.
Time to Stand Up against the Radicals!
They need ID's to buy Alcohol, Cigarettes, go to the Doctor, to get a Vaccine, for Loans, to rent an Apartment, to wn a car, to teceive Govt Assistance, to receive Social Security, etc.
No reason to not have an ID but it's convenient to pretend, when convenient, that they don't have one.
Stand up or we will Vote you out!

Alvin Barton

Self

Houston, TX

I support HB 6

Pamela LePage

A voter in the state of Texas

Fort Worth, TX

"There is a lot of uncertainty with voting and that can't happen. We have to have a system everyone believes in. We can't have another election where officials are changing the rules in the middle of the game or openly violating state laws. And our reforms aren't about what is good or bad for whichever party, but whether voters can have confidence in the integrity of our system."

Janet Chamberlain

self - caregiver

Shady Shores, TX

Please pass this bill to ensure future Texas elections are fair and accurate.

Nancy Groves

True Texas Project

Colleyville, TX

I am FOR HB 6.  Election Code should be followed. Those that do not follow it should be swiftly and severely punished.  I don't

Printed on: April 9, 2021 11:06 AM

understand why this should even be in question by an law abiding citizen. Registrations need to be cleaned up.  The dead people need to be removed in a timely manner. State law was circumvented with excuses because of the Scamdemic.   Laws should be upheld at all times.

Nancy Stamilio, MRS

Self/retired

The Woodlands, TX

No significant voter fraud has been found in Texas, even though the Attorney General spent MILLIONS of dollars trying to find it.
It is very clear that the purpose of HB6 is to suppress votes that the  Republicans in power in Texas deem unlikely to vote Republican.
I am a VDR in Harris and Montgomery Counties.  I registered many people to vote because I believe that democratic government does not work unless all people vote. If you are a citizen, you should be encouraged to vote.  HB6 Discourages citizens from voting.
HB6 should NOT  be made law.

Sherry Andresen

Self

Katy, TX

Last I checked, we live in a DEMOCRACY where my vote should count. This bill suppresses voting and makes it almost FRIGHTENING to participate in the process--whether you are a voter, a voting registrar, a poll worker. How can our state justify these voting rules? Gads, maybe we need to take our families and our businesses OUT of Texas and move to a state that represents all Americans!

Wylie New, Mr.

Self - rancher

Christoval, TX

It should be easy to get an identification certificate or such. I D should be required to vote. Absentee voting should have a matching signature on file. Vote harvesting should be illegal. Voting should be available in all voting precincts on Election Day, and throughout the area for early voting.

John Urby

Chief of Police - Midland Police Department - Retired

Conroe, TX

HB 6 by Cain and SB 7 by Hughes are bills that would intentionally suppress votes by intimidating voters; creating administrative and literal barriers to voting; marginalizing local election officials; threatening the privacy of voters' health and other personal information.  I am against this proposed legislation.  Voter suppression is voter suppression.  We are better than that.  Thank you.

Johanna McCrary

Self

Lubbock, TX

Texas House Election Committee
Chairman Brisco Cain

Printed on: April 9, 2021 11:06 AM

RE: Support for HB 6

Thank you , Mr Chairman and Committee Members for allow me the opportunity to speak about HB 6.

My name is Johanna McCrary and I reside In Lubbock Texas. I am here representing myself.

I appreciate that your committee has brought forth HB 6 to public forum, for it is important to secure Election Integrity, not only for our great state, which hopefully will bring the same result throughout our beloved USA.

ELECTION INTEGRITY is absolutely essential in Texas and for our country, if not, it will threaten the rights and freedoms of the citizens of our Constitutional Republic.

It is crucial that we fix and avoid the opportunities of fraud in our future elections. It very serious that we have set policies that uphold the integrity of verify registered U. S. Voters, and become the awesome Texas, that other states join in securing the integrity. It's exciting to know Texas as a leader in secure integrity with in the privilege of voting. We must value our election system by making it secure and protected. It is you, our many statesman's responsibility to remember they are to protect the freedoms and rights of the people, for statesman work for, "We, The People. "

I'm proud Texas has taken the lead on HB 6 , for it is one Bill that is very much needed, not only for our loved state, but for our country. Please vote in support of HB6.

Thank you for your time.


Respectfully,
Johanna McCrary

Andre van den Broeck

van den Broeck Enterprises, LLC

Grand Prairie, TX

Pass please

John Chailer

self, engineer

Houston, TX


Please add language to Requiring voter identification for mail-in and absentee ballots and Routine verification of voter rolls and new registrations.  Also do not allow very long times for mail in balloting.  Mail in ballots should only be allowed for out of country military, elderly or inferm candidates who cannot make it to the poles.

Noel Brinkerhoff

retired

Mansfield, TX


Clean up voter rolls. Every person who fails to vote in a general election will be required to register be voting again because their name will be removed from voter rolls.

Louise Petersen

Self

Printed on: April 9, 2021 11:06 AM

Please allow Voter ID. Please stop election fraud and mail in ballots. This entire country is being governed on a lie

Stephen Ruten, Mr

Self, veteran, NRA member, conservative, Christian,

Haslet, TX

I disagree with all of this fraud causing garbage of democrats.  Those baby killers are attempting to destroy this nation.  Most of them belong in prison for sedition and theft, fraud in voting, and child pornography, as well as rape.  They lie steal cheat and are communists.  They want our guns and ammo to prevent the very reason for the second Amendment.  They are following Hitler's guide book to the letter and are hoping for a war!  they will not enjoy the response.  Veterans need help much more than illegal aliens m!  American citizens need to go back to work not adding illegals to get free stuff!  Impeach all democrats as murderers if police and felony crimes by Pelosi Schumer Schiff Comey and the rest of the perverts .

ZITA ENLOE

SELF

ARLINGTON, TX

I am all for HB6, but I would like to add the following:

1. Require voter ID for mail-in and absentee ballots
2. Routine verification of voter rolls and new registrations

Dawn Despault

Self

New Braunfels, TX

Encourage in-person
Prohibit public officials from distributing unrequested vote-by-mail applications
ABSOLUTELY NO - Ban ballot harvesting
Increase poll watcher access (improved transparency) Have independent security to ensure
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations
VOTER ID ALWAYS!!! Stop giving Illegals drivers licenses.

Samuel Barker

Retired

New Braunfels, TX

HR6--Please include the improvements in order to make HR6 harder to cheat and easier to vote.
Thank you for your representation!

Linda Lee, Dr

self

Austin, TX

I am officially registering my opposition  to these draconian proposals that will make it more difficult for the average voter to cast a ballot. There is no evidence that these additional steps are necessary to fairly execute the will of the voters in Texas. As a voter

Printed on: April 9, 2021 11:06 AM

in Texas for over 20 years I believe this bill addresses issues that DO NOT exist. It is a waste of time and money and diverting attention from real issues Texans face. These bills I believe will 1). strip voter rights, 2). financially burden local governments, 3). discourage poll workers, 4). elevate partisan poll watcher power above election official authority, 5). ban drive-through and outdoor voting, 6). restrict voters from dropping off completed absentee ballots, 7). shrink early voting periods, 8). create new costs for disabled voters and 9). increase burdens on voters with disabilities to access assistance at the polls. Thank you

Richard Brewer

self and family

Tyler, TX

Election fraud is kin to TREASON.
There needs to be a very hefty prison sentence for this crime.
And yes this is a crime against every citizen of this country, and against every person running for office, local, state, or federal.
Make Election Integrity the most important thing you stand for.
Make it happen for all of us.

Sarah Whiteker

Self/retired

Austin, TX

I urge you to support HB 6 and to pass it out of committee now! We must fix our broken election process so that the vote of every registered citizen, and only registered citizens, can be counted.

Connie Ciatti

Self

Huntington, TX

Voting in the United States of America is a right, and it is our obligation to have integrity in our elections. We must vote in person and it is my privilege to show my Texas drivers license and voting card before I vote in person. I must have my drivers license to prove who I am the Doctor, when I am banking, when I volunteer, buying a house and even for buying alcohol, cigarettes, chewing tobacco and vaping(I don't purchase those last 3 but ID is required).if I lose my drivers license I am able to go and get another one at the Department of Motor Vehicles Public safety Department. They are open Monday through Friday. And there are social service programs that help those in need to get ID's, all they have to do is ask for the help.

Schultz Schultz

Self

DALLAS, TX

I am strongly in favor of more laws like this to ensure greater election integrity. This bill could be improved further if it included 1) Requiring voter identification for mail-in and absentee ballots, and 2) Routine verification of voter rolls and new registrations. I am aghast at what happened in other States during the 2020 election. If we do not have election integrity, then we no longer have a Republic. Please fight as hard as possible to make laws that secure our elections.

Carol Burnaman

Self - Retired Accountant

Farmers Branch, TX

My husband and I have worked the polls on election day for about 5 years. Photo ID is desperately needed. If people know in advance that it is needed, there is no reason they cannot secure a photo ID. Voting is a privilege in America and a responsibility.

Printed on: April 9, 2021 11:06 AM

Requirements should not be lowered to cater to lazy and uninterested citizens. That makes them vulnerable to manipulation by people who might bribe them for their vote for their own purposes. A vote should be researched and thought carefully about in order to put the best patriots who desire to serve the people, in office. We need people who will serve for the common good of law abiding citizens... and not for their own personal benefits.

Tom Diorio

Self

Round Rock, TX

I support HB6.
Any measure that improves the accuracy and security of our vote is welcomed. We need to know that only citizens who are properly enrolled to vote do so in person with verifiable valid ID. Only verifiable absentee ballots should be allowed. No ballot harvesting.

Bobby Goforth

Myself

Garland, TX

If you need an ID to drive, a ID to buy a gun(while we still can), then you should have to present a valid ID to vote.

Johanna McCrary

Self

Lubbock, TX

Added requirements to ensure the protection of the ballot. I have listed the following be added to the bill.
No electronic voting machines or computers tabulating results should be connected to the Internet or to any network vulnerable to hackers.

?Paper ballots and voting machines must be audit-able and accessible to the legislature, and to citizens via an FOIA and/or Texas Public Information Act request.

?Require voter identification for mail-in and absentee ballots.

?Routine verification of voter rolls and new registrations. (No deceased or duplicated voters and no non-resident voters)

?Limit absentee voting to active-duty servicemen and those with a medical disability verified by a doctor within 90 days and identify-checked by a notary.

?Limited number of days for early voting.

Rachel Greene

Self, Realtor

SAN ANTONIO, TX

Please vote to pass HB6. We must have election integrity in Texas and in the US!!

Robert Jillett

Self retired

Willis, TX

Printed on: April 9, 2021 11:06 AM

1person 1 vote proof of citizenship required at the poles

Jean Hillyer

self

Double Oak, TX

This bill is a good start toward improving election integrity. It would be helpful to include: 1. regular verification of voter roles ensuring that they are current and accurate and 2. requiring voter identification for mail-in ballots. Something similar to Georgia's recently passed election bill that removes signature verification and instead requires submission of some other more easily verifiable identification such as a copy of a drivers license, drivers license number, last four digits of the applicant's SSN, concealed carry license#.

Anne Carpenter

Anne Carpenter CPA

Amarillo, TX

Please we desire an election without fraud

Ismael Navarrette

no affiliation to any organization

Midland, TX

I believe this is OVERDUE

Wil Radford

Self

Dallas, TX

It astounds me that this is even an issue. You either support and defend the sanctity and security of the election process, OR YOU ARE AGAINST IT, and therefore in violation of your oath of office!!! Support HB 6 or resign at once. There's no middle ground on this issue. This is a make or break issue come the next election. You are on notice that we will hold you accountable for your position on this matter. Please acknowledge your responsibility to your constituents.

Wilfred Pumpelly

Self

Dallas, TX

Protecting election integrity is essential . This bill addresses some of the actions neede.

Teresa Eddings

self

AUSTIN, TX

As a voter in Texas for over 20 years and a disabled senior, I believe this bill is not necessary and addresses issues that do not exist.  I am officially registering my opposition  to these draconian proposals that will make it more difficult for the average voter to cast a ballot. There is no evidence that these additional steps are necessary to fairly execute the will of the voters in Texas. As a

Printed on: April 9, 2021 11:06 AM

voter in Texas for over 20 years I believe this bill addresses issues that DO NOT exist. It is a waste of time and money and diverting attention from real issues Texans face.  These bills I believe will 1). strip voter rights, 2). financially burden local governments, 3). discourage poll workers, 4). elevate partisan poll watcher power above election official authority,  5). ban drive-through and outdoor voting, 6). restrict voters from dropping off completed absentee ballots, 7). shrink early voting periods, 8). create new costs for disabled voters and 9). increase burdens on voters with disabilities to access assistance at the polls.  Thank you

Ray Daugbjerg

SELF /  RETIRED

Brenham, TX


I believe there may be two methods of voting. In person with voter identification and absentee with certified voter identification. I served for 25 years as Honorary Consul for the Kingdom of Denmark. I certified Danish citizens voting , in person, at the Consulate. many Danish citizens traveled from the Rio Grand Valley to vote at the Consulate in Houston. It was that important to them to have their vote count.  It should be no less important to citizens of America to ha e their vote count and NOT have is cancelled by an illegal vote.   ONLY AMERICAN CITIZENS ARE ENTITLED TO VOTE!  READ THE CONSTITUTION!

Terry Huchton

Self

The Woodlands, TX


Please add the following stipulations to your bill:
    Require voter identification for mail-in and absentee ballots
    Routine verification of voter rolls and new registrations

Morgan O'Brien

self

Lubbock, TX


If we can land a rover on mars we can have purity of the ballot box.  Voter ID for all votes.  It is not a racial matter to require ID. Travel on a plane and you need ID and nobody says its discrimination.

Walter Bauer, Mr

Self

San Antonio, TX


 Add:

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Patsy Crum

self/Retired

La Porte, TX


I support House Bill 6, The Election Integrity Protection Act of 2021 and am in favor of improving it with the addition of (1) Requiring voter identification for mail-in and absentee ballots and (2) Routine verification of voter rolls and new registrations. Thank you.


Printed on: April 9, 2021 11:06 AM

Deborah Efurd

Convention of States

Pittsburg, TX

I support HB 6 to maintain strict control of the election process and insure election integrity. This is important for our nation and all Texans.

Joe Jackson, Master. Glazer

Glacier  install glass  Joe Jackson

Houston, TX

Where did election integrity we have to have voter ID and everything else we cannot make it easier to vote by mail and not be able to verify no valid harvesting no ballot harvesting one vote

Cindy Fitzgerald

Self

Spring, TX

Protect our rights as US as well as Texas citizens.   Wipe out Election Fraud

Lois Scrima

I am representing all senior citizens

Arlington, TX

I would like to see identification on any absentee ballots.  Please definitely clean up the voter rolls.

Robert Wilson

Self

Dallas, TX

Voting needs to be secure and free from tampering.

Dennis Childress

Self

Grapeland, TX

•       Requiring voter identification for mail-in and absentee ballots
•       Routine verification of voter rolls and new registrations

Jerry Roberts

Republican/Family Representative

Keller, TX

I Totally support this bill, we should all have too show ID to guaranty we are legal citizens of this country.

Printed on: April 9, 2021 11:06 AM

Tracy Berthot, Mrs

Self

Katy, TX

Please add these secure measures to HB 6 to ensure voting integrity in Texas.

Maureen Riebel, Mrs.

self

Boerne, TX

Dear Sirs: I am for voter integrity. In this past election, I had no confidence in the results and feel there was much fraud. The "vote" is one of America's greatest privileges and each persons vote should count. Since we need an ID to go to the doctors, to fly on a plane, to buy a drink, etc... I feel it prudent to have a picture voter ID in order for each Texan to vote. Those that break voter laws should be prosecuted.
Thank you for approving this bill and your considerations.

Bobby Caldwell

Self

Granbury, TX

We need and deserve secure elections in Texas and the United States. Photo ID should be required.  Citizens only should be allowed to vote. Mail in ballots should be kept to a minimum and only issued if the vote can be certified as if it were cast in person.

Victoria Epstein

Self, Student

Corpus Christi, TX

I oppose HB6. I oppose restricting the just, appropriate, and democratic activity of helping others to vote. I oppose implementing standardized, one-size policies across counties that vary greatly in size. Especially in a state as varied and large as Texas, counties — which understand their constituents' needs better than the removed state government — should have the ability to enact policies that work for them. I expect my representative and representatives to protect all voters' right to vote. The "problem" of voting fraud is manufactured. After more than 20,000 taxpayer-funded hours of trying to find instances of voter fraud, only 16 people were prosecuted by the AG. HB6 is a bald-faced effort to strip people of their ability to exercise their Constitutional right to vote. Additionally, criminalization has proven time and time again not only to be ineffective at solving perceived "problems," but also to inflict harm on populations. To support HB6 is to undisguisedly strip Texans of their ability to vote, under the guise of solving a problem that your investigations proved did not occur. Please do not let this voter suppression happen. Thank you.

Cindy fitzgerald

Self

Spring, TX

Protect our voting rights,   Insure that we have a free and fair election by voting for this bill

Francis Vogelsang

Self---Retired

Fredericksburg, TX

Printed on: April 9, 2021 11:06 AM

Strongly support this bill in the prevention of voter fraud ---encourage in person voting. Require voter identification for mail-in and absentee ballots. Improve voting process transparency by increasing poll watcher access.

Shelly Payne

Self

Humble, TX

I am sharing my public testimony in support of HB 6.  As we know from history, the right to vote is sacred and as such, should be given the time, intention and diligence that it deserves by voting in person.  As our population has grown and become more diverse, the need to prove identity in the most effective way possible, is paramount to the integrity of the election.  I would also suggest that each individual who has the right to vote in the US, would take all steps to ensure their vote is counted accurately, including appearing in person, with ID, and with the pure intention of exercising their right.  Mailing out mass, unrequested, vote-by-mail applications leads to an open opportunity to fraud, and should be prohibited.  Requested absentee with proper verification and security measures is feasible and maintains essential security.  Ballot harvesting also leads to perhaps unintended fraud or misrepresentation and does not contain the proper security and audit controls that something as critical as our vote should contain.  From the last election, we clearly saw the need for more poll watcher access, unencumbered and with open access to effectively do their job.  There must be a balance by both parties in this oversight process to ensure the vote of the individual is accounted for in a democratic way.   Transparency, even in the midst of a global pandemic, must be priority.  Voter ID should be universal.  Recipients of the Covid-19 vaccine must show a picture ID.  Purchasing alchohol or cigarettes must be done with a picture ID.  How is an action that is probably one of the most impactful we may ever take not done with the same level of audit and integrity?  Voter ID should be done for mail-in and absentee ballots in all cases as well.  Purging voter rolls and comparing them against the proper other data sets to ensure that only legal US citizens are allowed to vote is paramount also.  How can such an inefficient process be followed and why?  In a business, you would never conduct any business with outdated data and you then have to ask why anyone would allow it, and perpetuate it, along with not requiring voter ID.  HB 6 is a commendable action by the House so thank you and we look forward to this moving forward.

Sarah Whiteker

Self/retired

Austin, TX

We must have HB6 to provide election integrity in Texas.  I urge you to support this bill and immediately pass it out of committee.  This bill should have 100% support from legislators.  We will be watching for your vote.

Mary Alice Fifield

Self and husbandn

Temple, TX

Without secure elections, the future is grim in Texas!

Kimberly Rodenbaugh

self

Allen, TX

I support Rep Cain's HB 6 but urge you to add the following reforms - Require voter ID for mail in and absentee ballots and establish routine verification of voter rolls and new registrations.  We must protect our voting process - making it easy but hard to cheat!

Steven Riebel, Mr.

self

Printed on: April 9, 2021 11:06 AM

Boerne, TX

Dear Sirs: I am for voter integrity. In this past election, I had no confidence in the results and feel there was much fraud. The "vote" is one of America's greatest privileges and each persons vote should count. Since we need an ID to go to the doctors, to fly on a plane, to buy a drink, etc... I feel it prudent to have a picture voter ID in order for each Texan to vote. Those that break voter laws should be prosecuted.
Thank you for approving this bill and your considerations.

Laura Gann

Self as a Citizen of the Great State of Texas

Round Rock, TX

Our elections must be fair and secure.  The best way to ensure that we, the people of Texas have a straightforward and secure election is to eliminate as much excess involved with casting a ballot as possible.  If you can vote in person, you should.  The only people who should be afforded an absentee ballot are those living overseas, serving in the military outside of Texas, or those with a legitimate medical excuse.  If someone would like to vote via absentee ballot they should have to request that ballot themself.  Officials should not be distributing these applications.  Ballot harvesting should be illegal because it increases the opportunity for fraud.  To be a lawfully counted ballot, the individual who has presented themself to the polls and been verified, must cast their ballot his/herself.  Poll watchers should have complete observational access to ballot casting and counting.  This is one of the most important rights endowed to us as US Citizens by our forefathers.  It must be protected.  Thank you.

Deborah Lucas, Mrs.

self/retired

College Station, TX

I commend you for bringing this bill to the Texas House. However, you all need to add:
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Thank you for making Texas voters more secure about their votes.

Carol Riebel, Mrs.

self

Boerne, TX

Dear Sirs: I am for voter integrity. In this past election, I had no confidence in the results and feel there was much fraud. The "vote" is one of America's greatest privileges and each persons vote should count. Since we need an ID to go to the doctors, to fly on a plane, to buy a drink, etc... I feel it prudent to have a picture voter ID in order for each Texan to vote. Those that break voter laws should be prosecuted.
Thank you for approving this bill and your considerations.

Robert Pledger, Mr

Ashford Oil & Gas Company LLC

Houston, TX

Only allow signatures for voting!

Sandra Miller

SELF      Retired

Printed on: April 9, 2021 11:06 AM

We should encourage our citizens to vote!  I don't feel one type of voting is more secure than another. We should be more concerned about offering the most convenient ways (not just in-person) to allow every citizen  to vote. Unless and until voter fraud is a real problem, not a made up problem, no restrictions should be added. I see no need to make it more difficult for our citizens to perform their civic duty! Security is not the real purpose of these Bills, but  actually it is to discourge voting, which is UNAMERICAN1

Carla Reeves

Self

Cleburne, TX


We must protect election integrity. When I vote I expect that vote should count. We need to monitor those who are at our voting places and and those counting our votes. We need both parties acting on our behalf to watch for cheating. Machines that can be hacked should not be used. Those that are caught cheating should pay consequences for their actions.

David Fleisher

Self

Tyler, TX


Protection of our election integrity is very important. Do not let Texas become another Georgia. Thank you.

Dinkar Chheda

Houston voters

Houston, TX


Safe, secure and verify
Each ballot must create confidence.
Integrity of election is crucial to democratic principles.

Margie Lawrence, Mrs

Self

Plano, TX


The proposals you have made are good, but they will make limited impact unless you add that voter logs be updated annually and deceased individuals, individuals having moved out of state, illegal aliens, and underaged individuals are purged. In addition, all voters must provide an appropriate form of identification showing they are a resident of the state. In addition, no voters under the age of 18 at the time of the election and absentee ballots requested must show proof of residence, voter I'd, and matching signatures. The age for permissible absentee ballots needs to be raised to 72 or through proof of a physical disability that makes going to the polls or any other place impossible. The last request is to limit voting to 1 day and make that day a national holiday. No same day registrations; registration should be limited to three times a year and ex: Jan 11, April 11, Aug 11 and each person registering must provide two of the following: birth certificate, driver's license, picture ID for high school (18 yr olds), college photo ID, workplace photo ID. All student IDs must be updated annually and must give the student's address showing residency in the state to which he/she is voting. This would stop college students from voting twice.

Thomas Kaimann

My family

Houston, TX


Printed on: April 9, 2021 11:06 AM

Let's get this right and not take the elections away from we the people.. stop the steal ..

Chris Woodruff

We the People

Weatherford, TX

I feel protecting our voting integrity is paramount for Texas and our Republic. Where would we be if we the people felt like our vote didn't count. Please protect our Voting privileges'.
We must remember its a privilege for citizens of our great country and state, AND NO ONE ELSE!

Jimmie Lamb, Citizen

Self

Oak Leaf, TX

Please add requirement to submit verification eligibility by adding voter ID to request.

Also, add requirement to keep records updated by purging those who have died or moved.

Dwala Cargill

Myself

Baytown, TX

Election integrity in Texas (and the United States) must be a top priority of our legislators.  Identification is required for so many things, and not the least, is that votes should be able to show their eligibility.

JAMES TURNQUIST

Heritage

Katy, TX

Please approve HR 6

April Caldwell

Self

La Vernia, TX

Democrats don't let morality stand in their way of what they want so is is vital to stand against providing more avenues to cheat.

Cristie Rethman

self/homemaker

San Antonio, TX

Election integrity is crucial for our life, liberty and pursuit of happiness in our great nation!  Texas, I am counting on you to shine by supporting this bill and setting an example for other states to follow!

Michael Broadhurst

Self    Retired

Printed on: April 9, 2021 11:06 AM

Fort Worth, TX

Please pass this election integrity and preservation of purity as it is badly needed after the fraud of the 2020 election. Every voter should have an ID that is needed to vote.

Monika Wallheimer

Self

Deer Park, TX

Please make support this
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Michael Slaton, Owner

Self and Precinct Chairpersons in Dallas County Texas

Sunnyvale, TX

Much Needed Bill

Fern Hubbard

Self

Houston, TX

Voting integrity is so needed in our state and country. I concur with the passage of this bill.

Biff Bigbie

Self, retired

Lindale, TX

There are third-world countries that are not as corrupted in their voting systems as the United States. Help put Texas on the right track. Preserve election integrity by supporting HB 6.

Gary Sullivan

self / retired

GRANBURY, TX

Please include a requirement for voter identification for mail-in and absentee ballots.

We must also have routine verification of voter rolls and new registrations.

Ballot harvesting must be curtailed...prohibited!

Lynn Foster

self

Austin, TX

I have been a watcher at Travis Co central count numerous times and I've seen some disgusting things.

Printed on: April 9, 2021 11:06 AM

Cases of denying copies of audit logs to legally entitled central count watchers, denying that there is election activity when a watcher is requesting entrance and the audit log later shows there was activity then, reducing the alternate judge to a mere clerk in effect, a 1 1/2 hour early evening worker "break" en masse on election day with the watchers locked out (during the 2020 General Election).

There is a group around that generates a cancel culture against election integrity.  They claim that anyone that wants election integrity is implementing a plan to suppress "legitimate" votes, whereas we know the real purpose of election integrity is only to suppress illegitimate votes.  The same type will insist that anyone that buys a gun not only has to show id but has to undergo a background check, but they'll say to vote one doesn't even really need to show a legitimate id.  For anyone that knows that in many instances that the ballot box is more powerful than the cartridge box, that is sheer lunacy. I urge the legislature to reject this lunacy and implement all necessary election integrity means, including HB 6.

TIMOTHY DESMOND, MR

myself

houston, TX

HB-6 should accomplish :
1.       Encourage in-person voting, which is more secure
2.       Prohibit public officials from distributing unrequested vote-by-mail applications
3.       Ban ballot harvesting
4.       Increase poll watcher access (improved transparency)
•        Requiring voter identification for mail-in and absentee ballots
•        Routine verification of voter rolls and new registrations

David Woodard

Self/Truck Driver

Waco, TX

I believe it is in the best interests of all that the integrity of our elections be secured. Citizens casting lawful votes and the verification of both are foundational to trusting that the will of Texans is reflected by those chosen to lead and the laws they pass and enforce. Punishment for those that undermine this process should be severe. Thank you.

Wally Austin

Self

McKinney, TX

 Yes, we need this

Carol Nixon, Mrs

None

Alvarado, TX

Texas is overrun with illegal immigrants we need a fraud resistant way to vote.  I. D. Should be required at all ballots boxes.  Any other method of voting should not be allowed.

Barry Rava

Self / President,geologist,geophysicist Icarus Oil and Gas, Inc.

Houston, TX

Printed on: April 9, 2021 11:06 AM

This Bill is a great start. Encouraging in-person voting is more secure.  We can and should do more. Not only should public officials be prohibited from distributing unrequested vote-by-mail (VBM) applications, but there should be no distribution on unrequested VBM applications by any group or person.  A ban on ballot harvesting and an increase in poll watcher access are also great. BUT

I think we can do more by also: 1) Requiring voter identification for mail-in and absentee ballots - similar to the new Georgia rules and 2)routine verification of voter rolls (compared with monthly death data) and new registrations requiring proof of citizenship.

Rebecca Hamilton

Self

Smithville, TX

People will not vote at all if they feel the elections are fraudulent. Maybe this is what the Democrats want, but election integrity is top priority for this voter.

Thomas Gordon

Self

Temple, TX

HI MY NAME IS THOMAS GORDON
I SUPPORT HB 6 by Cain
Thank you, Thomas

Sherry Curtis

self, office manager

Pipe Creek, TX

I strongly agree with eliminating as much possibility for voter/voting fraud.  Please consider adding these two reforms to HB 6.
•        Requiring voter identification for mail-in and absentee ballots
•        Routine verification of voter rolls and new registrations
Thank you so much!

Carl Portz

Self

Boerne, TX

Wonderful bill.  Keep Texas elections honest.

Jennifer Mathews

self

Porter, TX

All citizens need to have confidence in the integrity of our elections. This bill is a great start to fortifying our elections against fraud, and this should not be a partisan issue. Please also consider requiring voter ID for mail in and absentee ballots. We also desperately need better maintenance of the voter rolls. The current system does not incentivize frequent verification of the voter rolls and that is a huge issue that also needs to be addressed. Thank you for doing the hard work and taking on this issue so that we can all rest assured that our votes truly count.

Printed on: April 9, 2021 11:06 AM

Arthur Brown

Self

San Antonio, TX

I Am for the bills that stand for my God given rights as a citizen of the State of Texas, of the United States of America. To have one vote! for one citizen! What good does it do to have Laws that are not enforced or enforceable?
Our state needs integrity in our election process. I am for HB 6

Holly Simpson

La Feria, TX

Please add these reforms to HB Bill  6 to help kept our elections safe and fair.

Donald Volz

Self

New Braunfels, TX

I give my full-throated support to House Bill 6.  The illegal and unethical shenanigans perpetrated in our last election by officials in Pennsylvania, Michigan, and elsewhere must NOT be allowed to happen in Texas.   The Texas Legislature MUST make election fraud and malfeasance as difficult as possible NOW, IN THIS LEGISLATIVE SESSION.  Every voter must be certified as eligible to vote prior to casting a ballot.  Every ballot cast must be certifiably valid.  Voter ID must be required to cast a vote, whether in-person or absentee.  Same day registration and voting should be prohibited because it precludes proper vetting of voter eligibility.  Voter rolls must be regularly purged of voters who have died, moved, or otherwise lost their eligibility.  Opportunities for third parties to insert themselves between the voter and the ballot box must be heavily regulated or eliminated to ensure the secrecy and validity of each ballot cast.  Thus, ballot harvesting must be outlawed. The counting of votes must be fully transparent and must not be interrupted without reasonable justification.  Thus, all interested parties must be permitted to observe the ballot counting process.

These requirements are common sense and in no way serve to obstruct or suppress the casting of valid ballots.  The voters are watching you legislators closely to see if you truly desire to make voting easy and cheating hard.

Lisa Penny, Mrs

Self-retired teacher

San Antonio, TX

Please pass HR 6 to keep Texas from falling into trap of election fraud through ballot harvesting, inaccurate voter records and not requiring signature verification on absentee or mail in votes. Also, access to both parties verifying ballots is important.

Ian Petri

Heritage foundation

Arlington, TX

I request that this bill be passed and the following amendments added to the bill:

1.  Requiring voter identification for mail-in and absentee ballots
2.  Routine verification of voter rolls and new registrations

Printed on: April 9, 2021 11:06 AM

Thank you for making voting in Texas safer and more reliable.  I appreciate your efforts.

Mary Camara

self

Houston, TX

Our elected officials should be elected by Texans and not by foreigners, other State citizens, or people who have moved out of the district or who have died!  Voter integrity and the integrity of the election are paramount to maintaining law and order and preventing fraudulent voting must be a priority!  HB 6 goes a long way in promoting voter integrity.  It could be improved by adding: provisions requiring voter identification for mail-in and absentee ballots and requiring routine verification of voter rolls and new registrations.  Please support election integrity and help make Texas elections be representative of Texans!

Margery Chapman, MRs.

self

Houston, TX

I strongly endorse The Election Integrity Protection Act 2021, HB6; with additional improvements of requiring voter identification for mail- in& absentee ballots and routine verification of voter rolls & new registrations.
Thank you.
M. Chapman

Marian Carlson

Self

Katy, TX

Please vote to restore election integrity and gain the support and confidence of the electorate. This is critical to our way of life, freedoms, and rule of law.

Diane Anderson

Self

Jefferson, TX

We must protect our vote.  2020 was stolen and it needs to be overturned.  Meanwhile 2020 can never be repeated

jerry pierce

retired

Alamo Heights, TX

tighten up the ID requirements to photo ID issued by State of Texas or USA only. Reduce the number of early voting to one week only

James Nordgren

self

Irving, TX

HB 6 makes good sense.

Printed on: April 9, 2021 11:06 AM

Carol LaBroski

Self

Katy, TX

Please stop the mass mail out "absentee ballot" practice.  I feel it takes advantage of our most vulnerable population whom are manipulated by political activist that are hired and paid by political PACs or organizations (example: George Soros).  I also believe the ballots are being completed by someone other than the intended recipient.

After the 2020 election, I would like to see the absentee ballot process abolished with the exception of military personnel serving overseas.  Valid identification MUST be used at the voting polls to ensure the integrity of our elections.  Stiffer penalties, fines and even imprisonment when fraud is found.

Nana Booker, Ms

self

Houston, TX

This bill,  which is clearly designed to reduce voter participation in the State of Texas, demonstrates unprecedented efforts to disenfranchise eligible voters.  It discriminates against the elderly and the disabled, who have used mail-in ballots without problems for years.  It discriminates against those who may need extra time and assistance in order to vote.  It unfairly targets those in areas with poor public transportation options, hourly workers who may have long shifts when they can get work, parents who lack reliable childcare, and others who may find it difficult to vote in person on a single date set decades ago.  It blatantly targets people of color who are more likely to have difficulty voting -- and any group who the sponsors "identify" as having voted against their party.

Chairman Cain's "accidental" error in not rescheduling this hearing immediately when 200 people had arranged to speak at the hearing demonstrates the lack of interest in including ALL eligible voters.

As an international business consultant , I have had the opportunity to visit many countries and to observe firsthand their approaches to voting and governance.  Sadly, the US -- and Texas in particular -- now generate disdain as our democracy is under assault from within, with many of our elected officials attempting to limit our rights to vote, while shouting "liberty for all" to the rooftops.  Why aren't you investing your time in legislation that will HELP people recover from the winter freeze and the outrageous and deadly numbers of Covid cases?  Why aren't you trying to end child poverty and hunger and the decline of our public schools?  Why aren't you trying to build a better Republican party, rather than working so hard to keep people from voting for candidates who care about real needs, and who recognize your spurious claims of election fraud?  You may be confident that your record on all these issues will spur turnout and support for your challengers in the next election.

Paul Schmehl

Self, Retired

Richardson, TX

It should be made as easy as possible to vote and as difficult as possible to cheat. In order to do that, cheaters must be vigorously prosecuted to the fullest extent of the law. Ballot harvesting, filling out ballots for senior citizens, or harassing them to vote in a certain way should be felony offenses. Every eligible voter in the state should be given an ID card that proves who they are and should be required to present it in person or include its ID number in a mail-in ballot. ID numbers should be checked against voting records, and multiple uses of the same ID should be punishable by imprisonment.

Voting machines should be required by law to be completely disconnected from any network connection, and storage devices that contain those votes should have a rigorous chain of custody. All votes should be completely auditable, and audits should be easy and quick to do. Any citizen should be allowed to request an audit for good cause. It should be possible to audit EVERY individual voting machine as well as EVERY precinct. In other words, it should be possible to audit every step of the voting process and verify the results.

The 2020 election was a travesty. Confidence in the voting process is paramount. We should never have another election like 2020. Electronic fraud has been PROVEN in Texas. In fact, my Congressman was elected through fraud in 2018. This must be fixed.

Printed on: April 9, 2021 11:06 AM

Julie Lucky

Self- Home based business owner

Hickory Creek, TX

It is in the best interest of every American citizen regardless of party affiliation that voter roles be cleaned up at a specified time every year. In person voting should be encouraged using paper ballots only. Mail In voting (except in extreme cases) should not be permitted due to the possibility of fraud. We need accountability at the poles so that ballot counting is conducted with utmost integrity so that no one questions the validity of an election.   Results from elections should be in on election night. Voter ID is a must. We have ID requirements  for buying alcohol, filling out medical forms at a hospital and numerous other instances so it is illogical to not require it for voting. Voting is an honor and sacred right and should be upheld with strict guidelines. If illegal immigrants are allowed to vote, then there is no point in being an American citizen. There should be severe punishment for fraud because they are stealing from the American people when they choose to cheat. Elections don't matter if people are allowed to get away with fraud. When strict guidelines are in place to protect the integrity of elections, it allows things to run smoothly so we can focus our time and energy of other things to make the great state of Texas even better!

Cinda Hitchcock

self, retired

The Woodlands, TX

I oppose this voter suppression bill.

James Liffick

Self

Bulverde, TX

We should NEVER allow anything that would dilute or negate the sacred right to vote. This is the ultimate action citizens have to communicate directly to representatives. Citizens voices manipulated through fraudulent and deceitful activity should warrant severe penalty's.  I wholeheartedly and approvingly support this bill which outline reasonable efforts to keep our elections free from fraud and distortion.

Karen McDaniel

Precinct Chair #514

Spring, TX

We can only stop this fraud by putting stiff consequences to those who commit fraud. We can see how important honest elections are from the 2020 and now since the House wants to take over all elections.
Please vote for honest elections.

John Bishop

Self

Houston, TX

RE HB 6:
Reasons I support HB 6 are many.

Fraud: Fraud is too commonplace and includes ballots filled out and mailed in without the named voters' knowledge or consent. Many of these do not have signatures or obviously mismatching signatures. Some persons vote twice by voting in more than one state in the same election. This is fraud. Fraud destroys legitimacy of our elections and therefore faith in the government and state

Printed on: April 9, 2021 11:06 AM

of Texas. Fraud is always there and in this case theft of the will of legal and law-abiding citizens of Texas. Disenfranchising legal voters is one of the most heinous of crimes.

Election Rolls: Dead Voters should be removed from the rolls. Those that have moved out of the state should be removed. Those that are convicted of felonies or voter fraud should be removed. Non-citizens should be removed. Inclusion of any non-legal voters diminishes the value and meaning of the privilege to vote.

Poll Watchers: Poll watchers should be allowed to view the entire electoral process. Transparency of our elections proves there is nothing to hide.

Harvesting: Vote harvesting and paying for collecting votes should be illegal. Voting should not be a money-making opportunity. There should be no payment for handling votes. Paying for delivering votes incentives corruption.  Voting is a supreme responsibility and voters should vote in person wherever, whenever possible to maintain the highest level of integrity possible.

Mail in registration solicitation: Allowing massive mail outs of unrequested registrations to be sent out allows for stealing of registrations. If a person does not even know a registration is being sent, they will not be aware if it is stolen. Punishments need to be set so people do not ignore the laws. If they cheat and there are no consequences, the cheating continues.

Honesty in our elections is important and should be protected. If someone is assisting a voter, they should be willing to identify themselves. The voter should be protected by individuals that would exploit their need for help. Anonymity encourages abuse of the voter. Paying someone to mail a ballot is paying for a vote. No one should profit from voting.

Election judges should follow the law and be held accountable if they put false information on the affidavit required for provisional voting.

There needs to be a special legal process to stop illegal practices that impact elections. The provision to expedite election challenges protects the integrity of the election because if the illegal acts cannot be stopped legal voting is not protected.

Michael Nerren

Citizen

Heath, TX


* Require voter identification for mail-in and absentee ballots

* Routine verification of voter rolls and new registrations

Robbie Fitzpatrick, Dr.

Self

Magnolia, TX


Any law passed MUST follow the laws set forth in the Constitution or set up the means to follow those laws...(as opposed to breaking them)...ex. voter ids support election law enforcement.

Robert Bernardini

Self, Retired

Houston, TX


This bill represents the wisdom of serving the individual citizen's most basic means of governing.

In doing so the bill needs to first, identify the voter.  Identification means a certified state-issued photographic document commonly available to all US citizens.

Printed on: April 9, 2021 11:06 AM

Based on that verifiable document, recording the voter's choices provides confidence for the election and sets the basis for their vote to be verified, and tracked from polling place to online storage with the same care the law affords to criminal evidence.

The record of that vote should be transparent to the legal system throughout the process. The vote must be guarded and protected, once cast, and held securely for any legal forensic and recount requirements.

Once cast, the voter should be able to use a state protected online means of verifying their vote was counted through their precinct and be verified for any subsequent recount or verification procedure required by a duly authorized, accountable election official.

With these protections secured HB 6 would go forward.

Beverly Nespal

Self-retired

Georgetown, TX

This bill needs to be passed to ensure election integrity.  I definitely that if you are able to go and vote in person you should. I also believe that if you need an absentee ballot you should show Photo ID when you request the ballot. No more one size fits all for mail in ballots. That was proven to be the best fraudulent way for one party to gain more votes if they needed them to win. If this doesn't pass then Republicans and Independents need to no longer go and vote. The Democrat's will have successfully created a one party system.

Vincent Riggs

Self

Royse City, TX

It is imperative that Texas ensures the integrity of our elections via reasonable and pro-active efforts to prevent voter fraud.  HB 6 is a reasonable non-restrictive legislation which provides for control of and prevents abuse of mail-order ballots and ballot harvesting, both of which are a crime in Texas.   I most strongly urge all state Senators and Representatives to support and pass this bill.

dg wilks

self, risk management

dallas, TX

Voter ID should be mandatory. No mass mailing of unrequested ballots.
Cheating voters should be punished by substantial fines or imprisonment 1-3 years.
Cut the fraud !
Let states make their own programs with no cheating.

Julia Allison

Self, housewife, family, shepherdess, farm

Lexington, TX

I am pleased to see that there is a move to provide Texas voting with integrity. I work the election polls and am pleased to see the push for in-person voting, upping the transparency of voting, banning ballot harvesting, and that no one can try and send out unrequested vote by mail ballots. Voting by mail needs much more concern taken to make it valid and truthful. I do wish it included requiring voter identification even for mail-in and absentee voting.

Stacey Hill

Self, retired

Printed on: April 9, 2021 11:06 AM

San Antonio, TX

I am all for Purity at our elections and am in agreement that our elections need to be free of any kind of fraud. The citizens of a free society will no longer be free if we cannot trust our election process. I think this past Presidential election has brought this issue into the light of day and it needs to be fixed ASAP!
Please vote YES on this bill.

Jakey (Buddy) Saunders, Mr.

self, owner internet retail site

Arlington, TX

I, as a citizen and voter, want and expect Texas elections to be fair and honest. Because I believe there is an effort by some to win elections through fraud, now more than ever in our nation's history,  I support any and all efforts to insure fair and honest elections. Thus I fully support HB 6.

Laura Culin

Self

La Grange, TX

Please keep purity and Integrity in our voting system. I want my vote to Count. It is a privileges to have the opportunity to vote. It is my right to have my Vote counted.
  We have had for YEARS had a problem with illegal voting and Fraud. Its a Fact.  IF a computer is involved it can be hacked. Increase penalties for false voting. Multiple opportunities are available to vote you must show an ID to vote - PERIOD. I have to show an ID at a convenient store I should have to show an ID to vote. I am Livid that this is even an option to not show proof. I am offended by the MoveTxAction Fund & their commercial promoting oppression.  Please make my vote count Vote for HB6

Neil Mathews

Myself

Porter, TX

Fantastic bill and I support 100%!  I'd like to see these bullet points added:

-Requiring voter identification for mail-in and absentee ballots
-Routine verification of voter rolls and new registrations

Norma Walker

Self

Boerne, TX

I strongly support election integrity. No more fraud when voting. No more mail in ballots unless the person is very physically impaired and proof of this. No more extensions for voting past the actual day of voting. Show proof of who you are and have to be a United States Citizen. No illegals voting. Just keep our voting system HONEST in every way and know that the person who wins, either Republican or democrat, actually wins FAIR AND SQUARE!!!

William Allen

Self (contractor)

Arlington, TX

This is a commendable start by the House, and can further be improved upon by:
Printed on: April 9, 2021 11:06 AM

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Thank you

linda newton

Harris County Voter

Friendswood, TX

Please only mail in voting for seniors, and active military who are out of town serving. We can't tolerate any more mail fraud.

SANDRA SMITH

SELF

MCALLEN, TX

HB6-VOTE YES-"There is a lot of uncertainty with voting and that can't happen. We have to have a system everyone believes in. We can't have another election where officials are changing the rules in the middle of the game or openly violating state laws. And our reforms aren't about what is good or bad for whichever party, but whether voters can have confidence in the integrity of our system."
HB 1300-  Vote Yes - prevents marking ballots by other than the voter, ie  children, and "helpers"-
HB 3269 - Vote Yes - must have a ballot by mail returned and cancelled before voting in person
HB 2092 - Vote Yes - when running for municipal office must declare party affiliation (it all starts at the local level!)
As leaders for the great state of Texas, you must protect our citizens from the outrageous acts being committed across the nation by people in the political arena who claim to have our best interests at heart.
They do not, As leaders for the state of Texas, you have a responsibility to Texans. Texans do not want to see the insane corruption that took place in this last election happening here as well.

Robert TUTTLE, Mr

SELF

Kingsland, TX

PASS THIS BILL......

Sandra Nelson

Self

Houston, TX

Strongly support as written in bill.  Essential to protect election integrity.

Christine Gerval, MME

self-retired

Fort Worth, TX

I implore you as representatives of the people of Texas to do everything in your power to maintain the integrity of our elections. There was so much fraud and theft in our last presidential election and that is why we now have the problems we do!! They will stop at nothing to maintain power and control over us so YOU have to make sure they do NOT use fraudulent votes as a ways and means of doing that. We Texans are watching and listening. Fight for us!!!!

Printed on: April 9, 2021 11:06 AM

arnetta Murray, Ms.

Representing myself.

Rosharon, TX

All due respect, this is flat out wrong.   Unless you are going to provide extensive training then mistakes in elections will happen. This isn't about RED or Blue but it's about right or wrong.   Increasing criminal penalties to the aging because they mostly work the polls.   How cruel .   Let's stop fraud before the election.   Let's stop political signs from being stolen, let's stop threatening phone calls from your opponents, and voter intimadation.    Please stop this nonsense.    You making me believe that you are a secret cell insurrectionist.   Please stop this madness.

Richard Manley

N/A

Longview, TX

If I have to present an ID to fly from Dallas to Houston, then why should I not have to present that same ID to do something as sacred as voting??  Totally in favor of this bill!

Joanna Herndon

Christian Grace Fellowshio

Waxahachie, TX

Must present id and legal citizens

Susan CAMPBELL

self and self-employed

CARROLLTON, TX

I love that first line of the email I received regarding this matter - "Voting needs to remain "easy to vote and hard to cheat" in Texas!"  Very true.  I hear the opponents say it will make it harder to vote but it only makes sense to secure elections so only honest and real votes are counted.  This bill will begin the process to insure this.  I also think Voter ID is important whether voting in person or absentee. This bill will bolster trust in the Texas voter that elections are honest and fair.  More transparency with poll watchers will add to the trust.  This bill is just plain common sense to increase the integrity of the elections in this state. And give confidence to voters to get out and cast their ballots.  Pass this bill into law.  Respectfully, Susan Campbell.

Jackie Toothman 832-585-5320 land line text.

self/ homemaker

Spring, TX

Thank you for this; it is an excellent start.  May I encourage adding the following:
•        Requiring voter identification for mail-in and absentee ballots
•        Routine verification of voter rolls and new registrations

Lindsay Lorio

Self

Cypress, TX

I support HB6

Printed on: April 9, 2021 11:06 AM

Margaret Snyder

self

Tyler, TX

I strongly approve of the passing of HB 6 by Briscoe Cain for the integrity of the election process in the state of Texas. It is both a privilege and a responsibility of the citizens of the state of Texas to be able to vote. This should be done in person, if the voter is able. In the event that they are unable due to absence during the voting period or a disability, they should take the responsibility to request an absentee ballot in due time. I am totally against the distribution of unsolicited voting ballots as it increases the probability of voter fraud. The request for an absentee ballot should ONLY be initiated by the voter. It should also be the responsibility of the absentee voter to mail in or drop off at a ballot box their absentee ballot - ballot harvesting is WRONG and should not be allowed! I also believe that there should be increased poll watcher access to the whole voting process, and that each voting location should have representatives from each party on the ballot to maintain voting integrity.

Carol Riebel, Mrs.

Self

Boerne, TX

Dear Sir;
I do not want my vote to be cancelled by an illegal vote. Thus, I support HB6. I would like to see anyone who tampers with the election process to be prosecuted. I think there should a photo ID for voting. I agree that there should be a voter verifiable paper trail. I feel that we should strengthen poll watcher protection. Please vote to close any loopholes in the voter rolls. I want lots of checks and balances in the voting process either in person or by mail.
Thank you for your consideration!

Clifford Spencer

Self

Wimberley, TX

To the committee reviewing voter integrity in Texas. What we saw from the last national election including in parts of Texas should scare all Americans. There are some on the left that will do whatever it takes to destroy our free & fair elections because they believe the ends justify the means. Your committee must make voter ID absolute in Texas. Limit mail in voting no matter the circumstances to only those who truly can't travel to a polling place. Counting votes must be done in a transparent way with criminal penalties for those who limit over sight of counting. Ballots should be printed on only approved accountable forms. Lastly we must stop using counting machines or voting machines that can change votes or be controlled via the internet. Private outside groups should not control voting access, counting, or handling of votes. If your committee fails to strengthen our voting system them Texas will fall to those who seek to destroy our freedoms which includes free & fair elections.

Jacqueline St. Hilaire

Self, Self Employed

Plano, TX

We must do a better job of securing our elections.  This last election was a fiasco with far too many locations using the pandemic as a weak excuse to modify their rules.  This can not be allowed to continue if you expect the average voter to have faith in the election process. First and foremost, in person voting should be encouraged.  Public officials should be restricted from mailing unsolicited ballots via mail.  Ballot harvesting must be banned and poll watchers must have access to voting sites.  Further, voter identification is a must.  I have to have ID for virtually every other transaction I do, voting should be no different.  There should be stringent rules for identifying mail in votes.  Lastly, voter rolls should be verified on a regular basis.  I would like to trust that the outcome of the next election was accurate and fair but at this point in time, with everything I have seem from the 2020 elections I can't say that I will unless something is done to protect it.  We are counting on you to do the work to accomplish this.

Printed on: April 9, 2021 11:06 AM

Thank you.

Jack Harper, Mr

Myself and my wife

Austin, TX

As a citizen of Texas and being 77 years of age , I cannot accept that non- legal people should have the right to VOTE or that non- residents of Texas should have the right to vote on Texas issues

Julie Foster

HERITAGE INTERIORS DESIGNS

Baytown, TX

It's just sickening that this is even having to be considered. Texas definitely needs to lead the way on securing integrity, preservation and purity of the ballot boxes.  We want to make sure our voices ARE being heard  and hopefully show the rest of the states they need to follow.

candace king

self

Schertz, TX

HB 6 by Cain, a Voter Suppression and Criminalization Act
This bill is a throwback to Jim Crow.  Its provisions prevent people from voting, makes it harder for disabled and disadvantaged people to vote,  intimidates  volunteers, makes polls less safe by permitting  partisan appointed poll watchers uncalled-for authority to bully voters and election officials. It makes voting by mail much more difficult. In short, HB 6 by Cain is intended to block and throw out election results that the party in power does not like.  It diminishes the voice of the people by poisoning the voting process.   Voters are supposed to pick their officials, no officials pick their voters.  What's next on the voter suppression agenda, proof of property ownership,  counting  the number of bubbles on a bar of soap and  beans in a jar?

Mary Fritschle

Self. Retired teacher

San Antonio, TX

Of extreme importance is assuring ballots are only sent to those requesting them.
Ballot harvesting should be curtailed.
Poll watchers must have full access and be able to view ballots that are being processed.

Nita Magnon, Mrs.

Self

Joshua, TX

I firmly believe there should be proof of citizenship, voters i.d. ,and mail in ballots should be limited to elderly and disabled

Erik Fossum, Mr.

Self

New Braunfels, TX

Printed on: April 9, 2021 11:06 AM

I support HB6.  It should be enacted into law.   I would further like to make the following comments on Election Integrity.
-          Ballots be kept in an unbroken chain of custody:  no mail out, mail in ballots; no ballot harvesting.
-          Voter rolls must be up to date; no dead people, no duplicates.  No person allowed to register more than once in the state, and may not register in more than one state.
-          Voters to be qualified citizens, eligible to vote with identity proven on site and have three methods available, but requiring only two. 1) State issued ID 2) fingerprint 3) retina scan for those without valid ID.  Unqualified persons must not be registered as voters, and must not be allowed to vote.
-          Handling of ballots to be observed to insure the ballots are handled correctly and votes are properly tallied.
-          Counting of votes must be accurate do away with digital voting.
-          No pandemic interference with the voting process.
-          Early voting limited to one week.  No votes accepted after the close of polls, other than people already standing in line to vote.
- Unconvicted criminal fugitives may vote, as long as they are not convicted felons.
- Save money - Build the U.S. census into the voting process if it is a digital process. With biometric data verified, collect census and save money that would otherwise be spent on the census.

Thank you,
Erik Fossum
New Braunfels, TX

Martha Pearson

self - retired

Forney, TX

I support this bill because we can no longer be confident that our elections are secure. There can be no honest debate that in-person voting, especially when a valid, government-issued photo ID is required, is the most secure method of achieving an honest and fair election. This is NOT voter suppression of ANY voter! This past election has also shown how extremely important it is to ensure that public officials are prevented from sending out unrequested vote-by-mail applications. I agree that ballot harvesting must be banned and that poll watchers need to be given full access to enable them to effectively do their jobs.

I strongly urge the committee to add the requirement for voter identification for mail-in and absentee ballots. I also strongly urge the committee to add routine verification of the voter rolls and of new registrations to this bill. We MUST ensure secure elections in the great state of Texas!!

Thank you very much.

Silas Ralston, Mr.

Self, research scientist

Webster, TX

This bill is an act of voter suppression, plain and simple. Voter fraud is already negligible, and decreasing access to the ballot box (and criminalizing honest mistakes) is not going to fix the problem that exists. Instead, it will prevent Texans of color, rural Texans, and low-income Texans from having their voices heard in the legislature. The aim of preventing election fraud would be better served by increasing funding for poll workers, instituting paper ballots, and automatic voter registration. As a voter, a Texan, and a supporter of democracy, I strongly oppose this bill.

Susan Pace

Self

Conroe, TX

HB6 I oppose this bill because it prohibits election workers from protecting voters against illegal disruption and harassment by

Printed on: April 9, 2021 11:06 AM

watchers. It also limits the distribution of mail-in vote applications.

Donna Macy

Self

The Woodlands, TX


Oppose HB 6!!!

Mark Bigott, MR

Self - CEO of Credit Union

Fredericksburg, TX


Strongly support this bill and would like you to add:
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Teena Franks

Self

Mountain Home, TX


I believe that the election integrity is of great importance. The Democrats are trying to steal the election from being fair and honest. I support all the Bill's on election requirements.
Teena Franks.

Patrick gerval

individual

Fort Worth, TX


please stop the madness and 1 vote for 1 citizen of the United States of America, voter I.D. required.....

Mark J. Keough, Montgomery County Judge

Montgomery County, Texas

Conroe, TX

MARK J. KEOUGH

                                                 COUNTY JUDGE
                                                 MONTGOMERY COUNTY


501 N. Thompson, Suite 401 Conroe, TX 77301
Conroe: (936) 539-7812
E-Mail: cojudge@mctx.org
Houston: (281) 364-4285

Fax: (936) 760-6919

March 31, 2021

Texas House of Representatives Elections Committee
P.O. Box 2910 Austin, TX 78768
Printed on: April 9, 2021 11:06 AM

Attn. Honorable Briscoe Cain Chairman: Elections Committee

RE: HB6 Letter of Support

Dear Mr. Chairman and Committee members,

As, issues associated with election fraud multiply, our understanding of the tools that bad actors use to commit voter fraud becomes more obvious.  Unfortunately, there are those, who when remedies for voter fraud are presented, respond with accusations of voter suppression, racial discrimination, voter confusion and intimidation. House Bill 6, dispels these accusations and identifies fraud while establishing corrective measures designed "to reduce the likelihood of fraud in the conduct associated with Texas Elections."  The bottom line, if passed, HB6 will ensure that only eligible voters will be able to vote and that their vote will be counted towards the candidate of their choice.
As Montgomery County Judge and former House member representing Montgomery County, I am in full support of HB6. I urge the committee to do the same and move this bill toward passage.

Mark J. Keough
County Judge
Montgomery County, Texas

Cheryl Debtin

Self

New Braunfels, TX


Election integrity is important. We need voter ID. No unsolicited mail in ballots. I don't believe there should be any outside influence in our elections either. Big tech or other outside sources  Only legal immigrants and citizens should be allowed to vote. Felons don't deserve the right to vote.  .

Diana Millsap, Mrs.

Self

Sulphur Springs, TX


Please vote yes for HB 6.  We need to keep our voting integrity honest.  There should not be massive mail out/in ballots.  We need to provide identification, proof of living in the State we are voting in; be able to check to see that there are no deceased votes entered.  You need to be a United States citizen to vote.

JOAN TOMLINSON

SELF

CONROE, TX


Bill 6  DEFINITELY must be passed!  IT DOES
HOWEVER NEED AMENDMENT TO MAKE Voting secure- fraud proof- no unrequested note by mail ballots, no ballot harvesting, poll watcher's need moving closer--close enough to read the the small print.but kit needs amending to add voter identification requirement on all votes- and proof of fulfillment of legal requirements to vote-  verify voter rolls. No dead voters- No double voting voters- no out of legal area voters!  And bring back PAPER BALLOTS! NO HACKABLE MACHINES AND THIS MEANS NO MACHINES AT ALL!
ALL BILLS SHOULD BE PASSED.

Michael Benton

Michael Benton

Houston, TX
Printed on: April 9, 2021 11:06 AM

I support HB 6 and ask that you include requiring voter identification for mail-in and absentee ballots. Also that all Texas voter rolls are updated annually to removed all deceased people.
Improving voter integrity and eliminating voter fraud are a must for our Republic to function properly.

hariet pandolfo, Ms

self/retired

houston, TX


very important to rules put into plain understandable English!

H June Rush, Ms

Self/Retired

Hurst, TX


It is adamant that you vote for the approval of this HB 6; our State is strong and this will only enhance that strength during the voting periods.  Voting integrity is so vital in keeping our rights to vote, OUR RIGHTS TO VOTE!

Jonathan Meche
Self

Houston, TX


I support HB 6


Larry Cigainero, Mr.

self

Jacksonville, TX


I hope and encourage everyone in the house and senate to vote for house bill  6.  We need to get our confidence back that each vote counts and only counts once.
We also need to know that only US Citizens can vote and only vote one time.  That was lost or injured during the last Presidential Election.
Thanks,
Larry Cigainero

Marla Ferguson, Mrs.

Self. Business Owner

San Antonio, TX


While House Bill 6 is a great start at combatting voter fraud, which is absolutely vital to our election system, I urge the committee to consider adding two reforms that would make our elections even more secure:

1. Requiring voter identification for mail-in and absentee ballots.

2. Routine verification of voter rolls and new registrations.

I applaud HB6 and support every effort in keeping integrity in our elections and those who back the bill.

Thank you for your time,

Printed on: April 9, 2021 11:06 AM

Marla Ferguson

Margaret Whitt, Ms
self
Murphy, TX

I strongly support this bill as it makes a great start toward the INTEGRITY of our elections.  Please consider strengthening the bill by adding voter ID for mail-in/absentee ballots and routine verification of voter rolls and new registrations to ensure they are accurate and all listed names are legally qualified.

Being in charge of poll watchers in my county for the previous election, I heard of (and saw for myself) many violations of state law by clerks, election judges and voters in both parties, some deliberate, some out of ignorance.  Ignorance of the law is no excuse and deliberate violations are detestable.

One poll watcher was physically assaulted by an election judge for merely showing him the election law that he was violating in an effort to help him correct the situation.  Unacceptable.  In a few locations, poll watchers were told to sit in a chair or stand in a certain spot far away from being able to observe allowed activities.  Some voters were observed receiving help from election staff that went as far as marking their ballots for them.  Illegal.  Several of my neighbors reported that they had received vote-by-mail request forms that they had never requested and were concerned.  I received one of those myself--and I always vote in person.

I have friends in all political parties and I live (by choice) in a multicultural neighborhood where we enjoy respectful discussions about politics.  All of us agree that fair and honest elections are expected and necessary for the health of our nation.  Please continue to do the right thing in passing this bill and please strengthen it if you can.

Jonathan Meche
Self
Houston, TX

I support SB 1025

Charles Kerss
Proud Texans statewide
Garland, TX

Texans Must prevent the liberals from California from Californicating Texas. I would like to see a requirement for anyone moving from California to have to wait 5 years before voting in any state elections.
The day may still come that Texas secedes from the Union and once again become the proud Republic of Texas.  We have the energy resources, can grow our own food to survive on, and print our
own currency once again.  Then, we can build the remainder of the border wall, and under Texas law, shoot anyone trying to enter illegally. Seem extreme, I think not. This scenario may be closer at
hand than most realize.

John Lovett
Self
Irving, TX

I am 100% behind making sure a vote is a legal vote.  I believe you should be able to provide proof you are who you say you are and that this should be confirmed that you have a right to vote.  If you don't have a right to vote then you should not get counted.  I am an American citizen and am not a felon so my vote should count.  If you have lost your right to vote or never had that right

due to your status of citizenship weather it is due to another state or country you should not be counted here in Texas.  Also I only have the right to vote one time so others that have a legal right to vote also should only be counted one time.  Also only that person of sound mind and body should vote for themselves.  You should not be able to cast a ballot for someone else.

1 Person 1 Vote but the legal way.

Kathy Rios, Mrs.

Self - retired public school teacher

Fredericksburg, TX

Please vote YES on HB 6 to promote fair elections in Texas.  Thank you.

Denise Lackey

self

Bee Cave, TX

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting
Increase poll watcher access (improved transparency)
Require  voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Steve West

Self - Retired

Austin, TX

This is a great start, but please add a requirement to provide voter identification for mail-in and absentee ballots.  Please also add a clause establishing a process to routinely verify the voter rolls including all new registrations.

Karen Cairnie

Self

Montgomery, TX

Please support and vote for HB 6

Diane Meyrat

Self piano teacher

Dallas, TX

I think all the above HBs are excellent. My comment focuses on voting protocols or HB 6 by Cain. I wish someone would think out of the box & look into the French system of voting/elections which has always been iron-clad ballot custody,  paper only, manual counting, assures the exact # of voters to the exact tallies. NO MACHINES ever, anywhere. Voting is considered a SACRED RIGHT, which is ceremonial & uncontaminated by any vote/counting machines. France's high population density has in no way has been used as an excuse to buy expensive machines to facilitate the process, which is entirely executed & witnessed by citizen volunteers of all political parties (there are more than 2). We are desperate in the US to rid ourselves of the notion that everything is better with machines. (Did I hear technology?) Many times the simplest way is the best. Bc of a huge purchase of NEW Dominion/Sequoia machines being contemplated in Louisiana @ $95 Million, the grassroots pushback has effectively stopped the SoS' deal! Now, these voter-Activists are submitting ideas to reestablish voting/election integrity. The "French

Printed on: April 9, 2021 11:06 AM

Connection" might get a hearing yet. France has banned machines and mail in ballots, saying they "make cheating too easy." (See the website, independent sentinel.com, "France bans mail in ballots and voting machines.") Here are the details of paper ballot use.

Tracy Johnson

Self

Magnolia, TX

I support any tighter restrictions on voting. We need ID's!

Shannon Suderman

self

Houston, TX

I FULLY SUPPORT HB 6  -  ANYTHING THAT WILL KEEP OUR ELECTIONS CLEAN AND PREVENT FRAUD.

GOD BLESS TEXAS.

Kenneth Hedges, Mr

Self

San Antonio, TX

When the mechanism of voting becomes so convoluted that a citizen of Texas has little confidence that their vote will be duly counted, it is time to shore up the process. I believe HB6 goes a long way in helping to ensure election integrity. There is no doubt that voter ID is essential. If everyone were committed to free and fair elections, why would there be so much pushback on this and the other issues HB6 addresses? I can only respectfully implore the esteemed members of the Texas Legislature to recognize that our democratic system of governance is in peril. This can no longer be government of the people, by the people, and for the people if our right to vote freely and fairly is in jeopardy. Please support HB6 as a proud American and Texan.

Dennis Wade

Self

Portland, TX

Vote for this legislation to protect we the legitimate voters! Thanks

Deborah Harper, Mrs.

Heritage Action

Lavon, TX

I am asking you to support House Bill 6 by encouraging in-person voting.  I believe every person who is able should vote in person on election day.  If they are not able to, then a certified absentee ballot using voter identification should be submitted and received before election day, not after.  I also think that having two weeks or more to vote should be eliminated.  By election day people  should have made a decision and be ready to cast their ballot.  Also, we need enough polling places designated to ensure lines will not be excessively long.  I want to see every legitimate U.S. citizen given the chance to vote on election day with proof of their U.S. citizenship to avoid voter fraud.  I would like House Bill 6 to prohibit public officials from distributing unrequested vote-by-mail applications.  I am totally against vote-by-mail which encourages fraud.  I want a guarantee that there will be no ballot harvesting, especially among our seniors by people trying to cheat the system.  I want an increase in poll watchers with access to observe every step of the election process.  I also want to see voter rolls cleaned up to remove names of dead people and multiple names for the same person removed.  I do not want the DMV to automatically register people to vote when they apply

Printed on: April 9, 2021 11:06 AM

for a driver's license. Registration should be voluntary and verified before a person is given the right to vote in any U.S. or local election. Our election integrity must be in place to avoid any illegal aliens from voting in our elections even after obtaining a driver's license. Thank you for listening to my request. Deborah Harper

Brad Hill

Heritage Action for America

Midland, TX


State Representative Briscoe Cain's House Bill 6 (HB 6) would: I Brad Hill
1.    Encourage in-person voting, which is more secure
2.        Would prohibit public officials from distributing unrequested vote-by-mail applications
3.        Ban ballot harvesting
4.        Increase poll watcher access (improved transparency)
This is a commendable start by the House, and can further be improved upon by:
•        Requiring voter identification for mail-in and absentee ballots
•        Routine verification of voter rolls and new registrations


Texas has to stop Democrat takeover, cheating and fraud now today. Biden is flooding Texas with illegal aliens 15 to 16 year old immigrant boys. Over 800,000 by 2022. Biden may be right that the GOP won't exist any longer by 2024. The USA we'll be a one party government. Texas will be taken over by more inept democrats and destroy our state as we know it....
Please override Biden's orders and close our state. Why does one man like biden have authority to illegally open our border allowing thugs, gangs, drug dealers, human traffickers enter our state without consequences. Texas governor should have the power to refuse and keep our borders closed to protect Texas citizens from this atrocity created by an inept leader.....
Sincerely,
Brad Hill


Kerry Konecny

Self - Engineer

Colleyville, TX


Please keep the elections in Texas honest.
1) Having some form of voter ID and verification is essential.
2) Please prohibit public officials from distributing unrequested vote-by-mail applications.
3) Please ban ballot harvesting. If the person cannot come cast a vote then voting is not that important to them.
4) Increase poll watcher access to both parties...or all parties involved. They should have the same access to the process.
5) Consider only allowing Texas residents to vote after being a Texas resident for 2 or 4 years. That way they will realize why they moved here!

Thank you!

Brian Riebel, Mr.

Self

Boerne, TX


I support HB6 and I don't want my vote cancelled by an illegal vote. Thus - a picture, voter ID would be a good idea.

Regina Payton;

Self

Chandler, TX


Printed on: April 9, 2021 11:06 AM

I support HB 6.

    Encourage in-person voting, which is more secure
    Prohibit public officials from distributing unrequested vote-by-mail applications
    Ban ballot harvesting
    Increase poll watcher access (improved transparency)

This is a commendable start by the House, and can further be improved upon by:

    Requiring voter identification for mail-in and absentee ballots
    Routine verification of voter rolls and new registrations

tolbert Barton jr, mr

my self/retired/ retired military

Sachse, TX

anyone voting in Texas: 1) be a legal resident of Texas.               2) must show ID. drivers license/Texas ID.      3)
absentee ballot must have last 4 SSN, and signature
               4) Texas should not give out voter stats until all polls have closed
               5) voting day should be declared a holiday to give everyone the opportunity to vote.
               6) The news should not be allowed to give out any voting information until all polls have closed
               7) Drop boxes should be in a controlled area.
               8) NO BALLOT HARVESTING

Glenn Johnson

SELF

Houston, TX

IN ADDITION TO WHAT I UNDERSTAND IS IN THE BILL, I WOULD LIKE TO SEE THE REQUIRING OF VOTER
IDENTIFICATION FOR MAIL-IN ABSENTEE BALLOTS AND ROUTINE VERIFICATION OF VOTER ROLLS AND NEW
REGISTRATIONS.

Marilynloop Terrill°

Self.  Teacher

Heath, TX

pass it!.  In person voting.  ID required!!!

Abbe Riebel, Mrs.

Self

Boerne, TX

Dear Sir and committee members, I do not want my vote cancelled by an illegal vote. Voting is a precious right given to each
US/Texas citizen. I feel that more integrity should go into the voting and polling process. A pictured/voter ID card might help
curtail some fraud.
Thank you for your attention given this matter!
I support HB6.

Mark Calabrese

Printed on: April 9, 2021 11:06 AM

Self - Financial Svcs Mgr

Tomball, TX

I strongly support passage of HB6 to protect the integrity of our elections in Texas!! Please also include requirements in this bill for voter ID to get an absentee or mail in ballot and requirements for regular annual review of voter registration rolls and verifications of primary Texas residency for new voter registrations!!

Jerry Mabry

Myself

Livingston, TX

Please make the changes needed to insure accurate votes.

Tommy Fields Jr, 1SG Ret

SELF

Graford, TX

An ID is required for everything you can think of so everyone wanting to vote should be able to show an ID no ID no vote. Every person wanting to vote has 2 years before the next election cycle.
The only absentee ballot given out should first be requested by a qualified and certified resident legally eligible to vote.

Dristin Riebel, Mr.

Self

Boerne, TX

Dear Sir:
I support HB6. I look for more voter integrity. Thus, I feel that having a photo on your voter ID - would help in keeping things honest. We need more voter integrity. After all - if my vote is cancelled by an illegal vote - what do we have? I would like to see the election process be fair and protected.
Thank you.

Robin Hurlbut

myself

Lubbock, TX

We must have in-person voting, unless a person has a valid confirmable reason (medical, elderly, disabled) to not vote in-person!!
Prohibit distributing unrequested vote-by-mail applications by all public officials! They need to be sent out to voters ONLY UPON REQUEST!!!  They cannot be sent out to people, if they haven't been requested.  This gives the false impression that it is OK to VOTE BY MAIL for any reason, and it is NOT!!!!!
Ban ballot harvesting!!! PERIOD!!!!
Increase poll watcher access.... with bi-partisan poll watchers.  The same amount of DEM & REP to improved transparency. This is a MUST!!!
Voter identification for ALL mail-in and absentee ballots MUST BE REQUIRED, and validated once checked!  and there must be continual routine verification of voter rolls and new registrations. These areas cannot go unchecked.  There is too much room for fraud!!!

Ashley Sheffield

Myself

Printed on: April 9, 2021 11:06 AM

Election integrity is crucial. Legislation must make cheating and voting fraudulently extremely difficult and easily trackable.
Voter ID, including a picture,  is a requirement for all voters: in person, early, absentee, mail in, etc.
the voter registry must be audited and maintained at least biannually. They must be tied to public records, SSN, USPS , and drivers license databases, and identification databases.
Please help keep our wonderful country strong and stable. Thank you!

Sheryl Maxsom

Self

EL PASO, TX

Voting in Texas should be easy ad secure.

I understand the current house bill includes the following:

1.      Encourage in-person voting, which is more secure
2.      Prohibit public officials from distributing unrequested vote-by-mail applications
3.      Ban ballot harvesting
4.      Increase poll watcher access (improved transparency)

I also recommend:
•       Requiring voter identification for mail-in and absentee ballots
•       Routine verification of voter rolls and new registrations

Odis Divin

Self

Crosby, TX

Put in jail 1 year no Polroe no exceptions

Quentin Anderson

Carr, Riggs & Ingram, LLC

Harlingen, TX

Election integrity and confidence in free, fair  and accurate elections together with timely election results is one of the most critical issues facing our nation and the great state of Texas.  We must limit the risk of voter fraud or other irregularities as well as delays in finalizing election results that undermine the trust and confidence of eligible voters.  We should also require voter identification for all forms of voting whether in person, absentee or by mail.  voter rolls should be kept accurate and current at all times.

Madeleine Myers

None

Coppell, TX

I believe America was severely damaged by the massive voter fraud in the last election.  I live in Dallas County and know that several people were arrested and some are in jail now for having participated in the fraud.  I believe too many people are holding offices now who were not honestly elected and that should never happen in a country where election integrity is protected.  This bill is overdue.

Printed on: April 9, 2021 11:06 AM

KB Cook

myself

Plano, TX

Keep American citizenship voting FRAUD FREE!

Jamie Patterson, Mrs.

myself

DENISON, TX

I am very concerned about our election integrity. Please make us more secure and less chance of fraud and give the max penalty for the charge.

Dennis Farley, Mr

Self/ retired

Temple, TX

We need to improve our election voter rolls & have the rolls checked before each election

Mark Camille

Self

Lumberton, TX

Please protect the integrity of our election

Peggy S Gleghorn

Self/retired

Plano, TX

Thank you for making our election laws stronger.  However, please consider these issues also in the bill:

1.  Require voter id's for mail in and absentee ballots.
2.  Routine verification of voter rolls and new registrations.

Tammy Blackwell

Self/retire, VP for Walker County Republican Women

Huntsville, TX

I vote YES (especially HB 6), but HERE IS WHAT SHOULD BE ADDED to ensure we have fair and honest elections in the future:

?No electronic voting machines or computers tabulating results should be connected to the Internet or to any network vulnerable to hackers.

?Paper ballots and voting machines must be audit-able and accessible to the legislature, and to citizens via an FOIA and/or Texas Public Information Act request.

Printed on: April 9, 2021 11:06 AM

?Require voter identification for mail-in and absentee ballots.

?Routine verification of voter rolls and new registrations.  (No deceased or duplicated voters and no non-resident voters)

?Limit absentee voting to active-duty servicemen and those with a medical disability verified by a doctor within 90 days and identify-checked by a notary.

?Limited number of days for early voting.

Gretchen Ellis

Retired/self

Argyle, TX

I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Please oppose HB 6. Thank you.

Margaret Ferguson

Self /  Retired

Ft. Worth, TX

Voting needs to remain easy to vote and hard to cheat. In this day and age there is no reason not to be asked to show ID to vote. It is not discriminating against anyone when we are asked to show ID when voting.  We are asked to show ID when we go to the bank, drs,  prescription, alcohol,  cigarettes,  board a plane,  , dog licenses, drivers license and many more things as well. It is absolutely not a hardship for anyone to be asked to show ID to vote.

Yvette Thomas

Self

Lubbock, TX

As we all know we have to show an ID to fly, get a library card, get into a workout club, drive, go cart racing, get into a bar, but alcohol, buy some prescriptions drugs to proof we are the person we say we are and we are the appropriate age. How hard is it to show an ID to vote to proof who we are and we are the legal age? Those that are fighting this HB6 are trying to cheat the system and by cheating the system the faith and the integrity of voting diminishes. Please keep the integrity of our election by increasing criminal penalties.

Gwen Hanna

Self and family

Fredericksburg, TX

Election integrity is the cornerstone of democracy and without it none of us has standing, integrity or a "democracy" we can be proud. Those who would cheat believing the end justifies the means must be put back on their heels for the United States of America to endure. The cheating done in some big cities which determine the fate of the entire state and then the entire nation is obvious to all yet the Democrats remain complicit. They are as guilty as those harvesting, tampering with, throwing away and producing ballots. This last election tore this country apart and undermined our standing in the world. The damage can only be somewhat repaired with fair elections going forward. The Dominion machines need to be thrown in the trash heap with every other Globalist idea for world domination. This is Gods domain and reducing every country to a global agenda is about power

Printed on: April 9, 2021 11:06 AM

elites who are sick with greed and are egomaniacs. The cheating is the idea they "know what is best for the world." It is way past time for the Republicans to do the right thing. All of the Republicans. We are in this mess with an illegitimate President and Vice President because of weak Republicans who have no idea what they stand for, waving in the breeze feckless and afraid to do the right thing. While you people are at it institute term limits so you can control your corruption and greed.  There will be a Revolution if you do not stand up like real men and do the right thing.  A man with no integrity is a man with no home. Clean up the elections and fight off the Stacy Abrahams and Nancy Pelosi's of this country. Get a task force of a few good men and clean up Washington for the sake of true democracy around the world. A few bad men and women are changing the world so be one of the few good men and women who save it.

Mark Camille

Self

Lumberton, TX

Please insure this passes

Manuel Pena

True TX Elections

Gonzales, TX

Please support and pass Election Integrity Bill HB6. Texas needs to remain at the forefront of election integrity. With the 2020 General elections so contested, we need strong state laws to prevent any indication of election fraud. Thank you!

J.Margaret Cappers

Retired  Self

Cleburne, TX

I am getting up in age and I may have to have a ballot sent to my home I am able at this moment to go and vote.

Wesley Culver

Self

San Antonio, TX

Support election integrity - Support HB 6

Heather Mallia

Self

San Antonio, TX

We MUST have election integrity in Texas!  I feel HB 6 is an excellent start, but there is still room for improvement.  Please consider adding:

1. Requiring voter identification when voting by mail or absentee voting.

2. Routine verification of voter rolls and new registrations.

Thank you to all who are backing this bill to make our elections more secure.  We MUST be able to trust that it's one vote per legal citizen.

Thank you,

Printed on: April 9, 2021 11:06 AM

Donald Sickafoose

Self

Spring, TX

As a citizen of Texas and the United States, I am concerned about the overall integrity of our elections. To ensure election integrity we absolutely need to have secure voter ID. It is ludicrous to equate voter ID with voter suppression! We require ID's for all important legal transactions and elections are about as an important legal obligation that every U.S. citizen can have. We must stand up for voter integrity. I thank God that I chose to live in Texas where we require voter ID for in person voting.

HB 6 is a great addition to our voter ID laws to increase the integrity of Texas elections. Voting in person is obviously the strongest control we have in ensuring that the person voting is properly representing themselves - when they present proper ID! We must discourage unsolicited mail-in ballots, which opens the door to ballot harvesting by unscrupulous people. In addition, increasing poll watcher access will hopefully prohibit the shameful practices we experienced in large Democratic cities in the 2020 election cycle. Let's err on the side of voter integrity and not on the side of easier fraudulent activity.

Additionally, we should require voter ID for all mail-in and absentee ballots for the exact same reason I endorse it for in-person voting. Voter ID stands for integrity not suppression! Anyone claiming that voter ID is suppressing voters should advocate for no IDs for air travel, liquor and gun purchases and the list goes on. To be for one and not the other is completely disingenuous! Fraud comes from poor controls. Advocating for no voter ID or for all mail-in ballots with no ID control is advocating for fraud - plain and simple!

Along the same lines of increased voter integrity, we should also require routine verification of voter rolls and new registrations. This is just common sense. We should absolutely want to maintain accurate voter rolls to ensure integrity in our elections. Who would argue against this point? We only want living Texas voters to have a voice in our elections. Not dead people or people that have moved permanently out of state.

Please, let's side with voter integrity! We have a great start with requiring voter ID, now let's do better. Move HB 6 out of committee and bring it to the floor for debate and a vote.

Jim Pulliam

Conservative Response Team (CRT)

Jersey Village, TX

I think eliminating all voting fraud should be the number one, most important issue in Texas and in America! Voting fraud is a serious crime against the American Citizen! Voting fraud was reported and written about in the 2016 and 2018 elections and nothing was done with that evidence to stop the same voting fraud in the 2020 election. I am very mad at the Republican party for not stopping the voting fraud in the 2020 election!!! The way the mail-in ballot voting fraud was committed by throwing away the evidence (the mail-in ballot envelop with the voter signature on it) was the perfect voting crime committed against the American citizen. The government set up that crime. One report I read said over 300.000 mail-in ballots were delivered on pallets to different states all without envelops and all without a crease in the ballot to indicate they were ever in an envelop; they were all counted. How many other similar mail-in ballots were delivered all over the country. I think mail-in ballots need to be eliminated in the voting process! Mike Lindell is facing two (2) huge lawsuits because of the voting fraud information he reported to the American people. The government seems to be ignoring his evidence. The information about voting fraud reported by others across the country is also being ignored. I have many pages of notes concerning the voting fraud security problem and you are welcome to a copy of my notes. All the elections in Texas and America should be fair and honest without voter fraud. The government is responsible for the voting fraud today and the government is responsible for not eliminating all voting fraud!

Edward Kampermann

Self

Hewitt, TX

Printed on: April 9, 2021 11:06 AM

I'm 85 years old, and my mother always voted in person, I have always voted in person. Mail in ballots should be requested. And, the the person requesting the mail in ballot signature should match the voter rolls. We have gotten a handle on the virus, millions of people have been vaccinated. No need to mail ballots into the wind.

Thomas Jones

self

Austin, TX

My name is Thomas Jones and I'm a concerned citizen. HB 6 is undemocratic and  will damage the integrity of our Texas elections. Please do the right thing and vote against this bill!

Caralin Kincheloe, Mrs

Self

Graford, TX

I urge committees to add these bills to HB 6

Darrell Alldredge

Self

Glen Rose, TX

Get it done. Thank you

Crysti Hubbard

Selc

Arlington, TX

No citizenship No vote
No ID no vote
No mail in ballots just because someone to lazy to go stand in line.

Not living in Texas you don't get to vote in our state elections..

Simple

Now close the boarder

Kimberly Vessels

Self

Sherman, TX

I support voter ID and stiff penalties for anyone penalties for any and all voter fraud .

Laura Wilson

Self /teacher

Dallas, TX

Printed on: April 9, 2021 11:06 AM

All sorts of fraud is coming to light in other states.  Texas needs to strengthen its ballot integrity while we have the chance.  Two years from now is too late!!
Our election administrators need to be accountable to the voters, with felony convictions when fraud is proven.

Mark Mathiews

My self

Converse, TX

I am for this bill. Voting  integrity must be maintained at all cost!

Celia M. Segovia

Self

McAllen, TX

Please vote yes on this bill. We must have fair elections where the people  have confidence in the results. No changing rules or laws or giving someone an unfair advantage. One U.S. citizen one vote. Protect our votes and our rights.

Jennifer Bresler

Self

Hickory Creek, TX

All LEGAL votes should be COUNTED. An Election should be hard to steal. The 2020 election was stolen. Most Republican public officials didn't do enough to support stopping the steal. At this point unless a miracle happens I am not sure if another election will matter. They stole our republic and anyone awake knows it.

Heather Powell

Self

McKinney, TX

This is imperative in order for us to have any trust in voting going forward.

Jennifer Harradine

Self

Denton, TX

There is ballot harvesting, stuffing and other cheating happening in deep blue cities and counties in Texas. I demand it ends now. The left plans on stealing Texas in 2022 like they did USA in 2020. Also, I am for TEXIT

Samantha Bowie

Self

Kerrville, TX

I am in support of HB 6 and ask that representatives support and pass this bill for election integrity.

Glenda Thomas

House

Printed on: April 9, 2021 11:06 AM

Magnolia, TX

Our voting should be verified IN PERSON by identifying themselves as a LEGAL American. Voting is an AMERICAN CITIZEN right, not for ILLEGALS that this administration is allowing into our country ILLEGALLY. Voting is not for children (1-18) such as Bidens administration wanting 16 yr Olds to vote!! We need our rights to NOT BE changed as the Democrats seeing citizens with small brains therefore the government telling us what we can & cannot do (this comment of small brains was from Obama).

Jennilyn Salinas

Latinos 4 Trump

San Antonio, TX

We need to protect the integrity of our elections. Our organization at Latinos 4 Trump worked tirelessly across the country helping with campaigns only to end up disenfranchised due to election fraud. We stand by this bill and would like to see it passed.

Kristen McCarty

self, Co-chair KWRC Election Integrity Committee

Katy, TX

Respectfully to the Members of the House regarding Texas HB6.
There is no dispute that voter fraud occurs. In the most recent 2020 election, according to published data by AG Paxton's office, incidents of voter fraud occurred due to increased mail in ballots, push mail ballots, ballot harvesting, lack of voter ID requirements for mail in ballots, deceased persons voting, voters voting twice, or voting as other persons, non citizens registering and voting, and due to procedural laws being unlawfully changed because of covid. In order to ease the duplication of testimony I am providing two links, one to voter fraud issues within Texas highlighted by The Texas Public Policy Foundation, which discusses the most recent voter fraud cases, issues and solutions to the issues, and the other link to the Heritage Foundations Voter fraud database which provides a sampling of the type of voter fraud cases that are occurring within Texas and the US. Our beloved US citizens have fought and bled to preserve our country, and even to support free and fair elections with democratic voting rights within other countries. Our great nation was built on Constitutional rights that preserve our freedoms and the right to be governed by the people, through elected officials in which all citizens have ONLY ONE vote to choose that elected official. The entire foundation of our country rests on the fact that each citizen has a say in how we should be governed. If we allow that right to be eroded, and degraded by NOT creating laws to protect and to prosecute those who are trying to take away that vote, through voter fraud, then your House seats will not be worth the vote they are based upon. Our country is only as good as the laws we make to protect our founding fathers vision of a free America. I support and urge you to support HB6 in its entirety. Voters rolls need to be cleaned, Serial numbers of ballots issued at polling places need to be logged and secure, Poll watchers from both parties need to be allowed to make sure there are no irregularities. There must be a chain of custody and it must be allowed to be observed. Data cards must be secured and observed at all times, only authorized persons should be allowed in polling places, ballots must not be harvested, mailed out in mass or turned in without an ID TIED to US CITIZENSHIP. Persons assisting voters must also have an ID and sign an Oath. There must be a chain of custody and tracking system for all ballots. Voting should be free from coercion or intimidation, ballots must be requested and so must voter registration by the voter. Procedures must not be altered by an election official, election day is election day. There must be an expedient process to determine and prosecute voter fraud, and there must be strong consequences that deter voter fraud in the first place. Thank you.
https://files.texaspolicy.com/uploads/2020/09/29100949/2021-22-Lege-Guide-1-pager-EPP-Voter-Fraud.pdf
https://www.heritage.org/voterfraud

James Kerr

Self engineer

Jersey village, TX

The voter rolls need to be cleaned up. My wife voted in 2020 and did not need to register because she was still on the voter roll from when she registered in high school 40 years ago. The address was wrong on her registration which was updated on the spot

Printed on: April 9, 2021 11:06 AM

and then allowed to vote.
There should be a way that a citizen can track their vote and see that the selections they entered at the voting booth actually went all the way through the system.
We have no way of telling if our vote got hijacked or countered by an illegal mail in ballot.

James Beddingfield

Self - Owner of Water Energy Technologies, Inc.

Houston, TX

Election integrity is of paramount importance if we want to preserve our Constitutional Republic!  Lack of trust in our election process will ultimately lead to the ruin of our entire society and culture and the destruction of everything we hold dear.  The only reason people are working to eliminate the safeguards in our election system is to facilitate changes to our system that otherwise would NOT be agreed to by the voters!  They have to cheat to make the changes and then it is too late for the constituents to do anything about it!  We MUST instill safeguards into the election process that guarantee its integrity, literally for the future of everything we know - it's THAT important.  We must NOT have ballot harvesting and we MUST have voting ID requirements and signature verification.  WHAT USE IS EVEN HAVING AN ELECTION IF PEOPLE CAN SIMPLY CREATE AS MANY FAKE BALLOTS AS THEY NEED TO PUSH THEIR CANDIDATE OVER THE TOP?!!  HR1 currently up for votes in the US House and Senate will turn this country into a BANANA REPUBLIC!

Kathleen Hamilton

self--retired state employee

Austin, TX

I oppose the passage of this bill, which will do nothing to enhance the integrity of the voting process and instead will make it more difficult for every eligible voter in Texas to participate in elections.

Pamela Littlepage

Myself

SHADY SHORES, TX

i glad to see a bill advancing through the Texas legislature to enforce common sense voting requirements.  Thank you for what you are doing.  I appreciate seeing that voters are legal, that mail-in ballots are only mailed out on request and processed properly when received, that election dates are enforced (no moving the goalposts), and that the voter rolls are double checked so nobody who is dead or a nonresident or a minor or has double voted.  I applaud your efforts.

Kenneth Maxfield

self

Paris, TX

To remain a two party country we must have election integrity.  Please add:  Requiring voter identification for mail-in and absentee ballots and
Routine verification of voter rolls and new registrations to the proposed bill.

Steven Anastos, Mr.

Self

Willis, TX

I support HB6 and as such support in person voting, require voter ID, routine maintenance of voter rolls and increased access to poll watchers for improved transparency. HB 6 should also contain language to prohibit unsolicited vote by mail applications and

Printed on: April 9, 2021 11:06 AM

ban ballot harvesting. Thank you.

Judy Pierce

myself

San Antonio, TX

I want acceptable voter ID to be restricted to state of Texas or Federal government ID's WITH photos and possibly  fingerprints taken on site by a pollworker and compared to an all-citizen database file that is not now available at the polls—like what was done at Iraqi polls when voting.

And I want eliminated any and all other items like   public utility bills, library cards, student university cards; and any non-citizen such papers or cards or documents or verbal assurances given by others.

Amanda Geary

Self

Katy, TX

God Bless!

Chadwick Smith

Self - IT consultant

The Woodlands, TX

I am in full support of this bill.  Texas needs to take the lead on ensuring the integrity of elections and that everyone legally eligible is allowed to vote.  Identification of the registered voter is a critical element in election integrity.

michael MCLEMORE

self

Arlington, TX

we must pass the law to ensure the integrity of our elections, present valid ID, must be citizen, must not be convicted felon, no harvesting of votes, mail-in ballots limited and must be verified.

Jennifer Fleck

self

Spicewood, TX

In 2020 I ran for House District 47 in Travis County.  I led the primary and advanced to the July runoff.  I lost the runoff and the audit log revealed so many irregularities committed by the Travis County election administrator in the election that the results were not knowable.

Like most election contests, mine was dismissed on a technicality and ruled moot because there was no time to deliberate the facts before the next election.

1st the most egregious was the entry, read, deletion and replacement of all the election day ballots.

This was only 1 of 20 violations of the election code.  Election administrators must be held accountable to the law in order to have fair and legal elections.

Printed on: April 9, 2021 11:06 AM

2nd, although Texas does not have the illustrious Dominion machines, there is ample evidence of election vendor interference in Travis County. Many have reported and observed active participation by ES&S during tabulation and electronic manipulation on the audit logs. This should be prohibited.

The same interference was reported by Russ Ramsland in Dallas County in 2018 and Laura Pressley in 2014.

3rd, after my runoff I was very concerned about our November election. I volunteered as a poll watcher. I witnessed and recorded proof of election crimes at Central Count. Contemporaneously, I called 911 to report these crimes. Ultimately, I was arrested and jailed for 24 hours, when I refused to leave central count. I have been charged with criminal trespass and perjury for recording the illegal activity. My court settings are in April.

4th and the most frustrating, these crimes were reported to the SOS in September and as chief election officer of the state they allowed the same criminal activity to continue in November.

Only 1 of these crimes carried a criminal penalty under the current code and the SOS used this as an excuse to dismiss and ignore all the other violations of the code.

This sole criminal charge against the Travis County Clerk and her employees was referred to the Texas AG in September and November. The AG finally opened an investigation in November after my arrest.

Although many witnesses have been interviewed, the same clerk, staff and vendor were allowed to conduct another illegal election in December and our May elections are around the corner with no visible progress made.

We the People are being deprived of our vote and therefore our voice and power. Every election in Travis County ushers in a more corrupt local government and there is nothing the voters can do about the selected being advanced and measures being passed and/or defeated at the discretion of the select. Similar offenses have been reported all over the state, including but not limited to all our big counties.

In summary my request is simple, amend Chapter 1 of the Texas Election Code to make any violation of the code a class A misdemeanor unless otherwise indicated and more importantly mandate enforcement of the law.

Carol Graff

Citizen ft

New Braunfels, TX


Fair elections need to be in person.....vote by mail should only be done by home.e bound or military.....otherwise fraud, lying and stealing will go rampant

Nancy Callery

Self-retired

Hunt, TX


I am opposed to HB6 and any further restrictions to free, fair and accessible elections for Texans. Make voting easier not harder for people to vote.

JAY HALL, Mr.

Self / Contractor

SEGUIN, TX


In-person voting with photo ID
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting

Printed on: April 9, 2021 11:06 AM

Increase poll watcher

Harvey Gibson

Terry's Beef Jerky

SUMNER, TX

Dear Honorable Congressman,

I am very concerned about voter integrity, not only in the state of Texas but throughout our nation.  I would urge all my fellow congress member to take every measure possible to eliminate voter fraud on every level. Voter id must be incorporated and our voter rolls need to be cleaned annually. No more kicking the can down the street. Voter fraud is one of the biggest dangers our country faces today and we need our elected officials to be bold and ensure voter integrity is insured for all americans. No more excuses.
I thank you for the opportunity to voice my concerns and I thank you for standing up to insure all voters their vote counts.

Sincerely,

Harvey Gibson

Mrs Iona Gorham

self

Dickinson, TX

We need elections integrity if we call ourselves a Republic.  It is time to prosecute if there is fraud for the sake of those that in full sincerity vote.

Francis Tyminski, CW3

Self

Rockwall, TX

Protecting the integrity of the citizens' vote is a primary duty of elected and appointed officials. I served 20 years in the US Army defending our Constitution.
Allowing unverified and unsolicited mail-in ballots, vote harvesting, outdated voting rolls, and no ID voting all REPRESS MY VOTE. An educated and concerned citizen will ensure they are able to vote. They don't need meals and water while waiting on line. Longer hours and more voting machines on election day could relieve that. Early voting is ok, but not two weeks worth.
 "Come And Take It" is now what's happening to MY VOTE.

William Chesser

Self

Temple, TX

I have voted in Texas Elections since 1970.  I have never doubted the integrity of my vote.  Now we must take steps to insure that we continue to insure the integrity of every vote cast.  I also recommend amending this bill to include voter ID validation for all ballots.  Thank you for your consideration of my feelings.  William Chesser

M Patricia Broom

Self

Katy, TX

Printed on: April 9, 2021 11:06 AM

Support HB6

Brenda White

Citizens of Texas

Keller, TX

None of those House Bills get to what democrats tried to pull off in Texas and most likely did pull off in some counties. Mail in balloting must be strictly limited to only those who are verified qualified. Chain of custody must be closely limited and voter/election fraud must be prosecuted better. Without these measures, our state is no better than Venezuela. SB7 and SB1340 is a start to repair the distrust in our elections. These House Bills, with the exception of HB6 do nothing to stop our legal votes from being stolen. Please! REPRESENT TEXANS, not just democrats.

Marisol Beach, Mrs.

Self

The Woodlands, TX

I'm on favor of  House of Bill 6,  because help to have a better secure system during the process of the vote in our nation.  I believe in person voting, which is more secure election and the others regulations of this bill to have an election integrity and the prevention of fraud in our election.

Gypsy Perry

Self/Retired RN

Rio Viista, TX

In favor of increasing criminal penalties due to voter fraud.

James Keown

Retired

GARDEN RIDGE, TX, TX

This bill defrauds the people of the cornerstone of a democracy and that is the right to vote.  Rather than encouraging citizens to participate in this important part of this country, provisions in this bill makes is more difficult.  I am encouraging you to NOT pass this bill.  Doing so would only serve to discourage (which I believe is the intent) many citizens of color from participating in the democracy.  Bills like this will only hasten the return of a march across Texas' equivalent of the Edmund Pettus bridge.  Do not make this state the match that awakens the conscience of this country to reveal the racial divide in this country.  Set a positive example.

A.J. Widacki

Self, Project Manager/Civil Engineer

Galveston, TX

Voting needs to remain easy to vote and hard to cheat. In person voting needs to be encouraged and voter identification for in person and mail-in ballots needs to be required. Poll watcher access needs to be guaranteed. There also needs to be some type of verification of voter rolls. Voters must have confidence in the system, so that we can have confidence in those that are elected.

Teresa Ratliff

Self

Printed on: April 9, 2021 11:06 AM

Katy, TX

Election integrity is an absolute must!

Brian Lee Robinson, RN

Self

Houston, TX

Please include:
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Thank you for your service

Linda Hampton

Self -retired

Katy, TX

I am for the changes to the proposed law.

Denise Vandermark

self

san Antonio, TX

As a poll watcher in Bexar County I have seen many irregularities to say the least.  PLEASE  pass this very important election integrity Bill HB 6.  Our free and wonderful republic depends upon you going boldly forward to protect the citizens of Texas against corrupt election practices.  Thank you for the opportunity to share my support and GOD BLESS TEXAS and GOD BLESS AMERICA.

Sandra Owens, No title

Republican Women of Katy TX

Katy, TX

I am for the changes to the proposed law

Randy King

Self

Euless, TX

Honorable Members of the Texas House Elections Committee:

Free, fair, honest, and transparent elections are a cornerstone of any representative, constitutional republic.  HB6 supports these objectives by ensuring that the Texas Election Code is uniformly followed and enforced.  Illegal votes cast by fraudulent means must not be allowed to negate the votes of responsible, law-abiding citizens!

Worthy reforms in HB6 include preventing election fraud through ballot harvesting and the unlawful alteration or waiving of election laws, rules, or procedures.  Taken together, these election reforms will help preclude the irregularities witnessed in 2020 here in Texas and other states.

Printed on: April 9, 2021 11:06 AM

I strongly recommend that this bill be favorably voted out of committee. Doing so will go a long way towards restoring public trust in our elections.

Respectfully,
Randy M. King
Euless, TX 76039

Mary Kaarto

Self, retired

Missouri City, TX

Please don't vote for this bill to pass. It seems like everything the Democrats are doing is meant to hurt our country and "stick it" to former President Trump. The man is no longer in power and if they would focus on helping the American people rather than doing everything they can to benefit themselves in all future elections, perhaps there would be something to hope for in the future. Thank you.

PATTI Burt

MYSELF AS A CITIZEN OF THIS COUNTRY

Hutchins, TX

I AM A SENIOR AND BLIND IN ONE EYE AND MANY MEDICAL PROBLEMS AND I FIND NO PROBLEM VOTING IN PERSON OR BY A SIGNED BALLOT I REQUEST WITH PROPER ID. NO ONE IN THIS COUNTRY CANNOT VOTE THAT WAY AND AVOID FRAUD . IT IS RIDICULOUS TO EXPECT TO SEND MILLIONS OF BALLOTS TO ADDRESSES WHERE THE PERSON MAY NOT EVEN LIVE ANYMORE. FRAUD THERE FOR SURE. OUR RIGHT TO VOTE IS PRECIOUS AND WE SHOULD PROTECT ITS INTEGRITY.

Shelly Amos

Convention of States

Amarillo, TX

I am in support of the preservation of the election process for all Texans now and in the future to ensure that the voice of each citizen of this state is counted. Please remember the men and women serving in the military around the world who continue to maintain their resident status in Texas. HB 6 ensures that their voice continues to be heard. May Texas continue to maintain its legacy of being the greatest state in this union, which leads by its example of integrity and justice.

Regards,
Shelly Amos

Eugene Stanton, Mr

Self

Round Rock, TX

We need to add each eligible voter obtain a voter ID card. We are in the 21 century and there is no excuse to not be able to get a voter ID card. There is also almost 2 years to go before the next election and getting a voter ID cannot be that hard for anyone who is eligible to vote to get. If someone who is eligible to vote and wants to, should be able to do so and get a voter ID. This is not racist or voter suppression just common sense.

Richard Karstrom

Heritage Action for America

Printed on: April 9, 2021 11:06 AM

Porter, TX

It is important that Texas sends the message that Texas Voters demand integrity in their elections. The bill HR 1 passed the US House, and is a Un Constitutional abomination. Texas should take the lead and defend States Rights.

Mary Kaarto

Self, retired

Missouri City, TX

I'm SO SORRY!

I misunderstood this bill - PLEASE PASS THIS BILL!!!!!!!!!!!!!

Martha Moore
Self
Boerne, TX

I do not support ballot harvesting or extensive mail in ballots. I believe voter ID is crucial for a safe and fair election.

Benna Askew
None
Lubbock, TX

Yes, I support this bill! We want honest and fair elections in Texas!

Maria Gonzales
Self
Harlingen, TX

Please vote for HB 6.  Election integrity is very important.  After 2020 election many Americans felt election was not fair. Whether election was stolen, we will never know, but there was certainly many irregularities.  We need to protect American's right to have our voices heard with fair, secure elections.

Denise Silva
Self
Sugar Land, TX

Good day,

HB 6 can be further improved upon by including the following:

    * Requiring voter identification for mail-in and absentee ballots
    * Routine verification of voter rolls and new registrations

Please consider adding these reforms to HB 6.

Thank you.

Printed on: April 9, 2021 11:06 AM

Nancy Hathaway

Self—retired

The Woodlands, TX

OPPOSED!  There is no evidence of significant election fraud in Texas or in the U.S.  Making it more difficult to vote unfairly impacts those for whom voting is already more difficult.  Passage of this bill makes a mockery of our democracy.

Linda Durnin

Self

Austin, TX

Dear Members of the House,

Thank you for serving our state.  I would appreciate your support FOR HB 6.

There are voter fraud issues that need to be addressed.  I live in Travis County.  I got in the trenches so that I personally could observe what was going on.  I worked 2 weeks in Early Voting Ballot Board, 1-15 hour day on November 3 for the election, and 4 times as a Poll watcher.

Personal experience:

1. Travis County Elections lost the thumb drive of voters that voted at The Northwest Village Library in Austin, TX.  How do I know?  Travis County called me afterwards to find out why I had not turned in the thumb drive and voting supplies.  I asked for a call back when they found the thumb drive.  Never got a call back.

2. Poll Watching-Judges would not allow walking around.  Poll watchers had to stay 20 to 30 feet away from ballot counting activities or they purposely blocked visibility with fuzzy plastic screens or tall racks.

3. Early Voting Ballot Board-All the international ballots voted for Prop A raising Austin City taxes 25%.  Why would city ballots be sent out to International Embassies?  These people would not know what is happening in Austin.

I signed affidavits for TX Attorney General's Office and was interviewed by AG Office.  Two other people also handed in affidavits and were interviewed.  To date, we have not heard back on the status of our reporting.

Possible solutions:  Have a direct contact to report issues in real time.  I never knew who to call or where to go.  You cannot video as the issues are happening. When you are subject to an authority who negates your concerns, you are very limited on direction or resources.

| | | |
|---|---|---|
| 1 | Encourage in-person voting, which is more secure | |
| 2 | Prohibit public officials from distributing unrequested vote-by-mail applications | |
| 3 | Bans ballot harvesting | |
| 4 | Increases poll watcher access (improved transparency)? | |
| 5 | Provides prosecution teeth for violations | |
| 6 | Need to remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State (only the legislature should alter election code - not appointed bureaucrats) | |

  Both the House and Senate election bills can further be improved upon by:
  • Requiring voter identification for mail-in and absentee ballots
  • Routine verification of voter rolls and new registrations

Thank you for serving our state.  I would appreciate your support FOR HB 6.
Linda Durnin

Printed on: April 9, 2021 11:06 AM

Johnny Spencer, Pas

Wards Creek Missionary Baptist Church

Simms, TX

Without voting integrity the whole process of our freedom is in jeopardy. Anyone with enough power or money can manipulate whatever they desire.

Darl Easton, Lt. Col.

Self - Retired

Euless, TX

Any and all laws on voting must make it as easy as possible for a registered voter to vote, but make it very difficult for fraudulent votes from being cast.  I write in support of HB 6, but would like to see additional emphasis be placed on maintaining accurate voter registration roles.

Permanent Change for Address submitted to the United States Postal Service should routinely be use to remove voters from the voter roles or at least place the voter in suspense status.

County Election Administrators must prevent voters from registering at non-residential addresses such as FedEx stores.

Enhance methods to prevent the registration of non-citizens.

Lisa Coleman

Self

Houston, TX

I strongly support increasing criminal penalties including federal prison sentences for ANYONE who violates voting laws.  Donald Trump is the rightful and legitimate winner of the 2020 Presidential election.  However, the Democrats severely violated multiple voting laws, delegitimizing the votes for the entire election.  America cannot endorse the illegal tactics of the lawless Democrats who resort to the breaking of laws in order to get their desired candidate in office.  I have been sickened and angered at the gross injustice that was the 2020 election.  In order for America to remain the constitutional republic that it is, we citizens must do everything in our legal power to prevent illegal elections from happening again.  We must be proactive!

Suzon Crowell

Self employed

Van Alstyne, TX

While it's amazing that we have to clarify voting rights and I gave more information to complete this public comment, this bill does not go far enough.  Everything we do as citizens requires identification and voting is our most important right yet we allow anyone to have it.  And the state refuses to cleanse the current rolls.  We have seen our rights grossly abused and given away. This is our last right of freedom and you must add the key elements of identification and regular cleansing of rolls.

Felicia Fitzgerald

Americans

Houston, TX

Restore faith in voting and stop the fraud. ID is a must and machines allow fraud.

Peggy Feinberg

Printed on: April 9, 2021 11:06 AM

self

El Paso, TX

I agree with this bill.

Sylvia Coulson

Self Dietitian

Waxahachie, TX

I support this bill. It provides common sense protections for the vote integrity and keeps it easy to vote for all.

Carol Ortiz, Ms.

Self/retired

Montgomery, TX

OPPOSE HB 6. Texas is already the most regulated, most difficult state in which to vote. There are enough safeguards and laws in place and virtually no documented voter fraud of any degree close to affect election outcomes. It's an overreach by the state legislature which has no justification. Stop this bill in Committee.

Nelda Oakley

Self

Livingston, TX

I strongly support in-person voting, which is more secure, prohibit public officials from distributing unrequested vote-by-mail applications, ban ballot harvesting and
Increase poll watcher access (improved transparency). I believe mail-in voting should only be for elderly who are not able to vote in person, military, out of country citizens. Felons should not be able to vote.

Kathleen M Curran

Self    psychotherapist with Talkspace & Apple Counseling

McKinney, TX

It is imperative that government issued ID's be required in order to vote. Further, all voters must be citizens of the United States.

John Cremin, Colonel

SelfHB

Hunt, TX

Please support HB 6. I spent 33 years in the military defending this country and our Constitution. I don't want those NOT ELIGIBLE TO VOTE for whatever reason to cancel my patriotic duty vote. Too many of my friends have died protecting the American vote

Theresa Carr, Mrs.

Self

Armstrong, TX

Printed on: April 9, 2021 11:06 AM

Of course we want voter integrity. Keep pollsters and harvesters away. There should be major penalties for any type. Voter integrity is an utmost concern to American people. ALL voter rolls should be purged Evey so often at a minimum, if not every year.

DENICE CARNES

SELF

MCALLEN, TX

There is too much uncertainty with voting that can no longer happen. We have to have a system everyone has confidence in. No way can we have another election where officials are changing the rules in the middle of the voting process or blatantly violating state laws. And our reforms aren't about what is good or bad for whichever party, but whether voters can have confidence in the integrity of our system.

Angel Matthews, Mrs.

Hertigage Foundation

China Spring, TX

To vote you need a voters ID. You need an ID to drive or cash a check. That's the law that we need to stay with.

Karen Rutledge, Ms.

self

Selma, TX

Approve to ensure valid elections and prosecution penalties for fraud.

Heather Stevens

Self

Copperas Cove, TX

Vote yes

Greg Sheryl

self  customer service representative

Irving, TX

I am in support of this bill, regarding election integrity protection, in that it makes important steps toward ensuring protecting our elections from voter fraud. I would simply ask for some additional requirements to be added to an otherwise good bill:  1) Use of paper ballots, including the ability to audit the ballots thus cast; 2) requiring routine verification of voter rolls and new registrations; and 3) requiring voter ID for mail-in and absentee ballots. Thank you!

David Porter

self, retired

Katy, TX

In my opinion, HB 6 has to include the following issues to provide election integrity for all US citizens:  — Verification that only eligible voters are allowed to register, -- Onsite verification of a government-issued photo ID and US citizenship prior to casting

Printed on: April 9, 2021 11:06 AM

vote, -- Use of biometric technology to ensure all voters are registered, and allow using biometric readers at the polls to verify identity as substitute for a photo ID -- require regular audits of voter lists with new registrations to ensure that they only include eligible US citizen voters (annually, reporting results to the secretary of state), -- require removal of all non-eligible voters from the voter lists with verification of removal by the secretary of state or his/her immediate delegate. — Make vote-by-mail only available to citizens that are elderly, disabled, away from their primary county of residence for work or school, or serving in the military, -- verification of all vote-by-mail and absentee ballots by an approved voter ID means, -- prohibit public officials from distributing unrequested vote-by-mail applications, -- Applications for ballot by mail to only be sent to individual registered voters requesting one and then only by the county clerk, -- prohibit and ban ballot harvesting, -- all mail in ballots must be mailed and postmarked 4 days prior to election day, or delivered to the county courthouse on election day. -- Drive-through voting is prohibited. -- Increase the penalty for voter fraud to felony with a fine and mandatory prison time. — Require the secretary of state to approve all changes to elections, such as the method of collecting and counting votes, -- allow the secretary of state to remove any election officials that participate in any efforts to defraud the election. — Prohibit private, out-of-state funds from flooding into local elections administration budgets to manipulate turnout. -- Increase poll watcher access, require their onsite log-in, and documentation of observations. -- Limit early voting to no longer than 7 days immediately prior to election day.

Thank you for allowing me to voice my opinion.

Bridget Davisson

Self - Insurance Agent

Austin, TX

Please approve and pass bill HB6 through the House

Katherine Burton

self

El Paso, TX

I agree with everything State Rep Brisco is submitting:
in-person voting
I.D. required by anyone voting
No ballot harvesting
Limited mail in voting - only available to military personnel
more on-site personnel at polling locations

Amanda Wolf

Self

Katy, TX

Hello. I support HB6. Voting should be easy to do provided voting integrity is maintained. I believe this bill should go further and include : Requiring voter identification for mail-in and absentee ballots and routine verification of voter rolls and new registrations. Our republic can only be maintained if we have fair elections we can trust.
Thank you,
Amanda Wolf

Cheryl Abernathy

None

Georgetown, TX

While I support what the House bill will do to help protect the integrity of our Texas elections, there is more that should be added to it.  Requiring voter identification for mail-in and absentee ballots and routine verification of voter rolls and new registrations

Printed on: April 9, 2021 11:06 AM

should be added to ensure that Texas elections are secure.
Thank you, Cheryl Abernathy

Delores Kirkpatrick

Self- retired

Tyler, TX

Please vote to keep Texas election laws stricter with  picture ID,  on person voting, limited mail in ballots..  Training for election workers.

William Riddle
Self

Arlington, TX

Please Require voter identification for mail-in and absentee ballots
Please require Routine verification of voter rolls and new registrations

Regards,

Wm Riddle

Daniel Garber, Col (ret)
Self

Boerne, TX

Sir/ma'am
Please help to secure our elections.  Everyone whoever  played checkers or cards as a child that it is wrong to cheat, whether innate or taught, and that corresponds to schoolwork and then to voting.  It is wrong, and HB 6 emphasizes, and perhaps reminds those who may have forgotten the fundamentals of life, that one does not lie, cheat, nor steal.  Basic humanity.  Stamp it approved, please.  Thank you, Dan Garber (Boerne, TX)

Barb Stauffer

self, retired

Garland, TX

I Barb Stauffer,  support HB6 by Briscoe Cain.
I have been an election judge for over 10 years and confirm the need for Photo ID to be presented at the time of voting.  I would also like to see eliminated the List B eligibility options such as Utility bills, bank statement, etc for I have had individuals  present their friend's utility bill at qualifying table without photo ID and want to vote in friend's place.  Friend was on the voter roll, this person was not registered himself, but wanted to vote & take his friend's place.  This scenario came to light in conversation with the individual trying to illegally vote.

Also, please I would like add to HB6 the following:

    Encourage in-person voting, which is more secure
    Prohibit public officials from distributing unrequested vote-by-mail applications
    Ban ballot harvesting
    Increase poll watcher access (improved transparency)

    Requiring voter identification for mail-in and absentee ballots

Printed on: April 9, 2021 11:06 AM

Routine verification of voter rolls and new registrations

Victoria Hanson

Self

Corpus Christi, TX

Vote Yes on HB 6

As stated in HB 6, the sole purpose of The Election Integrity Protection Act of 2021, is to "to prevent fraud in the electoral process," and to ensure elections throughout the State of Texas are uniform and consistent.

I agree with ARTICLE 2, SECTION 2.01 (a) and (b) which ensures voter rolls do not include deceased voters by specifically articulating, and shortening, the length of time whereby death certificate and probate application abstracts are prepared.

I agree with SECTION 2.02, Subchapter C, Chapter 125.0621 which ensures maintaining serial numbers for ballots of electronic voting systems and maintenance of same for public inspection in the case of questionable activities or anomalies in polling places or with ballots.

I agree that poll workers/watchers may not be removed or be required to leave a polling place, nor be rejected by the presiding judge unless in conjunction with an Election Fraud offense.  This ensures the watcher's ability to observe and protect the integrity of the ballot box and/or point out irregularities or violations of the law; and that non-compliance by the judge is a Class B Misdemeanor.  I also agree that watchers are allowed to observe data storage sealing and transfer in order to maintain integrity and that only lawful individuals are allowed in the polling place until votes have been certified.  ARTICLE 3, various SECTIONs 3.01 – 3.07

I agree that when assisting a voter, that assistant (other than an election officer) should be fully identified via a form which is submitted at the time of voting and that the assistant cannot be compensated.  ARTICLE 4, SECTION 4.01, Section 64.0322, a and b

I agree with the additions to ARTICLE 5, FRAUD AND UNLAWFUL PRACTICES, that any type of organized election fraud, such as vote harvesting or unlawful altering of election procedures, be a felony.

I agree with the articulation of additional enforcement procedures of election fraud.

Note:  In listening to opposition of voter integrity bills presented I continually hear "this appears to be a solution looking for a problem."  I would like to interject that to preclude problems,  solutions to possible/probable problems are identified.  Examples of this forethought are: banks, never having been robbed, have security cameras, safes and vaults, security dye packs, etc.; homes, never having been burgled,  have security systems, cameras and alarms; homes, businesses and government computers install security software even though they have never been hacked.  Why?  They prevent robberies, burglaries and hacking.  In private business this is called Risk Management.

Terry Hamilton

Self - County Election Clerk

Fredericksburg, TX

I oppose the following sections in this bill:

Art.2, Sec. 2.01 (a)(b): Simply put, give the county clerks only one day to make notifications of "Abstract of Death" or "Abstract of Probate" isn't always feasible. The County Clerk's office isn't always in the same building as the Voter Registrar and it could take a few days to get those reports to the Voter Registrar.

Art. 3, Sec 3.01 (g): By removing the Precinct Judge's authority over Poll Watchers that is setting the scene for confrontation at the polling place and at Central Count. The term "Poll Watcher" is just that, a person who is "OBSERVING the PROCESS" not

Printed on: April 9, 2021 11:06 AM

trying ti "INSPECT" or "CONTROL" the election procedures.

Art. 5, Sec 5.05 (Sec 276.015 (a)(b)(1)(2): In communities where there is a large older generation of voters, who regularly vote by mail, it is a customer service act to send them an application to vote by mail at the beginning of the year. To take that away from these voters (who are over 65) is excluding a class of voters and that could be looked on as voter fraud. Then to punish election officials for reaching out to these voters to include them in the election process is just plain wrong.

Election Officials are to be "Neutral" during the election process. Every legal vote should be counted. By allowing poll watchers, who have NOT been vetted and are NOT "Neutral" but represent candidates, to have control of the election process then asks the question: "Was every legal vote counted or was the counting slanted to favor a particular candidate?"

The state purpose of this bill is ensure "Election integrity and preservation of the purity of the ballot box", however what I see is a bill designed to break down the structure of the election process and open the doors for election fraud. In Art. 1, Sec. 1.0015: it is stated "that the provisions of this code shall be applied evenly". I only see in this bill provisions against "Public Officials". This bill doesn't apply to "Non - Public Officials" that are allowed in the polling places. If this bill passes, it will be harder and harder to get people to work elections as public officials or as poll workers for  the fear of having to deal with uncontrolled poll watchers. If anyone thinks that all poll watchers play nice and follow the rules, they are delusional and should not be in public office.

I urge that this bill be killed in committee and sent back to the drawing board. Invite election officials (not the Secretary of State election officials) AND poll watchers to the table to find a better way to deal with these issues brought up in this bill.

Michael Scheriger

self, retired

Sidney, TX


I support the passage of HB6.


Mark Smithgall

self/engineer

The Woodlands, TX


I have major concerns with the integrity of the 2020 election.  I would like to see continued efforts to ensure that our votes are being counted fairly, with integrity and transparency, and reported justly with zero tolerance for fraud.  Thank you for considering this bill.

Amanda Craig

Self

Conroe, TX


My vote did not count during the November election and I went through hell to get to the voting office to vote in person. I got a letter saying they could not verify my residency. I think that is utter crap. I should be able to show my driver's license and social amd have my voice counted. Period. Just do a double check that im voting twice.

Linda Silva

Self (ESL Instructor)

San Antonio, TX


This bill goes a long way to ensure election integrity going forward, but please also consider adding a voter identification requirement for mail-in and absentee ballots as well as routine verification of voter rolls and new registrations.  Thank you.

Printed on: April 9, 2021 11:06 AM

Deirdre Parry

Self

Flower mound, TX

Voter fraud is out of control in this country. Citizens have lost faith in the process. It is incredibly important that we restore faith in the system by increasing the penalties for breaking election laws and enforcing those laws. We need to bring integrity back to the system an make sure that one party is not counting the votes behind closed doors without representation from both parties.

Phillip Wendling

architect

Richardson, TX

Please pass HR6 in order to assure legal citizens fair and accurate elections. No mail-in ballets unless requested with the proper identification that can be verified before election day.

Shari Hammond

Self

Round Rock, TX

In my opinion cheaters should be disqualified. Voter fraud is rampant in this country and it all leads back to the candidates. Disqualify them if they cheat.

Cheryl Vaglienti, MS

Self/ retired

Austin, TX

Voter ID mandatory, clean voter roll list from moved, dead, jailed illegals etc.

Janet Gowling, Ms.

Self

Little Elm, TX

It's past time to secure the integrity in our election system since the train wreck we saw this past presidential race. Every legal citizen has identification and only that should be used to vote, even for mail in ballots. Stop letting a group contaminate our process for their illegitimate candidate and greed.

Debra Damman

Self

Austin, TX

Please support this bill. We want our elections safe and secure. We want voter ID, it is not racist- do not buy into that, if ID's are racist then we do not need DL or CHL's, library cards, etc. We would not need to show our pictures when pick up our purchases! Our voting is a sacred honor citizens of the US have. People died for this right! We are a blessed nation and unless we protect this right we will lose this nation and our freedoms. WE are a republic, WE are trusting you as our elected officials to protect and enforce our constitution. That means tightening up on our voting laws. We do not want it make it easy for others to cheat. We need secure the transport for the absentee voters. Tighten down on who can get these and secure their ballots. Even in times of a

Printed on: April 9, 2021 11:06 AM

pandemic, these laws need to apply and not change. Voting laws remain the responsibility of the legislative body, not the Gov or Sec of State.

Julie Taylor

Self

Driftwood, TX

As we saw, and you can try to deny it, there was election and voter fraud in the 2020 election. We have already had arrests in Texas for this very thing. Putting election integrity laws in place is not racist, homophobic, or whatever else someone may call it. To assume that any certain group of people can't get an ID or bring their own water is in itself racist. Don't cave to the communist that want to take over our country. Stand tall be proud and know that every other country in the world has voter ID. Additionally, Rasmussen put out a survey on 30 March 2021 stating that 69% of black Americans support voter ID, 74% of white Americans support voter ID, and the other races support voter ID by 80%.  Listen to the voice of the people who put you into office, the people you WORK for. Our elections are sacred to our Republic and should not be infringed upon or stolen.

Thomas Kozakis, Mr.

Self - Procurement Manager

Katy, TX

Please support this critical state bill.

Loren Stevens

Constitutionalist

Arlington, TX

We are fed up with the deep state.

Sharon Venable, Mrs

Self..retired

Wellington, TX

We in Texas must resist the socialist 'a attack on our free elections.

Cari Henderson

Self

Sunnyvale, TX

Opposed!!

Michael Vaughn

Self - Retired

League City, TX

To the extent that State Representative Briscoe Cain's House Bill 6 (HB 6) promotes/encourages in-person voting (which is more secure), prohibits the distribution of unrequested vote-by-mail ballot applications, bans ballot harvesting, and improves election integrity and transparency by improving poll watcher access, I wholeheartedly endorse and support this bill.  Further, this bill would further strengthen election integrity if verifiable identification were required for all in-person, vote-by-mail, and absentee

Printed on: April 9, 2021 11:06 AM

voting, and routine verification of voter rolls and new registrations were added to this bill. I respectfully request these modifications be made and that all representatives support, promote, and vote in favor of this bill.

Gerri Tehan

Citizen of Texas and USA

Irving, TX

It is extremely important to protect our right to vote from voter fraud, especially after the many arrests that have occurred since 11/03/2020 in Texas and the USA related to this issue.  Please do everything possible to make sure future elections are as fraud-free as possible.  This is very important regardless of party affiliate.

Joan Yated

Self, Homemaker

Valley View, TX

This bill is critical to Texas and the nation, especially in light of our most recent fraudulent Presidential election.  We the people want assurance of election integrity!  My family (4 legal voters) asks you to please make this bill high priority!  Thank you for introducing it!!

Judy Artall

Self - Retired

Austin, TX

We need to keep voter ID and no mail in ballots unless you request vote by mail.

James Keith, Mr.

Self

Henderson, TX

Dear Legislators,

I have very strong attitudes against allowing any vote that cannot be vetted by a confirmed identity check. ID confirmation is MANDATORY in every aspect of our lives today. Why should.our right to vote be any different? I, my friends and colleagues see monitoring closely the decisions and actions of our elected officials. We ask that you give this  much needed due diligence.  Yours Truly, James Keith

JERRY INGRAM

Self

Grand Prairie, TX

Election integrity is paramount to citizens knowing their voice is being heard. The radical HR-1 bill at the Federal level is the road to a tyrannical government.  I will not support any member that supports this bill eroding our freedom and liberty.

Kathleen Caso

self retired

Bastrop, TX

Printed on: April 9, 2021 11:06 AM

Without Election Integrity here in Texas, its citizens will be subjected to voter tyranny as observed in the 6 questionable states during the
2020 Presidential election. I want my vote to count. I want candidates to be fairly elected. It is my Constitutional right to expect the one-person-one-vote rule to stand.
 It is unconscionable to me to believe that mail-in ballots mailed to voters who haven't requested them are a standard for voter integrity.
This is American, not Venezuela. Please pass HB6.

Marianne Dawes

self

Houston, TX


I have been an election judge since 2016.  I am happy to see HB6 put forward.  We have enough laws; putting teeth on those laws is what is needed in order to deter behavior which is obviously wrong.

John Barry

Self

Harker Heights, TX


I wish to support HB6. We definitely need to find a way to insure that we have secure and fair elections here in Texas. Voter ID is very important to insure that those voting are legal voters. Voting by mail should be limited to those who are unable to vote in person.

Stephanie George

Self- small business owner

Plano, TX


We must hold the process to the same scrutiny we would expect of our leaders. Above reproach so we can guarantee a free and fair election to all sides or we are playing at theater and will never have the trust of the people. The is no requirement for that without consequence as power always seeks to deceive until caught and then punished.

Tom Duncan

Self, retired

Irving, TX


I am in favor of this bill.  As a voter nearly denied the ability to vote by a poll worker who tried to make me to leave the polling station for the November 2020 election because I wore a non partisan hat which had the words "American Patriot" printed on it, I believe elections must be fair, honest and verifiable.

Diane Hall

self

Bulverde, TX


Please support HB6.  Without election integrity, we will not survive.  You know that a Government issued ID is required to buy a beer, fly on a plane, rent an apartment, get a job, get government benefits, pretty much anything important.  If people of color want those things, they seem to have access to an ID.  So why is the requirement to present an ID to vote, one of our most important responsibilities, considered racist and disenfranchising to voters of color?  I think that is just an excuse to allow voter fraud.  Texas should not bow down just because the liberals cry that something is racist.  Election integrity is critical to our

Printed on: April 9, 2021 11:06 AM

remaining a free republic.

Philip Campbell

self

Houston, TX

With the questionable actions seen in other states during the 2020 Presidential election, some of which are just coming to light as the courts and legislatures are taking a look at the claims, it is imperative that Texas strengthen the election integrity for the preservation of the purity of the ballot box. The absence of an open and honest review of the election fraud claims and the silence of the national media over any possibility of fraud has been maddening and Texas must stand apart from the other states and stand for honest and fair elections. The penalties for violating the laws and for undermining the confidence of Texans in the voting process must be severe enough to be a deterrent to actions of fraud and corruption. When you lose the integrity of the election process, you lose the pride and commitment to working to keep Texas great and to keep the corruption from entering your house. Your jobs as legislators is to keep Texas great and honest thru the legislative process. Only those who are legal residents of the state and are qualified to vote should be allowed to do so. No one who is qualified to vote should be prevented from doing so regardless of skin color race or religion; but no one who is not a citizen of the State, not a qualified voter and not a voter on the days of the early election provisions and the day of the election should be allowed. Ballot harvesting and mail in ballots, ballots that are received and are counted after election day open the election process to fraud. These actions must be prevented, and we are strongly urging you to be committed to making laws that do so.

Marla Denham

self

Benbrook, TX

As a United States Citizen and proud citizen of the great State of Texas, I would like to add my voice to those who believe that elections should be above board, fair and free of fraud. There is absolutely nothing illegal or immoral in requiring some sort of proof of your identity and your validity to vote in any state. As many have said, there isn't much you can do in society that doesn't require some sort of id: examples would be - registering for school, getting a library card, owing an automobile, opening a bank account or applying for a loan, getting a job, getting a drivers license, the list is exhaustive.
Those that would try to say that this requirement is some sort of way to disenfranchise any group is being dishonest - any group of people has the means and the intelligence to obtain this identification; and there is help for them if they can't.
Please do what is right and honorable and pass this legislation to assure the honesty and integrity of future elections in Texas.

Joey Burmeistser

Self (Engineer)

Haslet, TX

HB 6 is a great start at strengthening the security and integrity of voting. I also recommend adding the following to the bill:

1. Require voter identification for mail-in and absentee ballots.
2. Require routine verification of voter rolls and new registrations.

By requiring voter identification for mail-in and absentee ballots, we will protect the institution of voting from the potential and real threat of individuals and groups submitting fraudulent ballots who are not permitted to vote within the region the votes are submitted.

By requiring routine verification of voter rolls and new registrations, we ensure accurate records of living U.S. citizens who are legally eligible to vote in the regions in which they reside. This action protects the integrity of each U.S. citizen's vote for the election cycle in which they cast their ballot.

Regardless of one's views on whether voter fraud is real or not, these additional measures go a long way to instill confidence in our voting system and assurance that we are doing everything possible to protect our legal votes per the Constitution.

Printed on: April 9, 2021 11:06 AM

Kassandra Copp

self - farm/ranch owner

Ponder, TX

I fully support HB 6 by Cain. Ensuring election integrity is the only way to preserve our freedom. Please vote yes for this important piece of legislation.

Marlene Graham

retired

Richaredson, TX

I want picture ID to be able to vote!!

clint hart

Convention of States

Colleyville, TX

How on earth could anyone be against protecting the sanctity of the most important right granted to American citizens ? Any person protesting this bill or any like it , that protects our elections , should be expelled from our state AND our country. If this bill had been in place on the national level we would have the President we all voted for. Eighty plus million of us are pissed off and we are not going to let it go. Do the right thing or pay the political price. Don't California my TEXAS!

Lisa Atkinson

Self

Cypress, TX

My testimony: My name is Lisa Atkinson, citizen of Texas. Thank you, Chairman, Vice Chair, and Committee Members thank you for for the opportunity to share my thoughts.

I have voted on paper ballot. I have voted on several types of voting machines.  I am aware there have been arrests and sentencing over voter fraud in our state and states across America over the course of time and most recently in the Nov 2020 election and we still have pending cases to resolve!  The cost of a vote is priceless yet our history documents blood and life have been given for the privilege to cast a vote. I do not take that fact lightly. I am a patriot. The freedom to express your individual voice is powerful and it should be protected. Your individual vote should match YOU and only You.  A simple truth.  If mankind were not a sinless population there would be no need to reach out.  Unfortunately mankind is infiltrated by greed, deceit and power hungry.  It is a sad reality of today but with proper photo identification we have an option to prevent stop voter fraud.  To show a photo ID is not a hardship.  The burden placed on the voting public to deal with hyped up charges of discrimination caused by voter photo ID requirement is a cry that has outlived itself not to mention the costs to expose and carry out Justice  over fraud that is preventable. I for one am tired of an ongoing problem that is solvable.

•	Are dead people suppressed by being removed from voter rolls and why can't we have consistent rules on this across our state. Their vote suppressed?  Death supersedes......
•	How does an audit trail on issued and spoiled ballots suppress the vote?  Checks & balances - routine and should be a standard.
•	How does preventing a judge from removing poll watchers without good reason suppress the vote?  We should not be afraid to walk in a voting location.
•	How does giving a poll watcher more transparency into custody transfer processes suppress the vote?  If anyone is against this, it feels like they are trying to hide something.
•	Doesn't protecting vulnerable voters from predators trafficking ballots secure the vote?  Paramount !

Printed on: April 9, 2021 11:06 AM

• How does increasing penalties as a deterrent against fraud suppress the vote? According to Progressive claims fraud doesn't exist. If that is true, then why should they care if penalties are increased anyway?
If any voter suppression is found in HB6 it has to do with suppressing invalid, illegal or corrupt votes or voting processes. This is common sense legislation, supported by a large majority of Republicans and many Democrats.

Please restore confidence in our elections by supporting HB6. Thank you for your time.

Sharon Chen

Self

Spring, TX

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Philip G Emerson, Mr.

Self

Pearland, TX

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting
Increase poll watcher access (improved transparency)
This is a commendable start by the House, and can further be improved upon by:

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations
My mother voted in person for the 2020 elections she turned 90 in January 2021.

J Ernest Bradshaw

self Cattle Farmer and Trucking

Jefferson, TX

I think you should be and prove the fact that you are a citizen of the U S and the State you are voting in by showing a photo Id before you can register to vote and when you vote  J Ernest Bradshaw

Steven Clark

Self, real estate development

Weslaco, TX

Election integrity is the foundation of our democracy. It is important to approve and pass associated rules and laws that support and strengthen this foundation. The following thoughts are presented:

The persons voting should be legal citizens, competent, informed, and show proof of identification prior to casting a ballot should be confirmed. Such validation should initially occur well in advance of the election event and no "same day" registration should be allowed.

The administrative election staff should be similarly validated, informed of the rules and regulations of their respective responsibilities, and their actions should be transparent and accountable. Equitable respect and courtesy should be shown to all persons and treated fairly allowing each to do their respective jobs with professionalism and collegial accommodations.

Printed on: April 9, 2021 11:06 AM

The casting of the ballot should be made with sound and certifiable equipment and systems free to any prospect of tampering and manipulation, physically or electronically. These systems should be rigorously evaluated and tested prior to the election event, and certified.

The environment of the election location should be convenient, clean and safe with clear and concise directions.

Once the ballot is cast it should be properly counted, tabulated, and held in archive for a reasonable period of time for purpose of possible need for audit, study and research.  The results should be certified for its accuracy and properly communicated to the public through reasonable means and utility.

I pray that reasonable persons of USA and State citizenship will enjoin together to enact such laws and regulations and to maintain this election integrity objective well into the future

Thank you for your efforts. Steven Clark Weslaco, Texas

Sylvia Elliott

Self

comfort, TX

I am in full support of this bill to ensure a fare and honest election! We must show ID to be able to vote. Anywhere you go airlines or Dr. We mi
Ust show ID so we should when we vote.

RUTH GARD

SELF

FORT WORTH, TX

We The People must take a positive FIRM stand to ensure election integrity and the preservation of PURITY OF THE BALLOT BOX through the prevention of any and ALL fraud in conducting an election.  Therefore, we must take action and formulate a sound plan that there WILL BE substantial increase in criminal penalties; as well as acknowledgment that FRAUD is a CRIMINAL OFFENSE.  YES, FRAUD is a CRIMINAL OFFENSE.   Passing HB6 will send a strong message to ALL House Committees:  TAKE HEED... do NOT commit FRAUD.  PASS HB6.

Irby Ford

IRBY M FORD & ASSO P.C.

PFLUGERVILLE, TX

I have not read your bill but a photo ID and proof of citizenship should be required.

We shall hope that House Bill 1 (Corrupt Politicians Bill) does not cause a problem

Terry Card

Precinct 223 Chairman, member Galveston Pachyderm club, Assoc Member GRW

Galveston, TX

We must demand I.D. to vote whether in person or by mail in ballot which should be restricted to the time required for USPS to deliver the ballots. There should be NO BALLOT HARVESTING ALLOWED - PERIOD!

Jerry Potts

Republican

Printed on: April 9, 2021 11:06 AM

Deer park, TX

Stand with cain

Megan Ortega

St Joseph Regional Health Center

Bryan, TX

I strongly agree we need to keep our election integrity paramount. Please guard our liberty by ensuring election integrity in the State of Texas

Michelle Clark, SGM(ret)

Self

Bastrop, TX

After working a few elections, I find it very important that only legal Americans vote in our elections.  We need definite security so that votes are not stolen.

Al Barbosa

self

Humble, TX

As a lifelong resident of Texas I believe that this bill is critical  for fair and lawful elections.

Joseph Glisan

Self

Simonton, TX

Protecting our election integrity is of the upmost importance.  PASS HB 6!

Michael Pritchard

Self/retired

Blackwell, TX

-No ballots mailed unless requested by a registered voter with a valid ID and signature verification and a valid reason to not vote in person.
-No dominion voting machines/software or other machines that are managed/run or can be accessed outside the state of Texas.
-Purge voter roles.
-No drop boxes.
-Prefer only election day voting and the last day of voting is election day and results tallied by midnight on election day.

Robert Fello

Self/ Health Care worker

Grapevine, TX

As a concerned citizen I urge you to bring this bill to vote. I believe voting is a sacred duty and privilege for citizens only. The fraud that has been going on is a disgrace. Please pass this legislation so that law abiding American citizens, Texans can believe

Printed on: April 9, 2021 11:06 AM

their votes count. Thank you

Karen Fruge

Self

Spring, TX

True and accountable verified voting much be assured, otherwise it is a failed system and serves not the people

Jana Stevens

Self - Certified Shorthand Reporter

Dickinson, TX

Please vote to SUPPORT HB 6.  We must do everything to prevent election fraud, preserve and protect election integrity. This is vitally important!

Thank you for your consideration.

Kim Farlow

Self

New Braunfels, TX

The Honorable Chair of the House Elections Committee Cain, Vice-Chair of the House Elections Committee Gonzales,  and Members of the Elections Committee Representatives Beckley, Bucy III, Clardy, Fierro, Jetten, Schofield, and Swanson:

My name is  Kim Farlow and my zip code is 78130. I oppose HB 6. This bill would make voting harder for everyone, but especially for disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. I am an election judge in Comal County. Every election, I witness the frustration and anxiety from voters who are required to cast a provisional ballot due to issues caused by the unreliable system at DPS and thinking that they had registered online only to find out they needed to print , sign, and return the voter registration form to their county elections office. Numerous voters had moved after the voter registration deadline. As an election judge, I firmly believe voting is the bedrock of our democracy and our democracy will be stronger when more people vote. HB 6 would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.
Thank you for taking action on my comments,
Kim Farlow
Comal County Elections Judge

Leslie Isbell

Family

Conroe, TX

We urge the Elections Committee to adopt this bill. It is desperately needed and long overdue.

John Steller

Self (Family)

Mckinney, TX

This is Common Sense Legislation.   Knowing unlawful actions to influence the dynamic of an election (from either side) has consequences shouldn't be something of a surprise, nor be contested.  Stand for what should be!

Printed on: April 9, 2021 11:06 AM

Mark Lester

Self

Victoria, TX

The future of our Republic is at stake . I SUPPORT THIS BILL !  And you should too !

Kevin Fleuret

Self

Windcrest, TX

The integrity of our electorial and voting system underpins our core rights and responsibilities as citizens of the great state of Texas. I admit to feeling minimized due to what I believe is unlawful voting at significant enough levels to influence of elections. I support HB 6 and would hope you would support my rights to have my vote count in it's proper measure by enacting additional safety measures to protect our legal votes.

David Sims

self - retired

Huntsville, TX

This bill is of utmost necessity to preserve and protect our elections integrity.
Voters deserve and demand elections that are trustworthy.
Without election integrity, the democracy process of electing officials and voting on public interests
will destroy our Republic and the constitutional protections thereof.

I compel you all to approve and vote this bill, HB 6 out of committee.
It is urgent that the Senate vote and pass this bill.

Robert Straiton

Self

Corpus Christi, TX

Vote Yes on HB 6  to safeguard the integrity of our elections.  This bill covers many potential cracks in our system, to include:
-maintaining accurate voter rolls by ensuring deceased individuals are identified and removed in a timely manner;
-ensuring poll watchers are not removed from polling places for frivolous reasons;
-clarifying laws and identifying criminal activities and reigning in and defining vote harvesting activities.
This is a very comprehensive bill which I fully support.

Danny Montgomery

Conseritive

Lometa, TX

voter ID and vote in person. must pay taxes

Denna Ingram, Dr.

Self

Ponder, TX

Printed on: April 9, 2021 11:06 AM

Only legal residents should be able to vote, having to prove residency by photo ID before being allowed to vote. Mail in ballots should only be for deployed armed forces with proof of ID certified by postal employee soon mailing. Voting fraud should be punishable and not over looked. Votes should only be placed by the voter, if they can't read English then they have no business voting in our country. If they voted by mail then that vote must be canceled prior to voting in person. No double voting allowed. Only natural born American citizens should hold ANY political office.  ALL political offices should have term limits, no exceptions! Politicians should only be paid while in office and can not vote themselves raises. Nor should they be allowed to push any government  contracts to any family member or friend.

   No treading on citizens rights! Including the right to bare arms.


Brenda Damer

Self.  Retired

Liberty Hill, TX


I am for this bill.  It is not suppression of votes, but will help prevent fraud.  Requiring a governmental ID is not a hardship.  Providing proof of who we are is practically a daily occurrence:  cashing checks, getting a job, checking out a library book, and so much more.
Cleaning up voter lists is also a must.  For those who for some reason don't have an ID, let's work to help them get one.  We need to have confidence in our elections.  So, please pass this bill.


Tara Awezec

Self - Retired

Lucas, TX


I"m commenting in support of HB 6 for the following reasons:

1) Bad actors have taken advantage of holes in the electoral process to alter the balance of elections, especially at the local level. This bill seeks to address these issues by:
  * Strengthening poll watcher protection
  * Limiting the most common fraudulent practices and opportunities for fraudulent practices pertaining to ballot by mail applications, mail in ballots, and voter assistance
  * Providing better and more timely evidence in investigations into alleged voter fraud.

2) HB 6 also contains increased penalties for election law violations along with clear checks and balances for paths to prosecution for offenders.

US citizens must believe that our elections are fair, open and free of fraud; unfortunately, this is currently not the situation.  Voter fraud does exist as evidenced by The Heritage Foundation's database of fraudulent activities across the US.  Texas must step up to reduce the likelihood of such activities in our state.  Please lead the way in this charge by supporting this HB 6.


Respectfully,

Tara Awezec
US Citizen of the State of Texas


Cindy Forson

COS

Georgetown, TX


Election integrity is most important!


Connie Smart

Printed on: April 9, 2021 11:06 AM

Self

League City, TX

The right to vote is one of the most important freedoms we have. Ensuring legal and valid votes are secured via identification is the only safeguard that provides these assurances. I strongly support and urge passage of this bill. This benefits ALL people and is the right thing to do. Regards, Connie Smart.

MSG SMITH

chucks_32

El Paso, TX

I am in favor for this bill. Election integrity is paramount to safeguard the faith Texans have in those we elect to office. If we loose the faith in our vote, we may loose interest in the whole process.

Merrie Suzanne Miller

self - retired executive management consultant

Katy, TX

I am asking you to support and pass HB 6. As a proud US citizen, I recognize that it is vital to our magnificent country to preserve the purity of the ballot box, so that elections will not be questioned and all of us can know that our elected officials are fairy elected. We must have confidence in the legitimacy of our public officers. I had the honor of being a Poll Watcher for the Nov 2020 election, and again for a local run-off election in January 2021; this is a role I think is similar to "dual control" in business. It is critical to have a system - supported by laws and consequences - in place that ultimately protects the poll workers, judges, and all election workers from being accused of illegal activity. HB 6 provides this protection by allowing "dual control." Many banking, fiscal and financial systems have dual control - policies and legal requirements requiring a third party to review actions. Businesses must have outside audits to validate their financial transactions/records. This is simply smart business practice, which has been in place for many years. Business people are not offended by these requirements nor do they interpret these laws as an implication they cannot be trusted. The same type principles - through laws, with appropriate punishment when broken - should logically be applied to our election process as well.

Sandra Mercier

Self

Georgetown, TX

I am in full support of House Bill 6 which is necessary to protect the integrity of our rights to

Coby Perkins

Self / Texas Residents

Amarillo, TX

As a lifelong resident of Texas, I am submitting comments to all committee members. It is unconscionable to allow the election fraud that this country saw during the 202 presidential election. Changing voting laws, allowing voting machines to be connected to the internet, preventing lawful observers for vote counting, the list goes on. I am absolutely appalled at the corruption and blatant disregard for existing voting laws that we have recently seen in this country. It looks like those who have sworn an oath to defend the constitution against all enemies have looked the other way and should no longer be trusted to hold public office. Please do everything in your power to STRENGTHEN AND PRESERVE ELECTION INTEGRITY for future generations. Respectfully submitted, Coby Perkins

Georgia Keysor, Ms.

Printed on: April 9, 2021 11:06 AM

Self - Retired

Austin, TX

Please vote against HB 6.  Fair elections depend on dedicated people to ensure that the process works for all. I trust election officials to make voting easy.  HB 6 complicates the experience and makes it a nightmare for many, especially election judges, county clerks and volunteers, also known as your constituents.  HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers. It makes voters feel less safe by allowing recordings and picture taking in polling places. HB 6 makes it more difficult for voters to maneuver the state's already complicated system.

We saw great enthusiasm in 2020 and celebrated significant increase in voter turnout, despite all the challenges. Texas election officials believe the results accurately reflect the will of the people.  The League of Women Voters and I urge you to reject this bill.  There is no need to resurrect Jim Crow or lynching in the 21st century.

This bill is a slap in the face to every elected county clerk, their employees and every volunteer who worked to make our 2020 General Election free from fraud.  Although each member supporting this bill apparently saw rampant and massive voter fraud in their home counties, it was an illusion.  A BIG LIE.

This Republican Legislature was the sole architect of the Texas Power Grid.  You intentionally built fraud, cronyism and corruption into the system.  Your stewardship over our power grid caused over 100 deaths and countless billions in property damage and lost revenue.  Ask Samsung, who is just now starting to resume operations.  The whole world was watching, and no doubt, evaluating whether or not Texas is a good place to do business.

We know that over the years, this Republican Legislature slashed and burned appropriations for our public health systems, which is why our response to COVID, along with our pathetic vaccine administration, has made Texas a laughingstock.  And now, you want to bring the same chaos, the same corruption, the same cronyism to our elections.  We know that this bill will result in busloads of Austin bureaucrats sent by the governor to take over election operations in each one of your counties, not only putting your own County Clerk out of office, but also removing all their staff.  Local employees being replaced with the governor's friends, relatives, and especially, donors.  Thanks to you.  Where will you be on that day, Representative? Cancun?  Since this Republican Legislature slammed local city and county  governments with a revenue cap last session, you have yet to see an unfunded mandate you don't like.  Your constant attack on your local elected officials and public servants is stunning.  Your proposed bills are a thinly veiled attack on cities and counties. I ask the members to estimate the percentage of their voters who live outside city and county limits.  Think before responding.  Just say NO to JIM CROW.  Thank you for your time.

Sue Piner, Republican Chairman Vomal County

Comal County Republican Party

New Braunfels, TX

Texas Elections must follow Texas Election Law.
Fraudulent Voting must be heavily punished

Anthony Gelotti, Mr

Patriots

Fulshear, TX

We must have voter ID nationwide and control of the border and illegal immigration

Sharon Titus, Ms
None

Lufkin, TX

Why is it that IDs are required for ill important matters in this country except voting?

Printed on: April 9, 2021 11:06 AM

Tonya Barr

Self/cosmetologist

Burleson, TX

If we are ever to believe in a fair election these steps must be insured. If "We The People " are to keep our republic and stop the descent into communism it must happen now! We will NOT allow it! The infiltration into every part of our society ids frightening and sad. We will not be silent anymore. More and more have woken up and will no longer sit idly by and be complacent. Beto is a freak and should be removed from any part of control over our republic and teaching our children! Disgusting

Russell Hughes

Our family and community

leander, TX

If we don't have Election Integrity, what do we have? There should be no excuse left for allowing it. None.

Rachel Schimpf

self

Plano, TX

My family and I are 100% in favor of this bill. It is VITAL to free and fair elections in Texas that we have stricter procedures in place to prevent the unprecedented voter fraud that we've had for the last several elections. The people have to be able to trust that are elections are being done accurately, and that voters are who they say there are, and each voice has one vote. Our current system is ripe for voter fraud. Democrats seem to want stricter control over every aspect of our lives, from our health care, to our guns, freedom of speech, to vaccine passports, but they seem to find any common sense regulation control of fair elections to be out of bounds. That tells us everything we need to know about their true intentions.

Ken Madsen

Self

Round Rock, TX

This bill should also include the requirement for voter identification for absentee ballot
Mail-in ballots should be banned.  It makes voter fraud very easy, especially without voter identification and signature certification
There should also be routing verification of voter rolls and new registrations.  Make sure dead people aren't voting twice.

Taylor Karbach

Individual taxpayer

Manchaca, TX

Texas needs to have fair and open elections, especially after what happened in other states during the 2020 election. Voter confidence is at an all time low and suspicion of fraud a high. Texas needs to be the leader as we always are and safeguard every vote. This means counting every legal vote and making sure every vote is legal. We need voter verification to accomplish this and restore confidence so there is absolutely no doubt in the outcome.

Sherry Daugherty, Mrs.

Self

North Richland Hills, TX
Printed on: April 9, 2021 11:06 AM

I am for HB 6 since we do not have much confidence in elections.  Voting is a sacred privilege that needs to be defended.  This should be a non partisan issue.

William Lippe, Mr

Self

San Angelo, TX

I am firmly pro legislative steps to add purify steps to tighten election purity. Steps that would:

Encourage in-person voting, which is more secure,

Prohibit public officials from distributing unrequested vote-by-mail applications,

Ban ballot harvesting,

Increase poll watcher access (improved transparency),

and make certain vote count is above reproach and only count "legal citizen qualified" votes are counted!

True the vote!

Patricia Eaves, Mrs

Self- Nurse Retired

Spring, TX

As a concerned voter This bill gets my support !
The voting process as well as the vote itself must be protected from any or all possibilities  of fraud by those who attempt to do so !
Thank you

Keith Hodnett, Mr

Self. Retired

Dallas, TX

 Add voter id

Walter Parker, Mr.

Self Technician

Anna, TX

I would like to express my concerns with regard to any such relaxation of election rules. Ballots by mail should be called by decades long standing rules, absentee ballots.
Voter identification should be mandatory. The legal age in my humble opinion should be raised to at the very least, 25. Felons forfeit their right to vote untill all state or federal punishment has been satisfied, probation, parole, etc.
One must be a US citizen for say, 8 years, before gaining the right to vote.
One must be alive.
Ballot harvesting should have penalties increased to better discourage the practice, which would be moot with regards to previously stated.
My right to vote is a sacred right and should not be made less by the leftists ideology.

Printed on: April 9, 2021 11:06 AM

Thank you for your consideration,
Walter Parker

Rebecca Gross

SELF - RETIRED

Boerne, TX

To Whom It May Concern:
Unfortunately I will not be able to attend the session on Thursday, April 1, due to traveling for Easter, but completely support HB6 and election integrity.  All Americans, both Democrat and Republican should stand for 1 American, 1 vote and nothing less!  Anyone trying to subvert this principle should be punished to the fullest degree.  Pass this bill.

Respectfully,
Rebecca Gross

Tanya Dosher

Self

Fredericksburg, TX

I support HB6.  As Texans,  we need to be able to trust our election process.   We need to lead by example.

Maria Nicholas

Self - CPA

Farmers Branch, TX

I support State Representative Briscoe Cain's House Bill 6.  I believe in-person voting is more secure.  Voting should be held on one day, not weeks of early voting.  Ballot harvesting needs to be banned.  Poll watcher access needs to be increased.  Public officials distributing unrequested vote-by-mail applications must be prohibited.  In addition, voter identification for mail-in and absentee ballots should be required.  There should also be routine verification of voter rolls and new registrations.  I urge the committee to add these reforms to House Bill 6.

Diane Zornow

Self retired

Bulverde, TX

Please add voter id required for mail-in and absentee ballots, frequent voter roll review, and heavy punishment for voter fraud. Thank you!  Let's get this passed!

Beverly Skinner-Wells, Ms.

bwellsono@gmail.com

Hideaway, TX

Please keep Texas voting and registration process by ID. Texas Driver's license. Tax bills etc. Increase criminal penalties, create key legislation to protect us against over fraudulent behavior.

Margaret Colia

No organization, a born/ raised Texan

Ft Worth, TX

Printed on: April 9, 2021 11:06 AM

It's Constitutional.. it's a right we have as Americans, and it's about enforcing the law

Dorothy Bennett

Personal

N.R.H., TX

Lets, try to keep elections fair and really the wish of the people.

Judith Balch

Self (retired school counselor)

La Grange, TX

HB 6 causes confusion and unnecessary hardship for voters who legitimately need assistance at the polls. It threatens volunteer workers with criminal penalties making it more difficult to find those willing to serve. Giving partisan poll watchers unwarranted authority jeopardizes the legitimacy of the polling environment  by allowing them to interfere and intimidate the officials. The bill unnecessarily limits the ability of voters to access applications for voting by mail.  I believe based on reports by election officials in the 2020 election that these restrictions are unnecessary for voting security and they represents an unjustifiable attack on voters and voting officials. I urge you to vote NO to HB 6.

Richard & Gloria Pickle

Self

Cypress Mill, TX

We believe that election integrity is the first and most important subject for the current legislature. We appreciate the work being done and encourage requiring voter identification for mail-in and absentee ballots as well as routine verification of voter rolls and new registrations be added to the bill.

Richard and Gloria Pickle

William Lippe, Mr

Self

San Angelo, TX

In addition to earlier submission the passed and signed bill must:

Requiring voter identification for mail-in and absentee ballots, and

Annual Routine verification of voter rolls and new registrations!

TRUE THE VOTE!

Thank you.

Rodney Bennett

self/retired

N.R.H., TX

I would like to see only registered voters voting...

Printed on: April 9, 2021 11:06 AM

Jodi Brinson

self

Rhome, TX

I support the passage of HB6 because we deserve free and fair elections in Texas and across the U.S. The horrific results of the farce election of 2020 has shown that too much debauchery can be done by cheating and it must be rectified so it cannot happen again.

Jamie Leat

Self

Haslet, TX

I am appalled at the election fraud that happened in the 2020 national election. I am deeply distressed at the lax rules many states have regarding our sacred right to vote. If states require in-person photos and address certification for a drivers license, why are these same expectations not required for voting? And a verified citizen should have to vote in person. A US citizen should honor the privilege of voting by taking it serious and voting in person. Other countries follow strict rules when voting. Why are we watering our voting laws down. Lastly, my vote was disenfranchised by the fraud allowed in our state and in other states. The only way people will stop this criminal activity is to investigate, arrest, prosecute, and jail them. Take away their right to vote as punishment. I watched every hearing that swing states had regarding election fraud after the election.  And no court or investigative entity took up the charge to save our election system. I have never been more disillusioned by our government and government leaders.  And right now, other crooked swing states have the incredible power to disenfranchise most of the other states. We live at the mercy of those unlawful leaders that know how to work their state election system for their own purpose. Texas had better watch out. Dishonest leaders know how to "fix" an election now and get away with it in plain sight! And no one will be able to stop them unless the Texas senators and representatives who are now in office fix it so they can't steal an election again.

Richard Bennett

self/Papa John's

N.R.H., TX

We don't need a mess in Texas like we had this past voting time in the USA.

Teddy Brewer, Retired Msgt USAF

Self

Snyder, TX

We had a system for centuries that in person ballot voting was used. Excluding those assigned overseas. Then mail in ballots were used and was endorsed by a representative of that unit. There was no challenges except for hanging chads. If more than one box was checked or not checked at all it was dealt accordingly. The box not checked was not counted and the box with hanging chads was investigated. I understand why on line voting became a reality, even if I disagree with it. While in California this past September, I was approached a minimum of 3 times to register to vote. I informed them I was not a resident of California. I was told it doesn't matter, you can register here and there and there's no way to verify it. Also the person was being paid 5$ per name. I told him I won't be here to vote. He informed me someone there will vote for me. You can't tell me that the past election had no fraud. Theres no reason in this day and age that anyone can't get a govt Identification. We need to have a mandatory voter ID. Those public officials that are against it are corrupt in my opinion. Give me one good reason a person cannot get a govt identification card. In person voting will also make sure corrupt votes are held to a minimum. It's a shame this country is sided so much. And regardless who's to blame, if we keep supporting immigrants over our poor, sick, elderly and unemployed citizens, there's going to be another revolution. I hear daily things like, I'm against murder but someone needs to take out the President, Pelosi or AOC along with both Democrat and Republican. I served well over 20 years protecting this country and taking an oath.

Printed on: April 9, 2021 11:06 AM

I would have stepped in front of a bullet to protect all elected officials. Now I would step aside. Restore our faith in the election process.

Jimmie Eaves, Dr

Self

Spring, TX

As a senior citizen I have seen a lot of history, but I have never seen the shameful travesty of the recent presidential election. It is essential to the future of freedom that HB 6 be passed.

Linda Waldrop

Self - Teacher

San Antonio, TX

I am a resident of Texas and request that this bill be passed. Election integrity and prevention of fraud as described in this bill is an important issue to ensure the validity of an honest election.

Bennie Mouser

Self

Abilene, TX

We have a Republic which entitles citizens to vote.  I consider the right to vote not only a privilege but also a responsibility.  We the people vote into public office those who we believe will represent our beliefs and values governing for our peace, safety, and good. If elections are a sham, dishonest, and conducted dishonestly, our Constitution has been violated and our rights as citizens have been destroyed. Please vote to send HB 6 forward as it is well written and very detailed to insure honest elections.

Fred Bendall

COS

Chandler, TX

Election integrity. Must be a registered citizen with voter picture ID, no mail in ballots unless proven hardship and legitimate.

Mike Botto

None

Austin, TX

You need ID for covid shots, you should have ID for voting, period!!

Ellen Janey Whitfield

Self

Conroe, TX

Dear Honorable House Committee,
 I completely support HB 6. Without election integrity our democracy is ruined and citizens will not turn out to vote. Please place security once again back into the Citizen's voting power.
Respectfully yours,
E. Janet Whitfield

Printed on: April 9, 2021 11:06 AM

Mary Smith

Representing self, retired

Arlington, TX

My name is Mary V Smith, Arlington, Texas resident.  Am representing myself in my comments and am in support of HB6.

After serving as a precinct  chair, a party delegate, and a worker in elections for many years, my concern for elections is significant.

First the voter poles must be strengthened and corrected to accurately delete those who have died since the previous elections and must verify U.S. citizenship.

Second, stricter rules for mail in ballots must be done as mentioned in HB6.  As is mail in ballots are very vulnerable and must be easy to track.

Third, primaries must be close to be protected.  The process of voting either pole is not helpful or honest.

Sue Kollister

Self / Retired Licensed Specialist in School Psychology

Houston, TX

Today I am writing due to my concerns regarding election integrity. It is my understanding that there are a number of bills being introduced to address current concerns. I would like to express my support for:
• Only citizens of the United States should be permitted to vote; any current voters who are non-citizens should be purged from the voter rolls
• Non-Citizen Matching using the USCIS's SAVE database should be used to identify and purge non-citizens from the current voters' rolls.
• Voter rolls should be updated to purge voters who reside outside of the specified county if they have died, have been certified as mentally incapable or have been convicted of a felony. Exemption should include active military personnel, students away from home, ex-patriots living overseas, or others who would have a legitimate right to vote an absentee ballot.
• Shared Interstate Residency Databases should be used to assist in identifying voters who have moved out of state
• Voter ID must be enforced for all ballots including absentee ballots. A thumbprint verification should be added to the mail in ballot envelope to assist in preventing fraud including ballot harvesting.
• Election software and hardware must be paired with paper ballots to discourage tampering with the voting process
• Bipartisan poll and election workers should be trained to identify and prevent voter and election fraud
• Funding needs to be made available and dedicated to allow full investigation of voter fraud
• Private and corporate contributions, exceeding specified amounts, must be regulated so they are not geographically targeted and are equitably distributed based on voter populations.

Dr. Sue Kollister
8606 Upshur Lane
Houston, TX 77064
(281) 890-7132

Eileen Webb

Self

Allen, TX

PLEASE VOTE FOR THIS.

Joel Bohnsack

Printed on: April 9, 2021 11:06 AM

Convention of states

Lantana, TX

I have to disclose all of my personal information to see a doctor or dentist. To buy a car or a houes. Get a loan from a bank. The list goes on and on.

To vote in the United States of America. The process MUST be beyond reproach! You MUST be a citizen legally able to vote. NO exceptions!

If I can not TRUST the voting systems, procedures, validation of who I am. Then what is the point of any of this!!??

We the people MUST be given a system we can believe in and TRUST.

I personally want a voter ID card with information that has been thoroughly verified and can be compared to a TRUSTED database!

Make me a believer in the system!

Sincerely.

Joel Bohnsack
Lantana TX U.S.A.

Janna Spreeman

Self

Houston, TX

There is a lot of uncertainty with voting and that can't happen. We have to have a system everyone believes in. We can't have another election where officials are changing the rules in the middle of the game or openly violating state laws. And our reforms aren't about what is good or bad for whichever party, but whether voters can have confidence in the integrity of our system.

Jennifer Galle

Self

Luling, TX

Election integrity is of the utmost importance to American citizens.  Presenting a photo ID to vote in elections should always be mandatory & I support HB 6 as it will protect our votes & keep our elections safe from fraud.

Ginger Mayeaux, Director of Public Policy and Advocacy

The Arc of Texas

Austin, TX

Thank you for the opportunity to provide input on HB6. I am the Director of Public Policy and Advocacy for The Arc of Texas. The Arc of Texas promotes, protects, and advocates for the human rights and self-determination of Texans with intellectual and developmental disabilities (IDD). This includes ensuring Texans with disabilities can vote privately and independently with proper access, accommodations, and support.

We respect the intention of HB6 and support election integrity and security. However, we do not support the provisions that impact the ability of Texans with disabilities to participate in the democratic process. Access to the electoral process for people with disabilities matters to all Texans, because public confidence in our system of democracy is based on knowing that all eligible voters are able to participate and have their vote count.

Printed on: April 9, 2021 11:06 AM

We oppose adding unnecessary and excessive requirements for people who assist voters with disabilities (Section 4.01):

The new form that requires additional intrusive information and increasing penalties for unlawfully assisting a voter will cause a chilling effect and complicate the voting process. Both provisions will lead to unnecessary confusion, or even voters with disabilities losing their support person and going without the help they need to cast a ballot as they choose. People such as poll workers, who may not be familiar with support for individuals with IDD, may misunderstand cuing, prompting, and other ways people comprehend and remember information as abuse or exploitation of the voter. However, people with disabilities have proven they are proud of their right to choose who and what to vote for, just like everyone else.

In addition, requiring supporters to provide voter ID violates the Voting Rights Act, and diminishes people with disabilities' right to choose their specific own support. People have the right to choose someone who understands their support needs and allows them to vote as they see fit, not as their supporter may vote. A supporter's ability to do this, is not based on them having a specific form of voter ID. Self-advocacy groups continuously teach self-advocacy skills, including voting rights, and how to make informed choices. However, there is a misconception that people with disabilities are likely to be exploited and need protection.

These provision will reduce the amount of valid voting—not prevent presumptive fraud. The above requirements does not consider the lived experience of people with disabilities and the reasons accommodations were put in place. We urge the committee to work with Texans with disabilities to amend the bill and ensure all Texans have the support they need to vote. Voting is a fundamental civil right as American citizens and as Texans.

I look forward to working with Representative Cain and others moving forward.

John Pringle

Self

AUSTIN, TX

I support HB 6.  Representation of the people is dependent on honest and fair voting procedures.  Giving away ballots encourages voter fraud.

Terry O'Connor

Convention of States

Corpus Christi, TX

I am deeply worried about the potential for election fraud. History, as in the Alice Box 13 incident in 1947, has shown us there is potential for cheating in elections. I feel that if one person illegally casts a vote that negates my vote, that I have been personally harmed.
Please vote foe HB 6. Texas needs it.

Amy Allen

Self

Missouri City, TX

I strongly believe in Election integrity. Without election integrity there's no point in having elections. That's what makes the United States the country it is.

Richie Grant

Arklatex Assessment

Texarkana, TX

Printed on: April 9, 2021 11:06 AM

I ask you to insure
1. Voter ID
2. Hand count votes
3. No mass mail in ballots- they must be personally requested and have signatures and validation.

Mark Matson

NMM ASH III, LLC.

Fort Worth, TX


Voting in all elections should be in person only and require voter ID

Winter Edwards, Ms.

Self/Realtor

Corpus Christi, TX


Vote YES! There can't be anything more important than preventing fraud in our election process, and keeping that process consistent.

David Park

Self

Amarillo, TX


Please be sure to protect our elections for now and the future.  Our lives depend on it.

Debra Kerner

self, speech language pathologist

Houston, TX


As written in HB 6, the right to vote is guaranteed by the Texas and U.S. Constitutions.  HB 6 makes it more difficult to vote for people with disabilities and people who are 65 yrs. old or older be they Republican, Democrat or Unaffiliated.  HB 6 imposes a variety of obstacles to address a problem that doesn't exist.  As an example, article 4 requires people who assist voters (other than election officers) to complete a form giving:

their name and address,
the manner in which the person is assisting the voter,
the reason the assistance is necessary,
and their relationship to the voter.

The form must be incorporated into the VBM carrier envelope if the voter is voting by mail and receives assistance.

If a helper fails to do these steps, then he or she may commit a felony.  This makes no sense and infringes on the rights of people with disabilities and the elderly.  People may have difficulty walking, using their hands or speaking, but still have adequate thinking abilities and are capable of making their own decisions about voting.  They may not be able to complete the ballot without assistance. They may not be able to sign their name. Based on HB 6 Article 4, family members can't assist voters; people living in the same house can't assist voters; and people who are employed to assist people with disabilities, such as home aides or nursing home staff can be charged with a felony.  This also includes helping people who are over 65 years old.

I am a speech pathologist and have worked with the elderly and with people with disabilities.  I am an avid follower of the news and am unaware of abuse of voter rights that would warrant imposing these onerous obstacles on a person who is disabled or over

Printed on: April 9, 2021 11:06 AM

age 65.  Don't make it impossible for people with disabilities or the elderly to vote.  Please strike these onerous obstacles from HB 6. Please VOTE NO on HB 6.


David Grant, Dr

Arklatex Assessment

Texarkana, TX


I support this bill. I require
1. ID
2. Personal request for absentee  ballots
3. No machines.. all by hand and open


Jackie Hunt

self,  retired

Georgetown, TX


For the first time ever, I volunteered as a clerk at a Texas polling place for the Presidential election on November 3rd 2020.  I was impressed at how well run Texas polling places are.  However, after seeing other states falter and allow fraudulent elections to occur I believe that we need to "tighten ship" and make sure there is no possibility of Texas going down the same path.  I support this bill and encourage the committee to move it forward.


Royce Mitchell, Dr.

people of my precinct

MANVEL, TX


One of the most precious rights we have a citizens in this country is the right to vote. Accordingly, since that precious right is under attack by those who would destroy our republic, it is vital that all possible efforts to protect the integrity of the vote should be undertaken in every state, but for me, especially Texas. I urge all Texas elected officials in the House and Senate to pass legislation that protects the integrity of the vote for all.


Margaret Colia

Myself/ life long Texas citizen

Ft. Worth, TX


Each voter in Texas should be required to show identification with driver's license or birth certificate. Voting my mail should be by request ahead of election, only.... not random mailed ballots.mailed/ in person voting commence and requested mailed in ballots in one day. SAME date for both. I have a right to expect that ONLY citizens if Texas are allowed to vote. Thank you.


Dr. Ray Miller, Abernathy

Self

Abernathy, TX


Please vote yes. We can no longer trust election results. America is crumbling. Citizens no longer trust results of elections. This bill will help.


JAMES FARQUHAR

SELF

Colorado City, TX

Printed on: April 9, 2021 11:06 AM

This bill must be presented to the Governor and made into LAW.  After this last election cycle, most of us are fed up with the ability of the left to cheat their way into office.  The mainstream media has indoctrinated the American public into believing that election fraud is a myth and another way of dividing OUR fellow countrymen.  It seems like every day another election fraud case is being litigated somewhere in the United States.  Texas is not immune from such litigation with cases in Mexia, Austin, Houston, Kilgore, Ft Worth, and so on.  This is totally unacceptable and can not be allowed to happen again.  Texas should lead the nation in OUR election purity and integrity at the ballot box.  Those wishing to commit fraud and test the resolve of the State of Texas must be held accountable with felony charges and punishment of no less than 10 years and several thousand dollars in fines.  This punishment should NOT be able to plead down to a lesser charge or be plea-bargained for less time.  It should be set in stone; you do it, you pay the piper serving your time and paying your restitution to the State of Texas.  When the likes of Beto O'Rourke are against it, then it has to be a good bill.  Please consider the facts brought about because of the last election cycle, the leftist socialists will do whatever it takes to rob Texans and Americans out of our voices to select the candidate representing our values and traditions.  Void the contracts for voting machine companies that send our votes over-seas to count and rig the results in the favour of the leftist socialist democrats.  Facts matter and so do TEXAN'S vice ....consider why the mainstream media will not cover the voting fraud in the light for which it is...a National embarrassment and entitlement for those that are anti-American.  Texas does not need to follow down this pathway; Texas should be leading the Nation.  There is a reason why we have only one star on our flag.  Texas is a shining example for others to strive towards.  Let's show the rest of the Nation what leadership is all about.  Thank you for allowing me to voice my viewpoints.

Jennifer Harrington

Self

Sulphur Springs, TX

We need election integrity!! I support voter ID laws and strengthening our voting system to prevent election fraud!  Non citizens have no business voting in US or Texas state elections!

Jeaneane McNulty

self - yoga teacher

AUSTIN, TX

As a Texan of 25 years who has served as an election judge and VDR, I strongly OPPOSE HB6 and ask the committee to oppose it as well. Texas does not have a problem with voter fraud. The commission charged by our Attorney General with rooting out fraud found only 16 cases (according to the Texas Tribune) making the incidence of fraud miniscule. Therefore, finding 3 in section 1.03 of this bill is false; reforms are NOT needed to prevent fraud from undermining voter confidence, as there is no significant incidence of voter fraud. If something is undermining the public's confidence in our electoral systems, it cannot be fraud - as fraud is essentially not occurring. If voter confidence is low, we should turn our attention to the actual root cause of that and address that problem. Perhaps certain public figures' insistence that our elections systems are rife with fraud, when they in fact are not, is the reason for this lack of confidence. Could that not be addressed with a fact-based voter education campaign advertising how safe our elections actually are? At any rate, HB6 provides no solution for the root issue of voter confidence in our elections, and so the committee should oppose it.

We do have a problem with Texas elections, however - and that is low voter turnout. According to Non Profit Vote's non-partisan report on the 2020 election cycle, Texas is in the bottom 10 states in voter turnout. And Texas has some of the most restrictive voter registration and elections rules in the country. It only allows certain people to vote by mail and one must file an application annually even if qualified. The process is all on paper. Voter registration is also a manual, paper process. Before you go thinking that there is some causality between our restrictive systems and our low incidence of voter fraud, I'll point out that there is no significant increase in election fraud in states that have implemented less restrictive voting systems. What IS different in those states - is that they have the highest rates of voter turnout. In my opinion, and my direct experience with registering voters - voter turnout is highly correlated to voter confidence. States in the top 10 in voter turnout allow all voters to vote by mail, have same-day voter registration at the polls, and allow their citizens to register to vote automatically - and to do so online. These states have no significant problems with election fraud.

Legislators: if you are serious about addressing voter confidence, I urge you to OPPOSE HB6 and to instead support any of the 6

Printed on: April 9, 2021 11:06 AM

house bills proposed that would allow all Texas voters to vote by mail. This would increase voter turnout and voter confidence in Texas elections. Thank you for your consideration.

Juan Hernandez

Self

Waco, TX

I agree that that it should be criminal offense if there is a harvesting ballots!!!

Ashley LaCoure

Self/Cardinal Services

Spring, TX

I support HB 6 and it's efforts to secure election integrity for all citizens.  I have lost all confidence after this last election.

Christine Rouquette

Self

Berclair, TX

Without election integrity there is no sense in voting
It is imperative to preserve the authenticity of those who are exercising their right to vote. To ensure that we are protecting the individuals privileges, and preserving their authenticity, we need to require ID to verify that I am who I say I am, and that I have a right to cast my vote. If we do not require ID to preserve authenticity of the voter, then why do we need ID to get the COVID Vaccination? Or to board a plane? Or see a Doctor? To pick up kids from school ? We need to require ID of registered voters to preserve their authenticity in casting their vote as much as a Doctor has to ID a patient to ensure that they are receiving the correct diagnosis and treatment.  If anyone can walk in and claim that they are Nancy Pelosi, receive a ballot and vote, how are we preserving her rights? I implore you to do the correct and fare thing by requiring ID if all Registered Voters.

Elizabeth Lanning

Self--Farm Worker

Winnsboro, TX

To The House of Representatives in the Texas Legislature:

Thank you for your swift response to the growing concern of Election Integrity.

Honest elections are a vital and necessary component of a free and Constitutional Republic. If the people cannot be sure that the persons representing them were given such authority by themselves, then there will be no respect for the laws and acts put into place and voted upon by the said representatives. A "representative" is someone "representing" the people who elected them. This means that a representative has a sacred duty to perform--not to violate the trust of their constituents.

In the state of Texas, we the people are a sovereign body politic. We have chosen to rule ourselves as human beings fit and capable of doing so by choosing certain from among us to be our representatives to a government that we have formed, in order to live in as free and tranquil a state as may be possible. This then, is the duty of Government and of the Legislature in particular: to govern, not to rule the sovereign people.

But if the people are no longer choosing those who will represent them, then they no longer live in a Constitutional Republic. If instead, they are allowed to believe in the illusion of free and fair elections while legislative law and the due process of that law is spurned by Secretaries or local officials to whom that authority was never given, then the people are no longer a sovereign body of independent citizens. They are become pawns, to be used at the whim of the elite who have bought their position either with

Printed on: April 9, 2021 11:06 AM

other's money or their moral principles: usually both.

The people of Texas are not pawns, nor have they any desire to lower themselves to that status. We are a free and independent people; our state is built, perhaps more than any other in this Union, upon the principles of independence and freedom from tyranny. In the timeless words of Longfellow, we can look others in the eye without flinching, for we "owe not any man."

Why then do we hesitate to put into place a necessary safeguard for our elections, when it is upon our free elections that so much of our Constitutional Republic hinges? As one of your constituents, I am convinced that HB 6 is in the best interests of the Texas people, and that it should be of vital concern to all on both sides of the aisle that Texas elections be trustworthy.

Your duty to your constituents, rather than self-interest groups, is clear. If others who are not a resident of Texas, believe that their voices must be heard, where then is their "standing"? Whom did they elect; who represents them? Should not Texans have primary standing in a concern that directly affects them, their state, and their future?

With due respect to all, your position is an enviable one: to be able, with one word, to stand for honesty and freedom--or to betray those whom you represent.

Thank you for your time.

Respectfully yours,
Elizabeth Lanning

Dale Van Leeuwen

COS

Canton, TX


It is ridiculous that we even need to have a debate or a bill to ensure integrity in our voting system!  This is one of our most valued rights and allows for everyday citizens to have a voice on how our Government will operate and run.  Of course there needs to be strict rules around this process and can not be left to chance through improper voting.  As a country and a state, we can not have another election like the one we saw this last November where valid votes were deemed irrelevant by fraudulent votes in a corrupt process.

James Waits

Self

Dallas, TX


I fully support  the measures included in HB 6. The effort to enhance the soundness of elections could be furthered by inclusion of regular verification of voter rolls and requiring voter ID for both mail-in and absentee ballots.

Donna Christ, Mrs

Self retired

Pasadena, TX


Voter I D matters & only American citizens are allowed to vote per US Constitution.
American citizens need to have confidence in our rights & voting desires are secure.

Don Bodenhamer

Self. Oilfield Supply

Madisonville, TX


Printed on: April 9, 2021 11:06 AM

Please pass HB 6 and any other measures to protect election integrity in the State of Texas.

Johnny Nail, Major

Self

Splendora, TX

Election integrity is very much in doubt. We all know that in many locations, election laws were perverted and abused, people voted that were not legally eligible and many people created fraudulent votes. We must stop the abuse before we have another election stolen and this country is lost to socialism forever! Saved America and save our Constitytion!

April Wheeler

Self caretaker

Odessa, TX

I am for this bill I support it.

Mary Alvarez, Mrs.

Latinos for America First

Houston, TX

As a Texan first and hispanic voter, I implore you all to vote this bill favorably out of committee.  When there is voter fraud, every citizen is impacted.  We simply must clean up the mess and clear the pathway for prosecution of election misconduct.  It is shameful that there are greater penalties in this country for 'illegally' copying a video than there is for manipulating citizens votes. This is clearly a constitutional crisis situation.  If lawmakers don't get this right, what else really matters?  You are paid by the people to represent the people.  Get this voter fraud issue straightened out.
Thank you.  The voting public is watching.

Jo Foley

Self    N/A

Henderson, TX

I support HB6, which embodies most of the other election integrity bills.  We NEED strict voting laws that prevent fraud and provide detrimental punishments for everyone who abuses the law.  I believe that Texas MUST have definite election laws and must not allow legislators to change the rules in mid stream or ignore the laws that we have. Voter lists have to be updated to have only LIVE, American Citizens voting in their designated area, and only once per election. Mail-in ballots have proved to invite fraud as has ballot harvesting. Specific times, days and locations must be specified and not violated. We have lost most of our faith in our elections, legislators and voting machines that change votes. Election Integrity is needed to restore the faith of the people and keep elections by the people HONEST and FAIR. Citizens no longer have trust in our elections, as we have seen much election fraud. I support HB6.

Thomas Tollesons

self, assistant to owner of shelter

Houston, TX

Thank you for the improvements in HB 6.  With those improvements, election law will be applied evenly to all counties, election watchers will be protected to do their job, and altering election data or election laws, rules, or procedures will be punished appropriately.

Printed on: April 9, 2021 11:06 AM

Please approve HB 6 tomorrow and pass it out of the House Elections Committee.

Then, please help HB 6 to become law in the State of Texas so that we can restore election integrity.

Tom Haskin

Lange Ranch

Calliham, TX

There should be a requirement of "Photo Identification", along with the required voter I.D., at voter stations, by voter, in order to get a ballot to vote.

Donny Harland

COS

Waco, TX

It is obvious the Highest Court in the country did not rule on supporting our interest in local and federal election outcomes, and flat refused to look at and or investigate the mountains of evidence in front of them. I therefore demand my state legislators who are my advocates to stand up for voter integrity of my state as a beginning.  I am a retired police officer of 27 years for the state of Texas and have ALWAYS supported the US and Texas Constitutions, dedicating my life and future on those freedoms, rights, and rule of law. It is time for my state representatives to stand up with us and take action to protect those documents from being watered down and eventually dissolved away. Please use Honor and Duty as not only required in these documents but by biblical obligations as well,  to protect them and our future elections. To neglect these obligations only turns law loving and abiding citizens to turn against our elected officials and the powers entrusted to them.  Please Support this Bill, Respectfully, Donny R. Harland Waco, Tx

Alice Pickut

Self.   Retired.

Houston, TX

Election integrity is essential to a free society.  I support this bill.

Richard Mouser

Self

Dime Box, TX

I am writing in support of HB 6. This bill addresses many of the issues that occurred in other states during the 2020 presidential election. I read nothing that would remotely qualify as voter suppression of any group or individuals.

My only suggestion is to add a provision to prevent county or city election administrators from accepting private donations as those from Mark Zuckerberg.

Respectfully,

Richard Mouser

Alexandra Horn

Temple Emanu-El

Dallas, TX

Printed on: April 9, 2021 11:06 AM

On behalf Temple Emanu-El in Dallas, a Reform Jewish congregation with over 2700 voting-eligible members, we thank you for the opportunity to comment on the above-referenced bill. We oppose the passage of HB 6, and urge you to vote no. We will explain our opposition below, but first would like to note that our opposition is grounded in our faith and religious values. We recognize voting is both a sacred right of our American democracy and that the ideals of voting are also deeply rooted in our rich religious history and teachings. Dating back to the Babylonian Talmud, believed to be first written about 1600 years ago, it was recognized that "a ruler is not to be appointed unless the community is first consulted." In these texts, Judaism emphasizes the importance of honoring freedom as a sacred gift, and voting is a tangible way to honor and celebrate that sacred gift of freedom that we have in our country. Making voting harder, especially for the disabled, the economically disadvantaged, and communities of color, as this legislation will most assuredly do, has the negative effect of limiting participation and suppressing the vote of many in our state. This is oppressive of the most vulnerable in our communities, which our sacred texts call upon us never to tolerate. Election Security is absolutely essential to ensure that our democracy remains strong and assures that all eligible voters have the right to exercise their vote and have their vote counted. This past election cycle in Texas was determined to be one of the most secure elections ever - there was no widespread fraud. Using the mantra of widespread fraud when none exists does more to hurt the cause of election integrity and undermine our democracy than anything else. Unfortunately, many provisions of HB 6 would not make elections more secure and would have the opposite effect of reducing voter participation by placing unnecessary barriers to the exercise of this most precious freedom. HB 6 is effectively a criminal law bill with a voting theme, and as such its often vague language, broad scope, and harsh penalties make it especially dangerous to not only voting freedom but the personal due process rights of people who could be accused of these brand-new crimes. In a phrase, HB 6 is a disturbing and unwarranted attempt to criminalize voting. The impact of this bill will be disproportionately visited upon the elderly, the disabled, the economically disadvantaged and Black, Latino and other minority communities. We appreciate and support ensuring that our elections are secure and that the process has integrity. But the changes in law proposed in HB 6, rather than meaningfully addressing any legitimate voting security issues, will instead create unnecessary barriers for many citizens to exercise their freedom to vote and subject too many people to unwarranted severe criminal penalties. For all of these reasons, we urge you to vote no on HB 6.

Michael Lastufka, Citizen

self

Cedar Hill, TX


Unreasonable refusal to look into election fraud immediately after the 2020 presidential election causes me and most other citizens I know to doubt the patriotic convictions and integrity of those conducting the elections and the judiciary that needs to hold them accountable. This bill is a step toward better accountability and the hope that future elections won't suffer from a similar stigma. Please vote for HB 6. If our elections cannot be trusted, we become subjects, not citizens.

Stepheny Parker

Self

Carrollton, TX


With reflection to the November 2020 elections elsewhere in the United States, we must bring stronger safeguards that preserve election integrity when considering the technological and software advancements that have been implemented in voting machines and the vulnerabilities of such. The laws must not only take into account current requirements but even project the measures necessary to provide for trends and advancements in Information Security. We need a Cyber Security Council of industry experts, whose mission is to ensure election integrity.

Noble Rainwater, Dr.

self,  physician

Murphy, TX


Protecting election integrity is a basic tenet of our democratic society. In addition to the excellent proposals by State Representative Briscoe Cain in HB6, I endorse routine periodic verification of voter rolls and requiring voter identification for mail-in and absentee ballots.  I also endorse  prohibition of same-day voter registration due to the inability to secure proper,

timely, voter identification.

John Langston

self - retired

Pasadena, TX

I urge the committee to REJECT HB6! While providing NO EVIDENCE of alleged voter fraud,  this bill in effect restricts voter access -- particularly among lower-income Texans, communities of color in Texas, and Texas senior citizens. As such it is a thinly-veiled attempt at suppressing perhaps the most basic of rights in a democracy -- the right to vote!  Do the right thing and reject HB6!

Beverly Henderson

Self

SAN ANGELO, TX

Please HB 6 by Cain is a commendable start and can be further improved upon by:
•        Requiring voter identification for mail-in and absentee ballots
•        Routine verification of voter rolls and new registrations

Scott Costley

Future

Katy, TX

We need to preserve and enhance election integrity.  House Bill 6 goes a long way in providing this safeguard.  I vote FOR it.  Please protect our great state by passing this bill.

William Byrd, Mr

Self/ custodian

Amarillo, TX

Support in person voting I do not support ballot harvesting I do not support getting ballots in the mail

Bruce Cox, Col (ret)

Self - Retired Military

Fort Worth, TX

Confidence in the American system of democracy is paramount to the survival of our nation.  It deeply saddens me to declare this confidence, and that of many/most of my peers, has been decimated of late.  Overt and shameless media bias and the grotesque abuse of freedom of speech by social media applications, has dramatically swung the pendulum towards one side of the political debate.  I trust all who have an ounce of intellectual integrity admit which political side these powerful forces have elected to support.  The path  our nation is on is perilous at best, disastrous at worst.  Restoring confidence in our elections is paramount to regaining the trust of the citizenry you serve.  Without confidence in LEGAL citizens each getting ONE vote, collapse is on the horizon.  Our constitution and our very way of life is under assault.  I implore our elected officials abide by the core values which guided me throughout a 30 year military career.  INTEGRITY FIRST, SERVICE BEFORE SELF, EXCELLENCE IN ALL WE DO.   We are counting on you.  Please accept my thanks for your service and efforts in preserving freedom, liberty, and the right for all Americans to pursue happiness and reward through their unique individual efforts.  Lead well my friends.

Anita Valdez

Printed on: April 9, 2021 11:06 AM

Self/ Retired

New Braunfels, TX

PLEASE VOTE YES ON HB6.  There should be a heavy punishment for fraudulent voting and ballot harvesting.  There should be ID required for ALL voting including mail ballots.  Drop boxes and excessive early voting days should cease.  We need to know the results of elections on election day.

Emanuel Valdez

Self/Software consultant manager

New Braunfels, TX

Vote YES on HB6.  This is so critical after the debacle in 2020.  We need election integrity!!

Christal Bookhamer

Self

Granbury, TX

Stop ballot harvesting, fraud and convict criminal who commit such offenses.

Stop the fraud.

Helen Stubblefield

Self

Joshua, TX

The integrity of our elections is imperative to our state and nation.

Juliana Quiroz

Self/Homeschool Educator

Sachse, TX

Thank you for your efforts regarding this issue.
It would also be important to require voter identification for mail-in and absentee ballots and routine verification of voter rolls and new registrations. If I am required to show ID to purchase Sharpie markers at Walmart, I don't think it's too much of an imposition for citizens to provide valid, current identification in an effort to maintain the integrity of their votes. I look forward to seeing the progress of this bill.

Justin Chen

self

DAllas, TX

Voter fraud is not a problem, voter disenfranchisement is. This bill should not become law.

Ronald Becker

self, electronics specialist

El Paso, TX

Printed on: April 9, 2021 11:06 AM

Texans need this bill to pass in order to protect the integrity of our election process!

Jeffrey Caudell

Self

Red Oak, TX

This bill is a good start, but I believe it could stand a few improvements as I will note on other proposed amendments.

Jackie Gis

Austin community

Austin, TX

Stop the democrats for committing voter Fraud. We the people will not stay silent we will fight back.
This country is built on values and freedoms don't let the socialist democrats take that freedom away.

Julie Dillon

SELF

Grapevine, TX

WE the PEOPLE OF TEXAS demand election integrity!  If we can't ensure this to the people of Texas, we will never have another free and fair election!  Statewide or National!  PLEASE, listen to the people of Texas when we say we want the FRAUD TO STOP!!!! ONLY CITIZENS VOTE!!!!!! Washington is trying their hardest to get the votes of the underclass which are being let in illegally!!! All to turn Texas BLUE!  I beg you to PLEASE FIGHT FOR THE PEOPLE OF TEXAS!!!! I would even like to ask if there's a way to go back to PAPER BALLOTS!!!!!!!!!!!
THANKS FOR ALL THE HARD WORK YOU ARE DOING FOR THE STATE OF TEXAS

Ales Soudek, Me.

Convention of States

Brookshire, TX

I support this bill.  I am originally from Czechoslovakia and when I lived there the elections were not secure.  This resulted in a tyrannical government where the people's voices were ignored.   When I moved to America I felt that my voice was heard.  In recent times the people's voice has been endangered by elections that have too much opportunity for fraud.  Please vote for this bill.  Thank you for you time.

Mary Edwards

Na

Schertz, TX

Please make our elections secure ! Voting s a privilege and should not be taken lightly or we the people will no longer be free from Government strangle hold. In person voting with ID should be mandatory and there should be no voting drop boxes and no ballots mailed that are not requested

Charles Broussard

Self - Salesman

Houston, TX

Printed on: April 9, 2021 11:06 AM

I support the bill as a God fearing Texan American Patriot, as it will ensure open, honest and fair elections.

Diane Houston, Mrs.

Self/Chaplain(ret)

Carrollton, TX

It is vital to our Democratic Republic to insure election integrity.

STEVEN GER, Rev.

representing self. Pastor

Garland, TX

Speaking in FAVOR

I urge you to safeguard Election integrity.

I have worked early elections in 2020 as an Alternate Judge and as a clerk for election day in Dallas County. It was my first experience working our elections, but it was disturbingly eye-opening. After three weeks' experience of serving, I can testify that our election was anything but secure. We must have safeguards and accountability in place - no special waivers, no county clerks or district judges allowed to countermand existing laws.

Tight control on absentee ballots - the mail-in ballots caused absolute chaos in the last election. The irony is that the voters did not even want them - the multiple, unsolicited ballots became an impediment to secure voting.

Our previous county election administrator had no regard for Texas election laws on the books and there's no recourse or accountability trigger to make sure these laws are enforced. Please do not allow voting machines connected to the internet - we were instructed twice to leave our internet-connected machines up all night for "updates." This vulnerability to election chicanery cannot continue.

Clear penalties & enforcement mechanisms are what's needed to give violations teeth. HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process. Allow Texas law to be a national beacon of election integrity!

Joe Luttrell Jr

Self

Burleson, TX

I am in support of election integrity.  I am in support of fair and legal votes cast by legal citizens.  I am in support of showing proof of identification at the polls.  Are you?  I urge you to support House Bill 6 in order to protect Texas, our election system, and liberty itself!  Thank you.

Stephanie Wade

self

Deer Park, TX

At this moment, an election is contested in Iowa. The certified Miller-Meeks win is in question and the overturn of this election is actively being pursued. This is just the latest example of why the public confidence in election integrity is compromised. Many people on both sides are shaken and losing confidence. Please take every appropriate and effective measure to protect and promote election integrity. Credible examples, statistics, voter rolls, and evidence have been presented in the various states of this nation to show that integrity was compromised in the past election. In our own state of Texas, criminal activities were uncovered.

Printed on: April 9, 2021 11:06 AM

Money from special interests from outside our state was targeted to specific areas and strategic personnel such as the Harris Country Clerk and new rules were implemented as a result. Many people question why? I believe that all voting activities should follow what is put forth by the state legislature. All voters should have their confidence bolstered. We all should have confidence that common sense and effective measures are being implemented to preserve election integrity. If this confidence continues to be eroded, I fear that many people will become discouraged. I believe a democracy can only function with justice and fairness for all constituents when fraud is prevented. I heard of a report by Jimmy Carter and James Baker regarding election integrity. Their findings should be considered. Our recent experiences should be considered. No voter should feel that their vote has been stolen or diluted by questionable practices. Please give every attention and every effort to best practices and standards for ensuring election integrity. Please take fraud seriously. Even "pockets" of fraud that are not widespread can damage confidence in our democracy.

Michael Deffendall

Self. Information Technology Specialist.

San Antonio, TX

Mr. Chairman and committee members,

Having fair elections that everyone can trust is not a partisan issue, it is an American and Texan issue.

When serving as an Election Judge, my duty was to serving a fair and honest election. Anyone who knowingly commits elections fraud devalues the votes of those who performed their civic duty to be a part of the elections process.

I support this bill and urge its passage out of committee.  Thank you for your time and service.

Michael Deffendall

Chuck Young

Self

Aransas Pass, TX

Please require:
1) Voter identification for mail-in and absentee ballots.
2) Routine verification of voter rolls and new registrations.

They are so important to keeping our election integrity!

william reeves

Self     Retired

portland, TX

Society can not survive if rules and laws mean nothing. Cheaters can not be allowed to ignore the law (and get away with it)

Emma Clement

Self

Austin, TX

I greatly support HB 6. Based on the 2020 election we need this to strengthen current election processes, provide greater transparency and overall integrity to future elections. We need to do everything possible to push legislation to make all legal citizens votes count!

Printed on: April 9, 2021 11:06 AM

Sherrill Hees

Self FISD staff

Friendswood, TX

I support this bill of election integrity and voter ID. It is a right for US citizens to vote and we have the power and ability to prove we are eligible to vote. Stop election fraud via mail in ballots and ballot harvesting and voter tampering.

Eva Esparza

Self

Austin, TX

This Bill hurts the sick and elderly. I'm a volunteer VDR with many other seniors. With this bill we can be fined or jailed for performing a service the state refuses to automate and provide online! It is easy to make a minor mistake on any job. Seniors depend on curbside voting. When I was going through chemotherapy I had to vote curbside. When I was hit by an SUV I had to vote curbside. This Bill prevents people from voting. Why is the TX legislative body trying to take away our freedom to vote?

Jared Torres

Self, Texan father and industrial supply worker

Flower Mound, TX

I completely support this bill and ask that Beto and all those who maliciously desire to destroy Texas and turn it into California be completely ignored and that the will of true Texans like my self and all the other who voted for the constitution who believe wicked men are trying to corrupt our government be heard. Beto and his allies are simply enemies of Texas and liberty seeking to undermine the great people of this great state! Please hear us, I have a 4 year old son and a 2 and a half year son and another on the way. I'm 31 trying to start a family and own a home and I fled California because of people like Beto and all those who oppose this bill. They know this doesn't hinder minorities... maybe illegal immigrants but everyone has an ID and personally most people don't want someone with no real identification to be voting. Only they do and that's why they are so adamant on attacking this much needed bill for civility and peace in Texas!

Blair Foster

Self

McKinney, TX

Please do all you can to protect our election integrity. What happened in the 2020 elections in terms of fraudulent voting activity is the greatest tragedy in the history of American Democracy. Let's make sure it never happens again.

Rebecca Leyba

Self/education

Denton, TX

Give the state its power back . More voters integrity. We want privacy.

Katherine Lawless

self

ARLINGTON, TX

I support in person voting.  I want ballot harvesting banned.  I support increased poll watcher access.  Public officials should be

Printed on: April 9, 2021 11:06 AM

PROHIBITED from distributing unrequested vote by mail applications. This should be for all elections across the US.

Joseph Green

Self

Sugar Land, TX

I humbly urge the committee to oppose this bill. The supporters of this bill can point to no evidence that proves widespread voter fraud that would have impacted the results of any election in Texas. I fear creating more criminal offenses will deter many of our fellow Texans from participating in our Texas democracy.

Pat Brewer, Mrs.   retired master's degree teacher

Self      Retired master's degree teacherHB

Abilene, TX

I support HB6 because it is constitutionally sound . As a Texas voter I want a bill that will insure honest, sure, accurate elections rather than corrupt elections. This bill will make election integrity a priority!

Eric Graf

Self

Ivanhoe, TX

Speaking in FAVOR of HB6

Election integrity is the foundation of our state and country. There must be definition and strength in the terms of these laws. This bill goes a long provide the needed efficacy.

Jan Abert

Self

Kerrville, TX

I ask that each of you on the Committee would approve and pass HB 6 and pass it out of the House Elections Committee.  Based on the Election of 2020 and all the fraud that was perpetrated in many states, HB 6 appears to be one that will go a long way to prevent fraudulent measures from happening.  Thank you for standing up for our Texas!!!

Paolina Fasula

self

Spring, TX

I strongly oppose HB6.  I am offended that we are putting more money and resources towards making it more difficult for people to mail in votes.  Voter fraud is not a threat.  We should be setting an example for the rest of the world by making democracy - VOTING - as easy and wide-spread as possible.  We should be thinking of ways to INCREASE voting, not limit it.  Let's spend our money and time finding secure and simple ways to get more people voting.  Please do not support HB6!

Judith Cutright

Self

Corpus Christi, TX

As in any successful business, good governance incorporates safeguards and a strategic plan to deal with potential risks and

Printed on: April 9, 2021 11:06 AM

crises, such as election fraud. The Texas legislature must provide the forethought and critical infrastructure to ensure election integrity and protect the most precious right of every citizen of our republic, the right to vote and have their legal vote counted. HB 6 helps to safeguard the value of each legal vote and reassures voters that their vote matters.

Whether or not you believe there has been major election fraud or that it is just a rare occurence, smart governance does not wait for a crisis to occur. Speaking with people on the frontlines, I have garnered plenty of anecdotal evidence and heard disturbing cases of election fraud.. Why not reassure registered voters that their vote counts and that those with unethical intent will not diminish or discount the value of the vote of hardworking, honest citizens? This session you have the opportunity to help create the framework that assesses potential perils to our fundamental democratic process and to put in place the policies that will mitigate the risks of election fraud. Now is the time to act and set the example for other states to follow to protect, promote, and practice this sacred privilege.

Thank you for your time and attention.

Judy (Judy Cutright)

Daniel Cornelius

Self

Seagoville, TX

I am a constituent in favor of HB6. Nothing threatens the integrity of our democracy more than election fraud. No expense or initiative should be foregone to ensure our elections are secure on all fronts.

John Bagdasarian, Mr.

Self

Wylie, TX

We need secure elections.  No one should allow ballot harvesting or unsolicited mail in ballots.  We need voting machines that never should be connected to the internet and the media used to transmit vites shoyld only be allowed once in tabulating votes and later for audit.

Steve Murray

Cirizen

Austin, TX

Our right to own and bear arms shall not be infringenged upon by anyone!

Dusty Cornelius

Self

Seagoville, TX

I am a constituent in favor of HB6. Nothing threatens the integrity of our democracy more than election fraud. No expense or initiative should be foregone to ensure our elections are secure on all fronts.

Sarah Hyde-Williams

Self/Elder Care Consultant

Leander, TX

I very firmly approve of increased penalties for election law violations allowing for checks and balances and clear paths to prosecution.

Printed on: April 9, 2021 11:06 AM

Rene" Cameron, Mrs

Self - Retired Small Business Owner

Fredericksburg, TX

Passage of this Bill is a must for Election Integrity in Texas.

Carol Dean

Galveston County Precinct Chair

Dickinson, TX

Representative Cain has my total support in regards to HB6

Yvonne Roberts, Ms.

Self/ Retired U.S. Navy Commander and Civil Engineer

Carthage, TX

I support HB 6, Election Integrity Protection Act of 2021, for several reasons.  First and foremost, the integrity of elections within Texas - for local, state, and national offices, must not be in question.  HB 6 would ensure election integrity by strengthening poll watcher protection so that these watchers can readily see and hear all activities pertaining to receiving and counting ballots.  Additionally, HB 6 works to ensure election integrity by limiting opportunities for fraudulent practices pertaining to ballot by mail, mail in ballots, and voter assistance.  Finally, HB 6 increases penalties for election law violations and lays out clear checks and balances for paths to prosecution for offenders.

The U.S. military has ensured fair elections abroad by working to prevent voter intimidation, to keep poll workers safe, and to prevent fraudulent activities at polling places and ballot-processing locations.  These same protections can and should be in place for elections here in Texas.  Therefore, I urge all members of the Texas House Election Committee to support this bill and successfully vote it out of committee.

John & Joan O'Rourke, Mr & Mrs

Acct manager

Fulshear, TX

Everyone must have photo ID

Karen McDaniel

self/retired Texan

Spring Branch, TX

I am a life long Texan and I am in FAVOR of HB 6.   All Texans will benefit from checks and balances.  Please vote in FAVOR o HB 6.

Vicki Urban

Self

Morse, TX

Vote Yes! Voter integrity is vital to "we the people". It's the only chance the common person gets to feel like they have a voice. Right now voter trust is at a very low level.

Printed on: April 9, 2021 11:06 AM

Carmen Prince

Coppell Republican Party

Coppell, TX


As a free country, America and the State of Texas should prevent fraud during any election.  The people committing fraud should be penalized and sent to jail.  Only legal citizens with a voter ID must be allowed to vote at any election. That voter ID must have a photo of the person voting.  Paper ballots are essential to keep record of who voted to prevent rigging the system with adulterated tech systems made in China.
All Republicans must insist that Voter ID is required and mandatory.  Any person who opens a bank account, goes to the doctor for a check up, or even leases or rents an apartment is required to show proof of identity, so why not to vote.  It is false and ridiculous to insinuate that "minorities" are disenfranchised when they have to show a voter id in order to vote.  Minorities are not stupid and should not be treated like one just to force HR-1 to the whole country.  Keep pushing for election integrity in  ALL Texas.  Thank you for listening.  (Have several signatures coming your way regarding this topic)


Katherine Kelton

Self—retired teacher

Leander, TX


Please vote yes on HB6.
Election integrity must be safeguarded.
Thank you,
Janell Kelton

Katherine Cucco

Self retired

Seabrook, TX


All legitimate voters should have the opportunity to vote.  Extended hours, drive-through voting, universal mail-in ballots etc have been proven not to lead to voter fraud.  I was a poll watcher in Harris county and had no difficulty in the 2020 General election observing during extended early voting.  Do not vote for bills that prevent eligible voters from expressing their fundamental democratic rights.


Annette Moody

Self

Fort Worth, TX


 Necessary

Erin Russell

Self

Lakeway, TX


I am against all forms of voters suppression.

Linda Holland

Self

San Antonio, TX

Printed on: April 9, 2021 11:06 AM

Please bring HB 6 out of committee and vote FOR  HB 6

Leslie Lammlein, Ms.

Self

Houston, TX

This is outright voter suppression. Majority of Texans are opposed to suppression.
You know GOP can't win unless you suppress the votes of  millions of Texans. Texas is purple and you are scared of democracy!

Laura Cardona

Self / Technology Field

San Antonio, TX

 Please support this bill.

Howard Wilmington

Sslf

Johnson City, TX

Preserve election rights and protect from election fraud. Require voter registration on all ballots.

Estella B Martinez, Ms.

Self

Rowlett, TX

Voter/voting Integrity & presenting a valid, current ID for each American citizen vote cast, is essential
to our democractic, voting freedom. Personal ID is required in many situations, less important than electing individuals that will
represent "We the People!"  Why would it be a challenge to vote in person, ask & receive a legitimate mail in ballot &  receive
count & election results
shortly after polls close?  It was very doable in the very recent past!  What has changed, I'd like to know!!

Harold Holmyard

Holmyard

Dallas, TX

Please support the passage of HB 6, The Election Integrity Protection Act  if 2021. Our governmental system depends on the
integrity of the voting process. Elections are the main point of participation by the citizenry in the governmental process, since
the elected representatives engage in the business of governing. So the vote must be secured from fraud. The means undertaken to
secure that valid end in HB 6 seem legitimate and worthy of incorporation into the laws of Texas.

Kim Davis

Self

Spring, TX

I feel in order to decrease voter fraud, there needs to be consequences to breaking the law. Increased penalties, loss of voting
rights, and monetary fines. The consequences should increase for repeat offenders.

Printed on: April 9, 2021 11:06 AM

Jennifer Haar

self/Realtor

Katy, TX


I fully support this legislative initiative to bring transparency, and secure chain of custody of ballots to the Texas Election process. I also support severe penalties for Election Officials who knowingly break Election Laws/codified Policy as passed by the Texas Legislature.  Keeping our Voter Rolls accurate and up-to-date with names of legal citizens who are breathing and above ground is another critical part of keeping our elections free and fair.  Count Every Legal Vote!  Thank you for your hard work.


Jeree DeVisser, Capt

Self

Fate, TX


Voting is a duty for a citizen and it's a simple issue.  A duty may require effort on the part of the citizen.  An ID is a must as well as a paper trail.  Anyone that makes it more is trying to induce fraud and err into the system.   Now do your duty and make voting rules simple and stringent.  We deserve it.


Ginny Webb

self- volunteer

Frisco, TX


I support HB 6 for the following reasons!

Fraud – a) fraud is occurring
 a social worker in the Mexia State Supported Living Center (SSLC), submitted
voter registration applications for 67 residents without their signature or effective
consent Nov. 2020
 b) disenfranchises legal voters
 c) following and enforcing law is foundation of our society
Dead Voters
 Should be removed from the rolls.

Poll Watchers should be allowed to view the process.
 Transparency of our elections proves there is nothing to hide.
There should be no payment for handling votes. Paying for delivering votes
incentives corruption.
A person should only vote in one state on the same day. It is dishonest to vote twice.
SECTION 5.02. Section 64.012(a), Election Code
Each individual should register themselves to vote and request to be registered.
Allowing massive mail outs of unrequested registrations to be sent out allows for
stealing of registrations. If a person does not even know a registration is being sent,
they won't be aware if it is stolen.
Punishments need to be set so people do not ignore the laws.
If they cheat and there are no consequences, the cheating continues.
Honesty in our elections is important and should be protected.
If someone is assisting a voter, they should be willing to identify themselves.
The voter should be protected by individuals that would exploit their need for help.
Anonymity encourages abuse of the voter.
Paying someone to mail a ballot is paying for a vote. No one should profit from
voting.
Election judges should follow the law and be held accountable if they put false

Printed on: April 9, 2021 11:06 AM

information on the affidavit required for provisional voting. Bill SECTION 5.01 Elec
Code. Sec. 63.0111
Vote harvesting and paying for collecting votes should be illegal. Voting should not
be a money making opportunity.
There needs to be a special legal process to stop illegal practices that impact
elections. The provision to expedite election challenges protect the integrity of the
election because if the illegal acts can't be stopped legal voting is not protected.

Karly Eichenberger

Self

Leander, TX

I support this legislation. Please preserve election integrity for our future generations.

Paula Stratton

Self

Spring, TX

It is difficult to reason with insanity but as a patriot of this great State  and Country I must try.  I support HB 6 which is set to give
our elections integrity and preservation of purity of the ballot box through the prevention of fraud in the conduct of an election;
increasing criminal penalties; creating criminal offenses.
America has been a Country held high world wide for our morals, values of freedom, and our election process until this year.
Fraud has happened in the past but not to the extent it has this year. It is terrifying that a nation can be overtaken overnight by
such apparent aggressive crimes as fraudulent votes and be covered up by the mass media, fraudulent judiciary and elected
officials who no longer speak for the people but represent only themselves. I have a family member who received 2 unsolicited
ballots to vote in the 2020 Presidential election. We have seen facts, live videos, heard testimonies of fraud that has taken place
all over this country and no mainstream investigation has taken place by the federal government so it is up to us States that put
the federal government together in the first place. We are the creators of the federal government and not the federal government
creating us States. Therefore, we MUST protect ourselves and fight this behemoth of power and fraud  of our elections at the state
level. There will be a war that will be waged by good and descent people if protections of our elections are not put into legislation
and adhered to. This country was fought for by brave, courageous and people of character in the past and it will be again. We
stand here today representing those people, encouraging you legislators to do what you were put here to do. STAND for freedom!
STAND for justice! STAND for TEXAS!!!  STAND for America!!! Support HB 6!

Thank you

Betty Hynson

Republicans self

Barksdale, TX

Encourage in-person voting, which is more secure.
Prohibit public officials from distributing unrequested vote-by-mail applications.
Ban ballot harvesting Increase poll watcher access (improved transparency).

Require voter identification for mail-in and absentee ballots.
 Routine verification of voter rolls and new registrations.

John Love

Self Accountant/Wealth Mangaement Advisor

Midland, TX

Printed on: April 9, 2021 11:06 AM

April 1, 2021
Texas House of Representatives
Elections Committee
The Honorable Briscoe Cain, Chair

Distinguished Members,
I am John Love, former Midland City Councilman, former president of Texas Municipal League and business owner.  I write to oppose House Bill 6 and implore you to keep this bill from reaching the floor for a vote.
HB 6 will gravely curtail voting rights for all and will disproportionately affect communities of color and working-class Texans. This bill is an anti-democratic, anti-voter assault on the right to vote. It will:
•strip voter rights
•financially burden local governments
•discourage poll workers
•elevate partisan poll watcher power above election official authority
•ban drive-through and outdoor voting
•restrict voters from dropping off completed absentee ballots
•shrink early voting periods
•create new costs for disabled voters
•increase burdens on voters with disabilities to access assistance at the polls
I believe that your ultimate goal is to protect the sanctity of the vote. If so, you must not pass this bill favorably out of committee.
Best regards,

John B Love III
Midland, Texas

Brad French

Self

Ovalo, TX

Voter I'd in person only

Michael Cassidy

Convention of States and self

Liberty Hill, TX

I am commenting in FAVOR of the bill. I was at the Capitol for the original hearing on this bill, but unfortunately I am unable attend this rescheduled hearing. I appreciate the opportunity to submit my comments online.

It is critical that we enact these reforms to prevent further erosion of the integrity of our elections in TX, and to prevent TX from experiencing the issues we saw in several other states in 2020. These reforms are a MINIMUM. I strongly urge further reduction in early voting, and believe it should be eliminated entirely. We should return back to a single VOTING DAY. People early-voting potentially do not have access to the same information as that available on election day. In addition, early voting significantly increases the potential for fraud.

We should also go back to paper ballots and make use of machines SOLELY for tabulating. We need to be able to do recounts using the original ballot marked by the voter. Anything less makes the process vulnerable to electronic manipulation. We need to return to the basics, which worked well for many many decades.

Byron Short

Self

Fairview, TX

Printed on: April 9, 2021 11:06 AM

Maintain the integrity of Texas elections, at all levels.  Include valid photo ID and valid voter registration.  Block ballot harvesting and phony mail-in systems with ballots sent to unregistered and illegal voters.  Ensure valid, transparent oversight (and tracking) of ballot counting by all parties.

Norma Loyd

Retired/self

Mesquite, TX

Those that know and those committing the fraud, should be punished and sent to prison and released from the office in government. Our World has changed so much.

Richard Gilbert

Self

Aubrey, TX

I totally support the changes outlined in HB 6. From tightening the time to report death of a voter to restrictions  on vote harvesting and abuse of poll watchers. The bill addresses many of the horrors we saw around the country last November. Dead voting, under age voting, out of state voting, abuse of mail voting to name a few. I would have liked to see the elimination of voting machines addressed. Hopefully this subject is addressed in another bill.

Christian Backstrom

Self - Recruiter

Houston, TX

Vote harvesting is real.  Dead people voting is real.  Poll watchers being denied access to view ballots is real.  Voter fraud is real.  These crimes have happened, and they have been prosecuted in Texas, so when the opponents of this bill say "voter fraud in Texas is practically non-existent," they are being fraudulent themselves by choosing to turn a blind eye to a very serious problem.  When these criminal acts take place, they take away my voice and the voice of all of my fellow Texans.  If our voices are silenced or replaced by fraudulent voices, the governing politic no longer becomes one elected by the people they represent, and our  "representative" government becomes a fraud in and of itself.   Additionally, the opponents of this bill say that the consequences proposed in this bill for those that perpetrate fraud are too extreme.  They say a state jail felony to too much for the stealing of my voice and my will as an honest Texan.  What this says to me is that they do not value my voice nor do they value election integrity.  Laws are put in place to both prevent and punish the law breaker.  What keeps the criminal from breaking the law if he will only receive a slap on the wrist and be free to continue breaking the law immediately thereafter?  As Ronald Reagan said,  "We must reject the idea that every time a law's broken, society is guilty rather than the lawbreaker. It is time to restore the American precept that each individual is accountable for his actions."  Finally, I have read through HB 6, and the old and tired trumped up excuse of the opposition to this bill is to again cry racism.  The goal of election integrity is to protect every legal vote: EVERY legal vote, regardless of skin color.  Every Texan is disenfranchised by voter fraud, and anyone who has read this bill can see that it's goal is to protect every Texan from voter fraud.

Leticia King

None

Cypress, TX

I approve the bill and believe all measures should be taken to uphold election integrity. It's imperative that elections are conducted in accordance to our constitutional rights. Furthermore implementing steep penalties and enforcement should fraud be discovered for any and all infractions. It's our God given right to vote and it's integrity should be held at highest level.

Richard Milliken

Printed on: April 9, 2021 11:06 AM

Self

Dallas, TX

With all the problems domestically and internationally why would there not be problems in elections especially using online and computer related ballots without ID in elections. The safest way obviously is ID and in person if we're serious about having good honest fair elections. And people who are against it know full well they are trying to be sneaky and get by and cheat.

Doris Spraggins

Self

Fredericksburg, TX

I support HB 6.

Lynda Gail Jones

Self - Retired Qualified Mental Health Professional now Caregiver for Mother

Chireno, TX

Please uphold the integrity of elections according to the laws we have and strengthening them where needed . Please do not let voting be federalize & the voices and rights of Texans & American citizens be silenced or overruled by compromised elections. The ballot box must be protected from corruption. We elected you to put our best interests first. Thank you.

Kaye Anderson, Mrs.

Family/Retired

Bedford, TX

Please support this legislation to ensure the State of Texas will not fall victim to voter and election fraud. Thank you, Kaye Anderson

Catherine White

Resident of Texas

Garland, TX

I affirm as a resident of the State of Texas that I want our elections to be free from fraud. We must protect every ballot from any form of tampering and any such act should be prosecuted to the fullest extent of the law. I request all elected officials in Texas to uphold election integrity and the Constitution of the United States of America.

Thank you,
Catherine White

Barbara Baer

Self

Houston, TX

I am FOR supporting this bill.

Kim Perrine

Leander Area Republican Women/Self

Printed on: April 9, 2021 11:06 AM

My name is Kim Perrine and I have lived in Texas 19 years, and 18 years as a resident in Leander. This past election in November severely shook my confidence in our election process given the amount of fraud we witnessed nationally and sadly within our own state with bad actors who sought to manipulate the election, resulting in true voter suppression. Did my vote even count? How can I know if my will was subverted by illegal votes negating my legal vote? Our vote is the most sovereign privilege we have as legal citizens of this great country and the great state of Texas, and we must have robust laws, measures, and clearly defined criminal penalties that protect our most sacred duty to our local communities and our great state of Texas, our vote. Therefore, I firmly support the passage of HB6, and I ask all state representatives to pass this bill to guard and protect every legal vote in Texas from those who criminally intend to subvert the will of the people in any way by harvesting ballots, stealing votes, flipping votes, etc. or any other illegal activity that seeks to suppress legal votes by legal Texas state residents, and ensure election integrity for us and for future Texans. Not only do we as tax paying citizens and residents deserve to have our vote count, but so do our children when they come of age, and future generations of voters. To neglect passing this bill is to endorse election fraud and true voter suppression. Please pass HB6, which will pave the road to repair voter trust in our elections in Texas and our country. Thank you.

Gene Robinson

Self

Dallas, TX

We want HB 6 passed with the stringent changes that have been included. We want fair elections. We want laws passed that end e-voting completely. Mike Lindell has just proven that the 2020 election was stolen through a program that changed votes based on the census schemed with voter rolls. We want laws that require full audits of all voter rolls, eligible voters, voter secure ID, and audit all elections. We want our Republic back NOW!!!

Cathy Sikes

Self

Humble, TX

This seems like a great bill for election integrity!  Please vote for it to pass in the House and Senate! Thank you!!

Susan Sabin

Self   Retired

Abilene, TX

Please ensure our vote is protected from fraud.   Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting
Increase poll watcher access (improved transparency)

Eduardo Saa

Self

Katy, TX

I want safe elections where only legal live citizens can vote. HB6 is common sense to protect our elections

Brenda Frank, Retired teacher

Self

Tomball, TX

Printed on: April 9, 2021 11:06 AM

My name is Brenda Frank and I am writing to the members of the Election Committee to voice my opinions on voter integrity in Texas.

I am for HB 6 because we need to have laws that support free and fair elections. Fraud threatens the stability of a constitutional democracy. Reforms are needed to make sure fraud does not undermine public confidence. Requiring citizenship verifications of each voter is needed. Plus we need penalties for election code violations that threaten election integrity.

To often do we have election judges and clerks that were illegally using driver's license in their possession to facilitate illegal voters. Mail in ballots were sent to people who didn't ask for them. Unelected bureaucrats issued waivers subverting Texas election laws. I believe HB 6 will ensure election integrity. I would like the election committee to vote Yes for this bill.

Thank you for your service in the Texas House of Representatives.

Sincerely,

Brenda Frank

12220 Zion Rd   Tomball Tx 77375

Kblt@sbcglobal.net

832-443-8449


David Johnson

Self, management

Kingwood, TX


Whoever would vote against "the prevention of fraud" should have that vote on his re-election resume. The only explanation is that he/she must have a hidden agenda.

The penalties (assuming they would be enforced) are absolutely necessary.  Otherwise, you endorse the pervasive notion that there are no consequences.


Kimberly Young

Self

CORPUS CHRISTI, TX


Vote Yes on HB 6!  This safeguards the integrity of our elections and builds public confidence in our electoral process. This bill covers many potential cracks in our system like making sure dead people are removed from the voter rolls more quickly, keeping poll watchers from being removed from polling places unnecessarily, clarifying criminal acts, and controlling vote harvesting.


Jane Philips

self

Dripping Springs, TX


The people of Texas are owed a fair election with solid practices to ensure that the integrity of the voting system is maintained. There can never be a fair election if established guidelines aren't followed.  The people allow the government to act on their behalf and govern the people for the common good.  If the government officials can't ensure there are fair elections, it would be time for the government to be replaced by representatives that can manage this process properly.


Lillian Sockwell

Self, Housewife

Baytown, TX


As a constituent of HD 128 in Baytown, Texas, I would like to comment in favor of passing HB6.

I believe that there is widespread corruption within our elections, and I would like to see our Texas legislators strengthen poll watcher protection, limit abuse of illegal unsolicited ballot by mail applications, mail-in ballots, and voter assistance. I would like to advocate better and timelier investigations into alleged voter fraud. As a concerned voter, I'd like to see increased penalties for

Printed on: April 9, 2021 11:06 AM

election law violations that we have advocated for along with clear checks and balances for paths to prosecution for offenders.

I am very concerned about election integrity because:

•       Our voter registration rolls are not accurate. We have dead people voting. Dead voters should be removed from the voter rolls.

•       A person should only vote in one state on the same day. It is dishonest to vote twice.

•       There should be no payment for handling votes.

•       Paying for delivering votes incentivizes corruption.

•       Each individual should register themselves to vote and request to be registered.

•       Allowing massive mailouts of unrequested registrations to be sent out allows for the stealing of registrations. If a person does not even know registration is being sent, they won't be aware if it is stolen.

•       Election judges should follow the law and be held accountable if they put false information on the affidavit required for provisional voting.

•       Vote harvesting and paying for collecting votes should be illegal. Voting should not be a money-making opportunity. There needs to be a special legal process to stop illegal practices that impact elections.

I agree with the provisions included in HB6 that would help keep our elections secure including:

•       Protecting voters from intimidation by people pushing unsolicited assistance.
•       Clarifying the right of poll watchers to be near enough to see and hear
election officials' activities; transparency matters!
•       Prohibiting public officials from distributing unsolicited mail-ballot
applications.
•       Specifying who can be inside a polling place or ballot-processing location.
•       Requiring expedited court action in election fraud cases.
•       Strengthening penalties for several election-related crimes, including
making election fraud offenses a second-degree felony.

Thank you for your time. Please pass HB6 and give us Texas voters free, secure, and legitimate elections!

Ceila Cravey

self

Baytown, TX


As a constituent of HD 128, I would like to comment in favor of passing HB6.
I believe that there is widespread corruption within our elections, and I would like to see our Texas legislators strengthen poll watcher protection, limit abuse of illegal unsolicited ballot by mail applications, mail-in ballots, and voter assistance. I would like to advocate better and timelier investigations into alleged voter fraud. As a concerned voter, I'd like to see increased penalties for election law violations that we have advocated for along with clear checks and balances for paths to prosecution for offenders.

I am very concerned about election integrity because:

•       Our voter registration rolls are not accurate. We have dead people voting. Dead voters should be removed from the voter rolls.

•       A person should only vote in one state on the same day. It is dishonest to vote twice.

Printed on: April 9, 2021 11:06 AM

- There should be no payment for handling votes.

- Paying for delivering votes incentivizes corruption.

- Each individual should register themselves to vote and request to be registered.

- Allowing massive mailouts of unrequested registrations to be sent out allows for the stealing of registrations. If a person does not even know registration is being sent, they won't
  be aware if it is stolen.  Recently my husband, myself and several of my friends received unsolicited applications for ballot by mail. It concerns me that this creates potential for
  ballots to be stolen.

- Election judges should follow the law and be held accountable if they put false information on the affidavit required for provisional voting.

- Vote harvesting and paying for collecting votes should be illegal. Voting should not be a money-making opportunity. There needs to be a special legal process to stop illegal
  practices that impact elections.

I agree with the provisions included in HB6 that would help keep our elections secure including:

- Protecting voters from intimidation by people pushing unsolicited assistance.
- Clarifying the right of poll watchers to be near enough to see and hear election officials' activities; transparency matters!
- Prohibiting public officials from distributing unsolicited mail-ballot applications.
- Specifying who can be inside a polling place or ballot-processing location.
- Requiring expedited court action in election fraud cases.
- Strengthening penalties for several election-related crimes, including making election fraud offenses a second-degree felony.

Thank you for your time. Please pass HB6 and give us Texas voters free, secure, and legitimate elections!

Grady Sockwell

Self, Insurance Supervisor

Baytown, TX

As a constituent of HD 128 in Baytown, Texas, I would like to comment to support the passing of HB6.
I believe that there is widespread corruption within our elections, and I would like to see our Texas legislators strengthen poll watcher protection, limit abuse of illegal unsolicited ballot by mail applications, mail-in ballots, and voter assistance. I would like to advocate better and timelier investigations into alleged voter fraud. As a concerned voter, I'd like to see increased penalties for election law violations that we have advocated for along with clear checks and balances for paths to prosecution for offenders.

I am very concerned about election integrity because:

- Our voter registration rolls are not accurate. We have dead people voting. Dead voters should be removed from the voter rolls.

- A person should only vote in one state on the same day. It is dishonest to vote twice.

- There should be no payment for handling votes.

- Paying for delivering votes incentivizes corruption.

- Each individual should register themselves to vote and request to be registered.

Printed on: April 9, 2021 11:06 AM

•       Allowing massive mailouts of unrequested registrations to be sent out allows for the stealing of registrations. If a person does not even know registration is being sent, they won't be aware if it is stolen.

•       Election judges should follow the law and be held accountable if they put false information on the affidavit required for provisional voting.

•       Vote harvesting and paying for collecting votes should be illegal. Voting should not be a money-making opportunity. There needs to be a special legal process to stop illegal practices that impact elections.

I agree with the provisions included in HB6 that would help keep our elections secure including:

•       Protecting voters from intimidation by people pushing unsolicited assistance.
•       Clarifying the right of poll watchers to be near enough to see and hear election officials' activities; transparency matters!
•       Prohibiting public officials from distributing unsolicited mail-ballot applications.
•       Specifying who can be inside a polling place or ballot-processing location.
•       Requiring expedited court action in election fraud cases.
•       Strengthening penalties for several election-related crimes, including making election fraud offenses a second-degree felony.

Thank you for your time. Please pass HB6 and give us Texas voters free, secure, and legitimate elections!

Thomas Cramer

Self

Corpus Christi, TX


Vote Yes on HB 6.  Safe, secure and honest elections are what separate us from third world countries, which we are rapidly becoming.  If bills like this one don't get passed, people just won't vote, because they won't trust our election system.  The ruling party will take over, and it's 1984 (George Orwell) and Atlas Shrugged (Ayn Rand).  Is that what the opposition wants?  It certainly appears so.  Save the Republic and vote Yes!

Annette Falconett

self

Austin, TX


I support this bill. We need fair elections in our State. We are entitled to fair elections.
Those whom ballot harvest, purposefully miscount votes need to be punished to the fullest extent of the law.

Amanda Smith

Self engineer

Spring, TX


I am serving on a new election integrity committee in Harris County and fully support this election integrity bill. We had training to identify irregular voters on the current voter registration list and I was shocked how many we have identified so far. All parties deserve a fair and impartial election as specified by our founding fathers.

Blanca Martinez

grassroots gold

Irving, TX

Printed on: April 9, 2021 11:06 AM

I am in support of HB 6. Voter integrity is crucial in a democracy. Voters must have confidence that their vote really counts. In order to restore cofidence in our elections texas legislature needs to vote in support of HB 6.

don pearce

retired

Dallas, TX

Excellent progress on securing our elections in Texas.  ONce you adopts these improvements please send them out to your fellow Governors in other states so we can unite against our Federal Govt's attempt to rule us!

don pearce

retired

Dallas, TX

Excellent work.  However,  here are some add'ls rules that are needed to ensure the integrity of our elections in Texas:

-Encourage in-person voting, which is more secure
-Prohibit public officials from distributing unrequested vote-by-mail applications
-Ban ballot harvesting
I-ncrease poll watcher access (improved transparency)

Sumit DasGupta, PhD

Self

AUSTIN, TX

This bill can best be described as a solution looking for a problem. Vote / voter fraud has long been a "red herring" but dire predictions and reports on fraud persist. The specter of election fraud was stirred by former Pres. Trump. However, his own Atty. Gen. William Barr dismissed such fears by declaring that the DOJ had not found any evidence of sufficient fraud to change the 2020 election results (https://thehill.com/homenews/administration/528194-barr-says-doj-hasnt-uncovered-widespread-voter-fraud-in-2020-election). In addition, Pres. Trump filed 62 lawsuits in state and Federal courts to overturn the results but lost 61 of them and the only one he won in PA still did not change the final outcome of the results in PA (https://www.usatoday.com/in-depth/news/politics/elections/2021/01/06/trumps-failed-efforts-overturn-election-numbers/4130307001/).

So, what is the purpose of this bill and the subsequent law with its threats of enhanced punitive judgements to punish election fraud except to intimidate those working to get out the vote?

Now specific to the contents of the bill, the section on poll watchers is woefully inadequate. There are inadequate provisions to describe their behavior, such as, definition of unacceptable behavior is at best vague, how far must they be from a voter so as not to intimidate him / her is not spelled out, and also how and when are they removed for egregious behavior.

Finally, it is unconscionable that in-person delivery of signed ballots is limited to the day of the election. This is nothing but vote suppression and the only way to remove any negative impact would be to insert 3 specific changes:
1. Add more days before election day for dropping off signed and sealed ballots,
2. Provide multiple drop-off locations in each county, and,
3. Add language to the bill to spell out unequivocally, in clear language that leaves nothing to interpretation, that nobody will be turned away as long he / she gets in line to deliver his / her ballot before the polls close on election day.

Robert Castleberry

Self

Conroe, TX
Printed on: April 9, 2021 11:06 AM

This needs to be adopted as law and the penalties should be increased to persuade people to not do something dishonest in the elections.

James Shipman, Retired San Antonio firefighter

Self

San Antonio, TX

I was born in San Antonio in 1949, my mother was born here in 1927, her father was born here in 1893. I have to show my drivers license when I go to the doctors office, To the x-ray clinics, to board an airplane, and hell I even have to show my ID to make a DEPOSIT into my own checking account at my own credit union that I've been a member of for 51 years! So I would like to know why this is an issue for someone to show ID or prove who they are to be able to vote! Anyone that votes illegally is basically canceling a legal vote!That is like identity theft or canceling someone like myself that has extreme legal residency and rights! Anyone that cancels me without my consent I want to cancel them literally!

Terry McKinney, Mr.

Self

Canyon, TX

I respectfully request that my comments be considered and accepted as evidence of my full support for House Bill 6 to be favorably voted through committee, and eventually become an integral part of our elections laws/statutes.  Our citizens desire, and most certainly deserve free and fair elections.  The provisions within HB 6 are reasonable and necessary minimum requirements for the integrity of our elections.  The election processes and procedures established by the Legislature of this great state, must require that voters identities are verified.  Any occurrence of fraud/attempted fraud must be properly investigated, and when evidence of a criminal act is found, the appropriate referral for prosecution must happen.  Our citizens desire and must have trust in our elections process, and especially of the results.  I greatly appreciate your consideration of my concerns and comments!

Lisa Philbrook, MD

None

Friendswood, TX

This bill is important to ensure voter's confidence in our election process, but it does not go far enough.  A voter ID requirement needs to be added for mail-in and absentee votes.

Barbara Leon

Self/Retired

Dallas, TX

I agree with HR-6.  It should also include ID verification for mail-in and absentee ballots.  It should also include routine verification of voter rolls and new registrations.

Jacqueline Baez-lugo

Self

McAllen, TX

Vote yes on HB 6 .  As a Texas resident I believe we need an election system we can trust. We can't have elected officials changing rules as they see fit to benefit their own party or for the benefits of certain candidates. We have to prevent illegal immigrants voting and also stop ballot harvesting. Every able bodied citizen must be able to vote in person and show identification. Mail in ballots should be restricted to people over 65, disable or bed ridden. We Also should restrict early voting to

Printed on: April 9, 2021 11:06 AM

no more than 2 weeks before actual Election Day . Anyone caught doing any type of voter fraud should be sent to prison and have the voting rights banned until after serving at least 10 years in prison.

Art Davis, Mr.

self / retired

Houston, TX

Liberty Counsel Action recently stated regarding voter integrity, In Georgia alone, the Public Interest Legal Foundation (PILF) identified 9,899 double voters in 2018. Two years prior, there was a similar number of 9,619 double voters.
This doesn't take into account any of the fraud from nursing home ballot trafficking and voting by dead people, kids, out-of-state registrants, people registered at two different addresses and students voting after having graduated and moved away.
PILF found in Michigan that there were 7,140 duplicate voters in 2016 and another 6,457 in 2018. North Carolina also has the same problem. In 2016, there were 9,734 of these same duplicate voters. In 2018, it was 7,026.
Georgia just passed an excellent law tightening their state's standards. Texas needs to address voter integrity in a similar fashion so we don't become a questionable state when it comes to voting. Naturally the Democrats will call any tightning of standards as voter suppression, but then Democrats are the primary problem to begin with.

Carolyn McClugage

Self

Leander, TX

I fully support HB 6 bill. I ask this bill is up for vote and is passed out of committee.
It is crucial to have true integrity in our elections and laws to hold people accountable for any kind of fraud!
Thank you!

RL Buchanan

Galveston County Tea Party

La  Marque, TX

I whole heartenly support HB6. Without a bill like this we will never have honest election.

Belinda Grams

Self employed - Ranch Management

Spring Branch, TX

Representatives Cain &  Tanya & others, I understand that you chair or sit on the Elections Committee, and there are several fine bills that address election Integrity, namely HB 329, HB 335 and HB 574, and HB 6, and I want to see these bills get out of committee and have a hearing and  passed to the floor for a vote.  Actually, I would like to see mail in ballots completely abolished and/or allowed only for medical or military reasons with a specific special needs application or doctor's note, so that we can verify voter signature and I.D.,  but then this is something for you guys to argue or litigate.  Will you please take up these specific bills in your committee?  We are watching to see what happens.  Thank you very much. Sincerely, Belinda Grams, Comal County voter from Spring Branch, Texas.

Marcus Vincent, Maj. (USAF Retired)

Self, airline pilot

Argyle, TX

As a military officer, I swore an oath to protect and defend the Constitution of the United States against all enemies, foreign and domestic.  The Constitution IS under domestic threat from those currently in power in the Federal government who seeking to

Printed on: April 9, 2021 11:06 AM

upend the Constitutional responsibility of the States to conduct elections.  The State of Texas must NOT give the Federal government the excuse that we can not ensure the purity and integrity of our elections.  Without integrity, we have nothing.  If we allow nefariously-minded individuals to defraud purity and integrity of our election process, we are no better than the worst among them.

STEPHEN DODGE, Mr.

Self/Retired

WICHITA FALLS, TX

I want fair and honest Elections, voter ID is just one way to do it.

Lisa Townsend

None

Tomball, TX

We depend on our elected officials to protect our liberties and defend us from those who would bring harm to us. When election integrity is in question across America, as it has shown to be, it makes one ask, how can we trust our government??
Leading up to the 2020 Election the uncertainty of the election with identifiable ballot harvesting and election rules being changed and openly violating election laws it became very difficult to trust our government as it became very apparent our government would tolerate the obstruction of fair elections. In addition, witnessing the lack of integrity by election officials across our country and even in Texas makes, leads one to believe we may never have a fair election with integrity again. If voters can not trust our elections and the voting system, we are in grave trouble as a nation. We depend on our elected officials to represent us and do right by us.

Please vote for HB6 and work to get it passed.

Thank you,
Lisa Townsend
30618 William Juergens Drive
Tomball, Tx 77375

Jocelyn Pantke

Self

Arlington, TX

I am currently a member of the Tarrant County Early Voting Ballot Board. I was present during the general election and during the December runoff election. Obviously as we all experienced, the pressure put on the early voting infrastructure plus mail in ballots was extremely overwhelming for all involved. However, I strongly ask that these election bills that are being considered in committee not be passed as they currently stand.
The members of the Tarrant County Ballot Board worked tirelessly to make sure that every Tarrant County registered voter had their chance to be heard. We all worked together regardless of party or political leanings to institute 1st reviews and 2nd reviews to make sure that all valid votes were counted.

I first started as a poll watcher and was treated with dignity and respect. However, giving poll watchers the leeway to interrupt proceedings and delay processes will not make the vote counting process have more assurances that there is no fraud in the system. If election officials are interrupted or distracted it allows more room for mistakes.
Poll watchers certainly have their place in our election systems but not to the detriment of counting valid votes before certification deadlines.

HB 6 in section 276.013A and 276.013B states that if valid votes are not counted then the offender can be charged with a 2nd degree felony. What that is stating is you could receive a charge with the same definition of manslaughter.  I experienced receiving ballots from several precinct judges who did not fill out their provisional ballots carrier envelopes correctly. We

Printed on: April 9, 2021 11:06 AM

received instruction from the Secretary of State to mark those ballots as invalid due to judge error. Those voters did not get their ballots counted because of an error. Who would get charged for that? The precinct judge (likely not trained well enough to understand how to correctly fill them out. Plus, they are also a volunteer) Would the ballot board presiding  judge receive a 2nd degree felony charge, or would it even be the Secretary of State who in the end provided the instructions on how to handle those ballots.

You are asking humans at the threat of 20 years in jail to be perfect, we are all fallible. We all have one goal to ensure that all valid votes are counted. Please do not make that job harder by over correcting from the 2020 general election.

Thank you,
Jocelyn Pantke
Resident of Tarrant County

Abraham George

Self, Republican Party of Texas

Parker, TX

My written testimony on HB6 to the Texas House Elections Committee

Abraham George, SREC Committeeman Senate District 8, Republican Party of Texas

Chairman Cain and members of the Texas House Elections committee, I humbly rise before you in support of House Bill 6 on Election Integrity authored by Rep. Briscoe Cain.

What we learned after the November 2020 election cycle is appalling. Even before Nov 2020, the Republicans of this great State of Texas came together and chose Election Integrity as the number one legislative priority. We, as the citizens of Texas, is concerned about the election laws coming from DC (HR1), and if it becomes the law of the land, it will legitimize all unconstitutional edicts, ordinances, executive orders, and absurd regulations by unelected bureaucrats. It does not help the people; it helps the corrupt politicians and bureaucrats legitimize their illegal actions against our election system.

After reading through HB6 I wholeheartedly support this bill. As a legal immigrant who used the legal process to come to the United States, going through background checks and waiting for my turn for a visa, then becoming a lawful permanent resident in 1996, I waited another 5 years before becoming eligible for citizenship through naturalization. On September 05, 2001 I took an oath of allegiance when I became a citizen of these great United States of America. Then, and then only, I was eligible to vote! So I do not take this privilege lightly.

A fair and secure election is the foundation of our democratic way of elections; if the people of Lone Star State do not trust the elections process, where would we be in few election cycles?

Today I humbly request that the Texas House Elections Committee unanimously pass HB 6 out of the committee and begin the restoration of Texans' trust and confidence in our election system.

Humbly submitted,

Abraham George
SREC Committeeman SD8

Theresa Johns

Self - Retired RDN

Cypress, TX

We need election integrity & steep penalty against voter fraud . Nothing will ever change if there are no consequences!!!!!!

KAMARA HEUSSNER

Printed on: April 9, 2021 11:06 AM

self/sales associate

KEMAH, TX

Dear House Representatives:

Many of us have lost faith in our election process and fear that the integrity of future elections will be lost forever if we don't act now to clarify the standards. I fully support HB 6, in that it addresses the ongoing issues of votes being cast for the deceased and votes being counted twice, along with newer manipulative techniques that arose (or increased) this past election, such as rampant ballot harvesting, special allowances for late-arriving mail-in ballots, finding more ballots in the dead of night, unauthorized access to/involvement in the counting process and the removal of poll watchers at key times. Whether or not you agree with the outcome of the most recent elections, suspicions alone have caused a deep divide between Democrats and Republicans and made many of us question whether we still have a truly representative government and can remain a free nation. Both parties should support this bill, which acts to prevent shenanigans on either side! Finally, we Texans should courageously and decisively lead the way for other states to safeguard their election process as well.

Sincerely,

Kamara Bridges Heussner

Joanne Owens, Mrs.

Self/Retired

Fredericksburg, TX

I support HB6, please vote YES

David McNeill

Self/ Retired

El Paso, TX

I support this Bill. It is essential that our elections are transparent and fair! Registered citizens of the United States ONLY, should have voting rights and should be made to prove their identity and citizenship.

Denise Gordon

Self/Clinical Social Worker

Round Rock, TX

Rep Cain and Members of the Elections Committee: How many actual cases, not counts, of Voter Fraud were found in TX's 2020 Elections? Why are you introducing legislation to solve multiple problems THAT DO NOT EXIST! Rep Cain: Have you or your colleagues ever worked as Elections Administrators, Election Judges or Alternate Election Judges? Why would members of either the Republican or Democrat Party want to work at Polling Locations for 14+ hours when they may end up being charged with Felonies for honestly trying to carry out their duties? Are you trying to limit voting locations to one per county, because that is all the staffing that can be found?

Why are you trying to broaden to abilities of Poll Watchers? Apparently, you want them to intimidate Voters by watching while they vote! I have worked Polls with Poll watchers and representatives from the Secretary of State's office. All have been polite and have sat where they may observe and listen if they want, but they do NOT interfere with Voters nor do they watch them vote. If poll watchers have questions, they speak with Election Judges, period. There is NO NEED for laws to increase the abilities of poll watchers or to add penalties for VOLUNTEER Election Judges/Alternate Judges who are doing their jobs. Yes, even if we receive compensation, we are not paid for overtime, we work very hard, and we have to accept the abuse of voters who have failed to register, update their registration, failed to review ballot measures, or have waited in long lines, especially now that the Legislature has eliminated Straight Ticket Voting.

Printed on: April 9, 2021 11:06 AM

Why would you Limit County Election Administrators/Officials from being in Polling Locations? Their duties include visiting polling stations to make sure that we poll workers are doing our jobs correctly and to respond to questions? They have also come to pitch in to process voters if our lines are too long; their assistance was most welcome by both poll workers and voters!

What is your intention in Article 5: OFFENSES RELATED TO PROVISIONAL VOTING.  (a)  An election judge commits an offense if the judge knowingly provides a voter with a form for an affidavit required by Section 63.001 if the form contains false information entered thereon by the judge? Do you want there to be NO Election Judges or just NO Provisional Ballots? Do you really think Election Judges work Elections to commit fraud? Judges from both Parties work hard and uphold the laws as well as possible, while being pressured by numerous voters who want to vote quickly and correctly. Our goal is to help them to do so.

As a Veteran, who served 26 years to defend democracy, I find HB6 a travesty! Instead of working so hard to SUPPRESS THE VOTE, we need legislation to permit all Voters to Vote when and how they find it most convenient: By Mail, Early Voting, or on Election Day? This proposed HB6 is such a blatant, broad effort at Voter Suppression; Vote to DEFEAT IT!  Serve TX Honestly and with Integrity!

Malissa Torres

Self

Three Rivers, TX

I watched the lege this morning. We will overcome the partisan voter suppression in SB7. Republicans have kicked a hornets nest. Now, to work on true cancel culture, your seats. Respectfully angry voter, organizer, activist, mother, veteran.

JANIS REINKEN

Self / Attorney

AUSTIN, TX

April 1, 2021
Dear Mr. Chairman and Co-Authors of H.B. 6,
There are 3 basic components of a well-managed, legal election: proper registration of qualified voters, properly processing the votes of qualified voters, and properly counting and reporting the voting results. Your job as legislators is to facilitate those aspects of the election process, not impede them.
I oppose House Bill 6 (and CSHB 6, 87R17604 TSS-D) because neither version of the Bill would facilitate full and fair elections. This legislation would make it harder for voters of any political affiliation to vote.
I oppose House Bill 6 (and CSHB 6) because they set up a veritable minefield of CRIMINAL offenses (not just ADMINISTRATIVE penalties) for volunteers, voter registrars, voter assistants, and election workers for making an error or mistake in regard to their tasks and duties.
Instead, this legislation impedes the rights of qualified voters to register and cast their votes confidentially and without hindrance or intimidation. The legislation interferes with the responsibilities of election workers and officials to do their jobs well and correctly, without being controlled, interrupted and intimidated by the actions of external poll-watchers who are not election workers. It appears the Bill (as introduced or substituted) would cause these volunteers, election workers and officials to defend the criminal accusations at their own expense, even if they made an unintentional mistake or acted in good faith in a ministerial capacity.
Passing this legislation would be an extreme legislative overreach. It is a heavy-handed approach to creating solutions in response to problems that are minimal or do not exist. It aims a sledge-hammer at a gnat, while proclaiming victory over the fictional intergalactic villain, Thanos.
Your sworn oath of responsibility requires you to uphold the laws and Constitution of the United States, and that includes protecting the rights of voters rooted in the 14th, 15th, 19th, and 26th Amendments.
Please concentrate on doing that, and stop treating voters and election workers and officials like they are your enemies. It doesn't matter what political party you represent: you still need them, or there won't be any elections.
Respectfully submitted,
Janis Reinken
Austin, Texas (House District 49; Senate District 14)

Printed on: April 9, 2021 11:06 AM

Sharon Copeland, Mrs

SB7 and HB6

Carrollton, TX

You are infringing on ALL TEXANS right for fair and free voting. There was no voter fraud detected in in county or state of Texas. You are violating my 1st amendment, 14th amendment and constitutional rights as an American citizen. And it will not go unchallenged.

Arthur Pinto

Self, Mechanical Engineer Retired

Dawson, TX

Integrity of elections should be a priority, it's part of the foundation of our system.

mike anderson

self-restaurant owner

Princeton, TX

Election integrity is of the utmost importance to Texas residents. Criminal penalties should be imposed on all those who would defraud an election.

Michael Williams

retired

Georgetown, TX

The American people demand free and fair elections, and I support HB6 to ensure that occurs.

Becky Bush

Self

Pottsboro, TX

Please uphold our right to a free election with integrity, prevention of fraud and support voter ID. This day and time we all must have an ID for just about everything we do like driving, filling out applications for Drs., credit cards, renting or leasing anything, going into the White House and other government buildings, and etc.. We need to have a clean voter role also. Thank you for your time and effort in this matter. A vote for this bill would be much appreciated.

Timothy Kellogg

self

Corpus Christi, TX

Vote YES! In order to have a trustworthy elections for all people involved, we must have foundational rules to guide our election procedures. This bill is a good start to eliminating some of the deficiencies of the past election.

Robert Meyer

Self

Printed on: April 9, 2021 11:06 AM

San Antonio, TX

I support HB6 as a necessary measure to ensure election integrity. We the People need confidence our votes count and elections are not rigged or controlled by corrupt practices. Improving the integrity of the election process is a high priority in the wale of the most recent presidential election.

1) Bad actors have taken advantage of holes in the electoral process to alter the balance of elections, especially at the local level. This bill seeks to address these issues by:
 Strengthening poll watcher protection
Limiting the most common fraudulent practices and opportunities for fraudulent practices pertaining to ballot by mail applications, mail in ballots, and voter assistance
Providing better and more timely evidence in investigations into alleged voter fraud

2) HB 6 contains increased penalties for election law violations along with clear checks and balances for paths to prosecution for offenders.
HB 6 also includes provisions that would:
Protect voters from intimidation by people pushing unsolicited assistance, a practice known as "voter ambush";
Clarify the right of poll watchers to be "near enough to see and hear" election officials' activities;
Prohibit public officials from distributing unsolicited mail-ballot applications;
Specify who can be inside a polling place or ballot-processing location;
Require expedited court action in election fraud cases;
Strengthen penalties for several election-related crimes, including making election fraud offenses a second-degree felony.

Melissa Brown, Mrs.

self and husband Mark Brown

Gainesville, TX

There are fewer things more important to this nation than election integrity.  It is not a hardship for ANYONE to get an ID, that is absurd in this day and time.  We need to show those ID's every time we vote. We need polling day integrity plus mail ballots should be for ONLY extenuating circumstance's such as our military, disabled etc.  We do not need more days to vote, there are already TOO MANY DAYS.  Respectfully, Melissa Brown member of COS.

Norman Pappous

Self - risk manager

League City, TX

Please pass HB6 in its original form. Don't Georgia Texas!

Angela Andrews

Texas citizens

Alvin, TX

As an American and a Texan, it is our duty and right to make sure our elections are safe from election fraud.  It isn't racist  by any means to make sure our election are fair.

Kathy Powell, Business Owner

Self

San marcos, TX

Good Morning!

Printed on: April 9, 2021 11:06 AM

Thank you for taking the time to read my testimony and desires regarding election integrity. I think it goes without saying that after what we've experienced with the 2020 presidential election, we are in desperate need of election integrity and stricter reform and penalties when the rules aren't followed. I want to encourage you in this endeavor as it truly applies and benefits all Americans. Currently, it would be my assumption that the majority of Americans have lost all faith in our electoral process as well as many others branches of government, but I think by reforming the electoral process with what's being proposed in HB 6, this will in turn aid in healing and restoring Americans faith in our election processes. Thank you again for your time. May God Bless your efforts and open your hearts to His truths in all your endeavors.

Robert Meyer

Self

San Antonio, TX

I support HB 6 and encourage the legislature to pass this bill.

State Representative Briscoe Cain's House Bill 6 (HB 6) would:

Encourage in-person voting, which is more secure than the questionable voting we saw in the most recent presidential election.

Prohibit public officials from distributing unrequested vote-by-mail applications.

Ban ballot harvesting.

Increase poll watcher access (improved transparency)

This is a commendable start by the House, and can further be improved upon by:

Requiring voter identification for mail-in and absentee ballots

Routine verification of voter rolls and new registrations

Pricilla Green

Oakcrest F&R

Cross Plains, TX

It is important to our Republic to me, that elections are fair and honest. That the honesty of elections are maintained. To shore up the the rules and laws, so that we the people speak by electing those who we feel represent best.

michael Powell, Rev.

Self - pastor

Lavon, TX

I am very much in favor of protecting the integrity of our election process, preserving the the right to vote for only those who have that right, doing everything possible to prevent fraudulent voting. We must prevent the manipulation of our elections by individuals, groups or political organizations or  parties. Laws must be made to protect our election processes. Those laws must be enforced and the penalties for election interference, fraud or manipulation should be severe. Anyone caught in any type of interference should permanently lose their right to vote, or to hold any political office, and should be banned from participation in any political or electoral activity. The right to vote is the bedrock of our republic and must be taken seriously and protected vigorously. The government's role is not so much to facilitate, or make it easy for citizens to exercise their right to vote, but to protect the solemnity of that right ensuring the exercise of that right is done so legally and with integrity by those who are confirmed to hold said right.
Unlawful voting, voter fraud, interference or manipulation of the electoral process of any kind should be a criminal offense, with severe penalties.

Printed on: April 9, 2021 11:06 AM

Deb Schreck

My Family

Whitehouse, TX

I want this committee to know We firmly believe this last election was rigged. We deserve better. If you have to have a drivers license to drive a car you need to have ID to vote. NO MAIL IN VOTES EVER.  If you go to prison you forfeit the right to vote. If you are not a LEGAL AMERICAN CITIZEN you do not have the right to vote here. If you reside in a nursing home you probably should not be voting either. We also want strong TERM LIMITS for all politicians and politicians should be called to serve the citizens. Not PAID to rule the citizens. All of this countries leaders should not be paid more than minimum wage, have no other medical care except medicaid, and if they choose to put in retirement funds to a 401k then they can get retirement at a 50/50 match while in office. these benefits end when they leave office.
We want American Oil and Gas and American product. AMERICA FIRST. Aand we want these things NOW.  thank you.


Ashley Wilson

Myself

Austin, TX

I believe that HB 6 and its companion bill SB 7 that was passed out of the Texas Senate last night aim to make it harder for Texans to vote. I also believe. That HB 6 and SB 7 are aimed at people of color. I wan at HB6 to be voted down in the Texas Elections committee. Because we have more important things to work on like Medicaid expansion and funding our education system that is one of the lowest in the nation. #fundeducation #notsuppressthevote


Joe Hudgens
Self
Edinburg, TX

 Vote yes


Carol Brown
Self
New Braunfels, TX


Speaking in Favor of HB 6.
Election integrity is paramount to safeguard the faith Texans have in those we elect to office. The Project Veritas video of Ballot Chaser Raquel Rodriguez was an embarrassment to Texas and the very reason why I Support HB 6.  Clear penalties & enforcement mechanisms are needed for such violations.  HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process.


Darrell Jones, CDR
Self
Fort Worth, TX


I wholeheartedly support HB 6.  Current voting processes are extremely vulnerable to voter fraud at numerous and various levels. The 2020 elections demonstrated massive, effective executed strategies to defraud our election systems, and defeat the Will of the People in both Texas and the United States.  The U.S. Constitution specifically delineates that the States will have the sole power to create legislation to regulate and administrate elections.  As stewards of such Constitutional Power, it is absolutely necessary and incumbent on the State of Texas to pass HB 6 to define precisely criminal election fraudulent activities with intimidating criminal penalties in order to deter future election fraud.  Immediately restoring election integrity in Texas as a member State is

Printed on: April 9, 2021 11:06 AM

absolutely critical in preserving the Union we know as the United States.

Rick Ridgeway

Self

Red Oak, TX

I am in favor of this bill and urge all on this committee to vote for HB 6 favorably and quickly move this bill out of committee.

The argument that securing and protecting against illegal voting and voter fraud somehow makes voting more difficult is either misinformed or disingenuous.
The only thing HB 6 does is make it harder to cheat and disenfranchise every legal vote in Texas!

For those that don't believe voter fraud and election fraud are a serious, continuous threat, just look at the headlines from the Texas Attorney General regarding the fraud.
There's 234 currently active, election fraud investigations.

HB6  addresses urgently needed changes in Texas election laws. Corrupt people continue to try and steal elections and that effort is aimed at the softest targets; ballot by mail applications, mail in ballots, and voter assistance.

At no point should any elected official distribute unsolicited mail-ballot applications; HB 6 addresses and covers this abuse.

At no point should voters be subjected to intimidation by people pushing unsolicited assistance, a practice known as "voter ambush"; HB 6 covers that abuse.

At no point should a poll watcher be intimidated and feel threatened by trying to uphold election integrity; HB 6 covers that.


Texas voters deserve fair, honest and transparent elections.

HB 6 will help ensure that outcome.

Kathryn Perez, Mrs.

Self - College Professor

La Porte, TX


Beto O'Roark does not have my best interests as a free American. I proudly served this country as a United States Marine for six years, and I did not serve to allow corrupt political pundits take this great country away from me. HB 6 must be ratified. It is one step closer to keeping people like Beto O'Roark from changing our country into a dark place.

We need to be heard and we need to be obeyed. As a country run by the people, we are not. The elections are important but they must also be above reproach. If one American citizen honestly questions the election, it is not done correctly. The 2020 election is still in question. That is because laws were ignored, people pushed their own ballots through, and many, even in Texas, tried to stuff ballot counts with illegal votes. That cannot be tolerated. We must act. HB 6 must be ratified to help give Americans in Texas peace of mind that everything is being done that can be done.

I may not have been born in Texas, but I should have been. I have lived here for forty years and would not change a day of it. Texas is my home. I am tired of the federal government putting blinders on and ignoring the affects their decisions are making for everyone in the states they disrespect. We have great senators and some great congressmen in Washington DC. In Texas, the same. It is time for Texans to stand up and tell the federal government "We're mad as hell and we're not going to take it anymore." The Texas legislature has the chance to do what is right. Do it, okay?

But THEN, when the dust settles and we go back to our lives, the real problem is not that we did nothing. It is that what has been done radically and permanently changes our country from opportunity to serfdom. Laws must make sense. They must cover every

Printed on: April 9, 2021 11:06 AM

single person in America, and they must clean up corruption in Washington DC. If a Convention of States comes to fruition, I do hope we do not just create *another* clear and present danger to our liberty. HB 6 is a law that is well past its time. Fix the system before it is irreparable.

Voters across the country have been disenfranchised. Whether Donald Trump or Joe Biden won, the problem is the QUESTION of election integrity. It is not whether it was honest. It is the belief and perception that it was NOT. Hopefully HB 6 will ensure legal elections in the future and peace of mind that they are.

There are methods to improve voter integrity. Why would anyone push against that? Why would anyone who says they speak for 'the people' not want to allow us peace of mind? Beto O'Roark does NOT have Texans' best interest at heart.

Beto, go home. Your voice is not welcome at this point in history. Don't continue to be part of the problem. Be a part of a free, law-abiding America.

Thank you,

Kathryn Perez

Rinda Jordan

Self

Richardson, TX

Please pass this bill to ensure Texas elections are fair and accurate. We must ensure election integrity.

Karen Hooper

Self, teachers

Arlington, TX

As a constituent and resident of Texas, I support Voter ID and signature verification for all aspects of the voting process. I oppose mail-in ballots as they are an ideal ground for fraud. I would actually like to eliminate electronic voting machines and go back to paper ballots. Anyone caught attempting to influence the voting outcome through fraudulent means should be charged with a felony and receive strong consequences as their actions threaten the integrity and healthy function of the state and nation. In my opinion, I'm very leary of those who oppose these measures under vague pretenses such as "safety" or "racism." There are plenty of ways we can make in-person voting accessible to legal citizens with health or socioeconomic vulnerabilities.

Paula Hillin

Self

Fredericksburg, TX

Vote yes for this bill to strengthen the I tegrity of our voting system

Dameon Huber

Self, Cashier

Granbury, TX

I support election integrity.

Beverly Roark

Self

Printed on: April 9, 2021 11:06 AM

Fredericksburg, TX

To ensure that computerized vote counting is done legally, transparently and accurately

Carol Wickstrom, Dr.

Self

Denton, TX

Do not approve this bill. Voters need to have access to all voting polling places and be able to vote early with ease. If you vote to approve this bill, it indicates your fear of losing. Let the people speak. Or are you that scared?

Sarah Medford

self/retired attorney

Jarrell, TX

I am in favor of HB 6.  Without secure elections, there can be no secure country.  Texas needs to implement  strong reforms to ensure the integrity of our elections.  Thank you and God bless Texas forever!

Donna Pazera

Self

Fredericksburg, TX

I strongly support

Blake Ferguson

Self

San Antonio, TX

Secure elections and ballots are a cornerstone of our democracy and must be upheld. Thank you for representing and protecting legal American voters

James Keller

Self

Wimberley, TX

I support HB6.  This bill improves both transparency and confidence in Texas' elections.  Having observed the central tabulation at Hays County's Election Center many times, I can vouch for the importance of every provision of this bill which increases accountability and improves the audit trail, to inspire confidence in our election process and results.

Poll Watchers are essential independent oversight of the entire process from the management and procedures leading up to the election, the operation of the polling places, the chain of custody for all documents, the creation, maintenance and tracking of and by the audit trails, and the inspection of all equipment, supplies, networks, and records, before, during and at the conclusion of the election.  This bill, as written, empowers Poll Watchers to effectively do their jobs.

Tom Johnson, Mr

COS

Carrollton, TX

Printed on: April 9, 2021 11:06 AM

Election Integrity.......

Edward Kandler

self/retired technician

Jarrell, TX

I am a firm believer that strong safeguards on the election process makes for a strong country. I approve of HB 6

Mark Lerner

Self

Dallas, TX

Please pass this bill to ensure Texas elections are fair and accurate.

Janet Gustafson

Self

Carrollton, TX

Our elections need to be absolutely correct. With the arrest of a prolific ballot harvester in the 2020 election we need a law that will prevent fraud and there needs to be Vigorous enforcement and criminal penalties that would help to punish the perpetrators.

Edward Kandler

self/retired technician

Jarrell, TX

I approve HB 6

Ed Kandler/ constituent

Merrilee Peterson, Mrs

Self, housewilfe

Houstonp, TX

This state suffers from the lack of voting integrity. All citizens, regardless of party affiliation,  should demand this bill be passed. Thank you.

Jane Moran

Hefner Wilshire LLC

Gilchrist, TX

Fair, secure voting and accurate vote tabulation are critical to the future of Texas elections.  Period.  Please bring this to a vote today, April 1, 2021 and let no further shenanigans delay this critical action.

Alan Guttman

Self

Printed on: April 9, 2021 11:06 AM

I write in opposition to House Bill 6. While H.B. 6 has a lofty title—the "Election Integrity Protection Act" — elections, at least in Harris County, are already conducted with impartiality, fairness and respect for the law. I know this to be the case because I have served as a precinct judge for more than 20 years and have never seen an election official act in any manner other than with complete integrity.

On any day other than Election Day, I'm a partisan Democrat. On Election Day, me and my Republican judge counterpart put our party affiliations aside. Every election morning, before opening the polls, the judge and clerks with whom I work take an election oath. We take the oath seriously and treat it with solemnity. We treat voters with respect and without regard for their party affiliation. I've helped many voters who wish to vote a Republican ticket. I've seen my Republican election judge colleagues do the same for Democratic voters. We attend lengthy election law training conducted by the Harris County Clerk's office. There is no hint of partisanship in this training. Rather, honesty, integrity, and friendliness are constantly stressed.

H.B. 6 ignores these facts and plows ahead with restrictions making our jobs as election workers harder and applies the threat of criminal conviction to certain aspects of our job. It's hard enough working a minimum of 14 hours on Election Day and dealing with a variety of voter questions, technology challenges and a barrage of forms and other paperwork. Now, under H.B. 6, we judges can be convicted of a crime if, for example, a poll watcher feels he or she wasn't able to "sit or stand near enough to see and hear the activity or procedure for which the watcher was appointed." I've never had any problems with poll watchers in my precinct. I've not heard of other election officials having such problems. Nevertheless, H.B. 6 criminalizes the ejection of a watcher unless the person "engages in activity that would constitute an offense related to election fraud." This vaguely worded prohibition is a solution looking for a problem and will only embolden poll watchers to push the boundaries against a judge looking to stay out of jail.

H.B. 6 states an intent, in part, that "reforms are needed to the election laws of this state to ensure that fraud does not undermine the public confidence in the electoral process." Prior to the 2020 election, elections in Texas were generally believed to be conducted fairly.  Despite loud and repeated complaints from a particular section of the media and candidates who lost, there is no factual basis to support that our State's 2020 elections had more fraud or less integrity than prior elections.  As such, H.B. 6 is not needed, but uses "fraud" and "integrity" to justify making it harder for officials to run elections and voters to vote. That is a sad and embarrassing use of political power and must be stopped. I urge a "No" vote on House Bill 6.

Tom Nobis

Republican Party of Texas

Houston, TX


I am For HB6 for the following reasons
Honest and Fair elections are a hallmark of our Democracy and this bill rectifies some issue that have occurred in the past.
1. Fraud - a social worker in the Mexia State Supported Living Center (SSLC), submitted voter registration applications for 67 residents without their signature or effective
consent Nov. 2020, in other cases some voters voted more than once, and Legal voters have been disenfranchised.
2. Dead voters should be removed from the rolls
3. Illegal voters should be removed from the rolls
4. Poll watchers should be allowed to view the process.  Transparency of our elections proves there is nothing to hide.
5. There should be no payment for handling votes.  Paying for delivering votes incentivizes corruption.
6. Massive mail-in ballot schemes is a tool for fraudulent votes
7. Punishments need to be set so people do not ignore the laws.If they cheat and there are no consequences, the cheating continues.
Honesty in our elections is important and should be protected.
8. Vote harvesting and paying for collecting votes should be illegal. Voting should not be a money making opportunity
9. There needs to be a special legal process to stop illegal practices that impact elections. The provision to expedite election challenges protect the integrity of the
election because if the illegal acts can't be stopped legal voting is not protected.
Thank you very much for your consideration and I urge the passage of HB6 and its sending to Calendars Committee.


Printed on: April 9, 2021 11:06 AM

Jeffrey Holley

Self

cookville, TX

i am a Texan that supports HB6, and frankly do not understand why any elected official would oppose HB6 unless they were trying to cheat the system. Election integrity MUST be kept intact or it is quite possible we as Texans lose all faith in those that hold elected positions.

Joe Garza

Representing American Citizens

CEDAR CREEK, TX

Photo ID, American Citizens only period. For god's sake we have to present our Sam's card to get into the store but not to vote for those who will be determining how much money is taken away from me by the government and how it will be spent, idiocy. Those who tamper with this precious right should have to pay dearly for doing so.

Cynthia LePori, Citizen

Self

Houston, TX

Here to testify

Robert Wainner

Coach

BOERNE, TX

How anyone could be against election integrity....ensuring every legal vote counts.....is beyond me. It is the foundation of our democratic republic.  It prevents both the evils of voter intimidation as well as evils of voter fraud.

And given the fiasco, fraud and breakdown we witnessed in many states this past election, it is also clear that Texas must be proactive if it wants to retains control of it's election, ensure the integrity of our election results, and the confidence of it's citizens that the results of it's elections are valid.

Please vote YES to HB 6 to ensure the right of citizens to vote and the integrity of Texas elections.

Larry Davis

Self

Gilchrist, TX

Good morning,

I am writing you and asking you to support HB 6.  It is crucial we tighten our Voter integrity to make sure EVERYONE has a right and path to cast a vote in a free and fair election.  The left, including Beto O Rourke will tell you it will suppress the voting rights of minority.  This is not true, it would only ensure fair voting process.

The stiffer penalties would deter people from cheating.   It will not stop all, but it will stop some. Those who wish to continue to violate the law, I.E. Harris County, the stiffer penalties make no difference.   The only reason why someone one would oppose this bill, would be because they do indeed violate the law.  If you do not violate the law, the penalty is zero for conducting yourself as person who adheres to the law. I urge the committee move this out and put it to a vote.  The only one who would have

Printed on: April 9, 2021 11:06 AM

anything to loose is the person who violates the law.

Thank you

Donald Zeek

Self / Retired

DICKINSON, TX

I have worked elections in Galveston County as an Election Judge for every Primary and general Election starting in 2000. I have also served as the Galveston County Central Count Judge. I serve because I want to help do my part to make sure that elections are fair and follow the election laws of our state. I recommend passing these common sense  legislative improvements to the election code to make sure that every vote is a legitimate and fair vote for every eligible citizen of each jurisdiction. Local election officials should not be allowed to execute elections per their own desire but must be held accountable to follow the law.

Sharon Correll

Convention of States

DALLAS, TX

To members of the Elections Committee:

I am writing in support of HB 6 to strengthen our election integrity laws.

Without a system to ensure a properly executed election, government of, by, and for the people will indeed (in Lincoln's words) perish from the earth.

It is disingenous of those who oppose this bill to talk in terms of "voter suppression." In fact, whenever a vote is cast dishonestly, it has the effect suppressing the votes of the rightful and legal citizens. So I claim that those who would oppose measures to strengthen election integrity are in fact promoting voter suppression.

I urge you to support this bill which is essential to preserving our American Republic.

Sincerely,
Sharon Correll
Dallas, House District 111

Kathy Green

AARP

Austin, TX

AARP is a nonpartisan, nonprofit organization, with a membership, that fights for issues that matter most to families, such as voting rights, healthcare, income security, retirement planning, and protection from financial abuse. AARP strives to address the needs and interests of people 50-plus, and through legal and legislative advocacy, to preserve the means to enforce their rights. We have a membership of 38 million nationwide and approximately 2.3 million in Texas.

The right to vote is among the most basic of all civic and Constitutional rights. AARP favors laws and policies that encourage and do not hinder electoral participation. While AARP supports measures to protect the integrity of voting, it opposes bills and laws which impose a heavier burden than necessary to address verified evidence of electoral fraud.

AARP asks that the committee not impose that heavier burden that would result in disproportionate and unnecessary risks of disenfranchising older voters in Texas.  Specific concerns include, but are not limited to, vote-by-mail provisions. As one of the long-standing categories of eligible people to vote by mail, many Texans aged 65 and older have come to favor and rely on this option as it is a more convenient and safe method to cast a ballot.  AARP is concerned about any provisions that would either

Printed on: April 9, 2021 11:06 AM

discourage efforts to better promote VBM or creates a new obstacle for those seeking to VBM.

Moreover, we are concerned with any provisions that complicate access to in-person voting. This would include:

• Additional paperwork or documentation to vote by mail on the grounds of a disability, including requiring disclosure of any information that would violate medical privacy laws.

• Barriers to persons being able to provide assistance to a voter who wishes to vote by mail. Many older persons require assistance in completing applications to vote by mail, as well as mail-in ballots. Some may not have family to assist them and may be depending on a home health aide or another caregiver that is not related to the voter for this assistance.

• Additional documentation for those providing transportation to the polls for people who cannot or do not wish to drive themselves. Many seniors living in congregate settings who wish to vote in person ride together to the polls in group transportation provided by their living facility.

AARP appreciates the opportunity to work with Representative Cain, this committee and the entire Legislature to preserve and promote the right to vote.  Free and fair elections are essential to democracy. AARP is committed to supporting a diversity of voting options, such as vote by mail, to maximize the chance for people to exercise their right to vote.

Contact Kathy Green, Director of Outreach and Advocacy, AARP Texas: 512-657-7407

Cathy McGuinness

Self

Austin, TX

I respectfully encourage representatives to pass HB6.  election integrity is imperative. Please don't be swayed by naysayers.  If there was nothing to fear from an election without fraud, there would be no naysayers. Please pass this bill for the future of our state and our children.  Thank you. Cathy

Joe Jones

Self / IT

Georgetown, TX

Restore election integrity by mandating Voter ID and making tougher laws preventing fraud in elections, and holding people accountable to enforce those laws and penalize offenders.

Tom Holman

Self

Austin, TX

Vote to send the Bill out of committee to the floor. I support this bill! If I stay in a hotel I have to show an ID. The travel industry is not trying to deter me from traveling nor is requiring me to show an ID to vote an attempt to prevent someone from voting! Texas does not have mail in ballots! Texas has certain exceptions to early or day of voting! Stop calling them mail in ballots! A Law with no consequence is a suggestion! Vote to send the Bill to the floor!

Lisa Cobb

Self

Dallas, TX

Please vote yes on HB6! We need to protect our elections. We want all legal ballots to count and not negated with illegal ones. Our founding fathers put their lives on the line and many lost their lives.

James Fields, Mr.

Self Retiree

Printed on: April 9, 2021 11:06 AM

Voting in person with an official I.D. is the most safest way to vote.  If necessary to vote online, require a call back phone number tied back to an official I.D. (Prevents duplicates.)

Katia DeVaux

Self

Katy, TX

Voting rights are one of the most important rights American have. We must ensure that individuals who vote have the legal right to do so. We should ensure that the laws prohibit fraud and errors from occurring that could alter the results. Voter integrity must be maintained and required proper identification should be the top priority. ID is required for almost everything else that you do, including visiting the doctor or boarding a plane, therefore requiring ID to vote should be mandated. Mail in ballots should also be limited so the voter validation can be maintained.

Shirley Sloan

Self - housewife

Dallas, TX

I urge you to pass this bill for the sake of our future generations!

Dorothy Franz, Mrs.

Self (Retired former teacher)

Carrollton, TX

I believe it is vital to election integrity for voters show proof of identification, and that only verified citizens of Texas should be allowed to vote.  To have faith that an election is fair, there should be prevention of any opportunity for fraud to occur.

Teresa Gorman

Self

Forney, TX

It is unconscionable that any American citizen wouldn't want this, unless there is a fraudulent agenda. Without election integrity all of our faith and belief in the American system of voting, laws, rights, and constitution is completely undermined forever, not just this particular round we are living for today.

K Holt

John Birch Society

smithville, TX

This bill is a good step toward ensuring Texans enjoy secure and honest elections.  Short of a return to paper ballots, this is the best thing going!  Please support it.  K Holt

Denise Lockwood, Ms.

Self

Galveston, TX

Printed on: April 9, 2021 11:06 AM

It should be a criminal offense by both election workers and voters attempting to commit fraud.

There should be only paper ballots and no more computerized digital ballots.

Election workers' duties need to be monitored and be on live camera recording inside the building as well as outside, during the entire voting day, of all processes, from start to finish; as election workers sign people in to vote making them show their photo IDs, monitoring that ONLY that ONE properly-verified registered voter is allowed into the voting booth taking no one inside the booth with them, no family member nor their children, monitoring activities outside as voters stand in line waiting to vote outside of the polling place building, that voting starts and ends at only the appointed times, and that conduct correct gathering/tabulations/reporting of ballots. (A voter's young children should be allowed to stand near their parent but outside of the booth while the properly-verified registered voter is voting.)

It should be a criminal offense by all polling workers to knowingly break the law,. All polling workers should be how pulling supervisors of a ratio of four workers to one supervisor, during the entire voting day; and all polling workers need to swear in on a Bible and understand they will be held accountable, by law, to conduct fair legal polling without fraud, which especially includes correct ballot gathering/tabulations/reporting!

There should be an election worker outside plus live recording cameras for the entire voting time, monitoring to make sure there is no handing out of gifts to people standing in line to vote, by any solicitors nor that there is any other kind of soliciting to any voter during their entire waiting time to get in the building to vote; whether while they're standing in line or standing anywhere on the entire polling place's property.

There should be no drive by voting at any polling place.

Once again, Only the registered person should be allowed in the voting booth, unable to take anybody in the booth with them, and this process, also, should be both live monitored by a worker and camera recording monitored, so that any voters committing fraud by attempting to vote after they',be already mailed a mail-in ballot, or attempting to vote when they're not registered or bringing anyone into the voting booth with them will be held accountable for breaking the voting laws.

Elena Fernandez

Self

Sugar Land, TX


Texas has $35 million to spend on changing voter laws, that work but nothing to spend on winterizing and integrating our electrical grid and power plants so we another 111 people don't die if the temperature drops below 17??? Vote against HB6. Do not waste time on this we have more urgent needs as a state.

Don Hutcherson

Self

Ponder, TX


Need control by persons desire to be honest or fear of penalties.

Amy Huggins

Self/lawyer

Houston, TX


I passionately support election integrity efforts by the State of Texas. It is critical that voters be required to show identification and to prove they are qualified to vote. Our elections must be free from fraud so the citizens of Texas can trust the results. Please pass this bill to secure the election process in Texas

Printed on: April 9, 2021 11:06 AM

Heidi Hettler, Mrs.

Self

San Antonio, TX

As an American and Texas voter, it is important to protect our election integrity. We must not allow the left to demolish our rights as citizens of this nation by allowing those without the proper verification to vote. Voting is already a choice, you can choose to register or not to register.  Our Declaration of Independence states, " That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed..." As our elected officials it is your duty to protect our Constitution and Declaration of Independence. Therefore, it is also your duty to protect the integrity of our elections.

Cynthia Ware

Tarrant Star Republican Women

Hurst, TX

I strongly support this bill as a long time election clerk and alternate election judge.  I believe this will help increase voter faith in the process.  Voter fraud should have meaningful consequences for anyone messing with the conduct of an election.

Mary Dean

Self - Insurance sales

Keller, TX

Please pass HB6 to insure the integrity of voting Texans.  We've seen voter fraud in so many States - and it is the intent of the Democrat party to bring their fraudulent system of voting, here!  I'm begging you...please remember the women and men that have given their lives so we have a "free" country....a "free" Texas.  It's your responsibility to protect the citizens of this great State.

George Boddy, Dr.

Self

Weslaco, TX

I strongly support this bill.

Doug Van Meter

Voter

Cameron, TX

I am a Texas voter and personally can see few other issues more important than the election integrity protections for all voters in Texas. Many states had serious issues with there election processes due to failure to follow the law of their State in the 2020 election and strengthening the process and the penalties for fraud is the only way to insure that all elections are free and fair, and that all voters can feel confident that their State voting system is open and fairly run! Never again should Americans or Texans suffer the types of doubts that were seen in the 2020 election for voters or candidates, we should in every case be confident in the outcome and the truthfulness of the officials running the system to be fair and honest! Voter ID is critical to the vote counting system, and fundamental to protecting the integrity of every election, the myth that poor and minority people can not or do not have access to all forms of ID is simply false and a clear pretext to allow voter fraud by overwhelming the system and hiding the voter fraud from officials. If voter ID were a true problem the most direct way to resolve that problem would be to provide simple and direct assistance to any voter having an issue to acquire the ID and to vote and in the actual voting process, the fact that the political party insisting that we must take the more difficult route of unidentified voters casting ballots is clear voter fraud against the People of Texas and racist characterization of minorities as unable to obtain required public identification just as all other Americans do to be able to participate in the most basic activities in American life...... Thank you for your time, Doug Van Meter

Robert Allison

US and Texas Citizens

Blanco, TX

I would like to urge you to add these reforms to HB 6 and pass it out of committee.

    Requiring voter identification for mail-in and absentee ballots
    Routine verification of voter rolls and new registrations

David Alexander

Self

League City, TX

I have a hard time understanding why people think that we should not show ID to vote. Voting is one of the most precious things we have in the USA. I think it if we allow this bill to pass it will destroy election integrity. When we must show ID for multiple other things like the list below.

Some are federal, but most are state laws or activities where I live.

1. Boarding an airplane
2. Writing a check
3. Cashing a check
4. Using a credit card
5. Driving a motor vehicle
6. Applying for a business license
7. Applying for permission to hold a protest or rally
8. Securing employment
9. Purchasing a house or real estate
10. Renting a domicile
11. Renting a motor vehicle
12. Purchasing a firearm (Includes BB guns)
13. Applying for a hunting license (waived for 16 and 17 year olds when their legal guardian provides a photo ID)
14. Applying for a fishing license (waived for 16 and 17 year olds when their legal guardian provides a photo ID)
15. Purchasing alcoholic beverages
16. Purchasing tobacco or products that contain nicotine
17. Purchasing a motor vehicle
18. Initial registration of a motor vehicle
19. Applying for a building permit
20. Receiving prescription medicine
21. Purchasing OTC medicine that contains pseudoephedrine
22. Serving on jury duty
23. Getting a bank account
24. Cash transactions of $5000.00 or greater
25. Sales tax exemption for people aged 80 and above

Wendy McRoberts

Self/advocate

Danbury, TX

This is not about election integrity. Paxton's own audit found 26? Wrong addresses. This is about fear that the Texas Gop doesn't

Printed on: April 9, 2021 11:06 AM

offer most of the things Texans want. Yes you have the nut jobs, who believe the political theater of Fox news and The Big Lie, but they're dwindling (and being arrested for sedition)  Even most of my evangelical family caught on. Do better for Texas, we're tired of politics, especially since this is our lives, not just your ambitions.

Sally Fiveash

Self-CPA

Carrollton, TX

As a Texas citizen, I strongly support SB6 and a number of other election integrity bills being considered during this legislative session.  The things that I am most in support of are the steps that can be taken to clean up the voting roles – making sure people who have passed away or have moved out of the state are no longer on the roles and making sure that only Texas citizens who are of voting age are on the roles.  This should be an ongoing process – clean it up and put in place processes to make sure it stays clean every year.  Once we have a solid voting role, people need to have to provide a photo ID in order to cast a vote, whether in person or thru the mail in/drop off process.  If someone is not voting in person, there should be a way to identify and track the ballot to insure it is valid – have a scan or ID number that ties back to the system to insure the ballot is not being illegally duplicated.  While I support steps taken to increase penalties for voting fraud, I have to believe that it is hard to identify it in a timely fashion prior to election results.  So control what you can – the voting roles, the voting ballot, and the identification of those casting votes.  That way, even if someone tries to submit an invalid vote, you will know that when you track it to the voting role, and that vote will not be counted.  This will go a long way to insure that my vote is not diluted by the vote made by someone who is not allowed to vote.  And when votes are counted, insure that people representing both sides of the campaign are allowed the legitimate ability to see that proper votes are recorded.  Transparency in this process is so important to provide confidence in our voting system.  Thank you for considering these measures and fighting for the citizens of Texas.

Timmy Westley

Dr. Tim Westley

SELMA, TX

Dr. Tim Westley, Historian for the Republican Party of Texas.

Greeting Chairman Cain and members of the Texas House Elections Committee.  I am submitting this written testimony in support of House Bill 6 on Election Integrity (Rep. Briscoe Cain, Author).
As a young man growing up in a minority community, I would often hear people say they don't vote, because your vote doesn't count anyway.  This disturbed me and I would often refute such claims and encourage people to vote and allow their voices to be heard as I believed every vote indeed counted.

Well, the 2020 Election Cycle challenged my belief in this stance greatly.  For the first time in my adult life, I was shaken, and doubt entered my mind as to whether all votes were being counted properly and if our system of voting had been greatly compromised.

This bill will help to reestablish my confidence in our election system as it will strengthen poll watcher protections, limit the most common fraudulent practices connected to mail-in ballots, enhance investigative procedures for voter fraud, increase penalties for election law violations, and more.

Such efforts will help to bolster the confidence of most people, helping many to believe in our system of voting once again.  Ultimately, it is a great injustice to have candidates and volunteers working diligently, voters participating, and people giving their all, only to have such efforts upended by fraudulent activities.  If the issue of Election Integrity is not addressed, the great Republic we enjoy today may quickly become but a memory of History's past!

Today, you have an opportunity, charge, and responsibility to stand for the people who elected you to represent them!  Please vote in support of HB 6.

Humbly Submitted

Printed on: April 9, 2021 11:06 AM

Tim Westley, PhD.
Historian, RPT

Jill Carley

Myself as a law abiding voter

Cypress, TX

I have so many friends that never want to vote again because voting is taken so lightly by many people.
Please limit mail in voting as there can be so many chances of fraud.
Increase the penalties of those who do commit voter fraud and clean up the voter rolls in Texas

Brian Moats

Self

Austin, TX

There is much uncertainty with voting and that feels unacceptable. The US needs a system that all citizens have confidence in. We need certainty that officials are not changing the rules during the election process or violating state laws. Whether voters have confidence in the integrity of our system is far more important than partisan politics and priorities

Kevin Kelly

Self

Cypress, TX

Stop the mail in voting! It's not racist. Create a voter ID card that has a computer chip and a picture. It's common sense. It's not that complicated. The truth has nothing to fear. Adjudication and audits are just dog and pony shows. Get it right the first time, by doing it right and honest. Implement kinematic artifact testing on every ballot in real time. This is not rocket science.

Roberto Montealegre, Mr

Self

Coppell, TX

H.B. 6
This bill, relating to election integrity and the preservation of the purity of the ballot by prevention fraud in the conduct of texas elections and increasing criminal penalties; creating criminal offenses is of absolute importance. It must be passed.

People have died for the right to vote, and it is to my dismay that anyone would oppose the bill. Every vote must be protected and be absolutely verifiable.  The integrity and validity of the count strengthened because it is the right of every citizen of these United States of America.

Casting illegal or fraudulent vote, cancels the earned and honest right of another.  Anyone who stands against any measure that ensures a valid verifiable and legal vote or a fair count, while promoting new method (e.g. mail in ballots, drop boxes and ballot harvesting) is dishonest.

Other methods to expand access to vote, is great but measures to protect and hold those over the process accountable. All votes must be protected and verifiable. Everyone on the left and the right, who honestly wants integrity in our voting process must stand together and pass this Bill.

Otherwise we gain nothing but chaos and run the risk of dangerously undermining democracy. Voting is a Citizen's earned voice and a sacred right. It is the government's obligation to protect it. It is the foundation of our democracy. Anything other than that is tyranny. ALL PASS THIS BILL.

Printed on: April 9, 2021 11:06 AM

Robert Santini

Republican Party of Texas

San Antonio, TX

Article II Section 1 Clause 2 of the United States Constitution leaves the power to the state legislature to make the election laws. We must make sure that votes cast in our state represent the will of the people. Please make sure the bill requires voters to be a US citizen and legal resident of TX.

Jan Clarence

Self-Employed

El Paso, TX

Please protect legal voters voting legally!

Brad Ross

SCA Transaction Services LLC

Spring, TX

I support HB6 for free and fair elections. It is not racist. Everyone has a drivers license. To get on a plan, buy a drink, shop, drive a car, etc. etc. etc.

Dan Vreeland

self

Canyon Lake, TX

I am writing in support of HB 6. Too many bad actors have taken advantage of holes in the electoral process to alter the balance of elections, especially at the local level. I believe this bill seeks to address these issues by: Strengthening poll watcher protection; Limiting the most common fraudulent practices and opportunities for fraudulent practices pertaining to ballot by mail applications, mail in ballots, and voter assistance; Providing better and more timely evidence in investigations into alleged voter fraud; Protect voters from intimidation by people pushing unsolicited assistance, a practice known as "voter ambush"; Clarify the right of poll watchers to be "near enough to see and hear" election officials' activities; Prohibit public officials from distributing unsolicited mail-ballot applications; Specify who can be inside a polling place or ballot-processing location; Require expedited court action in election fraud cases; Strengthen penalties for several election-related crimes, including making election fraud offenses a second-degree felony. Thank you for your time logging my concerns and request.

James Eliasberg

Myself

GEORGETOWN, TX

I am in favor of HB 6 because the integrity of our election process is essential to a true and functional democracy. It is vital that we take all steps necessary to minimize the threat of fraud. Additional penalties and offenses seem an appropriate step to deter attempts at fraud. Mail-in ballots must be scrutinized and validated.

John Boyle

Self

San Antonio, TX

Printed on: April 9, 2021 11:06 AM

Mr. Larson, please support all bills that enhance voter integrity. As a veteran who has seen the cost of our freedom in the war zone, I cherish our free and open elections. When the integrity of our process is questioned, it cheapens the lives sacrificed for our freedoms.

Please keep our elections free, open, and legitimate.

Thank you for supporting House Bill 6.
Thank you for serving bout San Antonio community.
Respectfully,
John Boyle
210-240-1370

Jeff Dean

personal

George West, TX

Texans support fair elections and anything less will destroy this country! What we are witnessing across America is a tragedy, the 2020 election was rigged by weak laws in weak states that permitted massive fraud and cheating.
I lived in the Rio Grande Valley for a period and the number one reason I left and moved away was because of corruption! Aggressive ballot harvesting in nursing homes and in poor neighborhoods goes unchecked, harvesters show up with cash and gifts and take advantage of people and buy elections!
Texas should be a leader when it comes to election integrity! No ID, no vote.

James Hall

Self - Retired

COPPELL, TX

I strongly support HB 6.  It is important that we have fair and free elections, where everyone can be confident of the final results. It is not voter suppression to require prospective voters to show their ID.  You have to show a picture ID for just about every other transaction that you want to make in our modern world.  Why should the critical act of voting be any different?  In almost every state where such requirements have been imposed, voting percentages increased, not decreased. That hardly sounds like voter suppression.  Further, it is absolutely vital to have reasonable protections and verification around absentee voting and to restrict mail-in voting.  The blue ribbon committee on voting and election laws led by former President Jimmy Carter a few years ago highlighted that uncontrolled mail-in voting and absentee voting were the biggest threats to election integrity.  Similarly, the New York Times took that position several years ago in an editorial.  What was true then is still true today.

Sarah Swindell

Self

Cypress, TX

Investigation into the clear fraudulent activities in the 2020 election first of all just happen. The closing  of polls in the middle of the night, then magically appearing ballots etc. MUST stop mail in ballots for all, eliminate dead people, and of course signatures and photo ID must be had.

Jaime Givens

Self

Houston, TX

How is it that if one steals a person's identity, destroying their financial well being, and personal credit the indivudual or group is committing a federal felony but if one or a group steals votes by casting a ballot fraudulently that it is considered harmless?

Mary Studor

Fredericksburg Tea Party

Fredericksburg, TX


Election integrity is paramount to our republic.  I support HB6 entirely with this change:  "prohibit election laws from being waived by the Secretary of State or any authority outside the constitutional authority of the legislature".  The legislative intent is for the election code to be applied evenly and the conduct of elections throughout this state to be uniform and consistent.  The claim of voter suppression is bogus.  The votes of all Texans are protected by this bill.

Marilyn Ross

Self/Housewife

Spring, TX


It is imperative that HB 6 pass for Texas to have fair elections. This bill will ensure that every voter, no matter their party, will be confident in our election process.

Susan Markus

Retired

Austin, TX


Oppose HB6! We need to expand voting, not restrict it. No evidence of voter fraud has been presented. To the contrary, fewer than 16 prosecutions in more than 17,000,000 votes. Stop suppressing votes, focus on protecting us from a failing infrastructure!

Pam Chadwick

Self / Retired

Ben Wheeler, TX


I want voter integrity we have lost our country to criminals bad actors traitors... this is common sense why are we having to vote to have a legal election... vote yes for election integrity...duh!

Eric Mickett, AD1(NAC)USN(RET)

Self- 100% Disabled Veteran- RETIRED

MANSFIELD, TX


This looks like it is a good thing for us to do.

Sheryl Hudgens

Self

Edinburg, TX


 Vote yes

George Studor

Fredericksburg Tea Party

Fredericksburg, TX

Printed on: April 9, 2021 11:06 AM

Election integrity is essential.  As a poll watcher in the general election of 2020, I observed violations of the Texas election code. I support HB6 entirely with this change:  "prohibit election laws from being waived by the Secretary of State or any authority outside the constitutional authority of the legislature".  The legislative intent is for the election code to be applied evenly and the conduct of elections throughout this state to be uniform and consistent.  The claim of voter suppression is false.  The votes of all Texans are protected by this bill.

Alan Barr

Self

Austin, TX

The one thing we can all agree on is the need for free and fair elections.  Every legal vote should be counted and every fraudulent vote and every ineligible voter should be discovered and excluded.  The existing election laws should be enforced to the letter of the law with no exceptions or waivers.  How could this not be our goal in elections?

Elizabeth Andrews

self homemaker

Austin, TX

I'm opposed to HB 6. Widespread voter fraud has not be proven in Texas and is practically non-existent. It's being used as an excuse to harm to eligible voters,  intimidate voters and organizations by threatening criminal charges. I OPPOSE any effort to suppress voter turnout or make it harder to vote when we already have some of the most restrictive voting laws and there is no widespread voting fraud.

Mika Ryan

Self (Retired)

Southlake, TX

I am in favor of HB 6.  Knowing every LEGAL vote counts and Texas elections are free from fraud is paramount to our state and our nation.  The suspicious activities and non-transparency that surrounded our Texas elections this past November has my husband and I angry beyond words, especially when our oldest daughter, serving in the Middle East, had to jump through hoops to get her absentee ballot.  The offending state shall remain nameless.  I am also in favor of increasing criminal penalties for election offenses.

Fred Reitman

Self , retired toxicologist

Houston, TX

Testimony on HB 6 – Fred Reitman

Chairman Cain and members of this committee:  My name is Fred Reitman. I am a Texas resident, am representing myself and testifying in favor of this bill. I have worked regularly at the polls since 2010 as poll watcher, election clerk, alternate judge and as presiding judge.

My testimony is focused on concerns of some that this bill if passed would disenfranchise voters and suppress the minority vote. It would not do that. I have three take-home messages for you that explain why.

First, I read this bill and found nothing in the bill supporting those concerns. It does not change eligibility requirements. It does not change registration requirements. It does not change voter identification requirements. There are no new impediments to voting in this bill.

Printed on: April 9, 2021 11:06 AM

Second, so what would this bill do? It removes dead people from the voter rolls. It makes ballot harvesting illegal in Texas. It makes organized election fraud illegal in Texas. It makes it illegal to send ballot applications or actual ballots to someone who didn't request it. It requires that watchers must be permitted to do their jobs. It adds enforcement provisions. Would any of this disenfranchise voters. No.

Third, as of a few years ago process of checking in voters at the poll was automated, further minimizing this concern. The election workers at the poll are not making subjective decisions about whether you are permitted to vote. Instead, the voter's information (which can be just their name and address) is entered and if they are in the system they will vote a regular ballot. If not, the system will not let them vote a regular ballot and the job of the election judge is to contact election officials and figure out what's wrong. Most often, the voter is registered in another county or registered after the deadline. If the problem still cannot be resolved, the voter must be offered an opportunity to vote provisionally. No one is being denied their opportunity to vote.

Thank you for your attention.

Karla Bevel

Self - Public Schools Teacher

Greenville, TX

Make no mistake - 2020 was the most fair election ever and we should be proud that so many people turned out to vote. The cases of fraud were very minimal and have a history of being very minimal thru mail in voting. This bill affects those who most use mail in voting - the elderly and the disabled. Instead of making it easier for these populations to vote, this bill will make it harder and we should be ashamed for even attempting such. Listen to the people, encourage everyone to vote, and be a true democracy.

Misty Odenweller

Self

Spring, TX

We absolutely need to close the holes in our voting.  We absolutely need election integrity in our voting process.  I SUPPORT HB6 and these points.  We must protect voters from intimidation by people pushing unsolicited assistance, a practice known as "voter ambush"; Clarify the right of poll watchers to be "near enough to see and hear" election officials' activities; Prohibit public officials from distributing unsolicited mail-ballot applications; Specify who can be inside a polling place or ballot-processing location Require expedited court action in election fraud cases; Strengthen penalties for several election-related crimes, including making election fraud offenses a second-degree felony.  You represent the state of Texas and ALL the residents.  Not just your constituents.

David Hood

Self - retired

TX - FULSHEAR, TX

I am a resident of Fulshear in Fort Bend County, and I support HB 6.  It has become obvious that the  sanctity of our election process must be strengthened.  Clear penalties & enforcement mechanisms are what's needed to give violations teeth. HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process.   Please move this bill forward.

Laura Leeman

self

Colleyville, TX

Last night I stayed up past midnight watching the Senate debate on SB7. If that debate is any indication of the truth behind HB6, this is bad bill filled with ways to make voting less accessible while suppressing voters. The notion of "Poll Watchers" who are literally random people with no training, who may video voters while we vote is akin to Big Brother who might carry their guns

and certainly attempt to intimidate voters. Poll Watchers = Voting Intimidators! I am a parent of a disabled child. It was my hope after the last general election that Texas could actually attempt to make voting easier during the pandemic and also allow curbside voting for caregivers of disabled family members who often are intertwined with a myriad of daily duties to assist our loves ones. On that note, paid caregivers should also have that same right in order them to vote and assist any elderly or disabled individual who wants to vote. As Senator Powell shared last night re:SB7, signature identification is an objective way for votes to not be counted. For whatever reason, a person's signature does change over time. In her case, she had to assist her father with holding pen and that aged signature did not mimic his exact signature from many years before. What about Group Homes where some disabled voters may need physical assistance of an aid or staffer to help write their ballot or physically take them to the polls-- these are legitimate voters who SB7 and HB6 would plainly deny one's civil right to vote through ADA accommodations. I request this bill to include that "Every eligible voter have the right to vote in a free and fair election". Mind you, these voter suppression bills will also have negative impact on disabled veterans and ANY voter of either party! I vote NO on HB6!

barbara kelley

Texas Voters

New Braunfels, TX


Protect Election integrity!  This bill needs to move forward!

Randy Reeves, Mr.

Self, retired

Tyler, TX


It should be, without having to say it, hard to cheat in any election. To me, it is utterly ridiculous to even have to submit a statement like this, to persuade any official of any branch of government, that voter integrity is important! I find it absurd to be having to say this to anyone, especially someone who is in state office or otherwise. Proof of identity, at any other business or controlled place of entry is required. But somehow, we the people, have to convince our lawmakers this is important? Absolutely ridiculous!

Robin McCauley

self

Grapevine, TX


Pass this bill !!!

Rodger Larkin

Self

Godley, TX


In Favor
Federal elections and rules should be administered by state and local governments.  The specifics must be set by the individual state.
Most voter registration and absentee requests are solicited by groups driven by a political agenda. Therefore the education of young voters is one sided. Many times official looking documents are mailed by these groups which is an act of deception.

Jo Ann Cecil

Self/Retired

Baytown, TX


I totally agree with this bill!  We must preserve the purity of the ballot box.  Mail-in ballots is a prime example where fraud can

Printed on: April 9, 2021 11:06 AM

happen.  Thank you

Richard Januszewski

Self

Huntsville, TX

Having an ID to vote is an absolute necessity in order to insure that the voter and the vote are legitimate. We need ID to prove that we are the individual we say we are in everything we do today. Such places where ID are required are a hospital, driving a vehicle, airports, to purchase alcohol to name a few. As a person in my 50's I do not balk at being asked for ID in order to do anything, even buying alcohol. That is the requirement and that is what I happily do. With today's world and the potential vulnerabilities we need to protect our systems we have in place. Voter ID SHOULD be required by all. Mail voting is a loop hole that we have seen time and time again should not be permitted for everyone without legitimate just cause. That is a weakness in the system that I am sure has been exploited.

Ronnye W Cowell Cowell

Retired

HOUSTON, TX

My name is Ronnye Cowell and I live in congressional district 133. I am asking you to vote yes for the HB6 which has been created to secure the integrity of our elections here in the state of Texas. All parts of this bill are relevant to preserve the integrity of voting and elections in the state of Texas.  This bill will help prevent fraud in many ways.

By having deaths reported faster to voter registrar and removing dead voters from rolls, the possibility of someone impersonating, using a mail in or absentee ballot for a person who is deceased is eliminated.

The bill provides transparency by allowing poll watchers to view the process.  I was a poll watcher during early voting and on election day in 2020.  The environment I was in on election day was extremely hostile.  The election judge did not want to allow us into the polling location at 6:00 am for set up and was rude and hostile to those of us there watching all day.  When we pointed out things that weren't being done according to TEC, such as not posting vote totals every hour, trying to allow a person who lived in Austin to vote at our polling location in Houston, people who were assisting another person voting basically completing the ballot for the person they were "assisting", she was defensive and disrespectful.  She scorned her workers who might ask us a question during the day such as, "could you hand me 'I voted' stickers off of the table because I am running low" (the person passing out those stickers was in a wheelchair at the exit) because she had told them and told us we could not speak with any of the clerks working the election that day or because there were no voters and they wanted to speak to another human being.  Transparency shows there is nothing to hide.

Paying for vote harvesting or delivering votes gives and incentive for corruption and paying someone to mail a ballot is paying for a vote. No one should profit from voting. Voters should be making their selections based on their preferences and based on their knowledge and vote because they feel it is their civic duty, not for monetary reward.  Punishments need to be set and criminal penalties increased so people do not ignore the laws. If they cheat and there are no consequences, the cheating continues. There should be a legal process to stop illegal practices impacting our elections.  Honesty in our elections is important and should be protected and this should apply to Election judges, as well!

I would also ask that you consider adding the following items to this bill to further protect the integrity of elections:
•        Require voter identification for mail-in and absentee ballots
•        Routine verification of voter rolls and new registrations
Thank you for reading my comments and thank you for your service to the state of Texas and our constituents.

Respectfully,
Ronnye Cowell

Patrick Ryan

self

Printed on: April 9, 2021 11:06 AM

Southlake, TX

Election intregity is vital to the future of Texas!

Deborah Sanchez, Ms.

Self, paralegal

Corpus Christi, TX

I detest that some representatives are trying to suppress votes. I do not back any voter suppression changes.  No to HB 6!  Every person that can legally vote should be allowed to do so and with easy access to voting for those that work 3 or 4 jobs that have time restraints.  Also, the people's vote should count and not be overturned because the losing party is a sore loser. NO VOTER SUPPRESSION!

Cheryl Watson, PhD

retired - self

Galveston, TX

I oppose HB6. This blatant attempt to prevent eligible voters from voting is disgusting. There is very little fraudulent activities involving voting and ANY should not be used as an excuse to disenfranchise voters. This is a very very bad bill. We will mobilize voters to vote out anyone supporting this bill.

Maria Canales-Zarate

Self

Austin, TX

I oppose this bill.  Voting is important and this Bill is a barrier to citizen civic participation.  It will discourage the elderly, physically disabled, many working people, minorities and those that are economically challenged from participating.  Make not laws that are intended to reduce the participation of legitimate voters. HB 6 I would result in such a law.

Karen Beham

self MSW work with Child Advocates Fort Bend retired.

Katy, TX

I support the Bill as it will provide greater protection for our voters and greater transparency . It will give voters the belief that their votes count and this should be good for both parties. The idea that having the federal govt decide how to run elections takes away our faith that the system works. We KNOW that there was voter fraud in many states and counties in the last election. Allowing NO ID , and rampant mail in voting will only lead to a lack of trust from the American people and greater chance for fraud. I applaud the congress for enacting a bill that would protect voters. I do believe as a long term social worker, that those in poverty who depend on Medicaid and SSI have access to ID. Folks without drivers licenses can get an ID. We need them to cash checks, board planes, receive monies, get treatment.. so why would we NOT have them for voting ?
I feel the left is trying to find a way to harvest votes, to allow illegal and underage persons to vote and to destroy our constitution. Please pass this bill and restore for BOTH parties a sense that everyone's votes count! Thank you.

Jayme Burkhart

Self and Convention of States

Katy, TX

Did you ever have a teacher who gave a test or quiz and then left the room? Some kids would immediately begin to rummage

Printed on: April 9, 2021 11:06 AM

about the teacher's desk looking for the answer key or ask each other the answers. Cheating is all about opportunity! And when given a widow of opportunity even people who wouldn't ordinarily cheat will take advantage.

I am in favor of any election bill that makes it harder to cheat! Fair elections are the foundation of a democratic republic and as citizens we need ultimate confidence that our voice is heard and not discounted by any means!

I would ask that as our representatives you vote HB6 out of committee and allow it to come to the House floor for a discussion and for a vote!

Thank You!

Julie Range

self

Austin, TX

Dear Legislators,

I urge you to vote against HB 6 and similar bills that impinge on our voting rights.  These bills unduly negatively impact voters with disabilities, people transporting voters to the polls, and hourly workers. Election law should encourage voting by all citizens. We should trust our elected officials to support free and fair elections without long lines or fear from onerous laws.

Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive and effective experience. HB 6 and SB 7 greatly complicate the experience and risks making it a nightmare for many. Just as good Samaritan Laws protect volunteers giving aid to injured people, good Samaritan principals should apply to those offering aid to voters in the form of transportation or registering voters.  Proposed rules instill fear where there should be trust.

HB 6, SB 7, and several similar bills also make it more difficult for voters to maneuver the state's already complicated system. Citizens have a right to have their vote counted, and these bills work against this fundamental right.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.  Let's encourage democracy, not stifle it.

Thank you,

Julie Range

Jessica Grace

Myself

GRAPEVINE, TX

We should not be restricting accessing to voting for Texans. This bill is trying to propose a solution for a problem that does not exist (voter fraud) and that has never had any evidence to support actually happening. Putting more restrictions on voting is suppression and a disgrace. We should be expanding our voter access not making it harder. This is wrong and needs to be opposed.

Megan Behrens

Self REALTOR

Printed on: April 9, 2021 11:06 AM

Coupland, TX

Please pass HB6.  Creating and Maintaining the integrity of the ballot box is vital.  Please pass this bill to help prevent fraud and increase criminal penalties for those who try to cheat.

Margaret Parker

self

Naples, TX

Pass this bill with the amendments, please.  Voting should not be EASY. Voting is a privilege and taken seriously and a voter needs to make the effort to register to vote not be automatically registered.  At age 18 there is no way to know where that person (student) will be eligible to vote. Voting by mail without asking for a ballot is open to fraud. The election process needs to be protected at all costs. I know that you know all this and I want you to make sure this bill passes.

H Paul Mullins

Self, healthcare consultant

Benbrook, TX

I want to express my interest and support of HB 6. In the last several elections both state and national, questions have been raised as to the integrity of the processes being followed, the equipment being used, and the way volunteers have been treated at the poles. There have also been questions raised around the validity of activities that take place with mail-in voting. The fact that the level of concern around the presumption of inappropriate activities with our state elections has continued to escalate makes it an absolute requirement that we as a state protect the integrity of our elections.

It is held by many that by placing guardrails around our elections and the election processes restrict or deny voters in our state to exercise their right to vote. I disagree. I think that every citizen in this country should demand that we ensure our elections are fair, that the ability to tamper with or allow fraudulent voter activities must be eliminated to the fullest extent possible. We must also not allow for anyone who is not a citizen of this country to be involved in our elections. They should not hold office and they are not afforded the right to have an influence on our elections.  The controls set forth in our state's elections fall on the shoulders of our elected officials. You are required to maintain the integrity of the election process.

The people of the great state of Texas demand that you take action to protect our rights.

Jayson Wohleb, Mr.

Self

La Marque, TX

I am writing in support of HB6. We need more election security not less. I don't believe you do nothings can make sense even when it's in your own best interest, and I don't trust a single one of you.... but I trust you to protect your ability to bilk lobbyists and rip off the tax payer. Please support HB-6.

Kay Tyner

self

Houston, TX

I strongly support HB6 and urge you to pass it out of Committee and move it forward.  I have worked elections in Harris county for many years, as a poll watcher, as a clerk and judge on Election Day and most recently on the Signature Verification Committee and Early Voting Ballot Board.   Election fraud is real.  I do not know the extent of the fraud, but I do know that for me the acceptable amount of fraud is zero.
Ballot harvesting must end if we are to have honest elections.  This practice preys on the elderly, stealing their voice. You can find

Printed on: April 9, 2021 11:06 AM

documentation of this in Colleen Vera's blog at wwww.TexasTrashTalk.com. It is not enough to say this practice is illegal; there must be consequences for violations.

Expansions of the Election Code implemented in the name of Covid 19 were a failure. Workers at the drive-thru locations were poorly trained; they did not know that the eSlates had to be connected to the JBC after each voter. They passed the eSlate from voter to voter without reconnecting. The result was that the only vote recorded on the JBC was the last vote. This was discovered in Central Count and Harris county's hard-working tech staff were able to reconstruct the missing ballots, but it caused hours of extra work for employees already putting in long days. The Election Code already allows for Curbside Voting for those who are unable to safely enter the polling location, and that's a good thing. Drive-thru for all is not a good thing.

I sincerely ask that you pass this bill (HB6) out of Committee. It is a good bill and much needed.

Robert Beham

self retired geophysicist

Katy, TX

I support HB 6 to ensure election integrity. Adequate safeguards must be in place to ensure that our right to vote is protected. Claims of voter suppression are a smoke screen for perverting the will of the people and allowing political parties to manipulate the system.

Ashley Harvey

Self

Cypress, TX

I support increased penalties for election fraud. This past presidential election has disenfranchised voters and we no longer have trust in the the election process.
I do not support hb 3, Govenor abbott needs to be put in line after his over reaching un constitutional actions last year
I do not support mandatory vaccinations and medical tyranny

Joe Burk, Mr

Self

Granbury, TX

I believe in voting in person with ID to prevent fraud in elections

David Klump

self

Fredericksburg, TX

Please pass this bill! Please keep Texas free from corruption and illegal voters!

Reuben Leslie

self, retired

Austin, TX

I oppose HB 6 and urge the committee to reject it and not submit it to the House for consideration because its effects would add unnecessary delays and difficulties for voters.

Charles Harlan

Citizen

Printed on: April 9, 2021 11:06 AM

I feel very strongly this bill is needed to protect our election integrity in Texas.

Robert Flynn

Retired

San Antonio, TX

I am 100 percent for voter id, prevention of fraud that has occurred in other states last presidential election.  Penalties should be increased and enforcement of these laws is essential.

Rachel Mahmood

Self

Keller, TX

This bill is limiting Texas citizens the ability to access voting.

Vote No

Denise Rives

Self

Horseshoe Bay, TX

My name is Denise Rives, I'm from Horseshoe Bay, and I'm representing myself in favor of HB6.

It is critical that we have an election system in place that everyone believes in.  We just can't have another election where the rules are being changed in the middle of the process or where officials are openly violating state laws.  The reforms in HB6 aren't about what is good or bad for any party, but whether voters can be assured of the integrity of our election system.

For the past 5 years, I have been the Election Judge in Horseshoe Bay.  A problem we saw over and over was when a voter was flagged as having received a ballot-by-mail and the person insisted that they never requested nor received one.  This raised the question of possible fraud if someone other than the registered voter requested the mail-in ballot. When it is indicated that a person has received a ballot-by-mail, they can only vote provisionally which requires them to complete much paperwork and mark a paper ballot by hand.  Provisional ballots are reviewed by the Ballot Board and the voter is later notified whether or not their ballot was counted.  HB6 would prohibit public officials from distributing unrequested ballot-by-mail applications, thereby eliminating this problem.

One element that could be added to HB6 to strengthen election integrity is to require voter identification for every ballot-by-mail.

Thank you so much for your time and hard work to ensure that all voters can have confidence in the integrity of our Texas elections.

Martha Zeiher

Self, Deputy Voter Registrar

Fredericksburg, TX

I have been a Deputy Voter Registrar in Gillespie County since 2015. My goal is to register folks in our rural county. I have been trained by our County Clerk, and now our Elections Office, and have passed the test to get certified three times. I have provided voter registration at Farmer's Markets, at Fourth of July parades, at the local high school, and other venues the Elections Office is unable to reach due to staffing restrictions. I do this on my own dime.I believe in one person, one vote and SB6 will make it more

difficult for ALL Texans to vote. We know voter fraud is practically non-existent in Texas, so the only reason to pass such laws is to make it harder for those without means to vote. The disabled, the poor, and those without access to transportation, computers, and the like. I urge you to reject HB6. Our rural counties deserve better from our elected officials. Thank you.

susan white

Self

Katy, TX

The will of We The People was flagrantly discarded this past election and it has been revealed that 2020 was not the first event of election theft! Vote YES for HB6 to preserve our basic rights in electing the representatives that serve this republic ??  Thank you

Marc Person

Self

Fort Worth, TX

This is a terrible bill, and Jim Crow given a new name.

Randy Rives

self

Horseshoe Bay, TX

My name is Randy Rives from Horseshoe Bay, Texas.  I am representing myself in favor of HB 6.

I encourage and support the passage of HB 6.  I have worked the election polls in my area and have seen many incidences where individuals have tried to circumvent the system to vote.

I believe that HB 6 encourages in-person voting, which is more secure.  It prohibits public officials from distributing unrequested vote-by-mail applications, bans ballot harvesting, and increases poll watcher access (improved transparency).

I believe that the bill could be greatly enhanced by adding a requirement for voter identification for mail-in and absentee ballots and by adding a routine maintenance requirement to verify accuracy of voter rolls and new registrations

Frank Tisdale

Self Truck driver

CAMERON, TX

I do not wish for this bill to pass. Our election process must have integrity from fraud

Barbara Fenn, Retired

Self

Colleyville, TX

Please consider these requirements listed above to Bill. We must make our elections as safe as possible

Tore Fossum

self / retired

Huntsville, TX

Printed on: April 9, 2021 11:06 AM

comment to Rep. Rodriquez:  The point of the protections for a voter needing assistance is to prevent undue influencing the voter and preventing fraudulent votes.  The point of election integrity is to prevent fraudulent votes.  The point is not to allow everyone who may not be a qualifed voter to vote, but to keep those who are not qualified from voting, and thus diluting the honest vote of the qualified voters.

Christine Drumm

Self

Plano, TX

Please support ensure election integrity.  Millions of citizens were disenfranchised during 2020 with no recourse.  We did not vote for the dictator class now ruling.

Rachel Mahmood

Self

Keller, TX

This is voter suppression

Vote No

Beatriz Terrazas

Self, lead channel manager

Southlake, TX

By shortening early voting times and decreasing voting locations you are blatantly trying to make it harder for people who are old, poor, working class. Overwhelming, those are people of color. You may say you are doing this to protect the integrity for the vote but you are actually ensuring less integrity in our right to vote. I stand against this and will donate my money to fight this. I will donate my time to fight this.

Jaquita Wilson-Kirby, Person

CTT

Georgetown, TX

I believe an injustice is being committed with this bill. It is designed to create barriers. Maybe you get away with it this year. But children are growing up differently. I will make sure to stay alive long enough to be able to remind people who Authored this bill and who voted for it. Knowing it would reduce voting. This is a travesty and all who vote for this bill should be ashamed to call themselves lawmakers. This is abuse.

Rita Livingston

Self

Houston, TX

I am in favor and strongly support voter ID.   I believe mail in ballots should be ONLY for those in the military or those who are physically unable to vote in person.  Our mail in ballots should be scrutinized and signatures/addresses verified.  And I firmly believe that that our present voting system should be investigated thoroughly and any weaknesses immediately corrected.  I was appalled at all of the sloppiness in the last election!  I am a legal citizen and I am a registered voter, and I want my vote to count, not to be canceled out by some illegal voter/votes!

Printed on: April 9, 2021 11:06 AM

Susan Green

Self Accountant

Richardson, TX

I support HB 6.  It could be improved upon by 1) Requiring voter identification for mail-in and absentee ballots, and 2) Routine verification of voter rolls and new registrations.

Kristi Antonick

Self

Overton, TX

Elections Committee,
Please note my support for HB 6 and the additional election integrity bills you will hear today.  I worked throughout the 2020 election cycle registering voters and encouraging citizens to get out and vote.  I was appalled to note that there were people still on our voter rolls that had been dead for decades. I also witnessed that many who believed they had registered to vote through DVM had not been processed and were unable to vote. It is evident that non-citizens are voting, that ballot harvesting is occurring and that there are issues at the ballot box that are disenfranchising voters. We must have a special & expedited legal process to stop illegal practices that impact elections. We must have trained and fair judges and poll watchers who are allowed to watch.  I believe HB 6 will go a long way to safeguarding our elections process and ask you to support these bills today. Thank you for your work and for supporting election integrity.

Claudia Murray

Self - accountant

Houston, TX

I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.  This state and the country will only move forward if EVERY eligible voter is allowed equal access to the polls, which should be easy and unobstructed.

Please oppose HB 6. Thank you.

Jose Casarez

Self

Red Oak, TX

I want my Vote to count, I am Latino and not too ignorant to get an ID, have had one since I turned 16, and am now 70 years old.

Carolyn Lux

Self

Fredericksburg, TX

I am in favor of this Bill

Tore Fossum

Self/ retired

Printed on: April 9, 2021 11:06 AM

People should go to jail for voter fraud, no matter if it increases the workload of the AG's office or if it increases the prison population.

Jimmi Fischer Rushing

Self

Kingwood, TX

We should be encouraging more people to vote and employing technology and other means to bring registration and voting to people in their communities. Instead of promoting policies that will ensure long lines, create an atmosphere for voter intimidation, and making it difficult to register and vote for those who are disabled, elderly, without transportation, and more, let's work on making Texas one of the easiest states to vote in, not one of the hardest. Our elections officials and volunteers already work hard to ensure election integrity.

Caleb Pillado Leon

Convention of States

Katy, TX

Dear Legislators:

I am a volunteer for Convention of States and I speak in favor of House Bill 6.

I have been eligible to vote for over 20 years and have voted in every election I can remember. I have voted both in person and by mail (absentee ballot). I have been involved in Precinct Conventions, Senate District Conventions, and State Conventions. Never has my Hispanic ethnicity put me at a disadvantage in the voting process.

I have voted in Harris, Fort Bend, and Kleberg Counties. My military service also took me to Nueces and San Patricio Counties where I freely engaged in our voting process as a citizen of the United States and of Texas.

I have never felt disadvantaged/discriminated against when registering to vote, or when voting at the polls – it is not a difficult process. Even my extended family who could be categorized as "economically disadvantaged" have never mentioned being discriminated against at the polls.

It is not "voter suppression" when I am asked for an I.D. at the poll. Everyone is asked the same questions. I am not offended that our voter rolls are purged when people move to another county.
- We need to have clean voter rolls
- Proof of citizenship must be required at the time voter registration takes place
- No automatic voter registration should be allowed
- Implement signature audits
- Forbid and penalize county officials for mailing ballots to ineligible residents
- Forbid and penalize county officials for mailing multiple ballots to a single person

Please do not weaken our voter laws, but strengthen people's confidence in the voting process.

I am capable of following the same rules as everyone else. I have disabled family members who are also capable of following our voter rules.

Please do not insult my family by assuming that because of our ethnicity, we are at a disadvantage.

Finally, I encourage the members of our legislature to stop dividing us by ethnicity and by the color of our skin. We are all Americans!

Kevin Frank

Printed on: April 9, 2021 11:06 AM

Tomball, TX

My name is Kevin Frank.    Born and raised in Texas. I want to voice my opinion of voter integrity.    I am for HB6 because I support fair and free elections.    Fraud needs to stop and violators prosecuted.    Please vote Yes.
Sincerely,
Kevin Frank
Tomball,    713-213-9198

Tiffani Ross

Self

SPRING, TX

Why would anyone in the United States of America try to take away access to voting? It's beyond absurd. This is a dog and pony show. I'm a suburban, white, wealthy female and I will do everything in my power to flip Texas if this voting discrimination bill is passed.

Terry Hulsey

SELF, retired

Llano, TX

FULLY SUPPORT EVERY ASPECT OF THIS BILL.
Texas voting integrity demands in-person, day-of-election voting with a valid PHOTO ID and a verified voter REGISTRATION CARD, with few absentee restrictions (e.g., in-service military and the disabled).
NO BALLOT HARVESTING.
NO MAIL-IN VOTING.
NO MOTOR-VOTOR SIGN-UPS.
NO STATE SOLICITATION OR AUTOMATIC REGISTRATION.

Laura Proske

Self Housewife

The Woodlands, TX

All bills regarding Election Integrity should discussed, voted and approved. The disastrous elections that happened in 2020 should never ever occur again. To keep our democracy we have to protect our Constitution and the right of the people, as it was before the calamitous circus of November 3rd 2020 election.
I came from a country where we had a democracy, but after some politicians started to change the Constitution to perpetuate themselves in the government, we lost our Republic. They are still there through "elections" held every 4 years, but they broke down the system and with it the Republic.
DO NOT LET THAT HAPPEN HERE! People like me, we are watching what's happening here with astonishment, we cannot believe how the best democracy of the world is being demolished from within!
I cannot be there, to express myself. Steve Toth is my representative, and I urge to fight, that's why I gave you my vote. And I urge to fight for our beloved country to all the Americans who today have the power in the House, put our COUNTRY FIRST. God gave us the freedom but if we don't fight for it, we will be slaves for the rest of our lives.

David Lipko

Self

Orange, TX

I believe that this is a crucial bill that must be advanced ASAP. Without free and fair elections this country is lost! As my elected
Printed on: April 9, 2021 11:06 AM

officials I demand you debate and pass into law measures that will guarantee we do not have fraud in future elections. There must be transparency, verification and remedies for violations!

Michelle Koester

Self/ My family and community---I am a stay at home mom

FRIENDSWOOD, TX

Without election reform, there is no point in voting.  Our votes won't count.  Our republic depends on honest and fair elections. The amount of fraud in this last election is still being discovered.  Ken Paxton and his lawsuits were the only thing that kept Texas from ending up like Georgia, Pennsylvania, or any of these other states with an extreme amount of fraud.  People must be discouraged from committing these fraudulent crimes.  Texas must do better.

Diana Sharp

Democratic Women of Comal County

New Braunfels, TX

HB 6 - OPPOSE

Karen Marshall

Self

San Antonio, TX

I live in San Antonio, in Bexar County, and have continuously been a volunteer deputy voter registrar here and in neighboring counties every year since 2011. I have also served as an Election Clerk, on the Early Voting Ballot Board, and as a poll watcher at Central Count.  I have registered hundreds of people who are newly-sworn citizens, as well as eighteen year olds, elderly voters just moved into a senior residence, and newly transferred military personnel.

One of the most discouraging things I have encountered when I am out in the public at an event serving as a voter registrar is people increasingly answering my question, "Are you registered to vote?" with answers such as, "Yes, but does it matter any more?" or "Yes, I voted, if it counted." or even "Does it make a make a difference any more?"
People who are new citizens often have arrived from countries where it was a given that their vote didn't really count, because results were predetermined or altered. Therefore it takes getting used to the idea that their vote will count and count equally to any other citizen's. Voter fraud and failures in any election system's security completely erodes this.
Many times it is a challenge to generate interest and awareness in people to participate in elections, but when their faith in the reliability of our voting systems is undermined, it becomes nearly impossible.

I fully support House Bill 6, because peoples' lack of faith in our election processes and inability to trust the accuracy of the results are infinitely damaging to our state and country.

Diana Richards

Self Volunteer

Sherman, TX

As a Native, multigenerational Texan (with roots back to the beginning of the Republic of Texas, I am testifying in SUPPORT of HB6 and ask for this bill to be voted favorably out of Committee and onto the Local and Consent Calendar to be heard, debated and passed on the Full House Floor. In order to heal the divide in our State, we must eliminate all opportunities for voter fraud so that our citizens know that every lawful vote has been counted. We must be able to prove that elections were conducted fairly and then be a beacon for all other States to follow.

Michelle Lunday

Printed on: April 9, 2021 11:06 AM

Self - stay at home parent

Trophy Club, TX

Thank you for the chance to comment on HB 6. I oppose HB 6. Voting is a fundamental right of our country, and we should not make it more difficult. Please do not pass this bill.

Michelle Mostert

Self

Dripping Springs, TX 78620, TX

I SUPPORT HB-6. Election Integrity is very much needed for a fair and honest election for ALL citizens. Thank you.

Kimberly Carlile

Self Director of Purchasing Higher Education

Amarillo, TX

Election Integrity is a MUST. ID requirement

Sharon Jones

Self, consultant

Houston, TX

HB 6 will gravely curtail voting rights for all and will disproportionately affect communities of color and working class Texans. This bill is an anti-democratic, anti-voter assault on the right to vote. It will:
•strip voter rights
•financially burden local governments
•discourage poll workers
•elevate partisan poll watcher power above election official authority
•ban drive-through and outdoor voting
•restrict voters from dropping off completed absentee ballots
•shrink early voting periods
•create new costs for disabled voters
•increase burdens on voters with disabilities to access assistance at the polls

This bill is blatantly racist.

Please do not pass HB 6 favorably from committee.

Lois McMahan-Phillips

Self

Fort Davis, TX

We need to make voting more easy not more difficult. Texas already has sufficient laws regulating voting. I oppose HB 6 and it's excessive penalties for helping people to vote. Voter IDs need to be expanded to include College IDs, early voting needs to be expanded to include all people, county clerks need to be able to adjust voting procedures based on their own voting districts/counties. There has been no voting fraud in Texas, but this bill is committing election fraud by denying voters access to a free and fair election.

Katherine Cano

Printed on: April 9, 2021 11:06 AM

Self, unemployed

Fort Worth, TX

I'm a member of the Tarrant County Ballot Board and this bill seemingly would make it illegal for me (because as an election judge, I'm an appointed public official) to, e.g., hand my mom an ABBM and ask her to fill it out. It is a gross overreaction to something that is not a problem. In point of fact (not just vague "worries"), voting by mail increases voter access and turnout, which is the core of a democratic republic. Committing single-ballot mail voter fraud is incredibly difficult, due to the already robust process by which ballots are processed. Every signature is reviewed by a multipartisan committee before being accepted. We don't pass a signature unless the majority agrees that it belongs to the actual voter. Also, you should be encouraging expanded drive thru voting because it allows people to vote absentee by appearing in person and presenting ID.

Kathy Braatz

self, quality engineer

Colleyville, TX

This bill is outright voter suppression. There is absolutely NO evidence of widespread fraud in this state or the country. These "election integrity" bills are a coordinated effort by the GOP to suppress the votes of poor and minority voters by making it even harder to vote. Texas already makes it hard to vote. We should be passing bills to make it easier not harder. Automatic voter registration, extended early voting and mail in ballots for everyone are some things we should be pursuing.

Margaret Norbut

Self

Round Rock, TX

As a proud Texan I feel that we set the standard for conservatism and patriotism in this country.  We have always been strong on supporting the constitution.  It is disturbing that even in Texas we have election fraud.  I am respectfully and strongly urging you to support the integrity of the election process in Texas.  We need to be tough on those who would violate the law and compromise the integrity of our elections.  We need to set an example of elections that the people of Texas and America can trust and taking the measures necessary to insure that.  Again I urge you to do the right thing and support this bill and do whatever it takes to make our elections free and fair.

Kathleen Stahl, Mrs

TFRW

Horseshoe Bay, TX

My name is Kathleen Stahl from Horseshoe Bay-, Texas.  I am representing myself in favor of HB 6,

I encourage and support the passage of HB 6.  I have worked the election polls in my area and have seen many incidences where individuals have tried to circumvent the system to vote.

I believe that HB 6 encourages in-person voting, which is more secure.  It prohibits public officials from distributing unrequested vote-by-mail applications, bans ballot harvesting, and increases poll watcher access (improved transparency).
I believe that the bill could be greatly enhanced by adding a requirement for voter identification for mail-in and absentee ballots and by adding a routine maintenance requirement to verify accuracy of voter rolls and new registrations

Kristin Wright

self

Killeen, TX

I find it VERY frustrating and concerning that the entire discussion is about perceived OVER help of people with disabilities
Printed on: April 9, 2021 11:06 AM

rather than assuring people with Disabilities have appropriate access and treatment in the voting process. In my experience, I have heard about FAR more egregious actions AGAINST people with disabilities and their attendants (family or paid aid). You're over-concerned about perceived fears that aids are influencing people with disabilities votes - what a horrible assumption that people with disabilities cannot determine they need and appropriateness of the aid they have with them. I have been told numerous times by people with visual impairment in particular, that they were told their attendant (required to be able to vote!) were NOT allowed in! Where are the concerns, assurances and penalties to address THOSE issues. If this is to protect the voter, it needs to equally protect voters with ESL and disabilities. This bill does anything BUT that.

ROBERT KELSEY, Col, USAF (Ret)

Self, Retired Anesthetist

Llano, TX

My name is Robert Kelsey, I'm from Llano, Texas, and I'm representing myself in favor of HB6.

It is critical that we have an election system in place that everyone believes in.  We just can't have another election where the rules are being changed in the middle of the process or where officials are openly violating state laws.  The reforms in HB6 aren't about what is good or bad for any party, but whether voters can be assured of the integrity of our election system.

For the past 5 years, I have been the Election Judge in Horseshoe Bay.  A problem we saw over and over was when a voter was flagged as having received a ballot-by-mail and the person insisted that they never requested nor received one.  This raised the question of possible fraud if someone other than the registered voter requested the mail-in ballot. When it is indicated that a person has received a ballot-by-mail, they can only vote provisionally which requires them to complete much paperwork and mark a paper ballot by hand.  Provisional ballots are reviewed by the Ballot Board and the voter is later notified whether or not their ballot was counted.  HB6 would prohibit public officials from distributing unrequested ballot-by-mail applications, thereby eliminating this problem.

One element that could be added to HB6 to strengthen election integrity is to require voter identification for every ballot-by-mail.

Thank you so much for your time and hard work to ensure that all voters can have confidence in the integrity of our Texas elections.

Judi Kincaid

Self/Sales

Waxahachie, TX

Good Morning .  I am in full support of HB6.   Texans need to know their election processes are fair and free on fraud.  The practice of unsolicited mail in ballots by public officials is wrong and needs to be stopped. Paid ballot harvesting is fraudulent activity and this bill prohibits it.
 Poll watchers must be allowed to be close enough to see what is happening in the voting/polling places.  Public officials must not be allowed to change election code at will.
What we witnessed with election officials changing rules without legislative approval was fraudulent.  Texans deserve absolute integrity at all levels of elections. Please support HB6
Thank you

Samantha Chang

8202 Forest Heights Ln

Austin, TX

I oppose HB6.

Teresa Lynch

Printed on: April 9, 2021 11:06 AM

self/retired

Dallas, TX

Please support this bill and keep Texas elections safe and fair.

Karen Muñoz

Self; law student

San Antonio, TX

I urge you to vote AGAINST HB 6. This bill is based on election integrity "concerns" that are illegitimate and illogical. Voter fraud is a non-existent problem. This bill would further suppress our right to vote, in a State with already abysmal voter turnout and some of the most restrictive access.

Armando Trevino, MSGT

Self

Fair Oaks Ranch, TX

Election integrity is a must!  As a veteran I have defended our American values and our American rights. Proper and valid Elections are critical to our Democracy.  Stop the corruption and voter fraud.  Vote to support Election integrity in Texas!  No Excuses!

Jeanine Incavo, Mrs

Self

The Woodlands, TX

We need secure elections.

Jason Gatej

Self

Austin, TX

Before discussing any policy, I would like to express my wholehearted admiration for the legislators present today. The bill you are attempting to pass today pulls us ever closer to political stagnation, yet many of those here would still put forth the bold faced lie that these would 'uphold the purity of our elections' or whatever political jargon you wish to sell it as. I possess both admiration and jealousy of those who would sell it that way. Admiration for being able to repeat and recycle history again and again, and jealousy for not being immoral enough to deceive others in this way.

In a democratic society where the people are truly the driving force of government, the purity of an election is not found in creating difficulty for voters but in expanding elections. Providing a voice for the silenced. Not silencing those who aren't loud enough.

I often discuss with other politically-minded individuals at my school and we feel a certain sense of hopelessness. We wonder how a state that prides itself on its for-the-people roots can actively turn its back on the same people and shut them out of elections. For the sake of our future as a state where the voice of the people matters, I urge you to vote against HB 6 and similar bills that would restrict our right to free elections for all.

Emily Jourdan

Printed on: April 9, 2021 11:06 AM

self/self employed

Dallas, TX

I am in favor of HB 6 because it will prevent the fraud that is occurring and allow enforcement of the law behind it.  We must include strict enforcement and not allow government workers complicit in any cheating or fraud be allowed to keep their jobs, because election integrity is very serious and is the basis of the fabric of our great nation.  It IS the very basis upon which the people our nation have enjoyed their freedoms.  We MUST remove dead voters. People should NOT be allowed to vote twice.  Poll workers MUST be allowed to view the process to prove that there's nothing to hide.  This is AMERICA, not a third world country (yet).  Do not let the politicians in Washington or the one-sided press convince you that we, the people of the United States and of the great state of Texas are not in this TOGETHER.  We are.  Let's please honor our democratic process or we will all be sorry we did not.  If you've never traveled or lived in a third world country, I have.  I've done consulting assignments in a few as well.  Trust me, without democracy and a solid democratic process, you WILL NOT LIKE where our great country is headed no matter what the oligarchs, politicians and the press try to get you to believe.  The all for one, one for all where elections are pre-decided with fraud/cheating and voting is a joke/compromised like it has been is not good for any of us and really means that those in power get what they want instead of we, the people, getting to vote our conscience.  Does not matter what side you are on.  Do not be fooled.  This is for us, the people of this State.  All of us.  Promise we want this Bill to pass regardless of race, sex, financial status or any other factor. It underlines the basis of what our great nation is about: TRANSPARENT, FAIR ELECTIONS.  Go spend some time in Mexico or El Salvador or any third world nation if you don't believe me.

Charles Cox

Charles G Cox, MD

LAGO VISTA, TX

Support HB 6

We are now seeing the consequences of major election fraud on the national level.  We can't let this happen in Texas.  It is critical that Texas follow other states and set the example for secure elections, otherwise the republic is lost.  I was born in GA and grew up in PA.  We can't let what happened there come to TX. I came to TX because in TX we respect the law. HB 6 goes a long way to increase watcher protections, decrease fraud in mail in voting and establishes clear penalties and enforcement for election laws. It's now or never.  Vote yes on HB 6.

Lisa Schneider

self

Austin, TX

This is decidedly one of the most anti-democratic, unabashedly voter suppression bills ever presented in our fair state. So many studies, including the recent report of our criminal TX Atty. Gen. Paxton, clearly show there is NO VOTER FRAUD.

This bill, in way too many ways, just plain limits Texans' access to voting. Period. It makes it harder. It limits or removes access. It's awful and likely unconstitutional, as well. This is an affront to all Texans who believe in a free and fair Democracy and, as a lifelong Texan, I 100% whole-heartedly OPPOSE it.

We are better when we have a government that represents us. That's what the founders set out in our U.S. Constitution. If our elected leaders are elected by fewer and fewer voters, they are no longer Representatives and should not be empowered with making decisions that affect the lives of most Texans.

I have faith that, eventually, reason and wisdom will prevail over this heinous power-grab. But for now, this just basically makes me ashamed and embarrassed to be a Texan.
The world is watching and we are failing our state and those who live here.

George Coyle

Printed on: April 9, 2021 11:06 AM

self

Bowie, TX

I support ELECTION INTEGRITY

Shannon Sonoda

Self

Frisco, TX

I believe we need stronger voter integrity.  A scan of the voters thumbprint would be more secure than even an ID that can be falsified. Please secure our voting rights so that future elections can not be stolen by electronic means or mail in ballots. We the people of the USA deserve to have our votes counted and voices heard!

Tore Fossum

Self/retired

Huntsville, TX

Regarding comments by representative Collier about that Texas has a history of disenfranchisement of voters, that in recent history, in the past 30 years, that this is a lie, this is not the truth.  Today, there is no significant obstruction of voting on the basis of race or color.  Therefore Representative Colliers statement has no merit.  Further, to her comments, to make the point that the integrity of the voting process depend on an unbroken chain of custody of every ballot.

patricia mcmillan

Self

Richardson, TX

These voter restrictions are based on racist fear. I want a government that WANTS its constituents to easily vote...ALL of their constituents. Voting is a right. I want to choose my government, THAT is the principle of democracy.

Rebecca Howell, Mrs

Self

Rosenberg, TX

We need to secure voting integrity. Everyone should have to show Identification & be a US citizen. No mail in ballots. We can not have wide spread fraud again.

Janet Brown

self

Belton, TX

I'm in favor of HB 6 with the added provisions and protections for our vote. Thank you for standing up to ensure Election integrity and the purity of the ballot box will always be secure for Texas voices.

Anna Bertosh

self, retired teacher

San Angelo, TX

Printed on: April 9, 2021 11:06 AM

My name is Anna Bartosh from San Angelo, Texas.  I am representing myself in favor of HB 6,

I encourage and support the passage of HB 6.  I have worked the election polls in my area and have seen many incidences where individuals have tried to circumvent the system to vote.

I believe that HB 6 encourages in-person voting, which is more secure.  It prohibits public officials from distributing unrequested vote-by-mail applications, bans ballot harvesting, and increases poll watcher access (improved transparency).

I believe that the bill could be greatly enhanced by adding a requirement for voter identification for mail-in and absentee ballots and by adding a routine maintenance requirement to verify accuracy of voter rolls and new registrations

Wilma Joy Putnam

Self

Georgetown, TX

I SUPPORT HB 6.  I believe it addresses the majority of the mechanisms used in the 2020 election to commit fraud.

HoOWEVER, I am quite CONCERNED that it allows the Texas Secretary of State to grant waivers to election laws when we know that at least four of the Secretaries of States granted waivers which allowed the massive fraud in the 2020 election.  This is especially true in the six states with the most fraud associated with the 2020  election--- GA, PA, MI, WI, and AZ..

Dennis Botkin, Quality Engineer

Self

Richardson, TX

I urge the Texas House to vote to support this very important HB 6 election integrity legislation. It is the critical path in assuring free fair and lawful elections with transparency of watchers to verify the procedures with a priority of compliance to the State laws with penalties for those waive the requirements.

Susan Metcalfe

self - retired

Wimberley, TX

My name is Susan Metcalfe. I live in Wimberley and my zip code is 78676. I oppose HB 6.
There is no evidence of widespread voter fraud in Texas. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

We should encourage voter participation - not throw up roadblocks to keep people from exercising their right to vote.

Please oppose HB 6. Thank you.

David Doscher

Self - Computer Programmer

Cedar Park, TX

Printed on: April 9, 2021 11:06 AM

My name is David Doscher and I chair the City / County Community Advisory Board for Texas District 136.

I write today in opposition to HB 6.

The Heritage Foundation website (heritage.org) shows very few convictions for Election Fraud in Texas.

Out of about 60 millions votes cast from 2016 to 2019, there have been 14 convictions for Election Fraud in Texas (2 in 2016, 6 in 2017, 5 in 2018, 1 in 2019). This is inline with long term trends found by other studies, including the Texas Attorney General press release of 97 prosecutions on similar charges for the 12-year period between 2005 and 2017.

Clearly, any claim of wide spread Voter Fraud is exaggerated and Texas seems quite capable to handle the issue.

Increasing Election related penalties is not likely to drive the case numbers lower as they are almost non-existent.

Rather, more penalties would serve to decrease legitimate voter turnout and Election volunteers for fear of (proposed) extreme penalties, under the guise of Election security. Simple mistakes or minor procedurals issues might now be Felonies.

The effect of this Bill will be to decrease election turn out and the number of Election volunteers.

We support the idea of increased Voter participation and reject the idea of Voter suppression no matter how it is packaged.

HB 6 states that its LEGISLATIVE INTENT is "To reduce the likelihood of fraud in the conduct of elections...".

As shown above, fraud is a largely non-existent problem. The provisions of the Bill do not increase Voter participation and actually suppress Voter participation (by restricting voter by mail distribution, etc.)

The Community Advisory Board recommends the Texas House vote AGAINST HB 6.

Thank You,
David Doscher
1205 Forest Oaks Path
Cedar Park TX 78613
512.585.9168

Trouba Derrick

COS and self

Austin, TX

I was an Alternate Election Judge in the November 3, 2020 election. I observed numerous issues of concern. With respect to Section 4.01, Subchapter B, Chapter 64 amended to 64.0322 should ABSOLUTELY be passed. Random people intervened to "help" voters. Poll watchers approached poll workers in an effort to coerce poll workers to influence voters. Poll watchers attempted to influence voters. There MUST be penalties for violations.
ELECTION JUDGES MUST BE CLEAR ON THEIR DUTIES. THERE MUST BE SEVERE PENALTIES IF WE ARE TO PROTECT THE INTEGRITY OF THE ELECTION!

Joe Goodson

Concerned Christian Citizens

Temple, TX

Since the plethora of evidence for election fraud during this past Presidential election was never duly or thoroughly investigated at the proper levels of government, and since those who suspected and still suspect its frightening probability, it is incumbent upon our elected officials to give every ounce of energy and effort - and courage - to remove whatever exists of corruption and of

Printed on: April 9, 2021 11:06 AM

the procedures that promote corruption from our elections going forward!

Sharon Day

Self

Kingsland, TX

My name is -------Sharon Day--- from  ------Kingsland----, Texas.  I am representing myself in favor of HB 6,

I encourage and support the passage of HB 6.  I have worked the election polls in my area and have seen many incidences where individuals have tried to circumvent the system to vote.

I believe that HB 6 encourages in-person voting, which is more secure.  It prohibits public officials from distributing unrequested vote-by-mail applications, bans ballot harvesting, and increases poll watcher access (improved transparency).
I believe that the bill could be greatly enhanced by adding a requirement for voter identification for mail-in and absentee ballots and by adding a routine maintenance requirement to verify accuracy of voter rolls and new registrations

Kathleen Beu

Retired

Spring Branch, TX

I am in favor of HB 6.  I am a constituent and I support HB 6.  I truly believe my vote was stolen from me in the last election and I believe this must never happen again if America is to survive.  I ask Donna Campbell and Kyle Biederman to vote favorably as their vote will affect every Texan.  We need these layers of checks and balances to make elections a fair and honest process.  What happened in the 2020 election, must never happen again.  I believe we are on the cusp of loosing the right to a fair and honest election, and if we do, we have lost the ability to be a country "of the people, for the people, by the people".  We must put these safeguards into place.  Thank you.

Ingrid Bond

Precinct Chair, Harris County Pct 227

Houston, TX

I am writing to vehemently object to the provisions of the proposed HB 6. It will adversely affect voter participation and unduly burden those who don't have the time to navigate the new limitations on  casting a ballot. Additionally the provision for allowing partisan poll watchers to video voters is clearly unconstitutional and violates the right to privacy in casting a ballot. Please do not pass this bill into law

Delphia May, Mrs

Self

Lyford, TX

We need to be able to trust the results of our elections and to know that our vote means something!!  Otherwise we slip into whatever godless society the evil ones want!!! We NEED voter id, NO mail in ballots (or very few with strict exceptions), NO voting machines, paper ballot only, strict laws governing the operation and governance of voting and voting sites, strict punishment for anyone violating those laws!  People MUST be made examples of (if they do violate those laws) so all citizens are not easily tempted to violate them.

Charles Blankenship, SREC SD1

Self-Retired military surgeon

Texarkana, TX

Printed on: April 9, 2021 11:06 AM

Majority of personnel in Texas Senate District 1 support this bill.  Pass this bill to the floor with strong recommendation for passage.

Katherine Worden

Self

Lumberton, TX

Thank you for being concerned about election integrity. I am requesting that legislation passed includes the following:  absentee voting for those who truly need it for provable reasons, voting on Election Day instead of weeks of early voting, get rid of all "voting machines" regardless of who makes or runs them, local tabulation of results that are forwarded to the state, severe punishment for election fraud and voter fraud, using paper ballots with clear custody and audit trails, continue voter ID, criminalize the efforts of setting up shadow government & officials as done by Zuckerberg and the Center for Tech and Civic Life in the swing states in the 2020 election, clean voter rolls in the counties, voter registration efforts must be conducted fairly and responsibly - treat voters as people who are responsible for their actions (no one chases you down to get a driver's license and there are rules and regulations that come with it).  Above all, our State and the Republic are at stake. May God grant you legislators with discernment and wisdom in this task.

Steven Wu

Texas Data Quality Coalition

Houston, TX

Dear Chairman Cain, Vice Chair Gonzalez, and members of the House Committee on Elections:

My name is Steven Wu, Coalition Lead of the Texas Data Quality Coalition. We are a collective of individuals and community based organizations seeking to improve Texans' lives through the use of evidence based policy. I write today to urge you all to vote NO on HB6.

As someone who has helped register voters here in Harris County for the past four plus years, we've seen an incredible increase in legal voter registration and turnout. HB6 will undue all of that. By banning drive-through voting, criminalizing people for assisting voters, eliminating certain large voting sites, and placing the burden of disability proof on voters with disabilities - voters will be deterred and scared to participate in our democracy.

HB6 has been created on the foundation of inaccurate and misleading voting fraud information. We can not enact and implement such restrictive and damaging policy based on non truths. Implementing such punitive solutions will not protect our elections - it will strike fear into our communities' voter participation.

Again, I urge all members of the House Committee on Elections to vote no on HB6.

Thank you.

Allison Mitschke

self

Houston, TX

Speaking in favor of HB6.  Election integrity is paramount to safeguard the faith Texans have in those we elect to office.

Karon Pettiet

Self, retired teacher

Lubbock, TX

Printed on: April 9, 2021 11:06 AM

I fully support HB 6 for the state of Texas.  We MUST retain integrity in our voting process.  I believe voters should be registered citizens and should provide some sort of ID.  This is nonsense to think you don't have to show some sort of ID! We show ID for many things such as check in to fly, write a check, etc.  I believe in person voting is important and limits the opportunity of cheating!  Any mail in voting should require signature verification and there should also be a review of voter roll in order to clean up those names of people who have died or moved.  Let's keep Election integrity in Texas!

robert mayfield

self

Austin, TX

Please pass these much needed election security reforms

Catharine Wall

Self; Unemployed/Retired Teacher

Austin, TX

I oppose HB6.  "[I]ntegrity" and "purity"?  This bill is nothing short of dishonest and corrupt.  This bill promotes voter suppression, pure and simple.

Kassiopia Jackson, Ms.

Self

Addison, TX

As many Texans have probably said before me, it should not be a controversial decision to strengthen election laws and reducing the ability to cheat in the state of Texas. As an African American woman who voted in the 2020 Election, I did not face any hardships being able to provide proof of my identity and vote. I would argue the greatest struggle I've had with the 2020 election was witnessing the election being dragged out for longer than a week because of suspicious activity and being accused of being a conspiracy theorist for questioning the events.

Bottom line, the harder it is to cheat, the better it will be for the voices of Texans. I support HB 6 and hope the Texas Legislature does too.

robert mayfield

self

Austin, TX

Please add these needed amendments:

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Terry Putnam

self, retired

Georgetown, TX

I fully support this bill as it strengthens Texas voter laws against potential fraud. Investigations in other states are showing evidence of fraud in the 2020 election and there have been prosecutions for fraud in Texas. The only concern is that the Bill allows the Texas Secretary of State to issue waivers to certain voter laws and regulations which should be stopped.

Printed on: April 9, 2021 11:06 AM

Diana Nelson

NWFRW

Spring, TX


We need penalties for breaking voting laws
We need ID'S to vote
We need somebody at the polls or a quick phone call to remedy discrepancies among pollsters.  They need to reference theaw

Beckie Morehead

Self - Senior Paraprofessional

Plano, TX


We as a state HAVE TO take measures to restore confidence in our elections!  I fully support this bill and urge ALL of our elected officials and citizens to support it also!

Richard Kelsheimer

Myself

ARLINGTON, TX


As a Texas citizen I have become increasingly concerned for our state and country over the past few years due to election integrity, I believe   I believe as Texas citizens we all have a right to vote our conscience, however, it is a right and that right should be protected. During the the pandemic, I saw the majority of able body citizens, including the elderly shopping to buy groceries and other daily activities of living. Mail in ballots due the Pandemic was unnecessary if in fact face masks and social distancing was done at the polls. I believe that we should use Georgia's new voting law as guide to House Bill 6. in order to maintain voting integrity in our state.

Derek Townsend, Hon.

Tomball, TX

Tomball, TX


We are in favor of HB 6 legislation protecting the integrity of elections.

Voter rolls are in total disarray, people living in postal boxes(some with multiple people) are voting. Also, people are voting multiple times by registering with variations of their names. People who live on vacant property are voting. Voter harvesting is prevalent.

Voting is the single most important way we have to have input into the running of government.  We are a Republic not a democracy, we want it kept that way. We demand a photo ID must be presented before allowing someone the privilege to vote. You have to provide a photo ID for so many things right now, to make certain purchases, to travel, to legally drive a vehicle, to rent, to file taxes. Why is it we can't mandate ID to vote.

Without passing legislation including strong penalties and enforcement of said legislation to stop voting manipulation, we will loose the Republic.

This is not an inconvenience, or attempt to suppress voting. It is an attempt to secure voter integrity.

Please pass meaningful legislation to save our State

Respectfully,

Printed on: April 9, 2021 11:06 AM

Hon. Derek S. Townsend Sr.

Andrea Reyes

Deeds Not Words

Austin, TX

Through this bill, Texas is doing everything it can to keep young voices far away from the poll. On top of that, we continue to see representatives cherry picking partisan votes and gerrymandering our electoral districts without our consent. This bill is anti-voter, anti-democracy, unnecessarily restrictive and will impact the most marginalized communities in Texas.

I urge members of this committee to do what was elected of them, and stand on behalf of the people they represent by voting "NO" on this bill.

Rachel Carneglia

self

AUSTIN, TX

My name is Rachel, and my zip code is 78745. I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed. Please do not allow this bill to go forward! Vote no on HB6.

Naomi Narvaiz, SREC SD21

Self

San Marcos, TX

Committee Members, Im Naomi Narvaiz from Hays County, San Marcos. I am representing myself & ask that you please pass HB6 out of committee. Voting is the most sacred of duties we as citizens have and it should be highly protected.  Voting should be fair and it should be 1 vote per 1 person.  Election fraud is real.  As SREC for Senate District 21, I have received calls from some of our republicans in counties where they are not allowed by the election administration from working a long democrat elections workers during an election.  In Hays County, a box of ballots was left in a room and over 1800 votes were not counted.  There was absolutely ZERO repercussion for this mistake.  My husband's, sister in law, and friend's votes were never counted.  Our vote is solemn and we treasure our duty to elect our representatives. The whole idea of our Country is that individuals fight and have given their life so we are able to cast our vote, as legal citizens, and be counted.  Ballot harvesting, voting without identification, deceased individuals on the voting rolls, and voting more than once at different locations should not occur.  Please pass this bill. We need our elections should be fair to every legal citizen of the United States.  Illegal Aliens should not cast a vote in our U.S. Elections.  Mail in Ballots should not be sent out without having proof of request from a legal voter.  One vote per legal voter. Thank you.

Cathy Jaster

self,  retired

Georgetown, TX

My name is Cathy Jaster and I support this bill.  HB 6 reforms the election laws to prevent election fraud, increase criminal offenses and penalties, in order to restore public confidence in our elections. EVERY ILLEGAL VOTE COUNTED IS A VOTE STOLEN FROM A LEGAL VOTER.  Those against strengthening election security and integrity tend to dismiss the legal voter's rights.  I worked as a poll watcher at Central Count in Williamson County for the Nov 2020 election.

Printed on: April 9, 2021 11:06 AM

Needed amendments to HB 6:

1) include the act of UNSEALING to SEC 33.0605, i.e. "... may observe the sealing, unsealing and transfer of ... "

2) add to SEC 3.09.  Poll watchers must be allowed to record ballot media serial numbers at the time of arrival at Central Count after Early Voting and on Election Day and when accessed at CC, and not be prevented from seeing where the ballot media is stored and secured at the time of delivery.

3) replace in SEC 276.018 that the SOS or any Elections employee, appointee or volunteer can NOT "modify election standard, practice or procedure mandated by law or rule".

Brandi Petree

Self

Katy, TX

It is so important we get a handle on our election process so it is fair and this corruption ends!

Regina Callender

Self

Henderson, TX

 Please support HB 6

Elizabeth Exley

Exley Farms

JARRELL, TX

I support the bill in hopes of quitting/correcting a system that seems full of un-prosecuted criminal fraud.

Melissa Pistole, Dr

Self - Doctor of Chiropractic

Holland, TX

The integrity of our election process is the foundation for all public trust placed in our elected officials. Corruption of this process kills our democracy.

 Voting rights should be extended to currently living,  legal, and adult Texas citizens. (For national elections, US citizens.  Texas must lead the way in  developing processes that verify  the authenticity of individual voters, protect the integrity of their individual ballots, reduce or eliminate outside or foreign interference or alteration, and preserve the legitimate results in a verifiable way.

 Tampering with voter's registration, falsification of voting records or ID, altering ballots or their results, in any form, from any entity, should be considered a very serious crime, associated with serious and enforceable penalties.

If we don't get this right, no official is truly accountable to the people, and our entire system of government becomes a farce. Don't let our votes become pawns for another individual, organization, or nation to manipulate, and thus wield the power intended for the people, and by the people.

 If I could call on each one of you by name, I would ask you this:  Were you honestly elected? Did we truly choose you to represent us? How do you know for sure? Are you committed to truly representing the individual people of Texas? And IF you were, and IF we did, and IF you are: ELECTION INTEGRITY IS VITAL TO OUR STATE, AND OUR NATION. WE ARE

Printed on: April 9, 2021 11:06 AM

COUNTING ON YOU. I pray that you choose to  stand up and do the right thing for future generations of Texans and all Americans.

 Thank you for your time.

Jennifer Saucer

myself

Houston, TX


the bill is unfairly suppressing the vote of the underprivileged,

Cheryl Roth

Self

Denton, TX


I support HB6.

Cat Parks

Vice Chair, Republican Party of Texas

Hamilton, TX


I am writing to express my support for Texas House Bill 6, the Election Integrity Protection Act of 2021.

Now more than ever, we must take action to preserve the integrity of our elections here in Texas.

We must ensure that our election process is fair, transparent, and allows for the voice of all eligible voters to be heard.

This important bill includes provisions that enhance transparency throughout the process, require better maintenance of voter lists, strengthens criminal penalties for violating election laws, and requires the election code to be followed consistently and uniformly throughout the state.

Lawless, inconsistent election processes and procedures create an environment ideal for corruption and exploitation to fester, undermining the confidence we have in selecting our representatives via the ballot box.

I want to thank Representative Briscoe Cain for his hard work and dedication to addressing this important issue, and I look forward to supporting the progress of this bill as it moves forward this session.

Cat Parks,
Vice Chair, Republican Party of Texas


Fazia Rizvi

self, webmaster

San Marcos, TX


I am concerned that the criminalization of small mistakes will put city, county and state clerks and officials at risk of arrest, financial penalties and jail for having committed "election fraud" over spelling mistakes of non-western names, or even over chosen transliterations of non-western names from languages that do not use the Roman alphabet. It has the potential to disenfranchise thousands of voters with non-western names, over the fear that an alternate spelling could be deemed a criminal clerical error. The wide-reaching implications of this bill have no been thought through and it should not be passed.


Printed on: April 9, 2021 11:06 AM

TROUBA DERRICK

COS and SELF

AUSTIN, TX

Knowing the rules and the consequences for NOT following State Law actually makes the job of the Elections Judges easier! It is difficult to make a decision when the issue is within a gray area.
Passing of this Bill should give security to those who are trained to conduct elections!
The Presiding Judge SHOULD be able to remove a polling watcher, but not someone properly appointed with credentials UNLESS that person is attempting to coerce or influence ANYONE else in the voting arena.
Section 5.01 amendment absolutely should be added. VOTER HARVESTING SHOULD BE ILLEGAL PUNISHABLE BY JAIL TIME. Solicitation by mail without a specific request should be ILLEGAL. Prefilling should be ILLEGAL.

Carolyn Strong

Individual

Milano, TX

HB 6

I am very concerned about voter fraud. I believe ID'S should be required when voting.

Patrice Warren

Self

Grand Prairie, TX

I am in OPPOSITION to Texas HB6 sponsored by Rep. Cain. This bill is based on bad data and bad information which only leads to the disenfranchisement of people of color. This bill only causes problems, not solutions. I ask that this bill is rejected.

Michael Zauner, MAJ

Self

Lubbock, TX

I strongly urge passage of this bill.  We recently witnessed rampant and open fraud in the election.  Since the judiciary at the federal level is also compromised and corrupt, it is incumbent upon us to prevent such abuses from happening in the first place. Sadly the left has always used fraud to "win" elections.  This last election was a coordinated massive effort to steal an election. The election process must be air tight.  All manner of voting (mail, absentee, in-person, etc.) must require a valid ID that establishes that the person voting is ALIVE, a US citizen and the person casting the ballot.  SHAME ON US if we allow this to continue and another election becomes a bogus one like banana republics as this last one was.

Elizabeth Dominguez

self/Speech Language Pathologist Assistant

Weslaco, TX

I am in favor of HB 6 in order to bring back confidence in our elections. Since the presidential 2020 elections, I have lost confidence in our election system. We need to regain that confidence again in order to move forward. It seems that those who commit election fraud are rarely prosecuted and therefore it has become more rampant. I believe Texans will do the right thing. Please make my vote count. Vote in favor of HB6.

Matt Klunkert, Mr

Printed on: April 9, 2021 11:06 AM

Self and retired

College station, TX

I am a proud Texan having lived here most of my life.  I also owned a business for 23 years and was glad I was in Texas.

Please know that I and my wife are for the voter integrity election law that is being considered.   I encourage each of you to stand strong against the forces that want to defeat this bill.  We may have limited control on what Washington does, but we CAN control things in Texas.

STAND STRONG!!!!!

Sincerely,
Matt and patsy Klunkert

Daniella Simpson, Mrs

Self

Houston, TX

I have been a Texas citizen my whole life and a Houstonian since I was a child. I pride myself in being a former inner city school teacher who taught my 3rd grade students about elections, and what a fair election looked like. My biggest pride, though, is being a mother who wants to make sure that votes are being counted in the correct manner in order for the "true" elected officials to be able to represent me and my family, and for the issues we stand for. As a Hispanic woman with two immigrant parents, who lived in Asia with my spouse for 3 years and knows what the real world looks like, we DO NOT FEEL that the election process was done in the correct manner during the last election. Not one bit! Watching the city of Houston, particularly Harris Country, allow vote counting discrepancies due to voting harvesting was very disheartening for the citizens who were voting the right way. Having 24 hour voting, ballot boxes set up outside without anyone watching, drive thru voting in predominantly democratic areas, voters being bribed with gift cards and other incentives, and elderly getting mail in ballots, who didn't even request them, made a MOCKERY over our voting system! If we, as a nation, cannot stop the ludicrous corruption from happening, then we as Texas citizens should do the right thing, teach our children better, stand up for those who are following the law, and put a STOP to this fraud! We need to stop enabling the false rhetoric of "keeping minorities from being able to vote" or "not giving people water and a snack during voting" and stick to the issue at hand! Those statements are just a way to deflect what is happening here: corruption at the ballot box! Again, I AM A HISPANIC WOMAN WITH TWO IMMIGRANT PARENTS AND WE ARE AT A LOSS FOR WORDS WITH THIS CORRUPTION! To conclude, now that Texas Covid numbers are down and Governor Abbott has made the vaccine accessible to all adults in the state of Texas, we shouldn't need drive thrus and ballot boxes as the Democratic Party was claiming that we needed during the pandemic, right? Even though THEIR WERE HUGE protests in the streets and George Floyd's funeral proceedings brought out big numbers as well I. The middle of the pandemic, nothing was EVER said about that on the news. That's not to say that I'm against coming together and marching, or attending a function that you are passionate about, since I know at least a few reading this will automatically want to make assumptions about me. It just goes to show that there is a disconnect in what some elected officials were saying (I.e. we can't stand close together) and what they were allowing (i.e. look at all is the  protestors wanting change!). You have to be BLIND not to see the absurdity of what is unfolding before our eyes! At the very least, let's keep the integrity of voting in Texas and follow just follow the law: I.D., show up, vote once. For the elderly and sick, WHO HAVE REQUESTED, allow them to vote thru mail. It's a simple concept!

Tore Fossum

self / retired

Huntsville, TX

Rep Collier made a point that more people were killed by mass shooters than were convicted for voter fraud.  First, that is a terrible example.  That there are few convictions is because voter fraud has not been treated as a serious crime.  An example is from Harris County in 2020 where a voter fraud scheme was uncovered by two retired law enforcement professionals which involved two elected officials, two employees of the voter registrar's office, and others.  This scheme could have produced in excess of 500,000 fraudulent votes.  The district attorney Kim Ogg, refused to prosecute.

Printed on: April 9, 2021 11:06 AM

Jill Robbins

Self

Holland, TX

If you don't really do something strong against election integrity all the Republicans may as well go on home because any future elections will be stolen from you and us. Please for the sake of our future pass a strong bill against fraud!

Judith Hollingsworth

self - retired

Duncanville, TX

Please pass House Bill 6 to guard our elections against fraud. This past election was rife with problems, and we do not want a repeat. We must have ID required for both in person and absentee voting. The safeguards are to assure us voters that our votes do indeed count!

Jacqueline Hardee

Indivisible Texas Lege

Austin, TX

Vote against HB 6.  Voting is an important part of our democracy.  We need to look for ways to encourage Texans their right to vote.  We DO NOT need to make it more difficult. I have been a Volunteer Deputy Registrar in several Texas counties, helping citizens register to vote.  I have also worked as an election official.  I know the steps taken to secure votes and our elections.  I think this is fundamental for our government.  There is no data to support that our voting system has wide-spread issues.  As elected officials, you need to hear what your constituents want in government.  You need to let them vote if they are eligible to vote.

Melissa Dungan

Texans

Spring, TX

Please vote in favor of this bill to protect election integrity. Texans and all Americans deserve elected officials that take seriously the importance of legal voting. Also, voter ID should be top priority.

Jensen John, Mr.

Self

McKinney, TX

I strongly support protecting the integrity of our ballots and securing confidence in our election systems. I encourage you to fight back against corporate, leftist and anti-democratic forces that are trying to destroy our fair election system and create a banana republic like a third world country. Stand for the right principles and stand strong, come what may! So help you God!

Paula Edens

self / retired

Southlake, TX

The risk for fraud is minuscule - it's been proven. This bill is a travesty extending the lies perpetrated and are still being perpetrated to diminish faith in our electoral system. It's shameful at the VERY least. This bill is a nuisance and undermines the

Printed on: April 9, 2021 11:06 AM

integrity of our democratic tenets. Make it easier for our citizens to vote. This bill does none of that. UnAmerican. It's hard to be non-partisan in this state when a party takes up and considers ridiculous legislation like this. Vote against moving HB6 forward.

Jennifer Lourens

Self RN

Texarkana, TX

Election fraud should be a felony offense

Brianna Fuller

self

Austin, TX

Fraud is not an election issue, and I believe that this issue will in fact disenfranchise voters in Texas. I strongly oppose this bill because it makes it harder for Texans to exercise their right to vote and elect the people they want into office. This bill is discriminatory and founded only on false unproven allegations of election fraud in 2020. It does not serve the people of Texas and does not support our constitutional right to vote.

Judy Burke, Mrs.

Self, retired teacher

Magnolia, TX

Dear Election Committee,
Please vote YES for HB 6.  So many Texans feel defeated and helpless concerning voter fraud.   Citizens have no hope if they do not feel their vote is counted legally.  Vote integrity is the backbone of our freedom.  We must have laws that support free and fair elections with proper and true voter identity!   Thank you for working hard to protect this freedom.
Respectfully,
Judy Burke

Connie Sheldon

self

The Hills, TX

OPPOSE! MAKE IT EASIER TO VOTE NOT HARDER. STOP PERPETUATING THE LIE OF VOTER FRAUD THAT YOU HAVE NO EVIDENCE EXISTS.

Carmen Calderone

State Republican Executive Committee

Corpus Christi, TX

I am writing to express my support for Texas House Bill 6, the Election Integrity Protection Act of 2021. Now more than ever, we must take action to preserve the integrity of our elections here in Texas. We must ensure that our election process is fair, transparent, and allows for the voice of all eligible voters to be heard.

This important bill includes provisions that enhance transparency throughout the process, require better maintenance of voter lists, strengthens criminal penalties for violating election laws, and requires the election code to be followed consistently and uniformly throughout the state.

- Carmen Calderone Jr.

Printed on: April 9, 2021 11:06 AM

Jessica Hudes

Self

Dallas, TX

Having a fraud free election is extremely important and anyone defrauding our vote should be held accountable for their actions. Please vote YES!

Sergio Trevino, Mr

self

Weslaco, TX

Voting rights are the bedrock of our democracy. The state should be doing everything it can to ensure every eligible voter can cast a ballot, instead they want to restrict access. Last year's increase in voter participation shouldn't be seen as partisan—it should be seen as good for our democracy. These bills are dangerous, anti-democratic and must be blocked, tell the committee members to vote no on SB7 and HB6!

Delores Wilson

Self. Retired Federal Investigator

Plano, TX

I oppose HB 6 by Cain. HB 6 is both an anti-democratic and anti-voting bill designed to further suppress the voting rights and legal votes of the people of Texas especially people of color. The bill is on its face discriminatory and only serves to further divide communities, rather than to resolve problems. I strongly object to HB 6 and ask that this bill be rejected.

Jeff Keene

Self

Cypress, TX

Please preserve election integrity by requiring ID to vote, annual purging of voter rolls, eliminating drive-through voting, and limiting mail-in ballots to those who specifically request them.

Pauline Reyna

Self

Maxwell, TX

We must prevent fraud from happening in our elections. I support HB6

Rolando Garcia

Republican Party of Texas

Houston, TX

I am Rolando Garcia from Houston, and I am testifying in FAVOR of HB 6, representing the Republican Party of Texas as the State Republican Executive Committeeman for Senate District 15 and myself as a Harris County election judge over several election cycles.

Printed on: April 9, 2021 11:06 AM

Even before the chaos of the 2020 election, Texas GOP activists overwhelmingly made election integrity our #1 legislative priority. As poll watchers and election workers, we've seen firsthand the fragility of our voting system and the potential for fraud and abuse and have for years called for common sense measures to secure our elections, such as making sure the voter registration rolls are up-to-date and strengthening penalties for election fraud.

Last fall, we in Harris County saw the mayhem caused by an election administrator who tried to rewrite state election rules on the fly, including an attempt to mail unsolicited absentee ballot applications to every voter on the roll. Given the error-riddled state of the voter rolls, this could have been the motherlode of election fraud. Fortunately a court stopped this, but we need to ensure this kind of freelancing by election administrators does not happen again.

Texans MUST have confidence that their vote will count AND that their LEGAL vote will not be diluted or offset by an ILLEGAL vote. We have TALKED for YEARS about securing our elections. It time now to DO. The public's confidence in the fairness of our elections has never been lower, decisive action must be taken. Let Texas lead the way with the most open, fair, and secure elections in America.

Please support the common sense election reforms in HB 6.

Adrienne Peña-Garza, Hidalgo County GOP Chairwoman

Hidalgo County GOP

Pharr, TX


I write you today to share my support for Texas House Bill 6, the Election Integrity Protection Act of 2021. We must stand together and protect the integrity of our elections in Texas. How can we respect the sanctity of every vote or the election process in general if there are potential loopholes for oppression and injustice. Currently, what we have lacks transparency, and doesn't ensure that criminal activity is not tolerated. This important bill includes provisions that will help bring fair and honest and transparent elections and criminal penalties for violating election laws.

Thank you Rep. Briscoe Cain and others that are working tirelessly to bring this bill to fruition.

Adrienne Peña-Garza
Hidalgo County GOP Chairwoman

Brenda Jurgens, None

Self - retired

ALEDO, TX


Rep Cain: I want you to understand that keeping drop off boxes to one location per county is ridiculous! My REPUBLICAN parents ride a nursing home bus EVERY single election to drop off their VBM ballot. It is easy for the nursing home to use their 1 small bus to shuttle every resident day in and day out. It is a big deal for my parents & others to get out & exercise their right to vote. They enjoy it because they can no longer go to a polling location to vote.

They are in VERY rural Texas. The nursing home can't accommodate the long drive/cost to shuttle them to a location too far away.

Please reconsider this because not unlike the Bill the last Legislative session that would eliminate the ability to ride a bus to a poll, this will prevent retired/nursing home residents from enjoying/celebrating one of their few joys left in life. Btw - my Dad was an original Green Beret. He volunteered to go on the mission to rescue Senator John McCain. My Dad had 2 Silver Stars, 3 Bronze Stars w merit and purple hearts. He had the hell shot out of him & has lived with heart issues because of shrapnel close to his heart.  He told me to tell you to go serve your country to understand the sacrifice so many made to insure everybody has a right to vote as well as your ability to serve & write legislation - even if it is crazy bills that serve no purpose.

Vera Maninger

Self

Printed on: April 9, 2021 11:06 AM

Huntsville, TX

We must have election integrity.  Our country is fast losing rights.   Electing those who are supposed to represent us on the state level as well as federal is crucial.  Identifying us at the voting place or being sure mail-in is limited to those who are out of place on election day or those who are unable to leave their place of residence must also be identified by ID and signature.  If a 100 year old can get an ID ANYONE can.  Stop those who keep saying it discriminates, by publicly telling people how they can do this.  Perhaps Voter Registration offices should have a list of people willing to get those who need an ID to the proper place.  Not relying on Republicans or Democrats to get it done.

Ron Buckner, Mr.

Retirees of America

windcrest, TX

Please know that I believe in the Representative Government process. The existing checks and balances available to the people, of keeping our state representatives in line may be in serious question as they are not immune to the corruptions. And we have no real means of approaching them short of a two-year election cycle and writing letters. The fact that our constitution was constructed with no way of knowing how advanced our communication skills would become has left it open to the potential problems we're experiencing now. Our world is evolving at speeds that in some ways has made our constitution vulnerable to " a man's Interpretation" that directly countermands the intended direction of what our forefathers wanted. IE; constructing Law from the Bench, today's version of separation of Church and state, abortion and now Gun ownership. and our antiquated voting processes. All of these issues exist because the will of the people IS NOT and HAS NOT been the prime priority for our leadership, regardless of the party in control. We have allowed private interests to take control outside of the will of the people. This is Fascism and must be eliminated. I believe that the process being considered before you right now may be the best solution for the people of Texas, and America.

David Wylie

Republican Party of Texas

ARGYLE, TX

I am David Wylie, a member of the State Republican Executive Committee of the Republican Party of Texas from Senate District 12, and I live in Argyle Texas.  I am representing the Republican Party of Texas.

I am speaking in support of HB 6 today.

It is important that we address the issues which bring questions to the validity of our elections.

The diluting of the integrity of Absentee Voting has continued to erode the citizen's confidence in the process.  The additional definitions listed in this bill related to Absentee Ballots will help to overcome many of the misconceptions about the process and restore faith in those votes cast.

The additional instructions in the bill for how elections are administered will also make great improvements to the process and are essential to re-establishing the faith in the integrity of elections.

Please approve this bill so that it can be heard by the full

Please approve this bill so that it can be heard by the full House

David Wylie
SREC SD12
817 247 2237
davidwwylie@gmail.com

Printed on: April 9, 2021 11:06 AM

TRACIA WESTLEY

SELF

SELMA, TX

I am in FAVOR of House Bill 6!

Katherine Byers, Dr.

Houston Food Bank

Houston, TX

Why is Voter Access Important to the Houston Food Bank and its Clients?

In the fall of 2020, HFB served as a polling location for the 2020 general election to ensure legal and fair access to voters. Two options were available to voters during early voting, walk-in for those able to access the traditional format and drive-thru for those significantly constrained, including seniors, individuals with disabilities, parents caring full-time for their children, and populations more vulnerable to COVID-19. On election day, only walk-in voting was available.

We did this, and hope to do so in the future, because one of our strategic goals is to advocate to improve public policy and make food accessible so people can live better lives. This requires well rounded solutions developed through a variety of perspectives – including those of the voters who elect policymakers into office. Flexibilities such as drive-thru voting and extended voting hours provided legal access for voters who otherwise may not have had their perspective heard.

Diverse community perspectives, reflected in the choices that voters make at the polls, are necessary to meet the needs of the communities that access food bank services. We ask the Texas Legislature to protect legal and fair access to Texas voters and not to decrease voter access when there is no evidence it has a negative impact on the political process.

Donna Lipman

self

Austin, TX

There is absolutely NO reason on earth for this bill. There has been NO fraud and this only serves to make it more difficult to vote. You should be making it easier (automatic registration, early voting, mail-in ballots, drop boxes, more polling stations, especially in areas with more people of color. Let's all move into the 21st century with support for one another, not bills that hold people back from the one right that is integral to our democracy - voting!

Allen Clayton

Self

San Marcos, TX

I agree with HB 6. We need integrity in our election because we need the confidence in the vote and confidence for the voters. We need voter IDs laws, and signature verification for mail in ballots

Barbara Remy

Self

Cypress, TX

Preventing fraud in our elections

Printed on: April 9, 2021 11:06 AM

Trouba Derrick

COS and SELF

Austin, TX

We absolutely must pass HB6 as amended. We must protect the integrity of voting or we will lose this country.

Delma Jackson

Myself

Murchison, TX

Guys our trust in our election process has been greatly comprised,. I am writing this note to let you know that my wife and I totally support this Bill.

Susan Narvaiz

President, New Braunfels Conservatives

New Braunfels, TX

My name is Susan Narvaiz. I am representing myself, my family, and as President of New Braunfels Conservatives I also speak on behalf of several hundred members.

I am testifying in favor of HB 6. Thank you Mr. Chair, Madame Vice Chair, and Committee Members for this opportunity.

Key aspects of this bill include the preservation of ballot box purity by increasing criminal penalties as a means to prevent election fraud by those who are involved with conducting elections.

We must seek to uphold the integrity of our election process and to hold those we entrust to conduct our elections - many whom are paid with our tax dollars - accountable so people will have confidence in the outcome of our elections.

In 1998, after losing a mayoral election in a run-off, I sought to understand how I fell short when I had the highest vote count in the first election. In my research I uncovered people having voted twice, dead people voting, and many other anomalies. The incidents of votes called into question were enough to change the outcome of the election. I shared my findings with local and state elected officials and other authorities in hopes it would bring light to this issue. What I found then in fraudulent practices continues today.

I implore you to pass this bill and do all you can to preserve the integrity of our elections. I ask you to increase the penalties for election fraud as a measure of prevention.

If there is anything that suppresses voters from voting it is the idea that their vote will not be accurately counted or canceled by an illegal vote. If there is anything that suppresses voters from voting and people from standing for election it is to know that at the end of it all people dictate, by fraudulent practices, election results and our elections are not fair - and if our elections are not fair, we as a people are no longer free.

Thank you for your time and consideration.

Victoria Little

Self

Dallas, TX

Thank you moving to ensure election integrity for all legal voters. Texas must stand up against HR1 and it's unconstitutional overreach. Thank you for not caving in to the fake narrative that this is all about voter suppression. This is about free,

Printed on: April 9, 2021 11:06 AM

transparent, and fair elections for the citizens of Texas who are eligible to cast a vote. America is watching and counting on Texans to protect our elections. God bless Texas.

Allison Strawn

Self, retired

TX, TX

This Bill should not pass because it unduly and unfairly prevents underprivileged people from having fair access to the polls. It disenfranchises working people the most because they cannot always get off work to vote during the daytime on elections day.

Mail in ballots are important for out of state students. This Bill makes it tougher for students as well. The review of ballots process in place is sufficient to evaluate whether there is any fraud in casting ballots.

The provision to have poll watchers, who could harass and intimidate voters peacefully casting their ballot, is also unconstitutional.

Alex Meed

Self, cybersecurity analyst

Austin, TX

Mr. Chairman and members,

This bill concerns me. Having read its provisions, it seems clear that it will make it harder to vote and will disenfranchise people.

As elected leaders, you have a responsibility to listen to your constituents, but also to tell them when their concerns may be unfounded. An election with no widespread evidence of fraud is no reason to enact punishing, restrictive election security legislation.

What this election did have is a plethora of innovative strategies, designed by local elections officials sworn to defend our constitution. They helped more eligible voters exercise their rights amid a global health emergency.

It seems the bill is in response not to election security concerns, but to concerns about strategies that allow more people to vote. So many of its provisions have nothing whatsoever to do with election security; instead they seem to have the sole result of making it harder to vote.

In the state with consistently among the lowest turnout rates in the nation, we can't afford to play politics with the vote. Our republic exists only as long as you are willing to defend it. If you do not, we are truly lost.

Respectfully submitted,

Alex A. Meed

Mark Goloby

Self

Houston, TX

As an election judge for over 30 years, I want to advocate for this bill. it is imperative that we bring integrity back to our electric process or we lose our republic.

Vera Franklin, Ms.

Self

Printed on: April 9, 2021 11:06 AM

Voting is our most sacred right. We should all have confidence that votes are valid. The way to deter cheating, fraud and misconduct is to enforce stricter penalties to deter this from happening. Those that oppose this bill seem to admit that voter fraud is happening in their favor and do not want people to be prosecuted. Why would you not want increased penalties to assure our votes? This should pass for our protection knowing that all votes are valid. I support this bill.

Jerry Tanner, Lt. Col USAF (Ret)

Self

Sublime, TX

I appreciate the efforts to guarantee valid elections in Texas. I favor the passage of HB6 to strengthen Texas Elections. Thank you.

Awanda Mitschke, Ms

Self

Houston, TX

Stand with me FOR Election Integrity

Catherine Gauldin

Self/Retired

Bandera, TX

I am a resident of the State of Texas and have voted in every election since 1976.  For the first time in my life, I have no confidence that my vote was accurately counted in the recent 2020 election.  I join with other Texans to declare that I believe fraud took place at the polling places and that reforms need to be put into place so that those who have been convicted of voter fraud may be punished to the full extent of the law.  Fraud at the polling place is criminal, and any guilty parties should be treated as criminals and should suffer harsh penalties.  As an American, it is my right to know that my vote, my voice, is recorded and that elections in this country are free and fair.  As is stated in HB 6 "fraud in elections threatens the stability of a constitutional democracy by undermining public confidence in the legitimacy of public officers chosen by election."

Cynthia O'Banner

Self

Plano, TX

EVERY vote should count and EVERY effort should be made to protect our democracy therefore I am totally AGAINST HB 6! I urge the House to listen to the constituents in Texas and vote AGAINST HB 6! Let's strengthen voter rights and not try to suppress voting rights as outlined in HB 6. Stand united and vote AGAINST HB 6!

Mandi Woodward

Self - Property Tax Consultant

Nevada, TX

There has to be election integrity in our country. The US is NOT a communist country! We have democracy & it MUST BE ADHERED TO! There needs to be voter id. Mail in ballots need to be verified. CERTIFIED EVEN! We CAN NOT allow either party to change the rules to suit themselves. It needs to be LAW. And it MUST BE FOLLOWED.

Christina Shirley

Printed on: April 9, 2021 11:06 AM

Myself

North Richland Hills, TX

I support HB6 and believe legal elections to be the right of we the people.  I will NOT have faith in elections from here on out of this Bill does not pass.

Michael Moreland

Self, CPA

Lewisville, TX

Please do everything possible to secure the integrity of our elections. The arguments by those who claim racism is behind efforts to prevent voter fraud have no argument at all...which is why they resort to calling any measure to prevent fraud racism. It's racist to believe that anyone other than people with white skin are capable of proving that they are who they say they are. It's ridiculous that I even have to write that statement down. Imagine applying the same argument to boarding a plane, opening a bank account, opening a brokerage account, getting a loan, applying for PPP funds -- "hey, we trust that you are who you say you are, no worries...." It would be illegal for businesses to do this. How on God's green earth can anyone argue that it's okay to look the other way on fraudulent voting but not okay to require validation of identify for things that are so much less important?

William Schur

Self

Fort Worth, TX

I oppose HB 6.

At this time in our state's history, nothing is more important that maintaining public trust in government.  Trust in government is built by making it easier, not harder, for qualified members of the public to vote.  Many of our citizens have served in the military to protect our American way of life, including the right to vote.  Right now, we are witnessing in Hong Kong the efforts of a totalitarian government to suppress citizen rights to vote and speak.  That is not a model the Texas legislature should follow by erecting new barriers to voting.  We have existing election laws.  We already have the means necessary to prevent, detect, and punish voter fraud.  Our election officials of both parties and the many citizens willing to serve as election judges are well able to manage our elections and it is insulting to suggest that they are not doing and cannot or will not do their jobs.  Let's build trust in government, and honor the memory of all those who have died or suffered grievous injury in the service of our country, by protecting the rights of citizens to vote and making it easier rather than than harder for people who work or suffer handicaps to vote.  Please do not allow HB 6 to move forward.  Thank you for your service as legislators and remember that you were elected under the very system that HB 6 proposes to restrict.

Silvestre Rodriguez

Jim Wells County - Self - Silver Star Food Stores (Owner)

Alice, TX

Representing Jim Wells County, I am in favor in support of HB 6 Election Integrity. This is because I believe there are many issues constantly happening that are unethical at all levels of government, and can be fixed with this House Bill for our citizens.

Robert Crabtree

Self

Bryan, TX

Hi, my name is Robert Crabtree, and I am contacting the members of the Election Committee to share my opinions on voter and election integrity in Texas. I am for HB 6 as it supports fair and free elections. Election fraud and voter fraud threatens the stability of our constitutional democracy. We need reforms to make sure that voter confidence in our elections is present. Our

voters need to feel their vote DOES matter. We definitely need penalties for individuals violating the public trust in free elections. You threaten election integrity, you get penalized.

There are instances of staffers – election judges, and clerks that use illegally driver's licenses in their possession to facilitate illegal voters. Mail-in ballots are out of control. People get them that don't ask for them. Waivers were issued by unelected bureaucrats. I think that HB 6 is a good start to ensuring election integrity.

Election committee – PLEASE vote YES for this bill.

Thank you for your service.

Robert Crabtree

415 Shady Creek Drive   Bryan, Tx  77808

Bob31411@msn.com

979-220-6667


Megan Garza

Self, Small business owner/mother

Prosper, TX


This bill has my full support!  I'm unsure how I can feel confident voting in future elections after the atrocities that occurred last year. This is one step forward in protecting the sanctity of the vote. Please pass it, and quickly!


Eric Mims

Self

San Antonio, TX


Please include Voter ID.


Alexander Montalvo

self, consultant

Fort Worth, TX


OPPOSE this bill and the attempts to suppress the vote in Texas. 11.3 million people voted in Texas in 2020, an increase of 2.4 million from the previous high mark. A big reason for this increase is because of increased access to voting that was provided in 2020. Yes people were motivated but they also found more options/access to vote.

9.5 million Texans eligible to vote didn't (5 million were registered to vote).

We need solutions to expand voting so EVERY TEXAN can vote. I don't care if you are a Democrat, Republican, or Independent. All should be encouraged to vote.

We need solutions, more time, and access to get us to the point that over 20 million Texans are voting in every election. Every engaged citizen strengthens our democracy.

This bill hurts our ability not help it. OPPOSE HB 6


Juan Luna, Mr.

self

La Joya, TX


My name is Juan Luna, i am one that does not want to go back to the time of the Jim Crow Laws. We should be expanding the right to vote not restricting it. Vote NO on HB 6.Thank you!


Printed on: April 9, 2021 11:06 AM

Debra Price

self

Mico, TX

House Bill # 6/ Senate Bill # 7. I am so glad that the Senate passed comprehensive voting laws last night.  I hope that the House will move forward with House Bill #6 to ensure that every legal vote in Texas get correctly counted.

Julie Villarreal

Self

Primera, TX

I support hb6.

Mary Patrick, Ms.

Self - Retired

Austin, TX

Please cite the data of on the number of  cases of voter fraud:  detected, proven,  perp arrested, fined, etc. - in the last 10 election cycles in Texas.

Bianca Gracia, President

Self

Pasadena, TX

As a precinct chair in Harris County 352, I am in favor of HB 6 to tighten up our election integrity laws. I have run elections and can say that our voting systems can easily be manipulated. Stricter laws must be in place especially with mail in ballots and absentee voting. End Ballot harvesting as well.

I also represent Latinos for America First in which had many poll watchers across the state kicked out of voting locations or mistreated by the Democrats in the Rio Grande Valley.

Jayne Boyer

self

Georgetown, TX

On January 6th 2021 Senator Mitch McConnell said  "Every election, we know, features some illegality and irregularity, and of course that's unacceptable." Apparently it has been acceptable by both parties, and I applaud the representatives of the people, and especially Representative Cain for finally addressing this most serious of issues. Every fraudulent vote cancels a legal vote and that is the true voter suppression. Therefore I am in full support of HB 6. Any legal citizen of this country, and every representative of the citizens, should have zero tolerance for election or voter fraud.

Eric McWhorter

Self

Grand Prairie, TX

This is nothing but a modern day Jim Crow. It's shameful. Voting is a right for every Texan. There is no voter fraud.

Printed on: April 9, 2021 11:06 AM

Randall Hays

Self. Self-employed.

San Antonio, TX

Please include a requirement for voter identification for mail-in and absentee ballots.

Please verify voter rolls and new registrations in a routine manner.

Chelsea Hampton

Self

THE COLONY, TX

I support election integrity bill HB6. Texas elections are more secure than other states, but a little bit more security can be put into place to ensure Texans continue to feel secure in their government.

Nena Shimp

Self

Arlington, TX

Support this bill!

Annie Compton

Self Artist

Austin, TX

I am Annie Compton and I live at 78757 Austin Texas. I oppose HB 6
 There were  a tiny number invalid or questionable Vote cast in the last election
and the good news was and is  INCREASED VOTER PARTICIPATION
 Texas was one of the WORST STATES in the union for Voter participation
For Pete's sake    DO NOT MAKE IT MORE ONEROUS TO REGISTER AND TO VOTE
Foolish
short sighted
We need to all    as citizens    BE PART OF THE PROCESS
Disenfranchisement is foolish and dangerous
Thank you for opposing HB 6

Karen Brooks

True Texas project

Arlington, TX

We must protect our election integrity in order to have voter confidence that our vote counts. Harvesting votes must be stopped and prosecuted. . Unauthorized mail in voting must be stopped and prosecuted. Voter machines must be tested for voter integrity. Poll watchers must be allowed in to watch the voting processes.

Monika Marjason

Myself

Longview, TX

Printed on: April 9, 2021 11:06 AM

Short and sweet - I oppose this bill. There was no voter fraud in the last election and your attempts to making voting harder than it already is, is an affront to our basic liberty.  I promise you I will be watching and remembering how you address this issue when your own re-election comes around.

Linda B Frank, Mrs

TTYRRW

Tomball, TX

Please save our elections by stopping election fraud

Anna Valdivia

Self/ hair operater

Temple, TX

Please continue the fight for proper restoration on election! No more election fraud! Thank you and God bless Texas God bless our Nation!

William Pritchett

Self

Houston, TX

Opposing HB6 by Cain.
This bill is designed to make voting harder for Texans and it is crafted around the pervasive big lie of "election fraud". Obviously it goes out of its way to make voting via absentee ballot more difficult while the current application for an absentee ballot is already cumbersome and difficult for some seniors to read. This bill would make it a felony for someone to provide an absentee ballot application to a voter without them asking for it - a practice that political candidates and political parties have been undertaking for years. And when I say political candidates, I want to emphasize Republicans have a long history of sending absentee ballot applications to older voters and individuals with a history of voting by mail. Secondly I want to address the component of this bill that would require counties practicing county-wide polling locations to provide every location with the same number of machines. This portion of the bill just underscores that this legislation was written by someone who has never been an election worker. Population density has to be taken into consideration for the allocation of voting machines, especially considering there are a finite number of machines available for use. This bill does nothing to provide counties with additional funding to purchase additional machines and thus represents an unfunded mandate on counties that exercise county-wide polling locations. And let's call a spade a spade and acknowledge that this bill will have a greater impact on voting in larger Texas counties than in smaller counties, and larger counties tend to trend more Democratic than smaller counties. It is no coincidence that the author of this bill is a right-wing Republican and one who participated in Donald Trump's big lie about election fraud in the November election. This bill is voter suppression, plain and simple and should be rejected outright.

Kelley Rumps

Self

The Woodlands, TX

I support this bill and encourage our elected leaders to support as well.

Cynthia H. Regnier, Mrs.

Self

Mico, TX

Printed on: April 9, 2021 11:06 AM

Election integrity is a must.  One legal Texas citizen, one vote!  Please vote for this bill.  Thank you.

Olga Lasher

Self Senior

Austin, TX

Fair and Honest Elections

Christie Mariotto

Self

Sumner, TX

This bill makes election integrity stronger by punishment of election fraud.  It will help to deter those that would try to circumvent our democratic processes.  Please stand up and approve the contents of this bill.

Olga Lasher

Self Senior Citizen

Austin, TX

Submitted earlier but forgot to state I Support HB6

Deone Wilhite

Omega Voter Action Project

Austin, TX

April 1, 2021
Texas House of Representatives
Elections Committee
The Honorable Briscoe Cain, Chair

Distinguished Members,


I am Deone Wilhite of the Omega Voter Action Project and someone who has urged ALL citizens, regardless of political affiliation, to participate in their right to vote..
Today I write to oppose House Bill 6, and ask that you please keep this bill from reaching the House floor for a vote.
HB 6 will significantly reduce voting rights for all and will disproportionately affect communities of color, working class Texans, and many others who have been historically disenfranchised.
This bill is an anti-democratic, anti-Americam, and is a blatant assault on the right to vote. It will:
•strip voter rights
•financially burden local governments
•discourage poll workers
•elevate partisan poll watcher power above election official authority
•ban drive-through and outdoor voting
•restrict voters from dropping off completed absentee ballots
•shrink early voting periods
•create new costs for disabled voters
•increase burdens on voters with disabilities to access assistance at the polls
I believe that your ultimate goal is to protect the sanctity of the vote. If so, you must not pass this bill  out of committee.

Printed on: April 9, 2021 11:06 AM

Thank you!

Deone Wilhite

Ginny Carriker

Self

Dallas, TX

we need voter ID laws.

Keena Miller

self

Austin, TX

My name is Keena Miller I live in Austin and my zip code is 78745. I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Please oppose HB 6. Thank you.

Constance Stanton

Gop

Frisco, TX

Accountability and fair elections are a must for Texas...

Chris Hammel

Self

Holland, TX

Fair, honest and secure elections are critical for our state and country. I pray that you will stand up for electorial integrity decide of fraud and manipulation. The future of our Republic is at stake. Our country is at risk of effectively losing its multiparty system through ill intended manipulation of the very system of elections.

Wade Rowland, Mr.

Self, musician

Austin, TX

I strenuously oppose HB 6 by Cain as a transparent attack on the good citizens of Texas and their right to fair and safe elections. Limiting access the the ballot is contrary to democratic process. Suppression of citizens' access to the ballot is an attack on democracy and an attack on the rights afforded us as Citizens of the United States of America in our Constitution. Any lawmaker who brings legislation like this before the body politic should be regarded as dishonest as the claims contained in this Bill--claims that were proven to be dishonest time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and time and

time and time and time and time and time and time and time and time and time again. Yes. That's sixty times those claims have been proven spurious. Does that seem like a lot in black and white? It's time to question the source of these claims and all who perpetuate them.

Lana Garcia

Self

Edinburg, TX

I voye YES FOR HB 6.   WE NEED ELECTIOI NTEGRITY.  WECAN NOT GO ON LIKE THE ELECTION OF 2020. Something needs to be done. I feel that my vote was not counted beause of all the fraud that took place on electon day.  We need photo Id, abs. Ballot should be requested not just mailed in, we poll watchers inside the polling center.and most important the voting should not be stopped in the middle of the night like it did in November 2020. "WE RHE PEOPLE " need election INTEGRITY  for all the people!!!

Linda Bartle

BSBCR

Spring Branch, TX

In Favor of HB6

Amanda Friedeck, Mrs

Jim Wells County - Self - BRANDS Marketing Group, LLC (Owner)

Alice, TX

I am in favor of this bill because our citizens deserve a fair and ethical election process for all types of elections. The only way is to cut the loopholes and vote YES for HB 6. Jim Wells County voters deserve to be represented correctly.

Frances Plunkett, Mrs

Constituent

Mico, TX

Please vote for this bill as I think we need more oversight on our voting process. Otherwise we become socialistic. HB 6.

Amanda Reed

Represent Us TX

Frisco, TX

Dear Elections Committee,

Thank you for taking our comments. I live in Frisco, TX and I am writing to you to oppose HB6. There are several aspects of this bill which concern me very much, especially considering the fact that Texas has done a great job managing their elections and so it is not clear to me why these changes are needed.

The main provisions of the bill which concern me have to do with watchers at the polls being given free reign to intimidate voters, the unnecessary additional complexity and limitations on people giving assistance or ballots to other voters, and the inexact wording of the bill which seems like it could lead to felony convictions for innocent political volunteers.

In the bill you state that watchers cannot be removed from a facility unless they are clearly committing electoral fraud. This means that any 'watcher' once admitted has virtually free reign to behave however they would like. Everyone deserves to feel safe

Printed on: April 9, 2021 11:06 AM

while they fulfill their patriotic duty to vote. Please do not remove election official's abilities to create a calm and safe atmosphere for everyone.

In addition, there are many rules, provisions, and new felony charges which are vaguely worded. If I gather at a friend's house and we all call to encourage people to vote, and she serves me snacks while we work, will we be in danger of criminal charges? What if my friend happens to be on the board of a local political volunteer organization? I personally am very interested in encouraging EVERYONE in Texas to register to vote and vote in every election. I am a VDR and I am happy to give registration applications to anyone I meet and offer them in our neighborhood social pages regularly. However many of the organized volunteer activities I've found are connected to one or another political party.

I've also fielded questions from people in my neighborhood about how to properly fill in a ballot or when/how to send an absentee ballot. Most of this information is readily available on the internet, but some older voters in our neighborhood and countless others find this process daunting. If I try to find this information and then meet with someone to help them with their ballot, I could go to jail if we make a mistake on the ballot. Is that correct?

Texas has long been gaining a reputation as a 'difficult' state to vote in. Studies have already showed that we are something like the 7th most difficult state to vote in, out of 50! Considering the very low rate of electoral fraud and the fact that most of these cases were connected with malignant activities conducted by a political candidate, I feel like the suggestions in HB6 target the wrong groups and will cause fear among volunteer groups and new voters, especially those who need assistance. Please OPPOSE HB6 and instead promote bills that really improve security such as those that require auditable paper trails.

Thank you,
Amanda Reed


Vallerie Spears

Self

Houston, TX


HB6
In FAVOR
Election integrity is paramount to safeguard the faith Texans have in those we elect to office.
I have worked as an election clerk & Alternate Judge in Harris County.   Speaking from experience, our county election administrator has no regard for Texas election laws on the books and there's no recourse or accountability trigger to make sure these laws are enforced.
Clear penalties & enforcement mechanisms are what's needed to give violations teeth. HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process.


Sara Laipis Eno

self/speech pathologist

Austin, TX


I oppose this bill.  There is simply no evidence of wide spread voter fraud, and measures like requiring a doctor's note to access disabled voter services are frankly discriminatory.


Garrett Friedeck, Mr.

Jim Wells County - Self - BRANDS Marketing Group, LLC (Owner)

Alice, TX


I believe that HB 6 needs to be passed. This is because we need to fix the election process for our area and Texas. Do the right thing and agree to pass this bill so we can have the correct represention that our citizens deserve.


J K Washington
Printed on: April 9, 2021 11:06 AM

Self/Law Enforcement

Houston, TX

It is extremely important that as a resident of the state of Texas that we are able to confirm via Govt photo ID Who is voting and participating and running for office in the state of Texas. The notion that in this day and age that a person cannot provide valid information on who they are as a voting citizen of the state is ridiculous. It is not beyond reason that a individual should be able to provide that information prior to showing up on Election Day. Then on the day they vote that they can confirm that information via government issued identification.

Buddy Luce

self

Southlake, TX

Vote no. We should he expanding access to the polls and protecting the rights of all voters, not just helping the GOP cheat and suppress access.

Cain should be removed as chair. he inspired insurrection.

Rachel Hill

Self - community outreach

Dallas, TX

Members of the Elections Committee,

I am strongly opposed to HB 6. There is no evidence of widespread voter fraud and any push to make the voting process more difficult for everyday voters is undemocratic and un-Texan. Please oppose HB 6.

Myron Lasher, Capt. USMC retired

Self retired

Austin, TX

I support HB6

Dan Farcasiu, Dr.

Self

Austin, TX

I strongly support this bill. It offers common-sense provisions, which would strengthen  the integrity of elections. Any person with good  intentions should endorse it.

Dianne Guerry, NP

Self

Arlington, TX

Please provide for in person voting with a photo ID with
Rare exceptions. Thank you!!

David Demel, Mr.

Printed on: April 9, 2021 11:06 AM

self

Willis, TX

I support legislation to improve or preserve election integrity!  As I understand it, this legislation will make it more difficult to fraudulently vote via mail or drive thru methods.

I would like to submit that in addition to a picture ID to vote, we add a photo and a thumbprint to our voter registration cards and that card would have to match one's driver's license or other approved identification card.

Ruth Cremin, Citizen

Self Retired Medical Field

Ingram, TX

Please stand for Election Integrity. This is what we are built on. Free and fair elections are our standard and the whole world has always watched us and envied us that right. Please don't cave to blackmail or bribery or even wanting to be liked. Play the man and do the right thing. Whether you feel a commitment to those of us who elected you to represent us, and you promised that you would, you are accountable to GOD-even though you don't believe in HIM!

Darren York

Self -- Industrial Engineering Consultant

Wolfe City, TX

I am writing in FAVOR of HB6.  Election integrity is is the very bedrock of our Texas as well as our United States Republics.  Without the fundamental election protections that HB6 promotes and the transparencies that it seeks to ensure to our voting system, the integrity of any elected official's authority and trust in our government of the people, by the people and for the people will surely be eroded.  Every vote should be a sacred investment in our Republic and should be protected at all cost.  We place far more restrictive controls on many other areas of interaction, request for assistance and participation in events and activities that are far less important than voting.  So to ensure that the gaps that have been highlighted as opportunities for exploitation are addressed and that those that attempt to "game" our electoral system are held accountable, HB6 which enables these ends should be approved from this committee and passed by the legislature as a whole without delay.  To address those that oppose this bill on the grounds that it leads to suppression of votes, I would say, there is nothing in this bill that effectively disenfranchises any voter as it contains no provisions that would eliminate any Texans right, access or ability to vote in a variety of ways that make voting one of the easiest task today.  The controls of HB6 codifies would only protect the votes of all and prevent any fraudulent vote from suppressing even one authentic vote.  HB6 would also hold to greater account those involved in any instance of fraudulent activity  providing greater reluctance and incidence of fraudulent behavior.  I respectfully urge you to support HB6 and its approval by this committee and subsequently your support in the full house to strengthen our election integrity and voter confidence. Thank you for your consideration.

Malvina Farcasiu

Self

Austin, TX

I strongly endorse this bill

Dede Fox

Self  Retired

The Woodlands, TX

Oppose! Voter Supresion

Printed on: April 9, 2021 11:06 AM

Scott Goldman

Self/Heritage Action provide venue

Plano, TX

Please make the necessary reforms make it a reality. To reinforce the notion valid voter ID be mandatory.Illegal migrants DO NOT VOTE. Thank you.

Barbara Speed

Self

Plano, TX

I strongly object to HB6
This bill is discriminatory and will only serve to divide & polarize communities even further.
There is no need to make voting more  challenging in Texas.
I do hope that this Bill will be rejected

Lois Nelson

self

Conroe, TX

Please add the following to further improve voting integrity
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

MICHAEL OHARA

Self.  Retired

Irving, TX

There is no election fraud in Texas.  This is a partisan "solution" in search of a problem.  Texans need more access to voting, not less.  All Texans.  Stop this bill.

Katherine Vaughan

Self

Austin, TX

I don't think it's too much to ask to be represented by elected officials who serve on the behalf of all the people, and not to serve their own political career. Why does this political party insist on making voting even harder in Texas without any evidence supporting voter fraud?  It is obviously because you want to give your political party an advantage by making it harder for communities of color, the elderly and the disabled to cast their ballots. Same as was done with all the gerrymandering. That is not democracy. A democracy ensures election results are fair and reflect the will of all voters, so that WE THE PEOPLE have the right to make our voices and ideas heard, not to insure that YOUR political party stays in power so that only your voices and ideas are heard.

Kathryn Dauenbaugh

Self

Richardson, TX

Printed on: April 9, 2021 11:06 AM

I am opposed to any restrictions to voting.  There was no significant fraud in Texas elections.  I am opposed to limitations on mail in voting, drive through voting or early voting.  Such limits are designed solely to disenfranchise those with physical limitations, travel difficulties and job limitations.  Texas should be ashamed to take the right to vote away from any citizen.

Sherry Eades

Self - client services

Cedar Park, TX

Please pass this bill for election integrity.  If you don't then Texans will never know if our elections are fair and safe.  The Dems just want to legalize all the fraud they used in the 2020 election.  If I cannot be sure our elections are fair and just I will never vote again.  The 2020 election was a travesty.  Don't let the dem party get away with the false narrative that Voter integrity laws are voter suppression!

Angela Williams

Self - News Editor and Archivist

Fort Worth, TX

I write to express not only my opposition to HB 6, but my utter contempt for it. The measures in this bill are not a protection against voter fraud...they are an assault on democracy itself. There has been no demonstrable fraud in Texas elections that needs to be corrected. This bill seeks to limit access to the ballot box for the sole purpose of disenfranchising voters for the benefit of one political party. It is wrong, plain and simple.

If this bill is passed there will be consequences. Sports events, conferences, and businesses are already reconsidering their associations with Georgia after the recent passage of their abhorrent "election protection" law. The success of the Texas economy in recent years has depended, in large part, on luring corporations to move here. How many businesses will consider a move here if it results in a national boycott of their products? What standing do we lose if sports leagues will not even consider allowing championships to be held in Texas venues?

And, make no mistake...there will be election consequences as well. Although these measures may well result in short term election gains because of initial voter confusion about the new rules, the people of Texas do not like being told they can't do something. Robbing them of or limiting their access to their Constitutional right to vote will not be popular in the long run, and the Republican party will lose a generation of voters.

I urge you to reject this appalling attack on democracy. It's the right thing to do.

John Conner

Self/Adjunct professor

Houston, TX

Honorable Committee: I support this bill. Isn't it obvious why this bill is needed to preserve election integrity? Without free and fair election with eligible voters with ID, we descend into 3rd world country status, run by a banana republic of elites not representative to We the People.

MELINDA Rodriguez, Mrs

Jim Wells County - Self - Silver Star Food Stores (Owner)

Alice, TX

Vote YES for HB 6. Our voters deserve fair and ethical elections in Texas.

Printed on: April 9, 2021 11:06 AM

Rosalyn Blanchette

Self

Fort Worth, TX

Speaking in FAVOR
Election integrity is paramount to safeguard the faith Texans have in those we elect to office.
Clear penalties & enforcement mechanisms are what's needed to give violations teeth. HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process.
We need to limit fraudulent practices especially in regard to Ballot by Mail Fraud.

Carol Roskelley

Self/homemaker

Missouri City, TX

I am in support of legislation that prevents fraud, with substantial penalties for criminal offenses. No party should be allowed to tally votes without the oversight of the other party. Allegations regarding software malfunctions should be investigated by a bipartisan committee. Where there have been ethical breaches of duty in the past, we must be vigilant to ensure election integrity going forward.

Pamela Young

Self, Organizer

Fort Worth, TX

My name is Pamela Young. I live in Fort Worth and my zip code is 76111. I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters - namely, voters of color. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed. This is a voter suppression bill, plain and simple. It is nefarious. And the blood is on the hands of the author. God is not pleased, and it is to Him that you will answer for this wicked and unloving work.

Please oppose HB 6. Thank you.

Marian Knowlton

Self

Poteet, TX

Having been a candidate for State Representative in House District 31 in 2020, I am well aware of the voter fraud that has taken place.  Vote harvesting is rampant and is considered an accepted way of conducting elections. We must send a clear message to the citizens, elected officials and election officers, that the State of Texas will not tolerate voter fraud. The Republicans in Texas voted election integrity the #1 priority. We must insure Texas elections are fair and honest.

Lisa Noble Price

Self

SA, TX

I am a 6th generation TEXAN
Regarding this bill I think elections should only be done IN PERSON. PERIOD.
If we need to have an early voting period AND if ANYONE does not have a picture ID, then a photographer and team should be set up at every precinct in order to take their info and take a picture .the person can tell the "I'd" team what prefer.  They will be

Printed on: April 9, 2021 11:06 AM

mailed their New ID to there home OR can pick it up on the day they come back to vote at their precinct.
Take this opportunity to provide these people who do not have an appropriate picture ID THAT IS NOW RESOLVED! There will be no charge fir this service! Precinct are in area neighborhoods so it would be absolutely convenient! This is a simple convenient way to provide people with an ID.

Lisa Noble Price

Jane Galvin

Self

Northlake, TX

Since Nov. 3, 2020 my right to vote as a Texan citizen has been under attack.f The illegal activity conducted by nefarious operatives to bypass state laws in many states by making "deals" with non-elected officials that clearly violate that the Texas Consititution regarding voting laws, is not just a concern, it is a call to action to ensure the state I have lived in for over 20 yrs. protects all registered and legal voters. Clear penalties & enforcement mechanisms are what's needed to give violations teeth. HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process.
I whole-heartedly applaud the lawmakers in our Texas government for putting forward HB 6 to protect EVERY registered Texan voter against the documented and clear violations of ballot handling and voting fraud.

Sue Bullock

Self

Dallas, TX

I fully support HB 6. Texas must preserve the sanctity of my vote by the prevention of any and every kind of corruption. I have but one vote to voice my choice in free and fair elections. God bless the USA and Texas!

Megan Robinson, Dr.

Self - social scientist

Austin, TX

I am strongly opposed to this voter suppression bill. Incidents of voter fraud are incredibly low. Many independent studies, as well as the US court system, have verified that the 2020 election was secure. As a Texas resident and voter, it is my strong belief that if Republicans are afraid of losing in the future, they should reexamine the policy platforms on which they run. If you can only win by cheating, you are doing something wrong. This bill is dishonest both on its face and in its intent: it is a clear act of voter suppression and will be a waste of Texan's tax dollars when it gets taken all the way to the Supreme Court. Any official voting in favor of this bill should be deeply, deeply ashamed. The bill is popular only with those who seek to retain their power and authority by any means necessary. People operating in favor of true democracy would be seeking to make voting as easy as possible.

Stephanie Ashworth

Self/retired

Austin, TX

I am opposed to this bill.

Guadalupe Fernandez

Self

Houston, TX

As someone who now works two jobs, the restrictions coming from this bill would restrict my American right to vote. This bill is

Printed on: April 9, 2021 11:06 AM

UNAMERICAN as it impedes on our rights and values for all Texan citizen's access of their right to vote.

Karin Hall

Self - stay at home mom

Belton, TX

I support HB 6 by Representative Cain in an effort to keep our elections safe and secure and fair for all Texans. Voting machines are too easily manipulated and, at a minimum, should always have a paper ballot trail that can be double-checked to ensure the integrity of the voting process.

Belkis Hernandez

SELF

Kingwood, TX

I am gravely opposed to HB6, as a resident of Harris County, business owner, woman of color, and a naturalized citizen who takes my right to vote very seriously. I also denounce the provisions in the bill which requires allocating polling places to state representative districts based on voter turnout. This would decrease and most likely remove polling places from communities of color which are the places that NEED more polling locations and more access to the polls - via drive through polling, extended hours voting locations, etc.  You would be continuing the systemic racism and discrimination against communities of color. Please vote against this bill.

Sue Bullock

Self

Dallas, TX

Further strengthen integrity of the active voter rolls by updating weekly through cross checking with welfare rolls, Department of Public Safety, Addresses from Mail and whatever is publicly available to verify accuracy and eliminate fraud. The office of elections of Texas told me in January 2021 that it is done weekly. Please codify this highly commendable practice.

MICHAEL FOSSUM

Self, engineer

Austin, TX

I ask that the Elections Committee approve and vote out of committee HB 6.  HB 6 will help prevent election fraud in Texas. This is essential as in many states the 2020 election for President, Vice President, and the Georgia senate runoffs were riddled with fraud.

The legacy media and the Washington establishment denies there was any fraud.  However, you can see evidence of this fraud documented by Peter Navarro's report "The Immaculate Deception."  The report is in 3 volumes:  Volume 1-Immaculate Deception (detailed analysis of various fraud in several states), Volume 2-Art Of The Steal (combined fraud methods tabulated in matrices), and Volume 3-Yes, President Trump Won (final report with total fraud tallies per state).  The report can be found at https://navarroreport.com  .  There is also an article at  https://www.frontpagemag.com/fpm/2020/12/yes-it-was-stolen-election-john-perazzo/ .

Please approve and vote out of committee HB 6.  Thank you.

Diana Millsap, Mrs.

Self

Sulphur Springs, TX

Printed on: April 9, 2021 11:06 AM

Please vote yes on HB6. Our voting is so important. We need identification, proof of citizenship. This is an American citizens process, not for non-citizens. Mail in voting is not trustworthy as seen in the last election. We have to show identification for almost everything else, so it should be required in voting. This process needs to be above reproach for both sides.

Trey Box

Self

San Antonio, TX

I support HB 6.

Robbi (Robbilee) Hull

Retired Attorney representing self

Austin, TX

My name is Robbi Hull, I reside in Austin, Travis County, Texas, and I am a retired attorney (with an active license). I support HB 6 and want to see it passed out of committee and immediately voted on the floor. I support HB 6 for numerous reasons. Our election process must be secure, and valid votes by legal, registered voters should not be diluted by votes cast illegally. In addition, in November I served as the attorney organizer for poll watchers at Central Count and Ballot Board in Travis County, and I also served as a poll watcher for both. I witnessed first hand the obstruction of poll watchers by the Travis County Clerk and her employees, and I submitted a sworn affidavit detailing my observations. Despite notification from the Attorney General's Office and the Secretary of State, the obstruction continued. I also took reports about obstructionist activities from poll watchers in Tarrant County, Harris County and Gillespie County. The law must have teeth in it to prevent obstructionist tactics. HB 6 addresses many of the issues that I witnessed and is a much needed revision of the current Election Code. I can be available to give further testimony and comments if the committee so desires. Thank you.

Sharon Hicks

Self/Homemaker

Houston, TX

I am Sharon Hicks from Houston, and I am testifying in FAVOR of HB 6, representing the Harris County Republican Party. I live in Senate District 15 and have served as a Harris County election judge and as an election judge coordinator for the HCRP for over 25 years.

Even before the chaos of the 2020 election, Texas GOP activists overwhelmingly made election integrity our #1 legislative priority. As poll watchers and election workers, we've seen firsthand the fragility of our voting system and the potential for fraud and abuse and have for years called for common sense measures to secure our elections, such as making sure the voter registration rolls are up-to-date and strengthening penalties for election fraud.

Last fall, we in Harris County saw the mayhem caused by an election administrator who tried to rewrite state election rules on the fly, including an attempt to mail unsolicited absentee ballot applications to every voter on the roll. Given the error-riddled state of the voter rolls, this could have been the motherlode of election fraud. Fortunately a court stopped this, but we need to ensure this kind of freelancing by election administrators does not happen again.

Texans MUST have confidence that their vote will count AND that their LEGAL vote will not be diluted or offset by an ILLEGAL vote. We have TALKED for YEARS about securing our elections. It time now to DO. The public's confidence in the fairness of our elections has never been lower, decisive action must be taken. Let Texas lead the way with the most open, fair, and secure elections in America.

Please support the common sense election reforms in HB 6.

Laurie Hawkins

Printed on: April 9, 2021 11:06 AM

Self

HOUSTON, TX

Speaking in FAVOR of HB6.
I have worked as an election clerk in Harris County and I am concerned about election integrity in Texas.  Election integrity is so very important to safeguard the faith Texans have in those we elect to office.
Clear penalties & enforcement mechanisms are what's needed to give violations teeth. HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process.  I fully support HB6.

Kathy Hussey

Self,  Real Estate Develop & Invest

Llano, TX

My name is Kathy Hussey from Llano, Texas, and I am representing myself in favor of HB6.

Voters need to be assured of the integrity of the election system.   I have worked the polls in Llano County for several years.  Mail in ballots have caused confusion and misunderstanding from the voter's standpoint.  When voters are told they can vote a Provisional Ballot, more confusion and anger and shown.  As long as proper identification is required and authenticated for a mail-in/absentee ballot, election integrity would be strengthened.

Integrity of the election system needs to be assured so that voters will turn out and be confident of the integrity/incorruptibility of our election system.

Thank you for your commitment to the integrity of our Texas elections.

Regards,
K Hussey

Mckenzie Best

True Texas Project

Highland Village, TX

I support this bill! Sign it into law so that we may have fair elections.

Kim Fithian

self retired

Bedford, TX

Election integrity is paramount to safeguard the faith Texans have in those we elect to office.

I have worked as an election clerk & Alternate Judge in Tarrant County for many years along with most recently working on behalf of Jeff Cason's HD92 campaign. The election judge witnessed and confronted voters stealing ballots. Other clerks confirmed these events when I was conscripted as a clerk to assist due to shortage of primary poll workers.

Clear penalties & enforcement mechanisms are what's needed to give violations teeth. HB6 not only achieves this goal but creates layers of checks & balances to make it a fair process.

Jennifer Arnold

self - technology

North Richland Hills, TX
Printed on: April 9, 2021 11:06 AM

Election integrity is the key to maintaining our republic and every freedom we enjoy as Americans.  We are watching daily as these freedoms and rights are being taken from us.  Big donors & oligarchs here and abroad are pulling the strings of politicians to move the country in the direction of their choosing.  We are watching as our money is used to fund abortions, censorship, illegal aliens flooding the border and human trafficking & slavery.  Big corporate donors are flooding money into politics & elections in favor of open borders because they want to take advantage of this slave labor.  It is a sickening crime against humanity.  We the people don't have the money to combat these forces, many of which are funded by drug cartels and communist regimes.  The only peaceful power we have is the VOTE.  It is your JOB to protect this power and we EXPECT you to do the right thing.  The law should be followed and ENFORCED.  Voting machines have allowed outside interference in this process, and lacking enforcement of our laws throughout the state have allowed the vote to be stolen from law abiding citizens.  There is no good reason to NOT correct this.  Over 620,000 American lives were lost in a Civil War, which ended in Texas.  Our state should be the leader in protecting legal elections and the rule of law so this never happens again.

Beth Buyse, Mrs

Self

Austin, TX

I strongly oppose this bill.

Peggy Brandt

self

Austin, TX

Please add to State Representative Briscoe Cain's House Bill 6 the following:  1.  Require voter identification for mail-in and absentee ballots  and  2. Require routine verification of voter rolls and new registrations
.

Andrea Rader

Self, small business owner

Arlington, TX

Shame on you for even considering a bill that makes an already difficult process even more difficult. I live in HD94, Tony Tinderholt's District, and I encourage you to defeat this bill.

Jason Vaughn, Policy Director, Texas Young Republicans

Texas Young Republicans

Houston, TX

The Texas Young Republicans support these changes to our election code and are grateful to our former Vice Chair Elizabeth Bingham for being a resource on the civil code.

Emily Redditt

Self retired

Spring, TX

I have been involved in Harris County Elections since 1984. I have worked in the Harris County voter registration office and the County Clerks office. I have seen a lot of violations in voting over the years at the precinct level and in early voting while working at the county. We need to pass HB 6 to close any existing loopholes and to tighten up the laws so EVERYONE will have confidence in voting.

Printed on: April 9, 2021 11:06 AM

Douglas Barmore

self - data analyst

Katy, TX

I SPUPORT THIS!  After this 2020 election sham, we need to make sure our elections are secure.  We need to punish anyone who attempts or succeeds at violating the security of our election systems.

Rachal Hisler

Self

Anahuac, TX

Election integrity must be assured.  Texas should lead the way in securing the vote in all elections, from local all the way to federal elections. One vote per eligible voter only. ID must be required for every vote.

Rohit Joy

Self / CPA

Plano, TX

I strongly favor HB 6

Sonia Mejias

Self

Bullard, TX

I support HB 6. Election integrity is fundamental for all American citizens.

Miguel Mejias

Self

Bullard, TX

I support HB 6.

Antonio Torres, Mr.

Self

McAllen, TX

This is needed today more than ever. We also need voter ID

Claudia Raybuck

Self

Corpus Christi, TX

I would like to voice my support for this bill & share how a bill I would have thought may not have been necessary before has now become extremely important to me. I grew up in the city of San Antonio and it was not until I lived and worked in smaller rural areas that I came to understand the importance and necessity of things I had written off before like the right to bear arms, to

hunt for food, and even the need to hunt destructive and invasive wildlife. I've worked and lived in San Marcos, Wimberley, and Aqua Dulce places where just a few votes makes a huge impact. For example a vital election in Wimberley, a town of 6,000, was recently decided by less than 15 votes! Aqua Dulce is a town of 800! We had someone attempt to run for mayor who didn't even live in the town.  In small towns even the slightest fraud could decisively impact an election. It also impacts larger & politically diverse cities like my current home of Corpus Christi. Over the last 3 years there has been evidence of election fraud, arrests, and convictions made in Corpus Christi / Nueces county for election fraud. We need this bill & other strong measures like it. Please vote in support of this bill.

Pamela Hale

Self

Webster, TX

I am writing to express my support for Texas House Bill 6, the Election Integrity Protection Act of 2021. Now more than ever, we must take action to preserve the integrity of our elections here in Texas. We must ensure that our election process is fair, transparent, and allows for the voice of all eligible voters to be heard.

This important bill includes provisions that enhance transparency throughout the process, require better maintenance of voter lists, strengthens criminal penalties for violating election laws, and requires the election code to be followed consistently and uniformly throughout the state.

Lawless, inconsistent election processes and procedures create an environment ideal for corruption and exploitation to fester, undermining the confidence we have in selecting our representatives via the ballot box.

Pam Hale

Kathy Hudson

self

Jonestown, TX

HB 6 Reasons I support the bill.

Fraud – a) fraud is occurring
 a social worker in the Mexia State Supported Living Center (SSLC), submitted
voter registration applications for 67 residents without their signature or effective
consent Nov. 2020
 b) disenfranchises legal voters
 c) following and enforcing law is foundation of our society

Dead Voters
 Should be removed from the rolls.

Poll Watchers should be allowed to view the process.
 Transparency of our elections proves there is nothing to hide.
There should be no payment for handling votes. Paying for delivering votes
incentives corruption.

A person should only vote in one state on the same day. It is dishonest to vote twice.
SECTION 5.02. Section 64.012(a), Election Code

Each individual should register themselves to vote and request to be registered.
Allowing massive mail outs of unrequested registrations to be sent out allows for
stealing of registrations. If a person does not even know a registration is being sent,

Printed on: April 9, 2021 11:06 AM

they won't be aware if it is stolen.

Vote FOR this bill!

Liz Rocamontes

Self

Carrollton, TX

Please support HB 6 to protect election integrity in Texas! This is of monumental importance! Thank you,
Liz Rocamontes
House District 65

David Galvin

SELF

Houston, TX

HB6 is an antidemocratic bill. It serves to remedy a non existent problem for Texans. Houston made incredible advances in voting during a pandemic and the results of this massive turnout benefitted both democrats and republicans. We should continue to lead the state and parts of the country in creating more accessible ways for people to vote rather than making it more difficult to do so. I demand this legislative body oppose this autocratic bill that hurts Texans.

Anna Langdon, Mrs.

Self

Melissa, TX

The Langdon Family of Melissa, Texas supports HB 6!  Thank you to all of our representatives & their staff members who are fighting for elections integrity.  We see you.  We appreciate you.  We do want the final bill to stipulate that election procedures can be changed with approval of the Secretary of State.

Melissa Jacobs

Heritage Action for America

Magnolia, TX

State Representative Briscoe Cain's House Bill 6 (HB 6) would:

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting
Increase poll watcher access (improved transparency)
This is a commendable start by the House, and can further be improved upon by:

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Thank you for your consideration.

Melissa Jacobs

June Hughes

Self/Retired Military

Printed on: April 9, 2021 11:06 AM

Our election rules must help to be as fair as possible. I do believe that this would do so. Id's are required for many things, purchasing alcohol, getting library books, when applying for a license we must prove we are a citizens of the US. ID's are required when we want to open up an account at a bank. The best one is when you return a product to Wal-mart and have no receipt we must show a photo ID. No one should be upset to show an ID to vote. For those who say it is hard to get an ID I don't quite understand that. ID's are needed for welfare, Social Sec and any other benefit and they can come up with it than, so they can do the same for voting.

Claudia Yoli Ferla, Co-Executive Director

Deeds Not Words

Austin, TX

Dear Committee Members,

My name is Claudia Yoli Ferla, I am the Co-Executive Director at Deeds Not Words. I am writing this in opposition to HB 6 and in representation of our young advocates who you intentionally left out of this hearing by not providing a virtual testimony option, the same way you also intend to silence their voices through the passage of this dangerous bill.

Millennials and Gen Zers, who in Texas comprise the largest and most diverse piece of the electorate, shattered turnout records in the most recent presidential election. The unapologetic numbers show young people are fed-up and desire policy solutions. Especially in Texas, at such a critical moment in the climate crisis when freezing neighborhoods are left below the bottom line of an energy company, when minors and those seeking refuge are apprehended by border patrol, when Black and brown bodies protest in our streets with targets on their backs,  and when thousands of Texans have died from COVID-19 leaving blood in the hands of our elected leaders who have made irresponsible decisions going against medical recommendations. If voter trends are changing, then why are Texas youth not seeing the same shifts in our elected leadership?

We  have historically been disenfranchised by our very own democracy. From eliminating polling sites on college campuses, to making the voting process easier for gun owners, young Texans deserve better than the poor example being set by those who claim to represent us.

Right now, the threat of the most restrictive voting rights legislation filed in the country sits in the prematurely unmasked halls of our Texas Capitol. From limiting the much needed work of volunteer deputy registrars and unnecessarily giving the Secretary of State greater authority over our local elections, to making voting by mail harder and voter purging easier,  it couldn't be more clear that the number one priority in your playbook is to suppress our power.

Through this bill and other anti-democratic legislation filed this session, Texas is doing everything it can to keep young voices far away from the voting booth. On top of that, we continue to see representatives cherry picking partisan voters and gerrymandering our electoral districts without our consent. Despite these archaic anti-voting tactics, we know it's us who have the power to shape our government, not the other way around.

We deserve elected leaders who will expand our democracy and make it easier for everyday people to participate in our elections. We are the largest and most diverse electorate and we will hold you accountable.

For democracy,

Claudia Yoli Ferla

Michael Jacobs

Heritage Action for America

Magnolia, TX

State Representative Briscoe Cain's House Bill 6 (HB 6) would:

Printed on: April 9, 2021 11:06 AM

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting
Increase poll watcher access (improved transparency)
This is a commendable start by the House, and can further be improved upon by:

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Thank you for your consideration.

Michael Jacobs

Mary Stimek, Mrs.

self (retired)

Denton, TX

My name is Mary Stimek, I live in Denton, Tx and I am strongly in favor of HB6. Prior to moving to Denton, I lived in Beaumont and worked as an Election Judge for 6 years. As a small county, the parties shared polling places for the primary elections. I personally witnessed many of the offenses HB 6 will address: voter intimidation, pushing unsolicited assistance and unauthorized persons allowed into the polling place. Every election I reported these violators to the county election administrator, and the next election the same poll workers returned and continued to violate the law. HB 6 will serve to break this cycle of repeated violations as it gives clear penalties and enforcement mechanisms and a path to prosecution for offenders.

Susan Shelton

Self

Austin, TX

I oppose this bill. I believe that proactively mailing voters ballot by mail applications is a good thing, that extended early vote periods and longer hours encourage more voters to participate--particularly shift workers. I disagree with allowing aggressive poll watchers to remain when election workers want to remove them. This is state-sanctioned voter intimidation and suppression. I strongly urge the members of the committee to vote against advancing HB6 out of committee.

Avelardo Chavez

The United States of America

El Paso, TX

Our elections MUST be kept true and honest.  Voter ID must be required of ALL LEGAL voters.  Only LEGAL citizens, with proper ID should be allowed to vote in our, The United States of America, elections.

Tammy Lemm Spangler

Self

Spring, TX

This bill is about suppressing the vote, NOT election integrity. Asking a disabled person to get a medical note to be eligible for an absentee ballot is a violation of privacy laws. Legislation should not hurt more people that it helps. It specifically targets successful election processes used last year in the urban (Democratic-ethnically diverse) areas of the state. Texas needs to move in to the 21st century with its voter registration process. If I can securely manage my investments, check my kids grades, pay my bills, etc. online then it is possible to have an online registration system that is secure. Online registration would allow records to

be updated more efficiently and maintain accurate data. It's probably cheaper than pushing paper also. Poll watchers should not have as much power as this bill gives them. I do not want to be recorded or asked to give photocopies of my TDL with personal information. That's just another opportunity for identity theft. Also the economic impact of this bill needs to be considered. Look at Delta, Coca-Cola, etc. and the backlash they are suffering from Georgia's new law. The MLB may pull the all star game out of Atlanta costing local government and potential job loss. The GOP claims to be for the working class but this bill will impact the working class the most. Making it harder to vote around shift work, unusual schedules, etc. I strongly oppose passage of this bill and I vote and I will make sure that all my friends and family that vote know why this bill is bad. There is no widespread voter fraud and the reasonable voter knows this.

Nick Caridas

self

HOUSTON, TX

Preventing fraud in the election process is one of the most basic obligations of our legislators.   Without faith in the integrity of our elections, people will choose not to participate in the process.

Micah Hall

Convention of States and self (project manager for a marine seismic company).

Houston, TX

As a citizen of the great State of Texas and these United States of America, I would like to register my support to this committee for HB 6 in upholding the integrity of our elections. Without free and fair elections we loose our representation. This is a fundamental part of our republic and our freedom. I I ask you today as the chosen representatives of the people of the State of Texas to protect our rights and pass this bill.

Denise Moffat

Self

New Boston, TX

I desire election integrity!! I'm in support of this bill and request as a constituent my voice be heard, thank you!!

Denise Moffat

Larry Gilmartin

Retired

CYPRESS, TX

Texas has thus far avoided the stain of major voter fraud but cases do occur.  We need to safeguard the vote, not from our citizens but from those not eligible to vote and those that seek to do us harm.

Karen DeVinney

Self. Retired editor.

Denton, TX

I vehemently oppose this bill. First, it is a solution in search of a problem, and second, it is worse than the nonexistent problem would be if it existed. It is simply a Republican power-grab. The sponsors haven't been able to articulate any reasons for the bill that a rational person would accept. Period. Anyone who supports this needs to be voted out of office at the first opportunity and I'll work hard to make that happen.

Printed on: April 9, 2021 11:06 AM

Kimberly Manskey

Self/Retired

Southlake, TX

My husband and I strongly oppose the passing of this voter suppression bill. Anything done to make it more difficult for voters to vote is unacceptable and unAmerican! How could reducing hours for early voting and reducing polling locations increase the integrity of elections? These actions would only serve to make it more difficult for people to participate in their democracy. As an elected representative, why would you want to restrict voting by the people you are supposed to serve? You should be watching what is currently happening in the state of Georgia and the pressure being put on businesses based there to stand up against the voter suppression bill passed in that state. If a similar bill is passed in Texas, boycotts of Texas based businesses will occur and major events will be moved out of Texas. We as citizens and voters are watching. We will work to remove you from office if you pass this unAmerican legislation!

(Floy) Ann Hendrix

Self

Killeen, TX

Fraud in elections is almost a non-issue.  Attempts to suppress voter participation is not an American value.  No one is fooled by the pretense of voter fraud as an excuse to discourage minority voters.  I hope legislators of both parties will be Americans first, not partisans.  Those who support these efforts are having their character compromised and those who oppose the injustice will just be more determined.  Counterproductive either way.

Jesse Groff

Self

Fort Worth, TX

This is an appallingly regressive initiative designed to disenfranchise minority voters based on the debunked election fraud claims from the previous president and his sycophants.

Allison Winter

self

Spring, TX

My name is Allison Winter, 31 Day Lily Place 77381. I am representing self.

I strongly support HB6 for the following reasons:
  1. A citizen's vote is sacred and this bill encourages In-Person Voting which is more secure
  2. Provides for Poll Watchers to be able to appropriately do their appointed job (provides transparency & assurance of integrity)
  3. Bans ballot harvesting
  4. Prohibits unrequested mail ballot applications
  5. Applies consistent & appropriate enforceable punishment for election related offenses when a person knowingly commits (intent)
  6. Treats all qualified voters the same with no discrimination to any people group.

Passage of HB 6 is of utmost importance to me as I have observed many ways as a VDR & Elections Judge, that there are many avenues in which election fraud could be committed that I have been concerned about.  One who knowingly commits election fraud can be held accountable through the provisions set forth in HB6.  We need enforcement and appropriate penalties.  In my book, no amount of election fraud should be acceptable.

James Orwick

Printed on: April 9, 2021 11:06 AM

Self, retired Tax Paying Texas Citizen

Horseshoe Bay, TX

I support this HB 6 House Bill

Noelia Vera

Self

Weslaco, TX

I want to be sure our voices are heard through our ballots. Please keep Texas in charge of our elections.

Lashelle Scott

Precinct 559 - Chair

Houston, TX

A recent audit showed their was 1% case of potential voting fraud in 2020. This bill reads more like one party's attempt to hold onto power and suppress the will of the people..It also gives room intimidation of election staff as the rights of voters and their ability to vote will be stripped. In the last election there were over 800 voting locations in Harris County. This provided more resources to voters including those who do work a 9-5. It seems the committee should read up on the duties of Election Judges and staff including their duties they are required to submit signed paperwork and and take an oath. This bill would make it harder to black and brown communities to vote as well as disabled. This bill reeks of voter suppression aka a modern ""Jim Crow" Bill. If this bill passes it allows for future bills such a poll taxes and voting tests. Are we helping voters or stripping the right to vote for every Texans or is it ok to strip rights away from Black, Brown, elderly and disabled voters?
NO TO THIS JIM CROW BILL

Alexandra Hill

Self, marketing & communications

Austin, TX

I strongly oppose HB 6. Texas should be increasing voting access to voting for all eligible Texans, including through new options like drive-through voting, expanded early voting, and in the future, online voting. Texans have been known as mavericks. Let's pioneer new ways to vote and make sure every Texan's voice is heard!

Voter fraud has been proven over and over again to be a negligible concern.

Cheryl Foster, Ms.

Self - Texas Voter and Election Worker

Waco, TX

I oppose House Bill 6

I am a Deputy Voter Registrar in McLennan County and I have been registered in Limestone County.  I have registered thousands of voters in Central Texas since 2013.

I am an election worker.  I am a election site judge, I have been a poll watcher, I have worked on the ballot board processing mail-in ballots and the signature review group.  I have even worked on foreign/military mail-in ballots.

I have seen no voter fraud.

Printed on: April 9, 2021 11:06 AM

The extra week that Gov Abbott gave us for early voting in November was extremely helpful.

I have turned away far too many potential voters because they didn't make through all the steps that are required to vote in Texas. When they didn't get properly registered, I had to explain to them that the TX Legislature forbids me from giving them a voter registration form for the next election.

I have to explain to them that I can take their voter registration form to the elections office, but not their application for a ballot by mail.

I have incurred the wrath of voters from other counties that don't understand why their registration in Bell County is not valid in McLennan County.  I've looked up voting sites in Fort Worth and Kileen for voters that had to travel to vote because their registration hadn't yet gone through the county reassignment.

I have had to explain our arcane voting and registration procedures to college and high school students who do everything else in their world online.

I have worked closely with our elections office in McLennan County - all 5 of them.  They do an amazing job hand processing all that paper.

Avril Prokop

self

ANNA, TX

I support HB6 and believe legal elections are the very fabric of what holds our state and country together. I believe in fair and honest elections. I will not have faith in our elections if this bill does not pass.  However, I would like to see that changes to our election procedures are only done through the legislature and not the Secretary of State.  I would like to see the bill reflect that.

Julie Shockley

Gregg County GOP

Kilgore, TX

I am in support of this bill and will be watching its progress as it moves forward this session.
Thank you Briscoe Cain for addressing this very important issue.

Janet Dudding

Self

Bryan, TX

OPPOSE

JC Dwyer

Feeding Texas

Austin, TX

Feeding Texas respectfully urges the Legislature to protect legal and fair access to the ballot box for low-income Texans by opposing the passage of HB6.
According to a 2020 analysis of public voting records by the group Poor People's Campaign, eligible voters with an income at or below twice the federal poverty line routinely vote in federal elections at a much lower rate than their higher-income peers. In 2016, the voter participation rate of near-poor Americans was 22% below that of those with higher incomes.
These are the same communities served by our twenty-one Texas food banks. We routinely witness a lack of public investment in

Printed on: April 9, 2021 11:06 AM

these communities and the creation of public policies that are misaligned with community needs, resulting in increased hunger. Greater political accountability often results in the attention and resources of policy-makers, which is why Feeding Texas supports the efforts of several of our member food banks to pursue non-partisan voter registration and GOTV activities among the Texans we serve.

In the fall of 2020, the Houston Food Bank served as a polling location for the general election to ensure legal and fair access to voters. Two options were available to voters during early voting - walk-in voting for those able to access the traditional format and drive-thru for those significantly constrained, including seniors, individuals with disabilities, parents caring full-time for their children, and populations more vulnerable to COVID-19. These latter groups are also strongly represented among those who seek food bank services.

Flexibilities such as drive-thru voting and extended voting hours allowed the food bank to provide access to low-income Texans who otherwise may not have had their perspectives heard.

The diverse community perspectives reflected in the choices that voters make at the polls are necessary to meet the needs of all Texas communities, including those experiencing hunger. We ask the Texas Legislature to continue to protect legal and fair access for these voters and oppose passage of HB6.


Judy Schoen

Citizen of the state of Texas.

Terrell, TX


This is so important for our state and needs a vote of "FOR".  We are losing our country because of voting fraud.


La Queta Shelburne

Self

SAN ANGELO, TX


My name is La Queta Shelburne from San Angelo, Texas.  I am representing my self regarding HB6.  I am a registered voter in Tom Green County, and have been involved with some of the election process for my county as well as simply, being a concerned voter.  I am for more transparency, regarding voting in my state.  The bill needs to prohibit public officials from distributing vote-by-mail ballots that were not requested by  legitimate voters.  I believe strongly that these vote-by-mail applications could be used for ballot harvesting, thereby increasing poll watcher access, which improves transparency for every voter.  My hope is that you will require voter identification for all mail-in and absentee ballots and adding a requirement for verification of accuracy of voter rolls, and verification of all new registrations to vote in all counties.

I further believe that it is critical that citizens be able to believe in the integrity of our election system.  We MUST not have rules that are in place to be circumvented at the last minute and openly violating state laws again.  This request is not about the feeling of good or bad for any party but it is about the integrity of our election system, and by adding a requirement for voter identification for every ballot-by-mail we will be shoring up the integrity of the system.  Washington has the capability to stop fraud, and the corrupt manipulation of our voting system.  It is time to act and act with regard to the citizens of the United States in all state and national elections.  The blatant disregard for the citizens and their voter rights must be stopped.  The citizens are watching to see where the loyalty lies with our representatives on this critical issue.

Thank you for considering my viewpoints on this important issue.

La Queta Shelburne


Charles Shockley

Gregg Co. GOP

Kilgore, TX


I'm in support of HB6, this is very important that this bill pass.
Thank you
Charles Shockley

Printed on: April 9, 2021 11:06 AM

Alison Mohr Boleware, Government Relations Director

National Association of Social Workers - Texas Chapter

Austin, TX

The National Association of Social Workers-Texas Chapter (NASW/TX) strongly opposes HB 6 (Cain). NASW/TX represents over 5,000 social workers across the state and advocates for the health and wellbeing of all Texans, including their voting rights. NASW/TX opposes HB 6 because the bill would target Texas' most vulnerable populations, specifically older adults and voters with disabilities, from utilizing accessible means of obtaining a mail-in ballot. According to the Texas Secretary of State, Texas there are 16,676,353 registered voters. During the November 2020 Presidential Election The New York Times reported that approximately 26% of Texan voters were the age of 65 and older which demonstrates the large portion of elderly Texans who may be negatively impacted by HB 6. In addition, that same The New York Times article reported other highlighted voting disparities between majority and marginalized groups. For example, only 28% of voters had a household income of less than $50,000 and shocking 7% of voters were from a rural or small town community. HB 6 would protect poll "watchers" by penalizing election workers who seek to remove poll "watchers" from election sites.

HB 6 would further the illegal disruption and harassment by the poll "watchers" which may negatively impact vulnerable Texans. This bill would prohibit and criminalize the distribution of voting resources, such as mail ballot applications, unless an individual specifically requests a mailed ballot. NASW/TX stands against voter suppression and advocates fiercely for the voting rights of all Texans, particularly those from marginalized communities and asks that the Committee not move this bill forward.

Glenda Moore

Self

Austin, TX

OPPOSE. For so many obvious reasons!

Rita Williams

Self

Houston, TX

I am a concerned and frustrated U. S. citizen who wishes that unethical and illegal election practices were punished.  It's critically important to pass and enforce this bill in order to trust that our vote counts and to have the peace of mind that cheating of any form, whether it be vote harvesting, fabricating fake voter registration cards, voting for dead people, etc, be publicly dealt with. Thank you for your service in ensuring election integrity.  I reside at Texas House district 133 and U. S. Congressional district 7, a regular election worker and first - time poll watcher last October during the longer - than necessary early voting period.

Richard Taylor

Self/ Diesel Diagnostics Technician

Elmendorf, TX

What needs to be said? Take these ideas into consideration when you are studying election morale. Make elections reliable again, or leave office.

Peter Batura

Self - Consultant

Katy, TX

This bill is being mis-characterized as "voter suppression" because it serves to reduce fraud and increase election security. The

Printed on: April 9, 2021 11:06 AM

notion that minorities are unable to obtain and maintain state-issued identification should be an affront to them. Ensuring voter roles accurately reflect a registered voter status is not unreasonable nor exclusionary. Voting is a responsibility not to be taken lightly - it is a solemn duty for those legally eligible. The idea that it should be easy and fast degrades the sacrifices made to establish and preserve our representative republic. All effort should be made to secure the process and ensure the integrity of each legal vote. This bill does that.

Georgeana Chapman

Self

Alice, TX

This is a must we need to protect ourselves from fraud and cheating. We must have fair and honest elections.

Gayland Taylor

Myself

Mansfield, TX

This is just another to suppress people of color from using their Constitutional rights to vote.

Drea Pacot

Self

Austin, TX

When I read this bill I only felt that it is meant to make voting more difficult. Voting should be accessible to everyone and simple. For many absentee voting is the only option. We the people should not fear I'm not having easy access to vote for what we believe ins thank you

JoAnn Hope

Self

Blue Ridge, TX

I support this bill with a single change. The power to change election procedures must be with the legislature and not reside with the Secretary of State. Please pass this common sense law to ensure the integrity of our Texas elections!

Margaret Collins

self

Keller, TX

I will work diligently to defeat any representative or senator who supports the suppression of votes in Texas. There is virtually no voter fraud in Texas as evidenced by the non-existence of people being charged/arrested/convicted of voter fraud. As a life long Texan, I am embarrassed by these efforts to discourage voting and making it more difficult to vote. Citizens should be encouraged and facilitated in the voting process. Voting should be made easier. Mail in ballots (without excuse) should be allowed. Drop boxes should be added. Early voting and extended hour voting should be allowed. I support democracy not autocracy or government run by elected minority party. More voters mean better government.

Donald Wofford

Self

Forney, TX

Printed on: April 9, 2021 11:06 AM

In our republic the right of each citizen to choose our representatives is the foundation of our State and Nation. When the state failed to protect this right and allows fraud it dilutes the vote of every citizen's vote thus tearing away at the principle of one person, one vote. Everyday activities like flying, driving, drinking alcohol, or cashing a check should not be hard than voting. Our laws and officials should not place less burdens to vote than to bank. Integrity of our election process is the most important responsibility of our elected officials. Inclusion and ease should not lead to less secure elections. The fake narrative that I.D. And verification somehow infringes on a person's rights to vote is ridiculous. That it is some form of new Jim Crow law is both deceptive and destructive to our discourse. What was supported by bipartisan commissions both national and international is somehow now racist policy has no actual basis. Texans want every eligible person to vote however this should not sacrifice the integrity of the process to encourage participation. In fact allowing unverified mail in voting and unmanned drop boxes results in the dilution of every legitimate vote. Polls show that majority of people support restrictions that ensure safety and integrity to our voting process. I and most Texans support any bill that implements changes that would ensure Texas doesn't find itself in the future in the same situation as the 2020 election and the issues that arose across our fellow states. I feel that one area that would instill confidence is if this law would provide integrity deadlines. By communicating what votes are outstanding and at each point in the process the number of outstanding votes there are by precinct provides integrity to the process. The sudden and mysterious votes that are found at night and days later in major cities after 99% are reported only degrades the faith in the process. I ask our legislators to take the steps to make voting in our state safe and secure thus building confidence in each citizen's vote no matter their party or affiliation.  Have the fortitude to stand against the demagoguery and lies that the media and others say about any effort to strengthen the integrity of our election process by supporting this bill.

Lindsey Faber

Self - pharmacy technician

College Station, TX


I strongly oppose this bill.

Chris Smith

Self / retired

Houston, TX


This bill is sinister in intent and  and based on falsehoods and fear-mongering. Voter fraud is almost non-existent while voter suppression is rampant! Every effort should be made by Republicans and Democrats to make it easier and  more convenient for all citizens of Texas to vote. The intent of this bill is to make it more difficult. Shame on you.

Shannon Warren

Myself

Midlothian, TX


Vote it in!

Myrriah Gossett

self

Austin, TX


Voting in most democracies is a right, not a challenge. I am writing to encourage my representatives to kill this bill.  HB6 not only makes it more difficult to vote, but we have no election fraud to even address. There are more important things for you all to be doing then to make it more difficult to vote. Why don't have we walk up registration same day, why don't we have even more days and hours to vote. We need representatives that are actually for all the people and not just the people who pay for your campaigns. And without increased access to voting, this will never happen. My great-grandfather was a supreme court judge, our family has many generations in Texas and I think he would be devastated to see what the GOP in Texas was trying to do to their

Printed on: April 9, 2021 11:06 AM

fellow Americans. This bill must be stopped at all costs or else we will not see accurate representation in this state for many generations, if ever.

How dare you take action against those who don't have access to so many services in our state. How dare you take action against something that is so foundational to our country. Voting is a right, and is not something you can take away.

Logam Long

Myself

Houston, TX

There was no widespread fraud in the 2020 election. Nobody has been willing to provide any proof under oath in court, only in public statements with no consequences. It is a false narrative. The right to vote is as important as the right to free speech and the right to bear arms. Texans are not snowflakes who change the rules when they lose. Texans believe in free speech and the right to bear arms. Texans believe in the right of EVERYONE to vote. True Texans see everyone as equal, and that everyone has the right to express their thoughts on their political representation equally. Any attack on voting rights is an attack on the constitution of this great nation and an attack on Texans. It is an attack on the men and women who have served our great state and our great nation. It is an attack on Americans who have died because of our enemies hate our way of life and our free and fair democracy. It is an attack on the foundation of democracy itself. You claim to represent the greatest state in the union and the greatest nation in the world yet your actions actively drag our nation and the state of Texas down. Texans do not take kindly to a government that restricts our freedoms. Texans will remember. You might think this bill will help you win elections but you are wrong. Texans will remember every single politician who votes yes on this bill and we will fight like hell to ensure they never represent anyone ever again. We will vote like our lives depend on it and make sure every single one of the anti-democratic, pro-authoritarianism, pro-government overreach, pro-communist politicians who vote yes on this bill are voted out of office and replaced with real Texans who care about our great state and about government staying out of Texan's lives. Don't mess with Texas.

Marianne Arnold

Self

Bryan, TX

HB6 is an attack on voting rights and antidemocratic.

April Richard

self/ grant writer

Pflugerville, TX

I OPPOSE this bill and view it as a deliberate act of VOTER SUPPRESSION. Please consider our future, consider all we have worked to accomplish together and STOP this attack on democratic freedom.

Scott Wingerter

Self teacher

Magnolia, TX

Election integrity was the Republican Party of Texas's number one legislative priority at the 2020 GOP convention. As a delegate for SD4, I voted in favor of this resolution. I would note that this was prior to massive electoral anomalies widely reported in our sister States. Whether there was widespread fraud or not, it is beyond question that other State's election laws were not followed, and State Constitutions were violated as was Article II Section I Clause II of the US Constitution, which clearly states that the legislatures of the Several States have plenary power in regards to election law. Now is the time to do the will of the People of Texas. Now is the time to strengthen our election laws to reflect the modern concerns of the Citizens of this State. Belief in the integrity of our democratic process is quintessential for our republic. I urge this body to adopt HB6. Thank you.

Printed on: April 9, 2021 11:06 AM

Tammy Denfeld, Mrs

Self

White Oak, TX

I am writing to express my support for Texas House Bill 6, the Election Integrity Protection Act of 2021. Now more than ever, we must take action to preserve the integrity of our elections here in Texas. We must ensure that our election process is fair, transparent, and allows for the voice of all eligible voters to be heard.

This important bill includes provisions that enhance transparency throughout the process, require better maintenance of voter lists, strengthens criminal penalties for violating election laws, and requires the election code to be followed consistently and uniformly throughout the state.

Lawless, inconsistent election processes and procedures create an environment ideal for corruption and exploitation to fester, undermining the confidence we have in selecting our representatives via the ballot box.

I want to thank Representative Briscoe Cain for his hard work and dedication to addressing this important issue, and I look forward to supporting the progress of this bill as it moves forward this session.

Sarah Bronson

Self

Houston, TX

This is a voter suppression bill. As a Houstonian, I was deeply heartened to see people in my city making use of additional early voting hours and other reasonable options for voters who work long hours or have serious health conditions. There is no justification for making it harder to vote while there is no legitimate demonstrable threat to the validity of the votes being cast. An election where one side cheats like this because they're afraid they can't win in a fair fight is not an election with greater integrity, it is an election with no integrity at all. Texans all over see exactly what is happening. Stop this disgusting, backwards, anti-freedom bill.

Alexandra Stallings

Self

Converse, TX

Please add to this Bill
1. Encourage in-person voting
2. Prohibit Public  Officials from distributing unrequested vote by mail applications
3. Ban ballot harvesting
4. Increase Poll Watch Access for transparency
5. Requires voter ID for mail-in voting and absentee ballots
6. Routine verification of voter rolls & new registrations

Michelle Gamboa, Operations Director

East Texas Young Republicans & Gregg Co GOP

Longview, TX

It is vital that we maintain the integrity of our elections. Being an immigrant, when I gained my citizenship and earned the right to vote it meant so much to me. It is vital that we honor our elections and the system in which we as Americans are able to cast our vote for a public servant who will represent our interest. It is crucial that these are fair, free and un tampered with. As Americans we the people have the power and as such should be able to VOTE for who will represent us. I am writing to express my support for Texas House Bill 6, the Election Integrity Protection Act of 2021. Now more than ever, we must take action to preserve the

Printed on: April 9, 2021 11:06 AM

integrity of our elections here in Texas. We must ensure that our election process is fair, transparent, and allows for the voice of all eligible voters to be heard.

This important bill includes provisions that enhance transparency throughout the process, require better maintenance of voter lists, strengthens criminal penalties for violating election laws, and requires the election code to be followed consistently and uniformly throughout the state.

Lawless, inconsistent election processes and procedures create an environment ideal for corruption and exploitation to fester, undermining the confidence we have in selecting our representatives via the ballot box.

I want to thank Representative Briscoe Cain for his hard work and dedication to addressing this important issue, and I look forward to supporting the progress of this bill as it moves forward this session.

Zoila Vega-Marchena, Dr

self, engineer

AUSTIN, TX

I support this bill

Robin Hayes, EASTLAND Co Chair & SREC SD 28

EASTLAND Co Republicans

Eastland, TX

Our elections are the way that we the people make our choices of how our local and state governments are to be ran. We have to protect our elections at all costs.
Thank you

Beverly Roberts, Mrs.

Concerned Women for America of Texas

Houston, TX

Our concern for our nation is growing exponentially as we watch questionable practices being allowed to influence our state and national elections.
Thank you to Rep. Cain for authoring this bill and for recruiting many other Representatives to co-author it.

? Election rolls, comprising the registrations of thousands of former citizens who have now died or moved from Texas, is unacceptable.

? I am glad this act provides a reasonable penalty for interfering with the legitimate actions of poll watchers and for the illegitimate activity of ballot harvesting.

? Unsolicited mail-in ballot distribution should never be allowed.

When integrity is no longer the hallmark of our electoral process, we will lose the participation of many responsible citizens.

Mark Ramsey, P.E.

self/engineer

Spring, TX

I support HB6. You should as well.

Printed on: April 9, 2021 11:06 AM

Gwendolyn Wuori

Self, Retired

Longview, TX

I am writing to express my support for Texas House Bill 6, the Election Integrity Protection Act of 2021.  Now more that ever, we must take action to preserve the integrity of our elections here in Texas.  We must ensure that our election process is fair, transparent, and allows for the voice of all eligible voters to be heard.
This important bill includes provisions that enhance transparency throughout the process, require better maintenance of voter lists, strengthens criminal penalties for violating election laws, and requires the election code to be followed consistently and uniformly throughout the state.
Lawless, inconsistent election processes and procedures create an environment ideal for corruption and exploitation to fester, undermining the confidence we have in selecting our representatives via the ballot box.
I want to thank Representative Briscoe Cain for his hard work and dedication to addressing this important issue, and I look forward to supporting the progress of this bill as it moves forward this session.

Ruth Chambers

Myself, retired.

New Braunfels, TX

We MUST require voter ID-- it's an absolute must!!
We must be sure that ballot harvesting is never allowed here in Texas --
it's ruined the CA voting system. The only reason anyone is in favor of these measures is IF you want to be able to cheat. That's it, plain and simple.

Patrick Kruse

self - silicon design engineer

Richmond, TX

Our goal should be that every citizen votes - we should be making it easier to vote, not harder. Using voter fraud myths to try to make it harder for working people to vote is shameful, and betrays the very idea of democracy. Elections should be won by convincing more of the electorate of your platform, not gaming the system to prevent people from voting.

Charlie West

self

Boerne, TX

My comments would apply to all bills.  It is imperative that we protect the rights of the legal voter by verifying the person's right to vote with a picture ID, that illeagles are not allowed the right to vote and that all ballots are counted with appointed observers from each party present to count and certify valid votes.  As events can change at any given moment, it must be possible for a person who voted early by mail to be able to have that vote cancelled and recorded and counted when voting in person.  The last election established that the integrity of our elections can be called into question so a system must be in place to assure the votes are accurate and acurately counted.

Brigid Hall

Self, consultant

Austin, TX

Election integrity is strong in TX. Since 2015, more than 33.1 million Texans cast ballots in elections. Ken Paxton prosecuted 93

Printed on: April 9, 2021 11:06 AM

cases of voter fraud in that same time period. Election officials in Texas have done a great job and ensuring our election are valid!! What TX lacks is fully enfranchising voters. The right to vote is sacred and should be protected as much as possible. This bill is anti-democratic and will have devastating effects on voter participation. I urge you to vote against this bill.

Julie Loeb

Self

Cypress, TX

You have to show proof of id and citizenship for everything except the highest office in the world? We have to define people and their rights to have a voice.

Nile Copeland

Self

Katy, TX

It is clear Harris County leads in voter integrity issues. District attorneys refusing to take charges on violations.  Consistent violation of election rules and laws is common place. There is a great need to have new laws to improve the trust in our election system. Without vigilance in restoring the integrity there is no trust that election results are valid

Eric Vormelker

Self

Austin, TX

Texas already has the most restrictive voting laws in the nation. After the AG wasted millions of taxpayer dollars investigating voting fraud he only found 13 cases out of millions of votes. These cases did not change the outcomes of any elections. They did not harm anyone in any way. It's offensive that you would, with the penalties in this bill, make such crimes equivalent to killing someone. You are wasting your time and our time to respond. This bill creates yet more burdens on voters, voter registrars and Texas counties. None of it is necessary. This bill should not be amended in any way. It needs to be voted down here in this committee and never see the House floor.

Lauren Oertel

Self, organizer

Austin, TX

My name is Lauren Oertel and I would like to share my opposition to HB 6. As the League of Women Voters of Texas has identified, "False claims of 'widespread voter fraud' are being used to severely limit opportunities for voters to cast a ballot. These claims lack evidence and have been disproved in multiple lawsuits. The REAL problems with our election system are the polling place closures, cuts to early voting, onerous voter ID laws, and the illegal purge of registered voters." We know that HB 6 would complicate voting and add unnecessary procedures that would subject voters, those assisting voters, and public officials to felony criminal penalties. HB 6 is an anti-democratic and anti-voter assault on the right to vote. I am asking Committee members to vote against HB 6 to uphold a standard of democracy in Texas. Thank you.

JoAnn Fleming

Grassroots America - We the People PAC

Flint, TX

JoAnn Fleming, Executive Director, on behalf of Grassroots America - We the People PAC:  we declare support for HB 6,  with one strong reservation. The following expresses our strong opposition to centralizing power with an unelected Secretary of State. We urge amending HB 6 to strike language that unconstitutionally empowers the Secretary of State to alter election law.

Printed on: April 9, 2021 11:06 AM

HB6 (amended) still provides a pathway for the Secretary of State to alter the administration of elections. An earlier version of the bill explicitly empowered the SoS to change how an election is run as long as a county sought permission for the alteration. The current version still has this possibility, though it's not expressly given.

This is entirely unacceptable because it ignores what has already happened with the SoS issuing waivers to election law (a duty reserved for the state legislature). An SoS that assumes powers it does not have is objectionable and leads to many of the problems we must address with legislation this cycle, namely drive-thru voting, mail-in ballot reforms, clarifying voting hours, etc.

Appointed by the Governor and accountable to no one, the SoS SHOULD NOT be further empowered with more control over any aspect of the election process.

Currently, the SoS is entirely insulated from pressure to perform. The SoS and its employees are not accountable to citizens or to lawmakers. For many years, grassroots activists have asked the Governor and Attorney General to stop the SoS' issuance of unlawful waivers to voting precinct accountability measures and to ensure the SoS performs reliable voter list maintenance - to no avail!

Without enforcement mechanisms, all bills that empower the SoS are likely to be ignored by the SoS.  History proves this to be the case. Somebody must oversee "forcing" compliance.  Failure of the SoS to enroll in ERIC (Electronic Registration Information Center) is a good case in point. In 2015, the 84th Session of the Texas Legislature passed a bill that was signed into law:

Sec. 18.062.  INTERSTATE VOTER REGISTRATION CROSSCHECK PROGRAM.  (a)  To maintain the statewide voter registration list and to prevent duplication of registration in more than one state or jurisdiction, the secretary of state SHALL cooperate with other states and jurisdictions to develop systems to compare voters, voter history, and voter registration lists to identify voters whose addresses have changed.

(b)  A system developed under this section must comply with the National Voter Registration Act (52 U.S.C. Section 20501 et seq.). Added by Acts 2015, 84th Leg., R.S., Ch. 473 (S.B. 795), Sec. 1, eff. September 1, 2015.

A series of Secretaries of State since 2015 have NEVER complied with this law!  They simply ignored the "SHALL" and willingly left Texas open to the possibility of voter fraud.  Can the SoS prove not one voter voted in Texas AND in another state? It only takes ONE fraudulent, illegal vote to steal the vote of a legal voter.

Kara McIntyre

self

Jersey Village, TX

This is an anti-democratic bill that hurts people of all ages and ideologies. 2020 saw record turnout among Texans through innovative methods of voting that benefitted both parties. We should be building on that not restricting it. HB6 seeks to remedy a problem that does not exist and to punish people for exercising their right as Americans.

Linda Balson

Self Retired

Yoakum, TX

I strongly support HB 6 relating to election integrity and preservation of the purity of the ballot box through the prevention of fraud in the conduct of an election; increasing substantially criminal penalties and creating criminal offenses.  Please vote YES for this bill.  Thank you, Linda Balson

Yvonne Covin

Self physician

Printed on: April 9, 2021 11:06 AM

Fort Worth, TX

My name is Yvonne Covin. I live in Fort Worth and my zip code is 76110. I oppose HB 6. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. It will increase election costs for counties and make it almost impossible to attract election judges and clerks. It would frighten and discourage neighbors from helping others to get to polling places and cast ballots. It would create more problems than it solves and the authors have not even presented facts that prove such changes are needed.

Raquel Lewis

Intapp Inc.

Conroe, TX

Our state cannot have fair elections without the certainty of election integrity. The only way to ensure the integrity of our elections is the requirement of voter ID. People need an ID for everything from driving to buying alcohol to opening a bank account. Why does that same requirement not exist for something as critical as our elections?

Vicki Urban

Self

Morse, TX

Vote Yes!  We need to feel assured that our voice is heard & voting is the tool the common citizen relies on. The last election was a fraud.

Carl E. Johnston

Self

Helotes, TX

The Voting process and results need to be honest and lawful. If not, elections are a worthless lie.     This bill can help keep them honest and lawful.

Kandi Bartling

Spring Branch ISD

HOUSTON, TX

This blatant attempt, carried out in the dead of night, to undermine our democracy through HB #6 &7, which create even more voter suppression, is heinous.  Texan politicians continue to be on the wrong side of history and the majority of voters.  You are in office to represent and serve the needs of your constituents, not to incite insurrections and suppress the voices of those who choose democracy over oligarchy and/or authoritarianism.  Please focus on rebuilding the infrastructure of Texas and helping Texans to survive this pandemic.  A focus on the needs of your constituents would have saved more than 100 lives during the snowstorm in February and would have kept COVID numbers down substantially.  If you are too morally bankrupt to place the needs of your state above your personal gain, you do not deserve to be a leader.

Sherri Boyd

Self. Teacher

Houston, TX

This is not about voting integrity but suppressing the vote. Gerrymandering isn't enough. Shame on all of you who claim to represent the people

Printed on: April 9, 2021 11:06 AM

Anita Bracha

Self

College Station, TX

I adamantly, vehemently, oppose to HB 6.

Calvin Overstreet

Self Retired

The Woodlands, TX

I oppose HB 6 as it would limit the ability of election workers to protect voters against illegal disruption and harassment by watchers. It also limits the distribution of mail-in vote applications.

Karen Page

Retired

San Angelo, TX

This bill must be rejected.  It is nothing but voter suppression and another Jim Crow in Texas.  Texas is better than this.  Vote AGAINST HB 6.

Harold McElraft

Convention of States and Self

McKinney, TX

I am in complete agreement with the objectives of HB 6. What's left?  Voter ID!

JUDY LEUNES

self

COLLEGE STATION, TX

This is a bill that will scare people who are legal to vote. It will keep people wanting to drive older adults to vote from feeling comfortable from doing it!  This will keep people who need to vote at night from being able to vote. Vote no. Thanks!

Brenda Boyd Raney

Self

Lewisville, TX

The use of scare tactics and exaggerated facts makes this bill an insult to our democracy. We expect our elected officials to work to make voting open and as easy as possible for citizen participation. This bill will make it difficult for Texans, especially those who are disabled and disadvantaged.  It will increase election costs and make it even more difficult to get election judges.  This bill solves problems that don't exist while creating unnecessary additional problems. Vote No to this bill.

Lauren Gunter

Self - Freelancer

Cason, TX

Printed on: April 9, 2021 11:06 AM

Speaking in FAVOR

Election integrity is paramount to safeguard the faith Texans have in those we elect to office. Distrust in the electoral system leads to greater division between parties and peoples, and ABOVE ALL, leads to the degradation of our government by allowing those who have no right to vote to have the same weight as legal voters. This is not a discrimination against anyone. It is merely a safeguarding of legal residents of the States.

John Calder, Mr

Self, Engineer

Tomball, TX

Accurately identifying every voter and their respective entitlement to vote is essential to election integrity. Every person voting should be able to demonstrate who they are and therefore their eligibility to vote, most preferably with formal ID.

Kathryn Harmon

Republican Party of Gregg County

Longview, TX

We must have honest elections! The voice of the voters should be heard and validated, voters should never feel silenced or as if their vote doesn't matter due to the lack of integrity when processing ballots.

Sandy Parker

Self/Retired Federal Employee

Trophy Club, TX

Suppression of voting is going backwards, not moving forward. Can you show evidence that this is needed because of fraud or abuse? .0001% is not a reason for 100% change. Show your reason!

Joe Walz, SD18 SREC

Republican Party of Texas

Richmond, TX

I personally received hundreds of complaints about election irregularities from Fort Bend residents who have voted her for decades.

There are a host of topics that both sides of the political spectrum and all those in between may disagree on.

I can't for the life of me imagine the integrity of our elections, the safety and security of our ballots, that which represents the very basic back bone of the Republic of Texas - and these United States of America, our votes.

I don't only speak from my position on the Republican Party of Texas State Republican Executive Committee - but also from having given a decade of my life to this nation.  Willing to give my life, so that qualified voters can elect qualified representatives on a ballot and through a process that not a single soul on earth can question the integrity of.

My wife dons the uniform of the Texas Army National Guard every day in defense of our freedoms. She wants secure ballots and election.

My children attend public schools governed by those who come to office through the very ballots and election processes we are talking about today.

My business relies on the reasonable rules and regulations enacted by elected representatives; local, state and federal. I want fair
Printed on: April 9, 2021 11:06 AM

and clean elections.

If you haven't gathered by now, I speak heavily in favor of HB6 and so many other quality, common sense Election Integrity and Ballot Security Bills filed by HD26 Representative Jacey Jetton and other Republicans this session.

Any and every House Bill in support of more secure ballots, fair elections, and valid votes in Texas should be supported unanimously by BOTH sides of the political aisle.

Laurie Stelljes, Ms

self

FORT WORTH, TX

This bills is a shameless assault on voting rights and hurt democrats and republicans alike. Texans came out to vote in record numbers in 2020 as it should be. Our elected officials should be supporting the democratic process of voting by expanding access and making it easier for everyone, not trying to suppress it. I have worked at both the election polls and the elections office and can tell you the process is fair and secure for all voters. Our Republican legislators are trying to put an end to every way our election officials made voting more convenient for everyone -- from reducing early voting hours to making it harder to vote by mail. Hundreds of thousands of voters across Texas benefited from the secure voting opportunities that this bill closes off, including drive-through voting. These losses impact tens of thousands of voters on both sides of the political spectrum. Texas has a long history of putting up barriers between voters and their ballots and this needs to stop. Texas Republicans are continuing to perpetuate lies about our elections in a shameless effort to cling to power by deterring and preventing people from voting. Stop this practice by voting NO to any and all voter suppression bills.

Corey Kidder

self

Wylie, TX

Please support HB 6. If we do not care about election integrity, then do not expect to be voted in. Anyone could easily take your place by cheating.

Lynn Brooks

Self

Austin, TX

I am writing to register my OPPOSITION to this bill which has the impact of suppressing rather than supporting citizens' RIGHT TO VOTE. The Legislature needs to seek ways to make it EASIER to vote rather than more difficult. Thank you for your attention to this important matter in support of our Democracy.

Alex Meed

Self, cybersecurity analyst

Austin, TX

Mr. Chairman and members,

In addition to my prior comments, this bill actually harms election integrity. I refer specifically to the sections of this bill that allow wireless communication devices and recording in polling places and restrict election judges' ability to remove watchers. Right now there are almost no requirements or certification standards for poll watchers. Giving them free rein of the polling place, in practice if not in statute, could allow foreign agents to enroll as poll watchers and disrupt elections—or worse, collect information surreptitiously. The permission for watchers, and only watchers, to use wireless communication devices also introduces similar issues. Finally, the ability of partisan poll watchers to video-record voters introduces the possibility that images

Printed on: April 9, 2021 11:06 AM

could be use to bribe or coerce voters. This is exactly why voters are not allowed even to take photos of their own ballots in the polling place; allowing third-party watchers to record voters without their consent is even worse.

Respectfully submitted,

Alex A. Meed

Howard Langner

self

Austin, TX

I am opposed to HB 6 by Cain. This bill would make voting much more difficult for many people. Voter fraud is not and has not been such a large problem in Texas that such a bill should be considered necessary. Please don't pass this unnecessary and unfair bill. Thank you for this opportunity.

Cyndie Steck, Ms.

Indivisible Katy Huddle Democrats.

Katy, TX

I have worked the polls and have Never seen any Voter Fraud only machines that break down. Those are placed out of order. People coming to vote Have to verify their name and residence with the poll worker. She then finds the name and the voter has to sign and put initials next to their name in the registration book and showing their DL or ID for verification. The voter is given a piece of paper with a code to enter in the designated voting machine prior to voting. After voting, there is an opportunity to review or change any of their selections. When finished, the Big Red Vote Button is pushed to send their Vote. When that is completed an American Flag appears. Leaving, you receive an I Voted Sticker. I do not see how anyone can vote at all or even Vote twice with these procedures.

Spencer Doubet

self

Cypress, TX

We absolutely should have election integrity. No one should be allowed to vote without an ID and you should vote in person unless medically necessary.

Laurie Shelton

Self - Financial Controller

Hallsville, TX

I am Laurie Shelton of Hallsville, Texas and I am testifying in FAVOR of HB 6, representing myself as a Harrison County resident. Fair and secure elections are the foundation of preserving our Republic. Elections can further democracy, development, human rights and security OR undermine them. ONLY credible elections legitimize governments and safeguard citizen's rights!

I have seen and heard enough about election fraud including some personal testimony to know that additional safeguards are needed. There have been arrests in Gregg County Texas for an organized vote-harvesting scheme during the 2018 Democratic primary election. Charges included engaging in organized election fraud, illegal voting, fraudulent use of mail ballot application, unlawful possession of ballot/ballot envelope, election fraud and tampering with a governmental record with intent to harm or defraud (source: Longview News Journal). HB 6 would help eliminate the holes in the system in which this type of fraud can creep into our election system.

Please also consider adding to the final bill: 1) Require Voter ID for mail-in and absentee ballots. 2) Routine maintenance to

Printed on: April 9, 2021 11:06 AM

verify accuracy of voter rolls and new registrations. Please support the election reforms in HB 6.

Let Texas lead the way with the most open, fair, and secure elections in America!

Ross Van Noordt

Ross Van Noordt

Mico, TX

Thank you for  making only LEGAL votes count  !!!!

Frank Pannell

Self

Pearland, TX

We need this to move forward to protect the vote

Tanya Robertson, Senate District 11 SREC

Republican Party of Texas

Taylor Lake Village, TX

In Favor HB6

At our Republican Party of Texas Convention in 2020, this Legislative Priority was passed overwhelmingly by thousands of convention delegates:
"Require citizenship verification of each voter, and felony penalties for Election Code violations that threaten election integrity."
HB6 increases penalties for election fraud and ballot integrity violations which is 100% in alignment with the language in our priority.

The 2018 Republican Primary Ballot contained the following language and was voted favorably by millions of Texas Republicans.
"Voter fraud should be a felony in Texas to help ensure fair elections."
This prop received the MOST 'YES' votes out of the eleven 2018 Republican Primary Ballot Props!
Yes - 94.82%
No - 5.18%

In 2020, I was part of an election integrity team in Harris County for the November Election. I answered calls from election workers and poll watchers who were witnessing TX election laws being violated &/or poll watchers being illegally removed from the polling locations. These Texans really had no recourse to resolve the issues they were experiencing passed calling us and/or the county election administrator. HB6 would implement these safeguards to protect them and provide a clear path for resolution.

We implore Chairman Cain to bring HB6 up for a committee vote and committee members to vote it favorably out of committee.

Thank you for your time & commitment!

Kristina Woods

myself

Cypress, TX

This bill exists to keep our elections from being free & fair. It is an act of unbridled & horrific white supremacy. It stands to threaten VOLUNTEER poll workers, of which, I am one. But the intention is not to hurt me as a white woman, but to hurt Poll

Printed on: April 9, 2021 11:06 AM

Workers of Color & cause chaos at the polls because people will not volunteer to be criminalized & jailed work the polls. It intentionally stands to cause chaos & unnecessarily long lines at polling stations where there are high numbers of one party voting vs. the other party. This is something that Republicans have been forcing on the Democratic Party in Harris County every chance they get because they believe the chaos & long lines caused by reducing poll booths at busy democratic polling stations will cause black, poor & older voters to give up & go home. Making absentee voting harder & more confusing, & criminalizing people for not following these 'poll tax' rules is not only another level of Jim Crow, but it is stupid because also effects Republican voters!  Prosecuting people trying to get-out-the-vote is a hideous, fascist overreach that is SO beyond UNDEMOCRATIC that it threatens our very DEMOCRACY & it is yet another white supremacist attempt at gathering up Volunteers of Color working to get out the vote & putting them in jail as a way of threatening them. Everything is this bill is undemocratic, is designed to throw elections to the ruling Party (a Party that has cheated & gerrymandered their way into power), so they can do THEIR will, the will of Oligarchy & Fascism, NOT the will of the people. VOTE NO against HB 6.

Norgren Allen

Self

Georgetown, TX

This bill is critical for fortifying the integrity of our elections in Texas!

Ann Patterson

Ann Patterson, Architect

Austin, TX

I have been a presiding judge in for my neighborhood Precinct 338 for fifteen years. In all those years I have followed the detailed directives ordered by the State of Texas to make sure there is legal and secure voting in my precinct. I have voted thousands of people and have never had an instance of voter fraud. This is without a doubt an instance of the GOP's continued desire to SURPRESS THE VOTE by falsely calling out non existent voter fraud, and then writing onerous legislation to try and hide their VOTER SUPRESSION. Virtually no voter fraud occurred in the 2020 election. Stop looking for what is not there to cover your deceit. The Texas GOP Legislators are betraying the citizens of Texas and those of us who work very, very hard to make sure we run fair elections.

Kara Chasteen

Self

Bertram, TX

I urge you to pass HB 6 out to the full house. We must protect election integrity in Texas.

Leo Kozadinos

Self

Houston, TX

I wholeheartedly support HB 6.  Election integrity is under assault in ways unimaginable under recently.  Secure, in-person voting MUST remain the norm and distributing unrequested vote-by-mail applications and ballot harvesting MUST be outlawed.  I also support full transparency by allowing poll watcher access as well as requiring voter identification for mail-in and absentee ballots and routine verification of voter rolls and new registrations.  We MUST secure our voter integrity or we will quickly lose our Republic.  Thank you.

David Sallee

My family

Euless, TX

Printed on: April 9, 2021 11:06 AM

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting
Increase poll watcher access (improved transparency)
Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

Elena Blake

Elena Blake

Irving, TX

I strongly support HB 6- imperative that this bill passes

Ryan Darley

Self Sr. Manager of Software Engineering

Leander, TX

This bill is a thinly veiled attempt to impose needless restrictions on honest Texan voters. We need to focus on making it easier to exercise every American's right to participate in our democracy and I strongly oppose this bill that aims to criminalize minor mistake and disenfranchise voters.

June Livesay

Self/RN

Frisco, TX

We must keep elections fair

Cissy Sanders

Self

Austin, TX

I oppose HB6.

Secure. Integrity. Fair.
An election is only secure as it is fair. Since these rules in this bill are not fair, then you cannot have a secure election.

How does this bill protect the right to vote in a fair manner for the nursing home resident, disabled, and senior voter?

Nursing homes are federally regulated. Most residents are 65 and older. They automatically qualify for an absentee/mail-in ballot based on age and should not be required to spend money at a doctor's appointment to get a doctor's note and be required to share their diagnosis with election officials in order to quality for a mail-in ballot. That violates state and federal health data privacy laws. Also, an individual should not be required to spend money to vote.

Your bill has instilled a suspicion and distrust in me about your intent, and that very simple act has undermined the very integrity of your bill.

Connie Ratisseau

CLTP

Printed on: April 9, 2021 11:06 AM

I, respectfully and strongly, implore that you bring HB 6 up for a Committee vote and that members pass HB 6. Texans deserve to have faith in our elections and we must hold those who cheat accountable.

Tyrann Bodiford

myself US Military Veteran

Midway, TX

This is a Vital Importance to our election Integrity. The survival of our state and our nation is relying on the efforts to uphold Election Integrity. Long Live the Republic of Texas and the Republic of the United States of America

Jane Jatinen

Self

Austin, TX

This would prevent citizens from being able to vote in a reasonable manner by constructing unnecessary roadblocks. Some people do need rides to the polls, larger voting places enable folks to vote in a reasonable amount of time, being able to drop off your completed ballot is necessary now Trump has screwed up the post office, and the disabled should not have to verify their disability. (HIPPA ).

Melvin Peters

KBR Engineering Services

Tomball, TX

We must protect election creditability. We must require a state issued photo ID to vote in state elections. It is a ridiculously stupid misdirection that poorer Texans do not have access to photo ID's, therefore denying there vote. You can't register for SSI, you can't cash a check, you can't drive a car, without photo ID. Let's get on with this and do the right thing, one person, one vote.

Palwasha Sharwani

self

Richmond, TX

I am devastated that this bill has been designed. In my time as an one of many elections personnel for Harris County, I have never witnessed a single example of pollworkers abusing or extorting their role, or any incident of voter fraud for that matter. This mindset is harmful to our democracy. The repercussions of this will intimidate both voters and pollworkers alike from participating in the process and will lead to irreversible hurt on our electorate. I believe we share the same goals of integrity, fairness, and transparency in our elections systems - on the local and federal levels. But the impact this bill will have on political parties and constituents will bar too many from their civic and moral duties. This bill, in my view, stems from an irrational fear. It is motivated, by some or many, to restrict the poor and people of color from access. It discourages political participation. We have to understand, as a whole people, that the United States as a first world nation lags behind in voter turnout as it is. We need more accessibility, not less. More fairness for our working class and disabled, and more amplification of their voices in particular, with leading the progress of our young nation. These restrictions are unnecessary. They are. The American people, as I see us, are not cheaters. We have enough integrity and goodwill to refrain from election fraud. It is simply a violation and crime not worth the consequence. This is factually proven - voter fraud and pollworker operatives don't exist. Therefore, the mistrust and faithlessness exhibited by HB6 is inherently malicious. I am a voting rights advocate. In my soul & heart, I am non partisan. These restrictions will stagnate us as a state and country. Voters and pollworkers are being punished for crimes that do not happen. The mentality driving this bill is absolutely unpatriotic, classist, and supremacist.

Lien Le

Printed on: April 9, 2021 11:06 AM

Lien Le

Friendswood, TX

I fully support HB6 - Texans need to have confidence in our elections - fully support to prevent fraudulent elections.

Julie Dahlberg

Self

La Vernia, TX

I am providing written public comment in support of HB6 filed to strengthen election integrity and security.

I believe that requiring ballots to be secured and operations of a polling place to have oversight by true peace officers, but sometimes local law enforcement may be so politically committed to one political party or candidate, that they may ignore or unwilling to act on violations when it favors their supported party or candidate. I would rather see the peace officer to not be assigned to their own local jurisdiction. Following much testimony in today's hearing, discussing the barriers to real time enforcement of our election code - I wanted to ask, could it be possible to have a specialized peace officer assigned to each county (or whatever appropriate jurisdiction area), dispatched for the duration of the voting periods and operations (early and day of voting, ballot board, signature verification committees, count) - an election code enforcement officer familiar with and compelled to enforce election code and able to respond immediately to a polling place in their area of oversight, in order to stop or prevent illegal activity or unruly behavior on the spot?  This would not put a strain on local law enforcement personnel or budget, but would need to be funded by the State.

As far as accountability of county Election Administrators and operations of polling places for example - one issue during the 2020 election, as part of volunteering for a candidate's campaign, in Webb County in South Texas border area, our campaign had many reports from voters that only pencils had been provided to mark ballots. When we contacted the Secretary of State to inquire how to address this, since only indelible marking instruments should be offered per the election code, the SOS responded "While the Election Code does state that the county should provide an indelible marking instrument, using a pencil will not invalidate a voter's ballot." And we were advised to reach out to the County EA about it. That does nothing to compel the EA and election workers in operating the polling places in compliance with the election code. Complaints filed about pencils cannot be investigated and prosecuted after the fact. Basically, the entirety of our election security and integrity relies on volunteer poll watchers and that doesn't provide the security and confidence we should be able to have in our elections.

The elements to strengthen election security included in HB6 show a definite commitment to improve election integrity in Texas. I especially appreciate that it holds voter registrars account to report ineligible registrations or votes and increases eligibility requirements for disabled voting on mail ballots, so that they must substantiate their need to vote by mail due to disability and forces those assisting voters also state a reason.

Please pass HB6 out of committee and give your full public support to passing this bill as quickly as possible.

Nanette Hilgendorf

Self,  Manager

Canyon Lake, TX

Support HB 6
I am urging the passage of the Bill to prevent election fraud in the State of Texas. If we cannot have confidence our elections are conducted without fraud, we will have lost our country.

Maryela Garza

self

Weslaco, TX

Printed on: April 9, 2021 11:06 AM

I would like to voice my stand on election integrity.  As a volunteer poll watcher, I could see the potential for voter fraud.  I also live in an area that has previously been a target of voter fraud. Please ensure our vote is secure and make the necessary adjustments for our future elections.

Lois Gremminger

Self

Richmond, TX

I personally feel that integrity was totally missed in 2020. I saw a van come up to the poll area, release a van of 6 people who proceeded to cut in line. Everyone was allowed to vote even without a proper address for that polling area. They were given a provisional document I assume along with a change of address card. They voted and walked right out. There was no phone number to call and the poll worker seemed very distraught about the situation.

Larry Gremminger

Self

Richmond, TX

Please support this bill in order to protect our country from tyranical rule by dishonest persons who are only concerned with power.  Protect the voting institution in every way we can.

Jennifer Madrid, Ms.

Self- teacher

Belton, TX

Please vote to send HB6 onto the house floor for a vote. I believe, as many citizens do, that free and fair elections are the bedrock of democracy. Without free and fair elections that give each and every American a voice, we are no longer free.

A few days after the November 3rd election, I broke my femur and was homebound and unable to work. I spent my time in bed watchIng the many hearings around the nation taking place regarding election fraud. It was shocking to hear hundreds of Americans testifyIng about the fraudulent actions taking place. One cannot watch these hearings and come away feeling confident that this last election was legitimate.

Not to address the loopholes in the law and laws that enable cheating, I believe, would be a serious threat to our country and our ability to continue as a representative republic and democracy. I believe as many do that our future as a free nation "conceived in liberty and dedicated to the proposition that all men are created equal" is at stake if we fail to do everything in our power to prevent fraud. Those who had their vote delegitimized by what appeared to be massive and widespread cheating were disenfranchised in this past election and treated as unequal. Their voice didn't count. This is neither fair nor just.

I'm very grateful to see Texas addressing this serious problem. Thank you for drafting a bill that protects our freedom and treats all citizens as equal.  Loss of justice and integrity in our elections, I believe- as many do, will negatively impact every single citizen of this nation...not just the citizens whose vote didn't count. Thank you for voting for freedom and justice.

Sarah Fox

East Texas Young Republicans

Longview, TX

I  am writing to express my support for Texas House Bill 6, the Election Integrity Protection Act of 2021. Now more than ever, we must take action to preserve the integrity of our elections here in Texas. We must ensure that our election process is fair, transparent, and allows for the voice of all eligible voters to be heard.

Printed on: April 9, 2021 11:06 AM

This important bill includes provisions that enhance transparency throughout the process, require better maintenance of voter lists, strengthens criminal penalties for violating election laws, and requires the election code to be followed consistently and uniformly throughout the state.

Lawless, inconsistent election processes and procedures create an environment ideal for corruption and exploitation to fester, undermining the confidence we have in selecting our representatives via the ballot box.

I want to thank Representative Briscoe Cain for his hard work and dedication to addressing this important issue, and I look forward to supporting the progress of this bill as it moves forward this session.

Sarah Fox, MBA

CHARLES WALDIE

Self

KATY, TX

I worked HC132K during 2020. The newly appointed Deputy Clerk pushed me from assisting a Voter. She proceeded to make selections while talking to the Voter and eventually casting the Ballot she selected. And that is how you cast a Democratic vote. This same position was appointed on Election Day but I was at a different Polling Location and The PJ did not allow his clerks to be abused. I did not like the curbside voting process. It removed the qualifying table from the process.

Kenneth Hollingsworth

SELF

Duncanville, TX

HR-6 I am in favor of this bill. I would like to see a section added which prohibits individuals, NGOs, or corporations from funding election activities, including Get-Out-The-Vote activities or purchasing or renting voting equipment, through governmental (state or local) election agencies or departments.

Jennifer Lane

Self

Denton, TX

This bill discriminates against the disabled and must be discarded. It threatens volunteers with penalties and criminal proceedings. These volunteer workers contribute their time to offer fellow citizens the ability to vote. It jeopardizes polling place safety by giving poll watchers (who are partisan appointees) unwarranted authority to intrude upon and intimidate voters and election officials. It limits the ability of voters to access applications for voting by mail, and prohibits elected county elections officials from changing elections processes without first getting approval from the appointed Secretary of State.

"False claims of 'widespread voter fraud' are being used to severely limit opportunities for voters to cast a ballot. These claims lack evidence and have been disproved in multiple lawsuits. The REAL problems with our election system are the polling place closures, cuts to early voting, onerous voter ID laws, and the illegal purge of registered voters," according to the League of Women Voters of Texas, a nonprofit, nonpartisan political organization that never supports or opposes political parties or candidates.

Roberta Davis

self, retired

West Lake Hills, TX

I am writing to oppose passage of HB 6 because it will create new barriers to voting.  It is vitally important that Texas increase,

Printed on: April 9, 2021 11:06 AM

not further restrict, access to the ballot. Texas already has strict voter ID requirements that are carefully followed by election workers which protect election integrity. As long as residents can prove they are eligible voters, the state should support all reasonable methods of voting including no excuse mail-in ballots, large voting sites, drive-through voting, and outdoor voting, and excessive voter roll purges that would disqualify eligible voters. Please make voting in Texas easier and more accessible for all eligible residents.

Deborah Avellano, Mrs.

Self

Corinth, TX

Chairman Cain and Members of the Texas House Elections Committee,

I, Deborah Avellano, Corinth, TX (SD-12, HD-64), representing myself, come before you in Support of HB6 on Election Integrity.

The 2020 National General Election modifications to Election procedures due to COVID-19 Emergency claims in swing states as well as the proposed Federal Takeover of elections in HR1 indicate Texas must buoy up its Election laws. Having served as Election Clerk and Election Alternative Judge in SD-12, HD-64, proper Voter IDs for out-of-state college students would have made their vote more secure, would be a check against dual voting from home and college addresses, and would give them the ability to vote from one location, be it home or college. Trust, but verify is a good system and will not suppress anyone's vote.

In reading HB6, I support this bills with exceptions. On page 19, under Section 276.018 Unlawful Altering of Election Procedures (b) Exceptions (1) and (2) which appears to grant the Secretary of State the approval to modify election procedures without any other agent to check or balance that alteration. That is in conflict with the U.S.Constitution Article 1, Paragraph 4, which empowers only the State Legislature to regulate elections. That was the problem in the National General Election in several states in which the Secretary of State or another officer or judge of the state to approve the alteration of Election procedures and deadlines. In examining other states' Election Integrity Bills, this section of HB6 would be strengthened if amended to clarify that: except when prescribed by a court of competent jurisdiction, no officer or agent of this state, a political subdivision of this state or any other governmental entity in this state may modify any deadline, filing date, submittal date, or other election-related date that is provided for in statute. A person who violates this section is guilty of Class 6 felony.

If this bill is designated to address all aspects of Election Integrity, please add an amendment to oppose Federal takeover of election procedures in HR1 or to specify the opposition to proposals within HR1. I.e. Prohibit same day registration. Prohibit the state, its cities, counties, towns, school districts or other public body that conduct and administer elections from receiving or expending private monies for preparing for, administering or conducting an election, including registering voters. The State of Texas should nullify any Federal attempt to takeover our elections.

Please advance this bill to its next stage. Thank you for your attention to this citizen's concerns for Election Intrgrity. Respectfully submitted, Deborah Avellano

Mary Hoskins, Mrs.

self

Austin, TX

Voting needs to remain "easy to vote and hard to cheat" in Texas!

Kolby Monnig

Self

Austin, TX

We should be making it easier for people to vote, not harder. This bill is a discriminatory piece of legislation. It is an embarrassment for our state. Please vote NO on this bill. We will end up wasting millions in the courts defending it, when it

Printed on: April 9, 2021 11:06 AM

shouldn't even be passed in the first place.

Casandra Jay

Self, residential  home owner and American citizen.

Morton, TX

We the people expect our rep's to support HB 6, we MUST have honest elections if we are to continue as a sovereign nation.

Sheena Rodriguez

Self

Euless, TX

We must uphold the integrity of our elections. Brave men & women have died for this country and our rights to a free & fair election. We must pass this bill! Thank you!

Julio Acosta

Self, Nonprofit Program Associate

Carrollton, TX

The #VoterSuppression HB6 & HB7 bills need to be stopped. The article titled "Texas Doubles Time on Voter Fraud Cases With Few Results" from the Houston Chronicle, Dec 22, 2020 says the following: "Attorney General Ken Paxton and his team spent more than 22,000 staff hours on voter fraud cases this year but only ended up resolving 16 of them, all of which were due to false addresses." For years, voter misuse and fraud has been extremely low in comparison to the millions of votes cast. We need to spend our tax payer money on things that really matter. Please do the right thing and don't let HB6 or HB7 out of Committee. Thank you.

Julie Cullom

Self

Houston, TX

I still remember those voting machines warehoused in Houston when the warehouse was mysteriously torched just a day before those machines were going to be audited. Funny how that's always the case. Bet they were Dominion too. I don't think any of you will accomplished much of anything since so many of our representatives are corrupt, or idiots. Either way, we are doomed. Just my two cents, ya know.

Mary Wilson

Citizen

Corpus Christi, TX

Fair and transparent elections are of utmost priority. ID necessary for voting.

Jennifer Fower, Mrs.

Citizen voter

Hutto, TX

I definitely support election integrity in order to ensure Texans feel that their vote counts! That means voter ID, citizenship validation BEFORE voter registration, get rid of voting machines that are ripe for hacking, clean up voter rolls, in-person voting

Printed on: April 9, 2021 11:06 AM

except for certain limited extenuating circumstances, just to start! Making sure ballots are secure and traceable at all points of the election process is imperative! This is all just common sense for honest elections. Please make it happen in Texas!

Michael Aboud, Mr.

Precinct 64 Republican Chairman, El Paso Texas

El Paso, TX


I would like for the Committee holding the hearing on HB06 to make a small but important change to the BILL. The change I recommend concerns Poll Watchers.  I have been an Election Poll Judge, Alternate Judge, and a Clerk since 2015 and during this past election cycle I trained Poll Watchers for my Party locally.  My intent for my following request to add a provision to the HB06 Bill is not to harm Poll Watchers but to ensure Activist Poll Watchers are not given free rain over the Polling place of over the Election Officials.  This also is because during the last General Election in El Paso County a Poll Watcher trained by someone else who is affiliated with my same party seemed to have been sent out to different Polling Locations with the intent of causing havoc during the election process and to disrupt and disturb the Poll Worker.  The individual I'm referring to spoke out in a loud voice to the votes that they didn't have to were masks, he would tell voters that he wanted to see their marked ballot even though they hadn't received or requested any assistance casting their own vote, he spoke to the Election Poll Workers without first getting permission from the Judge or the person he was speaking to.  While all of these issues are mentioned in the Poll Watchers handbook of what they are not allowed to do, your prevision will make that null and void.

I would like the committee to add to the section dealing with Poll Watchers to say that Poll Watchers can only observe and must follow the rules set forth for Poll Watchers and that they can't disturb the peace and sanctity of the Election Process. The section of HB06 that I'm referring to is below:
ARTICLE 3. ELECTION OFFICERS AND OBSERVERS SECTION 3.01. Section 32.075, Election Code, is amended by amending adding Subsection (g) to read as follows: (g) A presiding judge may not: (1) have a watcher appointed under Subchapter A, Chapter 33, removed from the polling place; or (2) require a watcher appointed under Subchapter A, Chapter 33, to leave the polling place.

I would like to suggest adding: (3) unless a Poll Watcher is disturbing the peace and sanctity of the voting process, or (4) the Poll Watcher is not following the rules set down for them to follow by state law.

Thank you for considering this small but importance addition.

David Bahlo

Self/Operations Manager

Houston, TX


"I wholeheartedly support HB 6.  Election integrity is under assault in ways unimaginable until recently.  Secure, in-person voting MUST remain the norm and distributing unrequested vote-by-mail applications and ballot harvesting MUST be outlawed.  I also support full transparency by allowing poll watchers complete access as well as requiring voter identification for mail-in and absentee ballots and routine verification of voter rolls and new registrations.  We MUST secure the integrity of our elections or we will quickly lose our Republic.  Thank you."

Sarah Garcia

Self

Austin, TX


I understand after countless hours of searching for voter fraud in Texas from the last election, there were 16 minor infractions out of the millions of people that voted in Texas- the 3rd largest state.

I don't think it's wise to have the courts waste their time on not even 1% of the population. It's already a crime, why do we need to add another layer of legislation? We should decline and focus on the real issues at hand like the faulty energy grid or lack of funding for our school systems.

Printed on: April 9, 2021 11:06 AM

Deborah Murphy, Ms.

Self   Broadcast sales

Dallas, TX

I am strongly against any form of voter suppression.  "The people" are well aware, even through massive efforts to bamboozle citizens otherwise (such as this bill), that there is little to NO voter fraud going on throughout the years. It has never been an issue, and considering population growth, it's even less of an issue today than ever before.  The percentage, if any, is miniscule.

 That lie is getting very old.  HB6 must be canned and please reject any future talk of such voter suppression actions.   It's not a good look for anyone voting the wrong way on this, in Austin.   As a citizen,  I've voted in every election since 1972, and not about to stop now.   This attempt at suppression is only going to enliven those who are watching our "governors".  Do the right thing.

Yvonne Ramsey

Self retired

Richmond, TX

I fully support stronger election integrity. I have worked elections and feel we must do more to secure them and make penalties more severe for breaking election laws. Ballot harvesting should not be allowed.

Corrine Miklosh

self/retired

PLANO, TX

Without safe, clean elections,  our state and nation will crumble.  We must do everything we can to ensure that every vote cast is legal and authentic. We must limit who can send absentee ballot requests,  I received no fewer than 4 last election cycle. We must verify those requests and submission of absentee ballots.  I have worked ballot board before and have seen some of the questionable submissions,  please pass this bill for the good of  Texas and the nation.

Cindy Wingo

Self - Realtor

Katy, TX

We must have election integrity!  We must take a stand and keep our elections honest.  Please don not let this opportunity slip through our fingers.  The Democrat run cities will continue to do everything they can to bend the rules in their favor.  Please support this bill.

Kristie Skinner

self

MIssouri City, TX

I am in favor of HB6.  Although I am a democrat, I do believe in fair and honest elections.

Jenny Beamer

Self/Homemaker

Springtown, TX

Printed on: April 9, 2021 11:06 AM

Truth is paramount, and transparency reveals the truth.  It is SO important that we have truth and transparency in our elections in Texas as well as the federal government.  Free and fair elections must remain in our beloved United States of America.  PLEASE support the strongest version of election integrity legislation possible.  Thank you :)

Stacey Poche

self

Sugar Land, TX

I am in favor of HB6.  I believe Texas needs to ensure fair and safe elections.  I feel that the integrity of our election process is in jeapardy and we need to strength the integrity.

Frederic Dupuy

self

LAKEWAY, TX

 In support of HB 6

Madge Johansson, Ms

Self mental health therapist

Tyler, TX

I believe this bill is vital to our election integrity. The Democrats don't want it for obvious reasons. It must pass!

Lori Viggiano Jones

Self, Business Development Negotiator

Fulshear, TX

I support legitimate and fair elections and the process to ensure that outcome. Please support HB 6 on behalf of Texans!

Tyler Kraus

Webb County Republican Party

Laredo, TX

The Webb County Republican Party strongly encourages the Texas House to pass this Bill so we may have more confidence in our elections.

Andrew Bennett

Self

Roanoke, TX

This is one of the most important issues today, and LONG overdue for resolution.  If you don't do something about ensuring our elections are fraud free, we will believe you don't care, and may be complicit.  Article 1, Sections 1 & 2 of the Texas Bill of Rights must be adhered to.  Please vote in favor of this bill!

Laura Katzman

Self

Printed on: April 9, 2021 11:06 AM

Katy, TX

I support HB 6!  We want clean elections; preserve purity of the ballot box; increase criminal penalties!  Thank you.

Kittie Perryman

self - IT Consultant

Lewisville, TX

We have the Constitutional right to vote.  Free, open, unbiased elections are the cornerstone of a representative democracy.  Any efforts made to make it more difficult to vote are illegal and immoral.  All of these House Bills are the height of cowardice and venality.  GOP Representatives are choosing this path rather than making any attempt to put forth policies for the betterment of our State.

All efforts should be made to make voting in local, State and Federal elections easier.  More accessible, more open.   I am strongly opposed to HB6 and SB7.

Cathy Elmore

self & TMO

Houston, TX

I oppose this bill as voter suppression dressed up in the guise of fraud prevention.  Why should poll watchers have more rights than a voter or the election judge?  There have been only 16 case of fraud in Texas & it took 22,000 hours of investigation to try to find it.  That does not constitute rampant fraud.   This bill is a waste of taxpayer's time & money that could be spent on something that could use all the help it can get, like education.  Our country was found on the principle of one person one vote.  You need to support voter's rights.   Republican's also like to say they are against government overreach so live up to your name and oppose this bill. And another thing: Our government needs to hold fair & impartial hearings in our state house & be willing to answer questions about any bills that you author or support.

Adam Zimmerman

Self - Legal Associate

Austin, TX

We should make it easier to vote not harder to vote. We can't be scared of voters. We claim to be the best state in the Union but we are afraid of voter fraud that doesn't exist. That is how we end up with a state government full of worthless elected officials who care so little about serving their constituents, they can't even keep the lights on. Other states are realizing that it's not 1950 anymore and are finally passing laws to legalize cannabis and gambling that will open up new revenue streams for their states as we come out of the worst economic and public health crisis in 70 years. Meanwhile, Texas Republicans are focused on voter suppression because Briscoe Cain wants to make Donald Trump proud of him. Be leaders, not cowards. If Republican deregulation and low taxes is really the best way forward for Texas, be confident enough to make that argument come 2022 and let the people vote. Don't shut people out of the process because you're scared voters won't like your ideas. Start acting like Texans

Jennifer Lane

self

Denton, TX

How can it be that there have been no demographic studies, not even info gathered from the Secretary of State on percentages of voters who have needed assistance? A lot more inquiry needs to be made before bills like this are allowed to be filed, let alone leave committee.

Printed on: April 9, 2021 11:06 AM

Please vote NO on this bill. Thank you.

Maria Eugenia Prado

Self

Katy, TX

My family came from Cuba in the '60s hoping to find freedom. I went to high school and college in the US and never would I have expected to see the fraud that happened in this country in the Nov 2020 General Election. I worked during early voting and was in awe at how people want to cheat and influence others while voting.

Kay Ginsburg

Self. Sales Representative

Richmond, TX

As a resident of Fort Bend County, Texas I am in strong support of HB6 to preserve election integrity and to punish those who commit fraud related to our election process.  This is fundamental that our country was built on and we must preserve it to remain a free society. I urge you to support this bill. Thank you,
Kay Ginsburg

Loretta DEWETTER

self/retired

EL PASO, TX

I support HB 6 by Cain

Pat Mollere, Mrs.

RWCK

Fulshear, TX

I support this HB6 and I want y'all to vote in favor of it. There was unconstitutional action taken in 2020 that must be corrected. Voting is our most precious civic right.

Mary Hancock

self

Katy, TX

I support HB 6. This past November while I was volunteering for candidates outside the polls, I observed on many occasions Democratic candidates and their workers violating the  'no campaigning safe zone' between the voters and the entry to the polls. They were asked and then reprimanded to stop; to no avail.
I observed  volunteers delivering Democrat candidate  promotional labeled food and beverages into the polling place.
Volunteers for Republican candidates got  stopped ; but we obeyed the rules . EVERYONE should either obey or be made to obey the rules.

Loretta DEWETTER

self/retired

EL PASO, TX

Printed on: April 9, 2021 11:06 AM

I support Bill HB 6 by Cain

Karen Scott

PHYSICIAN ASSISTANT SERVICES

Fulshear, TX

As a poll watcher on election day Nov 6, 2020 I witnessed many people attempting to vote who were not registered in the state of Texas. The election judge where I worked was very kind but persistent and fair that those people not registered were not given a regular ballot. Some insisted that they had registered and were given a provisional ballot.  I would like to see all our elections to be this fair.

Kathy Smith

Self

Katy, TX

I am in favor of this bill and what it does to preserve election integrity. I believe CITIZENS should be allowed the privilege of voting and that valid photo iD with should be a non.negotiable.

Alysa Jarvis

self

Missouri City, TX

Elections free of fraud are the foundation of a Republic. Any individual or group of individuals conspiring or participating in tampering with any of the election process is committing a heinous crime against all fellow citizens. Therefore, the harshest of penalties should apply to not only punish those involved but to prevent others from participating. We must protect our sacred Right to vote! Pass HB6!

Thomas Butcher

Self retired

Richmond, TX

Please vote for HB6. Let's keep our most important right honest!

Morgan Craven

Self, Health Policy Consultant

Austin, TX

I am writing to register my OPPOSITION to this bill which has the impact of suppressing rather than supporting citizens' RIGHT TO VOTE. The Legislature needs to seek ways to make it EASIER to vote rather than more difficult. Thank you for your attention to this important matter in support of our Democracy.

Jordan White, Dr.

Self/Physician

San Antonio, TX

I am in support of HB 6.  It is very important to enforce the election laws which have been passed in the state of Texas.  The public is losing confidence in elections and elected officials.  This is a threat to the values and freedom of the country.

Printed on: April 9, 2021 11:06 AM

Thank you,

Mark Westcott

Self

Richmond, TX

I support HB 6
While I do not believe voter fraud is a problem in Texas, I do believe that only eligible citizens of the US should vote.  I support HB 6 in Texas

Agatha Thibodeaux

Self

Katy, TX

I Agatha Thibodeaux, testify in support of HB6. I'll keep my testimony short and sweet, I am a naturalized United States Citizen. My parents fled the Communist county of Poland nearly 50 years ago. My parents are two of the proudest Americans I know and raised me to be the same. Our country and our way of life is envied by many around the world. We have our freedom because of our Constitution, the greatest document ever written,  and our free and fare elections. The only way to keep our country land of the free and home of the brave, is to have and uphold our constitution and the rule of law, especially when it comes to our elections. We need prevention of fraud, to keep elections fare but also  criminal penalties strong enough to inhibit and punish those that mean to defraud the American people from their vote. Thank you for your time.

Amber Williams

Student

Austin, TX

Hello,

My name is Amber Williams. I'm a student writing in support of House Bill 6.

While some people say that election reform is partisan, I disagree. I interviewed 40 students - both democrat and republican. I found that BOTH sides want something done to address this issue.

- Republican students believe there was widespread fraud.

-? Democrat students don't… but they're worried about the fact that republicans do.

- Neither side wants a repeat of the 2016 election, but flipped, with half the country refusing to accept the results.

- Both sides want action taken to restore the trust in our vote… the foundation of our democracy.

Please support this bill.

Amber Williams

Tricia Krenek, Mrs.

Self/Attorney

Fulshear, TX

Printed on: April 9, 2021 11:06 AM

My name is Tricia Krenek.  I am a resident of Fort Bend County and an attorney testifying as an individual before this committee. I am in favor of HB 6. This is not a Republican or Democrat issue—all voters should work towards the common goal of election integrity. Yet, sadly, we are in need of legislative action because the election process is being manipulated and subverted by some with less than honorable motives.  As a watcher at the Fort Bend early voting ballot board for the November 2020 cycle, I personally observed watchers from the Democratic Party violate election law. Specifically, the watcher would make specific notation of the name and VUID number of a rejected ballot on their notepad. The watcher would exit the immediate area were ballots were actively being tallied, taking their handwritten notes with them, and make a phone call relaying the information about the voter whose ballot had been rejected and the reason for the rejection. This phone call would take place in the hallway near the ballot board area. I asked another watcher why this information was being relayed via telephone. The watcher I asked shared that that if the voter was a Democrat voter, they would be contacted and assisted with correcting their Mail-in ballot at the Elections office. I reported the conduct of the watcher who left the room with their handwritten notes and made the phone calls to the election judges and the election personnel and cited the specific election law violated (which does not permit watchers to remove their notes from the ballot board area).  Upon notifying the election judges and election personnel of the infraction, election officials spoke with the watcher engaging in the conduct. I was not privy to what was said in that conversation. Ultimately, the watcher was not removed and their wrongful conduct continued unabated. I personally witnessed voters arrive at the office and be allowed to sign or otherwise correct their ballot and then the ballot was tallied as amended. The proposed legislation proffered in Sections 3.02 and 3.03 of HB 6 would allow the removal of watchers who violate election law. Additionally, HB 6 would provide for enforceable penalties to those  who would actively seek to manipulate and violate the election process. All Texans have a right to free, fair and legal election process where the purity of the ballot box is safeguarded. HB 6 furthers that objective. Do not fall for the unsubstantiated claims of voter disenfranchisement. I submit that a failure to enact measures that secure and protect all voters and their votes will result in disenfranchisement and destroy the sanctity of the ballot box. Thank you for your boldness to stand for all voters and enact meaningful election law reforms.

Karen Haymond

Self

Dripping Springs, TX

We need fair and honest elections. One vote, with ID, and no mail in ballots unless provisional.  Covid or no Covid, no mail on ballots or extraordinarily long early voting. Also, ballot counting MUST be monitored by both parties.

Mary Jo Dvorak

self- retired

Richmond, TX

Although I have never personally witnessed voter fraud, I believe that fair elections are a necessary, vital component of our political system.   I support HB6.

Randy Guffey, Mr.

Self, Teacher

Meadowlakes, TX

A very important bill which will help insure that my vote, and those of all eligible Texans will count!

Betty Tomei

Womens Republican Club of Katy, TX

Richmond, TX

We just attended a meeting with Col Allen West as speaker.  We support this Bill against Election Fraud.  We support our US Constitution for Fair Elections.

Printed on: April 9, 2021 11:06 AM

Tracey Carroll

myself

Port Aransas, TX


Support


Dale Gant

Gant Family LLC

Krum, TX


The integrity of our elections is paramount to the survival of our nation.  Otherwise we decline to the level of many third world countries where the results of elections is a foregone conclusion before a vote is cast.  Voter ID is a must to ensure our elections are fair and honest.


Diana Vazquez Greenwood

Self

Katy, TX


It is incredible to me that this Bill relating to voter integrity has had to be created.   We absolutely must preserve purity of the ballot box and prevent election fraud, which includes doing away with mail-in votes.  (Not absentee voting).  Increase criminal penalties and offenses to the maximum in order to protect the integrity of our American voting integrity!  Make it happen!!!


Respectfully,
Diana V. Greenwood


Mary Mann

Republican women's Club of Katy

Katy, TX


I support  HB 6 to preserve the purity of the ballot box.
People who sign for others, vote for others, those paid to get unregistered to vote etc. need to pay for their criminal acts.


Sherril BeMent

self

Richmond, TX


Congressmen - I was on the ballot board in Fort Bend County, verifying mail in and overseas ballots for the Nov 2020 election. While I believe all of us who worked there did our best to truly verify that the ballots were legitimate, 3 things concern me greatly.  1. At the polling places, thumb drives were used to record how voters cast their votes.  The chain of custody of those drives could easily be compromised, bc they are small enough to be exchanged in someone's hand.  2. I witnessed counting going on in the room where we were verifying and I would see several thumb drives on top of a counting machine.  They could easily be exchanged there as well. 3. Also, I learned that they are not stored with the ballots they represent - they are, as I was told, kept in an election office and reused.  So, the very thing used to count the votes was erased and used for another election.  I urge you to pass HB 6 - every vote should be a legal vote from a legal citizen, cast with confidence that it will be properly counted.  Thank you, Sherril BeMent


Kirk Christian, Mr.

Self


Printed on: April 9, 2021 11:06 AM

Makes too much sense?  ID has to be used every where, why wouldn't we need it to vote.  There was fraud in the last election, even if must deny it!

Voting needs to remain "easy to vote and hard to cheat" in Texas! The House Elections Committee will hear public testimony on House Bill 6, The Election Integrity Protection Act of 2021, on Thursday April 1. And citizens can now submit an electronic public comment!
Electronic Public Comment is a great way to express your support of election integrity and your comment will go in the official record of the committee. Click here to submit a public comment for House Bill 6.

So, do it...

Encourage in-person voting, which is more secure
Prohibit public officials from distributing unrequested vote-by-mail applications
Ban ballot harvesting
Increase poll watcher access (improved transparency)
This is a commendable start by the House, and can further be improved upon by:

Requiring voter identification for mail-in and absentee ballots
Routine verification of voter rolls and new registrations

cherie' king

Self

Haltom City, TX

This bill is out-and -out voter suppression. How does reducing voting hours, or reducing early voting days help ensure election integrity? It doesn't. It only serves to make it harder to vote.

joyce stemmer

self

Richmond, TX

I strongly support HB 6!

Elisabeth Thomas

Self/Museum educator

Fort Worth, TX

This bill and others like it only contribute to voter suppression especially for communities of color and people with disabilities. It is a thinly veiled attempt, under the guise of voter protection, to actually make it harder for citizens to vote.

Julie Rockaway

Citizen SAHM

Euless, TX

Shame on anyone supporting this bill.  Cheaters never win.  If you think the only way you can win is by suppressing the vote, then perhaps it's time you reevaluate your platform. This bill does nothing but suppress voters and their rights.how can it be easier to obtain a gun in this state than it is to vote? As a city, county, state and country we should want everyone to show up to vote.  Voting is a right afforded to all citizens, stop trying to take it away

Printed on: April 9, 2021 11:06 AM

Carolyn Dunkin

Self

Laguna Vista, TX

I support HB 6.  All voters should  be assured that the vote they cast is credited to the candidate of their choice, that it is secured and accounted for accurately from beginning to end and that any equipment used is thoroughly free from hacking/manipulation. Voters should be required to provide a picture ID for mail and in person voting.   I have worked as an Alternate Judge in Cameron County. During the 2020 training for that position the group was told that no one should be allowed in who is wearing even a plain red cap or a Cardinals cap.   I knew that went beyond the official guidance to not wear insignia, emblems relating to a candidate and want judges and poll watchers be sure no one is expelled for reasons beyond the intent of the penal code.  I believe we need more stringent controls on cleaning up the voter rolls.  Whatever HB6 will do to provide faith in the system is sorely needed.  Pass HB6.

Deborah Vatalaro

Self

Wimberley, TX

It is already a crime to commit voter fraud. This bill appears to be nothing more than political theater. Texas has more pressing needs at this time. Thank you.

Clayton Stromberger, Mr.

Self

Austin, TX

I'm a native Texan and I find this bill outrageous.  Why are we making it harder for people to vote instead of easier?  The last election was one of the best-run and fairest in American history.  The specter of "fraud" and a desire for "purity" is a smokescreen for a partisan attack on voting rights.  Please vote down this un-American nonsense.

Rachel Jackson

Self

Austin, TX

This is outrageous and an out and out attempt to suppress the vote in the state of Texas. I thought that Texas stood for things like small government and fiscal responsibility, but this bill puts the government between people and the ballot box and financially burdens local government. The elderly and disabled already have a hard enough time accessing their voting rights without more cumbersome and unnecessary requirements.

Gabrielle Cruz

Jolt Action

Houston, TX

My name is Gabrielle Cruz I'm from Harris County and  I'm representing Jolt Action and our young LatinX members across Texas.  I'm against HB6

 I am here today to ask that you do not move forward with HB6. This bill would set back Texas voting rights and it contradicts one of our most dearly held beliefs, that elections should be free and fair. Through my work I've witnessed the repercussions of

harsh voter laws. HB 6 continue the intimidation of citizens from voting. In 2020 we saw an increase in voters which, should make all of us in this room proud and excited that Texans are exercising their constitutionally protected right to vote. Yet HB6 and the partisan antics behind it seeks to diminish and criminalize civic engagement.

Today I ask the committee to please ask themselves whether or not this voter suppression bill fits into our values as Americans. Our greatest American liberty is the right to vote and to freely and fairly choose who represents us. Isn't that how each of you were elected? By citizens who voted for each of you? President Reagan once said " for this nation to remain true to its principles, we cannot allow any Americans vote to be denied, diluted, or defiled" HB6 does just that, it denies people, especially people of color, the right to vote. It dilutes our electoral system and trust in our democracy, and it defiles Texas.

Patricia Zavala

Jolt

Austin, TX

Sections 3.01 and 3.02 prohibit election judges from removing poll watchers or requiring watchers to leave the polling place for any reason other than election fraud. These provisions allow poll watchers to disrupt voting, physically impede, frighten or drive off voters and still be allowed to remain in the polling place. The only effect of allowing poll watchers to roam around, stand near voters, and even disrupt the activities inside a polling place is to make voters uncomfortable and less likely to remain in the polling place and vote.

Section 3.03 explains these new poll watcher provisions with
notorious language about
preserving "the purity of the ballot box." Historically, calls to maintain "the purity of the ballot box" were used to justify excluding individuals from the electorate on the basis that the individuals were morally impure, prone to committing fraud, likely to
infect the election process and thus appropriately denied the right to vote. Latinos in Texas have found themselves targeted by ballot purity policies. Phrases like "the purity of the ballot box," reveal legislative intent to exclude minority and disfavored populations from voting, and ballot "purity" policies have no place in modern election laws.

Section 3.03 also provides that poll watchers should be able to "sit or stand near enough to see and hear the activity" they are observing. Section 3.03 effectively removes the requirement that watchers maintain their distance from voters who are marking their ballots. This will open the door to vigilante activity and voter intimidation inside the polling place

Sections 4.03 and 4.05 criminalize paying an hourly fee to campaign workers to help mail voters
complete their ballots and put the ballots in the mail. The Election Code formerly only criminalized performance or quota-based payments. Now an organization or campaign cannot pay workers even an hourly fee to assist home-bound, elderly or other mail voters. Sections 4.03 and 4.05 further restrict outreach and assistance to voters who are eligible to vote by mail and requires this type of assistance to be provided by family members and volunteers, if at all.

Section 5.05 criminalizes public officials inviting voters to apply for mail ballots or distributing mail ballot applications. This provision prevents election officials from responding to a pandemic or other public emergency by inviting voters to apply for mail ballots as an alternative for voting in person. It limits the ways in which election officials can safely conduct an election during an emergency.

Section 5.05 also prohibits a public official from changing or
suspending election practices.This provision prevents election officials from responding to a pandemic or other public emergency by extending early voting days or expanding methods of voting (such as holding drive thru voting). It limits the ways in which election officials can safely

Keyli Sandoval, Community Outreach Specialist

Jolt Action

South Houston, TX

Printed on: April 9, 2021 11:06 AM

Good afternoon committee members. My name is Keyli Sandoval and I am speaking against HB 6 on behalf of Jolt Action and my community.

I've spent the past couple of years on the ground mobilizing young brown voters in southeast Houston and Pasadena. Many of them registered and voted for the very first time in 2020. They were proud to have been a part of this process and the historic turnout. A turnout that was possible thanks to Harris county officials that made voting accessible to all.

Texas lawmakers could replicate what Harris county achieved on a larger scale by implementing an automatic voter registration system and getting rid of other barriers that dilute the voting power of Texans.

Instead, we are pushing the narrative that Texans cannot be trusted with their right to vote and finding new ways to criminalize those who want to facilitate the process. Although this hyper partisan bill has been framed as an election integrity effort, we at Jolt recognize that this bill is designed to keep young, disabled, black and brown voters away from the voting booth.

Today, I urge you all to not move forward with HB6 and to focus on the real needs of the people in the state of TX. The pandemic and winter storm have left many of us in need of your leadership.

Dale Barnes

Voter

Houston, TX

Stop suppressing the vote. No evidence of voter fraud!

Marlene Plua

Jolt Action

Lago Vista, TX

Good afternoon, my name is Marlene Guerrero Plua and I am here in representation of Jolt Action, myself and my son.

I am here before you today because I have the right to be here, I have the right for my voice to be heard, to be taken into full consideration and account.

I am here before you because over the course of history, thousands of brown, black, indigenous people have been the advocates and the protectors of our fundamental right- our vote- the fabric of our nation. Yet, Texas lawmakers continuously want to deny our right to vote by filing bills such HB6, bills that impose voter participation barriers.

I am here before you because I could not bear to stay at home, silent, while my fundamental right is under threat. That is no example for my son, a future voter. I stand here-as a first generation brown woman, the first in my family to vote- to oppose HB6, an anti-voter suppression bill. A bill that attacks communities of color, youth, the elderly and the disabled by stripping the accessibility of our participation in democracy.

Printed on: April 9, 2021 11:06 AM

Have Texans not been wounded enough? Have our communities not suffered enough through the pandemic? And now, Texas lawmakers want to limit voter participation by making it harder for voters to do mail-in ballots and criminalize eligible voters or election workers for making simple mistakes in voter applications.  According to the Texas Chapter-National Association of Social Workers, Texas is home to 5.2 million baby boomers who will all be at least 65 years of age by 2030. Rather than limiting voter access or placing voter intimation practices that will deter voters from their voting privilege, such as our elderly population, lawmakers need to guarantee voting rights for all Texan eligible voters, such as providing more resources to the already under-resourced election departments or offer more translation services for English-limited voters. What this bill does is take Texas back to the era of Jim Crow.

Your duty, as lawmakers, is to us, the people. It is your duty to ensure that every Texan has the accessibility and opportunity to have their voices heard at the ballot boxes. The constitution states that no one should be denied the right to vote because of their race, disability or color. When you were elected to office, you made an oath to uphold the foundation of America, to go against this is to go against your own oath to democracy and the people that you were elected to represent; to serve.

I, Victor Plua, am here before you, not to implore, but to simply ask do you believe in democracy? I know that I do and as a future voter I demand that Texas lawmakers oppose this bill.

Norma Arratia Armendariz

Self

Dallas, TX

I am writing to oppose HB6 and any attempts at voter suppression during this legislative session. This bill would make voting harder for everyone, but especially disabled and disadvantaged voters. As a bilingual poll clerk in Dallas County, I helped many voters with limited-English proficiency, to understand not only the wording in the ballot, but also the system we have for voting. I also saw voters who needed language assistance bring their own interpreter. Under HB6 a poll watcher who decides my assistance looks suspicious, for the simple fact that the poll watcher does not understand Spanish, would be able to accuse me, or the interpreter the voter brings, of a criminal offense. He or she would have the power to intimidate voters and election officials. It would also increase unnecessary costs for taxpayers with the paperwork an assistant would have to fill out and turn in to the election clerk.
Additionally, this bill imposes exaggerated negative consequences for election judges and clerks for what could be a simple and honest mistake. It will increase election costs for counties and make it almost impossible to recruit election judges and clerks. HB 6 would create more problems than it solves and the author has not even presented facts that prove such changes are needed. Additionally, it's important to remember: ensuring our elections are secure should not impede the casting of legal votes. There must be a balance between these two ideas – and as our elected officials, you must be committed to holding that balance.

Timothy Billue

Convention of States Action

Killeen, TX

We must ensure all legal votes count by ensuring that no illegal votes are counted. Please pass this bill to make our elections fair to "We the People" the legal American citizens.

Diana Stubblefield

Self

Plano, TX

We must have integrity in our voting.  Must have voter ID and must be a citizen.

Lauren Heese
Printed on: April 9, 2021 11:06 AM

self

Katy, TX

I strongly SUPPORT this bill. Election integrity should be of the utmost importance. You will hear testimony of disenfranchisement. Do you know what disenfranchises voters, when law-abiding American citizens have their votes cancelled out by those who use fraudulent IDs, lie about their residency, and may not even be legal residents? It is not disenfranchisement to go down to the DMV for a free ID or to have to prove your residency when voting in an election. As an election clerk and an alternate judge, I have seen that there is a huge potential for fraud and it was deeply disturbing that Harris County election administrator tried to write election law this past year by mailing out absentee ballots to everyone. Texans need to be able to trust their election system. We should not have to sit idly by and watch while leaders are installed, and not elected through legal, fair, verifiable elections. Please support this numerous common sense election reforms in this bill so that we can have fair elections in Texas!

Kathryn Williams

Self retired

Austin, TX

As a former election clerk and Voter Assistance Hotline worker, I am appalled at the provisions still left in this bill. (as of 6 p.m. 4/1 including the committee's statements of intentions to amend.) 1. The polls I've worked at are never big enough to fit in all the people, tables, voting machines extra equipment and queues of people waiting for various checks, provisional ballot work. Even one poll watcher would be a tight squeeze. 2. Voters of all stripes are easily intimidated, just by the regular processes, and machines they don't understand, especially if there are non-English speakers or have disabilities. 3. Vision and language barriers are not the only conditions for which voters need assistance. Mobility issues and other physical disabilities might require help physically voting, even pressing touch screens. This might be misinterpreted by an untrained poll watcher, who could video that voter. That's a horrifying invasion of privacy. There appears to be no chain of evidence rules for the video or requirements for protection of the video from hackers. 4. This bill provides no sanctions for partisan poll watchers for violating election laws. It gives no protection for election workers, voters or their assisters, accused by poll watchers of crimes. 5.Those who assist voters already must sign on the same sheet as the voter, with identifying information. That's a legal document, subject to perjury laws Why create a separate registration? 6. All of the measures of this bill that pertain to in-person voting will make lines longer and intimidate voters as well as election workers. Tempers will rise. Election workers can work up to 14 straight hours and are bound to make mistakes. And if they have a mistaken idea of the correct process, they likely will make it over and over. 7. Vote by mail is the best and easiest way to vote and this bill does nothing to make that process simpler and thus, more accurate. I have never worked with a voter that attempted to violate election rules and laws. I have only met voters who made mistakes and were nervous to the point of tears that they would do something wrong, mess up the machines, cast the wrong vote. I worked with elections, judges from both parties, and NEVER saw an unethical, let alone illegal act. The implicit message seems to be that people who have difficulties understanding the voting process shouldn't vote. HB 6 assumes bad faith on the part of voters, assisters and election workers. The bill is punitive rather than provide creative solutions for fair, free, safe, accurate and convenient election processes.

Sherald Davis, Mrs

Citizen

Plano, TX

Please vote against this unfair bill.

Ruth York

Tea Party Patriots of Eastland County; Texas Family Defense Committee; Self (Direct Sales)

Cisco, TX

I am Ruth York, testifying for Tea Party Patriots of Eastland County; Texas Family Defense Committee; and myself, ON HB 6.

Printed on: April 9, 2021 11:06 AM

We like many things about this election integrity bill, but have a serious concern in that the Secretary of State seems to be given authority to alter or suspend laws in some circumstances. That is too much power in the hands of one individual. Also,

Bear in mind the Secretary is appointed by the Governor. It is quite possible some bias due to gratitude or fear could sway decisions of the Secretary of State to favor the Governor's pleasure. We believe that also puts an unacceptable level of power in the Governor's hands.

Therefore, in Sec. 276.018, please end the paragraph thus: ". . .(a)  A public official may not knowingly issue an order altering or suspending an election standard, practice, or procedure mandated by law or rule." Completely eliminate (b) and (c).

Thank you for working to safeguard elections.

Janie Brittain

Dallas Eagle Forum

Garland, TX

Elections have been stolen for years in Texas.  Millions of Texans no longer trust the election process.

Electronic Fraud:  There is undeniable proof of election tampering in Dallas County, including electronic vote tampering. Electronic election fraud is the most corrupt aspect of election fraud.  It must be addressed and stopped!  We must return to paper ballots, and outlaw internet connection for all voting systems.  Tabulation must be based only on the paper hand count (double-verified, certified by a supervisor with commissioned observers present, and mandatory state audits, all under severe penalties for fraud) - no tabulation on computers except for real-time audit, ballot reconciliation, detection of fraud, dead voters, duplicate or repetitive voting, ineligible, or unregistered voters

We demand stronger statewide oversight, fraud reporting, training, and standards for all officers, observers, poll workers, or volunteers involved in elections.  We must have real-time transparency of all voters and audits, increased security and preservation of records, deterrents, and reduced opportunity for fraud; severe penalties for violators, and more prosecutions.  Only lawful Texas resident citizens with current picture state ID should participate in any aspect of our elections.  We demand 100% transparency and auditability of:  ballots, records, systems, logs, hardware, and software, to include contractors, all persons at polling stations, service providers, and manufacturers; no judicial or executive waivers ever, including SOS!

100% Transparency and Auditability:  Real-time accountability for open audit of voting records, and active security deterrents with much higher penalties for voter fraud, and the highest mandatory penalty for election fraud (over 20 ballots).  Increase ID standards; instant fraud detection; real-time reporting of dead, duplicate or ineligible voters.

Early & Absentee Voting:  Early voting must be eliminated or limited to no more than 2 days.  End the gap between early voting and Election Day or early release of data; Sunday and Monday before an election day only.  Voting Absentee should only be allowed for:  (A) in-state residents with a severe physical disability, verified by a doctor within 90 days, and identity-checked by a notary, and (B) Texas resident active duty or activated military reserves outside the State on Election Day.  Allowing anyone to vote absentee has opened the door to blatant and rampant fraud.

Federal & Tech Restraints:  We demand a resolution that provides severe criminal penalties, fines, arrest, or expulsion for any non-resident, to include any federal agency or social media entity that advocates for or attempts: voter registration, vote-by-mail, application distribution, prison registration, ballot distribution, prison registration, ballot distribution or harvesting, computer intrusion, foreign or external intervention.   We DEMAND that federal overreach into Texas elections is stopped.

Jacqueline Bussey

Self

Flower Mound, TX

Our elections need to be secure. This previous election has brought many flaws to the forefront and Texans will not have it. The laws are very clear and the fact that we even need to present such a bill is atrocious. It proves the failure of all government

Printed on: April 9, 2021 11:06 AM

entities. They have failed the people of Texas. And the rest of America. By allowing a stolen election every single person working for the government whether local or federal is a failure. The people have taken note. Texas should be leading in vote protection. Instead they are allowing people directly affiliated with these horrible voting machine companies to hold election positions (cough Tarrant County) and we the people aren't blind. The people have a RIGHT to be heard. And I assure you the people will be heard. Come hell or high water. Consider all government officials on notice. You're reign is almost up.
Fix our elections. Immediately.

Erika White

Self/office manager

San Antonio, TX

I support HB 6 because I believe only legal votes should be counted.

Gaylyn DeVine

Tri County Republican Women

Pearland, TX

Election Integrity is so important to the overall faith in any election and one would think everyone would want this.  I have served as an election clerk and know the importance of making sure every vote counts and every voice is heard.  Clear penalties for those who seek to undermine our elections is the only way to deter those who violate everyone's right to vote. HB6 creates layers of checks and balances to insure a fair election process for everyone who steps us to serve Texans.

Lori Joiner

self

Katy, TX

I voted in Katy, TX. The process was very smooth. We all lined up and were socially distanced, each showed our ID, was told what booth to walk to actually vote. I then took my ballot to a ballot box and inserted it while two people monitoring the box watched. I got my "I voted sticker" and left. This is the type of voting I am supporting. NOT unsolicited mail-in votes. I want registered voters showing a proper ID to vote. American citizens in good standing (not prisoners) should vote. Please please keep our elections fair, smooth, and just!

Lois Vogelsang

Sweetgrass Republican club

Richmond, TX

I support HB6. We must have voter integrity to keep our state and country free from socialism.
Violators of voting laws must be held accountable.

Sylvia Cortez

Self, Federal employee

Austin, TX

I oppose HB 6. It is already extremely difficult to vote in TX. I also feel that the laws in consideration would be discriminatory to younger voters and would disenfranchise those who must work for a living, who are our essential workers during this pandemic. And it would criminalize procedural errors, which are unintentional and even happened during one of the committee meetings.

Jeannie Z

Printed on: April 9, 2021 11:06 AM

Self

Katy, TX

I am proud to say I am a Texan for all my life. I exercise and am proud to vote in our elections as a REGISTERED VOTER with the proper ID shown to prove it as anybody being allowed to vote should do.  People who vote should be legal citizens ready, willing and able to follow the Constitution.

Vera Tallmadge

Self retired/unemployed

Austin, TX

Please do not pass this highly suppressive bill for Texas voters. We have suffered so much with this winter storm of 2021, and we need more access, ease, and help with voting rather than more suppressive, difficult, and hardship-creating measures. Despite pro-voter measures—and COVID-19 safety precautions—taken by Texas election officials in 2020 to carry out the safest, most secure election in state history, this bill would outlaw the very measures that made this success possible. In 2020, "Texas had an election that was smooth and secure," said Republican-appointed Director of Elections Keith Ingram of the Secretary of State's office. The 2020 election was safe and secure, but this and other voter suppression bills serve to perpetuate the lie that voter fraud is an issue in Texas.

This HB 6 bill is a dangerous attack on our democracy. Please don't do this to us. Please protect the voters' rights all Texans have and which should never be abridged.

Ryan Malone

Self

AUSTIN, TX

I AM VEHEMENTLY OPPOSED TO THIS BILL. This is a voter suppression bill, pure and simple. Why would we ever want to make it more difficult for people to cast a vote in this state when we already have such low voter turnout?

Aaron Gonzales

JOLT

Austin, TX

I strongly voice my opposition to this bill. I argue this not only hurts underrepresented groups and denies them a constitutional right but also reduces civic participation which in turn weakens social cohesion, economic strength, and faith in our democracy. This bill will hurt every Texan regardless of political affiliation and I urge you to to vote NO.

Dionna Hardin

Self

Dallas, TX

My name is Dionna La'Fay, and I am an active community member residing in Dallas County. I am writing today in opposition of HB 6, which has the potential to penalize trivial mistakes made by well intentioned voters. It was my desire to share my testimony in person since virtual testimony has not been allowed, but I was forced to change my mind after finding out that masks were not being enforced at the Capitol. As an African American, my community has been most impacted by voter suppression laws, the criminal justice system, and complications due to the rampant spread of the virus. I believe that passage of this bill will further deepen the divide that exists between ethnic groups and embolden members of our legislature that wish to silence young folks and people of color.

Printed on: April 9, 2021 11:06 AM

Carol Biggs

Self - retired

College Station, TX

We know that you, our Texas representatives, could never be swayed by illogical or false information or statistics regarding election integrity, or otherwise you would have asked for recounts in your own elections.  Therefore it is truly baffling that you believe that your Texas constituents  would believe the false narrative that fraud is prevalent in our state elections. It is an insult to us that you are creating a solution to a non-existent problem, with your House Bill 6, which will disenfranchise voters from both parties and cost taxpayers millions to defend in courts.  Please withdraw this ridiculous bill.

john Murphy, Mr.

self voter

AUSTIN, TX

By any rational analysis at best this bill purposes to solve a problem that doesn't exist- our state suffers from low voter participation. As has been the case of bills of similar design in other states the results of this bill if passed would disproportionately disenfranchise voters of color and young voters which raises serious questions of the intentions of bill's authors and sponsors on whose actions History will judge harshly. I fervently urge you all to vote NO and restore dignity to the increasingly sullied reputation of our great State.

Deborah Boss

Sweetgrass Republican Club.

Richmond, TX

I support HB 6 Close the boarder NOW.

Hannah Perez

Self, hairdresser

Austin, TX

I am strongly against this bill which would make it harder for those who do not speak English as a first language or at all, or those who have disabilities from being able to vote.  This is blatant discrimination and voter suppression.  Furthermore poll watchers should not be given more power expected to serve without any bias (which is exactly what this is but isn't stating), therein discouraging poll worker volunteering for fear of penalties and criminal offenses over simple small issues from the domineering of poll watchers.   This actively works to make it harder for some to vote and discourages volunteers of the voting process which is not constitutional.  Again, I am strongly against this bill.

greg boss

sweetgrass republican club

Richmond, TX

I support HB6.  Cowboy up, Governor. Close the border!

Teresa Martinez

Self, state employee

Austin, TX

Printed on: April 9, 2021 11:06 AM

I'm writing in opposition to HB 6. I believe it discourages voter participation from people who have disabilities or those who speak a language other than English. The bill also gives partisan poll watchers too much power when they are unnecessary and often a nuisance.

AFL-CIO said it well, "Voter fraud in Texas is practically non-existent, except as a smokescreen hiding harm to eligible voters, threats of prosecution of pro-democracy voter turnout programs and a license for the attorney general to intimidate voters by threatening criminal charges."

Please vote no on this voter suppression bill.

Elizabeth Andre

Self-Human Resources

Austin, TX

I am asking that voting be as accessible as possible. We need to make voting easier for people, not harder. Voting is a right not a privilege and should be treated as such. By saying "the purity of the ballot box," it sounds to me that you are trying to keep black and brown people from voting. There is such a small incidence of fraud by individuals voting and pushes to minimize fraud disenfranchise voters. It's important to have a solid voting plan, but it's been reported this 2020 election was the most secure yet. Already, Texas is one of the most difficult states to vote in and any more steps would make it damn near impossible for some. I'm begging you to open up voting more (more mail in ballot eligibility, longer voting hours etc).

This bill is upsetting but not shocking. I've grown accustomed to not having my voice heard. But know for sure I'll do whatever I can to mobilize my community-especially if this passes.

Heather Bland-Ho

Texas Democratic Party  & self

Austin, TX

"Just as important as how we vote is THAT we vote.  Every time we vote we make America stronger."    Ronald Reagan, 1986.

Today, I feel my right to vote is being endangered and I am asking for your help.  I'm here to speak up for all of our rights- it doesn't matter if we are Republican or Democrat- a threat to our voting rights is a threat to us all.  I don't want anyone's right to vote trampled on, I don't care who you vote for.

In 2020, I was a volunteer with the Texas Democrats' Voter Assistance Hotline and talked to dozens of Texas voters who had questions about the voting process or encountered issues as they tried to vote.

One of the most startling things I noticed was the fear that some voters (usually older voters) expressed about signature matching. Because of vague threats swirling around in the (conservative) media, some were worried that because their handwriting had deteriorated or changed (due to age or illness), their ballot would be thrown out, or WORSE, they could be prosecuted for doing something wrong, even though they hadn't.  I found it disturbing to be witness to that kind of fear around voting- it almost felt like intimidation.  Voting should be solemn and reverent… but never fear-inducing.

Without a doubt, most of the calls I answered were about Voting By Mail, particularly from people without access to a computer (usually elderly voters in rural areas) who needed an application sent to them.  As a volunteer, I was able to easily request an application to be mailed to a voter who otherwise would not have known where to find one.

Another situation I ran into often was that voters assumed that if they had voted by mail the previous year or were 65 or older, they would automatically receive a VBM application.  They were waiting and waiting for something to come; I was usually the first person to tell them that they must make the request every year.  HB 6 and SB 7 would make it illegal for counties to send out vote by mail applications (even to senior citizens!) and make it harder for other organizations to fill that gap.

Printed on: April 9, 2021 11:06 AM

I support free, fair and legitimate elections.  I want voting to be secure.  But HB 6 and SB 7 are dangerous assaults on our voting rights- they are fake solutions in search of a non-existent problem.

And I will not be deprived of this fundamental birthright of my democracy, our democracy, because of A LIE.  Because a small group of powerful and unhappy people did not like the result of the election.

I expect my lawmakers to know the difference and to work to support and expand our democracy, not make it more difficult for honest citizens, like me and like many Texans over 65 who would prefer to vote by mail, to exercise our right to vote.

VOTE NO ON HB 6 AND SB 7!  Thank you.

Alice John, Mrs.

Self

McKinney, TX

I support HB 6 and similar bills that will strengthen election integrity and ensure validity of each citizens vote.

Doug McFarland, Mr.

Self

Magnolia, TX

Please add requiring voter identification for mail-in and absentee ballots as well as routine
verification of voter rolls and new registrations.
Thank you.

Dee Owens

Self

Tool, TX

I support House Bill 6. I am the silent majority. Thank you

Chuck Wharton

Self, Real Estate Appraiser/Property Tax Purposes

Richmond, TX

I support increased penalties for violation of election laws, to preserve integrity and purity of our elections.

David Vrshek

Self-retired

Richmond, TX

I support HB 6.

It has reasonable security requirements while providing enough opportunity for everyone eligible vote to vote.

We need reasonable voting times-not 24 hour voting!  24 hour voting would require extra staff and the work load on election officials would be unbearable.

Printed on: April 9, 2021 11:06 AM

Drive through voting is unnecessary.  We already have provisions for taking voting machines out to individuals who are not able to walk or get pushed in a wheel chair into the polling location.  I can see someone driving up to the voting area without a driver's license and request to be allowed to vote using the RID process.

I have seen and reported election fraud by someone using the RID process.

As an election clerk in 2016 I saw voter fraud.  On Tuesday, Election Day, at about 5:30 PM a voter handed me his driver's license and the system said the gentleman had already voted.  I turned him over to the election judge who explained how he could rectify the situation.  He chose not to do anything.  I followed up with our county Election Administrator on Wednesday and the county EA told me that someone had voted in this gentleman's name using the RID process on the second day of early voting.  Either the gentleman was cheating or he was cheated out of his vote.

The RID process should allow those who claim they don't have a valid ID to vote provisional instead of being allowed to cast a real ballot.

David Vrshek
1006 Cleistes Ln
Richmond, Tx 77469
Fort Bend County Precinct 1001

Farley Roberts, Mrs

Self

El Paso, TX

Texas needs to lead the way to support election integrity. We need to make sure every legal vote counts. Our voter rolls need to be verified as accurate and keep voter ID.

Paula Preston

Self/real estate investor

Austin, TX

Expand mail-in balloting; don't blame people for not wanting to stand in long lines especially during Covid. Some people have to work. You are humiliating Texas in the eyes of the world for disenfranchising People of Color. For God's sake, an election official died from Covid because y'all made it so difficult to vote by mail! Aren't you haunted by her needless death?

If you care about fraud, why is GOP operative Leslie McCrae Dowless, who has been indicted on charges of perjury, obstruction of justice, solicitation to commit perjury, conspiracy to obstruct justice and possession of absentee ballots related to the 2018 midterm election,  not in jail? Is this gaslighting: accuse others of what you do? That's a Hitler move. Honor LBJ: enforce the Voting Rights Act, don't dismantle it. End minority rule.  If you can't win legitimately, change your policies.

Kimberly Feldbauer

Self, urban planner

Austin, TX

Please dismiss this bill as it infringes on voter accessibility and is racist, classist, and inhibits the will of the people.

Paul Hodson

Grassroots Gold

Burleson, TX

Printed on: April 9, 2021 11:06 AM

Good morning Mr. Chairman and committee members. My name is Paul Hodson and I live in Burleson. I am the co-founder of Grassroots Gold, and I'm here today representing Grassroots Gold and myself.

I am testifying for House Bill 6.

Thank you Chairman Cain and the members of the committee for holding today's hearing.

Thank you Chairman Cain for bringing this legislation forward for debate and discussion.

Most important, a big thank you to those patriotic Texans who have waited patiently through today's preliminaries. They are the main event!

The first time I was eligible to vote was in 1978 in California, the Proposition 13 election (historic legislation freezing property valuations and tax rates).

I've voted in every election since.

In 2010 I volunteered to serve as an Election Judge in Johnson County, and am still doing so. Of all my political activity, I consider that my most important.

As an Election Judge, I welcome and encourage stronger criminal penalties if we violate a voter's rights. We take our responsibility seriously.

The notion of Election Integrity is truly restoring, maintaining and preserving confidence in our election process.

But that is really just the foundation; confidence in our election process should be a given in our state and nation.

You (state legislators) have the opportunity to do even more than that; our election process should inspire ordinary citizens, like me, to be actively engaged in our civic liberties. Confidence in our elections motivates citizens to act, to participate, to fulfill the founders' challenge for us to be a nation ruled by "the consent of the governed."

One election day in Johnson County, an elderly gentleman entered our polling location and approached me, the judge. He asked for the form needed to remove his wife from the election rolls, as she had just passed the last week. He presented her death certificate. This grieving patriot had already voted in the municipal election held the same day – he was fulfilling his civic duty, twice, had the presence of mind to initiate cleaning up the voter rolls, the same week he was laying his wife to rest.

Why? Why invest that much for just one vote?

Because elections matter, and this gentleman understood the value of our vote, its preciousness.

And we don't care what corporate America thinks!

Texas is a great state, in a great nation. This is your opportunity to lead, to inspire not just Texans, but the entire country. Work with each other to pass legislation like HB6 to ensure every qualified voter is able to vote, and that his or her vote is counted fairly.

Every Election Day is an opportunity for a Liberty superspreader event!

It's time to Make Election Day Great Again.

Thank you for your time. I'll be happy to entertain any questions.

God bless you all, and God bless Texas.

Frank Netscher

Printed on: April 9, 2021 11:06 AM

Self - Public Employee

AUSTIN, TX

This bill is a clear attempt to use conspiracy theories and false information to disenfranchise Texans citizens.  Why are you so scared of Texans voting? Democracy is an intrinsic right to all Texan citizens. This state is already the most difficult to vote in in the US.  Do not take away our rights.

kathy jones-hospod

self. Engineer

Cedar Park, TX

I am opposed to HB6 and SB7.  These bills are based on gossip, disinformation, intimidating and burdening voters - especially minorities, elderly, disabled and young people.  As a Texan, I want to see everyone vote.  Even if they have opposing political views to mine.  That's democracy and what my father fought for in Korea and Vietnam.  Any member of our legislature should be required to back their statements with data, and not allowed to spread voter disinformation.  Texas needs to get current.  I have gotten banking and credit card information via USPS for decades. I safely bank remotely as many of my accounts are not in Texas.  For generations, expats and military have successfully voted by mail.  The data backs allowing no excuse vbm. It makes no sense not to allow every single Texan the ability to vbm and to use USPS or drop off boxes.  Oppressing populations of Texans from voting is outright Un-American and does not align with our Texas values.  I also do not want anyone video'ing me at the polls.  I'm old school and have voted in curtailed off booths in previous times.  The lack of privacy I already see is alarming, then allowing untrained volunteers planted at polls by candidates the legal ability to video is shocking.  Let's spend our time on real Texas issues and not chase the big lie elephant.  It's harmful to Texans and opposite your oath of office. Instead pass bills that prevent a Texas AG from intimidating election officials and counties.  That would be based on actual events and data.

My guess is more people checked the disability box on voting via mail, because they now realize they are eligible.  I just heard a gentleman announce a lot of bad assumptions about the increase of mail in voting that is not based on fact.  He was also creepy about his announcements of what sounded like stalking behavior.  Why didn't a member of our legislature call him out on that?

Stay strong, and back Texans by voting NO to this bill.  We deserve a legislature that stands for all Texans right to vote.  Every vote matters and every Texan matters.

James Grenadier, Mr

self

Austin, TX

I am opposed to voter suppression masquerading as voter integrity.  Please stop this bill.

Teri Horne

Self

Quitman, TX

My name is Teri Horne and I live in Wood County,  I Support hb6. We need stronger election laws, with teeth in them.  It should be no problem for honest legal  voting Texans to abide by integrity requirements in casting their vote,  in order to cut down on the rampant voter fraud.

Jennifer Lane

self

Denton, TX

Printed on: April 9, 2021 11:06 AM

If you want to see true racial justice in this country, you will make voter suppression a felony, not increase it. HB6 is a very bad bill. It's basis is fear-mongering and irrational. I urge you to vote NO.

Melissa Puntenney

myself

Austin, TX

Can you tell me where I can find the evidence of "mass voter fraud" that took place in Texas (or any other state for that matter). That's a rhetorical question.  You aren't protecting "election integrity," you just can't win unless you cheat, suppress the vote and gerrymander the entire damn state.  Texans don't want this, but I'm sure you haven't bothered to ask us, because God knows, the people who live in Texas don't get many choices, do they?  You've silenced our voices, now you want to deprive us of our right to vote.  Good luck with that.

Cheryl White

Avalon Realty

Sugar Land, TX

It is very disappointing that all members of both parties do not want to assure election integrity and stop fraud. I myself saw people being told how to vote in the 2016 election and staff standing beside them directing which buttons to push. There were too many cases of verified voter fraud in this last election in too many states and chnaging the rules at the last minute was against our constitution. Mail in ballots in other countries have been banned because of how easy it is to cheat. How can you possibly object to having to have a voter photo ID when you can't  even get a library card without ID. It is preposterous to not demand a valid ID and certify that ONLY American citizens can vote. It is common sense. Please protect our vote!

Kristen Harkless

Self

Anna, TX

The Harkless Household of Anna, Texas supports HB6.  Please protect our elections.  Thank you to our representatives in government and their staff members who are fighting to protect election integrity.  We see you.  We appreciate you.  We do want the final bill to stipulate that election procedures can be changed with approval of the Secretary of State.

Jennifer Lane

self

Denton, TX

It is unacceptable to require ID for assistants. They already have to sign an affidavit attesting to their commitment to not influence the vote of the person they are assisting. You have ZERO instances to report of assistants who have betrayed this oath and yet you want to prevent a veteran from voting if his or her assistant does not have ID. This is a real and present harm. Additionally, by focusing on this unnecessary bill the Legislature is ignoring the real needs of a state that saw 111 deaths during an energy emergency. There is actual harm to voters on the one side and complaints by poll watchers on the other. Voting is primary, watching people vote is secondary. The rights of the former supercede the latter. Vote NO on this bill.

sonja burns, Advocate

Self

Austin, TX

I am opposed to this bill. Please do everything you can to make voting as easy and accessible as possible for all eligible voters.

Printed on: April 9, 2021 11:06 AM

This bill is Voter Suppression. Texas needs to be better than this.

Reena Desai

Self

Houston, TX

This is a terrible bill and does not protect voters whatesoever. You should be ashamed of yourselves.

Danielle Converse, Mrs.

Self

Portland, TX

The discrepancies noted in both the 2016 and 2020 elections have eroded Texans' confidence in the integrity of our election system. I, and my immediate family, which includes four registered voters, support any and all measures implemented  by the state legislators ensure all future elections in the state of Texas include only legal votes, by citizens who are eligible to vote, by means and methods least susceptible to fraud. We support the highest level of punishment for any individuals, organizations, businesses or corporations who interfere with elections or otherwise violate any laws, rules or orders enacted or adopted to prevent election fraud or preserve election integrity. We are frustrated by our representatives at all levels of government not adopting an "Americans First" ideology, and will vote accordingly in all future elections to ensure elected officials who put the needs and desire of their constituents are the victors.

Jennifer Lane

self

Denton, TX

The testimony by the representative from the NAACP on behalf of election workers needs to be taken seriously. HB6 is discriminatory: racially as well as agains the elderly and disabled. "Poll Watcher Overseer Syndrome" - all out war against the only Black Election Judge. This testimony is powerful. The poll watchers are harassing people of color, ganging up on the judge, following African and Hispanic voters around while leaving white voters alone. Children help their grandparents. If HB 6 passes children will be criminalized. It does much more harm than good. There were so many complaints from the GOP about the one voting station that the Secretary of State sent in an auditor. The result was the Secretary of State issued a sanction against the poll watchers for intimidating the election workers. Election workers need better pay and more assistance. Poll watchers should not have more rights than those who are sworn to protect our democracy. The NAACP testimony was given by an official who has worked for Democratic and Republican governors. She was the first African American to work as a state elections administrator. She has seen how much African -Americans treated much differently than white workers. The troubles in McLennan County have been reported to NAACP, National Defense Fund, Brennan Center. Dr. Jack Hill, poll watcher at the Glenn campus, noted that many poll watcher many disruptive behaviors. Losing poll workers because just the talk about this bill has scared them. They say they don't want to work for $10/hour only to fear being arrested for making a mistake. The testimony that followed about poll watchers not being compensated is irrelevant. They do not have the training or responsibility that the election workers have. Listen to the NAACP and please Vote NO. Thank you.

Michelle Davis

Tx

Fort Worth, TX

Do not create obstacles for voters who may already have challenges that keep them from the polls

Jennifer Lane

self

Printed on: April 9, 2021 11:06 AM

The testimony from the young lady who did drive-through voting to protect others was powerful. There is a shaming aspect to this bill. In 1981, the Legislature removed the "doctor's note" provision. The point about privacy and HIPAA is important. There are no provisions to prevent the sorts of breach of privacy that could happen. I also support the testimony of Susana Carranza, who notes that Texas is very low in turnout. Instead of encouraging this, HB 6 discourages participation, poll watchers given way to much power without consequences, while oath-taking election workers have to face potential criminal penalties for mistakes. She has helped people with machines and translating, being tried-lingual. HB6 makes voting herder. Please vote NO.

Jennifer Lane

Self

Denton, TX

White male lawyers talking about HB6 only being related to actual intent leaves out the impact on the many individuals who don't want to be arrested and have to fight for their innocence, when this bill should not pass in the first place. Even discussing this bill is a waste of Legislative time. We should not be spending taxpayer dollars to keep ~3 lawyers employed. It's actually MORE than 99.99% of voters who are honest. It is less than 2 out of 10's, maybe hundreds of millions. In the case of the recent election, 2 cases of fraud in Pennsylvation out of the entire nation. Please Vote NO and stop scaring people.

Clay Embry

self - Software Engineer

Austin, TX

I am writing in strong opposition to HB 6. This bill pretends to be about election integrity, but it is clearly just an effort at voter suppression. Especially voter suppression of people of lower income, people of color, and people living in urban areas where people tend to favor Democratic candidates. This is shameful and it's a return to the same transparent and sadly successful efforts during most of our nation's history to prevent black and brown and poor people from voting. The sponsors of this bill try to pretend that they are not intentionally suppressing the vote of black and brown people, because the laws will apply to everyone. But a study has shown that the majority of Houston voters who used the expanded voting hours were minority voters. Once you've been made aware that your proposals will predominantly impact minority voters, you can no longer claim that you are not intentionally suppressing the minority vote. If you hurt me and then I tell you you're hurting me and then you say you're sorry you didn't mean to hurt me and then you continue to hurt me, then you are definitely trying to hurt me, no matter what you say. Why would voter fraud be more likely at certain hours of the day? Counties are responsible for running the elections in our state. They should be allowed to set whatever polling hours and however many polling places are needed to serve the citizens of that county. The state should leave these matters up to the election experts in the counties instead of meddling from the Capitol. Investigation after investigation has found no evidence of widespread voter fraud or election irregularities in Texas or anywhere else in the country. Yet suddenly Republican controlled legislatures all over the country have suddenly decided that we need a lot of new laws making it harder for people to vote. The supporters of this bill should be ashamed. Show a single shred of evidence that this bill is changing anything that contributed to a fraudulent vote in the last election. There is no such evidence. Which shows that the fake justifications for this bill are just a cover up of the real intent. To suppress the vote of urban, low income, and minority voters. Please vote against HB 6.

Gwen Withrow

SREC SD 4

Beaumont, TX

Please approve this bill out of committee as we have to be assured that our voting system is secure or our entire system of democracy will fail. I have worked on numerous ballot boards and signature verification and have seen numerous ballots by the same witness addressed from the local nursing home. this has caused me to be concerned about the integrity of our elections.

Alexandra Schilling-Stark

Printed on: April 9, 2021 11:06 AM

Fort Bend County Republican Party Pct 1008

Wallis, TX

In Favor

Committee Members:

Although I'm only a Precinct Chair of the Republican Party for my small #1008, we are proudly 90% Republican.  I did not fill the chair position until after the November election.  I had only recently found out about it in the Summer.  After hearing of friends in neighboring communities having somewhat odd voting experiences, I quickly became concerned the first day of early voting.  Our voting systems went down for a short period the very first morning.  The official reason still remains unclear.  Some mentioned the dates being off since the early voting start date had been changed.  I was told by a well connected member of the community, "the dates were wrong so they had to go in and change the dates!"  Again, well likely never know what really happened but the Democratic county judge and DA were very quick to the polls to "help!"  I know for a fact that 2 Election Workers were physically assaulted on the job.  And I'm supposed to trust these are the people that are assuring the integrity of the election?  A friend went back to check how her vote registered.  To her dismay, her vote turned into TWO votes a few days later.  That's just the beginning.  I was upset and thought twice about taking on the responsibilities of my voting Precinct after the election was over.  I thought, "if not me then who?"  So, as I assured everyone I would, I'm doing my part to insure the integrity of our elections.  I'm in full support of HB 6.

JEFFERY WOODALL

SELF

TX, TX

IN SUPPORT OF THIS BILL

BARBARA MCGARY

self

ROUND ROCK, TX

PLEASE PLEASE PLEASE PASS HB 6!
SAVE OUR STATE!!!  OUR FATE IS IN YOUR HANDS!

Texas needs you to make our elections secure.  The Biden Administration is saturating Texas with illegal immigrants to make more illegal voters.  We need stronger restrictions in place to promote easy voting but make illegal voting near impossible.  We want LEGAL voters only!

If bills aren't passed, the conservative Texans will lose faith in our election system and stop voting.  Our morale is already low.  We need hope that things are being fixed for our future elections.

TEXAS NEEDS THE COMMITTEE TO PLEASE PROTECT US!  PLEASE HELP US!  YOU ARE OUR CONGRESSMEN AND WE HAVE NO ONE ELSE TO TURN TO!

Anita Knight

Self

Waco, TX

I oppose HB6 and all efforts to suppress the ability of voters to have equal access to voting.

Jon MCGARY

Printed on: April 9, 2021 11:06 AM

self

ROUND ROCK, TX

Please pass HB6.
I'm tired of Democrats cheating with illegal voting.  I want ballots numbered and an auditable system.  I want poll watchers to monitor the election process.  I want action to be taken immediately when things are reported and with consequence.  I want voting machines secured and auditable.  I don't want mail in ballots except in extremely limited cases.  I want voter ID mandatory.  I don't want ballot harvesting.  I don't want people to bribe people for votes.  No drop boxes (if you can drive to a drop box, you can drive to a voting precinct.)

Paulette Carson

self

Apple Springs, TX

I fully support HB 6!  We need election integrity to ensure all Texans' voices are heard without fear of unlawful voting and the theft of lawful voting.  I pray it passes out of committee with full support from our Legislators.

Janie Lopez, Ms

Self employed, mental health

San Benito, TX

We need election integrity in order to have fair elections and the people's choice will be elected. With voter fraud, the people's choice will never be in office. We don't need rigged elections. We need fairness. I feel our election was stolen, 2020. We need our voice back.

Alex Meed

Self, cybersecurity analyst

Austin, TX

Dear Mr. Chairman and members,

I submit the below comments on a specific issue raised during the hearing, in addition to my two previous comments on this bill.

Around 12:12 a.m., when questioning Mr. Villaplan--who had stated that poll watchers would have "free rein" of a polling place-- Representative Schofield argued that a poll watcher filming a voter in a voting booth, for instance, would be in violation of the Election Code and subject to removal by the election judge. I interpret the law differently from Representative Schofield and wish to make my interpretation known to the committee. Under my interpretation, the election judge would not have the authority to remove a poll watcher who illegally films a voter in the voting booth.

As amended by SECTION 3.07 of the bill as filed, Section 33.061(a) provides: "A person commits an offense if the person serves in an official capacity at a location at which the presence of watchers is authorized and knowingly prevents a watcher from observing an activity the watcher is entitled to observe, including by having a watcher removed from the polling place or requiring a watcher to leave the polling place, unless the watcher engages in activity that would constitute an offense related to election fraud, including an offense under Chapter 276."

While a poll watcher is prohibited under the committee substitute from filming voters in a voting booth, according to representations made at the hearing about the content of the committee substitute, I do not believe filming voters in the voting booth qualifies as "an offense related to election fraud." Therefore, the election judge would lack authority to remove the watcher from the polling place, contrary to Representative Schofield's interpretation.

I seek to clarify this issue for the committee, or at least inform it that a discrepancy exists, so that the committee can work based

Printed on: April 9, 2021 11:06 AM

on the facts to improve this bill if it ultimately recommends passage. I believe there is a strong chance that poll watchers could record voters and invade their privacy with impunity, unless election judges are allowed to remove them if they do so. I urge the committee, if it recommends passage, to amend HB 6 to allow election judges to remove poll watchers who violate this or any provision of the Election Code.

Very truly yours,

Alex Meed

H Scott Apley

Senate District 11, of the Republican Party of Texas

Dickinson, TX

SPEAKING FOR HB6

If people lose faith in the security of our elections them our Republic is doomed.  We need to to make sure that only qualified voters are able to cast ballots, that all legal ballots are counted, that poll watchers be able to observe the process to protect the integrity of the election, and that people who harvest votes, manipulate voters at the polling locations, or violate other election code statues face severe punishments!

This is a great bill. Thank you Chairman Cain!

Jo Foley

Self     N/A

Henderson, TX

Regarding HB6, I have been listening to the hearings for quite a while now. The democrats coming forth complaining how this is a Jim Crow bill or how it will hurt blacks and Hispanics and keep them from voting, etc. just sounds like the same democrat B.S. that the dems have been spewing over and over since 2016. It is the same tactic to basically call those that disagree with them, racist /white supremacist/etc..  They will not be satisfied unless they get massive flooding of mail-in ballots, drive-thru voting, no voted ID, no signatures verification and no poll watchers observing what they are doing, illegals and dead voting,  and a socialist society. Voting is a privilege and sometimes you have to go out of your way or take extra time to vote - that is not just for blacks and Hispanics, that happens for everyone. Our voting system does not discriminate, but whiners will always whine, even if they do get their way, it will be something else to complain about.

Ben Farmer

self sales

Houston, TX

I support HB 6.  Election integrity is under assault in ways unimaginable until recently.  Secure, in-person voting MUST remain the norm and distributing unrequested vote-by-mail applications and ballot harvesting MUST be outlawed.  I also support full transparency by allowing poll watchers complete access as well as requiring voter identification for mail-in and absentee ballots and routine verification of voter rolls and new registrations.  We MUST secure the integrity of our elections or we will quickly lose our Republic.  The Federal Government is out of control.

Callie Cleveland

Self/Self employed

El Paso, TX

Howdy, fellow Texans!

Printed on: April 9, 2021 11:06 AM

I believe there should be a clarification/amendment concerning poll watchers. I had a case in the 2020 General Election where I was being pressured by a poll watcher to allow him to do something I did not believe I had the authority to allow him to do. The Judge called the local elections department to find out if the poll watcher's request was legal, to which they said no, and instructed us not to allow him to do so. Thereafter, the poll watcher would approach me whenever the judge was not present and try to convince me why he could do what he was requesting, and I felt very stressed and pressured. I believe what happened in other states of removing poll watchers from ballot counting facilities to commit fraud clearly needs to be addressed, but I also believe the Judge and Alternate Judge of polling stations should be have the authority to remove a poll watcher if he/she is being disruptive or at least call a higher authority to get involved if there is a disagreement and if the election worker feels they are being asked to do something above their power.
Sincerely,
Callie Cleveland

Skyler Korgel

Self, Manufacturing Engineer

Weatherford, TX

I am opposed to HB 6 and urge the committee to not report this legislation favorably out of committee.
HB 6 is a blatant voter suppression omnibus bill that is driven by partisan fear by the majority party to restrict voting access among vulnerable and underrepresented communities across Texas, particularly disabled and/or elderly Texans and Texans of color. Texas deserves better than denying thousands more citizens their sacred opportunity to cast a ballot, better than scaring well-meaning volunteers and poll workers away from interacting with the electoral process, better than skewing democracy in partisan favor of a minority-rule government, Texas deserves better than this bill. Vote no in committee and on the House floor.

Ramon Vega, CEO

Self

Pasadena, TX

HB6 election integrity in State of texas

Craig Licciardi

Self / sales

Flint, TX

Because we are fighting a spiritual battle – literally, it's righteousness against corruption - HB6 is necessary. It needs teeth put into it that forces action by law enforcement to enforceforce the law.

The only thing that tightening up electoral security does is produce more honest elections. Who in their right mind could be against that?
On the flip side, relaxing electoral security just allows unprincipled reprobates to expand their ability to commit fraud.

I'm going to use an analogy of an iceberg to explain why we are where we are – you know the picture where a small portion of ice above the water is visible, but the huge chunk of the iceberg you can't see is below the water? You've seen the picture. So that is a picture of where we are. The visible portion is the political realm. It's the visible manifestation of the spiritual war that is the huge chunk of ice under the water. It's a spiritual and cultural war we are in as a state and a nation. I used that as testimony recently and a godly praying lady came up to me and whispered "It was the ice below the surface that sank the Titanic."

John Adams said our constitution was made for a moral and religious people. It is wholly inadequate to the government of any other. How does that truth shake out in the 21st century? When many people would rather toss the Bible into the trash rather than read and obey it? When people would rather worship anything except Jesus? When people don't care one whit about the law, and just do whatever is right in their own eyes? I mean, only one party is even trying to maintain the rule of law, trying to maintain some semblance of fidelity to our historical and traditional values informed by eternal truths. The other party wants God out of their platform, out of the schools, the courts, banished from public exposure entirely. In such a mindset, following the

law becomes optional because even the people who are supposed to prosecute those who break the law are corrupted, as we heard from Mr. Monroe from Houston – county attorney & district attorney both wouldn't touch it even with demonstrable proof he supplied!

The reason we NEED HB6 is because today, unfortunately, there is such a shortage of honor, a scarcity of integrity, a drought of decency, and a deficiency of moral character.  People refuse to govern themselves under a common set of honorable moral principles, and because evil has become so pervasive, more and more laws are needed to effectively keep social order.  If we don't secure our elections, then those who have no qualms selling their souls to satan for money and power, will just keep doing what they do.   This bill is a disincentive to those who would do evil.  Anything that restricts evil is good.  I encourage you all to do what's right.  Pass this, send it on to the Senate, and then to Abbott's desk.  Otherwise, the ship that is Texas will sink -  just like the Titanic.

Zenobia Joseph, U.S. Citizen

Self

Austin, TX

Position: Against HB 6, Election Integrity Protection Act of 2021.

1. Lines 7-9 (p. 4): "Sec. 33.0015. Observed Defined. In this code, a watcher who is entitled to 'observe' an activity is entitled to sit or stand near enough to see and hear the activity."

• Recommendation: Replace "near enough" with 6 feet.
• Proposed Amended Text: In this code, a watcher who is entitled to 'observe' an activity is entitled to sit or stand 6 feet from the activity to see and hear.
• Justification: "[N]ear enough to see and hear the activity" is overly broad. Specifying 6 feet (the new norm) would provide uniformity for poll workers throughout the state. Counties could potentially use Federal funds to purchase floor distance markers for each polling place.

2. Line 4: As it relates to poll watchers, I oppose "increasing criminal penalties; creating criminal offenses" (p. 1).
• Recommendation: Balance competing interests. Provide collaborative poll watcher training with election officials (presiding judges, alternate judges, and election clerks). Also include criminal offenses and penalties for poll watchers.
• Justification: I oppose criminalizing election officials who may unintentionally "obstruct the view of a poll watcher" (p. 5). To the extent, penalties remain in HB 6, I recommend gradual penalties. First infraction could bar the election official or poll watcher from serving in election roles for one year. A second offense could result in a two year removal from election official or poll worker duties. A third infraction could result in a low-level (misdemeanor) offense and fine. I do not support penalties that would result in a felony conviction or removal from polling place in handcuffs.
• Unintended Consequence: The fear of going to jail will reduce the number of individuals willing to work as election officials. In Travis County, for example, poll workers receive no pay for training during Primary Elections. A presiding judge and alternate judge are required to take 4 hours of unpaid training. For Joint General Special Elections, the pay is $12/hour for Presiding Judge/Alternate Judge and only $10/hour for Election Clerk. In comparison, the living wage in Austin/Travis County is $15/hour. Criminalizing poll workers will simply make it more difficult to staff elections.

3. Article 4. Assistance of Voters. Ballot-by-Mail: I oppose criminalizing the person assisting voters over 65 with Ballot-by-Mail Application.
• Anecdote: As a Volunteer Deputy Registrar, I registered senior citizens at an assisted living facility in Northeast Austin. Most required name changes to ensure an exact match during changes to the strict Texas Voter ID Law. While at the facility, an elder mentioned that she (and her husband) no longer could vote in person. I informed her of the Ballot-by-Mail process and later helped her fill out the form. I received no compensation but language in HB 6 would likely deter volunteer efforts to help elders receive a Ballot-by-Mail. Thanks.

Lon Scott

1938 self Retired

CROWLEY, TX

Printed on: April 9, 2021 11:06 AM

I support it

David Martinez

Self

San Antonio, TX

Securing the election process is the hallmark of a free society. Texans must have confidence in this process and it is incumbent for our government to insure our election are not compromised

Jo Nilam

self

Waco, TX

This bill is designed to suppress our rights to vote.  If the only way Republicans can win is by suppression and gerrymandering, then Republicans have nothing to stand on.  i used to vote for the best person.  i crossed party lines to vote for Republicans when i felt that person was the best for the office.  I will not vote for another Republican again if you pass this bill.  I ask that you please not pass this bill.  There has been no evidence put forth proving election fraud. Quite the contrary, the last election was straight forward the most transparent ever.   The United States has been voting by mail since the Civil War.  There has been absolutely minuscule cases of fraud since inception.  This bill is a sham.

Hearing Date: March 25, 2021 8:00 AM

Terri Hall, Founder/Director

Texans for Toll-free Highways/Texas TURF

San Antonio, TX

We support HB 6 because without free and fair elections that the public can trust, we cannot have a true representative Republic that ensures our representatives are the voice of the people who elect them. We support speedy passage of HB 6 because it encourages in-person voting, which is more secure. it prohibits public officials from distributing unrequested vote-by-mail applications, bans ballot harvesting, and increases poll watcher access (improved transparency) , provides prosecution teeth for violations. However, please note, Sec 276.018 (b) needs to be removed from this bill! It allows election officials to alter election code with permission of the Secretary of State. Only the legislature should alter election code - not appointed bureaucrats! Other requested changes include requiring voter identification for mail-in and absentee ballots and requiring routine verification of voter rolls and new registrations.

Bradi Carney

Self

Arlington, TX

As a US citizen, voting is my only right. There is nothing more sacred in America than the individual right to vote in a fair and free election. What took place this year was absolutely a travesty, what is even worse, is it was allowed. THIS IS THE NUMBER ONE PRIORITY FOR ME.
Texas Republicans have to pull ahead of the country in showing we know how to ensure every legal vote counts and every illegal vote gets thrown out. Whether that is demanding paper ballots or a fail safe auditing system that is complete and transparent. No ballot harvesting. No voters without valid ID. No machines that are subject to fraud.
Thank you for your time. I appreciate those that serve with honor and integrity.

James Simpson, Mr.

Self

Printed on: April 9, 2021 11:06 AM

Pearland, TX

I work elections in Brazoria country for at least 15 years. I have never seen such corruption in my life in our county.
James Simpson

Jill Bailey

Self

Austin, TX

I vehemently oppose HB6. It is nothing more than an attempt at voter suppression.

Randall Higgins

Self truck driver

Katy, TX

There is no evidence of significant voter fraud in Texas.
While 'integrity' 'purity' and 'prevention of fraud' cause visceral reactions among politicians, these words have been written to conceal illicit motives.
Voters are being intimidated; threatened with criminal penalties which discourage their honest attempts to exercise their right to vote. Voters who have never attempted nor committed crimes realize that this bill targets them. The act of voting becomes a suspicious move. Enforcement officials may be encouraged to stop and investigate whomever their governor, judge, or mayor wishes to discourage from voting.
The rhetoric of voter fraud is derived from the 'Stop the Steal' debacle our former president inflicted on us.
Have some sense, do not attack voters out of bitterness.

Jo Foley

Self    N/A

Henderson, TX

I support HB6. Texas, as well as other states NEED election integrity, as we are becoming very leery of elections, both state and federal.  We have realized now that people vote that are Dead, Illegal and fraudulent. Now, we are aware of ballot harvesting, machines that switch votes (example:   Dallas machines), ballots being sent to people that are not disabled or over 65, not having to prove citizenship or even signature validation and extended acceptance of ballots before and after the election.  We used to assume that our elections were free and honest, now they are suspect and our faith has faltered. We must have election integrity and I support HB6.

John Sefcik

self

Fairview, TX

March 22, 2021

Support for HB 6

I support the HB6 in its purpose to apply election law evenly across the State. It will do this by codifying election procedures in more detail and defining when violations are criminal.

John Brewer, Mr

self/retired

Printed on: April 9, 2021 11:06 AM

As an Election Judge in Comal County I support this bill. Thank you. John Brewer

Arnetta Murray

Consult in the AM

Rosharon, TX

I think its sad that you are all going through these great lengths regarding voting.  Can you use this energy for taxes? How about ensuring cooperations participate equally in appropiations of taxes just like ordinary Americans.  I know the importance of businesses however, all these voting restrictions are unnecessary.  Can you focus on getting the GRID in order and regulate energy fairly?

Frances Riley

self/college professor

Helotes, TX

NO TO HB 6 AND ABBOTT'S CORRUPT AGENDA.!!!!!!
We will vote him out next year.  HE MUST GO!!!!

Eden Myers

self (na)

Austin, TX

What we have now works- there is virtually no documented voter fraud in Texas, and what has been documented represented someone breaking laws we already have on the books. Let's enforce the laws we have instead of passing new ones that further restrict our rights.  Money and resources are tighter than ever in this year's budget at all levels- why spend a bunch of either on a bunch of laws that aren't needed? If we want more secure elections, spend all this time and money on making sure voters aren't being manipulated or surveilled on social media. Thank you,  Eden Myers

Dalton Brown, Mr

Self, cook

Keller, TX

As a Texas citizen I want section 276.018 (b) removed because it allows election officials alter the code. Only the legislature should alter election code. Both this bill and the senate bill can be improved upon by: (1) requiring voter identification for mail in and absentee ballots and  (2) routine verification of voter roles and new registrations. With those issues I am in support of this bill. We the people want security in our elections.

Victoria Salin

Self   (professor)

College Station, TX

I strongly oppose new requirements for a disabled person to provide additional documentation of the person's condition in order to vote by mail.  There are a number of people, especially veterans, who have disabilities that are not readily apparent to outsiders and should remain private.  HB 6 seeks to add a burdensome process on the disabled when in Texas we do not have problems with fraud related to vote-by-mail.

The proposed bill also will add civil penalties on elections officials for delay in managing the voter lists.  I ask legislators to have

faith in the local elections officials and work in collaboration with them and the Secretary of State to update voter lists according to the law.  I support accurate voter lists which are managed in a way that allows voters a chance to register in time for the next election.  Our state has many mobile people, making the job of registering and monitoring lists very challenging, as the members of the Elections Committee know very well.  Please do not allow the state law to punish local elections officials who are doing their best to register eligible voters.

I also strongly oppose a state law that limits the hours of early voting to no later than 7 pm or a 12-hour period.  Early voting in Texas is a great success and helpful to many residents of all political views.  I ask that you keep in mind that many people work long days and, the more flexibility that they have in voting, the more support our elected officials will have.  While I personnally have enough flexibility in my work schedule to early vote, I have family and friends who would be disadvantaged by the state making it more difficult for elections officials to serve all the voters who wish to cast a ballot.

Elections in Texas should be free, fair, and accessible to everyone who wants to vote.  As the restrictions of HB 6 are considered, I ask that you kindly insist on evidence that the purity of the ballot box has been at risk under the current system.  HB 6 should not become part of the law in Texas.  Thank you for taking my views into account when you make your decision on HB 6.

James Finney

Self

San Antonio, TX

Vote no on HB 6.  There has been no evidence of substantial voter fraud in Texas.   This bill is an attempt to make voting more difficult.  It is an unnecessary bill and should not be passed.  Please work on bills that will encourage true democracy and make it easier for Texas voters to cast their vote.  I will not vote for any legislator who encourages or passes this bill....

Jerry Rubli

Self, real Estate Agent

Spring, TX

•       No voting equipment can be used that is capable of being connected to the internet. Its selection and employment by a knowledgeable official would be a felony.
•       Electronic jamming equipment should be utilized to ensure no internet communication.
•       Certification by an independent third party that voting equipment is not connected to the internet.

JENNIFER YOCH, Mrs.

Self Teacher

BLUE RIDGE, TX

Please support HB6. This bill is very good because it does the following:
1.      Encourages in-person voting, which is more secure
2.      Prohibits public officials from distributing unrequested vote-by-mail applications
3.      Bans ballot harvesting
4.      Increases poll watcher access (improved transparency)
5.      Provides prosecution teeth for violations
6.      **Need to remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State (only the legislature should alter election code - not appointed bureaucrats)
The bill needs to have the following added:
7.      Requiring voter identification for mail-in and absentee ballots
8.      Routine verification of voter rolls and new registrations
Thanks for all you do for Texas.

Anthony Padilla, President TARA

Printed on: April 9, 2021 11:06 AM

Texas Alliance for Retired Americans -TARA

Buda, TX

Mr. Chairman, my name is Anthony Padilla, I am the President of the Texas Alliance for Retired Americans representing retirees and members of the community in Texas.  I am an advocate to  making voter participation less restrictive. Texas is already one of the hardest states to vote in in the country. Legislators on both sides of the aisle should be expanding the right to vote, not restricting it. Together, SB7 and HB6 would:

- Ban drive-through and outdoor voting, should not be adopted into law.
- Restrict voters from dropping off completed absentee ballots, should not become law.
- Criminalize small mistakes for people assisting voters to register, should not become law.
- Discourage volunteers from driving voters, including the elderly, to polling places, should not become law.
- Eliminate large voting sites meant to make voting quicker should not become law.
- Mandate overzealous and voter roll purges that would disqualify many eligible voters, should not become law.
- Increase burdens on voters with disabilities to access assistance at the polls, should not become law.

Many other provisions of these bills are to suppress the vote, and this should not be allowed.
The Texas Alliance for Retired Americans oppose these bills.
Thank you Mr. Chairman.

Sincerely,

Anthony Padilla
President of the Texas Alliance for Retired Americans
303 Black Cap Run
Buda, Texas 78610
Cell 512-552-i703
e-mail: tonypadillatcuiam@austin.rr.com

Rebecca Bonugli, Dr.

Dr. Rebecca Bonugli

San Antonio, TX

I firmly oppose HB 6. In reality, this bill is an attempt to make voting more difficult and should not be passed.
There has been no evidence of substantial voter fraud in Texas. Please work on bills that will encourage true democracy and make it
easier for Texas voters to cast their vote.  I will not vote for or support any legislator who encourages or passes this bill.

Thank you

Wendy Fenn

Reverend

DALLAS, TX

Voting is a right - and restrictions placed on voting indicate that the party attempting such a thing fears they cannot win when the people assert their true will.  Please recognize your responsibility as elected officials to ensure that fairness of one person one vote is preserved.

Jeaneane McNulty

self - yoga teacher

AUSTIN, TX

As a voter in Texas, 78728 as well as having served as an election judge and poll worker, I strongly oppose HB6 and urge the

Printed on: April 9, 2021 11:06 AM

committee to vote NO on this bill. Texas already has one of the most restrictive voter registration and elections systems in the country, and the result is not less fraudulent elections. The amount of proven fraud in the Texas system is miniscule - only 16 cases according to the Texas Observer. Out of over 11 million votes cast (and that's just in the 2020 Presidential election) that amounts to a fraud risk of less than 2 hundredths of 1 percent.  No - the result of Texas' already restrictive elections system is low voter turnout. And the aim of this bill is to keep it that way - particularly in regards to voters who may find it difficult or intimidating to cast their ballots. Finding number 3 of this bill is objectively false; on that basis alone, if nothing else, I urge this committee to oppose this HB6. Thank you for hearing my comments.

Kenneth Bullock

Convention of states

Katy, TX

I am a U.S. army combat vet. I served in the cold war patrolling the East German and communist czech border before the wall came down. I also proudly served to liberate Kuwait from the evils of Saddam's oppression. I have seen the evils of communism and oppressive regimes and was always proud to be an American. Over the years I have become less proud and more disappointed in how my government and it's representatives have given away our freedoms or traded them for political gain or purposes.

I have always felt that election integrity is very important. The 2020 election was a huge disappointment...not purely because of the results but in that it felt rigged it felt cheated and worst yet those who addressed legitimate concerns were brushed off as trouble makers. We need to guarantee integrity of our elections or we are doomed as a country.

Marion Wilson

self

Richardson, TX

You should present evidence of any fraud and legally pursue the persons responsible.  If you find you have no evidence, you should move forward with the lack of proof of NO fraud and make voting easier for the legal residents of this state.   To arbitrarily try to seize power by taking away my right and take away the rights of other legal residents is shameful.   God has his eyes on you and so do I.

Nancy Groves

True Texas Project

Colleyville, TX

In person voting should be the norm preferably on VOTING DAY.  Allowing weeks to vote allows weeks for fraud.  Vote by mail should be for the ill or the military only.  NO vote-by mail applications should be distributed.  More poll watchers should be allowed.  Voters should be required to provide valid ID without exception. It is completely ignorant to not require ID.   Those opposed as we know just want the ability to cheat.
Section 276.018 needs to be removed.  Only our elected legislature should alter election code.

Birdie Kelley

Self / Election Judge and Ballot Board Member

Missouri City, TX

Last week I was informed by the Elections Administrator's office that the VDVR (Volunteer Deputy Voter Registrar) certification that I had received after taking the online VDR Zoom Training in January of 2021, was not valid.  Possible reasons for  this being that I signed in on the call late, left the call early, or had bad reception.  I was told that my name was one of 150 that had taken the January Zoom Training that had been "flagged". My name had  "45" beside it, indicating that I had only stayed on the call for 45 minutes. I actually signed in 15 minutes early.  The call lasted for 1 hour and 5 minutes and I was on the call the entire time.

Printed on: April 9, 2021 11:06 AM

There was obviously an error made in my case that the Director of Elections Administrations was prepared to rectify.  But what about the other 149 VDRs?  Disqualifying 149 VDRs would take away their ability to register voters, which would take away the opportunity for a lot of people to actually vote.

HB 6 is a proposal to create criminal offences for possible missteps on the part of family members or friends who try to help senior citizens- the elderly members of our society who are making an effort to exercise their hard-fought right to vote. A lot of these seniors have vision impairments and are unable to see the forms well enough to fill them out. A lot of them have arthritis in their hands and fingers and can't even write their names. Some of them are actually illiterate and cannot read or write at all. Creating these criminal offences will discourage those who would have assisted them.  And without this assistance, some of these people might not be able to vote. By depriving them of the ability to cast their ballot on Election Day, would be creating a definite problem in order to prevent a potential one.


Diana Duron

Self

El paso, TX


I am writing regarding this bill. I believe this bill is discriminatory and gerrymandering to the voting class. In 2020 governor Abbet reduce the curbside ballot boxes to one per county which disenfranchised counties like Harris county with population of 4.713 million to only one curbside ballot box turn county has 2.103 million population again with one curbside ballot box in 2020 I reside in El Paso with a population of 951,000 again with one curbside ballot box in 2020. Governor Abbet and a G Paxton are attempting to do everything to disenfranchise the legitimate voters to come out and vote as they target the poor and low income population.

Now this bill is requesting a doctors letter or Social Security document showing disability does that mean governor Abbet my show proof of his wheelchair disability and his paralysis does this also mean AG Paxton's disability with his eyesight we hope they will bring forth their doctors letters so we can see them also. One realizes many poor and low income cannot afford the transportation to get to clinics or government organizations to get doctor statements or documents mini or wheelchair-bound and cannot get to them and this was perfectly thought out by the people writing this bill Abbet is requesting "election integrity" yet Texas recounts were made and only "16" deficiencies found. These were people who had moved with incorrect addresses; yet those that voted twice which were Republican show no outcry. We wait for Dep AG Patrick to pay Dep AG in Pennsylvania for the fraudulent Republican votes made.

Furthermore cutting down on voting hours from 7 AM to 7 PM will cut down hourly workers that can I get out for one hour lunch and be back in time knowing the lines are so long again it is the lower and middle income Hispanic black and minority workers that are being disenfranchised and affected and this bill is showing how deliberate it is targeting these populations.

I am deeply concerned about the deep division in our country. Gerrymandering and voter suppression continue to be the agenda on the "right". This is increasing in our state with a cultural and political divide worsening by disenfranchising the minority population.

I asked that you do not manipulate and continue suppressing our vote and attempting to support one party or one politician of your choice. Because you did not get the politician of your choice in 2020 you have gone on a rampage attempting to bring up more bills to stop our boat or country now has 253 bills to SUPPRESS our vote. It is obvious Republicans want to return to Jim Crowe's era; this is not hidden. This is unethical and illegal nefarious and discriminatory.

I expect legislators to follow the Voting Rights Act and not discriminate against people of color and I expect our elected officials to be loyal to their oath be ethical and represent all Texans.

Thank you for your time


Terence Sumner

self, a precinct chair and long-time election worker and judge

Rowlett, TX


There are numerous vulnerabilities from the registration process to the ballot-issuance process, whether by mail or in person, to the ballot-marking process to the ballot-casting process to the security of transport and handling of marked ballots to the tallying of votes on ballots to the storage of all ballots and election records to the centralized counting and canvassing of ballots, including in-person and mailed-in ballots, in other words at each and every step of the several processes for elections.

Separately I am sending a multi-page document with around 16k words plus graphics in about 35 pages.  My hope is that someone will read through and extract the useful suggestions for discussions.  I will be out of town during the first public hearing

Printed on: April 9, 2021 11:06 AM

unfortunately.  In short, I'd say.

Transparency is good approach to preventing abuse of election systems, such as having 2 witnesses or at least 2 different people, preferably from different political views, to sign off on every stage of the various processes like registration, ballot issuance, and ballot counting.  Giving each party a key to access equipment, a password to double-lock electronic equipment, seals and records to track every step of processing when not being directly observed by multiple officials.

NOTE: election workers should never be asked to spot forgeries in any stage of voting, especially when signature are made with a fingertip standing up in front of an electronic display.

NOTE: election workers should never be asked to recognize people by their faces or certify a person as the once in a driver license photo -- none of us is that perceptive.

We just aren't trained to spot fakes, forgeries and disguises, regardless of how many 1-hour training courses we might take on identity.

The concept of turning over both primary and backup electronic memories and all paper balloting records to the exact same person defeats the purpose of a separate audit trail for finding and correcting problems.  At least one of the memory devices should be held sealed by a trusted third party apart from the other device, as well as the paper ballots as backups apart from the two electronic devices.

Surely eligibility to vote cannot rely on a database that allows "similar names" to be used without correct, that has no mechanism to verify residence address (since we allow use of passports, CAC cards, EIC cards and other IDs that have no associated address, and that has no method to preclude surreptitious harvesting of mailed-in ballots.  Marking ballots out of the sight of election officials can never be as safe as in a polling location, but we can make theft by outsiders harder.

Everybody who has ever used a spreadsheet knows you don't need multi-million dollar software to add a column of figures from several hundred precincts, even when there are five pages of races to track.  A pad of paper can do the job.

Reading the ballot numbers by OCR can stop counting the same ballot again and again.

Aaron Breckenridge

Self - programmer

Dallas, TX

There is no evidence of widespread election fraud. Quit wasting our time.

Kelly Haight, Mr.

self - vision plan sales

Sattler, TX

Please protect our democracy by requiring proper identification and stiffer penalties for those committing fraud.

pamela lucas

self

southlake, TX

Seeing what has happened through out the country, this bill is one of the most important.  The only way our state and country can survive is though fair and uncorrupted elections.  Please vote for HB 6.

thank You

Billie McMahon, RN

My self.

San Angelo, TX

I want this bill passed.

Printed on: April 9, 2021 11:06 AM

Alan Basinger

Self

Wimberley, TX

In todays Texas there is no reason at all we should be having this discussion.

There are laws on the books that deal with Election fraud, but we seem unable to enforce the laws we already have.

To doubt the honest and fair elections in this State let alone this country is to not have a state or country.

I am proposing we put in advances security systems, RFID chips, Cameras, Biometrics in voting places, including places votes are tallied to watch over the ballots from the time they are first cast all the way to when they are counted.

If for any reason there is an issue with those systems then any and all votes affected should be recast, we should regulate the locations voting and counting can happen.

Voter fraud is such a major crime that it should be treated as such and examples should be made out of any person, business, non profit, lawyer, judge, etc. that corrupts the institution.
This (voter fraud) is akin to treason and should carry the same penalty.

But adding new laws to penalize someone when you cannot enforce current laws is political posturing and is not worth the taxpayers time or money.

Vicki Baiamonte

Self

Mansfield, TX

Announcing my support of passage of this Bill

Theresa Graves, Mrs.

Accts Payable

Houston, TX

I believed in the Election process till 2020. Please uphold the election integrity and let it be a fair and true outcome for both parties.

Mark Consentino, Mr.

Self

Richardson, TX

I vote yes on HB 6 to secure our election integrity in this state of Texas.  I support all of it's content and implore the robust and proactive grooming and care of our voter rolls.  I'm also in high favor of the punitive actions for violations that this code proposes.

Billie McMahon, RN-retired

Self

San Angelo, TX

I want election boxes to be secure and severe criminal penalties for any fraud.

Printed on: April 9, 2021 11:06 AM

Pamela Kennedy

Self-Independent Contractor Telecommunications

San Antonio, TX

Please support this bill.  While many believe our elections are fair and without fraud, evidence has proven otherwise and until we can prevent any election fraud, our Republic as we know it is in danger of losing Democracy.

Ruth North

Self

Mineola, TX

I have worked as an election volunteer many times.  Each experience has left me with a strong awareness that the voters rolls and integrity of our Texas elections are in serious trouble.  I have desired to volunteer to help examine and rectify our county voter rolls only to be warned that if I did I would likely face a law suit.  That's wrong!  If I can't be helpful and volunteer without threats,  then it's definitely going to require our Texas legislature to act and enforce our laws.   People are saying to me,  "why vote when my vote is being canceled out by a dead person or someone voting several times?"  Texas voters need YOU to act swiftly and decisively to protect our Texas vote and voter rolls.   Thank you for listening and caring and your determination to fix our voter rolls.

Kathleen Hill, Mrs

Self

The Hills, TX

We must Preserve the chain of custody in ballot collection. We must have & keep voter ID. We must HAVE NO MAIL IN BALLOTS. WE SHOULD HAVE 1 WEEK EARLY VOTING. VERY LIMITED ABSENTEE VOTING.

Vikie Schwartz

Self, retired

Boerne, TX

This is the most important issue for me this year. I am willing to work for my candidates, to work to get out the vote, and I always vote, after doing my homework to ensure I am an informed voter. However, I now have serious questions about election integrity and without legislation to protect the integrity of my vote, what is the point? Please restore my confidence in Texas elections - pass this bill.

Dimas Cavazos

Self

Hitchcock, TX

Election Integrity and preservation of the purity of the ballot box should be protected at all costs.  We are a 'Free America' and freedom should reign in this great country of ours.

Diane Tschacher

Self, Retired

Austin, TX

Printed on: April 9, 2021 11:06 AM

Due to the issues surrounding voting integrity I no longer trust the voting systems in the United States of America.  If something is not done to insure that the votes of the American Citizens are protected ,rather than those entering the county illegally, there is no point in voting any more.  I am too old for the insanity that I have been seeing over that past several decades and want the Constitution of the United States of America and the Pledge of Allegiance to be adhered to.

Thank you for this opportunity to speak out.

Fref Bendall

COS

Chandler, TX

If election integrity is not protected then our country cannot remain free!!

Denise Swanner, Mrs

Self

Odessa, TX

Please support this Bill. We have got to protect our elections. Election Integrity is  the most important topic. If we have this bill it will help protect in election fraud in the future

Respectfully,
Denise Swanner

Sharon Loveall

True Texas Project - a grassroots watchdog organization

Fort Worth, TX

Regarding HB6:
Encourages in-person voting, which is more secure
Prohibits public officials from distributing unrequested vote-by-mail applications
Bans ballot harvesting
Increases poll watcher access (improved transparency)
Provides prosecution teeth for violations
**Need to remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State (only the legislature should alter election code - not appointed bureaucrats)

This bill is extremely important because the integrity of our elections and our future as the great State of Texas are at stake.  The liberal left is trying to make sure that conservatives never have a voice again - and for Texas, as it should be for the nation, this is absolutely unacceptable.  We saw the mayhem caused by the 2020 presidential election.  We need to clean voter rolls and start acting like Texans AND Americans again. Respectfully, please pass this bill.  We need transparency in our voting process and we need to stop ballot harvesting and voting by mail.  If you have to show an ID as an illegal immigrant to get free stuff, then you should definitely have to show an ID to vote.

Abram Ogea

Self Clergy

Whitewright, TX

I highly recommend that this bill be passed.

Printed on: April 9, 2021 11:06 AM

Laura Harris

Self

Fort Worth, TX

Please support passage of HB 6 to strengthen the integrity of Texas elections.  As a former auditor, I understand the critical importance of record keeping and chain of custody in the process of preventing, identifying and prosecuting election fraud.  Combined with stiff penalities, these measures also serve as a strong deterrent.   And deterrence is what we need to improve election integrity and to reduce election contests which undermine faith in our elected officials and to prevent candidates who were not truly elected by the people from being placed into offices.

Election integrity is a true no-partisan issue.   It affects our Democratic and Republican primaries which in turn affects the ability to nominate strong, honest and ethical candidates.

Please support this bill and strengthen our electoral process.

Eva Graham

Self/Entrepreneur

Fort Worth, TX

I would like to express my support for this bill. I want Texas elections to be more secure going forward as it is important that the outcome of each election truly reflect the will of the people and not the will of those who chose to manipulate the outcome. Texas should be an example to other states on this matter.

Kerri Lacher

self- retired

Dallas, TX

This bill seems to amount to voter suppression. It's obvious. It's egregious. It's unconstitutional. There is no evidence of voter fraud. This fact has been communicated over and over. Please do not support this bill.

Robert Sensabaugh

Texas voters

Arlington, TX

We need to secure Texas elections and do anything we can to stop voting fraud. Every illegal vote robs a legal voter of his say in the election.

Laurie Filipelli

Literary Women in Action

AUSTIN, TX

This comment is in strong OPPOSITION to HB6. Texas is already one of the most difficult states to vote in, and there is no clear evidence that "voter fraud" exists. There is evidence that disenfranchisement, through disastrous bills such as this one, limits the number of people who can safely cast a ballot, without fear. This is clearly not democracy, but a power grab.

Laura Cottam Sajbel

Self

Austin, TX

Printed on: April 9, 2021 11:06 AM

Decreasing the availability of drop boxes and polling locations and length of time available for voters does not address issues of election security, but of voter suppression. Our state AG already spent tens of thousands of taxpayer dollars to prove that election fraud is nearly non-existent. What does exist is the desire of those in power to stay in power—never the intent of our founders. Elected office is intended to represent the will of the people. So let the people vote. Only those who are afraid their ideas no longer hold sway are trying to limit who can vote. Texas is already poor in voter turnout. Please don't make it worse.

Donald Brorsen

Self

Channelview, TX

I firmly believe that the states and not the federal government should enact any changes in election procedures.  The United STATES of America.

Rebecca Gross

SELF - RETIRED

Boerne, TX

To Whom It May Concern:
I am traveling Thursday, March 25, the day this bill will be heard, but I strongly support and urge the passing of HB 6 to protect the integrity of our elections!  God save our Republic!
Respectfully,
Rebecca Gross

Jan Henshaw

self / retired teacher

Flint, TX

We have had way too much election fraud in every state - some more than others. We must require voter ID and voting in person with a few exceptions. Penalties should be increased to deter fraud. If there are not adequate consequences, nothing will change. There is already enough skepticism about voting integrity. No voter ID is insanity and so is allowing illegals to vote. Voting should be for citizens only.

April Wheeler

Self caretaker

Odessa, TX

We need election integrity.  Stop election fraud and people that do commit it will be penalized

Hilliard Brittain

Self

GARLAND, TX 75044, TX

Make no mistake - election fraud happens in Texas!  The provisions and amendments in HB 6 will help clarify what is not acceptable to operate a free and fair election. These changes and additions will, in no way, make it more difficult for any legal voter to make their voice heard at the ballot box.  Please vote in favor of this bill.  Thank you!

Jacquelyne Miller

Printed on: April 9, 2021 11:06 AM

Self / Social Media Design

Lake Jackson, TX

Great disappointment in this bill and its creators. This bill is unneed and is an example of big government. Will remember the names of each person who votes for and supports this legislation.

John Rhyne

Self

Angleton, TX

While I support any additional protections of the election process, I am of the opinion that voters in Texas should be required to have in their possession, a valid Texas Driver's license or valid Texas Identity Card to cast their vote in person at the poll.  I am also of the opinion that any assistance provided to voters other than instructions on use of the ballot machine is manipulation of the vote. Any voter arriving to the election poll without knowledge of the candidates and/or any amendments on the ballot are themselves candidates of questionable integrity and can be manipulated by those assisting them. Additionally, I would add the voters throughout this nation are already detached from the political process and if allowed to, they will remain so. As witnessed by the last election, voting by mail provides too many opportunities for the vote to be manipulated if not by family members, friends or organizations under the pretense of doing good. While unpopular, everyone knows that the residents in nursing homes who are many times suffering serious mental debilitation conditions and may be out of touch with reality should not be manipulated by people and organizations to vote with the organizations wishes. While it is unfortunate these nursing home residents and many at home "shut-ins" are being used this way, what is worse is creating laws allowing people and organizations to do so. It is demeaning and manipulative towards our Texas residents who are challenged by age and the medical conditions that accompany age. Many of these nursing home residents have court ordered guardians due to the resident's lack of mental capacity and ability to care for themselves yet the law allows people and organizations to come in and help them vote on important issues. Should it be necessary, I am sure the residents attending physicians can easily certify which of their residents have the cognitive ability to vote. I believe all residents of Texas as a civic duty should vote however, there must be no possibility of mental deficiency allowing anyone to be manipulated. Voting is too important to leave any possibility of fraud and.
Other than those serving in the military, all valid votes cast in Texas should be cast in person, at a voting machine, disabled residents included, with the aforementioned photographic identification present.

Billie Bell

Self

Sherman, TX

Texas electronic voting systems: The presence of knowledgeable persons and selected technicians during voting requires use of systems that are impervious to on site or internet manipulation. Electronic voting systems (hardware, cabling, and interfaces) require verification, using metrology techniques, utilizing verified, properly controlled, sealed standards with results of before and after voting/maintenance verification data with hard copy results collected and placed under strict control.  When verification is completed, tamper seals must be applied to all voting hardware, cabling and interfaces.  Verification of these seals must be performed before and after voting/maintenance.  Electronic storage devices must have checksum data recorded, sealed and verified both before and after transport.  Electronic voting systems using programmable interfaces are vulnerable to manipulation. These systems allow changing of firmware control over data and must not be used. Background: I am an electronics engineering technologist with 48 years of experience.  My experience with metrology for over 44 years is the basis for these safeguards.  All calibrated systems require verification to controlled standards with tamper seals intact, so all voting systems require verification to controlled standards with tamper seals intact.  Another simple solution: paper ballots!

Melinda White

self/teacher

Azle, TX

I support this bill as in-person voting should be a standard; mail-in ballots should be the exception and restricted.  Voter ID and

Printed on: April 9, 2021 11:06 AM

signature verification should be required, always.

Teresa Killebrew, Mrs.

Self

Grapevine, TX

I strongly support any and all tools used to protect our voice at the ballot box.

Bill Thoreson

Self; Retired

Dallas, TX

Providing incentives for the ethically challenged is always a good thing and clearly needed in this area.  Hopefully, once people start going to jail, election confidence will improve.

JoAnne Hess, Mrs

Republican

Watauga, TX

I am all for preserving each and every vote made by a registered voter (citizen) There should be very stringent penalties for tampering with any ballot ir voting process!

DONNA EYLES

Self

CORPUS CHRISTI, TX

Vote yes. Well-written to protect election workers as well as define election worker crime and penalties.  Also, I appreciate the additional requirements to keep our voter rolls more accurate. HOWEVER, the following may belong in this bill as well (perhaps under Sec. 276.015): Once a request for an application to vote by mail is received in the Clerk's office, a signature verification must be made against the voter registration card on file to ensure that the signature of the person requesting an application is actually the person who is registered to vote. I have worked on the Ballot Board for some time, and signature verifications are made using the carrier envelope signature against the application to vote by mail signature (not the [original] voter registration card signature). This allows a fraudulent person to request a mail-in ballot, under their own signature, and sign the carrier envelope, with their own signature. Ballot Board signature verifications will then match. And, even if IDs are required for an application to vote by mail, who is to know if they are copying perhaps a disabled person's ID to request the ballot and then to get the ballot through (e.g., nursing home type fraud)? Proper signature verifications must occur at the request level so that mail-in ballots are not mailed out to frauds - and that fraud is caught at the beginning of the voting process. Thank you.

Teresa Campbell

Precinct 4113 Republican members and self and spouse

Fort Worth, TX

My neighbors and I are strongly support HB 6.  We need to also add a requirement for voter ID for all mail-in (absentee) ballots and make certain that our voter rolls are accurate and maintained and corrected every year.
We are also in full support of HB 7 by Sen Bettencourt and hope to add the two improvements mentioned.  Election integrity is the number one priority of the Texas Republican Party and we demand that strong measures be taken this legislative session. Thank you very much for your consideration.

Karen Earhart

Printed on: April 9, 2021 11:06 AM

Self

Pleasanton, TX

Voting is one of the most important things a citizen can do!  Insuring the integrity of any and all elections is the responsibility of the State Legislatures.  I encourage passing HB6 and any new legislation that helps to guard against any fraudulent outcomes!

Jeff Bryant

Self

Amarillo, TX

I am in support of HB6. Please support this Bill.

Eric Varnado

Self

Pearland, TX

I fully support HB6 Mr. Cain and this bill inorder to preserve our election integrity. Without election integrity or votes or meaningless.

Anthony Perry

Self

Kaufman, TX

As a citizen of The Greatest State of Texas,  I ABSOLUTELY support legislation to preserve and protect what must be one of, if not the single most important right as an American, and that is our right to vote, and have a FREELAND FAIR election process. I think we have all seen what can happen when the integrity of an election fails. For those who are not paying attention,  you the communist regime trying to pass the ridiculousness that is HB 1, as well as destroy our beloved constitution. In my lifetime,  I have seen this country from the perspective that as goes Texas, typically, so goes the United States. Let us continue to be the "shining beacon and lead these Untied States of America, back to being the United States of America. No, that was not a misprint. God Bless Texas, and God Bless the United States.

Wendy Kalthoff

Not Employed

Austin, TX

I am against House bill 6 as I belive everyone should have the right to vote.

Frank Cadena, Mr.

Self

Helotes, TX

I support HB6, we need to uphold and prevent fraud related to elections and insure integrity in our ballot boxes.

Marianne Roberts

Self

Lone Oak, TX

Printed on: April 9, 2021 11:06 AM

Election integrity already exists and, as proven by the last election, does not need to be "purified" from fraud.  These accusations against our election security only embolden America's enemies and furthers their campaigns to undermine America.  Please stop this voting sham.

Susan Evans

Self

Weatherford, TX

We need our elections kept honest no mail in ballots so they will have less fraud.

Lark Consentino, Mrs

Self - Medical professional

Richardson, TX

Please protect the integrity of our elections!  So many people are losing faith in our election process. Do the right thing

Kathy Powell, Business Owner

Self

San Marcos, TX

Hello! I'd like to encourage you to vote in favor of HB6. As we all know voting integrity and reliability is a top priority to all Americans. Please vote in favor of this bill. Thank you for investing your time and serving the public.

Renda Schuelke

Self

Purdon, TX

Please pass this bill so that our election process will remain fair. I would like to know when I vote that my vote will not be overridden be falsely filed votes. That elections will be overseen fairly by all parties.

Robert Nunmaker

Self / Retired

Missouri City, TX

I've read this bill and support its passage.

Jonathan Klekman

Self

Austin, TX

Thanks so much for taking the time to read my public comments about this bill. I do not believe based on the evidence that has been collected over the last two election cycles that there is evidence of substantiated voter fraud in Texas. I happen to know that there are folks who have trouble accessing polls due to administrative burden put on them do to access to technology, access to transportation to the polls and schedules. The options that are currently available to voters in Texas need to go even further towards making it LESS complicated for folks to get on voter rolls and polls mailed in. It is for this reason and my believe that in a democracy we should be aiming to make it easier for folks to vote, to have representative government that takes into account

Printed on: April 9, 2021 11:06 AM

the voices of folks from across the spectrum of age or social status. Without any statistically provable examples of voter fraud, I believe we should not be going in this direction. I strongly encourage folks in the House to vote against this bill.

Jeanne Gabel

COS

Canyon, TX

Please keep the integrity of our elections, otherwise freedom will be lost!! Please pass HB 6

Gayland Taylor, Owner

25X's H.O.P.E

Mansfield, TX

I am very concerned about this Bill. It sounds like another way of suppressing the votes.

Denise Winckler

Self - Accounts Payable Associate

Anderson, TX

We need to pass legislation strengthening our voter laws by abolishing Ballot Harvesting and making it mandatory to clean up voter rolls at a miniumum every 2 years, preferable every year.  There should never be Mail in Voting allowed under any circumstance.  Absolutely no ballots should be mass mailed.  No absentee ballot gets mailed without a request from the Voter, voter id needs to always be required and signatures should match.  It also needs to state emphatically that only the Texas Legislature has the right to change any voter laws.  Under no circumstances should any individual or office make changes.   It can only be the Texas Legislature.  No changes can be made 6 months prior to any Statewide or Federal election.  We have all seen voter fraud in many states including Texas.  Our elections are the only voice the people of Texas have.  That is why this is imperative.  Thank-you.

Jonathan King, Rev.

Self/Retired

Cibolo, TX

Please vote to support this bill. We need to do everything possible to ensure the integrity of our election process here in Texas and make certain the federal government cannot weaken or destroy that process.

Betty Crooks

Self

Kerrville, TX

My Government has forgotten its place. Rigged elections through unregulated actions are NOT the will of we the people. Step up and stop the madness. Insure a fair election As intended by the Constitution.

Jessie Carlson

Self Hemp producer

Corpus Chrsiti, TX

Vote yes! There is no reason the dead should be on the rolls as long as they currently are.

Printed on: April 9, 2021 11:06 AM

Jon Williams, Mr

Self , Retired HVAC Tech.

Harlingen, TX

I believe this much need bill will help insure the transparency of our futures elections ! All Texas voters want their votes to count in a fair and Unbiased Election!
Americans can not ever question the legitimate  Elections from the Great State of Texas with this safe guard in place!

Karen Sieczkowski, Mrs

Self. IBM Engineering Project Mgr

Austin, TX

I wholeheartedly support any bills especially this one which support increasing election integrity and removing as many opportunities for fraud in the election process as possible. Voter ID along with paper ballots would be the ideal solution to our many problems. Also a single voting day where the vast majority of people vote and keeping early voting to a minimum. Absentee voting should be kept to an absolute minimum with cause and verification required.
Everyone should be FOR improving election integrity for the sake of preserving our nation.

Emily Fallis, Dr.

Self

Fort Worth, TX

Please do NOT support further measures to prohibit or make more difficult voting in person and by mail.  Texas should be make voting EASIER not HARDER.

Emilie Olivares, Mrs.

self, retired public school employee

Corpus Christi, TX

Our government is a representative democracy.  Our government is not a government of the wealthy only.  It is a government Of the People, By the People, and For the People.  In a representative democracy such as ours, the vote of the people is their voice. We, the citizens of our state and our country, should have the ability to freely vote, as our vote is both our right and our responsibility.  Any attempt to restrict the right of the People is an attempt to corrupt our government, to give more weight to the vote of a certain faction of our People.  The voting rights of working people, or persons with physical disabilities, or persons who are called minorities because of their names or skin color, should not be restricted.  Texas has been one of the most difficult states to vote in.  We need to change that, to truly be the nation we claim to be.  Please do not restrict our right to vote by mail.  Please make sure that persons who have been disenfranchised for having broken the law, but who have served time or have otherwise paid their debt to society, may be cleared immediately and allowed to regain their citizenship right to vote.

Madisen Riley

Self, Writer

Pflugerville, TX

There is no documented evidence of voter fraud in Texas despite thousand of tax payer dollars and hundreds of hours of wasted investigatory time at the Attorney General's office. This bill does not make me or my family feel better about election security or more confident in our democratic processes in Texas. In fact, the reality that the proposed changes to our voting processes will disproportionately effect counties with large communities of Black, Asian and Latinx residence makes me believe that these bills appear to offer democracy only to those whose beliefs and appearances fall in line with white, conservative ideologies in Texas.

Printed on: April 9, 2021 11:06 AM

This bill is not a reflection of the will of the majority of Texans.

Jason Southerland

Self - citizen of Texas

Waxahachie, TX

Election integrity is of utmost importance and without it, our very form of government, our Constitutional Republic, is in danger. If the citizens of Texas lose our voice - when elections can be stolen, then the people are left in hopelessness that they have no proper recourse - no legitimate way to express our voice in our own governance.  I support this bill as I believe it will provide substantial protections for fair elections - a key pillar of our Republic.  Thank you for protecting our form of government with this bill.

Cathy Murphree

self

Richardson, TX

I'm writing as an independent. I'm 68 and voted Republican until 2016. To be honest, I don't even recognize the party. The party I supported for 40 years supported free trade, fiscal responsibility, and welcoming immigration policies to reenergize our economy. It was the party of science and reason and education. These no longer describe the Republican party.
But the latest heartache is this clear effort at making voting more difficult and introducing policies that will particularly be cumbersome for those who don't have the resources and flexibility I have. I frankly cannot believe that ANY serious political party is doing this, and the false statements of doing this for "security" are offensive and insulting.
So I oppose HB 6. I will also say that this strategy of not trying to expand the party's base and instead suppressing voting is being seen by all for what it is--I predict it will lead to a decline for the party, and that will be deserved.
Cathy Murphree

Rebecca Rodgers

Self

ARLINGTON, TX

Our nation is under attack! It is apparent to me that if we don't fix our election laws, elections will no longer have integrity.  As it stands, I have lost all faith, in our 3 branches of government, and really unsure if I will ever have faith in our voting system again. It is evident that radical changes must occur to ensure future election integrity. I am writing to request that you support SB7 I would like to encourage in-person voting only, as it is more secure.  Voting really needs to be paper-based and not electronically based, since electronic voting machines can be easily manipulated.  Public Officials need to be prohibited from distributing un-requested vote-by-mail applications, this would eliminate conflict of interest. I would also like to see increase poll watcher access to improve transparency. There also needs to be a cap on public funding of election officials and government agencies.  I believe these changes are a start in helping to secure future elections.  There are other avenues we need to take, but we have to start somewhere.  Thank you for working to secure our elections.

Billie Bell

Self

Sherman, TX

Texas electronic voting systems utilize screen registration and counters.  They require calibration. Electronic voting systems (hardware, cabling, and interfaces) require verification, using metrology techniques.  Voting system accuracy must be verified using properly controlled procedures and standards.  Before and after verification data results and system logs must be documented and controlled.  When verification is completed, tamper seals must be applied to all voting hardware, cabling and interfaces.  If maintenance is performed, the voting system accuracy must be verified, sealed, documented and controlled.  Verification of calibration seals must be performed before and after voting/maintenance.  The system must log changes to the

Printed on: April 9, 2021 11:06 AM

system with event, date/time and specific authorization identification.

   The presence of knowledgeable persons and selected technicians during voting requires use of systems that are impervious to on site or internet manipulation.  Electronic voting systems using programmable interfaces are vulnerable to manipulation.  These systems allow changing of firmware control over data and must not be used. Background: I am an electronics engineering technologist with 48 years of experience.  My experience with metrology for over 44 years is the basis for these safeguards.  All calibrated systems require verification to controlled standards using tamper seals and event logging, so all voting systems require verification to controlled standards using tamper seals and event logging.

   Electronic storage devices must have checksum data recorded, controlled, sealed and verified both before and after transport.

   Another, simple solution: use paper ballots!

Whitney McGinness

Self, stay at home mom

Corpus Christi, TX

Protect our right to vote!!!!!!!!

Alexandra Stallings, RN

Self

Converse, TX

It is so obvious the 2020 election was stolen and citizens can see the corruption of the Biden Administration. We need to secure our elections from any possible fraud with Dominion, unsecured software, mail-in ballots, illegal voters etc. Please address these issues so that 2022 election will be honest and so that we may fix the problems with the 2020 election as well. Texas had suspicious areas that need to be looked into. Red counties that suddenly flipped blue. These irregularities need to be corrected so that we can move forward. Thank you. Alexandra Stallings

Charles Walton

Self

N. Richland Hills, TX

In light of the events that took place during the 2020 election it is imperative that the State of Texas takes every measure possible to ensure that election fraud is not only made as difficult to commit but must carry the most stringent penalties available under the law.

Our right to vote should be sacrosanct and defended by the rule of law. This legislation should be placed at the highest level of priority of this legislature's attention. The U.S. Congress is attempting to nationalize elections in direct violation of the Article II, Section 1, Clause 2 of the U.S. Constitution via HR 1. If every state within the Union does not take proactive actions like HB 6 to protect and preserve the Constitution our Representative Republic will cease to exist.

Helene Berger

Self

Fort worth, TX

I want this bill to pass please

Danny Ward

Self

Nacogdoches, TX

Printed on: April 9, 2021 11:06 AM

I support HB 6. We need to protect our elections from fraud. This bill is definitely needed to protect the purity of our elections. Without the protection of our elections there is no point in having elections. We need to also protect voter confidence in elections. Without HB 6 many of us will have no confidence in the election process. That's why I support HB 6.

Terry Casparis

Blanco County Democratic Party

Johnson City, TX

I am the Chairman of the Blanco County Democratic Party. I have served during two Primaries, two General Elections, and one Constitutional election.  Blanco County is a majority Republican County and I'm proud to say that both parties in Blanco County have worked together effectively to conduct open, fair, and well-managed elections. I have gained the utmost respect for county election officials and volunteer judges, alternate judges, election clerks, and poll watchers. It is my experience that those who volunteer to serve as election workers do so out of a desire to serve the democratic process and to do so with the integrity. I find the overall tone and intent of HB6 to be counter to that sense of self-integrity and respect for democracy.  This bill casts aspersions (perhaps unintended) on the honor of the people who serve as election officials or as election volunteers. I have the following objections:

1. Section 3.01 regarding  Poll watchers eliminates the ability of a Precinct Judge or County Election Official to properly address inappropriate behavior of watchers. This section  could allow disruption to affect critical election processes. The work of the volunteers in the polling places and Ballot Board requires attention to detail, knowledge, complex election procedures, and a calm and respectful demeanor. Given that there is no stated limit on the number of Poll Watchers that may be present and that, under HB6, watchers may be dismissed only for outright fraud, the door is left open to behavior that is disruptive, invasive, and perhaps intended to confuse or delay election processes. I submit that elected officials and duly certified Election Judges be given authority to dismiss watchers who abuse their appointed position and to protect the ability of election workers to do their jobs and for citizens to vote in a respectful and peaceful manner.

2. Section 5.95 regarding solicitations to vote by mail is an unnecessary and unwarranted restriction on efforts by honorable institutions including the Republican Party and the Democratic Party and candidates to provide registered voters with the information needed to fulfill their right to vote. My county has a disproportionately high number of older citizens. Many cannot vote in person and others prefer not to due to health or as a matter of convivence. I believe it is our responsibility to provide every voter the right to vote by mail if that is their preference. There is no substantiated evidence of material amounts vote by mail fraud in Texas. Voting in Texas is already challenging. During election cycles a significant portion of my time is spent answering questions from voters about various details of the law regarding how, when, and where to vote. Many cannot recall if they applied to receive vote by mail ballot or have never done so before and require guidance. If we truly believe in the will of the people and the importance of voting, we allow voting by mail to be common and easy.

Mark Haynes

Self, retired

North Richland Hills, TX

I strongly support this HB 6 bill for numerous reasons:
- It encourages in-person voting which results in a more secure election
- It prohibits public officials from distributing unrequested vote-by-mail applications and bans the corrupt practice of ballot harvesting
- It increases poll watcher access and therefore improves election transparency
- It provides more authority for prosecution of violations

I would also recommend some changes to the bill including:
- the need to remove Sec 276.018 (b) which lets election officials alter election code with permission of the Secretary of State (only the legislature should alter election code - not appointed bureaucrats)
- requiring voter identification for mail-in and absentee ballots
- routine verification of voter rolls and new registrations

Printed on: April 9, 2021 11:06 AM

Please support HB 6 and provide more security in our future elections.

Mark Haynes

Sylvia Campbell

self

The Woodlands, TX

This bill is just a reflection of President Trump's "big lie," The bill chases problems that are not there. And in so doing, it makes voting harder for the citizens of the state of Texas. Texans deserve better. Let's make voting more accessible! Vote NO on HB 6.

Sylvia Coulson

Self Dietitian

Waxahachie, TX

I support this bill. We must have confidence in the accuracy and integrity of our elections.. WE need to clean up the voter rolls and mKe sure every legal vote counts.

Jayme Burkhart

Self

Katy, TX

Imperative that we enact these measures to strengthen and protect our sacred election process!

Bob Richardson

self, retired

Castell, TX

This is most important, not only for Texas...but for the UNITED STATES OF AMERICA.

Rhonda Belt Rhea

self/retired

Bellaire, TX

HB6 is an embarrassment to residents of Texas. It is an assault on voting rights. Texans voted in record numbers in 2020. It is indecipherable that there are people, especially elected officials trying to make it harder for Texans to vote. The members who are supporting HB6 want to prevent working people, younger people and our beloved senior citizens from voting.  How dare you try to sustain such ugliness in Texas. Leave that elsewhere. In Texas, we have learned better. We do better here!  Without reservation, I do not support HB6 or its companion Bill in the Texas Senate.

 I sincerely believe that it is this kind of ugliness and hate-mongering that led to the insurrectionist attack on the United States Capitol on January 6, 2021. We must take our lessons from that attack and not repeat those mistakes in Texas. We are leaders. We are not followers. We must have leaders who will look us in the face and tell us the whole truth, even when it hurts. Our leaders must not look us in the eyes with their fingers crossed that we close our eyes, shut our mouths and believe their fantasy stories and play make believe.

There seems to be a concerted effort and planned strategy by Ken Paxton, the elected Texas Attorney General (and others of his Party) to build barriers to exercising our right to vote in Texas. They talk as if they don't want residents to have convenient ways

Printed on: April 9, 2021 11:06 AM

to vote. They behave as if they don't want residents to have easy ways to register to vote. They behave as if they don't want Texans to have multiple opportunities to cast their one vote. They don't want every eligible Texan to vote unless they can tell us who we must choose. If passed HB-6 is one step toward these evil, misdirected actions to take place.

This Bill increases the crimes for which the Attorney General is authorized to investigate and prosecute.  HB-6 is so broad it may inhibit political parties, candidates and civic organizations from distributing voting resources, including mail ballot applications. During the previous campaign season both major political parties mailed these applications to their registered voters. Under this legislation,  this activity could be criminal. Such action may leave vulnerable seniors and voters, who have disabilities, with fewer options to request and receive a mail-in ballot (absentee ballot). This form of oppression of the  residents of Texas must be stopped.

Without reservation, I do not support HB6 or its companion Bill in the Texas Senate.

Kenneth Chivington

Self / Missionary

Mission, TX

It amazes me that I need to write this but here goes. It doesn't take a rocket scientist to know all voters are to be current valid identifiable citizens of the United States of America AND that we all must be required to have a valid ID. Stop election fraud at and in any avenues. You know and I know that we can 100% stop election fraud. That is not the problem. The problem is many DO NOT WANT to stop election fraud.

Minda Hust

Self

Granbury, TX

I am for passing this bill to protect the election integrity in the state of Texas.   Voter rolls should be constantly updated, IDs should be required, and mass mail in voting should not be allowed. Only the Texas state legislature should control the voting laws in Texas.  There should never be one political leader that decides on voting laws.

Vicki Tallman

Self retired

Hughes Springs, TX

Texas should maintain its current voting laws, and not adopt any that would allow fraudulent voting.

Venus Wilder

Self Retired

Dripping Springs, TX

As a proud Texas citizen and voter, I demand complete voter integrity. We have been asleep at the wheel, and have allowed voting fraud to creep into our great state. Given the events of the 2020 election,  it is imperative that we have complete voting transparency and integrity in the voting process. In addition, we must never allow the federal government to dictate our voting policies, as that is a right given to the states by our Constitution. Texas always leads the nation in innovation. It is time for us to show the rest of America how real voting integrity is done. Please support this HB6.

Susan Valliant

Convention of States

Arlington, TX

Printed on: April 9, 2021 11:06 AM

I support HB6.  Washington DC is working tirelessly to mute our voices especially with HB1 passing Congress.   We are a Republic where the people are the arbiters of our Government and without Election Integrity We the People will not matter because our votes won't matter.   As an American citizen and Texan we deserve free and fair elections.  I ask that you support and vote yes on HB6.

Tracy Mortensen, Mrs

Self

Pflugerville, TX

The 2020 election was secure. The BIG lie supported by Trump was based on something Sidney Powell has  admitted under oath was not true. There's little fraud in elections! Expanding voting rights is what we need. Stop restricting voting rights!

Carol Woodworth

Self/Retired

Keller, TX

I support HB6 which will increase election integrity by minimizing the many opportunities for fraud. I support the requirement to show id both at the polls when voting and for those few people who need to mail in a ballot. Lastly, I support a requirement for election officials to maintain accurate voter lists. We should never find out that non-citizens, dead people and those who have moved from the state have voted in any election in Texas.

Scott Walston

Self

Uvalde, TX

Election fraud has been rampant in some parts of Texas. We need to have only lawful voters who have been vetted to vote in our elections.  Voter ID is one effective way to protect the integrity of our voting system. Mail in voting ballots must have a method to verify it's validity.  Please take solid action to protect our state from more fraudulent voting by illegal persons.

Jackie Moore

Self

Rockwall, TX

I support this bill

Scott Sheaffer

Self, Engineer

Denison, TX

The issue of election integrity might be the most important issue facing both the US and Texas at this time. Elections must be fair. Controls MUST be put in place to mitigate the well funded and organized efforts to corrupt them. Our republic is in dire jeopardy if strict controls prohibiting voter fraud are not adhered to and extreme penalties for violations are not followed through. Corrupted elections immediately precede fallen nations and fallen states - We demand protection from corruption of our elections and demand HB 6 be but one step toward focused effort to bring relief to this clear and present danger.

Ana Mac Naught

Sefl

Printed on: April 9, 2021 11:06 AM

HB 6 will harm voters, restrict ballot access, and silence the voices of Texas' eligible rising electorate. It is your duty as representatives of the people to increase access to voting, not limit it. As a voting resident of Harris County, I appreciated having access to drive thru voting and different hours, especially during the pandemic and with two children.

Kathleen Crea

Texas Women for Justice

The Woodlands, TX

Mail in ballots by registered voters should not be tampered with in any way

Wendy Mae

Self

McKinney, TX

Secure our elections!

Judi Schultz

Self

Alba, TX

I ask that you restore the confidence in our most important right as a citizen of Texas and the United States. The right to VOTE and have it protected and correctly tallied. Each and every single poling place should conduct itself in similar manner so as to insure each vote and every citizen has the same measure of confidence that his or her vote has the same import.

Our last two elections were shameful; like the Chicago mob!  Please vote to  purify and protect the process; making stronger fraud penalties; creating criminal offenses.

Paige Kramer

Self

Corpus  Christi, TX

Please  ensure that are elections have integrity  and can be conducted w/o interference.  We as a state need to lead the way in ensuring that this occurs

Dawn Bolton

Self

Richardson, TX

To whom it may concern. I am requesting and strongly urging legislators to pass this very important bill to preserve election integrity. I support election integrity, who wouldn't. The citizens of Texas have to believe and trust  the purity of elections at the ballot box, or what would be the point, they will not bother to vote. The system is ripe with the possibility of fraud and now is the time to fortify our election process in Texas. Please consider my request to pass this important bill, the time is NOW.
Regards.
Dawn Bolton

Wendy McRoberts

Printed on: April 9, 2021 11:06 AM

Self

Danbury, TX

Protecting the vote is a primary function of Government. Ken Paxton completed an accounting of our vote and LITERALLY found voter fraud to be LESS than 1 in a million. That tells me Texas is doing MORE THAN ENOUGH to protect the vote. Our problem is access. My Dad has COPD, LUNG CANCER, MESOTHELIOMA, ASBESTOSIS AND SILICOSIS. Despite requesting his mail in ballot early, he received it the DAY before voting closed. Since he was unable to mail it, he had to deliver it in person. NOT TO A DROP BOX, but dragging his oxygen and ID in a crowded building, during a pandemic with ALL the preexisting conditions. We are not unaware in RURAL TEXAS. We are informed and paying attention and VOTER FRAUD IS NOT AN ISSUE. Now, suing other states to violate THEIR STATE'S RIGHTS? Only Ken and Texas would pull that. Texas has made a mockery of it's citizens and represented us WITH ZERO THOUGHT ABOUT THE PEOPLE OF TEXAS. Stop protecting yourselves and start doing the work. When did y'all forget the "PUBLIC SERVANT" part of your job? LET TEXAN'S VOTE.

Deborah Leiber

self / retired attorney

The Woodlands, TX

I am strongly opposed to this bill! There was not a finding of fraud in the past election. It is important to expand voting NOT pass voter suppression laws! I am opposed to the section of the bill that would limit the ability of election workers to protect voters against illegal disruption and harassment by watchers. I also disagree with the limitation of the distribution of mail-in vote applications.

Cynthia Caton

self, teacher

Richardson, TX

I would like to ask you to ADD Voter ID being required and signature verification to EVERY mail-in or absentee ballot allowed. I would ask that there are fewer reasons for mail-in voting allowed, AND I would ask for more regular maintenance of the voter rolls to be done.

Our elections are our future.  If we have to have an ID to enter our local library, then WHY the HECK don't we have to have one to VOTE.  If our president is specifying ID and background checks to get a gun, WHY NOT background checks to verify voting rights?

ADD more meat to this bill and make it MEAN something!

Sherri Duchin

Self

Spring, TX

I oppose Hb 6.  It is one of the bills that would make it more difficult for people to vote and is part of the voter suppression efforts being made in the legislature.

Donnelle Storrs, DNP, FNP

self nurse practitioner

San Antonio, TX

I am against HB 6.  It is voter suppression.  Our elections have proven to already have integrity with purity of the ballot box. There is no need to add a new bill.

Jennifer Margulies

Self

AUSTIN, TX

This bill would have truly Jim Crow-style consequences of restricting access to the ballot. It is a solution in search of a problem, and will have unacceptable results of keeping eligible Texans away from voting. This kind of legislation will intimidate volunteers and voters alike from legitimate activity necessary to the health of free and fair elections. I strongly urge a no vote on this bill. Access to ballot should be a non-partisan issue. Voters will remember who the politicians were who tried to take away our rights.

DeeAnn Foley, Mrs.

Self

Kerrville, TX

Dear Senator Buckingham,
Please consider passing HB6 relating to election integrity.  I feel that this is important to protect Texas from federal actions.
Thanks, DeeAnn Foley

DeeAnn Foley, Mrs.

Self

Kerrville, TX

Dear Representative Murr,
Please vote to pass HB 6 relating to election integrity in Texas.  I feel it is important to protect Texas from federal action.
Thanks, DeeAnn Foley

Bruce Hodge

Self

Harlingen, TX

Can anybody show me concrete evidence of voter fraud in Texas? Why must we suffer yet another voter suppression bill, one designed to gratify those who wish to keep "other people" from voting, and disenfranchise "all" the citizens of our state? Enough of this foolishness. Vote "no" on the passage of any bill that makes it harder for some people to vote. It is time for the Republican Party (GOP of T) to come up with some ideas rather than useless disingenuous clickbait for those that rise to the politics of division that is a plague on our State and the Country.

Lynn Haueter

Self

78003, TX

Hello and thank you for serving the great state of Texas. Please support HB6. I am a long time elections volunteer. I've served as a poll worker in two states, I've also volunteered on a recount. I have talked with multiple elections administrators/clerks over the years who have candidly shared their concerns with absentee mail-in ballots. They consistently say that mail ballots are the #1 way criminals can commit voter fraud.  One of the more heinous ways they do this is by collecting the absentee ballots for the elderly and offering to "help them" mark their ballot. Many elderly, especially in nursing homes, without family nearby allow non-family to mark their ballot. Since many of the elderly cannot see well and some have been diagnosed with Alzheimer's, dementia or some sort of cognitive decline, they are totally at the mercy of the person marking the ballot. They may not know how their ballot is marked. My own grandmother is 106 and would not be able to see her ballot or how it was marked. If myself

or another family member cannot assist her, I do not want a stranger assisting her. I am 100% against ballot harvesting of any kind. I believe absentee ballots should only be handled by the voter who it belongs to with the very rare exception of a family member helping the voter. There should be large fines and it should be a felony when anyone is found marking a ballot that does not belong to them. I also believe every mail ballot should have a specific identifier on it so as to ensure the actual voter whom that ballot belongs to is the sole person casting that ballot. There are many other ways mail ballots are used fraudulently. Ideally we should have a strong laws which incentivize in person voting.

Beverly Gatlin

Self

Italy, TX

I SUPPORT this Bill and I request your SUPPORT also!  We learned from the 2020 Presidential Election that these are areas that were abused and need to be changed.  We must make sure that what happened in 2020 does not happen again!

Michelle Reinhardt

self

Austin, TX

This is a terrible bill that will restrict voting access to the most vulnerable Texans. I would encourage committee members to vote in opposition to this bill.

Allison Gower

Self - Business Owner

Houston, TX

The bill is so broad that it could inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as mail ballot applications. In 2020, the Texas Democratic Party mailed 1 million Texas senior citizens applications for vote by mail to help them vote safely during the pandemic -- and the Trump campaign sent these applications to their voters, too. Sending mail ballot applications is a key way to help Texans vote - it broadens access. Banning local election officials from proactively sending these applications to voters, will leave seniors and voters with disabilities with few options to get a mail ballot. This bill also makes it easier to target the Black community in an effort to prosecute people for voting mistakes and confusion by adding many other items to the list of crimes that the AG is authorized to investigate and prosecute Black and Brown folks for. While in the rest of the world, we're acknowledging how our criminal justice system has unfairly targeted communities of color and over-criminalization is not the answer, Rep. Cain wants to move us in the opposite direction. As a resident of Harris County I strongly endorse the expansion of voting hours (early and late so working people can access the polls) and early voting time (to reduce lines for safety sake and accessibility) and this bill essentially allows the State to prohibit all such expansion and accessibility improvement. A democracy means that everyone votes and this bill makes it harder for people to vote, which severely undercuts democratic functions. Additionally, local election officials should be able to set policies that work for the local community. Texas is a big state and it is impossible to design policies that work everywhere in the state in every community. This bill will make it impossible for local officials to best support their communities.

Sharon Yarbrough

Self, school administration

Austin, TX

There is no election fraud and this bill is a waste of our time and money.

Andy Liao

Self

Printed on: April 9, 2021 11:06 AM

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Georgia Keysor

Self - Retired

Austin, TX

My name is Georgia Keysor, I live in Austin, 78757.  Because I take voting seriously,  I urge you to vote against HB 6 and similar bills that would restrict our voting rights.  I'm proud of my part in the democratic process and I know that fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. HB 6 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.

HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers. It also makes voters feel less safe by allowing recordings and picture taking in polling places.

We saw great voter enthusiasm in 2020 and increased voter turnout despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible. Please reject this unwarranted attack on our voting rights.  Thank you for your time today.

Julie Gilberg

Self- Graphic Design

Austin, TX

Oppose.

Garry Sisco

slef/retired

Temple, TX

This legislation is completely unnecessary. In the current climate, some will argue that certain proposed gun legislation targets law abiding citizens who just happen to like guns. I am actually sensitive to that argument as I prefer legislation that targets specific individuals with certain histories. This voter legislation is similarly harmful. The allegations of voter fraud, "dead voters", and stolen elections have been shown to mythical, at best. The much ballyhooed voter commission of 2017 was abandoned. Other similar searches for voter fraud have found nothing of substance to justify the hype surrounding them. Actual voter fraud is extremely rare and most allegations are false or simply cases of voter and/or administrative error. A certain high profile stolen election proponent has recently admitted no factual basis for the allegation of machines switching votes. No, this legislation is not at all about the integrity of our elections. This is about trimming turn out at the edges. The party in power in Texas believes that making the voting process easier helps people vote who mostly do not vote for them. Some years ago, this party valued ideas and branded itself the party of ideas and believed it could win elections and attract voters with their ideas. At one point even declaring they could attain a permanent majority. They have been proven to have few ideas and mostly win elections when they can frightened broad swaths of the electorate with some impending menace, one often as real as your pet unicorn.
This is not about election integrity, not even a little bit, it is about limiting access to the polls of folks who tend to vote Democratic!

Erika Nowlin

self, Nonprofit Executive Director

Printed on: April 9, 2021 11:06 AM

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Amy Hufford

Self

Austin, TX

Please do not try to fix a system that is not broken. There is no evidence of fraud! Texans want you to focus on real problems like our electric grid, not on making it harder for people to vote.

Judith Neal

Self

Plano, TX

I am asking that you all support and vote to approve HB6.  Coming from a state, California, where voter fraud is an everyday occurrence and  I worked as a poll watcher on many elections and can attest to it being real.  Vote by mail should only be allowed for those unable to vote in person do to medical disability.   Protect the integrity of our vote but approving this bill and its safe guards.

Terri Koen

Self, yoga teacher

Austin, TX

I strongly oppose HB 6. As a volunteer deputy registrar in Travis County, I see firsthand how difficult it is for voters to engage in the voting process. There has NOT been widespread fraud, and these measures would only disenfranchise voters.

Marlow Newton

Self

The Woodlands, TX

Dear Committee Members,

I fully support HB 6.  I truly appreciate increasing all the penalties to being felonies, to deter individuals and groups from attempting these specific fraudulent activities cited in this bill.   As a Texas resident, I truly appreciate bolstering our election integrity legal language so that Texas can be a standard for other states in how we conduct honest elections.  These specific areas are critical, as even in this last election, there were individuals caught doing ballot harvesting.

Thank you for your service to our state.

Sincerely,

Marlow Newton

Melanie Haupt

self

Austin, TX

Printed on: April 9, 2021 11:06 AM

I oppose HB 6. It unduly affect voters with disabilities, people transporting voters to the polls, and hourly workers. Voting is a right, not a privilege, and Texas should work to expand access to the vote, rather than restrict it.

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Mary Patrick, Ms.

Self - Retired

Austin, TX

Before voting on HB 6, the people of Texas request that the authors et al., of this bill present solid evidence of voter fraud in Texas: dates, how many cases of proven voter fraud, where the fraud occurred, who committed the fraud and the penalties imposed on the guilty parties.

Keely Bostick

Volunteer Voter Deputy Registrar

Austin, TX

As someone who has worked to ensure voter participation I feel strongly that we preserve early voting time frames and hours. We must not limit or infringe the ability of people to vote easily. There is no wide spread voting fraud and yet there are continuing efforts to fix a problem that doesn't exist. The right to vote is fundamental and it should be easy and convenient to use.

Kelly Crighton

Self, landlord

Magnolia, TX

Voter access must be expanded, NOT restricted! Early voting is important to my family. How dare you attempt to restrict our God-given rights! Early voting, curbside voting, vote by mail, all these things are important to working Texans, Texans with disabilities, elderly Texans--it is your job to protect our ability to vote, especially during a pandemic! It is unpatriotic and unAmerican to try and stop us from voting. Vote against this travesty of a bill.

Lizette Resendez

Self

Austin, TX

I am opposed to this.

Karen Cox

Blue Action Democrats SW Austin

Austin, TX

This bill is designed ONLY to prevent Black people from voting. There is NO EVIDENCE AT ALL of massive voter fraud. NONE. This bill is unworthy of the diverse and modern state that Texas is. Anyone who supports this blight is a worthless racist.

Lizette Resendez

Self

Austin, TX

Printed on: April 9, 2021 11:06 AM

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail

Nathalie Steinfeld Childre

Concerned voter

Austin, TX

We don't need more voter restrictions. It's unbelievable how hard some politicians try to suppress the vote. This bill is the result of fear mongering from the outgoing former president because he couldn't admit that he lost. Now republicans politicians are trying to sooth their voter base by acting on behalf of the former presidents lies and wrongful allocation. All of the allegations have been exposed as wrong in court!

Pamela Slocomb

self

Spring, TX

Vote No on HB 6

Dana Azurin

self

PFLUGERVILLE, TX

Last November, I was a poll worker and had to turn away many voters due to registration issues. We should be making it easier for people to participate in the voting process, a fundamental American constitutional right.
HB 6 & SB 7 proposals unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers.
Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust. SB 7  and HB 6 and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.
We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.
I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.

Tina Fernandez

Self

Temple, TX

I am 55 years old and have voted by mail since I moved here in 2012. I suffer from Huntington's Chorea and a panic disorder. Absentee voting is the only way I can make my voice be heard, you have no right to punish me or try to silence me just because you Republicans can't win elections without cheating. I have a right to vote and I look forward to voting by mail because that's the only way I can be heard. Please don't punish people with disabilities or take away our right to vote. Please stop attacking voter rights, y'all have no reason whatsoever, you're attacking our rights because of a big lie. Please don't take away our voices and rights. Thank you.

Gregg Vunderink

self

Printed on: April 9, 2021 11:06 AM

I support expanded access to voting, on-line voter registration, expanded voting hours, longer early voting hours, and no -excuse vote by mail.

Tim Shinogle

Self

Arlington, TX

Honorable House Members,

The 2020 election process has been shown to be fraught with voting integrity issues.  Unfortunately, the courts throughout the United States, including the U.S. Supreme Court,were unwilling to address any of the lawsuits.  Therefore, it is incumbent upon our state legislatures to correctly address and enact legislation to ensure that only legal U.S. citizens vote and that the entire voting systems and processes eliminate fraudulent voting and collection of ballots.  I am in favor of HB6 and urge you to vote in favor.

Elizabeth Erbeznik

self - educator

Austin, TX

I am AGAINST HB6. I support expanded access to the ballot box. I support online voter registration, expanding voting hours and longer early voting periods. I support no-excuse vote by mail. HB6 is repackaged Jim Crow - limiting BIPOC access to the ballot box. It is undemocratic and thoroughly unAmerican.

Elif Iyriboz

Self

Austin, TX

I strongly oppose HB 6 because it will hinder our democratic process and inhibit people from participating. I support expanded access to the ballot box. Additionally, I support online voter registration, expanded voting hours and longer early voting periods. I fully support no-excuse vote by mail.?? We must protect the vote and voice of Texans, not curtail it.

Stephen Sansom, Mr

Self

Austin, TX

Poll and other election watchers should be removed from their watch station not only if their conduct amounts to election fraud under applicable statutes, but also if their conduct is criminal in any other way under applicable statutes.

Jodi Bade

Self

Austin, TX

engagement, I urge you to vote against SB 7 and similar bills that would restrict our voting rights. SB 7  and HB 6 unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers.
Fair elections depend on many dedicated people who ensure that the process works for all. I trust election officials to make voting a positive experience. SB 7 greatly complicates the experience and risks making it a nightmare for many. It would instill fear where there should be trust.

Printed on: April 9, 2021 11:06 AM

SB 7  and HB 6 , and a great many bills with similar provisions, makes it more difficult for voters to maneuver the state's already complicated system. It fails to provide them confidence that their vote will be counted.

We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.

Aimee Tanos

concerned voter

Fort Worth, TX

This is voter suppression. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Figen Iyriboz

self

Austin, TX

I am opposed to this bill and find it offensive as it has no relevance, nor is it based on factual information. I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I fully support no-excuse vote by mail.?? The only thing acceptable is increasing criminal penalties against illegal voting. We must do better than this.

Jerilyn Austin

Self

Levelland, TX

I would like to thank you for bringing this bill forward. After the 2020 election, I have lost faith in the election process! I almost was unable to vote in 2020 because somehow my birthday was as changed! I have not changed my name or place of residence so I don't know why there was a change on my voter registration! I have called twice and as of yet, it has not been changed back. Again Thank you

Tamara Reyes, Dr

Self/ Nurse Practitioner

Temple, TX

Our Attorney General has targeted the Black community in his effort to prosecute people for voting mistakes and confusion, and this bill would add many other items to the list of crimes that the AG is authorized to investigate and prosecute Black and Brown folks for. In the rest of the world, we're acknowledging how our criminal justice system has unfairly targeted communities of color and over-criminalization for voting is not the answer. This bill authored by Rep. Cain,  wants to move us in the opposite direction.

The bill is so broad that it could inhibit political parties, candidates and civic organizations from sending our voters key voting resources, such as mail ballot applications. In 2020, the TDP mailed 1 million Texas senior citizens  applications for vote by mail to help them vote safely during the pandemic -- and the Trump campaign sent these applications to their voters, too. That could be criminal if the Republicans have their way. At the same time, they would ban local election officials from proactively sending these applications to voters, leaving seniors and voters with disabilities with few options to get a mail ballot. This bill is unjust for select individuals and clearly supports the agenda of one party.

Printed on: April 9, 2021 11:06 AM

Victoria Velisek

Heritage Action

Plano, TX

Thanks for a great start to creating election integrity!  Please continue to obtain this by including voter ID for mail in and absentee ballots.  Also include  routine verification of voter rolls and new voter registration!  Thank you

Laura Klein Plunkett

**Self -- Retired Operations Manager**

Georgetown, TX

I support HB 6 and it's outlined measures to improve the security of the voting process in Texas, and I urge all representatives to pass this bill. We need to stop as much fraud and voting irregularities as possible. Free and fair elections are the foundation of our democratic republic.

Damon Vance

**Self - Construction Program Director**

San Anotnio, TX

Hi, my name is Damon Vance and I'm a constituent from San Antonio, TX.

I'm writing to ask your support for the following critical reforms to strengthen Texas' election laws. We must ensure our elections are secure, fair, and transparent.

Thank you for the work already underway. House Bill 6 and Senate Bill 7 are a good start—these bills increase poll worker access and also prohibit the insecure practice of ballot harvesting.

But they can be improved upon by addition of the following:
   1. Requiring voter identification for mail-in and absentee ballots
   2. Routine maintenance to verify accuracy of voter rolls and new registrations

Thank you for the work already underway. Please continue to work to strengthen our election security laws, because it should be easy to vote, but hard to cheat.

Eric Mickett, Mr.

Self

Mansfield, TX

This looks like it is a step in the right direction.  But we still need to become a Second Amendmen FREE State. Or at least a 2nd Amendment Sanctuary State!

Jennifer Douglas

self - project manager and volunteer deputy voter registrar

Austin, TX

I support expanded access to the ballot box, online voter registration, no-excuse vote by mail, expanded voting hours and longer early voting periods. If we are to be a truly democratic society, then everyone deserves to have the opportunity to vote in the way that works best for them, and election officials believe the results accurately reflect the will of the people.
As written, HB 6 unduly impacts voters with disabilities and hourly workers and fails to provide them confidence that their vote

Printed on: April 9, 2021 11:06 AM

will be counted.

As a VDR, I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration. Thank you.

Eufredo Flores, Mr.

Taxpayer

San Antonio, TX

I fully support what these legislators ,and congressmen and women are fighting for and will to best of my ability try and support not only with my vote but financially as much as possible .

Maria Wilcox

myself

Killeen, TX

HB6 is voter suppression. Every citizen has a right to vote. Not everybody can vote in person., therefore mail-in-voting should be available to everybody.

Kailea Humphreys

Self

dallas, TX

I support HB 6 and ask all involved to vote in favor of passing this bill. Please add requirements of voter identification for mail-in and absentee ballots and
routine verification of voter rolls and new registrations to the language of this bill. Thank you!

Edie Rogat

Self

Austin, TX

I oppose this bill! There has been zero evidence of election fraud. This is not needed. We should be making voting easier not harder.

jennifer bullock

Self

Austin, TX

I am opposed to this bill.

Gary Jensen

Self

Rosenberg, TX

I fully and unabashedly support HB 6.  It will be a major step to ensuring election integrity and combating ever-growing election fraud.  I would also encourage that documentable identification  be required for  mail-in as well as absentee ballots.  Furthermore I believe that routine and frequent verification of voter rolls and new registrations be enshrined in this legislation.

Printed on: April 9, 2021 11:06 AM

Sadia Ali

Self

Austin, TX

This is unbelievable that people are even considering voting access restriction. People should have the maximum opportunity to vote and have weekend and after hours voting options.

Alexis Webster

Self, Educational Consultant

Austin, TX

As a constituent who supports civic engagement, I urge you to vote against HB 6. This bill unduly impacts voters with disabilities, people transporting voters to the polls, and hourly workers. We saw great voter enthusiasm in 2020 and celebrated the significant increase in voter turnout, despite overwhelming challenges. Texas state and county election officials believe the results accurately reflect the will of the people. Texans want voting to be safe, easy, and accessible, and I urge you to reject these unwarranted bills.

I encourage you to support online voter registration and same-day voter registration that can save taxpayers money on the antiquated voter registration system in Texas, one of only 10 states that do not have online registration.

Thank you.

Annette Vandewerken

Self

Austin, TX

I am definitely FOR this bill. Election integrity is a cornerstone of our representative republic & it is imperative for the state legislature to take this responsibility seriously. Strict safeguards to ensure that all votes are legal, have appropriate/secure chain of custody, are easily auditable do not contribute to voter suppression. In fact they assure the validity of everyone's votes. There should be criminal penalties for those who break or manipulate election safeguards.

Frank Tenhoopen

Self Retired

Lucas, TX

Please seriously consider saving our top-of-line election system by voting casting a vote FOR the citizens of Texas.

Marion Mlotok

self/retired

Austin, TX

I am opposed to this bill.  It promotes voter supression and a flagrant disregard for democracy and counting everyone's votes.

Jennifer Touchton

self - Sr. Business Analyst

Austin, TX

Printed on: April 9, 2021 11:06 AM

It should be made easier to vote, not harder.  Voting is a fundamental right in any democracy.  The best case scenario is when EVERYONE votes.  The worst case scenario is when only some people are allowed to vote.

Ayse Iyriboz

Myself

Austin, TX

Against

Mary Sullivan

self

Austin, TX

I support expanded access to the ballot box. I support online voter registration, expanded voting hours and longer early voting periods. I support no-excuse vote by mail.??

Connie Matthews, CPA

Self - accountant

Temple, TX

I respectfully request that the committee base its decision on factual evidence based information only and not hearsay or anecdotal evidence. There is no objective evidence of voter fraud which would require these measures. The measures would significantly reduce access to voting by Texans.  Texas lawmakers are sworn to uphold the constitution which provides the right to vote for all Texans.  Please consider your duty to protect that right in the interest of a free and fair democracy.

Dynisha Randle

Self,  Communications Director

Houston, TX

This bill and others like it around the country are meant to circumvent the will of the people by creating unlawful barrier to voting especially for people of color.  In a state consistently ranking in the bottom of voter turnout how do you justify any attempts to make voting harder.  Instead of finding ways to include all voters in the process the Texas Legislature is again wasting my time and tax dollars of fighting against the people instead of for them.

Gentry McLean

self, patent attorney

Austin, TX

I strongly oppose HB6.  I have been a volunteer deputy registrar in Texas for 4 years and have spoken to numerous potential voters.  The "prevention of fraud" touted by the sponsors of HB 6 is not needed.  No one in Texas has found evidence of anything significant in the way of voter fraud.  Barriers to voting, on the other hand, are numerous, and this bill only makes them worse.  Many people I spoke to registering voters weren't aware that they could still vote if their driver's license had expired (a common occurrence during the pandemic), for example.  If voters aren't sure they are eligible, they won't want to wait in a long line to find out they can't vote, so they don't try.  Creating criminal offenses out of honest mistakes will only make people less likely to vote and less likely to help register voters, which is already a difficult process in Texas.

Printed on: April 9, 2021 11:06 AM

SUMMARY OF COMMITTEE ACTION

<u>HB 6</u>

<u>March 25, 2021        8:00 AM</u>
Considered in public hearing
Committee substitute considered in committee
Testimony taken/registration(s) recorded in committee
Left pending in committee

<u>April 1, 2021        8:00 AM</u>
Considered in public hearing
Committee substitute considered in committee
Testimony taken/registration(s) recorded in committee

- The hearing continued after midnight. The following actions occurred April 02, 2021:

Left pending in committee

<u>April 8, 2021        8:00 AM</u>
Considered in public hearing
Committee substitute considered in committee
Reported favorably as substituted

<u>WITNESS LIST</u>

HB 6

HOUSE COMMITTEE REPORT

Elections Committee

<u>March 25, 2021 - 8:00 AM</u>

    <u>Registering, but not testifying:</u>

For :

        Anz, Paula (Self)

        Avellano, Deborah (Self)

        Beamer, Don (Self)

        Beamer, Jenny (Self)

        Bohnert, Henry (Self)

        Bohnert, Richard (Self)

        Bolgiano, John (Self)

        Burdick, Michael (Self)

        Campbell, Julie (Self)

        Carter, David (Self)

        Cassidy, Michael (Self; Convention of States)

        Chambless, Dee (Self; Smith County Republican Women)

        Chandler, Dan (Self)

        Cheshire, Cary (Self; Texans for Fiscal Responsibility)

        Choquette, Marc (Self)

        Clark, Paula (Self)

        Colbert, Tamara (Self; Grassroots Gold)

        Cook, Jonathan (Self)

        Coulson, Sylvia (Self)

        Covey, David (TRCCA)

        Davey, Richard (Self)

        Davis, Michelle (Self; Convention of States)

        Davis, Richard (Self)

        Deffendall, Michael (Self; Convention of States Texas)

        DeVore, Chuck (Texas Public Policy Foundation)

        Dickey, James (Self)

        Dixon, Don (Self)

        Dunklau, Brent (Self; Convention of States)

        Ferrari, Joseph (Self)

        Fossum, Michael (Self)

        Franklin, Shelia (Self; True Texas Project)

        Gallagher, Lori (Self)

        Garner, Donald (Texas Faith & Freedom Coalition)

        Gille, Jo-Ann (Self)

        Glass, Tom (Self; Texas Election Integrity)

        Green, Robert L. (Self; TCRP Elections Integrity Committee)

        Hayter, Russell (Self)

        Heiskell, Nellie T (Self)

        Hendrix, Tommy (Self)

        Hodson, Paul (Self; Grassroots Gold)

        Holman, Frank (Self)

        Hotze, MD, Steven (Self; Conservative Republicans of Texas)

        Isaac, Carrie (Self)

        Isaac, Jason (Self)

        Keen, Philip (Self)

        LeBlanc, Jeff (Self; Republican Liberty Caucus of Texas)

        Leder, Benjamin (Self)

        Long, Linda (Self)

        Martin, Joanne (Self)

        McClugage, Carolyn (Self)

        McCord, Mia (Texas Conservative Coalition (TCC))

        McCrary, Johanna (Self)

<u>WITNESS LIST</u>

HB 6

HOUSE COMMITTEE REPORT

Elections Committee

        Mcnulty, Patricia (Self; Cos)

        Moore, Brandon (Self)

        Moore, Kenneth (Self)

        Mostert, Michelle (Self)

        Nobis, Tom (Self)

        NODOLF, LAURA (Self; MIDLAND COUNTY DISTRICT ATTORNEY'S OFFICE)

        Ocker, Kathleen (Self; Grassroots Gold)

        Ocker, Kathleen (Self)

        Openshaw, Michael (Self)

        Opiela, Eric (Self)

        Perry, James (Self; Convention of States)

        Pillado, Teresa (Self)

        Pillado Leon, Caleb (Self)

        Ponce, Rose (Self)

        Rhodes, Fran (Self; True Texas Project)

        Rightmyer, Kathryn (Self; Cos)

        Rodriguez, Mariah (Self)

        Roy, Chip (Self)

        Saenz, Jonathan (Self; Texas Values)

        Sargent, Bill (Self)

        Seelig, Bonnie (Self)

        Simpson, Paul (Self)

        Simpson, Ryan (Self)

        Stephens, Mark (Self)

        Stufflebeam, Denise (Self)

        Sullivan, Michael (Self)

        Sunderland, Bryan (Self; Opportunity Solutions Project)

        Swirsky, Alexie (Self)

        Tangeman, Allison (Self)

        Thompson-Draper, Cheryl (Self)

        Thoreson, Bill (Self)

        Valliant, Susan (Convention of States)

        Van Compernolle, John (Self)

        Vega-marchena, Zoila (Self)

        Velasco, Diane (Self)

        Vera, Alan (HCRP Ballot security Committee)

        Virdell, Sara (Self)

        Virdell, Wesley (Self)

        Welty, Gerald (Self; Convention of States)

        Whisenhunt, Wesley (Self; Grassroots Gold)

        White, Molly (Self)

        Williams, Shelby (Self; Plano City Council)

        Winter, Allison (Self)

        Woolsey, Chris (Self)

        Yamarick, Paul (Self)

      Against :

        Alonso, Ofelia (Self; Texas Rising)

        Avila, Abigail (Self; Texas Rising)

        Banister, Lauren (TexPIRG)

        Bennett, Joey (Secure Democracy)

        Bledsoe, Gary (Self; Texas NAACP)

        Bonner, Charlie (Self)

        Borel, Dennis (Coalition of Texans with Disabilities)

        Branch, Devin (Texas Organizing Project)

        Briseno, Isabella (Self)

<u>WITNESS LIST</u>

HB 6

HOUSE COMMITTEE REPORT

Elections Committee

Brown, Andy (Self)
Brown, Koretta (Self; The Alliance for A New Justice System)
Burnam, Lon (Self; Public Citizen)
Callahan, Christy (Self)
Carranza, Susana (Self)
Carter, Cassandra (Delta SigmaTheta Sorority, Inc.)
Cattanach, Joanna (Self; Dallas County Democratic Party)
Chamberlain, Steve (Self; Bastrop County Democratic Party)
Clark, Billy (Self)
Clemmons, Jeffrey (Self)
Clouston, Rose (Texas Democratic Party)
Collins, Daniel (El Paso County)
Colon Uvalles, Jose (Self)
Compton, Dorothy ann (Self)
Crockett, Jasmine (Self)
Cuevas, Jo Cassandra (WiseUp Texas)
DeLoretto-Chudy, Sophia (Self)
Donaldson, Dena (Texas AFT)
Doyel, Elizabeth (Self; Common Cause)
Dumey, Rocio (Self)
Eby, Emily (Texas Civil Rights Project)
Evans, Richard (Emgage Action)
Fierro-Perez, Rocio (Self)
Finkel, Jaclyn (Self)
Flores, Lisa (Self; Easterseals Central Texas)
Ford, Rachel Baker (Self; Garland Area Democratic Club)
Galloway, Hilliard Drew (Self; MOVE Texas Action Fund)
Garcia, Gregory (Self)
Garcia, Veronica (Houston in Action)
Gharakhanian, Stephanie (Self; Workers Defense Action Fund)
Gilberg, Julie (Self)
Gomez, Diana (Self; Progress Texas)
Gomez, Stephanie (Common Cause Texas)
Griffith, Idona (Self)
Griggs, David (Self)
Guy, Linda (Self)
Haefs, Cerena (Self; Tecas Rising)
Hiner, Harrison (Communications Workers of America)
Hormuth, Jeannette (Self)
Houston, Joshua (Texas Impact)
Huff, Harold (Self)
Hurd, Julie (Self)
Hurtado, Mary Ann (Self)
Jaimes, Nasario (MOVE Texas Action Fund)
Jones, Dave (Self; Clean Elections Texas)
Joseph, Zenobia (Self)
Kanski, Scott (Self)
Keller, James (Self)
Kelly, Bill (Self; Mayor's Office, City of Houston)
Kerr, Lonzo (Self; Texas NAACP)
Keysor, Georgia (Self)
King, Bill (Self)
Kumar, Savannah (ACLU of Texas)
Kundawala, Ishrat (Self)
Lara, Rene (Texas AFL-CIO)
Leal, Gloria (Self; League of United Latin American Citizens LULAC.)

WITNESS LIST

HB 6
HOUSE COMMITTEE REPORT
Elections Committee

  Lopez, Carisa (Texas Freedom Network)
  Lopez, Carlos (Self)
  Lopez, Roberto (Self; Texas Civil Rights Project)
  Luna, Maggie (Self; Statewide Leadership Council)
  MacDougal, Vanessa (Self)
  Mandel, Julia (Self)
  Matson, Stacie (Self; Bexar County Election Integrity Committee; Joshua Council)
  Maxey, Glen (Texas Democratic Party)
  Mayfield, Cameron (Self)
  McAfee, Vanessa (Self; Texas Democratic Women of Galveston County)
  McCreary, Robert (Self)
  Mills, Amber (Self)
  Munoz, Suseth (Self; Texas Freedom Network)
  Murphy, Joseph (Self)
  Narvaez, Thamara (Harris County Commissioners Court)
  Nilsson, Lisa (Self; Bexar Co Election Integrity committee, Joshua Counsel)
  O'Rourke, Beto (Self)
  Ortiz, Marina (Self; Texas Rising)
  Palacios, Denisce (Self; Texas Rising)
  Perales, Nina (Mexican American Legal Defense and Educational Fund)
  Pressleyy, Laura (True texas elections, Joshua Council)
  Reed, Cyrus (Lone Star Chapter Sierra Club)
  Renaud, Jorge (LatinoJustice)
  Rice, Judah (Self)
  Richards, Joanne (Self)
  Rogers, Corisha (Self)
  Ross, Robyn (Self)
  Sadasivan, Kathryn (NAACP Legal Defense and Educational Fund, Inc.)
  Sanders, Cynthia (Self)
  Schenker, Rebecca (Self)
  Schneider, Joseph (Self)
  Schultz, Susan (League of Women Voters of Texas)
  Shortes, Connie (Self)
  Slattery, James (Texas Civil Rights Project)
  Smith, Angela (Self)
  Stern, Maggie (Children's Defense Fund - Texas)
  Story, Wesley (Self; Progress Texas)
  Stout, David (El Paso County)
  Strickler, Marcia (Self; Wilco We Thee People)
  Till, Justin (Fair Maps Fund)
  Torres Yañez, Claudia (Self)
  Trevino, Jami (Self)
  Vunderink, Gregg (Self)
  Weinberg, David (Brennan Center for Justice)
  Wheeler, Julie (Travis County Commissioners Court)
  Wild, Brandt (Self)
  Williams, Kenneth (Self)
  Williamson, Michael (Self)
  Yanez, Carolina (Self)
  Zavala, Patricia (Self; Jolt)

On :

  Broadway, Molly (Disability Rights Texas)
  Davidson, Donna (Opportunity Solutions Project)
  Davis, Chris (Texas Assoc. of Elections Administrators)
  Eller, Andrew (Self)

<u>WITNESS LIST</u>

HB 6

HOUSE COMMITTEE REPORT

Elections Committee

        Garcia, Heider (Self; TAEA)

        Hawthorne, Heather (Self; County and District Clerks Assn of Texas)

        Hollins, Chris (Self)

        Ingram, Keith (Texas secretary of state)

        Mohr Boleware, Alison (National Association of Social Workers - Texas Chapter)

        Parkinson, Thomas (Self)

        White, Jonathan (Office of the Attorney General)

        York, Ruth (Self; Tea Party Patriots of Eastland County)

<u>April 1, 2021 - 8:00 AM</u>

    For :

        Alvarez-Bingham, Elizabeth (Self)

        Bennett, Monty (Self)

        Birk, Carla (Self)

        Bowen, Wesley (Self)

        Broughton, Rebecca (Self)

        Carter, David (Self)

        Chandler, Dan (Self)

        Cox, Tim (Self)

        De la Cruz - Hernandez, Monica (Self)

        DeVore, Chuck (Texas Public Policy Foundation)

        Ely, William (Self)

        Ennis, Chad (Texas Public Policy Foundation)

        Fountain, Susan (Republican Party of Texas)

        Gallagher, Lori (Self)

        Gonzales, Juan-Manuel (Latinos for America First)

        Green, Robert L. (Self; Travis Co. Republican Party Election Integrity Committee)

        Guerrero, Demesio (Latinos for America First)

        Hawthorne, Heather (County and District Clerks Association of Texas)

        Hodges, Bradley (Self)

        Hormuth, Jeannette (Self)

        Krueger, Edna (Self)

        Licciardi, Craig (Self)

        Long, Matt (Self; Fredericksburg Tea Party)

        Martinez, Weston (Self; Voter Fraud Bureau of Investigation)

        McCrary, Johanna (Self)

        McKenzie, Richard (Self)

        Monroe, Gerry (Self)

        Moore, Kenneth (Self)

        Mostert, Michelle (Self)

        Mouser, Richard (COS Action)

        Opiela, Eric (Self)

        Perry, James (Self)

        Pressley, Laura (True Texas Elections)

        Rodriguez, Rolando (Latinos for America First)

        Roy, Chip (Self)

        Sargent, Bill (Self)

        Schaefer, Werner (Self)

        Simmons, James (Self)

        Simpson, Paul (Self)

        Slaton, Michael (Self)

        Smith, Angela (Self; Fredericksburg Tea Party)

        Smith, Demetria (Self)

        Strickler, Marcia (Self; Wilco We Thee People)

        Swirsky, Alexie (Self)

        Taylor, Aubrey (Self)

WITNESS LIST


HB 6

HOUSE COMMITTEE REPORT

Elections Committee

> Thomas, Teresa (Self)
> Vera, Alan (Harris County Republican Party Ballot Security Committee)
> Vera, Colleen (Self)
> Welty, Gerald (Self; Convention of States)
> Whitt, Margaret (Self)
> Wilbanks, Darcie (Self; Greenwood Forest Republicans of Harris County)

Against :

> Bhat, Prena (Self)
> Birnel, Alex (Self)
> Bledsoe, Gary (Self; Texas NAACP)
> Bonner, Charlie (Self)
> Borel, Dennis (Coalition of Texans with Disabilities)
> Bullard, Becky (Self)
> Callahan, Christy (Self)
> Carranza, Susana (Self)
> Carter, Cassandra (Delta Sigma Theta Sorority Inc)
> Cattanach, Joanna (Self)
> Cheng, Ashley (Asian Pacific Islander Public Affairs)
> Clemmons, Jeffrey (Self; Austin College Student Commission, Huston-Tillotson NAACP, Texas Rising)
> Clouston, Rosemarie (Texas Democratic Party)
> DeLoretto-Chudy, Sophia (Self)
> Dyuty, Mary (Mcdp)
> Fierro-Perez, Rocio (Self; Texas Freedom Network)
> Gutierrez, Anthony (Common Cause Texas)
> Gutierrez, Jonathan (Self)
> Houston, Joshua (Texas Impact)
> James, Brandon (Self)
> Jaworski, Joe (Self)
> Joseph, Zenobia (Self)
> Kumar, Savannah (ACLU of Texas)
> Lewis, Linda Jann (Texas NAACP)
> Longoria, Isabel (Harris County Elections Administrator)
> Maxey, Glen (Texas Democratic party)
> Mayfield, Cameron (Self; Texas Rising)
> Mcafee, Vanessa (Self; Texas Democratic Women of Galveston County)
> Miller, Jeff (Self; Disability Rights Texas)
> Mills, Amber (Self; MOVE Texas Action Fund)
> Mitterhoff, Tessa (Self)
> Oliver, Julie (Self)
> Palacios, Denisce (Self; Texas Rising Action)
> Pate, Kirk (Self)
> Perales, Nina (MALDEF)
> Ramirez, Jessica (Self)
> Ramos, Jen (Self; Texas Democratic Party)
> Rice, Judah (Self)
> Rogers, Corisha (Self)
> Sanders, Cissy (Self)
> Schenker, Rebecca (Self)
> Slattery, James (Texas Civil Rights Project)
> Stern, Maggie (Self; Children's Defense Fund - Texas)
> Stout, David (Self; El Paso County)
> Sullivan, Lauren (Self; Young County Elections Administrator)
> Syed, Myra (Self)
> Tuo, Ruei (Self)

<u>WITNESS LIST</u>

HB 6

HOUSE COMMITTEE REPORT

Elections Committee

       Tutt, Joshua (Self)

       Villalon, Dylan (Self)

       Villaplana, Andre (Self)

       Zavala, Patricia (Jolt)

   On :

       Davis, Chris (Texas Assoc. of Elections Administrators)

       Ingram, Keith (Texas Secretary of State)

       White, Jonathan (Office of the Attorney General)

<u>Registering, but not testifying:</u>

   For :

       Albrecht, Kebra (Self)

       Allen, Krista (Self)

       Ankele, Griselda (Self)

       Atkins, Justine (Self)

       Augustus, Dave (Self)

       Bafford, Russell (Self)

       Barrientos, Melissa (Self)

       Bejar, Rafael (Self)

       Bell, Alicia (Self; Grassroots Gold)

       Bellomy, Randy (Self)

       Bencosme, Fe Liza (Self)

       Best, James (Self)

       Beulah, Tara (Self)

       Bickham, Kristen (Self)

       Bohnert, Henry (Self)

       Bohnert, Richard (Self)

       Bolgiano, John (Self)

       Borton, Barbara (Self; Grassroots gold)

       Borton, Tom (Self; Grassroots gold)

       Briscoe, Rick (Self)

       Brooks, Karen (Self; Texas true project)

       Campbell, Julie (Self)

       Cardenas Gille, Jo-Ann (Self)

       Clark, Paula (Self)

       Clement, George (Self)

       Clements, Jordan (Young Conservatives of Texas-UT)

       Clemmons, Sheila (Self)

       Colbert, Tamara (Self; Grassroots Gold)

       Conner, Michael (Self; Convention of States, District Captain for HD117, Totaling 1,073 Petition Signers)

       Conway, Melissa (Self)

       Coulson, Sylvia (Self)

       Covey, David (Self; President, TRCCA (Texas Republican County Chairman Association))

       Covey, Jonathan (Texas Values Action)

       Davey, Richard (Self)

       De Franceschi, Vladimir (Self)

       Dixon, Don (Self)

       Drewry, Christina (Self; Texas Nationalist Movement)

       Dunklau, Brent (Self; Convention of States)

       Durnin, Linda (Self)

       Ead, Justin (Self; True Texas Project)

       Fontaine, Ruth (Self)

       Franklin, Shelia (Self; True Texas Project)

       Fry, Pat (Self)

WITNESS LIST

HB 6

HOUSE COMMITTEE REPORT

Elections Committee

        Garner, Donald (Texas Faith & Freedom Coalition)
        Gibson, Leigh (Self)
        Glass, Tom (Self; Texas Election Integrity)
        Glover, Jill (Republican Party of Texas)
        Hammonds, Anna (Self)
        Harrell, Sherry (Self)
        Hayter, Russell (Self)
        Hemphill, Sheila (Self; TexasRight To Know)
        Hendrix, Tommy (Self)
        Hodson, Michelle (Self)
        Hodson, Paul (Self; Grassroots Gold)
        Hoelscher, Cindy (Self)
        Holman, Frank (Self)
        Hopper, Charlotte (Self)
        Isaacs, Barbara (Self)
        Jacoby, Robert (Texans for Election Integrity)
        Kelley, Mike (Self)
        Kibel, Richard (Self)
        Kirkland, Mandy (Self)
        Knight, Nancy (Self)
        Knudsen, Tracy (Self)
        Lay, Becky (Self; Bandera County Election Integrity Committee)
        Ledder, Catherine (Self)
        Lennon, Jim (Self; Kingwood TEA Party)
        Lennon, Robin (Self; Kingwood TEA Party, Inc.)
        Lux, Eugene (Self)
        Lynch, Terry (Self; True Texas Project)
        Main, Crystal (Self)
        Martin, Joanne (Self)
        Martinez, Blanca (Self)
        Martinez, Maria (Self)
        Mason, Ajua (Self)
        McClugage, Carolyn (Self)
        McGary, Barbara (Self)
        McMahan, Stacy (Self; East Texans for Liberty)
        Merrick, Susan (Self)
        Meyer, Carol (Self; Republican Club of Gregg County)
        Moore, Brandon (Self)
        Murphy, Joseph (Self)
        Nolan, Mary Katherine (Self)
        Nolen, Robert (Self)
        Olson, Kenneth (Self)
        Painter, Catherine (Self)
        Paulsen, Kelly (Self)
        Phillips, Cyndie (Self)
        Ponce, Kathy (Self)
        Pool, Trent (Self)
        Renick, Karen (Self; VoteRescue)
        Rhodes, Fran (Self; True texas project)
        Rhymes, Marty (Self; Republican Club of Gregg County)
        Rightmyer, Kathryn (Self)
        Rodgers, Rebecca (Self; True Texas Project)
        Saenz, Jonathan (Self; Texas Values)
        Scholl, Kathy (Self)
        Sewell, Carol (Self)
        Simmons, Carrie (Opportunity Solutions Project)

8

<u>WITNESS LIST</u>

HB 6
HOUSE COMMITTEE REPORT
Elections Committee
        Simmons, Charles (Self)
        Simmons, Luke (Self)
        Starnes, Deon (Self)
        Stauffer, Barb (Self; Heritage Action)
        Stufflebeam, Denise (Self)
        Tangeman, Allison (Self)
        Thoreson, Bill (Self)
        Thoreson, Linda (Self)
        Tillman, Calvin (Self)
        Torres, Candelario (Self; True Texas Project)
        Tracy, Hubert (Self)
        Tracy, Martha (Self)
        Van Compernolle, John (Self)
        Waite, Jennifer (Self)
        Watson, Geary (Self)
        Wendt, Manfred (Self; Young Conservatives of Texas)
        Whisenhunt, Wesley (Self; Grassroots Gold)
        White, Molly (Self)
        Williams, Amber (Self)
        Williams, John (Self)
        Williams, Julie (Self)
        Willmon, Donald (Self)
        Wolfe, Michael (Self)
        Wright, Wesley (Self)

     Against :
        Aguilar, Leonard (Texas AFL-CIO)
        Allison, Heather (Self; Avow)
        Allison, Heather (Jane's Due Process)
        Areche, Malenie (Self)
        Baldwin, Randall (Self)
        Banister, Lauren (Self)
        Bartfield, Sarah (Self)
        Bauman, David (Self)
        Beck, Hannah (Self)
        Benedict, Wes (Self)
        Bennett, Joey (Secure Democracy)
        Bernstein, Oliver (Self)
        Billings, David (Self; Stand Up Republic Texas)
        Bland-Ho, Heather (Self)
        Bowen, Brigitte (Self)
        Briscoe, April (Self)
        Brown, Andy (Self)
        Burnam, Lon (Self; Public Citizen)
        Caballero, Darcy (Self; Texas Democratic Party)
        Carmichael, Katherine (Salesforce)
        Castillo, Alycia (Self; Texas Criminal Justice Coalition)
        Chamberlain, Steve (Self; Bastrop County Democratic Party)
        Claytor, Sarah (Self)
        Collins, Daniel (El Paso County)
        Collins, Karen (Self)
        Copeland, Jonathan (Cannabis Reform of Houston)
        Cox-Walker, Sarah (Self)
        Crenshaw, La'Kisha (Self)
        Cruz, Gabrielle (Self; Jolt Action)
        Currens, Leslie (Self)

WITNESS LIST

HB 6
HOUSE COMMITTEE REPORT
Elections Committee
        Diaz, Danny (Self; Lupe)
        Eby, Emily (Texas civil rights project)
        Espinosa, Salvador (Self)
        Evans, Richard (Emgage Action)
        Forman, Bettie (Self)
        Fuentes, Vanessa (City of Austin)
        Galindo, Erika (Self)
        Garcia, Joaquin (Self; La Union del Pueblo Entero (LUPE))
        Garza, Angela B (Self)
        Garza, Tom (Self)
        GATEJ, JOHN (Self)
        Gezana, Susan (Self)
        Gharakhanian, Stephanie (Self; Workers Defense Action Fund)
        Gidseg, Joey (Self; Texas Democrats with Disabilities Caucus)
        Gilberg, Julie (Self)
        Ginther, Gray (Self)
        Gomez, Diana (Self; Progress Texas)
        Griffith, Idona (Self)
        Gupta, Parth (Self)
        Guy, Linda (Self)
        Hackett, Lillian (Self)
        Hackett, Trevor (Self)
        Hall, Brigid (Self)
        Herr Tally, Mary (Self)
        Hicks, Duncan (Self)
        Hoffman, Stephanie (Self)
        Horne, Thedencia (Self)
        Howard, Eugene (Self; Texas NAACP)
        Hsieh, Ming-Ting (Self)
        Hunt, Peter (Self)
        Hurd, Julie (Self)
        Hurtado, Mary (Self)
        Johnson, Darralyn (Self)
        Jones, Carl (Self)
        Joy, Louise (Self)
        Kataria, Akash (Self)
        Kelly, Bill (Mayor's Office, City of Houston)
        Keysor, Georgia (Self)
        King, Bill (Self)
        Kloser, Elizabeth (Self)
        Knox, Erica (Self)
        Leal, Gloria (Self; League of United Latin American Citizens LULAC)
        Levin, Nate (Self)
        Locasio, Ann (Self)
        MacDougal, Vanessa (Self)
        Madison, Natasha (Self)
        Maldonado, Fernanda (Self)
        Mansfield, Samuel (Self)
        Markus, Susan (Self)
        Marques, Rebecca (Self; Human Rights Campaign)
        Martinez, Amber (Self)
        Martinez, Ricardo (Self; Equality Texas)
        Mayeaux, Ginger (The Arc of Texas)
        McClean, Gentry (Self)
        Meed, Alex (Self)
        Miles, Melanie (Self; Black Women Of Greater Houston pac and Texas Alliance Of Black

WITNESS LIST


HB 6

HOUSE COMMITTEE REPORT

Elections Committee

           pacs)

           Miller, Elizabeth (Self; Libertarian Party of Texas, SD 10 Rep)

           Montalvo, Jesus (Self; La Union del Pueblo Entero)

           Moon, Kate (Self)

           Morgan, Patricia (Self)

           Mossman, Nancy (Self)

           Nelson, Helen Louise (Self)

           Nelson, Matt (Self)

           Nguyen, Anna (Self)

           Ott, Lauryn (Self)

           Perez, Rene (Self; Libertarian Party of Texas)

           Perkins, Elysia (Self; Jolt Action)

           Petty, Carol (Self)

           Plua, Marlene (Self; Jolt Initiative)

           Price, Zachary (Self)

           Quinzi, Patty (TX-American Federation of Teachers)

           Ramos, Eric (Self)

           Ramsey, Nicholas (Self)

           Reed, Cyrus (Lone Star Chapter Sierra Club)

           Reed, Ender (Harris County Commissioners Court)

           Richards, Joanne (Self)

           Romero, Kimberly (Self)

           Rosenberg, Elyse (Self; National Council of Jewish Women)

           Ruby, Paige (Self)

           Ryan, Nathan (Self)

           Sadasivan, Kathryn (NAACP Legal Defense and Educational Fund, Inc.)

           Sandoval, Keyli (Self; Jolt)

           Sandoval, Victoria (Self)

           Santana, Osmara (Self)

           Santiago, Elvin (Self)

           Schneider, Joseph (Self)

           Schultz, Susan (League of Women Voters of Texas)

           Shahane, Rhea (Self; Texas Law Democrats)

           Shannon, Melissa (Bexar County Commissioners Court)

           Shapiro, Robyn (Self)

           Simpson, Matt (ACLU of Texas)

           Springer-Baldwin, Nancy (Self)

           Sullivan, Mary (Self)

           Tamayo, Elisa (Self)

           Tao, Eric (Self)

           Todd, Kaleb (Self)

           Tolhurst, Jasmine (Self; TDW-GC)

           Tolhurst, Lisa (Self)

           Villanueva, Chandra (Self)

           Vunderink    (Self)

           Webberman, Amy (Self)

           Weigel, Alicia (Self)

           Weinberg, David (Brennan Center for Justice)

           Wheeler, Julie (Travis County Commissioners Court)

           Whittington, LaTonya (Cannabis Reform of Houston)

           Williams, Mikal (Self)

           Williamson, Michael (Self)

           Wright, Christine (City of San Antonio)

           Xie, Selena (Self)

           Yado, Sissi (Self)

           Yarto, Samantha (Self)

<u>WITNESS LIST</u>

HB 6
HOUSE COMMITTEE REPORT
Elections Committee
      Zeko, Tatum (Self)

On :
      Parkinson, Thomas (Self)