**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | Consolidated Case No. 5:21-cv-844-XR |
| v. | § | |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| *Defendants*. | § | |

**Documents Produced with State Defendants' Initial Disclosures**
**November 5, 2021**

**Copy Filed with the Court November 15, 2021 (ECF 112)**

**Senate Bill 1**
**Legislative Session: 87**
**Second Special Session**

**Part VIII**

Date: November 15, 2021

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

ERIC A. HUDSON
Senior Special Counsel
eric.hudson@oag.texas.gov
Tex. Bar No. 24059977

KATHLEEN T. HUNKER
Special Counsel
kathleen.hunker@oag.texas.gov
Tex. State Bar No. 24118415
*Application for Admission Pending

LEIF A. OLSON
Special Counsel
leif.olson@oag.texas.gov
Tex. State Bar No. 24032801

JEFFREY M. WHITE
Special Counsel
jeff.white@oag.texas.gov
Tex. State Bar No. 24064380

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 15, 2021, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

# I. The Past: Racial Intimidation by Poll Watchers

As the Secretary of State's manual establishes, poll watchers are supposed to silently observe the conduct of election workers to ensure that their represented party, candidate, or measure is being treated fairly. Unfortunately, since the very beginning, poll watchers have often been more interested in the voters than in the workers, and not in the name of fairness. From Reconstruction to the most recent election, racist parties and candidates have deployed poll watchers to serve their own ends. When poll watchers have acted with impunity, people of color—and especially Black Americans—have been disenfranchised, injured, and even killed.

***Note: this section features accounts of racially motivated violence. Though they are not overly descriptive, it may still be traumatizing for some readers. Sections II and III are free of descriptions of overt violence.***

In 1867, Congress passed a law placing former Confederate states under Union military rule until they ratified the 14th Amendment, which guaranteed American citizenship to the newly freed slaves.[5] Under these Reconstruction Acts, Black men in the South could vote and hold office for the first time. Many Black men ran for office and won, or became delegates to state constitutional conventions. In 1870, the states ratified the 15th Amendment, declaring that states could not deny a man the right to vote "on account of race, color, or previous condition of servitude." The South was still a hotbed of racist voter intimidation, but the federal government used Reconstruction to provide Black voters some level of military protection.

This period came to an end in 1877, when Rutherford B. Hayes traded the Oval Office for the rights of Black Americans and ended Reconstruction by withdrawing federal troops from the South.[6] Vitriolic racism and violence continued to stand between Black Americans and the ballot box, but without any hope of protection coming from Washington. During this time, white people who wanted to stay in power began to deploy their supporters directly to the polling place with a mandate: keep Black voters out.

---

[5] **150 Years and Counting: The Struggle to Secure the Promise of the 15th Amendment**, NMAAHC.

[6] **Federal Troops Leave South, Ending Reconstruction**, EJI.

In Mississippi in 1875, white poll watchers went on a violent rampage in order to keep Black people from casting their ballots throughout the state.[7] The following year, white men in South Carolina killed six Black men, injured hundreds more, and destroyed the Hamburg Black business district in the name of making the polling place white again.[8] Black Americans in Alabama, Mississippi, Louisiana, and many other states experienced the same devastating acts of anti-voter terror in the 1870s.

Violence by white men guarding polls did not lose steam over the next 50 years. On Election Day in 1920, several Black men in Ocoee, Florida went to vote. Poll watchers ordered them to leave. They refused. After being turned away twice, one Black man, Mose Norman, returned to his precinct with a gun. A group of white men (including Klan members) massacred approximately 50 Black Floridians in retaliation. There is no record of the exact number of people killed, because none of the killers were ever convicted.[9]

White suppression of the Black vote wasn't always a grassroots effort; often, it came with encouragement from state leaders. In 1946, Georgia Governor Gene Talmadge was asked how white people might keep Black people away from the polls. In response, he picked up a scrap of paper and wrote a single word on it: "Pistols." Not long after, Taylor County poll watchers informed a mob about a Black veteran who voted in the Democratic primary. Four white men murdered him in his home. Afterward, the murderers nailed a sign up at a local Black church: "The First N----- to Vote Will Never Vote Again."[10]

Other veterans faced death again in order to participate in the democracy they had defended overseas. In 1946, Medgar Evers returned to Mississippi from serving in World War II, eager to vote against Senator Theodore Bilbo, a rabid segregationist running for reelection. Bilbo told his campaign rally crowds that blacks should stay away from the polls in the Democratic primary, and that "red blooded" white men would be watching the polls to make sure that they did. Evers and four other veterans showed up the next day to vote, but were turned away by a group of white poll watchers waving pistols at the polling place door. A group of white poll watchers assaulted Black veteran Etoy Fletcher after the local registrar told him that "Negroes are not allowed to vote in Rankin County."

---

[7] **Civil Rights in America: Racial Voting Rights**, page 10. National Parks Service.

[8] **Civil Rights in America: Racial Voting Rights**, page 10. National Parks Service.

[9] **Voting has a violent history in the U.S. There's a reason we're talking about it so openly now.** MSNBC.

[10] **Trump's accusations of fraud in Georgia echo decades of racial violence.** MSNBC.

Another Black veteran, NAACP chapter president Vernando R. Collier, described how he and his wife were assaulted by a pack of white poll watchers as they tried to enter the polling place.[11]

The 1960s finally began to realize some hard-fought civil rights victories for Black Americans. Unfortunately, this decade also marked the beginning of poll watchers organizing to keep Black voters out using "legal" means. For example, in 1962, two white Republican poll watchers stood outside a school polling place in Phoenix, Arizona to confront Black voters. They would show Black would-be voters a card featuring an excerpt from the Constitution and ask them to read it out loud to prove that they were literate. Whether or not they could read it, many of these people became discouraged and chose not to vote. One of those two white men was future Supreme Court Chief Justice William Rehnquist.[12] A lawyer on the Rehnquist poll watching squad said that "if we can disqualify enough blacks and enough Mexican Americans, we can elect Paul Fannin Governor in 1962."[13]

In 1964, vote suppressors took their poll watcher intimidation movements nationwide. In the lead-up up to that year's presidential election, the RNC launched the nation's first major so-called "anti-fraud" campaign: Operation Eagle Eye. The RNC recruited tens of thousands of volunteers to show up at polling places in communities of color and challenge voters' eligibility, take unwelcome photographs, loudly describe voters on two-way radios, and summon Republican-friendly police officers.[14] Operation Eagle Eye deployed 10,000 volunteers in Texas alone.[15] In Washington D.C., the Republican city chair instructed his poll watchers to target "people who look like they don't belong in the community or are not the kind of people who would register and vote."[16] That same city chair assured the Washington Post that "well-dressed persons will not be challenged... only 'the kind of a guy you can buy for a buck or a bottle of booze.'"[17]

---

[11] **Civil Rights in America: Racial Voting Rights**, page 25. National Parks Service.

[12] **Vote Suppression Goes National—and Republican**, page 46.

[13] **Vote Suppression Goes National—and Republican**, page 47.

[14] **The Ballot Cops**, The Atlantic.

[15] **Democrats Charge G.O.P. Poll Watch Today Will Harass the Negroes and the Poor; REPUBLICANS SAY HONESTY IS GOAL; Assert 100,000 Sentinels in 35 Cities Will Seek Only to Avert Voting Fraud,** The New York Times (1964).

[16] **Democrats Charge G.O.P. Poll Watch Today Will Harass the Negroes and the Poor; REPUBLICANS SAY HONESTY IS GOAL; Assert 100,000 Sentinels in 35 Cities Will Seek Only to Avert Voting Fraud,** The New York Times (1964).

[17] **Vote Suppression Goes National—and Republican**, page 52.

The national director of Operation Eagle Eye told the New York Times that he expected his watchers to "successfully challenge or to discourage from voting" 1.25 *million* people.[18] In St. George, South Carolina, poll watchers challenged one out of every three black people who were attempting to vote.[19]

This organization continued to escalate its tactics even after the Voting Rights Act of 1965. In 1981, the RNC organized a partisan poll watching group called the National Ballot Security Task Force. This group included armed off-duty police officers who patrolled polling places, occasionally removing voters in Latinx and Black neighborhoods. The DNC sued for violations of the 14th and 15th Amendments and the Voting Rights Act. Evidence in the case included the party's plans to discourage voting by placing intimidating poll watchers in communities of color in Harris County, Texas. Party representatives made overt racial remarks across the country, such as "If it's a close race . . . which I'm assuming it is, this could keep the black vote down considerably."[20] The parties signed a consent decree allowing a federal court to review any proposed "ballot security" activities of the RNC, particularly in minority areas. The DNC alleges that the RNC has failed to respect the decree numerous times since, including incidents in which RNC poll watchers harassed voters in Pennsylvania, Arkansas, Kentucky and Louisiana. The decree expired at the end of 2017.[21]

Poll watcher efforts often have great success embedding in and terrorizing communities over several decades. In Charleston County, South Carolina, Black voters face a longtime pattern of voter intimidation. Election Commission member Carolyn Collins testified about inappropriate behavior she had observed by white poll managers in majority-Black precincts. One such manager had reportedly intimidated a number of voters and, when approached by Collins, replied that he did not have to listen to her. Collins also testified that she had received complaints from Black voters concerning rude or inappropriate behavior by white poll officials in *every election* between 1992 and 2002.[22]

_____

[18] **Democrats Charge G.O.P. Poll Watch Today Will Harass the Negroes and the Poor; REPUBLICANS SAY HONESTY IS GOAL; Assert 100,000 Sentinels in 35 Cities Will Seek Only to Avert Voting Fraud,** The New York Times (1964).

[19] **Suppression Goes National—and Republican,** page 51.

[20] **The Politics of Voter Suppression,** page 56. Cornell University Press.

[21] **Everything you need to know about election observers — and why the U.S. needs them.** Washington Post.

[22] **The Long Shadow of Jim Crow,** page 10. People for the American Way & NAACP.

Poll watcher intimidation has changed shape—but it hasn't slowed— in the 21st century. In 2000, poll watchers in Florida locked gates to polling places that served Black communities in an effort to keep them from casting votes. During that election, a Black Floridian was 10 times as likely to have their vote rejected as a white voter.[23] In 2002 in Pine Bluff, Arkansas, Republican poll watchers focused exclusively on Black voters, asking them for identification and photographing them without their consent during the first day of early voting. Local law enforcement officials escorted the poll watchers out, but they later returned.[24]

In Texas, we have seen poll watchers intimidating voters in the last few years. In 2018, Dallas poll watchers had to be escorted out for looking over voters' shoulders.[25] In 2010[26] *and* in 2020,[27] Houston poll watchers were reported for being too close to voters. The latter was especially intimidating to voters who were susceptible to COVID-19 and forced to vote in person by Texas's draconian vote-by-mail requirements.

Of course, Black voters are not the only people who have been targeted by poll watchers. Congress did not pass protections for voters with limited English proficiency until 1975, disenfranchising immigrants of all races even 10 years after the Voting Rights Act was passed.[28] Many Asian Americans were unable to vote until 1952, when the federal government allowed immigrants of Asian descent to become citizens.[29] In 2005, the city of Boston was found guilty of discriminating against Spanish-speaking, Chinese, and Vietnamese voters.[30]

When Indigenous people tried to register to vote in the 1960s and 70s, they often had to register in a place where they did not feel comfortable, such as a store that did not welcome indigenous people. Poll watchers tracked those who voted, and sometimes penalized an indigenous person for voting by taking away their job, evicting them from their home, or suddenly refinancing their loan.[31]

---

[23] **Voting while black: the racial injustice that harms our democracy**. The Guardian.

[24] **The Long Shadow of Jim Crow**, page 7. People for the American Way & NAACP.

[25] **Tensions are running high in Texas, and people are reporting cases of voter intimidation at polling places**. Business Insider.

[26] **Tensions rise between voters and poll watchers in mid-term election**. KHOU.

[27] **Texas AG's office says poll watchers may perform duties within 6 feet of others**. KVUE.

[28] **50 Years of the Voting Rights Act: An Asian American Perspective**, AAJC.

[29] **50 Years of the Voting Rights Act: An Asian American Perspective**, AAJC.

[30] **50 Years of the Voting Rights Act: An Asian American Perspective**, AAJC.

[31] **Civil Rights in America: Racial Voting Rights**, page 85. National Parks Service.

Latinx voters face racist voter intimidation from poll workers, in addition to language discrimination. In 1975, Leonel Castillo, city controller of Houston, spoke of armed law enforcement officials that were dispatched to polling places for the sole purpose of intimidating Latinx voters, and poll watchers who made "excessive demands for personal identification" from Mexican American voters. Poll watchers in Texas have also been known to call Border Patrol in an attempt to curtail Latinx turnout.[32] In the 1980s in the Rio Grande Valley, poll watchers were known for intimidating non-English speaking voters by trying to kick them out of the polls and photographing them. [33]

In 2000, the Department of Justice came to an agreement with a Michigan municipality where poll watchers were challenging the registration of voters of Middle-Eastern descent.[34] Poll workers responded to those challenges by forcing all "Arab-American voters and other dark-skinned voters, such as Bengali-Americans" to take a citizenship oath before they could vote. This requirement was not imposed on white voters.

# II. The Very Recent Past: Poll Watcher Intimidation in 2020 Election

## A. Reports to Election Protection Hotline

The Texas Civil Rights Project is a part of the Texas Election Protection Coalition, which helps run the 866-OUR-VOTE hotline. We provide nonpartisan support to every voter, from basic information to helping solve complex voting issues. During the 2020 General Election, the hotline received 267 reports of voter intimidation in Texas alone.[35] Several of these calls were about intimidating poll watchers.

---

[32] **Civil Rights in America: Racial Voting Rights**, page 106. National Parks Service.

[33] **The Long Shadow of Jim Crow**, page 21. People for the American Way & NAACP.

[34] **City of Hamtramck, Michigan to Revamp Election Procedures to Prevent Voter Discrimination Under Justice Department Settlement**. Department of Justice.

[35] **Voter Intimidation In Texas During the 2020 General Election**. Texas Civil Rights Project.

In Dallas County, a voter reported that a white female poll watcher was standing within three feet of all of the voting machines and taking notes on a clipboard. The watcher stood where they could see people's votes and personal details of their IDs. This polling place primarily serves Black and Latinx voters. The poll workers—many of whom were elderly and Black—quietly told the concerned voter that they didn't know where the watcher was allowed to be. When the voter approached the poll watcher, the watcher hugged her notes close to her chest so they could not be seen and covered her badge so her name was not visible.

In Bowie County, a black voter had someone who appeared to be acting as a poll watcher looking over her shoulder as she voted, and asking her about who she was voting for. When the voter made one selection, the watcher pointed to it and asked if that was who the voter meant to choose. Finally, the voter asked the watcher to step away while she voted.

In Harris County, we received a call from a woman who was accompanying her mother to the polls. A poll watcher confronted the caller's mother as she was surrendering her absentee ballot so she could vote in person. The watcher declared that vote-by-mail was all fraudulent. Though he was a poll watcher, this man was actively involving himself in the ballot surrender process.

In Tarrant County, a voter reported feeling nervous and uncomfortable at his polling place, because poll watchers were walking around behind him and looking over his shoulder as he made his selections.

We also received reports of poll watchers harassing a poll worker in Harris County and one problematically confronting voters inside a polling location in Bexar County.

## B. Other Notable Incidents

Common Cause Texas obtained video footage of a Harris County Republican Party presentation recruiting and training poll watchers for the 2020 General Election. Throughout the video, the presenter uses dog whistles to target exclusively minority neighborhoods and rile up potential volunteers to form an aggressive poll watching "brigade."[36] The presenter states that the predominantly white suburban areas of Harris County are "safe," therefore "courageous" watchers from the suburbs need to venture into Harris County's predominantly Black and Brown

---

[36] **Video shows GOP targeting Houston minority communities with poll watcher 'brigade'**. Houston Chronicle.

urban core, highlighting particular areas on a map. Wheeler Baptist Church, a historic Black church with storied ties to the civil rights movement, is singled out as a particularly problematic example, despite the fact that no evidence is cited or exists indicating that fraud has occurred at this polling place.

Other states saw issues with poll watchers too.[38] During the November 2020 election, poll watchers in Pennsylvania sent voters to the wrong lines and the wrong precincts.[39] In Colorado, a poll watcher phoned in suspicions about a precinct with a high concentration of people of color.[40] In Florida, poll watchers threatened black voters who took bottles of water from NAACP members and fish sandwiches from church volunteers as they waited in long lines under punishing heat.[41]

# III. The Present: Legislation Moving in Texas Today

The 87th Texas Legislature values poll watchers above voters. While bills to protect voters are lucky to even reach committee, bills to empower poll watchers are surging through both the House and the Senate. Two of these bills have been passed in the dead of night or without any advance notice, suggesting that the push for poll watcher protections may not be as broad a consensus as these bill authors claim.

Some of these bills allow poll watchers to do nearly anything and be nearly anywhere without consequence. HB 6 and SB 7 would allow poll watchers to run the polling place by making it a crime for election workers to remove them (or have them removed, including by police) for nearly anything short of violence or a direct threat of violence. HB 4364 allows poll watchers to serve whatever hours they choose, as well as letting them be wherever they want to be in the polling place other than directly inside the booth with the voter. SB 1215 also says that a poll watcher "may not be denied free movement" in the polling place. HB 1724 would require an election clerk to stop *working entirely* if a poll watcher has an objection, which would create even longer lines than we already have in Texas.[42]

---

[37] **G.O.P. Seeks to Empower Poll Watchers, Raising Intimidation Worries**. New York Times.

[38] **The racist history of voter challenge provisions in NC 'monster' election bill**. Facing South.

[39] **The racist history of voter challenge provisions in NC 'monster' election bill**. Facing South.

[40] **The racist history of voter challenge provisions in NC 'monster' election bill**. Facing South.

[41] **The racist history of voter challenge provisions in NC 'monster' election bill**. Facing South.

[42] **Black and Latino voters were hit hardest by long lines in the Texas Democratic primary**, Vox.

And it's not just the polling place! Poll watchers may soon be running the vote-by-mail counts too. HB 3970 is one of *several bills* that empower poll watchers to exercise unprecedented power over the bipartisan committees who count mail-in ballots. SB 1591 requires that poll watchers be able to stand so close to vote-by-mail counters that the watcher themselves can verify the signatures on the ballots.

To be clear, though: these laws aren't made for just anyone to serve as a poll watcher. They are meant to empower and protect a certain type of person as a poll watcher. HB 463 would prohibit people with a past felony conviction from serving as a poll watcher, even if their felony conviction has nothing to do with elections. Black Texans are four times as likely to be incarcerated as white Texans.[43] HB 4364 requires poll watchers to show ID to their election judge, limiting that role to people with IDs. Up to 25% of Black Americans do not have a government-issued photo ID, compared to only 8% of white Americans.[44]

Taken as a whole, and with full knowledge of the racist context of poll watching, these bills show a concerted effort by their supporters to return to the Jim Crow days of intimidating BIPOC voters from participating in Texas's increasingly diverse democracy.

---

[43] **Color of Justice: Racial and Ethnic Disparity in State Prisons**, The Sentencing Project.

[44] **Oppose Voter ID Legislation Fact Sheet**, ACLU.



**SIERRA CLUB**
LONE STAR CHAPTER

To: Trent Ashby, Chair
Senfronia Thompson, Vice-Chair
Members, **House Select Committee on Constitutional Rights**
From: Cyrus Reed, Interim Director, Lone Star Chapter, Sierra Club
Cyrus.reed@sierraclub.org, 512-740-4086

August 21, 2021

My name is Cyrus Reed, and as the Interim Director and Conservation Director of the
Lone Star Chapter I write today to oppose SB 1, by Senator Hughes. This bill is very
similar to SB 1 from the first special session and SB 7 from the regular session. We
believe this bill has more to do with politics than policy and would have the impact of
making it harder to vote and easier to politicians to pick their voters, rather than voters
picking politicians. Indeed, it is primarily this bill that has caused more than 50
representatives in the House to flee the state to prevent a quorum. It has become a
national issue.

Let me first state as the state chapter of the Sierra Club, we organizationally support
legislation that increases the opportunity to vote and increases participation in our
democratic processes. Our political action committee here in Texas has endorsed both
Democrats and Republicans, and we have members that belong to both political parties.
We are encouraged that when more people do participate in democracy, good ideas
float to the surface, and we know that younger voters in particular care deeply about the
environment and climate change, whether they are more conservative or liberal.
Nationally, Sierra Club has been supporting the People First Act and the Voting Rights
Act because we know that more participation is better for our country and will lead to
better outcomes in our policies. We are hopeful that the Senate and Congress at the
federal level will take action to better protect voting rights throughout the country
including in Texas.

In Texas, we have been very disappointed to see the attempt through bills like SB 7,
and now SB 1 in special session to take actions that on the whole will discourage
voting, or worse, could lead to direct intimidation of potential voters. As a state we have
historically had one of the lowest levels of participation in voting, and we should be
taking actions to make registration and voting easier, not harder. We also have a history
of racism that has actively attempted to silence Black and Brown voices, and we should
in particular encourage participation among all peoples and ethnicities.

It is particularly troubling that in the wake of our former President continuing to spread a
false narrative that the last presidential election was illegitimate that the majority party in

this great State has chosen to bolster that narrative, despite an incredible successful election in Texas, where we had more participation and provided more options for voters that ever before, including drive-through, early voting, drop-off and mail-in ballots. Rather than celebrate the recent election where both major political parties can point to positive gains, we seem to be going down a road that would have people question our democratic process,  and encourage intimidation of voters.

While the Sierra Club is not opposed to every part of SB 1, we wanted to point out some of what we believe are the most troubling aspects of the bill and would urge the committee to reject the bill. We would also note with the advent of the Delta variant, now is not the time to further restrict voting. In fact, we need more opportunities for measures like extended voting hours and drive-through voting.

In particular we are very concerned by the following provisions:

- Prohibits election officials from distributing or soliciting absentee ballot applications, in fact adding criminal penalties for sending unsolicited ballot request forms.
- Creates problematic video surveillance provisions.
- Bans drive-through voting (except for voters eligible for curbside voting due to disability)
- Bans early voting sites not located inside buildings except in the event of storms or fires or exceptional events
- Bans 24 hour early voting, and sets permissible uniform early voting hours that may impact some local government's ability to encourage more voter participation
- Requires voters to supply their driver license number or SSN4 on mail ballot applications and mail ballot envelopes, which must match the corresponding identification number on file
- Gives partisan "watchers" special rights to intimidate voters and disrupt polling places
- Creates a vague criminal penalty against "vote harvesting" that could encompass ordinary interactions between campaigns and voters
- Requires voter assistants to complete additional forms and oaths under penalty of perjury**, and in general makes it harder to help those with physical limitations to vote, potentially impacting their voting rights.**
- **Usurps** local election officials' role in maintaining the voter lists. Gives the SOS unilateral power to coerce local election officials through the threat of civil penalties if SOS thinks that local election officials are not substantially complying with the bills' provisions;
- **Costly, Retributive Post Election Lawsuits**: Provides for expanded post-election litigation regarding ballot harvesting or election contests, with provisions

for money damages and attorney's fees. This makes it much more likely that
elections will be challenged, leading to court cases, delays and potentially
leading to unfilled seats, and voter fatigue.

To expand a bit, we are extremely concerned that the bill would restrict local options to increase voting through early voting and curbside voting, while also discouraging voting by mail. In fact, **the bill makes it more likely that voters' vote by mail ballot applications and ballots will be rejected, and also makes it more likely that those requesting assistance will have their vote rejected.** All of these provisions have the impact of making it more difficult for working people from voting. Thus, if you are a traditional voter who is likely to participate by voting in person on election day, you are not likely impacted by the bill, but if you would benefit from early voting, drive-by voting or mail ballots the bill makes it more likely your vote will not count.

We are also extremely concerned by the "poll watcher" provisions, which in essence could give partisan "watchers" special rights to intimidate voters and disrupt polling places, so long as the watchers aren't committing election fraud. (Sections 4.01 through 4.16). We have already seen a disturbing trend in the US where those with certain political beliefs feel comfortable using intimidation and violence. Encouraging such behavior is not in Texas' interests.

We would urge the Committee to reject SB 1, and instead concentrate on bills that would make it easier to register and increase opportunities for voting. Both political parties would benefit from allowing more access to voting, and then competing for those votes based upon their ideas.

**Let's make Texas a place where we increase participation in democracy, not one where we attempt to suppress the vote. Please reject SB 1.**

LEAGUE OF WOMEN VOTERS
OF TEXAS

**TESTIMONY**
**LEAGUE OF WOMEN VOTERS OF TEXAS**
**HOUSE SELECT COMMITTEE ON CONSTITUTIONAL RIGHTS & REMEDIES**
**8 am MONDAY, AUGUST 23, 2021**

I am Cinde Weatherby, speaking as a member and on behalf of the League of Women Voters of Texas, in opposition to SB 1. I speak for many League members all across Texas who are listening and concerned. More would be here today if not for concern about the rapidly increasing COVID -19 and mutation variants, and presence in Austin and the Capitol itself.

The League is a nonpartisan organization whose mission is empowering voters and defending democracy. We have 34 local leagues throughout Texas and work with thousands of volunteers who provide essential information on voter registration and voting. It's hard to vote in Texas. It takes an army of trained, dedicated election officials and volunteers to ensure that all eligible voters can exercise their right to vote. Our democracy is stronger when every eligible voter has the opportunity to safely cast a vote and have it count.

During the last election cycle, Texans all over the state benefited from more voting opportunities, such as expansion of early voting, extended hours at the polling places, and more options to return vote-by-mail ballots. These are the kinds of measures that Texans want. Instead, SB 1 adds to the morass of our election laws by using broad and confusing language, creating barriers to voting, and adding criminal offenses.

The list below summarizes the highest priority League concerns. They are shared by a number of other nonpartisan groups as well. We include references to HB 3, as we assume your actions on SB 1 will possibly include insertion of some, or all, of that bill.

1. **Poll Watchers** -- Because SB 1 and HB 3 provide opportunities to disrupt the process, watchers should be required to take SOS poll watcher training and affirm that in an oath to uphold election laws similar to all other election workers.
2. **Election Judges** -- SB 1 and HB 3 would create numerous criminal and civil penalties that leave judges in fear for their personal liberty and property.
3. **Exposing Personal Information** -- SB 1 and HB 3 would allow members of the signature verification committee to take home any notes they keep in performing their duties -- including sensitive personal information.
4. **Personal ID Number** -- Unless amended, SB 1 and HB 3 would risk increasing ballot rejections for voters that do not remember which identification number they used when registering to vote.
5. **Signature Verification** -- SB 1 and HB 3 would expand the subjective pseudoscience of signature verification, and risk the franchise of voters due to age, medication or medical condition.
6. **Cure Provisions** -- The cure provisions of SB 1 and HB 3 would fall short of what is necessary to protect the franchise of seniors and voters with disabilities. [SB 1 comes to you with a provision to connect ballot application and ballot cures with the electronic ballot tracking process approved in the 87th regular session. We need additional refinements to make the cure process uniformly available in all 254 counties and the addition of a method to alert voters about problems requiring attention.]

**LEAGUE** OF **WOMEN VOTERS**
OF TEXAS

7. **Lost Ballot Provision** -- SB 1 would force a voter to vote provisionally if that voter's ballot is lost in the mail -- even if that voter properly canceled the mail-in ballot.
8. **Voter Purges** -- SB 1 would cancel voter registrations and expose voters to criminal investigation based on data that may predate the voter's actual registration.
9. **Vote "Harvesting"** -- SB 1 would criminalize ordinary civic engagement activity such as the distribution of applications to vote by mail.
10. **Voter Assistance** -- SB 1 and HB 3 would criminalize legitimate voter assistance such as for those with language barriers and voters with disabilities.

While we oppose those measures, we implore you to instead consider election law reforms to make voting simpler and safer for both the voter and those who administer the elections -- election officials and poll workers. Election officials are unsung heroes who spend untold hours implementing the myriad of laws that ensure safe and secure elections. The Election Code already contains detailed assurances of security, bipartisan oversight and transparency. Bigger positive impacts can be achieved by approving overdue reforms that:

- Provide for online voter registration;
- Allow and expand proven voting options such as extended early voting, temporary polling places, and VBM for anyone requesting it;
- Work with USPS to adopt more realistic voting-related deadlines for VBM ballot requests and returning ballots;
- Provide guidelines and resources to support sustained recruitment and training of poll workers; and
- Provide sufficient funding and resources to assure election-related cyber security in all 254 counties.

The League looks forward to supporting such legislative actions that we know voters and election officials wholeheartedly endorse and deserve.

Thank you for your consideration.

For additional information, please contact: Cinde Weatherby, Voting Rights and Election Law Issue Chair, cindeweatherby@gmail.com, 512.560.1334.

The League of Women Voters is one of America's oldest and most trusted civic nonprofit organizations. Formed in 1919, the League of Women Voters of Texas represents more than 13,000 grassroots advocates and 34 local Leagues across the State of Texas.

The League of Women Voters never supports or opposes candidates for office or political parties. We encourage the informed and active participation of citizens in government and seek to influence public policy through education and advocacy. Membership in the League is open to people 16 and older of all gender identities.



2222 W. Braker Lane
Austin, Texas 78758
MAIN OFFICE 512.454.4816
TOLL-FREE 800.315.3876
FAX 512.323.0902

## Testimony to the Select Committee Constitutional Rights & Remedies
## Regarding SB 1

### On behalf of Disability Rights Texas

### August 23, 2021

Disability Rights Texas (DRTx) is Texas' designated Protection and Advocacy agency. We provide a wide range of services for people with disabilities, including training, education, and direct legal representation. Our mission is to advocate, protect and advance the legal, human and service rights of people with disabilities. I am Jeff Miller, a Policy Specialist at DRTx. We appreciate the opportunity to provide testimony to the committee.

Election integrity and security are important to all Texas voters, including voters with disabilities. However, we continue to be concerned that there will be unintended consequences as a result of this proposed legislation. We appreciate changes that have been made to previous proposals to address some of the concerns of the disability community, but we still have concerns about several provisions in the bill.

Provisions in this bill seek to limit the types of reasonable accommodations that qualified voters with disabilities would be entitled to receive, would limit the types of assistance that some voters with disabilities are entitled to under federal law, creates new paperwork and oath requirements for individuals that want to assist voters with disabilities, and increases potential penalties that to which individuals who assist voters with disabilities may be subjected. We believe that the continued inclusion of these provisions in the bill will create additional unnecessary barriers for voters with disabilities and will result in many voters being disenfranchised.

Our specific concerns include:

### Section 2.01, Prohibiting Reasonable Accommodations

Section 2.01 (3.05 in HB 3) specifically provides that voters may not vote from inside a vehicle unless they meet the requirements for curbside voting. This provision potentially violates the Americans with Disabilities Act (ADA) by limiting access to curbside voting as a reasonable accommodation for certain voters with disabilities that need this type of accommodation even though their condition is not described by current law. An exception should be added to the provisions for voter's requiring voting from a vehicle as a reasonable accommodation in addition to those who qualify for curbside voting.

### Section 4.01, Requiring a "Wet" Signature for Mail Ballot Applications

Section 4.01 (5.01 in HB 3), requires that mail ballot applications must be in writing with a wet signature. Electronic and photocopied signatures are not acceptable.

This provision potentially violates the ADA by not allowing an accommodation for someone who is unable to sign because of a disability.

## Section 4.11, Any Known Signature Provision

Section 4.11 (5.08 in HB 3), allows the signature verification committee to use any known signature of the voter may be used for mail ballot signature comparison. This is problematic for many voters with disabilities because their signature can change over time as a result of the nature of their disability.

## Sections 5.02, New Requirements for Individuals who Assist Voters

Section 5.02 (6.01 in HB 3), requires individuals, other than election officers, who assist voters to complete a form stating the assistant's name and address, the assistant's relationship to the voter, and whether the assistant accepted any form of compensation from a candidate, campaign, or PAC. Additionally Section 5.04 changes the wording of the voter assistance oath. The assistant must swear that the voter represented that they are eligible to receive assistance, the assistant did not, **encourage**, pressure, or coerce the voter into choosing the assistant, and the assistant will not communicate information about how the voter voted to another person.

Creating new requirements for individuals providing assistance to voters with disabilities, could have a chilling effect on the number of people willing to assist voters with disabilities and Texas voters with disabilities.   We are concerned that these requirement will reinforce the suspicion that those who volunteer their time to assist voters with disabilities have ulterior motives and are suspect simply because they are assisting voters. People who volunteer to help their fellow voters should be applauded-- not treated with suspicion.

Additionally, requiring an assistor to swear they did not "**encourage**" the voter to choose the individual to assist the voter runs the risk that routine interactions between voters with disabilities and friends or colleagues could inadvertently violate the law and place the individual assisting at risk of investigation or prosecution.

## Section 5.03, Limiting Type of Assistance Available to Qualified Voters with Disabilities

Section 5.03 (6.03 in HB 3), limits the type of assistance that a qualified voter with a disability is entitled to in violation of federal law.

## Section 5.05, Increased Penalties for Assisting Voters

Section 5.05, (6.03 in HB 3), requires a person assisting a voter to complete a mail ballot to complete a form stating the assistant's name and address, the assistant's relationship to the voter, and whether the assistant accepted any form of compensation from a candidate, campaign, or PAC.  Additionally, this section makes failure by the

assistant to complete the form correctly a state jail felony, unless the assistant is related to the voter.

Additionally, Section 7.04 in HB 3 creates a new perjury criminal offense for false assistant oaths. HB 3 creates a new state jail felony offense for making a false statement when taking the oath required to provide assistance to voters, or "swear[ing] to the truth of a false statement previously made while making the oath."

Again, creating new requirements and for individuals providing assistance to voters with disabilities, and increasing potential penalties for making simple mistakes when assisting a voter will have a chilling effect on the number of people willing to assist voters with disabilities and Texas voters with disabilities.

**Section 6.03, Prohibiting the alteration, waiver, or suspension of election procedures**

Section 6.03 (7.04 in HB 3), prohibits public officials from "creat[ing], alter[ing], modify[ing], waiv[ing], or suspend[ing] any election standard, practice, or procedure mandated by law or rule in a manner not expressly authorized by" the Election Code.

This would seem to prohibit an election official from making an accommodation or modification of state election law or procedure, even if the accommodation is reasonable, would allow the voter to vote privately and/or independently and is required by federal law.

We appreciate changes that have been made to previous proposals to address concerns of the disability community, but there are still major concerns that provisions in the bill will have the unintended consequences of potentially violating federal voting laws, will have a chilling effect on the number of people willing to assist Texas voters, and will perpetuate the idea that voters with disabilities need to be protected and that persons who assist them have another agenda.

Thank you for the opportunity to provide these comments on behalf of Disability Rights Texas. We are, of course, are open to continuing to work with the author to clarify this language and find a solution to these problems that we all want to see addressed. For more information, please contact Jeff Miller at jmiller@drtx.org or (512) 454-4816.

# Prepared Remarks by Bill Sargent, legislative analyst and former election official, before the House Select Committee on Constitutional Rights and Remedies August 23, 2021 in favor of SB 1

I fully support this legislation but there are three things that need to be done in order to improve it.  These are:

## 1. ENFORCEMENT OF THE ELECTION CODE:

SECTION 31.005 OF THE CODE NEEDS TO BE UPDATED TO GIVE THE SECRETARY OF STATE THE RIGHT TO STEP IN, NOT ONLY FOR THE INFRINGMENT OF VOTING RIGHTS BUT ALSO FOR VIOLATIONS OF THE ELECTION CODE.  (See language attached)

*Reasoning*: The Secretary of State's office doesn't think it currently has the authority to call law enforcement to investigate possible Election Code violations and, if necessary, stop violations of the Texas Election Code.  They interpret the current Code to only allow such actions when voting rights are being restricted, leaving other violations to the courts.  Without having "real time" enforcement code violations will simply continue to occur with no viable remedy.  I know that Senator Hughes is concerned that this might give SOS too much authority, especially if there is a change in administrations.  That said, who else knows the code better than SOS does?  And we cannot rely upon local Sheriffs and Constables who are elected officials and whom may choose not to act because of political pressure (they might be "primaried" in a subsequent election).

**Example**:  During the 2020 election the Fort Bend District Attorney's office, illegally put his employees in polling places and they intimidated poll workers.  They were told to leave by the Fort Bend Elections Administrator and also by the Secretary of State's office, but they refused to do so.  Would the Fort Bend Sheriff or local constables be willing to step in and take action against the Criminal District Attorney with whom they need to work with on a daily basis?   With the change suggested here, SOS could have called DPS and asked them to investigate and, if necessary, remove or arrest the offenders and thereby resolving the problem.

WE MUST HAVE THIS CHANGE MADE IN ORDER TO ENSURE ELECTION OFFICIALS AND ELECTED OFFICIALS ACT APPROPRIATELY!

## 2. VOTERS GETTING THE WRONG MAIL IN BALLOTS

WE NEED TO PROHIBIT THE PRE-CHECKING OF THE PARTY AND/OR ANNUAL BALLOT BY MAIL DATA FIELDS ON UNSOLICITED BALLOT BY MAIL APPLICATIONS.  (See the attached language)

**The Issue:** During every primary election we are flooded with complaints from voters who received a ballot from the wrong party because they submitted a pre-filled in application for a mail-in ballot from a party they did not support.  This happens because the voters don't read the application, they just sign them and send them in and it requires election officials to cancel the ballot the voter was sent and, *if there is still time*, to send them a ballot for the other party.

Likewise in November – and also in local entity elections—we get voters who insist they never asked for a mail-in ballot.  Ninety-nine percent of the time this is caused because they submitted a pre-filled in application that had the annual ballot by mail box pre-checked.  If the voter doesn't bring the mail-in ballot with them to the polling place, they must either go and retrieve it of vote provisionally which upsets the voters even further.

**The Solution:** The solution is to prohibit the pre-populating of the party and annual ballot by mail data fields on mass mailings of unsolicited absentee ballot applications and requiring that voters to make the deliberate choice as to which party's ballot they want and whether they want to receive all the ballots for the remainder of the calendar year as mail in ballots.

PLEASE LISTEN TO THE PEOPLE WHO HAVE "BOOTS ON THE GROUND!" THIS WILL HELP THEM AND, IN THE PROCESS, HELP DEAL WITH A LOT OF FRUSTRATION ON THE PART OF ABSENTEE VOTERS!

# 3. EXEMPTION FROM NEPOTISM PROVISIONS OF THE GOVERNMENT CODE:

WE NEED TO ELIMINATE THE PROHIBITION IN THE GOVERNMENT CODE THAT KEEPS ELECTION JUDGES AND ALTERNATES FROM HIRING FAMILY MEMBERS AS ELECTION CERKS. (See language attached)

**The Issue:** Based upon an opinion of the Attorney General, Judges and Alternate Election Judges are prohibited by the Government Code from hiring family members to help them as clerks at polling locations. This further reduces the pool of qualified election workers in an environment where we are struggling to find enough people to staff the polls. Taking this action is non-controversial and is supported by both Republicans and Democrats.

**The Solution:** Clarify the portion of Section 573.041 of the Government Code so that presiding election judges and alternate election judges may hire family members as clerks. See subparagraph (8).

DOING THIS IS NON-CONTROVERSIAL AND WILL HELP INCREASE THE POOL OF ELECTION WORKERS.


Proposed Legislative Language is attached

# PROPOSED LANGUAGE CHANGES

## SECTION 31.005 POWERS OF THE SECRETARY OF STATE INSERT HIMSELF INTO VIOLATIONS OF THE ELECTION CODE

**Add a section 7.01A to the bill:**

Sec. 31.005.  ENFORCEMENT; PROTECTION OF VOTING RIGHTS.  (a)  The secretary of state may take appropriate action to protect against violations of this code and to protect the voting rights of the citizens of this state from abuse by the authorities administering the state's electoral processes.

(b)  If the secretary determines that a person performing official functions in the administration of any part of the electoral processes is exercising the powers vested in that person in a manner that impedes the free exercise of a citizen's voting rights or otherwise violates a provision of this code, the secretary may order the person to correct the offending conduct.  If the person fails to comply, the secretary may seek enforcement of the order by a temporary restraining order or a writ of injunction or mandamus obtained through the attorney general.

## SECTION 4.05 RELATING TO THE DISTRIBUTION OF UNSOLICITED BALLOTS BY MAIL

## Amend Section 4.05 (which adds Section 84.0111 to the TEC)

SECTION 4.05.  Subchapter A, Chapter 84, Election Code, is amended by adding Section 84.0111 to read as follows:

Sec. 84.0111. PROHIBITION ON DISTRIBUTION OF APPLICATION FORM.  (a)  Unless authorized by this code, an officer or employee of this state or of a political subdivision of this state may not distribute an application form for an early voting ballot to a person who did not request an application under Section 84.001.

(b)  An officer or employee of this state or of a political subdivision of this state may not use public funds to facilitate the distribution by another person of an application form for an early voting ballot to a person who did not request an application under Section 84.001

(c) It is an offense under this section if a ballot by mail application is sent to a person who did not request one and if the party affiliation and/or the annual ballot by mail data fields are pre-filled in.

## Amending Section 573.061 of the Government Code relating to nepotism and the appointment of election clerks

SECTION 6.  Section 573.061, Government Code, is amended to read as follows:

Sec. 573.061.  GENERAL EXCEPTIONS.  Section 573.041 does not apply to:

(1)  an appointment to the office of a notary public or to the confirmation of that appointment;

(2)  an appointment of a page, secretary, attendant, or other employee by the legislature for attendance on any member of the legislature who, because of physical infirmities, is required to have a personal attendant;

(3)  a confirmation of the appointment of an appointee appointed to a first term on a date when no individual related to the appointee within a degree described by Section 573.002 was a member of or a candidate for the legislature, or confirmation on reappointment of the appointee to any subsequent consecutive term;

(4)  an appointment or employment of a bus driver by a school district if:

(A)  the district is located wholly in a county with a population of less than 35,000; or  (B)  the district is located in more than one county and the county in which the largest part of the district is located has a population of less than 35,000;

(5)  an appointment or employment of a personal attendant by an officer of the state or a political subdivision of the state for attendance on the officer who, because of physical infirmities, is required to have a personal attendant;

(6)  an appointment or employment of a substitute teacher by a school district;

(7)  an appointment or employment of a person by a municipality that has a population of less than 200; or

(8)  an appointment of an election clerk by a presiding or alternate election judge under Section 32.031, Election Code, who is not related in the first degree by consanguinity or affinity to an elected official. [of the authority that appoints the election judges for that election.]



**CITY OF HOUSTON**

**Sylvester Turner**

Mayor

P.O. Box 1562
Houston, Texas 77251-1562

Telephone – Dial 311
www.houstontx.gov

August 23, 2021

The Honorable Trent Ashby
Chairman, Constitutional Rights and Remedies
Select Committee
P.O. Box 2910 Austin, TX 78768

Dear Chairman Ashby and Committee Members,

I appreciate the opportunity to again offer testimony on voting restrictions under consideration by the Texas Legislature.

On Friday, August 6, the City of Houston dedicated a new downtown monument to the 36th President of the United States, Lyndon Baines Johnson. It was not a coincidence that this ceremony took place on the 56th anniversary of the signing of the Voting Rights Act of 1965.

The law was later reauthorized and strengthened under Presidents Richard Nixon, Gerald Ford, Ronald Reagan, George H.W. Bush, and George W. Bush. In 2006, the last time the law was re-authorized, the U.S. Senate passed it with a unanimous vote, including current Senators Mitch McConnell, John Thune, Lisa Murkowski, and Susan Collins.

How has voting access, something that was once universally embraced, turned into something one party has abandoned?

Keith Ingram, the director of the elections division of the Texas Secretary of State, testified before the Legislature that, "in spite of all circumstances, Texas had an election that was smooth and secure. Texans can be justifiably proud of the hard work and creativity shown by local county elections officials."

The same Secretary of State's office approved plans for drive-through voting and 24-hour voting for Harris County in 2020. Drive-through services have been used for banking, medicine, and "to-go" food since the first half of the 20th century. Twenty four-hour services are as familiar to Texans as Whataburger. These common, convenient, and popular services that help increase access are now being targeted by this legislation, with no – I repeat NO – evidence of fraud regarding their execution.

Online voter registration is a common practice that has been approved by 41 states and offers convenience and security. Just as electronic medical records have helped reduce errors, red and blue states across the nation have responded to public demands that voting technology keep pace with the modern world.

Texas, after years of defiance, is only now complying with the "motor voter" requirements of the National Voter Registration Act of 1993 after losing a lengthy court case. Texas voters need the State of Texas to catch up.

On election night in Harris County, one Democratic Texas House member lost to a Republican challenger, and one Republican Texas House member lost to a Democratic challenger. Many members of this body celebrated this result, so it again begs the question; why are voting restrictions suddenly such a priority?

Members of the party that control the House, Senate and Governor's office are able to steamroll minority objections and pass ill-conceived legislation. But, when historians look back at these efforts, there will not be any monuments planned or anniversaries celebrated. In a state with one of the lowest voter turnout rates in the country, further limiting voting access is simply un-American.

Let's be honest with what these bills have been about. This is about power. Holding it. Using it. Keeping it.

History will not judge kindly those who abused their power to reverse decades of progress. Texas needs to move forward on civil rights and voting access, not backwards.

Sincerely,

Sylvester Turner
Mayor

To:        Texas House Committee on Constitutional Rights & Remedies

From:      Savannah Kumar, Staff Attorney

Date:      August 23, 2021

Re:        SB 1

Dear Chair Ashby and members of the House Constitutional Rights & Remedies Committee,

I respectfully submit this testimony on behalf of the American Civil Liberties Union of Texas and its tens of thousands of members and supporters across the state to express our opposition to SB 1, which is a voter suppression bill.

SB 1 continues to make it harder and riskier for eligible voters to cast their ballots and have their ballots counted, particularly voters of color and voters with disabilities. It imposes new bureaucratic rules that require mail voters to list their Social Security number or Driver License number and will toss out legitimate ballots if a mail voter can't remember whether they used their Social Security number or Driver License number when registering to vote decades ago.  It also makes it more difficult for voters to receive the assistance they are entitled to receive; it will ban children from encouraging their parents to participate in the electoral process by offering to go with them to the polls and act as assistants. SB 1 also bans mechanisms that make voting more accessible such as drive-thru and 24-hour voting when these mechanisms were used disproportionately by voters of color.

My written testimony will discuss in depth two severe risks to Texas voters if this bill is passed, and finally will note the myriad other ways the bill makes voting harder and scarier.

**First, SB 1 makes it more difficult to help voters who need assistance to vote, making voting disproportionately more burdensome for voters with disabilities or who require language assistance in order to vote.**

Individuals with disabilities and individuals who do not speak English proficiently are entitled to receive assistance with voting, including by the federal Voting Rights Act of 1965 and the Americans with Disabilities Act. In Texas, voters who are entitled to receive assistance with voting are disproportionately Latinx, Asian American and Pacific Islander, and Black.

Section 208 of the Voting Rights Act entitles voters to the assistant of their choice, with few limitations. By disallowing voters from using assistants who encouraged them (an extremely vague term), Section 5.04 violates the Voting Rights Act.

Section 5.04 adds vague new oath language that requires assistants to swear "under penalty of perjury" that they did not "encourage" the voter to choose them to provide assistance. This overbroad and vague new language limits many legal and unobjectionable forms of assistance. For example, this new language could prevent a student who has learned about civic engagement at school from offering to translate their non-English speaking parent's ballot for them at the

polling place. It could also prevent a good samaritan at the polling place from proactively offering their assistance to a person waiting in line to vote who appears in need of assistance.

Of course, by drastically and unlawfully limiting who may assist voters, SB 1 would make it more difficult for voters legally entitled to receive assistance to receive the assistance they need to exercise their right to vote--and therefore raises barriers to participating in the democratic process.

**Second, SB 1 imposes new bureaucratic rules that will arbitrarily toss out the ballots of people legally entitled to vote by mail.**

Chapter 82 of the Election Code, which lays out eligibility for voting by mail, is designed to make voting accessible for certain vulnerable groups: mainly people older than 65 and those who are sick or disabled. The Texas legislature has already recognized that these individuals have unique needs that would make it difficult or impossible to vote in person.

SB1 undermines protections for these vulnerable voters. It adds cumbersome and unnecessary steps to the voting process that can discourage people from completing the voting process *and* increases the likelihood that their ballots will be arbitrarily tossed out.

Under current law, voters fill out a robust application that includes identifying information such as name, address, and date of birth. Voters must certify that the information given in the application is true and affirm their understanding that giving false information is a crime.

This system has worked well to deliver safe and secure elections, with increased participation for vulnerable voters. And yet SB1 would make using this process even more difficult and would cause ballots to be thrown out for small, administrative errors. There is simply no need for these changes to the already severely restricted  vote by mail system.

Specifically, sections 4.03 and 4.09 add a requirement that individuals voting by mail list either their eight-digit driver's license number, or, if they don't have a driver's license, the last four digits of their social security number.

Most egregiously, sections 4.08 and 4.13 require a clerk to reject vote by mail applications and ballots where the listed information does not identify the same voter as the information listed on the voter's initial registration form. The bill does not specify what it means to identify the same voter, nor does it specify how that determination will be made outside of comparing the numbers on the voter registration application and mail ballot application or mail ballot. If a voter makes a minor mistake when entering this additional information, their application or ballot could be rejected, even though they are legally eligible to vote by mail.

Imagine the following scenarios: you accidentally mix up two numbers when you write down your drivers' license number on your vote by mail application. Or the people reviewing your application mistake your handwritten number 4 for the number 9. Or you used your social security number to register to vote, but now write down your drivers' license number to apply to

vote by mail. If this bill is passed, all of these scenarios could trigger your ballot being rejected--denying an eligible voter the ability to have their ballot counted.

While Section 4.14 contains a provision which allows voters to correct, or "cure," defects in vote by mail applications, this provision is not mandatory. A county's early voting ballot board can decide not to comply with this provision and can decide to throw out eligible voters' ballots when the individual has simply made a mistake copying their driver's license number or social security number.

SB 1 would deny Texans the ability to exercise their fundamental right to vote--including by throwing out their ballots entirely--simply because they made an administrative mistake when copying a series of numbers from one document to another.

**Third, SB 1 makes it harder for all Texas voters to access the ballot box and have their votes counted.**

SB 1 is an omnibus voting bill that severely rewrites the Election Code to make it harder to vote. Beyond the two examples noted above, SB 1 also:

- empowers the attorney general to pursue baseless investigations by subjecting voters who lawfully move to another county to criminal investigation by the attorney general if they do not inform their prior voter register of their move, which is not required by law. This provision, Section 1.03, will particularly impact voters in the military and college students.

- further restricts voting by mail for those who have long been eligible to vote by mail. Section 4.01 of SB 1 requires a vote-by-mail (VBM) application and mail ballot to be signed using ink on paper. Furthermore, Section 4.11 allows voters' signatures on mail ballot applications to be compared to any signature on record, removing requirements that the signature be recent and that it must be compared to at least two signatures to prevent arbitrarily rejecting ballots, especially of older voters and voters with disabilities. In addition, Section 4.05 bans public officials from: soliciting mail ballot applications, sending out unrequested VBM applications, and using public funds for third parties (such as the League of Women Voters) to distribute VBM applications.

- makes voting less accessible by limiting when and where people can vote and removing county officials' discretion to set election times. This bill bans drive-thru voting (section 2.01; 2.10; 2.11), bans 24-hour and late-night voting used by shift workers in the November 2020 election (Section 2.07; 2.08), and removes county officials' discretion in setting voting hours by generally limiting early voting to between 6 a.m. and 9 p.m.,except on Sundays, which is limited to 9 a.m. to 9 p.m (Section 2.07; 2.08)

- makes it more difficult for voters who need assistance to receive the assistance they are legally entitled to. Section 5.01 of the bill requires non-family members who drive three or more individuals to the polls to sign a new form. Section 5.03 requires anyone who assists a voter to fill out a form listing their contact information, relationship to the voter, and whether they received any form of compensation from a candidate, campaign, or political committee. Section 5.04 enhances the oath to require an assistant to affirm, under penalty of perjury, that the voter represented to the assistant that the voter is eligible to receive assistance.

- makes voting more dangerous by empowering partisan poll watchers. Section 3.02 makes it a Class A offense for an election worker to knowingly refuse a watcher's presence in the polling place. Section 3.03 of the bill then allows watchers "free movement" in the polling place, entitling them to position themselves near enough to see and hear election activity and Section 3.05 makes it a Class A offense to obstruct a watcher. Section 3.06 allows watchers or candidates who appointed the watcher, who believe they were wrongfully refused or obstructed, to seek injunctive relief and other remedies through the courts. While Section 3.01 of SB 1 requires each watcher to be provided with a copy of a training manual, it does not require that the watcher read the manual or receive any training on it.

- adds vague criminal and civil offenses that subject people participating in the electoral process to harsh consequences. Section 6.03 adds a third-degree felony for poorly defined "vote harvesting services," which could be interpreted to include normal, in-person campaign activity. Section 7.02 also threatens election workers with loss of their government employment and pension for unintentional mistakes.

The message of SB 1 is clear. This bill will create obstacles for voters at every stage. It will make it harder for voters to get to the polling place, allow people to harass voters once they're there, prevent eligible voters from receiving the help they need to cast their ballots, and increase the likelihood of ballots getting thrown out.

For these reasons, we strongly oppose SB 1, a voter suppression bill.

Sincerely,
Savannah Kumar

Comments on C.S.S.B. 1   (version as filed as HB 3)
Glen Maxey

I reiterate my suggestion from my last testimony here that you
should amend into this bill all of the bills reported favorably
on a bipartisan vote from House Elections or which passed the
House during the regular session that didn't make it through the
Senate.

| Bill # Regular | | Sponsor | Topic |
|---|---|---|---|
| HB 857 | Filed | Bucy | Limited Ballots become provisional ballots. Limited ballots are a huge headache to produce and can only be done during early voiting. Also, there are NO protections that check if a person with a limited ballot voted in old AND new county. This change allows them to be done as provisional and requires clerk to check if voter voted in former county. |
| HB 2859 | Calendars /CCR 7 | Bucy | Database of Elections and Officeholders/Candidates |
| HB 478 | Calendars | Gonzalez, Swanson, Clardy | Curbside Voting |
| HB 2547 | Calendars | Beckley | Repeal of Nepotism of Election Workers |
| HB 3868 | Passed House | Murr | Presidential Electors |
| HB 2059 | Passed House | Bucy | Standardize runoff elections |
| HB 2318 | Passed House | Geren | Standardize numbering of ballot propositions |
| HB 46 | Local Consent | Fierro | Email on vote by mail |
| HB 2057 | Passed House | Klick | Move date of reassigning precincts |
| HB 696 | Reported favorably | Fierro | Email on voter registration |
| HB 1031 | House Version SB 7 | Howard | Voter Registration Applications to High Schools by SOS |
| HB 2993 | Calendars | Morales Shaw | Transportation Workers ID Added |
| HB 4418 | TDP and RPT priority | Gonzalez, Clardy | Funding for Election Workers |
| HB 1465 | Raised in Senate hearing | Hinojosa | Vote by mail of caretakers of persons with disabilities |
| HB 160 | Calendars | Zweiner | College ID's Added |

I am reserving my comments to those things that need to be
clarified or added to make specific parts of the bill workable.
 These suggestions are not fundamentally changing the policy
outlined, but simply making the language clear to achieve the
intent of the sections.

S.B. No. 13

**Expansion of Voting Centers**
Sec. 3.03 allows for many more counties to institute voting centers.   The code still has a limitation on how many counties per cycle can adopt voting centers which is legacy language when this was a study of effectiveness of the program.  This will delay many rural counties from adopting this program.
STRIKE Sec. 43.007 (i)

SECTION 43.007 (i) The secretary of state may only select to participate in the program six counties with a population of 100,000 or more and four counties with a population of less than 100,000.

Amend ARTICLE 10.   REPEALER; SEVERABILITY; TRANSITION; EFFECTIVE
DATE
     SECTION 10.01.   The following provisions of the Election Code are repealed:
          (1)   Section 43.007(i),
          (2)   Section 85.062(e); and
          (2) (3) Section 86.0105(b).


**Voting By Mail and Ballot ID Numbers**

     -- Allow a third number to be used:  Election Identification Number;
     -- Make it clear that either TDL or SS # can be used on either the application or the carrier envelope and the number simply is used to identify the voter (not match each other);
     -- Have the identifier provided on the BBM app and ballot match TEAM/the statewide computerized voter registration list instead of voter registration application (SOS has appended these numbers in TEAM for most all voters.  Many seniors registered to vote before there was a requirement for TDL or SS #);
     -- Add to the cure provisions of the bill that a voter may fix numbers if leave off identifier or other issue;
     -- Put email on BBM app and check box to authorize texting so voter can be communicated with about need to cure cure;
     --
     -- Allow early voting clerk to collect TDL and SS # provided by voters on applications and ballots;
     -- Robust remote cure using the secure VBM ballot tracker passed during Regular Session.


                    ARTICLE 5.  VOTING BY MAIL
     SECTION 5.02.   Section 84.002, Election Code, as effective September 1, 2021, is amended by amending Subsection (a) and adding Subsection (d) to read as follows:
          (a)   An early voting ballot application must include:
               (1)   the applicant's name and the address at which the applicant is registered to vote;
               (1-a)   the following information:
                    (A)   the number of the applicant's driver's license, election identification certificate, or personal identification

S.B. No. 13

card issued by the Department of Public Safety;
       (B)  if the applicant has not been issued a number described by Paragraph (A), the last four digits of the applicant's social security number; or
       (C)  a statement by the applicant that the applicant has not been issued a number described by Paragraph (A) or (B);
       (2)  for an application for a ballot to be voted by mail on the ground of absence from the county of residence, the address outside the applicant's county of residence to which the ballot is to be mailed;
       (3)  for an application for a ballot to be voted by mail on the ground of age or disability, the address of the hospital, nursing home or other long-term care facility, or retirement center, or of a person related to the applicant within the second degree by affinity or the third degree by consanguinity, as determined under Chapter 573, Government Code, if the applicant is living at that address and that address is different from the address at which the applicant is registered to vote;
       (4)  for an application for a ballot to be voted by mail on the ground of confinement in jail, the address of the jail or of a person related to the applicant within the degree described by Subdivision (3);
       (5)  for an application for a ballot to be voted by mail on any ground, an indication of each election for which the applicant is applying for a ballot;
       (6)  an indication of the ground of eligibility for early voting; and
       (7)  for an application for a ballot to be voted by mail on the ground of involuntary civil commitment, the address of the facility operated by or under contract with the Texas Civil Commitment Office or of a person related to the applicant within the degree of consanguinity described by Subdivision (3).
       (d)  A person may use the number of a driver's license, election identification certificate, or personal identification card that has expired for the purpose of fulfilling the requirement under Subsection (a)(1-a) if the license or identification is otherwise valid.
      SECTION 5.03.  Section 84.011(a), Election Code, as effective September 1, 2021, is amended to read as follows:
      (a)  The officially prescribed application form for an early voting ballot must include:
       (1)  immediately preceding the signature space the statement: "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime.";
       (2)  a statement informing the applicant of the offenses prescribed by Sections 84.003 and 84.004;
       (3)  spaces for entering an applicant's voter registration number and county election precinct of registration, with a statement informing the applicant that failure to furnish that information does not invalidate the application;

S.B. No. 13

(3-a)  a space for entering the information required under Section 84.002(a)(1-a); and

(4)  on an application for a ballot to be voted by mail:

(A)  a space for an applicant applying on the ground of absence from the county of residence to indicate the date on or after which the applicant can receive mail at the address outside the county;

(B)  a space for indicating the fact that an applicant whose application is signed by a witness cannot make the applicant's mark and a space for indicating the relationship or lack of relationship of the witness to the applicant;

(C)  a space for entering an applicant's telephone number, and e-mail address, and a space for indicating that notices may be sent by text message with a statement informing the applicant that failure to furnish that information does not invalidate the application;

(D)  a space or box for an applicant applying on the ground of age or disability to indicate that the address to which the ballot is to be mailed is the address of a facility or relative described by Section 84.002(a)(3), if applicable;

(E)  a space or box for an applicant applying on the ground of confinement in jail or involuntary civil commitment to indicate that the address to which the ballot is to be mailed is the address of a relative described by Section 84.002(a)(4) or (7), if applicable;

(F)  a space for an applicant applying on the ground of age or disability to indicate if the application is an application under Section 86.0015;

(G)  spaces for entering the signature, printed name, and residence address of any person assisting the applicant;

(H)  a statement informing the applicant of the condition prescribed by Section 81.005; and

(I)  a statement informing the applicant of the requirement prescribed by Section 86.003(c).

SECTION 5.04.  Section 84.032(c), Election Code, is amended to read as follows:

(c)  An applicant may submit a request after the close of early voting by personal appearance by appearing in person and:

(1)  returning the ballot to be voted by mail to the early voting clerk; or

(2)  executing an affidavit that the applicant:

(A)  has not received the ballot to be voted by mail; [or]

(B)  never requested a ballot to be voted by mail; or

(C)  received notice of a defect under Section 87.0271(b) or 87.0411(b).

SECTION 5.05.  Section 86.001, Election Code, is amended by adding Subsection (f) to read as follows:

(f)  If the information required under Section 84.002(a)(1-a) included on the application does not match the information on the

S.B. No. 13

applicant's application for voter registration under Section 13.002(c)(8), or information of the Departement of Public Safety or information on the Secretary of State voter record the clerk shall reject the application.

SECTION 5.06.  ç is amended by adding Subsections (g), (h), and (i) to read as follows:

(g)  The carrier envelope must include a space that is hidden from view when the envelope is sealed for the voter to enter the following information or included on an insert to be placed within the carrier envelope printed in type font at least 14 point type with instructions outlined by Secretary of State rule:

(1)  the number of the voter's driver's license or personal identification card issued by the Department of Public Safety;

(2)  if the voter has not been issued a number described by Subdivision (1), the last four digits of the voter's social security number; or

(3)  a statement by the applicant that the applicant has not been issued a number described by Subdivision (1) or (2).

(h)  A person may use the number of a driver's license, election identification certificate, or personal identification card that has expired for purposes of Subsection (g) if the license or identification is otherwise valid.

(i)  No record associating an individual voter with a ballot may be created.

SECTION 5.07.  Section 86.011(c), Election Code, is amended to read as follows:

(c)  If the return is not timely, the clerk shall enter the time of receipt on the carrier envelope and retain it in a locked container for the period for preserving the precinct election records.  The clerk shall destroy the unopened envelope and its contents after the preservation period.

SECTION 5.08.  Section 87.027(i), Election Code, is amended to read as follows:

(i)  The signature verification committee shall compare the signature on each carrier envelope certificate, except those signed for a voter by a witness, with the signature on the voter's ballot application to determine whether the signatures are those of the voter.  The committee may also compare the signatures with any known signature [two or more signatures] of the voter [made within the preceding six years and] on file with the county clerk or voter registrar to determine whether the signatures are those of the voter.  Except as provided by Subsection (l), a determination under this subsection that the signatures are not those of the voter must be made by a majority vote of the committee's membership.  The committee shall place the jacket envelopes, carrier envelopes, and applications of voters whose signatures are not those of the voter in separate containers from those of voters whose signatures are those of the voter.  The committee chair shall deliver the sorted materials to the early voting ballot board at the time specified by the board's presiding judge.

S.B. No. 13

SECTION 5.09.   Subchapter B, Chapter 87, Election Code, is amended by adding Section 87.0271 to read as follows:

Sec.  87.0271.  OPPORTUNITY  TO  CORRECT  DEFECT:  SIGNATURE VERIFICATION COMMITTEE. (a)   This section applies to an early voting ballot voted by mail:

(1)  for  which  the  voter  did  not  sign  the  carrier envelope certificate;

(2)  for  which  it  cannot  immediately  be  determined whether the signature on the carrier envelope certificate is that of the voter;

(3)  missing any required statement of residence;

(4) missing or incorrect information as required by Section 84.002(a)(1-a)or Section 86.002 or

(4)(5)containing incomplete information with reprect to a witness.

(b) Not later than the next second business day after discovering  a  defect  described  by  Subsection  (a)  and  before deciding  whether  to  accept  or  reject  a  timely  delivered  ballot under Section 87.027, the signature verification committee may:

(1)  return  the  carrier  envelope  to  the  voter  by  mail,  if the  signature  verification  committee  determines  that  it  would  be possible  to  correct  the  defect  and  return  the  carrier  envelope before the time the polls are required to close on election day; or

(2)  notify  the  voter  of  the  defect  by  telephone  or  e-mail  and  inform  the  voter  that  the  voter  may  come  to  the  early voting clerk's office in person to:

(A)  correct the defect; or

(B)  request to have the voter's application to vote by mail canceled under Section 84.032.

(c)  If  the  signature  verification  committee  takes  an  action described  by  Subsection  (b),  the  committee  must  take  either  action described  by  that  subsection  with  respect  to  each  ballot  in  the election to which this section applies.

(d)  A poll watcher is entitled to observe an action taken under Subsection (b).

(e)  The  secretary  of  state  may  prescribe  any  procedures necessary to implement this section.

(f) Notwithstanding any other law, a ballot may not be finally rejected  for  a  reason  listed  in  Section  87.041  (b)  (1),  (2),  or (6)before the seventh day after election day.

SECTION 5.10.   Section 87.041, Election Code, is amended by amending Subsections (b) and (e) and adding Subsection (d-1) to read as follows:

(b)  A ballot may be accepted only if:

(1)  the  carrier  envelope  certificate  is  properly executed;

(2)  neither  the  voter's  signature  on  the  ballot application nor the signature on the carrier envelope certificate is determined to have been executed by a person other than the voter, unless signed by a witness;

(3)  the  voter's  ballot  application  states  a  legal  ground

S.B. No. 13

for early voting by mail;

(4) the voter is registered to vote, if registration is required by law;

(5) the address to which the ballot was mailed to the voter, as indicated by the application, was outside the voter's county of residence, if the ground for early voting is absence from the county of residence;

(6) for a voter to whom a statement of residence form was required to be sent under Section 86.002(a), the statement of residence is returned in the carrier envelope and indicates that the voter satisfies the residence requirements prescribed by Section 63.0011; [and]

(7) the address to which the ballot was mailed to the voter is an address that is otherwise required by Sections 84.002 and 86.003; and

(8) the information required under Section 86.002(g) provided by the voter matches the information identifies the same voter identified on the voter's application for voter registration under Section 13.002(c)(8) or information of the Departement of Public Safety or the voter's information on the Secretary of State Texas Election Administration Management system.

(d-1) If a voter provides the information required under Section 86.002(g) and it matches the information identifies the same voter identified on the voter's application for voter registration under Section 13.002(c)(8), or the voter's information on the Secretary of State Texas Election Administration Management system the signature on the ballot application and on the carrier envelope certificate shall be rebuttably presumed to be the signatures of the voter.

(e) In making the determination under Subsection (b)(2), to determine whether the signatures are those of the voter, the board:

(1) shall request from the Department of Public Safety any signature of the voter's on file with that department and compare the signatures of the voter on the ballot application and the carrier envelope certificate with any signature provided; and

(2) may also compare the signatures with any known signature [two or more signatures] of the voter [made within the preceding six years and] on file with the county clerk or voter registrar [to determine whether the signatures are those of the voter].

SECTION 5.11. Subchapter C, Chapter 87, Election Code, is amended by adding Section 87.0411 to read as follows:

Sec. 87.0411. OPPORTUNITY TO CORRECT DEFECT: EARLY VOTING BALLOT BOARD. (a) This section applies to an early voting ballot voted by mail:

(1) for which the voter did not sign the carrier envelope certificate;

(2) for which it cannot immediately be determined whether the signature on the carrier envelope certificate is that of the voter;

(3) missing any required statement of residence;

Page -7 -

S.B. No. 13

(4) missing or incorrect information as required by Section 84.002(a)(1-a)or Section 86.002 or

~~(4)~~(5) or

(5) containing incomplete information with respect to a witness.

(b) Not later than the next ~~second~~ business day after discovering a defect described by Subsection (a) and before deciding whether to accept or reject a timely delivered ballot under Section 87.027, the signature verification committee may:

(1) return the carrier envelope to the voter by mail, if the signature verification committee determines that it would be possible to correct the defect and return the carrier envelope before the time the polls are required to close on election day; or

(2) notify the voter of the defect by telephone or e-mail and inform the voter that the voter may come to the early voting clerk's office in person to:

(A) correct the defect; or

(B) request to have the voter's application to vote by mail canceled under Section 84.032.

(c) If the signature verification committee takes an action described by Subsection (b), the committee must take either action described by that subsection with respect to each ballot in the election to which this section applies.

(d) A poll watcher is entitled to observe an action taken under Subsection (b).

(e) The secretary of state may prescribe any procedures necessary to implement this section.

(f) Notwithstanding any other law, a ballot may not be finally rejected for a reason listed in Section 87.041 (b) (1), (2), or (6)before the seventh day after election day.

place this section in appropriate place:

**CAPTURE OF TDL OR SS # FROM APPLICATIONS OR BALLOTS**

SECTION   . If a voter supplies information required by Section 84.002(a)(1-a)or Section 86.002 that is not contained on the voter's record maintained by the Secretary of State, the clerk shall append the provided information to the record.

**ONLINE CURE THROUGH SECURE BALLOT TRACKING SYSTEM**

SECTION    Section 86.015(c), Election Code, as effective September 1, 2021, is amended to read as follows:

(c) An online tool used under this section must:

(1) for each election, record:

(A) each application for a ballot to be voted by mail received by the clerk; and

(B) each carrier envelope sent to a voter by the clerk;

(2) for each carrier envelope, record or assign a serially numbered and sequentially issued barcode or tracking number that is unique to each envelope; [~~and~~]

Page -8 -

S.B. No. 13

(3)  update the applicable Internet website as soon as practicable after each of the following events occurs:

(A)  receipt by the early voting clerk of the person's application for a ballot to be voted by mail;

(B)  acceptance or rejection by the early voting clerk of the person's application for a ballot to be voted by mail;

(C)  placement in the mail by the early voting clerk of the person's official ballot;

(D)  receipt by the early voting clerk of the person's marked ballot; and

(E)  acceptance or rejection by the early voting ballot board of a person's marked ballot; and

(4)  allow a voter to add or correct information required under Section 84.002(a)(1-a) or Section 86.002(g);

(5)  add a missing any required statement of residence;

(6)  supply incomplete information with respect to a witness;

(7)  confirm ballot for missing or issues of signature mateches; or

(8)  any other issue the Secretary of State determines may be corrected through the system.

Discussion of "verify citizenship
v2 19Jun21 David Carter        SB (

PROBLEM:  3 other States' laws requiring proof of citizenship to register
to vote were nullified by fed courts - & Sup Ct refused to hear appeals -
so lawyers in Texas are advising against support of a Texas bill to require
        PROOF of citizenship by an applicant to register to vote.

FACT: Our 5th Circuit Court of Appeals has approved language in Texas Photo
Voter ID law with a "Declaration of Reasonable Impediment" safety valve.

PROPOSED SOLUTION:  Lift language from Texas Election Code TITLE 6 CONDUCT
OF ELECTIONS CHAPTER 63 ACCEPTING VOTER, Section 63.001 - pertaining to
Declaration of Reasonable Impediment - and insert similar languaage into
Sec. 16.033 CANCELLATION FOLLOWING INVESTIGATION BY REGISTRAR, with
appropriate changes <u>from</u> "polling place", "voter", and "election judge" <u>to</u>
"registrar's office", "applicant", and "registrar", with amendment to read:

        SECTION n.  Section 16.033, Election Code, is amended to change
paragraphs (a) and (b) and add (c) and (d) to read as follows:

        Sec. 16.033 CANCELLATION FOLLOWING INVESTIGATION BY REGISTRAR. (a)
The registrar may use any lawful means to investigate whether a registered
voter<u>, or an applicant,</u> is currently eligible for registration in the
county.  This section does not authorize an investigation of eligibility
that is based solely on residence.
        (b) If the registrar has reason to believe that a voter is no longer
eligible for registration, <u>or if an applicant includes the statement</u>
<u>described by Section 13.002(c)(8)( C) which precludes verification of</u>
<u>citizenship by the secretary of state and DPS,</u> the registrar shall deliver
written notice to the voter indicating that the voter's registration status
is being investigated by the registrar.  The notice shall be delivered by
forwardable mail to the mailing address on the voter's registration
application and to any new address of the voter known to the registrar.  If
the secretary of state has adopted or recommended a form for a written
notice under this section, the registrar must us that form.
        <u>(c) The registrar's written notice shall include the secretary of</u>
<u>state form "Declaration of Reasonable Impediment" for those who are unable</u>
<u>to obtain the documents needed to prove U.S. citizenship.</u>
        <u>(d) The secretary of state shall revise the form "Declaration of</u>
<u>Reasonable Impediment" described in Section 63.001(i), so as to be used by</u>
<u>voters at a polling place, as well as by applicants for registration and by</u>
<u>voters being investigated for eligibility for registration in the county.</u>
        SECTION 3.   The changes in law made by this Act apply only to an
application to register to vote submitted on or after the effective date of
this Act.
        SECTION 4.   This Act takes effect September 1, 2021
- - - - - - - - - - - - - - - - - - -

With the language for Section 16.033 settled, then it will become palatable
to the Legislative Council and other "worriers" to accept the changes
previously advocated, but rejected, for Section 13.072. (see 2nd atch)
- - - - - - - - - - - - - - -

MEMO 6:35pm Wed 28 April 2021for Aaron Harris and Senator Buckingham,

Thank you for putting language in SB 1340 requiring SOS Elections to verify citizenship.

MEMO 7am Thu 29Apr21 for House Elections Comm:

**Please add the language above to make SB 3140 "bullet proof" in Court.**

Need Chair to lay out CS SB 3140 identical to version from Senate with the above language added.

Submitted by David Carter, Col, USAF (ret) 69 Runway Ln, Temple 76504 409-718-2268  Wed 28 Apr 21 8:49pm & 7am Thu 29Apr21

*MEMO 4:41am Mon 23 Aug 21 for SB1 hearing in House.:  Please add he language above to SB1 – by motion to amend when Committee is considering pending business.*

By: _____          _.B. No. _____          David Carter SB 1

## A BILL TO BE ENTITLED

## AN ACT

relating to the verification of citizenship of an applicant for voter registration.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1. Section 13.072, Election Code, is amended to modify paragraph (a)(2), add paragraph (a)(2)(C) and add paragraph (a)(3) to read as follows:

Sec. 13.072. ACTION ON APPLICATION. (a) Unless the registrar challenges the applicant, the registrar shall approve the application if:

(1) the registrar determines that an application complies with Section 13.002 and indicates that the applicant is eligible for registration; and

(2) for an applicant who has not included a statement described by Section 12.002(c)(8)(C), the  secretary of state verifies with  DPS:

(A) the applicant's Texas driver's license number or number of a personal identification card issued by the Department of Public Safety; or

(B) the last four digits of the applicant's social security number, and

(C ) the applicant's citizenship status.  If DPS does not yet have the applicant's citizenship status, then direct the county registrar to verify it using Section 16.033.

_____(3) for an applicant who has included a statement described by Section 13.002(c)(8)(C), or the last 4 of the Social Security Number, the county registrar shall verify citizenship using Section 16.033.

| HOUSE | | SB 1 (2nd reading) |
|---|---|---|
| RESEARCH | | Hughes (Murr, et al.), et al. |
| ORGANIZATION bill analysis | 8/26/2021 | (CSSB 1 by Ashby) |

SUBJECT:       Revising election laws, modifying offenses and criminal penalties

COMMITTEE:   Constitutional Rights and Remedies, Select — committee substitute
             recommended

VOTE:          9 ayes — Ashby, Clardy, Geren, Jetton, Klick, Landgraf, Lozano,
             Shaheen, White

             5 nays — S. Thompson, Bucy, A. Johnson, Longoria, Moody

             1 absent — Neave

SENATE VOTE:  On final passage, August 12 — 18-11 (Alvarado, Blanco, Eckhardt,
             Gutierrez, Hinojosa, Johnson, Lucio, Powell, West, Whitmire, Zaffirini)

WITNESSES:    For — Robert Jacoby, Dallas County Republican Party Election Integrity
             Committee; Wesley Bowen, DCRP Election Integrity Committee; Shawn
             Flanagan, Election Integrity Project of Nueces County; Paul Hodson,
             Grassroots Gold; Alan Vera, Harris County Republican Party Ballot
             Security Committee; Sheena Rodriguez, Latinos for America First and
             Texans Against Illegal Immigration; Anne Robinson, Paralyzed Veterans
             of America; Donald Garner, Texas Faith and Freedom Coalition; Robert
             L. Green, Travis County Republican Party Election Integrity Committee;
             Kathleen Ocker, We the People Liberty in Action; and 23 individuals;
             (*Registered, but did not testify*: Kathryn Rightmyer, Charles Simmons,
             Inda Simmons, Craig Weisman, and Wesley Whisenhunt, Grassroots
             Gold; Carrie Simmons, Opportunity Solutions Project; Chuck DeVore and
             Chad Ennis, Texas Public Policy Foundation; Jonathan Covey, Texas
             Values Action; and 15 individuals)

             Against — Roy Sanchez, AFSCME HOPE Local 123; David Weinberg,
             Brennan Center for Justice; Chase Bearden, Coalition of Texans with
             Disabilities; Stephanie Gomez and Katya Ehresman, Common Cause
             Texas; Jeff Miller, Disability Rights Texas; Luis Figueroa, Every Texan;
             Cinde Weatherby, League of Women Voters of Texas; Rene Perez,
             Libertarian Party of Texas; Cyrus Reed and Craig Nazor, Lone Star

Chapter, Sierra Club; Adrian Shelley, Public Citizen; Bob Kafka, REV UP Texas and ADAPT of Texas; David Billings, Stand Up Republic Texas; Rene Lara, Texas AFL-CIO; James Slattery, Texas Civil Rights Project; Rose Clouston, Texas Democratic Party; Courtney Pugh, The Arc of Texas; and 14 individuals; (*Registered, but did not testify*: Matt Simpson, ACLU of Texas; Lauren Guild, AFSCME San Antonio Local 2021, Harris County Local 1550, HOPE Local 123, Austin/Travis County Local 1624, and El Paso Local 59; Melissa Shannon, Bexar County Commissioners Court; Dionna Hardin, Black Voters Matter; Maggie Stern, Children's Defense Fund Texas; Brie Franco, City of Austin; Christine Wright, City of San Antonio; Charles Reed, Dallas County Commissioners Court; Lisa Flores, Easterseals Central Texas; John Espinosa, Greater Austin Hispanic Chamber of Commerce; Paul Sugg, Harris County Commissioners Court; Sam Derheimer, Hart InterCivic; Jeffrey Clemmons, Huston-Tillotson NAACP, Texas Rising, and Austin College Student Commission; Fatima Menendez, MALDEF; Alison Mohr Boleware, National Association of Social Workers Texas Chapter; Dena Donaldson, Texas American Federation of Teachers; Brandon Bradley, Texas College Democrats; Carisa Lopez, Texas Freedom Network; Beaman Floyd, Texas Impact; Nicholas Basha, Ric Galvan, and Isabel Herrera, Texas Rising; Thomas Kennedy, Texas State Building Trades; Laura Atlas Kravitz, Texas State Teachers Association; Alex Cogan, The Arc of Texas; Julie Wheeler, Travis County Commissioners Court; Stephanie Gharakhanian, Workers Defense Action Fund; and 28 individuals)

On — Jennifer Carey, Erath County and Tax Assessor Collectors Association of Texas; Michelle Mostert, Grassroots Gold; Russell Schaffner, Tarrant County; Keith Ingram, Texas Secretary of State; Laura Pressley, True Texas Elections LLC; Marcia Strickler, Wilco We The People; Cynthia Brehm; Lynn Foster; Cathy Jaster; James Keller; (*Registered, but did not testify*: Jonathan White, Office of the Attorney General; Thomas Parkinson)

DIGEST:          CSSB 1 would establish the Election Integrity Protection Act of 2021. The bill would modify statutes on voter registration, the conduct and security

of elections, poll watchers and election officers, early voting by mail, the assistance of voters, election fraud and voter interference offenses, election-related court proceedings, and ineligible voters, among other provisions.

**Legislative intent.** CSSB 1 would establish the intent of the Legislature that the application of the Election Code and the conduct of elections be uniform and consistent throughout the state to reduce the likelihood of fraud in the conduct of elections, protect the secrecy of the ballot, promote voter access, and ensure that all legally cast ballots are counted.

The bill would require election officials and other public officials to strictly construe the provisions of the Election Code to effect this intent.

**Voter registration.** CSSB 1 would amend requirements related to voter registration applications, moving a voter's registration information to a new county of residence, and the provision of notice of unlawful registration.

*Supplying information for registration application.* Under CSSB 1, certain information required to be included as part of a voter registration application would have to be supplied by the person desiring to register to vote.

*Registration in new county.* The bill would remove a requirement that a voter continue to reside in the county in which the voter was registered in order to correct certain registration information digitally.

If the notice of change in registration information indicated that a voter no longer resided in the county in which the voter was registered, the registrar would have to forward the notice and the voter's original voter registration application to the registrar of the county in which the voter resided. The registrars would be required to coordinate to ensure that the voter's existing registration was canceled immediately after the voter was registered in the voter's county of residence.

SB 1
House Research Organization
page 4

A registrar who received a voter's notice and application from another registrar would have to treat it as an original application and register the voter if the voter resided in the county and was otherwise eligible.

*Notice of unlawful registration.* If the registrar determined that a person who was not eligible to vote had either registered to vote or had voted in an election, the registrar would have to execute and deliver to the attorney general, the secretary of state, and the county or district attorney having jurisdiction an affidavit stating the relevant facts.

**Conduct and security of elections.** CSSB 1 would amend provisions related to voting from a motor vehicle, early voting hours, and polling place location selection, among others.

*Voting from vehicle.* The bill would prohibit a voter from casting a vote from inside a motor vehicle unless the voter was physically unable to enter the polling place without personal assistance or likelihood of injuring the voter's health.

*Early voting hours.* In an election in which a county clerk was the early voting clerk, early voting by personal appearance at the main early voting polling place would have to be conducted on each weekday of the early voting period that was not a legal state holiday and for a period of at least nine hours, except that voting could not be conducted earlier than 6 a.m. or later than 10 p.m.

In an election to which the above did not apply, early voting by personal appearance at the main early voting polling place would have to be conducted for at least nine, rather than eight, hours each weekday of the early voting period. If the territory covered by the election had fewer than 1,000 registered voters, the voting would have to be conducted at least four, rather than three, hours each day.

The bill would reduce from 100,000 to 55,000 the population threshold for counties in which early voting in a primary or general election for state and county officers had to be conducted at the main early voting place for

SB 1
House Research Organization
page 5

at least 12 hours on each weekday of the last week of the early voting period. The bill also would prohibit such voting from being conducted earlier than 6 a.m. or later than 10 p.m. The bill also would remove certain provisions on early voting hours in elections ordered by a city.

During early voting, a voter who had not voted before the scheduled time for closing a polling place would be entitled to vote after that time if the voter was in line at the polling place by closing time. The secretary of state would be required to promulgate any materials and provide any training to presiding judges necessary to properly process such voters.

*Straight party selection.* CSSB 1 would prohibit voting system ballots from being arranged in a manner that allowed a political party's candidates to be selected in one motion or gesture.

*Polling place.* The bill would specify that in a countywide election in which the county clerk was the early voting clerk, an early voting polling place would have to be located inside, rather than at, each branch office. If a suitable room was unavailable inside the office, the polling place could be located in another room inside the same building as the branch office.

*Temporary branch polling places.* Temporary branch early voting polling places could not be located in a movable structure in the general election for state and county officers, general primary election, or runoff primary election.

Notwithstanding other provisions related to the location of temporary branch polling places, in an election in which countywide polling places were used, the commissioners court of a county would have to employ the same methodology it used to determine the location of countywide polling places to determine the location of temporary branch polling places.

*Unopposed candidates.* On receipt of a certification of a candidate's unopposed status, the governing body of a political subdivision would be required, rather than allowed, to declare each unopposed candidate elected to office. The certifying authority also would be required, rather than

SB 1
House Research Organization
page 6

allowed, to declare a candidate elected to a state or county office if, were the election held, only the votes cast for that candidate could be counted.

*Closing polling place.* The secretary of state would be required to adopt rules and create a checklist or similar guidelines to assist the presiding judge of a polling place in processing forms and conducting procedures required by the Election Code at the closing of polling place.

**Election officers and observers.** The bill would specify that the purpose of Election Code ch. 33 was to preserve the integrity of the ballot box in accordance with Tex. Const. Art. 4, sec. 4, by providing for the appointment of watchers, and it would establish as the intent of the Legislature that watchers accepted for service be allowed to observe and report on irregularities in the conduct of any election. A watcher appointed under ch. 33 would have to observe without obstructing the conduct of an election and call to the attention of an election officer any observed or suspected irregularity or violation of law in the conduct of the election.

*Watcher acceptance and removal.* It would be a class B misdemeanor (up to 180 days in jail and/or a maximum fine of $2,000) for an election officer to intentionally or knowingly refuse to accept a watcher for service when acceptance of the watcher was required by statute.

Before accepting a watcher, the officer presented with a watcher's certificate of appointment would have to require the watcher to take an oath attesting that the watcher would not disrupt the voting process or harass voters in the discharge of the watcher's duties.

CSSB 1 would prohibit a presiding judge from having a watcher duly accepted for service removed from a polling place for a violation of the Election Code, the Penal Code, or any other provision of law relating to the conduct of elections unless the violation was observed by an election judge or clerk after the watcher was previously warned that the watcher's conduct violated the law. A presiding judge could call a law enforcement officer to request that a poll watcher be removed if the watcher committed

a breach of the peace or a violation of law.

*Watcher rights.* Under the bill, a watcher entitled to observe an election activity could sit or stand near enough to see and hear election officers conducting the observed activity, unless otherwise prohibited by law. A watcher could not be denied free movement where election activity was occurring within the location at which the watcher was serving, except that a watcher could not be present at a voting station when a voter was preparing a ballot or being assisted by a person of the voter's choice.

*Observing data storage sealing and transfer.* A watcher appointed to serve at a polling place in an election would be entitled to observe all election activities relating to the closing of the polling place, including the sealing and transfer of a storage device used by the voting system equipment. A watcher duly accepted for service would be entitled to follow the transfer of election materials from the polling place to the location designated for processing election materials. The authority responsible for administering such a location would be required to accept watchers in the same manner and number as watchers are accepted for service at a polling place.

*Offense of obstructing watcher view.* The current offense of unlawfully obstructing a watcher, a class A misdemeanor (up to one year in jail and/or a maximum fine of $4,000), would be revised so that a person would have committed an offense if the person served in an official capacity at a location at which the presence of watchers was authorized and knowingly prevented a watcher from observing an activity or procedure the person knew the watcher was entitled to observe, including by taking any action to obstruct the view of a watcher or distance the watcher from the activity or procedure in a manner that made observation not reasonably effective.

*Relief.* The appointing authority for a watcher who believed that the watcher was unlawfully prevented or obstructed from performing the watcher's duties could seek injunctive relief, including issuance of temporary orders, a writ of mandamus, or any other remedy available

SB 1
House Research Organization
page 8

under law. The secretary of state also could seek such relief if the secretary believed that a state inspector was unlawfully prevented or obstructed from the performance of the inspector's duties.

*Voting system logic and accuracy test.* For logic and accuracy tests of voting systems conducted for an election in which a county election board had been established, the bill would require the general custodian of election records to notify each member of the board of the test at least 48 hours before the test date. If the board chose to witness the test, each member would have to sign the statement required under current statute.

In addition to other current statutory test requirements, a logic and accuracy test conducted under the bill also would have to require the general custodian of election records to demonstrate, using a representative sample of voting system equipment, that the source code of the equipment had not been altered.

**Voting by mail.** The bill would create requirements for the in-person delivery of early voting by mail ballots, revise requirements for applications to vote early by mail, expand criteria for acceptance of mail ballots, specify requirements for carrier envelopes, and provide a procedure for voters to correct defects in mail ballots, among other provisions.

*In-person ballot delivery.* CSSB 1 would require an in-person delivery of a marked mail ballot voted early to be received by an election official at the time of delivery. The receiving official would have to record the voter's name, signature, and type of identification provided on a roster prescribed by the secretary of state. The receiving official would have to attest on the roster that the delivery complied with the requirements for the return of marked early voting ballots.

*Application to vote early by mail.* Under CSSB 1, an application for an early voting ballot to be voted by mail would have to be submitted in writing and signed by the applicant using ink on paper.

SB 1
House Research Organization
page 9

The bill also would amend application requirements under current statute so that early voting ballot applications had to include:

- the number of the applicant's driver's license or personal identification card issued by the Department of Public Safety (DPS);
- if the applicant had not been issued a driver's license or personal identification number, the last four digits of the applicant's Social Security number; or
- a statement by the applicant that the applicant had not been issued an identification number or a Social Security number.

An early voting clerk would have to reject an application to vote early by mail if the required identification information did not match the information on the applicant's voter registration application.

A person could use the number of a driver's license or personal ID card that had expired for the purpose of fulfilling these application requirements if the license or identification was otherwise valid.

*Criteria for ballot acceptance.* The bill also would add a requirement to existing requirements for the acceptance of ballots voted by mail. Under CSSB 1, a mail ballot could be accepted only if the identifying information the voter was required to provide on the voter's application to vote early by mail matched the information on the voter's application for voter registration.

To determine whether the signatures on the ballot application or envelope were those of the voter, the early voting ballot board would have to request from DPS any signature of the voter's on file with the department and compare the voter's signatures on the ballot application and the carrier envelope certificate with any signature provided. The board also could compare the signatures with any known signature of the voter on file with the county clerk or voter registrar, rather than with two or more signatures of the voter made within the preceding six years as under current law.

SB 1
House Research Organization
page 10

*Storage of returned ballots.* CSSB 1 would specify that if the return of a marked early voting ballot was not timely, the early voting clerk would have to retain the return in a locked container for the period specified under current law.

*Tabulation of ballots voted by mail.* Ballots voted early by mail would have to be tabulated and stored separately from the ballots voted by personal appearance and be separately reported on the returns.

*Carrier envelopes.* The carrier envelope of a mail ballot would have to include a space hidden from view when the envelope was sealed for the voter to enter the required ID number or statement. No record associating an individual voter with a ballot could be created. A signature verification committee could compare the signatures on a carrier envelope certificate, except those signed for a voter by a witness, with any known signature of the voter on file with the county clerk or voter registrar, rather than two or more signatures of the voter made within the preceding six years as under current law.

*Correcting defect in early voting ballot.* CSSB 1 would require a signature verification committee or early voting ballot board, by the second business day after discovering certain defects in ballots voted early by mail and before deciding whether to accept or reject a timely delivered ballot, to:

- return the carrier envelope to the voter by mail, if the committee or board determined that it would be possible to correct the defect and return the envelope before the polls closed on election day; or
- notify the voter of the defect by telephone or email and inform the voter that the voter could request to have the application to vote by mail canceled or come to the early voting clerk's office in person by the sixth day after election day to correct the defect.

These provisions would apply to an early voting ballot voted by mail for which the voter did not sign the carrier envelope certificate, for which it could not immediately be determined whether the signature on the carrier

envelope certificate was that of the voter, that was missing any required statement of residence, or that contained incomplete information with respect to a witness.

If a committee or board notified a voter of a defect by telephone or email and informed the voter of the means of correcting the defect, the committee or board would have to take such action with respect to each ballot in the election to which these provisions applied. A poll watcher would be entitled to observe any action taken.

A ballot could not be finally rejected for failing to comply with certain requirements for the acceptance of mail ballots before the seventh day after election day.

*Electronic records and notes.* Electronic records of applications to vote by mail, envelopes, and ballots made by an early voting clerk would have to record both sides of the application, envelope, or ballot recorded. All such records would have to be provided to the early voting ballot board, the signature verification committee, or both.

Each member of an early voting ballot board and each member of a signature verification committee would be entitled to take and keep any notes reasonably necessary to perform the member's duties related to processing early voting results.

**Voter assistance.** Under CSSB 1, a voter would be eligible to receive assistance in reading, in addition to marking, a ballot if the voter could not read the ballot because of a physical disability that rendered the voter unable to write or see or an inability to read to the language in which the ballot was written.

*Submission of form by assistant.* The bill would require a person, other than an election officer, who assisted a voter in preparing a ballot to complete a form stating:

- the name and address of the person assisting the voter;

SB 1
House Research Organization
page 12

- the person's relationship to the voter; and
- whether the person received or accepted any form of compensation or other benefit from a candidate, campaign, or political committee.

The secretary of state would have to prescribe the required assistance form. The form would have to be incorporated into the official carrier envelope if the voter was voting early by mail and received assistance. If the voter was voting at a polling place or curbside, the form would have to be submitted to an election officer at the time the voter cast a ballot.

*Oath.* CSSB 1 would require a person, other than an election officer, selected to provide assistance to a voter to take the required oath under penalty of perjury. The bill would amend the required oath by adding statements that the assistant would have to swear to or affirm, including:

- the voter being assisted represented themselves to the assistant as eligible to receive assistance because of a physical disability that rendered the voter unable to write or see or an inability to read the language in which the ballot was written;
- the assistant would confine the assistance to reading the ballot to the voter, directing the voter to read the ballot, marking the voter's ballot, or directing the voter to mark the ballot;
- the assistant did not pressure or coerce the voter into choosing the assistant;
- the assistant would not communicate information about how the voter voted to another person; and
- the assistant understood that if assistance was provided to a voter who was not eligible for assistance, the voter's ballot could not be counted.

*Carrier envelope information.* A person assisting a voter to prepare a ballot to be voted by mail would have to enter on the official carrier envelope of the voter the relationship of the person providing the assistance to the voter and whether the person received or accepted any form of compensation or other benefit from a candidate, campaign, or political committee in exchange for providing assistance, in addition to

other information required by current statute.

The bill would specify that the current state-jail felony offense (180 days to two years in a state jail and an optional fine of up to $10,000) of knowingly failing to comply with the carrier envelope marking requirements would not apply if a person was related to the voter within the second degree by affinity or the third degree by consanguinity or if the voter was a person with a disability being assisted by a previously known attendant or caregiver.

*Offense of voter assistance compensation.* The bill would make it a state-jail felony to offer to compensate another person to assist voters or solicit or receive compensation for such assistance. The offense would not apply if the person assisting a voter was an attendant or caregiver previously known to the voter. The bill would remove references to performance-based compensation schemes and assistance-dependent compensation from the conduct constituting this offense.

**Election fraud.** The bill would create new offenses and revise existing offenses related to election fraud, vote harvesting, and unlawful solicitation and distribution of mail ballot applications and ballots, among other provisions.

*False information on affidavit.* Under CSSB 1, an election judge would commit an offense if the judge knowingly provided a voter with a form for an affidavit related to provisional voting if the form contained information that the judge entered on the form knowing it was false. The offense would be a state-jail felony.

*Election-related work absences during early voting.* The bill would apply to the early voting period the class C misdemeanor offense (maximum fine of $500) of knowingly refusing to permit another person over whom a person had authority in the scope of employment to be absent from work on election day for the purpose of voting or of knowingly subjecting or threatening to subject the other person to a penalty for attending the polls. It would be an exception to the application of the offense if the conduct

occurred in connection with an election in which early voting was in progress for two consecutive hours outside of the voter's working hours.

*Voter interference.* Under CSSB 1, a person would commit an offense if the person knowingly or intentionally made any effort to:

- influence the independent exercise of the vote of another by altering the ballot of another or by otherwise causing a ballot to not reflect the intent of the voter;
- prevent a voter from casting a legal ballot in an election in which the voter was eligible to vote; or
- provide false information to a voter with the intent of preventing the voter from voting in an election in which the voter was eligible to vote.

An offense would be a class A misdemeanor, except that an offense would be a state-jail felony if the person committed the offense while acting in the person's official capacity as an election officer.

*Vote harvesting.* The bill would make it a third-degree felony (two to 10 years in prison and an optional fine of up to $10,000) for a person, directly or through a third party, to knowingly provide or offer to provide vote harvesting services in exchange for compensation or other benefit or to knowingly provide or offer to provide compensation to another person in exchange for vote harvesting services. It also would an offense for a person to knowingly collect or possess a mail ballot or official carrier envelope in connection with vote harvesting services.

These provisions would not apply to an activity not performed in exchange for compensation or a benefit, interactions that did not occur in the presence of the ballot or during the voting process, interactions that were not conducted in-person with a voter, or activity that was not designed to deliver votes for or against a specific candidate or measure.

If a vote harvesting offense constituted an offense under any other law, the actor could be prosecuted under these provisions, the other law, or both.

Records necessary to investigate a vote harvesting offense or an offense under any other section of the Election Code would have to be provided by an election officer in an unredacted form to a law enforcement officer upon request. Such records would not be subject to public disclosure.

*Unlawful solicitation and distribution of mail ballot application.* Except as specified in the bill, CSSB 1 would make it an offense for a public official to, while acting in an official capacity, knowingly:

- solicit the submission of an application to vote by mail from a person who did not request an application;
- distribute an application to vote by mail to a person who did not request the application unless the distribution was expressly authorized under the Election Code;
- authorize or approve the expenditure of public funds to facilitate third-party distribution of an application to vote by mail to a person who did not request the application; or
- complete any portion of an application to vote by mail and distribute the application to an applicant.

The offense of unlawful solicitation and distribution of an application to vote by mail would be a state-jail felony.

*Unlawful distribution of early voting ballots.* It would be a class A misdemeanor for an early voting clerk or other election official to knowingly mail or otherwise provide an early voting ballot by mail or other early voting by mail ballot materials to a person who the clerk or official knew did not submit an application for a ballot to be voted by mail.

*Election procedure-related perjury.* It would be a state-jail felony for a person to make a false statement or swear to the truth of a false statement previously made while making the voter assistance oath required by statute.

*Unlawful altering of election procedures.* CSSB 1 would prohibit a public official from creating, altering, modifying, waiving, or suspending any election standard, practice, or procedure mandated by law or rule in a manner not expressly authorized by the Election Code.

**Enforcement.** The bill would require the prioritization of certain proceedings related to violations of the Election Code and specify requirements and deadlines for courts in handling these cases.

The Texas Supreme Court or a court of appeals would be required to prioritize over any other proceeding pending or filed in the court a proceeding for injunctive relief or for a writ of mandamus under Election Code ch. 273, which governs criminal investigations and other enforcement proceedings related to elections, pending or filed on or after the 70th day before a general or special election. If granted, oral argument for such a proceeding could be given in person or through electronic means.

A trial court also would be required to prioritize such election-related proceedings over other proceedings, except for a criminal case in which the death penalty was or could be assessed or when it would otherwise interfere with a constitutional right.

The bill would specify deadlines and similar requirements for expedited election proceedings in district courts, county courts, and statutory county courts. It would be an offense for a person, including a public official, to communicate with a county or district clerk with the intention of influencing or attempting to influence the court or judge assigned to a proceeding under the bill's provisions. The offense would be a class A misdemeanor, except that it would be a state-jail felony if it was shown on trial of the offense that the person committed the offense while acting in an official capacity as an election official.

The bill would specify that a court proceeding entitled to priority that was filed in a court of appeals would be docketed by the clerk of the court and assigned to a panel of three justices determined using an automated

assignment system. It would be a class A misdemeanor for a person, including a public official, to communicate with a court clerk with the intention of influencing or attempting to influence the composition of a three-justice panel assigned a specific proceeding under these provisions.

**Ineligible voters.** In the trial of a felony offense in which the defendant was adjudged guilty, the court would have to make an affirmative finding that the person had been found guilty of a felony and enter the finding in the judgment of the case and instruct the defendant on how the felony conviction would impact the defendant's right to vote in Texas.

It would be an offense for a person to knowingly vote or attempt to vote in an election in Texas after voting in another state in an election in which a federal office appeared on the ballot and the election day for both states was the same day. If conduct related to prohibited voting that constituted an offense under the bill also constituted an offense under another law, a person could be prosecuted under the bill's provisions, the other law, or both. The offense would be a second-degree felony (two to 20 years in prison and an optional fine of up to $10,000) unless the person was convicted of an attempt, in which case the offense would be a state-jail felony.

A person could not be convicted of the offense of illegally voting solely upon the fact that the person signed a provisional ballot affidavit unless corroborated by other evidence that the person knowingly committed the offense. This provision would apply to an offense committed before, on, or after the effective date of the bill, except that a final conviction for an offense that existed on that date would remain unaffected.

**Repeals.** The bill would repeal statutes related to temporary branch polling places located in movable structures in certain elections and jail confinement for the offense of unlawfully compensating a person for assisting voters.

**Severability.** If any provision of the bill or its application to any person or circumstance was held invalid, the invalidity would not affect other

SB 1
House Research Organization
page 18

provisions or applications of the bill that could be given effect without the invalid provision or application.

**Applicability.** Except as otherwise provided, the bill would apply only to an offense committed, an election ordered, an application to vote an early voting ballot by mail submitted, or an application for voter registration submitted on or after the bill's effective date.

The bill would take effect on the 91st day after the last day of the legislative session.

SUPPORTERS
SAY:

CSSB 1 would help to provide uniformity in Texas elections and restore the confidence of voters in election integrity. It would empower poll watchers to oversee election conduct without fear of being unfairly removed, add safeguards for the lawful assistance of a voter, and strengthen the consequences for violations of election law.

**Voter registration.** The bill would make it easier for voters who moved to a new county to maintain their voter registration by requiring voter registrars to coordinate to ensure that the voter's registration in the original county of residence was canceled and the voter was registered in the new county.

**Conduct and security of elections.** CSSB 1 would make it easier for Texans to vote lawfully by expanding early voting from at least eight hours to at least nine hours on weekdays and by making it an offense for employers to keep an employee from going to the polls during early voting, a prohibition which currently applies only to voting on election day. The bill also would entitle individuals in line when the polls closed during early voting to vote, which also currently applies only to individuals voting on election day.

The bill would protect the privacy and sanctity of each voter's ballot by prohibiting individuals not entitled under current law to vote from inside a vehicle from doing so. Allowing votes to be cast from vehicles carrying multiple individuals increases the opportunities for voter intimidation or

fraud.

**Election officers and observers.** CSSB 1 would empower poll watchers to perform their roles as observers by prohibiting election judges from removing them for arbitrary reasons or improperly refusing to accept them. If a poll watcher did disrupt a polling place or violate the law, that person could be removed by a law enforcement officer.

The bill also would provide greater confidence in the integrity of elections by allowing poll watchers to observe every step of the election process, except for the casting of ballots by voters, including the sealing and transfer of storage devices used by voting system equipment and the transfer of election materials to a different location for processing.

Poll watchers already are prohibited under current law from watching an individual cast a ballot or conversing with a voter. The bill would not allow watchers to engage with or harass voters, but rather would ensure that watchers could not be unjustly removed from a polling place while performing their duties or have their right to observe all election activities infringed.

**Voting by mail.** CSSB 1 would help ensure that a voter's eligibility was verified by requiring applications to vote early by mail to include an approved ID number, adding criteria for the acceptance of mail ballots, and expanding the ability of signature verification committees and early voting ballot boards to verify voter signatures on mail ballot applications and carrier envelopes.

The bill also would provide more opportunities for voters to have their votes counted by allowing defects in mail-in ballots, including missing signatures or other information, to be corrected by a voter within a specified time frame.

**Voter assistance.** CSSB 1 would provide greater protections from exploitation for individuals who may require assistance to vote. This includes individuals over 65 years old casting a ballot by mail and those

with disabilities, the visually impaired, and those who could not read the language in which a ballot was printed. By revising the required oath to include acknowledgement that assistance was not provided under coercion and requiring new information to be written on carrier envelopes, the bill would help deter attempts to take advantage of the voter needing assistance.

The bill would not deter individuals from lawfully assisting eligible individuals in casting a ballot. Rather, by requiring an assistant to attest under penalty of perjury that the assistant did not pressure or coerce a voter into choosing that person as an assistant, the bill would increase safeguards to protect such voters from exploitation by bad actors.

**Election fraud and voter interference.** CSSB 1 would help deter various forms of election fraud by creating new criminal penalties and enhancing existing ones, sending a strong message about Texas' commitment to election integrity. Election fraud is a serious offense that undermines a core civic duty and should be treated as such under the law. The bill would not punish individuals for making simple clerical errors or other mistakes because an action prohibited under the bill would have to be carried out knowingly or intentionally to qualify as an offense.
CSSB 1 also would deter the exploitation of vulnerable voters by making it an offense to knowingly provide or offer to provide vote harvesting services for compensation. Ballot harvesting operations undermine the integrity of elections by introducing a financial incentive for the collection of votes, which opens the door to fraud.

**Enforcement.** By requiring courts to prioritize and expedite certain cases, the bill would provide for the quick disposition of time-sensitive election matters. The bill would not jeopardize other time-sensitive legal proceedings but simply ensure that election complaints within 70 days of an election were handled expeditiously. This would enable legitimate legal complaints about the election process to be addressed before election day and for injunctive relief to be provided.

CRITICS                    CSSB 1 would exacerbate an already restrictive elections system by

SAY:    creating overly harsh penalties, restricting convenient voting options that
        facilitate voter turnout, and creating an opportunity for partisan poll
        watchers to intimidate voters. Texas already has strong voting restrictions
        and relatively low voter turnout rates, and data have shown election fraud
        to be rare in Texas. Instead of further complicating voting and
        criminalizing election activities, the Legislature should make it easier for
        Texans to access the ballot box.

        **Voter registration.** CSSB 1 could lead to needless prosecutions of
        individuals who accidentally registered to vote in the wrong county or
        made similar inadvertent mistakes by requiring voter registrars to provide
        notice of all unlawful registrations to the secretary of state and the
        attorney general.

        **Conduct and security of elections.** The bill could reduce voter turnout by
        prohibiting convenient voting options, including drive-through voting and
        24-hour early voting. The ability to vote curbside from a vehicle was
        valuable to many Texans during the COVID-19 pandemic, when voting in
        person created the unnecessary risk of viral transmission. Also, 24-hour
        early voting in Harris County during the 2020 election cycle allowed more
        people to vote and eased long lines resulting from increased voter turnout.

        **Election officers and observers.** CSSB 1 could enable untrained partisan
        poll watchers to harass or intimidate voters by granting watchers overly
        expansive access to polling places and making it harder for election judges
        to remove unruly watchers. Although an election judge could eject a poll
        watcher under the bill, the bar for such a removal would be unnecessarily
        high. A judge or clerk would have to directly observe a watcher engaging
        in prohibited behavior, issue a warning, and then observe a second
        violation before ordering the watcher to leave the polling place. This
        could have the effect of creating a "free pass" for watchers to intimidate
        voters before being ejected.

        While an election judge could call a law enforcement officer to remove a
        watcher violating the law or disrupting the peace, local police departments
        may not have a sufficient number of officers to respond to complaints

from multiple polling places. By the time an officer arrived, the conduct constituting a breach of the peace or violation of the law could have concluded.

**Voting by mail.** The bill would make it harder for individuals to vote early by mail by applying a voter ID requirement and creating more opportunities for a voter's signature, and therefore ballot, to be wrongly rejected as fraudulent. An application to vote early by mail also could be incorrectly rejected if the driver's license or Social Security number provided on the application did not match a number on file with the state's voter registration database. Many voters may have only one of these numbers on file with the database, and inadvertently supplying the incorrect number could result in an unwarranted rejection under the bill.

CSSB 1 also could limit the ability of voters with disabilities to sign mail ballot applications by requiring ink signatures. Voters with disabilities may make use of signature stamps to accommodate a physical disability. If the bill prohibited the use of such stamps, it could deter individuals with disabilities from successfully requesting a mail ballot.

**Voter assistance.** The bill would create more opportunities for valid ballots to be discarded by requiring individuals wishing to provide lawful assistance to voters with disabilities or elderly voters to fill out a form on the carrier envelope. The requirements for carrier envelopes under current law already are extensive, and further complicating these envelopes by adding a form would increase the likelihood of valid votes being discarded due to a simple error or omission by an assistant.

CSSB 1 also could create a chilling effect on individuals wishing to provide assistance to eligible voters by requiring the voter assistance oath to be taken under penalty of perjury. Under the bill, it would be a state jail felony to commit perjury in connection with the voter assistance oath. The oath's vague prohibitions on "pressuring" or "coercing" a voter to accept a person as an assistant could deter individuals from providing lawful assistance to eligible voters due to the fear of accidentally violating the Election Code.

SB 1
House Research Organization
page 23

**Election fraud**. Election fraud is rare in Texas and existing law is more than sufficient to deter individuals from fraudulently casting a ballot, changing votes, or otherwise illicitly influencing an election. By implementing overly punitive election offenses, CSSB 1 could discourage potential voters and poll workers from participating in the electoral process, further depressing Texas' already low voter turnout. Some offenses under the bill would be second- and third-degree felonies, placing election crimes on the same level as certain high-value property theft and other serious crimes.

The bill also would limit the information provided to voters by criminalizing routine get-out-the-vote activities such as the collection of ballots or the distribution of pre-filled voter registration applications.

**Enforcement.** CSSB 1 would require the prioritization of certain election cases over potentially more pressing judicial matters. The special treatment of election fraud cases under the bill, regardless of merit, could bog down the court system and jeopardize certain time-sensitive legal proceedings, such as cases involving protective orders.

NOTES:    A pre-filed amendment by Murr would add a curing process for mail ballots rejected due to missing or incorrect voter identification information, revise the provision on an election judge's authority to eject a watcher from a polling place by removing a requirement that the watcher be given a warning that the watcher's conduct violated the law before removal, enhance from a class B to a class A misdemeanor the offense created by the bill of intentionally or knowingly refusing to accept a qualified watcher for service, revise the voter assistance oath, and require a study from the secretary of state on implementing educational programs for voters with disabilities on the use of voting systems, among other provisions.

By:  Hughes                                                    S.B.  No.  1


A BILL  TO  BE  ENTITLED

1                              AN  ACT

2  relating    to   election    integrity    and   security,    including    by

3  preventing     fraud   in   the   conduct    of   elections    in   this   state;

4  increasing     criminal    penalties;    creating    criminal    offenses;

5  providing   civil   penalties.

6         BE  IT  ENACTED   BY  THE  LEGISLATURE    OF  THE  STATE  OF  TEXAS:

7                    ARTICLE   1.   REGISTRATION    OF  VOTERS

8         SECTION   1.01.   Section    13.002  ,  Election   Code,   is  amended   by

9  adding  Subsection    (c-1)  to  read  as  follows:

10        (c-1)   The   information    required    under    Subsections    (c)(3),

11  (4),  (5),  (6),  and  (8)  must   be  supplied    by  the  person    desiring    to

12  register   to  vote.

13        SECTION   1.02.   Section    15.021  ,  Election   Code,  is  amended   by

14  amending   Subsections    (b)  and  (d)  and  adding  Subsections    (d-1)  and

15  (d-2)  to  read  as  follows:

16        (b)   Except    as  provided    by  Subsection    (d),  the  [The]  voter

17  shall   use   the   registration    certificate    or   a   registration

18  application   form  as  the  notice,   indicating   the  correct  information

19  in  the  appropriate    space   on  the  certificate    or  application   form

20  unless   the  voter  does  not  have  possession    of  the  certificate    or  an

21  application   form  at  the  time  of  giving   the  notice.

22        (d)   A  voter  [who  continues   to  reside   in  the  county   in  which

23  the  voter  is  registered]   may  correct   information   under  this  section

24  by  digital   transmission    of  the  information    under   a  program

S.B.   No.   1

1  administered    by  the  secretary    of  state   and  the  Department    of

2  Information   Resources.

3       (d-1)   If the  notice   indicates   that  a voter  no longer  resides

4  in the  county  in which  the  voter  is registered,   the  registrar   shall

5  forward   the  notice   and  the  voter 's  original    application   for

6  registration   to the  registrar   of  the  county  in which   the  voter

7  resides.   The  registrars   shall  coordinate   to ensure   that  the

8  voter 's existing   registration   is canceled   immediately   after  the

9  voter  is registered   in the  county  in which  the  voter  resides  in

10  accordance   with Subsection   (d-2).

11       (d-2)  A registrar   who receives   a voter 's notice  and

12  application   from another   registrar   under  Subsection   (d-1)  shall

13  treat  it as an original   application   for registration   under  Section

14  13.002 , and shall  register   the  voter  if the  voter  resides  in the

15  county  and is otherwise   eligible   under Section   13.001 .

16       SECTION  1.03.   Section   15.028 , Election   Code,  is amended  to

17  read as follows:

18       Sec.  15.028.   NOTICE  OF UNLAWFUL   VOTING  OR REGISTRATION   [TO

19  PROSECUTOR].   [(a)]  If the registrar   determines   that  a person  who

20  is not  eligible  to vote  registered   to vote or [a registered   voter]

21  voted in an election,  the registrar   shall  execute   and deliver  to the

22  attorney   general,   the  secretary   of  state,   and the  county  or

23  district  attorney  having  jurisdiction   in the  territory   covered  by

24  the election  an affidavit  stating  the  relevant  facts.

25       [(b)  If the election  covers  territory  in more  than  one

26  county,  the registrar  shall  also deliver  an affidavit  to the

27  attorney  general.]

2

S.B.   No.   1

1        SECTION    1.04.    Section    16.0332  , Election   Code,   is amended   by

2   amending    Subsection    (a)   and   adding    Subsections    (a-1),    (d),    and   (e)

3   to read   as follows:

4          (a)    After   the    registrar    receives    notification    [a   list]

5   under    Subsection     (a-1) of   this   section,   Section    18.068    of   this

6   code,   or Section    62.113   , Government    Code,   of persons    excused    or

7   disqualified    from   jury   service    because    of citizenship    status   or

8   notification    of persons    who   indicate    a lack   of citizenship    status

9   in connection    with   a motor   vehicle    or Department    of Public   Safety

10   record   as provided    by Subsection    (a-1),   the registrar    shall   deliver

11   to each   registered    voter   whose   name   appears    on the   list   a written

12   notice   requiring    the voter   to submit    to the   registrar    proof   of

13   United   States   citizenship    in the   form   of a certified    copy   of the

14   voter 's birth   certificate,    United   States   passport,    or certificate

15   of naturalization    or any   other   form   prescribed    by the   secretary    of

16   state.   The   notice   shall   be delivered    by forwardable    mail   to the

17   mailing   address    on the   voter 's registration    application    and to any

18   new address    of the   voter   known   to the   registrar.

19          (a-1)   The   secretary    of state   shall   enter   into   an agreement

20   with the   Department    of Public   Safety   under   which   information    in the

21   existing   statewide    computerized    voter   registration    list   is

22   compared    against    information    in the   database    of the   Department    of

23   Public   Safety   on a monthly    basis   to verify   the accuracy    of

24   citizenship    status   information    previously    provided    on voter

25   registration    applications.    In comparing    information    under   this

26   subsection,    the secretary    of state   shall   consider    only   a voter 's

27   information    in the   database    of the   Department    of Public   Safety   that

3

S.B.   No.   1

1   was   derived    from   documents     presented    by   the   voter   to   the   department

2   after   the   person   's   current   voter   registration    became    effective,    and

3   may   not   consider    information    derived    from   documents     presented    by

4   the   voter   to   the   department    before    the   person   's   current   voter

5   registration    became    effective.

6        (d)    The   secretary    of   state   shall    prescribe    rules   for   the

7   administration     of   this   section.

8        (e)    Not   later   than   December   31   of   each   year,   the   secretary

9   of   state   shall   provide   a   report   to   the   legislature    of   the   number   of

10   voter   registrations    canceled    under   this   section    during   the   calendar

11   year.

12        SECTION   1.05.   Section   18.068 ,   Election   Code,   is   amended   by

13   amending   Subsection    (a)   and   adding   Subsection    (a-1)   to   read   as

14   follows:

15        (a)   The   secretary    of   state   shall   quarterly   compare   the

16   information   received   under   Section   16.001   of   this   code   and   Sections

17   [Section]   62.113   and   62.114 ,   Government   Code,   to   the   statewide

18   computerized   voter   registration   list.   If   the   secretary   determines

19   that   a   voter   on   the   registration   list   is   deceased   or   has   been

20   excused   or   disqualified   from   jury   service   because   the   voter   is   not   a

21   citizen   or   a   resident   of   the   county   in   which   the   voter   is   registered

22   to   vote,   the   secretary   shall   send   notice   of   the   determination   to:

23        (1)   the   voter   registrar   of   the   counties   considered

24   appropriate   by   the   secretary;   and

25        (2)   the   attorney   general,   who   shall   quarterly   review

26   the   information   to   investigate   whether   a   person   has   committed   an

27   offense   under   Section   13.007   or   other   law.

4

S.B.   No.   1

1       (a-1)   The  secretary   of state   is  not  required   to  send  notice
2   under  Subsection   (a)  for  a  voter   who  is  subject   to  an  exemption   from
3   jury   service   under   Section   62.106  ,  Government   Code,   if   that
4   exemption   is  the  only  reason   the  voter   is  excused   from  jury   service.

5       SECTION   1.06.   Section   31.006  ,  Election   Code,  is  amended   to
6   read  as  follows:

7       Sec.  31.006.   REFERRAL   [OF  COMPLAINT]   TO  ATTORNEY   GENERAL.
8   (a)  If,  after   receiving   or  discovering   information   indicating   that
9   [a  complaint   alleging]   criminal   conduct   in  connection   with   an
10   election   has  occurred,   the  secretary   of  state  determines   that  there
11   is  reasonable   cause  to  suspect   that  [the  alleged]   criminal   conduct
12   occurred,   the  secretary   shall  promptly   refer   the   information
13   [complaint]   to  the  attorney   general.   The  secretary   shall   deliver
14   to  the  attorney   general   all  pertinent   documents   and  information   in
15   the  secretary   's  possession.

16       (b)   The   documents   and   information   submitted   under
17   Subsection   (a)  are  not  considered   public   information   until:

18       (1)  the  secretary   of  state  makes   a  determination   that
19   the   information   [complaint]   received   does   not   warrant   an
20   investigation;   or

21       (2)  if  referred   to  the  attorney   general,   the  attorney
22   general   has  completed   the  investigation   or  has  made  a  determination
23   that  the   information   [complaint]   referred   does  not  warrant   an
24   investigation.

25       SECTION   1.07.   Section   62.113  (b),  Government   Code,   is
26   amended   to  read  as  follows:

27       (b)   On  the  third  business   day  of  each  month,   the  clerk  shall

S.B.   No.   1

1   send   a   copy   of   the   list   of   persons   excused   or   disqualified   because

2   of   citizenship   in   the   previous   month   to:

3                   (1)   the   voter   registrar   of   the   county;

4                   (2)   the   secretary   of   state;   and

5                   (3)   the   attorney   general   and   the   county   or   district

6   attorney[,   ~~as   applicable,~~]   for   an   investigation   of   whether   the

7   person   committed   an   offense   under   Section   13.007   ,   Election   Code,   or

8   other   law.

9           SECTION   1.08.   Sections   62.114   (b)   and   (c),   Government   Code,

10   are   amended   to   read   as   follows:

11           (b)   On   the   third   business   day   of   each   month,   the   clerk   shall

12   send   [~~to   the   voter   registrar   of   the   county~~]   a   copy   of   the   list   of

13   persons   excused   or   disqualified   in   the   previous   month   because   the

14   persons   do   not   reside   in   the   county   to:

15                   (1)   the   voter   registrar   of   the   county;

16                   (2)   the   secretary   of   state;   and

17                   (3)   the   attorney   general   and   the   county   or   district

18   attorney   for   an   investigation   of   whether   the   person   committed   an

19   offense   under   Section   13.007   ,   Election   Code,   or   other   law.

20           (c)   A   list   compiled   under   this   section   may   not   be   used   for   a

21   purpose   other   than   a   purpose   described   by   Subsection   (b)   or   Section

22   15.081   or   18.068   ,   Election   Code.

23               ARTICLE   2.   CONDUCT   AND   SECURITY   OF   ELECTIONS

24           SECTION   2.01.   Section   43.031   ,   Election   Code,   is   amended   by

25   amending   Subsection   (b)   and   adding   Subsections   (b-1)   and   (b-2)   to

26   read   as   follows:

27           (b)   Each   polling   place   shall   be   located   inside   a   building.

6

S.B.   No.   1

1    Except   as  provided   by  Subsection    (b-1),   a  polling   place   may  not  be

2    located   in  a  tent   or  similar   temporary   moveable   structure   or  in  a

3    facility   primarily   designed   for  motor   vehicles.   No  voter   may  cast  a

4    vote   from   inside   a  motor   vehicle   unless   the  voter   meets   the

5    requirements   of  Section   64.009 .

6         (b-1)   A  polling   place   may  be  located   in  a  tent   or  similar

7    temporary   moveable   structure   if:

8              (1)   a  building   selected   for  a  polling   place   is  later

9    determined   by  the  county   commissioners   court   to  be  not   reasonably

10   accessible   due  to  fire,   flood,   or  other   natural   disaster   rendering

11   the  building   unsafe   for  public   use;

12             (2)   a  suitable   substitute   building   is  not   available;

13   and

14             (3)   the  tent   or  similar   temporary   moveable   structure

15   is  adjacent   to  the  building   described   by  Subdivision   (1).

16        (b-2)   If   the   county   commissioners   court   makes   a

17   determination   described   by  Subsection   (b-1)(1):

18             (1)   the  determination   is  valid   only   for   the   next

19   scheduled   election;   and

20             (2)   the   court   shall   send   a   record   of   that

21   determination   to  the  secretary   of  state   as  soon   as  practicable.

22        SECTION   2.02.   Section   61.002 ,  Election   Code,   is  amended   to

23   read   as  follows:

24        Sec.   61.002.   OPENING   AND  CLOSING   POLLING   PLACE   FOR  VOTING.

25   (a)   Immediately   before   opening   the  polls   for  voting   on  the  first

26   day  of  early   voting   and  on  election   day,   the  presiding   election

27   judge   or  alternate   election   judge   shall   confirm   that   each   voting

7

S.B.   No.   1

1    machine   has   any   public   counter   reset   to   zero   and   shall   print   the

2    tape   that   shows   the   counter   was   set   to   zero   for   each   candidate   or

3    measure   on   the   ballot.

4         (b)   At   the   official   time   for   opening   the   polls   for   voting,

5    an election   officer   shall   open   the   polling   place   entrance   and   admit

6    the   voters.

7         (c)   Immediately   after   closing   the   polls   for   voting   on

8    election   day,   the   presiding   election   judge   or   alternate   election

9    judge   shall   print   the   tape   to   show   the   number   of   votes   cast   for   each

10   candidate   or ballot   measure   for   each   voting   machine.

11        (d)   Each   election   judge   or   alternate   election   judge   present

12   shall   sign   a   tape   printed   under   this   section.

13        SECTION   2.03.   Section   64.007 (c),   Election   Code,   is   amended

14   to   read   as   follows:

15        (c)   An   election   officer   shall   maintain   a   register   of   spoiled

16   ballots   at   the   polling   place,   including   spoiled   ballots   from   a

17   direct   recording   electronic   voting   unit.   An   election   officer   shall

18   enter   on   the   register   the   name   of   each   voter   who   returns   a   spoiled

19   ballot   and   the   spoiled   ballot 's   number.   The   secretary   of   state

20   shall   create   and   promulgate   a   form   to   be   used   for   this   purpose.

21        SECTION   2.04.   Subchapter   A,   Chapter   65,   Election   Code,   is

22   amended   by adding   Section   65.017   to   read   as   follows:

23        Sec.   65.017.   VOTE   TABULATING   EQUIPMENT.   Beginning   January

24   1, 2024,   equipment   to tabulate   votes   may   not   be   used   if   any   wireless

25   connectivity   capability   of   the   equipment   has   not   been   disabled   or

26   removed.

27        SECTION   2.05.   Subchapter   A,   Chapter   66,   Election   Code,   is

8

S.B.  No.  1

1    amended   by  adding   Section   66.004   to  read   as  follows:

2          Sec.   66.004.    CLOSING    POLLING    PLACE.    The  secretary   of  state

3    shall  adopt   rules   and  create   a  checklist   or  similar   guidelines   to

4    assist   the  presiding   judge   of  a  polling   place   in  processing   forms

5    and  conducting   procedures   required   by  this  code   at  the  closing   of

6    the  polling   place.

7          SECTION   2.06.    Section   66.052  ,  Election   Code,   is  amended   to

8    read  as  follows:

9          Sec.   66.052.    DELIVERY   BY  ELECTION   CLERK;   CHAIN   OF  CUSTODY.

10   (a)   A  delivery   of  election   records   or  supplies   that  is  to  be

11   performed   by  the  presiding   judge   may  be  performed   by  an  election

12   clerk  designated   by  the  presiding   judge.

13        (b)   If  the  presiding   judge   of  a  polling   place   designates   a

14   clerk   to  deliver   election   supplies,   the  presiding   judge   shall

15   attest   to  the  designation,   and  the  clerk   shall  attest   to  the  clerk's

16   acceptance   of  the  responsibility.   The  secretary   of  state   shall

17   create   and  promulgate   a  form  to  facilitate   compliance   with  this

18   section.

19        SECTION   2.07.    Section   85.005  ,  Election   Code,   is  amended   to

20   read  as  follows:

21        Sec.   85.005.    REGULAR   DAYS  AND  HOURS   FOR  VOTING.   (a)   Except

22   as  provided   by  Subsection   (c),   in  an  election   in  which  a  county

23   clerk  [or  city  secretary]   is  the  early   voting   clerk   under   Section

24   83.002  [or  83.005 ],  early   voting   by  personal   appearance   at  the  main

25   early   voting   polling   place   shall   be  conducted   on  each  weekday   of

26   [the  weekdays   of]  the  early   voting   period   that  is  not  a  legal   state

27   holiday   and  for  a  period   of  at  least   nine   hours,   except   that  voting

9

S.B.   No.   1

1   may not be conducted earlier than 6 a.m. or later than 9 p.m.

2   [during the hours that the county clerk's or city secretary's main

3   business office is regularly open for business.]

4        (b)  In an election to which Subsection (a) does not apply,

5   early voting by personal appearance at the main early voting

6   polling place shall be conducted at least nine [eight] hours each

7   weekday of the early voting period that is not a legal state holiday

8   unless the territory covered by the election has fewer than 1,000

9   registered voters.  In that case, the voting shall be conducted at

10  least four [three] hours each day.  The authority ordering the

11  election, or the county clerk if that person is the early voting

12  clerk, shall determine which hours the voting is to be conducted.

13       (c)  In a county with a population of 30,000 [100,000] or

14  more, the voting in a primary election or the general election for

15  state and county officers shall be conducted at the main early

16  voting polling place for at least 12 hours on each weekday of the

17  last week of the early voting period, and the voting in a special

18  election ordered by the governor shall be conducted at the main

19  early voting polling place for at least 12 hours on each of the last

20  two days of the early voting period.  Voting under this subsection

21  may not be conducted earlier than 6 a.m. or later than 9 p.m.  Voting

22  shall be conducted in accordance with this subsection in those

23  elections in a county with a population under 30,000 [100,000] on

24  receipt by the early voting clerk of a written request for the

25  extended hours submitted by at least 15 registered voters of the

26  county.  The request must be submitted in time to enable compliance

27  with Section 85.067 .

S.B.  No.  1

1     (d)  A voter who has not voted before the scheduled time for

2 closing a polling place is entitled to vote after that time if the

3 voter is in line at the polling place by closing time. The

4 secretary of state shall promulgate any materials and provide any

5 training to presiding judges necessary to properly process voters

6 under this subsection [In an election ordered by a city, early

7 voting by personal appearance at the main early voting polling

8 place shall be conducted for at least 12 hours:

9     [(1) on one weekday, if the early voting period

10 consists of less than six weekdays, or

11     [(2) on two weekdays, if the early voting period

12 consists of six or more weekdays].

13     SECTION  2.08.  Sections 85.006 (b) and (e), Election Code,

14 are amended to read as follows:

15     (b)  In an election in which a county clerk [or city

16 secretary] is the early voting clerk under Section 83.002 [or

17 83.005 ], only the early voting clerk may order voting on a Saturday

18 or Sunday. The clerk must do so by written order.

19     (e)  In a primary election or the general election for state

20 and county officers in a county with a population of 30,000

21 [100,000] or more, the early voting clerk shall order voting by

22 personal appearance [voting] at the main early voting polling place

23 to be conducted on the last Saturday of the early voting period for

24 at least 12 hours, except that voting may not be conducted earlier

25 than 6 a.m. or later than 9 p.m., [on the last Saturday] and on the

26 last Sunday of the early voting period for at least six [five]

27 hours, except that voting may not be conducted earlier than 6 a.m.

11

S.B.   No.   1

1    or later  than  9 p.m  [on the last Sunday of the early voting period].

2    The  early  voting  clerk  shall  order  voting  to be conducted  at those

3    times  in those  elections   in a county  with a population   under  30,000

4    [100,000]  on receipt  of a written  request  for those  hours  submitted

5    by at least  15 registered   voters  of the county.   The request  must  be

6    submitted   in time  to enable  compliance   with Section  85.007 .  This

7    subsection    supersedes    any  provision   of this  subchapter   to the

8    extent  of any conflict.

9         SECTION   2.09.   Section    85.010 (a-1),   Election   Code,   is

10   amended  to read as follows:

11        (a-1)   In  this  section,   "eligible   county  polling   place"

12   means  an early  voting  polling  place[, other than a polling place

13   established under Section 85.062 (c),]  established  by a county.

14        SECTION   2.10.   Section  85.061 , Election   Code,  is amended  by

15   amending  Subsection  (a)  and adding  Subsections  (a-1)  and (a-2)  to

16   read as follows:

17        (a)   In a countywide   election   in which  the county  clerk  is

18   the  early  voting  clerk  under  Section  83.002 , an early  voting

19   polling  place  shall  be located  inside  [at]  each  branch  office  that

20   is regularly  maintained  for conducting  general  clerical  functions

21   of the county  clerk,  except  as provided  by Subsection  (b).  If a

22   suitable  room  is unavailable  inside  the branch  office,  the polling

23   place  may be located  in another  room  inside  the same  building  as the

24   branch  office.   Except  as provided  by Subsection  (a-1),  the polling

25   place  may not  be located  in a tent  or similar  temporary  moveable

26   structure  or a parking  garage,  parking  lot,  or similar  facility

27   designed  primarily  for motor  vehicles.

12

S.B.   No.   1

1        (a-1)   An early  voting  polling  place  may  be located  in a tent

2   or similar   temporary   moveable   structure   if:

3            (1)   a building   selected   for   an   early   voting   polling

4   place  is  later  determined   by  the  county  commissioners   court  to  be

5   not  reasonably   accessible   due  to  fire,   flood,   or  other   natural

6   disaster   rendering   the building   unsafe   for public   use;

7            (2)   a  suitable   substitute   building   is  not   available;

8   and

9            (3)   the  tent   or  similar   temporary   moveable   structure

10   is adjacent   to the building   described   by Subdivision   (1).

11      (a-2)   If   the   county   commissioners   court   makes   a

12   determination   described   by Subsection   (a-1)(1):

13            (1)   the   determination   is   valid   only   for   the   next

14   scheduled   election;   and

15            (2)   the   court   shall   send   a   record   of   that

16   determination   to the secretary   of state  as soon  as practicable.

17        SECTION   2.11.   Section   85.062   , Election   Code,  is  amended   by

18   amending   Subsection   (b)  and  adding   Subsections   (b-1),   (b-2),   and

19   (f-1)  to read  as follows:

20        (b)   A polling   place established   under  this  section   may  be

21   located,   subject   to Subsection   (d),  at any  place  in  the  territory

22   served   by the early  voting  clerk  and may  be located   inside   [in]  any

23   building   [stationary   structure]   as  directed   by   the   authority

24   establishing   the branch   office.   Except   as provided   by Subsection

25   (b-1),   the   [The]   polling   place  may   not   be  located   in  a tent   or

26   similar   temporary   movable   structure   or a parking   garage,   parking

27   lot,   or similar   facility   designed   primarily   for motor   vehicles   in

S.B.   No.  1

1   the   general   election   for   state   and   county   officers,   general   primary

2   election,   or   runoff   primary   election.      Ropes   or   other   suitable

3   objects   may   be   used   at   the   polling   place   to   ensure   compliance   with

4   Section   62.004 .   Persons   who   are   not   expressly      permitted   by   law   to

5   be   in   a   polling   place   shall   be   excluded   from   the   polling   place   to

6   the   extent   practicable.

7        (b-1)   A   temporary   branch   polling   place   may   be   located   in   a

8   tent   or   similar   temporary   moveable   structure   if:

9             (1)   a   building   selected   for   a   temporary   branch   polling

10   place   is   later   determined   by   the   county   commissioners   court   to   be

11   not   reasonably   accessible   due   to   fire,   flood,   or   other   natural

12   disaster   rendering   the   building   unsafe   for   public   use;

13             (2)   a   suitable   substitute   building   is   not   available;

14   and

15             (3)   the   tent   or   similar   temporary   moveable   structure

16   is   adjacent   to   the   building   described   by   Subdivision   (1).

17        (b-2)   If   the   county   commissioners   court   makes   a

18   determination   described   by   Subsection   (b-1)(1):

19             (1)   the   determination   is   valid   only   for   the   next

20   scheduled   election;   and

21             (2)   the   court   shall   send   a   record   of   that

22   determination   to   the   secretary   of   state   as   soon   as   practicable.

23        (f-1)   Notwithstanding   any   other   provision   of   this   section

24   concerning   the   location   of   temporary   branch   polling   places,   in   an

25   election   in   which   countywide   polling   places   are   used,   the

26   commissioners   court   of   a   county   shall   employ   the   same   methodology

27   it   uses   to   determine   the   location   of   countywide   polling   places   to

S.B.   No.   1

1   determine   the   location   of   temporary   branch   polling   places.

2   SECTION   2.12.   Section   124.002 ,   Election   Code,   is   amended   by

3   adding   Subsection   (c)   to   read   as   follows:

4   (c)   Voting   system   ballots   may   not   be   arranged   in   a   manner

5   that   allows   a   political   party 's   candidates   to   be   selected   in   one

6   motion   or   gesture.

7   SECTION   2.13.   Section   127.1232 ,   Election   Code,   is   amended

8   to   read   as   follows:

9   Sec.   127.1232.   SECURITY   OF   VOTED   BALLOTS.   (a)   The   general

10   custodian   of   election   records   shall   post   a   licensed   peace   officer

11   [guard]   to   ensure   the   security   of   ballot   boxes   containing   voted

12   ballots   throughout   the   period   of   tabulation   at   the   central   counting

13   station.

14   (b)   The   general   custodian   of   election   records   in   a   county

15   with   a   population   of   less   than   100,000   may,   and   the   general

16   custodian   of   election   records   in   a   county   with   a   population   of

17   100,000   or   more   shall,   implement   a   video   surveillance   system   that

18   retains   a   record   of   all   areas   containing   voted   ballots:

19   (1)   from   the   time   the   voted   ballots   are   delivered   to

20   the   central   counting   station   until   the   canvass   of   precinct   election

21   returns;   and

22   (2)   from   the   time   the   voted   ballots   are   delivered   to

23   the   signature   verification   committee   or   early   voting   ballot   board

24   until   the   canvass   of   precinct   election   returns.

25   (c)   A   video   from   a   system   implemented   under   Subsection   (b)

26   may   be   made   available   to   the   public   by   a   livestream   in   a   county   with

27   a   population   of   less   than   100,000,   and   shall   be   made   available   to

S.B.  No.  1

1  the public  by a livestream  in a county  with a population  of 100,000

2  or more.

3       (d)  The  video  recorded  is an election  record  under  Section

4  1.012  and shall  be retained  by the general  custodian  of election

5  records  until  the end of the calendar  year  in which  an election  is

6  held  or until  an election  contest  filed  in the county  has been

7  resolved,  whichever  is later.

8            ARTICLE  3.  ELECTION  OFFICERS  AND OBSERVERS

9       SECTION  3.01.  Subchapter  A, Chapter  33 , Election  Code,  is

10  amended  by adding  Section  33.008  to read as follows:

11       Sec.  33.008.  TRAINING  MANUAL.  (a)  The  secretary  of state

12  shall  publish  and maintain  a training  manual  for watchers  and shall

13  make  the manual  available  on the secretary  of state 's Internet

14  website.

15       (b)  An  appointing  authority  must  provide  each  watcher

16  appointed  by the authority  with  a copy of the training  manual

17  maintained  under  this section.

18       SECTION  3.02.  Section  33.051 , Election  Code,  is amended  by

19  adding  Subsections  (g) and (h) to read as follows:

20       (g)  An election  officer  commits  an offense  if the officer

21  intentionally  or knowingly  refuses  to accept  a watcher  for service

22  when  acceptance  of the watcher  is required  by this section.  An

23  offense  under  this subsection  is a Class  A misdemeanor.

24       (h)  Before  accepting  a watcher,  the officer  presented  with a

25  watcher 's certificate  of appointment  shall  require  the watcher  to

26  take  the following  oath,  administered  by the officer:  "I swear  (or

27  affirm)  that I will not disrupt  the voting  process  or harass  voters

16

S.B.   No.   1

1    in the  discharge   of  my  duties."

2          SECTION   3.03.    Section   33.056   ,  Election   Code,   is  amended   by

3    amending   Subsection    (a)  and  adding   Subsections    (e)  and  (f)  to  read

4    as  follows:

5          (a)   Except   as  provided   by  Section    33.057  ,  a  watcher   is

6    entitled   to  observe   any  activity    conducted    at  the  location    at  which

7    the  watcher   is  serving.    A  watcher   is  entitled    to  sit  or  stand

8    [conveniently] —  near   enough   to  see  and  hear   the  election   officers

9    conducting   the  observed   activity,   except   as  otherwise   prohibited   by

10   this  chapter.

11          (e)   Except   as  provided   by  Section   33.057  (b),  a  watcher   may

12   not  be  denied   free   movement   where   election   activity   is  occurring

13   within   the  location   at  which   the  watcher   is  serving.

14          (f)   In  this  code,  a  watcher   who  is  entitled   to  "observe"   an

15   election   activity   is  entitled   to  sit  or  stand  near  enough  to  see  and

16   hear   the  activity.

17          SECTION   3.04.    Subchapter    C,  Chapter    33 ,  Election    Code,   is

18   amended   by  adding   Section  33.0605  to  read  as  follows:

19          Sec.  33.0605.    OBSERVING    DATA   STORAGE    SEALING    AND   TRANSFER.

20   (a)   A  watcher   appointed   to  serve  at  a  polling   place   in  an  election

21   who  is  available   at  the  time  of  the  action   may  observe   all  election

22   activities   relating   to  closing   the  polling   place,   including   the

23   sealing   and  transfer   of  a  memory   card,   flash  drive,   hard  drive,   data

24   storage   device,   or  other   medium   now  existing   or  later   developed

25   used  by  the  voting   system   equipment.

26          (b)   Notwithstanding    any  other   provision    of  this  code,   a

27   watcher   duly  accepted   for  service   at  a  polling   location   is  entitled

17

S.B.  No.  1

1   to follow  the  transfer  of election  materials  from  the  polling  place

2   at  which  the  watcher  was  accepted  to  a  regional  tabulating  center,

3   the  central  counting  station,  or  any  other  location  designated  to

4   process  election  materials.  The  authority  responsible  for

5   administering  a  regional  tabulating  center  or  another  location

6   where  election  materials  are  processed  must  accept  duly  appointed

7   watchers  for  service  in  the  same  manner  a  watcher  is  accepted  for

8   service  under  Section  33.051  and  must  accept  the  same  number  of

9   watchers  that  may  serve  under  Section  33.007  (a).

10          SECTION  3.05.  Section  33.061  (a),  Election  Code,  is  amended

11  to  read  as  follows:

12          (a)  A  person  commits  an  offense  if  the  person  serves  in  an

13  official  capacity  at  a  location  at  which  the  presence  of  watchers  is

14  authorized  and  knowingly  prevents  a  watcher  from  observing  an

15  activity  or  procedure  the  person  knows  the  watcher  is  entitled  to

16  observe,  including  by  taking  any  action  to  obstruct  the  view  of  a

17  watcher  or  distance  the  watcher  from  the  activity  or  procedure  to  be

18  observed  in  a  manner  that  would  make  observation  not  reasonably

19  effective.

20          SECTION  3.06.  Subchapter  C,  Chapter  33,  Election  Code,  is

21  amended  by  adding  Section  33.063  to  read  as  follows:

22          Sec.  33.063.  RELIEF.  (a)  A  watcher,  or  the  appointing

23  authority  for  a  watcher,  who  believes  that  the  watcher  was

24  unlawfully  prevented  or  obstructed  from  the  performance  of  the

25  watcher  's  duties  may  seek:

26          (1)  injunctive  relief  under  Section  273.081,

27  including  issuance  of  temporary  orders;

18

S.B.   No.   1

1          (2)   a   writ   of   mandamus   under   Section   161.009   or

2   273.061   ; and

3          (3)   any other   remedy   available   under   law.

4      (b)   The   relief   provided   by   this   section   is   available   to   a

5   state   inspector   appointed   under   Chapter   34   or any   other   election

6   inspector   authorized   by law.

7      SECTION   3.07.   Section   86.006 , Election   Code,   is amended   by

8   amending   Subsection   (a)   and   adding   Subsection   (a-2)   to   read   as

9   follows:

10      (a)   A   marked   ballot   voted   under   this   chapter   must   be

11   returned   to   the   early   voting   clerk   in   the   official   carrier

12   envelope.      The   carrier   envelope   may   be   delivered   in   another

13   envelope   and must   be transported   and delivered   only by:

14          (1)   mail;

15          (2)   common   or contract   carrier;   or

16          (3)   subject   to   Subsections   [Subsection]   (a-1)   and

17   (a-2),   in-person   delivery   by the   voter   who voted   the ballot.

18      (a-2)   An   in-person   delivery   of a marked   ballot   voted   under

19   this   chapter   must   be received   by an election   official   at the time of

20   delivery.      The   receiving   official   shall   record   the   voter 's name,

21   signature,   and   type   of   identification   provided   under   Section

22   63.0101   on   a roster   prescribed   by the   secretary   of   state.      The

23   receiving   official   shall   attest   on the   roster   that   the   delivery

24   complies   with this   section.

25      SECTION   3.08.   Chapter   121 , Election   Code,   is   amended   by

26   adding   Section   121.004   to read   as follows:

27      Sec.   121.004.   COMMUNICATIONS   WITH   VOTING   SYSTEMS   VENDOR

S.B.  No.  1

1   PUBLIC   INFORMATION.    Except   as   provided   by Sections   552.110   and

2   552.1101 ,  Government   Code,  a  written   letter,   e-mail,   or  other

3   communication,    including   a  communication    made  confidential   by

4   other  law,  between   a public   official   and a voting   systems   vendor:

5                  (1)   is not  confidential;

6                  (2)   is public   information   for purposes   of Chapter   552 ,

7   Government   Code;  and

8                  (3)   is  not   subject    to  an   exception    to   disclosure

9   provided   by Chapter   552 , Government   Code.

10        SECTION   3.09.    Subchapter   A , Chapter   127 , Election   Code,  is

11   amended   by adding   Section   127.009   to read   as follows:

12        Sec.  127.009.    ELECTRONIC    DEVICES    IN   CENTRAL    COUNTING

13   STATION.   (a)  A counting   station   manager   and the presiding   judge  of

14   the  counting   station   shall   develop   a protocol   under   which   any

15   electronic   device   inside   a  central   counting   station   that  is

16   necessary   to count   votes  is equipped   with software   that  tracks   all

17   input  and activity   on the electronic   device.

18        (b)   The counting   station   manager   and the presiding   judge  of

19   the  counting   station   shall   ensure   that   the  input   and  activity

20   tracked   by the software   is printed   and delivered   to the secretary   of

21   state  not later   than the fifth   day after   vote counting   is complete.

22        (c)   This  section   applies   only  to a central   counting   station

23   located   in a county   with a population   of 250,000   or more.

24        SECTION   3.10.    Section   127.1301 , Election   Code,  is amended

25   to read  as follows:

26        Sec.  127.1301.   [TALLYING,    TABULATING,    AND   REPORTING]

27   CENTRALLY   COUNTED   OPTICAL   SCAN  BALLOTS   [BALLOT   UNDERVOTES   AND

20

S.B.   No.   1

1   OVERVOTES].   (a)   In   an   election   using   centrally   counted   optical

2   scan   ballots,   the   undervotes   and   overvotes   on   those   ballots   shall

3   be   tallied,   tabulated,   and   reported   by   race   and   by   election

4   precinct   in   the   form   and   manner   prescribed   by   the   secretary   of

5   state.

6      (b)   After   January   1,   2024,   an   authority   operating   a   central

7   counting   station   under   this   chapter   may   not   purchase   or   use   a

8   centrally   counted   optical   ballot   scan   system   that   uses   a   data

9   storage   disc   on   which   information,   once   written,   is   capable   of

10   being   modified.

11      SECTION   3.11.   Section   127.131,   Election   Code,   is   amended   by

12   adding   Subsection   (f)   to   read   as   follows:

13      (f)   The   presiding   judge   of   the   central   counting   station

14   shall   provide   and   attest   to   a   written   reconciliation   of   votes   and

15   voters   at   the   close   of   tabulation   for   election   day   and   again   after

16   the   central   counting   station   meets   for   the   last   time   to   process

17   late-arriving   ballots   by   mail   and   provisional   ballots.   The

18   secretary   of   state   shall   create   and   promulgate   rules   and   a   form   to

19   facilitate   compliance   with   this   subsection.   The   form   shall   be

20   posted   on   a   website   maintained   by   the   county   along   with   election

21   returns   and   results.

22      SECTION   3.12.   Section   129.023,   Election   Code,   is   amended   by

23   adding   Subsections   (b-2)   and   (c-1)   to   read   as   follows:

24      (b-2)   If   the   test   is   being   conducted   for   an   election   in

25   which   a   county   election   board   has   been   established   under   Section

26   51.002,   the   general   custodian   of   election   records   shall   notify   each

27   member   of   the   board   of   the   test   at   least   48   hours   before   the   date   of

S.B.  No.  1

1   the test.  If the county election  board  chooses  to witness  the test,

2   each  member  shall  sign  the  statement   required  by Subsection   (e)(1).

3       (c-1)   A test  conducted   under  this  section   must  also  require

4   the  general   custodian   of election   records   to demonstrate,   using  a

5   representative   sample  of voting  system  equipment,   that  the  source

6   code  of the  equipment   has  not  been  altered.

7                       ARTICLE  4.  VOTING  BY MAIL

8       SECTION  4.01.   Section  84.001 (b),  Election  Code,  is  amended

9   to read  as follows:

10      (b)   An application   must  be  submitted   in writing  and  signed

11  by the  applicant   using  ink  on  paper.   An  electronic   signature   or

12  photocopied   signature   is not  permitted.

13      SECTION  4.02.   Subchapter  A, Chapter  84 ,  Election  Code,  is

14  amended  by adding  Section  84.0011  to read  as follows:

15      Sec.  84.0011.   SOLICITATION   OF  BALLOT  BY  MAIL  APPLICATIONS

16  PROHIBITED.   The  early  voting  clerk  may  make  no attempt   to solicit  a

17  person  to complete   an  application   for  an  early  voting  ballot  by

18  mail,  whether  directly   or through  a third  party.

19      SECTION  4.03.   Section  84.002 ,  Election  Code,  as  effective

20  September  1, 2021,  is amended  by amending  Subsection   (a) and  adding

21  Subsection   (b-1)  to read  as follows:

22      (a)   An early  voting  ballot  application   must  include:

23          (1)   the  applicant  's name  and  the  address  at which  the

24  applicant   is registered   to vote;

25          (1-a)   the  following   information:

26              (A)   the  number  of  the  applicant  's  driver  's

27  license,  election   identification   certificate,   or  personal

22

S.B.   No.   1

1    identification      card  issued   by the Department    of  Public   Safety;

2                         (B)    if the applicant    has not been   issued  a number

3    described   by  Paragraph   (A),  the  last  four  digits  of the applicant   's

4    social   security   number;  or

5                         (C)   a  statement     by  the   applicant     that   the

6    applicant   has not been   issued  a number   described   by Paragraph   (A)  or

7    (B);

8                (2)   for an application    for a ballot  to be voted  by mail

9    on the  ground  of absence   from the  county   of residence,    the  address

10   outside   the applicant  's county  of residence   to which  the ballot  is

11   to be mailed;

12               (3)   for an application    for a ballot  to be voted  by mail

13   on the  ground  of age  or disability,   the  address   of the  hospital,

14   nursing   home  or  other   long-term   care  facility,    or  retirement

15   center,   or of a person   related   to the applicant   within   the second

16   degree   by  affinity   or  the  third   degree   by  consanguinity,    as

17   determined   under  Chapter   573 , Government    Code,  if the applicant   is

18   living   at that  address   and  that  address   is different    from  the

19   address   at which  the applicant   is registered   to vote;

20               (4)   for an application    for a ballot  to be voted  by mail

21   on the  ground  of confinement   in jail,  the address   of the jail  or of a

22   person   related   to the applicant   within   the degree   described    by

23   Subdivision   (3);

24               (5)   for an application    for a ballot  to be voted  by mail

25   on any  ground,   an  indication   of each  election   for  which   the

26   applicant   is applying   for a ballot;

27               (6)   an  indication   of  the  ground  of  eligibility   for

23

S.B.  No.  1

1   early  voting;  and

2                (7)  for  an  application   for  a  ballot  to  be  voted  by  mail

3   on  the  ground  of  involuntary   civil  commitment,   the  address  of  the

4   facility    operated    by  or  under    contract    with   the   Texas   Civil

5   Commitment   Office  or  of  a  person  related  to  the  applicant   within  the

6   degree  of  consanguinity    described   by  Subdivision   (3).

7        (b-1)   A  person   may  use  the  number   of  a  driver 's  license,

8   election    identification    certificate,   or  personal    identification

9   card  that  has  expired   for  the  purpose   of  fulfilling   the  requirement

10  under  Subsection   (a)(1-a)   if  the  license   or  identification   is

11  otherwise   valid.

12       SECTION  4.04.   Section   84.011  (a),   Election    Code,   as

13  effective   September   1,  2021,  is  amended   to  read  as  follows:

14       (a)   The  officially   prescribed   application   form  for  an  early

15  voting  ballot  must  include:

16            (1)   immediately    preceding   the  signature   space  the

17  statement:   "I  certify   that  the   information   given   in  this

18  application   is  true,  and  I  understand   that  giving  false  information

19  in  this  application   is  a  crime.";

20            (2)   a  statement    informing   the  applicant   of  the

21  offenses   prescribed   by  Sections   84.003  and  84.004  ;

22            (3)   spaces   for   entering   an  applicant 's  voter

23  registration   number  and  county  election   precinct   of  registration,

24  with  a  statement   informing   the  applicant   that  failure   to  furnish

25  that  information   does  not  invalidate   the  application;

26            (3-a)   a  space   for  entering   the  information   required

27  under  Section   84.002  (a)(1-a);   and

24

S.B.   No.   1

1        (4)   on an application   for a ballot   to be voted   by mail:

2              (A)   a   space   for   an   applicant   applying   on   the

3   ground   of absence   from   the county   of residence   to indicate   the   date

4   on   or   after   which   the   applicant   can   receive   mail   at   the   address

5   outside   the   county;

6              (B)   a   space   for   indicating   the   fact   that   an

7   applicant   whose   application   is signed   by a witness   cannot   make   the

8   applicant   's mark   and   a   space   for   indicating   the   relationship   or

9   lack   of relationship   of the   witness   to the   applicant;

10             (C)   a   space   for   entering   an   applicant   's telephone

11  number,   with   a   statement   informing   the   applicant   that   failure   to

12  furnish   that   information   does   not   invalidate   the   application;

13             (D)   a   space   or   box   for   an   applicant   applying   on

14  the   ground   of age   or   disability   to   indicate   that   the   address   to

15  which   the   ballot   is to be   mailed   is   the   address   of   a   facility   or

16  relative   described   by Section   84.002   (a)(3),   if applicable;

17             (E)   a   space   or   box   for   an   applicant   applying   on

18  the   ground   of confinement   in   jail   or   involuntary   civil   commitment

19  to indicate   that   the   address   to which   the   ballot   is to be   mailed   is

20  the   address   of a relative   described   by Section   84.002   (a)(4)   or   (7),

21  if applicable;

22             (F)   a   space   for   an   applicant   applying   on   the

23  ground   of age   or   disability   to   indicate   if the   application   is   an

24  application   under   Section   86.0015   ;

25             (G)   spaces   for   entering   the   signature,   printed

26  name,   and   residence   address   of any   person   assisting   the   applicant;

27             (H)   a   statement   informing   the   applicant   of   the

25

S.B.   No.   1

1    condition    prescribed    by Section    81.005   ; and

2                    (I)   a statement    informing    the   applicant   of   the

3    requirement    prescribed    by Section    86.003   (c).

4          SECTION    4.05.    Subchapter    A,   Chapter    84 ,   Election    Code,   is

5    amended   by adding   Section   84.0111   to read   as follows:

6          Sec.   84.0111.    DISTRIBUTION    OF   APPLICATION    FORM.    (a)

7    Except   as provided   by Subsection    (c) or as otherwise    authorized   by

8    this   code,   an officer   or employee   of   this   state   or of a political

9    subdivision    of this state   may   not   distribute    an   application    form

10   for   an   early   voting   ballot   to a   person   who   did   not   request   an

11   application    under   Section   84.001  .

12        (b)   An officer   or employee   of   this   state   or of a political

13   subdivision    of this state   may not   use   public    funds   to facilitate   the

14   distribution    by another   person   of an application    form   for an early

15   voting   ballot   to a person   who   did   not   request   an   application    under

16   Section   84.001  .

17        (c)   A   political    party   or   a   candidate    for   office   may

18   distribute    an application    form   for   an   early   voting   ballot   to a

19   person   who did not request   an application    under Section   84.001  .

20        SECTION   4.06.    Section   84.032  (c),   Election   Code,   is amended

21   to read   as follows:

22        (c)   An applicant    may submit   a request   after   the   close   of

23   early   voting   by personal   appearance   by appearing   in person   and:

24                   (1)   returning   the   ballot   to be   voted   by mail   to the

25   early   voting   clerk;   or

26                   (2)   executing   an affidavit   that   the applicant:

27                           (A)   has   not   received   the   ballot   to   be   voted   by

S.B.   No.   1

1   mail;   [~~or~~]

2                       (B)   never   requested   a ballot   to be voted   by mail; _

3   or

4                       (C)   received   notice   of a defect   under   Section _

5   87.0271(b)   or 87.0411(b). _

6           SECTION   4.07.   Section   84.035 , Election   Code,   is amended   to

7   read   as follows:

8           Sec.   84.035.   BALLOT   SENT   TO APPLICANT.   (a)   If the   early

9   voting   clerk   cancels   an application   by an applicant   to whom   an early

10  voting   ballot   has been   sent,   the clerk   shall:

11                      (1)   remove   the applicant   's name   from   the early   voting

12  roster;   and

13                      (2)   make any   other   entries   in the records   and take   any

14  other   action   necessary   to prevent   the ballot   from   being   counted   if

15  returned.

16          (b)   An election   judge   may   permit   a person   to whom   an early _

17  voting   ballot   has been   sent   who   cancels   the person 's application _

18  for a ballot   to be voted   by mail   in accordance   with   Section   84.032 _

19  but   fails   to return   the ballot   to be voted   by mail   to the early _

20  voting   clerk,   deputy   early   voting   clerk,   or presiding   judge   as _

21  provided   by that   section   to vote   only a provisional   ballot   under _

22  Section   63.011 . _

23          SECTION   4.08.   Section   86.001 , Election   Code,   is amended   by

24  adding   Subsection   (f)   to read as follows:

25          (f)   If   the   information   required   under   Section _

26  84.002 (a)(1-a)   included   on the application   does   not match   the _

27  information   on the applicant   's application   for voter   registration _

S.B.  No.  1

1   under  Section  13.002  (c)(8),  the  clerk  shall  reject  the  application.

2       SECTION  4.09.  Section  86.002 ,  Election  Code,  is  amended  by

3   adding  Subsections  (g),  (h),  and  (i)  to  read  as  follows:

4       (g)  The  carrier  envelope  must  include  a  space  that  is  hidden

5   from  view  when  the  envelope  is  sealed  for  the  voter  to  enter  the

6   following  information:

7           (1)  the  number  of  the  voter 's  driver 's  license,

8   election  identification  certificate,  or  personal  identification

9   card  issued  by  the  Department  of  Public  Safety;

10           (2)  if  the  voter  has  not  been  issued  a  number  described

11  by  Subdivision  (1),  the  last  four  digits  of  the  voter 's  social

12  security  number;  or

13           (3)  a  statement  by  the  applicant  that  the  applicant

14  has  not  been  issued  a  number  described  by  Subdivision  (1)  or  (2).

15      (h)  A  person  may  use  the  number  of  a  driver 's  license,

16  election  identification  certificate,  or  personal  identification

17  card  that  has  expired  for  purposes  of  Subsection  (g)  if  the  license

18  or  identification  is  otherwise  valid.

19      (i)  No  record  associating  an  individual  voter  with  a  ballot

20  may  be  created.

21      SECTION  4.10.  Section  86.011  (c),  Election  Code,  is  amended

22  to  read  as  follows:

23      (c)  If  the  return  is  not  timely,  the  clerk  shall  enter  the

24  time  of  receipt  on  the  carrier  envelope  and  retain  it  in  a  locked

25  container  for  the  period  for  preserving  the  precinct  election

26  records.  The  clerk  shall  destroy  the  unopened  envelope  and  its

27  contents  after  the  preservation  period.

S.B.   No.   1

1      SECTION   4.11.   Section   87.027 (i),   Election   Code,   is   amended

2   to read as follows:

3      (i)   The   signature   verification   committee   shall   compare   the

4   signature   on each   carrier   envelope   certificate,   except   those   signed

5   for   a voter   by   a witness,   with   the   signature   on   the   voter 's   ballot

6   application   to   determine   whether   the   signatures   are   those   of   the

7   voter.   The   committee   may   also   compare   the   signatures   with   any

8   <u>known   signature</u>   [~~two   or   more   signatures~~]   of   the   voter   [~~made   within~~

9   ~~the   preceding   six   years   and~~]   on   file   with   the   county   clerk   or   voter

10   registrar   to   determine   whether   the   signatures   are   those   of   the

11   voter.   Except   as   provided   by   Subsection   (l),   a   determination   under

12   this   subsection   that   the   signatures   are   not   those   of   the   voter   must

13   be   made   by   a   majority   vote   of   the   committee 's   membership.   The

14   committee   shall   place   the   jacket   envelopes,   carrier   envelopes,   and

15   applications   of   voters   whose   signatures   are   not   those   of   the   voter

16   in   separate   containers   from   those   of   voters   whose   signatures   are

17   those   of   the   voter.   The   committee   chair   shall   deliver   the   sorted

18   materials   to   the   early   voting   ballot   board   at   the   time   specified   by

19   the   board 's   presiding   judge.

20      SECTION   4.12.   Subchapter   B,   Chapter   87,   Election   Code,   is

21   amended   by   adding   Section   87.0271   to   read   as   follows:

22      <u>Sec.   87.0271.   OPPORTUNITY   TO   CORRECT   DEFECT:   SIGNATURE</u>

23   <u>VERIFICATION   COMMITTEE.   (a)   This   section   applies   to   an   early</u>

24   <u>voting   ballot   voted   by   mail:</u>

25      <u>(1)   for   which   the   voter   did   not   sign   the   carrier</u>

26   <u>envelope   certificate;</u>

27      <u>(2)   for   which   it   cannot   immediately   be   determined</u>

29

S.B.   No.   1

1    whether   the   signature    on   the   carrier    envelope    certificate    is   that

2    of  the  voter;

3                 (3)    missing    any  required    statement    of  residence;    or

4                 (4)    containing    incomplete    information    with  respect    to

5    a  witness.

6         (b)    Before    deciding    whether    to  accept    or  reject    a  timely

7    delivered    ballot    under    Section    87.027  ,  the  signature    verification

8    committee    may:

9                 (1)    return    the   carrier    envelope    to  the  voter    by  mail,

10   if  the  signature    verification    committee    determines    that  it  would  be

11   possible    to  correct    the  defect    and  return    the  carrier    envelope

12   before    the  time  the  polls  are  required    to  close  on  election    day;  or

13                 (2)    notify    the  voter    of  the  defect    by  telephone    or

14   e-mail    and  inform    the  voter    that  the  voter    may  come  to  the  early

15   voting    clerk 's  office    in  person    to:

16                     (A)    correct    the  defect;    or

17                     (B)    request    to  have    the  voter 's  application    to

18   vote  by  mail  canceled    under    Section    84.032  .

19        (c)    If  the  signature    verification    committee    takes    an  action

20   described    by  Subsection    (b),  the  committee    must  take  either    action

21   described    by  that    subsection    with  respect    to  each  ballot    in  the

22   election    to  which  this  section    applies.

23        (d)    A  poll    watcher    is  entitled    to  observe    an  action    taken

24   under    Subsection    (b).

25        (e)    The    secretary    of  state    may  prescribe    any  procedures

26   necessary    to  implement    this  section.

27        SECTION    4.13.    Section    87.041  ,  Election    Code,    is  amended    by

30

S.B.   No.  1

1  amending   Subsections   (b)   and   (e)   and   adding   Subsection   (d-1)   to

2  read  as follows:

3       (b)   A ballot   may  be  accepted   only  if:

4            (1)   the  carrier   envelope   certificate   is   properly

5  executed;

6            (2)   neither   the   voter 's   signature   on   the   ballot

7  application   nor  the  signature   on  the  carrier   envelope   certificate

8  is  determined   to  have  been  executed   by  a person   other   than  the

9  voter,   unless   signed   by a witness;

10            (3)   the   voter 's  ballot   application   states   a  legal

11  ground   for  early   voting   by mail;

12            (4)   the  voter  is  registered   to vote,   if  registration

13  is  required   by law;

14            (5)   the  address   to which   the  ballot   was  mailed   to the

15  voter,   as   indicated   by  the  application,   was  outside   the  voter 's

16  county   of residence,   if  the  ground   for  early   voting   is  absence   from

17  the  county   of residence;

18            (6)   for  a voter   to whom   a statement   of residence   form

19  was  required   to be  sent   under   Section   86.002  (a),  the  statement   of

20  residence   is  returned   in  the  carrier   envelope   and  indicates   that

21  the  voter   satisfies   the  residence   requirements   prescribed   by

22  Section   63.0011   ; [and]

23            (7)  the  address   to which   the  ballot   was  mailed   to the

24  voter  is  an address   that  is  otherwise   required   by Sections   84.002

25  and  86.003   ; and

26            (8)   the  information   required   under   Section   86.002  (g)

27  provided   by the  voter   identifies   the  same   voter   identified   on  the

31

S.B.  No.  1

1   voter 's  application    for   voter    registration    under   Section

2   13.002  (c)(8).

3        (d-1)   If  a  voter  provides  the  information   required  under

4   Section   86.002  (g)  and  it  identifies   the  same  voter   identified   on

5   the  voter 's  application    for  voter    registration   under   Section

6   13.002  (c)(8),  the  signature   on  the  ballot   application   and  on  the

7   carrier   envelope   certificate    shall  be  rebuttably   presumed   to be the

8   signatures   of the voter.

9        (e)   In making  the  determination   under  Subsection   (b)(2),  to

10  determine   whether  the  signatures   are  those  of  the  voter,  the  board

11  may  also  compare  the  signatures   with  any  known  signature   [two  or

12  more  signatures]   of  the  voter  [made  within  the  preceding   six  years

13  and]  on  file  with  the  county  clerk  or  voter  registrar  [to  determine

14  whether  the  signatures   are  those  of  the  voter].

15       SECTION   4.14.   Subchapter   C,  Chapter   87,  Election   Code,  is

16  amended  by  adding  Section  87.0411  to  read  as  follows:

17       Sec.  87.0411.   OPPORTUNITY   TO  CORRECT   DEFECT:   EARLY  VOTING

18  BALLOT  BOARD.   (a)   This  section   applies  to  an  early  voting  ballot

19  voted  by  mail:

20            (1)  for  which  the  voter  did  not  sign  the  carrier

21  envelope  certificate;

22            (2)  for  which  it  cannot  immediately   be  determined

23  whether  the  signature   on  the  carrier  envelope  certificate   is  that

24  of  the  voter;

25            (3)  missing  any  required  statement  of residence;  or

26            (4)  containing  incomplete  information  with  respect  to

27  a  witness.

32

S.B.  No.  1

1    (b)  Before  deciding  whether  to  accept  or  reject  a  timely

2   delivered  ballot  under  Section  87.041 ,  the  early  voting  ballot

3   board  may:

4        (1)  return  the  carrier  envelope  to  the  voter  by  mail,

5   if  the  early  voting  ballot  board  determines  that  it  would  be

6   possible  to  correct  the  defect  and  return  the  carrier  envelope

7   before  the  time  the  polls  are  required  to  close  on  election  day;  or

8        (2)  notify  the  voter  of  the  defect  by  telephone  or

9   e-mail  and  inform  the  voter  that  the  voter  may  come  to  the  early

10  voting  clerk 's office  in  person  to:

11            (A)  correct  the  defect;  or

12            (B)  request  to  have  the  voter 's  application  to

13  vote  by  mail  canceled  under  Section  84.032 .

14   (c)  If  the  early  voting  ballot  board  takes  an  action

15  described  by  Subsection  (b),  the  board  must  take  either  action

16  described  by  that  subsection  with  respect  to  each  ballot  in  the

17  election  to  which  this  section  applies.

18   (d)  A  poll  watcher  is  entitled  to  observe  an  action  taken

19  under  Subsection  (b).

20   (e)  The  secretary  of  state  may  prescribe  any  procedures

21  necessary  to  implement  this  section.

22   SECTION  4.15.  Section  87.0431  (b),  Election  Code,  is  amended

23  to  read  as  follows:

24   (b)  The  early  voting  clerk  shall,  not  later  than  the  30th

25  day  after  election  day,  deliver  notice  to  the  attorney  general,

26  including  certified  copies  of  the  carrier  envelope  and

27  corresponding  ballot  application,  of  any  ballot  rejected  because:

33

S.B.   No.   1

1          (1)   the   voter   was   deceased;

2          (2)   the   voter   already   voted   in   person   in   the   same

3  election;

4          (3)   the   signatures   on   the   carrier   envelope   and   ballot

5  application   were   not   executed   by   the   same   person;

6          (4)   the   carrier   envelope   certificate   lacked   a   witness

7  signature;   [or]

8          (5)   the   carrier   envelope   certificate   was   improperly

9  executed   by   an   assistant;   or

10          (6)   the   early   voting   ballot   board   or   the   signature

11  verification   committee   determined   that   another   violation   of   the

12  Election   Code   occurred.

13          SECTION   4.16.   Sections   87.062 (a)   and   (c),   Election   Code,

14  are   amended   to   read   as   follows:

15          (a)   On   the   direction   of   the   presiding   judge,   the   early

16  voting   ballot   board,   in   accordance   with   Section   85.032 (b),   shall

17  open   the   containers   [container]   for   the   early   voting   ballots   that

18  are   to   be   counted   by   the   board,   remove   the   contents   from   each   [the]

19  container,   and   remove   any   ballots   enclosed   in   ballot   envelopes   from

20  their   envelopes.

21          (c)   Ballots   voted   by   mail   shall   be   tabulated   and   stored

22  separately   from   the   ballots   voted   by   personal   appearance   and   shall

23  be   separately   reported   on   the   returns   [The   results   of   all   early

24  voting   ballots   counted   by   the   board   under   this   subchapter   shall   be

25  included   in   the   same   return].

26          SECTION   4.17.   Section   87.103 ,   Election   Code,   is   amended   to

27  read   as   follows:

34

S.B.   No.   1

1        Sec.   87.103.   COUNTING   BALLOTS   AND   PREPARING   RETURNS.   (a)

2  The   early   voting   electronic   system   ballots   counted   at   a   central

3  counting   station,   <u>the   ballots   cast   at   precinct   polling   places,   and</u>

4  <u>the   ballots   voted   by   mail</u>   shall   be   tabulated   separately   [~~from   the~~

5  ~~ballots   cast   at   precinct   polling   places~~]   and   shall   be   separately

6  reported   on   the   returns.

7       (b)   The   early   voting   returns   prepared   at   the   central

8  counting   station   must   include   any   early   voting   results   obtained   by

9  the   early   voting   ballot   board   under   <u>Subchapter</u>   [~~Subchapters~~]   D   [~~and~~

10  ~~B~~].

11       SECTION   4.18.   Section   87.126   ,   Election   Code,   is   amended   by

12  adding   Subsection   (a-1)   to   read   as   follows:

13       <u>(a-1)   Electronic   records   made   under   this   section   shall</u>

14  <u>record   both   sides   of   any   application,   envelope,   or   ballot   recorded,</u>

15  <u>and   all   such   records   shall   be   provided   to   the   early   voting   ballot</u>

16  <u>board,   the   signature   verification   committee,   or   both.</u>

17       SECTION   4.19.   Subchapter   G,   Chapter   87,   Election   Code,   is

18  amended   by   adding   Section   87.128   to   read   as   follows:

19       <u>Sec.   87.128.   NOTES.   Each   member   of   an   early   voting   ballot</u>

20  <u>board   and   each   member   of   a   signature   verification   committee   is</u>

21  <u>entitled   to   take   and   keep   any   notes   reasonably   necessary   to   perform</u>

22  <u>the   member   's   duties   under   this   chapter.</u>

23          ARTICLE   5.   ASSISTANCE   OF   VOTERS

24       SECTION   5.01.   Section   64.009   ,   Election   Code,   is   amended   by

25  amending   Subsection   (b)   and   adding   Subsections   (e),   (f),   (f-1),

26  (g),   and   (h)   to   read   as   follows:

27       (b)   The   regular   voting   procedures,   <u>except   those   in</u>

S.B.   No.   1

1   Subchapter    B, may  be modified    by the election    officer   to the extent

2   necessary   to conduct   voting   under   this  section.

3      (e)   Except   as provided   by Section   33.057  , a poll  watcher  is

4   entitled   to observe   any activity   conducted   under  this  section.

5      (f)   A person  who simultaneously    assists   three  or more  voters

6   voting   under   this   section   by  providing   the   voters   with

7   transportation   to the polling   place  must  complete   and sign a form,

8   provided   by an election   officer,   that  contains   the  person 's name

9   and  address   and whether   the  person  is providing   assistance   solely

10  under  this  section  or under  both  this  section   and Subchapter   B.

11     (f-1)   Subsection   (f) does  not apply  if the person  is related

12  to  each  voter  within   the  second  degree  by affinity   or the  third

13  degree by consanguinity,   as determined   under  Subchapter   B, Chapter

14  573 , Government   Code.

15     (g)   A form completed   under  Subsection   (f) shall  be delivered

16  to the secretary   of state  as soon  as practicable.   The  secretary

17  shall  retain  a form delivered   under  this  section  for the period  for

18  preserving   the precinct   election   records  and shall  make  the form

19  available   to the attorney   general   for inspection   upon  request.

20     (h)   The   secretary   of  state   shall   prescribe   the   form

21  described   by Subsection   (f).

22     SECTION   5.02.   Section   64.031  , Election  Code,  is amended  to

23  read  as follows:

24     Sec.  64.031.   ELIGIBILITY   FOR  ASSISTANCE.   A  voter  is

25  eligible   to receive   assistance   in marking   or reading   the ballot,  as

26  provided   by this  subchapter,   if the voter  cannot  prepare   or read  the

27  ballot  because  of:

S.B.   No.   1

1        (1)   a   physical   disability   that   renders   the   voter

2   unable   to   write   or   see;   or

3        (2)   an   inability   to   read   the   language   in   which   the

4   ballot   is   written.

5        SECTION   5.03.   Subchapter   B,   Chapter   64,   Election   Code,   is

6   amended   by   adding   Section   64.0322   to   read   as   follows:

7        Sec.   64.0322.   SUBMISSION   OF   FORM   BY   ASSISTANT.   (a)   A

8   person,   other   than   an   election   officer,   who   assists   a   voter   in

9   accordance   with   this   chapter   is   required   to   complete   a   form

10   stating:

11        (1)   the   name   and   address   of   the   person   assisting   the

12   voter;

13        (2)   the   relationship   to   the   voter   of   the   person

14   assisting   the   voter;   and

15        (3)   whether   the   person   assisting   the   voter   received   or

16   accepted   any   form   of   compensation   or   other   benefit   from   a

17   candidate,   campaign,   or   political   committee.

18        (b)   The   secretary   of   state   shall   prescribe   the   form   required

19   by   this   section.   The   form   must   be   incorporated   into   the   official

20   carrier   envelope   if   the   voter   is   voting   an   early   voting   ballot   by

21   mail   and   receives   assistance   under   Section   86.010,   or   must   be

22   submitted   to   an   election   officer   at   the   time   the   voter   casts   a

23   ballot   if   the   voter   is   voting   at   a   polling   place   or   under   Section

24   64.009.

25        SECTION   5.04.   Section   64.034,   Election   Code,   is   amended   to

26   read   as   follows:

27        Sec.   64.034.   OATH.   A   person,   other   than   an   election

37

S.B.  No.  1

1    officer,  selected  to  provide  assistance  to  a  voter  must  take  the

2    following  oath,  administered  by  an  election  officer  at  the  polling

3    place,  before  providing  assistance:

4         "I  swear  (or  affirm)  under  penalty  of  perjury  that  the  voter  I

5    am  assisting  represented  to  me  they  are  eligible  to  receive

6    assistance;  I  will  not  suggest,  by  word,  sign,  or  gesture,  how  the

7    voter  should  vote;  [I  will  confine  my  assistance  to  answering  the

8    voter 's  questions,  to  stating  propositions  on  the  ballot,  and  to

9    naming  candidates  and,  if  listed,  their  political  parties;]  I  will

10   prepare  the  voter 's  ballot  as  the  voter  directs;  I  did  not

11   encourage,  pressure,  or  coerce  the  voter  into  choosing  me  to

12   provide  assistance;  [and]  I  am  not  the  voter 's  employer,  an  agent  of

13   the  voter 's  employer,  or  an  officer  or  agent  of  a  labor  union  to

14   which  the  voter  belongs;  I  will  not  communicate  information  about

15   how  the  voter  has  voted  to  another  person;  and  I  understand  that  if

16   assistance  is  provided  to  a  voter  who  is  not  eligible  for

17   assistance,  the  voter 's  ballot  may  not  be  counted."

18        SECTION  5.05.  Sections  86.010  (e),  (h),  and  (i),  Election

19   Code,  are  amended  to  read  as  follows:

20        (e)  A  person  who  assists  a  voter  to  prepare  a  ballot  to  be

21   voted  by  mail  shall  enter  on  the  official  carrier  envelope  of  the

22   voter:

23             (1)  the  person 's  signature,  printed  name,  and

24   residence  address;  _

25             (2)  the  relationship  of  the  person  providing  the

26   assistance  to  the  voter;  and

27             (3)  whether  the  person  received  or  accepted  any  form

S.B.  No.  1

1  of  compensation    or  other   benefit   from  a  candidate,   campaign,   or

2  political    committee   in  exchange   for  providing   assistance   [~~on  the~~

3  ~~official   carrier   envelope   of  the  voter~~].

4       (h)  Subsection   (f)  does  not  apply  <u>to:</u>

5       <u>(1)  a  violation   of  Subsection   (c),</u>  if  the  person  is

6  related  to  the  voter  within   the  second   degree  by  affinity  or  the

7  third  degree  by  consanguinity,   as  determined   under  Subchapter  B,

8  Chapter  573 ,  Government   Code,  or  was  physically   living  in  the  same

9  dwelling  as  the  voter  at  the  time  of  the  event;  <u>or</u>

10       <u>(2)  a  violation   of  Subsection   (e),  if  the  person  is</u>

11  <u>related  to  the  voter  within  the  second  degree  by  affinity  or  the</u>

12  <u>third  degree  by  consanguinity,   as  determined   under  Subchapter  B,</u>

13  <u>Chapter  573 ,  Government   Code.</u>

14     (i)  An  offense   under  this  section   <u>for  a  violation   of</u>

15  <u>Subsection   (c)</u> is  increased   to  the  next  higher  category  of  offense

16  if  it  is  shown  on  the  trial  of  an  offense  under  this  section   that:

17       (1)  the  defendant   was  previously   convicted  of  an

18  offense  under  this  code;

19       (2)  the  offense   involved   a  voter  65  years  of  age  or

20  older;  or

21       (3)  the  defendant   committed   another  offense  under  this

22  section  in  the  same  election.

23     SECTION  5.06.   Section  86.013 (b),  Election  Code,  is  amended

24  to  read  as  follows:

25     (b)  Spaces  must  appear   on  the  reverse  side  of  the  official

26  carrier  envelope  for:

27       (1)  indicating   the  identity  and  date  of  the  election;

S.B.   No.   1

1    [and]

2             (2)   entering   the   signature,   printed   name,   and

3    residence   address   of a person   other   than   the   voter   who   deposits   the

4    carrier   envelope   in   the   mail   or   with   a   common   or   contract   carrier; _

5    and

6             (3)   indicating   the   relationship   of that   person   to   the

7    voter.

8             ARTICLE   6.   FRAUD   AND   OTHER   UNLAWFUL   PRACTICES

9             SECTION   6.01.   Chapter   63 ,   Election   Code,   is   amended   by

10   adding   Section   63.0111   to read   as follows:

11             Sec.   63.0111.   OFFENSES   RELATED   TO PROVISIONAL   VOTING.   (a)

12   An   election   judge   commits   an   offense   if   the   judge   knowingly

13   provides   a voter   with   a form   for   an affidavit   required   by Section

14   63.001   if   the   form   contains   information   that   the   judge   entered   on

15   the   form   knowing   it was   false.

16             (b)   An offense   under   this   section   is a state   jail   felony.

17             SECTION   6.02.   Sections   276.004   (a)   and   (b),   Election   Code,

18   are   amended   to read   as follows:

19             (a)   A person   commits   an offense   if,   with   respect   to another

20   person   over   whom   the   person   has   authority   in   the   scope   of

21   employment,   the   person   knowingly:

22             (1)   refuses   to permit   the   other   person   to be absent

23   from   work   on election   day   or while   early   voting   is in progress   for

24   the   purpose   of attending   the polls   to vote;   or

25             (2)   subjects   or threatens   to subject   the   other   person

26   to a penalty   for attending   the polls   on election   day   or while   early

27   voting   is in progress   to vote.

S.B.   No.   1

1        (b)   It  is  an  exception   to  the  application   of  this  section

2   that  the  person 's conduct   occurs   in  connection   with  an  election   in

3   which  the  polls  are  open  on  election   day or while  early  voting  is  in

4   progress    for  voting   for  two   consecutive   hours   outside   of  the

5   voter 's working  hours.

6        SECTION   6.03.   Chapter   276 , Election   Code,  is  amended   by

7   adding  Sections  276.015,  276.016,  and  276.017  to  read  as  follows:

8        Sec.  276.015.   VOTE  HARVESTING.   (a)   In this  section   and  in

9   Section   276.016:

10       (1)  "Benefit"  means  anything  reasonably   regarded   as  a

11  gain  or  advantage,   including   a  promise   or  offer  of  employment,   a

12  political   favor,   or  an  official   act  of  discretion,   whether   to  a

13  person  or another   party  whose  welfare  is of interest   to  the  person.

14       (2)  "Vote   harvesting   services"   means   in-person

15  interaction   with  one  or more  voters,   in  the  physical   presence   of  an

16  official   ballot,  a  ballot  voted  by mail,  or  an  application   for

17  ballot  by mail,  intended   to deliver   votes  for a specific   candidate

18  or measure.

19       (b)  A person  commits   an offense   if the person,  directly  or

20  through  a third  party,  knowingly   provides   or offers  to provide  vote

21  harvesting   services   in exchange   for compensation   or other  benefit.

22       (c)  A person  commits   an offense   if the person,  directly  or

23  through   a third  party,  knowingly   provides   or offers  to provide

24  compensation   or  other  benefit   to another   person   in exchange   for

25  vote  harvesting   services.

26       (d)  A person  commits   an offense   if the person  knowingly

27  collects   or possesses   a mail  ballot  or official   carrier  envelope   in

41

S.B.   No.   1

1   connection    with  vote  harvesting     services.

2       (e)    This  section   does  not  apply  to:

3           (1)   an   activity   not   performed    in   exchange    for

4   compensation    or a benefit;

5           (2)   interactions    that   do   not   directly   involve    an

6   official   ballot,   ballot   by  mail,   or an  application    for  ballot   by

7   mail;

8           (3)   interactions    that are not  conducted   in-person   with

9   a voter;  or

10           (4)   activity   that  is not  designed   to deliver   votes  for

11   or against   a specific   candidate   or measure.

12       (f)    In   this   section,    compensation    in   exchange    for   vote

13   harvesting    services   is  inferred   if  a person   who  performed    vote

14   harvesting    services   for a candidate   or campaign   solicits,   receives,

15   or is offered   compensation    from the candidate   or campaign,    directly

16   or through   a third   party,   for  services   other   than  vote  harvesting

17   services   provided.

18       (g)   An offense   under   this  section   is a felony   of the third

19   degree.

20       (h)   If   conduct    that   constitutes    an  offense    under   this

21   section   also  constitutes    an offense   under   any  other   law,  the actor

22   may be prosecuted    under  this  section,   the other  law,  or both.

23       (i)   Records   necessary   to investigate   an offense   under   this

24   section   or  any  other   section   of this  code  shall   be provided   by an

25   election   officer   in an unredacted   form  to a law  enforcement    officer

26   upon   request.    Records   obtained   under   this  subsection   are  not

27   subject   to public   disclosure.

42

S.B.  No.  1

Sec.  276.016.    CIVIL  LIABILITY  FOR  VOTE  HARVESTING.    (a)    A person  who  is  shown  by  a  preponderance  of  the  evidence  to  have violated  Section  276.015  is  civilly  liable  to  any  candidate  or political  party  who  suffers  harm  from  the  vote  harvesting  services for  damages  and  penalties  that  may  be  awarded  under  Subsection  (c).

(b)    A  person  is  harmed  by  the  vote  harvesting  services  if the  person  can  demonstrate  that:

(1)    the  person  has  standing  to  seek  relief;  and

(2)    the  liable  party  violated  Section  276.015.

(b-1)    To  establish  standing  under  this  section,  a  person  is not  required  to  demonstrate  that  the  vote  harvesting  services successfully  delivered  votes  for  a  specific  candidate  or  measure, but  must  demonstrate  that:

(1)    the  vote  harvesting  services  were  intended  to deliver  votes  for  a  specific  candidate  or  measure;  and

(2)    the  person  opposed  the  candidate  or  measure  in  the person 's  capacity  as  a  candidate  or  political  party.

(c)    A  party  who  prevails  in  an  action  under  this  section  may recover  damages  in  an  amount  including  any  or  all  of:

(1)    the  amount  of  compensation  paid  to  or  received  by  a party  in  exchange  for  vote  harvesting  services;

(2)    the  fair  market  value  of  any  benefit  given  or received  in  exchange  for  vote  harvesting  services;

(3)    a  penalty  in  the  amount  of  $35,000;  or

(4)    reasonable  and  necessary  attorney 's  fees,  court costs,  witness  fees,  and  discovery  costs.

(d)    A  party  who  is  a  candidate  for  office  who  prevails  in  an

43

action   under   this   section   and   shows   that   the   number   of   voters

contacted   by   the   vote   harvesting   activity   exceeds   the   number   of

votes   by   which   the   party   lost   the   election   shall   recover   damages   in

an   amount   including   any   or   all   of:

(1)   the   party 's   campaign   expenditures   properly   filed

on a campaign   finance   report   in connection   with   the   election;   or

(2)   any   fees   and   expenses   incurred   by   the   party   in

filing   and   securing   a place   on   the   ballot.

(e)   A   person   who   commits   an   offense   under   Section   276.015

and   is   found   civilly   liable,   including   by   vicarious   liability,

under   this   chapter   or   other   law   for   any   amount   of   damages   arising

from   the   vote   harvesting   services   is   jointly   liable   with   any   other

defendant   for   the   entire   amount   of   damages   arising   from   the   vote

harvesting   services.

(f)   The   cause   of   action   created   by   this   section   is

cumulative   of   any   other   remedy   provided   by   common   law or   statute.

(g)   Rules   applicable   to   a party 's   access   to   election   records

under   Chapter   231   or   232   apply   to   a   cause   of   action   under   this

section.

(h)   The   expedited   actions   process   created   by Rule   169,   Texas

Rules   of   Civil   Procedure,   does   not   apply   to   an   action   under   this

section.

(i)   Chapter   27 ,   Civil   Practice   and   Remedies   Code,   does   not

apply   to   a cause   of   action   under   this   section.

(j)   A   cause   of   action   under   this   section   may   be   brought   in

the   county   where   any   element   of   a violation   under   Section   276.015

occurred,   or   where   any   part   of   the   vote   harvesting   services

S.B.   No.   1

1   occurred.

2        (k)   This   section   shall   be   liberally   construed   and   applied   to

3   promote   its   underlying   purpose   to   protect   candidates   and   the   voting

4   public   from   unlawful   vote   harvesting   and   provide   an   efficient   and

5   economical   remedy   to   secure   that   protection.

6        Sec.   276.017.   UNLAWFUL   ALTERING   OF   ELECTION   PROCEDURES.   A

7   public   official   may   not   create,   alter,   modify,   waive,   or   suspend

8   any   election   standard,   practice,   or   procedure   mandated   by   law   or

9   rule   in   a   manner   not   expressly   authorized   by   this   code.

10        ARTICLE   7.   ENFORCEMENT

11        SECTION   7.01.   Section   18.065,   Election   Code,   is   amended   by

12   amending   Subsection   (a)   and   adding   Subsections   (e),   (f),   and   (g)   to

13   read   as   follows:

14        (a)   The   secretary   of   state   shall   monitor   each   registrar   for

15   substantial   compliance   with   Sections   15.083,   16.032,   16.0332,   and

16   18.061   and   with   rules   implementing   the   statewide   computerized   voter

17   registration   list.

18        (e)   A   registrar   shall   correct   a   violation   within   30   days   of

19   a   notice   under   Subsection   (b).   If   a   registrar   fails   to   correct   the

20   violation   within   30   days   of   a   notice   under   Subsection   (b),   the

21   secretary   of   state   shall:

22             (1)   correct   the   violation   on   behalf   of   the   registrar;

23   and

24             (2)   notify   the   attorney   general   that   the   registrar

25   failed   to   correct   a   violation   under   this   subsection.

26        (f)   A   county   served   by   a   registrar   who   fails   to   correct   a

27   violation   under   Subsection   (e)   is   liable   to   this   state   for   a   civil

45

S.B.  No.  1

1   penalty   of  $1,000   for  each  violation    corrected   by  the  secretary   of

2   state   under   that  subsection.    The  attorney   general   may  bring   an

3   action  to  recover  a  civil  penalty   imposed   under   this  section.

4       (g)   A  civil  penalty   collected   by  the  attorney   general   under

5   this  section   shall   be  deposited   in  the  state   treasury   to  the  credit

6   of  the  general   revenue   fund.

7       SECTION   7.02.    Subchapter   E,  Chapter   31,  Election   Code,  is

8   amended   by  adding   Sections   31.128   and  31.129   to  read  as  follows:

9       Sec.  31.128.    RESTRICTION    ON  ELIGIBILITY.    (a)    In   this

10  section,   "election   official"  means:

11          (1)   a  county   clerk;

12          (2)   a  permanent   or  temporary   deputy  county   clerk;

13          (3)   an  elections   administrator;

14          (4)   a  permanent   or  temporary   employee   of  an  elections

15  administrator;

16          (5)   an  election   judge;

17          (6)   an  alternate   election   judge;

18          (7)   an  early  voting   clerk;

19          (8)   a  deputy  early  voting   clerk;

20          (9)   an  election   clerk;

21          (10)   the  presiding   judge   of  an  early   voting   ballot

22  board;

23          (11)   the  alternate   presiding   judge  of  an  early   voting

24  ballot   board;

25          (12)   a  member   of  an  early  voting   ballot   board;

26          (13)   the  chair  of  a  signature   verification   committee;

27          (14)   the  vice  chair   of  a  signature   verification

S.B.  No.  1

1   committee;

2            (15)   a member  of a signature   verification   committee;

3            (16)   the   presiding   judge   of   a   central   counting

4   station;

5            (17)   the   alternate   presiding   judge   of   a   central

6   counting   station;

7            (18)   a central   counting   station   manager;

8            (19)   a central   counting   station   clerk;

9            (20)   a tabulation   supervisor;   and

10           (21)   an assistant   to a tabulation   supervisor.

11       (b)   A person   may   not   serve   as   an election   official   if   the

12   person   has   been   finally   convicted   of an offense   under   this   code.

13       Sec.   31.129.   CIVIL   PENALTY.   (a)   In this   section,   "election

14   official"   has   the   meaning   assigned   by Section   31.128.

15       (b)   An election   official   may   be liable   to this   state   for   a

16   civil   penalty   if the official:

17           (1)   is employed   by or is an officer   of this   state   or   a

18   political   subdivision   of this   state;   and

19           (2)   violates   a provision   of this   code.

20       (c)   A civil   penalty   imposed   under   this   section   may   include

21   termination   of   the   person   's employment   and   loss   of   the   person   's

22   employment   benefits.

23       SECTION   7.03.   Section   232.006   (a),   Election   Code,   is   amended

24   to read   as follows:

25       (a)   The   venue   of an election   contest   for   a statewide   office

26   is in Travis   County   or any county   where   a contestee   resided   at   the

27   time   of the election.   For   purposes   of this   section,   a contestee   's

S.B.  No.  1

1  residence   is determined   under  Section   411.0257  , Government   Code.

2        SECTION   7.04.   Sections   232.008  (b),  (c),  and  (d),  Election

3  Code,  are  amended   to read  as  follows:

4        (b)   Except   as provided   by Subsection   (c),  a contestant   must

5  file  the petition   not later   than  the later  of  the  45th  [30th]  day

6  after  the date  the  election   records   are  publicly   available   under

7  Section   1.012  or  the official   result   of  the contested   election   is

8  determined.

9        (c)   A contestant   must  file  the petition  not later  than  the

10  later  of  the  15th  [10th]  day after  the date  the election   records   are

11  publicly   available   under  Section   1.012  or  the official   result   is

12  determined   in a contest   of:

13         (1)   a primary   or runoff   primary   election;   or

14         (2)   a general   or special   election   for which  a runoff   is

15  necessary   according   to  the official   result   or will  be  necessary   if

16  the contestant   prevails.

17      (d)   A contestant   must  deliver,   electronically   or otherwise,

18  a copy  of  the petition   to  the secretary   of state  by  the  same

19  deadline   prescribed   for the filing   of the petition.

20        SECTION   7.05.   Chapter   232 , Election   Code,  is  amended   by

21  adding   Subchapter   C to read  as follows:

22         SUBCHAPTER   C.  CONTEST   INVOLVING   ALLEGED   FRAUD

23      Sec.  232.061.   PETITION   ALLEGING   FRAUD.   This   subchapter

24  applies   to an election   contest   in which   the contestant   alleges   in

25  the petition   that  an opposing   candidate,   an agent   of the opposing

26  candidate,   or a person   acting   on behalf   of  the opposing   candidate

27  with   the  candidate   's knowledge   violated   any  of the  following

S.B.   No.   1

1   sections    of this   code:

2              (1)     Section   13.007 ;

3              (2)     Section   64.012 ;

4              (3)     Section   64.036 ;

5              (4)     Section   84.003 ;

6              (5)     Section   84.0041 ;

7              (6)     Section   86.0051 ;

8              (7)     Section   86.006 ;

9              (8)     Section   86.010 ; or

10             (9)     Section   276.013 .

11     Sec.  232.062.    DAMAGES.    (a)    If  it  is   shown   by   a

12  preponderance   of the  evidence   that  a contestee,   an  agent   of  the

13  contestee,   or a person   acting   on behalf   of  the  contestee   with  the

14  contestee   's knowledge   committed   one or more  violations   of a section

15  described   by  Section   232.061,   the  contestee   is  liable   to  the

16  contestant   for damages   in an amount   of $1,000   for each  violation.

17     (b)    Notwithstanding   Section   41.004 (a),  Civil   Practice   and

18  Remedies   Code, a court   shall  award  damages   under  Subsection   (a)  to

19  the  contestant   irrespective   of whether   the  contestant   is  awarded

20  actual   damages.

21     Sec.  232.063.    ATTORNEY   'S FEES.   In an election   contest   to

22  which  this  subchapter   applies,   the  court   may  award   reasonable

23  attorney   's fees  to the prevailing   party.

24     SECTION   7.06.   Section   273.061 , Election   Code,  is amended   to

25  read  as follows:

26     Sec.  273.061.    JURISDICTION.   (a)   The  supreme   court   or a

27  court   of  appeals   may  issue   a  writ   of  mandamus   to  compel   the

S.B.  No.  1

1   performance     of  any  duty  imposed   by  law  in  connection    with  the

2   holding   of  an  election    or  a  political   party  convention,    regardless

3   of  whether   the  person   responsible    for  performing    the  duty  is  a

4   public   officer.

5        (b)  The  court  of  criminal   appeals   may  issue   a  writ  of

6   mandamus   to  compel   the  performance    of  any  duty  imposed   by  law  in

7   connection     with  the  provision,    sequestration,    transfer,    or

8   impoundment   of  evidence   in  or  records    relating    to  a  criminal

9   investigation    conducted   under   this  code  or  conducted    in  connection

10  with  the  conduct   of  an  election    or  political   party  convention.    If  a

11  writ  of  mandamus   is  issued   under   this  subsection,    it  shall   include

12  an  order   requiring    the  provision,    sequestration,    transfer,    or

13  impoundment    of  the  evidence    or  record.

14       SECTION   7.07.   Subchapter    D, Chapter   22 , Government    Code,  is

15  amended   by  adding   Section   22.304   to  read  as  follows:

16       Sec.  22.304.    PRIORITY    OF  CERTAIN   ELECTION    PROCEEDINGS.    (a)

17  The  supreme   court,   the  court   of  criminal   appeals,    or  a  court  of

18  appeals   shall   prioritize    over  any  other  proceeding    pending   or  filed

19  in  the  court   a  proceeding    for  injunctive    relief   or  for  a  writ  of

20  mandamus   under   Chapter   273 , Election   Code,  pending   or  filed   in  the

21  court   on  or  after   the  120th   day  before   a  general    or  special

22  election.

23       (b)  If  granted,   oral  argument    for  a  proceeding    described   by

24  Subsection   (a)  may  be  given   in  person   or  through   electronic   means.

25       SECTION   7.08.   Section   23.101 , Government    Code,  is  amended

26  by  amending   Subsection   (a)  and  adding   Subsection   (b-1)  to  read  as

27  follows:

50

S.B.  No.  1

1    (a)  Except  as  provided  by Subsection  (b-1),  the  [The] trial

2    courts  of  this  state  shall  regularly  and frequently  set  hearings

3    and  trials  of  pending  matters,  giving  preference  to  hearings  and

4    trials  of  the  following:

5         (1)  temporary  injunctions;

6         (2)  criminal  actions,  with  the following  actions  given

7    preference  over  other  criminal  actions:

8              (A)  criminal  actions  against  defendants  who  are

9    detained  in jail  pending  trial;

10              (B)  criminal  actions  involving  a charge  that  a

11    person  committed  an act of family  violence,  as defined  by Section

12    71.004  , Family  Code;

13              (C)  an offense  under:

14                   (i)  Section  21.02  or 21.11  , Penal  Code;

15                   (ii)  Chapter  22 , Penal  Code,  if  the  victim

16    of  the  alleged  offense  is younger  than 17 years  of age;

17                   (iii)  Section  25.02  , Penal  Code,  if  the

18    victim  of the  alleged  offense  is younger  than 17 years  of age;

19                   (iv)  Section  25.06  , Penal  Code;

20                   (v)  Section  43.25  , Penal  Code; or

21                   (vi)  Section  20A.02  (a)(7),  20A.02  (a)(8),

22    or 20A.03  , Penal  Code;

23              (D)  an offense  described  by Article  62.001  (6)(C)

24    or (D),  Code  of Criminal  Procedure;  and

25              (E)  criminal  actions  against  persons  who  are

26    detained  as provided  by Section  51.12  , Family  Code,  after  transfer

27    for prosecution  in criminal  court  under  Section  54.02  , Family  Code;

S.B.   No.   1

1          (3)   election   contests   and   suits   under   the   Election

2    Code;

3          (4)   orders   for   the   protection   of   the   family   under

4    Subtitle   B, Title   4, Family   Code;

5          (5)   appeals   of   final   rulings   and   decisions   of   the

6    division   of   workers '   compensation   of   the   Texas   Department   of

7    Insurance   regarding   workers '   compensation   claims   and   claims   under

8    the Federal   Employers '   Liability   Act and the   Jones   Act;

9          (6)   appeals   of final   orders   of   the   commissioner   of   the

10   General   Land   Office   under   Section   51.3021   , Natural   Resources   Code;

11         (7)   actions   in which   the   claimant   has   been   diagnosed

12   with   malignant   mesothelioma,   other   malignant   asbestos-related

13   cancer,   malignant   silica-related   cancer,   or acute   silicosis;   and

14         (8)   appeals   brought   under   Section   42.01   or   42.015   , Tax

15   Code,   of orders   of appraisal   review   boards   of appraisal   districts

16   established   for counties   with a population   of less than   175,000.

17     (b-1)   Except   for a criminal   case in which   the death   penalty

18   has   been   or may   be   assessed   or when   it would   otherwise   interfere

19   with a constitutional   right,   the trial   courts   of this state   shall

20   prioritize   over any other   proceeding   pending   or filed   in the court a

21   proceeding   for injunctive   relief   under   Chapter   273   , Election   Code,

22   pending   or filed   in the court   on or after   the 120th   day before   a

23   general   or special   election.

24     ARTICLE   8.   INELIGIBLE   VOTERS   AND RELATED   REFORMS

25     SECTION   8.01.   Chapter   42   , Code   of Criminal   Procedure,   is

26   amended   by adding   Article   42.0194   to read   as follows:

27     Art.   42.0194.   FINDING   REGARDING   FELONY   CONVICTION.   In the

52

S.B.   No.   1

1    trial   of   a   felony   offense,   if   the   defendant   is   18   years   of   age   or

2    older   and   is   adjudged   guilty   of   the   offense,   the   court   shall:

3               (1)   make   an   affirmative   finding   that   the   person   has

4    been   found   guilty   of   a   felony   and   enter   the   affirmative   finding   in

5    the   judgment   of   the   case;   and

6               (2)   instruct   the   defendant   regarding   how   the   felony

7    conviction   will   impact   the   defendant   's right   to   vote   in   this   state.

8        SECTION   8.02.   Article   42.01 ,   Code   of   Criminal   Procedure,   as

9    effective   September   1,   2021,   is   amended   by   adding   Section   16   to   read

10   as   follows:

11       Sec.   16.   In   addition   to   the   information   described   by

12   Section   1,   the   judgment   should   reflect   the   affirmative   finding   and

13   instruction   entered   pursuant   to   Article   42.0194.

14   ARTICLE   9.   REPEALER;   SEVERABILITY;   TRANSITION;   EFFECTIVE   DATE

15       SECTION   9.01.   The   following   provisions   of   the   Election   Code

16   are   repealed:

17               (1)   Section   85.062   (e);   and

18               (2)   Section   127.201   (f).

19       SECTION   9.02.   If   any   provision   of   this   Act   or   its

20   application   to   any   person   or   circumstance   is   held   invalid,   the

21   invalidity   does   not   affect   other   provisions   or   applications   of   this

22   Act   that   can   be   given   effect   without   the   invalid   provision   or

23   application,   and   to   this   end   the   provisions   of   this   Act   are   declared

24   to   be   severable.

25       SECTION   9.03.   (a)   Except   as   otherwise   provided   by   this   Act,

26   the   changes   in   law   made   by   this   Act   apply   only   to   an   offense

27   committed   on   or   after   the   effective   date   of   this   Act.   An   offense

S.B.   No.   1

1   committed   before   the   effective   date   of   this   Act   is   governed   by   the

2   law   in   effect   when   the   offense   was   committed,   and   the   former   law   is

3   continued   in   effect   for   that   purpose.   For   purposes   of   this   section,

4   an   offense   was   committed   before   the   effective   date   of   this   Act   if

5   any   element   of   the   offense   occurred   before   that   date.

6       (b)   The   changes   in   law   made   by   this   Act   apply   only   to   an

7   election   ordered   on   or   after   the   effective   date   of   this   Act.   An

8   election   ordered   before   the   effective   date   of   this   Act   is   governed

9   by   the   law   in   effect   when   the   election   was   ordered,   and   the   former

10   law   is   continued   in   effect   for   that   purpose.

11       (c)   The   changes   in   law   made   by   this   Act   apply   only   to   an

12   election   contest   for   which   the   associated   election   occurred   after

13   the   effective   date   of   this   Act.

14       (d)   The   changes   in   law   made   by   this   Act   apply   only   to   an

15   application   to   vote   an   early   voting   ballot   by   mail   submitted   on   or

16   after   the   effective   date   of   this   Act.   An   application   to   vote   an

17   early   voting   ballot   by   mail   submitted   before   the   effective   date   of

18   this   Act   is   governed   by   the   law   in   effect   when   the   application   was

19   submitted,   and   the   former   law   is   continued   in   effect   for   that

20   purpose.

21       (e)   The   changes   in   law   made   by   this   Act   apply   only   to   an

22   application   for   voter   registration   submitted   on   or   after   the

23   effective   date   of   this   Act.

24       SECTION   9.04.   This   Act   takes   effect   on   the   91st   day   after

25   the   last   day   of   the   legislative   session.

PUBLIC COMMENTS

SB 1

HOUSE COMMITTEE ON CONSTITUTIONAL RIGHTS & REMEDIES, SELECT

Hearing Date: August 23, 2021 8:00 AM

Evy Guthrie

self-self employed financial

WACO, TX

Voting is a right not a privilege, one measure of a democracy's success is by the number of people voting for their leaders. This bill opposes that concept.

Cheryl Johnson, Galveston County Tax Assessor Collector

Galveston County Tax Office and Self

Galveston, TX

Passage of this legislation is essential to ensure election integrity and that all individuals associated with elections perform duties properly and within defined guidelines.  Protection of the vote, is essential in preserving our Constitutional rights and liberties.

Mary Homb

Self.   Retired

Leander, TX

I completely support this bond to protect voter integrity for fair and honest elections of all kinds.

melanie collins

Self homemaker

dallas, TX

I am for SB 1 in order to preserve election integrity in our great state making it easy to vote yet hard to cheat. Thank you. Melanie Collins, Dallas

Robery Gambill

Myself

Longview, TX

Please pass SB 1 as written by Hughes without alteration, change or amendment.  It does nothing to restrict fair and honest voting, but adds protections to the voting process to insure greater integrity of legitimate voters.  There is no reason to vote against this bill by any reasonable, objective, intelligent person.  Only those who would promote potential cheating and voting fraud would fail to support this bill.

Mark lockhart, Mr.

Myself

Printed on: August 30, 2021 11:32 AM

Please support all election integrity bills. We can not allow voter fraud to corrupt our state or federal elections any longer. This violates our liberty and freedoms.  We must fight to keep our democracy free from corruption.  We have seen evidence of voter fraud in many elections.  Please increase transparency into our election process.
Thank you.

John Thomas

Individual

Jefferson, TX

Need voter integrity to avoid fraud.

Linda Stone

self/artist

Kerrville, TX

Texas is under attack and so is our democracy. Make it easy to vote but hard to cheat in Texas. Please support SB1 election integrity Senator Bryan Hughes and passed in the Texas Senate, SB 1 contains the following common-sense reforms:

Adds voter identification to vote by mail, making it consistent with in-person voting

Strengthens prohibitions against paid vote harvesting

Protects poll watcher access to see and hear the process, improving transparency

Prohibits public officials from distributing unrequested vote-by-mail applications

Conducts regular maintenance to verify the accuracy of voter registration lists

Rob Barrett, Mr

Self

Amarillo, TX

PAss them all! Quit fooling around !

Michelle Cytacki, Mrs.

Citizens of Texas

Pinehurst, TX

If we don't have integrity in our elections, we have nothing as American voters.

Mark lockhart

Self. Nurse

Little elm, TX

Please support all election integrity bills. We can not allow voter fraud to corrupt our state or federal elections any longer. This violates our liberty and freedoms.  We must fight to keep our democracy free from corruption.  We have seen evidence of

voter fraud in many elections. Please increase transparency into our election process.
Thank you.

Ryan Maddings

Texas Values

Lovelady, TX

I am for SB1. Election integrity is more important now more than ever! Our country is in the gutter because the Democrats cheat and they have been cheating for years! Pass the bill now!

Mary Bernard

Self

Baytown, TX

I am a Texas voter and demand that my vote counts and is not canceled by an illegal vote. Please pass this bill and insure the integrity of voting in Texas. I must show a picture identification to buy alcohol or cigarettes, board a plane or enter a public school.  It is much more important that we are required to show the same to vote. We should also need to prove we have a legal right to vote in Texas and the United States.

Y Carlson

Self

Houston, TX

Pass this bill! We must have fair and honest elections!

Christy Stanford

Individual

Katy, TX

We experienced election fraud as well as several others in our community. We chose to vote in person and upon arriving we were told somebody had already voted; so someone used our names by mail and voted!
 This is happening in Harris county as well. We need integrity and  security in elections and will  be worse now that our borders are open!

Eugene Short

Self

Frisco, TX

Please pass this bill to help insure the integrity of our elections.  This has been going on far too long.  Please fix this now.

Mikki Thiele, mrs.

self retired

North Richland Hills, TX

I believe that we must have fair election which are secure, allowing only a registered citizen  presenting proof of eligibility to vote the privilege of exercising that right.

Printed on: August 30, 2021 11:32 AM

Linda Martinelli

self, self employed business owner

Boerne, TX

Election integrity is at the heart of free and fair elections. This bill will help to insure that all legal votes are counted, and that only legally verified voters can vote. This bill hurts no ones rights, of any color, sex, religion etc. It discriminates against no one. Please vote FOR SB1 for fair elections in Texas. To do anything else is a vote for fraud in Texas.

Dorothy Franz, Mrs.

Self

Carrollton, TX

I believe that a person must show valid identification and should be a United States citizen in order to vote.

Donn Taylor

Self/Novelist

The Woodlands, TX

I strongly support passing this bill as is. If it has a problem, that problem is not being strong enough. For heaven's sake, don't let it be watered down to please any group.

Judy Shelton

Self, retired

Waxahachie, TX

Please keep identification in place

Sharon Taylor

Texas Citizen

Rio Hondo, TX

The 2020 election fraud was outrageous.  We watched as this nation encountered the worst crime against its citizens in one hundred years.  We are requesting you sincerely support this SB 1 to prevent future fraud, ie. mail-in balloting, censoring of poll watchers, unrequested absentee ballots, etc.  It is a severely disturbing issue to find your vote has been switched from your Choice of candidate to one you utterly DO NOT wish to vote for.  Since this has been proven to have happened more frequently even than this past election, we wish to request full investigation and disclosure of the FACTS in connection with other candidates who were shoved aside to accommodate the cheaters. Thank you for considering this message and voting in support of this bill.  We appreciate the work you do.

Michael Reeb

Self

Austin, TX

I support SB 1 which makes it more difficult for people to cheat in our election process. We must have election integrity.

Mikki Thiele, mrs.

self-retired

Printed on: August 30, 2021 11:32 AM

North Richland Hills, TX

I believe in the securing of our elections against all types of potential fraud. I believe that every registered citizen has the right to vote and with that privilege comes the responsibility to present proof of eligibility in order to secure that right for all citizens.

Julie Skotak

self - administrative assistant

Irving, TX

I am absolutely for strengthening our laws in relation to elections security and integrity, and also preventing election fraud. I prefer paper ballots. There must be written, not just digital, records for audit purposes.

Amanda Pickering

Self

Dallas, TX

We support these reforms for free & fair elections!

Delores Kirkpatrick

self

Tyler, TX

Please support and help to pass the bill so that we have qualified Texas citizens voting.  Clean up our voting rolls and take off unqualified Texas residents.

William Buhl, Precinct Chair, Precinct 311, Bell county

Self. Retired

Temple, TX

Clearly this bill must pass to protect the integrity of elections in Texas. Any Representative who voted against it should be removed from office in the next election, if not sooner.

Marti Peddicord

Myself

Cypress, TX

Pass it or else say "goodbye" to your job.
If you don't have an ID, Biden must have let you in to the United States, illegally.

Margaret Bulgin, Mrs

None

Cypress, TX

Many Texans will vote contrary to my opinions. The votes of those who disagree with me are as important as my vote.I want each and every lawful vote in the state of Texas to count as much as my vote. No more, no less.

It is my understanding that handicapped and elderly voters in the state of Texas are eligible to vote, upon request, by absentee

Printed on: August 30, 2021 11:32 AM

ballot. What could be more convenient or safe for these individuals that voting from the privacy of their own homes? Requests for absentee ballots should be made timely enough that the voters information can be appropriately verified.

Common sense tells me that if our desire is to protect the sanctity of each lawful vote, and we have made appropriate accommodations for those for whom voting is unusually difficult, we can only allow as many options for voting as we can appropriately secure. I therefore testify in favor of SB1.

Miguel de Socarraz, PhD

Self

Temple, TX

Support strengthening of elections integrity bill 100%

William Chase, Dr.

retired teachers

Pearland, TX

I strongly support no cheating elections.

NICOLE LEVLON

SELF

LLANO, TX

Election Integrity is crucial for our beautiful state and future generations. In the 2020 elections, I was shocked to see the party affiliations had been removed from the ballots. Instantly I felt something was wrong because in all the years I have voted, I've never seen this issue. Considering our technology is supposed to be improving everyday, this was odd to me. As a life long Texas citizen, I understand the importance of our elections. Texans have to feel secure when they go to the polls because that's how we voice our opinion. We don't burn down buildings, tear down monuments, or force others to see things our way. We vote! My son is turning 18 years old this year. I want him to trust in our voting system. I want him to know his vote will be counted and his voice will be heard. If election integrity is not important now, it never will be. As a state that usually leads the way, let's continue to show the rest of our country what integrity and security looks like. I am a proud Texan and want to continue to have faith in our voting system. Please pursue increasing criminal penalties for those whom do not respect the opinions of all Texans. Theft is still theft at the end of the day.
Sincerely, Nicole Rabb Levlon

joyce wagner, ms

representing self, ret ired state employee

Houston, TX

I wholeheartedly support SB1 and agree that it preserves integrity and security of the electoral process. It's appropriate and necessary and in no way obstructs those who have the right to vote from voting.

Martha Young

Self

Mansfield, TX

Please please please pass this legislation to protect our vote. Our nation is crumbling before our very eyes because the November 3, 2020 election was not protected, and we now have an illegitimate administration which is handing the United States over to China on a silver platter.

Printed on: August 30, 2021 11:32 AM

Becky Chase

retired teachers

Pearland, TX

I strongly support  election  integrity

Richard Carey

Self

Dallas, TX

We have so many ways to identify qualified voters, and we would choose to turn a blind eye in this one instance, while it is the most important. We register to vote ahead of time to vote to make it possible to validate you are a citizen with a record that is qualified to vote. This is the time and place we choose who represents us best.

We should treat voting like the privilege it is, it is a sacred right of being self governed.

Ladies and Gentlemen, simplify the vote go to paper. Adopt this course of action unless our leadership fail to hold the confidence of the people. It is our duty to hold our vote to the highest standard possible. Anyone who would argue this on any level is depending on slide of hand to hold their chair at the table, or worse be exposed for activities outside the spirit of the law.

You can manage the vote a lot better, do it.

Janet George, Ms.

Self

Bryan,, TX

I approve and support ALL of the actions to prevent voter fraud and voter cheating in SB 1.  I wish my representatives to vote for this bill in order to further Voter Integrity in my state of TEXAS.

Virgil Vaclavik

Self /Retired

KATY, TX

The last election in 2020 was a farce. The amount of mail in ballots was ridiculous and untraceable. Voter ID is absolutely necessary to insure the integrity of the elections.

Dana Sun

Self/Retired

Texarkana, TX

SB 1 by Hughes is just common sense to ensure that only those persons who are legally allowed to vote, do so.  It does not "suppress" the right to vote, except for those persons not legally allowed to vote.  If someone is smart enough to know how to register to vote, then they are smart enough to obtain a legal, picture ID.  Picture ID's are required for just about everything in this country so not an excuse for legally registering to vote.

Peter Niaves, Dr

Self

Printed on: August 30, 2021 11:32 AM

Killeen, TX

We need election integrity and stability with procedures that are unable to be corrupted in our election processes

Derrel Beesinger

Citizen

Archer City, TX

Pass this Bill !!!

DiAne Gates, Mrs.

Self, Author and Illustrator

Crandall, TX

I urge you to pass Senate Bil #1 by Bryan Hughes. This common-sense bill will hopefully prevent the kind of fraud and lawlessness Americans experienced this past presidential election.

DAVID BIEDERMANN

SELF

Austin, TX

I SUPPORT THIS BILL

LIEN GILHOOLEY

SELF

HOUSTON, TX

I urge you to support Senate Bill 1.  These are common sense reforms, such as adding voter ID to vote by mail.  Let's be honest: an adult cannot do anything in this country without proper ID.  If one has to have proper ID in order to purchase cigarettes or alcohol, one should proper ID in order to vote. This bill makes harder to cheat, which is why so many disingenuous opponents are out there smearing and lying about its intent.

Elizabeth Stoddard, Ms.

self, Office manager

Austin, TX

I am a native Texan and am against this bill, which would restrict voting rights, limit voting opportunities and make it more challenging for any Texan to vote.

Alaina Robinson

Self

Cedar Park, TX

I am for all election integrity measures that can be placed into law, especially requiring voters to show valid legal identification and harsh penalties for anyone breaking laws concerning ballot tampering.

Lynice Francis

Printed on: August 30, 2021 11:32 AM

self

Prosper, TX

I strongly support this bill.  we can never let 2020 happen again.

Royce Baethge

self

Fredericksburg, TX

To sustain the integrity of any governmental election we must be able to identify each and every voter as a legal citizen.  If the individual can not be verified the vote should not be counted.   This is especially true of the mail in ballots which can be easily compromised.

Deborah Lucas, Mrs.

N/A

College Station, TX

This issue is so important to Texas for election integrity.  We have seen a lot of voter fraud in Texas and other places and we must protect Texas from becoming a blue state.

Susan Russell

Northwest Women's Republican Association

Austin, TX

It is so important to verify one's identity wherever and however one votes. Otherwise there could be wide spread fraud. This is a no brainer.

Scott Britton

Self (small business owner)

Fairview, TX

Whether you believe there was election fraud in the last November election or not, more than 50% of our state believes there was election fraud so this is a serious problem that MUST be addressed.   And if you add to that fact that the democrats and SOME republicans refuse to allow forensic audits, THAT JUST ADDS TO THE FEELING THAT THERE IS SOME TYPE OF FRAUDULENT ACTION HERE.    The federal law requires election information to be retained for 22 months and THAT IS FOR A REASON.   And that reason is so that it can be AUDITED!

Phil Ernest

All Texan selfs

Ft Worth, TX

Texas is the leader in the nation for true justice and true compassion.  This bill make sure that everybody who is honest and who loves our constitutional republic will be able to participate freely, and everyone who is dishonest and hates our constitutional republic and wants to cheat other people out of their vote will not be able to do so…it is just for those who love justice it is merciful to those who need mercy.  When marxists and leftists hate it, it is a sure sign you are doing something truly compassionate and good

Melvin DeGeeter

Printed on: August 30, 2021 11:32 AM

self

Richmond, TX

My wife and I strongly support this bill and we ask that you do the same. Thanks in advance for considering this request.
Melvin and Priscilla DeGeeter

Joanne Imwalle

Self/housewife

The Woodlands, TX

In order to ensure confidence in our most foundational system of government, I encourage you to vote for SB1.  The integrity of our voting system is paramount.  Voter id should be required for all votes submitted to ensure only citizens are voting once.  American citizens should not be disenfranchised and have their votes cancelled by illegal votes.
Also, voting roles need to be cleaned up.
Thank you for supporting SB1

Terri Hall

We the People - Liberty in Action

Kerrville, TX

We overwhelmingly support these common-sense reforms in SB 1:
-Adds voter identification to vote by mail, making it consistent with in-person voting
-Strengthens prohibitions against paid vote harvesting
-Protects poll watcher access to see and hear the process, improving transparency
-Prohibits public officials from distributing unrequested vote-by-mail applications
-Conducts regular maintenance to verify the accuracy of voter registration lists

These are a MUST to secure Texas elections. Both parties should be totally on board with all of the above unless you wish to cheat. As a minority myself, the race-baiting is ridiculous. No one is being disenfranchised from this bill. It actually adds additional hours to voting. Stop the antics and pass this bill!

Laurel Stoddard

self - small business owner

Austin, TX

I am a sixth-generation Texan, and I am privileged to have been a registered voter for nearly 50 years. I doubt that I have missed an election.  I have little concern about voter fraud; it's just not that prevalent.  I have great concern about laws being passed that will place time constraints and location constraints on the availability of voting so that it makes voting more difficult for those who have the fewest advantages and are less privileged.

Jay Malone

Self

Houston, TX

I am writing to oppose this bill. This is a solution in search for a problem. The 2020 election cycle was one of the most successful in years. Hundreds of thousands of Texans voted for the first time, and millions were able to safely and securely cast their ballot. We should be building on the success of 2020, not working to make it harder and more uncomfortable to vote.

SB1 is bad for Texas, and I encourage every member of the committee to vote it down.

Printed on: August 30, 2021 11:32 AM

Laura Sladky

Self

Plano, TX

OPPOSE SB 1. This has nothing to do with voter security, but rather, limiting the ability to vote.

Laura Guerrero, Dr.

self - professor

Houston, TX

We need to increase access to voting not restrict it. There is no evidence of voting fraud. What I see is evidence of voter suppression.

Bill Barkhurst, Teachet

Na

Plano, TX

No on this SB 1.

Amanda Cassidy

Self

New Braunfels, TX

OPPOSE!

Michael Mumaw

Republican

Sugar Land, TX

There must be requirements to have ID to vote with valid picture.

Aaron Pino

DFW Pro Musicians Assoc.

Arlington, TX

We OPPOSE this bill.

Lawrence Prosser

ATU Local 1091

Austin, TX

Relating to election integrity and security

Joe Farmer

self- retired state worker

Printed on: August 30, 2021 11:32 AM

Austin, TX

This bill is a solution looking for a problem. More properly it is a problem looking to perpetrate itself on the voters of Texas to benefit no one but the Republican incumbents because they know that they cannot win a free and fair electoral process. This bill is a monstrous fraud which pretends to protect elections but only makes it harder for voters to exercise their rights. It should be opposed by anyone who truly believes in democracy.

George Balle

self

Dallas, TX

This bill is an attempt to limit voting rights for communities of color, and other left leaning voters. Shame on the governor and republican sponsors. Lets defeat this bill.

John & Krista Raymond

Self

Lakeside, TX

I am going to ask you to further fortify the integrity of our election process in Texas. In the last year, there have been many doubts regarding our election system, its transparency, and the processes, in which it has been made unclear to the public, whether each vote counted is legal and correct, being of one legitimate voter. As with any event in our lives, like getting on a plane, requesting a passport, driving a vehicle, purchasing a hotel room, or even opening a bank account, we citizens are required to provide positive evidence that we are who we say we are. For our Right to Vote in a Free and Fair election, which the importance cannot be argued, is not the integrity of our election process that much more sacred to ensure its outcome is correct and without corruption? Surely, ensuring that each person who votes is who they say they are is a small price for integrity.
Ensuring that no vote was made corruptly, either by counterfeit or by digital enterprise should be made a priority in a transparent and fair election.
IDs must be verified for every voter. NO EXCEPTIONS.
I believe that to ensure voter rolls are current, there should be a yearly voter renewal. Mail-in ballots should only be used for those citizens who are serving our country out of Texas or who have a legitimate cause, but for no other reason that encourages fraud.
As a voter, I currently do not have faith that our election system is not corrupted and that my vote actually counts. In order to promote faith in our system and to have transparency, an audit should be performed within 180 days of any election. No voting machine should have any access to the internet. No recounting of votes should be made within a computer that is connected to the internet. Paper ballots, in my opinion, should be the only option for voting.
Forensic audits should be done for any candidate or elected official making such a request. If an election is won by less than 1 percent, then an automatic audit shall be conducted.
Ballots that are printed should be only approved by the Secretary of State before each election. No software in our voting system should be made outside of the United States of America, with an absolute chain of custody of its origin. Each ballot should have a watermark, pre printed serial number, or even a QR code, so that the voter can go back and trace their vote in any given election. There should not be a way to copy ballots.
Polling locations should operate only when there is representation from both parties. An election judge by both parties MUST BE PRESENT. There should be more accountability to The People by election administrators and the Commissioners Court.
Voting hours should not extend past 7 p.m. each voting day since another shift of workers will be needed and may cause inconsistency, where one judge will not be responsible for the whole day.
Lastly, crimes for election fraud must be increased to a felony. Electioneering must be a punishable violation.
Thank You

James Hanley, Mr.

Self  Independent Consultant

Missouri City, TX

Printed on: August 30, 2021 11:32 AM

No democracy can survive without free, honest, and secure elections. Election integrity and security is critical to preserving our hard won individual liberty, freedom and democracy in Texas and the United States. I strongly urge you to pass this Bill without further delay

Mona Kent

Self, Postal Carrier

New Braunfels, TX

I believe a lot of cheating takes place in every election! I believe and demand higher security during our elections to weed out all that would compromise our elections. We need to fix this NOW not later! Please vote to fix this now.  We are watching you!  No more delay!

Lisha Brock

self, administrator

Arlington, TX

I oppose this bill as it will unnecessarily disenfranchise and punish voters. We should be making it easier for Americans to vote - not harder. Democracy is for the people, by the people. Every vote counts.

Emma Rhodes

Self; stay at home parent

San Antonio, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Jim Tate

Self

Granbury, TX

Please don't destroy our democracy Sir, my dad fought at D Day and would never believe the current Republican Party. Please!

Irene Escalante

self

Printed on: August 30, 2021 11:32 AM

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Tara Cummings, Dr.

Self, psychologist

CYPRESS, TX


OPPOSE. We all know this bill is aimed at voter suppression. Let's don't pretend otherwise. Let the people vote.

Lee Ann Wheelbarger

self

Houston, TX


Thank you for the work you are doing for The People in the great State of Texas. I am going to ask that you further fortify the integrity of our election process here in Texas. There are doubts regarding our election system, its transparency, and the processes, whether each vote counted is legal and correct, being of one legitimate voter. As with any event in our lives, like getting on a plane, requesting a passport, driving a vehicle, purchasing a hotel room, or even opening a bank account, we citizens are required to provide positive evidence that we are who we say we are. For our Right to Vote in a Free and Fair election, which the importance cannot be argued, is not the integrity of our election process that much more sacred to ensure its outcome is correct and without corruption? Surely, ensuring that each person who votes is who they say they are is a small price for integrity. Ensuring that no vote was made corruptly, either by counterfeit or by digital enterprise should be made a priority in a transparent and fair election.
IDs must be verified for every voter. NO EXCEPTIONS.

To fortify further our system, I believe that to ensure voter rolls are current, there should be a yearly voter renewal. Mail-in ballots should only be used for those citizens who are serving our country out of Texas or who have a legitimate cause, but for no other reason that encourages fraud.

As a voter, I currently do not have faith that our election system is not corrupted and that my vote actually counts. In order to promote faith in our system and to have transparency, an audit should be performed within 180 days of any election. No voting machine should have any access to the internet. No recounting of votes should be made within a computer that is connected to the internet. Paper ballots, in my opinion, should be the only option for voting.
Forensic audits should be done for any candidate or elected official making such a request. If an election is won by less than 1 percent, then an automatic audit shall be conducted.

Ballots that are printed should be only approved by the Secretary of State before each election. Nothing used (any type of

software) in our voting system should be made outside of the United States of America, with an absolute chain of custody of its origin. Each ballot should have a watermark, pre printed serial number, or even a QR code, so that the voter can go back and trace their vote in any given election. There should not be a way to copy ballots.

Polling locations should operate only when there is representation from both parties. An election judge by both parties MUST BE PRESENT. There should be more accountability to The People by election administrators and the Commissioners Court. Voting hours should not extend past 7 p.m. each voting day since another shift of workers will be needed and may cause inconsistency where one judge will not be responsible for the whole day.

Lastly, crimes for election fraud should be a felony.

Pryor Lawson

Self - out of work

Austin, TX

I oppose this bill.  I would like it replaced with a bill that prevents gerrymandering by either party.

Juliana Quiroz

Self, Educator

Sachse, TX

I am happy to see Texas making these common sense election reforms and hope to see them passed.  Citizens are asked to prove who they are in a myriad of mundane circumstances; to buy Sharpie markers at Walmart, to get on an airplane or purchase a cell phone. It isn't too much to ask that we ensure those who are voting are indeed members of our community with a vested interest in seeing our society flourish, that participation in elections is transparent and bipartisan, and that those who try to subvert the process are penalized. Well done for being proactive on this issue

Marie Krebs

Self

Austin, TX

Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections. Acknowledge the magnitude of existing Election Code safeguards and transparency.

Alejandro Sills

Self, data analyst

Austin, TX

All one has to do is read the record of North Carolina legislators who studied Black voting patterns several years ago and then passed laws targeting precisely the types of voting methods Blacks tended to use. For none of the Texas legislators to have similar motives for the bill in this state is deeply implausible. I call on all legislators to OPPOSE Senate Bill One.

Timothy Ross, MR

Self

Cypress, TX

I am opposed to this bill because it allows partisan poll watchers to intimidate voters in violation of state law, with no recourse for the poll judge to address the situation. Poll watchers shou;d watch, not intimidate. I can see this will allow individuals with AR-15's to go into polling places and the judge cannot ask them to leave.

Printed on: August 30, 2021 11:32 AM

Michael Webster

self - musician

Houston, TX

This bill claims to be about election integrity and security, whereas in actuality what it accomplishes is making it more difficult to vote, especially if you are poor or in a minority.  There has been absolutely no evidence of election fraud in Texas other than a very small number of individuals.  Widespread fraud simply does not exist.  This is a blatant and irresponsible bill that should be defeated.

Cheryl Draper

self   retired

Hallettsville, TX

I'm writing to urge you to support Senate Bill 1 that is being heard in the Select Committee on Constitutional Rights and Remedies on Monday  August 23.

In order to have fair, secure, and transparent elections, Texas should:
  1. Add voter identification to vote by mail, making it consistent with in-person voting
  2. Strengthen prohibitions against paid vote harvesting
  3. Protect poll watcher access to see and hear the process, improving transparency
  4. Prohibit public officials from distributing unrequested vote-by-mail applications
  5. Conduct regular maintenance to verify the accuracy of voter registration lists

These common sense reforms found in Senate Bill 1 are supported by a majority of Texans. Senate Bill 1 will make it easier to vote and harder to cheat in Texas. I urge you to support Senate Bill 1.

Thank you,
Cheryl Draper

Erik Korstad

Self - Senior Manager, Technical Services

Cottonwood Shores, TX

I fully support SB 1 changes to ensure Texas election integrity and transparency.

Charles Breedlove

Self - Retired

Leander, TX

Nothing is more fundamental in the United States and Texas than our Right to Vote. But, voting must be a free and conscious act by a registered citizen and done in a way that instills confidence in the process. Therefore, I support the election integrity and security provisions of this piece of legislation and encourage its passage....

John Draper

retired  self

Hallettsville, TX

I'm writing to urge you to support Senate Bill 1 that is being heard in the Select Committee on Constitutional Rights and

Printed on: August 30, 2021 11:32 AM

Remedies on Monday, August 23.

In order to have fair, secure, and transparent elections, Texas should:
1. Add voter identification to vote by mail, making it consistent with in-person voting
2. Strengthen prohibitions against paid vote harvesting
3. Protect poll watcher access to see and hear the process, improving transparency
4. Prohibit public officials from distributing unrequested vote-by-mail applications
5. Conduct regular maintenance to verify the accuracy of voter registration lists

These common sense reforms found in Senate Bill 1 are supported by a majority of Texans. Senate Bill 1 will make it easier to vote and harder to cheat in Texas. I urge you to support Senate Bill 1.

Thank you,
John Draper

Daniela Silva

Self

Austin, TX

As a native Texan, I value liberty above all else. This bill goes against the liberty of Texans across the country. The COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are simply measures to reduce the existing barriers for people wanting to express their constitutional right to vote.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Finally, and perhaps the most important measure, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. This is not a novel concept and, in fact, is used around the country as well as around the world. If I am able to pay my taxes online, I should be able to register to vote online as well.

Emily Bohannan

Self - freelance theatre artist

Houston, TX

I am a voter living in Houston who greatly benefitted from extended voting hours in this last election. I work odd hours, and having the extra time ensured that I was able to get to the polls. These extended options for voting allowed so many citizens in Houston to exercise their right to vote. These rights should be protected, not limited. Please vote against SB1, all American voices deserve to be heard and this bill places an undue burden on poor communities who work odd hours and do not have ready access to transportation or childcare.

Printed on: August 30, 2021 11:32 AM

Dolores Odell

Self

Willis, TX

We need a full forensic audit in all counties in Texas. We have to protect our voting rights now! If our votes can be simply changed, we need stronger penalties for those that disrespect our current laws. We must make laws that are enforced, not just changed. I can only hope these changes and penalties are severe enough to discourage this choice in the future.

Barbara Wesolek

self

Houston, TX

I am disabled and 82 years old. I believe voting dates, times and places and vote by mail should be increased. It should be easier to vote. People who work long hours need all night polls open.

Susan Hirtz

self

Houston, TX

Voter fraud is almost non-existent. We need voting that spaces people out safely: Drive-by and 24-hour should be available if the community desires. These Variants are not going away! They are just getting worse.

Paul Merrill, Mr.

self , beauty salon owner, in business 38 years

Houston, TX

You are passing a bill to make it more difficult for people of color to vote, based on a LIE. That the pathological liar, Donald J, Trump has promoted.  The REpublican party has no positive inclusive vision for the future of this country, You have been boiled down to your base which is a bunch of racists. Ex. Dan Patrick saying that black people are at fault for our latest surge.  You are willing to send children to school maskless when there are not any hospital beds available.  Concerning the voting issue we are watching.  You are losing your grip on power.

Lynda Whaley

Republicans

Allen, TX

I believe it is detrimental to Americans to make sure our elections are free from fraud. Trump won hands down. I never believed the corruption in elections would happen in our country. Stop the CRT and the hate. We no longer have integrity in our government or the media. Praying for our country.

Jay Dauro

self - retired

Belton, TX

In regards to SB1, I would like you to consider making voting easier for all Texans.

I moved to Texas 4 years ago (my wife grew up in Texas, so for her it was coming home.) I appreciate early voting since it was

not available in the state I came from. I do believe this should be expanded, especially in providing more hours for voters to access these polls.

I also realize that many Texans are worried at the present time about too much contact with other people. We need to make voting by mail easier, with more options for return. In support of this we need good means of curing ballots returned by mail or through other options. This should be uniform across the state, and include notification so that the voter is aware of the need to cure, and how to go about curing their ballot when there is a problem.

Voting is one of the major rights and responsibilities of citizenship. We need to make it easier for our citizens to cast their ballots easily and safely, so that all citizens get their voice in our government.

Jana Pellusch

Self/retired

Deer Park, TX

I am familiar with the ways that this bill aims to dampen the enthusiasm of people to vote.  I have heard the tape of the white legislator encouraging white folks to sign up, when this bill passes, to go into polling places in neighborhoods of color.  I want to make voting easier, not harder, for all of us!

Pam Oglesby

Self

Georgetown, TX

I'm asking you to stay true to your oath to protect our constitution and the sacred right to vote that so many have fought and died for. This movement against democracy based on the big lie will destroy our country and the grand experiment our founding fathers began. You have the opportunity to put country before party and democracy before autocracy. Don't be on the wrong side of history. Vote against SB1 and any legislation making it harder to vote in Texas.

Kelly Holland

Self

Mertzon, TX

Any efforts to limit, suppress, or make voting more difficult must not be passed. There was and is no justification to change voting laws in Texas except to pander to unfounded/unsubstantiated fears fomented by misinformation and biases.

cynthia sanders

self

PEARLAND, TX

It is just another attempt to take away voting rights from people of color. to disenfranchise them as usual.

Carol Hayman, Prof.

self, retired

Austin, TX

I am officially and formally opposed to SB 1. This is a voter suppression bill based on the incorrect premise that Texas elections are riddled with fraud. This is untrue. All citizens deserve easy access to voting.

Peggy Pena

Printed on: August 30, 2021 11:32 AM

self

SAN ANTONIO, TX

I am OPPOSING this bill as it would suppress older, disabled, and those not able to physically travel to vote which is DISCRIMINATION! Providing part of voter's social security number will lead to FRAUD on the vulnerable! To allow a poll watcher to be granted "free movement" is absurd and INTIMIDATES!! This all is absurd and you are trying to take us back 56 years!  AGAIN I AM OPPOSE TO THIS BILL allowing SUPPRESSIoN!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Sharon Lesikar

Self, Retired

Georgetown, TX

I am opposed to HB 1 as a deterrent to free and fair elections.  We need to make voting easier, not harder.  Many studies have shown that alleged voter fraud is vastly overblown.  Hiding behind that false issue is the way we are denying voting rights to many minorities and people of color.  I am a proud member of the League of Women Voters, which has come out strongly in opposition to this bill.  Please stop this travesty against voting from happening.  SB 1 is a threat to all Texans who wish to exercise their right to vote.

Joe Ferris

Self and family

Granbury, TX

Need full forensic audit.  No more electronic voting machines

Jean Ann Hollier

Self. Retired

Port Neches, TX

There are two words which do not belong in this bill. Security and integrity. This bill is not about election security and integrity. It is about power and money and should not become law

Shanny Lott

self

Austin, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Printed on: August 30, 2021 11:32 AM

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Thomas D Hritz

self/retired

Rockwall, TX

This bill is absolutely necessary. Without the great Democrat steal to turn Texas blue will happen. The Democrats left because they are fearful that their cheating in 2020 will come to light before the midterm elections. Stopping this bill and others like it with the specious argument of "voter suppression" is their only chance to never lose an election again.Theyt wil be free to stuff the ballot box with manufactured votes like they did in 2020. Vote this bill into law~!!~!

Alexus Sham

Self Attorney

Conroe, TX

I strongly encourage the committee to take into consideration the fundamental right of all Texans to vote. Please make it easier for people to have access to the ballot by adopting measures such as automatic registration when going to the DMV at the appropriate age. For a democracy to survive we need more participation.

gene Lantz

Texas Alliance for Retired Americans

Dallas, TX

Retirees are the target of the anti-voter provisions of this bill, especially as they relate to vote-by-mail. We especially dislike the provisions that criminalize voters and poll workers while giving virtual police powers to whatever hooligan wants to call himself a "poll watcher." Lots of seniors are poll workers. Lots of us are too old and frail to fight off hooligans at the polls.

Julie Campbell

Self

Austin, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. Why not include a cure process for all "remote" ballots?

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.
Texans want better election laws, not restrictions!

Sandy Rice

Self, Consultant

Printed on: August 30, 2021 11:32 AM

Austin, TX

Voting is the hallmark of American democracy. This bill makes voting harder, especially for elderly (that's me!), disabled, and poor people. Instead of making it harder, you should be looking for ways to expand voting hours, support drive-through voting, and make it easy to register online. We need you to protect our right to vote, and to make it easier, not harder. That's the American way!

Robert Zahn

IATSE/Local 896

Galveston, TX

This is a crazy overreach to reduce the possibility of voting for many people. Done in the name of preventing fraud, although very little fraud has ever been found.

Carla Kennedy

self

Fort Davis, TX

I want to urge the legislature to make voting in Texas easier for all of its citizens, rather than harder.  Especially in these times of Covid 19, making people stand in long lines, not socially distanced and possibly ill without being able to get to food and water is just plain wrong and inhumane.  My husband and I are seniors, and my husband has stage 4 prostate cancer.  This disease makes him very weak and unable to stand for any significant time.  Voting by mail has been a proven, safe, fraud-free method for many years, and many of your constituents rely on this.  Please do not make it more difficult.  In fact, registering to vote online will enhance voter participation, which every competent politician should welcome.  (Those who resist that may be in danger of losing their seat by manipulating our system unfairly.)  We will be paying attention to how our representatives and senators vote on this issue.  Seniors vote!!

Andrew Goerdel

Self / Retired

Georgetown, TX

Hi,
I don't want to have this bill passed as there has been no significant fraud found in any major election & the steps taken in this bill infringe upon voter's capability to vote. As an example, states that only have mail-in voting have no important issues with voter fraud.
Thanks,
Andrew Goerdel

Pat Ledbetter, Dr.

self

Gainesville, TX

Texas is already ranked as the state that makes voting the most difficult for its citizens; as a result, our beloved state also often comes in dead last or near last in terms of both voter registration voter participation. In light of this unfortunate record, shouldn't we be making it easier instead of more difficult to vote? If you are genuinely concerned about protecting Texans right to vote, please consider doing away with the requirement to register 30 days before an election. This clearly denies the right to vote to everyone who changes addresses during that lengthy window.  Electronic registration, already in place in some states, would safely bring more Texans into the voting pool. I am also deeply concerned about the expanded power granted to partisan poll watchers under this bill. Without proper training, they will be free to intimidate and discourage voters. Given the emotional charged state of our politics today, such tactics seem almost inevitable and nothing in the current bill even discourages such

behavior.  In large urban counties, it is essential that the number of polling places and the hours for early voting be extended to avoid the long lines that are known to discourage voting.  Protecting the right to vote is surely one of the most sacred duties of government in a democracy; please take that duty seriously. Put aside partisan loyalties and commit to the principles of the Declaration of Independence: "To secure these rights governments are instituted among men."

Sally Breaux

Self -

Austin, TX

The right to vote is the basis of our democracy. In these times, it is even more important to find safe ways for everyone's voice to be heard. We need mail in balloting, drive through voting and extended early voting.  If there is a concern about mail in ballots, then extend the timeline so they can be cured and counted. I work as a volunteer at the polls, and that is not a place for untrained partisan hacks to intimidate or inflame folks waiting in line. There is no large scale fraud in Texas' electoral process, our own experts have said so. Do not pass this bill!

Ronald Shenberger

well formed outcomes

Denton, TX

Elections are just fine.  Their is no need to create additional barriers to voter participation.  If anything, the legislature should undertake efforts to insure that all Texans are fully registered to vote at the time of license renewal and publicly credentialed persons can go out into the community to register people who are unable to do so on their own.  Furthermore, voting by mail should be a universal practice across the state. Some people are so remotely located to get to designated voting places.  Voting by mail addresses the issue of efficient staffing of voting when ballots can be aggregated at an election center for processing.

DALTON RAMBO, Citizen

SELF

Sherman, TX

Elimination of Voting Restrictions
Give schools, businesses and other appropriate entities the authority to create and enforce masks requirements.
Fair Redistricting

Barbara Murray

self - retired

Seabrook, TX

Please focus on solutions for all voters and help restore trust in Texas elections. There are already a huge amount of existing Election Code safeguards and transparency. I offer the following opportunities to improve SB 1:
1. COVID requires that we have safer options for expanded early voting, extended hours at polling places and more options to return vote by mail ballots.
2. I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing in an oath similar to election workers.
3. Include a complete cure process for applications for mail ballots and for the returned mail ballots instead of just the ability to cure incomplete applications or ballots to the electronic ballot tracking system.
4. Voters with disabilities need additional refinement of SB1 - specifically the House can add provisions that allow blind voters a way to securely and privately vote.
5. Please consider adding electronic voter registration to the omnibus bill. This would greatly increase the accuracy and integrity of the voter registration rolls as well as reduce costs.

Printed on: August 30, 2021 11:32 AM

KENNETH SUMBERLIN

IBEW 716

SPRING, TX

I am very concerned about taking away anyone's ability to vote safely, or conveniently.
It is much more important to make voting easier than blocking even a single vote by a citizen

SHARRON LARRISON

SELF - EDUCATION/RETIRED MILITARY

SAN ANTONIO, TX

I believe that this bill greatly undermines individuals' right to vote and  I believe that it was not written in good faith. I further
believe that it was written based upon false allegations of voter fraud.

Brian Taylor

self

Austin, TX

This bill is adding layers to voting.  There has not been any proven problem in voting and I believe the real reason for this bill is
to suppress votes.  I am against this bill.

Lisa Stone

self: educator

Houston, TX

I join all Texans who want open, democratic elections in our state. I ask the committee to focus on solutions that work for all
voters, to help restore greater trust in our elections.
I have been a faithful voter all my life; I have also worked as a poll watcher and volunteer deputy voter registrar. I have seen
Texans of all faiths, color, socio-economic status and political beliefs work together to vote, without problems. We know there are
excellent existing Election Code safeguards.
We also all know COVID requires us to continue safer methods of voting, which worked well in our last election: expanded early
voting, extended hours at polling places, more options to return "vote by mail" ballots. These work and Texans want them for the
upcoming and every election.
In particular, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of voter
registration rolls—and would also reduce costs.
Another particularly urgent point: Poll watchers need to have required specific extra training and should take an oath (similar to
election workers) acknowledging the integrity of the polling place.
Please seriously consider and respect these issues so that Texas elections will be respected by and respectful of all Texans.

Joshua Seff, Mr

Self

McKinney, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of
expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans
want.

KATHLEEN LOVE

Printed on: August 30, 2021 11:32 AM

Retired

Dallas, TX

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want and are entitled to.

James Liffick

Self

Bulverde, TX

I fully support and am in favor of SB1 for the protection of our sacred voting rights!

Susan Newbold

self, unemployed

McKinney, TX

I believe that this bill will strengthen election integrity in the great state of Texas. This bill increases early voting, creating MORE opportunity to vote, not less. I find completely offensive the notion that requiring  state-issued identification is somehow causing any demographic an undue burden. That notion implies that any particular group of citizens is somehow incapable of attaining such ID. Not passing this bill means that each and every vote cast by a citizen of this state will count less than it should. The law-abiding citizens of Texas want this bill to become law. Please vote to pass this important piece of legislation. Thank you.

La Juan 'Wanda' Morgan

Self/Retired

Nacogdoches, TX

I strongly support this bill and expect my House and Senate representative to do likewise. Thank you. La Juan Morgan

Karen Cullar, Self

Self

Coldspring, TX

My work with Houston and other underserved areas established a greater accommodation required for them to vote. For example, the drive through voting enacted for COVID compliance during this pandemic is awesome. For those who characterize this action as vote stacking, this could be solved by a nonpartisan pickup system.
It is essential that Poll workers be fully trained and responsible
Open elections are essential.

Guadalupe Sosa

self

Printed on: August 30, 2021 11:32 AM

Austin, TX

I am opposed to SB 1.  The measure will adversely affect people who have a disability and have to depend on the generosity of others to get to the polls to vote.  What rules we currently have work very well for me.  I rely on the opportunity to vote early or to vote by mail.  I am an 80 year old woman who cherishes the right to vote and consistently vote in every election.  Please don't take this right and privilege from me.

Jennifer Hernandez

IUPAT District Council 88

Houston, TX

SB1 is nothing more than voter suppression that disproportionately effect people of color and working class people of Texas. I strongly oppose SB1 as a Texan.

Rebecca Skupin Marcontell, Ms.

self, Freelance Theatrical Stage Manager

Houston, TX

This is an utterly unconscionable bill, designed to keep our BIPOC and disenfranchised voters from being able to vote.  Vote NO!!

Cathy Murphree

self

Richardson, TX

I'm writing in opposition to SB 1 for three main reasons:
1) Although I will be able to vote, by mail or otherwise, it WILL be more cumbersome. I will no longer receive an annual application from my county, and I will no longer be able to use a drop box. That is a problem with the US mail is unreliable and slow. This is also true for my 76 year old husband and my 93 year old mother, a lifelong Republican voter by the way.
2) Voters of color and voters with disability presented much salient testimony as to how this bill will affect them. As I watched the hearings, it was clear that the Republican lawmakers listened to the testimony but did not act on anything that was presented. This refrain of "but you have an extra day of early voting" is tone deaf and is not the problem.
3) The untrained partisan watchers are a real concern as well.
I could talk more about the direction that voting SHOULD be going--that is more accessible and convenient while also secure, but the legislature wants to go in the opposite direction. The legislature appears to be catering to a small group of Republicans, NOT reflective of the majority of Texans, and that is wrong.

Lori Altebaumer

self

Dublin, TX

It is unfathomable to me that our government officials and elected representatives cannot reconcile the extreme double standard being pushed on citizens at this time. At a time when some cities and states are racing toward "vaccine passports" to prove individuals are willing to volunteer for medical experimentation, they simply can't find the sensibility in establishing voter integrity. I'm required to provide identification to purchase certain over the counter medications, to visit my child at school, or to accomplish dozens of other things. How do we justify saying any of that is reasonable, but for voting (the one activity that secures our rights to do any of the other things requiring identification) it is just too heavy a burden. If making your vote count in an election is important to you then finding a way to register as a voter and cast a valid ballot through secure voting measures is something you make sure you do. To quote Thomas Paine, "What we obtain too cheaply, we esteem too lightly." I am confident there are ways that can be found to overcome the challenges that exist in creating a secure but fair election process, but only when

personal agenda's are set aside and common sense is applied. If the Texas State Legislature fails to establish voter integrity for this state, I'll assume our body of elected officials were unable to put aside their personal agenda's or no common sense could be found in Austin.

Erica Robinson

Violinist

Houston, TX

I oppose the passage of this bill.

Diana Burns

Clean Elections Texas

Dallas, TX

Poll Watchers must be trained to do their job.  If they are to oversee procedures in the polling place, they must know the rules. They must be required to receive the same training other poll workers are required to take.  It they are allowed to challenge actions of the Election Judges at the polls, they should be required to take the same training as the Election Judge.  How can they do an effective job if they are not fully informed on the laws, rules and regulations that govern polling place activity?.  Fully trained Poll Watchers will be most effective in carrying out their duties and purpose. In addition, all Poll Watchers should be required to take an oath that fits their responsibilities.  We want our elections to be fair and just and free from disruption and intimidation.  Fully trained responsible Poll Watchers can help insure our elections will remain excellent reflections of the will of the voters.

Dede Fox, Mrs.

League of Women Voters

The Woodlands, TX

Please acknowledge the magnitude of existing Election Code safeguards and transparency. I am a VDR and take my responsibilities seriously. Please focus on solutions for all voters and help restore the level of trust in Texas elections.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Kathy Braatz

Self

Colleyville, TX

Printed on: August 30, 2021 11:32 AM

Please focus on solutions for all voters and help restore the level of trust in Texas elections and acknowledge the magnitude of existing Election Code safeguards and transparency. These bills will make it more difficult to access the ballot box, criminalize election officials for simple things like sending out vote by mail applications, embolden partisan poll watchers, and create additional barriers to voting for individuals with disabilities.

Don Gentz, Mr.

Self, retired

Port Aransas, TX

SB 1 discriminates against the elderly and minorities. (I am elderly) It obstructs voting by mail (a safe and successful method for the elderly, the impaired, and rural voters). It is biased  and exclusionary. As a Texan, I am embarrassed by the presence of this blatant voter suppression bill in our legislature.

Arlene Judd

Self

Aransas Pass, TX

I am in favor of the common sense reforms provided by SB 1 and vote to see it passed!

Christina Edwards

Self, marketing

AUSTIN, TX

I opposed SB 1 by Hughes because it limits voters rights.

Patricia Cline

Heritage Action for America

Dallas, TX

I strongly support this bill.

Doe Florsheim

self

Houston, TX

I believe the Texas legislature should focus the additional time it has been given to complete its business on importnat issues facing Texas right now.
Texas school children deserve an equal education, educational outcome should not be determined by the school district or the school campus.  All schools should have equal access to well paid teachers, current and factual textbooks, easily accessible internet and the technology to access that internet.
The lucky additional time should be spent on equalizing the access to health care by all Texas citizens.  Residents of many rural counties, residents of some urban neighborhoods and even residents of some of Texas' most  prosperous areas have no opportunity to seek doctors and hospitals that can sustain their lives in the worst of times and prevent many illnesses in the best of times.

Jean Treider, Ms.

Self

Printed on: August 30, 2021 11:32 AM

Houston, TX

I am unequivocally opposed to SB 1. There was no certifiable evidence of voter fraud in the 2020 election. Representatives should be working to find ways to encourage all eligible citizens to vote, remove roadblocks to voting, and ensure robust voter registration and turnout for elections.

Jim Davis

None

Austin, TX

SB 1 is a shameful attack on our democratic voting system, which sets us apart from banana republics.

Amber Briggle

self - small business owner

Denton, TX

I OPPOSE SB1 for the following reasons:

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, drive-thru voting, and more options to return vote by mail ballots. These are what Texans want.

I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Vote NO on SB1 and get back to the business of covid relief and addressing the integrity of the Texas Electrical Grid.

Aydee Rodriguez

Self

Pflugerville, TX

Everyone deserves the right to vote, no one has the right to take that right. Unless we are trying to go back to caveman days. This bill is against Christianity no one but god has that right!

Brandi Conover

N/A

Lakehills, TX

It is vital to enact election integrity with SB 1. This must be passed so that Texans can have confidence that our votes count and aren't chances out by all the fake votes of the illegitimate current White House legislation.

Charlotte Greene

Self / Retired

Printed on: August 30, 2021 11:32 AM

Bulverde, TX

I'm in favor of election integrity with voter ID. I want our elections to be tightly governed. I want it to be transparent as well. I don't want the possibilities of fraud. One vote for every legal US American citizen in their own county of Texas. There should be a penalty for anyone breaking the voter laws.

Janice Lindstrom

Self - Lecturer

Dallas, TX

I strongly oppose SB1 specifically due to the amendments allowing videos at polling places and watchers. I do not want to be videoed when I vote, or any other time. This bill also changes what a "watcher" may do during voting procedures in ways that make the "watcher" seem more like an intimidation tactic. Frankly, this entire bill seems to be trying to restrict access to voting rather than prevent fraud. There is also no evidence of widespread election fraud in the State of Texas.

Bernie Hutson

Company

Jacksonville, TX

Election integrity is very important for me and my family

Jane Van Praag

n/a

Bartlett, TX

Existing election code safeguards assure transparency and preclude fraud.  May the committee please focus on solutions for all voters and help restore the level of trust in Texas elections.  We must make it easier for all citizens--no matter our skin color, ethnicity, age, gender, or disability--to vote, not harder!

Barbara & Weinstein

League of Women Voters

Dallas, TX

I would ask that you focus on solutions for all voters to restore trust in Texas elections.   We already have many existing Election Code safeguards that protect the transparency of the vote.

I believe that you would improve SB1 by adding electronic voter registration to the omnibus bill.  This would reduce costs as well as increase the accuracy and integrity in our Voter Registration rolls.

David Haynes

self

Houston, TX

This bill is aimed at disenfranchisement and is motivated by meritless accusations of election fraud. Also, it is clear that the Democratic representatives that broke quorum represent a genuine constituency of Texans in opposition to SB1 and passing it would ignore their voices. I urge this committee to vote "nay" on this naked breach of our voting rights.

Vicki Topletz

Printed on: August 30, 2021 11:32 AM

Dallas, TX

Please get this bill passed and quit wasting time and drawing out what needs to have been done along time ago. Get to work it's what I pay you for

Chun Kwok Wong, MD

retired

Conroe, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want. As a senior citizen who also have a sister who has cancer and could not drive, this matter is particularly important to me.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Please include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Please focus on solutions for all voters and help restore the level of trust in Texas elections.
Please recognize and acknowledge the magnitude of existing Election Code safeguards and transparency.

patty terry

self, retired teacher, currently Reading Interventionist for LCISD

Richmond, TX

Please pass this Senate bill strengthening our voting process.  Further, the current election machines should be destroyed  and a paper ballots used instead.

Cynthia Lesky

self, retired

Austin, TX

I respectfully ask the committee to focus on solutions that will make voting easier, safer, and more secure for all voters. Impediments to voting, like insufficient voting places and limited voting hours such that voters may stand in line for hours to vote should be eliminated.  The existing Election Code is safe and transparent, but voting in certain areas, especially in urban areas, is inconvenient and that inconvenience in itself serves to disenfranchise many.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

Printed on: August 30, 2021 11:32 AM

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Thank you.

xiaomei Wang

self - Accountant

Fort Worth, TX

SB1 and HB26:•        Current laws in Texas do not secure integrity filled elections. Senate Bill1  must be fortified further.
•        Yearly voter renewal should be required to keep voter rolls current.
•        Mail-in ballots should only exist for those traveling or residing out of the county for an approved reason and other reasons must not encourage fraud.
•        Yearly audits should be done to insure the highest transparency. Risk audits should be eliminated since they only look at a select 1% of the ballots.
•        Paper ballots should be brought back and all electronic data collectors and poll books should be eliminated.
•        Forensic audits should be done for any candidate or elected official making the request. Should an election be won by less than one percent, than an audit should be ordered.
•        No electronic machines be used in voting. Learn from Taiwan, this country has a high density of voter population, but it did election manually and effectively and prevented frauds very well.
•        I.D.'s must be verified for every voter. No exceptions.
•        All ballot printing companies should be approved by the Secretary of State ahead of each election.
•        Any assisting equipment for vote operation should not be manufactured by a foreign vendor /invested by a foreign source, and made in a foreign country.
•        Each ballot should have a watermark, preprinted serial number, and perhaps a QR code that the voter can then have to trace their ballot. These measures prevent the copying of ballots.
•        Local polling locations cannot operate without representation from both parties. An election judge from both parties must be present.
•        Election administrators and the Commissioners Court should be more accountable to the people regarding elections.
•        Voting hours should not be extended after 7 p.m. each day since more than one shift of workers will be needed and the current seamless group of election workers for each polling location will be duplicated as that could open more opportunity for an inconsistent election where one judge is not responsible for the whole day.
•        Crimes for election fraud must be increased from misdemeanors to felonies.
•        Electioneering must be a punishable violation.

Cynthia Graham

self, retired

Georgetown, TX

I am retired and live with my husband in Sun City.  We have lived in Texas for a total of 37 years and have always been impressed with the way Texas elections are handled.  Our experience with early voting and vote by mail along with well staffed and managed Election Day voting locations have been very positive.  Existing Election Code safeguards and transparency help make me feel very confident in the integrity of the election.  As you consider this bill, please focus on improvements that will help all voters exercise their civic duty to vote and will help all Texans feel confident in the integrity of Texas elections.  We have had excellent experience with vote by mail, first for my recently deceased father, a proud World War II veteran, who was able to cast his ballot despite being homebound with severe COPD and congestive heart failure and, last year for ourselves during the COVID epidemic.  The continuing COVID epidemic highlights the need for safer methods of voting more than ever.  We need safer options of expanded early voting, extended hours at polling places, drive through voting, and more options to return vote by

Printed on: August 30, 2021 11:32 AM

mail ballots. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls while reducing cost.

Mary Patrick, Ms.

Self -Retired

austin, TX

Texas is very fortunate that voter fraud is not a widespread or frequent occurrence and as affirmed by records form Tx Attorney General's office..  Since 2004 through 2020 over 94 million people in Texas  have voted.  Out of those 94 million people 154 people over that span of time were found to have committed either:  mail ballot fraud, assistance fraud or illegal voting .

Given that voter fraud is infrequent and committed by very few people,  I am puzzled that the Republican party in Texas is so determined to pass SB1 which will negatively impact a large percentage of registered Texas voters by making it more difficult for them to vote.

I  especially hope that your committee emphasize, given the severity of the COVID19 pandemic,  the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. We Texas voters are especially in need of the safest and most convenient methods of voting.

I am very concerned about and hope the committee will address the essential need for  poll watchers to receive required additional training and be cognizant  of the integrity of the polling space by executing an oath similar to election workers.

I would hope as well that you consider creating  a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Making it easier to register to vote in Texas is also something that Texans want. Please consider adding electronic voter registration to the omnibus bill.  In my opinion, this  would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

I certainly hope that the committee, when you meet on Monday, August 23, will  focus on solutions for all voters and help restore the level of trust in Texas elections.  I am very confident that the  existing Election Code safeguards and transparency.

Thank you for your consideration of my letter.

Mary Patrick, Austin, Texas
Registered voter and voted every election since November 1968

Geremy Ferguson

N/A

IRVING, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Printed on: August 30, 2021 11:32 AM

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Marilyn Taylor

Self

Katy, TX

Please vote no to this bill and work on a better bill.  Voting yes would indicate that you are willing to take away rights to vote.

Carolyn Riddle, Ms.

Self

Austin, TX

Because of the COVID-19 pandemic and especially the rise in cases due to the Delta variant, jeopardizing our hospital capacity state wide, voting access must be safe. Making voting safer can best be accomplished by expanding voting hours and increasing polling places, not reducing them. Even more effective is permitting mail in voting, which not only increases access for voters with disabilities, but also for citizens with atypical working hours, families, and transportation challenges. Mail in voting is the norm for many other states who have had no difficulty maintaining the security of their elections by using mail in ballots. These ballots must be protected by a transparent and efficient method for alerting voters for problems with registrations or returned ballots so that they may be assured that their votes will count. I had a mail in ballot rejected two years ago because I was not informed in a timely manner and given instructions for how to fix a simple error. This is wrong!  Thank you for your consideration.

Michael Dunn, Rev. Dr.

Self

Houston, TX

I oppose SB 1. The Bill restricts access to legitimate methods of voting, and seeks to do so by claiming falsely that there has been rampant voter fraud. It is a power grab by GOP to advantage themselves in future elections. SB 1 also makes it harder for populations on the margins to vote. We must make voting more accessible even while continuing to hold secure elections as we have.

Dorothy Wood

Self, retired

Austin, TX

I am strongly opposed to SB 1. It is clearly a voter suppression bill intended to prevent certain types of Texans from voting. Supporters claim SB 1 is necessary based on fraudulent claims that our elections have been filled with fraud. There is zero valid evidence to support those claims.

Printed on: August 30, 2021 11:32 AM

As a lifelong Texan, let me remind you: Texans are Americans, and Americans have a right to vote. Making false claims about non-existent fraud in order to break an election system that worked exceptionally well last time around is simply wrong. SB1 blatantly promotes cheating to retain political power by making it harder for selected types of voters to vote. Do the right thing: shut down SB 1.

Alvern C Donell, Mr.

Retired

El Paso, TX

I worked elections - as clerk, assistant judge and judge for over ten years in San Antonio and El Paso.  I saw many cases of questionable activities - especially by Democrat judges and clerks.   From my experience, I am sure that the new Texas elections code you are in the process of passing is very much needed.  I hope that the new voting statute DEMANDS that ALL polling locations have an equal number of Democrat and Republican judges AND clerks, and that the ballot-by-mail system is used CAREFULLY according to statute.  (I was very pleased that the State of Texas refused to permit the usage of Dominion voting equipment!)

George Neumeier

self

Dallas, TX

I strongly support all the issues contained in this bill. It needs to become law.

Linda McLeod, Mrs.

AAUW, LWV

Alvin, TX

Please respect those citizens of Texas who may not agree with many of your stands on many issues.  You are elected to represent all of us.  Please respect the truth.
  My Great Grandfather was a  Prosecutor around Wills Point. who was murdered by one of his prosecutions family members.  His father also held the position.  I believe he stood for truth, honor and integrity, I expect the same from every elected official, those who don't show that respect for the citizens of Texas should be voted out.
  Stop the lies and fabrications, our elections have been safe.  We don't need biased persons attempting to bully voters.

Alexus Sham

Self Attorney

Conroe, TX

Please make amendments to this bill that will allow all Texans to vote. We need to make it easier for US citizens to have access to the ballot.  A healthy democracy is one in which there is a strong participation among the electorate. Please help people with disabilities have an unfettered chance to vote and do not place restrictions on early voting or mail In ballots. The system can be improved on by giving more people access to vote.

Edna Molina, Mrs.

Self/ family

San Antonio, TX

SB 1 is an awful bill looking for a problem that does not exist in Texas. The Governor and the GOP are determined to make voting more difficult for poor people, people of color, the elderly such as myself and handicapped persons. I have voted for GOP candidates in the past but never again if they insist on making it harder to vote in Texas.

Printed on: August 30, 2021 11:32 AM

John Squier

Self

Longview, TX

There is no proof that the election had problems with authenticity.  The state should not make it harder to vote.  As a band director I could have used access to vote by mail, late voting hours, and ballot drop off because a lot of times.  I was working 16 hour days and often could not vote during regular voting times.  ALSO,   I do not like the idea of observers staring down election officials and interfering in the voting process if "they" think something is wrong, unless the observer is completely neutral.

Jane Jarosz

Self Retired

Crawford, TX

Please pass this now!!

Mary G Jackson

Self. Retired teacherp

Boerne, TX

In Texas, as in other Southern states, the big lie that election fraud cost Trump the presidency created a concerted effort to suppress votes in areas that lean democratic.

Diane Owens

self

Austin, TX

My adult son is legally blind and has a mobility impairment that prevents him from standing a long time. Last year he voted by mail based on his disability because of concerns over COVID-19. The existing process for voting by mail is very difficult for people with visual impairments because the ballot has small print and the instructions are in even smaller print. He needed help reading the instructions, filling in the small circles with his choice and reading how to actually seal and sign the envelope. He much prefers using the in-person electronic voting process because he can mostly read and mark his ballot on his own. The only problem he has is standing when lines are long. The provisions in this bill that give partisan poll watchers the ability to closely observe and film voters has made him fearful of voting in person because he will be afraid to ask for assistance from poll workers if he needs it. Don't make voting harder for disabled and elderly voters!

Sabrina Kelley, Ms

Self/Homemaker

Temple, TX

I feel that although this is definitely a good start for our Voter integrity, I feel that we should really get rid of these voting machines that seem to be the issue of over 80 million voters who feel the Election was fraudulent, do to them being connected to the internet, & Interference. I would like to push for paper ballots for all. 1 ballot per legal voter, & count them up by hand. It may take a little longer to do it, but at least there won't be any fear of Cheating as bad as there was in 2020. Texas & The Rest of the Country need something to Count on. Let it be our elections being safe, secure, & fair. Thank you for listening. Ms Sabrina Kelley-Temple, TX

Edward Dylla

Printed on: August 30, 2021 11:32 AM

self

San Antonio, TX

Not needed. Wait till you get old and have a hard time getting around. Also the "poll watcher" matter is going to cause a lot of trouble. I can envision "poll watcher" battles in the future when both parties have poll watchers that are aggressive at the same polling place.

Mark Nutter

self special education teacher

Tomball, TX

I am opposed to SB1 this bill is a blatant attempt at voter suppression in the State of Texas. Texas voters are watching!

Carol Jenkinson

Self. Nurse

Montgomery, TX

Please help make our elections more secure & less open to cheating & fraud.

Adam Castillo

Retired educators and NW Democrats

San Antonio, TX

Please do not pass this bill, minorities and the poor are already underrepresented. A true Democratic society needs everyone to have a voice ,to have an opportunity. Born in the west side of S.A. , we currently have a smaller chance to succeed. We can't be like Mexico where so many have so little because of the powerful.

Amy Fields, Mrs.

Self - retired Social Worker/homemaker

Dallas, TX

As a Poll Watcher in Dallas County I observed the debacle that was mail in voting. I witnessed the elderly have to wait for hours to vote in person because they had been mailed a ballot without requesting one. This caused major delays in their ability to vote causing many to give up and leave. I also witnessed Election Judges treat the unused mail in ballots carelessly, piled on the floor and unspoiled. Even after repeated instructions to spoil the unused mail in ballots, judges refused to do so. This should never happen again! Election workers and judges need harsher penalties for disregarding election rules. We owe it to our citizens to have secure elections and WE The People demand it. The 2020 Election needs a full forensic audit because of the blatant mishandling of that election. Thank you, Amy Fields

Carol Peters, Ms

Self

Fort Worth, TX

I am a volunteer deputy registrar who sees firsthand the hurdles voters must navigate to reach the polls. Texas is already the most restrictive  state to vote in in the nation. The committee should focus on making access to the ballot easier and service to the state at the polls more attractive. Transparency in the counting and certification of elections is paramount.  Texas conducted a free and fair election with record turnout in 2020. That should be the goal of any bill voted out of committee. Instead, SB1 seeks to make mistakes by election officials felonies and creates barriers for those who vote through the mail, for the disabled and for the young.

Printed on: August 30, 2021 11:32 AM

And it makes hours and access inconvenient. Please rethink the language of this bill and especially the name. Election integrity is antithetical to the author's intent.

Andy Watts, Mr

Self

Houston, TX

This bill is a sham and is nothing more than voter suppression.

Joyce Moore

- Self - retired

Lubbock, TX

I am opposed to SB 1. The most recent election held could in no way be deemed to be fraudulent. This bill is NOT necessary to insure election integrity nor security. It will just make it more difficult for people like me (old, less mobile) to vote.

Joseph Locetta

Self

The Woodlands, TX

The Election 2020 experience has revealed overwhelming evidence of election fraud in many states including Texas. I fully support SB1 with confidence that it will make it easier for Texas citizens to vote while making it more difficult for anyone to cheat. SB1 is a huge step towards restoring confidence in the election process in Texas.
Sincerely, Joe Locetta

Marylynn Chance

Self

Dallas, TX

We know that there was no substantial evidence of any fraud in our last election. I request that the committee focus on solutions for all voters and restore the level of trust in Teas elections. Our current Election code has many safeguards and much transparency already in place. There is no need for any substantial reform at this time.

Nancy Wilson, Dr.

Self

San Marcos, TX

Our focus should be on enabling every registered voter's vote to be counted. Gerrymandering already cheats people out of fair representation, which should be seen as shameful by every legislator and stopped. And now to make further assaults on our democracy means we are going in the wrong direction. Think about how to make voting easier. Taking your cues from the narcissistic Trump who cares only about his ego is not going to go down well in history

Darlene Wuensche, Dr.

self, retired teacher

Austin, TX

I am a Longhorn, was born in Texas and have lived here most of my life. In college I majored in mathematics and government.

Printed on: August 30, 2021 11:32 AM

What I learned and know is that in a democracy you need MORE eligible people to vote than we do now, NOT LESS.   We should NOT be making it harder to vote.  Why can we not give water to people waiting in line to vote???  We want to reduce fraud as much as reasonably possible, but in the last election when we had a paper ballot to back up every machine vote, that was the most secure election we have ever had.  PLEASE don't make it harder for people to vote.  That's what a democracy is all about.

Janis Arterbury

Election Integrity, Bandera TX

Bandera, TX

I fully support the election integrity bill.

Linda Vaughan

Self retired

Galveston, TX

Stop this! It's a smokescreen to steal our voting rights. There is no voter fraud!

Carrie Schweitzer

Self

Dallas, TX

All Texan voters want to know that the voting location they visit to cast their vote is a safe environment, welcoming, professional, and free of intimidating or harassing behaviors.. To ensure these standards at all polling locations,  I believe poll watchers should receive required additional training and, similar to election worker, take an oath to maintain the integrity of the polling space. Additionally, there should be accountability measures for poll watchers who fail to comply with their pledge, such as being required to leave the polling location.

Karen Swenson, Dr

Self, physician

Austin, TX

Could we please make it easier for eligible voters to vote.  Provide access, and flexibility for voting.
I had a very difficult time getting adequate ID for my elderly Aunt and Mother when they moved to Texas.  Both born and raised in the United States.  They were requirements that had not been in force and to come up with all of the documentation was overwhelming.  The loss of their conservative votes was Texas's loss.

Carla VanZandt

Self teacher

Mart, TX

I have always been a republican until the last election. I do not support this bill and am disappointed that my party has chosen to go this direction.

Kathleen Jurgens

self; Adult Education advisor and instructor

Austin, TX

Printed on: August 30, 2021 11:32 AM

This is 2021.  Please allow Texans to embrace the 21st Century and the foundations of the U.S. Constitution and the Bill of Rights with freedom to register to vote and exercise that vote.  Then live by the vote.  The arrogant exercise of pretending there is voter fraud is wasting legislative time and energy.  Defeat SB 1.  There are many of us working to defeat lawmakers who cannot think beyond what cult leaders tell them to believe. Are you fearful of losing your seat?  Are you afraid to face the real issues of healthcare; education; inadequate power grids; disparate climate fluctuations; and what dangers are caused by lax gun laws? Why are you and your interests more important than a state full of individuals and our needs? We are a diverse state in a diverse country in a diverse world. Shun white supremacy and built-in racist practices. As a state, we have allowed our fellow man and woman to languish while you protect your self-interests.  That is what conservatism actually means--conserving your control--and ignoring "We the People."  I am white; a native Texan; a Christian, and I vote in every election. I fully support my Democratic state representative and my Democratic state senator.  I abhor what Republicans do to distort districts and policies to retain power. They are cowards when we need heroes. Defeat SB 1.  Defeat Republicans who do not represent the people who live in their districts.

Raul Reyes

Myself

Galveston, TX

I oppose this proposed legislation.  It is dangerous to all people who value our ability to vote.  This is nothing more than an attempt to suppress voter participation by people of color like me.   Vote no.

Sophie Asakura

Self

Houston, TX

This amendment is not based in factual accounts of fraud and will only serve to unconstitutionally suppress Texans' right to vote.

Jeanne Taylor

self

Temple, TX

We must have rules and regulations to ensure our elections are fair. Citizens must know that the most important part of governing this country, the vote, is honest, safe from fraud, and fair, only allowing citizens to vote. There is no reason that these measures should not be approved , enacted and enforced if all truly want fair elections. Please vote for Election Integrity. Our very freedom depends on it. Thank you!

Daniel Remick

self

AUSTIN, TX

We need to make sure that everyone has the opportunity to easily and safely vote. There is a greater danger of disenfranchising voters than voter fraud.

Steffanie Roulet

Self - office & open air administrator.

Pflugerville, TX

We need safe ways to vote during the Covid pandemic. Voter fraud is an exaggerated issue. More mail in balloting options need to be available. Putting road blocks in the way of voters is unconscionable.

Printed on: August 30, 2021 11:32 AM

Sara Dunsmore

Self

Houston, TX

Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections. Acknowledge the magnitude of existing Election Code safeguards and transparency.

Bob Comeaux, Mr.

Self    Retired

TX - San Antonio  78232-4948, TX

This legislation is totally unwarranted and based on a lie about widespread voter fraud.  SB 1 does not fix any broken system but instead makes it fundamentally more difficult for poorer, voters and people of color.  As an Anglo male senior citizen, I strongly oppose this discriminatory legislation.  Texas should be encouraging full participation in our democracy.

Karen Roelke, Ms.

El Paso Federation of Teachers SB

El Paso7, TX

Ensure the integrity of our elections.

Judi Hewett

self

Round Rock, TX

I have been involved in local elections for a number of years, from registering voters, clerking during voting and precinct judge for my party.  There is a tension that exists with each of these jobs...am I doing what is right and honoring each and every voter's right to vote.  I was not alone in my concern for the rights of citizens.  To make drastic changes and questioning the work ethic of myself and those around me is an insult to our service.  It is politically motivated.  It is another expression of hate, fear and prejudice.  It make me ashamed to be in a state and in a country that would so dishonor our constitutional right.

Sharon bra

Self

Dallas, TX

All citizens have a right to vote without the increased rules and/or stipulations on proving your identity, or not being able to vote by mail.

Karen Martin

Self - copywriter/copyeditor/proofreader

Fort Worth, TX

Texas sorely needs this bill to be passed to help prevent the fraud that's occurred in the past. We need leaders truly elected by the people of Texas, not by criminals who've used the current vulnerabilities in our voting system to cheat in elections. Please vote yes on Senate Bill 1.

Printed on: August 30, 2021 11:32 AM

Brenda McCoy

Self Retired US Army

AMARILLO, TX

Election integrity is your responsibility and integral to your position as my representative. I don't need you if you can't do your job.

Matthew Chew, Architect (Retired)

Self

Houston, TX

Please keep the voting rules as it was during the pandemic.  It is very convenient for old folks like us because of mail voting.  I think adding more restrictions (such as including ID / SS numbers) is very insecure.

Nicholas Randall

Concerned Texans as a Software Engineer

Houtson, TX

I have not been able to find a summary of this SB-1 anywhere online, and it is not in my interest to read the entire text as I am not a politician. Nor is it my interest to take what politicians say about the bill , from either side, on faith. However, I will express my opinion in clear language here. I have not been convinced that there is any voter fraud anywhere in the United States - as far as "paying people to vote" and the like goes. This is not to mention the real and tangible certainty of interference in the democratic process by Russian and other foreign powers fanning hatred online and inciting violence in riots in the U.S. . I think that everyday Americans make the best choice while voting based on the best information they have. I am in staunch support of any measure that would increase access to the polls.
At the moment, I am planning to emigrate within the next five years from the United States to a democracy better suited to take care of its citizens. Distasteful gestures to suppress minority voters appalls me and I want no part in this kind of system, although I am a white male myself. There are many like myself, but not everyone has time in their schedules to lodge their opinions as I have. Consider this a representation of moderates in urban areas of Texas.

Jerrie Champlin

self

Spring Branch, TX

As a Texas voter, occasional poll worker and Volunteer Deputy Registrar, I ask the Committee to consider that a government of the people, by the people and for the people should encourage all eligible citizens to vote in safe and accessible elections.  SB1 focuses on preventing election fraud that is not happening.  We experienced record turnout in 2020 during a pandemic and local elections officials responded by offering expanded options, hours and methods for safely casting a ballot.  Gov. Abbott, AG Paxton and many others have acknowledged that no significant voter fraud occurred because of these expanded options, yet SB1 prohibits our local officials from offering these safer options. Texans do not want state legislators to take over our local elections- let our local officials determine what works for our counties under already  existing laws and during the kind of public health crisis we are currently experiencing.
The provisions re: poll watchers are a special concern- we do not need more partisan poll watchers given more authority. As an independent, I have served as a poll worker for election judges from both the major political parties.  The judges and other workers have uniformly served voters in a nonpartisan manner and honored their oaths.  Allowing less trained poll watchers who do not take the same oath into the polling locations does nothing to to improve election integrity. All it does is increase the likelihood of voter intimidation.
Re: mail in ballot applications- why permit political parties to send unsolicited applications and prohibit county election officials from doing the same? I trust the actions and motivations of county officials to be more in the public interest than those of political parties.

Printed on: August 30, 2021 11:32 AM

The Covid public health crisis has increased the need to make registering and casting ballots more accessible and has shown it can be done without decreasing election integrity. Election officials from both parties and across the state agree that adding electronic voter registration to the current process would increase the accuracy and integrity of voter registration rolls while reducing costs and I urge you to add it to this omnibus bill.
I urge the committee to act to make our Texas elections safe and more accessible for all to make the promise of democracy real for us all.

Kenneth Williams

Texas Alliance for Retired Americans

Rowlett, TX

This bill is an attack on the right to vote for citizens of Texas. It includes a process that forces the county registrar to purge voters from the voting rolls because their names may be the same as persons on another list of persons who are excused from jury duty because they're non-citizens. This bill will tend to purge legitimate voters from the rolls simply because they have the same name as someone who is actually an immigrant non-citizen. This provision will result in thousands of legitimate voters being denied their right to vote. Many of these voters will not find out they have been purged until Election Day. This law also empowers poll watchers to intimidate voters. It does this by giving the poll watcher to get close enough to see and hear what is being done in the electoral process. It does not define any limits to how close the poll watcher can get to protect the privacy of the voter and to prevent intimidation. Some poll watchers will get too close to some voters, which will result in arguments, and even fights. The law will then punish the voter instead of the poll watcher. This is just legalized voter intimidation. The entire framing of this law is wrong because there was no significant voter fraud in the 2020 election. This law is fixing a non-existent problem, but is creating real problems for voters. It makes voting by mail more difficult. What is the justification for making it a crime to give someone an application to vote by mail? It outlaws drive through voting and twenty-four hour voting, even though there are no documented fraud problems connected to these forms of voting, but these forms of voting were favored by many African-Americans in the last election. This law is voter suppression. It violates the intent of the 15th Amendment to the U.S. Constitution. It is wrong. It should not pass.

Cynthia Korth Waring

self

Llano, TX

Dear Members,

The following is pertinent and requested:

I request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.
I acknowledge the magnitude of existing Election Code safeguards and transparency.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Printed on: August 30, 2021 11:32 AM

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

The last thing for you to know...I VOTE. SO DOES MY HUSBAND. We will closely monitor the actions by our representatives and actively campaign and fundraise accordingly.

Best,
Cynthia Waring

Annette Radvansky

Self

Spring, TX

Please vote for this bill. It is a common sense approach to ensure election integrity. Thank you for your service to Texas and Texans.

El. Williams, Ms

Self, retired

Spring, TX

I urge you to refuse to go forward with SB1, it limits
Availability of voting for all our citizens in Texas.
We need to make fair voting for all our citizens in Texas, and not restrict voting.

Debbie Perry

Self

Saginaw, TX

Opposed!!!

Kay CRAMER

Self

Port Neches, TX

I believe that the changes to our voting rights will make our elections correct and void of fraud. There are so much confusion and disagreement over the Election of 2020 that should be eliminated and corrected for future elections. It is my belief that with the corrections proposed for future elections the confusion and disagreement will be minimal, if not totally eradicated.

Sharon Tryon

Myself

2011 Black Champ Rd.Waxahachie, TX

I think this is the most important topic and critical for the Texas following the 2020 election. You have to know that you can trust your vote. After the last election when we were all watching it at 10 o'clock we saw one person winning for president and then Bam in the middle of the night hundreds of thousands of votes came through the show he wasn't we all knew something was wrong we felt it in our gut. All companies do audits on their products at least once a year. We should audit every election. Seems to me like all these electronics are making things worse and we need to go more to old-school pen and paper. Then let individuals from both parties count them old school. With cameras on them the whole time. Cameras on everything. Less chance of fraud and it's common sense. Then if someone does commit fraud they should go to jail.

Printed on: August 30, 2021 11:32 AM

Bethany Bishop

Self / Eductator

San Antonio, TX

I kindly request for revision of this bill so that elderly, disabled, and other populations of voters with limited options to access voting/polling will not be negatively impacted. On behalf of my parents who struggle to physically access voting sites due to age and health issues, on behalf of single parents with multiple jobs and childcare challenges, on behalf of others with disabilities and challenges please remember your constituents chose you to create ACCESS not OBSTACLES. Thank you :)

Sara Lyons, Ms.

Self

Houston, TX

This voting bill is un democratic and blatantly violates voting rights laws and the intentions of the voting rights act. Stop trying to silence Texans.

Marcus Johnson

Cy-Fair AFT

Houston, TX

This is nothing but another ploy by the GOP to suppress the votes of those who do not support them or their agenda.  The 2020 election was the most secure of the nation and the state…it has been proven time and time again; wrapping up this bill with other minor agendas will not make it look more noble or make it pass more quickly.  This bill must not pass, as there are no grounds for it to do so.  It needs to be on its own, and even then it still must not pass.

Meta Rousseau

Self

The Woodlands, TX

Total election reform must result in a tamper-free  trustworthy system, or NO election, not even at the most basic level - including our school boards - will be reliable. Without law and order we have no country!

Jeremy Dees

Self

HOUSTON, TX

Please do not pass this legislation.

Marva D LeBeau, Mrs.

self

Houston, TX

I believe the language of this bill is outrageous.  It will create problems are all who are handicapped, seniors, and persons who have difficulties because of illness or limitations.  In addition, the part about poll watchers will create confusion and disruption to the voting process in the polling place.  I listened to the testimonies during the regular session and the majority of the speakers were against it.  Why are you insisting on pushing it through?  We live in a country that is supposed to be based on WE THE

Printed on: August 30, 2021 11:32 AM

PEOPLE.  You suppose to work for the people. How can you sleep at night? What you do the least will come back to you?  This bill is voter suppression.  There are more pressing issues that need to addressed .

Robert Mossotti

Self, attorney

Sunset, TX

Dear Representatives,

Thank you very much for serving the people in Texas.

Although I am using a template comment for this submission, I agree with its reasoning, and so I write to you today to ask you to strengthen our election system for the following reasons.

This past year showed us that our system is at least questionable. While Senate Bill 1 and HB 26 are good efforts to reducing the risks, please allow me to make a few suggestions to these bills.

First and foremost, HB 26 only suggests an audit for 2020 and we need a bill that will allow us to do forensic audits and yearly audits to maintain transparency and evaluate possible types of fraud such as mail in ballot fraud, vote harvesting, ghost votes, and more. Please consider widening the scope of this bill to allow for a more thorough evaluation of our system often.

Transparency before the people of Texas builds trust in our communities and we all must feel confident in our voting systems. We have a problem in our larger counties where most of the polls are run by Democrats only. Please add an amendment to Senate Bill 1 to require all polling locations to have a representative from each party before a poll can be opened, punishable by fine or penalty.

We have to pay taxes each year so why not require individuals to update their voter registration each year to encourage clean voter rolls?

Wise County Conservatives, a local conservative group, advocates for a paper-ballot only voting system, and I agree with this. All software is subject to "hacks" and most counties in Texas do not have sufficient funds to even employ the appropriate personnel to detect sophisticated trickery by bad actors. Time has shown that as software gets more complex, it also becomes more subject to attack, and our elections must be protected at all costs. This means a physical audit trail that can be investigated by citizens, and not just by cyber-security specialists.

Election workers already work very long hours to man the polls and extending voting hours to 9 p.m. would encourage shift workers which would weaken the integrity of the polling day by having multiple workers come in throughout the day. One election judge to open and close the polls is preferred and in the best interest of Texas election integrity. Please keep the hours as they are.

All ballot printing companies should be approved by the Secretary of State and ballots need to be obtained before an election with extras to spare to avoid what happened in the next county to my own that allowed for 20,000 new ballots after the polls closed in our November 2020 election.

Thank you for showing up to serve the Texas people and for considering these ideas to strengthen our Texas voting system. We're relying on you to advance our platform, and we're now watching closely to see who does and who does not to inform our voting going forward.

Natasha Merklein

Self - Clinical Social Worker

Austin, TX

SB1 discourages voting and employs fear mongering tactics to reduce the diversity of voters in Texas.  Reducing the ways by

Printed on: August 30, 2021 11:32 AM

which voters can cast a vote has one outcome, decreasing participation in democracy for those who can't afford to wait in long lines or now, who don't want to be watched by partisan "observers. "  It is disappointing, as always, to see elected officials making it harder for people to vote.

Lisa Tate

Self/housewife

Houston, TX


Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Ann Stevenson, MS

Self retired

Grand Prairie, TX


I am writing in opposition to SB 1.  In the 2020 election I served as an election worker for the first time.  To prepare for that work, I had to complete an online course which took several hours and take an exam.  The requirements for voting in Texas are complex and have numerous provisions in place to avoid fraud, as well as give voters the benefit of the doubt when casting their ballot -- including the right to use a provisional ballot which only counts if the person can provide supporting evidence within a specified time.  However, the myriad of rules did require consultation with the election judge on several occasions -- just to be sure we were following correct procedure.  All election workers signed an oath to follow those rules.  There were also procedures to secure ballots, separating provisional ballots from the submitted ballots, numerous forms to be completed, locks to be applied and all records secured for delivery to the central voting office.  Although votes were cast electronically -- the paper back up is extensive.  When the polls closed, it took another 2-3 hours to secure all the records and machines and the election judge personally delivered those documents to the central voting office.
Serving as an election clerk was work I took seriously.  I signed up for the first time because I knew many of the election clerks were elderly and would likely be hesitant to serve during a pandemic.  This did happen -- we had no one over 70 serving as an election clerk at the polling site where I worked.
I strongly oppose allowing untrained partisan poll watchers coming into an election site to "oversee" what the election workers are doing.  Poll watchers are already allowed - but with more restricted access.  I fear these untrained poll watchers will cause disruption and arguments because they won't know what the law requires -- and they are likely to be highly partisan which gives me concern that they will intimidate voters as well as election workers.  Poll watchers must be objective and well-trained.
Despite the claims of "voter fraud", the results in Texas of the 2020 election were in line with nearly every other election -- there were just more people voting.  That is a good thing!     The legislature should be focused on making it easier to register to vote as well as to caste ballots.  Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. The legislature should consider changes that would address any "real problems" -- not implement some vigilante process for that responsibility.   The Texas COVID epidemic highlights the need for safer methods of voting more than ever.  We need the safer options of early voting, extended hours at polling places, and more options to return vote by mail ballots.  These are what Texans wants.  Don't let the Texas voters down!

Delwin Goss, Mr

retired

Austin, TX

I am very strongly opposed to this fake elction integrity bill. As a native Texan with 8 generations of roots in this great State I am deeply offended that some carpet baggers want to suddenly say we don't have election integrity. That our elections are somehow suddenly corrupted.

Barbarami Noblin

--None--

AUSTIN, TX

As you consider action on SB 1, I ask that you consider what is helpful in safeguarding the rights of all Texas voters.
We need more hours of early voting; not fewer.  Drive through voting and  voting by mail are helpful for older voters, such as myself, and for those with disabilities.  But with the Covid pandemic,  all voters would benefit from these remedies and want these.

I believe having poll watchers in the polling stations violates the sanctity of the voting place and is a partisan intrusion on my right to vote freely.  I oppose this provision of SB 1.

Include a complete cure process for applications for mail ballots and for the returned mail ballots.  No one's vote should be denied because of a simple error.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.
Thank you.
Barbara Noblin

Robert Sheaks, Mr.

Electro Plate Circuitry

Irving, TX

Since the repeal of the Voting Rights Act of 1965 by the Supreme Court, the usual suspects have been trying to take the country back to the bad old days of Jim Crow. Knock it off.

Jackalyn Rainosek, PHD

self

Houston, TX

•      Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.
•      Acknowledge the magnitude of existing Election Code safeguards and transparency.

James Suminski

AFTRA/SAG

HOUSTON, TX

There is NO VOTER FRAUD IN TEXAS except for a couple of republicans in North Texas who tried to vote for Trump twice! We don't need draconian voter suppression bill SB1 and those who propose it. We DO need all of our voters rights protected and this bill doesn't do that! As a Texas Senior I can't stand in long lines in the heat and that's what you want to force Seniors to do! Don't Mess With My Texas Voting Rights.

carolyn parket

self

Printed on: August 30, 2021 11:32 AM

our elections must be held to a high standard of integrity preventing fraud.

Donna Almanza

self

San Antonio, TX

I believe you should have to prove who you are.  It has been done for many years without a problem.

Wendy Lerner

SELF

Austin, TX

If you pass this bill. it will make it harder to vote by mail, when Texas already has some of the strictest VBM eligibility criteria in the country. It requires a mail voter to provide their driver's license number or last four digits of their social security number on their application and ballot and makes it more difficult to get an application.
Embolden partisan poll watchers by making it harder for poll watchers to be removed for egregious offenses, requiring election judges to accept a poll watcher (even if they were removed the day before) or be charged with a misdemeanor, and giving poll watchers the power to bring frivolous lawsuits if they don't get their way.How are the elderly in nursing homes supposed to vote?

Leroy Almanza

self

San Antonio, TX

I vote for identification in voting

Cleo Wadley

Self

Longview, TX

There is no data to support the need for this bill. Republicans know that the demographics are against them and they will eventually lose every election unless they discourage certain people from voting which tend to be people of color.

Theresa Keefe

self

Houston, TX

Voting should be in-person with a voter ID to insure more accurate voter identification and quicker election results. Only in specific circumstances should mail-in voting be allowed. Houston particularly has a transient population. I used to block walk and phone bank for candidates; the number of addresses and phone #s that no longer applied for a voter was noteworthy. Mail-in-ballots therefore should be by request only, if criteria is met. IN CONCLUSION, in-person voting for all abled-bodied people. Mail in voting should be for specific circumstances only, such as disability or overseas military service. Mail-in-ballots should be by request only. Texas has plenty of early voting days. Make sure early voting locations have top notch equipment and well-trained staff. As a voter, I do not want to have to wait days or even weeks for results.

Gina Fant-Simon

Self

Printed on: August 30, 2021 11:32 AM

Dripping Springs, TX

As a metaphor… if the neighborhood I've lived in for 25 years has no crime, does it make sense if my HOA uses our dues to hire 24/7 armed guards?

If voter fraud is not a problem in Texas (as proven countless times by state data) then why is my state legislature passing laws to protect elections that don't need protecting?

What is the real answer to that why?

Why would an HOA hire armed guards for a safe neighborhood? Wouldn't anyone logically question this unnecessarily expensive and authoritative decision?

If there was the unmistakable failure of our state power grid that cost many Texans their lives and livelihoods, why aren't we passing laws to modernize our infrastructure? Doesn't our electricity need protection much more than our elections?

Why does Texas insist on its own power grid? Are we stronger than other states? Absolutely not. If we have so much pride in our standalone power grid, then why aren't we creating a system that we can be truly proud of?

Instead of making this state safer and stronger and encouraging our fellow Texans to do their civic duty, our state legislature is doing the opposite?

I strongly oppose SB1 and ask our legislature to please address issues that benefit your constituents instead of yourselves.

Sophia Vassilakidis

self - customer service

Houston, TX


Being able to vote is one of our most fundamental rights as US citizens, and the state of Texas does a pretty poor job of ensuring that right already. We shouldn't back slide. My normal job is night shift for an airline, and it's hard enough to get to the store, the doctor, the bank, etc. Many working folks have even more difficult schedules. The not-furlough I took last year allowed me the time off to be an election clerk for early voting in a Houston polling location in the medical center. Of course medical personnel have some of the least accommodating schedules and appreciated the later and occasional overnight hours, but many of facility maintenance, drivers, etc, were able to finally get to vote without jumping through hoops as well. There is no reason to prohibit overnight voting when the polling machines are up and the poll workers are there and willing. Everything is already set up.

It is also pointless (unless you want to make it harder for working people and the disabled to vote) to impede drive through voting, which uses the same machines and process we use to serve disabled voters curbside. Especially now that systems are computerized, once you have the terminals and personnel trained, it makes no difference whether you have one person with one machine or 100 people with 100 machines. At the airport, we now have self-service check in kiosks, and passengers can even check in remotely, but that hasn't led to higher rates of "passenger fraud" or terrorists getting through TSA. Many of the disabled voters that came to curbside vote had multiple family members in the vehicle with them. We already get the signatures of those acting as voting assistants for the disabled, but having to register or waiver every grand-kid or in-law in the car will have a chilling or deterrent affect for many of our voters.

It's sad how 20th century our voter registration still is in this state. Multiple times, I had to disappoint doctors, nurses, or med students who were recent transplants to Texas who didn't realize that we didn't have same day voting registration like in their home states.

Prohibiting drive thru and 24 hour voting is stealing an exhausted overnight worker's ability to exercise their rights; tightening ID requirements so that med center janitors and cafeteria workers that take the bus and don't have a DL / social sec card may have to dig for utility bills or such and try again another day is bad enough, but making it so the elderly of them have extra hurdles to mail-in vote when they don't have picture ID is crap; and the fact that one of my republican co-clerks kept forgetting to take off her morning Election Monitor ID tag before her PM shift and freaked out several voters and other poll-watchers should tell you

how intimidating giving poll-watchers even more power and less scrutiny will be. We had to keep people from taking 'I voted' selfies by the booths for other voters' privacy, but poll-watchers can film?

NO to SB 1

Mary Olmstead

Self- Retired Texas public teacher

Austin, TX

I am a registered Texas voter who is against SB 1. Please don't pass this bill. Our 2020 presidential election was very secure and there is no need to tamper with the voting laws. Thank you,
Mary Olmstead

Sheri Reiter, Mrs

Self

El Paso, TX

In my 58 years living in Texas, I have never been as appalled by this bill. This is voter suppression no matter how you write it. You all should be ashamed for even bringing forward a bill like this.  It looks to me, that because you did not like the outcome of the presidential election, that you must squash all current election processes.  I am not a person of color and it is obvious to me.

Mary Olmstead

Self-Retired Texas public schoolteacher

Austin, TX

I am against SB 1. Our election integrity is fine the way it is and doesn't need tampering with. Please support the right of all Texans to vote.

Angela Morris

AFL/CIO Texas

Houston, TX

Despite the allegations of voter fraud, this has not been proven by any courts.   This bill is yet another attempt by the state of Texas to silence the non-republican vote.   If the party is strong, then these bills are not needed.  The truth of the matter is that the republican party is dying in Texas and the United States - so is an this attempt to shrink the votes , so republicans can prevail in the next election?

I applaud those who have taken actions against the bill  in the state of f Texas and these "United States"!

Richard Pickle

Self

Cypress Mill, TX

Nothing is more important to our country than truth in the conduct of elections. We ask that you vote for SB 1 and increase the integrity of the elections in Texas. Thank you.

Diane Mohler

Self

Printed on: August 30, 2021 11:32 AM

It annoys me heavily when my senior citizens did not receive their mail in ballots but someone else did complete and mail them in.  My friends in nursing homes have their ballots sent in because some Democrat picked them up in a mailroom and completed them and mailed them in.  I personally received 6 mail in ballots and DID NOT ASK FOR ANY OF THEM.  I am a Registrar in Harris County and I understand only Democrats are going to work the polls as Judges.  THIS IS NOT INTEGRITY.  SB1 MUST BE PASSED!

Carol Burton, Mrs.

Self (Retired Teacher/Librarian)

Nacogdoches, TX

As a constituent, I strongly oppose SB 1. I believe every adult citizen has the right to vote and have their voice heard in a democracy.

Kathryn Pokladnik

Self retired

Irving, TX

I am against this bill

Laura Hanes

Self

Conroe, TX

I strongly oppose SB1. According to top election officials from both parties the 2020 election was the most secure in history. Secretaries of State from all over the country ran amazing elections during a pandemic and handled unprecedented numbers of mail in ballots and record overall turnout. They should be praised and rewarded instead they have been made to disprove over and over again claims of widespread fraud.
The unfounded implications of fraud in SB1 are deeply disrespectful to the hard work of election officials at all levels of Texas government and will only make voting even harder for people for whom it is already hard.

I oppose SB1

Martha Altier, Ms.

Myself

Houston,, TX

Vote for SB 1 we must make sure it is easy to vote and impossible to cheat! No one can be allowed to vote without proper identification. They have to have identification for many other activities in Texas, it should be especially necessary when voting.

Pat Timm, Ms

Self retired teacher

Austin, TX

I oppose SB1. Vote no on this bill.

Jeanne Schulze

Printed on: August 30, 2021 11:32 AM

Self

Flower Mound, TX

As a Texas resident for over 30 years, I am saddened and dismayed at the lengths the Governor and certain members of the legislature are willing to go to disenfranchise the electorate. It brings shame to Texas and it's citizenry.

There was no fraud.  There purpose of this legislation is solely to make it harder for certain people to vote. The real frauds are the politicians that have to resort to voter suppression because they can't win any other way.

I urge all members of the legislature to vote no on this bill.  Please restore my faith in our democracy and prove those elected to represent their constituents have even an inkling of morality and integrity.

Thank you for your consideration.

Patrick Burton

Self employed graphic designer

Nacogdoches, TX

I strongly oppose this bill and lie that Texas elections are somehow fraudulent.  The bill itself is a blatant attempt at election fraud.

Andrew Wagner-Wilkins

self physical therapist

Highland Village, TX

I have been very disturbed over the last few years as former President Trump repeated lies over and over again about improper voting and the election being stolen. Millions of people believe these lies, but there is not objective evidence of substantial election fraud. His attorney general Barr and head of election security verified that the election was free and fair. This has significantly undermined public confidence in our democracy. This is dangerous. Instead of being strong leaders and calling out these lies, elected GOP officials in Texas are trying to pass unnecessary voting restrictions in our state which already is at the top of this list for voting restrictions. The underlying purpose is to make it easier for the GOP to win elections - this is wrong to do! Please do not pass SB1 it is bad for democracy! I strongly urge you to pass laws that make it easier to vote, especially for underrepresented Texas residents.

Joan Pask

self/retired

Richardso, TX

The possibility of fraud is very low in the case of most election in this state and should NOT be overemphasized when combating such unlikely fraud ten to greatly  suppresshe vote itself.

Maureen Riebel, Mrs

Riebel family of Boerne TX

Boerne, TX

I have lived and worked in the USA all of my life.
We need to have election integrity- for without it- we have nothing. Our vote needs to count- so our voices can be heard. My relatives came to this country as immigrants- worked hard-to improve their lives for themselves and their children. We need to save America- by having integrity in our voting.

Printed on: August 30, 2021 11:32 AM

Pamela Turlak

self employed realtor

Austin, TX

The ability to vote is a constitutional right.  Your job is to listen to the people of Texas.  We want to make this responsibility easier for all Texans.  If I can bank online or in a drive up window, then I should be able to vote that way, too.  My bank account is safe that way and so is my vote.  Voting by mail or online allows the voter to research the candidates and issues and consult their notes.  Members of the Legislature are supposed to have honesty and integrity.  Act like it.  Put the people first.

Glyn Bailey, Dr

Self

Seabrook, TX

Leave voting as is.  No change

Mary Wood

Self

Georgetown, TX

I do not support any of these horrible bills. As a senior, I strongly feel that you are making voting much more difficult for other seniors and actually suppressing many other Texas's their right and desire to vote. You know full well that there hasn't been any cheating.
I an also extremely angry and upset that you would want to allow someone else invalidate how I vote if they don't agree with my voting decision.
In case you've forgotten, this is America, not Russia or some other third world or authoritarian government.

Marion Friedman

None

Houston, TX

I oppose SB 1 in its current form.  It will make it harder for an older voter like me to vote safely.  Instead, I urge to you to redirect SB 1 to protect safe voting options that will provide voting access to all Texans registered to vote.  This is key to maintaining faith in our elections and democracy.  The current election code already provides reasonable safeguards and transparency.  Safe voting options that make it easy for elderly, working and disabled Texans to vote should be protected, not limited.

I am in my 60s, and at the time of the 2020 election was just recovering from surgery related to cancer.  Considering my age and health , I was afraid to enter my usual polling place because of the risk of contracting Covid.  Thankfully, as a resident of Harris County, I was able to access drive-thru early voting.  It meant so much to me to be able to cast my vote safely.  The poll worker at the drive-thru voting location was extremely conscientious and verified my identify and voter registration, just the same as at any standard polling place.  Yet my vote was almost thrown out, along with all the votes of those who sought safe drive-thru voting in Harris County.  Fortunately, the effort to toss our votes failed.

I've never missed an election and was terribly upset that my vote might not count.  SB 1 should be revised to explicitly protect a variety of safe voting methods and make sure future voters never face that type of distress.  With the Delta strain of Covid now raging in Texas, the need for safe methods to vote is just as urgent as it was last year.  Vulnerable Texas voters like me should not need to risk our health to cast our ballots.  Early voting, drive-thru voting, polling places with extended hours and more options for mail-in voting are all reasonable ways for registered Texas voters to cast their ballots.

I've been registered to vote in Texas and have cast my ballot here from the day I was first old enough to vote.  Please make sure I can vote safely and have my vote count through all my remaining years.

Printed on: August 30, 2021 11:32 AM

Thank you.

Marion Friedman

Steven W. Riebel

None

Boerne, TX

One of the key under pinnings of a democracy is knowing that your vote counted and was not taken away by fraud or election malfeasance. If you can not count on a fair election where all legal votes count and are not overridden by fraudulent votes, then we will go the way of third world countries. And the legal voters will lose interest. Do not let this happen.

Kim Hansen

Self

Austin, TX

Election fraud is rare and nothing but a desperate move by the GOP to prevent the results that democracy would bring…the end of their party.

Sean Mendoza

Self. Law Enforcement

SAGINAW, TX

I strongly oppose this or any other bill that restricts voting. There is little to no fraudulent voting in this state. Many audits and investigations have proven that, yet this state government still insists and intends to limit its citizens access to the polls.

David Turrentine

Self

Tool, TX

Texas already has the strictest election laws in the nation and ALL cases of fraud that have been discovered involve the Republican Party

Linda Byrd

self, retired

Garland, TX

Current election laws are inadequate to assure free, fair and transparent elections. Election integrity measures in SB1 need to be strengthened with the following measures. Yearly voter renewal and refreshment of voter rolls should be required. Mail in ballots should be restricted to military personnel stationed away, or illness/disability/extended traveling of individuals according to stringent rules. In person voting is to be the preferred and normative method of voting. Independent, 3rd party forensic election audits should be performed routinely and at the request of any office candidate or elected officer. Any position won by less than 1% margin must automatically trigger a forensic audit. A forensic audit is not a recount of ballots, rather it includes examination of eligibility of each vote cast, the accuracy of ballot tabulation, and audits compliance with election laws. Risk auditing that samples a small % of ballots should be eliminated. Voter ID of every voter must be verified without exception. Paper ballots are preferred to electronic ballots. All voting systems and ballots must be manufactured by United States companies. Ballot printing companies must be approved by the Secretary of State prior to each election. Each ballot  must contain a unique identifier such as a serial number or QR code, as well as some type of manufacturer-applied watermark to avoid counterfeit ballots or copies.

Printed on: August 30, 2021 11:32 AM

Polling locations must be staffed with representatives and judges from both political parties, or must cease operation until they are properly staffed. Election Day will end no later than 7pm to allow for a single shift of polling place leadership and assurance of consistency of leadership. Vote tabulation will be observed at all times by representatives of both parties, and will be recorded and live-streamed to the public for maximum transparency. No ballot tabulation should be allowed without the direct observation of representatives of both political parties. Crimes of election fraud should be penalized as felony offenses. Electioneering should be a punishable offense. Thank you for considering these amendments to fortify election integrity, reduce opportunities for fraud, and to intensify the penalties for all violations.

sandra kuehl

--select an item--self - retired

HOUSTON, TX

This bill is wrong in so many ways - let's focus on poll watchers - as a 30+ year poll worker, allowing poll watchers (without proper training and you know damn well your so called training is BS) full access to get in the face of workers and voters is wrong and to make poll workers liable if those watchers cry "foul" is going to drive many poll workers who have been working diligently for years like myself to no longer serve the public...there is basically NO fraud in the Texas system except in cases where the ruling party removes legitimate voters from the polls - And the fact that this bill attacks great initiatives done in urban counties (i.e. drive up voting in a pandemic, 1-2 days with round the clock voting for those who work multiple jobs) is pathetic...This bill creates problems and doesn't solve them... All SB 1 does is discriminate against the majority in a majority minority state.  SHAME ON YOU and all of the GOP FASCISTS

John Schedcik, Mr.

Wise County Conservatives

Decatur, TX

WE NEED ELECTION INTEGRITY!

Kathleen Hackett

self, retired

Austin, TX

I feel that our current election safeguards are good and prevent fraud.  I feel that many of the provisions in this bill are 'solutions looking for a problem'.  While I believe in being proactive, I do think we should encourage people to vote so that all of the people who reside in our state are equally represented.  Some of the items in this bill make it harder for people to do their civic duty without making our elections results any cleaner.  There were many investigations in the 2020 election and the amount of fraud was tiny.
Thank you for your consideration.

Margaret Megee

Self

Kerrville, TX

please pass SB1

Carol Krenzke

self -- retired

Manvel, TX

1/ The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of
Printed on: August 30, 2021 11:32 AM

expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what most Texans want.

2/ When I was an election worker, I had to have training and sign an oath.  Poll watchers should receive required additional training and sign an oath as well.

3/ This measure should include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action should add a way to let voters know there is a need for a cure as well as clear instructions for curing their incomplete ballot or application. The process should be uniform  - and reasonable - in all counties. Curing a ballot should not be optional in any county - it should be required.

Elba Wilson

myself

Round Rock, TX

I am strongly opposed to SB 1. It is clearly a voter suppression bill intended to prevent certain types of Texans from voting. Supporters claim SB 1 is necessary based on fraudulent claims that our elections have been filled with fraud. There is zero valid evidence to support those claims.

As a lifelong Texan, let me remind you: Texans are Americans, and Americans have a right to vote. Making false claims about non-existent fraud in order to break an election system that worked exceptionally well last time around is simply wrong. SB1 blatantly promotes cheating to retain political power by making it harder for selected types of voters to vote. Do the right thing: shut down SB 1.

Melinda Green

Houston, TX

The increasing Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need safer options of expanded early voting, extended hours at polling places, more options to return vote by mail ballots, more polling places and electronic voter registration.  I would hope that our representatives would be concerned with allowing more registered Texans the opportunity to vote.  I do not believe that voter fraud is a significant issue in Texas.  Texas is a great state and we all should have unencumbered access for registered voters.  Thank you.

Patsy Boatright

Self

Maryneal, TX

I support this bill. It DOES NOT make it harder for ELIGIBLE VOTERS to vote. And I want this bill made into law in its CURRENT form.  DO NOT compromise with the democrats or republicans that want to weaken this bill. We have seen where compromise gets us and that is no where.

Mimi Lawrence

self, physicist

Austin, TX

As you all know, there is NO SIGNIFICANT VOTER FRAUD in Texas. SB1 is a voter SUPPRESSION bill, particularly in its vote-by-mail provisions. It targets elderly, recently-registered and non-white voters by prohibiting county clerks from proactively sending voters an application to vote-by-mail, requiring voters to provide written documentation from the Social Security Admin,

US Department of Veterans Affairs, or a licensed physician that they have a disability preventing them from voting in-person, and enables county clerks to more easily throw out a mail-in ballot by only comparing the ballot signature with one other signature from the voter (rather than two in current statute). I'm sure my signature has changed over time! SB1 also prohibits polls from opening outside the hours of 7 am to 7 pm, limiting poll access unnecessarily.  Don't you all believe in democracy?  Then act like it, and kill this bad Senate bill!

Jose Lopez

Retired Teacher

Laredo, TX

i select this bill because it ahires to the Constitution

Stephanie Coates

self - program director

Houston, TX

This bill will in effect suppress voting by people of color and limit access for those with disabilities. There is no evidence that voter fraud occurs on a widespread scale. The Texas Secretary of State has said that he is not aware of evidence of fraud tied to initiatives like late-night, 24-hour voting, or drive-through voting. This bill should not pass. God forbid the COVID-19 pandemic still be ongoing in 2022, but if it is, or something like it happens in the future, we will want all of the options available to us. I'm a law-abiding citizen. I should have the freedom to choose how and when I vote.

Deborah Kelley

Self, Austin Public Library administrative assistant

Cedar Park, TX

I oppose SB1 because it takes voting rights away from people. This is unnecessary legislation. STOP wasting time trying to steal the vote and take up important business like protecting people, particularly the young who have no vaccine yet available and improvements in the education system.

Jeffrey Johnson

Self Senior Product Manager

ALLEN, TX

Though I doubt anyone actually listens to constituents, since you rely on gerrymandering and the "base" voting, if you truly cared what those that actually live in the state and the specific district you're in, you'd listen  to us and actually work on laws and changes that could help us. Lowering property taxes, fixing our roads, stop the proliferation of toll roads, and ensuring our power grid is stable. Instead, you bring up bills like this that don't truly help but rather impede the ability of your constituents to participate in the democratic process. What reason made this so important now? What widespread fraud was there, and how do any of these bills actually help your perceived faults with the process in Texas? Sadly it's just the GOP making excuses and wasting time when you could be tangibly helping us. It's disappointing, and though I likely voted for you last election, no more.

Laura Cottam Sajbel, Prof.

Self

Austin, TX

As proposed, this bill is doing more harm than good. Please encourage the committee to focus on solutions for all voters and help restore the level of trust in Texas elections.  We see that suppressing mail-in ballots and drop boxes impacts voters with disabilities and makes it more difficult for their voices to be heard. In addition, we are concerned that many of the stipulations

Printed on: August 30, 2021 11:32 AM

target particular communities, especially economically disadvantaged communities and communities of color.

As is, we have plenty of existing safeguards in the Election Code to secure elections and offer transparency.  SB 1, so far, has proven to be a bill disenfranchising certain citizens and we hope those  types of stipulations will be removed from consideration.

Frank Wissler, Mr.

self, maintenance tech

Spring Branch, TX

If you cannot show any instances of fraud then this bill can only mean you are attempting to suppress the votes of citizens who don't vote for Republicans. Texas has lots of pressing issues (the inability of our power grid to withstand heat or cold is a big one) and this bill surely does not qualify as one. It is a purely partisan attempt by Republicans to tilt the vote in their favor. This isn't just an anti-democracy move, it's highly un-American. If you can't appeal to enough voters through policy and performance then you deserve to be tossed out of office. Stop trying to emulate Trump. Those who refuse to protect and defend the Constitution because they can't win a fair election are traitors. Texas is already pretty red, what exactly are you afraid of?

Lincoln Achilli

Self

Dallas, TX

It is absolutely crucial in my opinion, given the mistrust of and lack of faith in the election processes after the November 3, 2020 general election that a full forensic audit / investigation of the ballots, ballot images, adjudication logs, system logs, access logs, voting machinery, all related software, manuals, tabulation equipment, administrative processes and procedures and where available, sworn witness statements relating to that election be conducted with a final report to be delivered to the legislature upon completion.  The findings of this audit will be prescriptive for any shortcomings or gaps in any corrections already written into the legislation and be effective prior to the 2022 primary elections.  Provisions should be included so that for all elections determined by less than 1% be audited in future elections, as well as provisions that candidates and their campaigns have standing in post-election contests where traditional evidentiary standards are met. It is my opinion that these additional provisions will help assure that the processes that record the voice of the people in the form of their votes remain as open, clear, and transparent as possible.

Angela Walters

Self clerk

Beaumont, TX

I am against changes to voting rights that create barriers making it difficult for senior citizens, minorities, poor and those with disabilities full access to vote

Denise Gardner, Ms

Self. Retired Teacher

Spring, TX

I totally support SB1 and believe it's passage will help sustain my voting integrity rights as well as the rights of all other Texans. This piece of legislation needs to be part of the great state of Texas. Please act accordingly and pass SB1 for the well-being and integrity of this state and nation! Thank you.

catherine bremer

AFL CIO

Blanco, TX

Printed on: August 30, 2021 11:32 AM

I oppose SB 1 ANY any other bills which make voting difficult for people. There is no significant reason for these changes in voting. The idea of fraud in our elections is a lie!

Catherine bremer

league of women voters

Blanco, TX

I oppose SB 1 and any other bills designed to make voting harder.

I Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.
.


 IThere is already a  magnitude of existing Election Code safeguards and transparency.

Lori Stockstiel

Retired

Fair Oaks Ranch, TX

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

alan friedman, Prof.

Self.  Professor

AUSTIN, TX

You should be in the business of protecting and expanding voting rights, not denying and subverting them.

Jeremey DePaolo, Captain

self

Friendswood, TX

Please do NOTt vote for this bill.  It will prevent many people from voting.  It is blatant voter suppression.   It is amoral.

Jumping on the voter suppression band wagon will bring about a blue TX  even faster.  People are beginning to understand that the Republican Party has nothing to offer that American people want.   Just rrational fear of brown people ,  gerrymandering,  and

Printed on: August 30, 2021 11:32 AM

voter suppression.  This bill takes the shade off GOP racism and shows the world how ignorant and backwards Texans can really be.  Especially the "Comfortable" class who can afford to serve in the legislature.

Kind Regards,

Jeremey DePaolo

Dana Krasinski

self/teacher

Southlake, TX

Senate Bill 1 is a really good start to strengthening our elections here in Texas!  As a concerned voting Tarrant County citizen, I ask the Elections Committee to pass this bill out of the committee.  I do believe this bill needs to be fortified.  Yearly voter renewal should be required to keep voter rolls current.  Mail-in ballots should exist only for those traveling or residing out of the country for an approved reason (other reasons should not encourage fraud!)  Yearly audits should be done to ensure the highest transparency and to enhance voter confidence.

Paper ballots should be brought back and all electronic data collectors and pool books should be eliminated.  Election machines run on election software and guess who are the only people that truly know what the election software is doing?  The computer programmers that wrote the software.  There is no transparency in election software.  The only people who know the inner workings of the election software are the people who wrote it.

Forensic audits should be done for any candidate or elected official making the request.  If an election is won by less than 1%, then an audit should be ordered!  If election machines are used, none should be connected via a wireless connection to the internet for any reason.  Identification must be presented for every voter with NO exceptions.  Every single voter in our great state of Texas can obtain a Voter ID.  And if there is a hardship in obtaining one, a voter can request a home visit by the state of Texas to obtain a Voter ID.

All ballot-printing companies should be approved by the Secretary of State ahead of each election.  All voting systems (EMS software and tabulators) MUST be manufactured in the United States of America.  No exceptions.  Each ballot should have a unique identifier like a watermark, pre-printed serial number, or a QR code that the voter can then have to trace their ballot.  This would prevent ballot copying and also provide transparency for a voter to ensure their vote got counted.

Local polling places must operate with representation from both parties.  And an election judge from both parties must be present.  Election administrators and the Commissioners Court should be more accountable to the people regarding elections.

Voting hours should not extend after 7 pm each day since more than one shift of workers would be needed and the current seamless group of election workers for each polling place will be duplicated, opening more opportunity for an inconsistent election where one judge is not responsible for the whole day.

Crimes for election fraud must be increased from misdemeanors to felonies.  And electioneering must be a punishable violation. Thank you for considering my comments.  Election integrity is so very important to the freedom-loving people in the great state of Texas.  Please do pass this bill out of the committee.

ALLAN TALLANT

SELF ANG PRECINCT 1011

Denton, TX

WE CANNOT LET THIS ONE PASS AS IT WILL DESTROY OUR RIGHTS TO A FREE ELECTION!

Michael McPhail, Mr.

Self mortgage banking

Irving, TX

Please stop this train wreck.

Jennifer Hardy

Printed on: August 30, 2021 11:32 AM

Self

Addison, TX

I strongly oppose this bill.  It is about suppressing votes and republicans stealing elections.  This will hurt Texas businesses by making the state which is already the hardest to vote in, even worse.  Talent will not come to this state. Businesses will suffer.  We need to make it easier for democracy to work in our state.  This bill is a shameful travesty. I am ashamed to be a Texan.

Randy Reeves

Self

Tyler, TX

I fully support the bill. I can't believe it was not already law. Common sense tells you it should be law.

Robert Henes, Mr

My Self

Katy, TX

First and Foremost, I support the the following common-sense reforms:
1. Adds voter identification to vote by mail, making it consistent with in-person voting
2. Strengthens prohibitions against paid vote harvesting
3. Protects poll watcher access to see and hear the process, improving transparency
4. Prohibits public officials from distributing unrequested vote-by-mail applications
5. Conducts regular maintenance to verify the accuracy of voter registration lists

Additionally, earlier this year, my wife and I received voting information from Isabela Longoria, Harris County Elections Administrator, which contained the anacronym V.O.T.E., which stood for Voting & Registration - Outreach and Civic Education - Technology & Security - EQUITY & Access.  The word EQUITY comes from Critical Race Theory (Equity - Diversity - Inclusiveness), and EQUITY DOES NOT MEAN EQUALITY.  These three words, and others, as defined in Critical Race Theory DO NOT MEAN what most people think about when they hear them.  Critical Race Theory is a racist, Marxist, anti-American construct and none of it belongs anywhere near or on literature connected to voting.
This same literature had statements and wording which seemed to push voting by mail, instead of voting in person ("VOTING BY MAIL IS A SECURE WAY TO VOTE, AND IT IS ALSO THE SAFEST AND MOST CONVENIENT WAY TO VOTE").  There was other language on this literature, which, while not specifically improper, when taken together, in my opinion, made it clear that Harris County would prefer voting by mail, rather than in person voting.
Please do not misunderstand me, all of our Citizens need to know all of the methods available to them for casting their vote, when and where to vote, when and how to vote by mail and any other information needed to cast their vote.  But this information needs to be presented in a clear factual manner with no bias toward mail-in voting.  In person voting is the best method for most (not all) people to cast their vote.
There should never be ANY Critical Race Theory wording or Anti-American wording on voting literature put out by any level of State or Local Government or Government Agency.
I did fax copies of this literature my Texas State Representative, Mike Schofield, and my Texas State Senator, Joan Huffman, on April 13, 2021, as well as calling their offices.
Election Integrity is one of the most important issues of our time.
Thank you.
Robert M. Henes

Julie Strother

Self

Cypress, TX

The committee focus on solutions for all voters and help restore the level of trust in Texas elections.

Printed on: August 30, 2021 11:32 AM

I acknowledge the magnitude of existing Election Code safeguards and transparency.
The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.  This is what I want as a Texan.

I have become disabled just over a year ago.  I have been having medical issues for the past couple of years.  I live in Harris County, Texas.  The County requested approval for drive thru voting from the Secretary of State and received it.  My husband and I voted at a drive thru voting location.  State issued ID's were checked.  Strict rules were followed.  The poll volunteers watched carefully for irregularities. When I found out that a partisan hooligan was suing to have drive thru votes disqualified, I was very upset.  I wanted my vote to count.  I had gone out of my way to vote.  Due to my disability,it was the best way for me to vote.  To remove that option will disenfranchise me, and others like me who have mobility issues.  Banning it would be wrong and a disservice to voters.

Also to be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Due to budget constraints from covid, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

In short, voters must be protected from anything that will hinder their access to the polls, such as less mail in voting, banning drive thru voting, reducing ballots drop boxes, shortening pre election day voting, making voters submit a photocopy of their ID for mail in voting, etc.

Thank you for your consideration in this urgent  matter.

Sarah Hays

Self -- retored

Lubbock, TX


Passing this bill, which will further exacerbate the restrictions on voters and voting in Texas, is a disservice to your Constituents -- regardless of party. This bill will make Texas elections a laughingstock. This bill is not and never has been based on any factual, provable problem; it is a reaction to the 2020 national election results and the lack of intestinal fortitude of the Texas Republican party to tell the sore loser, Donald John Trump, "you lost. go home." Instead the GOP majority is pandering to the worst possible elements of "policy" in the name of stopping "voter fraud." Point of fact: the 2020 election in Texas was the cleanest and most secure in the state's post-Civil War history.

Instead of standing up for Texans who voted -- many of whom voted for the very GOP legislators now intent on stripping the franchise from working-class, elderly, student, black, Hispanic, female, disabled, and others they perceive as likely to vote for Democrats  -- the Texas legislature is refusing to uphold the oaths the members took to the Texas constitution and the expectations, needs and rights of the voters of Texas.

Wendy McRoberts

Self

Danbury, TX


MORE ELIGIBLE voters were able to vote in Texas using the additional options used in 2020 and regularly available to voters in other states. Voting was easier for ELIGIBLE VOTERS, so they VOTED. Ken Paxton spent 22,000 man hours searching for voter fraud. He found 26 cases of incorrect addresses on ELIGIBLE VOTERS. No votes from INELIGIBLE people were found. The new bill is intended to strip options that produced MORE ELIGIBLE VOTERS and no FRAUD from INELIGIBLE VOTERS. VOTER ID REQUIREMENTS DO NOT CHANGE IN THIS BILL

Why doesn't Texas want more ELIGIBLE VOTERS to participate? Isn't that the goal? Every eligible citizen votes?

Printed on: August 30, 2021 11:32 AM

The Rev Dr Edward Kern, Rev. Dr.

Self/ Lutheran Minister

San Antonio, TX

I request the committee focus on solutions for all voters and help restore the level of trust in Texas elections. I acknowledge the magnitude of existing Election Code safeguards and transparency. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want and need. To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. Please include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional. Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. Thank you for your consideration of these comments.

Brandi Dawson

Self

Richardson, TX

The existing Election Code already has a magnitude of safeguards and transparency for voting, therefore; my desire is for this committee to focus on additional solutions that allow ALL Texans to feel the system can be trusted. I also believe that if we are going to allow poll watchers they do need to receive required training and must acknowledge the integrity of the polling space by executing an oath similar to election workers. Furthermore, as a result of the COVID epidemic we now see the need for safer methods for voting. This should include expanded early voting, extended hours at polling places, a well executed plan that includes more methods for mail in ballots. Lastly, this committee should refine solutions in SB1 for those Texans who have disabilities including but not limited to sight impairment so they have methods to securely and privately vote.

Florence Tissot

self

Corpus Christi, TX

Any election voting regulations should  focus on solutions for all voters and their need. It should also take into consideration the magnitude of existing Election Code safeguards and transparency.  There is very little need to add to the existing body of regulations and anything added should strive to make it easier not harder for people to vote.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever to protect both the voters and the polls workers. We need to preserve or expand early voting, extend hours at polling places, and provide easier and better options to return vote by mail ballots. Public opinions polls have clearly shown that's what Texans want.

In addition, I believe poll watchers should be required to receive appropriate training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Voters should be alerted if their vote is about to be discarded and should be given an opportunity to rectify mistakes and ensure that their vote is counted. That process should be made uniform and enforced in all Texas counties.

Finally, people should be allowed to register electronically. this would not only
increase the accuracy and integrity of the voter registration rolls, but also reduce costs.

Thuy Nguyen
Printed on: August 30, 2021 11:32 AM

self nail technician

Dallas, TX

Our great state of Texas needs election transparency and integrity.
There is no " voter suppression "
This election bill requires a Texas state- issued Public ID to vote and that is the very least that can and should be done

Jonie McBee, Commander

self

Roanoke, TX

I request that the committee focus on solutions for all voters and help restore the level of trust in Texas elections.  I understand the magnitude of existing Election Code safeguards and transparency.  The Texas COVID epidemic highlights the need for safer methods of voting more than ever.  We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots.  These are what Texans want.  I believe that poll watchers, to be effective, should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.  Also, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. Thank you for your consideration.

George Cornelius, Mr

Self

Galveston, TX

Vote no on SB 1. It is a useless bill and an attack on voting rights

Charles Clemons, Mr

Self/disabled

Spring, TX

Yes to this bill. I'm a 100% disabled Army Veteran. My family has served this country for 6 generations, the Demoncrats ate in a full court press trying to destroy this country.
    Impeach Bitem.

Brenda Wilkins

brenwilkins@gmail.com

Amarillo, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.


    To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.


    Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as

Printed on: August 30, 2021 11:32 AM

well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Chris Sawicki

self

Round Rock, TX

We need election integrity, and a process we can all trust. It is not racist or voter suppression to expect free, fair, secure, transparent elections. Pass SB1.

Diane Webb, Ms.

Self

Grand Prairie, TX

Election integrity is a must therefore all voters must submit their ID

Debra Damman

Self

Austin, TX

Voter Integrity: Dear House members, I want strong voter laws to protect our voices in our country. We are under assault in many ways these days and we cannot lose the right to vote in this country. I want only legal US citizens to be able to vote. I want voter ID. This is not a hardship, it is something easily accessible and used by all people in their everyday life. I do not support mail in voting unless it's use is very limited and controlled with proper ID and validation. I do not support the use of any computer connected to the internet. I do support paper ballots and having a strong audit trail. You were elected to serve. Your oath included protecting our US constitution and the Texas constitution.  You are now being asked to perform those duties without partisan and political biases. The only thing to focus on is what is fair, right, and constitutional to protect the Texan voters.

Barbara Baruch

self

San Antonio Tx, TX

I am 77.  I could easily die of covid.  This  Texas COVID epidemic, enhanced by the prohibition of mask mandates in schools which endanger our children,  highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots.  Please act responsibly to allow us to protect voters.

To be effective, I believe poll watchers should receive required additional training (similar to poll workers' education)  and should acknowledge the integrity of the polling space by taking an oath similar to that required of all election workers.

Debra Rydberg

Self

Printed on: August 30, 2021 11:32 AM

- Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.
- Acknowledge the magnitude of existing Election Code safeguards and transparency.

Tom Holman

Self

AUSTIN, TX


We must also have a process in place that permits our Voting Laws to be monitored, validated, verified and audited. The process must be capable of being replicated. The process must be independently monitored, validated, verified and audited. Audit trails are essential. They are used to ensure the integrity of records. All audit trails must be: Available, Archived, Traceable, Contemporaneous - Each entry must be time stamped using a controlled clock system which cannot be changed. It must be Safe & Secure.

Air gapped systems are not connected to the network. Our election system/processes are not air gapped.

Texas must stop paid ballot harvesting. Texas must stop Voter Assistance Fraud. Texas must insure accountability in the Polls. Texas must prevent Voter intimidation. SB1 is a step in insuring Texas their votes count.

Kellie Spellman Davis

Self

Friendswood, TX


Please do not pass this bill. It is unnecessary and over reaches on limiting people's right to vote.

Please let our government be strong by giving as many people as possible the ability to cast their vote so that all are represented in our government.

Kathy Green

AARP

AUSTIN, TX


AARP is a nonpartisan, nonprofit organization, with a membership that fights for issues that matter most to families, such as voting rights, healthcare, income security, retirement planning, and protection from financial abuse. AARP strives to address the needs and interests of people 50-plus, and through legal and legislative advocacy, to preserve the means to enforce their rights. AARP has 38 million members nationwide and approximately 2.3 million in Texas.

The right to vote is among the most basic of all civic and Constitutional rights. AARP favors laws and policies that encourage and do not hinder electoral participation.
AARP is concerned that SB 1, (87-2) could impose a heavy burden and result in disproportionate and unnecessary risks of disenfranchising older voters in Texas. Specific concerns include restrictions on voting by mail (VBM) and on providing assistance to a voter. As one of the long-standing categories of eligible people to vote by mail, many Texans aged 65 and older have come to favor and rely on this option as it is a more convenient and safe method to cast a ballot. Additionally, there are many older Texans who need assistance if they choose to vote in person. The following are the specific portions of the bill that deal with these provisions.

- Article 4 states that an application for VBM must be submitted in writing and signed by the applicant using ink on paper, and that an electronic signature or photocopied signature is not permitted. This requirement does not consider voters with a neurological condition, such as Parkinson's or MS, or other physical conditions that prevent one from being able to sign a document by hand. This would exclude many voters.
- Article 4 also states that an application for VBM must include the applicant's drivers' license or last four digits of their

Social Security number. This information is required again on the carrier envelope. This provision gives the Early Voting Ballot Board further reasons to possibly reject a VBM ballot and could delay a person being able to vote. As this information is already provided upon registering to vote, this provision is redundant and cumbersome.

•       Article 5 states that a person who simultaneously assists three or more voters by providing transportation to the polling place must complete and sign a form. Long-term care facilities and group homes for the disabled may take several residents over multiple days to the polls. Requiring a form each time is cumbersome.

•       Article 5 also states that a person who assists a voter in completing their ballot must fill out an additional form. Current election law already requires an assistant to swear an oath that they are not influencing the voter. This additional form is redundant and cumbersome.

AARP appreciates the opportunity to work with the Legislature to preserve and promote the right to vote.

Contact Kathy Green, Manager, Outreach and Advocacy, AARP Texas (512) 657-7407

aileen boone, dr

myself

san antonio, TX

I'm writing to urge you to support Senate Bill 1 that is being heard in the Select Committee on Constitutional Rights and Remedies on Monday  August 23.

In order to have fair, secure, and transparent elections, Texas should:
    1. Add voter identification to vote by mail, making it consistent with in-person voting
    2. Strengthen prohibitions against paid vote harvesting
    3. Protect poll watcher access to see and hear the process, improving transparency
    4. Prohibit public officials from distributing unrequested vote-by-mail applications
    5. Conduct regular maintenance to verify the accuracy of voter registration lists

These common sense reforms found in Senate Bill 1 are supported by a majority of Texans. Senate Bill 1 will make it easier to vote and harder to cheat in Texas. I urge you to support Senate Bill 1.

Thank you for your hard work on this and many other issues.

Aileen Boone

Matthew McAuley

Self

Wylie, TX

Don't mess with Texas voters! I've never been more disappointed in our Texas leadership than I am now. Never in my life did I think our governor could be so cruel to the people he's sworn in to protect. He's constantly fighting with the people of Texas when it comes to voting rights and our health and safety. I've never seen so much hypocrisy in my life as I have with governor Abbott. Voting is a right for ALL. Don't tell me when, where, and how I can vote. As long as I am legally voting on a legal voting card or both, stay out of my way, get off my back and let me vote for who I want.

Linda Anderson

Self

Austin, TX

This is a voter suppression bill to keep Republicans in office. It's going to backfire on you. I don't know how you can sleep at night. Shame on you.

Susanne Sinnhuber

Printed on: August 30, 2021 11:32 AM

None, I am a voter

Kingwood, TX

We the people need to know that our elections are honest, now that we experienced the chaos of the 2020 election. We know there was fraud in our great state of Texas.

Tracy Stokely, Capt, Retired

Self and TEXAS

Angleton, TX

The vote integrity bill must be passed to secure honest voting in TEXAS. We cannot let self-entitled democrats steal our Texas elections. A Picture Identification is required for almost every other transaction we participate in. It only makes rational sense that a Picture Identification must be required for voting.
Those who have tried to stop this must be censured for their actions up to and including removal from office and forfeiture of all Pay, Benefits and Allowances.

Charlotte Connelly

Self, retired

Cedar Hill, TX

This legislation will discourage people of all beliefs from voting. It will also discourage people from serving as poll workers. There is no evidence of widespread voter fraud, and so need for the restrictions called for in this bill. This bill should not be passed.

Nina Brodsky

self

Austin, TX

I oppose SB 1.  Fair elections are the bedrock of our democracy. Without them our freedoms, our liberty and our country are doomed. Fair elections means equal access to the polls for all citizens and trust in the election results.  Our current election code has sufficient safeguards and transparency.  There is no evidence of voter fraud.  But there is evidence of unequal access to the polls and this must be addressed in order to restore trust in our system.

In the 2020 election,  my husband who is 67 years old and at high risk for COVID was allowed to vote by mail. However, me being only 64, I was not.  I was afraid to vote. Not only for my safety but for the safety of my husband. If I got COVID  he would get COVID. I believe I should have been allowed to vote by mail too. There were/are thousands of voters in my situation.  The saving grace was the extended early voting, which because I am lucky enough to have flexible working hours, I was able to get to the polls during a slow period and did not feel too exposed in my polling location.  This is just one very small example of how important it is to increase early voting, extend voting hours and make more vote my mail opportunities available.

Another way to increase the trust in our system is to help citizens cure their mail in ballots. If a mail in ballot needs curing, please alert voters and give clear instructions on how to cure the ballot as well as make the process uniform throughout the state.

Poll watchers are an important part of helping our citizens to trust in the election results.   Poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

And of course, on-line voter registration would increase the accuracy and integrity of our voter rolls, as well as reduce costs.

All of these suggestions will increase the overall trust in our elections and create greater access to the polls for all our citizens. A win-win for our country and our democracy.

Printed on: August 30, 2021 11:32 AM

Mary Vernelle Shaw

Self

Houston, TX

Texans are concerned with our power staying on, not this tomfoolery. We deserve the right to vote safely and easily. This thing is showboating when there are more important things to do.

Please vote this down, start dealing with the power grid, and work for Texas.

Ethel Patten, MD

Self

Seabrook, TX

Voting is a fundamental right in a democracy and it is what makes America great. Instead of making it harder for people to vote we should make it easier for people to vote. When a person turns 18 they should automatically be registered to vote. We already have adequate safeguards to protect the integrity of the voting process. If it ain't broke don't fix it.

Rebecca Eastburn

self

Austin, TX

Election fraud did not cause disgraced former president Trump to lose the election. HIs action and character caused him to lose. Overall there is very little election fraud in our country and attempts to legislate making voting difficult is not necessary nor is it ethically in line with democracy. If anyone should suffer civil penalties it is those to attempt to make voting more difficult.

Pamela Bixby

self

Austin, TX

Dear Committee Members,
As a long-time Texas voter and an election judge for many years, I am keenly aware of the hurdles to voting that many people face in this state as well as the many layers of existing security measures that make cheating the system extremely rare. To ensure both voter access and a secure ballot box--BOTH of which should be priorities--I urge the committee to focus on the real, rather than imagined or manufactured, issues.

The high turnout in the last election laid bare the fact that expanded voting options necessitated by the Covid pandemic addressed many common obstacles that Texas citizens encounter when trying to exercise their voting rights. The disabled, those who don't drive, the sick or medically compromised, the elderly, those whose jobs and family commitments allow little time for standing in line--all of these Texas citizens are entitled to voting access, just as any able-bodied, privileged person. Extended early voting locations and hours and more options for returning Vote by Mail ballots are just a few of the conveniences that can help such Texans. What's more, Texas already has very strict voting rules, and its county-by-county differences are easy to misunderstand. So allowing voters to cure incomplete ballots will ensure that those who make honest mistakes due to misunderstanding confusing guidance will have their votes counted.

As an election judge, I am extremely concerned about the liberties that untrained poll watchers will be given at polling places via SB1. Allowing anyone to show up and harrass poll workers undermines the authority of the trained personnel in the polling place and may lead to intimidation of voters. Those of us who take on this role do it out of a sense of duty to community and country; and counties often have difficulty recruiting enough workers to cover all the polling places. Adding the hazard of potential violence is sure to dissuade patriotic Texans from signing up for these roles. In all the years I have served as a poll worker and an election judge, I have not once witnessed any irregularity. I have attended training sessions for each election, I have trained new

Printed on: August 30, 2021 11:32 AM

poll workers on site, and I have become very adept at running a polling location very securely. I do not take kindly to the idea that yahoos harboring conspiracy theories about election fraud are going to come marauding into my polling location making demands and upsetting voters. This is unAmerican and anti-democratic on its face.

Finally, in addition to serving as an election judge, I am a VDR in Travis County, and I am very familiar with the mistakes that can be made due to hand-written registration cards that then must be input into the system, mailed registrations that never make it, and so forth. Adding electronic voter registration to SB1 would greatly increase both accuracy and integrity. I urge you to solve the REAL issues surrounding voting in Texas, which are many.

Sincerely,
Pamela Bixby

Missie Carra

Self

Fort Worth, TX

Thank you for working to strengthen our Texas elections. I believe this bill is a great start, but also, that it needs to be strengthened. Would you please add audits, accountability for election administrators, and security of polling locations in an amendment?

Thank you for advocating for voter integrity to support a secure election process in Texas!

Grant Trevithick

Self

Carrollton, TX

I strongly support the passing of SB1 to ensure greater election integrity. Without a strong sense of confidence in our elections, the entire legitimacy of the Government is put into question. We need strong integrity measures to ensure the election process is honest, fair, and legitimate. Please vote FOR SB1.

Mary Kaarto

Self, retired editor and author of a series of books to help people who are laid off

Missouri City, TX

As a native Texan, mother and grandmother, I'm appalled that anyone would be against having photo/voter IDs at the polls. Everyone needs photo IDs for TDLs, healthcare, buying alcohol, insurance, a home, getting a loan for anything, cashing unemployment/SS/IRS checks. It's absurd and insulting to ALL ethnic groups represented in the wonderful state of Texas, to suggest they're incapable of figuring out how to get a free photo ID, especially when the Republicans have made it clear they're willing to make sure everyone is able to get them, free of charge. Common sense, people!

Angela Wilson

self/teacher

Cedar Park, TX

Due to the COVID epidemic it is more important than ever to have safer methods for voting. We need to expand early voting, have extended hours at polling places, and more options for returning vote-by-mail ballots.

One of my adult children has physical disabilities that make it impossible for them to be outside on a warm day for very long without passing out. When there is no line, they can vote in person, but when lines that extend outside the polling place are common, they can't vote in person and need to be able to vote by mail. Extended hours for voting and drive-through voting make

Printed on: August 30, 2021 11:32 AM

it possible for them to vote in person and ensure that their vote is counted.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

There must be a complete cure process for mailed in ballots with enough time to actually complete the process. SB 1 has added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Roberta Amley

Self

Houston, TX


The proposals in this bill help safeguard honest elections. Election integrity is essential for our state.

Montie Shelton, Mrs.

n/a

Huntsville, TX


It is vital that you pass election integrity.  Without it, none of the rest really matters because the Dems will steal elections and once in power, undo any good that you have done.  Look at what Biden has done in only 7 short months.

Frank Tenhoopen, Mr.

Self - Retired

Lucas, TX


Please vote FOR Senate Bill S1 as it will help to ensure that only LEGAL votes by duly designated and verified citizens of this great country and state will be counted as opposed to counting ALL votes, which may include votes from ILLEGAL ALIENS, FELONS, OUT-OF-STATERS, FOKS WHO DON'T EXIST, or THOSE CITIZEN WHO HAVE LEFT THIS EARTH! The requirements for providing documented evidence of who you are and where you live should be elemental, as it is a requirement for cashing checks (including welfare), doing ANY business with a bank, buying products such as liquor, getting on a transportation mode (like airplanes), and almost all other activities, including most professional sport venue attendance.  It is not a racial issue or  a financial issue, as claimed, but an issue to ensure HONESTY and WORTH of a vote.  Thanks for your consideration.  François Tenhoopen

MARK PAVLOVICH, Mr.

Self

Round Rock, TX


I have been a Presiding Election Judge in two different Texas Counties (Denton & Williamson) for better than 20 years.  This proposed bill only closes the 'loop holes' in the present election code for the State of Texas.  What happened during the last General Election with counties making their own rules has to be stopped.  I encourage every elected representative in Texas to support the bill.  Clearing the registered voter lists monthly is a great start.  When a voter has died, his/her registration should

Printed on: August 30, 2021 11:32 AM

immediately removed from the roles. A few county election administrators have decided they have the power to change the rules. The absentee ballot provision was put into place to allow voters the opportunity to cast their ballot. The conditions for absentee ballots is very clear. The voter has to prove his/her identity first before the ballot is issued. This bill does nothing to prevent voters the right to vote, it just prevents people to illegally vote.

Terry Read, P.E.

Self - Industrial Engineer

San Antonio, TX

I had to show my driver's license yesterday to donate blood. No one ever talks about blood donor disenfranchisement. People that do not want voter id support voter rights for dead people, illegal aliens, people that vote early and vote often, and people that vote using someone else's name.

Bari Brookman, Mrs.

Self

Fort Worth, TX

This is a terrible bill. We should be making voting easier for all eligible voters, not harder. There is zero evidence of widespread voter fraud.

Debbie Posey

Self

Houston, TX

I ask you to consider that there are many voters in the State who are concerned with the protection of elections who find the provisions of this bill will hurt rather than help protect our democracy. PLEASE leave this bill for the next session and allow time to pass and the true desires of good Texans to be clear on this issue.

Regards,

Debbie Posey

John Giddens

John Giddens

Hurst, TX

Dear Representatives,

Thank you very much for serving the people in Texas. I write to you today to ask you to strengthen our election system. This past year showed us that our system is easily manipulated and at risk of future fraud. While Senate Bill 1 and HB 26 are good efforts to reducing the risks, please allow me to make a few suggestions to these bills.

First and foremost, HB 26 only suggests an audit for 2020 and we need a bill that will allow us to do forensic audits and yearly audits to maintain transparency and evaluate possible types of fraud such as mail in ballot fraud, vote harvesting, ghost votes, and more. Please consider widening the scope of this bill to allow for a more thorough evaluation of our system often. Transparency before the people of Texas builds trust in our communities and we all must feel confident in our voting systems.

Printed on: August 30, 2021 11:32 AM

We have a problem in our larger counties where most of the polls are run by Democrats only. Please add an amendment to Senate Bill 1 to require all polling locations to have a representative from each party before a poll can be opened, punishable by fine or penalty. We have to pay taxes each year so why not require individuals to update their voter registration each year to encourage clean voter rolls?

Wise County Conservatives advocates for a paper-ballot only voting system. All software is subject to "hacks" and most counties in Texas do not have sufficient funds to even employ the appropriate personnel to detect sophisticated trickery by bad actors. Time has shown that as software gets more complex, it also becomes more subject to attack, and our elections must be protected at all costs. This means a physical audit trail that can be investigated by citizens, and not just by cyber-security specialists.

Election workers already work very long hours to man the polls and extending voting hours to 9 p.m. would encourage shift workers which would weaken the integrity of the polling day by having multiple workers come in throughout the day. One election judge to open and close the polls is preferred and in the best interest of Texas election integrity. Please keep the hours as they are.

All ballot printing companies should be approved by the Secretary of State and ballots need to be obtained before an election with extras to spare to avoid what happened in my county that allowed for 20,000 new ballots after the polls closed in our November 2020 election.

Thank you for showing up to serve the Texas people and for considering these ideas to strengthen our Texas voting system.

John Giddens, johngiddens1@juno.com, 214-769-8776, Tarrant County

Jensie Madden

Self- Retired Educator

Fischer, TX

Please oppose any measures that increase the barriers to voting, especially for voters with special needs due to physical impairment or work schedules. I request the committee to focus on solutions for ALL voters.
   Having worked as an Alternate Election Judge for my precinct, I am concerned about giving additional authority to poll watchers, who can sometimes create an uncomfortable atmosphere in the polling place. If they are given additional authority in SB 1, then poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.
   Thank you for your work to make voting safe and accessible to all eligible voters.

Jensen John, Mr.

self

McKinney, TX

I support election integrity efforts so that I know my vote counts as one vote and is not diluted by nefarious actions that give room for increased fraud such as ballot harvesting, improper mail-in voting, and outdated voter rolls that allow people to cast votes on behalf of deceased citizens or people who have moved out of state. In other words, let us remove opportunities for voter fraud so that we all can be assured of the people's mandate. I am a naturalized US citizen who comes from a third world country and, must warn you that without election integrity, the USA will become another third world country where fraudulent actors take power and such people always have wrong morals, and wrong ideals that will destroy this great nation. Please protect our ballots by voting for common sense remedies in SB 1. Thank you.

May Nguyen

Printed on: August 30, 2021 11:32 AM

self, family physician

Houston, TX

Election integrity and voting fraud are not major problems. Countless investigations, including by the state AG, have found an extremely low rate of voting fraud. SB 1 is a racist voter suppression bill whose main purpose is to scare people from voting and help one party maintain hold on state leadership. Even though it will apply equally to all Texas voters, regardless of color or creed, it's effect will disproportionally impact people of color. Requiring IDs and last fours is an assault on voters of color. This is Jim Crow 2.0. Our democracy is stronger when more people participate in elections.

Lynn Gustafson

Self/retired educator

Burleson, TX

I am concerned that our legislature wants to correct something that isn't broken. There is no proof that the November 2020 election was fraudulent. I feel you owe it to the citizens of Texas to access the ballot in multiple ways in order to meet their right to place their vote and make their voice heard. Please do not place limits on accessibility of future ballots. Make this a bipartisan bill.

Debbie Lindstrom

self

McKinney, TX

Thank you for your service to our great state!

As a resident of Texas,  I'm asking you to fortify SB1.

There were and still are many questions about the 2020 general election, and the citizens of Texas want free and fair elections for all legitimate voters.

Here are some things I would like to see included in SB1 to ensure real integrity for our elections:

Voter Rolls

--Yearly voter renewal so that voter rolls are current.

Ballots

-- Mail-in ballots only for those traveling or out of the country or for other approved reasons.  The reason has to minimize fraud. It should not be available to all.
--Go back to paper ballots.  No more electronic data collectors or poll books or machines of any type
--All ballot printing companies should be approved by SoS ahead of each election.
-- Each ballot should have a watermark. preprinted serial number and maybe a QR code.  Voters should be able to trace their ballot.


Voting

-- IDs need to be verified for EVERYONE.  No exceptions.
-- Local polling places cannot operate without representation from both parties.  Judge and Alt Judges from both parties must be present.
-- Voting should not be extended after 7 PM each day.

Printed on: August 30, 2021 11:32 AM

Audits

-- Election administrators and Commissioner's Court should be more accountable to the people in regards to elections.
-- Yearly audits performed within 180 of the election.  No risk-limiting audits only look at 1% of the ballots, and that is not enough.
-- Full Forensic audits should be allowed for any candidate or elected official making the request.  It should be required for elections won by less than 1%

Penalties

--Crimes for fraud must be increased from misdemeanors to felonies.  Electioneering must also be punishable.

Thank you for serving the GREAT state of TEXAS!  God bless you, and God bless Texas!

Bobbi Graves

self

Austin, TX

OPPOSE SB 1.  This is voter suppression, not election integrity and security.  OPPOSE SB 1.

Kathy Duplissey

Self

Pearland, TX

We must allow all people to vote and make it CONVENIENT.

Nelda Bruggeman, Ms

self - RN

Austin, TX

Please, in this committee, focus on solutions for all voters and help restore the level of trust in Texas elections.  We already have many safeguards in place outlined in the Election Code with checks and double checks that ensure the accuracy and transparency of votes.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

•       To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

•       Voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

•       Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Sally Raty

Self

Printed on: August 30, 2021 11:32 AM

Houston, TX

SB 1 will severely limit access for Texans to vote. It unfairly targets preferred voting methods of minorities and the working poor. Election integrity is important, but this bill isn't really about integrity at all. It's about a political fight, and positioning one party to have an advantage isn't he next election. This bill is not consistent with the goal of fair voting and the democratic process.

Nancy demel

AFT Retiree Plus

Spring Branch, TX

I oppose this bill because it will help the Republican Party rig elections.
We don't need new voting rules. Work on something we need like roads, money for our public schools, etc.

Mitzi Smith

Self

Trophy Club, TX

Ensure my vote COUNTS! Voter ID for ALL mail in ballots! No MAIL IN BALLOTS only Absentee ballots. Restrict and Prohibit all ballot harvesting with extreme fines! Ensure Transparency at the polls, immediate arrest for all who deny observation! Hefty fines and removal for public officials who mail out unsolicited applications and ballots! Maintain OUR registrations lists! Protect TEXAS from corrupt Liberals who want to make my vote not count!

Sarah Berel-Harrop

Self/seminarian

Farmers Branch, TX

Again, we are faced with a bill full of unfunded mandates that disproportionately impact urban counties, that punishes counties who come up with innovations that increase voter engagement, that hurts disabled people, and that makes my job as an election judge riskier and harder.  This is not to mention the provisions that would give more power to untrained partisan poll watchers. These vague provisions will likely be used by the partisan AG to further target minority voters.  Enough!  Stop using the big lie to justify this attack on voters and cities.  NO to this bill.

Cindy Nitzsche

Self

Deer Park, TX

This is a good bill. This bill should be passed for the interest of public good and for the integrity of elections. There is nothing in this bill that disenfranchises any eligible voter. Nothing.  The disgusting democrats that fled the state should be forced to pay for 100% of the costs associated with this second special session for their blatant abuse of taxpayer money and time.  Not one of them has a single valid talking point against this bill. They're full of nothing but drama and BS. It's sad that such scum exists.

Pass this bill please. Thank you.

Carrie Stewart

Self

Colleyville, TX

Please focus on the voting rights and solutions of all Texans to restore faith in elections and use current voting safeguard and transparency laws.

Printed on: August 30, 2021 11:32 AM

Priscilla Tate, Dr.

Self/retired

Do, TX

The committee needs to find solutions for ALL voters, not make it more difficult to vote.  I have never felt any lack of trust in our elections, but I understand that some do.  So you must find ways to restore trust and confidence.  Take action to acknowledge the magnitude of existing election code safeguards and transparency.

Kari Banta

Self grant program manager

Austin, TX

Texas has a secure voting system that is under no threat of fraud. The greater injustice is the fact that this bill would suppress votes from marginalized populations. These deliberate barriers to voting harm communities, families, and children. Instead of SB 1, this body should be spending its time investing in online voter registration, high school voter registration, and comprehensive civic education to meet today's young Texans with the education & resources that they need to make decisions in their communities and build a state that works for us all. I urge you to oppose SB 1

Todd Lindstrom

Self

MCKINNEY, TX

Dear TX Legislature

Thank you for getting back to work.  I appreciate the opportunity to ask you to please fortify SB1 and make it stronger to protect our elections.

My Most important Request - Cameras
* every voting station needs to have cameras at the registration desk to take a snap-shot of every voter that votes and then the photos should be randomly evaluated for duplicate voters. This is a preventive measure and the election judges would be charged with hand delivering the pictures to the county election office for secure upload to State servers for fraud analysis.

Voting and Rolls
* a photo ID must be mandatory to vote – period – no exceptions
* I encourage you to throw out voter roles on a schedule. Every year may be too – I would leave that to your discretion

Ballots
* Mail in ballots should only be for travel or other approved reasons like being home-bound.
* Ballots should be paper and properly watermarked with serial number and QR code.
* Our precincts should be sized less than today – we should have smaller precincts so that counting is easier.
* There should be created a way for a citizen to check to see if their vote was counted

Audits
* Audits are the right of the people and any administrator or court that does not allow audits should be stripped of their office.
* Full Forensic audits should be allowed for any candidate or elected official making the request or should be mandatory when the margin of victory is very low.

Penalties
* Please make election fraud a felony with a real jail penalty

Norma Arratia Armendariz
Printed on: August 30, 2021 11:32 AM

Self

Dallas, TX

I am writing to oppose this bill. I believe this bill is discriminatory towards Texans who might require assistance at the polls, such as people with disabilities , new Americans with language barriers and the elderly. As a poll worker in the 2020 election, I helped many voters cast their ballot who needed such assistance. If any poll watcher were to misinterpret my assistance, I could be held legally liable and potentially end up in jail and fined. I helped voters cast ballots for both major parties, so a poll watcher from either party could very well misinterpret any type of assistance, but especially, when I spoke Spanish to voters who needed Spanish-language assistance. If the poll watcher does not understand the conversation, he or she may believe I am coercing a voter to cast their ballot a certain way.
In addition, the House must add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional. Not informing voters that they need to cure their ballot would be an infringement on their voting rights.

Jan-Min Lu

Self

Plano, TX

Oppose. It is suppression of voter rights. It would increase inconvenience and waiting time to voters.

Shellie Faught

self, writer

Austin, TX

I oppose this blatant attempt to prevent people from voting. Drive-thru voting, multiple days and hours of early voting are essential for people like myself who work during the standard workday. Moreover, any attempt by the legislature or local judges to invalidate ballots is undemocratic. So-called voter "fraud" is nothing more than a boogeyman. Courts and government investigations show that voter fraud is practically non-existent. This bill is a black mark on our democracy and on the Texas Republican Party.

Peter Hendee

Self, retired actuary

Frisco, TX

The number of eligible citizens who choose not to vote greatly exceeds the rare vote cast illegally. Texas (you) should make it an easy and safe process for all eligible citizens to register to vote and to cast their ballot.

Marsha Moore

self, retired

SAN MARCOS, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

    To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

    Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to

Printed on: August 30, 2021 11:32 AM

cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Maritta Loo, Dr.

Self/Retired Col, USAF

Arlington, TX

Maintaining integrity to a foundational premise of our government is basic common sense! This bill doesn't refrain any legitimate voter from voting but it does ensure that those who vote are legally eligible and reasonably responsible citizens. Additionally, SB1 extends and improves the structure to maintain and update the registration list records: common-sense maintenance. I support election integrity and this bill provides non-hindrance avenues to meet that goal while also addresses the importance of fraud prevention with appropriate plenties for those that undermine the integrity of our election process.

Georgia Keysor, Ms.

Self - Retired

Austin, TX

You want me to believe that Senate Bill 1 is necessary to restore "election integrity." Or perhaps to guarantee the purity of our elections. If I am to believe your tales of "massive election fraud" in the 2020 election, then am I not also to believe that your own election was fraught with that same massive voter fraud and you have no legitimacy or authority to the position you are holding?

Sandra Elkins, Mrs.

Self

Plano, TX

In the past I have been an election judge, alternate judge, and clerk for several years in Collin County and have served on the Early Voting Ballot Board. It is my understanding that the Election judge has the same powers as a District judge during voting. 1. Having an ID to vote sounds so easy. But my experience was different trying to get one for 90+ year old mom. Born in Canada in 1924 and US citizen in1957, TX required an original birth certificate and citizenship papers, which do not exist! I spent months, and got copies of them, but they were rejected! 2. Giving power to partisan poll watchers is crazy, as this will most likely lead to voter intimidation and suppression. I remember the Trump supporters driving thru the different locations in their trucks (I was at Davis Library in Plano) with Trump and rebel flags, their music blaring and yelling at the opposite side. And remember when they tried to run a democrats bus off the highway? 3. Being an election judge, you have to attend training, learning umpteen processes and laws. I probably made a few mistakes in the past - would i now suffer criminal or civil penalties? These are mostly volunteer positions, paid a nominal amount. It is a long day. 4. After the election, there are so many processes, ad nauseum, that it would be extremely difficult for fraud to happen (I've worked this too as a member of the EVBB). 5. What would the penalties be, and who would have standing to sue? Anybody? Talk about frivolous lawsuits! Fraud is a .000somthing percent, a non-problem - just as much as in anything else - finance, religion, corporations, politics!
The people that are working the elections now are honest, citizen-minded, mostly older Americans. If this passes, I would never want to work another election. This bill will not only stop from people from working the polls, but also stop people from voting, especially minorities, but also the elderly like in my case with my mom. And not being able to hand out water to voters in long lines?? Stupid!
I've always though it was a good idea for 11th & 12th graders to get a day off to work an election as a clerk, to see how the process really works. I also think state senators and congressmen should work an election, to see what REALLY happens!! There

Printed on: August 30, 2021 11:32 AM

is no hotbed of fraud going on. But with some zealous Trump supporters being poll watchers and still believing that Trump won, this bill is extremely scary! And penalizing hard working election workers is a travesty! Have you no shame? This bill will not "prevent" practically non-existent fraud, but will add to and create problems for voters.
I am zealously opposed to this bill, and any other voter suppression bills!

Larry Gremminger

Self

Richmond, TX


Please do whatever you can to add to the security of our voting process. Our country must not allow any fraud in our elections

Eve Myers

Self--consultant

Tomball, TX


SB1 as written empowers untrained poll watchers by granting them greater access to voters. As a voter, I do not want someone watching me vote or intimidating me or other voters at the polls. SB1 also impedes the ability of election judges--who ARE trained--to prevent possible harassment of voters by over-zealous partisan poll watchers. SB 1 increases penalties on trained, volunteer election judges upon whom we rely to conduct elections, and it makes them responsible for their own legal defense. By contrast, partisan poll watchers have no similar penalties under this law. SB1 would put the Attorney General's office in charge of investigating complaints against election judges, and our current Attorney General has been under indictment for the last 6 years and has been accused by his own staff of abuse of office. A corrupt Attorney General investigating complaints against election judges could abuse this law for partisan purposes. The law will have an empowering effect on untrained, potentially partisan poll watchers and a chilling effect on the election judges we depend on to hold elections. Furthermore all these proposed restrictions in the name of "election integrity" are unnecessary since our election in Texas has been safe and secure including in 2020, as attested to by our former Secretary of State, Ruth Hughes.

Sylvia Campbell

self

The Woodlands, TX


I would urge your committee to resist the voter suppression elements of this bill. Specifically:
- new ID numbers added to the Ballot by Mail process
- more requirements and penalties for assisting voters
- not requiring training for poll watchers
- giving poll watchers freedoms that would intimidate voters
- prohibit local officials from modifying the voting process to accommodate voters during an emergency (such as a pandemic).

Please add:
- expand early voting dates and hours, and provide more options for safely returning Ballots by mail
- require poll watchers to be trained and take an oath to preserve the integrity of the polling space
- make the curing process for a Ballot by Mail easy and transparent
- allow provisions to allow blind voters to securely and privately vote
-add electronic voter registration to increase the accuracy and integrity of the rolls and to reduce costs.

Respectfully,
Sylvia Campbell

Pat Oakes, Ms

self--retired teacher

Austin, TX

Printed on: August 30, 2021 11:32 AM

All of the citizens of the state of Texas have the right/obligation to vote.  There must be safeguards and transparency to protect the access of all voters to the electoral process.  We need expanded  early voting, access to mail-in ballots, and expanded hours for election days.  Election day should be a  holiday so that everyone can find the time to vote without being penalized for their job.  Polling places must be accessible--easy to get to and easy to get into.  It is crucial to our democracy that work is being done to be sure voters are encouraged to vote rather than discouraging them.

Judy Harris, CAPT, NC, USNR (ret)

Self, retired

Richmond, TX


Please focus on solutions for all voters and help restore the level of trust in Texas elections. Maintaining existing Election Code safeguards and transparency is essential.  The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.  Also, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.  And adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Amy Praskac

self

Austin, TX


OPPOSE SB1
Please focus on solutions for all voters in order to restore trust in Texas elections.
Do so by making it easier for qualified voters to register and to vote safely. The COVID epidemic makes it imperative to offer more and safer methods to vote. This includes early voting, extended hours at polling places—including drive-through options, and, especially, to vote by mail. Voting by mail is crucial for older voters and those with limited mobility. Adding electronic voter registration to the omnibus bill would increase the accuracy and integrity of the voter registration rolls and reduce the costs of paper records.

A.J. Harrison, CMSgt (Ret)

USAF

San Antonio, TX


As a disabled veteran who served 30 years of active duty, I believe it is imperative that we have election integrity or we have no Republic!  I strongly urge you to pass this bill as quickly as possible.  There is nothing in this bill that hinders one from voting, and actually enables more secure voting!  Thank you!

Elaine Talarski

LEAGUE OF Women  Voters of Texas

San Antonio, TX

! Oppose


Donna Eyles

Self

Corpus Christi, TX


1.    USING DL# OR SSN LST 4 FOR MAIL IN VOTER ID:  After speaking with signature verification committee and ballot
Printed on: August 30, 2021 11:32 AM

board members, a ballot board judge, and workers in the county clerk's office, we all agree that using a DL # or SSN last 4 on the carrier envelope will not work well for mail in ballot voter ID. We would rather simplify the process and utilize the same ID a person would have used had he voted in person. Certainly less confusion. A copy of this ID with its LEGALLY VETTED signature is greatly needed by these entities to ensure the carrier envelope is signed by the actual voter. This would give us a 3rd signature for verification purposes and will help the disabled and aging communities. Let's stop voter fraud.  VOTER EQUITY - Choose your voting method, choose your qualified ID, vote.

If you feel this is a poll tax, then having to put a stamp on the carrier envelope is a poll tax. If getting a copy of an ID is a problem, require any State or County agency to provide a complimentary photocopy when a person asks for a copy of his ID for voting purposes.

Please modify these portions of the bill.


2.      RETURNING CARRIER ENVELOPES FOR SIGNATURE DEFECTS TO BE CORRECTED:  Carrier envelopes should not be returned for signature defects to be corrected. This is where voter fraud can occur and we don't want to send back evidence of voter fraud so it can be destroyed. If item 1. is enacted, the signature verification committees and ballot boards will now have 3 signatures for comparison, will most likely have a newer signature, and sending back carrier envelopes will not be necessary. This is also where fraud occurs. (This does not rule out returning carrier envelopes for missing signatures, incomplete witness information or missing statements of residence.)

Please remove this new section from the bill.


3.      DISTRIBUTION OF UNSOLICITED APPLICATION FOR MAIL IN BALLOTS:  Although I would rather not have any unsolicited applications for mail in ballots distributed, at least make it unlawful to distribute them if any portion is already filled out. Sending out completed (pre-filled) application requests for a voter to simply sign and return makes voter fraud easier and can potentially sign up the voter for the incorrect political party, affecting primary voting.

Please modify this portion of the bill.


4.      EXEMPTING ATTENDANTS AND CAREGIVERS FROM IDENTIFYING ON THE CARRIER ENVELOPE: Currently, attendants and caregivers are required to identify themselves on the carrier envelopes. They should not be exempt from this in the future as these rules are in place to prevent voter fraud.

Please remove this new exemption from the bill.


Thank you for your consideration.


Susan Markus

self - retired

Austin, TX


The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.


To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.


Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.


Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.


Printed on: August 30, 2021 11:32 AM

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Peter Cooke

Self

SAN ANTONIO, TX

I want to express my my opposition to SB 1.  It's clearly a way to reduce access to voting for specific communities, and any legislation that threatens our democracy needs to be stopped.  Please oppose this bill.  Thank you.

Patricia Chen

Self

Plano, TX

This bill will not protect elections in any way, it is a blatant attempt to suppress voters from voting freely. Passing this bill would be unconscionable.

Maria Esparza

self, counselor

Spring Branch, TX

I completely disagree with this bill. There was no voter fraud in Texas in the last election. Making voting harder by restricting hours/opportunities  is something that disenfranchises those that work late night shifts or other odd hours. Texas should be about embracing ALL voters and INCREASING voting capacity, not RESTRICTING it.  I vote NO on this bill!

Virginia Smith

self - retired

Austin, TX

I am writing to express my concerns about the Texas Voting Rights Bills being considered by the Texas Legislature.  There are already many rules and restrictions for voting in Texas and there is no evidence of any widespread voter fraud in recent elections.  It appears that this bill will add many unnecessary barriers and restrictions to voting, especially for the elderly and disabled.

I volunteer with an organization that serves many older, disabled, and low-income citizens.  One of the new restrictions that I find exceptionally troubling is the proposed restriction on county clerks which will prevent them from sending out applications for mail-in ballots to eligible citizens.  Currently, requesting a mail-in ballot requires internet access and a printer to obtain the application.  Both internet access and printers are pretty much non-existent in the population we serve.  By allowing the county clerks to continue to mail out the applications to eligible voters, you provide an opportunity to vote for many of these individuals.  Once those applications are processed and the ballots submitted, there also needs to be a correction process in case of misreading of instructions or overlooking details in the instructions.

Another portion I find concerning is the proposal for monthly citizenship reviews of registered voters.  This would be a costly & unnecessary process and one which would surely land Texas back in the Federal court system for targeting naturalized citizens.  I would recommend automatic voter registration for all eligible citizens applying for driver's license.  There are very strict requirements for establishing citizenship with the DMV and this would make registering to vote less of a burden.

Most Texas citizens would like to see voting made more accessible, not more restrictive.  This would include having drive-thru voting and more drop off locations for mail-in ballots.  No one should be required to drive long distances to exercise their right to vote.  I would request that you focus on solutions to expand voting accessibility for all voters and help restore the level of trust in Texas elections.

Printed on: August 30, 2021 11:32 AM

Nancy Stevens

self, county poll worker

Kyle, TX

Texas ranks among the lowest in the nation in voter turnout. Legislators on both sides of the aisle should be focused on ways to increase voter participation and trust in the election process.  The existing Elections Code provides safeguards and transparency. Adding electronic voter registration to the omnibus bill would build on what we have by increasing the accuracy and integrity of the voter registration rolls, as well as reducing costs.

As a poll worker, I am also very concerned that provisions of this bill will make it more difficult to protect the non-partisan operation of polling places. Polling places are always staffed by workers who identify with both parties and who have a common goal of maintaining the integrity of the polling place. We treat each voter with equal respect, impartially apply the election laws, and respect the privacy of the individual vote. The polling place is by design and of necessity non-partisan and free of intimidation of any kind.  Partisan poll watchers must be required to acknowledge and assist in maintaining the integrity of the polling place. To be effective, I believe poll watchers should receive required additional training and should execute an oath similar to that taken by election workers.

Melinda Teitelbaum

Self

FORT WORTH, TX

To ensure voter integrity, please pass the bill that projects each and every LEGAL vote. We are counting on you to do the right thing!!

Mary Catherine Monroe, Mrs.

Self/Retired teacher

Arlington, TX

It is imperative that we make it possible for voting to be easily accessible to ALL who are eligible. The entire process from registration to ballot counting should be simple. I applaud the rules that allow extended early voting and encourage that they be expanded and strengthened and NOT restricted. We had no significant problems in the 2020 election. The paranoia that has produced the current legislation is punitive and unproductive. The election process MUST be non partisan and fair.

Cynn Hall

Myself

Fort Worth, TX

HB 1 is an attempt to subvert the will of Texas residents, and eligible Texas voters. Each eligible voter should be allowed the opportunity to vote and the Texas legislature should not create additional barriers to those votes.

My career is unique and the hours and schedule are random challenging. Some days my work only affords me 8 hours between shifts, where I might not complete my second  shift until early the next morning. I, and my colleagues, may be tired and unable to safely travel to voting place and wait additional time to vote following our essential unique work.

By adding additional limitations to when and how people vote, the Texas legislature is showing it's hand. We see that the true purpose behind HB 1 and similar bills, is not to strengthen voting, but to run Texas h off the track.

I strongly oppose HB 1 and any effort to make voting less accessable. I oppose any effort to change or throw out any eligible voter's ballot without cause. Deputizing untrained individuals in TX to spy on,y or question an eligible person's vote also unacceptable.

Printed on: August 30, 2021 11:32 AM

Your efforts to suppress voting rights in Texas is quite similar to the Jim Crow era that dark time is in our past and should not be resurrected. Vote NO on SB1, protect

Kimberly Frederick

Self/MSK Change Manager

Houston, TX

As a 9th Generation Texan and Navy vet daughter, I am appalled that any American legislator would try to limit access to voting or make the voting process harder rather than easier for any American citizen. This isn't about election integrity and we have seen the videos of the Texas GOP saying as much. Democracy is at stake. And the future is looking very bleak. Are you all that shortsighted and that corrupt, that you can't see how this will affect your families, and even you? Ever see Les Mis? This isn't Russia. The American people are not going to roll over. Find your decency, tone the rhetoric down, compromise across the aisle, GOVERN like grownups, and make Texas better. This desperate power grab will backfire in your faces. It will motivate countless people like never before to remove anyone prompting lies, death, conspiracies and anti democratic nonsense. My grandmothers didn't die for the right to vote to let this happen. My grandfathers didn't die for the right to vote or to protect democracy, for this to happen. You have dabbled in faux patriotism far too long and live isolated in your bubbles, but that doesn't mean real Patriots don't still exist. We do. We're here. We're ready to fight for democracy. We shouldn't have to say that to elected American officials. Have you NO SHAME??? Kill this bill and better yet, write a bill that improves access to registration, the ballot box and making it an intimidation free zone, with election workers feeling safe. Your domestic terrorism will NOT make us cower. If anything, it only empowers us. But I'm asking you respectfully to stop dividing us and help pull us back from where this is going. You have been elected to lead. Be leaders. Have courage. Do the right thing. It's ok to turn back. Satan is encouraging you to go forward. Say no.

Pat Gideon

Self

Lewisville, TX

This is sheer nonsense. With no proof of any sort of election fraud or irregularities, you are making very restrictive voting laws that are targeted at blacks and minorities. You should be ashamed of yourselves a d actually work towards representing your constituents.

Ana White

Self

Lockhart, TX

I OPPOSE SB1.

DARRELL DEMPSEY

Retired / Self

Linden, TX

I'm doing my best to give you a photo ID. And my picture at the same time. A selfie holding my Texas Drivers license @ the same time. This electronic page doesn't accept photo ID's or pictures. My Texas driver license # is 11840225 & Veterans I D is #1327275891 both are up to date
    I SUPPORT VOTER I D through in person or cell phone, Even U.S.Mail with photo of self holding a picture I D at the same time picture.

Dustin Shroff

self

Printed on: August 30, 2021 11:32 AM

Austin, TX

Do better. Where have your morals gone?

Charleen Allen

Retired

Spring, TX

I request the committee focus on solutions for all voters and help restore the level of trust in Texas elections. Acknowledge the magnitude of existing Election Code safeguards and transparency.

Veronica Bowler

Self

League City, TX

Please expand voting access for all Texans and not to impose ways to restrict voting.

Donald Baker

Self.  Retired

killeen, TX

I strongly support this bill and I will vote based on that support.  Contrary to Democrat lies, voter fraud is rampant in Texas and has been for a long time.  Anyone old enough to remember "Landslide Lyndon?"  That is when Lyndon Johnson began his political career by voter fraud, winning a senate seat by 87 votes.  Duval county, infamous for its habitual rampant voter fraud submitted more votes than it had registered voters.  Every election we see example after example of voter fraud.  It is time for it to end.  Pass SB1.  Its opponents are proponents of voter fraud

Bill Thoreson, Mr.

Self

Dallas, TX

Please don't let my vote get canceled. Every illegal vote cancels a legitimate vote. When we hold things precious we protect them. Passwords, locks, ID presentation. What is more sacred than our right to vote? Although we all like things to be convenient, it is more important that they are done right. Any convenience that cannot be monitored audited and proven to be right must be a abandoned. Your job will be done when confidence has been restored in our election process. That means all voter rolls in the state are true, proper ID has been verified for every ballot accepted, sufficient trained staff is available, properly maintained and adequate amounts of equipment is available, chain of custody procedures are monitored and logged, audit trails are available and validated, and reconciliation reports are created and published on the web.  The state should develop the reconciliation report and make it mandatory in every county. We must have the same procedures and controls that any accounting system or banking system adheres to.  Voting is our most valuable right and must be treated as such.
Thank you,

Brenda Pardue

Self

Laredo, TX

I would like all Texans to feel good about the integrity of elections in Texas.  My sister has disabilities and does not drive.  She had to mail in her ballot.  Was it received?  Did she make any mistakes she needed to correct?  She'll never know.  Those of us at

Printed on: August 30, 2021 11:32 AM

great risk for illness due to being in a crowd of voters or who are unable to stand for long periods in a line need to be able to vote by mail and be informed if any corrections are needed.  All votes need to be counted.

Anyone who is a poll watcher should be unbiased and take an oath that they understand that all votes should be counted, even if the votes are not in their best interest.  They should take an oath similar to the one election workers take.

Thank you for your time and consideration.

Mark Hall

Self, Librarian

Converse, TX

This is a solution to a problem that does not exist, that serves no purpose but to undermine our democracy and faith in our institutions. It should not have been proposed, much less passed.

Harriet Reynolds

Self—musician

Austin, TX

There is nothing the least bit acceptable about a bill to limit voting rights in this or any other states!  The bill only suppressed the vote and is, in my opinion, wholly un American snd un Constitutional. It should NOT pass!

Audra Hughes

Self/Local 484

Austin, TX

I am writing to urge the House Committee to OPPOSE SB 1, the Texas voter suppression bill that in ways obvious and subtle could hinder access to the polls for many Texans based on a false premise that Texas elections are riddled with fraud. The integrity behind democracy is at stake, and Texas is on the verge of failing us, all of U.S. Vote NO on SB1

Lori Zagorski

Self

Houston, TX

Please pass this bill!  I support SB1 whole heartedly.  Texas and the entire US needs voter integrity!

Lori Zagorski

Marie Martin, Dr

Self, industrial hygienist

Richardson, TX

Please focus on building solutions that allow all legal voters to cast their vote while assuring the integrity of the vote. Existing safeguards for election integrity are already robust and well capable of preventing fraud.
Please avoid restricting the times when people can vote or the assistance older and disabled people need to have their voices heard. Making sure that even those who cannot get to a polling place in person during limited hours can vote and that those who need assistance due to disabilities can receive that help from people they trust helps to ensure trust in the fairness and accuracy of the election.

Printed on: August 30, 2021 11:32 AM

Manuel Quinto-Pozos

Self

Austin, TX

I am opposed to this bill. There is scant or no evidence of election fraud in Texas, and the former Texas Secretary of State, a Republican, who oversaw the 2020 election and who was hand-picked by Gov. Abbott, testified to the Legislature that the most recent election was clean. This bill is nothing more than an effort to suppress voting by immigrants, minorities, the elderly, the disabled, the poor, and other Texans who are more likely to vote Democratic. No one should be adjudged a criminal for voting, trying to vote, or assisting a voter. Enacting this into law will invite a flood of litigation, as well as oversight and enforcement by the US Department of Justice. This is wrong for Texas. Please vote against this bill. Thank you.

cynthia klentzman

self

Burnet, TX

elections presently aren't won by the count, but by the calculation.
voting machines should not be touched after the election and be held unmolested for the required months (22?) with no bogus updates or battery replacements without the before and after information stored. then, be re-certified.

i prefer returning to paper ballots.  harris county had fraud at that time with ballot stuffing going on while box was being transported to county drop off site. they took a few trips around loop 610 before turning their pct box. those officials got off with a slap on the hand.  we need stiffer penalties. stiffer penalties will not prevent the retired folks from working their polls.  only the corrupt ones.

make it easier to vote and harder to cheat!!!!

Bradley Blei
self
Austin, TX

I am formally opposed to the passage of SB 1

Jeaneane McNulty
self - yoga teacher
Austin, TX

Having served as an Election Judge in multiple elections, I am very concerned about provisions of SB1 that give partisan poll watchers greater access to the polling place and elections operations, without providing additional required training or safeguards. The efficiency, integrity and safety of our polling places require that only essential, trained personnel and voters be allowed inside. While poll watchers have their place in ensuring election integrity, current laws already do a good job of restricting them from locations and activities that are likely to cause conflicts, distract the elections team from their core responsibilities, and intimidate voters at the polling place. Our current laws limit where in the polling place poll watchers are allowed to observe activity, and how they are able to engage with the elections staff. This is extremely helpful to the election judge, whose primary responsibility is to manage polling place staff and process special situations and paperwork for voters (provisional ballots, affidavits, etc).  I am opposed to relaxing rules for poll watchers because any distraction in the polling place makes my job as an election judge that much harder. Distractions and conflicts in the polling place increase the potential for errors, and create a more chaotic atmosphere in the polling place which erodes the confidence of all voters in our elections. If the rules for poll watchers are to be relaxed, then we MUST REQUIRE and provide training for them AND require they they swear an oath of conduct. This will better ensure that poll watchers know what is and is not allowed. It will make them less of a distraction for elections staff and voters, and will ensure that they can be held accountable if they overstep their duties or engage in misconduct. Thank you for

Printed on: August 30, 2021 11:32 AM

your careful consideration and for the opportunity to give comment electronically.

Peggy Harwood

Self

Fort Worth, TX

As a Texas voter I cannot see where this bill solves any issues with existing elections. Rather it creates problems and, most concerning, appears to give a political party with majority in the legislature more opportunities to interfere with  and even overturn the will of the people. If you truly believe in democracy just stop this mockery.

Mary Carlisle Allen- Pearson, Ms.

Self/Retired

Austin, TX

SB 1  IN REGARD TO ELECTION INTEGRITY: 1.  Dead people should not be allowed to vote.  2.  People who have moved out of the State should not be allowed to vote in Texas  3.  Unauthorized people should not vote on behalf of others.  4.  Mail in ballots should be verified as to the identification of the voter. 5.The security of all electronic data should be verified.   If our elections are to be conducted accurately and fairly, we must find a way to verify the identify of every voter!  NO EXCEPTIONS! Every time I go to the Drs.' office, I have to show my picture ID and proof of insurance.  Every time I fill out my income tax form or get a drivers license, I have to show proof of ID!  IF YOU DON'T LIKE PROVISIONS IN THIS BILL, THEN PROPOSE YOUR OWN BE PREPARED TO DEBATE.  But, no action, or running away from or denying the problem, does not solve the problem.   You were elected to solve problems by representing your constituents...not by running away from them!!  I want EVERY QUALIFIED VOTE TO COUNT!  FRANKLY, SO SHOULD YOU!  So, please work hard to legislate for fair elections! I have served as a clerk in many previous elections...(AND,  I have served as a volunteer deputy registrar for several years). In my personal experience, I observed that most precinct Judges are fair minded...BUT, SOME ARE NOT!  I have witnessed actions from Judges that were discriminating and that prevented poll watchers and poll workers from doing the job they were trained to do!  Volunteers play a significant role in keeping the "playing field" fair and balanced.  Please give them the AUTHORITY/POWER they need to do their job without fear of discrimination!  Of particular concern, are the Judges that have served for many years and who abuse their power by "stacking the deck""...not selecting a balanced election committee to run the elections.  Most importantly, we must find a way to identify/qualify every voter so that we know our elections are electronically secure,  fair and accurate!!

Rudy Almaguer

Self retired

Denton, TX

We need election reform and transparency.

Karen Bernstein

Self

Houston, TX

This bill pretends to address election integrity and security but it's primary purpose is to make it harder for eligible people to vote.

Section 2.01, amendments to polling place definition, adds nothing to election security or integrity and instead eliminates a successful mode of engaging certain voters. This is done to suppress the vote. The same comment applies to section 2.08, amendments to 85.061, section 2.10, amendments to 85.062

Section 2.06, amendments to section 85.005, restricts the hours to conduct early voting for no purpose other than to suppress the vote. Restricting the hours of voting does not address election integrity or security.

Printed on: August 30, 2021 11:32 AM

Section 3.08, adding section 127.009 about electronic counting devices - why is this only applicable to counties with 259K population? It should apply everywhere in TX, if election integrity and security is the goal.

Section 4.01, amendments to 84.001, continues to prohibit on-line applications for mail in ballots. This is ridiculous. Many government agencies and businesses conduct on-line transactions securely. Why can't the state election board do that? Because TX prefers to make voting hard.

Section 5.01, adding subsection (f) to 64.009, is purely voter suppression. Why can't a person drive more than 3 non-family members to the poll? Is there something inherently insecure about carpooling or buses? If people are eligible to vote, what does it matter how they get to the poll?

Mary Lynn Ortmann

self

Willis, TX


Our right to vote in this country is our most precious right. I am sick to death of the cavalier way people act about this right. You must be a citizen in good standing, you must provide identification to vote and those that think it is voter suppression to demand these items apparently are not aware of the requirements to buy alcohol, tobacco, or certain household chemicals in any store in our state without providing identification. Please stop using this lame excuse of not having identification as voter suppression. It is mandatory. You  cannot cash a check at a bank, you must provide identification to apply for welfare or medicaid or medicare benefits. It must be provided for many things in our society. Do not hand me the nonsense that only minorities cannot provide identification. Talk about racism, to make such stupid claims as if the minorities citizens in this country cannot take care of their own selves.

Kelley Burnett

Self

Ingleside, TX


A copy of one of the Secretary of States' IDs listed for in person voting ID should also be used for mail in voting ID, not a DL number or SSN last 4. An ID with a legally vetted signature should be used equally for both in person and mail in voting.

2.    2.  Do not allow carrier envelopes to be returned so signature defects can be corrected. This is where voter fraud can occur and we don't want to return evidence of voter fraud so it can be destroyed.

3.    3.  Make it unlawful to distribute unsolicited applications for mail in ballots that have any portion already filled in. This makes voter fraud easier and also may place the voter in the wrong political party, affecting primary voting.

4.    4.  Attendants and caregivers should not be exempt from signing the carrier envelope. Remove this new exemption from the bill. They are required to identify themselves now and they should continue to be required.

Charles Wedemeyer, PE

Self  Licensed Professional Engineer

Fort Worth, TX


There are four glaring problems with Texas' current election laws.
1.      The law penalizes voters who visit the polls in person and follow the law.
    a.   Mail-In voting should be at least as demanding and closely supervised
    b.   Ballot harvesting must be accurately described in law and prosecuted as a felony.
2.      The laws are not enforced by elected officials and the penalties for transgressions are very light
3.      Independent, thorough and regular audits are never done.
4.      Electronic vote counting equipment facilitates cheating. It is incompatible with the manner in which elections are

Printed on: August 30, 2021 11:32 AM

conducted.

The result of all this is that honest voters are disenfranchised.  Current elections in no way accurately measure the "consent of the governed".

Republicans must fix this! Otherwise, we don't need Republicans.

Scott Wilson

My Fellow Texans

Fort Worth, TX

Texas House, thank you for this opportunity to make my voice heard in this digital format. As a Conservative person by nature, I find this particular bill unsettling. The very basis of this argument that our elections here in Texas were in some major way swayed, or at the very least, open to wide spread fraud, has never been substantiated. This paranoid political position shows clear disrespect to all our hardworking Election Official's here in Texas After one of the most scrutinized, heavily vetted elections in Texas history. This is a clear attempt at making voting much more difficult in our large and rapidly growing metropolitan areas, with extreme prejudice against the poor, the elderly and infirm, and the hard working Texans that can't easily take time to vote. This is 2021, an age where electing officials to govern here in Texas, should be easier through technology, the US mail and increased voting sites.

The most disturbing part of this bill is the fear! Creating Fear to control the police by threatening to levy heavy legal  assaults to Texans, in a time where fraud in the elective process is so well managed by our Election Officials. The future I see is something similar to a police state, creating an added burden on Texas voters. This is a clear political move and really is in opposition to Texas values where we look after each other.

The Partisan nature of our State and Country, with the lack of sound cooperation In leadership, is leading us further down a dark and perilous path where Reason is being Neutralized by bickering and fear!

I love Texas!!

Sandra Simon

self

Austin, TX

I request the committee to focus on solutions for all voters, that will restore the level of trust in Texas elections. Our existing Election Code already contains safeguards and transparency. The COVID epidemic highlights the need for safer methods of voting more than ever. We need expanded early voting, extended hours at polling sites, and more options to return votes by mail ballots. We need a complete cure process for applications for mail ballots and for the returned mail ballots, including a way to alert voters of the need for cure and give clear instructions for making sure that their vote counts, and establishing a statewide uniform process. These measures will benefit older voters, voters with disabilities, and others  as well. These measures are what Texans want. Like many others, I oppose the current bill. These are opportunities for improvement in the bill. Thank you for the opportunity to comment.

Pamela Wren

self

Richardson, TX

I am opposed to this legislation which will restrict voting access. Also, as an election worker I do not want the unlimited abilities of poll watchers and the added restrictions on judges.

We do not have voter fraud.  There is no reason to implement these unnecessary restrictions.

Cordially, pw

Jaree Vaughan

Self

Bastrop, TX

Printed on: August 30, 2021 11:32 AM

Where's the fraud. Unnecessary waste of time and money. How can anyone justify this bill. Absolutely no problem with how we vote now

Anna Preissig

Self

Frisco, TX

We strongly elections integrity bill and would like the bill to pass. We want our elections to be hard to cheat and easy to vote

Erica Lawrence

Self

Spring, TX

I'm Erica; a native Texan, a mother, a member of several nonprofit organizations, and a concerned citizen for my community. I write to you today in opposition of some of the provisions of SB 1 and furthermore in opposition of SB 1 itself. The members of Texas Lege have wasted enough time, energy, and resources on this. It has already been proven that our elections are already safe and secure. We have more of a chance of getting hit by lightning than finding a case of voter fraud.

To ensure my opposition is recognized and recorded, these are the provisions I oppose.
*New ID numbers added to Vote by Mail applications and the ballot return carrier envelopes. Forget which number you used? Ballot cancelled.
*More requirements and higher penalties for people assisting voters. My father-in-law had a stroke this month; no doubt he will need help casting his vote this upcoming election.
*Poll Watcher training not required. This is ridiculous and a sure fire way to INCREASE voter fraud.
*Prohibits a public official from creating, modifying, waiving, or suspending any election standard, practice, or procedure mandated by law or rule, including during an emergency such as a pandemic.

Stop with the antics. Let's move on to voting on issues that will protect all Texans. Thank you.

Linda Litzinger, Public Policy Specialist

Texas Parent to Parent

Austin, TX

Texas Parent to Parent is a parent-led non-profit organization serving 9,000 families across Texas who have children and adults living with various disabilities.  We respectfully submit the following comments:

Temporary buildings (Section 2):
Many school voting sites select their portable buildings for voting, specifically for the purpose of separating adult voters from students attending school. This practice is for safety concerns, yet SB1 Section 2 nixes the portables, and will require that voters submit to the school's routine for signing in and being escorted to the voting area, which stresses the school.  Allow school portables to be used for voting.

Mail in Ballots (Sections 4.13 and 4.15):
Our population can experience difficulty writing legibly, meaning that signatures differ depending on one's health, body position, etc.  Mailing a second signature would not guarantee an improved outcome.  Specifying that one must travel to the Registrar is akin to nullifying someone's vote.  The solution is to allow a person to say verbally when called or emailed, that it was their signature.

Voting assistance (Sections 5.02, 5.03, and 5.04):
Limiting assistance to those who cannot see or write is too prescriptive, because there are so many intervals between "can and can't" that still require assistance. Gaining assistance jeopardizes the helper to possibly commit a felony.  So to avoid subjecting

someone to a felony, the voter will try to get by without assistance.

Many people still have legitimate needs for assistance which aren't included in this definition. A few examples, of many:

- Tracking issues: The voter needs someone to hold a note card under the line they are reading, even though they can read.
- Hearing: The person brings someone to sign with them, as they are unfamiliar with the process and need to communicate, even while they are in front of the voting machine.
- Prompting needs: The person needs to be prompted through any process that requires staying focused.
- Use of only one arm, which is typically busy driving the wheelchair in the tight voting areas, so that someone must physically handle voting materials. When voting curbside, someone must hold the portable voting box on their lap, so they can use their good hand to vote. When voting by mail, someone must stuff the ballot into their envelope and seal it for them.

To summarize, allow for incremental disability needs, plus additional disabilities, so that people who assist will be allowed to give the voter the assistance he/she routinely expects to receive.

Texas Parent to Parent thanks you for this opportunity to provide input.

Janet Imhoff

Self

McKinney, TX

As a past election judge, I am particularly concerned about new rules and leeway for partisan poll watchers. They should not be able to disrupt the atmosphere in the poll or to intimidate any voter. They should understand that the election judge is in charge and not be able to challenge their authority. The election judge should not be in criminal jeopardy for controlling a poll watcher. A poll watcher ought to have training on their role and also have to take an oath, just like the clerks.

Thank you.

Bruce Carpenter

Self

New Braunfels, TX

I would like to submit the following suggestions to strengthen voting protections and access for all legal Texas voters.

1. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return votes by mail ballots. These are what Texans want.

2. To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

3. Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

4. Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

5. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs

Without these changes that the House can add to SB1, the bill does not accomplish what Texans are requesting nor does it protect the safety of our ballots or voter access. I request strongly you consider these changes.

Thank you,

Printed on: August 30, 2021 11:32 AM

Bruce Carpenter
1228 Decanter Dr.
New Braunfels, TX  78132-2679

email:  Bruce.Carpenter@HBVinc.com

Valerie Florez

Self, Librarian

Houston, TX

I request this committee focus on solutions that include, instead of exclude, marginalized voting populations and help restore the level of trust in Texas elections by removing partisan politics from this bill.
I believe the existing Election Code has the appropriate level of safeguards and transparency in place.

I request that the committee focus its attention on:
--Adding electronic voter registration to the omnibus bill, which would greatly increase the accuracy and integrity of the voter registration rolls and REDUCE COSTS.
--Adopting safer methods of voting, including expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. MAKING IT EASIEER TO VOTE FOR OUR FIRST RESPONDERS, FRONTLINE HEALTHCARE WORKERS, and oil/gas industry employees, those who work non-standard hours/days, shows that you recognize and appreciate their service to our state.

The majority of Texans want additional voting hours and voting options. To do the opposite would be to turn your backs on us in favor of your political base. That would be a true travesty of democracy for the State of Texas.

Janet Imhoff

Self

McKinney, TX

Texas is going in the wrong direction by attempting to outlaw new ways to cast a ballot, such as using mail ballot drop boxes in various locations around a given county.  This method is being used in several other states with complete security.  I believe if we make it harder to turn in mail ballots, we will be disenfranchising many voters who want to participate.
The same can be said for allowing voters to vote in their car.  Harris County's experiment with drive-through voting was enlightened!  Many voters who work late shifts found this very useful in the last election.  My brother, a cancer patient, could not have voted if he had to walk into a poll.  Texas needs to come into the 21st century and offer these new methods or we will always be at the bottom in voter participation.

Keye McCulloch

None. This is personal

Benbrook, TX

I was born and raised in TX. Aware that TX has some of the most stringent voting controls in the nation, I would ask you to NOT pass this bill making it even harder for Texans to vote. Especially since there were few to no fraudulent votes in the previous election. The world is changing. Texas is also changing. Please open space and actually support for the freedom to vote by all voters. We are not a taliban run government. All people have voting rights. Don't be afraid. Now is the time for courage and ethical decisions on behalf of all citizens in our state.

Tom Hendrix

Self/Retired

Galveston, TX

Printed on: August 30, 2021 11:32 AM

I fully support the passing of SB1. I believe the preservation of our republic can be best served by ensuring the integrity of of our election process. Thank you.

Gayle Kanies

Self - Retired

Austin, TX

Thank-you for the opportunity to provide my input to the House Select Committee on Constitutional Rights and Remedies. When I hear the term constitutional rights, voting is the first thing which comes to my mind. I am passionate that we have to protect the voting rights for every voter. Our effectiveness should be measured on what percent of the eligible voters voted. I request the committee to focus on solutions for all voters and help restore faith in Texas elections. There is already a high level of existing Election Code safeguards and transparency evident in the very low incidences of voter fraud. The fear of fraud should not be used to disenfranchise voters. I recommend these items should be top priority in SB1.

1)        I have a compromised immune system so this first one is top priority for me. The COVID epidemic in Texas exposed the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

2)        To be effective, poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. They need to be held to the same standards as election workers or we risk jeopardizing the integrity of elections by the actions of poll workers.

3)        Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

4)        Voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

5)        Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

I appreciate your time and attention to this important freedom.
Gayle Kanies

Donald Sickafoose, Mr.

Self

Spring, TX

Election integrity is essential for a free and fair country. To abdicate this responsibility in the name of voter suppression is ludicrous. We require valid IDs for almost every adult activity. These common sense reforms before us will in no way make it harder to vote than it is to legally drive a car or take a flight to any city in America!

In order to have fair, secure, and transparent elections, Texas should:

1. Add voter identification to vote by mail, making it consistent with in-person voting
2. Strengthen prohibitions against paid vote harvesting
3. Protect poll watcher access to see and hear the process, improving transparency
4. Prohibit public officials from distributing unrequested vote-by-mail applications
5. Conduct regular maintenance to verify the accuracy of voter registration lists

These very sensible reforms found in Senate Bill 1 are supported by me and a majority of Texans. Senate Bill 1 will make it easier for me to vote and harder for anyone to cheat in Texas. I urge you to support Senate Bill 1.

Regards, Donald Sickafoose

Printed on: August 30, 2021 11:32 AM

Hannelore Jolley

Self

Robinson, TX

The USA Constitution has guaranteed every American—regardless of race, sex, or religious affiliation—the right to vote. By passing SB1, you are stomping on our right to vote.  You are stopping mobile challenged people to cast their vote. You deliberately segregating the races and handicapped individuals from exercising our right to freely express our choice during elections. This is just one more nail in the coffin of our democracy. Vote against SB1.

Dennis Jolley

Self

Robinson, TX

This is an affront to our democracy. By implementing this, you are stepping on our Constitutional right to freely vote for the candidates of our choice.  This is the Taliban way—not the way of our great democracy.  Vote against SB1.

James Bunch

Self-Retired

Austin, TX

Thank-you for the opportunity to provide my input to the House Select Committee on Constitutional Rights and Remedies.

When I hear the term constitutional rights, voting is the first thing which comes to my mind.  I am passionate that we have to protect the voting rights for every voter.  Our effectiveness should be measured on what percent of the eligible voters voted.  I request the committee to focus on solutions for all voters and help restore faith in Texas elections.  There is already a high level of existing Election Code safeguards and transparency evident in the very low incidences of voter fraud.  The fear of fraud should not be used to disenfranchise voters.  I recommend these items should be top priority in SB1.

1)      I am retired so this first one is a top priority for me.  The COVID epidemic in Texas exposed the need for safer methods of voting more than ever.  We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what all of us Texans want.
2)      To be effective, poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.  They need to be held to the same standards as election workers or we risk jeopardizing the integrity of elections by the actions of poll workers.
3)      Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.
4)      Voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.
5)      Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

I appreciate your time and attention to this important freedom we need as citizens.

James Bunch

Jane Whatley, Mrs.

self   retired

Lakeway, TX

Printed on: August 30, 2021 11:32 AM

I strongly urge you to pass SB 1.  This bill will protect the honesty of our elections and give people the assurance the elections are valid. Citizens need trust in the election process and I believe the future of Texas, as we know it, depends on this bill passing. Please do what is honest and best for our state and country.

Ann C Adams

A taxpayer, a business owner and citizen of Texas

Dallas, TX

As a Citizen of the United States, a business owner and resident of Texas I am proud of our statewide and nationwide record of safe elections. We have absolutely stellar Election Code Safeguards. We are the safest and most transparent voting nation in the world; and we were during the election in November of 2020.

I oppose SB 1- the omnibus elections bill, which will restrict access to many Texas voters.
I am asking instead for the CCRR (Committee on Constitutional Rights & Remedies) to focus on solutions for all voters and help restore the level of trust in Texas elections.

There are 3 other points I feel strongly about under SB 1.
The first concerns Poll Watchers: I think this is a great idea. Anything to increase transparency is a plus. HOWEVER, I believe these poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

The second is to Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can and should add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

The third concerns voters with disabilities. Specifically, that the House add provisions to allow blind voters a way to vote in a secure and private manner.

Sarah Elliott

self, consultant

Austin, TX

The events surrounding the 2020 presidential election - the misinformation and lies that continue to be perpetuated by so many - are beyond disturbing. I am deeply concerned for our democracy. I believe that we should be making it easier for people to vote, not harder. We need to hear everyone's voices.

As a Texan for the past 40 years, I am deeply concerned for our state and the integrity of our elections process given the proposed changes that are being put forth by SB 1. I want to live in a state that honors and invites all voices to speak - a state that undertsands that when we listen to more diverse perspectives, we will be better. Our voice is our vote. We must make it easier for all to participate in our democracy.

We need to make voting more accessible and safe, particularly considering the dangers of the COVID pandemic here in Texas. We need to provide our people with safer options, including expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want. We must add electronic voter registration to the omnibus bill to increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

We should not dminish the voices of our voters with disabilities. SB 1 needs additional refinement. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

History continues to show, again and again, that our election process is extremely secure.The actual instances of fraud in the past are negligible, and the risk is extremely low. The Election Code has expansive safeguards in place and the process is transparent. I

Printed on: August 30, 2021 11:32 AM

believe the greater risk is people abusing the power that these proposed measures would give them. For example, to be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

We should include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Please, let's focus on solutions for ALL voters, so we can begin to restore trust in Texas elections. Let's show people that we can be a state that Texans are proud to be a part of - a state that believes in democracy and ensures that every voice is heard, a state that honors the dignity and voice of every human being who is eligible to vote. Thank you.

Arlan Foster, Mr

Self retired State of TX  TDCJ

Dayton, TX

I cannot think of a good reason not to be required to have ID to vote.  I think we might need to go one step further and require a voter's license. To obtain such one would have to pass a test to demonstrate they had enough sense to cast a ballot. Thanks for all you do for Texas.

Delonna Newsom

Self

New Caney, TX

We need to tighten our voting laws along with doing away with electronic voting. We need a system that cannot be hacked or votes changed.

Richard Slife, Mr

Self

San antonio, TX

Pass the legislation already!

Marc Andrus

Self  Motion picture Technician

Driftwood, TX

This is a bad bill.
It does not protect anything. This legislation only  limits Texans ability to legitimately and lawfully cast their vote.
This is a partisan attempt to curtail the actual will of the people of Texas, and should be rejected by all loyal God loving citizens of the Great State of Texas.

Mary Ellen Summerlin, Mrs.

self, retired teacher, social worker, and non-profit manager

Kerrville, TX

I have been a poll worker for over a decade in Kerr County.  The security of voting in Texas is already excellent in my opinion. We can improve access to the polls by extending the voting hours, days of early votiing, and more options to return vote by mail

Printed on: August 30, 2021 11:32 AM

ballots.  These are changes Texans really want, not more complications in the process which is very safe as is.

I am concerned about the enhanced participation for poll watchers.  In fact, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Another good improvement would be a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

While you are at it, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Mike Adams

North Texas Precision Rifle Company

Decatur, TX


Please consider adding repetitive audits to our elections each time we have one.   Without audits we have no validation nor assurance anymore in the process.

Lisa Leonard

Self, psychotherapist

Austin, TX


Every person should have easy access to voting in every election.  It's deplorable to make voting harder for anyone!

John Boehm Jr., Mr.

self, lawyer

Austin, TX


I am a voting Texan, newly moved to the listed address from our home in Kingwood, Harris County.  Texans and the world know that there is no reasonable basis for fearmongering about imaginary levels of voter fraud.  Taken as a whole, SB1 is not based on fact or legitimate considerations.  Considering the comments and actions of the Republican members of the legislature and the governor, the sole motivation of SB1 seems to be the Republican lack of faith in their own policies and an abiding faith that if all eligible voters voted, Republican policies favoring the few and keeping the current Republican politicians in power would be rejected.  So, if you are indeed afraid, hide behind this bill and while you are cowering in your corners know that someday soon there will be a reckoning at the ballot box, notwithstanding the travesty of SB1.

Esther Sampayo, Dr

Self/Doctor

Katy, TX


Election integrity and voting fraud are NOT major problems. Countless investigations, including by the state AG, have found an extremely low rate of voting fraud. SB 1 is a racist voter suppression bill whose main purpose is to scare people from voting and help one party maintain hold on state leadership. Even though it will apply equally to all Texas voters, regardless of color or creed, it's effect will disproportionately impact people of color. Requiring IDs and last fours is an assault on voters of color. This is Jim Crow 2.0. Our democracy is stronger when more people participate in elections.

Printed on: August 30, 2021 11:32 AM

Kevin Patrick

Self- rtired

Euless, TX


Section 1.03 requires statewide computerized voter registration data to be compared monthly with Department of Public Safety database to verify citizenship status.  Mass voter purging has led to hundreds of thousands of voters being purged incorrectly in Texas and in other states, such as Ohio.  Safeguards are needed to prevent valid voters from being purged and to give prior notice to voters so they can act to keep from being purged where appropriate.

Sections 2.01 and 2.10 prohibit drive-through voting; they also prohibit using a moveable structure, parking lot, or parking garage as a polling place.  Sections 2.06 and 2.07 prohibit early voting before 6 a.m. and after 9 p.m.  None of this improves election integrity, and these prohibitions should be removed.

Section 3.02 says that a poll watcher cannot be denied free movement within a polling place and can sit or stand near enough to see and hear election activities.  This is too vague; it could be interpreted as allowing poll watchers to stand close enough to voters to see how they vote.  As a former election judge and poll watcher, my opinion is that the current language degrades election integrity.

Section 4.05 prohibits public officials from giving an application to vote by mail to someone who didn't request it; it also prohibits spending money to help a third party to distribute unrequested applications to vote by mail.  A blank application form (which is publicly available) is harmless, and these prohibitions should be removed.

Section 6.03 prohibits providing vote harvesting services for compensation or other benefit.  The definition of vote harvesting services is vague; it could be construed to apply to standard activities of political campaigning.  This definition should be clarified.


Karen Schroeder

self

Corpus Christi, TX


• 	The same ID used for in-person voting should also be used for mail in voting. DL and SSN cannot be verified so are useless. Signatures must match.
• 	Carrier envelopes must never be returned to the voters due to signature defects. Carrier envelopes must be retained.
• 	Make it unlawful to distribute unsolicited applications for mail in ballots that have any portion already filled in.
• 	Caregivers should be allowed to assist voters in signing the carrier envelopes as long as they can properly identify themselves.
Lets fight to make voting easy but fair. Thank you.


Allison Garson

Self, teacher

Houston, TX


I oppose SB 1. All citizens have the right to vote! The majority of documented frauds in recent  elections have been perpetrated by Republicans voting in a district or state where they were not residents. We need to expand voting rights, not contract them. If you love America, why do you fear its people?


Michael Aulick

Self, city planner

Driftwood, TX


Printed on: August 30, 2021 11:32 AM

Please don't adopt this bill. It will make voting harder. I'm against voter fraud, but there isn't any significant voter fraud in Texas. Please don't make it harder for legitimate voters to vote. Texas should be a better democracy than that. Thank you, Michael Aulick

Andrew Schultz

The Schultz Family

Dallas, TX


The integrity of our elections is the foundation of our representative government, and our freedom.  If that trust is broken, it will tear the very fabric of our Republic.  The 2020 elections have severely damaged that trust. It is of paramount importance that you, our elected representatives here in the great State of Texas, pass laws that will assure us residents that our elections are secure, and carried out with the highest level of integrity.  Please pass these measures in this bill.

Nancy Nusser, Dr

Self

Austin, TX


I am completely against this. It denies voting rights to citizens who deserve representation.

John Huntington

Self - Electrician, IBEW Local 520

Austin, TX


It is hard to say what is most disappointing about this bill. It is, in the first place, disingenuous. A lie. It proposes to expend substantial resources, and to reduce substantial constituent services, in the name of preventing a type of election fraud which is so vanishingly rare it might as well for any practical purpose not exist. That, in itself, is a con, a grift; it's fraud by bait-and-switch. What, then, are these ill-gotten resources really to be used for? Bureaucratic waste. Harassing citizens who are attempting to exercise their legal rights and civic duties. Demanding more paperwork and more recordkeeping for things which we already closely track. Clogging up the courts with frivolous charges of fraud against people caught up in the kind of bureaucratic miscommunication which we all already experience at times. In short, throwing up legal roadblocks to make voting more difficult. This will demonstrably, if we look at other states' similar measures, do little if anything to curb an already virtually nonexistent voter fraud problem. It will also do virtually nothing to address actual, plausible threats to election integrity; the bill contains almost no language related to any of the ways in which election interference actually has been documented in the last election cycles. Rather than improving the integrity of elections, this bill proposes to waste a significant amount of taxpayer money on measures which will do nothing but make it more difficult for citizens to vote. While there are undoubtedly certain demographics and presumed political affiliations which will, by design, be more negatively impacted by these measures, we will, all of us, bear the burden of increased red tape. If, today, you believe that this bill will make it harder for "the wrong sort of people" to vote, and that it is therefore a worthwhile tradeoff to accept waste and red tape in exchange for an electoral advantage, I urge you to think further ahead. No party or political interest remains the same. Give away more and more and more of your power to participate in the system, and you may remain comfortable as long as everything is already the way you like it; but there will always come a day, sooner than you think, when you'll disagree with those in power. When that day comes, you may still be able to make your voice heard - or, if you've given away too much of your power, too many of your rights, you may not. This bill is a trap. This bill is a lie. It is a fraud, a threat, and a danger to anyone who wants to retain the ability to participate in their own governance.

Nancy Attaway

self-retired

Galveston, TX


Printed on: August 30, 2021 11:32 AM

Thank you for making this SB 1 even stronger.  I am so glad you added the following;   1 Adds voter identification to vote by mail,  making it consistent with in-person voting
2.  Strengthens prohibitions against paid vote harvesting
3.  Protects poll watcher access to see and hear the process, improving transparency
4.Prohibits public officials from distributing unrequested vote-by-mail applications
5. Conducts regular maintenance to verify the accuracy of voter registration lists

The only thing that would make it better is to give up the voting machines for all paper ballots.  That would be the best way to quarantee election integrity along with the changes that are being put in place.  Thank you, Nancy Attaway

Karen Kelley

self, retired

Austin, TX


As I think about working the upcoming election and listening to neighbors struggling to manage life through the pandemic, I wonder how their lives could be made a little easier, a little less stressful. Managing a job, children, their education, all this within the scope of staying healthy enough not to orphan their children is enough. They shouldn't have to also worry about how they're going to vote. In the midst of this our government shouldn't find themselves as the most antagonist part of their lives. Please be part of the solutions that help Texans do their civic duty without undue burdens.

Jacqueline Pugh, MD

self

San Antonio, TX


As someone who took care of my elderly mother (who was blind from glaucoma and confined to a wheelchair), curbside voting and extended early voting were a godsend.  She was always adamant about wanting to vote in every election as her duty.  Not having all of these options would have made it very difficult for her.  Although she did have a state non-driver's ID,  this ID required significant time investment by someone other than herself to obtain since she could neither drive nor be alone at the Driver's License office.   Her sense of duty as a voter was instilled in me.   I believe that making it easy to vote strengthens our democracy.  The lack of evidence for actual fraud makes many of the restrictions in this bill punitive rather than helpful.  Our job in a democracy should be to insure that everyone gets to vote who is eligible. Therefore I would support changes such as automatic voter registration,  mail-in ballots,  extended voting hours,  extra drop-off sites, and extended days of voting.   I am appalled that instead our state is trying to restrict voter's rights by making it harder to vote.   I frankly would support something like what Australia has which is to fine eligible voters if they do not vote BUT only if it was easy to cast their vote.

Jill Scott

National of Women of Achievement, Inc.

Double Bayou, TX


I oppose SB1 by Hughes because The Covid epidemic highlights the need for safer methods of voting more than ever.  We need the safer options of expanded early voting extended early voting, extended hours of polling places, and more options to return votes by mail ballots.  These are what Texans want.  Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls as well as reduce cost.  Similarly, voters with disabilities need additional refinement of SB1.  Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Barbara Jones

self/employed

Ballinter, TX


Printed on: August 30, 2021 11:32 AM

This bill is not about preventing fraud it is about republicans cheating by  increasing voter suppression tactics  too bad republicans do not treat voting rights like they do gun rights and make it easier for people to vote.   Please do not let this bill pass. Thank you.

Gladys Fryar, Mrs.

Self retired

Big Spring, TX

Passage of this bill is critical in safe guarding the voting process in TX  I ask each member of this committee to prayerfully consider protecting this most sacred right.
Thank you

Damon Chargois

self

Houston, TX

Do not go down in history on the side of evil voter suppression.  We are all watching.

Bradley Hodges

self

austin, TX

-FOR- SB 1 by Hughes.

Nancy Clifton

Self HR generalist

Austin, TX

Texas has one of the lowest voter participation rates in the US.  The state should work on ways to increase voting in the state. My husband is disabled and has voted Republican his whole life until the state made it harder for him to vote by mail. Voting is a right not a privilege. . In representing and being paid by Texans you should make it easy to vote and remove barriers to voting. I do not support any of the Republican voter suppression bills and will never vote for Republicans again given you taking away Texans' access to voting.

Michael Belsick

Fredericksburg Tea Party

Fredericksburg, TX

I completely endorse election integrity to make it nearly impossible for someone to voter fraudulently.  Voter ID should be required.  No ballot harvesting.  No one is being disenfranchised or intimidated by SB 1, but Democrats may be upset about voter fraud being far more difficult under SB 1.

Katheryn Moore, Tarrant County Precinct Chair 4065 and Election Worker

myself

Fort Worth, TX

In Tarrant County we have evidence of ballot harvesting, polling violations, and electronic data fraud. In working with others to

seek solutions for these issues that compromise the votes of all citizens, I have come to the conclusion that the following items need to be added to fortify SB1 to protect our voting system. Crimes for election fraud must be specifically mentioned and increased to misdemeanors. ID's must be required. No exception. Voters should renew their eligibility when they renew their car registration to keep the rolls clean. Ballots need a watermark, preprinted serial code, and QR code for voter transparency and security. No electronic machines should have wifi capability or internet access. Returning to paper ballots would stop the electronic fraud completely. Yearly audits should be conducted to insure integrity and transparency in our system and higher accountability for our election administrators and commissioners should be made mandatory. Mail-in-ballots should be only used for very few circumstances including those traveling, in the military, and for the elderly. Voter renewal should be required annually. Forensic audits should be more attainable and more easily ordered by a candidate, commissioner, or head of a major party. Printed ballots should be through oversight of secretary of state and pre-ordered. All voting machines must be American made. There should be a fine to the election administrator for every polling location found with live wifi. SB1 should require that no polling location can operate without a judge from both major parties present or election judges are subject to felony for those judges. Voting hours should not be extended to 9 p.m. to keep one judge accountable for the entire day's work. Election administrators should have to be more accountable to a third party agency and public agency to insure that all electronic data transmission matches the ballot activity. We must get rid of the 22 month hold on ballots until they can physically be audited. All of the language regarding the Secretary of State in SB 1 should be specified since that office changes out so frequently. We need consistency and legislated rules through this bill. Thank you!

Jennifer Singletary

Self

Austin, TX

Oppose SB 1
Thank you.

Delorie Joyner Prevost, Vice President

Self

McKinney, TX

This bill is absolutely unwarranted and dubious in intent. I will not support any TX representative that votes in favor of it. Try wining elections with policy and merit as opposed to fear tactics, voter suppression and gerrymandering.

Michelle Wright Rhame

Self - Foster Mom

Carmine, TX

Please, stop the injustice and prevent future fraud.

Mary Paz

San Antonio Voter Advocates

San Antonio, TX

This bill appears to be a solution to a problem that does not exist. Surely we should focus on facilitating access to polls, not limiting it. My husband and I are senior citizens. Additional restrictions on voting will make it even more difficult to vote when we need access to be easier. Please help seniors like ourselves be responsible citizens.

Mary Satterfield

Self. Retired.

Austin, TX

Printed on: August 30, 2021 11:32 AM

Support SB1. Texas needs to conduct a full forensic audit and pass legislation that prevents voting fraud.

Marilyn Guida, Ms.

self

El Paso, TX

Dear House Select Committee on Constitutional Rights & Remedies Members,

Voting safely is of utmost importance to me now that I am 74 and have two auto-immune diseases. This pandemic makes me very vulnerable to COVID and especially to the Delta Variant because the vaccines may not give me the same level of immunity as it does for healthy people.

Mail in ballots and expanded hours of voting provides more options for large numbers of voters beyond those with medical conditions and disabilities such as people who hold more than one job, who care for children and other family members, who travel a lot due to their jobs, and for many other reasons.

The House can and should add provisions that allow blind voters a way to securely and privately vote.

Expanded early voting, extended hours at polling places, and more options to return vote-by-mail ballots all would be helpful.

Please focus on voting options for all voters. We all want to trust the results of our elections. There must be ways to accomplish this without reducing the number of options for voting. We have significant safeguards in our voting system and we currently have transparencies built into our voting system. Changes to what we have now should be based on data and evidence that it is needed.

To be effective, I believe poll watchers should receive required additional training and testing before they can serve in that role. Everyone in the polling place who is not a voter should take an oath to assure the public of their commitment to integrity and fairness in a similar way to that of election workers. This includes people who watch voters, people who move or transport ballots, people who observe election workers, and the like.

There are twenty states with ballot curing provisions but Texas is not among them. I am very much in favor of Texas having a ballot curing process for both applications for mail ballots and for returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session, but more is needed. Incomplete ballots are not the only issue that could be addressed by curing. I've voted in other states and none of them asks the voter to sign over the seal. That in itself can result in an irregular signature. House action can expand the types of cures, add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties, not optional.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and and integrity of the voter registration rolls, as well as reduce costs.

Thank you for your diligent efforts to ensure that Texas citizens can trust the equity, integrity, fairness, accuracy and safety of our voting system.

Cecilia M Oldmixon, Ms

Self and Respiratory Therapist

Victoria, TX

I think we need to refine this bill to consider electronic voter registration and more training for poll watchers. Also, mail ballot should be received by the end of early voting so that they can be tabulated with the election ballots not received after the election and results are at in. Voter rights need to be such that we have more faith in the systems and processes not less.

Printed on: August 30, 2021 11:32 AM

Heather Graves, Dr.

Self nurse

Amarillo, TX

We know we have somewhere around 500 case active and/or decided from the 2020 election.  It is time to stand up for election integrity.  I don't care if it's a democrat, republican or independent who benefited, it is subverting our Republic and state and we as a state will not stand for it.  In my and many of my fellow Texans that I personally know feel if you don't stand up for a forensic audit on at least several key counties then you benefitted and we will all fight tooth and nail to get anyone standing in the way out of office.  Do what we all know a huge amount of your constituents expect of their chosen representatives and make this happen.  If the forensic audit says no voter fraud then great but if it shows any we work to fix those loopholes so it doesn't happen ever again.

Teresa Campbell

Self. Retired CPA

Fort worth, TX

This Bill is essential and barely scratches the surface in the effort to restore integrity to our elections. My husband and I strongly endorse this bill.

Cyral Miller

Self. Educational consultant

Austin, TX

I have been an election worker several times.  What I have witnessed are earnest Americans eager to vote!  Especially during a pandemic, it is urgent that we find ways to facilitate citizens trying to vote, rather than obstructing the electoral process.  There is ample research establishing that drive thru voting and extended voting hours supported access, with no evidence of fraud. Persons with disabilities are fearful that provisions in this bill will make it harder- not easier - for them to vote.  I urge you to resist the political gamesmanship that is surrounding this session snd vote AGAINST SB1.

Bridget Hyde

League of Women Viters

Austin, TX

We need to preserve our democracy.  Voting rights are in danger.

Bill Holt

self

Austin, TX

Please stop trying to keep Texas from voting. The current voting process is safe and transparent and clearly represents the will of the people (even when they stupidly vote in Republicans like you). There are things you can improve for all voters and instead of undermining the voting process, you should be looking to restore the level of trust in our elections.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Printed on: August 30, 2021 11:32 AM

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Lisa Evans

Self small business owner

Richards, TX

I oppose SB1 and do not agree that further restrictions are needed since voter fraud was not an issue in Texas in the first place. I also do not agree with the fact that such things as bottled water can not be handed out during voting. The people have had enough and are on the verge of civil unrest if the elected officials continue down this path of concern only for power instead of taking care of those who elected you to protect them and represent their choices. The pandemic is worse than ever and the state needs to close down and allow this virus to get back under control while getting paid by stimulus and unemployment like the other countries do in this situation. We the people have had enough!

Patrick Kollars, Mr.

Self

New Braunfels, TX

The Texas Secretary of State said that the last election was the most secure with the most voters.
There is absolutely no reason to change anything with voting. Please allow every citizen their right to vote!
Thank you.

Nancy Lee

self

Lewisville, TX

Hi, my name is Nancy and I'm from Lewisville, TX.

I'm writing to urge you to support Senate Bill 1 that is being heard in the Select Committee on Constitutional Rights and Remedies on Monday  August 23.

In order to have fair, secure, and transparent elections, Texas should:
1. Add voter identification to vote by mail, making it consistent with in-person voting
2. Strengthen prohibitions against paid vote harvesting
3. Protect poll watcher access to see and hear the process, improving transparency
4. Prohibit public officials from distributing unrequested vote-by-mail applications
5. Conduct regular maintenance to verify the accuracy of voter registration lists

These common sense reforms found in Senate Bill 1 are supported by a majority of Texans. Senate Bill 1 will make it easier to vote and harder to cheat in Texas. I urge you to support Senate Bill 1.

Darrell Lowrance, Mr.

Printed on: August 30, 2021 11:32 AM

Self/Software Engineer

Round Rock, TX

We must restore election intrigrity. We must also audit the 2020 election results.

Support SB1

Jennifer Lane, Prof.

Self

Denton, TX

The Texas Legislature should be helping Texans overcome obstacles to voting, not erecting these obstacles. Already Texas is the hardest state in the country in which to vote for many, many of its citizens. It is unreasonable to concentrate so much effort on the notion of "fraud" when there is so little. It is sad that the GOP feels so threatened by the increased turnout that so many have worked so hard to achieve. The increased turnout has often, if not always, favored Republicans. Increasing criminal penalties for what are almost always very rare errors is a crime against the citizenry of Texas. SB1 is an embarrassment and must not pass. Please vote NO.

Wanda Whitney, Mrs

self/Heritage Action

Georgetown, TX

VOTER ID:  I know that the only way we will hold onto our democratic republic is to assure that we have rules/laws in place to keep illegal votes from happening.  Common sense initiatives such as assuring that each person who presents themself for voting has a form of voter ID which is recognized by the state and/or federal government, voting rolls are systematically checked to assure that only personnel who are living in that area are allowed to vote there, some form of identification is needed when a person registers to vote by mail to assure that they are citizens of the state in which they are to vote.  We cannot afford to have a repeat of what happened in the 2020 presidential election.

Patricia Zettner

Self

Austin, TX

A 3rd generation Texan, I'll soon be 81 years old.  Age and multiple sclerosis have turned my once-lovely signature nearly indecipherable; it never looks the same twice.  So I was beyond dismayed in the run up to the 2020 election when the Fifth Circuit Court overturned a lower court ruling requiring the state to inform a voter that his/her absentee ballot had been rejected on the grounds of alleged mismatched signature in time for that citizen to "cure" the ballot or vote otherwise. "Texas's strong interest in safeguarding the integrity of its elections from voter fraud far outweighs any burden the state's voting procedures place on the right to vote," wrote Judge Jerry E. Smith. In his opinion Judge Smith admitted that he had been unable to find any evidence of signature fraud--zero, zip, zilch-- but he was protecting us from the "possibility" of such fraud.  By that reasoning, the legislature should no doubt be investing in a scheme of asteroid defense. Surely, it's possible that a rogue asteroid may slam directly into our state capitol!  Isn't it?

Texans do NOT need bills allegedly "protecting" us from "possibilities" of fraud no more proven than a phantasmagorical asteroid attack.  Indeed, the safeguards of our current Election Code have served us very well.  Instead, the committee needs to support the fundamental, constitutionally protected right of every single citizen of equal access voting. It is, after all, that vote that gives us some small share--virtually the only share, really, that most of us taxpayers have--in choosing the government we pay for.  My children (8th Gen. Texans through their dad) and I will be grateful to all who fulfill that responsibility and will oppose to our last breath all partisan, undemocratic, unTexan attempts at voter suppression.

Julie Marinucci

Printed on: August 30, 2021 11:32 AM

self - Tax Accountant

Houston, TX

Lt Gov Dan Patrick said the quiet part out loud on Laura Ingraham's show, Thursday, August 19th  when he said that "...over 90% of (African Americans) vote for Democrats in their major cities and major counties." "Theirs" is the key word. That is what SB 1 is all about, protecting the decreasing number of white rural voters who have a stranglehold on the state legislature and are holding the state back.   Voters with disabilities need additional refinement of SB 1 to make it convenient and safe for them to vote.  The House can add provisions that allow blind voters to vote in a secure private manner.  Drive thru voting is a perfect example of how the blind and those with disabilities can have greater access to voting.  I also request that this committee focus on solutions that expand the rights of ALL voters.  SB 1 needs to be reworked so voters are confident that they continue to trust in Texas elections.  The 2020 election was the safest election Texas and the US due to the existing Election Code safeguards and transparency.

Lastly, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls and would  reduce costs.

Ann Bragdon

Self - Educator

HOUSTON, TX

This bill suppresses democracy and undermines governance by and for the people. It must not pass.

Rachel Gutow-Ellis

Self-Educational Consultant and Parent Coach

Houston, TX

As a Volunteer Deputy Voter Registrar, Election worker, and past Alternate Election Judge, I can attest that the steps you are proposing are claiming to solve a problem you seem to be making up.  Improve our system by allowing more access to voting, not more restrictions.  Streamline the process so if a ballot needs to be cured, that can be done more readily.  There are already so many impediments to casting a vote, that I'm not sure how your steps have anything to do with preventing fraud and everything to do with preventing people from being able to vote.  My experience has shown that nobody is willingly casting fraudulent votes.  As an active participant in our elections, I am appalled at what is being done to perpetuate a made-up problem by our elected leaders.

Michael Myles

Self

Round Rock, TX

I support SB1. Without transparent election integrity and citizen's confidence in our elections, we won't have a strong Republic

Doug Blakely

Self

San Antonio, TX

Please undergo forensic audit for last Nov elections first

Ronnie Smitherman

Self

Printed on: August 30, 2021 11:32 AM

Fort wqorth, TX

Need to make it easier to Vote not Harder!

Vernon Ball

Self

Justin, TX

I support this bill

Denise Stufflebeam

Self; travel agent

LLEN, TX

I support election integrity.

Judy Panessiti

Self

Lavon, TX

We need stricter voting laws that ensure the safety & security of our voices. Without this, we can no longer grant permission to officials to govern us nor make/change laws affecting us and our families.

Patrick Scroggin

Self / Language Trainer

San Antonio, TX

Good morning,
My name is Patrick Scroggin, I am currently living in Germany, which me an overseas voter. My home of record is above and I will provide my foreign address below.

I'd like to say that I believe the current laws and regulations in the law now are adequate protection against vote manipulation. We have strong ID laws and their enforcement in the last election deterred any significant fraud in our elections. What I would really like to see is that the committee look for secure ways to ensure that all citizens have access to the polls. To me that would include expansion of voting by mail. Other states are able to conduct almost all their elections by mail without compromised elections, Texas can do that too. We have seen in the Corona pandemic that a lot of people want to vote but don't want to expose themselves to the virus. Voting by mail is safe.

I would support secure drop off boxes which could be located in public libraries or post offices to allow voters to directly deposit their ballots. Logically, big counties would need more than small counties.

As I am an overseas voter, sometimes the time it takes to get a ballot from San Antonio to Germany and back can be quite close to election day. It would be an excellent idea to allow all ballots which are postmarked before election day to be allowed to be counted if it arrives within a week to 10 days after election day. Also, it would be very helpful if absentee ballots and applications could be corrected in a safe manner by email or secure server.

I personally feel the 2020 election was proper and honest, so I don't really agree with restricting voters' access to the polls. As my dad used to say: "If it ain't broke, don't fix it!."

Thanks for your consideration.

Printed on: August 30, 2021 11:32 AM

Best regards,
Patrick Scroggin

overseas address:
Schadowstr. 6
45147 Essen
Germany
011-49-177-7289000

Maureen McVey

Self

Cleburne, TX

Please pass this crucial bill. We need to ensure that we have safe and inclusive voting for all legally registered voters.

Brenda Witt

self, retired social worker

New Braunfels, TX

First let me say that since Texas already has the most restrictive voting law in the country, and there was no fraud in the election, there is no reason to have this bill which would  make it even harder to exercise our right to vote.  As a 75 year old, it is clear to me that there needs to be easy access to vote by mail, more polling places not less, strict rules for poll watchers so that no voter can be intimidated and more access to the vote by disabled voters.  It is not pro-democracy to restrict the right to vote in order for one party to maintain power.

Jeff Moxon

Self

Spring, TX

Texas needs to implement a full forensic audit of the 2020 election.  Anyone that interfered with election results should be punished to full extent of the law.  There is no gray area here.

Jane Reinhart Gonzalez

Self. RN. Nursing instructor

Galveston, TX

I AGREE WITH ALL OF THE SB 1 COMMON SENSE REFOMS AND PROVIDE MY SUPPORT

Charles Bernardin

Dallas County Resident for nearly 40 years

Richardson, TX

re: SB1 & HB1 . We need a Full Forensic Audit of the 13 Counties designated which include: Dallas, Collin, Tarrant, Harris, .... Our Texas votes in 2020 were not counted. They were deleted and replaced with a Computer Program. Seth Keshel's Tarrant County plot that shows that the County 'Dog Catcher'  was more popular than President Trump is proof-positive that Tarrant County was rigged. https://t.me/RealSKeshel/974

Curt Tempel
Printed on: August 30, 2021 11:32 AM

Self

San Antonio, TX

I am strongly in favor of passing the bill SB1. Our nation is at risk and any legislative process we can do to further protect our vote from fraud and cheating is greatly appreciated.

Rita Messimer

self - Senior Business Analyst, RN

Dallas, TX

My 97 year old mother should not have to go to a voting location. My older sister is in a nursing home and cannot go to a voting location due to medical condition.  I should be able to help both of them and take the form to a collation site. All of this should be without making it so hard their ballots will be rejected. Voting by mail should be easy. There should not be blocks in place to prevent the handicapped and elderly from voting. My parents fought in WWII and now you want to restrict her voting ability. Shame on you. My sister who cannot be moved without a specialty van and multiple people to assist should be able to vote and I should have the ability to assist her with the process and not have the ballot rejected due to too many rules.

Hilary Tyson

Self, Attorney

Houston, TX

I am against the passage of SB1 and encourage all legislators to vote against this bill.  It seeks to resolve a non existent problem. Voter fraud has not occurred in Texas at any rate that justifies the political and legislative focus and effort placed in this bill.  The state of Texas has more pressing real issues related to educational opportunities, funding education, COVID safety and relief, and fixing the utility infrastructure that failed us, which the legislature must focus on. Real people died and have been harmed by failures in our education policy, COVID policies and utility infrastructure- these should be our legislators' focus.  This bill's primary purpose is to have a chilling affect on voting rights in an effort to disenfranchise certain constituents- likely ones harmed most by our states failing education, healthcare and utility infrastructure and rely most on these public systems their taxes pay for (lacking wealth or other means of access to alternatives available to others with these privileges).  The legislature should focus on making voting more accessible to constituents by providing more expansive opportunities for voting, drive thru voting, after hours voting, extended early voting, weekend voting- this has been the trend in other westernized democracies and is critical for maintaining a representative democracy.  The sponsors and supporters of this bill seek by its terms and added regulations to chill the voice of constituents (particularly in populated urban areas and that work shift work) in a paternalistic manner - thinking they know better what is right for the constituent. Alternatively SB1 is an effort to disenfranchise the constituents they have failed by legislators' poor policies and legislation in an effort for those legislators to retain their seat  in power.  in either case, this mindset wreaks of autocracy of oligarchy- and is a slap in the face of the values this nation were founded upon.  Any legislator voting for this bill should do knowing that their vote will solidify in the minds of many of their constituents (including this one) their unpatriotic failure to adhere to the commitments of their office and ideals of this representative democracy we all hold dear.

Victoria Salin

self /professor

College Station, TX

I oppose this bill mainly because there is no need for Texas to have additional restrictions on us, the voters.  The 2020 election was fairly decided, according to the Secretary of State.  Fraud is not a widespread problem therefore it is not necessary to pass a law that proposes to prevent fraud.  Further, the additional restrictions are confusing to voters.  Some of the proposed restrictions in this bill affect the curb-side voting  and those new restrictions will negatively affect voters who have disabilities.  I ask that our state representatives work together to enhance democracy in Texas, supporting voting by all eligible Texans.

Sarah Kennedy

Printed on: August 30, 2021 11:32 AM

Self

Georgetown, TX

A nation without free and fair elections is lost. Remember your oath to our constitution and secure our elections.

Mary Tigh, Mrs

Self- Stay at Home Mom/Wife

North Richland Hills, TX

PLEASE support this bill. We desperately need election integrity in every state and Texas should lead the way. Anyone who says this is discriminatory is leading the people away from the truth and knows better. Do your jobs; safeguard the future of this country for my children.

Sheila Clemmons

Self

Fort Worth, TX

We the Texans demand a full forensic audit of the 2020 election for all Texas counties, starting with the 13 largest counties.

Tarrant county has Venezuelan Heider Garcia (from Smartmatic) as their election appraiser ??

We the Texans have our constitutional rights to remove all politicians that do not do what their constituents request.

The order of authority is as follows:
(1) God
(2) man
(3) community
(4) government

Karen Stokes

Self

Houston, TX

We do not have an issue with election integrity or security, and any suggestions otherwise is false. No need at all for a bill which states that fraud is making our votes insecure. Secondly, any action that removes access to voting, whether by lessening early voting hours, making mail in voting more difficult,, or preventing drive through voting, is an active measure of voter suppression. Period. We must move towards more equity - and this bill - at its heart - is attempting to take voting rights away from legal citizens. It cannot stand. It is a bill that fears the people voting. Is that who we are? Is that who you are? And by the way - if there is a problem with drive through voting - solve that. Make it legal and possible for citizens to vote in the way that is easiest for them. But restricting voting access is a political maneuver that has no place in our democracy. The vote is sacred - and how you protect the vote is by making sure every citizen has the easiest access possible. Those elected officials who serve the people and who are advocating for this inequitable bill, get your act together. Do your job - protect access to voting. This bill is terrible.

Patty Reid

Self

La Grange, TX

In Fayette County, mostly older folks are working elections. There is little fraud. Threats of arrest & harassment scares the

honest, caring workers, both Democrat & Republican.  This will cause them to think twice before volunteering.  You were elected to represent all Texans, including the old & minorities.  Trust in your motives is in question as you try to push through legislation that will make it harder to vote.  That is not the American way.


Karen Samford

self

FRISCO, TX


I OPPOSE this Bill (SB 1) and all the taxpayer dollars and time wasted on this unnecessary bill.
This bill will do nothing but polarize the democratic process and PREVENT voters from voting.
Nothing, not even a bounty offered by the Lt. Governor himself, could be found to suggest that voting in the previous election was fraudulent.
WHY CONTINUE TO WASTE OUR TAX DOLLARS AND YOUR TIME ON SOMETHING THAT SERVES TO ONLY ABATES DEMOCRACY?
Thank you,
Karen Samford
Frisco TX


Mae Whaley

self - retired

San Angelo, TX


This correspondence requests the Committee on Constitutional Rights & Remedies to focus on solutions for ALL voters in order to help restore the level of trust in Texas elections, and to realize the magnitude of Election Code safeguards and transparency that are already in place.  The Texas COVID epidemic highlights the need for safer methods of voting more than ever.  We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. Also, one drop-off ballot box per county is unworkable.  These are what Texans want.  Poll watchers should receive required additional training and should take an oath similar to election workers to acknowledge the integrity of the polling space.  A complete cure process for applications for mail ballots and for returned mail ballots should be included by adding a way to alert voters of the need for a cure and give clear, uniform instructions for same.  SB1 should add provisions that allow blind voters a way to securely and privately vote.  Finally, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.  Thank you for your time.


Raul V Carrera

Self

Austin, TX


I oppose SB1! The whole point of our Democracy is to allow a say so to all citizens, whether they agree with us or not!


Joanne Richards, Ms

self

Austin, TX


Could our election system benefit from improvements to election security? Certainly.  But the safeguards and transparency measures in our Election Code place now are robust.   As a former election judge, I react strongly against the provisions in SB1 that increase access to polling locations by partisan poll watchers.  It is difficult enough now (and even before COVID) to hire enough elections judges and clerks to run a polling place.  Additionally, Texas is notorious for low voter turnout.  Increasing the potential for harassment by poll watchers will make it nearly impossible to attract workers and discourage voting regardless of political persuasion.  Please remove all increased access to poll watchers in SB1.


Printed on: August 30, 2021 11:32 AM

Joanne Meyer, Mrs

Self (retired school nurse)

Missouri City, TX

Please support!  If we cannot have honest elections, why have them at all? Our fundamental RIGHT!

ANDREA RATHBONE

Self

FLINT, TX

This is a solution looking for a problem.  The Texas Legislature has so far failed to prove that there is any significant voter fraud in the state of Texas.  This legislation is both unfair and unnecessary.

Anthony Ramirez

Self, Teacher

Houston, TX

There is no evidence of mass voter fraud in our last election and this bill is voter suppression plain and simple. OPPOSE SB1.

Sandra Clemans

Self- retired

Cleburne, TX

I am in favor of SB 1 and urge all members of the state legislature to pass this bill. We cannot have free and fair elections if we do not have confidence that our election process is fraud free. Please do the right thing and help all Texans know that election integrity is as important to you as it is to the citizens of Texas by passing this bill. We also need a full forensic audit of the 2020 election.

Susan Kwast, Ms

Self, Retired

Sanger, TX

Protect election integrity.

Frani O'Toole

Self

Austin, TX

My mom is a person with disabilities and it is her constitutional right to be able to vote. The House can add provisions that allow blind voters a way to securely and privately vote. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

Poll watchers should receive required additional training and acknowledge the polling space's integrity by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. Alert voters of the

Printed on: August 30, 2021 11:32 AM

need for a cure and give clear instructions for making sure their vote counts and make the process uniform in all counties not optional.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls and reduce costs

Chris Masey

self and family

Austin, TX

This bill is unnecessary and harmful to people with disabilities. There is no reason to impact the accommodations needed for many people with disabilities to have full access to voting. This bill should expand voting for people with disabilities and create a safe and inclusive environment.

Patricia Morgan

Self

Kyle, TX

Poll watchers must receive training and required an oath to integrity. Assure elderly voters like myself they don't have to jump hoops in order to vote by mail. Disabled voters must be assured assistance if needed without suspicion. Blind voters must be allowed ways to securely and privately vote. Voters must be provided safe options to vote: expanded early voting, extended hours for voters who have no opportunity to leave work to vote, more options for returning vote by mail ballots, more drop boxes, more open precincts, voting opportunities for college students.  Texans need to be considered beyond the door of politics. Fair voting opportunities and processes for ALL REGISTERED  TEXANS. I'm a registered voter, 80 years old and I want an easy way to request a mail in ballot without added steps.

Patricia Henry, Ms

Self

North Zulch, TX

A photo ID with a legally vetted signature should be used for both in person and mail in voting.
Do not allow ballots carrier envelopes to be returned to correct a signature.
Prohibit the unsolicited distribution of applications for mail in ballots.
Prohibit the distribution of applications for mail in ballots with any portion filled in.
Remove the exemption for attendants and caregivers from signing the carrier envelope. They should be required to identify themselves.

Charles Simmons

Charles D. Simmons PC

Houston, TX

Regarding Election Integrity ·      Current laws in Texas do not secure integrity filled elections. SenateBill1  must be fortified further.·      Yearly voter renewal should be required to keep voter rolls current.·      Mail-in ballots should only exist for those traveling or residing out ofthe county for an approved reason and other reasons must not encourage fraud.·      Yearly audits should be done to insure the highest transparency. Riskaudits should be eliminated since they only look at a select 1% of the ballots.·      Paper ballots should be brought back and all electronic data collectorsand poll books should be eliminated.·      Forensic audits should be done for any candidate or elected officialmaking the request. Should an election be won by less than one percent, than anaudit should be ordered.·      Should any electronic machines be used in voting, none may be connected towireless internet as they are today. No scanners, printers, or tabulators maybe connected for any reason.
·      I.D.'s must be verified for every voter. No exceptions.·      All ballot printing companies should be approved by the

Printed on: August 30, 2021 11:32 AM

Secretary of Stateahead of each election. ·     No voting systems (EMS software and tabulators) may be used that aremanufactured outside of the U.S. ·     Each ballot should have a watermark, preprinted serial number, and perhapsa QR code that the voter can then have to trace their ballot. These measuresprevent the copying of ballots. ·     Local polling locations cannot operate without representation from bothparties. An election judge from both parties must be present. ·     Election administrators and the Commissioners Court should be moreaccountable to the people regarding elections.·     Voting hours should not be extended after 7 p.m. each day since more thanone shift of workers will be needed and the current seamless group of electionworkers for each polling location will be duplicated as that could open moreopportunity for an inconsistent election where one judge is not responsible forthe whole day. ·     Crimes for election fraud must be increased from misdemeanors to felonies.·     Electioneering must be a punishable violation.

Please enter these as my testimony.


Inda Simmons

Self and Grassroots Gold

Houston, TX


Stop voter suppresson through fraudulent votes!!!!  Current laws in Texas do not secure integrity filled elections. SenateBill1 must be fortified further.·     Yearly voter renewal should be required to keep voter rolls current.·     Mail-in ballots should only exist for those traveling or residing out ofthe county for an approved reason and other reasons must not encourage fraud.·     Yearly audits should be done to insure the highest transparency. Riskaudits should be eliminated since they only look at a select 1% of the ballots.·     Paper ballots should be brought back and all electronic data collectorsand poll books should be eliminated.·     Forensic audits should be done for any candidate or elected officialmaking the request. Should an election be won by less than one percent, than anaudit should be ordered.·     Should any electronic machines be used in voting, none may be connected towireless internet as they are today. No scanners, printers, or tabulators maybe connected for any reason. ·     I.D.'s must be verified for every voter. No exceptions.·     All ballot printing companies should be approved by the Secretary of Stateahead of each election. ·     No voting systems (EMS software and tabulators) may be used that aremanufactured outside of the U.S. ·     Each ballot should have a watermark, preprinted serial number, and perhapsa QR code that the voter can then have to trace their ballot. These measuresprevent the copying of ballots. ·     Local polling locations cannot operate without representation from bothparties. An election judge from both parties must be present. ·     Election administrators and the Commissioners Court should be moreaccountable to the people regarding elections.·     Voting hours should not be extended after 7 p.m. each day since more thanone shift of workers will be needed and the current seamless group of electionworkers for each polling location will be duplicated as that could open moreopportunity for an inconsistent election where one judge is not responsible forthe whole day. ·     Crimes for election fraud must be increased from misdemeanors to felonies.·     Electioneering must be a punishable violation.
Please enter these as my testimony.


Laura Weaver

self, retired

The Woodlands, TX


I strongly oppose many parts SB 1. In particular, the new requirements and higher penalties for people assisting voters (we have elderly mothers, they need help!), the absence of training and oversight for poll watchers which can (and has) let to voter intimidation. For the strongest, safest voter turnout, our leaders need to find safe ways to expand early voting and vote by mail. Poll watchers should be trained and required to take an oath. Blind voters should be afforded provisions so that they can vote safely and privately. And last, electronic voter registration would be a safe way to increase the accuracy and integrity of the voter rolls, while cutting cost.


Clair Kimpel

Grassroots Gold

Houston, TX


There is no voter trust in elections.  Voter suppression through fraudulent votes must be stopped.


Printed on: August 30, 2021 11:32 AM

There should be changes to the Senate Bill. Current laws in Texas do not secure integrity filled elections. SenateBill1 must be fortified further.·    Yearly voter renewal should be required to keep voter rolls current.·    Mail-in ballots should only exist for those traveling or residing out ofthe county for an approved reason and other reasons must not encourage fraud.·    Yearly audits should be done to insure the highest transparency. Riskaudits should be eliminated since they only look at a select 1% of the ballots.·    Paper ballots should be brought back and all electronic data collectorsand poll books should be eliminated.·    Forensic audits should be done for any candidate or elected officialmaking the request. Should an election be won by less than one percent, than anaudit should be ordered.·    Should any electronic machines be used in voting, none may be connected towireless internet as they are today. No scanners, printers, or tabulators maybe connected for any reason.
·    I.D.'s must be verified for every voter. No exceptions.·    All ballot printing companies should be approved by the Secretary of Stateahead of each election. ·    No voting systems (EMS software and tabulators) may be used that aremanufactured outside of the U.S. ·    Each ballot should have a watermark, preprinted serial number, and perhapsa QR code that the voter can then have to trace their ballot. These measuresprevent the copying of ballots. ·    Local polling locations cannot operate without representation from bothparties. An election judge from both parties must be present. ·    Election administrators and the Commissioners Court should be moreaccountable to the people regarding elections.·    Voting hours should not be extended after 7 p.m. each day since more thanone shift of workers will be needed and the current seamless group of electionworkers for each polling location will be duplicated as that could open moreopportunity for an inconsistent election where one judge is not responsible forthe whole day. ·    Crimes for election fraud must be increased from misdemeanors to felonies.·    Electioneering must be a punishable violation.
Please enter these as my testimony.


Robert Kimpel

Grassroots Gold

Houston, TX


There is no confidence in elections.  Everyone knows voting by mail is nothing but for fraud.  True voter suppression is by fraudulent votes.  There is no problem for anyone getting to the polls, properly showing ID and doing it on voting day.

Regarding Election Integrity , current laws in Texas do not secure integrity filled elections. SenateBill1 must be fortified further.·    Yearly voter renewal should be required to keep voter rolls current.·    Mail-in ballots should only exist for those traveling or residing out ofthe county for an approved reason and other reasons must not encourage fraud.·    Yearly audits should be done to insure the highest transparency. Riskaudits should be eliminated since they only look at a select 1% of the ballots.·    Paper ballots should be brought back and all electronic data collectorsand poll books should be eliminated.·    Forensic audits should be done for any candidate or elected officialmaking the request. Should an election be won by less than one percent, than anaudit should be ordered.·    Should any electronic machines be used in voting, none may be connected towireless internet as they are today. No scanners, printers, or tabulators maybe connected for any reason.
·    I.D.'s must be verified for every voter. No exceptions.·    All ballot printing companies should be approved by the Secretary of Stateahead of each election. ·    No voting systems (EMS software and tabulators) may be used that aremanufactured outside of the U.S. ·    Each ballot should have a watermark, preprinted serial number, and perhapsa QR code that the voter can then have to trace their ballot. These measuresprevent the copying of ballots. ·    Local polling locations cannot operate without representation from bothparties. An election judge from both parties must be present. ·    Election administrators and the Commissioners Court should be moreaccountable to the people regarding elections.·    Voting hours should not be extended after 7 p.m. each day since more thanone shift of workers will be needed and the current seamless group of electionworkers for each polling location will be duplicated as that could open moreopportunity for an inconsistent election where one judge is not responsible forthe whole day. ·    Crimes for election fraud must be increased from misdemeanors to felonies.·    Electioneering must be a punishable violation.
Please enter these as my testimony.


Emily Shearer

self-teacher

The Woodlands, TX


Provisions to oppose:
New ID numbers added to Vote by Mail applications and the ballot return carrier envelopes. Forget which number you used?

Printed on: August 30, 2021 11:32 AM

Ballot cancelled.
More requirements and higher penalties for people assisting voters.
Poll Watcher training not required.
Greater freedoms for poll watchers, potentially intimidating voters.
Prohibits a public official from creating, modifying, waiving, or suspending any election standard, practice, or procedure mandated by law or rule, including during an emergency such as a pandemic.

Provisions to add:
Safer options for expanded early voting, extended hours at polling places, and more options to return Vote by Mail ballots.
Poll watchers should receive required training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.
Add a way to alert voters of the need for a correction on their Vote by Mail and give clear instructions for making sure their vote counts (called curing).
Add provisions that allow blind voters a way to securely and privately vote.
Add electronic voter registration to increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Joyce Sears

Self / Retired

Dickinson, TX


Header Garcia (former employee of Smartmatic and Dominion) is the elections administrator in Tarrant County AND the county went for Biden. This is all you need to know to realize we need SB1.

We also need a Forensic Audit of this county.

Rebekah Warwick, Central Regional Coordinator

Heritage Action for America

Grand Prairie, TX


Thank you, Chairman Ashby, and members of the Committee, for the opportunity to submit written testimony in favor of Senate Bill 1.
Senate Bill 1 importantly includes the common-sense proposal that each voter be required to provide photo identification, making voter ID consistent whether a voter casts their ballot in person or by mail-in ballot. Other states such as Georgia, Florida, North Carolina, and Ohio already require same or similar identification requirements to ballots and/or ballot applications. The Texas Association of Business found in an April 2021 poll that an overwhelming 85% of Texans support voter ID. The Dallas Morning News also published a poll in April 2021 that showed a majority of Texans supported the election reform efforts during the regular legislative session.
Senate Bill 1 additionally increases the security of mail-in ballots by prohibiting election officials from distributing unsolicited vote-by-mail applications. Residents may move, addresses may change, and not every new resident at an address may throw out the ballot application that is being automatically mailed to a former resident. Automatically mailing ballot applications or ballots to registered voters creates additional invitation to confusion, fraud, and abuse.
The bill protects the integrity and security of mail-in ballots by prohibiting paid ballot harvesting. Texas law already makes provision for mail-in ballots to be personally delivered to election officials by the voter or someone assisting them (see Texas Election Code §86.006, Texas Government Code § 573). By prohibiting paid operatives from harvesting ballots, the bill secures and provides crucial safeguards to both the integrity of a voter's ballot and the integrity of the electoral process.
The bill promotes transparency in elections by strengthening the rights of poll watchers to see and hear the process and report any irregularities, while not interfering with the conduct of the election. Unfortunately, there are verified cases of poll watchers being illegally removed or obstructed from observing the process during past elections. Poll watchers play an important role in instilling confidence that our elections are free and fair.
The bill promotes fairness and accuracy of our elections by improving the maintenance of our voter rolls. Every fraudulent vote negates a legally cast vote, robbing a citizen of their voice and further eroding trust in the system. Accurate voter lists protect against fraud. Monthly communication between the Secretary of State and the Department of Public Safety to verify citizenship status is a common-sense reform that promotes accuracy and integrity.

Printed on: August 30, 2021 11:32 AM

As the Denton County Sheriff stated in October 2020 after a mayoral candidate was caught engaging in mail-ballot fraud, "Voter fraud is a serious and widespread issue and cannot be tolerated." Senate Bill 1 is a crucial step to increasing voter confidence and ensuring that it is easy to vote and hard to cheat in Texas.

Sarah Dolan

Self

Spring, TX

With an estimated 200,000 votes stolen in the last election from Texans, and the 500+ cases either being investigated or prosecuted, we need better voter integrity of Texan votes.
Conservative votes deserve equal protection under the law!
I support SB1 and I pray that my legislators do also.

Laura Bergin

Self

Arlington, TX

I implore the committee to focus on solutions for all voters and help restore the level of trust in Texas elections.
I am totally aware of the the magnitude of existing Election Code safeguards and transparency.
To a more inclusive and democratic goal of voting rules reflecting the will of all Texans I share the following thoughts:
We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots.
To be effective, poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. They have a duty to all Texans.
Include a complete cure process for applications for mail ballots and for the returned mail ballots. Never should there be the ability to cure incomplete applications or ballots to the electronic ballot tracking system such as approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.
Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.
Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.
All Texans who are eligible should be able to easily register and vote knowing their vote counts. It is our duty as responsible Texans. I sincerely believe it is the sacred duty of every person elected to office to represent EVERY constituent.

Janice Hendrix

Self

Galveston, TX

Strongly support this bill! So very concerned how our country is changing. We have to fight for what we believe in.
Thank you!!

Diana Spain

Retired

Austin, TX

I am a member of the League of Women Voters and am passionate about voting rights, voting access, and voter engagement.  We need to increase access and turnout for TX voters, not make it harder to register and vote.  There is no widespread problem with voter fraud, but rather a lack of voter participation. This bill could actually help rather than hinder TX voter engagement with these improvements.   Improve SB1!  1.  ADD a Poll Watcher's oath and required training.  2.  ADD more safe voting options:

Printed on: August 30, 2021 11:32 AM

expanded early voting, extended hours at more polling places and more safe options for returning mail-in ballots.  3. ADD a complete cure process for applications for mail-in ballots and for returned mail-in ballots.  4.  ADD protection for voters with disabilities.  Offer blind voters a way to securely and privately vote.  5. ADD electronic voter registration.

Eric Hartman, Mr.

Self

Austin, TX

Thank you for the opportunity to comment in opposition to SB 1 as passed by the Senate in the second called session of the 87th Texas Legislature. This bill, like its previous versions in the regular and first called sessions, is a solution in search of a problem. It has no legitimate basis in data or facts or credible claims of voter fraud in the 2020 elections. The secretary of state's office, charged with responsibility for overseeing our elections, has officially declared the 2020 Texas elections smooth and secure.

Backers of SB 1 say nonetheless that there is a crisis of public confidence in our elections, a crisis to which they must respond with sweeping mandates of changes in voter rights and election procedures despite the lack of evidence of any consequential election fraud. Rep. Briscoe Cain, author of HB 6, one of the precursors of this bill in the regular session, admitted as much in an April 1 hearing on his bill. He said, "People are concerned with whether they trust our system; legitimate concern or not, it's real, and I believe we have a duty to give them confidence in our system."

This sort of thinking and the legislation it has spawned are themselves a real danger to democratic elections. Lawmakers have a duty not to appease irrational and studiously ignorant concerns about nonexistent systemic threats to election security, conjured up by demagogues, but to tell those who express these concerns that they are unsupported by evidence.

Based on my experience as an over-65 voter, election judge, and polling monitor in the 2020 elections, if this bill becomes law I foresee great harm to fair access to the ballot box and to a vote that will be counted in future elections.

It sets new procedural traps including superfluous voter-ID requirements for unwary older voters and those with disabilities who seek to vote by mail as I did in 2020.

It needlessly limits local authority to expand voting hours or to allow safe and secure drive-through voting or drop boxes, for no good reason, despite successful experiments with these options in my home county and elsewhere in Texas in 2020 in response to the hazards posed by the pandemic.

It will deter volunteer election judges like me (and like my highly capable and conscientious Republican counterpart who worked in tandem with me in the 2020 primaries) from serving in future elections, lest we be accused of criminal misconduct for honest mistakes or for trying to maintain order in the polling place in the face of provocations from poll watchers newly emboldened to disrupt election administration by the language of SB 1.

Ironically, when you look at all these and other impediments to fair elections under SB 1 that would be enacted in the name of "election integrity," it becomes clear that the real, systemic threat to election integrity would be this bill itself. I urge you to oppose SB 1 and all bills like it.

Sally Helppie

self

Carrollton, TX

This comment is regarding the Voting bill(s).  It is vitally important to include at least a couple of days where 24-hour voting is allowed.  Not everyone works a regular schedule and most employers don't give time off to vote.  Being able to drop off ballots in locked boxes or via a drive-through process is helpful to the disabled who want to make sure their ballots reach the election destination but who are unable to stand in voting lines.  Finally, the idea of poll watchers who are partisan and/or not trained and/or don't have to take an oath worries me a great deal.  If the major political parties want more poll watchers, then our Legislature MUST make sure they are trained in what they are permitted and not permitted to do; they should take an oath about following the law and not trying to influence or intimidate any voters (by words, actions, facial expressions, etc.), and they should

Printed on: August 30, 2021 11:32 AM

face penalties if they violate that oath.

   Poll watchers must wear name tags and those name tags should include the name/title of any campaigns in which the poll watcher holds a position.  For example, if a candidate is fielding poll watchers, that information should be made available to the public at that polling site.

Judith Williams, Mrs.

Self, retired

Bedford, TX

Freedom to Vote:

Freedom to vote is a core value in my religion. It is wrong to place obstacles in front of voters, just as in Leviticus 19 it says it is wrong to place obstacles in front of the blind.
The proposed anti-voter measures place a burden on many, and especially the disabled.  Even the temporarily disabled. We are all just one stumble away from being disabled, just one car accident away from disability.

Disability can be temporary and impossible to predict. After shoulder surgery, I had a bad reaction to the anesthesia and was nauseous. I could not have voted during that time. Too busy puking!  And yet, I was not permanently "disabled" - I was temporarily unable to go to the polls, stand in line, stand at a voter booth, etc. There's no way I could have known this in time to meet the current requirements to apply for Vote By Mail.

This bill should also add a provision that allows blind voters a way to securely and privately vote.

The Covid epidemic shows us how important it is to expand early voting hours, and provide more options for Vote by Mail. We shouldn't need a pandemic to make it safer for people to vote!

The committee should focus on solutions for ALL voters and help restore trust in Texas elections. The Texas election code is enormous, and already contains many safeguards.

The bill should include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Pollwatchers should be required to have more training, and take an oath similar to election workers. Harassment from untrained, partisan pollwatchers is another obstacle to voting safely.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

TEXAS VOTERS WANT MORE CONVENIENCE AND SAFETY, NOT MORE OBSTACLES TO VOTING!

Jonathan Grant

Self/Retired

San Marcos, TX

I am opposed to the passage of this bill.

Elizabeth Trott

self, film and television costumer

austin, TX

Printed on: August 30, 2021 11:32 AM

This bill will allow for bullying and threatening at the polls as well as partisan oversight and nullifying of votes. It will be incredibly detrimental to democracy as a whole and will undoubtedly be a blight on governing body the state of Texas for years to come.

Gayland Taylor, Precinct Chair

PC 2712

Mansfield, TX


Please do not let this bill pass through your hands.  Presently you may not see the corruption this bill will have on our society. But if you do not stand up against this bill now. Your soul will never be able to find eternal peace are be welcomed into our Father's Kingdom. In heaven there are no political sides no parties.  It is all on you.

Gloria Swift

Gloria Swift/self/retired

BULLARD, TX


I am for Senate Bill 1.  As a previous poll watcher and election judge in the State of Texas, I want to ensure an election process that will allow Texas voters to be comfortable in knowing all elections will be fair and that their vote will be properly counted.

Sarah Yeoman-Lomangino

Self

SANGER, TX


As Americans, voting is one of our most basic rights.  Please focus on solutions for all voters and help restore the level of trust in Texas elections.  The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

Linda Hall

Self

New Braunfels, TX


#1. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

#2. Poll watchers should receive required additional training and acknowledge the polling space's integrity by executing an oath similar to election workers.

#3.  Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. Alert voters of the need for a cure and give clear instructions for making sure their vote counts and make the process uniform in all counties not optional.

#4. Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

#5.  Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls and reduce costs.

Printed on: August 30, 2021 11:32 AM

Laurie Coffin

N/A

Austin, TX

I am opposed to SB 1. This bill is an attempt to create solutions for a problem that does not exist. It is an appalling effort to lend credibility to the lies of fraud from the election. The people of Texas deserve better. The Legislature should be focused on solutions that encourage and make it easier to vote, not creating new obstacles.

Suzanne and Terry Smith, Mr and Mrs

Dallas Eagle Forum.

Heath, TX

My husband Terry and myself want all of these passed. We are extremely active in politics now and we know who you all are that serve in our districts.
Get these done especially, sb1 !!!!!!'  We need voter id in Texas and I know you all. Know why.
We are closely watching you now a days and there are plenty just like us!   Do your jobs and get it done.

June Moore

Self

Buna, TX

We ask that this bill be passed with the strongest language possible to insure the legitamcy of our elections

William Christ

self

San Antonio, TX

I believe this is the most important piece of legislation facing Texas this year.  Our democracy depends on open, accessible and free elections.  As a 71-year old, I believe the current bill as written is undemocratic.
I don't understand the restrictions on mail-in ballots (Mr. Trump used one).  I don't understand the unleashing of partisan poll watchers (Who wants to be harassed at the polls?).  I don't understand narrowing the times when people can vote (How is voting at 10pm problematic?)  .  Please reconsider these issues.
 Also, why not add electronic voter registration (this expands who can vote)?  Why not include a complete cure process for applications (as we get older we can more easily make mistakes)?  Why not encourage people to vote?  I believe history will look back at the current bill as one of the acts that hurt democracy.  Please reconsider.

Lesli Fitzpatrick

Self, Attorney

Austin, TX

This bill is fair and impartial.  It ensures that everyone will get one legal vote and that vote will count. It does not limit the rights of Texas voters it actually expands them by extending the hours of early voting among other additions. Please vote "yes" to keep our elections in check and to punish those who abuse this sacred privilege.

Carol Duke, Mrs.

Self / Retired

Garland, TX

Printed on: August 30, 2021 11:32 AM

I support SB 1 and urge this bill pass and be made law

Mark Skrabacz, Rev.

First Unitarian Universalist Church of San Antonio

San Antonio, TX

Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections, and to acknowledge that there has been no proven Voter Fraud in Texas

Acknowledge the magnitude of existing Election Code safeguards and transparency that has contributed to the absence of Voter Fraud.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Dana McCarver

Self

Tyler, TX

It is more important than ever to ensure that our election process is protected from abuse by those who would seek to dilute and erase the votes of legitimately entitled voters. Our votes must be protected from people who would use nefarious means and cheat to secure the election of a particular candidate "be any means necessary." One citizen is entitled to one vote. We must have confidence that our votes are not altered or deleted and that illegitimate votes are not counted.

Only citizens have the right to vote. Please note that I repeatedly use the word citizen! It is not a hardship to require every citizen to provide identification that those same citizens use routinely to live in a modern society. It is racist to imply that some citizens are unable or incapable of having the information or intelligence to obtain identification. The implication that this bill would remove the right to vote for citizens is preposterous and a flimsy excuse used by those who would seek to cheat.

Please listen to the concerns of the citizens of this state and support the passage of SB 1.

Thank you,

Dana McCarver
Tyler, Texas

Sheryl Hazelwood

Printed on: August 30, 2021 11:32 AM

Self - Retired

Tyler, TX

I strongly support SB1. The defense of fair and honest elections is the cornerstone of our democracy! It is critically important to clean up the voter rolls and maintain them monthly as called for in SB1. Protection of the voting machines and counted ballots, ensuring the accuracy of the identity of the person voting, and prohibiting vote harvesting is a must. Giving election fraud cases priority in the courts will also ensure a timely resolution to these attempts to highjack an election. Thanks to those legislators working to keep our elections honest.

Leigh Currie-Nerrren

Self

Lindale, TX, TX

I support this Bill. It expands Voting Hours for Everyone. This Bill makes it easier to Vote and harder to Cheat!

Lenette Peterson, Honorable

Self

Pflugerville, TX

This bill is necessary to make sure we have honest elections and only US citizens, with proper identification are allowed to vote. This bill will bring necessary integrity to elections and after the disaster known as the election of November 2020, we need this bill to pass yesterday.

Nancy Laussade

self   retired RN, past small business owner

Georgetown, TX

Please consider these vital issues that focus on solutions for all voters to feel confidence in the integrity of our elections:
*All poll watchers should be thoroughly trained and abide by the same oath of conduct that election workers must follow
*Due to COVID pandemic, voting opportunities must be expanded and safety must be paramount
*a statewide uniform cure process for any issues with ballots as well a notification of need for a cure and clear instructions on how to accomplish this in a timely manner
*electronic voter registration should be implemented to reduce costs and increase accuracy

Every voter has a right to assess the candidates based on their stance on issues that are important to the voter. Manipulating voting through restrictions on time and location, gerrymandering, etc. will not result in a government representative of the people. It is my responsibility to pay attention to those running, the platforms they are presenting, and make my selection based on that information.  Those elected are supposed to follow through on those "promises". Now it appears that a platform is not even deemed necessary! Those elected are interested in one thing-staying in office at all costs.  We have failed to elect those that feel otherwise. By further restricting voting, our voices will be much more difficult to hear.  All voters of all parties will be affected. The gamble is that only those that oppose your political bent will be affected. The result of these restrictions going forward will not deter voting but create a massive, righteous effort to be sure every single Texan votes.

Debbie McGuyer

Self/ retired

Georgetown, TX

Please include a requirement for  non partisan training for the poll watchers. A polling station should be neutral.
Also include a process that allows time for  curing of ballots.

Printed on: August 30, 2021 11:32 AM

Deborah McDonald

Self, retired teacher

Arlington, TX

I am a resident of Texas and Tarrant County for the past 26 years. I am very concerned about the proposed changes to Texans voting rights as stated in SB1. There was no documentation of voter fraud during the 2020 elections. If SB1 passes and is signed into law, Texas will be the rank as the 48th state in the United States in terms of voting rights for its citizens. I urge you to vote against SB1.

Susan Majors, Ms.

Self

Richardson, TX

As final decisions are made that will impact democracy and voting practices in Texas for years to come, I am asking our elected leaders to consider solutions for all voters that will help restore the level of trust in elections in our state. I am also requesting that the magnitude of existing Election Code safeguards and transparency be recognized.
I believe that it is important to have safer methods of voting, such as expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. The pandemic has proved that such measures are essential. They are what the people of Texas want.
I believe that it is important to have adequate provision for the needs of voters with disabilities, such as giving blind persons a way to cast ballots securely and privately.
I believe that it is important to have responsible, well-trained polling workers who have taken an oath similar to that of election workers.
I believe that it is important to have provisions that allow voters to "cure" ballots in order to make sure that their votes count.
I believe that it is important to have electronic voter registration. This would provide greater accuracy and reduce costs.
As a senior citizen, I want to be sure that there is always a way for my voice to be heard; and I want to be sure that the voices of people of all ages and opinions are also heard. Democracy requires nothing less.

Christine Bessent

Self

San Saba, TX

Please support SB1 for election integrity

Fred Reitman

Self - Toxicologist (retired)

Houston, TX

My name is Fred Reitman, a resident of Houston. I am submitting this testimony in support of SB1. I have served at the polls many times since 2010, including about 8-10 times as poll watcher during early and election-day voting.

This testimony is focused on proposed changes SB1 would make to the poll watcher rules of TEC Section 33. I focus here because quite a few of those I saw testifying against its regular session predecessor SB7 cited the poll watcher process as one of their major reasons.

These four key points add useful context and respond to their concerns.

Poll watcher is not new to Texas
SB1 does not create a new 'poll watcher' process. Poll watcher was added to the TEC in 1986.

Printed on: August 30, 2021 11:32 AM

Poll watcher is not unique to Texas
As of October 2020, poll watcher was included in election laws of 43 states.


Poll watchers must be enabled to see and hear the process
SB1 Section 33.056(a) is revised to impress upon the election judges that they are legally obligated to permit watchers to do their job, including permitting them to sit or stand "near enough to see and hear' (replacing 'conveniently near') election officers conducting the activity they are entitled to observe".


Voters won't notice any changes
SB1 proposes no changes to poll watcher activities that would be noticeable to voters at the poll. These current poll watcher rules are unchanged:

•       Poll watchers are only allowed to observe, take notes, and inform election officials if they observe something they think is an error.
•       Poll watchers may not argue with election officials or be disruptive in any manner.
•       Poll watchers may not speak to or communicate with voters in any manner.
•       Poll watchers may not view the choices being made by the voters
•       Poll watchers with one exception (immediately below) may not be at the voting stations while voting is taking place. This applies both when the voter is in the booth alone, or with an assistant of his or her choosing.
•       A poll watcher may be present at the voting station only when a voter at his or her request is being assisted by an election official (emphasis added) and only to determine if selections are being made in accordance with the voter's wishes. In my experience this help was rarely sought; no more than once or twice all day.

SB1 also makes these (and other) common sense reforms:
•       Voting by mail would require voter identification, just as does voting in person.
•       Strengthens prohibitions against paid vote harvesting
•       Prohibits public officials from sending unsolicited vote by mail applications.
•       Requires voter rolls be regularly maintained for accuracy.

Collectively, these and other provisions of SB1 help to achieve a common bottom line goal:  – In Texas it should be easy to vote, but hard to cheat.

Ruth Mintline, Ms.

Self Child care

Richardson, TX


I oppose SB1believe all voters should have the right to vote by mail if they are registered voters, get help if they need it, and mail their ballot or drop it off in convenient places. I have no car, I need to mail my ballot and be assured it will be received and if incorrect have a chance to correct in a way assessable to me.
I do believe if someone is in line to vote they ought to be able tp get assistance from designated poll attendants without fear of arrest.  I think poll watchers would be intimidating and open doors for harassment. I think the committee should focus on solutions for all voters and help restore trust in elections and acknowledge the magnitude of existing election code safeguards and transparency

Colleen Brunell

League of Women Voters

Austin, TX


I am a Texas resident for over 8 years, a VDR, and a proud American who firmly believes in the right to vote for all citizens over

Printed on: August 30, 2021 11:32 AM

the age of 18. When I register voters in Travis County, I don't ask about party affiliation or really care, because to me the right to vote is above party and all differences. While I agree in safe and secure, these measures seem to restrict and alienate more people to vote than encourage people to exercise their fundamental right as an American. Texas already have more safeguards than any state I've lived in. These extra measures are counterproductive and designed to intimate and discourage voting, particularly disabled and ill voters.

Last election, I had several people I helped registered to vote that were struggling to vote during COVID19. They work full-time and either was immune compromised and/or over the age of 65 years old. They waited in long lines to drop off their ballot after their work day and during the weekends. COVID19 highlighted the need for more access to voting and safer options to voting. The poll watchers seem like an unnecessary addition when you see all the hardworking staff working at polling places. Every time I've voted in Texas, there have been a person greeting, a person to check out my ID, another person to verify and guide me to a voting booth, and another person giving me an "I Voted" sticker at the end. Why add a poll watcher? Also, why are these poll watchers not receiving the same education and take the same oaths as poll workers and VDR people?

I love living in Texas and I would love to see more laws that help create easier access for people to vote rather than these anti-democracy/anti-American laws that restrict, exclude, and provide more unnecessary huddles for people to vote.

Kathleen Bryson

Self - caregiver to my 83 year old veteran partner post-stage 4 cancer

Kerrville, TX

There currently exist legislative obstacles to our voting as disabled elders at this time as we discovered trying to vote by mail last November. I'm a MODERATE cradle Texas Republican and I have only observed actual election fraud perpetrated by right wing fanatics throughput the United States pursuing the "big lie" of a previous president for whom I regret voting in 2016. Make it harder for us elder disabled voters to continue our voting practices of over a half-century is unconstitutional. You should be making it EASIER for us to vote.

Sylvia Coulson

Self

Waxahachie, TX

I support this bill. The majority of Texans support the aspects of this bill. 80% support voter ID. This should  be passed without amendments.

Sharon Barnhouse

Self- Retired Nurse

Corinth, TX

We have on problems or criminal activity in our voting in Texas . Adding an intimidating atmosphere will only make less participation. Is that what we want? We need a unified populace. All acting as a citizen of this country freely selecting those who want to serve this country.

Erica Strauss

Temple Emanu-El

Dallas, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure

Printed on: August 30, 2021 11:32 AM

incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Cynthia King-Ryne

Self

Plano, TX

OPPOSE This bill is NOT needed as the percentage of voting fraud in Texas is minuscule. I'm a born Texan and have voted since I was of voting age and not one report of massive fraud in this state. It's extremely difficult to vote here so why the need for SB1? Election integrity is a disguise for voter suppression plain and simple.

Janet Mattern

self / retired

Fort Worth, TX

I am against this bill as it is currently written. It is a VOTER SUPPRESSION bill.
I have worked elections and with my experience I know that this bill is not good for Texan voters.

I humbly request that the committee focus on solutions that will benefit all Texas voters and will help restore the level of trust that we expect in Texas elections. I also want to insist that Texas Election Code safeguard election process transparency, and voter privacy. Election workers work very long hours, and we do the work because of our love of country, we do not work elections for the pay. As an election worker, I've had to work 20 hour days. There should be more effort made to attract more folks to work at the polls, to reduce the hours each person must work. This will improve the integrity of the election and reduce errors.

If you want to improve this bill you would:
. ADD A Poll watchers oath and required training.
. ADD More safe voting options: expand early voting, extend polling place hours, and add more options to return mail-in ballots. My mother received a mail-in ballot that had a printing error. The county sent the ballot with a mistake, after she voted that ballot, they sent her a new correct ballot, it almost arrived too late for her to cast her vote. Mistakes will happen, we have to allow time for the county to correct mistakes.
. ADD A complete cure process for applications for mail ballots and for returned mail ballots. Ballots should be able to be tracked so that the Election office can verify that the correct ballot envelope was sent and returned from the Elections Office.
. ADD Electronic voter registration to the omnibus bill.  It would be even better to have automatic voter registration. As this would greatly increase the accuracy and integrity of the voter registration polls.  Most companies now automatically sign up employees to receive retirement 401k, they must opt out with a form if they don't want this benefit. More employees are getting retiree benefits because of the automatic sign-up. This is the process that should be done for Voter Registration. Texans that qualify should automatically registered to vote, unless they want to opt-out. This is how all Texans can participate.
.ADD That if a voter is registered as a voter in Texas, that the voter can vote a limited ballot (only state wide races), at any polling location in Texas.
. ADD That mail ballots when requested are required to include Braille, so that voters who are blind can choose their  ballot selections without requiring assistance.
. ADD That no political body (County or TX Legislature) can overturn the results of an election in the state of Texas. Only voters can choose their elected government leaders.
. ADD College and university student picture identification cards can be used as a form of identification for Voting in Texas.

Eva Guzman

Self

Printed on: August 30, 2021 11:32 AM

Voting Rights belong to Every USA Citizen.

Vicki Totten

self, retired Professor of Counseling

Rockport, TX

Senate Bill 1 does nothing to restore confidence in our voting process and to make sure everyone's voices are heard.  Other states have electronic voter registration and mail in voting and have much better voter turnout and secure elections.  Texas should be moving forward, not backward, in making sure that people with disabilities and who have difficulty traveling, can have alternative ways of registering to vote and of voting by mail.  This became much clearer during this current pandemic, yet this bill does nothing to support expansion of voting rights and ease of voting.  Please do not make it harder to vote.

Andrew Edmonson

Self

Houston, TX

I would strongly urge the committee to focus on solutions for all voters and help restore the level of trust in Texas elections. Recent legislation has been much too focused on voter suppression tactics that will depress turnout amongst minority, working class and low income communities.

Prior to the 2020 election, Texas has had an abysmal record of voter turnout. Texas already has some of the most restrictive regulations governing voting in the country.  I would beseech you to continue working to find ways to allow more Texans to vote. We should continue to expand the opportunities for mail in voting that proved so effective during the pandemic in the 2020 election.  Please expand drive through voting stations, and 24-hour voting periods in the run up to elections, both of which were enormously effective at providing more opportunities for citizens to vote in the Harris County elections in November 2020.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Carolyn Sue Bryant, Mrs

Self

Canyon, TX

I support Senate Bill 1

Charleen Burghardt, Rev

Self

San Antonio, TX

I am in favor of this bill being passed.

Karen Wright

Self- license master social worker

Cedar Hill, TX

Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.

Printed on: August 30, 2021 11:32 AM

Acknowledge the magnitude of existing Election Code safeguards and transparency.

Annette Iott

Self childcare provider

Richardson, TX

Please focus on solutions that benefit all voters. Solutions that restore trust in the existing election safeguards and transparency. Do not make it more difficult for voters to vote. Do not criminalize common mistakes or help given one voter to another.

Kathy Fontenot, Citizen

self

Humble, TX

I support the audit.  For the sake of our republic we need to be able to trust our elections.  If not we are just another banana republic.  Please support election integrity and a full forensic audit.

Amy Malin

self

Houston, TX

I respectfully encourage this committee to focus this bill on finding ways to make voting more accessible for all voters, especially during a pandemic. Rather than limiting when and how voters can make their voice heard, what is wrong with broadening access? Some states mail a ballot to all residents - have those states been contacted to see how much fraud occurs as a result? If the number is minimal or equal to the amount of fraud that occured in the last election in Texas, why not expand vote by mail rather than limit it? I am also concerned about the integrity of poll watchers. How can we make sure that poll watchers are aware of the laws regarding voter intimidation? Is it possible to have them go through training the way VDVRs and election officials are required to do? Lastly, can Texas please have electronic voter registration? This could reduce costs, increase integrity of the voter rolls, and increase the number of registered voters in the state.  I expect a bill on election integrity and security to be highly vetted and researched and supported by factual evidence in order to protect all voters. Why not wait until the next legislative session to ensure that ample time has been provided to create a fair and necessary bill?

Caren Edelstein

National Council of Jewish Women

Dallas, TX

As a woman of faith, an educator, parent and grandparent, I am  extremely concerned about SB1. I believe that any bill on voting should be transparent and not include measures that prevent people from voting. Given the rise of Covid 19 cases, including those who have been vaccinated , it is time again to prioritize voters health and safety and include measures that keep them safe, including early voting, extended hours at polling places and more, not less options for voting by mail.

I find the powers of poll watchers to intimidate voters frightening.Poll watchers should be given additional training and should take an oath similar to election workers. Every vote is a precious right and responsibility and should not be threatened .

It is difficult enough for voters with disabilities to vote. One such example is a friend who must use a wheelchair. The polling place in her town was in a trailer with steps, impossible to navigate in a wheelchair. Blind voters also need a way to securely and privately vote.

My hope, as with others, is that Texas can be proud of the empathy we show all of our citizens who should not be denied their right to vote.

Printed on: August 30, 2021 11:32 AM

Ruby Schell

self/retired

Houston, TX

I support SB 1 to protect our election integrity.  Please vote to support SB 1.

Cathy Heath

Self.  Retired educator

Austin, TX

Democracy depends a government which represents the will of the people. People's will is evidenced by voting. Therefore, as elected leaders sworn to uphold our democracy, it is incumbent upon you to make the ability to vote accessible for all…. And that means everyone!  Do not make casting one's vote difficult, costly or impossible!
Please do what you promised to do!
Respectfully, Cathy Heath

Karen Muncy

Self / Retired

Dallas, TX

Just 5 additions would vastly improve this bill: 1) Required training + an oath for poll watchers, 2) Enhanced voting safety: more days for early voting, more hours for polls to be open, more ways to return mail ballots, 3) A complete cure process for mail ballot applications and returned mail ballots, 4) Better protection for disabled voters, including a way for the blind to vote securely and privately, and 5) electronic/online voter registration.

Nancy Mahaney

Self - Museum Curator

Canyon Lake, TX

The proposed bill does not address the rights of individuals with physical limitations who need to be able to vote by mail or for voters whose employers to not give them release time to vote during extended hours.  The proposed voting restrictions would disproportionally impact lower income and disable voters.  Restricting the ability of people in these categories to fully participate in our Democracy would have long term detrimental impacts.  We need to protect the rights and abilities of ALL Texans to voice their opinions through a fair and open election process.  We need legislation that will encourage voter participation, not implement roadblocks.

Leslie Wolf

Self retired

Houston, TX

The criminal penalties that have been levied and written about in the news seem particularly harsh and not proportional to the offense. Where I live in Houston changes happened under Democratic elected officials that starkly contrasted with my experience under Republican control. It is now easy to cast a ballot. I do not have to stand in line for hours. When Republicans were in charge voting sites were understaffed and it was confusing as to where we were to cast our ballots. If voting is a sacred pillar of our Democracy why deliberately make it difficult. There should be universal registration upon graduation from High School. Multiple forms of identification should be accepted even on the day of the election. A water bill or rent receipt should be sufficient. I moved here from a non-slave state 5 years ago. I'm a yankee. Texas values such as they are under Dan Patrick and Greg Abbot are throw backs to a darker time in our history. I'm embarrassed to admit that I live in Texas.

Printed on: August 30, 2021 11:32 AM

Susan Anderson

self

Benbrook, TX

Free and fair elections are essential to democracy. I believe that Texas already has adequate safeguards and transparency for elections, but that we can make it easier to register to vote and to actually vote without sacrificing election integrity.  If localities would like to extend voting hours, for example, they should be able to do so.  Having been involved in GOTV efforts, I have certainly come across people who failed to register to vote in time for an election, who could not get to the polls due to their working hours or were unable to vote due to an illness or disability. Texas needs to modernize its election system to make it easy for every eligible citizen to conveniently exercise their right to vote. It is the only way to know the true will of the people. Imposing civil and criminal penalties is a solution to a problem that doesn't exist. The true impact of these policies is to make people feel fearful about participating in the voting process. If the only way a politician can win is to suppress the votes of his or her opponent, then perhaps there is something wrong with the candidate. The goal of voting legislation should be to increase the percentage of registered voters and to increase election turnout.  As of 2020, more than 20% of the voting-age population was not registered to vote and almost half of the voting-age population did not vote (https://www.sos.state.tx.us/elections/historical/70-92.shtml).  That is insufficient. Texas can do better.

SONYA LETSON

self - retired Municipal Court Judge

Amarillo, TX

The recent surge in Coronavirus cases has shown that we continue to need ways to vote safely.  Early voting hours should be expanded, not shortened, and counties should be able to add hours and methods that make sense for their residents.  Vote by mail should be made easier not harder, so our seniors and disabled voters do not have to stand in line or risk having their vote not count.  Everyone wants their vote to count, so voters should be notified if there is a problem with an application for a mail ballot or the ballot itself and given a real chance to cure that problem.  The Election Code already provides numerous safeguards against election fraud, but no method to ensure that a simple mistake in a mail ballot or application can be cured by a citizen that wants his or her vote to count.  Also, mail ballots should be able to be returned to an election clerk at more that one location within a county, if the county wants to provide for that, so that voters do not have to drive long distances to hand in a ballot.  I have worked in elections and believe there is a role for observers to play, but they should not be given higher priority than the election judges or workers, and should be bound by oath similar to what election officials swear to.  Finally, if we had online voter registration as is allowed in 40 other states, we would have fewer errors in our rolls and save money in  costs for a clerk to hand-enter each voter's information.  Please use this opportunity to restore trust in our elections and make it clear that we want every eligible citizen to be able to safely and easily vote.  Thank you.

Suzanne Daniels

Self, owner of Brentwood Social House

Austin, TX

I am writing to express my strong opposition to Texas Senate Bill 1 ("S.B. 1"). We are a democracy and it is imperative that ALL voters, particularly Black voters and other voters of color, have full, meaningful, and unburdened access to the fundamental right to vote.

S.B. 1 proposes to undermine that right for Texas citizens. The bill would impose severe, needless, and discriminatory restrictions on voting by mail, curbside voting, and the receipt and provision of voting assistance. It would target the elimination of the common-sense methods of voting, such as "drive-thru" voting and 24-hour early voting, that proved invaluable for Black and Latino voters in Texas's largest cities in 2020. And it would empower partisan poll watchers to disrupt election administration— while criminalizing other election officials for simply doing their jobs by encouraging and facilitating access to the franchise for eligible, registered Texans.

In essence, this bill's purpose is to suppress votes. Voter suppression is 1) raising administrative barriers to make voting so cumbersome that voters get discouraged and don't participate, and 2) intimidating voters and others who participate in elections

with threats to their physical safety or with criminal prosecution. Often these tactics are aimed at voters of color and disabled voters. S.B. 1 features both kinds of voter suppression.

The enactment of S.B. 1 will erect discriminatory barriers and burdens to political participation and encumber the fundamental right to vote for Black, brown, disabled, elderly, and low-income voters.

Cumulatively and individually, these restrictions may also violate federal law, including the First, Fourteenth, and Fifteenth Amendments to the U.S. Constitution, the Voting Rights Act of 1965, the Americans with Disabilities Act of 1990, and the Rehabilitation Act of 1973.

I respectfully ask you to oppose S.B. 1.

Cheryl Stark, Ms

Self-retired

Fort Worth, TX

Pass this bill and any others that secure Texas being able to have fair and safe elections.

Linda Ayers

Self/retired school librarian

Ben Wheeler, TX

I oppose SB1 as it is written. Many Election Code safeguards already exist. One thing that would improve the integrity of voter rolls as well as encourage more Texans to vote is to allow online voter registration. In the past I worked as a VDR to help Texans register to vote, and I know that the process could be streamlined and simplified.

Cynthia Lovin

self / self employed spiritual director

Pflugerville, TX

The COVID pandemic showed us the need for ways to vote that are safe. We need to retain the safer options of expanded early voting and extended hours at polling places. Even as the COVID situation improves by 2022, future pandemics are likely, along with other seasonal contagious illnesses such as influenza.

Voters and poll workers alike need to be safe from interference and harassment. Please improve SB1 by requiring that poll watchers receive additional training. Require poll watchers to acknowledge the integrity of the polling space by taking an oath similar to the one election workers take.

A complete cure process for mail ballot applications and for returned mail ballots should include a method to alert voters of the need for a cure. When voters are alerted, they should receive clear instructions for making sure their vote counts. This process should be uniform across all Texas counties. It should not be optional.

Adding electronic registration would greatly increase the accuracy and integrity of voter registration rolls. It would also reduce costs.

Please focus on solutions for all voters. This is necessary to help restore the public's trust in Texas elections.

Thank you.

John Watson

Self, retired

Printed on: August 30, 2021 11:32 AM

Proponents of SB 1 have claimed astonishment at concerns raised by diverse groups who oppose the Bill, including senior citizens, the disabled, African–Americans, and Latinos. It is difficult to know whether such astonishment is born of bad faith, ignorance of Texas history, or both. Regardless, the core question is whether or not there is any rational basis for concerns that SB 1 would disproportionally impact such groups.

A review of Texas history may shed some light on this question.

Here are a few facts about our history that are relevant:
• Since its founding in 1836 Texas has had 6 Constitutions; 3 expressly condoned slavery and barred African-American men from voting.
• Even after ratification of the 15th Amendment to the US Constitution, various barriers and intimidation tactics hampered registering and voting by African–Americans. Those included the poll tax and literacy tests.
• In 1923 the Texas Legislature enabled political parties to institute the so–called all-white primary. From 1923 until 1944 when struck down by the US Supreme Court, no African–American was allowed to vote in the only election that counted, the Democratic Primary.
• In 2018 the Secretary of State of Texas initiated an ill–fated attempt to purge voter rolls of thousands of people with Hispanic surnames based on flawed data. A US District Court in San Antonio slapped that down.

Thus, even after ratification of the 15th Amendment in 1870 Texas and the other states of the former Confederacy continued to use various tactics to prevent black men from registering and voting.

In 1965 LBJ, working with MLK, the Civil Rights movement, and Congress overcame obstacles to gain passage of the Voting Rights Act. The purpose was to finally deliver on the promise of the 15th Amendment and make voting available to all qualified Americans. The Texas House delegation cast 8 votes in favor of VRA, 12 opposed, and 3 Not Voting. Republican Sen. John Tower voted No, Democratic Sen. Ralph Yarborough voted Yea.

Voter suppression has gained renewed momentum from a 2013 Supreme Court decision gutting the pre–clearance provision of the VRA. SB 1 is an expression of that effort.

Voting rights campaigners have been murdered, beaten, fire–hosed, assaulted, fired from jobs, and paid for their belief in our Constitution with blood and sweat. Now we find Texas Republicans, the political heirs of those Texans who voted against the VRA of 1965, eager to capitalize on the Shelby decision and push voting restrictions to the limit.

Occasionally a slip reveals their true intentions. Originally SB 1 would have severely hampered the time-honored practice of Black churchgoers going after Sunday services to vote during early voting. The resulting outcry forced a modification. Restrictions on drive–through and all–night voting remain.

SB 1 should be rejected by all who support our democratic form of government. A vote to approve will leave a stain on all who support it.

Karen Miller

self Retired Clinical Social Worker

Austin, TX

This bill is trying to suppress the vote!  Stop this bill!

Claudia Glass

Self, retired nurse

San Antonio, TX

Please vote against this bill.  Voter fraud has not been proven to be more than a very, rare occurrence.  To restrict voters' freedoms

Printed on: August 30, 2021 11:32 AM

even more is chilling to our democracy. Especially the political poll watchers inside voting buildings can be nothing more than intimidating. Please stop it.

Other improvements if you keep the bill:
•   Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

•   Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

•   Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Thank you.

Marina Hench

Self - Program Specialist

Austin, TX


Thank you for considering this public testimony. Texas lawmakers should focus on solutions for all voters to make our democracy more accessible and the election process easier to navigate, not harder. Lawmakers have not demonstrated with evidence that current laws are inadequate enough to ensure fair and accurate elections thereby justifying the types of measures included in SB 1. In fact, Current Election Code safeguards are substantial, robust and extensive to ensure transparency in elections today. The Texas House should focus on improving SB 1 by adding additional flexibilities and innovations to increase democratic participation among all people.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. During the last election, an employee of mine in the Dallas area drove to a polling site with her elderly parents, all of whom had COVID at the time, and a volunteer brought the ballot to their car. This would be the last election for her father, who died from COVID shortly thereafter. A retired Marine and lifelong public servant, he was committed to casting his ballot in a way that protected the safety of others. Texas lawmakers should make voting, easier and safer - not harder.

Similarly, voters with disabilities need additional refinements to SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

These are what Texans want.

Susan Wegner

self

Houston, TX


As a Volunteer Deputy Voter Registrar I am extremely passionate that we have a transparent system for voting in Texas that makes it easy for all eligible citizens to register to vote and, once registered, to exercise their right to vote. Adding electronic voter registration to SB1 would increase the accuracy and integrity of the voter registration rolls and make it much easier for more people to register. It would also reduce costs. Making it easy for registered voters to vote means having the polls open during a long enough period of time during the day and night and days of the week, including weekends, to serve the needs of people working at non-standard hours of the day and week. It also means making it possible for people with disabilities or immunocompromised people with concerns about coming into contact with persons who may be infected with communicable diseases (such as COVID) at the polls to have access to a mail-in ballot. Blind persons should also be provided with a secure way to vote. We need expanded early voting options, extended hours at polling places, and more options for safely returning vote by

Printed on: August 30, 2021 11:32 AM

mail ballots.  Please have the needs of ALL voters in mind as you craft SB1.

Dixie Christian

self

HURST, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Sharon Edwards, Mrs

Self

Austin, TX

Please vote yes on this bill which will protect  voting from fraud and secure the election conduct.

John Black

Self

Dallas, TX

The current election code has a sufficient amount of safeguards to protect from fraud.  There is no need to generate hysteria and drama.  If any changes were to occur, it should be to make voting easier FOR EVERY TEXAN.  SB1 does NOT do that.

Focus on making voting easier FOR EVERYONE IN TEXAS.

Beverly Roberts

Retired

Houston, TX

Each of you knows very well that this bill does NOT suppress anyone's vote! That is red herring, designed to stir up discontent and pretend that those in opposition are helping the so-called dispossessed minorities. I am sick of the lies and deceit as they try to feather their own nests. An ID is necessary for scores of activities. People in third-world countries have ID cards, no matter how poor they are or where they live. Quit pretending voters are too stupid or isolated to get an ID. Pass the bill so that every voter is confident of the legality of our electoral system.

Mike Schoonmaker

self

Montgomery, TX

SHUT DOWN HB 1! Unconstitutional!

Carolyn Lux

Self

Fredericksburg, TX

Printed on: August 30, 2021 11:32 AM

Please maintain the integrity of this Bill by leaving it AS IS.  It is a clean bill and should not be messed with.  Thanks!

Carol Shattuck

Self

Houston, TX

I do not support SB1.  Rather than push legislation that will reduce voting options for Democrats AND Republicans, Republicans should be about the business of developing legislation that will attract more people to their policies and positions.  Legislation such as SB1 that restricts/eliminates voting options like drive through voting (which was made available during the COVID outbreak) and 24 hour voting for people who work long hours, double shifts, and multiple jobs, is putting public safety at risk and adding barriers for those who want to vote, but have limited time to do this during regular poll hours.

Janice Ills, Ms

myself

Austin, TX

The voting bill is a shame on the state of Texas.  It hampers the people's right to vote.  The voting rights bill should be thrown out of this legislative session.....there is some really bad money behind this bill

Mary Schwindt

CEDAR PARK, TX

Dear Committee members,
Voting Rights has long been an important issue for me. When I moved to Texas from Arizona in 2015, I was astounded at the voting restrictions in Texas.  I had not set foot in a polling place in years because in Arizona, once signed up for vote-by-mail, you received a ballot for every election.  And, unlike in Texas, you did not have to reapply each year, nor did you have to be a "senior citizen."  Any legal voter of any age could use vote-by-mail.  Arizona was the first State to implement that system and it's been running smoothly for 30 years.  And also,  with each election, the State of Arizona mails out a comprehensive voter information pamphlet with information on the candidates and any initiatives on the ballot.
But enough about Arizona and the ease with which its citizens can vote.  I live in Texas now and would like you to do the following during this session:
1.        Add electronic voter registration.  40 States have already done so.  Doing this would reduce the costs of registration and greatly increase the accuracy and integrity of voter registration rolls.
2.        Texans need and want expanded early voting, extended voting hours, and more vote-by-mail ballot drop-off locations.  All of this is especially important with the Covid pandemic raging on as it is, with no end in sight.
3.        Poll watchers need to receive training and acknowledge the integrity of the polling space by executing an oath just like election workers do.
It's time to make voting for Texans easier, not more difficult.
Thank you.

Anne Jones

Self

Driftwood, TX

I request the committee focus on solutions for all voters and help restore the level of trust in Texas elections. I also acknowledge the magnitude of existing Election Code safeguards and transparency.

Jeremiah Hunter

Printed on: August 30, 2021 11:32 AM

Self / Entrepreneur

Longview, TX

I urge the committee to forward this bill to the full House. We need to institute these vital changes to our elections process that will increase the security, integrity, and overall voter confidence in the selection of our public servants. These changes are LONG PAST due!

Alma Kuttruff

Self/retired

Austin, TX

I respectfully request:

- that the Committee focus its efforts to enhancing the means for ALL voters (rural, urban, elderly, handicapped, low-income, high-income,  single parents, shift workers, Republican, Democrat, Independent ) to exercise their patriotic right and duty to vote.

- that the Committee work to protect the safety and health of the patriotic, hard-working volunteers and poll workers at all the precincts.

- that the Committee work to protect the privacy, health,  and safety of all citizens as they cast their ballot.

- that the Committee recognize and laud all the safeguards for voting that the State of Texas and its counties already have in place.

Thank you.

Linda Bailey

Self

Austin, TX

Against SB1

Carl Jones

(Self) TDP Rural Caucus State Field Coordinator

Spicewood, TX

Over the last 4 years I have visited with many Dem county chairs around the state in my duties as a volunteer state coordinator in TDP's rural caucus. A common fear that so many County Chairs & Dem volunteers have is being subject to intimidation antics & harassment threats from many trump activists & extremists in the counties. The partisan poll watcher provision in SB 1 in its current form allows these poll watchers to carry out various intimidation antics towards unsuspecting voters and escape consequences. To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. I also work as a clerk at the polls in my county during the elections. If I see a poll watcher displaying intimidation antics against any voter I will report it to my elections judge. It is my duty. Can you please address this potential problem by ensuring that poll watchers are NON partisan, trained and not allowed to intimidate or harass any voter?

Irene Adolph

HOA Reform Coalition

Houston, TX

Printed on: August 30, 2021 11:32 AM

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Cynthia Mahler

Self

Seabrook, TX


This bill is not needed to become law. In fact we would rather have you focus on solutions for all voters and help restore the level of trust in Texas elections. Our elections have a magnitude of existing Election Code safeguards and transparency.


#1. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

#2. Poll watchers should receive required additional training and acknowledge the polling space's integrity by executing an oath similar to election workers.

#3. Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. Alert voters of the need for a cure and give clear instructions for making sure their vote counts and make the process uniform in all counties not optional.

#4. Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

#5. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls and reduce costs.

Jan Lance

Self Retired

Austin, TX


I oppose SB1. SB 1 will make it harder for people to vote and that will make fewer people vote. I believe that in a strong Democracy the goal should be to increase participation. This law adds unnecessary impediments to voting. I adamantly reject the notion that we should be willing and even eager to just work harder to vote. Voting should not be an endurance test. Nobody should have to stand in line for 5 hours to prove their worthiness to vote. Nor should they be forced to subject themselves to

harassment at the polling place by overzealous and untrained partisan poll watchers, or jump through unnecessary hoops to vote by mail, or risk criminal penalties for being an election worker trying to maintain order at a polling place. This bill will punish Texans because of perceived "potential" for voter fraud. The Texas Secretary of State declared the 2020 election to be safe and secure. There is no evidence of widespread fraud. We should not be punished for unsubstantiated fears. The summary of this bill is incorrect. SB1 does nothing to prevent fraud. It just makes it harder to vote.

Faith Stringer

Self, Human Resources representative

Bryan, TX


The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want. We deserve free and fair elections that are accessible by all, including Texas voters residing overseas, like myself. It's hard enough to vote already - I have to renew my absentee ballot application every year, then go through an incredibly cumbersome process to obtain and return my ballot, without ever feeling certain that my vote has been counted. Our legislature must do everything it can to increase access to voting rather than restrict it.

Margaret Harris

Myself

The Woodlands, TX


I strongly urge you NOT TO VOTE FOR SB1.  This bill is widely viewed as voter suppression and I agree.  It opens the door to bullying by poll watchers, who may lack training in what conduct is allowed.  It adds punishments for people who are legitimately trying to help the elderly and disabled vote with confusing new rules.  This is wrong.  It is already difficult enough to vote in Texas and there is no evidence of any meaningful voter fraud during years of past elections. Citizens in the general electorate are paying more attention to how you vote. Please don't disappoint us.

New ID numbers added to Vote by Mail applications and the ballot return carrier envelopes. Forget which number you used?
Ballot cancelled.
More requirements and higher penalties for people assisting voters.
Poll Watcher training not required.
Greater freedoms for poll watchers, potentially intimidating voters.
Prohibits a public official from creating, modifying, waiving, or suspending any election standard, practice, or procedure mandated by law or rule, including during an emergency such as a pandemic.

Christina Stone

Christina Stone

Bellaire, TX


I am concerned about the SB1 limiting methods of voting.  It is a good thing to have Saturday voting, early voting, and 7 am to 7 pm voting.  I am also concerned about the State trying to limit what local governments think is best for their communities in terms of voting procedures.  Making sure that everyone has the opportunity to vote should. be the top priority.

EVELYN Fox

Self retired

Plano, TX


This is not a bill to insure integrity and security to elections in this state, it is about keeping certain people from voting and reversing voter outcomes if it doesn't fit the desired outcome of those currently in power. Be careful what you wish.


Printed on: August 30, 2021 11:32 AM

I fear you are voting out our Republic and voting in Autocracy.

Bob Bridge, PhD

self, Executive Director

Dripping Springs, TX

With covid roaring back, we need safe voting options, including expanded early voting, extended hours at polling places, and more options to return vote by mail ballots.

To protect elections from bad-actor poll watchers, watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to that of election workers.

There must be state-wide procedure for alerting voters of the need for a cure on a vote, giving clear instructions for making sure their vote counts.

Blind voters need a way to securely and privately vote.

Allowing electronic voter registration will greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Carl Jones

(Self) TDP Rural Caucus volunteer state field coordinator

Spicewood, TX

SB1 increases obstacles and burdens to voters that want to vote by mail. Why? There is zero systemic voter fraud and SoS data shows virtually zero voter fraud of consequence in their voter/elections data base. SB1 is a reactionary partisan attempt to fix a problem that does not exist all conjured up as a response to The Big Lie. So— can you please Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure your vote counts; as well as make the process uniform in all counties not optional.

Alice Van Zant, Ms.

Self

Austin, TX

Since it has never been proven that our elections in Texas have ever been compromised, notwithstanding allegations by then Harris Couty Clerk Bentencourt, Dan Patrick nor Greg Abbott, I assume that the purpose of SB 1 is to restrict voter access to the polls.  You can assert as many times and as loudly as you like that you are preserving the integrity of the Texas voting system, but there is nothing to protect because it works very well.  I do not understand members of the Texas Legislature, who are elected to make laws to benefit all citizens of the State of Texas, who then try to enact a bill which would effectively make voting much more difficult for some of our citizens.  This proposed legislature is a travesty of the democratic system so beloved by you , or so you claim.

Lynn Bridge, Ms

self/retired

Dripping Springs, TX

In reading over the bill's parts, I put myself and my friends and family members into it, and I see how difficult this law would make it for each of us to vote. My husband and I have my extremely elderly mom in the house, and we are all avid and

Printed on: August 30, 2021 11:32 AM

community-minded voters. We find it challenging to follow vote-by-mail instructions without making any little slip-up, and I would feel extremely indignant if we had little recourse to cure a ballot or ballot-enclosure mistake. We need to make it easy to cure a ballot mistake. It appears that quite enough security is already built-in to our Texas mail-in ballots.

When we look at the fact our daughter and son and their spouses living in Washington automatically have ballots sent to them for mail-in, as does every voter in Washington, I realize how backward we are in our home state of Texas. The people in mail-in-only states (that even have convenient drop-boxes!) don't have to worry about catching Covid at the polls, they don't have to worry about forgetting deadlines, and they can spend the time to carefully look over their ballots and vote without the stress of strangers' eyes on them, or a long line waiting behind them. A relaxed and focused home voting environment is exactly what I would want for my state, too. I want it for myself. I want it for my mother. I want it for my family. I want it for my friends. I want it for every voter in Texas. I completely reject the philosophy behind SB 1 that our state needs to make voting more difficult. We need close to 100% voting participation, and there is nothing in SB 1 that will help us get there. Our voting process is already secure; it just needs to be more accessible.

John M Howard, Jr., Mr.

Myself as a Methodist

Houston, TX

Please focus on solutions for all voters so as to help restore the level of trust in Texas elections.
Also I hope the committee will acknowledge the magnitude of existing Election Code safeguards and transparency.

Joey Bennett

Secure Democracy

Austin, TX

Secure Democracy opposes SB 1 as written. We applaud the bill author for including provisions that would provide mail ballot voters notice of minor errors on their ballot an opportunity to cure the issue. As engrossed, SB 1 would allow, but not require, local election officials to notify voters of issues on their mail in ballots including missing or mismatched numbers - newly required by Section 86.002(g); missing or mismatched voter's signature; missing or incomplete statement of residence; or missing or incomplete witness information. The bill also allows election officials to mail the carrier envelope back to the voter to allow them to correct and return the ballot before the close of polls on election day, or notify the voter of the error by phone or email and inform the voter that they may come to the early voting clerk's office in person by the time the polls close on election day to cure the defect or cancel their vote by mail application to allow them to vote in person. The bill also requires election officials to provide notice of cure for all ballots if they choose to do so for any ballot; require cure to be completed by election day; allow voters to correct an issue with ID numbers on their ballot application or ballot remotely with the online tracking tool enacted by HB 1382 from this past regular session; and allow voters to use an ID number that identifies them, rather than needing to provide the exact number they provided on the registration application.

We urge the House to take this opportunity to strengthen election integrity by making the following improvements to HB 1: notice of ballot errors and cure should be mandatory. HB 3 currently has this requirement. Give voters 6 days after election day to complete cure. HB 3 currently includes this provision. Require DPS to transmit ID numbers in its possession to the Secretary of State to update voter registration records. SB 1 requires DPS to transmit voter signatures, so we believe adding the numbers would not be burdensome. Give voters notice of number ID errors on ballot applications so they can use the remote system to cure. Allow voters to cure other issues, such as missing statements or residence, remotely, via the online tracking tool.

The committee should oppose SB 1 unless the ID provisions and the cure language are amended to address the issues discussed above, particularly since several of these improvements are in HB 3.

Scott Boykin

Self

Lampasas, TX

Printed on: August 30, 2021 11:32 AM

Get this passed, and stand with the citizens of this great state to also proceed with FULL FORENSIC AUDITS of the 2020 election in Texas.

Penny Bradshaw, N/A

Retired

Spring, TX

To all members of the House Select Committee on Constitutional Rights & Remedies,

As a resident of the State of Texas, I am writing to request that all House Select Committee members vote AGAINST SB-1 in its current form. As currently drafted, this omnibus elections bill will restrict voter access for many Texans. I ask that members of the committee focus instead on SOLUTIONS for ALL voters; solutions that would help restore the level of trust in Texas elections.

Solutions to be considered:

•       The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. THESE ARE THE KINDS OF SOLUTIONS THAT TEXANS WANT!

•       Poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

•       Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties - not optional.

•       Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

•       ADDING ELECTRONIC VOTER REGISTRATION TO THE OMNIBUS BILL WOULD GREATLY INCREASE THE ACCURACY AND INTEGRITY OF THE VOTER REGISTRATION ROLLS, AS WELL AS REDUCE COSTS.

Rather than passing this voter suppressing legislation, consider the magnitude of existing Election Code safeguards and transparency. There has been no proven mass voter fraud in the conduct of elections in this state. This bill is nothing more than a blatant attempt to keep people from voting by scaring them with the threat of increased criminal penalties, creating criminal offenses and providing civil penalties. Please stop this charade.

Thank you,

Penny Bradshaw

Kathryn Oler

Self/Retired

Corpus Christi, TX

Representative Ashby and Representative Senfronia,
My name is Kathryn Schmidt Oler. I am a lifelong Texan who currently lives in Corpus Christi. I understand the significance and magnitude of the existing Election Code safeguards and transparency and the work that lies before you.
I believe that your work during these public hearings is to hear our stories, that it is to guide the committee focus to solutions for all voters and restore the level of trust in Texas elections.

Printed on: August 30, 2021 11:32 AM

As a retired educator who has taught several subjects at all levels of education, I know that there are opportunities for improvement at every level. SB 1 is no exception.

Upon my retirement to Corpus Christi, I searched for a way to give back to my new community. I decided that becoming a Volunteer Deputized Registrar was appropriate for me. In 1971, I was part of the first class of 18-year-olds who were enfranchised. Our student council at my high school in the Rio Grande Valley contacted the County and asked if we could use a voting machine for our elections so that we would know how to use it when we voted. The County agreed and brought one of the voting machines to our campus. If you're of a certain age, you remember those giant behemoths and all the mechanical switches that had to be flipped to vote.

Skip ahead a few years, or so, when I received a phone call from a local agency in Corpus Christi that provides services for individuals with disabilities. It was about a young man, a boy really, who needed assistance to recover his identification documents that were lost in a house fire, a house he was helping to remodel, stripping cabinets and floors with flammable chemicals. The explosion sent him and his boss to San Antonio, airlifted to Brooks Medical Center in critical condition. When he was released, he had no family, no job, no money, no food, no documents he desperately needed to get his life back. I drove him to the Social Security office and stood in line outside to wait for his turn to enter the building. He sat in my car, the engine running, the air-conditioner blasting away, and the windshield screen up so that the heat and the direct sunlight would not cause him agonizing pain because of the incredible number of skin grafts it took to make him whole again.

If electronic voter registration had been available to him, imagine how it would have lessened the number of trips he would have had to make in the heat and in offices waiting to get his life back together again.

I urge you to add electronic voter registration to the omnibus bill. It would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs, and for others like this young man, give back their lives safely and securely.


Mary Ann Carson

Self

Conroe, TX


Thanks for voting yes on this


Sydney Greenblatt

RAC-TX

Houston, TX


WE NEED SAFE AND EASY METHODS TO VOTE; I OPPOSE SB1

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Cheryl Gaude, Mrs.

Self - homemaker

Printed on: August 30, 2021 11:32 AM

I support this bill; please vote yes

Carolyn Carolyn

Self, Retired Child Care Director

Austin, TX

Dear House Select Committee on Constitutional Rights and Remedies,

Please focus on solutions for all voters in SB 1.

Existing Election Code safeguards and transparency are fine. They don't need to be increased.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Thank you.

Sincerely,

Carolyn Croom

Kendra Mahoney

Self

Houston, TX

Please do not hinder people to vote legally.  Elderly, those with disabilities, those with no access to transportation, those with jobs that hinder voting, Those  with no job and others who may not be able to get to the polls at the scheduled hours.
thank you.
Kind Regards,
Kendra Mahoney

Sandi Hebley, RN, LMSW

Self- Hospice Nurse Educator

Dallas, TX

Printed on: August 30, 2021 11:32 AM

You are proposing to "fix" a problem which doesn't exist by making it harder for Texas citizens to vote. We need more options to return mail ballots, since the USPS is being undermined. Poll watchers should not be able to intimidate voters or election workers; they should be trained and deputized the same as election workers. Voters should be notified of any ballot that needs a cure in order to be counted or any application that is incomplete and be allowed a process to effect that cure. Adding electronic voter registration would greatly enhance the accuracy and integrity of the voter rolls, as well as reducing costs. I implore you to help rather than hinder the process for Texans to cast their votes.

Flo LaCava

Self, writer and retired banker

Dallas, TX

Dear Committee, Do not mess with Texas voters. Any measure that restricts a single voter's easy access to their sacred right to cast a ballot safely, is is unconscionable. The same goes for any threats, fears, or penalties that will degrade the public's trust in our election systems further. I wish Republicans weren't being fear mongers, so devious and untrustworthy about this. It shows deeply flawed character for Republican Congresspeople to go around saying there is fraud-fraud-fraud, unable to present any proof. Their failure to protect and preserve this cornerstone of our democracy makes them unfit to represent me. I'm sick of The Big Lie.

On SB1:
If you are like me and cherish your personal right to have say in our government, please focus on solutions for ALL voters, so we can sell it that way.
Please work to restore a healthy trust in Texas elections.
Show Texans that you acknowledge the magnitude of existing Election Code safeguards, and transparency, and swear not to mess with existing guardrails that are working.
Add electronic voter registration to the omnibus bill to greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.
Also Re: Safety
I'm sorry, but Texas handling of the COVID Delta variant demands the need for safer methods of voting, now more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. Every Texan I know wants this.
Re: Poll Watchers
To be effective, I believe poll watchers should be required to take additional specialty training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.
Re: Cure Process
Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform, and required of all counties.
Re: Blind Voters
Voters with disabilities need additional refinement of SB 1. Specifically, add provisions that give blind voters a way to securely and privately vote.

Please set aside partisan nits, and honor your commitment to serve all citizens of Texas, on matters that impact all us.
Thank you.

Brenda Koff

Self. Retired

Grapevine, TX

I support SB 1. We need solid, indisputable election results.

I support a full forensic audit of the entire state of Texas 2020 general election results. Nothing less.

Printed on: August 30, 2021 11:32 AM

Karen Thimad

Self

San Antonio, TX

Please Support SB1

Dawn Cochran

self

Bergheim, TX

This bill is obviously biased toward a political party's need to control the election process in Texas and not aimed at election security.  It should not be passed at all.

ashley bull

self

Dallas, TX

I am requesting the committee to focus on solutions for all voters and help restore the level of trust in Texas elections. Furthermore, the Texas Covid epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanding early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want and need. There will be more pandemics.  Many Texans are working two and three jobs plus just to make ends meet and we need to provided convenient options for all Texans to cast their vote!

Mark Coulson

Self-  Adjunct Professor of History

Waxahachie, TX

I support this bill.  The majority of Texans support the aspects of this bill.  80% of Texanssupport voter ID.   This should  be passed without amendments.

Susan Millea

self, health analyst

Austin, TX

To whom it may concern, I recognize that this bill is intensely politically divisive and I find that deeply regrettable. Now in my 60s, I have spent nearly equal portions of my adult life as a Democrat and a Republican. That likely makes me a political moderate. The right to vote is the cornerstone of our democracy and protecting voting security is an essential task. That said, attempts to dramatically shape voter access in Texas through this legislation go far beyond what any reasoned assessment of recent election data would suggest is needed. This results in the conclusion that these efforts are far more politically motivated than they are tied to valid voter security issues. Recognizing that this legislation will be passed, I ask that you consider the following to reduce the potentially negative impacts of this legislation on voters:

During the last national election I was terrified standing in line outside for hours waiting to vote early because I have an underlying health condition, but I did not qualify to vote by mail. Please include safer options of expanded early voting, including extended hours at polling places, and more options to return vote by mail ballots. I saw people with canes and in wheel chairs as I stood to vote, it was pathetic to know that we lacked better options. SB1 needs to include accommodations for persons with disabilities to safely and securely vote. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session, however I don't believe there is a mechanism in place to alert voters that there is a need for a cure. I believe House action can address this and provide for a uniform process across all counties, and

Printed on: August 30, 2021 11:32 AM

provide clear instructions of the process to voters.

Adding electronic voter registration to the Omnibus bill would acknowledge the efforts the state of Texas is making to ensure internet access for all across the state. It would also greatly increase the accuracy and integrity of voter rolls, and with a 21st century monitoring system make upkeep of current voter roles more manageable.

Finally, I am concerned about the expansion of the role of poll watchers without clear guidelines for their behavior. I am particularly concerned about the physical security of voters and the potential for voter intimidation and the potential for violence in such a heated political climate as we are experiencing. I have experienced some aggressive campaigning which felt intimidating by partisan advocates at polls even though they maintained their required distance. I urge you to include requirements for poll watcher training, the inclusion of specifications to respect the integrity of the polling space, and an oath similar to that taken by poll workers.

Joanne Doherty

Self

Houston, TX

I appeal to the committee to consider the needs of all voters.  In today's world, many people work odd hours or two jobs.  So many are caretaking children or elders.  Expanded voting hours give these people an opportunity to participate in democracy.  There is no reason that expanded voting hours will create fraud.  Do everything necessary to make expanded voting hours secure.  Years of work by Texans have made elections safe and secure, and the committee should recognize this fact.
If the committee wants poll watchers, they should be trained and non partisan.  Allowing partisan poll watchers with no training, and no supervision, is a set up for intimidation. Please improve Texas voting by ease of registration, expanded hours, no criminal penalties for volunteers, and encouragement of mail in voting.

Mary Ann Mitscherling

Self

Houston, TX

I am now 78 years old and have voted by mail as soon as I became eligible.  Too frequently I was surprised by items I had to vote on that I had not researched.  My designated voting area has changed over time even though I have lived in the same house.  The available research sources made no mention of the new items.  This all changed when I became eligible to vote by mail.  I was able to research every candidate and option available to me with more than enough time to decide the best use of my vote.  It was like day after night.  I became less frustrated and more interested in participating in my right to select candidates and to express my opinions.  It is incomprehensible to me that our representatives would deny anyone the right to use a mail-in vote, especially during the pandemic.  It is convenient, secure and cost effective.  With all we have to deal with now, making voting more difficult is unamerican!  I am ashamed of our representatives who foster this farce.

Janine Chapa

Self

Georgetown, TX

Integrity, unfortunately, is something that shouldn't have to be governed. We should be able to trust one another without fear of retribution or retaliation.  Integrity is about fair and honest dealings and it is about TRUST.  A virtue, unfortunately, that no longer exists.  I support SB 1 because of its intent to protect my vote along with every other legal voting citizen. Everyone, regardless of age, sex, race, ethnicity, or political affiliation, should be interested in INTEGRITY in our elections! Integrity of elections is not about SUPPRESSING the vote as some on the other side of this debate would argue it's about PROTECTING our vote! It's about making sure OUR Vote can't be manipulated, flipped, erased, or deleted.  To allow these practices would be SUPPRESSION! Suppression of the people's right to vote for WHOM they choose!  There are people who say that integrity is a suppressor of the elderly or disabled's right to vote I wonder if those people have taken into account that those are the votes being manipulated. Our elderly and our disables are victims of voter fraud.  Just ask Rachel Rodriguez, who was arrested by AG Paxton's office for illegal voting, unlawfully assisting people to vote by mail, and ballot harvesting.  She preyed on the elderly for their vote.  We know

fraud exists as self admitted, by Senator West at SB1 Senate hearings when he said, "we know there is fraud we just have to accept that a certain level of fraud exists." So how much fraud do we have to accept: enough to change a school board race, enough to change a State Rep race, a Governors race or perhaps even a Presidential race. Well i disagree! Zero amount of fraud should be tolerated no matter the race; and all of you should be horrified at the thought that a sitting Senator would say such a thing because now it makes me wonder is this a prevailing thought amongst our leaders here in the Capital. Some fraud is acceptable as long as you don't get caught. I'm from the Rio Grande Valley and I have seen first hand people who want to come to this county for the ideals of life, liberty and the pursuit of happiness because we aren't CORRUPT like the country they come from. It saddens me to think that we would forgo our right to Liberty, fair and honest elections one person one vote because we want to give people 24/7 access or a drive thru capability. People have died defending our right to vote and to cheapen the one most sacred rights we have by marginalizing it down to a wham,bam, thank you Mam is downright criminal! All of you should want Election Integrity, all of you should want to know that every legal vote counts and all of you should want the ability to audit the vote because the next race where someone has to "accept" fraud just might be your own! I support SB1 and let's audit the votes!

Beth Schneider

Self

HOUSTON, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Bev Gavenda, Ms

Self-retired

Austin, TX

SB1 only causes voting to be more difficult not any safer. You should look at how well the voting part of the 2020 election went and capitalize on each of the methods used to help voters vote and become heroes to all Texans!

Annie Crowder, RN

Fredericksburg Tea Party

Fredericksburg, TX

I am unable to meet in person today but thank you for considering my written comments about voter integrity. My name is Lu Crowder. I moved to TX full time in December 2020 after residing primarily in TN for over 40 years. I first came to TX with my husband when he was stationed at Bergstrom AFB as the Vietnam conflict was winding down and loved Austin and Texas right away. I've always felt a greater sense of personal freedom and state sovereignty here and that is what drives my support of SB1. Election integrity ensures the right of every citizen to participate in guiding the direction of our government. In the absence of

Printed on: August 30, 2021 11:32 AM

election integrity our very liberty is threatened. The push toward federalizing elections, or even allowing the federal government to restrict states rights for determining  reasonable voter laws, must be resisted.

The Texas Bill of Rights declares that: "All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit." Tex. Const. art. I, § 2.

That is why it is incumbent upon the Texas Legislature this session to ensure that elections are free, fair, and secure.

I participated in the Nov 3 2020 vote count in TN and, though I did not witness any voter fraud, I saw clear opportunities in the curing of unclear ballots. Integrity of the vote requires clearly described counting processes, a balanced representation of all political parties, and solid supervision on the floor. Mail in ballots pose the greatest risk as many do not include down ballot selections or even clear selections at the top line. Though I did not see any in TN, I'm greatly concerned about ballots that appear to be mass produced or altered in any way. And, of course, curing of unclear ballots must meet strict standards and sound peer review.

I believe that TX voter integrity is strengthened by SB1 and provides voting options that will not lead to legitimate voter anger or fear but will allow for free and fair elections accessible to all. I feel there is likelihood that our 2020 legal votes were diluted by illegal votes and the consequences are currently playing out on the news before us. Our duty to voters is to get this right and we cannot give the Federal Government the leverage to do otherwise!

We can get this right by ensuring that
i) all eligible voters are given ample opportunity to vote,
ii) voter rolls are accurate and current before the election and not after,
iii) polling locations are placed in a nondiscriminatory manner;
iv) the procedures and processes of elections are general and uniform throughout the state so that all voters feel they had a fair opportunity to have their voice heard.

I support the power delegated to the states through the Tenth Amendment and our voter integrity legislation. SB1 will prevent bad data, lack of voter ID and unreasonable expansion of receipt deadlines for mail-in ballots that led to recent problems in PA, VA, AZ & GA. Thank you.


Kathy Blackburn, Mrs.

Self. Retired

Austin, TX


My parents raised me to value the right to vote. I make every effort to keep informed on current issues and make it a point to vote in local and national elections. I have always preferred early voting. The number of early voting days and the hours polls are open should both be increased. Poll watchers should receive required training regarding the integrity of the voting space and should be required to take an oath, just as poll workers do. As a voter who is blind, I especially value the independence and privacy the accessible electronic voting machine has given me. I fear that provisions of SB 1 will rob me of that privacy, independence, and dignity. My age qualifies me for vote-by-mail, but as practiced in Texas, there is no accessible means for a blind voter to vote privately and independently by mail-in ballot. Other states, such as Virginia, have found ways to make voting by mail accessible. Please, committee members, focus on making voting safer, more available, and more accessible to all.


Gerald Dietz, Mr.

Self

Taylor, TX


Election Integrity is at the heart of our Country.  I believe that the last election was stolen.  I believe it was stolen at the county level.  I even heard Biden say this and I heard it more than one time.  We need this to bolster the system.  We also need to audit each and every county in the state.


Christine Koepke

Self

San Antonio, TX


Supprt this bill!
Please amend to include full forensic audit of the 2020 general election (including down-ballot races).

Printed on: August 30, 2021 11:32 AM

Kaye Holland

self / Retired public school teacher

Wichita Falls, TX

I have worked as an elections worker in past elections.  Those workers put in 14 hour days or even longer.  I am quite concerned about the impact of these election restrictions on election workers.  They perform an invaluable service.  They do their best to help the voter.  They are tasked with duties that require strict attention to following the rules.  I am personally worried about the impact of these poll watchers may have.  We do not allow cell phones in the voting area, nor do we allow the media.  Yet, these poll watchers can be allowed to intervene in that area.

Many of our voters need some assistance.  It can be as simple as reading the ballot,  or helping them to a machine inline with the heighth of a wheelchair.  Some voters need more assistance.  These new restrictions will have an impact on voters with disabilities.

You are reading my comments now.  You have my information now.  It can all be checked quickly to verify that I am who I say I am.  This commentary has been submitted electronically.  Yet, Texas does not allow electronic voter registration.  Many people pay all their monthly bills electronically and have few problems.  We can renew our drivers license online.  Why not give voters in Texas this same convenience?

As you well know, the pandemic in Texas is not letting up.  Voters need be considered in making elections procedures matching with CDC procedures.  We are losing too many Texans already without exposing them unnecessarily to more contact with this rampant virus.  That is why voting by mail is important  to many people and needs to be convenient to all voters.  Consider our older voters who do not have access to printers to make copies of identifying information.  Please keep our more vulnerable voters in mind as you get ready to pass more restrictive voter access in Texas.

We need our legislators to be working for Texans and not against them.

Please give this matter prayerful consideration.

Thank you,

Kaye Holland

Mary Anne Mayer Redmond

Self   -- Wealth Management

Addison, TX

I ask you to serve the spirit of democracy and make voting accessible, clear, and safe for our citizens.  This includes all those who are eligible voters.  Expanded voting hours so those who are unable to come to the voting location during their work hours, can vote.  Fair, clear, instructions on how to vote.  Safeguards at the voting location so you keep it free of attempts to skew the outcome.  That means poll watchers have the correct training and take an oath that protects the voting public from those who have political partisanship as their motive.  Secure electronic voting.    Purposely restricting access to voting is against the laws of the Divine upon which our country is founded.

Francis Tyminski, CW3 USA (Ret)

self, retired

Rockwall, TX

Anyone claiming this law will stop them from voting should prove it happened.

My vote needs to be secured against those cast fraudulently. My right to vote deserves respect. I vote regularly as a duty of citizenship. I remain informed and research issues and candidates individually prior to voting.

I served The Nation for 20 years in the US Army and saw countries where the right to vote was new. I witnessed first hand, folks risking their lives to cast legitimate votes.

Printed on: August 30, 2021 11:32 AM

It is not too much to ask our voters to be identifiable, validated and motivated enough to cast a ballot in person when physically able. Two weeks is adequate to provide alternate times to vote.

If one has the will to vote they will find a way.

Talk of voter suppression has not been supported by facts. Instead of perpetuating politically motivated talking points, demand debate and proof. Merely saying "Jim Crow 2.0" is ingenuous and unsupported.

Ballot harvesting must be illegal. Voter roles should be clean.

States set voting procedures, not the federal government.

Elected representatives should not run from debate, or exercising their vote.

In Service,
Francis J Tyminski
CW3 USA (Ret)

Sarah Levenick

Self, Business Coordinator

Bryan, TX


It is more important than ever to maintain and increase the integrity of elections. That is why we should focus on making it easier for our citizens to vote in free and fair elections, not harder. Time and time again, the statistics have shown that voter fraud is not a major problem but voting access is! For the health of our democracy, please vote against SB 1.

Leslie Anthony

self

San Antonio, TX


The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Eva Esparza

self

AUSTIN, TX


Printed on: August 30, 2021 11:32 AM

Please vote against SB 1. It's a flawed bill that will make life harder for Texans. Most Texans have a job, run a business on the side while caring for kids and parents. SB1 hurts the elderly, parents, people suffering from cancer or other illnesses, disabled people, caretakers and people who live far from where they work... just to name a few groups that will be harmed. What in this bill improves the election process, saves money or increases voter satisfaction and participation? If the objective is improving election integrity, what metrics will be used to measure the effectiveness of this bill? What is the current baseline? It's disappointing that our lawmakers are not making the lives of Texans less stressful by providing drive through voting /drop off, universal Voting by Mail and automatic voter registration.

Neil Cohen

S/E

Austin, TX

Do not disenfranchise Texas voters under the pretext of making elections more secure.  Instead, strengthen democracy by making it less burdensome to vote. The repeated claims of a stolen election are "the Big LIe."  Several Trump administration officials, including the Att'y General and a top-ranking security official, have declared the 2020 election the most secure ever.  Having filed a 47-page grievance with the Texas Bar against Ken Paxton for his lawsuit to overturn the election, I know that his factual claims of "voting irregularities" (not even Paxton would go so far as to claim outright fraud) were false and had been thoroughly discredited at the time of his filing.   Instead, Paxton principally relied upon the argument that votes cast according to the rules implemented by courts and election boards should not be counted because of an absurd legal theory.  Paxton faces discipline from the Texas Bar for his false claims about the election.  Don't let the many other false claims about insecurity result in disenfranchising Texas voters.

Ida Miller, Ms

Self

San Marcos, TX

Every citizen eligible to vote should have equal opportunity without intimidation or inconvenience. Make election day a holiday for All workers, or make voting accessible to ALL voters. Talk with voters to discover their circumstances, all kinds of voters.

Marguerite Scott, Mrs

self, Licensed Clinical Social Worker-Supervisor

Houston, TX

Our county election departments in Texas know how to conduct safe and secure elections that make voting available to the registered voters of their county.
Stop from passing this bill that creates fear instead of acting from facts.
Trust the county election departments to know what their registered voters need to have voting accessible given the range of factors in each county.
You know that what is needed in Bailey County is different from Harris County.
Thank you for avoiding fear based decisions and going with trusting the competent staff in county elections departments.

Linda Hanratty

MYSELF

FORT WORTH, TX

Please focus on solutions for all voters and help restore the level of trust in Texas elections. The Texas Election Code already has safeguards and transparency as evidenced by the successful election in 2020.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of

expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. As a 70 plus Texan with type-2 diabetes, it is particularly important to me to be able to vote safely.

To be effective, poll watchers should be required to attend additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. Uninformed poll watchers pose a danger to the election process.

A cure process for applications for mail ballots and for the returned mail ballots is needed. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, voters must be alerted to the need for a cure and given clear instructions for making sure their vote counts. Such a process should be uniform in all counties, not optional.

Blind voters must be given a way to securely and privately vote.

Adding electronic voter registration would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. Our election process must move into the 21st century.

Mike Badzioch, Mr.

Self, retired

Houston, TX


I request the committee focus on solutions for all voters and help restore the level of trust in Texas elections as well as acknowledge the magnitude of existing Election Code safeguards and transparency.

Edwin Scott Elphingstone

Self. Retired

Dallas, TX


I oppose this bill. I have heard no evidence that there are integrity elections in Texas, although I do wonder about small rural areas that always seem to vote the same. We should be moving toward automatic voter registration and actions that increase turnout and not those that impede it. I oppose the expansive rights given to poll watchers. I am entitled to a private vote and don't need them around to interfere. Election judges should be given the right to control their behavior including evicting them if they are disturbing the peaceable voting process. Texas history in trying to limit access to polls of anyone who might not vote in the interests of the party in power is not one to emulate. The US and Texas is great because of the energy and creativity of all its citizens. The more of them who vote, the better we all are.

Connie Hamilton

Self

Grand Prairie, TX


There is nothing in this bill that would make it harder to vote. If you want to vote in Texas you have many opportunities. IDs should always be required! Those who are against this bill want to find ways to cheat and steal elections! We see through your schemes!

Marvin Wofford

Self - retired

Austin, TX


As a white Male on my early 70s, I would like to express my sincere disappointment in the attempt to make voting more difficult for a variety of Texans. Please scrap these voter suppression bills. If anything, work in a true bipartisan manner to craft a bill that makes voting easier for everyone. Thanks very much.

Printed on: August 30, 2021 11:32 AM

Barbara Cager

Self

Fort Worth, TX

- Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.
- Acknowledge the magnitude of existing Election Code safeguards and transparency.
- Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

I am a senior citizen, if there is something incorrect on my registration form please allow me the opportunity to correct it prior to election day. Help my vote to count!!

Ronen Wenderfer

Self-Student

Houston, TX

My name is Ronen Wenderfer, and I am here to register my opposition to Senate Bill 1. While I appreciate that SB 1 increases the minimum number of voting hours for early voting, it also creates restrictions that limit the maximum number of voting hours and at which times voting is allowed to occur. The restrictions against 24 hour voting in this bill place an unnecessary burden on Texas voters wishing to exercise their civic right to vote.

I am a high school student at the Kinder High School for Performing and Visual Arts in Houston. I have not yet been eligible to vote in the past, but if this hearing was taking place next Friday, I would be submitting this testimony as a proud registered voter. As a member of my school's Theatre Department, I, along with many other students at my school, am often involved in various afterschool rehearsals, a vital part of my education at a performing arts school. These rehearsals regularly last late into the evening and I usually do not get home until after 9 pm. This alone would make it difficult to get to my polling place. Furthermore, the time period over which early voting occurs coincides with fall performances, when many more students have after-school commitments, and rehearsal lasts until 9 pm. While not all Texas students are involved in theatre to the extent I am, many are involved in afterschool activities or sports with similar time commitments.

Short voting hours are often criticized because they force people to decide between their job and voting, a choice that many cannot afford to make. Similarly, I do not have the ability to decide not to attend school. Even if I were able to convince the school to excuse the absence, I would still have the burden of catching up on what I missed. Schoolwork and other commitments fill up most of my days, leaving a very small window during which I am available to vote, and the state government restricting the time when I can vote creates barriers to voting and makes participating in our democracy unreasonably difficult. However, thanks to 24 hour voting, I have the opportunity to get a full high school education and be able to exercise my civic duty of voting, without choosing between the two. It is for this reason that I oppose banning 24 hour voting and ask you to remove language restricting voting hours from Senate Bill 1. Thank you for working to ensure that every Texan's voice is heard.

Terri Davidson

Self

Merkel, TX

Texans are fed up at this point. I along with many are demanding a forensic audit. I live in Taylor county where the numbers do not match! You can not have over 100% and claim our election was great. This is not about any party, we demand honesty, integrity, and our right to know the truth once and for all. Also, you can not take secured measures unless you know beyond a shadow of a doubt what transpired November 2020! And without a forensic audit we will not have the entire truth! You should not have to be made aware or reminded that everyone of you work for We The People, not the other way around. I believe we have been attacked by cyber warfare and it is your job to find out the truth for all Texans! We are not going away until this is

accomplished!  Thank you.

Karen Stuart

self

Fort Worth, TX

Dear House Select Committee on Constitutional Rights & Remedies:

I want to ask you to help restore trust in the election system by making it a safe environment, free from any personal, or political attacks or allowing partisan bullying while placing our votes.

I understand that the voting rights for all are sacred, and endowed for everyone of us. Please ensure that enough voting rights polls and equipment is available to everyone, everywhere. Please don't pass legislation that interferes in the treatment of non-white voters. Please keep voting rights easily available to everyone.

We are in the midst of a dreadful pandemic, and it is very important to keep open additional voting requirements, such as extended hours, drive-thru voting drop offs, and additionally trained representatives who are able to explain any questions voters might have. In addition to this, it is imperative to make mail in voting easy, and to ensure that disabled people are not adversely affected. I have Parkinson's and may soon be unable to complete paperwork without help, so please don't make it difficult for someone to provide me and others, care and assistance as long as they do it for your purposes. Please add requirements for voters to be notified in writing when or if there is a problem with their ballot so that they have time to correct. Please ensure that blind voters have the ability to complete this task.

Please be sure to include electronic voting registration so that all voters have a chance to be included, and to more accurately tally voter registration information.

In addition, my most important request is that you please make all voting on paper ballots, that can be originally scanned for accuracy, and do not use voting machines which can be manipulated. Please require that no person's vote is connected to the internet, and is privately held within our state.

Thank you for your consideration,

Karen Stuart

Bruce Arnestad

Retired

Plano, TX

It is essential to have a truly democratic nation!  We need to have accurate voting results to be assured that all genuine United States citizens are allowed  to vote.  Each individual should be only vote once.  To not  vote "Yes" on this bill would mean you support dishonesty and want our democratic nation to become a socialist country.  Please vote "yes" on this bill!

Lynne Quinn

self

El Paso, TX

I support voter ID for elections. In Texas it is easy to get an ID so it is not a hindrance to voting. There are several kinds of Texas ID's other than driver license that are available to use for voting. I support the prohibition of vote harvesting. Fair elections are important for our democracy.

Rebecca White, Mrs

Printed on: August 30, 2021 11:32 AM

Self

Arlington, TX

Voting is our most sacred right! As a Tarrant County resident I feel there is tons of fraud! Everyone should support election integrity and security - those that don't have something to hide. There needs to be an audit in the top 13 counties MINIMUM, we need paper ballots, and to prosecute fraud to the highest extent. I support this bill at a minimum, and any politician who does NOT support it will not be a politician much longer when it comes time for their re-election. Texas is fed up and we want to lead the way in election integrity!!!

Frances Elaine Laisure

Self - Retired Computer Software Supervisor

Weatherford, TX

There is no fraud in the elections. Republicans must stop lying about fraud and the Jan 6, 2021.

Hal Jennings

self

Austin, TX

As a frequent election judge and clerk, I am very concerned about the provisions in this bill that allow poll watchers to disrupt the polling place with little or no accountability and other provisions that make it too easy to impugn and fine poll workers. It is already too difficult to find people to work as poll workers and threatening them with legal repercussions for making minor mistakes is going to make it even harder to staff the polls with qualified workers.

Gwen Renée Schalk

Self

Georgetown, TX

I have a he following comments:

#1.  Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.

#2.  Acknowledge the magnitude of existing Election Code safeguards and transparency.

#3.  Don't forget to include any personal stories you may have! And be sure to make your comments as an individual, not as a representative of the League.

In addition, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls and reduce costs.

Geri Neemidge

Self / Librarian

Round Rock, TX

We all know Texas elections are safe and virtually fraud free. What Texas should focus on now is improving our voter turnout.

40 states allow voter registration online. Online registration would improve our voter rolls as it would be easier for voters to update their addresses when they moved. Also eliminating the need for the Secretary of State's office to enter all the new registrations will save us money and improve accuracy.

Printed on: August 30, 2021 11:32 AM

Expanded early voting hours are also needed especially for our valuable first responders and medical professionals who work around the clock.

Poll watchers need to take that job seriously. They should be required to swear an oath like election workers do as well as complete training beforehand.

Carolyn McClugage

Self

Leander, TX

We The People have a right to expect fair, honest and transparent elections. And...We need stiffer penalties for those who commit any kind of fraud against our election system.
This is not a Republican or Democrat-Socialist thing. I ask...why would anyone NOT want trust and integrity in our election process???  Speaks volumes!

I am in favor of SB 1

marjorie meyers

Self, attorney

Houston, TX

We need safer and more extensive voting, not restrictions.  Poll watchers should be trained and acknowledge the integrity of the polling place by executing an oath similar to election workers.  We need a complete cure process for applications for mail ballots and returned ballots.  The bill needs to protect the rights of the disabled.  Voters should be able to register electronically.

Priscilla Schmitz

Self,  retired federal employee

Dallas, TX

Any changes to the voting procedures must make voting more accessible to ALL the people in Texas while maintaining integrity and transparency.  We have adequate systems in place now to prevent abuse, and no proven history of voter fraud.

The  COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective,  poll watchers should receive required additional training and should execute an oath similar to election workers.

There should be a cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as mandate the uniform process in all counties.

We have a number of elderly and disabled voters.  They  need additional refinement of SB 1. Specifically, the House can add provisions that allow visually impaired voters a way to securely and privately vote, and all polling places should have areas that are handicap accessible.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

We have a number of elderly, disabled, night-shift workers,  and citizens with transportation difficulties.  Opportunities to vote must meet the needs of all.  Expanded hours, convenient polling places, convenient ballot drops and expanded early voting

Printed on: August 30, 2021 11:32 AM

timeframes should be the norm.

ANA LUISA SALAS-PORRAS

SELF/RETIRED

AUSTIN, TX

The Texas COVID epidemic highlights the need for safer  and more convenient methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want. Drive-thru voting allowed parents with young children to vote without having to find childcare. 24-hour voting allowed shift workers to more easily vote. Please make voting easier and more inclusive. Election fraud is almost non-existent because there is no money in it unlike other fraudulent activities. Any change in election law should be based on non-partisan, facts and should not be political. Texas voters deserve fair, just laws that serve the every, single voter.

As a former election judge, , I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. The presence of untrained poll watchers is intimidating to election workers as well as voters.

Please do the right thing for Texas voters.

Gordon Peterson, Mr.

Infopoint Corporation (but retired)

Farmers Branch, TX

I think it is critical that elections be conducted fairly.  I don't want to see ridiculous limitations and difficulties thrown in the way of people trying to exercise their right to vote, and to have that vote COUNTED FAIRLY.  By the same token, I want to see an END to partisan gerrymandering.  Our representatives in our government ought to fairly represent the feelings of the voters.  I also think that a signed voter registration card ought to be a perfectly adequate voter ID;  a properly matched signature is a BETTER personal identifier than a photo is (twins could look the same, but their signature will still tell them apart... and cutting or coloring or styling hair, or shaving a beard, will make the photo look VERY different, but the signature will still identify the voter.

Stacyew Anderson

self

Houston, TX

I respectfully request that the committee focus on solutions for all voters and help restore the level of trust in Texas elections. There are so many existing Election Code safeguards and transparency is critical!

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what all Texans want, both conservatives and liberals.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.  I have been a volunteer at the polls and seem poll workers who clearly have a political position harangue those they ASSUME believe differently whether it was accurate or not.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind

voters a way to securely and privately vote. Also, my aunt had to vote curbside in the last election because she was dying of cancer. She was of sound mind but not body. Please do not take this right away from those who are physically unable to walk into a polling place.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. Everything is done on line now. There is no excuse that this not be available.

I respectfully request you consider this input. I am an active volunteer in my community and take my right and obligation as a citizen to get informed and vote seriously. I believe further voting restrictions will hurt both conservative and liberal candidates as most people just want to vote for the candidate of their choice with as little hassle as possible, regardless of their party affiliation.
Stacye Anderson

Bill King

self, retired-judge

Austin, TX

Let's not make the cure worse than the disease. AG Paxton has spent over 20,000 staff hours searching for voter fraud. He was able to find fewer than 100 improper ballots out of tens of millions cast. There is not a significant problem with our existing voting system in Texas. That should end the discussion, but it won't.
I would like to highlight the issue with election workers and partisan poll-watchers. I have been an election judge. In Travis County, there is one Republican and one Democratic election judge at each polling site. This is an already existing procedure to prevent fraud. Election judges and clerks are volunteers or minimally paid. They work 14 hour shifts, typically. They are not perfect, but as Paxton has already shown, there is no evidence of significant fraud. Partisan poll-watchers will add nothing positive to an election but could intimidate potential voters and discourage people from working as election judges or clerks. If there not enough judges and clerks, then there will have to be a reduction in polling sites (it's just arithmetic). Reducing polling sites has been proven to reduce voting. I wonder if this might be the real reason for releasing hordes of under-trained partisan poll-watchers.
Even if that is not the intent, what SB1 does is potentially disenfranchise tens of thousands of legitimate voters to prevents tens of improper votes. There is no legitimate need to drastically put obstacles in the path of people wanting to vote. I urge all members of this committer to do what they know is fair, based on reality, and reject SB1.

Kay Koster

Self

New Braunfels, TX

Please amend SB1 with SB26 for a full Forensic Audit. Please eliminate the following:
1. Voting machines of any type and company for paper ballots only.
2. drive thru voting.
3. Absentee voting except as outlined by state law.
4. Drop boxes and mail-in ballots except when requested

Also please push for one day voting and make it a holiday. Also easier access at physical locations for seniors to vote. Thank you for your time.

Carol Eaton

Self/Software Developer

Denton, TX

I am so new to this it's not even funny. My very first attempt to publicly and formally address an area of great concern to me and to most voters. It's hard to imagine that someone who goes to the trouble to drive to their polling station, stand in line, fill out and submit their ballot would not care deeply that their ballot is handled in the most forthright, transparent and lawful way imaginable, to make sure their vote counts exactly as intended. This has to be one of the most important issues of the day!   I

Printed on: August 30, 2021 11:32 AM

urge all of you, including my senator, Jane Nelson, to do everything possible to secure election integrity. Thank you!!

Claire Marten, Dr

Self. Pharmacist

Humble, TX

Dear State of Texas House representatives:
I urge you to seriously think about your efforts to suppress voting rights by voting for SB1. You will not be remembered fondly in history. This bill is being advocated for by Republicans under the guise of "election integrity." Yet election fraud continues to be something that receives a lot of press but rarely ever happens. As a pharmacist working in the Texas Medical Center, the ability to vote at a location close to work and at extended hours was exactly how voting should be. Efforts to restrict hours that every county across the state has to follow is nonsensical. Consider doing something your grandchildren will be proud of and can say their grandparents actually stopped efforts to promote discriminatory voting bills, rather than continuing to promote a false narrative.

Jan McDowell

self - retired

Carrollton, TX

I would like to urge you to vote in opposition to SB1 on election regulations.

The overall goal in any election should be to determine what is the will of the majority of voters in Texas. In order to do that, all eligible voters must be able to cast a ballot, and ease of access is paramount. At the same time, the people of our state must have confidence that their votes count, and that the results are fairly reported and certified.

If someone who is ineligible does in fact vote, that skews the result. Thankfully, the data show that this happens in a minuscule number of cases. On the other hand, if someone who is eligible is prevented from voting, that also skews the outcome. Tragically, that is happening at an ever-accelerating rate. With the current rules in place in Texas, voters face many hurdles to voting. SB1 would only magnify those deterrents to voting.

As a white Texan, I have never encountered intimidation at the polls. But I am horrified to learn that for non-white Texans, intimidation is all too frequent. The proposed relaxation of rules limiting the access of poll watchers is unacceptable. A poll watcher currently is denied any right to speak to anyone other than the election judge. And they may certainly not approach a voter. The new proposed rules would give them much more freedom to insert themselves into the voting experience. To the extent that they could make any voter uncomfortable, those rules must not be adopted.

Let's focus our efforts on the true purpose of elections...learning the will of the majority of Texas voters. All Texas voters.

William Maina

Self--Retired

Dallas, TX

• 	I am concerned that poll watchers will interfere with the smooth functioning of elections. Poll watchers should receive mandatory training and should acknowledge the integrity of the polling space by executing an oath similar to election workers

Marston Meador

Self, retired

Carrollton, TX

Safer methods of voting are needed more than ever, in light of the Texas COVID epidemic. These include safer options of

Printed on: August 30, 2021 11:32 AM

expanded voting, extended hours at polling places, and more options to return vote by mail ballots.

William Maina

Self--Retired

Dallas, TX

•.To help keep Texans safe at the polls in the era of COVID, we need to expanded early voting, extended hours at polling places, and provide more options to vote by mail.

Roy Avery

self   --- Retired

Spicewood, TX

I support SB 1 and want it to move forward as is.

Cameron Samuels

Self / Student

Katy, TX

REGISTERING AGAINST SB 1?

My name is Cameron Samuels, and I am a student from Seven Lakes High School? in Katy. During the 2020 election, my great uncle and great grandmother both participated in drive-thru voting in Harris county. One was recovering from a stroke and could not drive to the polls, and the other had just turned in their car as they were approaching older ages. One was a Republican, and one was a Democrat, and they both went to vote together when my great aunt drove them. If Senate Bill 1 were to be enacted, it would be more difficult - or simply impossible - for my family to be able to vote as they did in the 2020 election. Alternative methods could have included mail-in voting, but this was falsely seen as insecure, not reliable, and illegitimate. In addition to this nervousness, Senate Bill 1 would further contribute to the already difficult process of voting by mail. It is clear that this legislation is in direct response to how many urban Democratic counties had acted in the 2020 election, making Senate Bill 1 extremely partisan in its roots. There are so many more reasons as to why this bill would suppress my personal and my community's freedom to vote, including the impact it has on academic students, minority communities, and extended shift workers. We must say no to voter suppression, and we must cherish and promote the freedom to vote in Texas and in America.

Thank you so much,
Cameron Samuels
Fort Bend County

Richard Morgan

self

Austin, TX

SB1 is an affront to democracy in Texas. Despite sponsors and supporters claims, this bill will make it harder to vote in Texas and allow intimidation of voters by so-called poll watchers. In modern times there has been no significant voter fraud is Texas. This bill's only purpose is to make it more difficult for Texans to vote.
If the Texas Legislature is serious about improving elections in Texas, you would make election day a state holiday and expand after hours voting in early voting.
This bill does not deserve your support, it is nothing more than a direct attack on democracy in Texas and should be voted down and replaced by measures that will increase the ability of typical Texans to vote.
Richard Morgan

Printed on: August 30, 2021 11:32 AM

Nancy Bolduc, Dr.

self

Houston, TX

It is critical to our democracy that we have elections that are fair, safe, and secure.
We have existing election code safeguards and transparency and as a result had an extremely safe and secure election in 2020 despite the pandemic. Though much effort has been put into identifying/proving fraud, there has been very very little found. That is something to celebrate, our election process worked.
In spite of this, there has been a great deal of talk of need for enhanced election security and fraud protection.

If there are changes to our election code and procedures for the sake of election security it is vitally important to protect the basic rights and representation of all qualified voters. Any changes that make it more difficult for people to vote and thereby disenfranchise voters under the guise of preventing fraud will damage our democracy. There is every reason to make it easier for qualified voters to exercise their votes. The greater the participation we have in our democracy, the stronger we will be.

The changes to adjust to the pandemic conditions in the 2020 election with expanded early voting, extended polling place hours, access to drive through voting and greater vote by mail availability were positive changes that allowed more Texans to safely participate in the democratic process. The majority of Texas voters favor a process that makes it easier, not harder to vote. And you represent the majority of Texans.

Electronic voter registration would make sense in ease, safety and efficiency.

There should be a complete cure process (uniform for all counties) for incomplete applications for mail ballots and returned ballots, with voters being informed of problems and given instructions on how to proceed so that their votes are counted.

Any poll watchers should have required training and execute an oath similar to election workers. They must not be allowed in any way to intimidate voters or election workers from doing their jobs.

Nancy Bolduc

Patricia Morgan

self- Licensed Professional Counselor

Austin, TX

I am strongly against SB1. I want you to know that I was a VDR in the 2016 and 2020 elections here in Travis County. I am proud of the work we did to get out the vote. I was also so impressed at how organized the early drop off voting was. Organized to help us avoid COVID contamination, it worked like a well oiled machine. A person on each side of our car taking our ballot and information. Pointing clearly to the box where it would be placed within the minute. So many volunteers there! We need more of that, not less of that! I am a senior citizen. I was thankful to not have to stand in a long line. I was thankful to avoid the virus.

It angers me that this sort of thing will be harmed by this Republican sponsored bill. There is no proof that there is significant voter fraud in Texas or the nation.  There are only the pathetic lies of Donald Trump who fantasizes himself a great president and his enablers. It is obvious to me that your party, Senator Hughes, does not have a real platform for Texas beyond keeping power and getting re-elected. If you had viable ideas we would be debating them, not the restricting of voting rights. Please, we need creative minds addressing the problems with our energy grid, our infrastructure, and the problems Texas has due to climate change. If you  and your Republican colleagues don't have solutions GET OUT OF THE WAY! Stop wasting our time with non-existent issues like this one, along with the meddling in the health decisions of transgendered teens, preventing mask mandates, and crying about teaching the true history of the civil war.

SB1 will discriminate against minorities, disabled people and working people who won't have easy access to the polls in the day. The idea of giving  power to poll watchers is really frightening too. I can see it- untrained people who believe your party line- I can only imagine how they are going to act. It insults me that these partisans would be given more credibility than the solid

citizens who have been staffing my neighborhood polling place for so many years.

The Republicans have the power. You can pass this bill. You can win. But you will never be able to say you protected our democracy. You are doing what you can to destroy it.

Greg Sells, Mr.

self-federal employee

Austin, TX

As the COVID-19 pandemic continues, Texans continue to demand safer methods of voting, proven in the 2020 General Election. These include expanded early voting, expanded voting hours, and more options to return vote-by-mail ballots.

To be effective, poll watchers should be required to receive additional training and to execute an oath similar to that given to election workers.

I believe applications for mail ballots and returned mail ballots should be subject to a complete cure process. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts. This process should be uniform in all counties.

Voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration, as is used in many other states, to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs to taxpayers.

Richard Miller, Texas voter

Self. Retired

Sandia, TX

I suggest the following changes be applied to SB1.

Voter ID should be required for in person voting and for mail in voting, rather than than a drivers license number or a social security number

The return of carrier envelopes should not be allowed. Holding a carrier envelop that has an unreadable signature can be weed to identify possible fraud.

Make it a criminal act to distribute unsolicited applications for mail in ballots that have been partially filled in.

Require attendants and caregivers to sign carrier envelopes that they assisted a voter to fill out.

Thank you for your valuable time and consideration of these changes.

Rosemary Edwards

retired

Austin, TX

Submitting witness in support FOR SB 1

Rhonda Lopez

Printed on: August 30, 2021 11:32 AM

Self

Baytown, TX

Please focus on solutions for ALL voters, specifically
1. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.
2. Poll watchers should receive required additional training and acknowledge the polling space's integrity by executing an oath similar to election workers.
3. Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. Alert voters of the need for a cure and give clear instructions for making sure their vote counts and make the process uniform in all counties not optional.
4. Voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.
5. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls and reduce costs.

Kathleen Boyd

Self - Clinical Social Worker

Austin, TX

When I voted last Fall, I felt like I was delivering a live donor organ to the ballot drop off location - the only one of its kind in Travis County. I was 66 years old and Covid's reality made standing in line dangerous. Receiving the paper ballot was wonderful and I completed it but heard how risky it might be if my signature was not the same as how I signed it when I first registered...was it Kthleen, Kathy, with or without my middle name or initial...was it written with a certain manner I do not use every time? I called the registrar to check and was told they were not allowed to reveal that. I then learned mailing in the ballot was risky as the Austin Post Office sorters had been pulled apart or taken away. It may not reach the destination in time. (Who is rigging the election?? Reality check!). I double and triple checked how I inserted the envelopes and prayed the voter registration card in my wallet matched what those reviewing the ballot worked from. I drove the 13 miles to deliver the ballot and was guided in by safety-vested staff, double checking my ID before I released the precoius cargo - my ballot.  I was literally shaking and almost cried. I did not feel like I was in my home country, but somewhere third world. Now there is the possibility that if the results are not to someone's liking they can be turned over by just a couple of individuals of a certain party? Seriously!? (Can I ask again - where is the real fraud here and in fact, rigging the election process? Reality Check!!) The emperor is NOT wearing clothes and I'm tired of thinking wiser minds will prevail. The 'game' is rigged, and not sure Putin could be prouder. 1.) Show us where the fraud is....it is non-existant. A false narrative and totally fear-lie based without merit.  2.) Put the Post Office back together  3.) Protect those that serve the election board, the elected officials as well as volunteers - making the criminal penalties/criminal offenses and penalties severe and swift for those threatening these individuals or impeding the process of their doing their work as the professionals and dedicated servants of democracy they are. Bullies and poor losers cannot be in charge of our democracy - they will corrupt it for the sake of power and I will not tolerate this in any way. I will be getting out of my comfortable little cocoon and lemy voice be heard and my presence known. There is no fraud other than this narrative being created by those striving to hold onto power and suppress votes by any means possible.  It is an old ploy all of us can see through. Shame on those pretending otherwise and hats off to those calling it what it is. A power grab.

Julia Bolling

self

Houston, TX

Please keep the needs of all Texas voters in mind when considering this bill. During the 2020 election season, when many voters were concerned about their health and personal safety, the innovations that allowed us to vote by mail, by car, day or night, made a huge difference in voter access and participation. Current election laws provide extensive security for voter registration and participation, as evidenced by the remarkably low incidence of proven voter fraud, which is almost non-existent in Texas.  The

Printed on: August 30, 2021 11:32 AM

continuing Texas COVID epidemic highlights the need for providing these safer and secure methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots, moving toward universal vote by mail which has been shown to be effective and secure in several other states. These are options that Texans want.

I also believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to that for election workers.

SB 1 adds the ability to cure incomplete applications or ballots to the electronic ballot tracking system. However, House action can also add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional. Voters need and deserve this information.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Lastly, adding electronic voter registration to the omnibus bill would greatly increase the convenience, participation, accuracy, and integrity of the voter registration rolls, as well as reduce costs.  It will move Texas into the modern age for voter registration.

Thank you for considering my remarks.

Sharon Kremer

Indivisible TxLege

Denton, TX


Free and fair elections are the bedrock of a democracy.

Please include the following in SB 1
electronic voter registration
drive-through voting optional for all counties
24-hour voting optional for all counties

Keep polling site order within the power of election judges.

Voting must be safe and accessible mode all Texans.

Traci Dunlap

Self, Teacher

Austin, TX


My name is Traci Dunlap. I'm a teacher in Austin ISD, a leader with Education Austin, and the Vice President of the Austin Central Labor Council. I am writing to register my opposition to SB 1.

This is a bill in search of a problem. Voter fraud in the state of Texas is almost nonexistent. The provisions in SB 1 will make it harder to vote,  when we should be encouraging people to vote, since we historically have very low voter turnout in our state. This bill will disproportionately affect voters of color and the disabled, and may discourage voting through intimidation at polling locations, since it will grant new authority to poll watchers.

As a teacher, I believe the right to vote is sacred and the foundation of our democracy. Let's pass legislation that empowers voters and makes it easier to exercise the right to vote, not harder. Please vote No on SB 1.

Elisa Gonzalez, Ms.

Self - Retired Educator


Printed on: August 30, 2021 11:32 AM

I am writing this to request that some major items in this bill be adjusted, amended, rewritten to honor the rights of Texan voters when they go to the polls or when they require assistance to allow them to vote confidently due to disability or language access. In the past, I have assisted friends and others with their voting needs.  I have helped people who have poor eyesight or difficulty walking or assistance with language translation or comprehension.

Given some of the impediments listed in this bill, I no longer feel confident helping others because there are so many restrictions targeting disabled, elderly, and non-English speaking voters.

It has always been difficult for people with visual problems to read the tiny print on the official mail ballot envelopes. Now it will be even more so.  This bill requires all sorts of additional information to be printed on the envelope, and for the voter to provide additional personal information, making an already unreadable envelope even more of a mess.

What makes these restrictions incomprehensible is that it has already been proven that fraud is not a problem due to the already innumerable existing safeguards and transparency.  The added restrictions appear to be specifically targeting the most vulnerable in our society – the disabled and the elderly.

We need the safer options of expanded early voting and more options to return vote by mail ballots.  We need more options to vote, not more restrictions on voting.

Melinda Maxwell

Individual

Dallas, TX

Voicing Support for SB1

Patsy Boatright
Self

Maryneal, TX

My husband Larry and I support Hb1

Mary Lou Walther
Self

LOCKHART, TX

Below are 4 points for the committee to consider as you work on SB1:

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration

Printed on: August 30, 2021 11:32 AM

rolls, as well as reduce costs.

Brian Keegan

Breakfast Club

Cedar Creek, TX

We the people want it passed!

Catherine Porter

None

San Antonio, TX

Request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.
Voter fraud committed by using someone else's identity is extremely rare. Voter ID laws are a solution looking for a problem.
Expand the list of acceptable IDs to include student IDs.

Acknowledge the magnitude of existing Election Code safeguards and transparency. Leave local election boards in charge of elections without interference from the state.

Tyson Dierschke

Self

Rosenberg, TX

I support the passage of SB 1.

Kyttie Sanford

Self

Houston, TX

Legislators,

I would like to submit a few thoughts for consideration during your debate process for SB 1.
These thoughts evolved thru my volunteer work as a deputy voter registrar as well as working the polls on Election Day in Harris County.

1.  Voters with disabilities need clear, defined provisions for allowing voter with no barriers. You need to make it easier for them to register and vote. They are entitled to vote without barriers.

2. Texas voters made it clear that they want safer methods for voting. The covid pandemic made that clear. Municipalities should be able to provide safe and healthy places/processes to cast their ballot without sacrificing the integrity of the election.

3. Voting by mail should not be such a difficult thing. Again, clearly defined processes should be available for our senior citizens and those who find it difficult to make it to the polls.

4. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

5. Having worked the polls for the 2020 Presidential election, I did not see anything that would make me question the integrity of the process. We need to be making it EASIER for ALL citizens to participate in this piece of our democracy.

Printed on: August 30, 2021 11:32 AM

6. Poll watchers need to have training before they are allowed to be part of the process.

Thank you,
Kyttie Sanford

Donna Bening, Mrs.

self,   retired nurse and poll worker

Plano, TX


In my last thirty years in Texas, I have served as a volunteer and as a paid election poll worker -- offering voter registration, offering forums with League of Women Voters to learn about candidates, and serving in those long days at the polls during early voting and on election day.  The state and federal laws should be consistent and facilitate the citizens access to the ballot without threats and barriers with clarity in law.   The administration of elections in my County (Collin) has improved over the years with better training for workers and acceptance of smart technology to aid vote tabulation. However,  when I  changed from in-person voting to mail-in ballot during the COVID--19 pandemic,  I see that my handwriting with age & arthritis has been inconsistent, and I am concerned  that my vote may not count.  I am  requesting that voters with unknown disabilities have "forgiveness" when mail-in ballots are reviewed during counting procedures..
The possible  opportunities for improvements in SB 1 in Committee (or on the Floor) -- include

•       The Texas COVID epidemic highlights the need for safer methods of voting more than ever. Please protect curbside voting in the regulations. --whether with expended hours because each transaction takes more time than  each in-person vote. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. I was concerned about my mail-in ballot getting caught in a slow-down at the post office.
•       To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers & protecting the privacy of the voter's choice..
•       Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.
•       Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.
•       Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.
Thank you for listening as you  "purify, but not punish" voting in Texas.

Norman Monroe

self/retired teacher

Austin, TX


SB1 should include:

1.  A poll watcher's oath and required training.

2.  More safe voting options:  expanded early voting, extended hours at polling places, and more options to return vote-by-mail ballots.

3.  A complete process for curing applications for mail ballots and returned mail ballots.

4.  Protection for voters with disabilities.  Offer blind voters a way to securely and privately vote.

5.  Electronic voter registration.

Thank you for your consideration.

Printed on: August 30, 2021 11:32 AM

Linda Rachut, Mrs

Self

Moody, TX

Support voter ID, no operatives collecting ballets, poll watchers that can see & hear the process, no mailing of unrequested ballets, keep voter registration accurately updated.

Lisa Railey

Self, marketing director, food processing

Montgomery, TX

Our family has been devastated to think that our vote may have been cancelled out by overvoting or fraud. I am voicing my wholehearted support of this bill to secure our elections, prevent fraud, increase criminal penalties, create criminal offenses, and provide civil penalties. I support any senator who votes for this bill and will never again support anyone who does not.

Alene Levy

self, attorney (retired)

Houston, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Reg Cleveland

self retired

Kerrville, TX

REAGRDING SB1

I request the committee focus on solutions for all voters and help improve the ability's for voters to vote and improve the quality and correctness of the vote.  In this respect request the committee focus on solutions for all voters and help restore the level of trust in Texas elections.

1. The Texas COVID epidemic helped generate new and additional solutions to enable voters to vote. These should continue.

Printed on: August 30, 2021 11:32 AM

2. Poll watchers should acknowledge the integrity of the polling space by executing an oath similar to election workers. I also the watchers should remain at least "10" feet from a voter or at least so as voter concern there is no "spying".

3. Adding electronic voter registration would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

MaLeah Oakes

Self

Sachse, TX

Election integrity is the most pressing issue facing Americans today. If they steal our elections, we have no voice/liberty.

Scott Railey

Self, business owner, food processing

Montgomery, TX

Please vote for SB1. Texas needs to lead the way in election integrity. People are upset and don't trust our elections. We need to know that we can trust our elections and our elected officials. This is a must pass bill and the number one issue for Texans.

Deborah Lee

Self, retired social worker

Boerne, TX

The Covid pandemic has highlighted the need to expand and improve access to the polls for all citizens. Expansion of early voting, extended hours, more polling places not fewer and more options to vote by mail are all necessary. Poll watchers must be trained! Please include a complete cure process and make it known to voters. We need more folks to vote not fewer; electronic voter registration should be enacted. My friends who are seniors like me and or disabled are concerned about perceived efforts by the legislature to remove options for legal voting.

David Gaines, Dr.

Southwestern University

Georgetown, TX

I urge our elected officials to do all they can to insure that all Texans can exercise their voting rights. As I read it, SB 1 does just the opposite. Please do the right thing and vote no on SB 1.

victoria higgins

Self, retired

Fairview, TX

I am a proud voting Texan. I have worked every election possible in my personal precincts since 1978 - when I turned 18. I am now 59.

After working the polls during the last presidential election, and watching the subsequent fallout of the inability to have confidence in our system, I implore you to consider the following and include appropriate language in SB 1:

- ALL VOTERS NEED TO BE INFORMED IF THEIR VOTE WILL COUNT! Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic

Printed on: August 30, 2021 11:32 AM

ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

- ALLOW MODIFICATIONS FOR VISUALLY IMPAIRED VOTERS. Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

- INSURE THE REGISTRATION TOLLS ARE UP TO DATE Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Thank you for your consideration.

Victoria Karner Higgins
Fairview, Collin County, TX

Naomi Winick

self

Dallas, TX


Several comments with respect to how to modify SB 1 so as to make it more about fair elections and encouraging, not discouraging, all citizens to vote:

1) It should be as much of a crime for a poll watcher to disrupt or intimidate as it is, under this law, for a poll worker to try to exercise control of their location.  Bad behavior by a poll watcher should not have to be personally observed by an official.  If it does, you are authorizing bad behavior as long as it is done surreptitiously.  Poll watchers should be subject to the same level of training required of poll workers and should be required to acknowledge the integrity of the polling space by executing an oath similar to poll workers.

2) The Texas COVID epidemic highlights the need for safe methods of voting.  All voters in Texas want expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. Sadly, COVID will be here for years.

3) Do not deprive people of their right to vote.  Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. Add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts.  Make the process uniform and mandatory in all counties.

4) Add provisions that allow blind voters a way to vote securely and privately.

5) Add electronic voter registration to the omnibus bill-this will greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Lucy Nguyen

Self

Austin, TX


As a Texas voter residing in Austin TX 78741, I'm calling to oppose Senate Bill 1 and urge you vote against it. Voting access is already harder in Texas than anywhere else in the nation. Our legislature should be working with local towns and cities to make access to voting easier, not harder. Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents.

Kimberly Bridges Young

Self

Printed on: August 30, 2021 11:32 AM

A copy of one of the Secretary of States' IDs listed for in-person voting ID should also be used for mail-in voting ID, not a Drivers License number or the last 4 digits of the person's Social Security Number.  An ID with a legally vetted signature should be used equally for both in-person and mail-in voting.  How can anyone object to that?  Also, why would you send the defective carrier envelopes back to the person who made them defective?  You are destroying evidence of voter fraud when you do that, so how can you prosecute?  That's just nuts!  Make it unlawful to distribute unsolicited applications for pre-filled mail-in ballots.  If my neighbors got my mail, which happens all the time, then he could simply sign my name on the form and send it back, thus negating my vote!  This makes voter fraud easier and also may place me, the voter, in the wrong political party, keeping me from voting my party when I go to vote.  And why oh why would you exempt attendants and caregivers from signing the carrier envelope. Many of the fraud cases featured attendants and caregivers as the fraudsters, since it's easy for them to do so when the actual voter is not completely lucid.  Remove this new exemption from the bill. They are required to identify themselves now and they should continue to be required.

Jean Tally

Self

Dallas, TX


I support SB1


Rebekah Skelton

Self

Houston, TX


As a Texas voter, I'm asking every representative to oppose Senate Bill 1 and ask that you vote against it. Voting access is already harder in Texas than anywhere else in the nation. Our legislature should be working with local towns and cities to make access to voting easier, not harder. Particularly in light of the COVID-19 pandemic, more than ever, Texans need safer methods of voting, for instance, expanded early voting, extended hours at polling places, and more options to return vote by-mail ballots. Additionally, drive-through voting and 24-hour voting should be optional for all counties. Please make voting process rules for counties permissive rather than restrictive and keep polling site order within the power of election judges. These are things that Texans want and need to ensure safe, fair, and lasting representation. Thank you for your consideration.

Rebecca Teng, Dr.

Self, Physician

Austin, TX


If passed, this bill would make it harder to vote and disenfranchise working Texans and communities of color. Texas is already the most voter-suppressed state in the country.  Please do not pass this bill.

Rachel Carneglia

Indivisible TX Lege

Austin, TX


My name is Rachel and my zip code is 78745. As a Texas voter, I'm writing to oppose Senate Bill 1 and ask that you vote against it.

Voting access is already harder in Texas than anywhere else in the nation. Our legislature should be working with local towns and cities to make access to voting easier, not harder. Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents.


Printed on: August 30, 2021 11:32 AM

This bill would:
- strip voter rights
- financially burden local governments
- discourage poll workers
- elevate partisan poll watcher power above election official authority
- ban drive-through and outdoor voting. which are proven to be especially helpful to older voters and voters with disabilities
- restrict voters from dropping off completed absentee ballots
- shrink early voting periods
- create new costs for disabled voters
- increase burdens on voters with disabilities to access assistance at the polls
- embrace suppression of votes by people of color, the elderly, the young and, especially, the disabled
- criminalize the act of assisting voters

If SB 1 passes, it will have a damaging impact on our elections for decades. Please vote NO on SB 1!

Robert Green

Travis County Republican Party Election Integrity Committee andn Self

Austin, TX

I have been a precinct chair and an election judge for over 10 years now; and I'm here today, as previously this year, representing my committee members whose efforts are backed by my county party.  I am also here representing myself as a constituent of House District 49 and Senate District 14.

I support C.S.S.B. 1 and the provisions therein that make it easier for an identified and eligible individual to vote legally in an election, but harder for any individual, group and/or election official to cheat and not get caught.  And finally, I want to keep my elected officials, Rep. Gina Hinojosa and Sen. Sarah Eckhardt, accountable to me and to the people of this state.  I'm calling them out here because they and others have NOT been doing the job that they were elected to do…that is, to debate Bills that are placed before them, offer amendments that will improve the effectiveness of the legislation, and then make an up or down vote on passage.

The questions that I would have for anyone who opposes C.S.S.B. 1 are these:

1)      Why would you object to a person who registers to vote; applies for a mail-in/absentee ballot; votes by mail or votes in person from being required to provide a government issued photo ID to do so?

2)      Why would you object to the coordination between state agencies to facilitate the frequent scrubbing of voter rolls to remove the deceased, those who have moved out of the county, non-citizens and felons who have not completed all tasks necessary to have their voting rights restored?

3)      Why would you object to punishing individuals or election officials who knowingly violate provisions of our Texas Election Code with the intent to manipulate the outcome of an election?

4)      Why would you object to a transparent election process that includes effective observation (by watchers) of the chain of custody for flash drives and paper ballots at all stages…from every polling place to the central counting location, to the secure storage of paper ballots to the actual counting of votes in a counting machine that has been tested for accuracy, security sealed before use after testing, is not programable, and cannot be, in any way, connected to the internet.

5)      Why would you object to having uniform voting rules like these for all 254 counties in Texas?


Despite the repeated public regurgitation of "talking points" by the Democrats who have repeatedly obstructed passage of this legislation to the point of deserting their duty station at the Capitol, fleeing the state to prevent a quorum and a vote by the full House, NO proposed provision in CSSB 1 is "racist," discriminatory to any minority group, to anyone with a disability, or an any way constitutes "voter suppression."

Printed on: August 30, 2021 11:32 AM

Thank you for your kind attention; now please pass this bill out to the full House with a recommendation that it do pass.

Mary Warren

Self

Montgomery, TX

It is essential this bill be passed.  Texans needs absolute assurance that all elections are without fraud.  The eyes of Texas are on Austin and the passage of this bill.

Melody Ginn

Republicans

Red Oak, TX

I support this bill

Ling Zhu, Mr

Self

Austin, TX

SB1 is an extreme voter suppression bill that is being touted as an "election integrity" measure. I am against this bill. The bill prohibits a county clerk from proactively sending voters an application to vote-by-mail, requires voters to provide written documentation from the Social Security Admin, US Department of Veterans Affairs, or a licensed physician that they have a disability preventing them from voting in-person, enables county clerks to more easily throw out a mail-in ballot by only comparing the ballot signature with one other signature from the voter (rather than two in current statute), and prohibits polls from opening outside the hours of 7 am to 7 pm.

Last time, I testified against HB3 in person, after waiting more than 17 hours, along with hundreds of people. Majority of Texans are against voter restrictions. There is no evidence that wide spread voter frauds happened.

Marilyn Hartman

Self

Austin, TX

I am greatly opposed to SB 1.  Given that all evidence points to little or no fraud in our elections, this bill egregiously oversteps, putting a barrier and an extra burden on many eligible voters, particularly those with disabilities.  Many are unable to physically get to the voting venues, must rely on help from someone to help mark and/or mail their ballots, and any attempt to put further requirements on them such as verifying their disability is wrong.  Fellow citizens, BECAUSE of their disabilities, already have barriers in their daily lives that the rest of us can only imagine.  To make their ability to vote more difficult is despicable; they should have equal and easy access to our democratic processes, voting being a basic right.  I speak from experience as I have an adult son with a severe disability whose physical functioning is minimal.

There are many others whose work or life situations make it difficult to get to the polls during the limited hours specified in SB 1; open hours should be expanded, not limited.

The nature of this bill overall seems to restrict options that work for ALL people, and ALL people should have equal access to a basic right in this country -- VOTING; rather, SB 1 seems to cater to those who have a great deal more flexibility and lack the barriers of the disabled or other marginalized citizens.  Apparently this is the intent of members of the Republican party who have pushed the provisions of this bill to the extreme -- shame on them!

Raymond Carneglia, Dr

Printed on: August 30, 2021 11:32 AM

Self

Austin, TX

My name is Raymond and my zip code is 78745. As a Texas voter, I'm writing to oppose Senate Bill 1 and ask that you vote against it.

Voting access is already harder in Texas than anywhere else in the nation. Our legislature should be working with local towns and cities to make access to voting easier, not harder. Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents.

This bill would:
- strip voter rights
- financially burden local governments
- discourage poll workers
- elevate partisan poll watcher power above election official authority
- ban drive-through and outdoor voting. which are proven to be especially helpful to older voters and voters with disabilities
- restrict voters from dropping off completed absentee ballots
- shrink early voting periods
- create new costs for disabled voters
- increase burdens on voters with disabilities to access assistance at the polls
- embrace suppression of votes by people of color, the elderly, the young and, especially, the disabled
- criminalize the act of assisting voters

If SB 1 passes, it will have a damaging impact on our elections for decades. Please vote NO on SB 1!

Beth Biesel, Election Integrity Chair

Texas Eagle Forum

Dallas, TX

Eliminate wireless capability full stop! However you choose to write the language, here's what we need: 1) Transparent, auditable elections with access to all equipment and records 2) landmarked paper ballots and hand counted tabulation 3) legitimate voter rolls and voter registration procedures w/ only legal citizens voting with photo ID 3)  No gap between early voting and day of voting, limiting voting to no more than 4 days total 4) no waivers by SOS, Governor, or County officials 5) printed vote result tapes at the end of each voting day.

Virginia Sparks

Self

Corpus Christi, TX

Election integrity concerns:
ID requirements should include a legal signature that is an approved SOS ID for both  mail in ballots and in person voting, the same to decrease fraudulent votes.
Mail in ballots with faulty signatures should never be returned to the voter to be corrected.  This could be destroying evidence if returned to a fraudulent voter. Please make it illegal to distribute unsolicited ballots that are partially filled in. This can increase incidents of voter fraud and illegal persuasion of voters to vote a certain way.
Caregivers should continue ue to be required to sign the envelope for the voter.  They should not be exempt.

Stacy Baker

Self, patriot housewife

Lubbock, TX

Printed on: August 30, 2021 11:32 AM

I support SB1, we must have voter integrity and this is a start. I, along with many other Texans believe there was a great amount of fraud in the last election, Nov. 2020. We are done being told, "There's nothing to see here. It was the safest, most secure election in history, focus on 2022." I do not believe enough is being done to have transparent, accurate elections. Show Texans that you care whether we secure our election process. SB1 is action toward trying to regain our trust.  Next, has to be voicing support for HB26!

Leading up to the Nov. 2020 election, Laws in many states were changed illegally without legislative approval  COVID was used to abuse absentee voting, vote harvesting and improper adjudicating took place. But perhaps most agregious, machines have been shown to be easily manipulated.

The courts failed us saying we had no standing, well we do and we beg you to give us honest, transparent, elections where every LEGAL vote is accurately counted

Respectfully,

Stacy Baker

Lubbock, TX


susan chizeck

self

Dallas, TX


i am speaking for my mother, who was handicapped and couldn't drive.  She had a very hard time getting a state ID.  Getting to the polling place was very difficult, as she needed help.  Being deaf, she had a hard time at the polls, so always liked to do absentee voting.  I know you are trying to make it harder for her to do that.  Even though she is gone, others are there.  I myself couldn't walk for years and it was wonderful if they brought the voting equipment to the car.  I know you are trying to make it all much harder.  You want people to be able to intimidate voters, scare them.  That will make it harder for autistic people to vote. There was no fraud in the last election.  The pandemic isn't over.  It should be easy to vote.  Other states have same day registration, mail in voting, all that, with no fraud.  Are we so corrupt that we can't handle it?  Or are you so corrupt we can't trust you ?  Stop this campaign to disenfranchise so many people.


Henry Dietz

Self / Retired

Austin, TX


Good morning.  SB 1 seeks to limit access to voting.  The COVID-19 pandemic has shown that we need more and safer voting options, not less.  Expand early voting and extend polling place hours -- these are what Texans want.

Under SB1, poll watchers may intimidate and disrupt voting;  they should be required to have training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

To be more effective, SB1 should complete the cure process for applications for mail ballots and for returned mail ballots: it needs to specify ways to alert voters of the need for a cure and give clear instructions for making sure their vote counts, and give a generous time requirement to complete the cure.  This process should be uniform in all counties, not optional.

Thank you.

Sara Laas

Self — Retired bank officer

Austin, TX


Please expand voting opportunities to ALL Texas citizens. Use 2021 technology to make it EASIER to vote. Mail-in and drop-box voting is necessary in these pandemic times to protect the health of Texans.  It costs money, and lots of it, to be hospitalized just because you caught a crippling virus trying to be a good citizen and vote. I am retired and can vote by mail.  Younger citizens deserve the same safe opportunity.

Printed on: August 30, 2021 11:32 AM

Clifton Beane

Self, President

Dallas, TX

I support SB1 and HB26.

Please be prayerful in your votes.

Carolyn Hughes, Mrs.

self - retired Legal Administrative Analyst

Houston, TX

I worked as a clerk at the Drive-Thru Voting for 14 hrs each day for three weeks in Harris County.  Prior to 2020, everyone had to go to their designated Precinct and experience long lines. The equipment used was brilliant in 2020 allowing you to vote any Precinct in Harris County and individual getting the Ballot for their particular Precinct.  Base on your ID and address the machine verified if individual was registered to vote. Fraud was prevented by:  1st the individual had to present their drivers license or ID which was run thru the machine that identified if that person was eligible to vote, their address confirmed, then an Election Ballot on the machine was given to the drive thru voter that was based on their Precinct according to their address.  We had so many checks and balances no fraud could happen. For example:  Before I could give a Voter their driver's license back she asked me a question and I got help from the Precinct Judge, the Voter voted, and I failed to give the license back before the voter left.  The next voter came to Vote and I inserted the previous voters license in the machine by mistake and the voter machine rejected the ID of person that had already voted, therefore no ballot could be obtained and No Fraud was possible with the machines in Harris County. To my relief the ID that was left was picked up by the voter before the poll closed that day.  Harris County Clerk, Chris Hollins and his Office did an excellent job administered the July 2020 primary runoffs and the November 2020 general election, in addition to continuing to deliver critical services to Harris County residents.  FYI if there was more than one voter in an automobile, we clerks through our training instructed each that everyone had to be quite while the other person is voting which meant no talking, phones silenced and no radio playing.  Since many seniors who worked the polls could not because of high risk during the Pandemic, I at 72 years old was proud to been able to help for the first time as a clerk and experienced a well run Voting organization doing a Great Job.

Beverley Claydon

Irving Republican Women

Dallas, TX

If our country cannot hold fair and honest elections, all is lost.

Michael Grygier

Self

Pearland, TX

I support SB1 for fair elections where any cheating is easily discoverable and severe penalties should be in place for fraudulently affecting the election vote count.

Elizabeth Goldenbaum

My own personal opinion

Dallas, TX

Our elections must be secure and open to all eligible voters, as easily as possible.  I'm a 74 year old voter, concerned citizen, and

patriotic American. I have voted all my life, including for 7 years when our military family was in Europe for 7 years. We had to apply for ballots by mail, never doubting our votes would be counted. I'm so grateful so many people are registering to vote here in our country and in the election bill under discussion we must make sure as many people can vote as possible through early voting, extended hours at the polls, and mail-in ballots for those who are unable to get to the polls for assorted reasons. Please don't hinder these freedoms by possibly restricting access to our right to vote. It is so precious. I'm also supporting as much electronic ballot counting as possible. Our last Presidential election showed to me the integrity of the system, regardless of which party controlled the various states. Thank you for this opportunity to share my opinions.

stuart yarus

self - computer consultant

Bedford, TX


Many Texas legislators want to aid Texas businesses by limiting regulation of their operations. The same should hold true for Texas people. We don't need these additional regulations for voting – like "poll watchers" and other nanny-state government - in our private and fundamental rights.

SB1 hurts the disabled – even the temporarily disabled We're all just one accident away from being disabled. SB1 places a burden on the disabled. At a minimum, this bill should add a provision that allows blind voters a way to securely and privately vote.

The Covid epidemic shows us how important it is to expand early voting hours, and provide more options for Vote by Mail. We shouldn't need a pandemic to make it safer for people to vote!

Pollwatchers should be required to have more training, and take an oath similar to election workers. Harassment from untrained, partisan pollwatchers is another obstacle to voting safely.

The committee should focus on solutions for ALL voters and help restore trust in Texas elections.

I appreciate the ease of registering in Texas, and the ease of getting and using absentee ballots.

Thank you for considering the above.

Stuart Yarus


Elizabeth Wally

self

Dallas, TX


I have to start with the fact that we all know that our elections were fair and secure last election and that in Dallas County and the state of Texas we already have very good rules and regulations that assured that those elections would be that way. You, lawmakers, were re-elected in 2020 or elected for the first time and I think we would have heard from you sooner if you did not agree.

You still have the majority and have shown little interest in making any changes that would help all voters in Texas to have an easier time voting. That clearly is not your goal. But since Texas is already considered the hardest state to be able to vote in, you might be open to some changes that would help your own voters as well as the rest of us. Maybe move Texas up one or two steps from the bottom. A totally neutral idea is online voter registration which solves your stated concern about people not qualified being able to vote (not of course a real problem as we have had checked over and over). Most of modern life is conducted online - our young people have almost never used a stamp or the post office or gotten a real letter, except from grandma (who more and more is also using email or texts). This is an easy fix and will save the state money. I'm tired of explaining to young or recently moved to Texas folk that Texas "online" registration means you go online to download a form you have to copy and mail. This is hard for people without their own printers, too. And this whole process is less secure and precise.

Because of false claims from Republicans about everything from the odd notion that our president didn't win (which certainly

puts you also in the category of questionable "winners") to claims of rampant security problems with mail-in ballots (which I personally had to teach Democrats to use).  Over the years the Republicans were the primary users and to great advantage.  You have confused your own voters now by making mail-in ballots suspect when they just don't live up to that rap. Making all voters, including your own, might seem somehow a good partisan strategy, but  I think you just have it wrong.Before it turns on you why don't we just work together to set up elections to be transparent, secure, and easy for groups of voters to use - from the home-bound to those without easy transportation to the 2- or 3-job voter to your elderly grandma or 18-year -old niece.

About the poll-watchers - they simply have to be well-trained along with the clerks. Otherwise, you are asking for slow-downs and tension in the polling places which might backfire on you.

More to say than there is space. I'm afraid we will still need to deal with the pandemic and keep people safe.  The safest is clearly voting from home what ever you age.  Send mail-in ballots applications too all who are eligible and assure adequate return options physically and time-wise. Also provide a clear way to "cure" your ballot.  Out of room, not ideas.

Linda Camin, Mrs.

None

Dallas, TX


There is no evidence of significant election fraud in United States. Please support only provisions that enable full and easy participation by all voters. I have been an election judge and clerk and experienced the efforts of the county officials and volunteers to provide safe, legal, elections.


Kirk Launius

self - broker of security, telecom, energy, and insurance services

Dallas, TX


Please amend the election integrity bill to include the following:
- Transparent, forensically-audited elections with access to ALL data, records, central tabulator audit logs, software, source code, and equipment.
- Prohibition on state, county, or city funding and/or use of computer software, source code and/or equipment claimed to be a "trade secret" of a non-governmental, unaccountable, private company.
- No computers in the polling places and in the central counting stations.
- Vote counting and tabulation which is solely based upon hand counting of paper ballots.
- Legitimate voter rolls and voter registration procedures completely and continually purged of all fake, unqualified, and deceased "persons".
- A maximum of three (3) days of early voting with no "gap" (days) between early voting and election day.
- No waivers of law by the Texas Secretary of State, courts, or governor -- only the Texas Legislature makes election law.
- Fire Keith Ingram, Director of the Texas Secretary of State's Election Division who has actively sabotaged the expert witnesses' accounts of electronic manipulation of vote records/results.


Antwon Penny

Afiya Center

Dallas, TX


. I'm currently an organizer for the Afiya Center

•voting rights are an important part of our survival and evolution as a People, in America . Our votes represent demands, of better futures and bigger opportunities, if utilized correctly. Besides us just not taking part, in a important activity that brings money & resources to our city.  We are being undermined by the people who we allow to represent us ! There are countless bills in our state , Blocking our path to voting and Texas has a long history of marginalizing voters of color!  And this continues today in 2021.

Printed on: August 30, 2021 11:32 AM

•we have to realize our local vote is as important as voting for the president . This is the 56th year anniversary of the voters right act. Signed over 50 years ago to stop racial discrimination in voting.

•Yet Black Americans still encounter systemic barriers to equally exercising their right to vote.

Gene Robinson

Americans

Dallas, TX

Pass this into law or don't bother coming back home to your constituents.

Misty Woodruff

Self/Self

Greenville, TX

This bill is common sense.

Alexander Beane

Self / Student

Dallas, TX

Affirmative to being in favor of SB 1

Thank you

Pamela Armstrong

Self

Dallas, TX

This must be passed.

Judy Bryant, Ms

Texas Alliance for Retired Americans

Dallas, TX

As a 32 year retired teacher and the Field Organizer for Texas Alliance for Retired Americans, I'm very concerned about a number of aspects of SB1 which would adversely affect our 145,000 members in Texas. Many of us prefer to Vote by Mail, especially during the pandemic. The ban on local elections departments sending VBM applications to all 65 and older, plus the ID requirements make it more difficult for seniors to apply. Many lower income retirees have no access to a printer to download and print an application, plus may have a problem with postage to mail an application if they get one. Signature matching requirements makes seniors who have physical issues which may make their writing different,  afraid that their ballots may not be counted. Given the current mail service problems, seniors should have more secure places to drop off completed ballots, rather than a ban on such. Some Dallas county folks would have to drive a 50 mile round trip to do this. Seniors with health or disability issues who wish to vote in person face many restrictions on those who can help them. A number of our members took advantage of the drive through voting in Harris County and followed all the same election integrity provisions required of voting at a polling place, so banning this method also curtails senior voting rights. The actions which SB1 would allow poll watchers to do might also intimidate seniors, especially our members of color and this is wrong. Many of our TARA members across the state have served as election workers after retirement and have said that with many of the provisions in SB1 possibly penalizing election

judges and clerks for various issues, they would no longer do this. Many counties already have election worker shortages and this would increase that problem.

Michael Curry

self  Attorney-Mediator

Ausitn, TX

8/22/21

Hon. Trent Ashby, Chair and
Members of the Constitutional Rights
& Remedies Committee

Re: SB1 and HB3 Relating to the Impairment of Voting Rights

Dear Chair Ashby and Members,

I cannot attend the August 23, 2021 hearing due to work obligations and submit these brief written comments instead.

I am confident that witnesses will detail how the proposed legislation will make voting more technically and practically difficult and uncertain for citizens. More specifically, you will hear how the legislation discourages voting by mail, how voting hours that accommodate night shift workers are prohibited, and how drive-through voting will be outlawed, to name just a few of the restrictions. These restrictions will especially impact lower-income voters, including people of color, making it harder for voters to exercise the franchise.  As damaging as all of these effects are, I do not believe they are the most damaging consequences.

The legislation has at its core two implicit but very purposeful messages: 1) there were irregularities in the last election necessitating substantial new restrictions and requirements, and 2) we cannot trust our voters, election workers, or clerks. Both messages feed false narratives, paranoia, and division.  Both falsely and unfairly undermine faith in our democratic processes and will continue to damage our democracy.

Among the most disturbing aspects of the legislation is the elevation of partisan poll "watchers," empowered to shadow election workers like KBG agents following a visiting delegation, to a protected status far out of proportion to any legitimate role they could have. The result, if not the purpose, of these provisions will be to intimidate election workers and provide grist for lawsuits and partisan-driven accusations that, again, will unnecessarily and improperly undermine faith in our institutions and democratic processes.

Looked at in its totality, there is no rational justification for this legislation. It is an affront to our democratic ideals. It is unworthy of your support.

Sincerely,

Michael Curry
Austin Texas

Ling Zhu

Self

Austin, TX

I am against SB1. Just like HB3 last round, SB1 is an extreme voter suppression bill that is being touted as an "election integrity" measure. Specifically, the bill prohibits a county clerk from proactively sending voters an application to vote-by-mail, requires voters to provide written documentation from the Social Security Admin, US Department of Veterans Affairs, or a licensed physician that they have a disability preventing them from voting in-person, enables county clerks to more easily throw out a mail-in ballot by only comparing the ballot signature with one other signature from the voter (rather than two in current statute),

Printed on: August 30, 2021 11:32 AM

and prohibits polls from opening outside the hours of 7 am to 7 pm.

Joetta Harris

Self - Self Employed

Garland, TX

I FULLY SUPPORT THE SENATE'S ELECTION INTEGRITY BILL!!!  FURTHERMORE, I HAVE 1ST HAND KNOWLEDGE OF VOTER FRAUD! My brother has NOT lived at my address since appox 1992. in 1999 he left Texas and is a registered Republican voter in another state. YET for decades I have continued to get Voter Registration cards in HIS name at my address. I just checked: https://www.dallascountyvotes.org/voter-lookup/#VoterEligibilityDetail  - that reads: "Effective Date of Registration     08/26/2000" (A YEAR AFTER HE LEFT TEXAS and APPROX 7  years after he moved from my home and district). WHAT WAS EVEN WORST WAS THE ELECTION FRAUD FOUND ON: https://www.dallascountyvotes.org/voter-lookup/#ElectedOfficials - THAT SHOWS HIM VOTING FEDERAL FOR BIDEN, HARRIS AND LOCAL DALLAS COUNTY Colin Allred...ELECTION FRAUD MUST BE STOPPED - GET RID OF THE MACHINES!!

Jennifer Mathews

Self

Porter, TX

We need to make it easy to vote, but hard to cheat. This can be accomplished not only by passing SB1, which I support, but also by enforcing the law. Please pass this bill, enforce our current laws, and conduct a FULL FORENSIC AUDIT so that Texas residents can feel confident about the integrity of their elections.

Joetta Harris

Self - Self Employed

Garland, TX

I FULLY SUPPORT THE SENATE'S ELECTION INTEGRITY BILL!!!  FURTHERMORE, I HAVE 1ST HAND KNOWLEDGE OF VOTER FRAUD! BOTH MINE AND MY HUSBANDS VOTES WERE STOLEN IN THE 2020 ELECTION!!!...VERIFIED ON:  https://www.dallascountyvotes.org/voter-lookup/#ElectedOfficials ....THE CORRUPT DOMINION VOTING MACHINES STOLE OUR VOTES AND FLIPPED IT FOR (FEDERAL) BIDEN/HARRIS AND LOCAL DALLAS COUNTY COLIN ALLRED!!! ...WE ARE BEYOND PISSED!!!...THESE CORRUPT MACHINES MUST GO ASAP!!! WE MUST GET BACK TO THE BASICS OF PAPER BALLOTS, VOTER ID (2 OR MORE WITH PHOTO ID, PROOF OF US CITIZENSHIP, AGE, AND PROOF OF RESIDENCY WITHIN YOUR VOTING DISTRICT (UTILITY/PHONE/RENT/MORTGAGE PAYMENT IN THEIR NAME), ALL HAND COUNTED WITH COMPLETE NAME, ADDRESS AND SS# OF THOSE COUNTING THE BALLOTS AND RECORDED AUDITORALLY...AND TAKE AN OATH TO UPHOLD THEIR RESULTS TO BE TRUE, OTHERWISE IMPRISSONABLE UNDER FEDERAL LAW.

Kathryn Karpf

RAC-TX

Irving, TX

There's no way I remember what identification I provided when I registered to vote 40 years ago. And the fact that my handwriting has evolved over the years just adds another excuse for my ballot to be excluded. Please include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give CLEAR instructions for making sure their vote counts; as well, make the process uniform in all counties—not optional.

Printed on: August 30, 2021 11:32 AM

I have several factors putting me at high risk for COVID and was put at great risk just in order to exercise my right as a U.S. citizen to vote. This was due to the fact that the USPS was not functioning at its normal capacity and could not guarantee that my mail in ballot would arrive in time to be counted.  And as I strongly wanted my vote to count, I was forced under the circumstances to deliver my vote via the Dropbox option. And because the Texas process for Dropbox requires contact with another human being, my life was unnecessarily put at risk. I implore you to simplify the Dropbox process so that a voter only need to drop his/her ballot in the slot without encountering another human being. There are so many checks and balances already on mail in ballots, that human intervention at that point is unnecessary. We need more and safer options to return vote by mail ballots.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. Furthermore, the same criminal penalties that are applied to election workers ought to be applied to the poll watchers; otherwise the system is completely unbalanced.

Also, adding electronic voter registration to the bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce administrative costs.

I sincerely hope you take seriously my experience and these suggestions.

Phil Casali

Self

Point, TX


Non citizens must not be allowed to vote
Yearly clean up of voter roles
Yearly voter registration- citizens must register to vote every year or election cycle
Go back to paper ballots
No election software
No internet connections
Full forensic audits must take place wherein the legislature has full authority- not the governor- not the secretary of state

Jennifer Blount

self

Fort Worth, TX


SB 1 is an important bill and must pass the house, senate and be signed into law. There must also be a transparent, full, forensic audit of the 2020 General Election.  Capt. Seth Keshel and others have provided enough data to confirm what more than 1/2 of Americans suspect; that the Presidential election (and some down ballot races) had substantial fraudulent activity.  You must understand, Texans cannot move forward and really TRUST that our votes are counted correctly and that they won't be canceled by illegal votes, if you turn a blind eye to what happened in 2020.  I am personally paying close attention and will only vote for and/or donate to politicians who FULLY support a forensic audit of the 2020 General Election (held Nov. 3, 2020). I am not alone in this commitment.  Criminal behavior in the past election must be investigate and those proven to have participated in such a crime prosecuted to the full extent of the law.  This is the ONLY way forward.  Paper ballots are also the ONLY way to making it nearly impossible to cheat.  DO THE RIGHT THING!!  Thank you.

Julie Sawyer

Self

Huntsville, TX


Please pass this bill!

Victoria Hanson

Printed on: August 30, 2021 11:32 AM

Self / Retired

Corpus Christi, TX

Vote Yes with the following amendments, to ensure Election Integrity:
-Mail-in ballots must have attached to them a copy of identification as is necessary for in-person voting, such as a driver's license.
-Absolutely NO unsolicited applications for mail-in ballots.
-Those assisting with voting, such as attendants and caregivers, must identify themselves, to protect voter integrity and to protect the voter.
-Carrier envelopes should not be returned for corrections.

Andrea Carroll

self, musician

Austin, TX

The committee should focus on solutions for ALL voters and help restore the level of trust in Texas elections. A way of doing this is to acknowledge the magnitude of existing Election Code safeguards and transparency.

The COVID pandemic has highlighted something that voters with disabilities have known for quite some time: we need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want. This is what I and my husband with disabilities want.

Voters with disabilities need additional refinement of SB 1. The proposed limits on mail-in and curbside voting and new standards for signature verification would make it harder, and in some cases impossible, for people with disabilities to safely and conveniently cast their ballots. Specifically, the House can add provisions that allow blind and visually impaired voters a way to securely and privately vote. We also must not criminalize legitimate voter assistance for those with language barriers and disabilities.

In addition to the challenges voters will face due to this bill, we must not allow voters and poll workers to be intimidated, harassed and disrupted by partisan poll watchers. To be effective, poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Jais Munoz, Sir

Self

Midlothian, TX

We absolutely MUST not only have a forensic audit STAT (I have little faith in the system and people died for that right) but harsher penalties and criminal offenses for that violating nonsense.

Sue Robrrts

Self

Garland, TX

I fully support SB1 to ensure election integrity.
It is basic to our democracy that our elections be for American citizens only & be counted accurately  for one vote per American citizen.
Adds voter identification to vote by mail, making it consistent with in-person voting
Strengthens prohibitions against paid vote harvesting
Protects poll watcher access to see and hear the process, improving transparency
Prohibits public officials from distributing unrequested vote-by-mail applications
Conducts regular maintenance to verify the accuracy of voter registration lists

Printed on: August 30, 2021 11:32 AM

Patricia Kenrick

Self

Austin, TX

The pandemic has highlighted the need for safer methods of voting, safer expanded early voting, extended hours at polling places and more options to return vote by mail.  Please don't make harder for Texas voters. Y'all need to represent Texas voters.

Cheryl Measures

Self, Retired

Weatherford, TX

The great need for election integrity, security, and forensic audits are a multi-state and national concern. Please do all you can to improve the election processes in our great state of Texas so that we are leaders by example.  Both technology and fundamental auditing can avoid and prevent fraud. Forensics will expose risks, errors, and abuse when managed properly. Let's  show the world how to run clean elections, and punish abusers publicly. Zero tolerance for corruption! Thank you for your hard work and dedication!

Baldomero Garza, Esq.

Self/Attorney

Manvel, TX

Texans need solutions so everyone eligible to vote can. Our election code has already enough protections and safeguards. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. This is what I want and Texans expect. Add a cure process for applications for mail ballots and for the returned mail ballots. Remember people make mistakes. Give the Texan voting a opportunity to make sure their vote counted. Texas has changed, it is time to add electronic voter registration to the omnibus bill. This would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. We must have all Texans participate in our process.

Shirley Rothbauer, Mrs.

self

Hallettsville, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

Niloufar Hafizi

Self/Interpreter

Katy, TX

I oppose SB 1. It is an unnecessary and damaging bill that does not focus on election security. The proposed ban on voting from inside a vehicle inequitably impacts Texans with disabilities and women with children, for whom the ability to vote without needing to bring children into the polling place lowers barriers to voting. Critically, there is no evidence that voting from inside a vehicle comprises election security in any way. The same applies to the ban on twenty-four hour voting. SB 1 eliminates an innovation Harris County provided to expand ballot access for shift workers for no reason, other than evidently to target a county with a high proportion of non-white voters. Section 3.03 of SB 1 also gives poll watchers leeway to intimidate voters. SB 1 as written should not be passed until it focuses on actual election security measures, such as provisions regarding paper ballot records. The rest of it is contrary to the needs of a state where about one-third of eligible citizens do not register and vote.

Printed on: August 30, 2021 11:32 AM

Natalie Jones

self

Dallas, TX

Election bills must be amended to include the following:  Transparent, audit-able elections with access to all records & equipment, no computers in the polling place and in central count, Vote tabulation that is based solely on a hand count of paper ballots, legitimate voter rolls and voter registration procedures, three days of early voting with no gap between Early Voting and Election Day, no waivers by the Secretary of State, Courts, or Governor without legislation voted on by Texas legislature, fire Keith Ingram, Director of Texas Elections Division who has actively sabotaged the expert witness' accounts of electronic manipulation of vote records/results

Kathleen Gunter, Resident

Self

Houston, TX

Hours should be extended for the working class including all weekends leading up any election. New technology for the handicapped voters is critical because they need easy access electronically. During this COVID-19 pandemic drive through was the best and easiest solution to getting our votes in without spreading the virus.

Amanda Morin

Self. Homemaker

McKinney, TX

Vote yes on a full forensic audit

Deborah Hiser, Attorney

None

Austin, TX

Please do not restrict the right to vote and set Texas back to the pre civil rights act days. This is not about integrity of our voting system. It is about keeping poor and minority voters, and the elderly from participating in our elections!

Stephanie Hoffman, Ms.

Self

Austin, TX

SB 1 will make it more difficult to access the ballot box, criminalize election officials for simple things like sending out vote by mail applications, embolden partisan poll watchers, and create additional barriers to voting for individuals with disabilities like me.
I work hard to stay mentally healthy and I cherish my right to vote.  It scares me to death that this bill could make it impossible for me to cast my vote in the future.  I have a disability that is not obvious right now but
By further restricting and limiting access to curbside voting and limiting it is too restrictive.  Do not make this an obstacle course. Make it easy to be there.
Making drive through voting available to everyone is helpful to me and while I'm able to go into a polling site
I deserve to feel safe. The amount of power that this bill gives poll watchers would limit that- period.  Look at the drama of this last election! I want the election judge to have all power to keep the polling place safe in all precincts.  I may have to have with a loved one take me.
Both of my grandfather's and family served courageously in the Army to protect our democracy.  They did their part to protect

my ability to vote and I am coming all the way here today to ask you to do yours.

Teal Scott

Self

Allen, TX

We must be able to be confident in our elections here in Texas. I want the election process to be tightened so that we cannot have fraud ever again. I want strict penalties for those that commit voter fraud, including any government official. These penalties need to be harsh, so as to prevent it in the first place. I do not want mail in ballots, and I want voter ID to be added to our elections.

Tana Ward

Self

McKinney, TX

Vote YES to a full forensic audit

Cathy Marchino

Self

McKinney, TX

Vote yes on full forensic audit

Yvonne Roberts, Commander (Ret), USN

Self, retired Naval Officer and civil engineer

Carthage, TX

I support S.B. No. 1 by Hughes, et al. The provisions contained in this bill work to ensure that elections are secure and penalize fraudulent acts by any who seek to compromise elections.  I urge passage of this bill immediately.

Rita Curtin

Self

Mckinney, TX

Please vote on a full forensic voting audit

Teal Scott

Self

Allen, TX

I also want to add that I vote to have a  full forensic audit completed in Texas.

Karen Gravley, Ms

Self

Plano, TX

Vote yes

Printed on: August 30, 2021 11:32 AM

Kaaren Teuber, Lt Col (ret)

self - retired

Van Alstyne, TX

No electronic devices; paper ballots & paper poll books. Voter ID required for in-person and mail-in voting. Vote harvesting eliminated. Poll watchers given complete access to voting process. No unrequested vote-by-mail applications. Vote only in precinct. "1 person, 1 vote"

Tara Schulte

Self- home organizer

Mckinney, TX

As a Texas Citizen and after the 2020 elections, I feel disenfranchised and do not trust the results of any election going forward. I'm requesting you vote YES ON A FULL FORENSIC AUDIT OF THE 2020 elections all the up and down the ballot!  It is of upmost importance to me as a life long voter WE GET THIS DONE and now!

Jeff Marchino

Self - Insurance Broker

McKinney, TX

Vote YES for SB 1

Phil Casali

Self

Point, TX

I sent comments earlier today but forgot this-
No mail in ballots except for military personel who are deployed and must be under the strictest scrutiny to avoid fraud-
I support SB1 but believe it needs to be strengthened

Alexandra Schilling

Fort Bend county Republican Party Precinct 1008

Wallis, TX

In Favor of bill - too many constituents have lost faith in the integrity of our elections.  The overall morale towards  government and its system of doing things has decreased significantly.  I know specifically of five people within my county who checked their vote and found it had been counted twice.  I know of at least two election workers who were physically assaulted while working the poles.  We cannot insure the future of our elections until we insure the public that we've done all we can to maintain the integrity of the ballot!

Cliff O'Neal

Myself

Wichita Falls, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans

Printed on: August 30, 2021 11:32 AM

want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Cynthia Collins

Hughes

McKinney, TX

 Vote yes

Robin Stewart

Self

Wichita Falls, TX

I implore you to vote yes on a full forensic audit. Thank you!

Duvina Rosso

Citizen

McKinney, TX

I vote for a full forensic audit on the election integrity.

Kristi Sherman

Self

Mckinney, TX

I want a full forensic audit
I'm voting YES

Srini Raghavan

Self

Allen, TX

 Yes

Molly Jakkamsetti

Self

Dallas, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.
To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.
Additionally, include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session.

Printed on: August 30, 2021 11:32 AM

However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Our vote is our voice. Don't take it away.

Focus on solutions for all voters and help restore the level of trust in Texas elections.

Robert Kelleher, Mr

Self.    Retired.

Mckinney, TX

Election reform must be accomplished before the next electiom

Katherine Edwards

Self

McKinney, TX

I oppose SB1.  Why would we want to make a person's constitutional right to vote more difficult?  The current covid age has made extending absentee voting essential.  As we move past covid, we can learn from this tumultuous time.  Just like with everyone, in my middle age, middle upper class demographic, time is short.  Figuring out how and when to vote in a busy schedule can be challenging. Restricting how and when I am able to vote is not the right choice.

Desiree Jett

Self travel agent

Mckinney, TX

Want a full forensic audit of 2020 election

jonathan bull

self

Dallas, TX

SB-1 creates unnecessary barriers to full participation in our government and election process. Instead focus on solutions for all voters and help restore the level of trust in Texas elections.

We already have substantial  Election Code safeguards and transparency, we need more, not less, voting access.

Marisa Williams

Self- SAHM

McKinney, TX

Please conduct a full forensic audit of the November 2020 election. Thank you.

Juliet Kuehn

Self

McKinney, TX

Printed on: August 30, 2021 11:32 AM

I would like you to vote yes on a full forensic audit. We need to move forward!

Kathryn Cockroft

Self/retired USPS

Sheridan, TX

As a former Postmaster, I can vouch for the abuses and frauds that occur during registration for elections. I personally witnessed person submitting forms under multiple names and addresses via USPS mail. (10 years ago) In this day of technology, their SHOULD be systems in place to verify signatures, addresses, aliases, ect for each election.

Patrick Curtin

Self

McKinney, TX

Election Integrity is the cornerstone of our democracy. There should be no one on the left or right who oppose this bill.

Klaus Kuehn

Self , construction

McKinney, TX

In favor of secure election and forensic audit

Suzan Betts

Self

Frisco, TX

WE, THE HONEST CITIZENS OF TEXAS, WANT A FULL FORENSIC AUDIT OF THE 2020 ELECTION!

William Kuehne, Mr

Self

Mckinney, TX

Please do your best to ensure only one vote per every proven legal voter!

Bring back Voter integrity before Civil War is left as only answer.

Ballots are meant to replace bullets.

But the ballots must be protected and only used once by each legal Voter

Kristopher Sherman

Self

Mckinney, TX

I am for additional penalties for future election malfeasance and would also like to express my concern for the November 3rd, 2020 election.  I support a full and complete audit to better understand the gaps in the Texas election system and to rectify any

and all nefarious activities.

Lynda Lindstrom, None

Self retired

Allen, TX

Please support the voter rights bill (SB1) that will be worked on today and make it as comprehensive as possible. We must have honest and free elections.

Lisa Full

Self Teacher

McKinney, TX

Please vote YES for election integrity and security. We want to know our vote is counted as we submitted. It's an American right for this Freedom.

Thank you, Lisa Full

Jeff Wynn

Self

Lewisville, TX

Election integrity MUST include ELECTION FRAUD, not just voter fraud. Full forensic audits are more important than anything we can do as a state to insure the stability of our Texas Republic. I support SB 1 and furthermore ask that SB 1 be amended to include HB 26 by Toth.

Angela Davis

Self

Forney, TX

I fully support Sb1 and request this bill be amended with hb26 for full forensic audits, no mail in ballots unless requested, no drop boxes, no machines paper ballots, no tallying or any equipment with internet capability.

Ann Sowieja

Self

Plano, TX

All of the above

Elizabeth Corley

We the people

Grapevine, TX

Enough proof has been brought in the various presentations indicate there is question about the integrity of our United States election process.  I request a full audit of the 2020 elections and all components of the election system in the State of Texas  This is imperative to the future of our nation. Without election integrity, we do not have a nation.  Thank you.

Printed on: August 30, 2021 11:32 AM

Jacqueline Hailey, Minister

TMO

Houston, TX

I am against this bill because it puts roadblocks in the voting process and gives unworthy official too much power! No to SB1

Melinda Preston

Self

Frisco, TX

Please pass bill SB1. As a state, we need to know that every vote counts. After this last election and hearing about all of the fraudulent voting and practices that went on, many Texans feel like there is no reason to vote since their vote won't be counted anyway. Let's show our fellow
Texans that we do care about accuracy and that every single vote counts. Please vote for SB1.

Eva Silvas

Self, Retired Teacher

Houston, TX

I hereby request that Election Integrity SB1 be passed to ensure that Fraud is eradicated from our Elections. Our Constitutional Right to have FAIR AND JUST ELECTIONS as We, The People, must be honored.

Kathryn Librizzi

Self - skin care

Murphy, TX

I want a full forensic audit done.

Tom Roise

Self

Mckinney, TX

Vote yes !!

Guadalupe Cuellar, Legislative Attorney

City of El Paso

El Paso, TX

The City of El Paso opposes this bill.

Kelly Clark

Self

League city, TX

Please vote for a full forensic audit. The future of Texas depends on your vote!

Printed on: August 30, 2021 11:32 AM

Leesa Brieger

self/retired

Fischer, TX

To all Whom it Concerns:

    As a Texan, I am writing to protest SB 1 and the attempts to revoke voter rights and to take partisan control of election administration (and outcome).  It is unacceptable that either political party act to curtail voting and/or control elections.  Democracy may be an inconvenient truth for the GOP, but Texas is a democracy and the legislature must respect that.

Regards,
Leesa Brieger, Fischer, TX, Comal County

Linda Litzinger, Public Policy Specialist

Texas Parent to Parent

Austin, TX

Texas Parent to Parent neglected to say our position on the bill in our previous comment.   We are AGAINST SB1 for the reasons already submitted:

Temporary buildings (Section 2):
Many school voting sites select their portable buildings for voting, specifically for the purpose of separating adult voters from students attending school. This practice is for safety concerns, yet SB1 Section 2 nixes the portables, and will require that voters submit to the school's routine for signing in and being escorted to the voting area, which stresses the school.  Allow school portables to be used for voting.

Mail in Ballots (Sections 4.13 and 4.15):
Our population can experience difficulty writing legibly, meaning that signatures differ depending on one's health, body position, etc.  Mailing a second signature would not guarantee an improved outcome.  Specifying that one must travel to the Registrar is akin to nullifying someone's vote.  The solution is to allow a person to say verbally when called or emailed, that it was their signature.

Voting assistance (Sections 5.02, 5.03, and 5.04):
Limiting assistance to those who cannot see or write is too prescriptive, because there are so many intervals between "can and can't" that still require assistance. Gaining assistance jeopardizes the helper to possibly commit a felony.  So to avoid subjecting someone to a felony, the voter will try to get by without assistance.
Many people still have legitimate needs for assistance which aren't included in this definition. A few examples, of many:
-      Tracking issues: The voter needs someone to hold a note card under the line they are reading, even though they can read.
-      Hearing: The person brings someone to sign with them, as they are unfamiliar with the process and need to communicate, even while they are in front of the voting machine.
-      Prompting needs: The person needs to be prompted through any process that requires staying focused.
-      Use of only one arm, which is typically busy driving the wheelchair in the tight voting areas, so that someone must physically handle voting materials.  When voting curbside, someone must hold the portable voting box on their lap, so they can use their good hand to vote.  When voting by mail, someone must stuff the ballot into their envelope and seal it for them.
To summarize, allow for incremental disability needs, plus additional disabilities, so that people who assist will be allowed to give the voter the assistance he/she routinely expects to receive.

Texas Parent to Parent thanks you for this opportunity to provide input.

Anne Griffin

self

Printed on: August 30, 2021 11:32 AM

Red Oak, TX

I wholeheartedly support the passage of this bill to protect the election process in Texas. We need this to help protect it from fraud and to keep our elections valid and honest.

Hany Khalil

Texas Gulf Coast Area Labor Federation

Houston, TX

Good morning to members of the House Select Committee on Constitutional Rights.

My name is Hany Khalil. I'm the Executive Director of the Texas Gulf Coast Area Labor Federation. I'm a former social studies teacher, Vice-President of the Houston Federation of Teachers, and a Harris County resident.

Our federation of 90 unions and 60,000 union members advocates for a fair shot at better lives for all working families – regardless of the color of our skin, the country of our birth, or our faith.
Today we ask you to vote down SB 1.

Working families want to have their voices heard by elected officials. Exercising our right to vote at the ballot box is one of the most important ways workers can make our voices heard, but to take full advantage of that right, we need election procedures to be safe, convenient, and accessible to all of us.

The first job of our legislators is to ensure unfettered access to the ballot box. Any electoral reform should serve the goals of protecting the right to vote and making voting more convenient, safe, and accessible to all Texas voters.

Instead, SB1 weakens protections for the right to vote and makes it harder for Texans to vote.

Last fall in Harris County election officials followed the will of the people and expanded access to the ballot box so voters could vote safely during the pandemic. Those reforms included 24 hour access, drive-thru voting, expanded early voting, and expanded drop off sites for absentee ballots. Thousands of workers took advantage of expanded access, convenience, and safety to vote in those elections, resulting in historic voter turnout. They included bus drivers and pipefitters, nurses and grocery store workers, delivery drivers and teachers. They voted for candidates for both parties.

The state of Texas should be making it easier for other counties to follow Harris County's lead, not trying to interfere in how Harris County runs elections.

Working families don't want voter suppression - we want action to fix the grid, to help working families to get back on their feet and get our kids safely back in school, and to keep our communities safe during the public health crisis that is still with us.

It shouldn't be more difficult to vote in Texas than it is to buy a gun.

My parents immigrated from Egypt to the U.S. because they viewed America as a beacon of democracy and opportunity compared to the country of their birth. The turn towards trying to suppress the vote embodied in SB 1 has them worried that Texas and America are turning back the clock to before the Voting Rights Act was passed. It has them worried that you are turning your backs on them.

I urge you to turn away from this path. Vote down SB1. Thank you.

Amanda Gutman

Self

Austin, TX

Please focus your efforts on making voting accessible to ALL Texas voters, regardless of zip code, work/family obligations, or

Printed on: August 30, 2021 11:32 AM

physical ability. It is abhorrent that, in the middle of a pandemic that threatens the lives of so many of our loved ones, our legislature would seek to strip away safe access to this fundamental right in our democracy. It is a farce that our elections are already anything but transparent and safe, and it is shameful that any of our elected officials would perpetuate this false narrative. We need safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

Jeff Reese, President

HPJC

HOUSTON, TX

I am commenting on the current voting legislation.  No one that I know, either republican or democrat, is for restricting the ability to vote.  Ensuring the integrity of the process is one thing, forbidding the passing out of water is on a whole new level. Criminalizing innocent mistakes is dangerous for both parties.  Please consider that when voting, Thanks, Jeff Reese, Houston Peace and Justice Center, Houston Property Rights Association, Greater Houston Coalition for Justice.

Lisa Knop

Self/Project Manager

Plano, TX

I implore you to vote for this and any other bill that will restore confidence in the results of our elections including this and a full forensic audit of the Nov.  3, 2020 election results.

Eugene Lux, Mr

Self

Fredericksburg, TX

This bill is good

Mary Corbin

Self

Houston, TX

I support this bill.  I have a disability and the bill will not make it harder for me to vote.

Julie Regh

self

Parker, TX

vote yes on a full forensic audit.

Heather Kennedy

Self

Dripping Springs, TX

The pretense for this bill is based on unsubstantiated allegations about the security of the 2020 elections. There was no widespread fraud. Officials across the state have found no widespread fraud. But we did have a good voter turnout, because different areas made it easier to vote SECURELY. I am especially concerned about the voting rights of people with disabilities.

Printed on: August 30, 2021 11:32 AM

This bill places an undue burden on someone who wishes to vote by mail because they have a disability. Drive-through voting worked and was secure. 24-hour voting worked and was secure. Drop boxes are secure. We have the technology to do these things securely. When fraud is detected, it's because the measures already in place are working as intended, which is good. I don't know if this draft of the bill includes allowing election judges to carry handguns, but that's a terrible idea. Finally, there are people that are way too excited to be poll watchers. The bill gives them way too much freedom of movement around people who are in the middle of voting. We have a secret ballot, and there is NO place for intimidation at the polls. Please don't allow this bill to pass.

DAVID HAMEL

self

TEMPLE, TX

Please support the election integrity bill (SB 1 by Hughes).

Mary Corbin

Self

Houston, TX

No compromise with the democrats.

Mary Fried, Mrs

Self / registered voter /retired

Houston, TX

I am appalled at the changes proposed to make voting in Texas harder.  We are already  one of the states that makes it hard to register to vote, it's disheartening to also become one of the hardest to execute that right.  Houston in particular found ways to ASSIST  voters and these enhancements such as longer voting hours are to now to be restricted?  Appalling.
Changes to "pollwatching" are also frightening.  At the very least poll watchers should have to undergo stringent training as volunteer voter registrars are currently.
Gun carrying at polls?  Hard NO!
Remember you are tasked with caring and supporting all of your constituents even those who did not vote for you.  You took an oath.  Do your job.  Represent ALL Texans and make Texas shine a light instead of being the butt of jokes about how backward and mean we are.

Mary Corbin

Self

Houston, TX

No compromise with the democrats.

John Skinner

self, computer programmer

Austin, TX

I am a new Texan, who previously lived in and voted in two other states. Texas has been by far the most difficult of these states to vote in.

As soon as I moved I requested a voter registration form from an office I couldn't visit physically because of covid. Yet it took three months, total, to receive, process, and receive mailed confirmation of this form. My household had to call a Travis county

Printed on: August 30, 2021 11:32 AM

election office to prompt them to actually process our forms. They barely made it in time for my first election.

As a new resident who still had a drivers license from Nebraska, my previous home state, proving my identity at the polling place was quite confusing to the poll worker. He wasn't clear on the rules for voter ID. I find it bizarre that licenses from other US states are considered suspect.

Clearly existing Election Code safeguards are substantial. It is laughable that anyone would consider adding more obstacles to voting in Texas, like taking power away from voter assistance groups. The committee should focus on solutions that will restore my level of trust in Texas elections.

Christa Fletcher

Self

Dallas, TX


Regarding:
Sec. 15.028.  NOTICE OF UNLAWFUL VOTING OR REGISTRATION
No evidence provided of a widespread issue to need creation of such a law. Arbitrary law and false rhetoric enforcement.
Regarding:
Sec. 85.005.  REGULAR DAYS AND HOURS FOR VOTING.
This time frame doesn't include the entire population and is unnecessary and biased against low class workers. I've never lived in a state that is so closed off to voting times and availability. It is government overreach.
Regarding:
ARTICLE 3. ELECTION OFFICERS AND OBSERVERS, is enabling harassments to constituents. Polling places are not a place for political rallying and should be a safe place for people to vote. Since there is no proven widespread voter fraud this call for changes for partisan watchers is unnecessary and supports false rhetoric. This tactic has been used in the past as a deterrent to and infringement of voting rights.

Laura Templeton

Self

Abilene, TX


As a 64 year old retired educator, I have used early voting many times. It made my life much easier to avoid lines during a busy day. I'd like to see expansion of early voting to help other working people. Expanded early voting, extended hours at the polls, more options of mail-in ballots and electronic voter registration just make sense if we're trying to get 100% of the population to vote. Isn't that our goal—to give everyone a voice?

I believe our Election Code contains appropriate safeguards—recent research and data show very little voter fraud and election officials from the last election have testified to the truth of that. Instead of making it harder to vote, I expect you to focus on solutions that will AID voters.

And please reign in the poll watchers—they must be adequately trained and required to submit to election officials by oath.

Susan Gibson

Self/Retired Paramedic

Bay City, TX


In Favor!

We must secure our elections and provide confidence that every legal vote is counted!  We KNOW there was significant fraud in the November 03, 2020 election and this must be corrected before holding any further elections!
The citizens of Texas MUST have confidence in our elections and that will only happen if our current elected officials stand up and fight for election integrity!

Printed on: August 30, 2021 11:32 AM

Emilee Jordan

self

Round Mountain, TX

To Whom It May Concern:

Thank you for taking the time to consider my comments regarding the SB 1 Bill. There are several issues I'd like to comment on:

I suggest this SB 1 Bill be amended with HB 26 to include full forensic audits.

I suggest Texas voters have auditable paper ballots to be counted by hand with a live video feed for all to be able to watch (of course masking out any voter identifying information) or counted with voting and tally equipment with NO internet connectivity or capability.

I suggest NO drive-through voting.

I would like to see absentee voting only as outlined by state law.

I suggest there only be ONE day to vote, I suggest making voting day a holiday so everyone can have the day off to go cast their ballot, see their ballot counted and see the results posted by day's end. I believe enough volunteers in each precinct in each county in this state is able to make counting and posting of results happen, many hands make lighter work.

I would like to suggest no drop boxes.

I suggest no mail in ballots mailed out to voters unless specifically requested by them.

I suggest no annual mail in ballots.

For the elderly and disabled, I suggest a fast pass or a separate special reserved voting station at the polling place for those voters to be able to cast their ballots easier and with less wait-time.

I would also like to suggest an independent audit on our elections.

Thank you for taking the time to consider my comments. I greatly appreciate the opportunity to voice my concern.

Most Sincerely,
Emilee Jordan
Round Mountain, TX

Rhonda Hurley

Self - Retired

Bellaire, TX

Please support SB 1 Election Integrity.  I am a resident of Harris County and we have not had an honest election in decades.  We deserve better. I am a legal Hispanic citizen and have voted in all elections since I was of age to do so.  We must have honest and fair elections. We cannot do so without proper Voter ID, NO drive-thru voting and NO vote harvesting. There MUST be strict penalties for those who participate in voter fraud.

Karen Hillier

Self

Bryan, TX

Printed on: August 30, 2021 11:32 AM

This bill addresses fabricated issue: voter fraud. It discourages voting. The requirements for voting proposed within bill are based on deliberately attempting to keep voter numbers lower. Please do not support this bill which smacks of racism.

Kymberlaine Banks

self

Garland, TX

I am deeply concerned that this bill makes it more difficult for everyone except the most privileged to vote in our elections and that is not democratic. I would like to see expansion of ability for people to register and affirm their registration electronically. I would also love to see online voting added to the ways people could vote, although we do suffer a terrible digital divide here in Texas equity could come from ideas like adding a vote cellular phone app. We need ideas to expand voting. This right is precious and important. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. I want both accurate voter registration rolls and for more people to vote and I know that's possible.

Kathleen Damron

Self

Celina, TX

Please vote yes on a full forensic audit.

Annette Holdeman

Self, Retired

Round Top, TX

My name is Annette Holdeman, zip code 78954. I am a Fayette County, Texas voter and I am asking, begging, you to oppose SB1, do not vote for it. As currently proposed, it would create unnecessary obstacles for voters making it more difficult to vote rather than making it easier.  It gives the Secretary of State too much say over unfounded claims of election fraud, whichever political party is in power. I was able to easily apply to vote by mail in the November 2020 election and was able to drop off my ballot at an official NRG Stadium drop off location in Harris County (as at the time we were then registered  to vote there as we lived in Harris County). The process was safe, secure and provided confidence in our voting system.

Do not make it more difficult to vote, especially since claims of massive, significant voter fraud are unfounded.

Vote against SB 1 as the bill is written now.

Thank You,
Annette Holdeman

Shannon Ayres

Self

Frisco, TX

If we want to restore confidence in our elections and save our Republic, it is imperative that you vote YES on SB1 and conduct a full forensic audit on the Presidential election in 2020, including all down ballot races.
Shannon Ayres

Mary Schoppa, Mrs

Self/retired

Printed on: August 30, 2021 11:32 AM

It is increasingly clear to me that many of our elections are fraudulent. Lack of voter ID and people being bussed in to the polls and more or less being told how to vote are just two of the culprits. We cannot travel, make large purchases, or be admitted to a hospital without proper ID. Why should we be able to vote without one? There were plenty of videos and testimony from poll workers to call into question the 2020 presidential election. I feel that a full audit should take place and ballots which are not even authentic ballots should be thrown out! If we are not sure that elections are done properly and by the rule of law, it will be increasingly harder to encourage people to get out and vote. Every American deserves to have his voice heard, but it must be done the right way!

Laura Phelps, RN

Self

Frisco, TX

Want this on the floor. We WANT election integrity!

Vicky Little

Self

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Nancy Knight

self

Kerrville, TX

I have seen the corruption and dishonest in Texas elections and am appalled. The voters of Texas deserve better. We know what we want and we want to make up our own minds. We don't want politicians cheating us out of our God-given rights. Please, please, please vote YES for SB 1. I fully support it. Thank you and God bless Texas

Valerie Donndelinger

Self

Woodway, TX

PROVE TO THE CITIZENS OF THE GREAT STATE OF TEXAS THAT OUR VOICE – OUR VOTE – COUNTS.  VOTE YES!

I am a native of suburban Chicago, a city rich with organized criminal activity and a corrupt political machine.

I was a resident of metro Detroit (Dearborn) for over two decades, until moving to Texas the summer before the 2016 election.

Despite mailing a request to the Dearborn city clerk two months before the *2016* election, the two adults in our household were still listed as registered to vote in Michigan the morning after the *2020* election.

Printed on: August 30, 2021 11:32 AM

That I question election integrity in my two former states of residence should be clear. I had hoped that Texas would be different, but the investigative journalism of Project Veritas, which led to the arrest of Raquel Rodriguez in January 2021, crushed my hopes that Texas was any different.

HEAR THIS: party affiliation is irrelevant—election fraud hurts all Texans and cannot be tolerated if we hope to remain a free people. Unless a full forensic audit is conducted, I will continue to doubt the integrity of our elections.

PROVE TO THE CITIZENS OF THE GREAT STATE OF TEXAS THAT OUR VOICE – OUR VOTE – COUNTS.  VOTE YES!

Tom Holman, Citizen

Self

Austin, TX

We must also have a process in place that permits our Voting Laws to be monitored, validated, verified and audited. The process must be capable of being replicated. The process must be independently monitored, validated, verified and audited.

Audit trails are essential. They are used to ensure the integrity of records. All audit trails must be: Available, Archived, Traceable, Contemporaneous - Each entry must be time stamped using a controlled clock system which cannot be changed. It must be Safe & Secure.

You have you heard the term air gapped? Our system is not air gapped. It must be 100% air gapped.

I hear our data never leaves the US for tabulation. Shouldn't the answer be it never leaves our air gapped system!

Texas must stop paid ballot harvesting. Texas must stop Voter Assistance Fraud. Texas must insure accountability in the Polls. Texas must prevent Voter intimidation.

Texas must prevent the out of control federal government from dictating how Texas votes for Texan representatives..

SB1 is a step in insuring Texas their votes count. All Texan's have the right to vote. Every Texan has the right to vote in the same way as every other Texan. Special privileges for some is wrong. Easier to vote harder to cheat. It's the Texas way.

Robyn Honig

Self/ Volunteer DVR, Former election judge

Austin, TX

I oppose SB 1. It's already incredibly difficult to vote in Texas. With transportation issues, long lines, limited voter ID options, and a burdensome vote-by-mail application unavailable to most voters, our state legislature should make it easier to vote, not harder.

But not only would the bill make it harder to vote, it would make it scarier. Violent insurrectionists would be allowed to patrol the polling station, stand close to the voters, and disrupt the polling place. A minor error by an election worker would lead to prosecution. I could go on.

Who does something willingly when it's difficult and scary?  Especially if they've never done it before? We'll have fewer voters and fewer election workers and longer lines, which will drive off even more voters. That's the bill's true intent.

Short of universal ballot-by-mail (like Utah and Nevada have), a good elections bill would include:
- Automatic voter registration, or at least electronic voter registration. Imagine the time, money, effort, and paper we'd save!
- Every voter eligible for vote-by-mail, with annual applications auto-renewing for voters over 65 and with permanent disabilities.
- Training for all poll watchers, including an oath to refrain from disrupting the voting process and to respect voters' privacy.

Printed on: August 30, 2021 11:32 AM

- A complete cure process for mail ballots and applications.
- A way for blind voters to vote securely and privately.
- A drive-thru voting option for all counties. Drive-thru voting kept many voters safe during the pandemic. It's also great for people who are sick, injured, or have small children.
- A 24-hour voting option for all counties.
- Permissive, not restrictive, voting process rules to let the counties innovate.
- Control of the polling place in the hands of election judges.

Texas should work to keep its voters happy, not scare them out of voting.

Bill Aleshire

Self

Austin, TX

I realize this testimony is not likely stop any Republican from supporting SB 1, but I implore you to look beyond partisan tactics and strip out of the Bill anything that makes it more difficult for any registered voter to vote. Support adding anything to the Bill that makes it even easier and more convenient for Texans to vote. The most obvious: Allow drive-thru voting.

William Pumfrey, Citizen

Self

Austin, TX

As someone who has spent thousands of hours over the years encouraging people to exercise their glorious right to vote in our blessed United States, I am concerned about SB 1.

We need to make voting convenient, not burdensome. If there is not any proof that a particular approach to voting rights has generated fraud to a degree that is non-trivial, then there is no reason to ban that form of voting. Such a ban should never be advertised as "voting integrity."

With this in mind, I urge you to reject attempts to:

•        Elevate partisan poll watcher power above election official authority
•        Ban drive-through and outdoor voting
•        Restrict voters from dropping off completed absentee ballots
•        shrink early voting periods
•        Increase burdens on voters with disabilities to access assistance at the polls
•        Embrace suppression of votes by people of color, the elderly, the young and, especially, the disabled
•        Criminalize the act of assisting voters

Instead, I urge you to take the following positive steps:

•        Allow online voter registration
•        Make drive-through voting optional for all counties
•        Make 24-hour voting optional for all counties
•        Make voting process rules for counties permissive rather than restrictive
•        Keep polling site order within the power of election judges

Thank you for your attention.

Larry Crittenden

Self

Weatherford, TX

Printed on: August 30, 2021 11:32 AM

I would find it odd that there would be a need for a bill such as SB1 if we were not living in such rampant and brazenly corrupt times. Being that they are, election integrity is more important than ever. This topic is not only of great importance to myself but seems to resonate with all in my community, without exception. I have been open to and have welcomed an opposing view to the subject, but there does not seem to be one. The argument that the poor cannot obtain identification has proven moronic at best as an ID is required for a multitude of items and access already.
I think it would be safe to say that the majority of constituents in my area are FOR election integrity.
Please represent us appropriately.

Taylor James

Self, recruiter

Austin, TX

I urge the committee to oppose SB 1. SB 1 would create unnecessary barriers to voting that would disproportionately affect poor voters and voters of color. Instead of restricting voting access, we should focus on solutions for all voters to help increase the integrity of and trust in Texas elections, such as: implementing electronic voter registration, which would both save money and increase the accuracy and integrity of voter registration rolls; provide additional training for poll watchers; implement a cure process for mail ballots; and add options for blind voters to securely and privately vote.
Now, more than ever, we need to make voting safe and secure - not by limiting access, but by implementing common-sense programs that work for everyone.

Kristi Grubbs, Mrs.

Self

McKinney, TX

Please vote yes for a full forensic audit of the 2020 Election. In light of ongoing audits in other state, I believe it is of utmost importance to ensure election integrity. I am saddened to know people who have stated to me they will never vote again due to the outcome of the last election because they no longer trust the process. This last election proves that now is the time to secure the rights of every Texan, making sure that our voices count and that outside technological influences do t take away our rights. We the people need our public servants to uphold the laws of our state. Thank you for your consideration to protect our votes.

Kimberly Seale

Individual

Katy TX 77450, TX

Everyone should support SB1. We want our votes to be counted!!!!

David Porter

Self

Lake Kiowa, TX

The people of Texas deserve better from their legislators. Standing on the courage of your convictions does not mean getting on an airplane and leaving the state in order to try to manipulate the legislative system.
The most precious citizen privilege is the right to vote. The hallmark of all 50 states is the ability for the people to have an honest accurate vote that represents the will of the people. It is the bedrock on which the United States of America stands.
This bill is literally a "housekeeping bill". It is way past the time for elected officials in the state of Texas and the United States of America to stop playing political games when efforts are being made to protect the voting process.
Everyone who has a vote in this country was able to learn and observe many exploited flaws in our electoral processes in the most recent elections.
In these difficult times the country doesn't need politicians, we need patriots. DO YOUR JOB or please, resign and let some other

Printed on: August 30, 2021 11:32 AM

Shelly Frasier

Myself-concern as an American

Springtown, TX

We MUST protect our elections. If we do not have election integrity, we have nothing!

Laurie Duke

SELF.   Stay at home parent

Fort Worth, TX

Texas has some of the strictest voting laws in the country. There has been no evidence of voter fraud that would ultimately change outcomes of our elections. I strongly oppose SB1 as it increases opportunities for intimidation through movement  allowed by poll watchers, denies successful drive through voting procedures that increased voter turnout in the past elections and does nothing to INCREASE voter turner out, but seeks to diminish it. SB1 should be OPPOSED and voted AGAINST.

Richard Davey

Self sales

Honey grove, TX

I support SB1 with what we have experienced over the past year we need this more then ever. Please vote for this bill.

Emily McCutchan

Self

Dallas, TX

I oppose this bill. It is unnecessary and removes local control, a concept we hold dear in Texas.

Randall Seale

Individual

Katy, TX

Everyone needs to support SB1. We want our votes counted correctly. Tired of Republicans and Democrats doing all of this theater while our votes are being manipulated. You know it, we know you know. Clean this mess up!

Susan Fountain

SREC SD 16

Dallas, TX

Election Bills must be amended to include transparent, auditable elections with access to all records and equipment. No computers in the polling place or Central Count.  No download of Early Voting flash drives until 7pm on Election Day, in order to prevent download, analysis and tampering of results in the 3 day time lag  between EV and Election Day.  We need shorter Early Voting periods of one week.  We need our voter rolls cleaned and purged of unqualified, illegitimate or inactive voters. Waivers to circumvent Texas Election Laws must be stopped immediately and the source of previous waivers to accomplish this should be fired immediately (Keith Ingram).  Changes to Texas Election Laws can only be done through the Legislative Process.  Thank you for your consideration .  Susan Fountain SREC SD16 214-566-2425

Printed on: August 30, 2021 11:32 AM

Margaret Brooks

Self

Carrollton, TX

I do not give my representative the authority to vote against the expansion of voting rights for all Texans. Limiting dates, times and allowed methods of voting provided to all Americans today is not good for our democracy. We should hear from all of our citizens not just a few.

Jennifer Radhakrishnan

Self

Flower Mound, TX

Please vote yes.

Barbara Larkin

myself

Dallas, TX

Please do not pass SB1 in its current form. We need improved voter access not much worse voter access. Do you think Texans are lazy? is that why we vote at 65% and Coloradans vote at 85%. Stop adding impediments.  Give the people online voter registration for all new voters! The counties check all the data after the voters enter it so there is not an increase in voter issues with online registration. Add address verification software so voters can't make an address mistake. Make this easier not harder. Do not let poll workers intimidate voters at the polls. That will take down our democracy completely. And SB1 is filled with obstacles to voting by mail that will make it too difficult for the disabled community to vote. Start over on the entire vote by mail section and envision yourself as disabled.

Gail Capps, President no

Dallas Eagle Forum

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

David Thompson

self retired

Hurst, TX

I fully support SB1 with the removal of Amendment #6.

barry hancock

Self

Printed on: August 30, 2021 11:32 AM

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Marla Lopez

Mi Familia Vota

Houston, TX

I'm testifying against SB 1 & HB 3 to demand that you quit playing with our lives, our rights, and do the work to earn our trust and votes. I want to emphasize that because of this legislature, we are dragging on the real problems that are costing us our lives, jobs, health, families and future. These bills will make it harder for us to have a say in government decisions, and harder have our needs included in solutions to problems Texans continue to face.

Instead of punishing and criminalizing the convenience of 24 hour voting, drive thru, extended votings - policies that helped all kinds of voters, especially disabled and diverse voters, exercise their right to vote safely during a deadly and ongoing pandemic - get to work on the REAL problems people are having, not just "Your" voters, but all the constituents youre supposed LISTEN to and serve. These policies would harm our most affected people/voters who are being dragged and stomped on by the issues your leadership refuses to address.

Drop the games and quit pitting people against each other - SB 1 & HB 3 aim to not only make the right to vote in Texas even more complicated and inconvenient, but to turn up the volume on this culture of intimidation, deceit, and disinformation to benefit certain legislators and their re-election. You are costing us our lives, health, jobs, and families.

I demand that the committee, the state legislature and the Governor - to quit playing partisan politics with our lives, and do the work to earn our trust and votes. I demand you stop SB 1 & HB 3 and defeat your selfish ways, in order to focus on our kids, the hospitals, the PEOPLE HERE IN THIS STATE who have not been given a say or the support they need to survive and recover.

I hope you listen and stop these bills to spend your time on funding our healthcare system, schools, teachers, and fixing our power grid.

Thank you.

Lorri Haden

Self/Retired

Austin, TX

I am a lifelong resident of Texas and a long-time volunteer deputy registrar, and I am strongly opposed to this unconscionable bill.  The bill is absolutely unnecessary and blatantly undemocratic.   I am appalled and disheartened by this legislature's and governor's attempts to stifle the voices of Texas residents, but I will speak out against voter suppression attempts as long as I have breath left in me.  Please vote NO on SB 1.

Michelle Skoczek

self, citizen

McKinney, TX

Printed on: August 30, 2021 11:32 AM

Please vote YES on a FULL FORENSIC Audit.

Election integrity is THE most important issue, upon which all our other rights rise and fall. People will quit voting altogether if they know that it can be manipulated by the media and those who have access to the machines or any hacker. There's no real transparency and with this environment created by the last election, you'll have to go beyond the normal to ensure that the process is not tampered with and that everyone and anyone can have access to view that process.

Barbara Harless

self, and  True Texas Elections, LLC

Murphy, TX

SB1:
1)  DO NOT reduce the penalties for obstruction of poll watcher to Class B misdemeanor or less.  Pg 12 of HB 3 MUST BE CHANGED in committee!
2) We strongly urge you NOT to implement procedures that will cause it to be harder to detect fraud.
3)  DO NOT place any provisions that could be perceived as permitting wireless capability or internet connectivity through to 2024, or at any other time.

TEXAS Constitution requires that "the Legislature shall provide for the numbering of tickets and make such other regulations as may be necessary to DETECT AND PUNISH FRAUD and preserve the purity of the ballot box; and the Legislature shall provide by law for the registration of all voters."
Article 6, Section 4.

Sue Smith

League of Women Voters of Denton

Denton, TX

No one supports fraudulent voting.  So safe guards - yes.  But I cannot support extreme measures being proposed.

Kris Kittle, Dr

self

Fort Worth, TX

I support this bill with the remove of Amendment 6. In the 2020 Ballot Propositions, 98% of Republican voters agreed that election officials should purge illegal voters from the voter rolls and verify that each new registered voter is a US Citizen. SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud. SB1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways that voter fraud is accomplished. I believe that passage of SB1 will be an important step towards achieving the secure elections process that Texans deserve.

Heather Solsbery

My Family

Rockdale, TX

Without securing elections, fully investigating any hint or allegation of fraud, and prosecuting to the fullest extent of the law, the people have no faith in the government of this state or nation and shall withdraw consent to be governed. This bill must pass and do not mistake lack of presence in the hearing or chamber gallery with lack of interest. We are busy trying to feed our families - but we are watching how you people vote. You are elected to serve. Either serve or resign and let someone else serve!!!

Melissa Palomo-Ramon

self, Finance Manager

Printed on: August 30, 2021 11:32 AM

San Antonio, TX

I would like to submit my comments against SB1. This is nothing but an excuse to suppress voters of color and those who live in urban areas. It is a threat to democracy and an affront to all people in the great state of Texas. We are still in the midst of a deadly pandemic and any and all accommodations must be made to make voting easier, not harder. Using the guise of voter integrity is disingenuous at best and slimy politics at its worst.

Sonia Vigen

People Against Coerced Shots

Lucas, TX

We the People want a full forensic audit of the last federal election in November 2020.  We want access to ballots, machines, software.  We want to see how the information was transmitted, where it was transmitted.  Everything.  We want to get rid of machines and go back to paper ballots.  We want secure elections.  Thank you for listening to us.  We are the masters and legislators are our servants.  Please do the will of the people because we are awake and engaged and we will remove and replace anyone who  is not a patriot.

Bonnie Mahoney

Self

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.

Ellen Leyrer

Self, retired

Plano, TX

I support SB1, with the removal of Amendment #6.

Larry Lehrmann

Lehrmann

Colleyville, TX

I strongly support SB1, with the removal of Amendment 6

Julie Kellogg

Self

Corpus Christi, TX

Please consider the following

Printed on: August 30, 2021 11:32 AM

1.   A copy of one of the Secretary of States' IDs listed for in person voting ID should also be used for mail in voting ID, not a DL number or SSN last 4. An ID with a legally vetted signature should be used equally for both in person and mail in voting.

2.   Do not allow carrier envelopes to be returned so signature defects can be corrected. This is where voter fraud can occur and we don't want to return evidence of voter fraud so it can be destroyed.

3.   Make it unlawful to distribute unsolicited applications for mail in ballots that have any portion already filled in. This makes voter fraud easier and also may place the voter in the wrong political party, affecting primary voting.

4.   Attendants and caregivers should not be exempt from signing the carrier envelope. Remove this new exemption from the bill. They are required to identify themselves now and they should continue to be required.

Elisabeth Belile

Self. Writer. Editor.

Austin, TX

Esteemed representatives:

I'm writing to oppose the restrictions put forth in this bill that would undoubtedly discriminate against marginalized communities and discourage  the most sacred of all democratic civic participation, voting. The facts are clear. Our current protections have kept voter fraud to a minimum. It is almost non-existent. There is no evidence to justify, for example, closing down 24 hour or drive through voting. The Texas workforce operates on a 24 hour a day cycle. Giving those parents and workers the option of voting after a double shift or a night shift to beat the traffic or vote before or after work has proven popular and successful. For people with disabilities it has meant everything to be able to drop off ballots or do drive through voting, or voting by mail. For the elderly it has been everything. My mother is confined to a wheelchair and could never sit in a long line in the hot sun without water to cast her vote. She, like so many others, needs assistance. This bill is cruel in that regard.  We are currently experiencing the worst of the pandemic in terms of community spread, and hospitals at capacity. I have autoimmune disorder, which may make me more vulnerable to severe covid. I was able to vote by mail at peak surge, and in person during early voting when there were no crowds. Early voting is another essential for the elderly, disabled, or frontline workers. Those hours should be dramatically increased. Please consider how unpopular and unfair this bill will be to a large number of your constituents.  Thank you.

Yvonne Weldon

Self - Self employed

Austin, TX

Being half Japanese born and raised in Texas, I support voter integrity and support passing SB 1.  My mother who is full Japanese and 76 at the time had her vote in the 2016 presidential election voided due to a technical issue.   I went the next day and spoke to the election judge at her precinct who told her in part the reason was a lack of workers to help her with the confusing process.  As her daughter, I assisted her with the process to get a mail in ballot which she now can easily submit herself.  In being proactive in the process, I can see where it would be so easy to manipulate votes.  I believe it is critical we make it easier to vote, but harder to cheat.  Thank you for your hard work this session and allowing my voice to be heard.

Hilary Whitfield

Self

Austin, TX

I respectfully request the committee vote no on SB1. This bill would make it harder for Texans to vote. Existing Election Code safeguards are already robust and transparent. Voter fraud in Texas just is not happening. This bill is a solution looking for a problem. Please vote no.

Teresa Comeaux

Printed on: August 30, 2021 11:32 AM

Self

Houston, TX

In order to be sure our elections as not littered with fraudulent activity. We must seek to protect our voting right and the interrupt every election. Every American MUST provide a legal form of identification. In addition, mail-in ballots must be removed as an option for every American who resides in the continental U.S. having mail in ballots is an open invitation for fraud. No county should send reminders to residents to inform them to request a paper mail in ballot be sent, this in itself criminalizes the county and shows it seeks fraudulent behaviors. No legal mail in ballot should be counted or allowed to be included in any tally when received beyond the date of any election held. All American citizens must have signature verification with every ballot and election in which they are voting verified. No voting station should be allowed to operate 24 hours a day and no election should be allowed to be paused or stopped. Lastly, we must secure our individual voting process, any electronic machine capable of connecting to the internet wired or wireless is unacceptable. Paper ballots is the only true proper way to vote.

All elections must be fair and equal is just that simple. As we already know fraud is rampant in our state, especially in our major cities. This behavior cannot be allowed to continue, SB1 must be passed to protect the voting rights of legal Americans in our great state of Texas.
Thank you,
Teresa Comeaux

Vladimir De Franceschi

Self

Grapevine, TX

Governor Abbott has made Election Integrity a priority for the 87th Session of the Texas Legislature.
Election Integrity is a priority of the Republican Convention Delegates.
I believe that a Republican controlled Legislature should respect Republican Platform and Priorities.
In the 2020 Ballot Propositions, 98% of Republican voters agreed that election officials should purge illegal voters from the voter rolls and verify that each new registered voter is a US Citizen.
SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud.
SB1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways that voter fraud is accomplished.
SB1 provides a path to prosecution by the Attorney General when election fraud is detected.
I believe that passage of SB1 will be an important step towards achieving the secure elections process that Texans deserve, amendment 6 notwithstanding.

Chuck DeVore, Vice President

Texas Public Policy Foundation

Austin, TX

SB 1 is a much-needed election integrity reform addressing the growing problem of mail-in ballot trafficking. As Dallas Democratic State Rep. Rafael Anchía noted in 2007 debate on voter ID, "Vote by mail, that we know, is the greatest source of voter fraud in this state. In fact… a great majority of the prosecutions by the attorney general occur with respect to vote by mail." Rep. Anchía was right then. Our research at the Texas Public Policy Foundation indicates a growing issue with mail-in ballot fraud, with weaknesses in the Election Code that allowed for cheating in low turnout primary elections to be applied more generally. We detailed this issue in a report published in September 2020 here:
https://files.texaspolicy.com/uploads/2020/09/30102322/DeVore-Mail-in-Balloting.pdf?
utm_source=hs_email&utm_medium=email&_hsenc=p2ANqtz-
97U6vSL9e87t_Xt350_RrFWEPSenQ1js0ksRIBJcOEOoR1XzFIQl2gVZueLqMTZa8vj_WS&_gl=
1*k66c3v*_ga*ODU5ODk5NjU4LjE2MjUxNzE1Mzg.
*_ga_PY28GXYGQP*MTYyOTcyOTIyNS4xOC4wLjE2Mjk3MjkyMjUuNjA. With a follow up study published in March 2021 here: https://files.texaspolicy.com/uploads/2021/03/10144454/2021-03-DeVore-EPP-List-Maintenance-Voter-ID.pdf.

The bottom line is that the Election Code needs to be strengthened to preserve the integrity and honesty of elections in Texas.

Printed on: August 30, 2021 11:32 AM

Elizabeth Diebold

self/retired

Argyle, TX

The COVID epidemic makes it clear that we need safer methods to vote, not restrictions. We need expansion of early voting, extended hours at polling places and more options to return vote by mail ballots.

All poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing and oath similar to election workers.

Include a complete cure process for applications for mail ballots and for returned mail ballots by adding a a way to alert voters of the need for a cure and give clear instructions for making sure that their vote counts as well as making the process uniform in all counties not optional.

Voters with disabilities need additional refinement of SB 1 - specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Cynthia Grubb

2000 on my email list

Dallas, TX

I want these things as a tax paying citizen: Transparent election integrity with access to all records. NO computers in the polling places. Vote tabulation that is based solely on a hand count of ballots. Legitimate voter rolls. 3 days of early voting with NO gap between early voting and Election Day to prohibit  dishonesty.
NO waivers by Sec of State, Courts, or Governor w/o legislation voted on by the Tx legislature.
FIRE Keith Ingram!! Director of the Texas Elections Divisions who has actively sabotaged the expert witness accounts of electronic manipulation of vote records / results.

Rith Perkins, Mrs.

Self  retired

Brenham, TX

This bill is critical to make sure every Texas citizen who votes is confident our vote is secure. That every vote is able to be confirmed as legitimate. Voter ID must be one key fact as are the rest of the items in this bill. We cannot allow the Federal Government to control Texas rights to make decisions for our citizens.

Eva DeLuna

Self / Analyst

Austin, TX

These comments are submitted in opposition to SB 1 / HB 3, which are "voter suppression disguised as election reform," as Every Texan puts it. (https://everytexan.org/2021/07/12/voter-suppression-disguised-as-election-reform-comes-at-a-price/)

And as the League of Women Voters of Texas has testified,

"It takes an army of trained, dedicated election officials and volunteers to ensure that all eligible voters can exercise their right to

vote. Our democracy is stronger when every eligible voter has the opportunity to safely cast a vote and have it count.

During the last election cycle, Texans all over the state benefited from more voting opportunities, such as expansion of early voting, extended hours at the polling places, and more options to return vote-by-mail ballots. These are the kinds of measures that Texans want. Instead, HB 3 adds to the morass of our election laws by using broad and confusing language, creating barriers to voting, and adding criminal offenses.

What we really need are reforms that:

--Provide for online voter registration

--Allow and expand voting options, including extended early voting, temporary polling places, and vote-by-mail for all;

--Work with the US Postal Service to provide realistic time frames for vote-by-mail ballot handling and return procedures;

--Provide resources and guidelines for more sustained recruitment of poll workers;

--Require poll watcher training to combat intimidation and threats of violence against voters and election officials; and

--Provide sufficient funding for cyber security in election administration."

My thanks and appreciations to all state legislators voting against SB 1/HB 3 and all local, state, and federal officials fighting for the kind of reforms LWV recommends.

Mark Pollack

Self, Project Manager Health and Human Services Nonprofit

Richardson, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want. Voting fraud is fantastically rare and the efforts at this bill are an deliberate attempt to suppress voter participation in favor of the current political party. This is a dangerous trend towards authoritarianism rather then expanding and protecting the right of voters.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

susan and grant Reading

Reading Construction

Dallas, TX

Integrity,   transparency, and equity should be characteristics of a process so important to the people as are elections.  When half of a country feels like its elections are fraught with corruption and opportunity for fraud,  we are trusting our officials to make this behavior impossible.  The greater the use of technology, the more the opportunity to corrupt..   Sometimes the simpler the process,  the less chance for fraud.  Please, lets get the voter roles cleaned up to start with.   Then, let's remove any possibility of cyber interference.  If that means going back to paper ballots and filling in the ovals with photo ID's and voter registration cards, so be it.   Thank you.

Danette Goodyear, Business owner

Self

Printed on: August 30, 2021 11:32 AM

Mckinney, TX

Please vote YES on a full forensic audit.
Thank you

Jason Billingsley

self

Allen, TX

The beautiful idea at the core of our amazing country is that the governed be fairly represented in government. The cries of "no taxation without representation" are a sacred, freedom affirming statement that will ring through the centuries and guide all future generation toward a more perfect and just society. In order to continue championing this idea, which is central to the American way of life, all Americans must have equal access to vote. Voting is our most essential right. Barriers to voting are an offense to our fallen heroes of the military, and to the living heroes still serving today. None of them sacrificed for a vision of America where only a select few could exercise their right to vote. They all took an oath to uphold the Constitution of the United States of America and that constitution guarantees the right to vote.

SB1 seeks to make sure our elections are secure but there has been no substantial evidence that they are not. This bill seeks to solve a problem that does not exist and in doing so tramples on the rights of U.S. and Texas citizens who have a right to be heard. I urge you to consider what your vision of America is. I urge you to imagine being a person who would be affected by this bill; a person who's vote is not cast because of undue hardships put in place by this bill. Is that the America you want to live in?

Barbara Hollis, Mrs

Self

Dallas, TX

I want transparent  audit able elections with access to all records and equipment. No computers in the polling place and in central count. Vote tabulation that is based solely on hand count a paper ballot. Legitimate voter rolls and voter registration procedures. Three days of early voting with no gap between early voting and election day. No waivers by secretary of state courts or governor without legislation voted on by the Texas legislature. Fire Keith Ingram Director of Texas elections division who has actively sabotage the expert witness accounts of electronic manipulation

Elizabeth Bille

NALEO Educational Fund

Houston, TX

Good morning Chairman Trent and committee members, my name is Elizabeth Bille.

I am the Texas State Director for NALEO Educational Fund in Houston, Texas. Our work expands across the state, with a regional focus in Dallas, El Paso, Harris, Bexar, Travis counties, along with the the Rio Grande Valley.

On behalf of the National Association of Latino Elected and Appointed Officials (NALEO Educational Fund), we strongly oppose SB1.

NALEO Educational Fund is a non-partisan organization, and our mission is to facilitate full Latino participation in the American political process.

SB 1 would erect unfair and unnecessary barriers for Latinos and other under-represented groups to have their voices heard in Texas' democracy.

It would prevent Latinos from obtaining the assistance they may need to cast ballots.

Printed on: August 30, 2021 11:32 AM

It would subject eligible voters to the risk of unnecessary prosecutions, which would also be a waste of the state's resources.

It would increase the danger of the harassment and intimidation of election officials and voters at the polling place.

 It would make voting less accessible for Latinos and all Texans.

For these reasons, we urge to reject this unfair and discriminatory legislation.

Respectfully,
Elizabeth Bille

Kay Tyner

No Organization --  Representing Myself

Houston, TX


In strong support of SB1.  I have worked elections in Harris County since 2008, as poll watcher, clerk, judge and most recently as a member of the Signature Verification Committee and Early Voting Ballot Board.  Much of the testimony against this bill is misleading and ill informed, at best.  Please objectively read the bill and  listen to the testimony.  The reason more irregularities aren't found is that no one is looking.  It is there, as previous testimony in the Senate has shown.  Perhaps it is not "massive", but any cheating it too much cheating. When local elections are determined by less than 50 votes and one convicted forger submits over 100 Ballot by Mail applications in one envelope, it doesn't pass the smell test.

Many "innovations" were tried in Harris County in 2020 under the guise of coping with COVID concerns that had never been authorized by the Code.  The fact that they were not specifically forbidden was taken as permission, including drive thru voting and 24-hour voting.  Both of those created problems including the 1800+ discrepancy between votes cast and voters recorded that Sen. Bettencourt has spoken about often.  The Code currently provides for curbside voting and that will not be removed by this Bill.  It works great when poll workers are properly trained on the procedure.

This bill adds a cure process that makes it possible to correct minor errors so that ballots can be verified.  It expands Early Voting. It forces employers to allow employees time off to vote if they cannot otherwise get to the polls.  Many good amendments were added in the Senate this session making this an even better bill than it originally was.

I urge you to move this bill out of Committee and on to the House floor for vote.

Mari Cornelius

self

Austin, TX


Please, only hand counted paper ballots
Auditable and transparent elections with access to everything
No computers in polling place
3 days of early voting with no gaps between early voting and election day
No waivers
Only legitimate voter rolls and registration procedures allowed
Photo id required to vote

And please fire Keith Ingram and find a suitable and unbiased replacement

Chad Ennis

Texas Public Policy Foundation

Austin, TX

Printed on: August 30, 2021 11:32 AM

A lot of the malarky about SB1 concerns poll watchers. Texas' election integrity bills do not create new all-powerful, minority-crushing poll watchers.

While the Dallas Morning News reported that "The House bill approved last week would empower partisan poll watchers," but no proposed bill changes the responsibilities of poll watchers. Their powers, confined to observing election workers and reporting, remain the same.

Poll watchers have an important role in our election process. Poll watchers are the public's eyes and ears at the polling place. They are there not to watch the voters, but to watch the process and report any chicanery to the proper authorities. That's it. Some states, such as Hawaii, go so far as to require poll watchers to be present when counting ballots. Poll watchers strengthen elections by watching the process and ensuring the election process is fair.

Poll watchers are not unique to Texas. Almost every state has provisions for poll watchers. Most people have voted in a location where a poll watcher was present and probably did not even know they were there.

SB1 codifies the commonsense notion that poll watchers must not be denied entry to the polling place or the central counting facility where the ballots are brought to be counted. Nor can they be shuffled to a place where they cannot observe the process. In other words, a crooked election worker cannot order the poll watcher to step outside while the worker cheats. These provisions are in direct response to complaints that election workers were attempting to do just hat (examples from Gillespie, Dallas, and Travis counties).

Texas poll watchers are appointed by campaigns and political parties—they're partisan. This is not unique, even if critics claim otherwise. Partisan poll watchers are the norm. New York, for example, only allows partisan poll watchers. No non-partisans allowed. Biases are disclosed and both parties are present. This is a feature, not a bug. Partisan poll watchers watch each other along with the process. This prevents partisan misbehavior such as voter intimidation or electioneering. You can bet a poll watcher will report if the opposite watcher is violating the rules.

That deterrence works. There is no evidence of widespread (or any) intimidation by official poll watchers in Texas. The only evidence of bad behavior concerning poll watchers is them being forced out of the polling place or into places where they cannot observe the process. And this is what the elections bills address.

SB1 is vital to safeguarding elections. The left's claims of racism are merely a smokescreen to kill it.

Chris McCarthy

Self

Houston, TX


This bill will eliminate polling places in my neighborhood making it harder for me and my neighbors to vote. Harris County made voting easier and more accessible, the way it should be. Please do not continue with this bill.

Catherine Marston, Dr.

self

Schertz, TX


I am against this bill, as are the other two members of my household. The absentia voting during the 2020 election allowed myself and my sister, who are both in our 50s and have disabilities, to vote without fear of COVID. My 82-year-old dad, who is a veteran and never misses an election, did not vote during the Summer 2020 runoff because he was afraid to go to the polls. To be frank, we are also glad to have gotten our absentee ballots because of the right-wing belligerence in our rural county of Guadalupe where white supremacists supporting the former president were behaving in threatening ways: and where our our Schertz PD and Guadalupe Co. Sheriff's vehicles were waiving Trump Train flags. This is when we really need the Elections office to do the great job it always does -- not have these thugs browbeating us at the polls claiming they are "pollwatchers."


Printed on: August 30, 2021 11:32 AM

Margarwt Whitt

Minority Engagement Group  (President) and precinct chair

Murphy, TX

SB1:
1)  DO NOT reduce the penalties for obstruction of poll watcher to Class B misdemeanor or less.
2) We strongly urge you NOT to implement procedures that will cause it to be harder to detect fraud.
3)  DO NOT place any provisions that could be perceived as permitting wireless capability or internet connectivity through to 2024, or at any other time.

TEXAS Constitution requires that "the Legislature shall provide for the numbering of tickets and make such other regulations as may be necessary to detect and punish fraud and preserve the purity of the ballot box; and the Legislature shall provide by law for the registration of all voters."
Article 6, section 4

Aliceson Rosser

Self

Flower Mound, TX

I support SB 1.  REMOVAL OF AMENDMENT 6.
I  believe in protecting our constitutional rights and maintaining election integrity.  And this should be a priority of the Republican Convention Delegates.  I became a US citizen in 2019, to vote in the US Presidential election in 2020.  I went through the legal channels to live in this country and to make my voice count as a citizen. Anyone who does not uphold these sacred privileges and commits election/voting fraud should receive prosecution of the law to the fullest extent allowed to maintain security of election integrity.
Americans deserve better, Texans deserve better than to allow the travesty of the election fraud to go undetected and/or unpunished.
Passage of SB1 will be an important step towards achieving the secure elections process that Texans deserve, amendment 6 notwithstanding.

Melea Cassell

Self

El Paso, TX

This bill is not about election integrity. It is about voter suppression. The GOP knows that Texas is turning blue, and is even bluer after Abbott's inaction on Covid lead to the deaths of many conservative Texans. This bill is a direct reaction to those facts. It does not make elections safer or give our elections more integrity. Our elections are already safe and vastly free of fraud. Stop lying to Texans and stop trying to disenfranchise citizens!

Elbereth Howard

self

Austin, TX

Dear Representatives,

I went to cast an early vote down at the Dripping Springs Ranch Park location (1042 Event Center Drive, Dripping Springs TX). The building is a huge metal structure, and the voting area was a wide open room with individual booths.  There were temporary tables set up in the room; a line for signing in, plus a few other tables if I recall (not sure on the number or layout anymore). However, I AM sure there was a man sitting at one of these tables, a little way off, with a laptop.

Printed on: August 30, 2021 11:32 AM

The machines we used were 100% filled out by machine.  I tapped on the display to cast a vote, and a paper was printed out afterward, which I took and put into a box.  Here are a few issues with this:

1) The voting machines have the ability to connect to the internet.  This has been shown multiple times by different people.
2) You want to tell me that dude with the laptop was just twiddling his thumbs, or do you think maybe he was online?  People do everything online these days.
3) If the machines were online, and he was online, then it's likely he was on the same network, using the same physical router.  That means he could hack the machine if so inclined.
Who was he?  Why was here there with a laptop?
4) I was told to keep my phone put away.
5) People can also use phones to hack these machines.
6) The machine I used to cast my vote is a bonafide black box.  In other words, how it interprets the buttons I press, I have no idea.  If it reports that accurately to the county, I have no idea.
7) The print-out can be the result of a completely different process in that machine.  It doesn't have to be connected at all to what the machine actually reports to the county.  How is that secure?

When did we, as Texans, become so sloppy and lazy about protecting our votes?  These votes confer incredible amounts of money and power.  It's silly to think people won't game the system; there are murderers and rapists in this world.  Cheating votes is a much lesser crime- people will do it.  We have to get our heads out of the sand and start actually protecting the vote in this state.

Thank you for reading,
Elbereth Howard


Larry Richardson, Mr

self

Dallas, TX


I am in support of SB 1.  I believe we need more election security, particularly in large counties like my county (Dallas).  We also need to increase criminal penalties for election fraud.


Richard Schumacher

Self.  Occupation: rentier

Richardson, TX


I fully endorse each and all of the following points:
- The committee must focus on solutions for all voters and help restore the level of trust in Texas elections.
- I acknowledge the magnitude of existing Election Code safeguards and transparency, and so should the Committee.

The Texas epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.


Printed on: August 30, 2021 11:32 AM

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Katharyn Reiser

personal card

Austin, TX

Please pay attention to the following issues in considering SB 1:  The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Jane Strohm

self, product manager

Houst, TX

The democratic is hugely important to protect and make accessible to all eligible voters. For far too long, many people have been conditioned to not participate due to lack of understanding, access or inconsistent implementation and feeling like their vote won't or doesn't count. I request the committee focus on solutions for all voters and help restore the level of trust in Texas elections. I would like to see all voters eligible for mail in ballots because it allows people time to understand the lengthy ballot and provides a paper back up. I don't feel confident in the Harris county voting machines because I can't see any proof of how my selections were submitted.

We need to continue to allow for early voting so that people can participate in a calm and safe manner, at a time of day when they are available from their work and personal responsibilities. We need to make it so easy to understand what is need to register to vote and ensure that if Texas Secretary of State is properly validating the voter registrations. The man who was arrested for voting illegally despite having been recently registered should not have been criminalized for the failure of the state to not verify he had a few days left on his "papers" for parole.

It appears there is a magnitude of existing Election Code safeguards and transparency and we need to emphasize the lack of evidence of fraudulent voting while making every eligible voter feel proud and confident about participating in every election.

Carol Widmann

Self; retired registered nurse

North Richland Hills, TX

Stop voter fraud

Libby Willis

Printed on: August 30, 2021 11:32 AM

Self        Occupation:  Professional Registered Parliamentarian

Fort Worth, TX

I am OPPOSED to Senate Bill 1.  Please vote against it.  I am most opposed to provisions in SB 1 which empower partisan poll watchers and establish criminal penalties for any election workers who may inadvertently make minor mistakes during early and Election Day in person voting.  This bill makes partisan poll watchers into poll meddlers for both election workers AND voters.  I worry that disruptive  partisan poll watchers may discourage voters from having to run more of a gauntlet just to vote.  It's not right.  Let the trained election workers do their work unimpeded and most especially the Election Judge in a given polling place be unimpeded in his or her ability to have a disruptive partisan poll watcher removed from the polling place.  And do not give partisan poll watchers the ability to observe closely ANY voters in the polling place while they are voting.  This is anti-democratic and anti-American and anti-Texan.  OPPOSE Senate Bill 1.

Barbara Nugent

self

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraha

Damian Derby, Mr

HARRIS COUNTY GOP

Houston, TX

Harris County GOP requests that the State of Texas enforce a full Open Forensic Audit of the 2020 Election

The 2020 election ESPECIALLY in Harris County has been found in multiple instances of voter Fraud in the magnitude of thousands.  Harris County Residents do not feel their vote was properly counted and many laws broken in the 2020 Election.  The integrity of the Harris County 2020 election has been broken and the electoral process compromised.

WE THE PEOPLE OF HARRIS COUNTY TEXAS DEMAND A FULL OPEN FORENSIC AUDIT.

Mary Cullinane

Please Select

Austin, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.  I urge committee members to focus on solutions for all voters including provisions that allow blind voters a way to securely and privately vote.  As elected leaders you must do your part to discredit the oceans of mis/disinformation out there and help to restore trust in Texas elections.  The existing Election Code ensures sufficient safeguards and transparency.  I also urge you to add electronic voter registration to the omnibus bill.  This would reduce costs and greatly increase the accuracy and integrity of the voter registration rolls.

Petra Jones

Printed on: August 30, 2021 11:32 AM

Self

Salado, TX

I appreciate the effort to make our election more secure, but we need a full forensic audit with canvassing in the counties outlined by CPT Sethel.

Autumn Wilson

Self

Corinth, TX

I am in full support of protecting our elections! I'd love to see smaller precincts and paper ballots. No more machines. Audit 2020!!!

Deborah Wallis

Self

Richardson, TX

We deserve to have fair and honest elections in Texas.

Michael Wallis

Self

Richardson, TX

Texas must act to ensure we have fair and honest elections.

Charles Wedemeyer, PE

Self - Licensed Engineer

Fort Worth, TX

There are four glaring problems with Texas' current election laws.
1.      The law penalizes voters who visit the polls in person and follow the law.
   a.   Mail-In voting should be at least as demanding and closely supervised
   b.   Ballot harvesting must be accurately described in law and prosecuted as a felony.
2.      The laws are not enforced by elected officials and the penalties for transgressions are very light
3.      Independent, thorough and regular audits are never done.
4.      Electronic vote counting equipment facilitates cheating. It is incompatible with the manner in which elections are conducted. It is not practical to hire enough independent IT people to monitor the equipment. Equipment vendors cannot be trusted.
The result of all this is that honest voters are disenfranchised.  Current elections in no way accurately measure the "consent of the governed"
You must fix this!

Tara Awezec

Self

Lucas, TX

I am writing in support of SB1 filed by Senator Bryan Hughes.  This bill contains the following common sense reforms which I support:

Printed on: August 30, 2021 11:32 AM

1. Adds voter identification to vote by mail, making it consistent with in-person voting

2. Strengthens prohibitions against paid vote harvesting

3. Protects poll watcher access to see and hear the process, improving transparency

4. Prohibits public officials from distributing unrequested vote-by-mail applications

5. Conducts regular maintenance to verify the accuracy of voter registration lists

I urge all lawmakers to fully support this bill

Respectfully,
Tara Awezec
U.S. Citizen of the State of Texas

HELEN ELLISON

SELF

FORT WORTH, TX

FIrst, I do not believe the 2020 election was stolen.  I know many people who work diligently at the polls and they do not think the election was stolen. Second, my hope is that the legislature will focus on ideas that will make voting easier while maintaining the current safety provisions.  We should not have to work so hard to vote.  It's a duty and a right. Your job is to facilitate democracy not suppress it!

Belén Iñiguez

Mi Familia Vota

Houston, TX

I'm testifying against SB 1 & HB 3 because these bills will make it even harder to exercise the right to vote. It's easier for people to buy guns or grow their credit card debt than it is for concerned voters, especially those health issues, language needs, and disabilities, to participate in our democracy. It's a lie to call it democracy when your elected officials introduce bills like these with the objective to throw every kind of obstacle, cost, and complication in order to shave off chunks of the electorate.

Let Texans Vote, and let them do so with options that are convenient and safe. SB 1 & HB 3 will continue to drive the divide between people for partisan power, ignoring our needs and your duty to legislate, listen, and represent us fairly. Your loyalties should lie with the common good of people, not your seat in power.

SB 1 / HB3 will limit our voting options - THAT ARE ALREADY SEVERELY LIMITED IN THE 21st CENTURY. They will allow bullies to harass voters at the polls, and use up funds in legal bickering - funds that should go toward our communities to strengthen, recover, and prepare. The bills would also make it very difficult for people with disabilities and health issues to exercise their right - when it's already hard enough to have healthcare, ADA access, and much more.

These bills do nothing for us Texans and our community issues; but they do everything to make sure the people who are most affected by the state and Governor's failure to lead don't get to have a say in whether they get to keep their jobs. Please do NOT pass this bill out of committee, or any others like SB 1 / HB 3. Thank you for reading and considering my testimony.

Cheryl Tangen

self, retired attorney

The Woodlands, TX

Printed on: August 30, 2021 11:32 AM

I vehemently OPPOSE the passage of this bill. The premise upon which it is based - that there is widespread voter fraud in Texas - is unsupported and untrue. However, it appears that this charade will continue until and unless SOME voter legislation is passed. Here are my suggestions: 1. If you MUST allow enhanced participation by partisan poll watchers, at least require them to obtain training as imposed on election officials; 2. add some intent requirement with respect to the higher jail time penalties for violations by election officials and those that seek to assist others to vote; these penalties have a chilling effect on anyone that would otherwise want to serve as an election official or try to assist another to vote; 3. allow local election officials flexibility in to increase voter participation, such as allowing the mailing of applications to vote by mail to at least those 65 years and above and known disabled persons; 4. start with Murr's bill, HB 3, as a starting point. It at least makes a good faith effort to meet in the middle. Thank you.

Elizabeth Maxfield

self - retired wireless communications industry executive

Austin, TX

Dear House Committee Members:

I believe I have voted in every federal election since I turned 18 in 1972 (the voting age was lowered to 18 in 1971), and I am seriously concerned about SB 1.

Voting should be convenient, not burdensome. In the absence of proof that voting procedures have generated fraud to a degree that is non-trivial, there is no reason to ban these forms of voting. To protect our democracy, we must make voting convenient and accessible – and not restrict this fundamental right under the cover of "voting integrity."

With this in mind, I urge you to consider these points:

- Please REJECT efforts to elevate partisan poll watcher power above election official authority. I have served as a poll worker, and I know that to be effective, poll workers require training. Poll WATCHERS should also be required to receive training, and be required to acknowledge the integrity of the polling space by executing an oath similar to election workers.
- Please DO NOT increase burdens on voters with disabilities to access assistance at the polls. Many voters require special assistance to be able to exercise their right to vote.
- Please DO NOT embrace suppression of votes by people of color, the elderly, the young and, especially, the disabled.
- Please DO NOT criminalize the act of assisting voters.

I also urge you to remember that we are well into the 21st century, and that there are positive steps we can take to recognize the changing work and life patterns of today's citizens that will encourage voter participation, which in turn keeps Americans connected to our democracy:

- Allow online voter registration
- Make drive-through voting optional for all counties
- Make 24-hour voting optional for all counties
- Make voting process rules for counties permissive rather than restrictive
- Keep polling site order within the power of election judges

Thank you for your consideration of these comments.

Sandy Dochen

Religious Action Center Texas

Austin, TX

SB 1 in current form is unfair, narrow and blocks full voting participation, which is a hallmark of our democracy. I agree with the League of Women Voters in pointing out these fixes that are needed to improve the bill:

Printed on: August 30, 2021 11:32 AM

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Texas is all about openness and inclusion. We should work to make it easier to vote, with adequate safeguards, rather than throwing up roadblocks.

Merry Klatt

Self

SOUTHLAKE, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations
or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day. All legitimate preauthorized mail in ballots must be counted befor Election Day, prior to the three days of early voting! No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Bev Gavenda, Ms

Self-Retired

Austin, TX

Vote No on SB1.   The committee has not heard the people of Texas who voted in increasing numbers because their vote was valued.  The Texas government should value every Texan's vote because Texans make Texas great!   Vote against SB1 which needlessly bans safe and correct voting methods that help more Texans be able to vote!

herb krasner

retired - none

spicewood, TX

Can someone please explain why the in-person voting hours should restricted everywhere to just 6am-9pm?  And please don't tell me it's just common sense.  What might seem to be common sense in Tyler may not be common sense in Houston.

Printed on: August 30, 2021 11:32 AM

LuAnne Hobbs

self

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Jeannette Hormuth

Self

Fredericksburg, TX

I support HB 3 (SB 1) , however with one important change:  Page 12  should change the penalty for obstruction of a poll watcher back to a Class A misdeameanor, AT THE VERY LEAST.  It would be even better if it were a felony.

As an official watcher during the past 4 elections at Central Counting Station, obstruction of watchers has been a continual issue, so much so, that I can not honestly say that the integrity of the people's vote was safe and true.  Our election officials continue to violate these mandatory election laws knowingly (we have cited the law, called the SOS, the SOS has contacted our officials letting them know they are violating the law, we also have a lawsuit pending as a result) ...and yet these officials not only continue in this illegal behaviour, but have even doubled down, by in fact illigally rejecting 3 duly appointed watchers at the 2020 Presidential Election from service.   Without a strong penalty, there is no reason for these officials to follow the law.  These puts the integrity and transparency of our elections in extreme peril.  Therefore, a Class B misdemeanor for obstruction of a watcher is meaningless and insufficient and should be returned to a Class A or better yet, a felony.

The rest of the bill is a good, solid bill.  The House needs to protect this Bill from any further alterations or changes that degrade the contents and get it passed!

Thank you,

Jeannette Hormuth

Blanquita Chionglo

Self - Retired

DALLAS, TX

If people can furnish IDs for food stamps and government aids, voters must be required to show proof that they have skin in the game - citizenship, law abiding.

Susan Barry

Self - retired

Fort Worth, TX

I believe that I speak for most Texans when I say that we want assurance that only legally registered voters are allowed to vote in our elections.  Voter IDs should be required before a person can vote, and voters should be US citizens.

Printed on: August 30, 2021 11:32 AM

Ruth York

Tea Party Patriots of Eastland County; Texas Family Defense Committee; Self (Direct Sales)

Cisco, TX

We support SB 1 by Hughes. However, we wish to caution this Committee and the Legislature at large on two points:

1) Do not remove or weaken existing statutes designed to detect and prevent fraud, and do not reduce penalties that are meant to discourage and punish fraud once detected. Integrity, transparency and trustworthiness are essential at every step of our election processes.

2) Do not permit any connectivity in the central counting station equipment AT ALL.

Jeff Brantley

Myself

Austin, TX

I am Writing in support of SB 1.  But I oppose amendment 6 in SB 1 as it undermines the bill.  I believe Texas should have the highest integrity election and the voter rolls should be purged of non-residents, of non-US citizens, and of course of those deceased. This is completely logical and the presence of illegitimate people on the rolls invites fraud especially with regard to mail in ballots if they are used.

Please pass this bill without the amendment 6.  My name is Jeff Brantley and I live in Austin Texas.

Bev Gavenda, Ms

self, retired RN

Austin, TX

Please vote no on SB1.  If SB1 passes, voting will almost certainly be more difficult for groups that have been historically marginalized.  The right to vote is the fundamental linchpin of our democracy.  Do not follow and repeat the history in Texas of using false allegations of threats to election integrity as a proxy for voter suppression.  Stand up and look for the shining star for Texas and vote against any bill that limits Texans from reaching for that shining star through voting.  Changes such as removing polling locations, adding new identity documentation, or modifying the process for mail-in ballots will only block the light of the shining star, I urge you to keep the brightness and vote no to SB1.

Anne Stone

Self

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Marla Closen

True Texas Project

Printed on: August 30, 2021 11:32 AM

Comanche, TX

My name is Marla Closen and I am a member of True Texas Project.  I am writing to urge all of you to support SB1, with the removal of amendment 6. Governor Abbot has prioritized this legislation and it is a priority for many, many Republican Conservatives as well. Election integrity is the cornerstone of our nation's survival as a Constitutional Republic. Nothing on your agenda should be more important than getting this bill passed. Do the right thing and support this legislation for Texans.

Lou Ann Dunn

Self

Leander, TX


Election Bills must be amended to include:
-Transparent, auditable elections with access to all records and equipment
-No computers in the Polling Place and in Central Count
-Vote tabulation that is based solely on a hand count of paper ballots
-Legitimate voter rolls and voter registration procedures
-Three days of Early Voting with no gap between Early Voting and Election Day
-No Waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas legislature
-Fire Keith Ingram, Director of the Texas Elections Division who has actively sabotaged the expert witness' accounts of electronic manipulation of vote records/results

Melissa Let m

Self Analyst

Coppell, TX


I oppose the restrictions on access to voting presented in SB1. I oppose this bill's limitations on accommodations that can be provided to the voter  regarding the limitation of operation hours, assistance to persons with disabilities.

These restrictions are problematic in providing citizens access to the vote and if an election official has the capacity they should not be prevented from providing more availability to the voter in a non-partisan or otherwise biased capacity.

Jessica Fausak

Self

Austin, TX


My name is Jessica Fausak and my zip code is 78723. Thank you for this opportunity to have my voice heard.  As a Texas voter, and an individual with multiple severe brain injuries, I'm writing to oppose Senate Bill 1 and ask that you vote against it. Voting access is already harder in Texas than anywhere else in the United States of America, especially for those of us with disability.

I was 27 when I survived a hemorrhagic stroke caused by a brain aneurysm rupture and given a death sentence. While I am resilient (and joyous to be alive) and have voted in every election possible since I left the ICU in 2015, others in my community struggle more. They, however, are still Texans and deserve the opportunity to vote, to have their voices heard.

Our legislature ought to be making access to voting easier, not harder. Without open access to voting, our Texas will be sentenced to elected officials who are not held accountable and will not work to represent us. For the love of Texas, please vote no on SB 1!

With immense gratitude,
Jessica Fausak

Susan Scruggs

citizen

Printed on: August 30, 2021 11:32 AM

The woodlands, TX

Please pass election integrity to make our state strong against mail in ballots, no voter id, printing ballots, ballot boxes.  I witnessed what happened in Harris County just south of me to my horror.  This has to be addressed with strong laws against it or we will never have a fair election in Texas.  Thank you- praying for all of you, Susan Scruggs

Andrew Bennett

Myself

Roanoke, TX

Thank you for this crucial bill.  It is clear to the majority of Texans, that our elections have been compromised, and corrupted, on both sides.  Many of us no longer feel like our vote counts, and no longer trust those who we have elected to represent us in Austin.  Anyone who doesn't support this bill, must support corruption in the election process, and shouldn't be in office.  Honor your Oath, and do whats right!  Integrity, Honor, Duty!  We are praying that you make the right decision.  Liberty in Texas depends on it!

Cynthia Ramain

Self

Austin, TX

We need ELECTION INTEGRITY in Texas. Every single government official in the State of Texas should support this bill. If we do not have election integrity, what is the point of elections? Forensic audits should be demanded by every one of our you representing WE THE PEOPLE. Transparency and truth is necessary for the continued trust of your constituents. I will pray that each and every one of you do the right thing. The future of our state, and country for that matter, depends on it. Thank you!

Marilyn Levin

Temple Emanuel

Dallas, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.
To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.
Include a complete cure process for applications for mail ballots and for the returned mail ballots.  The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.
SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.
Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.
Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

John Dunlap

self

Spicewood, TX

I support this bill, which, despite diabolical misrepresentation by the media and political operatives, will aid in ensuring the

Printed on: August 30, 2021 11:32 AM

integrity of our elections -- at least here in Texas. Thank you for bringing this legislation.

Maria Ibarra

Self

Austin, TX

I oppose SB 1. Our recent elections show that Texas already has  safeguards in place. Elections are a point of pride in our Texas communities; don't turn them into an excuse for intimidating voters and throwing more people in jail. Our democracy can only survive if all citizens feel empowered to vote and participate!

Sheri Allen, Cantor

Self/Cantor

Ft. Worth, TX

Dear Chair Klick, Vice Chair Cortez, and members of the Elections Committee,

 My name is Cantor Sheri Allen, and I live in Ft. Worth.  I am writing to you today urging you to oppose SB 1, because, among other things, it would greatly limit options for voters.  Banning drive through voting, 24 hour early voting, early voting sites, and limiting permissible early voting hours will make it much more challenging for marginalized, underserved and minority populations  to have access to the polls.

As Jewish Clergy, I am commanded: "You shall not insult the deaf or place a stumbling block before the blind." (Lev. 19:14).  Stumbling blocks come in many forms, from less-than accessible buildings, to health care or voting opportunities that are harder to access for underserved communities.  SB 1 is full of stumbling blocks.

In our democracy, the path of the people means voting – which should be cleared of obstacles.  Our tradition, teachings and values focus on the need for inclusive, accessible, reliable elections – especially for the most vulnerable.  Removing these stumbling blocks is paramount to assuring that everyone will have a voice in this democratic process.  Isn't that what our country's foundation is built on?

Please remove these dangerous stumbling blocks from SB1.  And I thank you for your time and attention.

L'Shalom (with peace)

Cantor Sheri Allen

Kelley Freeman

Self, registered nurse

Kerrville, TX

 In favor

Cheryl Roth

Self

Denton, TX

I support election integrity. It is critical to our nation to have only those qualified to vote.

Amber Goldapple, Mrs

Self

Printed on: August 30, 2021 11:32 AM

Missouri City, TX

What good is a right to vote if this law puts in place  bureaucratic hoops to jump through for LEGAL votes that have zero impact on election integrity.

The many discretionary ways to throw out LEGAL votes opens the process up to further abuse.  Requiring those who NEED to vote by mail an option to only remedy in PERSON a wonky signature or missing note on an envelope defeats the propose of mail in votes.

The time of day voting occurs has never been a root cause of voter fraud.

Voting from your car has always been available to those with accessibility needs, so stop the lie that this is an integrity issue for anyone else!

Making voting even more difficult for those who work multiple jobs, have childcare requirements, work graveyards, and who have long commutes from their district does not make our elections any more secure, rather it strips legal voters from the true FREEDOM and RIGHT to vote.  This bill is ANTI-AMERICAN.

Joe Lovelace

Self

Flint, TX


Thank you.  I have read the bill but see no provision for a "Poll Watcher Badge".

I think some states provide for that.

Wouldn't it be nice for a voter to know if a Poll Watcher is present.

"Upon arrival at the polling place, a poll watcher shall display his appointment to the Officer of Elections.

The poll watcher shall sign the poll watcher register.

The poll watcher shall wear a badge displaying their "name" and the words "POLL WATCHER".

The County Election Commission should provide the badges (labels) for candidates or campaign committees to use so the precinct officials know they have been duly appointed."

Anna Elman

self -- web developer

Austin, TX


I oppose SB1. I have worked as an election worker, volunteered as a VDR, and helped with absentee voting outreach. I know first hand how hard it is to register and vote in Texas. And I also know first hand how hard it is to hire and retain election workers. This bill will make all of these tasks even harder. My biggest concern though is the effect on election workers. Having more and unvetted poll watchers who can challenge and intimidate election workers is unacceptable. Second to that, registering to vote in Texas is complex and time consuming task when it should not be. Texas has the ability to verify voter's identity without having to deal with cumbersome paper forms. Online voter registration saves money, time, effort and it works! SB1 is a terrible bill that does not serve the interests of Texans.

Robert Willis

Self


Printed on: August 30, 2021 11:32 AM

Frisco, TX

Please vote for these bills. Thank you

Lisa Turner

self

Grand Prairie, TX

Vote NO on this bill that is intended solely to suppress the voting rights of Texans of color.  Enabling partisan poll watchers, regardless of party, to roam freely inside polling locations and invade what is the sacred and secret ballot of voters is intimidating and morally reprehensible.  Further, the state of Texas should not be working this hard to erect barriers to the ballot box and doing so would be evidence of the State's intent to discriminate against voters of color.  Please vote no!

Betty Oliver

Self

Cameron, TX

I was an election worker in 2020, working during early voting. NOBODY voted without showing ID - or even attempted to- at my precinct. This bill is an outrageous attempt to prevent people from voting so that Republicans can retain power.

Zachary Conger

Self

San Antonio, TX

We The People have lost ALL trust in our elected officials and government institutions.  We demand a forensic audit of the 2020 election in Texas, and the implementation of controls and procedures that prevent fraud in all future elections, including but not limited to: Photo ID requirements, Paper ballot use requirements, Forensic audits of ALL elections going forward, and Elimination of drop boxes and electronic machines.  Criminal penalties for election fraud should be equivalent to Treason, punishable by death.

Deborah Sanchez

Self, Paralegal

Corpus Christi, TX

I am ashamed of the politicians trying to suppress voting rights of their constituents, specifically people of color.  Do not rule to suppress voting rights!

Nicole Dominguez

Self

Dallas, TX

As a new Texas resident I request the committee focus on solutions for all voters and help restore the level of trust.

Suzanne Pham

Self, Company President

Dallas, TX

Printed on: August 30, 2021 11:32 AM

Election bills must be amended to include the following:
1. Auditable elections with access to all records and equipment.
2. No computers in polling locations or central count.
3. Vote tabulation that is solely based on a hand count of paper ballots.
4. Legitimate voter rolls and voter registration.
5. Three days of early voting with no gap in between early voting and election day.
6. No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
7. Fire Keith Ingraham.
8. The November 3, 2020 election in Dallas County, Tarrant County, Collin County, and Harris County must be audited immediately by an independent forensic audit team in the same manner as the Maricopa County audit being conducted at the request of the Arizona State Senate.
9. Any software updates by election equipment companies, such as ES&S and Hart, must be strictly forbidden until after all county election equipment has been forensically photographed in order to preserve a record of the November 3, 2020 election results.
10. The State of Texas and each Texas county and precinct must be required to publicly report if their election software vendors have, since November 3, 2020, already performed software updates or are requesting to perform software updates. This information should be posted in a prominent place on the Texas Secretary of State's website and each county elections department website. (Please research Mesa County, Colorado forensically photographing their election equipment before the Colorado SOS allowed Dominion Voting Systems to perform a software update in Mesa County after which all data from the 11/3/2020 election was wiped from the system.)

Carol Martin

self, retired

Austin, TX


I have volunteered with organization offers voters rides to polls. I know the transportation challenges some voters face, especially voters with disabilities. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, accessible polling sites and more options to return vote by mail ballots.

Jaci Elliott, Ms.

TLWVLC

Schulenburg, TX


The push this past legislative session and the two special sessions called by the governor have proposed, in part, misguided efforts to restrict voting options found to be safe and secure during the 2020 election.  For state Republicans to claim that these measures are designed to ensure election  integrity, when they are unabashedly based on false claims of prevalent voter fraud, is problematic; however, saying they are necessary and will encourage voter turnout when they are just the opposite is a fraudulent claim and a false rationale.

Angie Fanning

self

Burleson, TX


SB1 is a bill looking for a problem to solve.  There are very few verifiable voter fraud issues in Texas in any election, and especially in the 2020 election.  Texas already makes it more difficult to vote than most, if not all, other states, yet this bill seeks to make it even harder.  It's very obvious this is nothing more than a political ploy to keep people of color and disenfranchised people from voting.  As a native Texan, I used to be proud of my state, but not anymore.  It is shameful to watch politicians making decisions based solely on their own re-election and not on what the people of this state want.  I implore each senator to look at what this bill truly represents and have the conviction to vote their conscience instead of towing a party line.


Printed on: August 30, 2021 11:32 AM

Diana For

Self

Austin, TX

I would like the representatives that are voting to stop the implementation of mail in ballots and curbside voting to realize they are harming themselves and the citizens that voted for them. Our election in Texas was secure. I am immunosuppressed and could use these options to keep myself out of danger during the pandemic and beyond. I have great medical care and can get a letter from my doctor, yet many Texans in my situation cannot and this presses undo pressure upon them and will keep them from voting safely or at all. I realize that those that have penned this bill realize this issue but are willing to push the bill through regardless. The fact that you are scared of the masses being able to vote and possibly losing your grip on power sickens me. We are a democracy and your efforts fly in the face of the rights given to us as Americans. You do not need to stack the deck against your opponent to win. You could simply listen to the will of the people.

Krista Keosheyan

Administrator

Austin, TX

I am passionately against SB1 & any bills restricting voting. Including bills that will restrict 24 hr voting, voting by mail, & special services for disabled voters. I want the Texas legislature to make voting easier for eligible Texans!
I especially oppose any election related legislation based on what is know as the "Big Lie", spread by former president Donald Trump, that there was widespread voter fraud in the 2020 elections. I am proud that Texas helped so many eligible citizens to vote in our state and did it safely in 2020.
Please do not legislate based on lies! Please DO NOT pass SB1!!

Steven Bauer, Legacy Navy Veteran

Self

Krum, TX

The desecration to Voting Rights by the party that left me by turning their back to honor, ethical & honest action is an embarrassment to our state and nation! It's Voter suppression based on a complete LIE. It fed the white nationalistic F*E*A*R which is absolutely a white supremacy wet dream. False Evidence Appearing Real is what the GOP is acting upon. This action of yours is light years from the GOP I grew up in and thought I was a part of when I joined the Navy. Shame on you & your pathetic gaslighting! You've sold your souls to that which you chose as YOUR "Golden idol spewing insanity."

Jac Elliott, Me.

TLWV

Schulenburg, TX

Vote NO on SB 1!

Joannes Haakman, Architect

Self/Architect

Austin, TX

In favor of SB 1-Election Integrity and Security

It is my humble opinion that this is a common sense proposal to make elections fair for all, and to prevent fraud or misdeeds during voting for all, for all parties. Please vote in favor of this as it is written.

Printed on: August 30, 2021 11:32 AM

Chelsea Hampton

self

The Colony, TX

According to 1) Republican Convention Delegates, 2) Governor Abbott, and 3) Texas Republicans, Election Integrity is a major priority for the 87th Session of the Texas Legislature.  I believe that a Republican controlled Legislature should respect Republican the Platform and Priorities.

In the 2020 Ballot Propositions, 98% of Republican voters agreed that election officials should purge illegal voters from the voter rolls and verify that each new registered voter is a US Citizen.  * SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud. * SB1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways that voter fraud is accomplished. *SB1 also provides a path to prosecution by the Attorney General when election fraud is detected.

I believe that passage of SB1 will be an important step towards achieving the secure elections process that Texans deserve, amendment 6 notwithstanding.

Thank you for your time and consideration,
Chelsea Hampton
House 106
Senate 12

Kebra Albrecht

Self

Austin, TX

I actually read the bill this morning.  There is nothing in this bill that could be construed as voter suppression.  I support this bill and ask that is be approved by the committee.

Lindsay White

Self, product support specialist for insurance

College Station, TX

SB1 is voter suppression, plain and simple. This bill should be shelved now. There was no evidence of widespread voter fraud, which was admitted to under cross examination. I've had issues in the past with my SSN and driver's license not matching due to an error of the hospital not correcting my birth certificate, but the SSN office printing with the correction. I could only use my birth cert for my license, so they do not match. This confusion could cost me my right to vote unless I spend time and a lot of money I don't have to correct something that was no fault of my own. At a time we need to expand voting access, Texas takes more away. This is a sad legacy for this once proud state.

Ian Daugherty

Liberty in Action

Kerrville, TX

We need election integrity NOW!

Mary Radosz

Self

Murphy, TX

Printed on: August 30, 2021 11:32 AM

- DO NOT reduce the penalties for obstruction of a poll watcher to a Class B misdemeanor or less

- I strongly urge you NOT to implement procedures that in any way will cause it to be harder to detect fraud

- DO NOT place any provisions that could be perceived as permitting wireless capability or internet connectivity through to 2024, or at any other time

Keven Fegans

Self/Letter Carrier

Lancaster, TX

Oppose SB 1

Elizabeth Grimmett

Self

Dallas, TX

I'm in full favor of making sure our elections are safe & secure! I encourage the use of paper ballots.  I have always voted on election day to secure my vote with a paper ballot only to find it was all electronically done. Not happy. Then attended Russ Ramsland's report on election fraud in Dallas County, looked up my name & it showed me as not voting. 57k that they knew of were tampered with & now we find out through Mike Lindell's work that every state in the country had some fraud! It's incomprehensible that in Texas, though we rejected Dominion machines, Dallas county was allowed to use ES&S which is basically Dominion. People need to feel secure that when they exercise their right to vote, it is protected at all costs. Project Veritas also unveiled the fraud of the ballot harvesters & I have little doubt she was the only one. I believe those that employed her should also be prosecuted for their part.
Thank you for looking into this & hopefully making it a priority!

Resha Thomas

self- director

Houston, TX

I want to register as a community member against the passage of this bill.

Michele Sobeck

Clean Elections Texas

CANYON LAKE, TX

Requesting the committee focus on solutions for all voters and help restore the level of trust in Texas elections.
    Acknowledging the magnitude of existing Election Code safeguards and transparency.

Elizabeth Wolff

Self, Community Organizer

Dallas, TX

I am AGAINST this bill.  I want voting to be accessible to the most people possible.  I want there to be less fear of the very very rare case where people try to vote that are not eligible.  I am against empowering poll watchers to challenge ballots as this will lead to intimidation of voters.  Please concentrate on the big problems in our state like COVID and do not put any addition, and unneeded, restrictions on voting.

Printed on: August 30, 2021 11:32 AM

Thank you

Mary Binning

my family

Dallas, TX

I support SB1. It is common sense to free and fair and inclusive elections.

Marlene Rubin

Texas Retired Teachers and RAC (Religious Action Committee)

Houston, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Dianne McFerren

SELF - RETIRED PUBLIC SCHOOL TEACHER

Duncanville, TX

IMPROVE SB1 PLEASE ADOPT THE IMPROVEMENTS TO SB1 proposed by the League of Women Voters.

The only requirement for voting should be proof of citizenship.  Nothing else is relevant to voting.

Xan Janiga

self

Austin, TX

I acknowledge the magnitude of existing Election Code safeguards and transparency and request the committee focus on solutions for all voters and help restore the level of trust in Texas elections. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

Darby Strong

Self, Director of Production, Alamo Drafthouse Cinema

Printed on: August 30, 2021 11:32 AM

Austin, TX

Rampant, modern fraud in elections is substantiated. This is a ploy from those currently in power to make a desperate grab to remain in power by illegally minimizing access to a free election by those who would normally vote against them - the disenfranchised and people of color.

Our relentless challenge with COVID in Texas highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want when asked - ACROSS PARTY LINES. States that allow mail-in ballots have seen a major increase in voting and have not experienced any increased fraud due to mail-in ballots - quite the contrary. But let's start with keeping access to all people who wish to vote by creating positive environments and easy access to polling spaces. My parents are poll watchers in the state of New York, and receive extensive training to do so. I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Back to mail-in ballots - let's work towards a complete cure via mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Thank you.

Joe Wells

Dr. and Mrs.

DALLAS, TX

SB1  Do whatever is necessary to ensure fair tamper proof election process. Talk of voter suppression is just smoke screen put forth by those who want to rig elections. Lack of credibility of election results is tearing country apart.

Fire Keith Ingram

ABEL RUIZ

MY SELF

DALLAS, TX

For decades I have seen routine ballot harvesting of nursing home "voters" in urban Democratic communities. Many of the voters were deceased and never reported to County, but continued to "vote"  thanks to corrupt Nursing Home administrators $$. In 2020 I personally spoke to GOP poll watcher here in Dallas Co that was harassed  and prevented to observe questionable "illegal" practices . In fact was arrested by Dallas County sheriff deputy.  They were quickly released when calls were made. SB1 and even stronger measures need to be in place before next elections. Voter ID and purging of voter roles must be mandated

Richard Rickel

Self and Grassrooots Gold

Round Rock, TX

We the People support HB 1

Printed on: August 30, 2021 11:32 AM

We the People of the State of Texas want to remind those Public officials, according to the US Constitution and the Texas Constitution, that those PUBLIC OFFICIALS who KNOWINGLY are COMPLICIT in committing TREASON on the American People and the People of Texas through ELECTION FRAUD (which includes Election Integrity) and CRIMES AGAINST HUMANITY will be treated as ENEMY COMBATANTS by Military Tribunals and will be Tried for TREASON.

Foreign interference is now being proven in Audits around the country, so HB 1 needs to pass the Texas House to enable true and fair elections, and those officials who KNOWINGLY are COMPLICIT in this election fraud will face Military Tribunals for their TREASON against we the PEOPLE.

May God have Mercy on your SOULS!

Breanna Bratton

Self

Austin, TX


SB 1 is an attack on our voting rights and is meant to disenfranchise people of color, young people and people with disabilities who tend to vote for Democrats. Republicans in Texas are scared and will do ANYTHING to win, including introducing a bill that is a direct assault on our constitutional right to vote. Texas Republicans will gerrymander, take away voting machines, make it harder to vote by mail and so on because they know they can not win without cheating. I absolutely despise this bill and I encourage all of my representatives to NOT PASS THIS BILL.

George Shaw

IATSE #127 Dallas

Dallas, TX


This bill restricts voting access in TEXAS for Americans. We don't have a crisis in voter election fraud @ all. 15,426,651 voted in November 2020 presidential election in texas. How many voter complaints? 24! 24 divided by 15,426,651 is .0000 0156 of 1%. SB1 is about voter suppression, not integrity, period. Shame on TEXAS!
Georgewshaw

Lloyd Dalton

Self/Programmer

Meadowlakes, TX


Pass this bill!!!

Darren Bates

Self

Austin, TX


My name is Darren Bates, and I live in Austin, Texas, 78704. I am opposed to SB1 because disabled Texans, like myself, should be able to exercise our fundamental right to vote with reasonable accommodations  if needed under the Americans with Disabilities Act, —and we should not have to overcome discriminatory barriers like those created in SB1 as outlined herein:

Sec. 4.11 penalizes disabled voters because a signature verification committee could use ANY known signature as a comparison for a mail-in ballot, even though someone's signature can change due to their disability. For example, people with cerebral palsy, visual impairments, and/or other disabilities frequently do not sign their name consistently because it is physically impossible to do so;


Printed on: August 30, 2021 11:32 AM

Sec. 4.01 limits the use of signature accommodations by requiring a signature to be "ink on paper," which does not allow Texans with disabilities to utilize a reasonable accommodation as per the Americans with Disabilities Act. This requirement that a signature be "ink on paper" doesn't reflect the reality of voters with disabilities and their actual support and accommodation needs. For example, some disabled voters may not have the ability to hold a pen or the dexterity to traditionally sign "ink on paper" and may require the use of a signature stamp;

Sec 5.03 & 5.04 adds excessive requirements for those who may assist voters with disabilities, requiring them to complete paperwork and make oaths that will discourage them from assisting disabled voters resulting in the disenfranchisement of Texas voters with disabilities;

Sec. 5.05 requires an assister of someone voting by mail to fill out a new form with additional information about themselves and details about their assistance which could result in state jail felony charges should the assister make a mistake on the form (unless the assistant is related to the voter). Requiring an assister of someone voting by mail to fill out this new form will deter them from wanting to assist disabled voters, fearing they may make a mistake and face state prosecution resulting in the disenfranchisement of Texas voters with disabilities;

Under SB1, poll watchers can stand close enough to the voter to "observe election activity." This type of scrutiny not only could intimidate voters with disabilities, but poll watchers, unfamiliar with the rights of disabled voters under the Americans with Disabilities Act, could misconstrue and distort *legal* accommodations as prohibited actions, including cues and prompts some voters with disabilities may need to exercise their fundamental right to vote at the poll.

Thank you.

DALLAS BINGLEY

DALLAS BINGLEY

KERRVILLE, TX

Please get this Election Integrity bill without ANY ON LINE access to any of the electronic machines used to register votes and to count paper ballets.

Deborah Avellano, Ms.

Self

Corinth, TX

I, Deborah Avellano, Denton County (HD-64, SD-12) RPT Precinct Chair#1023, write in support of SB1, with the removal of Amendment #6 allowing voters applying by Mail to add or correct information after application is submitted, and with the amendment of Section 2 on polling locations.
Overall, SB 1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways in which voter fraud is accomplished. SB1 also will provide a path to prosecution by the Attorney General when election fraud is detected.   SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud.
SB1, section 2.09 and 2.10, need to amended to close the loophole and clarify if tents or other moving temporary facilities will be allowed.  The clauses contradict each other, saying an early voting place may NOT be located in a tent or similar temporary Moving facility, and then it follows with Section 2.09 (a-1)  to say a voting place may be located in a tent of similar temporary moving facility, 'if the County Commissioners Court makes a determination...' That opens the voter polling place selections to possible unsecured locations.
Thank you for addressing these changes to SB1.  With those changes, I support the passage of SB1 to the Calendar to be voted by the House. Respectfully, Deborah Avellano

Debra Alfaro

self

Austin, TX

Printed on: August 30, 2021 11:32 AM

It was evident in the last election results that voter fraud was not widespread.  In fact, most Republican counties officials admitted that voter fraud did not occur during the 2020 election in their counties.  Overwhelming evidence shows that our Republican led Legislature is determined to ensure that future elections are monitored to ensure that voter suppression happens in all future elections.  I DO NOT support HB1.

Jacque Petterson

Self

San Antonio, TX

My husband and I both are Republicans and believe this bill is outrageous and should not go forward. The voting options are fine the way they are.

Michael Chapa

Self

Georgetown, TX

Integrity, unfortunately, is something that shouldn't be governed or legislated.
We should be able to trust one another without fear of retribution or retaliation.  Integrity is about fair & honest dealings; it is about TRUST.  A virtue, unfortunately, that no longer exists. The TRUST between the government & its people has been breached. I support SB1 because of ITS INTENT.  It is intended to protect not only my vote but that of every other LEGAL voting citizen. Everyone, regardless of age, sex, race, ethnicity, or political affiliation, should be interested & DEMAND INTEGRITY  in our elections!
Integrity in elections isn't about SUPPRESSING the vote.  As some on the other side of this debate would have you think. It's about PROTECTING our vote!
It's about making sure OUR Vote can't be manipulated, flipped, erased, or deleted. Allowing these practices would be SUPPRESSION!
Suppression of the people's right to vote for WHOM they choose!  There are people who would say that integrity suppresses the elderly or disabled's right to vote.  I wonder if those people have even considered the fact that those peoples votes are the ones being manipulated. Our elderly & our disabled are the victims of voter fraud.  Ask Rachel Rodriguez, who was arrested by AG Paxton's office for illegalvoting,unlawfully assisting people to vote by mail, & ballot harvesting. She preyed on the elderly for their vote. We know fraud exists as admitted, by Senator West at SB1 Senate hearings when he said, " we know there is fraud we're  just gonna have to accept  a certain level of fraud exists."  So how much fraud do we have to accept: enough to change a school board race, to change a Proposition, to change a State Rep race, a Governors race or even a Presidential race. Well i disagree!  NO amount of fraud should be tolerated no matter the race; & all of you should be horrified at the thought that a sitting Senator would say such a thing because now I wonder, Is this a prevailing thought amongst our leaders at the Capital.  "That Some level of fraud is acceptable?" So who determines what level of election fraud is ok?  Is this why so many people are disenfranchised with our elected officials and our 2020Elections? Being from the RGVand I've seen 1st hand people who come into this country for the ideals of life, liberty& pursuit of happiness because we aren't a CORRUPT country like the one they come from.  It saddens me to think we would forgo our right to Liberty, fair &honest elections 1person 1vote because we want 24/7 or drive thru election capability.  People have died defending our right to vote & to cheapen the one most sacred right we have by marginalizing it down to a wham,bam, thank you Mam is downright criminal! All of you should want Election Integrity, should want to know that every legal citizens vote counted &all of you should want to restore the faith in our gov't & election process by demanding Audits because the next race w/fraud might be your own!

Lu Ann Groves, Dr

self veterinarian

Garwood, TX

The election was stolen.  Let's stop it from happening again.  Please vote to protect the election by requiring photo ID from every voter.  Stop mail in voting unless military or overseas.

Printed on: August 30, 2021 11:32 AM

Sondra Haltom

self

Houston, TX

this bill is a travesty and should never have seen the light of day. instead of wasting time subverting democracy, fix the grid and stop the spread of COVID.

Amanda Peterson

self, marketer

Austin, TX

For a state that is great because of its freedom and liberty as well as lack of pointless bureaucracy, this creates very un-Texan-like limits and restrictions without a provable benefit for the costs and limits put in place. This sets Texas back compared to what other states have done to make citizens' voices heard and streamline voting, and attracts the wrong kind of attention to the reputation of Texas nationally.

Beth Maynard

Self

Rising Star, TX

I support SB 1 by Hughes. I implore you, however, do NOT remove or weaken existing statutes designed to detect and prevent fraud, and do NOT reduce penalties meant to discourage and punish fraud once detected.  We must keep elections transparent and trustworthy at every step. Also, there should be NO connectivity at the central counting station.  If our elections are not honest and secure, we have lost our freedom.

Lashelle Scott

Precinct 559

Houston, TX

The Attorney General found small number of voter fraud cases. This means the current system works. This bill is design to cut voting options for larger cities such as Houston and Dallas and especially older, disabled, students and black and brown communities would strip their rights away. This bill is a power move by one of the party to remain in power instead of earning votes.

Adam Bath

Self, CNC programmer

Austin, TX

I am opposed to this voter suppression bill.

James tai, MD

Self-physician

Austin, TX

I am opposed to SB 1, which is a solution looking for a virtually nonexistent problem.   It disenfranchises those with the weakest voices, such as the disabled who need greater, not less access to ballot by mail and drive through voting

Printed on: August 30, 2021 11:32 AM

Tomás Fuentes-Afflick, Student

University of Texas

Austin, TX

This bill is a ludicrous republican plot to limit voting and try to suppress minorities because they know that they can't win fair and square.

Sarah Medjaouri

Self

Houston, TX

I am against this bill. Just another republican plan for voter suppression

Mary stamm

self- stay at home mother

Dallas, TX

Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Kathleen Hartley

self

Austin, TX

All Texans deserve a chance to have their voices heard in Texas elections. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. Legislators should be acting to make elections accessible for Texas citizens. Any laws that put up barriers to voting (especially in the absence of any real evidence of voter fraud) are anti-democratic and amount to voter suppression.

Lori Nguyen

Self

Houston, TX

I oppose this bill because it suppresses the vote of more people and we had no election integrity problems in Texas. The Republicans are just pushing the "Big Lie" for political purposes and hurting Texans along the way.

Cory Coker

self

KELLER, TX

This is quite simply a voter suppression bill.  If you want to win more of the vote get better policies instead of trying to limit who can vote.  There was virtually no fraud and it was proven in dozens of court trials.

Printed on: August 30, 2021 11:32 AM

Suzanne Hayes

Self

Commerce, TX

No voter suppression!!

Erin Dutka

self

Houston, TX

This legislation is more harmful than beneficial.  We need to have leaders that make voting easier for the citizens of Texas, not harder.  There was no widespread voter fraud in recent elections and to continue to push this false narrative is despicable.  SB1 needs to be defeated.

Deidre Podlesnik

Myself

Richardson, TX

I am adamantly opposed to this bill and the GOP should be deeply ashamed of their racist policies trying to prevent voters from participating. For as long as I live, I will NEVER vote Republican again.

Ishan Navendra

Self/Student

Colleyville, TX

This bill is a disgrace. Texas is already one of, if not the most, strict states in the country with regards to voter registration. To make it harder to vote is an absolute attack on people who cannot afford time out of their schedules to get re-registered under these new rules of law.

Hailey Burns

Self - Disabled

Garland, TX

I oppose this bill on election fraud as it would severely limit Texan's ability to vote. Voting is a civil right and obligation, not a privilege. It is already common to wait in line for hours to vote in parts of our state and you as lawmakers should be making it easier for us, not more difficult or impossible.

Nancy Lomax

Self; homemaker

Houston, TX

Texas already has some of the most restrictive election laws of all the 50 states.  There is almost no election fraud in Texas.  But we do have very low voter turn out and should seek to increase the ability of Texans to register and to vote.  Electronic voter registration is a must in the 21st century.  The pandemic has demonstrated that we need to allow counties more flexibility in providing safe and convenient voting for ALL.  There are vast differences in the needs of sparsely populated rural areas and our densely populated urban counties.  Many election regulations must be left flexible for local option.  I strongly support increasing

the availability of voting by mail based on my own experiences.  One election about 13 years ago my son-in-law had an emergency appendectomy in the middle of the night before the Tuesday election.  My daughter needed emergency child care for her 3 and 6 year old girls in order to be with their dad.  I am the emergency child care provider on call.  It would have been extremely helpful to have drive through voting on that day.  Mail-in ballots and drive through voting greatly enhance the ability of many people to be able to cast their ballots.  The needs of parents with small children must be considered in making voting quick and easy.  My mother had age related macular degeneration and was legally blind the last few years of her life.  I assisted her with mailing in her ballot, but many elderly folks have no one to help them.  There are many disabilities that make standing in long lines impossible.  It is patronizingly stupid to require that early voting is only for those people who will be out of town.  My mother died the afternoon before the 2008 presidential election.  I was not yet 65 and could not vote by mail.  Knowing her condition was so precarious, I voted early.  We do not need to increase criminal penalties; we do not need to create criminal offenses.  Registration and voting opportunities need to be expanded, not further restricted.  Treat Texans like the responsible grown ups they are.  Vote NO on SB 1.

Darren Olson

Self, General Contractor

Dallas, TX

I oppose this attempt at voter suppression.

Francisco Alamos

Self

College station, TX

I wholeheartedly disagree with this bill and it should be obvious that the state that is among the most difficult to vote in should not be looking to make it even harder to vote. Something that is guaranteed in the constitution yet is ignored so yall can play fantasyland. Grow up and get over yourselves if you ever want to be reflected. This is a huge mistake and will be a stain on our history

Thomas Williams

Self

Lubbock, TX

Stop this abhorrent and flagrant abuse of power

Martha Dolese

Self

Luling, TX

I would like to register my opposition to SB1.

Martha Stark Dolese
Luling, Caldwell County
HD17
SD21

Andrew Moore

My family

Cypress, TX

Printed on: August 30, 2021 11:32 AM

With absolutely no evidence of widespread issues or problems with the election process over the last major election cycle, the state republicans have introduced this bill under the guise of fixing a problem that does not exist.  The only problem being addressed in this bill is that republicans are losing their control over the state and are attempting to alter the electorate's ability to voice their opinions at the ballot box.  This bill should not be passed.

Diana Weihs, Dr.

Self-retired phyaicians

Austin, TX

We need to make it more convenient for people to vote,, not less so.   It is important that all citizens be able to access the most important right of democracy-the right to vote. Mail in bloating needs to be expanded, not limited.

Hatsie Haran

Self, Title Agent

Waxahachie, TX

I strongly oppose the passage of this bill.  It is an affront on democracy and the foundational right of every eligible citizen to vote. It makes it harder for one to vote and unfairly targets people and communities of color.

Jennifer Topolnicki

Self- disabled

Lubbock, TX

Election Fraud in Texas is NOT the problem some legislators would like you to believe. This bill is unnecessary, racist in both written form and execution, and will be overturned by the DOJ as being not Constitutional.

John Weber

me

DENTON, TX

Vote NO to voter suppression!  Why does Texas have to be the one state where you can buy a gun with no background check whatsoever, but we make it hard as hell for legal voters to vote, especially minorities?!

Linda Newman, Ms.

Self, retired

Dallas, TX

This bill should die. I have been a Dallas County election judge in federal, state and local elections. Our current statutes provide vigorous  protections of election integrity. The new bill just adds inconvenience, obstacles to citizen voting rights, and more hassle and confrontations for election workers.

Keaton Irons

Self - Human Resources Analyst

Amarillo, TX

I absolutely oppose this bill. This is nothing but an attempt to further disenfranchise voters. You should be ashamed of yourselves. Quit trying to take our democracy away from us, the people, you are supposed to "represent". Disgraceful.

Printed on: August 30, 2021 11:32 AM

Raymond Baca

Self

Amarillo, TX

I do no support.  This bill is rooted from complete lies, and only suppresses the right for EVERY Texan to vote.

Cathy Johnson

Self

Houston, TX

This bill has items that will cause undo hardship on disabledTexans, such as myself, by limiting drop boxes, altering voting times, allowing poll watchers to record/intimate voters at the poll.

Vona Hudson, Election Administrator

Myself

San Angelo, TX

I am concerned about the cost impact for counties with the requirement to have surveillance on voted ballots and a guard during the required period as well as the extended hours for smaller counties and for early voting.

Tamma Sorgi

None

Adkins, TX

Please do not restrict the voting access for people. There is no voter fraud that necessitates the actions being taken to roll back voting rights.

Julian Ruiz

Self

Grand Prairie, TX

Keep our elections accessible to every voter. Do not make it more difficult to vote, especially during our unique, uncertain times. Our elections must be protected, secure, and for everyone.

Lilia Brown

Self

Helotes, TX

Stop the voter suppression bill from passing.

Clari Feuerbacher

self

San Antonio, TX

Please note my opposition to SB 1 which is a blanant voter suppression legislation that would effectively disenfranchise tens of

Travis Glenn

Self / design

Austin, TX

I am writing to declare my opposition to SB1.

This bad-faith "election integrity" bill will only result in reduced voter participation by arbitrarily limiting poll access and adding unnecessary barriers to voter participation.

The vanishingly few instances of voter fraud across all of Texas - not just in the 2020 election, but over the course of all our elections - do not warrant the exceptional overreach and draconian measures included in this bill.

With one of the lowest voter registration percentages in the nation, you'd think a legislature that valued the democratic process and the legitimacy it confers on our government would be concerned with increasing voter participation, rather than artificially suppressing it in the interest of narrow party goals.

Again, I urge all members of the Texas Legislature to vote against SB1 and its detrimental effects on our state's democracy.

Kerry Edwards

Self

Austin, TX

Our elections are secure.  This is a wholesale effort to make it more difficult for poor and working class Texans to vote.  Our country was founded on the concept of free and fair elections. I'm ashamed of our state government.  Vote AGAINST SB 1.

Deborah Riggsby, Rev

Self. Retired UMC Pastor

Carrollton, TX

The last election was fair and secure. Extra hoops to jump through, purging rolls, limiting mail in ballots with the pandemic, reducing no of polling places, reducing voting hours all reduces participation for the well-being of all Texans. VOTE NO for this voter suppression bill!!!

Marcia Galvan

Self

San Antonio, TX

I do not support this bill. This affects a number of people that are already disadvantaged and disenfranchised. It is insulting to Texans for limiting times for polling places,  locations of ballot boxes, modes of voting for even our most vulnerable citizens.

Larry Jacobs Jr.

self/flight attendant

Houston, TX

This bill is a solution looking for a problem.  The recent elections in Texas and elsewhere was the most secure in our history.  This false narrative being pushed by Abbot and Texas Republicans to support Trump's "BigLie" is despicable.  Not one single solitary piece of evidence has been submitted to suggest massive fraud that would've affected/changed the outcome of the recent

elections. We should be encouraging and making it easier for Texans to participate in our democracy. We have the lower rate of voter participation in the country. This bill also purposely affects majority democratic and minority areas making it harder for those citizens to vote. The bill is racist, based on the lie of a loser, and has no place in our state. This bill should be rejected.

Nona Farris

Self - school admin support

Austin, TX

SB1 - opposed. It's vital to a functioning democracy that citizens be allowed to vote and that unreasonable roadblocks not be placed in their way.

Dick Green

Self./ Retired

Granbury, TX

Strongly oppose this bill as the right to vote should not be impeded. The only fraud was that purported by the former president and his accomplaces. Passage of this bill legitimizes his lies and makes you accomplaces to his fraud and deceit..

Robin Lederer

Consultant/Self

Dallas, TX

Texas ranks at the bottom of all states for the most restrictive electoral climate.   Since 1996, researchers have looked at state election laws and the factors for "ease of voting".   In 2020, Texas fell to last place.  (Election Law Journal: https://www.liebertpub.com/doi/10.1089/elj.2020.0666)
This bill should:
1. Provide Texans with Electronic voter registration
2. Require  Poll Watchers to have training like other poll workers and sign an Oath, like other poll workers.
3. Create an end-to-end  cure process for applications by mail ballot and returned mail ballots.
4. Ensure safe voting options with early voting and extended voting hours.
5. Protect voters with disabilities!

Carla McKinney

Self/Retired

Fort Worth, TX

 Opposed

Cinnamon Martin, Dr.

Self/physical therapist

Houston, TX

Election fraud is rare. Please do not make voting more difficult for essential shift workers and people with disabilities. These are my patients and they care about voting.

Nancy Kasten, Rabbi

Self, Faith Commons

Dallas, TX

Printed on: August 30, 2021 11:32 AM

The only reason I can submit this testimony is because I have benefitted from the best of American democracy. My grandparents immigrated to the United States in the early 1920s. My father, an only child,  was born in 1927. My mother was born in 1934. I have always voted myself, and have been trained and worked as a volunteer deputy registrar, a poll watcher, an election worker and an election judge, and have volunteered to give those lacking transportation a ride to the polls. I am proud to count myself among those people of faith who feel it is a sacred obligation to vote and to do everything I can to make voting accessible to all eligible citizens of this great country. I know from personal experience and scientific research that SB1 will make voting more difficult for many people, most especially people with disabilities, the elderly, people who lack access to transportation, working people who do not have control over their schedules, and people of color. The Committee on Constitutional Rights and Remedies should be working to protect the right to vote, rather than attacking it, and remedy the barriers to voting rather than creating new ones. Please show that you are committed to truth and justice by killing this bill and committing yourselves to strengthening American democracy rather than dismantling it.

Lori Pohutsky

Self/ retired

Katy, TX


This is unnecessary as our elections have been handled with integrity. It's purpose is only to limit voting expansion and hold power. I oppose.

Vincent Beard

self - teacher

Houston, TX


All of the restrictions put forth in this bill have nothing to do with election security and everything to do with making it more difficult to vote.  If the Republican majority truly thinks they are right, let everyone vote and trust the process.  The problem is that they understand that the process will not lead to their desired outcome.  This is not about fair rules, this is about desired outcomes, outcomes that are the result of voter suppression.

April Coleman

swlf

Haltom City, TX


I oppose this bill

Marni Carter

Self

Coppell, TX


I am very much against this bill. This is nothing more than voter suppression and making it more difficult and less safe for people to cast their votes.

Sheila Clemmons

Self

Fort Worth, TX


We the Texans demand a full forensic audit for all counties starting with the 13 largest counties.

Remove amendment 6 from SB1...it's just another way to cheat the voters and take away their voice.

Printed on: August 30, 2021 11:32 AM

Politicians are servants to their constituents. If politicians are against a full forensic audit then We the Texans will have the politicians removed from their positions.

Gilbert Rognstad

Self

McKinney, TX

SB 1 attempts to solve problems that we do not have. It also opens up poll workers to harassment and potentially worse treatment by rogue 'poll watchers'. These measures to prevent 'voter fraud' go too far and would make it harder for many working folks to vote. They also would make it harder for our elections to proceed with efficient, clean processes. Introducing too many hands into the 'monitoring' side of things because someone *assumes* that there was fraud in the last election is just an invitation for chaos. Please do not pass this bill. Texans do not need this at all. We already have the best election process of any state I've ever lived in. If it ain't broke, don't fix it. (These are genuinely my comments. I am not cutting and pasting this from anywhere.) Thanks for taking time to read my comments.

Benjamin Varghese

This

Cypress, TX

The whole nation is watching as TX seeks to disenfranchise voters in the name of non-existent voter fraud. This desperate power grab will be your legacy.

Tammie Hartgroves

Self/ Texas Democratic Women and SD22

McGregor, TX

Mr, Chairman and Committee Members,

Thank you for allowing me to address some concerns regarding SB1. I have served on the signature verification and early ballot board as both a member and now a judge in McLennan County for over another week 10 years. This bill as it stands would suppress the votes of our elderly and disabled Texans as well as people of color. The 10 counties which I represent on the SDEC are rural and the majority of the citizens are over 65 years of age. Getting to the polls is difficult if not a daunting task for them. Putting additional mandatory requirements for identification on the carrier envelope would make more ballots be unacceptable and not counted.

We also have counties where we cannot staff our poll workers due to the fear of some over zealous poll watcher having them arrested or pulling a gun on them. Texas already ranks as one of the top five in the lowest voter turnout in our country. We need to make it easier for Texans to participate in elections and not put additional obstacles in the path of voters thus making the duty of voting a hinderance.

Thank you for your time.

Ma rcia Rebrovich

self - retired

Robinson, TX

There was very little evidence of fraud in our last election…..why fix what is not broken? Increased penalties only intimidates voters.

Printed on: August 30, 2021 11:32 AM

Andrea Greer

self / fundraising consultant

Houston, TX

I oppose SB 1 and any attempt to cut back on hours or locations where duly registered voters can cast their ballots during the early voting period and on election day. Drive-through voting and 24-hour voting help more people exercise their right to vote. It is easy to maintain the integrity of the ballot no matter the time of day or location of the poll tablet.

Sameer Ketkar

self

Missouri City, TX

This bill seeks to prevent American citizens from voting.  It is a Jim Crow-style voter suppression bill.  Texans deserve to pick their politicians, not the other way around. This is a bad deal for Texans and for America.  The bill was written in bad faith, and is blatantly undemocratic.

Raymond Morrow

Self

San Antonio, TX

I do not believe any bill designed to prevent anyone legally eligible in the US to vote from voting should be considered and/or passed. Reducing access to items such as ballot boxes, limiting voting hours to times certain voters cannot hope to vote within due to the need to work, and removing power from those trusted to oversee our election in a non-partisan way is NOT a way to promote election integrity or security. Instead, this is an attempt to prevent the turnout of our voters and to hear what our citizens are saying.

Aliysa Patel

Self - non-profit professional

Dallas, TX, TX

OPPOSED TO SB1!! Let the people vote. There is no significant evidence of voter fraud, no need to create more barriers to systemically disenfranchised people who want to exercise their constitutional rights to vote in a free and fair election! Stop legislating your way to voter suppression!!!

Katherine Moore

Self

Denton, TX

This bill is obviously voter suppression. Republicans know that won't keep winning unless they cheat. That's what this bill is—Republicans cheating. And they know it. And we know it too. This bill must be stopped. We need to make it easier for people to legally vote. This bill makes it harder for people to legally vote by banning drive thru voting and placing restrictions on how to obtain a mail in ballot as well as the reduced voting hours on early voting. None of this prevents voter fraud. All it does is make legal voting more difficult. This is voter suppression.

Jaime Guerra

Self

Houston, TX

Printed on: August 30, 2021 11:32 AM

We do not need any of this. It's 2021 , voting should be as easy as picking up groceries at the curbside. Easier and faster. Stop making up things and let people vote which ever way they want. No data backs up that voting is not secure in our state. Stop this nonsense already .

Kirk Pate

Selfmk

Flatonia, TX

This voter is opposed to SB1.  My standard for a voting/elections bills is to make voter registration easier, make application to vote by mail easier, expand and ease access to polling stations, make voting by mail easier. SB1 does none of these things. SB1 would ration voting via codified suppression measures that make it harder to register to vote, apply to vote by mail, makes voting by maill more difficult, and limits or restricts both open hours and locations. In addition, SB1 also lays the groundwork for "watchers" or politicians to file claims challenging any election result. Vote against SB1.

HOPE HUGHES

SELF - MEDICAL BILLING MANAGER

PARIS, TX

THIS BILL IS VOTER SUPPRESSION ON A CRIMINAL SCALE AND RACIST AT THE VERY LEAST.  TEXAS IS AN EMBARASSMENT AND YOU ARE, IN EFFECT, KILLING DEMOCRACY.

Jacy Warwick

Select...Self, civil engineer

Austin, TX

Strongly opposed to this solution without a problem. We really need you elected officials to focus on the needs of the citizens and not the nonsensical whims of those in power. Stop embarrassing Texans and let all have equal access to vote.

Nora Cubillos, Dr.

Self, physician

San Antonio, TX

I am vehemently opposed to the Texas voter suppression bill.

Grady Young

Self

San Antonio, TX

I am opposed to this bill and the blatant lies GOP is making In regards to past election. I believe we need to make voting more equitable and more available to Texans by expanding availability/hours/access vs the opposite.

If we want to pass voter ID Laws let's make an ID Drive to get individuals identification. Overall let's make access to voting easier in Texas

Skyler Korgel

Self, Manufacturing Engineer

Weatherford, TX

Printed on: August 30, 2021 11:32 AM

I urge the committee to not report SB 1 favorably out of committee.

The provisions in this bill would severely limit the ability for my local election officials to someday make accommodations for me as a night shift worker to access the polls at a reasonable time for my schedule during an election by banning 24-hour voting opportunities implemented by county election officials.

Likewise, the severe limiting of accessibility to and heightened scrutiny criteria for mail ballots is unwarranted for a state with negligible, nearly nonexistent ballot fraud. Not even to mention the ridiculous level of liberty poll "watchers" would be given to harass voters should this bill pass.

Again, please DO NOT pass this bill out of committee, Calenders, or out of the House.

Kristin Torres

Self

Houston, TX


The will of the people isn't actually being heard and fabrications of truths and prejudices are all that is being supported by the representatives in favor of this bill. If all men are created equal then all men should be allowed to vote. Period.

By citing untruths and using fear as a tactic to encourage suppression of anyone's voting rights, you are not upholding the actual values of this country. You should be helping all citizens whether they support your political party or not to exercise their vote, not make it harder if you deem their needs or methods unsatisfactory to your ways. Not all citizens fit inside the same box.

Scott Sment

Myself

Frisco, TX


This is a waste of your time and our dollars. You are not fixing a problem. You are creating barriers to voting.
Please vote against this bill.

Amatullah Contractor, Deputy Director

Emgage Action

Katy, TX


This bill suppresses voters and criminalizes innocent mistakes in the name of "election integrity." I, like most Texans, am opposed to this bill as it deters my access to free and fair elections. I urge all Senators to vote "no" on this bill.

Rudy Lopez

self

Dallas, TX


As a native Texan, I am opposed to this bill and any future bill that implements new rules which makes it harder forTexans to vote, suppresses voters,, or in any way allows for redistricting to provide an unfair advantage for one party to maintain control of our state government. Democracy demands it. We need laws that encourage more voter participation,  not less.

Daniel Rowe

self

Austin, TX


I am against this bill. It's clearly voter suppression.


Printed on: August 30, 2021 11:32 AM

DeAne Cole

Self

Flower Mound, TX

Strongly oppose

Karen Landes

Self - retired

Sachse, TX

Voting should be expanded not reduced. We need more ability for mail in voting, expanded hours, more voting locations & drop off points, NO poll watcher intimidation & more realistic accepted voter Id. Voter fraud is not a problem in TX but suppressing votes is. Do not pass SB 1.

jeff cohen

self,retired

Pflugerville, TX

i am opposed to the house passing SB1. its nothing more than a transparent attempt to make voting harder among minorities. The legislature should be expanding voting not making it harder. This bill is nothing more than an attempt to keep certain people who dont vote the way the epublicans want from voting.

Jason Portier

Self

Lewisville, TX

I oppose this legislation. It should be seamless and easier to vote, not harder. There is absolutely no reason to pass this.

Galilea Gaytan

Self

Austin, TX

I oppose this bill

Peter Washburn

Self Scientist

Seabrook, TX

I oppose this bill

Joseph Rollins

Self Architect

Wimberley, TX

The lege should be making it easier to vote. There was no fraud in the last election. Measures to "prevent fraud" are misplaced. Voting by mail, by car, all-night access, should be allowed and encouraged in locations where local officials deem them

Printed on: August 30, 2021 11:32 AM

necessary. Polling locations should be increased, not decreased.

Monica Reveles

Self

Austin, TX

Senate Bill 1 is a regressive step back in the direction of Jim Crow. Vote "No" on SB 1.

S May

Self

Houston, TX

The racist voter suppression in SB1 is an affront to democracy. It has nothing to do with "voter fraud," and everything to do with perpetuating the lies of a failed presidential candidate. The restrictions are deliberately skewed to disproportionally affect and disenfranchise Black voters.

Kirk Pate

Self

Flatonia, TX

Perceptions of voter fraud must not be the standard for supporting voter suppression measures.  Perceptions are virtually always delusions, not reality. Vote agaist SB1.

Andrea Pelzel

Self/Teacher

Dallas, TX

Please do not support SB 1! I believe we have integrity in our elections. I have seen no proof of fraud that would necessitate these bills becoming laws. Our poll workers are basically volunteers to help as many people vote as possible. Stop making "outside of the box" voting opportunities criminal. If you worked all might, you might need a 5am chance to vote!  Voting should be available to everyone with the same level of ease as a person in a neighborhood like Plano. This bill will disproportionally affect ballots of people of color. They deserve to be heard even if you don't like it!
Please do not support SB1!

JoAnn Brent

Self retired

Plano, TX

Please continue to allow drive thru voting. If done with a voter ID it would help many elderly, like myself, who cannot stand for long periods of time.

Martin Hobratschk

Self - project manager

Austin, TX

This is an unnecessary bill that only serves to perpetuate Trump's big lie. Nothing you are proposing makes elections any more secure than they were in 2020 or before. Your time would be better served making it easier for every eligible voter to register, and

Printed on: August 30, 2021 11:32 AM

easier for everyone to vote.

Jason Huff

Self

Denton, TX

This is a blatant and cynical attempt by Republicans to disenfranchise those who need the franchise most. A vote for this bill is a vote against democracy.

Chauncy Nichols

Self Technical

Houston, TX

Laws that restrict flexibility in allowing Texans to vote are no more than partisan plots to reduce the amount of Texans who can vote. Stopping creative endeavors like Harris county's innovative drive-thru voting which allows busy parents to vote while not having to entertain their children for more than an hour in a busy line belies the motives of Texas Republicans and they goal that only those that THEY deem worthy are given access to the ballot box. If the legislature truly wanted to protect voting rights in this state, they would expand access, making it easy for modern, busy Texans to make their voices heard. From the working mother of 3 kids under 5, to the bartender who works until 3 or 4 am and must sleep at some point in the day.  We are a diverse state and catering to norms that do not allow us to grow with the world and govern ourselves accordingly will never be the right thing to do. Down with this law and Texas Republican naked power grabs.

Kelly Wilkerson

Self/medical librarian

Richmond, TX

Voting should be made easier not harder. Making it hard is not democratic, and is very prejudice.

Lynn Porfirio

Self

Friendswood, TX

As a Harris county resident, I oppose the restrictions being placed on expanded access to the polls. Improvements in access made during the pandemic should be expanded across the state rather than increasing limits in densely populated areas.

I also oppose partisan poll watchers. This reeks of voter intimidation and given our political climate will decrease safety of voters looking to exercise their constitutional right.

Thank you for voting NO.

Zoltan Csanyi

self

Mission, TX

I am against the passage of this bill. I don't want people hovering over me when I vote or watching me when I vote. A secret ballot is sacred. I want available curbside voting for those with disabilities.  I am against someone coming up with trumped up charges of voter fraud without due process.

Robert Yewens

Printed on: August 30, 2021 11:32 AM

Self/Veteran

Houston, TX

I am against SB 1.

As a Texan, as a veteran of the Armed Forces and as a voter, I believe it is my duty to implore you, my fellow Texans, those that have been elected to represent the millions of us who call this great state our home, to vote "No," on SB 1.

The bill claims to shore up election integrity and prevent fraud across the state. At best this claim is a gross misinterpretation of the supposed fraud that happened during the 2020 presidential election, at its very worst however, this bill is an outright lie and a malicious endeavor to infringe upon the right of voters by those that are afraid of losing power. I served for this country and as a veteran, while we do not get to pick and choose the parts that we fight for, we all stood up to defend democracy at home and abroad and I would as you all to do the same, here and now. I beg you all, as a fellow Texan, as a fellow voter, do not vote for this bill.

Roger Williams

Self

Houston, TX

Fraud has been almost non existent in all past elections. Election bills should only be trying to help people to vote and not prescribe disenfranchising mechanisms to limit voting. Elected leaders should be working for all people, and not just who they agree with.

Robert Merrill

self, investment banking

Dallas, TX

This bill is bunk.  Stop trying to make it harder to vote.

Ana Mac Naught

self

Houston, TX

In a true democracy, we should make it easier for everyone to vote, not the other way around. This bill does the complete opposite. it makes it harder for people that already have multiple challenges to get to participate in voting. Vote NO on SB1.

Kelly Canavan

Self

Austin, TX

I object to this bill because of the ban on drive-thru voting, the reduction of hours that voting is available, the ban on mail-in voting, and the stricter ID requirements. There is no evidence that wide-spread fraud invalidated any elections in this state or nationwide. All this bill does it make it more difficult for eligible voters to vote.  It is shameful.

Janice Morrow

Self

Pearland, TX

Election integrity CANNOT be defined by one party!

Printed on: August 30, 2021 11:32 AM

Pamela Cherry

Self - homemaker

Forney, TX

I adamantly oppose this bill.  It is unconstitutional and I hope it is overturned if passed. Stupidity at its finest.

Jennifer Colvin

self

Kerrville, TX

I hope you will pass this bill and keep our election process above reproach, clean, with clear guidelines for voters.

Kathryn White

Self/not employed

The colony, TX

Limiting legal registered voters by any means and denying locations and ways to vote that ate now available to the voters is nothing more then voting suppression. It will ensure only one political side gets votes.  Everyone who is registered has a RIGHT to do so free of obstacles set forth by those who feel they would lose without them in place.  I VOTE NO for voter suppression due to race,location, financial or party status!  I VOTE NO TO THIS BILL. There is only fraud in voting when a political side loses and says there was fraud!

A G Randol III, Dr

Self

Houston, TX

I strongly support the proposed enhancements in SB1 to improve vote integrity in Texas.

The golden rule that must be followed: Trust but Verify.

It's not an issue of whether there is wide-spread fraud...any fraud is UNACCEPTABLE.

Having my vote cancelled by fraud is unacceptable. PERIOD.

Harris County needs to be constrained in its attempt to enable illegals to vote. The situation is becoming even worst with the Biden Catastrophe at our border with Mexico.
There have been at least 1 million illegal crossings so far. The number of unaccounted for "got aways" could be another 500,000.
The total for 2021 is expected to be 2 million.
The total in 2022 could exceed the 2021 illegal crossings.

The Biden Administration will not tell us where these illegals have been deposited. Houston is one of the ideal locations for illegals.

We do not know how many illegals voted in Harris County because of the 24 hour drive by voting and mail in ballots. We need a full forensic audit of Harris County voting to get the data.

The standards that must be met:

1. In-person voting should be the rule, not the exception.

Printed on: August 30, 2021 11:32 AM

2. No public official should ever distribute unrequested vote-by-mail applications. Violators should be severely punished.

3. The requirements for voting by mail must be consistent with in-person voting, including proof of identity at the time of voting including a picture and a validated signature.

4. Vote harvesting should not be allowed and individuals should be fined for violations.

5. Voter rolls should be routinely purged of illegal voters with publicly available lists of the voters that were purged. This purging should begin ASAP with a pre-2020 roll to a post-2020 roll comparison.

6. Poll watchers must have true access to observe the voting process and violations must be reported in real time with immediate response by authorities to correct the situation, including arrests.

DAVID CHEATHAM

self -retired attorney

Fort Worth, TX


Review after review, recount after recount, have shown that widespread fraud is not a real issue, but rather, one manufactured for political gain.  As a disabled person, the options that will allow me to easily vote should be expanded, not curtailed.

P Sherman

Myself

COPPELL, TX


I strongly oppose. I'm begging you to please protect the voting rights of all my fellow Texans. We deserve much better representation! OPPOSE!
OPPOSE OPPOSE OPPOSE!!!

John Jones

Self

Red Oak, TX


I love my country and state but our state government is trying to pass voter suppression laws to purposely keep this state red. We have already had a few state reps admit on a hidden camera that their objective isn't about voting integrity but more about making sure they stay in office. If they're really concerned about voter fraud they would remove themselves from office. This bill is a joke to every Texan and American. I refuse to sit back and let greedy people steal the votes from the great people of Texas. Stop the steal and vote no on this bill or better yet just throw it out.

Tracy Traeger

Oracle

Round Rock, TX


I do not support SB 1 - this bill undermines the ability of Texans to vote, using unnecessary limitations. Please do not pass this bill.

Beverly Clapp

Self

Lubbock, TX


Printed on: August 30, 2021 11:32 AM

We who are disabled wheather it is medical or physically must be able to have our voices heard in elections. Being able to vote by mail or by car protects us from either getting sick or falling. Please protect the right to vote! Please don't make it so that only healthy people can exercise their right to a free and fair election.

Emily Ammons

Self

Fresno, TX

I oppose SB1 wholeheartedly because the entire premise of this bill is based on the big lie perpetrated by republicans after Donald Trump's 2020 election loss. I additionally oppose the bill's ability to allow for voter intimidation by partisan poll watchers and control it takes from local officials to conduct elections in the manner that works best for their district.

But more than anything, this bill is based solely on a lie.

John Pruit

self

Nacogdoches, TX

This is an unnecessary voter suppression bill aimed at solving a non-existent problem (voter fraud). This will disproportionately and negatively affect all voters, especially racial and ethnicity minority voters. To say that this is a racist bill is an understatement. SB 1 should not be passed under any circumstances.

Sarah Thomas

Self

Liberty Hill, TX

We should be making voting easier and more accessible, the amount of true fraud is miniscule and this will only hurt Texan's rights to vote.

Kimbra Brown

Self/Senior GM

Dallas, TX

I am against infringing on anyone's right to vote. We need to be opening voting to all for mail in ballots and also extending the early voting days and times to allow those that don't work standard 8-5 work hours. I have not seen any evidence that voter fraud is a wide spread issue. This is just a fear tactic to put out to an uneducated Republican base.

Olga Rivera Lasher

Speaking for myself

Austin, TX

I am offended that Legislators and misinformed activists continue to use me (a minority) to make false statements, lie about what is contained in this bill.  Minority voters WILL NOT be suppressed nor disenfranchised by SB1. Contrary to those who oppose the bill, minorities CAN think for themselves.  They can get an ID and get to the poles.  However, it would be disingenuous of me to say that this bill will not disenfranchise some, because it will.  It will disenfranchise those who cheat by voting more than once and those counties that claim this does not happen.  It is absolutely mind boggling how anyone could not get behind SB1 knowing it is meant to prevent their vote from being cancelled out by cheaters.

Printed on: August 30, 2021 11:32 AM

Roger Rucker

Self - Construction estimator

Austin, TX

I want to voice my opposition to this bill. There is no evidence of widespread voter fraud in Texas. This is a bill that will only make it harder for people to vote. You should be working on our power grid instead of partisan legislation to secure your elected position. Quit lying to Texans and fix things that are really broken.

Nancy Jensen, Mrs

Self, newly retired peofessional

Plano, TX

As a constituent, I am very upset about all of the election related bills which to me are absolute nonsense and are designed  solely to benefit the Republican parties goals, not your constituents. I am now a FORMER republican exactly because of GOP bills designed to restrict the rights of Texans. I am not waving a Trump flag or going to rallies, I am part of a  large silent majority of disgusted Texans who will go to the polls and give time and money to see that new political leaders take over who respect the intellect and common sense of their constituents.

Bronson Parker

self

Dripping springs, TX

This is a sham bill.

Cyndi Long

Self, self-employed business owner

Dallas, TX

This is a terrible bill. We should be making it easier to vote, not harder.

Lara Afifi, Ms

Self

Houston, TX

I do not support making it harder to vote in Harris county

Lauren Bryant

Self

Houston, TX

Reducing Texans ability to vote safely and timely is voter suppression. It's been made very clear to Texans that the goal of this bill is to limit votes and voters not improve integrity and security.

Vivian Miller

myself

Texas, TX

Printed on: August 30, 2021 11:32 AM

Vote no.There was no fraud that interfered with the election.

Paul Sears

self

Lewisville, TX

we have save and secure voting already in texas. this is a waste of time and money.

Sean Hall

Self

Grapevine, TX

At no point during the processes and debate has it been shown that there is any effective fraud that this bill will prevent. If anything, the measures stipulated in this bill will serve only to restrict Texan's access to voting, limit voting rights, and allow for partisan driven intimidation at polling places. Tactics like this have absolutely no place in a free and democratic society, and fly against the essential rights of citizens. The right of Texans is to be heard in the governance of this state, and this bill will only limit that, under the pretense of solving a non-existent problem.

Megan Gordon

Self, Author

Addison, TX

We can barely get most people to vote in a good year; making it harder simply suppresses the vote, it does not protect it. There has been no evidence of widespread voter fraud,  one or two cases that don't even add up to a handful of votes and cannot sway an election. This is clearly motivated by a desire to keep the WRONG people from voting, meaning the non-white, non-Republican folks. This is a desperate, disgusting, and disingenuous attempt to hold onto power in a country whose complexion is changing. As a Texas voter and taxpayer, I am disgusted and appalled by this.

Sunny Allison

Self - account specialist

Arlington, TX

Against this bill. It is racist and classist. Our elections are safe.

Ralph Manak

self, retired

Austin, TX

I am writing to express my deep opposition to SB 1, which as written is clearly a lever of voter suppression masquerading as having something to do with election integrity. The goal of such a bill is clearly not in the direction of increasing democracy and representation for the will of the people, but rather to ensure a maintenance of power.  If this bill passes, it will be a dark day for democracy in Texas.

Adrienne Kendall

Self

Dripping Springs, TX

Printed on: August 30, 2021 11:32 AM

I oppose this bill. Please stop suppressing votes and Texas voters. It's not right. People should have better access to the ballot. That includes working moms like me. Thank you.

Sean Kavanagh

Self / Account Manager

Fort Worth, TX

I oppose of this bill as it only hurts those that are marginalized by an already gerrymandered system.

Charles Heppner

Self

Austin, TX

Please add automatic voter and day of voting registration.  Additionally, provide funding for more polling places so that no person of any community in the State of Texas ever has to wait more than 1 hour to vote. This can be done.  Also, make voting by mail an option for all.

Bill Knapp

Self, IT executive

Houston, TX

I object to this bill as it is a solution in search of a problem. In 2020, AG Paxton's voter fraud unit logged more than 22,000 man hours and found no evidence of widespread election fraud at any level. AG Paxton also brought a frivolous lawsuit against four other states that not only did SCOTUS refuse to hear but also has him under review by Texas bar association.

This bill is designed to make it harder for residents of Texas' largest cities to vote, especially those of color, by limiting their voting options. For example, the bill seeks to eliminate voting from one's car, limit vote drop boxes to one per county, and reduce voting hours. When the population of Harris County is greater than the combined population of 214 counties in Texas, per 2021 population numbers, how is this approach equitable to all Texas citizens?

For these reasons, and many more, I urge the House members to vote NO on this bill.

Evelyn Van Winkle

Self

Corpus Christi, TX

I'm 74, US born, USArmy veteran. Don't make it difficult or impossible for me to vote from home

Sara Schultz

Self

Copperas Cove, TX

I am against any provisions that would make voting difficult for any Texan.

Jennifer Witt

Self, physical therapist

Grand Prairie, TX

Printed on: August 30, 2021 11:32 AM

All of you that are supporting this bill know that voter fraud in TX does not exist on any level that necessitates the legislation. It is purely to make it harder to vote, further marginalizing voters who already have challenges to voting. Stop this nonsense and work on things that matter to the well being of Texans, like fixing the energy grid and helping people cope with the effects of Covid and other major health issues.

Javier Campos

Mirabella HOA

San Antonio, TX

I am Against this voter suppression bill

Laura McGrew, Mrs.

self - Communications Manager, religious non-profit

San Antonio, TX

My name is Laura McGrew (zipcode - 78216). As a Texas voter, I oppose Senate Bill 1 and ask that all Texas elected representatives vote against it. Voting access is already harder in Texas than anywhere else in the nation. Our legislature should be working with local towns and cities to make access to voting easier, not harder. Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents. Please vote NO on SB 1!

Amber Mills

MOVE Texas

Austin, TX

MOVE Texas Civic Fund is one of the largest youth voter registration organizations in the country. Every day our organizers overcome regulatory barriers enacted previously like fragmentary voter registration deputization laws, wet signature requirements, and voter ID requirements to get young Texans registered to vote. We have been able to bring in hundreds of thousands of voters into our democracy in spite of the obstacles present in the election code and this bill would make it even harder by adding even more obstacles.

SB 1 directly threatens civic engagement and voter turnout in Texas. The provisions to ban drive through and late night voting, to increase risks associated with assisting voters, and to empower partisan poll workers while limiting election officials ability to do their jobs, will only discourage participation. When young people, low income, and communities of color already struggle navigating a confusing and intimidating process and you add even more barriers, what do you think will happen?  We will go back on the record turnout we had in 2020 and remain ranked nearly last. It is opposite of who we are as MOVE and what we should strive for as Texans.

Texas is already the hardest state to vote in. We do not need to make it harder. I urge this committee to help build a civic culture and to listen to the stories of volunteers and advocates on the ground day in and day out who see and hear about the difficulties voters face. I urge this committee to listen to the dozens of county elections officials who we partner with, rather than target their local innovations. And to listen to the hundreds of Texans who have traveled from across the state to show their opposition, who overwhelmingly and simply want to be able to vote without having to miss work or class, wait in long lines, or be scared of criminal charges for assisting their neighbor or friend.

Our democracy is dependent on healthy participation. Legislators on both sides should be expanding the right to vote, not restricting it or increasing the burdens on eligible voters.

MOVE will continue breaking down barriers for complicated processes for young people and other marginalized voters who want and deserve to be engaged. Just because the systems were not built with us in mind and you are trying to further impose restrictions to keep us out, does not mean that we will be discouraged or stop showing up. Democracy only works when it

includes all of us. Protect and expand our right to vote. Vote no on SB 1.

Abigail Duarte

Self

Houston, TX

I strongly oppose to this bill. It goes against our rights as voters. OPPOSED

Patricia Tollison, Dr.

Self Psychologist/Writer/Affiliate Faculty UT Med.

Austin, TX

Texas has a recent history of free and fair elections .There is no substantial reason for making voting more difficult. I am one hundred percent against this legislative solution to a non problem.

Lindsey Lacombe

Houston Heights High School teacher

HOUSTON, TX

I am opposed to this bill because it limits voting opportunities for all Texans.

Kate Johnson

Self

Haslet, TX

I am writing in opposition to SB 1.

I'm an election judge, Voter Deputy Registrar, and Precinct Chair and I have concerns about some of the context in this bill.

First of all, as an election judge in Tarrant County, I believe we already have a secure election process and I'm not aware of any significant voter fraud within our county, let alone the state.

The election equipment is quite secure because none of the machines, except for the epollbook, is connected to the internet.  Poll workers go through training on the equipment, and within the 15-16 hour day on election days, we have a lot of processes and paperwork to follow/fill out to ensure a secure election.  Most voters and poll watchers are NOT trained in these processes.  I'm concerned with the expanding "rights" of poll watchers wrecking havoc on the voter process because of bad assumptions that something nefarious is going on when they don't know the process.

For example, many voters ask why there is a red mark on their ballot, and think this is something nefarious. It is not, it is a rule that the Presiding Judge has to sign every ballot with a red ink pen.  If we are going to have poll watchers intimidating voters, will they be trained in the process so they know what is a legitimate concern and what is not?

I'm also concerned because while we are adding more voting restrictions, what are we doing to increase voter education.  During the November 2020 election, I had many voters come in convinced they were registered, but they were not.  Several women were adamant that they submitted a voter registration form through SNAP or WIC but they were not in the ePollBook as a registered voter.  I had a woman in tears when I told her that.  There were enough examples of this that I wondered if there was a communication or interface issue between these programs and the county elections office where they are not actually getting registered.

I believe that not only should we be making voting easier and more accessible, within the parameters of our secure election

Printed on: August 30, 2021 11:32 AM

equipment and processes to ensure a secure election, but we should also increase voter education. We should also have online voter registration, or even automatic voter registration where you can opt out.

Thank you again for fighting this fight. I think this bill, if we are going to pass another voting bill even though we already have some of the strictest voting requirements in the country, we need to have more dialogue on it and make it purposeful and meaningful to the voters in Texas, and not just a solution in search of a problem.

Thank you.
Kate Johnson
Fort Worth, TX

Cindy Anderson

Self. Retired RN

Dallas, TX

Texas makes it difficult for many people to vote. We should make it easier- that is the entire point of a democracy. If you have to cheat to win you are not serving the people. You are serving yourselves.
Persecuting the people who volunteer to help with the voting process is just wrong. Please work with the Democrats to come up with a bill that is fair to everyone.

Wanda Medling

Self

Dallas, TX

This bill is nothing more than a knee-jerk reaction by Republicans to their defeat in the 2020 presidential election. They claim its for election integrity while we had the most secure election in history. If the election was full of fraud, as they claim, then why would Abbott have been re-elected? No one would have chosen him if the election was stolen by democrats.

The right to vote is fundamental to a functioning democracy. The right to not be intimidated (by partisan poll- watchers) is fundamental to free and fair elections. Extending voting hours, mail-in voting and curbside voting drastically improved the ability for handicapped and low wage earners (who aren't given time off to vote) to cast their ballot. Limiting those options, as this bill does, is a blatant attempt by the Republican party to stifle the voices and disenfranchise the voters who are least likely to support/vote for them.

For the sake of functioning democracy, vote no on SB1.

Peter Ryder, Dr.

Self

Austin, TX

This null should be defeated. It is attempting to implement voter suppression policy under the demonstrably false predicate that there was fraud in the last election.

Shelia Martinez

Self

Sachse, TX

I oppose this bill and the obvious attempts to suppress votes.

Jenny Stern

Printed on: August 30, 2021 11:32 AM

Self

Austin, TX

I strongly oppose this bill, whose purpose is to decrease Democratic and minority voter turnout, and thus continue Republican control of Texas by the only way they can achieve it- by suppressing voters they don't want voting. It is anti-democratic and shameful.

Adam Greenfield

Self

Ft Worth, TX

Still unclear on why we have a solution looking for a problem as COVID ravages the state and our energy grid has been exploited.   This legislation is not designed to secure the vote, it's a plan to restrict the vote

dave bacon

self

Cedar Park, TX

STOP TRYING TO SUPPRESS THE VOTE!

Jason Millikan

self

Benbrook, TX

Please amend SB1 (https://capitol.texas.gov/tlodocs/871/billtext/pdf/SB00001I.pdf) to include HB26 (https://legiscan.com/TX/text/HB26/id/2427547/Texas-2021-HB26-Introduced.html). The foundation of our republic  is our ability to vote and to audit every aspect of the voting process to ensure there was no fraud, and the people have been obeyed by government. SB1 is a great start to preventing future fraud in elections, but the elections of November 3rd, 2020 must be forensically audited. If any fraud is found, or the chain of custody found to be broken at any point, the election must be considered corrupt and be remedied immediately. A fraudulent election does NOT have the consent of the governed. Again, please amend SB1 to include HB26 so that we may expedite a full audit of our election. Let me be clear - this is not a partisan issue. This is vital to our republic. We cannot let the people lose the ability to verify that their leaders were chosen fairly, no matter who those leaders may currently be.

Kathy Harold

Self

HOUSTON, TX

This bill is a travesty. This bill is aimed at reducing voting turnout. As a Republican, I am angry at the direction that this state is going in. This bill, the heartbeat bill, open carry, are all openly hostile bills, with people of color paying the highest cost. I am a 58 year old woman that voted straight ticket republican for decades. I will never vote for another hypocritical Texas republican again.

Avery Lesher

Self, teacher

Aubrey, TX

Contrary to popular Republican outcry, voter fraud is actually not a significant issue in the state of Texas. The ability to vote by

mail, access to polling stations at all times of the day/night, and easy voter registration are the actual concerns. This bill aims to make it harder to vote and will have significant impact on minorities and low SES communities. The ability to vote belongs to every citizen, and taking hat away mutes the voices of thousands. What's being called a fight for "election integrity" is actually nothing but a grab at silencing the majority and keeping power.

Sampey Hoffman

Self

Sugar Land, TX

All of the issues being brought forward are the most ridiculous issues to bring forward. We have other extremely important issues to fix. For one our power grid needs to be updated, our education system is horrendously behind and way too restrictive for teachers. All of these issues being brought by the Republican Party are only geared towards fear mongering. The Republicans in office are not doing their jobs as elected officials. The claim fraud when none is found. they claim social media censorship, but also spread lies themselves. This whole thing going on in the Texas Congress is just pathetic and pointless. Fix the real issues or we will vote for people that will.

Laura M Lee

Self / Consultant

Austin, TX

I am against this bill. Voting should be easier, not harder. Election day should be a holiday and there should be mail-in voting.

Donna Herod
self

Lewisville, TX

 OPPOSE

Sheri Hughes

Self

Grandview, TX

We have very little "voter fraud" in Texas and many of that small number are honest mistakes. We do not need to punish innocent people more than what we already in place. Texas has very strong voting laws! Spend  your time on matters that will help Texans!

Susan Korbel, Dr.

Bexar County Precinct 3067

San Antonio, TX

Elections so far have been certified, and by sitting in your seats, all of you considering changes have approved of the process that elected you.  We do NOT need changes set forth in SB 1 which will impede the election process, intimidate voters, and make the jobs of the hardworking elections staff so much harder.  As a former elections judge and present Precinct Chair, I am personally aware of attempts by individuals to intimidate voters at a polling site, and SECTION 3.03  33.056 allows poll watchers to violate voters' personal space.

Donna Schmidt

Self, teacher

Farmers Branch, TX
Printed on: August 30, 2021 11:32 AM

OPPOSE

Stephanie Kirby

Self - Regional Manager for Forensics Company

Sunnyvale, TX

This is completely unnecessary and puts undue burden on the constituents of Texas. We already have secure elections in the state, and this attempt looks to be designed only to pander to the the former president's supporters and those who believe that somehow the election was "stolen".  Its all based on lies. Why not spend this time and money on fixing our grid so the next time we have extreme weather we don't look like a bunch of morons down here. Or perhaps we could get a grip on the raging pandemic!  For all the big talk you guys like to do about how great we are, we sure have a lot of REAL problems to address, not these make believe, non existent issues, like election fraud.

Suzanne Davis Hall

Representing all people who want to preserve democracy

Montgomery, TX

Please…..do not support this bill   Shame on you if you do.

Vincent Chihak

self

Bryan, TX

Our family is deeply disappointed in this transparent attempt by Texas Republicans to suppress voting by promoting the ill-conceived punitive punishments in this bill for a voter fraud problem that doesn't exist.

https://www.houstonchronicle.com/politics/texas/article/Fact-checking-Texas-lawmaker-s-claim-of-400-16095858.php

Ciara Collins, Mrs.

Self, Designer/Photographer

Austin, TX

Please do not take away voting for the disenfranchised communities in Texas. Please allow those that can vote the opportunities to do so without hassle and distance. Please uphold our democracy. Please uphold humanity by giving them the opportunity to vote for the candidates (on all sides) they can see representing them. Please listen to the public comments. Please listen to the disabled, the poor and indigent, and the minority communities. Please.

Ashley Palmer

Self

Flower Mound, TX

It's not election integrity. This is voter suppression

Bobby Oliver

Self

Flower Mound, TX

Printed on: August 30, 2021 11:32 AM

Please refuse to support the unwarranted voter suppression and anti-democratic legislation to further restrict the franchise and voter participation in Texas!

Debbie Boatright

Myself

Austin, TX

I'm against this bill. It makes voting harder. That is not how it should be.

Kim Gale

Self

Magnolia, TX

I oppose.

Carl Polk

Myself, a Texan

Dallas, TX

I am against SB 1 which I find as one of the worst voter suppression laws in our country. Texas already holds the award for being the most difficult of the 50 states to vote. Why are you not more focused on working to resolve our power grid issues or protecting Texans from COVID 19 rather than allowing the Governor to make it even harder for people to stay safe in our state. Please do not pass SB 1. And please instead focus on things that really impact Texans.

Thomas Moran

Self

Kaufman, TX

Each of you need to read the constitution and know that in our Democracy, every citizen deserves the right to vote regardless of their race, creed or national origin. Damn you Texas GOP for even bringing this bill up for vote in the first place. Get over for the fact your obese orange Baffin lost the election snd stop trying to limit the rights of others to fulfill your agenda. You all should be ashamed of yourselves.

Torrie VanOs

myself

Stonewall, TX

I support improved safeguards to election integrity in Texas. Clearly we have a problem with voter fraud here in Texas: there are more than 500 election fraud cases pending in Texas, and Rachel Rodriguez admitted to convincing voters to change their ballots, including elderly citizens.

herb krasner

retired - none

spicewood, TX

With regard to voting hours, the committee argued that 15 hours of in person voting per day is sufficient. And they assert that is actually an expansion of voter access, since many jurisdictions are said to only use 7am-7pm hours now. Even if I buy that

Printed on: August 30, 2021 11:32 AM

argument, I still do not understand why you would want to restrict hours to exactly after 6am or before 9pm for all jurisdictions by law.  Is it not possible that some jurisdictions under some local conditions might want to implement voting hours before 6am or after 9pm? Why would you want to take that decision away from local election officials?  Please explain why this aspect of the bill is necessary.

Cheryl Lapaso

Self retired

Kyle, TX

This is a non-issue except for political gain. Stop it and do the work we elected you to do.

Colleen Casey

Self. Distribution Manager, Half Price Books

Hurst, TX

It's an outrage to prevent and limit a citizen's right to vote.

Laura Derrick

self

AUSTIN, TX

I oppose SB 1 in its entirety. It is voter suppression at its worst.

Walter Simmons

Self/Retired

Houston, TX

Oppose this bill

Alan Gilchrist

Self, currently unemployed

Georgetown, TX

This is not who we are! This bill is a danger to our system of government, and will adversely affect the every aspect of Texan's lives.

Melody Morales-Banks

Self dispatcher

Lubbock, TX

Our elections are as safe as they can be. Anymore is nothing more than voter suppression. This bill is clearly designed to keep people of color from voting freely and easily. Voting is a fundamental right for each American.

Rachel Roberts

self

Fort Worth, TX

Printed on: August 30, 2021 11:32 AM

Like so many Texas residents, I am opposed to SB1 and urge the legislature to vote against.

Heather Hansen

Self, Consultant

Austin, TX

Our elections are safe and this bill is a sham to restrict voting. There is no evidence of fraudulent election activity in this state. This is a blatant effort to restrict voting.

Alicia Birdwell

Self - Editor

Allen, TX

Please don't make it harder to vote. If there was no voter fraud in Texas, there is no reason to tighten Texas' already-stringent voting rules. If you have proper ID, you should not have to jump through hoops to vote. Remember, you are punishing Republican voters too for something that hasn't happened.

Lynn Attridge

Self

Lake Worth, TX

I write to speak in strong opposition to SB1 as it is, in my opinion, a voter suppression bill that limits access to voting for the elderly, disabled, people of color, and students, particularly in the major metropolitan areas, such as Houston, Austin, Dallas/Fort Worth, San Antonio, El Paso, Amarillo, etc.

Texas voters should have accessibility to vote in any form, including drop boxes and mail in ballots and any other means to encourage voter participation without unnecessary encumbrance.

Voters should also be afforded to vote without the intimidation of partisan poll watchers.

 Election officials, poll workers and voters should also not be forced to undergo the same intimidation of partisan poll watchers or threats of imprisonment for simple rectifiable mistakes and/or confusion of instructions or changes in handwriting ability.

 This bill is being offered as an "election integrity" bill when it clearly is NOT! It is simply a means for a partisan power grab in a state where NO election fraud was found in the 2020 election and was certified by the Secretary of State as an election that was free of any fraud.

The Tx Republican controlled legislature is simply trying to invent a solution for an imaginary "problem" that is based upon a blatant NATIONAL LIE perpetrated by the Republican party to foment distrust and confusion in our American electoral process.

I also believe that an investigation should be called for to find who who provided the boilerplate for the language of this bill, as it has become clear that Senator Hughes had assistance from an organization that has been providing the boilerplate language for multi-state attempts at suppressing the voting process across Republican controlled states.

For all if these reasons and more, I am in strong opposition to SB-1!

Lisa Hawker

self - engineer

Bellaire, TX

Printed on: August 30, 2021 11:32 AM

Texas should be honoring the intent of our constitution by making sure every Texas resident and citizen has equal and easy access to vote. SB 1 does not do this. Texas is already the hardest state to vote in, why is there any effort being put into making it harder and more dangerous for poll workers? I have lived many places, and Texas is disgraceful in how hard it is to vote. What problem is being fixed? There is no wide spread voter fraud. Existing systems have been working to protect the integrity of elections. Please don't disenfranchise those who work during voter hours, don't have transportation, can't wait in long lines or move close to election day. Why can't Texas figure out how other states are able to make voting easy and secure for everyone? Why do we have to be such a backward state? I want to be a proud Texas. This bill is preventing that.

Steven Rempert

Self - Stay at home dad

San Antonio, TX

I refuse to support this obvious attempt at suppression under the guise of election security. Provide actual proof of voting fraud that impacted elections or just admit it's the same as your gerrymandering to keep republicans in control.

Becky Kelly

Myself

Livingston, TX

Do not pass this bill. Voter fraud is virtually non-existent and you are simply attempting to suppress our vote.

Laura Shea

Self

Grapevine, TX

I oppose this bill based on the fact voter fraud does not exist per my State Representative. This bill will make it harder to vote, which is not Democratic. The voting machines require integrity, not the right to vote itself.

Irma Salas

Self/Former Executive & Consultant 4 Health, Ed., Social & Arts

El Paso, TX

You have the righteous power! Use it! Provide comprehensive safeguards for all voters and ensure full transparency to restore faith in our Texas elections.

Kevin Higgins

My fellow citizens

Kingwood, TX

Please add automatic voter and day of voting registration.  Additionally, provide funding for more polling places so that no person of any community in the State of Texas ever has to wait more than 1 hour to vote. This can be done.  Also, make voting by mail an option for all.

Sarah Medford

Self

Jarrell, TX

Printed on: August 30, 2021 11:32 AM

We need Full Forensic Audits of our Texas elections!

Steven Schmidt

Self/business manager

Granbury, TX

Very much opposed to these efforts to suppress voting in our State.

Tushneem Dharmagadda

Self - CEO

Round Rock, TX

I oppose the provisions in this law which make it harder for people to vote. Instead why don't you make the election day a state holiday so everyone can participate.

Abigail Moody

Self, graduate student

Bryan, TX

I strongly oppose SB 1 and would hate to see it passed. Texas is a state that claims to champion local authority over federal authority, so I believe it is hypocritical of the state legislature to try determine what is appropriate for local municipalities who know their situations best. By outlawing successful polling strategies implemented during 2020, such as 24 hour voting and drive through voting, this bill would make it harder for Texas' working class citizens and single parents to make it to the polls. I also believe that applications for mail-in voting should be freely distributed without request as this would make more voters aware of upcoming elections and help them to not miss important application deadlines, but this bill would not allow for that either. While these provisions are meant to eliminate voter fraud and increase election security, there is no evidence that the processes of 24 hour voting, drive through voting, or distributing mail-in voting applications have done anything to increase voter fraud. A lack of election security has not been shown to be a real issue, and all this bill would actually do is limit voters' access to the polls.

Lauren Grace

Self

Round Rock, TX

We need to make voting MORE accessible to Texans, not less.

David Rupert

self

Austin, TX

There wasn't any election fraud. This is purely an act of suppression motivated by race, disability, economic status, and oppression of liberal leaning cities. Let Texas be a free democracy and allow people the right to vote. Encourage systems that allow more Texans to vote. I oppose this bill and its attempts at suppressing people's will and constricting Texans' ability to vote.

Kathryn Pape, RN

Self, Registered Nurse

Houston, TX

Printed on: August 30, 2021 11:32 AM

I am opposed to this bill. I think that it puts unnecessary limits on voting and elections. It will discourage and disenfranchise many Texans from being able to vote.

Bradley Hamlin

Self

San Antonio, TX

I am not interested in these restrictive voter laws that are being presented as a means to protect Texas citizens. It is just more of the same in a long history of voter suppression here in this state so people who have been in power, can stay in power. The voice of the people matter and not just those in rural counties.

Mary Linda Portner

Self

Houston, TX

This bill is an unnecessary response to a problem that does not exist. It is a blatant attempt to suppress minority voting and access and to legitimize  overturning elections unfavorable to the party in power. This bill must fail. Vote NO to SB 1.

Brett Pittman

Self

Dallas, TX

This bill is designed to keep Texas held hostage to the GoP.

They as a whole are terrified of the truth.

That truth is that Texas is standing up to the hate, the fear mongering, and the down right evil shit that the GoP has supported.

I am not saying that Politicians who oppose the GoP in Texas are perfect, or without fault.

But keeping carpetbaggers like Fled Cruz in power by crushing any opposing voice in the state is not the Texas I believe in.

We as a state should be leading this country by a sterling example. We should make voting a mandatory state holiday. Everyone who lives in the state should be automatically registered to vote as soon as they are eligible. We should re-instate the voting rights of non-violent felons.

We have the chance to stand up, and be something that every Texas can be proud of. We have the economic prowess, the population, and resources to be the best damn state in the union, and we are being crippled by Republicans.

So please, as an exhausted, democratic and hopeful Texan is asking you, vote against this bill. All it does is weaken Texas.

The Texas I believe in is not scared of the truth, knows it's faults and is trying to get better, and stands up to help the vulnerable. We're better than what Republicans are trying to make us.

Thank you for your time, and I cannot wait for a time when I can be proud of my state again.

Joy Conolly

SELF

Austin, TX

Printed on: August 30, 2021 11:32 AM

This is NOT for the people,  this is for the
 DEMO-RATS, must be STOPPED!

Patricia Kalthoff, Ms

Self, self employed

Austin, TX

I STRONGLY oppose this bill.  Voting is a right for EVERYONE, and should be expanded rather than restricted. As long as free and fair elections are used as a political football, our democracy is at risk.

Felisberto Dutra

Myself

Austin, TX

I am completely against SB 1, the voter suppression bill! It is an anti-democratic effort to stop people from voting.

Jevere Howell

Self Physician

Bellaire, TX

I believe that we should be making efforts to increase access to voting as the ability to vote for elected officials is a cornerstone of Democracy and this country was specifically founded on that idea. Efforts to limit the ability to vote especially ones that insidiously make it more difficult to vote for certain populations based on demography or social status are damaging to the people of this nation.

Luci Johnson

Self

Austin, TX

In 1965 Democrats and Republicans came together to make the 1965 Voting Rights Act the law of the land. I was there when my father signed this historic legislation to make liberty and justice not just an empty promise but an opportunity for all.

2013 the US Supreme Court gutted the heart of this law when it deleted the right for the Federal Government to insure that States did not impede qualified voters from voting.

Today we are at a crossroads. It is time for our generation of Democrats and Republicans alike to come together to  ensure all qualified voters this basic American freedom.

SB 1 is an impediment for voting rights especially for people of color the elderly and the poor. It is time for brave Texans of both parties to once more come together in support of social justice and defeat this proposition and ensure justice for all our people.

Joe Libby

self/test editor

San Antonio, TX

I oppose the passage of this bill. We need to find ways to make it easier for people to vote, not harder. The last election showed how that could be done. Thank you.

Printed on: August 30, 2021 11:32 AM

Julia Coronado

Self

Austin, TX

I oppose this naked attempt at suppressing the vote in Texas. Harris county served as a example of how things should be done in a democracy.

Janet Latham

Voting Rights for All Texas Citizens

Commerce, TX

All Texans (Democrat, Independent, Republican, people of color, handicapped, etc.) have the right to vote conveniently, by mail, after work, and at locations close to them. We had no voter fraud; you seem to want to make it harder for us to vote. Why?

Armando Trevino

Self

League City, TX

I oppose any legislation that will suppress voters.

Rosayn Curry

Self, retired teacher

AUSTIN, TX

As an elderly voter with mobility issues I call on our legislature to put aside personal political ambition and vote no on this bill that is designed to make voting difficult and/or impossible for some of us.

Jon Scott Harvey

Self

Houston, TX

It is critical to our democracy that we have elections that are fair, safe and secure. We have existing election code safeguards and transparency and as a result we had an
extremely safe and secure election in 2020. Though much effort has been put into identifying/proving fraud, very little has been found. Our election process worked. In spite of this, there has been talk of the need for enhanced election security and fraud protection.
If there are changes to our election code for the sake of election security, it is important to protect the basic rights and representation of all qualified voters. Changes that make it more difficult to vote and thereby disenfranchise voters in the guise of preventing fraud will damage our democracy. Make it easier, not harder for qualified voters to exercise their right. The greater the participation, the stronger we will be. The changes in the 2020 election with expanded early voting, extended polling hours, drive through access, and greater vote by mail were positive changes that allowed more Texans to participate in the democratic process. Electronic voter registration would make sense for ease, safety and efficiency.
There should be a complete cure process for applications for mail ballots and returned ballots. Voters should be informed of problems and cures.
Any poll watchers should have required training and execute and oath similar to election workers. They must not be allowed to intimidate voters or election workers.  The Judiciary should not be politicized.

Thank you,

Printed on: August 30, 2021 11:32 AM

Jon Scott Harvey

Lisa Scarlett

Self, adult literacy

Universal City, TX

I oppose this bill.  There is no widespread voting fraud so there is no need for this bill.  Also, we should not punish people who vote by mistake with no malicious intent—for example someone on parole who thinks they are eligible.

Sara Gerrard

Self

Katy, TX

Many parts of this bill are unnecessary and even as 'an insurance' against future transgressions, which are unlikely, causes more trouble than they would stop.  Elements of this bill severely limit Texans' ability to vote and access to ballot boxes.  Unfairly.  Our counties are not homogeneous in population or need.  Do not pass this bill.

Christina Sabisch

Self social worker

Austin, TX

I strongly oppose this legislation. It will create more problems and doesn't solve any. It will have a negative impact on the voting abilities of elderly persons and persons with disability. It also disproportionately harms the voters in large counties. The legislative intent is to limit availability to legal voters. It does not enhance voter integrity.

Jonathan Respaldiza

self, construction

AUBREY, TX

This bill does not include accommodations for disabled people, or people whose work makes normal poll times difficult. Making voting more secure should not include making voting more difficult for the citizens of Texas.

Maria Orozco

Self

Plano, TX

I oppose all voter suppression efforts.

Lindsay Ellis

Self, corporate partnerships manager

The colony, TX

This bill is nothing more than a transparent attempt to make it difficult for certain voters to exercise their constitutional right to vote. Based on the "Big "Lie," it meant only to try to put up more barriers for all voters. There is virtually no election fraud. Our elections are secure and we should be making it easier to vote not more challenging for people of color, people who work/have kids, people without their own transportation, people who are poor etc.

Printed on: August 30, 2021 11:32 AM

Rebecca Strain

Self retired

Boerne, TX

I oppose this bill.  Voting is a right not to be taken away or made harder for a select few to be in power.

Lane Kingsbery

self, Operating Engineer

Lubbock, TX

Texans do not want this bill passed into law. This law is a direct response to the successful initiatives of the voters on Harris County and should not stand civically or legally. Do not pass this bill!

Zachary Taffet

self

Allen, TX

This bill was created based off the false information that there was widespread fraud in the 2020 elections. There was no widespread fraud in the 2020 election. We should be making it easier for people to vote as well as aid voters. Please vote no on this dangerous bill.

Rose Alvarez

Self Retired

Mission, TX

I'm against this Bill ,all elegible voters have the right to vote  and actions  by this bill if passed will harm a lot of people , particularly those with disabilities  and people of color. This in my opinion is unconstitutional... I do not think this bill should pass.

Michael A Brown

Self, Director of Innovation in the Events Industry

Austin, TX

I am against the proposed restriction this bill is suggesting.

Voter fraud is NOT widespread, in fact, the only voter fraud in TEXAS in 2020 was only .0006% of votes casts - hardly any reason to be going at such lengths to change the law. I am a big fan of SMALL GOVERNMENT and this is a case where I feel the government is needless involving and legislating.

There is not voter fraud issues.  Our elections currently have integrity.  Our elections are secure - 2020 was the most secure election yet!

Vote NO for SB1.

Chea Serda

Self

Austin, TX

Printed on: August 30, 2021 11:32 AM

No Jim Crow in Texas!!

Kristin Graham

Self

Georgetown, TX

I am against this bill. Our elections are secure. We should be working to make voting more accessible. This bill makes it harder for people to vote.

Shanna Bradford

Self, assessment coordinator

San Antonio, TX

Considering the rare occurrence of actual voter fraud, it seems clear that this bill is intended to disenfranchise disabled and urban voters while unnecessarily criminalizing errant participation in the election process. This bill is merely one more step in this state's attempts to subvert or willfully upend democracy made by a political party intent on maintaining their power at the cost of their citizens.

Jennifer Allen-Butler

self

Austin, TX

This bill does nothing to protect our right to vote and should not get passed. This is pure voter suppression and nothing else.

Dirk Walker

self Senior Civil Designer

Kingwood, TX

The facts are that the 2020 election was one of the most secure and fair elections we've had. The fact that partisan republicans continue to support the lie that it was not a fair election is shameful. The clearly politically motivated and anti-American SB1 is just one of many state bills around the country that are working to truly undermine our elections and needs to be defeated. The selfish vocal minority, who deny obvious realities on everything from Covid to elections, who think that the former President is a "tremendous and amazing man", is also becoming a violent and fascistic threat to our country. Republican leaders in this state, and around the country, are pacifying these domestic terrorists and are dooming their party in the process. There is a silent and respectful majority that will vote against the politicians in '22 and '24. Stop pandering and undermining our hard fought democracy! You serve ALL of the people of the Great state of Texas, not just the embarrassingly racist, bigoted, and frankly, stupid people that continue to put us all in peril for their own selfish and misguided motivations. SB1 needs to be defeated.

Amber Harper

Self

Azle, TX

Voter Suppression and gerrymandering need to be things of the past.

Aaron Derton

Self

Round Rock, TX

Printed on: August 30, 2021 11:32 AM

Despite zero evidence of widespread, systemic fraud in our electoral system, the GQP is taking measures to suppress the votes of people of color. This bill is a blatant attempt by them to cling to power and spite the will of the people.

Cheri Carter

Myself, a voting American.

Georgetown, TX

I was born and raised in Texas, have voted in most elections wherever I lived, and am appalled by this unnecessary piece of restrictive legislation.  I'm white, so voting was easy for me and white people in general.  But EVERY American of voting age needs to have the same advantages I've always taken for granted.  Your Republican grab to hold onto power is plainly seen here, and stinks like the carrion it is.  I'm ashamed of all of you pushing this bill and will do my best to see that you get voted OUT for this stinker.

Shannon Davis

Self

Clute, TX

Everyone has a right to vote. Whether you are limiting ID or the number of drop boxes. We know what you are doing. If you can't win fair you cheat!

Sally Koellner

Self

San Antonio, TX

There was no fraud. Changing voting laws only restrict people from voting. It's a suppression bill not a voting bill.

Daryl Wall

Self / retail manager

Lake Jackson, TX

I do not support this bill. If you have to make it so the other side have a harder time voting then you know you don't have a good platform and that the majority knows it.

Vslerie Lynch

Self

Austin, TX

This bill should not be passed! I am against it and every patriotic citizen should be as well. Shame on the Republicans for trying to get this in as law. We are the embarrassment of the US!

Lissa Redmond

Self

Elgin, TX

I am against this bill. I do not feel it is necessary. I think we need to make voting easier in Texas, not harder!

Printed on: August 30, 2021 11:32 AM

Stacey Borasky

Self

Georgetown, TX

I am writing to oppose the passage of Senate bill 1. Our right to vote and have those votes counted is fundamental to a functioning democracy. We need more access to the vote, not less. Early voting, enough polling places for the population, easy registration are critical. I'm just horrified to see what is happening in TX with the attempts to deny  the right to vote. Limiting access, closing polling places in urban areas, taking away local control of elections, and other clear attempts to stop the vote are appalling. I urge you to vote this bill down!!

Jeri Crisp

Self

Plano, TX

I oppose this bill.

Patricia Bancroft

Self

Austin, TX

Please reject this bill in it's entirety.

Suja Thomas

Self

Frisco, TX

There is no evidence of fraud.  Let's stop grandstanding and work to expand voter rights.

Lisa DeVries

League of Women Voters

Victoria, TX

I request the committee focuses on solutions for all voters and help restore the level of trust in Texas elections, and acknowledges the magnitude of existing Election Code safeguards and transparency. •   The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration

rolls, as well as reduce costs.

Billie Dixon

Self

Austin, TX

Please vote no for this bill. Anything that would limit or make it harder for folks to vote is simply unconstitutional.

Robert Cash

Representing: self            Occupation: executive director, Texas Fair Trade Coalition

Austin, TX

Oppose.

Adrian Metzger

True Texas Project

Luling, TX

Election Integrity is a priority of the Republican Convention Delegates and it is a priority of the majority of Texas voters. I believe that a Republican controlled Legislature should respect Republican Platform and Priorities as well as the majority of Texas voters - step up Republican legislature! SB 1 (aside from amendment 6) starts Texas on a path to greater election integrity for the following reasons: In the 2020 Ballot Propositions, 98% of Republican voters agreed that election officials should purge illegal voters from the voter rolls and verify that each new registered voter is a US Citizen; SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud; SB1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways that voter fraud is accomplished.
SB1 provides a path to prosecution by the Attorney General when election fraud is detected.

Matthew Manning

self, company president

Austin, TX

The Lege should be working to INCREASE voter turnout and decrease wait times, not to make it harder to vote or to allow right-wing thugs to harass voters and create chaos. This bill is based on the 'big lie' and is specifically designed to discourage people from voting as part of the GOP's national effort to tarnish our democracy. It is Jim Crow 2.0 and should never become law.

Cameron nelson

Student

SUGAR LAND, TX

Voting Rights must be protected, creating roadblocks like this will only put a label of discrimination and failure to grow on the State of Texas.

Meredith Walker

Self,  public speaker

Austin, TX

Opposed ! Making voting easier and more accessible is vital to democracy.

Printed on: August 30, 2021 11:32 AM

Amy Spiess

self

Kerrville, TX

Every American citizen deserves to know that their vote will be counted.  There should be stiff penalties for anyone who tries to corrupt our system.  Election fraud should be a federal offense.  Voter ID and voter roles should be validated by the clerks and officials in charge.  This is America and we deserve as citizens the right to vote, to have our vote counted and to know that it is secure.  The only people who do not want election integrity are those who want a corrupt system.

Teresa Perez-Wiseley

LULAC Council 650, State Tejano Democrats and Texas Alliance for Retired Americans

Austin, TX

I have served various times during my voting life as an election clerk, Election Assistant Judge and Election Judge.  At the most it is a lowly paid volunteer position that I served in order to fill an empty position.
In Brownsville, Texas while I was living there I even was the Judge who lead a recount.  A position that it took both Democratic and Republican approval to serve.  In fact it was a voting machine.  Never in my many years of work as an election judge never was my precinct questioned as to its election proceeding.

It has always been hard to get workers due to the long day and the very low pay.  At times we brought food to help feed each other or one person covered all the responsibility to feed us all day.  I was one of those in each instance.  No matter whether it was democrats or republicans everyone worked honestly and followed all the rules.  Even we were all democrats, everyone followed the rules.  WE would never have done anything to jeopardize the results of the elections.

The fact that this bill in advance practically accuses election workers of having the intent to fraud while conducting elections in this state.  To increase criminal penalties, creating criminal offenses and providing civil penalties.  You will make it almost impossible to totally staff the election precincts.  The amount of pressure will be more severe than normal.  We have a very small training program as it is.  Election Judges will need to call more frequently the County staff to get clarifications.  The possibility of having non-trained deterrents with more power than your Judges it another ludicrous action of people like Senator Hughes.

Stop trying to take the right of voters and election workers.  Do not support this horrible SB 1.

Jeffery Whitsell

Self, author

Canyon, TX

Representatives—

I am a resident of Randall County, Texas. I wish to express my opposition to SB 1.

Voter fraud and security is not an issue in Texas. There is no objective proof that Texans' votes aren't protected, that intentional fraud is a threat, or that our current ballot system is flawed.

Multiple sources—including an analysis cited in an October 19, 2020 article in The Texas Tribune—conclude it's incredibly difficult to vote in Texas. Passing SB 1 would make voting more difficult, supposedly to solve a nonexistent problem. In a representative republic, the voting process should become easier, not harder, as technology improves.

Like many Texans, I believe that government overreach is hurting our great state. I'm hopeful that you will vote down the overreach of SB1.

Thank you.

Printed on: August 30, 2021 11:32 AM

Stacey Miller

SUSE

Austin, TX

I vehemently oppose this bill and will fight to upend any legislator who supports it. As the granddaughter of immigrants from Russia and the daughter of a Marine, I was taught that as a US Citizen it is my right and my duty to vote. The fact that you want to make it HARDER for people to vote in Texas does not represent the values that my family fought so hard for. Instead of making it harder to vote and gerrymandering Texas so it supports a particular party, let's make it easier to vote so every eligible person can be afforded the same opportunity. Please vote down this horrendous bill.

Malinda Spandikow

Self / Designer

Austin, TX

I ask that you do not vote for this bill. Voting should be free and fair to everybody. There is no real evidence of voter fraud in Texas. Making it harder to vote is not what America is meant to be.

Kimberly Hill

self

Austin, TX

Texas is going in the wrong direction. We should be engaging all voters in the democratic process, not finding ways to bar entry. SB1 hurts our poorest voters: those who work long hours and are not available to vote 9-5, Monday through Friday. The real reason this is happening is because Republicans are fearful of losing their stranglehold on power, but in doing this they may break Democracy itself. Vote NO on SB 1 and instead enact true reform by expanding voting options for all Texans.

Herrell Washington

Self

Arlington, TX

I have heard many of Governor Abbott's "pros" for the bill. However, I am not hearing about an increase in the number of polling places. Secondly, what provisions or certifications are election judges going through that make any bias or illegal acts are punishable by law. If an election judge personally knows someone who is voting, could they not cast their ballot out for personal reasons? Yet, use the excuse of not believing it is their signature? What liability do poll watchers have for their actions? A huge group with signs that may obstruct the pathway of voters or cause altercations to keep others from going in and voting is a form of a "poll tax" in my opinion. Lastly, with Constitutionally carry being in effect. What provisions have been added to the bill to prevent voter intimidation with armed poll watchers or displaying firearms as a way to dissuade people from voting at a specific polling place or in a district?

Scott Jones

Self

League City, TX

I am opposed to this voter suppression bill. Making voting more difficult/less convenient is wrong, especially when the provisions will not improve "election integrity."

Tanya Goodman

Printed on: August 30, 2021 11:32 AM

Self, semiretired

Houston, TX

Down with voter suppression. We the people have the right to vote. There was no voter fraud in the last election, as evidenced by FBI Director Chris Wray and other officials.

Sherrell McCoy

Self

Grapeland, TX

What's so damnant crazy bout this law? Violation of another ethic group which is definitely a constitutional right to have acces to a vote. To find if I vote against another party as a minority the vote will not be accounted for due to violation of redistricting the misinformation on the last election is causing people harm and no voting fraud never detected in Texas. Which the GOP needs to be given an opportunity to cheat people so boastful and full of greed. God Have mercy

Catherine Ford

Self - Retired Teacher and Veteran

Royse City, TX

I oppose the passage of this legislation. It is unnecessary.  Based on past elections, the state has not experienced fraud - or if it has, then most of you currently sitting are doing so fraudulently. Thus, it is obviously an attempt to suppress voter turnout in the state. This is a shameful act on the part of the sitting Texas Legislature and based on racism and a desire to retain power where you know you no longer have the majority of Texans supporting you. As the legislation is written, you suppress the opportunity to vote for many Texas communities, such as Texans of color, disabled veterans and other disabled Texans. For these reasons, I vehemently oppose SB1.

Cynthia Holliday

Dallas County election Judge

Dallas, TX

SUPPORT HB 1! An election judge for Dallas County Elections Department for 15+ years, I absolutely see the need for full support of this bill, especially election security, fraud prevention, legal penalties! Follow the law and the Election Code for Texas!!! SUPPORT HB 1
Cynthia Holliday, Precinct Chair #2225

William Buckingham

Self

Sugar Land, TX

This bill is unnecessary and discriminatory. There is no proof of voter fraud and this is a naked attempt to disenfranchise voters who vote blue.

Lauren Brehm Aylor

Self, Student

Pearland, TX

No voter suppression bills

Printed on: August 30, 2021 11:32 AM

Elias Kadri

Self

Round Rock, TX

This bill, which purports to prevent fraud, is itself a fraud, in the service of a lie.  The authors have not shown any way in which drive through voting or extended voting hours would be more vulnerable to fraud.  Texas is already one of the most difficult states to vote in.  This bill just makes it worse.

Abigail Maines

Sels

Cedar Park, TX

Texas republicans should be ashamed of themselves for trying to make it harder to vote. There is nothing more sacred than voting in a democracy. Texas republicans are acting out of fear and hate.

Elizabeth Willis

Self

Houston, TX

Texans do not support making it harder to vote. Drive thru voting last year was a godsend and to redistrict in favor of Republican wins in elections is a travesty. It's clearer than ever Republicans can't win on policy or character of a candidate so they cheat instead. And by the way, Dan Patrick is a first class ass, as is Ted Cruz, Greg Abbott and of course the dishonorable Ken Paxton.

Brady Purnell

Self

DALLAS, TX

This bill is focused on addressing issues that are not widespread (election fraud) to add provisions to the law that make it harder to vote in the name of reducing election fraud. While we all want fair elections, we should also be addressing the need for more participation, not less. These restrictions hurts segments of the population that already face hurdles in voting. Coincidentally, it also is partisan to one side of the isle. Using partisan rules to further a party over actual integrity is immoral.

Lucia Tello Alvarado

Self / nurse

Fort Worth, TX

This bill is unconstitutional, it's against voting rights, I  as a Texas resident demand the cancellation of this bill!

Reneaux Ruffin

Self

Austin, TX

Hello All,

While it's not conducive or conceivable for all voices to be heard in person, I am grateful for the power of technology that so freely allows us to express ourselves in forums such as this. This extension of our voice must be heard, and I want to emphasize the importance of voice and why every American must be allowed to use theirs. The intelligence and integrity of our officials has

Printed on: August 30, 2021 11:32 AM

proven time and time again that our elections are carried out in a free and fair manner. We should be excited to expand American's rights to vote NOT be focusing on limiting them simply because some people don't want to accept the very real reality of the results of a previous election. It baffles me that we must have these discussions in a state which claims to pride itself on American values of which include but certainly aren't limited to life, liberty, and the pursuit of happiness. Liberty is freedom. Liberty is using your voice as I am using mine right now to say, "do NOT speak for me." Do NOT pass bills that restrict access to American's right to vote. Do NOT speak for me in doubling down on lies and deception for the furthering of selfish causes. Instead I implore all present and listening to seek truth in the darkness and search your souls for the answers to why you cannot bring yourself to do what is fair and just. While there are issues with our voting systems, the methods by which people should be allowed to vote is NOT one of them. This is about the bill though, so we'll keep that comment there. This bill is injustice made flesh and absolutely cannot pass and should not stand. I implore all those present and listening to vote against any bills, laws, motions, and etc. That would seek to quiet the voices of the people. Thank you.

Steven Prather

self

Austin, TX

I oppose SB 1. The sponsors have not produced any evidence of fraud in the conduct of elections that would necessitate this legislation. The bill creates additional government regulation to solve an invented problem at a cost to taxpayers.

Lara Pearson

Myself admin

San Antonio, TX

Stop creating criminals. Common errors are felt with by the election board and do not require criminalization. Why empower political poll watchers?? Give more $ to election departments for training!

Cindy Dashnaw

Self - freelance copywriter for nonprofits

BURNET, TX

I am opposed to the bill. I would ask the committee to share independent, nonpartisan reports that show evidence of intentional voter fraud with numbers, not percentages or words like "widespread,"

Angelica Herrera, Dr

Self/researcher

Austin, TX

This is an effort to suppress the votes of people of color and people with disabilities. It is morally wrong and unAmerican. There is no evidence of election fraud. This bill will make elections harder for those of us who live in urban areas, have disabilities or other impairments. The right to vote is scared and is a right of all Texans. This bill will harm democracy and makes it clear Republican leaders want an apartheid state in which white men have all the power and the rest of us have nothing.

Carolyn Boyle

Self Community Volunteer/Retired

Austin, TX

SB 1 should be amended to increase voting convenience for parents. In Texas, voters ages 25-55 have much lower turnout than older voters. Senior citizens have greater power because they can legally vote by mail. That is inequitable. An example: In the 2020 Republican primary, 50.3% of voters were 65+; voters 25-44 were only 10.5% of those voting.

Printed on: August 30, 2021 11:32 AM

? Parents with children should be eligible to request a mail ballot. If a convict "confined" in jail is eligible to vote by mail in Texas, a father or mother "confined" at home with children should be eligible as well. Adults with a disability may request a mail ballot, and parents of a disabled child should have that right.
? SB 1 should specify that children are welcome inside polling places and may legally congregate with a parent while voting.
? Like airlines offer early boarding for parents accompanied by young children, SB 1 should say polling places must offer accommodations for voters standing in line with children. Picture a mom holding a crying baby and a toddler having a tantrum.
? Drive-up voting should be allowed by local option. Parents with children in vehicles can more easily cast a ballot if they can vote from their truck or car.
? Extended voting hours, including 24-hour voting, should be allowed by local option. Parents could then vote after working the 3-11 p.m. shift or when kids are asleep.

  Instead of outlawing reasonable innovation, legislators should encourage local election administrators to be creative in expanding voting accessibility. Mobile voting locations are important in large rural counties where typically the only poll for early voting is at the county courthouse. Parking lots, garages, and any open air settings should be legal poll locations if local officials determine it would increase voting accessibility in the community. It is embarrassing that Texas ranks 44th for voting percentage by population!

  Also, we do not know when the next pandemic, hurricane, tornado, deep freeze, gasoline shortage or other calamity will occur during an election season. It would be foolhardy for legislators to pass into law restrictions on local election administrators who must nimbly manage elections and achieve the largest voter turnout possible.

Gary Grisaffe

self

Austin, TX


As a poll worker, I am concerned about the power that poll watchers will now have that I will not able to keep under control. The other voting restrictions make no sense. These were present in the last election and no misuse was found to have happened. Republicans need to stop lying to the people of this state and show us the respect we deserve with regard to election integrity.

Irene Kerestes

Self

Helotes, TX


Let people vote - that's the essence of a democracy.
Why do we have the most voter suppressed state in the country?
Where are your bills to INCREASE voter turnout?

Cathy Lanitis

Self - insurance adjuster

McKinney, TX


It is a disgrace that the governor and the Texas house are working to restrict voting in Texas.  I do not support the efforts in our state to make voting harder. The is ZERO evidence that Texas has any problems that need remedying - no one is contesting the outcome of the election in Texas. There is. O need to enact voting restrictions in our state.

Malissa Torres

Self

THREE RIVERS, TX


Legislating to curtail voters from actively participating in our democratic process goes against the US Constitution that I served 20 years to defend in the military. My county has one polling site in a county in which, 30% of working adults work outside the county plus, shift workers. There is NO weekend early voting in my red, rural county. I vehemently oppose the limitations SB1

Printed on: August 30, 2021 11:32 AM

proposes. Getting a driver's license takes a small miracle in my county because the office is open only a few days a week. Then a voter has to take time off to travel back to the county; if they can get off work if, an employer will agree to a leave of absence. In addition there is no public transportation for voters without access to a vehicle. Why make our civic duty housed in the US Constitution so difficult for the electorate and working poor? I oppose SB1 as a citizen, voter, educator, veteran and, county chair.

Melodi Weinberg

Myself

Wimberley, TX

Hello,

Why are is the legislature trying to make it so hard to vote?  I have experience with vote by mail in this state before the pandemic and it was ridiculous!  I had to leave an out of state vacation early, because my ballot didn't arrive with adequate turnaround time to ensure my vote would count. Recently I had to make 2 (two) trips to New Braunfels from Wimberley so my 92 year old mother could obtain a Texas ID. 4 hrs round trips, plus time waiting.  What if she had no one who could take her?  These bills are go against everything this country says it stands for.

Ruth Cadena, Ms.

Self

New Braunfels, TX

There's been no widespread fraud. Stop trying to make it more difficult to vote, especially the disabled. Our forebears didn't fight for freedom just for you to make it more difficult to vote.

Alma Shackleford

My family and myself

Fort Worth, TX

Election integrity is vital to the citizen's confidence in the government.  Voting is a right and privilege and actions must be taken to ensure one legal vote by a citizen is cast and interpreted correctly.  I encourage the support of SB-1 with the exception of Amendment 6.  A line needs to be drawn at a specific point of time ensuring that citizens vote in the appropriate district. Confidence that those in office are truly the ones that the public elected and that proposals on the ballot are counted correctly.

Valerie Street

Self

Cedar Park, TX

This bill, with only slight variations ever here and there, has been the same harmful bill that Texans have been speaking out against since the start of this year back in January when the 87th legislative session first gaveled in.
At this point, it's redundant to continue to outline the many issues with this and similar bills where the net effect is further complicating the voting process to the degree that it makes it even more difficult for some of our most vulnerable voters. SB 1 (and similar legislation) simply does not do enough to improve Texas voting to ever negate the many harmful provisions within it. Committee members and lawmakers have heard from voting and civil rights groups as well as Texans who stand to be most impacted. Lawmakers have been given opportunity to address these concerns and produce a better bill for Texas voters and it's disappointing to see that so many months later, nowhere near enough has been done to put together such a bill. Particularly at a time when Texas faces so many other crises, it should not be the priority of this committee or this legislature to expend so much time and resources toward policy that will impact voter access for too many Texans. I urge the committee to reject this bill once and for all.

Vickie Pine

Printed on: August 30, 2021 11:32 AM

Self. Election worker

Savannah, TX

I work the elections. These poll watchers  regulations will hurt our elderly, disabled and take away the workers rights. You will make it impossible to find people willing to work and put up with harassment. You should make it a better work environment not worse. You would not believe what we have to go through already trying to enforce the rules we already have.

Karen Dodd

Self. Retired

Spring, TX

This bill does not have my approval. It is infringing on the rights of disabled and elderly voters to vote by restricting drive in voting. Poll watchers will be allowed to ride roughshod over democracy when they can randomly accost people. This bill will not overturn the results of the 2020 election - which is the only reason I'm assuming it's been submitted. If there was widespread voter fraud, wouldn't your elections be considered invalid?

JANIS REINKEN, ATTORNEY

SELF / ATTORNEY

AUSTIN, TX

As written, I oppose SB 1 (and HB 3 if substituted).
The goal should be to provide free, fair and equal elections for all eligible voters. SB 1 would minimize voting and marginalize voters and make it harder, not easier, for people (of any party affiliation) to exercise their Constitutional right to vote.
Free and fair elections cannot happen unless we respect and protect the clerks, election judges, and local officials managing the election process. This critical issue should be foremost in the legislative conversation, yet Texas has rushed to create legislative hurdles for voters. These additional restraints on registration, ballot by mail, in-person, and provisional voting should be eliminated. There must be enough election workers to handle procedural duties; the paperwork cannot manage itself.
Nobody can vote, without reliable people willing to serve as election judges, clerks, ballot board reviewers, ballot counting and processing teams, early voting clerks and county clerks. We depend on their availability, integrity and honesty. They must not be denigrated, harassed, or prosecuted for actions in performing this public service.
Eliminate the amendments in Sections. 3.03, 3.04, 3.05 and 3.06 of this Bill. Partisan poll watchers must not be allowed to take over the election process inside or outside the polling places and ballot processing centers. Observe, yes – control, no. They are not election workers. Their oath of service is not required in Texas now, although it should be. Poll watchers should not be allowed to "supervise" election workers by standing near enough to observe what they do or follow them around. Poll watchers are not trained in using the software or equipment, or in the laws that apply to the election process. This oversight should be the job of the Secretary of State and agency personnel.
Would a Committee Chair allow a person to stand in the Committee Clerk office and observe the Clerk closely while preparing the Committee's report, using specially designed software and procedures that require specific training? The House of Representatives would not allow someone standing closely enough to observe the Clerk and distract her (him) in preparing an essential Committee report. Should the observer be able to follow the Clerk to the Committee Coordinator's office and watch as the paperwork is submitted?
Federal, state and local laws are crucial for protecting election officials and workers, inside and outside the polling places, and before, during and after an election. Intimidation or threats cannot be tolerated. The people who manage the election process from start to finish are your guardians of democracy. Without them, no ballots can be counted, and no election results reported. Texas laws should respect and protect election officials and workers.
Enacting this Bill would move toward eliminating public elections and allowing appointed officials to govern the people. Please do not let that happen.

Wendy Mueller, Mrs.

Self/educator

San Antonio, TX

Printed on: August 30, 2021 11:32 AM

Every Texan who is a registered voter should be able to cast their ballot easily and without fear of intimidation. SB 1 would put harsh legal penalties on voters and those who help voters, if they make a simple mistake or don't correctly jump through the hoops the bill imposes.

My 18 year old son has severe learning disabilities and cannot read beyond a 2nd grade level, but he loves to discuss history and politics. He worries about casting his next ballot because he doesn't want a family member who would read the ballot to him to get in trouble. He has enough challenges on his plate—why would you want to make him consider not voting as a way to protect his family?

Requiring people who help voters like my son complete extra paperwork at risk of legal penalty does not protect the sanctity of the ballot box!  And this is just one small part of a very harmful bill that was proposed as a solution to a problem that is exceedingly rare. I do not support SB 1 and I do not want my representatives to support it.

Taylor Rankin, Ms.

Self, teacher

Amarillo, TX


Voting is a fundamental American right. Instead of making it more difficult (without any evidence that the system is broken), it must be easier. Everyone's voice matters and should count. Please ensure that the disabled, urban voters, rural voters,, and every other group of Texans have their voice protected by abandoning this bill.

Amanda Trammel

Self - Environmental Specialist

Beaumont, TX


SB 1 is an unnecessary attempt to "fix" a problem that doesn't exist. There is no clear evidence of widespread election fraud in this state. A state that already has some of the most stringent election laws in the nation. Our elected officials should be expanding voting access to make it easier for every eligible Texan to vote, not making it harder.

Miguel Larsen

Self-Retired First Responder

Daingerfield, TX


I oppose SB1. Thank you.

Annette Ledesma

Self

El Lago, TX


Changes are predicated on a lie that the '20 election was fraught with fraud, despite lack of evidence.

Catherine Learoyd

self   Home Designer

Kerrville, TX


I am Catherine Learoyd, a proud Texas voter from the Hill Country.  I am very active in the League of Women Voters, but here I am representing myself although my position is consistent with the League's.  I have grave concerns about portions of SB1 on three topics:  audits, poll watchers, and voters with disabilities.  First,  any audit done of the voting machines or ballots and other systems for voting must be done by certified auditors.  I owned a condo in Maricopa County, Arizona, and paid taxes there.  I would be livid if I now had to pay for all new voting machines because the inexperienced people doing the audit made the current

voting machine untrustworthy and will have to be replace.  This is no place for amateurs   Second, the poll watchers must be very clear about what they can and cannot do in the polling place especially in regards to the privacy and confidentiality, and security of the Voters while voting.  The poll watcher should not be allowed to touch a ballot or be within a certain distance of the area where people are filling out their ballots or be able to see how someone voted as they put their ballot into the counting machine.   A criminal penalty against telling someone what they saw on a person's ballot is not sufficient.  The poll watcher needs as much certification as election workers by taking a training course similar to what election workers take so they understand the process and are not misconstruing what is going on as they watch.  A training manual is not sufficient.  They must take a much stronger oath than won't harass or intimidate!  It needs to spell out that they may not in any way keep the voting from being totally confidential and stay out of the area where voters are filling out ballots.  It also feels lopsided that Election Workers are being put under threat of criminal penalty for even questioning what a poll worker is doing while the poll worker, without certified training, does not have equal criminal liability.  Third, people with disabilities need to be better accommodated.  A blind friend of mine had her vote thrown out because her signature didn't look like a previous signature.  Do you realize how hard it is for a blind person to write their signature and do it consistently.  So the curing process must take this into account.  We need to make voting for all kinds of disabilities from being breathless just walking into a polling place so having a drive-up voting option, or having to provide another document to mail in a ballot making it complicated for for many people.  Curing again must have sufficient time to have legitimate votes count.  In conclusion, I want everyone eligible to vote in Texas to have the right to vote with their privacy, confidentiality and security intact at all times.  Voting is the very essence of a democratic republic.  Let's protect that right for all of us.  Thank you for considering my suggestions for improving this bill.  Catherine Learoyd,  Kerrville, Texas

Annie Hartnett

Myself

Austin, TX

This is a shameless effort to suppress Texans' votes and I am agin it!

Shannon White

Self

Benbrook, TX

I, Shannon White, oppose the SB 1 bill.

Brandon Naymola

Self

Austin, TX

This voting bill is an obstruction to our constitutional right to vote. This is meant to target people of color, young people and people with disabilities and make it harder for them to cast their ballot. Republicans attempt to curve the election results in their favor is so obvious. Texas is going blue and Republicans can NOT WIN without passing these laws and restrictions. I am calling on my representatives to VOTE AGAINST SB 1!

Allison King

Self, Instructional Designer

Round Rock, TX

I oppose this bill. Voting should be easy for everyone.

Karen Jacobs

Self. Retired.

Printed on: August 30, 2021 11:32 AM

Please do not pass this bill. We need to make it easier to vote - not harder. The partisan poll watcher rule expansion is especially egregious.

Lori Swim

Swim family residence

McKinney, TX

Very dissatisfied with the past election. Watched the 2020 election through the night. It was a steal and cannot believe we are allowing Biden to sit in office! It was evident that morning and it is still evident today. We the people must stand together. This country has went to HELL IN A HANDBAG since Biden claimed office. Please clean up election integrity and drain the swamp. How our government officials can sit back and allow this to happen is beyond me. I knew there was fraud in Texas by just looking at numbers after election. I was on Vacation when I heard a man laughing because he voted in THREE STATES! Those were FLORIDA, ILLINOIS and UTAH!! . American citizens should only be allowed to vote in their primary state of residence. Many people own multiple homes, vacation rentals and such and I believe they should be personally prosecuted for voting more than once. Do we not have a system of safety for this that would cancel out their  votes? Since we now have our finger prints at DOT why can't we vote with a Drivers License and electronic finger print. Don't match up we don't have right to vote. Thank you for hearing my rant.

GOD BLESS YOU ALL AND GOD BLESS AMERICA!!

LORI SWIM

Carolyn Lutter

Self. Licensed Clinical Social Worker & registered dietitian

FRISCO, TX

I oppose this bill.

Michael Blackard

Self, producer

Austin, TX

Do not allow further voter suppression. This violates our democracy by stripping voices from our process. Hiding ways to disenfranchise Americans through the use of "integrity" or "security" is a betrayal of what this state and nation stands for.

Regina Cunico

Self

Humble, TX

We must preserve our democracy and vote NO for SB 1!  Voter suppression is unconstitutional.

William Russell

Self

Dallas, TX

1) Include:  Transparent, audit-able elections with access to all records and equipment
2) No Computers in the polling place and central counting locations

Printed on: August 30, 2021 11:32 AM

3) Vote tabulation solely on a hand count of paper ballots
4) Legitimate cleaned-up voter rolls and voter registration procedures
5) Three day maximum for early voting with no gap between early voting and election day
6) No waivers to these enacted requirements by Sec of State, Courts or Governor without legislation passed by the Legislature
7) Fire Keith Ingram, Director of the Texas Elections Division - He is not trustworthy

Susan Nelson

Self -attorney

Waco, TX

We should make voting easier, not harder. This bill does not address voter fraud as claimed but voter access. My mother has relied on Absentee voting for years as she fights cancer, and it is difficult enough to vote absentee now. Making early or Absentee voting harder makes it more difficult for our most vulnerable to vote and will not prevent fraud.

Laura Montez

Self

Austin, TX

Ability to vote should be made easier, not harder.

David Leftwich

Self

Houston, TX

To maintain our vibrant democracy and our freedoms, we need to be finding ways to make it easier for registered voters to vote, not harder. This bill makes its harder for the citizens of Texas to vote and is based on the lie that voter fraud played a major role in the 2020 election. Study after study shows that election fraud in the U.S. is very rare (https://www.brennancenter.org/issues/ensure-every-american-can-vote/vote-suppression/myth-voter-fraud). While court case after court case, audit after audit, and review after review by Republican and Democratic officials have shown there was almost no fraud in the 2020 election and it played absolutely no role in the outcome of 2020 elections.

This bill is bad for Texas, bad for our democracy, and bad for the United States of America. It should not be passed.

Sincerely,

David Leftwich

Sarah Castillo

Brazoria County Democrat Club

Manvel, TX

I am against this bill because it criminalizes what are most often honest mistakes that do not result in fraudulent votes being tallied and spreads fear among the voters, suppressing voting.

Russell Livingston

Self

San Antonio, TX

I think SB 1 is exactly what Texas needs to do to keep integrity in our election system.

Printed on: August 30, 2021 11:32 AM

Brittany Walker

Self

Dallas, TX

Please vote no on SB1. Texas should do everything in its power to expand voting rights and ensure every Texan has their chance to vote. Don't put into place any impediments that are unduly burdensome and unnecessary.

Paula Beard

self, retired

Ingleside, TX

State needs to stop trying to engineer our supposedly free and fair elections to whatever outcome they desire.  Let the people vote and honor the results of the outcomes without all these threats of criminal penalties.  Our elections are our constitutional right to voice our opinions about who we want to govern us.  Stop this voter intimidation!  Let all Texans vote and make their choice!

Mary Lousteau

Self - consultant

Houston, TX

Texas saw some of the highest levels of participation in our democratic (lower case d) voting system last year. Rather than limit the options for citizens to vote, the legislature should be expanding them. Or at least allowing the ones that worked so flawlessly to continue. As I'm sure you were all aware, there has been zero evidence of widespread voter fraud. In fact, I think the Attorney General is prosecuting 12 cases. Any suggestion that this is about "election integrity" is a smokescreen, and should be called out as the farce that it is. Please, vote AGAINST this bill, and all other efforts to restrict our most fundamental right as Americans.

Carolouise Ortiz, Ms.

Self/retired

Montgomery, TX

I OPPOSE SB 1, which places undue restrictions on voting rights in order to suppress voting and participation of  the general public in state and National elections.

Eileen Hogue

Self

Pflugerville, TX

This bill only further suppresses votes. It's clearly targeted to hurt democratic areas of the state. The racism in Texas is horrendous. This just makes Texas look backwards and bigoted.

Sandra Zamora, Ms

Self

Donna, TX

I'm against this bill.  It is affront to all the gains made since the civil rights act of 1964.

Carlos Herrera

Printed on: August 30, 2021 11:32 AM

Self/disabled

Pearland, TX

There isn't massive voter fraud in Texas.  I'm disabled and utilized drive-thru voting with my senior citizen parents.  Making it more difficult to vote for a number of Texans isn't going to help democracy.

Mollie Miller

Self and Physical Therapist

Austin, TX

I do not support this bill. I want to make it easier to vote. Longer hours and early voting. Vote by mail. I represent many disabled patients who need to be able to vote by mail or by drive up. They need more options.

Gretchen Otto

self--book production editor

AUSTIN, TX

Please make it EASIER for all Texans to vote, not harder! We already have many rules and regulations in place that are doing a great job of preventing voter fraud. We need to help our citizens to vote legally and not resort to intimidation or reducing access.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want. Extended polling hours and early voting days does not increase voter fraud, it allows our citizens more time to fit voting into their schedules; they need to be able to vote after work and on the weekends. I myself always take advantage of early voting to plan out a day and time that will work for my schedule. If the days and hours and locations were more limited, I may not be able to vote.

Also, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Mary Decker

Individual

Jacksonville, TX

We 30 million Texans identify with the desperate plight of the Afghani people because we, too, are fighting for our freedom-in this case against the Republican governing majority's determination to hold onto autocratic power even if it endangers citizens' lives,  and to force us to live under rigid standards reflecting their contempt and desire to punish.

SB 1 is a major building block in the Republicans' plan to retain harsh control over the state. Should it pass, and the federal government fails to enact legislation to overcome it, Republican rule in Texas will become more bold, more severe, and more difficult to defeat.

PLEASE DEFEAT SB 1

Kelley Oliver

self

CHINA SPRING, TX

ALL votes need to be heard and registered and not rejected along partisan lines.

Printed on: August 30, 2021 11:32 AM

Cammy Shay

Self

Houston, TX

Fraud is not a problem in Texas election. The right to vote should be protected and access to the polls expanded to protect all citizens seeking to employ their voting rights

Richard Paces

self

Center Point, TX

I am glad to see the Texas legislature back at work for the people in a special session.  SB1 is now a solid, clean, and very good bill as currently written. I support SB1 as is and urge the House to adopt and support the same bill. It should not be changed or degraded in any form.
It is the Legislature's duty to ensure Texas voters have trust in the election process.  It is our duty, as citizens, to demand that our elected officials, pass and enforce laws that ensure elections that are free, fair, and secure.  Please ensure that SB1 is passed by the House in its current form.

Gray Ginther

Self

Austin, TX

I am in opposition to SB1 because it is in fact related neither to election integrity nor security, but instead will have the result of disenfranchisement of many voters across Texas.

Sharon Barbosa-Crain

Self-Barbosa Professional Services

Irving, TX

I am registering my opposition to this bill and any similar bill that purports to make voting more "secure" when there is no quantifiable showing voting is not already secure in Texas, but the rhetoric of the supporters of this bill-and the previous ones-and the content of the bill itself do not speak to any type of enhanced security but rather to increased restrictions on the free exercise of voting, on  the customary local management of elections, and on the security of both the election rolls and election outcomes. There may be changes from the original language which the public is not aware of, but, regardless, no improvement will make an unnecessary set of law changes necessary.  I have served as an election clerk, assistant judge, judge, more times than I can count. I have worked in and managed campaigns.  I have been an elected official.  I understand the import and impact of the provisions of this bill.  If you really were interested in improving our voting experience you would have called in willing knowledgeable participants in those efforts, participants from local Leagues of Women Voters, city secretaries, election workers, volunteers, voters, and used them as resources for something that might have been beneficial.  You didn't.  You chose to simply look for ways to grab and consolidate power on a partisan political basis no matter how much it contradicts the claim of protecting our freedoms.  Please stop a moment and reconsider this action and place your energies into areas that will benefit all Texans.

Maureen Bolton

self

Helotes, TX

OPPOSED!!!

Ernie Wittwer

NA

New Braunfels, TX

SB 1. This bill is a series of bad solutions without a problem. Our elections have been the most secure, tamper-free and successful in memory. We have election integrity. This bill, with fewer voting options, more ID requirements, greater risks for poll-workers, and more authority for partisan poll watchers, will only make it more difficult for old people, the disabled, minorities, and young people to vote. It will reduce participation. some measures could have been taken to make voting easier without in any way hurting integrity. One important example is electronic voter registration. Getting on the list of approved voters should not be nearly as difficult as it is, but that difficulty also tends to reduce participation. Kill this bill and strengthen our democracy!

Susannah Kirby, Dr

Self (Software Engineer)

Austin, TX

I oppose this bill in the STRONGEST possible terms. There is no valid and necessary reason to pass this bill unless you are hoping to suppress legal votes. It is a blatant power grab and vehicle for white (and moneyed) supremacy. LET OUR TEXANS VOTE.

Preston Ferrell

Self

Carrollton, TX

I object to this bill.  Anyone in favor of this bill will not get my vote.  Everyone deserves the right to vote in this country.  You are trying to make it for the privileged few.

Leslie Monk

Self

McKinney, TX

The tactics used in this bill to scare voters into thinking elections are unsafe and insecure are anti-democratic. Texas is a state with some of the most strict voting laws in the country and with this bill, it will only increase suppression measures to voters. Voting should be MORE accessible to people, not less. Automatic voting registration should be put into place. Election Day should be a holiday, so that more people (and not just the wealthy white ones) can vote and have the time to do it. There should be no poll taxes (ie ID laws that make it too expensive for some to acquire an ID). If people want to vote by mail, they should have the option and NOT just people over a certain age or those with a "legitimate" excuse.
Anyway, this bill is bad. It enhances voter suppression and is anti-democratic. Please vote no.

Tara McGuire

Self

Longview, TX

I am a life long Tx resident and I oppose this bill.

Jacquelyn Boyet

Myself

SAN Antonio, TX

This is an unnecessary and racist bill.

Printed on: August 30, 2021 11:32 AM

George Ricks

Self retired

Midlothian, TX

In favor of bill

Linda Ricks

Self. No occupation

Midlothian, TX

In favor of this bill

Michelle Palmer

Myself

Houston, TX

Why are you making it so difficult to vote for mothers who have to take their children with them to the voting location?. Last year's drive thru voting was the easiest time I have had as a mother voting. Please don't take it away

Kenyotta Elijah

Self; Writer

Lufkin, TX

I adamantly oppose the passage of SB1. The bill is not designed to protect the integrity of our elections, but instead designed to disenfranchise thousands of voters. By placing restrictions on voting, the number of people who are able to participate in elections and exercise their constitutional right to seek representation in government will be greatly diminished. This bill is dishonest and a pathetic attempt by one party to hold onto power.

Thomas McClendon

self, retired

Georgetown, TX

My comment is very simple. In a representative system like ours, where citizens have the right to choose their representatives and vote on other issues, the legislature should do everything it can to provide as much opportunity as possible for every citizen to cast a ballot in state and local elections. SB 1 instead imposes obstacles and limits the ability of county governments to make voting available to all citizens. I oppose SB 1 and hope you will reject it.

Barbara Bullock

self, professor

Austin, TX

I oppose the passage of SB1. Voting is the most important act of citizenship in the United States.  The state of Texas should be expanding voter access and encouraging all citizens over the age of 18 to participate in fair, free, and unrestricted elections.

Laura Minnigerode

Self, Educator

Printed on: August 30, 2021 11:32 AM

Austin, TX

I am strongly opposed to this bill which limits access to voting. We should be making it easier for everyone to vote.

Lisa Cortines

Self

ALVIN, TX

Republicans are trying to make it legal to steal an election. This is fascism and criminal. Vote no on SB1!

John Andrusiak

Self, Engineer

Austin, TX

A key concern is that poll watchers need to be able to see the process of the election. Access should be similar to poll workers, with few limitations. If a poll watcher can't see the details, then they're not really able to fulfill their duty to ensure a fair election. This includes being able to see workers, materials and equipment. The bill should be extended to allow the poll watcher to be able examine any computing infrastructure used during the election. Allowing the presiding judge to both be in charge of a polling place, and controlling the poll watchers without a method of appeal is an obvious conflict of interest.

   It's also important to strike a balance between poll access and security. In nearly any system, the advantage of increasing access is that allows more opportunity, but the disadvantage is that there are more opportunities for misusing the system, and these need to be balanced. The more critical the system, the more the balance will need be weighted toward security. One key way is limiting the ability of a single person or small groups to take advantage of the system. In particular, increasing ballot hours or mail in ballots allow more opportunities for a small group to take advantage of the voting system, and will need to be balanced with security. Similarly, mail in ballots, or other opportunities that limit in person contact provide opportunities for a small group of people to misuse the system.

Cathryn Hartt

Self/acting coach

Dallas, TX

Do not pass this bill.  It is anti-voter.  I will be watching my representative to see how this vote goes so I know who to vote for or against to represent me next time.

Sharon Wilson

Self

Dallas, TX

Rather than develop policy the people can get behind, Texas Republicans try to keep the people from voting. This is despicable.

DeAnna Snyder

Self

Spring, TX

Thank you for your work to secure election integrity and security. Please amend SB1 to include HB26 to secure a full forensic audit of the 2020 election in Texas. Our state and country are dependent upon it.

Bethany Gabbard

Printed on: August 30, 2021 11:32 AM

Self

Austin, TX

I strongly oppose the passing of SB 1. Voting fraud has been proven to be virtually nonexistent and this bill is a true threat to democracy.

Deby Nichols, Teacher

NTA

Lubbock, TX

It should be easier to vote but Republicans are trying to make it harder

Dzann Day, Mrs.

Self

Austin, TX

I am an Austin, Texas, resident.
I hereby register my opposition to voter suppression bill SB 1.
Please vote against it.
We need more people to vote.
Do not create new hurdles to voting.
Thank you.

Scott Helms

self

Dallas, TX

This bill is not about election integrity or fraud, it is blatantly designed to deter and suppress voting in Texas' diverse urban centers, especially black and brown communities, because Joe Biden in 2020 and Beto O'Rourke in 2018 "got too close" to winning those elections. Our objective should be to expand the vote to every eligible voter, not restrict it so that a shrinking majority can cling to power. SB 1 is shameful.

Susan Barzelay

RAC TX (Reform Jewish social justice organization representing 39 Texas synagogues)

Colleyville, TX

Dear Committee Members,

My name is Susan Barzelay. As a longtime Texas resident (over 40 years) I have appreciated the open door civic involvement encouraged by our local leaders.
RAC TX, the social justice arm of Reform Judaism, has met multiple times with our County's Election Administrator.  We have confidence in our local leadership, security of elections that ensure our votes count.  There is no documented fraud to provoke restrictive legislation that will disenfranchise the elderly, those with disabilities, workers who work multiple jobs and late hours and more.
Will my elderly mom be able to vote next year?  Will I be able to vote in spite of hand surgery and an eye disorder?
Will my daughter who works in international finance be able to vote by mail and have notice if a problem? Rely on guidance from trusted election administrators and local elected officials who say there elections are secure. Vote NO on this bill.

Anna Keeter

Printed on: August 30, 2021 11:32 AM

Self teacher

Kingsland, TX

I do not support the efforts of the state of Texas to suppress voting rights in any way, shape, or form.

DANA Camp-Farber

Self

Houston, TX

Do not take away the rights of ALL citizens to vote by abridging their access. Your questionable history should not be forgotten! Access to the vote MUST be enhanced and not reduced!!!

Chris Lee

self / student

Austin, TX

Against. It is a false narrative that there was fraud in the previous elections. Our elections are safe already. They were made safer due to Russian interference of the 2016 election where votes weren't tampered with but the influence from social media greatly biased the electorate. If the election count wasn't secure, where's the proof? There was no election fraud. So any "restrictions" placed due to this bill amount to suppression.

Ana Rodriguez

self

Houston, TX

My name is Ana Rodriguez, I am submitting written testimony against SB 1 on behalf of myself.

As an immigrant who has volunteered to help naturalized citizens navigate our already confusing and restrictive voting systems, I am deeply concerned with the additional restrictions that would be implemented through SB 1. The community members I have worked with tend to be older with limited English proficiency, limited formal education, they often lack access to transportation, and they sometimes come from countries that have made participating in voting difficult or dangerous. All of these make it difficult for them to get to the polls and complete their ballot.

My naturalized neighbors need more access to voting by mail and they need more access to the polls, not less! Drive through voting and expanded voting hours can make it easier for their loved ones to take these older naturalized citizens to vote. Eliminating these options is overreach by the state and it will harm democratic participation. Additionally, the intimidating restrictions and hurdles for voters who need assistance are cruel and will harm those who need it most. These coupled with provisions that empower partisan poll watchers will especially intimidate and keep away naturalized citizens who have faced violence and intimidation in their countries of birth. Instead of restricting voting access and adding vague criminal and civil offenses like anti-democracy authoritarian governments, Texas leadership should be expanding access to democracy. For all these reasons, I urge the committee to vote against SB 1.

David Helcel, Dr.

Self

Austin, TX

Voting needs to be made more accessible to everyone. This bill needs to be rejected. This state already has the worst election access in the US.  The only fraud happening here is the deceitful gerrymandering foisted upon us by Republicans.

Printed on: August 30, 2021 11:32 AM

Kevin Packard

Self, Software Engineer

Cedar Park, TX

SB1 is a voter suppression bill thinly disguised as a voter security bill. Putting "integrity" in the bill description doesn't make it so. Please have some integer. Vote No on SB1.

Corinna Schwartz

Self

Boerne, TX

No. Guidelines and Penalties for pool wathers should be same. People should not be punished for driving those who need assistance to polls.  Drop boxes should be available in proportion to population.
You are trying to fix a problem that doesn't exist.  Insteas please address problems which do: gun violence, oppression of women's rights and for God's sake figure out how to keep the power on.

Dell Toedt, Mr.

Self - attorney

Houston, TX

Seems like a solution in search of a problem - and (to mix metaphors) the cure is worse than the disease.

Diana Sharp, RN

Democratic Women of Comal County

New Braunfels, TX

I against the passage of SB 1.  This bill has many components which will discriminate against and make it more difficult for many to vote, particularly minorities.  Also, as a Poll Worker (Clerk), I am very concerned about the indiscriminate authority given to Partisan Poll Watchers, which I believe, will serve to intimidate voters and Poll Workers alike.

Anne Lewright

DA Direct

Dallas, TX

As a longtime Texas resident and a new voter, I think we should be making it easier to vote...not more difficult.  We requested (3 times) an out of state ballot for my child who attends college out of state and never received it.  We started making the requests 3 months before the 2020 election.  I am against any new rules or laws that make it harder to vote in Texas, and I will not vote for any politician that supports this bill.

Angela Haran

Self

McKinney, TX

I am a Texas resident and I oppose this bill or any bill which limits voting. Voting is an American right.  Access should be easier not harder. There are many people working long hours on all shifts and you are dishonoring them by limiting their access and assuming they follow a certain schedule. Further, you're attacking American democracy by questioning the results of elections. This is a waste of money and time and against everything America stands for.

Printed on: August 30, 2021 11:32 AM

Karen Lenz

Self. Flight Attendant

Highland Village, TX

I am deeply concerned about this legislation. The 2020 election was the most scrutinized in history, held during a pandemic, and still found to be the most secure. The amount of taxpayer money and hours spent looking for fraud that turned up nothing of note should uphold this fact. But introducing this bill simply looks like one party doesn't like the outcome of an election, and rather than coming up with a platform to appeal to a broader base of voters, would rather make it harder for some people to vote. I'm saying this as someone who would not be impeded—I'm the conservative white middle aged Republican woman. But you have pushed too far, gone over the edge, and are trying to end what our country is supposed to be—a democracy where every vote counts. Don't give me that bullshit about "every legal vote"—I don't buy that right wing crap you are spinning. Represent the entire state, let all the legal residents vote, stop being such dysfunctional hypocrites, and actually STAND FOR SOMETHING. Make a platform that isn't lies, hate, and fear, and build a better Texas for all of us.

Laura Gompertz

Self

Katy, TX

I oppose this bill. I'm in favor of drive thru voting, mail in voting, voting mailboxes, and any measure that makes it easier to vote. I don't believe there has been widespread election fraud. I believe our elections are safe and secure.

Don Griffin

self, retired

Houston, TX

As a citizen and current Volunteer Deputy Voter Registrar (VDVR), I take voting very seriously and look forward to the Legislature and Governor taking steps to increase voter participation in a state where voter turnout is so very low. We are typically in the bottom 10 states when it comes to voter participation and we can be better than this. Options such as electronic voter registration, 24 hour polling, expanded early voting, more options to vote by mail and greater options for the disabled would greatly help to increase voter turnout.
As a VDVR, I have taken a class and an oath to prepare me to effectively and legally register folks to vote. I believe that Poll Watchers should likewise be trained to understand the law regarding their role in the polling place and should take an oath to faithfully follow the relevant laws.
For those who are entitled to vote by mail, I strongly believe there should be a way for a voter to be notified if there is an issue with their ballot or registration application and a appropriate means to cure the issue to ensure that every legal vote is counted.
Voting is a critical part of a every citizen's responsibility and our state should make it a priority to facilitate voter's trying to fulfill their responsibility.
The 22,000 hours that AG Paxton's Voter Fraud Unit spend trying to identify voter fraud demonstrated that there is no widespread fraud. Why is the state trying to make it harder to vote?

Charlynn Scott

Self

Carrollton, TX

I oppose this racist bill.

Brooke Scheibe

Self

Printed on: August 30, 2021 11:32 AM

I oppose SB 1's restrictive voting legislation.  We all know the purpose of this bill restricting rights of women, people of color, the disabled, working class citizens, etc.  Probably not the best scheme.

Mary Jones

Self

Cedar Park, TX

Stop the bogus election fraud nonsense! If you can't win by cheating, maybe change your agenda! Texas is gaining more democrats because democratic policies are POPULAR. It's time for the GOP to reflect the WILL of the people, and stop confusing and manipulating the electoral process.

Kasie Cater

Self

Krum, TX

This entire bill is voter intimidation at its peak.

James Bowman

Self

Lago Vista, TX

SB 1 inherently is a voter suppression piece of legislation and NOT a voter fraud or election security piece of legislation. The statistics of the past amount of voter fraud in the State of Texas DO NOT warrant this type of legislation. This legislation is a very obvious attempt to impose draconian and anti-democracy measures so as to set up an authoritarian type of government in not only the State of Texas but the United States of America. Benjamin Franklin was supposedly asked about what kind of government we in the US had and his response is purported to have been, "A republic, if we can keep it." SB 1 seems to be putting a suicide vest on the State of Texas for the sake of destroying the democracy of the United States of America. My father was asked to be a "poll tender" while attending a university in Mississippi in the 1950s because he was an athletic white college boy in a well-known national social fraternity. He was a good basketball player who had grown up in the Methodist Church. He had begun to overcome any racism he learned partly because of now having African American teammates and classmates. Further, he was pre-rock and roll, he loved blues. And out of conscience he knew he could not do what the city "elders" want of him, to stand at the polls and not let African American people in, through sheer intimidation of being a white young man, to LEGALLY vote. He had to explain this heinousness to me for I was raised to believe ALL people had an equal right to vote. He refused to take part and promptly quit that fraternity. He had morals, something sadly lacking in the souls of most of the membership of the Texas Legislature and Texas Government in general. If you destroy our voting rights, no matter your attempts at idiotic gaslighting, the outcome will not result in a manner to your favor.

Jeana Foxman

Self

Dallas, TX

Please vote no on SB 1, anything less is an egregious assault on our precious democracy. There are many flaws in this bill, too many to list for the character count permitted. Perhaps most significantly, the impact of this bill and others like it, will be disproportionately visited upon the elderly, the disabled, the economically disadvantaged and Black, Latino and other minority communities. I am Jewish, and our sacred Jewish texts and values, calling on us to protect the vulnerable and the stranger, thereby call on us to oppose these bills. I appreciate and support ensuring that our elections are secure and that the process has integrity. But the changes in law proposed in SB 1 and some of the other election bills rather than meaningfully addressing any legitimate voting security issues, will instead create unnecessary barriers for many citizens to exercise their freedom to vote and

Printed on: August 30, 2021 11:32 AM

subject too many people to unwarranted severe criminal penalties. I urge you to vote NO on this bill.

Eva Kiser

Self

Chandler, TX

I am not in favor of limiting access to voting with arbitrary rules designed to make it more difficult for a registered voter to cast a ballot.

Jeremiah Scott

self/geology analyst

Richardson, TX

There should never be laws to make voting more difficult, period. Passing such laws, especially with the unexpressed intent to prevent minority voters from voting, is anathema to democracy and those pushing them should be ashamed.

Delight Hogan

Self

Frisco, TX

As a volunteer election clerk and poll greeter, it is readily apparent what the intent of this bill is: suppress votes by making it MORE difficult to vote in a state already ranked as one of the MOST difficult. As a parent of a out of state college student and a geriatric disabled mother, I can testify that it is already difficult to register in this state as well as vote if you are not in a red controlled district/precinct. It is an absolute fallacy that there is a plethora of fraud. It is minuscule in proportion to our population and the former SOS declared out elections safe.  I oppose SB 1.

Holly Doggett

Self

Temple, TX

You know there is no widespread voter fraud. You just don't want people who aren't just like you to vote. We see who you are. We need to be helping every eligible Texan to easily cast their vote. Expanding vote by mail is a great start.

Mary Carter

Myself

San Antonio, TX

My husband and I both vote. We believe every citizen should be able to vote with grace and ease. It is the only way for a fair election for which ever party a person chooses.

Gabriele Sanchez, Ms.

Self, independent contractor

San Antonio, TX

I'm urging you to oppose SB1, because it takes away voting rights that our hardest working Americans deserve. Many of us work multiple jobs for long hours that don't match the schedule of those with regular hours or a privileged career. We need 24 hour voting windows and drive thru options (which already required IDs, so any opposition to them is petty and obstructive).

Printed on: August 30, 2021 11:32 AM

We do not have many elections, which means every American citizen should be given the opportunity to participate when they happen. The needs of Texans in rural areas are not the same as those in crowded, urban and suburban areas. This isn't a change in "voting rules," as Lt. Gov. Patrick calls them, and making accessibility the same across all counties, especially when choosing the most restrictive option, doesn't mean it's fair. To push for these restrictions during a 4th surge in a deadly pandemic is even more cruel and unreasonable.

We should be concerned about hacking and other security issues in voting. However, wasting tax payers' hard earned money on a monthly hunt for boogeymen not based on actual statistics, but instead on partisan games to terrify people is dishonest and corrupt, and it distracts from actual threats as they grow.

Elissa Steglich

self

Austin, TX

I register my strong opposition to SB 1.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Andrew Hassell

Self, accountant

Brookshire, TX

Why are you afraid or voter turnout? Are you scared your political views are no longer the majority, so rather than change your views with the times you try to limit voter turnout to hold on to power a few more years? The 2020 elections were extremely secure and almost no cases of out right fraud were found. In fact, less than 50 Texans are being prosecuted out of 11 million ballots. In these times, education and information and technology should make registering and voting as easy as anything. Please don't try to limit people's right to vote just because you are afraid of changing demographics and popular beliefs. If you truly believe in democracy, you would not be trying to limit the number of votes. Stop pushing the lie that the election was stolen just because you don't like the outcomes. 1 drop box for 5 million people doesn't make the election more secure, you just hope it limits participation. Vote no on S.B. 1

Harrison Paret

Self

Houston, TX

This bill makes it abundantly clear that the Tx GOP has fully embraced fascism and authoritarianism; it is the only explanation

Printed on: August 30, 2021 11:32 AM

that makes sense or why sb 1 blatantly targets voters ability to get to the polls.

I demand that anyone so still supports democracy and believes in pluralism to oppose this bill.

Veronica Garcia

Houston in Action

Houston, TX

Houston in Action opposes SB 1 as it would eliminate two critical measures that have helped keep voters safe during the pandemic: drive-thru voting and extended early voting hours. Further, we disagree with the provision of the bill that prohibits election officials from proactively mailing out absentee ballots or applications and have great concerns over the language that empowers partisan poll watchers.  Texas should embrace policies that make voting more accessible, as opposed to restricting access.

CHRISTINA STEFFEY

Self

Dallas, TX

Please do not pass this bill in its current form.

Michael Webber, Dr.

Self

Austin, TX

I am opposed to this bill. We should be doing everything we can to expand the franchise of democracy to as many people as possible. Instead of making it harder to vote, let's make it easier to vote. Instead of erecting barriers to participating in democracy, let's invite more people to participate more readily. The more people get to be part of democracy through convenient voting, the more people will believe in democracy and the more people believe in democracy the more likely we are to extend our freedoms for future generations. Let's not start going backwards now--we've made too much progress to give up on it by becoming retrograde and returning to some outdated view of who gets to vote.

Max Rocha, Mr.

Self

Boerne, TX

I object to this unnecessary, un-American bill

Cynthia Brennan, Nurse

Self- retired teacher

Georgetown, TX

I do not approve of this Jim Crow voter suppression Bill. There was no fraud in last election. This Bill is more proof that you are trying to prevent certain voters from exercising their American rights.

Brian Dixon, Dr.

Self; Physician

Fort Worth, TX

Printed on: August 30, 2021 11:32 AM

Anything that prevents the easy completion of a civic duty like voting should be stopped.  These bills make voting more difficult and deter excitement about the one thing guaranteed me, a Black guy, in the Constitution.

Jessica Bowen

Self- teacher

New Braunfels, TX

I am registering my opposition to this bill. This is a blatant attempt to suppress the vote so the GOP can remain in power despite the fact that the majority of Texas citizens do not support your policies. This bill seeks to remedy an issue that was made up by the GOP. Voter fraud is not an problem in our state. Politicians should be doing everything they can to expand voting rights and access to the ballot, not limit it. This bill is anti democratic and a waste of time. Focus on fixing the Texas power grid instead of suppressing the vote!

Meg Willett

Self

FORT WORTH, TX

I am opposed.

Gwynne Ash, Dr.

Self - professor

Austin, TX

This bill is a solution in search of a problem, partisan, and a waste of taxpayers time and money. Jesus did not say, "Cheat to insure that you always win."

Ronald Kinard

self, software engineer

Round Rock, TX

I do not believe this bill is necessary to protect elections, and believe it will disproportionately disenfranchise voters to address a problem already managed perfectly well by existing election policy. There is insufficient evidence that the introduction of safer, faster voting methods during the 2020 election resulted in any threat to the integrity of the election. However, introducing these restrictions will make it more difficult and more dangerous for legitimate voters to vote, while unreasonably penalizing people who do make a good-faith effort to help them vote. If we are to believe that voting rights are a fundamental value of our governing system, then it is hard to see this bill as anything other than a bad-faith attack on the core values of our state and our country. Instead, the legislature should prioritize measures to make it safer and easier to vote for everyone eligible to vote, empowering local districts with the resources needed to protect the electoral processes they already have, thereby enabling the leadership of the government at every level to better reflect the electorate of Texas.

Marian Cones

Self

Houston, TX

I am OPPOSED to SB1 for these reasons:  (1). local governments should have the flexibility to approve voting methods that will better accommodate the voters in their region (i.e. 24-hour voting, drive-through voting, drop-off locations, etc.), (2) online voter registration should be allowed statewide just as many other governmental functions are carried out (such as vehicle registration), (3) criminal penalties should be eliminated for honest errors, (4) free movement of poll watchers is just the legalization of voter

intimidation and should NOT be allowed, (5) vote-by-mail applications should be sent to ALL eligible voters on the rolls and criminal penalties against election officials for mailing them out should be barred.  This bill attempts to fix a problem that doesn't exist, and the risk of denying the right to vote to an eligible voter is a much greater risk to our freedom than the risk of an ineligible vote being cast.

Jennifer Duiker-Walker

Self.

Elgin, TX

I am opposed to this bill. Giving the legislature the option of ignoring my vote or any Texan's vote is wrong.

Wilma Putnam

Self

Georgetown, TX

I support SB-1  and urge committee members to hear the bill and to it out of the committee as quickly as possible.

Corinne Smith, Pct Chair

Self - retired

Dallas, TX

Good Afternoon : First I would like to state I am in FAVOR OF  the " election integrity and security , and preventing fraud bill. I need to finish reading the complete bill.

I would like to share & address large concerns I have about fair and transparent elections in Dallas County. Through investigations into Dallas county comm court , during Toni-Pippins Poole as Adnim in Nov 3 2020 cycle, and prior to it , an infusion of 15 million  dollars ,via CTCL was rec'd. CTCL is the Mark Zuckerburg Group - Center for Technology & Civic Life. I have saved the copies. Also I have read Phil Klein an, Atty report on,  CTCL, in which discovery of 44 Thumb Drives went missing from Dallas County.  Toni Pippins Poole was already considering her resignation prior to the completion of Nov 2020 election.

I also have the report of Chris Davis Elections Admin video @ comm's court on Nov 10, 2020 ,  on election issues in our county. I will be happy to provide these pieces of information and documents of record. Please notify me of where to submit these documents for them all to be considered by the committee and our state house and senate legislator's.

 We have formed a county committee of members involved on working for election integrity and forensic audits.

We have and are working in a committee to further the efforts of citizens via our county party to further call for a Full Forensic Audit of all the top 13 counties or the complete state of Texas. Until Nov 2020 is fully investigated , citizens can't trust the process, and they can't trust the machines , which have separate issues.  The citizens are deeply concerned about their right of one vote, one voice. I also have a copy posted by Rasmussen Reports on their twitter account - about the ES & S , DS 200 machines , ( like those  used in our county, )  where a modem can be inserted inside the unit.  This also was discovered in Antrium MI report via Atty Matthew Deperno and Allied Securites report .

The citizens are gathering in large volume , to have their voices heard and will continue the call for a Full Forensic Audit .  Thank You for your time today.  I can be reached @ corrine2941@gmail.com  PS: Evidence gathering and collecting is increasing each day .  This is not about one party vs another party . Each should be concerned about facts and issues, and the affidavit 's we have not seen , but the Atty Gen has many cases still pending.  Thank You again for your help in this matter and my  written testimony today 8-23-21.

Kathryn Ledbetter

Printed on: August 30, 2021 11:32 AM

Self

Burnet, TX

This bill will make it harder for impoverished Texans and Texans of color to vote. We should not make it more difficult to vote in a state that is already one of the most difficult to vote in because of lies about the 2020 election being stolen. It is just a power grab by the Texas GOP.

Sheri Lapin, Ms.

Self

Houston, TX

I am against restricting voting. Put the drop boxes back, allow drive through voting and mail in voting. 1 Dropbox for all of harris county was ridiculous.

Erika Klein

Self - business owner

THE WOODLANDS, TX

This bill is racist garbage.  We do not want voter suppression in Texas.  You are taking us backward.  You need to be making it easier for people to vote.  If the only way you can win is to suppress voters, maybe you need to change your policies to things people need - like dependable power

It is appalling this is what you are working on during the Covid pandemic.  Our schools and hospitals are disasters and we need reliable power.

Marla Morris

The best interests of Texans

Dallas, TX

The very bedrock of our democracy is the right to vote - for every single citizen 18 and over. As our state representatives, you should be striving to make that right as easy to exercize as possible.

This bill does not do that. In fact it makes it more difficult and muddles the process unnecessarily based on an enormous lie. There is no appreciable voting fraud. Most Texans know it, and we will hold you accountable at the ballot box for your decisions regarding this bill, if our voting rights haven't been too diluted to do so.

I implore you, please maintain the integrity of our elections by voting NO on this bill. Quite literally, the future of our sacred democracy depends upon it.

Laura Bloemker

Self

Round Rock, TX

Please reconsider SB 1, the bill that will make it harder for Texans to vote. We don't need the state to take over the elections process for our counties. They do a fine job of administering elections. They should have some say in how many polling locations and drop boxes they can support, the hours polls will be open, and the means by which people can vote. Nothing that happened in Houston in 2020 involved voter or election fraud. We don't need any new voting legislation based on the former president's big lie about that, we need solutions that ensure that more people can vote. Also, mail-in voting is not less secure than walk-in voting, since you have to be a registered voter to get a mail-in ballot. Restricting access to mail-in voting hurts ALL voters.

Printed on: August 30, 2021 11:32 AM

You should be working to ensure that our power grid is fixed and that the state is taking action to keep people safe in the continuing pandemic. Children who can't be vaccinated are headed back to school with no mask mandate from the governor, putting them, their teachers, and their families at risk. When life or death issues are on the table and instead you're taking actions to limit voting, you show exactly what you think is the real crisis: More people voting, particularly voters of color. Stop this bill and address the real priorities of Texans.

Donna Todd

Myself

GARRISON, TX

Texas already has the most restrictive voting laws in the nation. We don't need more laws making it harder to vote. We need laws making it EASIER to vote. If the GOP is afraid it can't win elections unless it cheats, I'd say maybe Republicans need to change their policies instead. Do not pass SB-1, or any other bill making it harder to vote. Go back and read the US Constitution if you need a refresher on the work Americans have done to extend the vote to Black and Brown people, and to women. Stop trying to take away our hard-won rights just because that's the only way you can think of to make sure you hang onto power.

Joseph Malick

self/retired

Dallas, TX

Election bills must be amended to include the following:

Auditable elections with access to all records and equipment.

No computers in polling locations or central count.

Vote tabulation that is solely based on a hand count of paper ballots.

Legitimate voter rolls and voter registration.

Three days of early voting with no gap in between early voting and election day.

No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.

Fire Keith Ingraham.

Cuong Luu

Self

Houston, TX

I oppose this bill because it doesn't do anything for election security. It only makes it harder to vote and disproportionately affects minorities. The claims of mass election fraud are false.

John Bruce, Mr

Self

Houston, TX

Considering we have yet to see any large scale fraud in Texas then my feeling here this is no more than voter suppression . If the Texas state could provide examples to show this large scale voter fraud then I would change my position .

Printed on: August 30, 2021 11:32 AM

Tiffany Holman

Self

Garland, TX

Hello!

I am appealing to this legislative body to consider amending SB1 to include HB26. There is an urgency in the air among those of us that love this country to restore faith in our election process. The longer we wait the more apathetic I believe the American people will become.

Thanks you so much for all that has been done and I pray you all consider my request.

God Bless

Angela Plummer

Self

Tyler, TX

No comment

Dwight Pack

Self banker

Dallas, TX

Stop with the fake voter fraud bill.  This is nothing more that voter suppression.

Kim Farlow

Self

New Braunfels, TX

I am an experience election worker and I am against SB 1 for numerous reasons that would make it harder for more voters to vote. Texas has rapidly gained population between 2010 and 2020.  The census showed an increase in the people of color communities and a decrease in the Caucasian population. Many Texans must work two or more jobs in order to earn enough money to pay for necessities.  Allowing flexible voting hours to accommodate Texans who work multiple jobs or shifts that prevent them from voting between the times allowed in SB 1. Flexible voting hours should be decided at the county level. Below are my recommendations to improve the SB 1 so that more Texans will actually vote.
1. The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. Provide multiple locations for voters to drop their mail in ballots in secured ballot boxes located in places that voters go to often. Several states vote entirely by mail successfully and securely. Look to those states to provide guidance as to how to expand voting options. These are what Texans want.
2.To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. An election judge should have the authority to remove a poll watcher for any inappropriate interaction with a voter without a warning and that poll watcher should not be allowed to return during that election cycle.
3. Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.
4. Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow

blind voters a way to securely and privately vote.

5. Adding electronic voter registration, without the need to print and return voter registration forms to the county elections, to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. Same day voter registration should be possible for all Texans who are shown to be a registered voter in Texas.

6. Allow student IDs from a Texas college/universities and Texas high schools to be an acceptable form of ID.

Voting is the bedrock of our democracy but yet Texas has one of the lowest voter participation in the US. Changes to elections laws should focus on increasing voter participation in Texas to where 80% of register voters vote in every election.

Susan Dietzmann

NA

Ingram, TX

Thank you for making appropriate changes to SB1. It is good to go. Do mat make any more changes to negate all the good qualities of this bill. Thanks for all your hard work to get it right for Texans.

Wanda Longoria, Ms.

self: retired teacher

San Antonio, TX

Please do not pass what I believe to be a Texas voter suppression bill. Parts of it are subtle attacks to the election process and could hinder access to the polls for many Texans based on a false premise that Texas elections are riddled with fraud. This has already been proven to not be a true reason for creating this bill. I know a House committee is scheduled to consider the bill Monday,. Please do not vote to move this bill along. It would be a travesty to our state and future elections. Our constituents need to be given free access to legal voting as it currently stands in our great state. We have historically had safe elections and that should be honored, upheld and secured to gain the confidence of our citizens.

Anne Freitas

Self

San Antonio, TX

This law is unnecessary. There was no risk of election fraud to justify this. Make voting easier for all Texas citizens.

August Schilling, Mr.

self

Southlake, TX

It is imperative that voting in Texas be made as easy and accessible as possible. That by no means is to imply or support fraudulent voting (a very unusual occurrence historically), but, to provide all eligible voters the right to register and to vote without hinderance. What have you done to facilitate such reasonable practices as drive through voting, 24 hour voting, easy drop off of "mail-in" ballots, on-line voter registration, same day voter registration, etc. These are all practices used in many states/localities with great security and no significant history of fraud, errors, etc. SB1 as drafted makes most or all of these practices harder and interferes with the rights of the disabled, the elderly, the late shift worker, the student, the single parent, etc. to be able to vote. As a poll worker, the access being granted to poll watchers, the restrictions on poll workers to protect voters from poll watchers, the penalties for violating these overly broad poll watcher rules and the likes are unreasonable. They will drive away the very hard to recruit poll workers/judges who give generously of their time for minimal pay to advance democracy and subject them to possible liabilities for inadvertent mistakes and/or mistakes promoted by poll watchers intending to elicit trouble. SB1 is a horrible piece of legislation that is without any substantive basis and must be killed.

Stephen White

Self

Printed on: August 30, 2021 11:32 AM

Houston, TX

Please stop with the superfluous additions to current law.  There was no fraud found and there is no need for this plethora of ridiculous add ons. Stop making things worse.  I'm disabled and haven't needed to use it yet but if I do need a ballot it would require numerous hoops I'd have to jump through in this bill.  It wasn't broken to begin with and it doesn't need this "fix". Maybe you should work on the grid so I don't die next time it's overloaded.  Don't you have better things to work on for us than idiotic mess that only makes our lives worse?  The election was fair and DJT lost.  Just like Hillary, John, and Mitt did before. Enough is enough.  Stop trying to please a particular base and go to work helping make Texas a better state.

CHARLES DAVIS

Self - Insurance

Waco, TX

There was no mass election fraud in Texas in 2020. This is a bill designed to make it harder for people to vote. There is NO reason it should be more difficult for anyone to vote.

Jane Lesnick

Self

Houston, TX

I am a voter in Harris County, TX and I am writing to testify AGAINST SB1.
Given that the COVID crisis has gotten worse again, and we need our government to allow protections for vulnerable people, I think that SB1 goes too far in curtailing local elections officials' ability to protect our voting citizens' ability to vote in safety and with ease. Mobile voting, more voting hours, and distributing applications to vote by mail are ways to encourage people to vote in the way that is most safe and convenient. The restrictions on all of these by SB1 are harmful to the voters of Texas and therefore to the integrity of our elections.
Another thing that is harmful to the integrity of elections is allowing untrained, unaccountable partisan Poll "Watchers" practically free rein in voting locations, with severe penalties instead for highly trained  Poll Workers who try to protect voters' privacy and right to vote free from harassment. Texas's history of voter intimidation means the legislature must take great care in matters where this harmful behavior may easily be replicated.
Please do not pass this bill.

Pamela Sonnen

Self retired social worker & educator

Castroville, TX

I am a Medina County resident. I have worked at the past two federal elections and never saw any evidence of voter fraud.  I have not seen any documented evidence of voter fraud in other Texas counties either.  Making it easier to vote during a deadly pandemic should be what we want in a democracy, not what we oppose.  I strongly oppose this bill as it is clearly intimidation and voter suppression.

Melanie Kleas

Self

Houston, TX

I am a senior voting by mail.  I have earned the the right to vote by mail by getting old.  Harris County voting during the pandemic was seamless.  I was able to check when my vote was received and then able to check when it was accepted.  Now I am faced with my vote being rejected if someone not even qualified deems my signature is not quite identical.  I could go on and on, just let it be known that I am horrified with voting restrictions when the percentage of voter fraud was practically nil.  This is not democracy.  We should all be able to vote!  It should be easier, not harder.

Printed on: August 30, 2021 11:32 AM

Penny McDonald

Self-retired

Carrollton, TX

Not needed

Heather Farmer

Self and League of Women Voters Hill Country Texas

Center Point, TX

As an election worker in Kerr County, I have seen firsthand the need for more ways to allow voters access to safe voting. During the 2020 election, our elderly and disabled voters, and our voters whose health is at risk benefited greatly from expanded early voting days and hours and from easier access to drive-through and mail-in ballots. I demand that you allow ALL voters the same expanded voting rights as these vulnerable populations.

The Texas COVID epidemic, which now includes the more highly contagious Delta variant, highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training, similar to election worker training, and should acknowledge the integrity of the polling space by executing an oath similar to election workers. During the 2020 election in Kerr County, several poll watchers who had not reviewed the material provided by the TX SOS had to be warned about violations to voters' right to privacy that they were committing.

Since we have a high number of voters who utilize mail-in ballots, they would benefit from including a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

I urge you to remember that the right to vote is not a partisan issue. The more accessibility voters have, the more our democracy is strengthened.

Michael Nelson

Self

Dallas, TX

This bill keeps Texans from voting through suppression. Do NOT pass this bill.

Cynthia Graves, Dr

self

Round Rock, TX

Printed on: August 30, 2021 11:32 AM

The beauty of a free and fair election is the ability for citizens to participate in our governance.  We have trained poll workers to monitor the electoral process as it is executed.  We have technology in place to confirm the sanctity of the ballots being cast prior to the election, during the election and after the election.  As we all know the last elections in Texas had little, if any, voter fraud.  And yet, here we are with legislation that presents false facts and attempts to change laws---all to satisfy a warped political movement.  With the ability to check identities online and the online security in place, we should be moving ahead in making voting easier and more readily accessible.  I served on the Pflugerville ISD school board for a decade.  I am an active voter with a doctorate degree and a small business owner with 10 full time employees.  I was a lifelong GOP voter prior to 2016.  I think we owe each citizen the opportunity to cast a ballot in each election so our representative republic stays strong.

Bryce Reed

self - musician

Bryan, TX

I am very strongly against any bill in the Texas legislature that restricts voting access, especially SB 1. The provisions in the bill that restrict voting access have been put forth without justification or proof showing their necessity, and will serve only to make voting more difficult for citizens, rather than restricting imagined voter fraud.

Ismael Rodriguez

Walmart

El Paso, TX

Stop making harder for people to vote.

Irene Solano

Self, Educator

San Antonio, TX

The oppression of voting rights for nonwhites has been a stain on our Democratic Republic. The  Jim Crow control that has tied the hands of legitimate voters in our state and country must end.

Kelly Mormon

Self

Austin, TX

I oppose this attempt to infringe on the voting rights of Texans. Allowing partisan poll watchers is a recipe for interference and voter intimidation. I support mail in voting, ballot drop boxes, and extended voting hours.

El0ise Richardson

self

Plano, TX

We must provide voting opportunities for the elderly, people with disabilities, fear of exposure to the pandemic especially to those with underlying risks. Mail-in ballots are a sensible solutions; DO NOT make it more difficult for citizens to participate in the voting process. Voting is a responsibility, right and privilege  of every American citizen.

Blakely Fernandez, Ms

None / self

Printed on: August 30, 2021 11:32 AM

San Antonio, TX

Texas should be innovative in drawing as many voters as possible in each and every election. Let's put democracy above politics!

Brian Berryhill

Self / Business Process Expert

Aledo, TX

Texas already has robust voting laws and we should be making it easier to vote, rather than harder to vote. To me, this bill conjures up partisan division across the state when the legislature should be focused on fixing the grid and ensuring our schools can continue learning. This bill moves things in the wrong way and will backfire, making it harder for everyone on all sides to vote.

Helen Manroe

Self / retired

Granbury, TX

I oppose all measures that make it harder to vote. Our elections already are safe and secure. None of this is needed.

Kelly Johnson

Self

Austin, TX

 I oppose this bill

Justin Rock

Self

Harlingen, TX

Based on the bill as currently considered, it is clear that this is strictly designed to harm the voting process. There is scant evidence that voter or election fraud has led to any materials change in election outcomes, nor is there evidence that voter and election fraud is so widespread that it is an issue of import to Texas elections. Rather than narrowing voting opportunities, Texas should focus on expanding voting rights through:
1. Expanding vote-by-mail in a common sense way like 5 other States have
2. Allow curbside voting to help older and disabled Texans
3. Allow 24 hour voting to help average, blue collar Texans who may have a tough time voting between the multiple jobs they work

With the series of changes and amendments to the bill, it is clear that it needs more deliberation in order to make sure it is done right. As such, I am opposed to this bill and encourage the Texas House to not move forward with this bill as written.

SHARON GREIFF

Self

Houston, TX

For the past three years I have been an election judge in Harris County and I have seen ZERO voter fraud attempted. There are too many checks and balances for widespread fraud to happen. To limit the ability to cast a vote is not increasing integrity and security,  rather it decreases voter freedom and accessibility.

Printed on: August 30, 2021 11:32 AM

Edward Conrad

Self, Software Engineer

San Antonio, TX

This bill is a blatant response to Trump's efforts to overturn a fair and free election last year. Efforts like this will not stand. The more you stifle the vote, the more voters will take to the polls to show you who's in charge. But beyond that, it's your duty to secure democracy and freedom, not to mindlessly effect limits on it. Your actions attack the very foundation of representative democracy. Its intent is clearly to weigh the scales away from actual, non fraudulent voting. The balance instead is toward conspiracies and distrust. You are undermining the vote, and the damage you do hurts this state. Follow freedom, not sound bites and political convenience. Allow individuals to decide who represents them and not representatives to decide who gets to vote the easiest.

Ayayi Eneli

Black Ladies Advancing Qualitative and Quantitative Change

Belton, TX

I am opposed to this bill. It is a vote t suppression tactic under the guise of election integrity. Vote it down. This bill is resurrecting Texas' racist past.

LeeAnn Derryberry

Self employed

Spring, TX

STOP SUPPRESSING THE VOTE!

Change your position(s) on policies instead of changing the rules!

NO ONE is free until EVERYONE is free ?

We're turning Texas blue so get back on board with FAIR elections or be prepared to be voted out of office ??

LeeAnn Derryberry
832-387-9572

Sylvia Cave

Self

Gainesville, TX

VOTE NO - Voter suppression is unacceptable & we don't buy the double-speak that this bill does not promote suppression!

Hannah Bashour

Self - Sales

Austin, TX

Please vote NO on SB1.

Marcel McClinton

Self

Printed on: August 30, 2021 11:32 AM

Houston, TX

I oppose this bill.

Theresa Reneau
Self
Frisco, TX

Voter fraud is a lie. Texas already has secure elections and needs to make it easier to vote for everyone.

David Ellis, Mr.
Self
Frisco, TX

This bill is an embarrassment to Texas. We can surely enforce security without making it HARDER for Americans to vote. I'm a white, non-illegal, Texas resident and you're not making it easier for me or my wife to vote. You're making it harder. So hard, that y'all ain't getting my vote ever again. For as long as I live, I'll vote for anybody and everybody who disagrees with this disaster voting bill.

Robin Hayes, Co Chair
Eastland Co Republicans
Eastland, TX

I support SB 1 by Senator Bryan Hughes. I implore you, however, do NOT remove or weaken existing statutes designed to detect and prevent fraud, and do NOT reduce penalties meant to discourage and punish fraud once detected.  We must keep elections transparent and trustworthy at every step. Also, there should be NO connectivity at the central counting station.

Thank you!

Sean Henry
Tweed/Houndstooth
Dallas, TX

Everyone votes! It's a right!

Shannan Williamson
Self
Dallas, TX

The radical/fascist Reich can no longer win elections without having to cheat!!

Sean Henry
Tweed/Houndstooth
Dallas, TX

Everyone votes!

Printed on: August 30, 2021 11:32 AM

Marvin Bennett-King

Self

Killeen, TX

I strongly oppose this bill. It is, at best, a solution in search of a problem. At worst, it is blatant voter suppression, Jim Crow reinvented. This bill should not be considered nor passed

Darla Caesar

NA

Houston, TX

I think it's unethical and UNAMERICAN for people who are supposed to work for us to change the laws to only benefit them and their party. How are we supposed to know who truly represents us when you don't want an honest and true vote by the people? When racers are running you don't tape one racers legs together and call that  a fair race because the other guy isn't sure he can win otherwise!  I don't think Greg Abbott and his co-horts can win honesty.
Greg Abbott is a disgraceful excuse for a governor and if this is his idea of good governance, I am ashamed to call him my Governor,  not that that bothers him!

Erin Burns

self, librarian

Lubbock, TX

This bill will hurt Texans, especially the marginalized amongst us. I am disappointed especially in the republicans, and their  "leadership", who want to make sure they stay in power as long as possible by taking away people's ability to vote. By making it harder to vote instead of easier, they are making sure that only the more privileged can vote, and are standing in the way of true democracy.

Roselle Baldwin

Self

Houston, TX

I am against this bill

Susan Cummings

self/retired

Baytown, TX

This bill does not serve Texans well. It places obstacles in the way of many Texans who want to vote and are eligible to vote. That this bill exists is testament to the misinformation spread about voter fraud, a problem that is nearly non-existent and to the degree that it has happened has never changed an election. We must have 24-hour voting for shift workers, drive through voting is so helpful for parents with a car full of kids and groceries. We need curbside voting. Were it not possible for me to assist my elderly mother at the voting machine in 2019, she would not have been able to make her selections with confidence.

Democracy works for the people best when MORE people have access to the ballot box, not fewer. Do not dismiss the troubles others face when they must find a ride to the polls or need to vote by mail. Don't compare YOUR ability to easily caste your vote with the circumstances of most Texans.

SB 1 is a huge blow AGAINST free and open democratic elections in Texas.

Printed on: August 30, 2021 11:32 AM

Mariah Ingram MacLean

Self

Dallas, TX

I morally oppose this bill, we should make it easier not harder for people to vote, especially for people of color, those with disabilities, and while we are in a world wide pandemic.

Dennis Baldwin

Slef

Houston, TX

I am against this bill

GARRICK FARRIA, MR.

THE FARRIA LAW GROUP

HASLET, TX

VOTER SUPPRESSION IS EVIL, BUT IT WILL NOT STOP US. WHITE NATIPONALISM IS CIRCLING THE DRAIN. THIS IS  finL HOWL FROM THE TEXAS STORM DRAIN.

Kristen DeMaria

Self, dev apps senior analyst

Irving, TX

This bill does not help voters, but instead infringes upon our constitutional right to vote. Do not limit people's ability to vote by increasing barriers. Increase people's access to the ballot box. If you can't do that, you don't deserve our votes or the ability to represent us.

Janice Fishlock

self

Bulverde, TX

If I am understanding this bill correctly, I do NOT want it passed as is.  I support election reform that encourages integrity in elections (not politics),  as well as voting laws that ENCOURAGE voting, such as automated voter registration, early voting 7 days per week for a minimum of 2 weeks and the option of mail in voting.  There should NEVER be more than a 1 hour wait time to vote.  If we can't achieve that with in person voting (due to lack of volunteers, voting machines, or whatever), then we need more mail in voting and more days of early voting.  Polls should be located in every district, according to population.  Again, if this is not practical, more resources need to be put into mail in voting.  If this can be done securely in other states, surely the Great State of Texas can do it.  I am fine with voter id, but then I believe the state must do everything it can to provide voters with easy access to acceptable forms of id.   I am fine with poll watchers provided they are back ground checked and well trained. I believe there should be very specific rules on how votes are counted, rejected, audited, etc. with allowances for simple errors or omissions to be corrected in a timely manner.  I also believe in ranked choice voting to simplify the process of voting and reduce the number of elections.  People are busy and should not be discouraged by multiple run off elections that could be eliminated with ranked choice.

Laura Olesen

Self

Austin, TX

Printed on: August 30, 2021 11:32 AM

Republicans are attempting an authoritarian takeover.

William O'Brien, Mr.

Myself

San Antonio, TX

I am opposed to any bill which does not include full online voter registration, "no-excuse" vote-by-mail, two-weeks of all day early voting, allowance of local election boards to authorize 24 hour and drive-thru early voting. Please be advised there is no issue of voting integrity in Texas. Voting is safe, private and very secure. We need to encourage all adults to vote in each and every election, runoff and referendum. Anything else is a sham.

Randy Williams

Self, attorney

Alvin, TX

I oppose, the legislation is not well conceived, drafted or necessary, current election laws provide more than sufficient security as is evidenced by elections to date, and minimal amount of fraud

Sondra Brunone, Ms

Self

Lewisville, TX

Our elections in Texas are safe. They have been secure. Texas is already the hardest place to vote in the country, for no good reason. This is nothing short of voter suppression and should not be allowed

Jaime Espinoza

myself

Houston, TX

I oppose this bill that has not rationale basis given the incredibly small amount of fraud in our election process. It stinks of a naked power grab and takes time and attention away from real threats to the State, such as our failing electric grid, the threats of increasingly catastrophic storms, our aging infrastructure, and the COVID health crisis. Texas deserves more from its representatives, who are meant to serve the people of the State over themselves or their party.

Paul Courry

Mr. and Mrs.

Houston, TX

Stop the voter suppression. we don't need this. It is an attempt to keep large cities from voting.

Kurt Rheinboldt

Self

New Braunfels, TX

SB1 is just the latest attempt to limit access to the polls. The Republican Party needs to take policy positions aligned with the majority of voters, not just a well-funded minority or corporations. Republicans know their policies and beliefs are outdated and

choose to find ways around democratic functions. They are un-American and again show themselves to be the American Taliban.

Constance Herron

Self - Real Estate Agent

GEORGETOWN, TX

I am in favor of SB 1 by Hughes to stop election fraud and secure election integrity in Texas elections and REQUIRE voter ID's!

Brenda Reeves

Self / Retired

Jourdanton, TX

I am for this bill. It isn't racist to require an ID. I know what racism is I was beat up every day a school for my looks. It gave me a thick skin. This country isn't racist! You cannot change History. We need an ID to buy alcohol, go to a club, buy a house, rent an apartment, go to school, at the drugstore, buy a car etc….

Kristen McGarvey

Self

Lake Jackson, TX

The number of fraud cases in almost non-existant. This is simply an effort to disenfranchise persons or color or the working poor. I do not support this.

Susan Case

self, retired

Dallas, TX

I am opposed to this bill. We need to make voting in Texas easier, including more mail-in voting.

CLAUDIA A TORRES-YANEZ

Self

PFLUGERVILLE, TX

This bill is not necessary.  The bill is premised on a lie.  There is no widespread voter fraud in Texas.  The Texas Secretary of State indicated the 2020  election was safe and secure.  Texas should be expanding voting hours up to and including 24 hour voting, vote by mail, and drive through voting, and not limiting these processes.  It is extremely short-sighted to implement these restrictions, particularly when  we are still in the midst of a pandemic and cannot predict what else the future might hold.  I believe it is also dangerous to empower partisan poll workers to the degree that this bill does, opening the door to a real problem of voter intimidation.  Furthermore, this bill does nothing to move Texas into the 21st century (an actual problem the legislature should be solving) by offering on-line voter registration.  Please amend the bill to include on-line voter registration that will benefit ALL Texans.

Aurelia Askew

Self

Houston, TX

Anyone who supports voter suppression or rejection in the name of the Big Lie is not representing honor, courage, or true service

Printed on: August 30, 2021 11:32 AM

to the state of Texas. I am deeply opposed to your attempts to deprive me of my right to vote.

Howard Neuwirth-Hirsch

self

Houston, TX

I am AGAINST this bill for the following reasons.

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Gracie T

Self

Kingwood, TX

Voting for everyone has to be available

Kaitlyn Miell

Self

McAllen, TX

No! Stop voter suppression bills!

Linda Gilbert

self, retired

Austin, TX

The 2020 election was secure and safe with statistically insignificant fraud despite it being easier for everyone to vote; especially elder Texans, disabled Texans, and working Texans. This bill is unnecessary thus presenting a false flag for reasons known to those supporting it. As a matter of fact, the recent very secure election supports making it even easier to vote by codifying actions taken to improve access in 2020. As an American and a Texan, I will back and vote for any measure which increases access to the polls.

I emphatically do  NOT support SB 1 and the bill should be voted down.

Printed on: August 30, 2021 11:32 AM

Daniel Dali

Self

Denton, TX

I object to this bill. It is unnecessary and a blatant missuse of power to subvert the will of the people.

Roselyn Flannigan

self retired

Houston, TX

I am a Texas resident, taxpayer,  voter, volunteer deputy voter registrar in Harris, Galveston & Brazoria Counties, and an election worker in Harris County. .  I am appalled at what SB1 is attempting to do to Texas citizens right to vote.  Especially egregious is the provision that would require voters applying for mail in ballots to remember what ID # they used when they registered to vote.  Be it 2 months ago or 40 years ago.  In SB1, if the number on the mail in ballot application  (Texas ID or last 4 digits of SSN) doesn't match the number used on the registration form, their application will be rejected.

Next in awfulness is the authorization of untrained and unaffiliated poll watcher who can disrupt election sites AND the watchers are allowed "one intimidation" before the election judge can remove them. As an elections worker, I can tell you that the work is already very stressful and this provision is likely to make many election workers quit.

And banning voting from vehicles unless you are disabled and banning drive through is a travesty.  Texas State Government should be encouraging all citizens to vote.  I spent my career in the oil industry where many people work 12 hour shifts.  The ability to vote from your car as you drive through a polling site is a huge improvement.

And a complete "ballot curing" process needs to be added to ensure that mail in votes are counted.

Do the right thing and vote NO on SB1/HB3 as currently written.

George Schwarz

self, retired journalist

Victoria, TX

preventing voter fraud is a lie. I am against the proposed voter suppresion bill..

Richard Hataway

Self/Retired teacher

San Antonio, TX

I do not believe voting fraud is as pervasive as some would lead us to believe. I think some of the measures that are being presented are simply designed to keep certain members of the voting spectrum from accessing their constitutional rights regarding voting. For instance, if lines are so long that people need to be provided food and water, there is a bigger issue at play here.

Abbey Clark

PxP

TYLER, TX

Stop this bill! This isn't right and yall know it

Alicia Boyett

Concerned Voter

Kerrville, TX

I respectfully request the committee focus on solutions for all voters and help restore the level of trust in Texas elections and acknowledge the magnitude of existing Election Code safeguards and transparency.  The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more opportunities to return vote by mail ballots. These are what Texans want.  Also, to be effective, poll watchers should receive required additional training and acknowledge the polling space's integrity by executing an oath similar to election workers.  Also included should be a complete cure process for applications for mail ballots and for the returned mail ballots. House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts, and make the process uniform in all counties not optional.  Voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.  Lastly, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls and reduce costs.

Chris Parker

Self cook

Wills point, TX

Dont let this pass

Adrian Wilson

Self--social worker

Lewisville, TX

There is no fraud in Texas elections. I am against this bill.. To make elections represent Texans accurately the only change made should be to end gerrymandering.

Demetria McCain

self

Dallas, TX

As a Black Texas teenager, I anxiously awaited my eighteenth birthday so I could register and vote. Because of my understanding of Texas History, U.S. History and Critical Race Theory, I was well aware of the struggles Blacks had over the decades when it came to voting. As an adult and a volunteer deputy registrar, I have been able to impart the same excitement to others who had never previously registered to vote. Voting is fundamental and we should not dial back the clock to pre-1960s by creating extra hurdles for Blacks, Latinx, disabled, elderly and low income persons as they attempt to register and vote. We should not employ scare tactics that keep qualified citizens from registering to vote. The state's criminal justice system already does a poor job of informing persons, who have completed their sentences and parole time, that their right to vote has been reinstated. Additionally, there should be ample access to voter information, early voting, voting centers and voting polls.

I ask that you oppose the discriminatory, suppressive provisions of SB 1. And I ask that you consider legislation that encourages more voter participation.

Susan Yoder

Self - retired

Round Rock, TX

With all due respect, I oppose the passing of SB 1.  The amount of proven fraud in our Texas elections was minuscule, if any. I
Printed on: August 30, 2021 11:32 AM

cannot see any valid, legitimate reason for this bill.  Please record my opposition.  Thank you.

Stephen Ruud

Lawyer

Austin, TX


Voting is the fundamental right from which all other rights flow.  Make voting easy.  Same day registration. 7 days a week.

Melinda Ivie

Self

Cisco, TX


I support SB 1 by Hughes. I implore you, however, do NOT remove or weaken existing statutes designed to detect and prevent fraud, and do NOT reduce penalties meant to discourage and punish fraud once detected.  We must keep elections transparent and trustworthy at every step. Also, there should be NO connectivity at the central counting station.

Melinda LaRoe, Ms

Self

Round Rock, TX


We are better than this!
This bill is a disgusting attempt at preventing the most vulnerable among us, especially  citizens of color, from exercising their right to vote.
This is NOT the will of the people.
Please vote NO.

Teresa Zoizack

Self

Dallas, TX


Undemocratic and racist

Hector Leyva

Self

Corpus Christi, TX


This bill should not even be an issue. There is no evidence of mass election fraud. I as a Texas resident don't want this bill to be passed.

Jenny Lou Park

self

Austin, TX


I am against this draconian Republican bill. There is zero proof of voter fraud and Texan's know this is just a way for the Texas Republican's to cheat in order to win. Spurred on by Governor Abbott, this legislation is against the people of Texas. The last census shows the diversity in Texas and this bill is for white men only. I am disgusted with this right wing controlled legislature spreading the Big Lie and continuing to act as if we are not a Democracy, but an Autocracy. Standing for suppressing any

Printed on: August 30, 2021 11:32 AM

American's right to vote is a sure fire way to lose your next election. Don't discount the anger that the people living in all the largest cities in Texas have about this legislation. Funny how it doesn't seem any Republican is actually representing their constituents, but just their bank account.

Kristi Sellers

myself

Silsbee, TX

I fully support SB1 relating to election integrity and security. It was very disappointing that some Democrats have held this bill up by refusing to do the work they have been elected to do. Texans want free, fair and transparent elections and this bill goes a long way to provide that outcome.

Rubben Kerr

Self

Copperas Cove, TX

I oppose this bill and will not vote for anyone who supports it

Catherine Wicker, Organizer

Central Texas Interfaith

Kyle, TX

My name is Catherine wicker and I am with central texas interfaith a 10 county coalition of congregations and civic groups from as far north as Waco and to Bryan-College Station and as far South as Hays and Bastrop Counties.  We are part of the Network of 10 Texas IAF organizations. We are here today to share some concerns about provisions in SB 1.

As a 25 year old texas with a disability for the past  20 years. I have missed voting in one election already in my life due to how our voter registration system works.  The elections office could not read my handwriting and they rejected my application meaning I was left out of the civic process.  This was a rejection due to not having the ability to fully use my hands, some days my illness has been in such a bad flare I have had to have assistance from roommates and family members to perform daily tasks such as my roommate fixing my hair, writing assignments and even with meals, with the new provision making someone sign an affidavit to assist in my basic constitutional rights leaves not only the person helping me and in fear with trying to assist. In addition the poll watchers provisions would also be an added stress to the person assisting while I exercise my right.

Also, having people that are not paid staff that are trained by the elections office with the ability to walk freely in the polling location can lead to intimidation of a process that for our new voters is already challenging enough.  Poll watchers have been part of the process and we have never needed to give them extra power to leave someone feeling intimidated and election workers continue to be trained to the fullest extent of the law.

Central Texas Interfaith conducts non-partisan Get Out the Vote efforts to ensure members of congregations are able to participate in civic life.  We want to ensure that not just new voters, but all voters have the ability to cast their ballot.

Duane McCune

Self

Schertz, TX

Voting should be made easier and more accessible to all Texans regardless where they live. I support vote by mail for all Texans who wish to vote that way. We should be able to vote on any day or time during early voting. Therefore I support early voting 24/7 for those Counties that can staff their election locations.

Printed on: August 30, 2021 11:32 AM

Lesley Guilmart

self

Cypress, TX

I am opposed to SB1, the voter suppression bill. Proponents of the bill have failed to prove widespread voter fraud, so why are you trying to make it harder to vote in Texas? The truth is, you know your days in power are numbered as Texas' demographics continue to shift. You want to cheat so you can maintain power. No thank you. I'll take democracy.

Janina Solomon, Dr.

self

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Valerie Pearson

Self; Accountant

Flower Mound, TX

Voting is a constitutional right that should be equally available to every American citizen, regardless of party, race, disability, etc. SB 1 purports to reduce voter fraud, but only a statistically insignificant amount of voter fraud was found in the 2020 election, even by the Texas AG, Ken Paxton.  This bill reduces the current amount of time that the polls are open in traditionally blue urban counties while expanding the voting hours in traditionally red rural counties, significantly reduces assistance for disabled voters, and allows voter intimidation by untrained poll watchers.  Access to voting should be the same no matter where a voter lives or to what party the voter belongs, and all voters should be able to preserve the secrecy of their ballot.  If voter ID is going to be required, the accepted ID must be free and easily obtainable to and by all Texas voters.  Please preserve Texans' constitutional right to vote.  Thank you.

Jordana Geathers, Ms.

Self - operations manager

Georgetown, TX

This bill is designed only to disenfranchise Texas constituents from their right to vote. It is unconstitutional and unethical, and has no place in our state. I do not support this legislation.

Chris Holcomb

self

austin, TX

We should be pursuing ways to make it easier to vote, not harder. We live in a democracy. Many have died to make this possible. This is now under attack, by the Texas GOP and President Trump.

Misha Lesley

Printed on: August 30, 2021 11:32 AM

Self - Children's Ministry Director

Houston, TX

As a registered voter in Texas for over 30 years, I stand in OPPOSITION to this bill, which deprives certain Texans of their right to vote.

Brent Dunklau

self

Rockwall, TX

I support this bill.  Please pass it.

Kenneth Grider

Self, Executive Assistant

Humble, TX

This is a ridiculous, power-grabbing, and wholly unnecessary bill which is SOLELY aimed at suppressing minority votes. That's it. Full stop. For an election that had ZERO evidence of ANY sort of widespread fraud that would have changed the outcome, y'all sure are majorly overcompensating. In other words, you're trying to "FIX" what isn't broken. But, we all know the real goal: to prevent anyone with a "D" after their name from ever winning statewide office by suppressing minority votes. By supporting this bill, you are supporting Trump's "big lie." The 2020 election was not stolen, and Trump lost!! Thank GOD!! History will NOT be kind to you OR your descendants if you support this discriminatory bill that is designed to appease Donald Trump's narcissism and dishonesty. I urge you to reject all of that and vote AGAINST this bill. Thanks.

Julie Kim

Self

Pflugerville, TX

I oppose this bill because it restricts voter access unnecessarily.

Myron Dornic

Self

Dallas, TX

I am opposed to this bill. I believe we must expand, not limit opportunities to vote.  I think criminal penalties should be limited to knowing violations.  I believe the poll watcher provisions are dangerous.

Alejandro Villegas-Buelna

self

Houston, TX

Over the past five years I have been involved in voter registration and get out the vote efforts in Harris County. I believe it's my civic duty to help as many Americans participate fully in our form of representative democracy. This is a Voter suppression bill because:

1) raises administrative barriers to make voting so cumbersome that voters get discouraged and don't participate,

2) intimidating voters and others who participate in elections with threats to their physical safety or with criminal prosecution.

Printed on: August 30, 2021 11:32 AM

Often these tactics are aimed at voters of color and disabled voters. SB 1 continues to feature both kinds of voter suppression.

*Empowers the secretary of state to purge voter rolls and the attorney general to pursue baseless investigations:

? Sets up the possibility of another failed voter purge by mandating that the secretary of state use unreliable Department of Public Safety information regarding citizenship as a basis for removing individuals from the voting rolls -- specifically disenfranchising naturalized citizens.

? Subjects voters who lawfully move to another county to criminal investigation by the attorney general if they do not inform their prior voter registrar of their move -- which is not required by law.

Further restricts voting by mail (pp. 16-27, 37):
? Requires a vote-by-mail (VBM) application and mail ballot to be completed using ink on paper. The application must also include the voter's driver license, social security number, or a statement that the voter lacks these forms of ID. If the information provided does not match what was provided in their voter registration application, the application or mail ballot must be rejected with no exceptions -- creating yet another bureaucratic barrier

Empowers partisan poll watchers (pp. 13-15):
? Does not contain restrictions on removing poll watchers as found in House Version
? Allows watchers "free movement" in the polling place and entitles them to position
themselves near enough to see and hear election activity.
? Makes it an offense (Class B) for an election worker to knowingly refuse a watcher's
presence in the polling place.
? Makes it an offense (Class A) to obstruct a watcher.
? Allows watchers or candidates who appointed the watcher, who believe they were
wrongfully refused or obstructed, to seek injunctive relief and other remedies through the courts (House version does not apply to
watchers; only the candidates can seek such relief).
? Requires watchers to take an oath that they will not disrupt the voting process or harass voters.

Adds vague criminal and civil offenses (pp. 38-42) :
? Adds a third-degree felony for poorly defined "vote harvesting services," which could be interpreted to include normal, in-person campaign activity, and includes civil liability component that is not in House version.
? Threatens election workers with loss of their government employment and pension for unintentional mistakes (not in House version).

Anne Gulick

Self, retired

New Braunfels, TX


I feel that all people serving as poll watchers should have to attend training and swear an oath.  Election clerks have to do this and poll watchers should be subject to the same standards.

Leslie Meyer

Self - accountant

Houston, TX


This bill adds major pressure to poll workers especially judges on a day that is always stressful enough that is a 16-18 hour shift. Saying poll watchers have more authority than we do and trying to criminalize us who volunteeer year to year and now we will be treated as criminals? Outrageous and a slap in the face.  This also is a disgrace to confuse the disabled and their helper adding extra paper work and more criminal charges. Also picking on big cities when the smaller cities are the ones that seem to have errors all the time due to having less budget and less checks and balances compared to big cities that have stricter trainings etc. this whole bill is just sad and unhelpful


Printed on: August 30, 2021 11:32 AM

Marty Lanier Hoag

Concerned Texas Voter

North Richland Hills, TX

I oppose Senate Bill 1 and ask that you vote against it. Voting access is already harder in Texas than anywhere else in the nation. Our legislature should be working with local towns and cities to make access to voting easier, not harder. Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents. Please vote NO on SB 1 to keep democracy alive in Texas!

Vickie Ernst

N/A

San Antonio, TX

I oppose this bill and am urging senators to vote no on this bill. I believe SB 1 is an attempt to suppress the vote in order to keep Republican and conservative candidates in power. There is no evidence that voting by mail, extending early voting or providing more drop boxes and polling places results in voter fraud. None. Rather, making it easier for eligible citizens to vote is in be keeping with American values. Please vote no on SB 1.

Benjamin Chou

Self

Houston, TX

Strongly oppose this voter suppression bill. Stop trying to ban Drive thru voting, 24 hour voting, and efforts to make voting by mail eaiser

Christopher Couch

self/Software

Austin, TX

I support this bill. We need election transparency and integrity over the number of methods that can be used to vote.

Erich Baier

Self

Austin, TX

Your bill addresses a situation that has had NO impact on the outcome of past elections and all cases known were committed to benefit Republicans. Your bill is a voter suppression
initiative to hang on to your continuously dwindling majority. You used gerrymandering to the extreme and as you see this not being enough, you are actively trying to suppress
voters. I do oppose your Bill.

Cheryl Jackson

Self

Richardson, TX

This is a bill looking to solve a problem that doesn't exist. It is legislated disenfranchisement and deprives Texans of our voting rights. I am against this bill because it is a targeted response to dilute the will of Texas voters. It is wrong!

Printed on: August 30, 2021 11:32 AM

Tad Preston

self

Frisco, TX

We need election integrity! We the people need to know that our votes count. If we don't have a safe and secure election system in Texas then people will stop voting and their voices will not be heard. I know the opponents of election integrity will say that this disenfranchises just minorities, but I disagree with them it will disenfranchise everyone that votes. If we don't ensure election integrity then we will lose our state and lose our nation.

Marianne Denning, Mrs.

self

Mesquite, TX

Do not pass this bill.  It goes against everything the State of Texas was founded for.  Freedom.  EVERYONE legally in the State of Texas should EASILY have the right to vote.  That means by mail, or computer, or in person.  STOP TRYING TO SUPPRESS MY CONSTITUTIONAL RIGHTS.

Johanna McCrary

Convention of States

Lubbock, TX

I support SB1 I believe it' Texans want to have a secure, fair election system, to derail any attempt to have any election  be compromised or have fraud.

William Ely

NA

Cypress, TX

I strongly support this bill.  I don't necessarily agree with making it easier to vote, but certainly it should be hard to vote and for folks committing fraud intentionally need to be prosecuted swiftly, and lose their right to vote in the future.  We lose our republican if we cannot have confidence in our sacred right and privilege to vote with integrity.

Bryan Tutt

Self

Freeport, TX

I oppose SB1. Y'all waste too much time on bills aimed at giving one party a political advantage instead of addressing real problems.

Beth Holeman

Self

Garrison, TX

As an election clerk I feel our current law is sufficient to combat voter fraud.  There is NO reason to make it harder for people to vote.  Your state election staff is trained to do their job.

Printed on: August 30, 2021 11:32 AM

Nanette Monte

self

Fort Worth, TX

As a concerned citizen of Tarrant County, I want the state of Texas to have secure elections. Below are some recommendations for the SB1 bill:

·    Provide allowance for paper ballots to be utilized universally during early voting periods.

·    Create signage at each polling location stating that paper ballots can be requested on Election day for voting. Insert this signage into Election Judges packets

·    Additional language stating that a request for a forensic audit should be available for any election and any candidate/citizen making the request should an election be won by less than one percent.

·    Establish a new division within the Texas Elections Division of the Secretary of State's office that will be responsible for certifying voting machines within the State of Texas. This team will define voting machine standards that align with the federal guidelines but also define top security requirements for the State of Texas voting machines.

·    By January 1st, 2022 utilize the new division within the Texas Elections Division (see above proposal) to begin audits on the hardware used by each Texas county to ensure there are no wireless modems installed "inside" the voting machines.  This inspection will include certified third party technicians opening the Ballot Marking Devices, tabulators and any hardware that is involved in the counting of votes to determine if there is a wireless controller.  If found, the controller will need to be physically removed and returned to the county.

·    Enforce that Government I.D.'s must be required for every voter. If no ID is presented, the voter cannot submit a vote.

·    Within each county, add language to the bill that mandates boards of supervisors be required to cooperate with court orders or subpoenas to provide voter data for election  challenges, lawsuits or audits.  Non-compliance will be punishable by law.

Brian Herod

Self

Houston, TX

I oppose this bill. It limits voting accessibility and attempts to solve a problem that occurs at minimal level.

Angela Nelson

self

Flower Mound, TX

SB1 is not election integrity. It is a bill that will make it harder for POC, students, seniors, disabled. to vote. My family has been serving this nation since the American Revolution and voter suppression dishonors their sacrifices.

susan akins

N/a

dallas, TX

Don't prevent or make it harder for  voters to vote.  There was NO reason for this bill except for the Republicans knowing this bill would benefit them.

Printed on: August 30, 2021 11:32 AM

Sheri Dykowski

Myself - TX Citizen

Pflugerville, TX

You should be making it easier to vote vs working to rig districts to ensure minority rule. Such actions are beyond disgraceful and it's blatantly obvious you recognize the majority in TX is not with the GOP.

Joanne Martin

Self

Bulverde, TX

I am in SUPPORT of this bill.  If we cannot trust our elections we do not have a country.  We are a third world banana republic.  I think this bill is a beginning, and hopefully with subsequent legislation will bring full integrity to Texas elections.

Marisa Lopez

Self

Corpus Christi, TX

This is joke. There was no widespread voter fraud. Get off the trump train. There are people who want to vote red but not for disgusting trumpism. Expand voting rights and allow mail in voting. We pay taxes via online methods. Why can't law abiding citizens who pay taxes  have more flexibility with voting options?

Jennifer Haley

self

Austin, TX

It's already hard enough to vote in Texas, we don't need this bill - waste of taxpayer time and money to try to keep pushing this through when majority of Texans don't want it. Stop grandstanding and focus on issues that matter to Texas like electric grid reform, criminal justice reform, environment, taxes and equal justice. You're making Texas into the laughingstock of the country by pushing these Trump bills.

Marleny Almonte, Home

Self

Houston, TX

No to this, do not agree.

Jim D. Wynn

self, retired

Austin, TX

There is no evidence of significant election fraud. All elegible voters must be able to vote without undue hindrance.

victoria wooldridge, ms

self

austin, TX

Printed on: August 30, 2021 11:32 AM

i oppose this overreact in election restrictions. there is zero proof that the rationale for these updates are valid. this is anti-democratic.

Sharon DeMarsais

Faith Votes

The Woodlands, TX

Thank you for this on-line forum to speak in FAVOR of SB1. I am an election clerk for Montgomery County, serving for over 7 years. I do my utmost to insure everyone who has registered to vote, find a process to help them vote, when they take the time to exercise this basic right as a citizen, especially if they have recently moved and are confused. IF VOTERS CANNOT BE ASSURED THAT THEIR LEGAL VOTE is Not cancelled out by an illegitimate ballot by a person who does Not follow our Election laws, THEN HOW CAN WE MOTIVATE PEOPLE TO PARTICIPATE IN THIS BASIC RIGHT TO VOTE for the representatives they want? We MUST continue to require Photo ID & provide them FREE for those who do Not have a TDL or other acceptable ID. I support criminal penalties to dissuade workers from cheating in any way, because now, the courts are overloaded with Misdemeanor cases & they never face any accountability for their illegal actions. I have listened to both sides in your hearings & I hear nothing specific from those AGAINST about why they cannot support this Bill to allow every LEGAL voter a time and place to Vote! We only WANT TO BE ASSURED THAT ILLEGAL VOTES ARE NOT COUNTED. There is Nothing dis-enfranchising in this Bill if the legislators take the time to READ IT!

Mark Spoon

Self

Conroe, TX

It is vitally important that the voting process is both fair and accurate. The very heart of our Republic is founded on this principle. I totally support SB1 and ask that it be passed in the Texas State Legislature.

Christina Dittmer

Self

The Woodlands, TX

I suppose voter suppression. I am extremely frustrated with Texas legislation voting against the will of the people over & over again. I support the Texas Democrats

Linda Lievens

self - Program Coordinator

Austin, TX

My name is Linda Lievens and my zip code is 78736. As a Texas voter, I'm writing to oppose Senate Bill 1 and ask that you vote against it. Voting access is already harder in Texas than anywhere else in the nation. Our legislature should be working with local towns and cities to make access to voting easier, not harder. Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents. {If you have a personal story of struggles with voting access, or can explain how the new bill would make it harder for you to vote, add those particulars here.} Please vote NO on SB 1!

Reuben Leslie

retired

Austin, TX

Printed on: August 30, 2021 11:32 AM

I have been a regular voter in Texas since I first registered in 1971 and an election judge or alternate judge more than 50 times 1996-2021. I have seen no instance of voter fraud and instead several instances of voters being turned away or having to vote provisionally because of complex and restrictive rules about registration and delays in the Secretary of State's processing of voter registration and address changes. I urge the committee to accommodate the right of all eligible citizens to vote regardless of where they live in the state and to make restore the level of trust in Texas elections. Current Election Code safeguards protect voting from fraud. And current laws and rules on poll watcher access are sufficient except that the prohibition against voter intimidation and invasion of voter privacy need to be strengthened.

Susan Cummins

Self/Teacher

Tyler, TX

I object to this bill. It is voter suppression pure and simple.

Nanci Szafarz

Self

Spring, TX

Voting is a right that every American should enjoy.  To use the power you have as elected officials to make it harder for some people to vote is an abuse of your power.  Allowing partisan poll workers to film voters they "deem suspicious" is voter intimidation.  I have been told the Federal Government shouldn't dictate election rules for a state, because the federal government can't possibly know what each state needs.  Why does the same not apply to States and their treatment of counties?  Why would the needs of Aransas County be the same as those of Harris County?

If you are unhappy with the direction that elections are heading...change your platform.  Stop trying to choose your electorate.  You have wasted time and money while people are dying from a pandemic you choose to ignore, while the electric grid remains inadequate.  You are blatantly pandering to a former president instead of doing the work for which you were elected.

Rob Peebles

Self - retired

Dallas, TX

This bill increases the risk that partisan poll watchers will intimidate voters and election workers. The bill should address this risk rather than increase it. Poll watchers should be required to take an oath similar to election workers.
As a VDR I continue to be amazed at how confusing and difficult it is to become registered and to vote. Texas is an outlier when it comes to ease of voting. Voting should be made easier, not more difficult, particularly during this COVID epidemic.
Adding electronic voter registration would cut down on errors and typos from illegible handwriting and human error, and improve access to registration. People should be able to register online regardless of whether or not they are already in the TDPS database.
The premise of the bill is to address voter fraud. There is no record of widespread voter fraud in Texas. This presumption should be proven for the title of this bill to be taken seriously.

Joy Preston

Self

Lake Dallas, TX

It isn't too much to ask for ID to be able to vote, it's common sense. It's important to know that our votes represent our beliefs and desires and they are not covered up or displaced by those who are not legally entitled to vote.  We want election integrity in Texas.

Printed on: August 30, 2021 11:32 AM

Grace Akbar

Self and TRTA and TARA   retired teacher

Dallas, TX

Voting is a basic constitutional right and must not be tampered with it such a criminal manner.

Kristina Woods

Representing self; retail worker

Cypress, TX

Election fraud in TX IS fraud. SB1 gives the TX GOP carte blanche to intimidate voters & poll workers to keep CITIZENS from exercising their RIGHT to vote. It gives poll watchers the power to intimidate poll workers AND voters since they would be able to listen in on conversations between poll workers & voters; commit an actual crime & receive only a warning from the election judge before being removed from the polling location. This creates a climate of conflict & stress during an event that is brand new for many voters or that is stressful & time consuming. SB1 also punishes populous counties like Harris County for creating innovative voting strategies during a PANDEMIC! The TX GOP are acting as though somehow making voting more accessible for more people is fraudulent. Fraud should NOT be measured by the amount people using the systems in place. Instead, the SUCCESS of elections should be based on how many people vote based on successful measure to get people to the polls like, how much early voting time is offered to voters & what variety of options for voting are offered (i.e. drive through voting, curbside voting, mass mail-in voting, extended voting hours for early voting, included late night or 24-hour voting) are offered to voters of all types including, the disabled, people using public transit, shift workers, low-wage workers that cannot miss work to go to the polls, seniors that benefit from getting rides to the polls, widely available drop boxes for those with mail-in ballots). Signature matching on mail in ballots, forcing those that help voters at the polls by translating the ballot for them or even reading a ballot for them, those that drive people to the polls, those that deliver a ballot to a mailbox or dropbox as criminal 'vote harvester' are all VOTER SUPPRESSION tactics that should NEVER be part of free & fair elections in Texas or anywhere else in the U.S. Stop using election fraud as a way to control our elections & keep the opposition party from voting. If one party is capable of winning in free & fair elections then there is NO need to suppress votes.

Stephen Campbell

Self

Center Point, TX

Please do not pass this piece of garbage legislation. Let's actually make it easier for EVERYONE to vote that is legally able to do so. This bill will do just the opposite.

Wenona Cave Taylor

Self / Stay-at-Home Mother

Flynn, TX

Stop trying to suppress the people's voice.

Roberto Galindo

Self

San Antonio, TX

I am absolutely AGAINST this bill.  It is voter suppression.  We need to EXPAND voter accessibility, not restrict it.

David Calame, Mr

Printed on: August 30, 2021 11:32 AM

Texans For Closing The Border

Moore, TX

I support this bill 100%!!

Robert Grainger

Self

San Antonio, TX

Why are we making it more difficult to vote? We need to make voting as easy as possible and still have election integrity. What election issues drove you to make these dramatic changes? When will I be able to vote electronically from home?

Ramon Vega

Self

Pasadena, TX

So what's the Problem

Todd Brown

Self

Houston, TX

I oppose SB 1 and will vote against any elected official who supports this bill.

Michelle Austin

Self

Frisco, TX

Election Integrity FOR all Americans.  Please clean up the voter rolls, enforce this requirement, Judges at Voting Polls are lax and are the biggest culprits of voting irregularities. The penalties for these corrupt Judges at voting sites should be striped of their ability to be a Judge.
Please do not expose us to any online voting options.  We know that option keeps our vote at risk of voter fraud.
All voters need to PROVE they are a LEGAL USA Citizen in order to vote.  NO EXCEPTIONS.
We also want a full Audit in Texas.  We can not loose our Republic because of poor election integrity.
Please make the penalty a class A felony, for obstruction of duties for all persons involved in any criminal activity that is not our law.
Thank you for making this a priority!!

Lori Coutré

Self

Mineola, TX

Mr Hughes you are an embarrassment to the intelligence of your constituents. You normally spend your time pandering to the little old baptist ladies who worship you but now you've jumped on the trump cult bandwagon. Can't wait til we can get you replaced. Every one of your stupid little bills are unconstitutional. You should be ashamed of yourself for your ignorance and shameless pandering.

Stephanie Bailey
Printed on: August 30, 2021 11:32 AM

Self

Montgomery, TX

Our elections are secure and there is no real evidence of voter fraud.  Please spend time on real issues.

Angelica Razo

Mi Familia Vota

Houston, TX

My name is Angie Razo and I am the Texas State Director for Mi Familia Vota, a national nonpartisan civic engagement organization whose mission is to promote social and economic justice for the Latino and allied communities. Thank you for the opportunity to speak in front of you today. I am here today to testify AGAINST SB1- relating to election integrity and security. More specifically, I want to expand on why banning 24 hour voting hours would impact our community.

Our organization supports and empowers Latino voters to participate in our democratic processes. Our community consists of newly naturalized citizens, English language learners, and young people who are participating in elections for the first time. The proposed language in this bill would increase the barrier that our community and other communities of color face when trying to cast their ballot. For example, in 2020, expanded early voting hours, including 24 hour voting, allowed many of our community members who work long shift hours and are juggling multiple family responsibilities to cast their ballot at the time that best fit their schedule. I remember getting a text message from a community member during Early Voting late in the evening asking where and when they could vote. I was so happy that I could direct them to the 24 hour voting location that was underway. Within 30 minutes, they were able to pull up to an open polling location and vote.

I remember when I voted for the first time. As the first person in my family to vote, I was confused by the process and with my busy school and work schedule and lack of transportation, I ended up voting 3 minutes before 7pm on Election Day. We have an opportunity to create an election process that welcomes people to our democracy. Our community has suffered disportionately during the Pandemic and Winter Storm. We should be encouraging our own elections administrators to make voting accessible for all of us that care to vote, because we care about the future of our state.  Banning 24 hour voting hours would greatly impact several of our community members. Under HB 3, the integrity of our elections and health of our democracy will suffer due to limiting the hours that voters have access to the ballot box.
Again, I want to make it clear that I OPPOSE SB1. Thank you very much for your time.

Bianca Gracia

Latinos for Trump President

Pasadena, TX

I support SB 1 I am precinct chair 352 and am a presiding judge and am in full support of election integrity but AM ALSO asking for a full audit in Harris County.

Vira Garza

Latinos For Trump

Channelview, TX

Please as a Hispanic American citizen I am deeply concerned over election integrity. It should be a federal crime if someone is caught cheating or committing election fraud. If the laws were to serve no less than 25 years in prison, I bet that will deter some people! I will tell you that the 2020 presidential election has destroyed my trust in our system. We are still a free country, but I feel as if we are now in a communist regime. There are zero consequences for fraud on every level. Zero consequences for reporting lies & propaganda. Zero consequences on big tech to make up their own rules in what is truth & what is lies. We are inching closer to communist ways of life. Don't elected officials have children and grandchildren?! Why would you allow this to happen to our beautiful Free America? Please pass these laws and protect our voting rights. It is not racist to do so for me & my future generations. You have an obligation to do what's right for our country. I have many family & friends that are praying for

Printed on: August 30, 2021 11:32 AM

this to pass. Stop wasting my money and go to work FOR THE PEOPLE! Thank you!

Kellye Sandlin

Self

Coleman, TX

YES, VOTER ID AND NO GERRYMANDERING OF VOTES! NO BALLOT HARVESTING! No illegal voting! Our Republic is at stake, if we can even hold on until the next election. ??

Dianna Cox

Self

Clear Lake Shores, TX

This bill is voter suppression at its finest and I vehemently oppose it.

Paula Herd

Self; Retired

Austin, TX

The sole impetus for these new voting regulations is placating former President Trump. He lost. President Biden won. There was no fraud.

Kittie Perryman

self - IT Consultant

Lewisville, TX

One vote, one person.  That is one of the most vital and key elements of our representative democracy; it is a key Constitutional Right.  No matter your gender, ethnic background, financial status, etc --- one vote, one person.

Every effort should be made to ensure that this Right is protected.  Voting should be easily available for everyone, with more voting locations - not fewer.   Voting by mail.  Longer early voting periods.  We do not need to restrict voting.  We need to encourage it, support it, provide all that we can to facilitate this vital Right.

For anyone to make the claim that voting restrictions are required due to "fraud" is ludicrous.  That is so rare in this country to be practically non-existent.

Heriberto Perez

N/A

Houston, TX

If you value democracy, we should be seeking to make the ability to vote as easy as we make it to to exercise our right to free speech. The right of the people to ensure that they can at the very least select who will represent them must be protected. We've found no fraud and therefore there is no need to institute these limitations and restrictions that will only allow those that wish to hinder democracy the tools to do so.

Lisa Widner

self - semi retired

HOUSTON, TX

Printed on: August 30, 2021 11:32 AM

Please do not vote for this bill. This bill does nothing to help voter security and integrity, in fact the ones presenting this bill have lost their integrity. Since when does the time commit fraud ?  The time of day one votes has NO INFLUENCE on the security of a vote. We should be giving people more access to voting and easier ways to  register to vote... not less !!  Get rid of Columbus Day and have a holiday for Election Day each year. And the thought of giving poll watchers more access and authority is really scary. I have been an election official for two years now and I watched a GOP poll watcher at our location violate all sorts of social distancing, Covid protocols. He would walk in step with the guy taking out the mobile/drive up voting pad. Literally someone asked him "if he needed a saddle". He also did the same to voters. One voter even said "Bro - get off of me." He sat and wrote copious notes all day long trying his best to get our judge fired and/or get this particular voting location shut down. He would even sit between the check in tables - once again leering over us and not following social distancing.  I can tell you that both parties of election workers followed all voter security rules and guidelines and the votes at this location were never in ANY risk of a security issue. Everyone had to have their proper identification or they were not allowed to vote... period ! That is unless of course they qualified for a provisional voting ballot.  And to think of even giving the aforementioned poll watcher, and others like him,  more authority and allowing him to follow our judge or any other judge  to turn in votes at the end of the day (this is NIGHT time, people) is just plain wrong and stalking !!! Furthermore, trying to come up with all these ways that scare potential new election officials or returning officials to work is ridiculous. It is hard enough to get enough people now... but you want to threaten them with fines, jail etc. And let ANYONE report any little thing they think they might have seen ?!? If that is the case bring in persons from other counties/countries who are not biased to supervise.   But the most incensing thing in this bill is to allow a vote to be overturned by a committee which is mainly composed of GOP members. If this is allowed... then why even vote at all, as the party in power can always overturn the vote?  You do realize that someday the GOP will be on the other end of the stick with these measures ??  Bottom line is you are elected to SERVE ALL THE  PEOPLE and to DEFEND DEMOCRACY... and this bill does nothing whatsoever to do this. Please get off the re-election power trips, who you owe a favor, giving the kickbacks and DO THE RIGHT THING. Our democracy is waiting and watching what you do with this bill.  Once again, do the RIGHT THING and vote NO for this bill.


KATHERINE WINNIFORD

I represent myself.  I am an investor and a Grandmother of ten, one of whom is of voting age.  I have served as an election judge.

DALLAS, TX


I support transparent the following
Auditable, transparent  elections with access to all records & equipment
No computers in the polling place
Vote tabulation solely on hand counting of paper ballots
Legitimate voter rolls and registration procedures
3 days of early voting with no gap until election day
No waivers without legislation by Texas legislators
Fire Keith Ingram, Director of the Texas Elections Division for enabling electronic manipulation of electronic vote records & results and sabotage of expert witness accounts of the same.


Sue Knight

Self, Retired

Gainesville, TX


Voter suppression is unacceptable and must not be allowed in the state of Texas.    There was no election fraud in the 2020 presidential election.


Alana Ray

Self, Nurse

Temple, TX


Stop trying to take our voting rights away. The GOP needs to stop whining about how they keep losing and voting rights need to be taken away from us so they can win.  This is totally ridiculous. Maybe if you had candidates that were concerned about the

people instead of Trump, you would win. Now there's an idea for you all.  ALSO, GET VACCINATED!!

Ida Lacy

Self - Retired educator

Humble, TX

It is important to keep our elections free and clear of voter suppression tactics.  Please keep accessibility, times and days open to people who work shift work, need drive through polls and extended hours including early voting.  Non essential observers do not need to be present inside of polling places.  Mail in ballots should be available upon request.

Deborah McClure

Self/MLM

The Colony, TX

We are Texans, we want integrity in our election. Texas proud.

Courtney Skott

Self

Austin, TX

Unnecessary given the negligible amount of fraud found in our elections, and far overreaching with possible effect of suppressing legal votes and disenfranchising legal voters. NO NO NO.

Marcia Niemann, Ms.

self

Dallas, TX

I oppose SB1.  I prefer that voting rights be expanded and voting made easier, not restricted!  I do not believe we have widescale fraud that demands these penalties or restrictions

Amy MacArthur

self - citizen

Coppell, TX

Texas already has some of the toughest voter laws in the country. This bill serves to make it harder for people who work shiftwork, need childcare, and the like to get to participate in the function of democracy! This bill is an attempt to make voting harder for working people, not making it tougher to commit voter fraud.

Connie Ratissea

CLTP, SD11, Pct Chair 0474

Friendswood, TX

I support SB1 - without election integrity, we have lost our country.

Julia Wickett

Self, Faculty

Printed on: August 30, 2021 11:32 AM

I am concerned that this bill would disenfranchise voters and criminalize the confused instead of deterring intentional fraud.  I am strongly against its passage.

Loredana Jacobsen

US citizen

Livingston, TX

We have to have a safe and secure election by legal American citizens. Judges, poll watchers and anyone who is over seeing the voter process. Needs to have law abiding responsibilities (voter Identification and clean up the voter rolls ASAP)

Michael Burdick

self Pastor

Fredericksburg, TX

Election fraud is occurring in Texas- there are over 500 cases of it pending in Texas courts. Election integrity is fundamental to how our state and how are nation works. We must insure that elections can be trusted by voters. Election fraud is happening way too much and if it is not secured it will lead to a break down of our law and order and lead to chaos.  America has been able to determine its political future, with the towering exception of the Civil War, via elections whose results are respected— by the victors with restraint and by the losers with

unquestioned deference to the decision of the people. If loses do not respect the results then they will not defer to what they do not believe is the decision of people. If winners do not really fear the decision of the people they are not accountable to the people and they will not respect the people.

"To give the victory to the right, not bloody bullets, but peaceful ballots only, are necessary." —Abraham Lincoln, notes for speeches, 1858

Robin Kyle

Self

Houston, TX

SB1

Cheryl Chapman

Citizens for Election Integrity Texas

Fort Worth, TX

Under section A85.005, we have serious concerns about voting hours lasting from 6 AM to 9 PM.  Already, election workers work 12 to 14 hour days when they work the polls. By adding more hours that require  poll workers to open earlier and stay later, this will create the need for shifts in election workers and will end the opportunity for the same person to open the polls as closes them. We do not feel like extending the hours even more is an option.

Page 20 line 12 and Sec.A127.009. is of particular interest to me as we are fairly sure that we have electronic data fraud in our county per the audits that we have had done and thus, the question of how to protect Texas voters from a voting hack is of utmost concern to all of us. We are wondering if this language is enough to protect voters at every stage of the procurement of votes through electronic data transmission and reception?

On page 22 of line 15, in Section 84.0011, regarding  Mail In Ballots, a statement is made prohibiting the solicitation of mail in ballots which is fantastic but to strengthen this statement, it would be a good idea to list the criminal offense assigned to this violation.  Additionally, on page 26, line 17-19, a type of crime and penalty should be suggested to deter those that wish to ballot harvest.

On page 54, line 23 and 24, the time frame by which the law takes place will possibly not protect our November elections and so

the date may need to be changed.

Another issue that was not addressed was that of the election office needing accountability to a higher authority. Who checks the election administration and office to be sure that all of the items in this bill are followed thoroughly? This bill makes a great path to various higher authorities should there be violations but who actually will see if there are violations?  For example, several election judges in Tarrant County have opened their polling locations only to find ballots from another election still stuck in their bag of supplies and uncounted from the previous contested race.  Provision to hold the election administration accountable for this type of derelict of duty is greatly needed in the form of a bill. Most of what we are missing today to secure our elections is accountability.

Finally, audits are too hard to obtain in Texas, but should be done yearly.  Candidates should be able to ask for an audit as should county officials. Forensic audits should always be allowed. Risk audits should not be considered since they only look at less than 1% of the ballots. Should a candidate lose by 3 percent of the vote, than a mandatory forensic audit should be done to authenticate the results. This is our most important point to any election bill and it must be included to truly secure the Texas vote.  Audits should be called yearly or by many different methods to allow recourse to deal with possible fraud. Every company audits themselves yearly to evaluate their operation, why are we not doing it as a state?

Ashley Grace

Self

Watauga, TX

I strongly oppose and am disgusted with those who work to suppress our votes in a democracy. Shameful.

Anita Kissee

Tx family values

Frisco, TX

Please enact and uphold Election integrity. If we don't have this or consequences we have nothing!

Eydie Barnett

myself

Houston, TX

I strongly oppose SB 1.
We need to do the right thing and make it easier for folks to vote!!!

donald gooch

self

Frisco, TX

Please by this bill, to keep our elections safe and secure! Voting in person and having to show an ID isn't to much to ask.  God bless

Nikki Kelley

Self - educator

Austin, TX

Opposed.

Thomas Bazan

Printed on: August 30, 2021 11:32 AM

HOUSTON, TX

Having been a voter since 1972, and have never missed an election.  I could never imagine all the ways to effect vote fraud that have been exposed over the past decade or so, and am frustrated that members of a particular political party who as a group seem to have mastered vote fraud, do not want to limit the cheaters.

We need more safe guards, not less.  There should never be illegal aliens allowed to register through the Clinton Motor Voter scheme, nor deceased voters to remain on the voter rolls.

We must return to voting on a single day, at one's home precinct, where the opportunities to cast a vote more than once are severely reduced.

No longer will voters be allowed to register at vacant lots, UPS boxes, or any non-residential address.

We must strictly enforce the law where citizens have 30 days to change their address on their government-issued ID with the DPS, and to make the vote cast with a lapsed ID a Provisional Vote, to be proven by the lackadaisical citizen.

We must confirm the signatures on the absentee mail ballots as well as requests for an absentee ballot.

It should be a felony for anyone who has been convicted of forgery, ballot harvesting, or any other voter fraud activity, to attempt to collect and/or submit any voter registration forms.

Kristi Guetersloh

Self

Fredericksburg, TX

For it

Frank VanOs

Self

Stonewall, TX

We have to election reform.  We have to fix these problems. This has to be done now.  I am losing faith in you all.  I AM IN FAVOR OF ELECTION INTEGRITY AND SECURITY.

Alice Barnett

Self

Dallas, TX

To the Honorable Members of the House Select Committee on Constitutional Rights and Remedies:

 I am in support of election integrity; however, SB-1 is a flawed bill.  I hope you will consider making changes as noted below:

Poll Watchers:
The sections on Poll Watchers are particularly disturbing because they give unfettered authority to partisan poll watchers who are inadequately trained and face little consequence for their conduct if they are unruly and disruptive at polling places.  Of course, most poll watchers do not engage in such conduct, but a significant few do, and they should not be protected by this section. Poll watchers should have significant training like the training received by poll workers.    Second, election judges should have the right to remove disruptive poll watchers without having to wait for a police officer to remove disruptive watchers.  Intimidation at polling places should never be tolerated.  We must ensure that voting locations are calm and safe, not subject to political zealot

intimation by any watcher or anyone else at the polls. Another disturbing provision is that election workers can be sued civilly by a poll watcher or the authority who appointed the watcher. This will interfere with election administration by making it more difficult to recruit and retain election workers if election workers are vulnerable to politically motivated lawsuits.

Disruptive persons at the polls are antithetical to our democracy, and the changes listed in SB-1 regarding poll watchers should be rejected.

Election Administration:
Our democracy tasks election officers with awesome responsibility to provide an election process that is fair and accessible to all voters. SB 1 takes away election administrator authority to deviate from processes during exigent circumstances such as natural disasters and raging pandemics. Our democratic process must be able to deal with such emergency situations despite these types of events. Election administrators need flexibility to make decisions that may deviate from processes without worry of being prosecuted for reasonable accommodations made during emergencies.

Voters with Disabilities:
SB-1 has troubling new requirements for voter assistants. Persons who drive three or more people to the polls at the same time would be required to complete a form with their name, address, and a statement of the type of assistance being provided. These requirements are likely to discourage neighbors from helping neighbors get to the polls, while doing little to advance election integrity.

Vote by Mail (VMB):
Applications should be widely available. Completed applications should be scrutinized to ensure eligibility. Don't keep the public in the dark about the limited availability of VMB.

Thank you.

Lynie Mazzare

Republic

Austin, TX


This is NOT for the people ??it's for the Demo-rats!?? CRIMINALS need to be put away! Never to return!

Zach Jones

Self, self employed

AUSTIN, TX


I support SB 1 for the prevention of fraud in the conduct of Texas elections.

DEBORAH JONES

Jones, Deborah C.

Bastrop, TX


Voter ID required for citizens only. Please guard the boarder to promote legal crossing only.

Gary McClure

Self!

The Colony, TX


Election integrity is imperative to allowing free and fair elections in our country! It is a major right we have to vote and have our vote count and it separates our country from all others in the world! If we lose the integrity of our voting systems and elections are allowed to be stolen, we ALL lose! I strongly encourage passing SB1 and make violations of the voter integrity pay a VERY

heave price! Our freedom and our way of life depends on it! I will be watching very close to the vote and make my voice known accordingly through my vote and the vote of my circle ok people I know! Thanks, Gary McClure

Madalyn Boy

Self. Musician.

Harper, TX

We want Election integrity !

Kris Bishop

Self

Fredricksburg, TX

I support this bill on Election Integrity because only legal votes should count it it should be made impossible to cheat… and if caught cheating punishment should be swift and meaningful!

Angela McCabe

self

Lake Jackson, TX

This bill is in direct opposition to our constitution.

herb krasner

retired - none

spicewood, TX

I want to voice my objection to the bill's clause that states that:

"A public official may not create, alter, modify, waive, or suspend any election standard, practice, or procedure mandated by law or rule in a manner not expressly authorized by this code."

Aside from taking away disrecentionary powers of local election officials, it does not address the situation where this law might violate federal laws to the contrary.

Kelly McLaughlin

SELF

Farmers Branch, TX

Making voting easier for everyone is what democracy means. Everyone needs to have access to voting near their homes or by mail, at many different hours of the day. Not everyone works 9-5. Stop suppressing voters. It's undemocratic!

Kathryn Williams, Mrs.

Indivisible TX Lege

Austin, TX

I am representing myself and Indivisible TX Lege against SB1. Although Republican leadership has been playing hide the ball with provisions of their voter suppression bills under different titles (SB1, SB7, HB3, HB6) across three legislative sessions,

Printed on: August 30, 2021 11:32 AM

every iteration is an anathema to liberty, the ability to vote easily, safely and discriminatory to working parents and elderly caregivers, disabled, low income and and people of color. The leadership of various committees in both houses have reneged on agreed to amendments and compromise at every step of the way in every session of the Legislatures. This whole process has been stacked against proponents of free and fair elections. The 87th Legislature will go down in history as the least democratic in modern history.  As a former election clerk, voter assistance hotline worker, I have many problems with these voter suppression bill. But the process is so bad, I see no reason to continue offering intelligent comments when the fix is in.

Taiwo Oyediran

Self

Wylie, TX

I'm 100% opposing the bill. Let people vote!

Tina Pawelek

Texans Against Illegal Immigration

Poteet, TX

Election integrity is very important to our democracy. Election fraud seems to have run rampant in 2020. We must make sure our votes count and or tabulated correctly. Voter ID must be required. Mail in voting must be strictly monitored. Poll watchers must be allowed to observe the activities of the vote count. Anyone caught violating voter laws must be punished to the fullest extent of the law. I don't want my vote to be canceled by fraudulent votes!

Dawn Bednarz

Myself

Magnolia, TX

I strongly support SB1.  I would like to see penalties increased.  I would also like to see remedy available for "Real time law enforcement" in section 31.05.  Thank you for your service and please vote YES!

Gary Meo, Mr.

Self

Austin, TX

I am against this bill and any attempts to limit or suppress voting rights in Texas.  This is little more than a GOP effort to disenfranchise voters who are more likely to be democrats.  It's anti-democracy, discriminatory against people of color, and just plain wrong.

Paula Pozmantier

Retired

Houston, TX

I implore you NOT TO LIMIT OPTIONS FOR VOTERS.  We continue to experience the pandemic, which will likely continue through the November 2021 elections.  In 2020, members of my family took advantage of the following options, which all proved to be secure: 1) VOTING BY DRIVE THROUGH DUE TO COVID  2) VOTING BY MAIL, DUE TO DISABILITY, AUTOMATICALLY RECEIVING MAIL BALLOTS FOR OVER 65
3) VOTING ABSENTEE FROM OUT OF STATE UNIVERSITY  4) VOTING EARLY IN PERSON WITH LONGER HOURS AND DAYS AND NUMEROUS SITES AVAILBLE

Please do NOT BAN 24 hour early voting.  Think of our doctors, nurses and essential workers who work long shifts day and

Printed on: August 30, 2021 11:32 AM

night.  SB1 creates many barriers for ALL OUR CITIZENS TO VOTE.  Passing SB1 is passing an ANTI-VOTER BILL.

Caren Vaughn

Self/licensed massage therapist

Hutto, TX

There was no evidence of widespread fraud in the 2020 election. This bill is completely unnecessary and discriminatory. As a Texas voter I do not want this bill to be passed. Stop wasting our money.

Kathy Stewart

Convention of States

The Colony, TX

I support this bill.

Cienna Luevano

Self/Loan Originator

Burleson, TX

I strongly oppose SB1

Julie Gilberg

5129210404

Austin, TX

Please vote no on this bill. SB1 creates new barriers that make it harder to vote, when it is already a huge challenge to register and vote in Texas. It defines the number of hours polls can be open which disenfranchises those who cannot vote during the day. It also severely limits drive through voting. Last year, drive through voting was a god send for my friends Beth and Carlos. On Oct 24th 2020, they were both diagnosed with COVID19. Both of my friends were very sick, but wanted to vote in the upcoming Presidential election. They were also concerned about exposing elderly poll workers and voters to COVID19. They thought they wouldn't be able to vote and reached out to me to help them.

 Unfortunately, it was the day after the deadline to apply to vote by mail, so they were unable to use that method to vote. I asked if they were willing to try to get an emergency mail in ballot, which would require reaching out to the Texas Civil Rights Project. The idea of filling out the forms and getting a lawyer to sue on their behalf was too overwhelming to them. They were both too sick to do the paperwork involved to get an emergency ballot, in order to vote by mail.

Drive through voting ended up being their best option to vote. First, they could pick a day during early voting when they felt more able to drive and breathe. They could limit other voters' and poll workers' exposure to COVID by being outside. They used gloves, n95s, and hand sanitizer right before voting. The process to vote using drive through voting was simple. The poll workers helped my friends cast their ballots while taking all possible precautions. My friends were thankful to be able to do their civic duty.

There seems nothing more American than the freedom to vote in your own car. Drive through voting is safe, secure, and accessible and allowed my friends to cast their vote while ill with a deadly virus. Please keep drive through voting as an option for all Texans.

John Watson

Self

Printed on: August 30, 2021 11:32 AM

Arlington, TX

I oppose SB1, it is in my opinion a way for texas politicians to control elections. Security is great where it is actually needed. We as voting citizens put all of y'all in office to serve the people, not control them

Charlene Shafer, Precinct chair, election judge

Self

Cypress, TX

This bill is not related to election security as the past election was very secure. It makes it easier for partisan poll watchers to intimidate both voters, election workers& election judges. I am 75 years old & should not be subjected to intimidation by poll watchers or threats of prosecution for trying to maintain an orderly voting process. Please vote NO on this bill.

Rebecca Drury

Self

Portland, TX

I am absolutely against this voter discrimination bill that damages our representative democracy. Our vote is our freedom and EVERY vote should count.

Susan Shelton

Self, Information Developer

Austin, TX

This bill is a solution in search of a problem, designed to create fear among people who assist voters (either in getting to the polls physically, or in reading the ballot when they're at the polling location). Regardless of intent, this bill is going to suppress voters. It does nothing to help, but everything to dissuade people from participating at all, for fear of criminal and civil prosecution. It emboldens partisan poll-watchers to intimidate voters, and prevents election judges and clerks from defending their polling location and voters. The bill is going to land us in the courts, where Texas will spend countless dollars defending itself against something that should have died in committee before ever seeing the light of day. I urge my own Senator and Representative to vote against SB1 at every opportunity, and hope the bill suffers defeat.

Peggy Robinson, Ms

self; retired Refugee Family Support Specialist, Austin ISD

Houston, TX

We all believe in "election integrity and security." However, I have grave concerns about proposed changed to the limits for poll watchers. First, to be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers. Second, no poll watcher should be physically close to a citizen while voting!
As the continuing COVID epidemic illustrates, we need to implement many voting options to make voting safe for election officials and voters. This should include expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.
Finally, it is time for Texas to join the 21st Century, and the majority of states, and add electronic voter registration to the omnibus bill. Electronic voter registration would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Robyn Hicks, MS.

Self

Printed on: August 30, 2021 11:32 AM

Waco, TX

Stop voter suppression and GerryMandering. SB1 should be voted down. Vote NO and work to make sure every Texan has easy access to the ballot!! There is no widespread fraud and SB1 continues the lie that there is. Vote NO for SB1

Terry Hopkins, Ms

Self

Dallas, TX

I have served as an election judge and election worker for over 20 years.  I strenuously object to having pool watchers having the right to "freely move" within a polling place to observe.  This could include standing behind voters and could be highly intimidating. This is an interference with a free and secret ballot.  Please take that wiring of "move freely" out of SB1.  My sincere request is that the bill is voted down and not passed for many reasons due to voter intimidation amd voter suppression.  This bill especially discriminates against disabled persons and people of color. It will also likely be challenged in the courts and a waste of  tax payer o money to defend it. Do the American and patriotic action and vote against SB 1

josepH Howell Burton, PMP | LEED® Green Associate

Self - Senior Project Manager

Austin, TX

Simple.  Easy to Vote / Hard to Cheat.  'Nuff said.

Amy Sabalesky

Self Retired

Houston, TX

No significant evidence of fraud has been shown from the previous election. Cutting down access to polling locations WILL reduce the amount of people able to vote. I know people who did drive thru because it was the only way their mom would be able to vote. I know people who work crazy hours and need Sunday poll times. Democracy only happens when all legal citizens have access to the vote. Stop making it tougher to vote. IF IF IF there were significant evidence of voter fraud, then I would obviously want to ensure election integrity. There is not. In addition, I do NOT like the partisan changes for poll watchers or election officials. This sure makes it look like the GOP is doing a power grab and messing with democracy. My grandparents would roll over in shame at what the GOP is becoming. Also, ungerrymander the districts. Democracy shouldn't be rigged. If it is rigged, it's not really democracy anymore.

Carol Candy

Self/ retired teacher

Spring, TX

All Texans should be given every opportunity to vote in all elections in multiple ways.

Barbara Stringer

self

Sugar Land, TX

People working overseas whether in the private sector or in a branch of the government or in the military rely on being able to vote by mail.  It is already difficult enough for these folks to vote by mail, please don't make it even more difficult.

Printed on: August 30, 2021 11:32 AM

Erin Farmer

Self, paralegal

Houston, TX


There have almost no documented instances of voter fraud, or insecurity, in Texas for years! This bill is intended to disenfranchise low income & minority voters. We should be heralding the expansion of voting options from 2020 instead of shutting them down. The greater turn out proved that people want MORE options, not fewer. Expanding the scope of poll watchers is intended to harass voters and discourage voting. It also presumes that unlawful behaviors are occurring WHICH IS NOT ACCURATE. Stop trying to get a win through cheating. Be more transparent, not less about voting. Encourage it, rather than discourage. Be better than this lawmakers. Just be so much better than you have been. People who believe differently from you are not the enemy, we are your fellow Texans and we don't deserve this.


Pamela Tucker

Congregational Church of Austin; League of Women Voters;

Austin, TX


Public confidence in election integrity needs to be improved by having our public officials acknowledge that no widespread fraud existed in the 2020 elections and that there is no reason to believe that any significant fraud will happen in future elections.  The Election Code safeguards are sufficient to produce fair elections with minimal fraud.  Further, the transparency required by the Election Code provides confidence in the process.  False claims have eroded public confidence.  Making penalties and criminal offenses against helping others obtain and submit mail-in ballots, requiring signatures to look identical each time, and making it more difficult to get those who need help to the polls is voter suppression, NOT preventing fraud.
Please focus on real solutions to restore trust and increase voter turnout.


Elizabeth Baron

Self, retired consultant

West lake hills, TX


I am writing to express my support for SB1. Some claim election fraud does not exist even while there are hundreds of cases of election fraud lined up to be prosecuted.  There is a breadth of expert testimony and individual affidavits detailing serious issues in our elections. SB1 is the bare minimum to address some of these issues.  Additionally full forensic audits must be done to document which issues are most common and egregious to structure future election integrity initiatives.


Alice Anderson

Self

Driftwood, TX


Make it easier for all citizens to vote, please


Catherine Parson

Self

Benbrook, TX


I am a new resident to Texas. I moved here because I felt my voice as an American, a Patriot and a Conservative Republican had a better chance of being heard.  SB1 MUST be passed. Our elections are at dire risk of being federalized which goes against our Constitution and what our Founding Fathers wanted for We the People. The power of our vote as American citizens was stolen in the 2020 Presidential election because most Republicans in the House and Senate were asleep at the wheel while the new Socialist Democrat Party used COVID and American's fear of it to manipulate and/or steal the duty of States Legislators. SB1 would begin to right that wrong. While I don't think it goes far enough to protect the integrity of our elections, it's a good start and

it must be passed. A group of Texas Democrats recently failed their constituents as they fled to D.C. to delay the vote on SB1 and support the federal takeover of our elections. What a disgrace they are. Now that most or all of them are back they will be forced to do what their constituents sent them to Austin to do. Every Republican in Austin must vote to PASS SB1 and start rebuilding the confidence of all Texans in our elections. No bi-partisanship. No weakness. FIGHT and TAKE IT BACK!!

Peggy Brown, Individual

Self

Austin, TX

I SUPPORT  SB1. We MUST have election integrity and it starts by confirming the voter ID and also the integrity of the vote as cast by that individual voter

Thelma Pickett, Mrs.

self

Woodcreek, TX

I believe it is in the best interests of Democracy when a state makes it convenient to vote. SB1 was not crafted with that spirit in mind.  We can file our taxes electronically. Why can't we vote
electronically. The backers of SB1 are afraid of free and fair elections. I am afraid of them and will work to see that those brave souls who gave their lives defending Democracy shall not have died in vain. God Bless a free and democratic United States of America

Bonnie Seelig

Self retired

Spicewood, TX

I support SB 1 Secretary of State should have no power to change election laws without criminal penalties applying.No outside money. Under penalty of law.  No bureaucrats changing election rules under penalty of law.

Tiffany Beck

Self

Texarkana, TX

 Opposed

Sandi Wilkenfeld

Self - graduate research assistant

Houston, TX

I oppose SB1. Stop voter suppression in Texas.

Mary Young, Mrs

Self

Texas city, TX

Vote YES

Printed on: August 30, 2021 11:32 AM

Thomas Trevino, Mr.

Self

Harlingen, TX

Election security and integrity is essential for a Democratic Republic. One vote from One person. Sending Mail-in ballots without the means to verify its legitimacy and preventing fraud is extremely wrong and destructive to our democracy. I support SB 1. Elections have consequences and we are witnessing the consequences of a failed Federal Administration since January 20, 2021.

Gayle Bennett

Self

Rowlett, TX

I urge you to vote No on this Bill.  In particular the clause giving extra power to partisan poll watchers!  The election judge has to actual witness the wrong doing (as opposed to 10 voters saying the poll watcher violated the rules) PLUS regardless, if the judge does witness misconduct the judge HAS to give a warning first no matter the offense.  This is unbelievable.  This makes elections LESS secure.

Most of the provisions in this bill just make it harder to vote, not more secure, but the Poll Watcher provision actually makes voting less secure.

Please VOTE NO!

KATRINA HALEY

Retired

Corpus Christi, TX

I support this bill.  We must have secure & fair elections.  1 Person 1 Vote

Pat Larkin

Self - Attorney

Dallas, TX

• 	The committee should focus on solutions for all voters and help restore trust in Texas elections - using non-existent voter fraud as an excuse for making registration and voting more difficult makes clear that the legislation is a political tactic designed to disenfranchise voters, not a public service.
• 	The Committee  should acknowledge that existing Election Code safeguards and transparency are already the strictest in the country.
• 	The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

• 	To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

• 	Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

• 	Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that

Printed on: August 30, 2021 11:32 AM

allow blind voters a way to securely and privately vote.

• Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Donna Snodgrass

Self NEISD

SAN ANTONIO, TX

 Against bill

Lisa Flores

Easterseals Central Texas

Austin, TX

Hello Chairman and Committee,
  For almost 80 years, Easterseals has been committed to providing high quality, person-centered services to children and adults with disabilities and their families. Our mission is to promote independence and create opportunities for people with disabilities to pursue their hopes and dreams. We strongly oppose SB1, as this legislation will have targeted and disproportionate impact for voters with disabilities in Texas. Easterseals aligns with the Coalition for Texans with Disabilities, Disability Rights Texas, Rev UP, ADAPT and the ARC of Texas in asking this legislation be amended, if it must be passed.
  Voters with disabilities live in every county in Texas. The impact of disability on individual Texans is a personal and vast area of consideration. Disability voters are not a monolith. Disability should not mean voters with disabilities are required to submit any additional effort or paperwork in order to ensure their votes count.
Voting has many steps. I would like to break down each step and illustrate how this legislation, as proposed, could impact populations of voters with disabilities, by each step. First, a voter has to make a plan to vote- by mail, in person, or curbside. Vote by mail has a totally inaccessible ballot for those with visual impairments. Mail in ballots require signatures to match, which is an impossibility for many voters who have any impact from disability that impacts their ability to produce an identical signature each time. Many people with physical disabilities use a signature stamp, but not all. For so many people, for so many reasons,their signature will never match.
 If a voter decides to deposit their vote in a drop off box, they may not have the physical ability to open the chute or the opening may be too high.
If a voter decides to vote in person, they may or may not have transportation. Public transportation is not consistently available. Ride share companies have few accessible vehicles and drivers may not want to sign an affidavit if the voter also wants to use curbside voting. There are many disabilities, unrelated to mobility that impact a person's ability to go inside a polling place to vote. For example, those with autism or severe anxiety may not be able to enter inside to vote because of their individual impact of disability and being in a crowd. Those with intellectual disabilities may be overwhelmed in crowds.
Last, voters with disabilities must render the same information to vote as non disabled voters. Assistance to a disabled voter may look strange to those poll watchers who do not have any connection or training around disability. It is a question of dignity to not have to explain why you need assistance, when non disabled voters are not subject to the same requirements. This legislation does nothing to consider or promote the idea of self determination in voting, central to the dignity of all voters in Texas.

Gowri Stevens, Dr

Self

Houston, TX

Texas already has the toughest voter fraud protections in the country. Limiting people from voting by decreasing early voting, stopping drive by voting, 24hr voting is fraud in itself. Every Texas should be able to vote in any way they want: mail ballet, online, drive through, in-person and it should be protected. There is no reason to prevent Texans from voting. The heritage foundation should not decide how we vote and dictate election laws.

Cristina Logan
Printed on: August 30, 2021 11:32 AM

Self

Lancaster, TX

Depending on how I am doing,
I use a cane,
a walker,
or an electric wheelchair.
Pain makes the decision for me.

Caregivers are a God sent
for those that can afford them.
Me, I have little to nothing,
so a caregiver is an extremely expensive need.
No caregiver access,
no voting access.

Medicaid doesn't allow caregivers to drive me anywhere.
Medicaid says, "Use medical transportation,"
but going to vote is not a medical situation.
No transportation access,
no caregiver access,
no voting access.

Some Non-Medicaid covered caregiver companies
would allow a caregiver to drive me anywhere,
but at a cost to steep for me.
No one on Social Security Income
can afford a $50 an hour charge while waiting on a voting line.
I can't even make it to the voting line
to be waiting for hours on end.
No transportation access,
no caregiver access,
no voting access.

But I digress,
even if I could make it to the voting poll,
all on my own.
I would need the help of my fellow humans to vote.
I would depend on the kindness of strangers
to open the door for me,
to write my name for me,
to mark my ballot choices…
without help, I cannot vote.
Without help, you are denying me the right to vote.
Without help, you are disfranchising me,
but isn't that what you are after with your HB 3?

Don't give any excuses!
Your rationalizations don't pass muster.
In trying to "prevent voter fraud,"
SB 1 is actively cheating me of my right to vote.
SB 1 is dehumanizing me.

 C. Logan

Printed on: August 30, 2021 11:32 AM

KIMBERLEY LONGORIA

SELF

LAGO VISTA, TX

I FULLY SUPPORT THIS BILL. THIS BILL IS CRUCIAL TO MAKING SURE ALL OF OUR VOTES COUNT AND ARE NOT CANCELLED DUE TO FRAUD OR ANY OTHER CRIMINAL ACTIVITY.

Brian Williamson

Collin

FRISCO, TX

I am not in support of this voter suppression bill!

Tiffany Flowers

Self, Recruiter

Houston, TX

The amount of election fraud in our election is minuscule in comparison to the number of people this bill will disenfranchise and make voting more difficult. Safe and secure elections have been going on for decades and should continue with increased access to the polls. As such I oppose SB1 and request you veto this bill.

Luana Martindale

Self. Writer

Plano, TX

I oppose the bill. It destroys election integrity and security, promotes election fraud, runs counter to the Texas Constitution, and seeks to disenfranchise voters of color, the elderly, and the disabled. It is a Republican attempt to control who votes, who counts the votes, and who determines the outcome of an election. It is a power grab. Vote NO.

Marianne Sterling

Self

San Antonio, TX

We need type controls on the election process dead people are voting or illegal immigrants!

Tim Cox

Self

Oak Point, TX

I urge you to vote to make SB1 into law.  Without free and fair elections, elections the vast majority of TX citizens believe are free and fair… our great state will devolve into chaos.  The only reason to not support this bill would be to sponsor fraudulent activities that remove the voices of TX citizens.  Have courage and fight against the attacks against the American and Texan way of life… thank you for your support.  Tim

Beverly Biehl

Self/Consultant

Printed on: August 30, 2021 11:32 AM

I'm very concerned about the lack of training for poll watchers. It's distressing enough to see massive displays of partisanship walking into the polling place, but the unclear procedures for poll watchers and poll workers opens a slippery slope that will end up with voters being discouraged from doing their civic duty. Also, the potential federal penalties for simple mistakes are daunting. The cases of outright fraud are miniscule, and this is a solution in want of a problem.

Christopher Aldridge

Self

Katy, TX

SB 1 is simply a push take it harder for people.of color to vote. Anyone who votes for this will NOT receive any votes from me or my family.

Raquel Rodriguez

Self retired

El Paso, TX

Please vote no, this is voter suppression and only benefits the GOP. As Senator Alvarado stated earlier this month "Senate Bill 1 is a regressive step back in the direction of that dark and painful history." we need to increase avenues that facilitate voting not hinder the access.

Melyssa Fratkin

self

Round Rock, TX

The 2020 Election was one of the most secure IN US HISTORY, including the mail-in ballots. Even in Texas. There is absolutely no reason to impose extra rules and regulations on what is already a working system. Ballot handling procedures protect against intentional or unintentional ballot destruction. Voting systems undergo testing from state and/or federal voting system testing programs, which certify voting system hardware and software. Voter registration list maintenance and other election integrity measures protect against voting illegally on behalf of deceased individuals -- and if anyone is falsifying voter records or purging them unnecessarily, it's the GOP. Stop trying to rig the system because the non-white population of Texas keeps increasing, and they're not voting Republican.

Laura McAughan

Self

Houston, TX

There is no evidence of voter fraud in texas. This bill is horrible

Marinella Murillo

AFLCIO

San Antonio, TX

I OPPOSE SB 1.  This bill is an attack on our freedom to vote, it will hurt our democracy and it will silence the voices of people like me, my family, and my neighbors.
I am especially worried that this bill will let partisan poll watchers who work for political parties and candidates roam freely inside polling locations. I am also worried that this bill would create new criminal penalties, even for voters who make honest mistakes when they cast their ballot or vote by mail.
Printed on: August 30, 2021 11:32 AM

I urge you to oppose this bill and focus your efforts towards providing real solutions to real problems that our state is facing like protecting workers like me and school children from COVID, and fixing the electric grid.

Cynthia Wine

self, self employed

San Antonio, TX

Voting needs to be easier, not harder.  I was afraid to vote by mail in the last election because I was afraid my ballot would be caught up in litigation, but for elderly or disabled people, including myself, standing in line is a problem.  When I used to work 8-5 Monday-Friday voting was a big deal because I didn't have time during lunch and in the evening with traffic, dinner, etc. there wasn't time.  On weekends the lines are long so having more weekends to vote would help reduce the lines.  Extended hours would help, earlier or later either or both.

I have a problem with poll watchers being allowed to go wherever they want.  A secret ballot is supposed to be secret and I don't want a partisan poll watcher looking over my shoulder and possibly attacking me when I leave the polling location or even just giving me the evil eye with a threatening glare.

Electronic registering should be allowed, and so should automatic registration with driver's licenses or state photo ID's for those that are eligible.  Many people don't plan ahead and show up on election day to find out they can't vote because they didn't register.

I also think electronic voting from home should be allowed.  This would be easy to track and you'd just have to prove your identity.  That would make it safe and secure for elderly and disabled people who have problems with crowds and walking and standing for long periods of time.

Since most Republicans are older it makes no sense for the Texas legislature to make it harder for old people to vote.

Mary Brower

- None -

Houston, TX

Please concentrate your efforts and our taxes on things that matter to the majority of Texans, such as covid mitigation and medicaid expansion. This bill addresses a nonexistent issue, and it is quite obvious to most Texans that the republican state majority is engaging in voter suppression as a power grab. Please govern for once.

Nancy Neill

Self, Retirrd

Lubbock, TX

There was no fraud in the 2020 election.  This bill will inhibit voting rights for all Texans.  I ask you not to pass this bill.

Rebecca Broughton

Self

Seguin, TX

For

Maria Barnes

Self retired military and educator and nurse

San Antonio, TX

Fully support this bill

Printed on: August 30, 2021 11:32 AM

Denise Dodson, Ms

Self retired

Dallas, TX

Agree.  Please pass SB1

Irma Johnson

self Interior Designer

Bastrop, TX

I am in support of election integrity, security and fraud prevention.  The 2020 elections thought out our country exposed a sad but real occurrence.....cheating happens!! From dead people voting, to vote harvesting, to internet hacking. Whether voter fraud done by a few or by thousands this needs to stop. I do not feel my vote will ever count when there is no accountability by those in charge. I hope this bill comes after those who perpetuate such a violation of the consciousness of free elections.

Jamie Rogers

Self

Round Rock, TX

There was no voter fraud in 2020. Where is the evidence that we had election integrity issues in Texas. We should be expanding the right to vote and not curtailing it. This bull is misguided if it passes.

Gayle Van Leeuwen

Self

Arlington, TX

I am voicing my opposition to this bill.  There have only been a very few causes of voter fraud in Texas. This bill is making voting harder, not easier by disenfranchising
minority voters.  This is not even a veiled attempt at racism.  Not patriotic. If you want a true democracy, vote no.

Windy Craig

Self

Austin, TX

Please do not vote for this bill. It's voter suppression.

Michelle Reinhardt

Self

Austin, TX

Terrible bill that will limit Texans' right to access the polls. This after we stood in line 3 hours to vote in Austin in 2020 during a pandemic! Against

Martha Hagar, Retired

Self

Dallas, TX

Printed on: August 30, 2021 11:32 AM

I am a 68 handicapped senior. I am concerned that the partisan monitors go beyond their reach. We are guaranteed a secret ballot. They have no business in my space listening or observing how I vote.

College IDs should be allowed for identification. They are sophisticated and the admission for college make them expensive. Expand their usage. I can only believe this is a form of persecuting our religious schools

SB 1 cannot guarantee 100% fraud free. Voters should be encouraged to vote and not feel intimidated. We all want secure elections. We had secure elections. This is GOP driven not Texan driven.

Jane Van Praag

N/A

Bartlett, TX

It is shamefully absurd to prevent people from voting in the name of preventing non-existent fraud.

Shari Snyder

Self sales

Center Point, TX

SB1 is now a clean, solid and very good bill. I support the Bill as is. I dont want any degrading changes to this bill.

Caroline Simpkins, Mrs

None

San Antonio, TX

Identification is mandatory for every activity in our community; it should be mandatory for voting also.  Penalties should be quick, swift, and lasting to deter falsified voting practices.

Jennifer Kratky

Self, mother and 6th generation Texan

Magnolia, TX

I support SB1, but with the removal of Amendment #6. I want it to be very difficult to cheat in any Texas election! We desperately need more prosecution for any election laws broken, whether it's done by harvesters or county clerks. I left Austin in part because I witnessed such awful practices by Dana DeBeauvoir that I knew it would be extra difficult to ever vote ourselves out of this mess. Laws without enforcement are useless!!

LaDonna Massad

Self

Austin, TX

I am opposed to SB1.

Wes Flanagan

#TEXIT

Waxahachie, TX

Printed on: August 30, 2021 11:32 AM

I believe if this does not pass Texas will never have another true election.  India requires it and they have a Uber poor society!
Wes Flanagan 181st/ALS CJRB Gt. Worth

Karen Brooks, Ms

Texas true project

Arlington, TX

We must protect our elections from fraud. If we can't depend on the integrity of the elections then we are living in tyranny not in a free republic.

Jane Bye

Self/retired social worker

Dallas, TX

Please do not make voting  harder than it already is. Voter fraud is almost nonexistent. We should all believe in making voting easy, not trying to prevent people from voting. What are you afraid of??

Nolan Buro

Self, marketing rep

Houston, TX

This isn't about integrity, its about suppression. The right to vote is sacred and the GOP should be ashamed at its attemps to silence Texans.

Paul SoRelle, Mr

Self

Houston, TX

This bill should not be passed!   There is no need to restrict voting features such as drive-through voting and 24-hour voting. These voting measures were instituted by Harris County in 2020 and alllowed a record number of voters to participate without any widespread cases of fraud.  Also, the changes proposed for poll watching and increased penalties for poll workers could lead to intimidation of voters.  We do not need these proposed changes to our elections in Texas!

Karen Brooks, Ms

True Texas Project

Arlington, TX

Governor Abbott has made Election Integrity a priority for the 87th Session of the Texas Legislature.
Election Integrity is a priority of the Republican Convention Delegates.
We believe that a Republican controlled Legislature should respect Republican Platform and Priorities.
In the 2020 Ballot Propositions, 98% of Republican voters agreed that election officials should purge illegal voters from the voter rolls and verify that each new registered voter is a US Citizen.
SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud
SB1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways that voter fraud is accomplished.
SB1 provides a path to prosecution by the Attorney General when election fraud is detected.
We believe that passage of SB1 will be an important step towards achieving the secure elections process that Texans deserve, amendment 6 notwithstanding.

Printed on: August 30, 2021 11:32 AM

Sessie Franceschini

Me

Devine, TX

It's important to win back the confidence of the citizenry.  As of now majority of us believe that election machines are unreliable

Tyler Beck

Self

Dripping Springs, TX

This is clearly just a political game where people are trying to restrict voters who don't like them to stay in power. More people voting is NEVER a problem. Oppose SB1 now.

Marc Byrd, PhD

self, Engineer

New Braunfels, TX

It should be a crime to conspire to force black people or any other targeted group to wait in line longer than others.  Any such targeting, even though hidden as in this bill, will not stand under the 14th Amendment Equal Protection Clause.

We must make it as easy as possible for every citizen of Texas to vote.  We must allow every Texas citizen to vote by mail, for any reason they like.  Colorado does this, has done this for a long time, and has no problems with it.

Ruei Tuo

Self / Self

Katy, TX

I am registering my opposition to SB1.  If you really is for free and fair elections, you would make it easy for thousands if not millions of Texans to be able to vote at the time they have available.  But instead you make it illegal for them to vote when they get off from work in the early mornings.  You also take away the drive-trough voting which greatly benefited moms with small kids. Your excuses are all minor logistical issues that can be resolved easily, but just like authoritarian political parties, you use it to suppress people and incriminating voters who simply want to exercise the constitutional right of casting a ballot.
History will judge you and your party.

Elizabeth Sanders

Self

Adkins, TX

I support SB1

Mckenzie Best

Convention of States

Highland Village, TX

We need to pass HB1 in order to secure our elections here in Texas. Voter ID for ALL!!

Darius Provost-Evans

Printed on: August 30, 2021 11:32 AM

Self

Houston, TX

I do not support this bill.

Jessica Neufeld

self

Austin, TX

I strongly oppose this bill as it is based on a lie that there is wide spread voter fraud (no such evidence has been put forth by the bills proponents) and really is thinly veiled move to make voting harder for minorities and poor people. This is a voter suppression bill that infringes on Texans constitutional right to vote and I do not want it to become law. Please don't limit mail in ballots, prohibit drive through voting, 24-hour voting locations, or unfairly limit the number of polling locations or their hours for people who have limited resources to access in-person voting. Thank you.

Rick Oliver

Self

San Antonio, TX

Stop your games. This is a disgusting attempt to hurt all Texans.

Kate Simms Painter

My self

Austin, TX

GOP is cheating and lying and solely representing their oligarchy. Your actions are criminal. Taking voting rights away is not what leaders do. Your actions are unconstitutional and unconscionable.

Lee Nye

Self

Cedar Park, TX

Voting is a fundamental right under our constitution...how dare you take that away from people just because you can't win unless you cheat!

Jill Yeager

Self

Houston, TX

Please do not support SB1 - voter fraud is extremely rare and there should be support for every eligible voter to cast a vote easily and conveniently

Kenneth Wenske

Republicans

Port Lavaca, TX

Printed on: August 30, 2021 11:32 AM

Vote for this bill please

Chris Kreif

self

Fort Worth, TX

I believe that passage of SB1 will be an important step towards achieving the secure elections process that Texans deserve, amendment 6 notwithstanding.
Election Integrity is a priority of the Republican Convention Delegates.
Republican controlled Legislature should respect Republican Platform and Priorities.
In the 2020 Ballot Propositions, 98% of Republican voters agreed that election officials should purge illegal voters from the voter rolls and verify that each new registered voter is a US Citizen.
SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud
SB1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways that voter fraud is accomplished.
SB1 provides a path to prosecution by the Attorney General when election fraud is detected.

Tammy Kreif

self, homemaker

Fort Worth, TX

I believe that passage of SB1 will be an important step towards achieving the secure elections process that Texans deserve, amendment 6 notwithstanding.
Election Integrity is a priority of the Republican Convention Delegates.
Republican controlled Legislature should respect Republican Platform and Priorities.
In the 2020 Ballot Propositions, 98% of Republican voters agreed that election officials should purge illegal voters from the voter rolls and verify that each new registered voter is a US Citizen.
SB1 creates criminal offenses, an important step that is currently missing in the efforts to fight election fraud
SB1 corrects many deficiencies in the maintenance of voter rolls, which is one of the many ways that voter fraud is accomplished.
SB1 provides a path to prosecution by the Attorney General when election fraud is detected.

Susan Pantell

N/A

Austin, TX

It is important that you focus on solutions for all voters and help restore the level of trust in Texas elections. I am disabled and have to vote by mail. It is difficult to have to request a mail-in ballot each year. Once someone requests a mail-in ballot because of age or disability, you should send it to them every year without making them re-apply. I have voted in every election. The existing Election Code has plenty of safeguards and transparency. More restrictive measures are not necessary; you should be making it easier for people to vote. If someone's mail-in ballot is not approved, there must be a way for them to fix the problem. You should add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties, not optional. You should also add electronic voter registration to the bill, which would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

JT Beebe

TX SD-13

Houston, TX

please don't suppress Texas voters.

Printed on: August 30, 2021 11:32 AM

Sandra Kearns

"Self" Inclusion Paraprofessional

Cibolo, TX

The right to vote is enshrined in the constitution. Putting forth legislation that hinders the right to vote in any way is unconstitutional and unethical. Voting legislation should only be concerned with making voting more accessible, easier, and straightforward. Please keep the provisions established during the Covid-19 pandemic.

Jan Goria

Self

Frisco, TX

We have to pay attention to having election integrity or all votes will be meaningless. What we want from our elected officials will mean nothing. Our rights will be taken from us if this bill doesn't pass. Stand for America and the people!  Do the job you were elected to do and that does not mean bringing socialism to America.

Susan McKinley, Ms.

Self, Retired

Houston, TX

A high voter turnout contributes to a stronger democracy. Texas had very little voter fraud in the last election. This bill seeks none other than voter suppression because those who crafted it did not like the results of a strong voter turnout. Let the people have their say, as the Founders of this country intended.

Arjun Rao

Self

Austin, TX

There has been no notable fraud that any court has upheld, yet we are going to further threaten innocent Texans with criminal charges for doing their most fundamental duty. Why is this legislature focused on this? We have power outages and covid and poor health and this is the thing you all are focused on. I used to think the texas Republican Party was pragmatic and business-oriented. Now I think it's partisan and spreading misinformation. This bill should be abandoned.

Susan Schneider

Self

Dallas, TX

Opose

Desiree Kane

Self

San Antonio, TX

Please do not further restrict voting access in TX. As someone who worked in an elections office I can tell you that we did everything in our power to help people to vote following the current rules. Please don't make it harder. If anything you should be trying to increase access and make it easier for Texans to vote.

Printed on: August 30, 2021 11:32 AM

Ryan Suneson

self - VP Finance

Austin, TX

To start, there is no, and has been no, documented widespread or systemic election fraud in Texas. Don't take my word for it, listen to Keith Ingram, the director of the Elections Division at the Texas Sec of State's office where he states that drive-through and 24 hour polling places have not had "any evidence of actual fraud".

What this bill does is systematically make it more difficult for minority voters to participate in the democratic process.

I'd much rather see the State actually do something that has been an obvious failure this year, which is to fix the electric grid.

Peter Elsner

Self - Senior Technical Analyst

Caldwell, TX

I oppose this bill.  Having a fair election is democratic and no one should ever interfere with that.

michelle meacham

self

Wimberley, TX

As a Texas resident and voter it's vitally important to
make the voting process simpler and available to everyone that qualifies. The amount of gerrymandering, voter suppression and intimidation is staggering. I'm opposed to the GOP party controlling our voting rights.

Carolyn Laivins

self/retired

Dallas, TX

please allow access to eligible voters with proper ID's in all areas of the state.

Ann Kifer

None

Taylor, TX

I am opposed to this bill. There was no fraud in the last election. Every qualified voter should have the right to vote.

Carol Wetterauer

self

Katy, TX

While traveling across the country in June my husband and I decided to take in a little history.   So we drove through Selma Alabama, across the Edmund Pettus Bridge.  On one side of the bridge we met a man who told a remarkable story.   On March 7, 1965, as a 4 year old, this man recalled, he took the hand of his uncle and marched alongside John Lewis.  We all know what happened on this day, bloody Sunday, but to hear it told from first hand experience was for me, quite bone chilling.
So as the story goes,  this march was stopped on March 7,  but resumed 2 days later.  This time the marchers with the help of the

Printed on: August 30, 2021 11:32 AM

National Guard, made it all the way from Selma to Montgomery, to the state capitol steps. A few months later, a Texan, Lyndon Baines Johnson inspired by the Selma to Montgomery march, signed into law, the Voting Rights Act of 1965. SB 1 chips away at the Voting Rights Act. Lets not go backwards in history, lets not forget what these people marched for.
Vote against SB1 and vote for the rights of all Americans.

Rene De Los Santos

self

San Antonio, TX

The Republicans have Not produced any evidence of widespread Voter fraud in Texas Elections for any cycle. What the Republican have done is organized and implemented unfair voting practices throughout the State which is proven by how voting districts of low populations are equaled to high populations.

Janis Brooks, Ms

Self

Denton, TX

Do. Not pass this bill. It is voter suppression. Quit trying to suppress people votes. Do not send us back to the Jim Crow era. Let's move forward not backwards.

Deea Emmons

Myself

Austin, TX

Voting should be easy, available and all citizens have the right to vote

Jeanne Morgan

Self

Garden Ridge, TX

Do not make any changes to the voting process. Restricting access only take rights away from those that have had to fight so hard to get these rights. We should be doing all that is possible to increase election access not discourage it.

Megan Angelos Eunson

Self, customer success manager

Houston, TX

Please stop trying to greatly limit voting rights in Texas. Everyone who is eligible to vote should not have that right infringed upon.

John Skeels, Esq.

Self

Kennedale, TX

There is no statistically significant fraud in elections and penalties are already steep. Voting should be encouraged and made easier and not more difficult. Barriers to voting in any form results in disenfranchisement of voters across the political spectrum. These restrictions are baldly political and based upon the lie of wide-spread fraud in Texas elections. I strongly oppose this

Printed on: August 30, 2021 11:32 AM

proposed legislation and believe that mail-in voting, expanded early voting times, additional polling locations, and expansion of the types of permissible identification should be enacted to encourage, not discourage, participation in our democracy.  This proposed legislation is shameful.

Gerald Welty, Mr.

N/A

Cibolo, TX

The criminal penalties for fraud and cheating in our election system need to be as strong as we can make them.  I'm saying they need to be felony grade penalties.  George Soros and Bill Gates can pay the misdemeanor penalties all day long - a good investment for their cause - the destruction of America.  Also DPS should be called in immediately when crimes are committed and the accused should be arrested and taken into custody.  The accuser should not have to be penalized by taking a criminal to court and then ask for re-imbursement.

Jan Bailey

Armour of God Prison Ministry

Red Oak, TX

I am in complete support of all election Integrity bills, please see that they pass it's one of the most crucial issues in our nation today. I think it's ridiculous that we have to have identification to do anything including writing a check yet Democrats do not want us to show identification when voting for the most crucial officials in our nation and State. Really mixed up thinking!

Kimberely Durall

Self/Teacher

Plano, TX

Creating barriers to working citizens is unethical. Providing safe access to polls without fear of intimidation from other parties is a right, not a privilege.

Ralph Huffman

Self - Sales Manager

Frisco, TX

I am in favor of this bill because the citizens deserve fair and honest elections. The one vote per eligible voter rule should not require debate. There is nothing discriminatory in this bill. My hope is that it will pass both the Senate and House and be signed into law by the Governor.

Lori Mitchell

Self- Flight Attendant

Livingston, TX

Strange there was no fraud in the most recent election, yet you feel compelled to making voting more difficult (which mostly affects minority and disabled voters), and have completely fell into the conspiracy rabbit hole with former President Trump. It's astonishing what you're trying to accomplish in this regard rather than take care of the citizens in Texas by concentrating on Medicaid expansion or the Texas power grid. This is such an embarrassment to our state. Shameful.

Glenn Meter

self

Printed on: August 30, 2021 11:32 AM

This bill does not enhance election integrity, security, nor prevent fraud. Instead if blocks citizens from expressing their hard-earned right to vote. With only 52% of eligible voters showing up in 2020,  and turnout for recent gubernatorial elections in the 20s, we should be encouraging MORE people to vote instead of less. Instead SB1 is trying to limit voting. There's nothing "Republic"-an about that.

Jake Billingsley, Mr.

Self - Disabled Farmer

Llano, TX

It is shameful that more than thirty years after the Americans With Disabilities Act became the law of our land that the Texas House or Representatives continues to refuse to comply with the ADA Title iI which applies to all State and Local Governments, including their Legislatures.

The Texas House of Representatives has refuse me and all of the Texas Disability Community the ADA Civil Rights for Accommodations and Modifications to House Rules so that we may adequately participate remotely in this hearing.  This is neither an excessive Administrative nor Financial Burden on the Texas House of Representatives.  The Texas House is callously violating our ADA Civil Rights.

This is especially egregious when this Hearing deals this Bill which would make voting for the Texas Disability Community much more difficult and thus erodes our Right To Vote.  The Texas House refuses to allow us to participate in this process in ways which would allow us to adequately have the same impact as those who are able to personally attend hearings because they do not have Disabilities which make it very difficult if not impossible to attend in person.

The prejudice agains the Disabled exhibited by the Texas House of Representatives by its refusal to comply with the ADA in its own House Rules, also makes it impossible for the Texas House to craft adequate Disability legislation of any kind, as evidenced by the prejudice towards the Disabled in this Bill.  This House has almost no clue about the harm it will inflict on the Disability Community if it passes this Bill which restricts the Right To Vote of Disabled Texans.

In order to submit this statement to this Hearing, I have to acknowledge that submitting false information could constitute a criminal offense under Section 305.021, Government Code, and other law.  Why then have the Speaker, the General Counsel, and many esteemed Members of this House refused to reply to my Complaint to them in April 2021 that the ADA Coordinator of the House had submitted false information to the General Counsel and House Members that I had initiated a Federal legal process, and ADA Accommodation Request, to the ADA Coordinator?

If this House is so concerned with virtually non-existent election fraud, why are you not concerned when your ADA Coordinator fabricates a fraud which violators my Disability Rights, should be considered a criminal offense, and which has done harm to my condition?

This House shows the same lack of concern when it introduces Bills which deprive the Disability Community of adequate access to Vote without unnecessary obstacles.

Please reject this Bill which is an attempt to fix what is not broken and in so doing breaks the ADA Title II \by impeding Disabled Texans when they try to exercise their Constitutional Right to Vote.

Thank you

Dorothy Douglas

Self

Dallas, TX

We should not make it harder for people to vote. That is exactly what thousands of people fought against back when this country

was first establishing its roots. We need to make it more accessible for the population if we truly value the fairness and equality of a democratic system.

Gail Payne

Me

Corinth, TX

I am opposed to SB 1. We do not have a problem with voting integrity in TX, and we Texans know it. We also know this bill is an effort to pander to the Republican Right. We are not stupid. It is pretty clear.

Prerna Bhat

self

Leander, TX

This past year we had unprecedented turnout in Texas, with over 11 million voters – 66% of our 17 million registered voters - casting their ballots. I was running a Get Out the Vote program for the Asian American and Pacific Islander community, and we similarly saw incredible turnout from this community – over an 88% increase between 2016 and 2020, with over 470,000 AAPIs voting – largely concentrated during Early Voting that gave increased access to members of our community to exercise their right to vote.

The Texas COVID epidemic highlights the need for safer and accessible methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. Texans of all backgrounds and parties utilized these options. This is what Texans want.

Additionally, the lack of online voter registration in Texas makes it incredibly challenging to ensure that the right to vote is availed of by all those Constitutionally able to do so. Significant resources – volunteer time, public funding – are expended to train VDRs (who work incredibly hard and without compensation under our current system) and physically go out into communities and register individuals. Texas is one of just 10 states that do not offer online voter registration, pushing us towards the end of the list of voter accessibility. We should take this opportunity to lead in voter access, rather than trailing behind so many other states. Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. Our system of registration and voting is antiquated and presents clear barriers – and rather than building these barriers higher we should be working to dismantle them, to ensure the right to vote to all who are eligible.

Additionally, we should not let innocent and simple mistakes prevent a voter from being able to make their voice heard – voting is tricky, and folks from young to old may fill out their ballot incorrectly. To that end, we should provide ample opportunity for individuals to correct said ballots. I hope to see this legislation create a complete cure process for applications for mail ballots and for returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties.

Overall, I request that the committee acknowledge the magnitude of existing Election Code safeguards and transparency, and focus on solutions for all voters that help restore the level of trust in Texas elections and increase participation in our elections and thereby our democracy.

Tom Lennon

Self

Katy, TX

Stop the madness. Keep the focus on making it easier for Texans to vote. Make Texas the state that others admire for having the highest voter turnout. This bill does not make it happen.

Printed on: August 30, 2021 11:32 AM

Mary James

Self

Wylie, TX

I taught in a title I school in TX and saw the impact having access to a polling place made on our community. Limiting times, locations, and putting up further barriers to our amendment right to vote is unacceptable.  Texas can and must do better than this bill

Margaret Uthman, MD

None

Houston, TX

As a longtime resident of Texas, I am voicing my strong opposition to SB1 and will remember this the next time I vote.

Kathy Countiss

Self citizen of USA

El Paso, TX

I am for easy to vote and hard to cheat!

Laura Perez-Boston

Workers Defense

Houston, TX

 Against

Ana Gonzalez

Mi Familia Vota

Houston, TX

I am testifying in opposition of SB1 and HB3 today because it is ridiculous that we are wasting valuable time and money discussing bills that aim to suppress our democracy, rather than focusing on the Texans that are dying daily from Covid-19, supporting our overwhelmed healthcare providers, and improving our failing education system. Students are risking their health and their family's well-being in order to receive an education during a global pandemic and frontline workers have been risking their lives for over a year, yet many of our lawmakers and state "leaders" are fixating on an issue created by the hateful and partisan rhetoric of those who fear the political power of Latino, Black, AAPI, and allied communities.

I thank all of our Texas legislators and their teams that are working tirelessly to protect our voice and right to vote, while at the same time trying to guide us out of this pandemic. All others will be remembered as those who stood in the way of progress and neglected the well-being of their constituents in an attempt to hold on to their power. Texans will remember who stood by them and who dedicated their time in state office working to silencing our communities.

We need the ability to voice our concerns and demand accountability through equitable voting practices. This attempt to suppress our right to vote has only made our commitment and community partnerships stronger. We will continue to work against discriminatory practices until SB 1 and HB 3 are disregarded and the focus is shifted to making voting more accessible and other urgent issues. Thank you for your tim

Katherine Hoover

Printed on: August 30, 2021 11:32 AM

Self, retired

Galveston, TX

I am a Texas resident, taxpayer, voter, volunteer deputy voter registrar in Galveston county . I am outraged at what SB1 is attempting to do to Texas citizens right to vote.

The provision that would require voters applying for mail in ballots to remember what ID # they used when they registered to vote is ridulously burdensome. Be it 2 months ago or 40 years ago. In SB1, if the number on the mail in ballot application (Texas ID or last 4 digits of SSN) doesn't match the number used on the registration form, their application will be rejected.

The authorization of untrained and unaffiliated poll watchers who can disrupt election sites AND the watchers are allowed "one intimidation" before the election judge can remove them is an invitation to disruption and heightened stress. At a minimum, poll watchers should be trained and be "hands off" actual ballots which must be handled only by authorized election workers.

And banning voting from vehicles unless you are disabled and banning drive through is a travesty. Texas State Government should be encouraging all citizens to vote. I spent my career in the oil industry where many people work 12 hour shifts. The ability to vote from your car as you drive through a polling site is a huge improvement.

And a complete "ballot curing" process needs to be added to ensure that mail in votes are counted.

Do the right thing and vote NO on SB1/HB3 as currently written.

Carlos Montana, Mr.

self, computer systems administrator

El Paso, TX

Dear sirs:
I would like to register my opposition to the measures being discussed and voted on in the current legislative session to limit the right to vote.
In any true democracy the ability to vote should be expanded, not limited based on arbitrary considerations based on partisan advantage. That is completely shameful. Please act with civic responsabilty.

Sade Udoetuk, Dr.

Self

Pearland, TX

I am in opposition to this bill as it is a tactic of voter suppression and is antidemocracy and anti American.

Yvonne Myles

Self, wellness coach

Houston, TX

Texas needs election laws that enable all eligible voters to cast ballots. Democracy is best served when more people participate in the process. Current voting laws are effective in preventing fraud and prosecuting uneligible voters who cast ballots. With the spread of COVID and the most recent variant, jurisdictions need flexibility to ensure voter safety and health. Innovative approaches such as extended early voting, longer voting hours and centralized drop-off boxes are common sense solutions that will build voter participation and confidence in outcomes. I urge consideration of these measures to make elections fair.

MICHAEL MILLER

Self

Printed on: August 30, 2021 11:32 AM

This is an unnecessary burden on the voters of Texas. I vehemently oppose this voter suppression effort. Do not restrict Texans voting rights and limit our abilities to select who we want to represent us.

Lesa Schaffer

Self

Burleson, TX

It is very important to have accurate voting rolls, and it's vital to have voter identification. We are required to have ID's to get into amusement parks, open a bank account, cash a check, and a plethora of other everyday activities. There is no voter suppression asking for an ID. That is only an excuse that is being used to oppose voter integrity.

Debora Herron

Self

Arlington, TX

I'm so against this bill.  I feel that minorities will be left behind.   After the most secure election and audited election ever this bill actually is a joke.

Rosa Brand

Self

Conroe, TX

We have I.D. and protocols for driving a car, traveling on an airplane, applying for social security, and even for employment. So why wouldn't our elections require protocols with checks and balances and I.D.? We have to have a way to secure our elections, so that we can know our votes count and are not nullified by bad actors. I am in full support of this bill, and request that those involved in moving this measure forward to consider the citizens who just want the truth, wherever it may lie. Election integrity isn't just about one party or one election. It's about the truth.

Joelle Foley

Self - Retired

Kingwood, TX

I am strongly opposed to added baloney that will impede the rights of all Texans to equal and easy access to vote in all elections in the State of Texas. Your job as elected officials in this state is to make it easier for everyone to vote, rights granted to all of us by the United States.

My family has been in this state since 1832 on a land grant from Stephen F. Austin. Although not part of the Original 300, my ancestor was in the next phase of settlers. We fought then for the freedom at the Battle of San Jacinto, and I spent my early years having free access to the Alamo after hours when my grandmother was the receptionist there. I've got Texas blood, sweat and tears in my DNA. It's YOUR job to protect that, not try to take it away.

So I can see a clear path for all of the Texas legislature - both houses - to make it easier for Texans to vote…..easy access, more access, longer hours, drop boxes! Sit in the car and vote! Anything yiu can think of to make it easier, not harder. No impediments. Your job is to be a good citizen. Please start that process now. Thank you.

Gilbert Deanda, Mr

Self

Printed on: August 30, 2021 11:32 AM

San Antonio, TX

I'm against the idea to have the Republican government watching over my vote and to have them to have the authorities to overwrite my or anyone else vote just because they feel there was a voter fraud. I trust the people who work with the voting machine then I do with the Republican.

Elizabeth Hanks

Self

Houston, TX

I am writing in opposition to SB1. There was no evidence of significant voter fraud in the past elections, so there's nothing needing to be address here. Moreover, we should be making it easier for people to vote, not harder. Texas already has extremely restrictive voting laws and this bill will hurt disabled communities tremendously. As a poll worker and a volunteer voter protection attorney, I am especially opposed to the new requirements for people to request help when reading their ballot. Please do not pass this harmful law.

Julie Ford

Self/ taxpayer

Fort Worth, TX

No gerrymandering and make it easier to vote. Safe ,secure elections

Rishia Phillips

Self/ teacher

Denton, TX

Voting should be made easier, not harder. No one should be able to intimidate election workers or voters. Urban areas need more access to places to vote, not less.

Barbara Mason, Dr

Self, retired

Austin, TX

There should be required training for poll watchers.

Peggy Johnson

Self - Marketing

San Antonio, TX

This bill is a blatant Republican power grab and a travesty.  The 2020 elections had no provable fraud; this bill is an overreaction and a tacit support of Trump's Big Lie. Texas Republican legislators should be ashamed.

Mary Levien

Self

Woodsboro, TX

Secure the election across the state!!

Printed on: August 30, 2021 11:32 AM

John Walker

Mr. and Mrs.

Austin, TX

I firmly support SB 1.  No bill is perfect and this bill is not strong enough.  HOWEVER, it is a much needed improvement so I urge that you pass this bill out immediately.

Thank you.

Steven Meadows

Self

Santa Fe, TX

I opposed this bill and how it is absolutely unnecessary.

James Friedley

Self

Plano, TX

I oppose SB 1. This bill is based on a lie and is being used to suppress the voting rights of minorities. There hasn't been any credible evidence that the 2020 election cycle was subject to tampering.

Amy Bennett

Self—healthcare worker

McKinney, TX

I am opposed to this bill because it limits the rights of Texans to vote. Voting rights are the most important rights of all. They are the foundation upon which all of our other rights depend. I support leaders who fight FOR my voting rights. SB1 is voter suppression.

Mindy Lee

RAC-TX

Austin, TX

I am writing you to share my concern and strong opposition to SB1. The first election I was eligible to vote for was when I turned 18 years old while I was an undergraduate student at George Washington University in Washington, DC. I remember the ease of voting the same day at a local polling station near campus and the excitement to take part in the democratic process. This is a value that has been instilled in my by generations of my Jewish American family who resettled in the U.S. following the pogroms in Easter Europe in the late 19th century.

The first election (federal, state or local) that I missed was when I moved back to my home-state of Texas in October 2014 and I missed the voter registration cut-off deadline to vote that November. I was confused by TX voting laws and the barriers to registering to vote. While I was able to vote in future elections as a Travis county resident, I also committed to being trained as a volunteer deputy registrar and election worker to ensure that no matter who my neighbors intend to vote for, they understand and are able to have access to the ballot and carry out their sacred duty as citizens. In my professional life, I have worked on many State Department grant programs with international students, scholars, and professionals. In addition to promoting mutual understanding between people of the United States and other countries, the programs almost always emphasize , one of the goals is always share American values of democracy and civic engagement. It is disappointing and an embarrassment that Texas leads

in voter suppression and that SB1 is part of a coordinated effort to inhibit rather than enable participation in our democracy.

I know from personal experience and scientific research that SB1 will make voting more difficult for many people, most especially people with disabilities, the elderly, people who lack access to transportation, working people who do not have control over their schedules, and people of color. The Committee on Constitutional Rights and Remedies should be working to protect the right to vote, rather than attacking it, and remedy the barriers to voting rather than creating new ones. Please show that you are committed to truth and justice by killing this bill and committing yourselves to strengthening American democracy rather than dismantling it.

Deborah Riordan

Self

Bandera, TX

Vote No. Protect Our Voting Rights

Deboir Quick

Self

Houston, TX

There was no election fraud or interference in the past 2020 election. This SB 1 is a display of white fear. This SB 1 is a display of voter suppression.  Republicans are openly showing their white fear by changing the rules to block People of Color, mainly African Americans, from voting. They are frightened because the last census shows that as they are shrinking in population as POC are growing in their population. They realize that the only way to hold onto their white majority rule is to gerrymander, cheat and outright lie to keep Texas red/Republican. They cannot offer election platforms and/or policies that will attract more people of color because they know that their hate and fear is unappealing so their only course of action is to lie, cheat and steal in order to hold onto Republican rule. The 2020 election, particularly in Texas, was certified as being legitimate. There were very few cases of attempted election fraud and, ironically, they were from Republicans. It is ironic that these so-called Christians are lying, cheating and stealing their way to hold onto majority control. Obviously, their so-called Christian faith is being revealed as hypocrisy. One cannot propose to love their neighbor in the name of Jesus and in the same breath boldly lie in the face of facts. One cannot openly lie, cheat and steal and expect that God/Christ will remain silent. These Republicans who wrongly think that these efforts to lie, cheat and steal the next election have successfully revealed themselves as enemies of Christ. Their fraud and hypocrisy will not give them the advantages that they think they will gain. Sadly, by their own efforts, they have lost their majority rule in Texas but Our Lord has not revealed this yet. Every action has a reaction as basic physics teaches us. Their actions of hate and fear will destroy themselves. I would think that campaigning with a platform of love rather than hate and fear would increase their numbers. Maybe they should consider that love rather than separation and fear can increase their population. Their Christian teaching should remind them that nothing grows in hate and fear. I truly pray that these hate-filled and manipulated people have their eyes opened and embrace the truth rather than the evil lie that there was fraud and interference in this past election.

Kim Pollard-Smith

Self. Voter.

Austin, TX

NO to SB1. Keep what was in place in 2020 elections. Those practices resulted in the greatest voter turn out (which IS what we want) and the "most secure election in history" (which IS ALSO what we want). Don't fix what's not broken. Please don't use a big lie as an excuse to pull a power play; instead legislate with integrity.  2020 gave us the recipe for best practices, turnout and voting security. A true democracy demands People Over Party. Again, vote NO on SB1.

Claire Armstrong

Self

League City, TX

Printed on: August 30, 2021 11:32 AM

Vote. To support voters rights.

diana donatti, Mrs

Self

Houston, TX

This is a NON-Issue, clearly Republicans now fear urban and minority voters.
This also hinders the ability of elderly, poor, pregnant and disabled voters, in the MIDST of COVID19 pandemic.
Majority of Texans oppose this sham bill, GOP clearly TRANSPARENTLY has become the anti-democracy party.
DO BETTER, Texas has real problems: solve those!

Lisa OToole

Self

Richmond, TX

I am voicing my opinion in opposition of this restrictive house bill. It is in no way representative of our constitutional voting
rights and a clear message from the GOP the intention of manipulation of the voter process.

Melinda Luevanos

Self

El Paso, TX

There is absolutely no need for this bill. This bill is nothing but a ploy by one political party to stay in power. It does not represent
all of Texas and it is not in the best interest of Texas citizens. All it is doing is making it harder for those who are in lower income
tax brackets to vote. This bill directly affects people of color. Why shouldn't we make it easier to vote? Why should it be so hard
to do some thing that we value so highly in this country? We pride ourselves on being the land of the free and the home of the
brave and yet you're  trying to make it harder to vote.  We are proud to tell people about our voting rights and yet this year when
we celebrate 101 years of women being given the right to vote the Texas legislature decides to make it harder to vote? There is
absolutely no reason for poll watchers to have so much authority over the right to vote. I deserve to be able to vote at a time that
works best for me and not have to be intimidated by someone who wants me to vote like them. Stop pandering to only half of the
state.  We are not all Republicans. We are not all white. We are not all upper middle class. We are not all like you.  I am asking
you to vote against this bill to not pass it on the committee and to do the right thing for every single Texan, not just the ones that
look and vote like you.

Lucinda Yeglin

Myself

Spring, TX

Horrible -  what we have now works.   By changing the rules for handicap voting you have in effect hindered my voting- an old
white lady

Ruben Paquian

None

El Paso, TX

Oppose

Printed on: August 30, 2021 11:32 AM

Ian Mckee, Mr.

Self Maintenance worker for Alvin ISD

Alvin, TX

I Support SB1 and protecting our election integrity

Adrian O'Toole, Mr.

Self Cyber Security

Richmond, TX

This is opposed to our right to vote. This is a clear and present danger to our democracy. Furthermore, it is absolutely imperative that we do NOT allow our elected officials to manipulate the voting process to what they believe will help them win. It is disgusting to see voter suppression in action with this attempted silencing of our voices. We as Texans will NOT STAND FOR THIS AT ALL.

charles solomon jr

self movie producer

dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Patricia Chinn

Self

Irving, TX

This is a voter suppression bill and has NOTHING to do with election integrity. Might I suggest to the GOP to come up with popular policies rather than having to stoop so low as to rig a vote through voter suppression.

Lilly Miles

Self

Richardson, TX

Please do not pass the most awful bill!

Eileen Roybal

Self

Georgetown, TX

Ridiculous! Vote no

Printed on: August 30, 2021 11:32 AM

Patricia Sumrow

Self

Frisco, TX

Please do not support this bill. (1) There was no evidence of significant voter fraud in the past elections, so there's nothing to fix, (2) we should be making it easier for people to vote, not harder, (3) Texas already has some of the most restrictive voting laws in the country. The narrative that this bill makes it "easy to vote and hard to cheat" is a sad PR spin based on falsehoods and bad faith political agendas. There are numerous problems to solve in our state. Voter fraud isn't one of them.

Eileen Wolfard

Self

Lago Vista, TX

I am against SB1. SB1 is a voter suppression bill that is based on the big lie. Our 2020 election was fair and valid. Ruling in favor of this bill condones the lie!

Cindy Noland

Faith Action for Women in Need

Austin, TX

This bill in not about election integrity, and more than Abbott's anti-mask mandate is about caring for the lives of Texans. Republicans can only hold power by cheating voters out of the power of the vote. Thus Texas is the most gerrymandered state in the Union, thus they will constantly seek to limit voting where there's absolutely no reason to. It undermines our Freedom and Liberty. We are Patriots and we want our right to vote available and accessible.

Mathew Bartley

Self - teacher

Leander, TX

I do not understand how limiting options for voting has anything to do with election integrity. We need to provide more opportunities for people to vote - we need to hear every voice. There is just no good reason to pass this bill.

Scott McCarter

Disabled Voters

Austin, TX

If you believe that voting is a right (as well as the presumption of innocence) why not extend both to the disabled voters in Texas? I'm afraid that this bill infringes on the rights of disabled people by requiring that they explain (to whom? and who decides if the explanation is insufficient?) their disabilities in order to cast their ballot. Please oppose this bill!

Amy Burton

self - retired

Houston, TX

I am completely opposed to this effort to make voting more difficult.  With no significant voter fraud found in the 2020 elections, why are you wasting time and money doing this?  Totally opposed.

Printed on: August 30, 2021 11:32 AM

Jean Genevie

Myself

Laguna Park, TX

HB1 is nothing but a voter suppression bill. Put it aside and allow for free and fair elections. No Jim Crow 2 for Texas!

Francene Rose, Miss

Self, Educator

Seguin, TX

Proposed bill SB1 is a waste of resources and time as it goes against best practices in election management and judicial precedent. There has been no meaningful evidence of election fraud and is a thinly- veiled attempt to fustrated lawful voting and public engagement.
I would like to go on record in opposition of this bill.
Texas as a state that most closely mirrors a Direct Democracy in it's goverance has a responsibility to be fair and equitable in it's voting guidance. This bill is in no way fair and equitable and instead falls back on the same bias in voting policy evident in the Jim Crow era. Lawmakers supporting these measures will be a footnote in history for their regressive records, just like the Bull Conners before them.

Sandra Marchant

Self

Dallas, TX

#1 request the committee to focus on solutions for all voters and help restore the level of trust.

#2 acknowledge the magnitude of existing election code safeguards and transparency

#3 Make the process of every voter simply without deliberate provisions to exclude

#4 Include a complete process for applications for mail ballots and for the return mail ballots

Robert Lewis

Self technology coach

Frisco, TX

There is no need for this bill which will restrict voter rights, there is virtually no voter fraud in Texas.

richard wetterauer

self

katy, TX

Just to be clear......I am AGAINST this bill.......Voting Rights are an important part of America.......I guess you don't think that, since your bill is targeted at reducing the rights of selected voters.   Trying to say that your bill improves voting security is PURE BS, and I believe that you know it

Why not just let everyone vote without hinderance and let the chips fall

Valerie Ceciliano

Printed on: August 30, 2021 11:32 AM

Self

San Antonio, TX

No voter suppression

Anita Leonard

Self

Beaumont, TX

Support SB 1
Texan here ??

Deborah Manes

Self/retired ADA

Lumberton, TX

I strenuously object to "my" elected officials making any efforts that might restrict the right of any Texan to vote.  This is racist and hateful and blatantly unamerican.  Such cowardly behavior is sadly what I have come to expect from the Texas legislature.  Please be assured I VOTE.

Joyce Doyle

self

New Braunfels, TX

Please vote against SB1. I am an Election Judge and am concerned about the power of partisan poll watchers. They should recevie non-partisan  training and take an oath to not interfere with voting and to remain completely non-partisan at the polls.  Also there should be way for individual voters to cure their votes if necessary.

Jeni Marcotte, Mrs.

Self

Pinehurst, TX

An ID with a legally vetted signature should be used for in person and mail in voting.  No carrier envelopes should be returnable so signature defects can be corrected.  Should be unlawful to distribute unsolicited applications for mail in ballots that have any portion already filled in.  Attendants and caregivers should not be exempt from signing the carrier envelope.  This should be removed from the bill.

Margarita Brashear

Self - speech language pathologist

Brownsville, TX

I oppose the bill as it suppresses voting from minorities

Jacinda Valencia

Self

Pearland, TX

Printed on: August 30, 2021 11:32 AM

I live in Brazoria County and I've worked the elections as an election judge, poll worker, ballot board, etc. I've also volunteered to get voters engaged by knocking on my neighbors doors and reminding them about critical dates. Civic engagement is what pulled me into getting involved with my community and caring about our right to vote while getting engaged in the community. The criminal offenses could easily be applied to local community, students, and volunteers who are genuinely trying to get more people interested in getting involved in the process. The elections process is built with checks and balances to assure a fair election. I urge you to oppose this bill since it is an attack on our voting rights.

Ellen Theilen

Self/PA

Farmers Branch, TX

I do not want our mighty Republic to be a memory and sung about in ballads to our grandchildren and great grandchildren. That is what will happen if we do not stop the globalists with the help of big pockets to destroy our liberties and our right to choose our own path. Elections are key to maintaining the govt our forefathers envisioned: we shall have a voice and it shall be a nation ruled by these voices. Those that would illegallly constrain this precious right should have the most severe penalties imaginable. Would it not be treason to take away our voice, our liberty and our right to elect those that we see the most fit? Paper ballots only, closely guarded process by both parties and severe penalties to those caught defrauding our right to vote and our elections.

Sandra McBride

Self

San Antonio, TX

Support

Judith Reynolds

Self—retired

Austin, TX

Hello,  I am a trained VDR in Texas, I have been a poll worker in Texas, and I worked a number of elections as an election judge in my former state, Oklahoma.  My grandmother was a poll worker in Iowa for many years.  Based on my experience, and on my 30+ years as a member of the League of Women Voters, I believe that widespread election fraud is not a problem in our country—in fact, voter fraud is rare.  However, I am concerned about allowing poll watchers without training or limitations into the polling place.  As a worker, I want to feel safe on Election Day, and I do not want voters to be discouraged from voting or intimidated while at the polling site.  As SB 1is amended in the Texas legislature, I hope provisions that limit the number and activity of poll watchers will be included.  I also hope that encouraging full-participation in all elections by all Texans will be the goal that guides crafting this important voting legislation.
Sincerely,
Judith Reynolds
Austin, TX

Glenda Peters

Self

Grandview, TX

I have worked elections for decades, and have only seen a few things that made me uncomfortable.  My biggest problem with SB 1 is the poll watcher change.  Strangers should not have free rein inside polls.  They can sit against wall out of the way like they have done for the 5 decades I have worked.  Republicans only want this change to suppress voter turn out.  I am so disappointed in Republicans in Texas .

Printed on: August 30, 2021 11:32 AM

Lindsey Boyd

Self

Georgetown, TX

Data shows us that there is no widespread voter fraud and our leadership knows this but continues to peddle lies to constituents. We should be looking for ways to expand the ability for people to vote and not ways to suppress this. Not to mention, create criminal penalties when we already have a broken justice system. This will scare away voters that don't understand the rules and implications.

Hala Selby

Self

Wylie, TX

The right to vote is a right l. Stop efforts to suppress voices that don't agree with your ideology

SHARON DORMAN

Self

DALLAS, TX

Our system of democracy depends on honor and integrity.  Working to steal an election because your party wont win except by illegal activities, such as gerrymandering, proves you are not worthy of citizenship, much less the honor of representing any constituent

Lee Daugherty

Self

Dallas, TX

 You fucking fascists

Jessica Johnson

Self, Preschool Director

Austin, TX

This bill is extreme and unnecessary and damaging to the democratic process in Texas. Please do not pass this bill.

Erika Hatfield

self

Heath, TX

I support this bill.
In Texas the AG has 534 Successfully prosecuted election fraud offenses against 155 individuals by the Office of the Attorney General since 2005.
In Texas 510 is the number of pending offenses against 43 defendants, currently pending prosecution.
In Texas, 386 is the number of currently active election fraud investigations.
Election fraud is REAL and both parties are culprits.
It MUST end and the penalties need to dramatically increase for it to stop.

Printed on: August 30, 2021 11:32 AM

Susan Jones

Self, teacher

Waco, TX

I oppose this bill. Participation in our democratic society is for all the people, not just the ones we choose to allow or agree with. We must encourage voters from all walks of life, regardless of age, employment, gender, race, etc., and ensure they are able to vote in the manner best suited to their needs and community. Our state is too large and diverse to fit into simple solutions.

Billy Williams

Self/retired

Amarillo, TX

I am in opposition of SB1. Texas already has the most restrictive voting obstacles in the United States. If this bill passes, we will be slipping more and more into authoritarian rule. Free and fair elections should be easily accessible to all. There are many states that have mail in voting with no voter fraud. Come on Texas Republicans, do better.

Sammi Hammers

self

LaPorte, TX

RE SB1  It is certainly unfortunate that I must send my comments AGAIN for these really important issues.  I support election integrity.  Having been an election judge for many years - and poll watcher, as well.... I have seen many of the attempts to distort the vote totals to favor one side.  This must be stopped and punishment be instituted for those who break the law.  Harris County is one of the most "fraud capitals in Texas". Being an accountant for most of my life, I understand the necessity of having an audit to verify results.  Most businesses do them annually. Since we see the Democrats fighting so hard to kill this bill, tells me it is of even greater importance to get it done.

RE HB20  The Constitution's 1st Amendment guarantees our God-given rights to Freedom of speech. No One (especially E-Mail providers and Social Media) should be able to infringe on that right.  We regulate and have controls on other utilities - They should have restrictions, as well

Carl Hilberg

Self

Fort Worth, TX

There is no evidence of mass voter fraud that occurred in any election. This is nothing but an attempt to suppress the voting rights of Texans to lock in rule by the party minority of registered voters. TX AG Paxton (R), said the GQP would have lost in Texas in the 2020 election if his office had not successfully suppressed voting during the pandemic by blocking counties from mailing out applications for mail-in ballots to all registered voters.
 https://www.newsweek.com/texas-ag-says-trump-wouldve-lost-state-if-it-hadnt-blocked-mail-ballots-applications-being-1597909

Margaret Dunaway

Self

Austin, TX

Standing with House Democrats in opposition to this bill, the effect of which will lead to broader voter suppression in the state of Texas. "Preventing voter fraud" is purely a pretext being used here to obfuscate the true motives of the Texas Legislature:   to make it harder for certain constituencies to vote.

Printed on: August 30, 2021 11:32 AM

I therefore oppose this bill, and expect elected officials in Texas to respect people's right to vote and not suppress this right under the guise of reducing voter fraud (a cause for which there is no demonstrated need).

Lorraine Burkhalter

Self

Rockwall, TX

I have not seen any evidence of voter fraud.  The 2020 Election was not stolen. This law is an attempt to take peoples voting right away and make it harder to vote. In the end it won't save the GOP

David Judd, Rev

Presbyterian Church USA

Longview, TX

As a lifelong Republican I am so appalled that our core principles and encouraging full engagement in our political process, at being hijacked. We are not tRump disciples or corrupt el voted officials… vote this down. It is not a problem. Our foolishness and insecurity is so obvious.   Stop suppression!!!

Ondine Cleaver

self

Dallas, TX

20,000 new covid cases a day in Texas but Greg Abbott, who just tested positive, banning cities & schools from requiring masks.

16 false addresses on voter registration forms out of 11 million votes in 2020 and you all act like there's a massive fraud problem. But we know there isn't. Time after time, these claims of fraud have been disproven. See: https://www.houstonchronicle.com/politics/texas/article/Fact-checking-Texas-lawmaker-s-claim-of-400-16095858.php

If you really love America, and its democracy, do NOT make it harder for people to vote. You should stand tall for your ideas, and if people don't like them, accept that. The only rigging I see is from law makers trying to take my right to vote away. I am very angry about this. I hope this Bill does NOT pass.

Crystal Williams

Self

Amarillo, TX

I oppose SB 1.

Massiel Haro

Self

El Paso, TX

Stop trying to make it hard to vote. some people need more allowances than others. By restricting them, you are disenfranchising the elderly, the poor and discouraging the young from exercising their voice. Let us vote!

Vincent Bradley

Self

Rowlett, TX

Printed on: August 30, 2021 11:32 AM

I oppose this bill, due to its provisions that aid in suppressing the votes of all Texans. There was no fraud, and therefore this bill is not needed. We should expand voting rights, not limit them.

Beverly Hicks

Self

Plano, TX

I oppose SB1.  It's purposely making voting less accessible to Texas citizens. It's suppressing votes. It's allowing voter intimidation.  Please do not pass this horrible bill.

Donna Boucher

Self

Houston, TX

Our emphasis should be on making voting more accessible, with appropriate safeguards. I am very much opposed to this bill.

Teri Wylie

Self, Controller/ small business owner

Humble, TX

This year has seen a myriad of change to our nation, including a divisive America. The election numbers don't make sense to many of us with forensic an/or math backgrounds. The good news is that this matter is easy to prove through a forensic audit of the data. We require businesses to have this type of third party audit. It is time to also require a standard check on our elections. This is a matter that transcends party affiliations and should be one that is supported by all who are interested in fair outcomes. Because of this, I strongly support this bill and hope that you will hear the voices of the people of the great state of Texas. Let's set the bar high for all the other states, leading as we always do. Because it's not only the best thing for Texas, it's needed for our United States to help get integrity back into our elections. Whether you believe integrity to still be there is irrelevant if the people don't. And The People don't.  Be on the right side of history with us.

Judith Wenzel, Ms

Self/retired

DALE, TX

Why are you doing this.  You KNOW the whole thing is a lie.  Shame on them

Dot Haight

Self

Terrell, TX

Show us the proof of fraud. No evidence provided to date. Just fear mongering. Stop this madness. Every citizen has a right to vote and his/her vote is his/her voice. Do not pass the 'election integrity' bill (LOL). Dangerous to a democracy.

Heather Garza

Self

Rosenberg, TX

Printed on: August 30, 2021 11:32 AM

I oppose the restrictions placed on Texas citizens by this bill.

George Lutch

Self

North Richland Hills, TX, USA, TX

As a Texas voter, I oppose Senate Bill 1 and ask that you vote against it.
Voting access is already harder in Texas than anywhere else in the nation.
Our legislature should be working with local towns and cities to make access to voting easier, not harder.
Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents.
{If you have a personal story of struggles with voting access, or can explain how the new bill would make it harder for you to vote, add those particulars here.}
Please vote NO on SB 1!

Joey Gidseg, Chair

Texas Democrats with Disabilities Caucus

Austin, TX

Good evening Chair Ashby, Vice-chair Thompson, and members of the committee. Thank you for the opportunity to speak with you today. I'm Joey Gidseg, and I represent the Texas Democrats with Disabilities Caucus and myself in opposition to SB1. As a multiply disabled person, I want to remind you that Texas is already one of the hardest places for us to vote and SB1 would make it even harder. There are many disabilities that can lead to someone misremembering their ID or last 4 digits of their social security number, transposing one or more digits, or not remembering any of their identifiers altogether. I know both of these things have been true for me. Additionally, voters may have had an ID or social security card at one point in their lives, but don't remember what the digits were on it. They can't say that they don't have one, because they did at one point and still do, but not in their possession, the specifics escaping their memory. Furthermore, voters may remember the digits in all of their identifying documents but include the last 4 digits of their social security number on their application and their driver's license on their ballot. There are countless ways this could lead to identifiers that don't match, are left off, or are - or appear to be - inaccurate. All of these scenarios will lead to disabled voters, voters experiencing homelessness, and voters who are incarcerated but otherwise eligible to vote to lose this right altogether, and be disenfranchised. The second problem with this provision is that Texans aiming to vote by mail won't know to include these digital identifiers as there is no requirement that explicit instructions about this requirement be included on both documents. There is a pattern here in Texas, one that is predatory and cruel. Rather than celebrate those that take great lengths to fulfill their civic duty to participate in their government by voting, even if it means waiting until the middle of the night or venturing out to vote at the height of the pandemic in texas, new bills are drafted, with new barriers, penalties, and punishments for those doing the best with the information they have. These provisions will lead to nonpartisan discriminatory disenfranchisement of elderly and disabled Texans who have a right to participate and have their votes count. We should want all eligible voters to participate in our government not work to homogenize Texas voters. We are moving in the wrong direction - but it doesn't have to be this way. Amend SB1 by adding a  requirement for the inclusion of explicit instructions, written in plain language, for people who want to and plan to vote by mail. Include a cure provision for missing, misremembered, mismatched, and inaccurate identifiers. Expand 24-hour poll access and drive-through voting throughout the state - and listen to and collaborate with Disabled Texans. If these are not included, SB1 must be opposed. Thank you.

Chris Cantu

Self

Austin, TX

This is voter suppression. Currently, there is not widespread fraud.  There are better ways to have a secure election than what is being proposed.

Marsha Lutch

Printed on: August 30, 2021 11:32 AM

Self

North Richland Hills, TX

As a Texas voter, I oppose Senate Bill 1 and ask that you vote against it.
Voting access is already harder in Texas than anywhere else in the nation.
Our legislature should be working with local towns and cities to make access to voting easier, not harder.
Without open access to voting, our country and state are doomed to having elected officials who are not held accountable and do not work to represent their constituents.
{If you have a personal story of struggles with voting access, or can explain how the new bill would make it harder for you to vote, add those particulars here.}
Please vote NO on SB 1!

Jacob Cavazos

Self

San Antonio, TX

This bill is an egregious attempt at voter suppression. Every individual who votes in favor of this bill is the complete opposite of what the US represents. You all should be passing bills based on infrastructure and on COVID-19 relief but instead you are trying to pass something that has been proven time and time again as null.

Terri Camara

Self

Dallas, TX

I urge a no vote on this bill. Our elections are already very secure and this bill only seeks to disenfranchise voters, especially voters of color and the disabled. Also shift workers, who had easier access due to 24 hour voting would be adversely affected. This is a vote suppression bill and should not be allowed to pass.

Juliana Coffey, Mrs

Self

Bulverde, TX

Do not invent a voter fraud crisis where there is none. Make it easier & more efficient to vote. Open more voting sites. Enable easier voting by mail. Make Election Day a holiday. Do not make Partisan games out of our right to vote.

Phil Suitt

Self Retired

BUDA, TX

Just want to let my representatives know I support. this Bill

Lakishya Mendoza Greer

Self

Fort Worth, TX

If the election was the most secure in history please leave things as they are. This will put hurdles in front of a lot of citizens wanting to vote. But, you know that. We should want it easier to vote not harder. More 24 polling places. More poling places. Auto voter registration for citizens like other countries. Why do we need to register for something we have a right to do

Printed on: August 30, 2021 11:32 AM

inherently? We should be fixing and making things easier to access. If you can't to that, leave things alone.

Deborah Bailey

NA

Dallas, TX

I vehemently against SB1

Sara Tarver

Self

Richmond, TX

I oppose this bill

Auna Riggs

Self

Dallas, TX

Election bills must be amended to include the following:
Auditable elections with access to all records and equipment.
No computers in polling locations or central count.
Vote tabulation that is solely based on a hand count of paper ballots.
Legitimate voter rolls and voter registration.
Three days of early voting with no gap in between early voting and election day.
No waivers by Secretary of State, Courts, or Governor without legislation voted on by the Texas Legislature.
Fire Keith Ingraham.

Denise Gordon

Self and TX Democratic Veterans

Round Rock, TX

SB1 is unnecessary and is a blatant attempt at Voter Suppression in 2021. Substitute HB3 is a more balanced attempt, but it still limits the hours for voting, limits drive thru voting for those who need it. Both SB1 and HB 3 attempt to address the issues of Poll Watchers. From listening to some of the testimony, it seems that there is concern about Central Count and the validity of the counting process. Dr. Pressley spoke of training 350 Poll Watchers in a two hour training; I am unimpressed with two hours of training. We poll workers spend at a minimum of 4 hours of training, before each election to perform out duties legally and to the best of our abilities. I have experienced two poll watchers sent by the same candidate in the November 2020 election; both were polite, sat in the seat assigned to them, and went to the restroom as needed. The thought of having a poll watcher who is able to interact with voters, especially harassing' or intimidating them, is totally unacceptable. As a poll worker, we routinely contact the Elections Office in Williamson County if we have any questions. Please do NOT limit voting hours, Please do NOT limit Drive through voting! Please do not permit poll watchers to have the ability to cause problems during elections or at Central Count!
We need to make voting easier for all in Texas. Voter fraud, if any exists, is minimal in TX. We do not need to threaten to jail or fine, or increase penalties for those who attempt to perform their duties while working at polls or during Central Count.
Of note, I did work one election when a person asked to vote, informed us they were not a citizen, but were anxious to vote. We dutifully gave that person a Provisional Ballot which they used; then we marked the ballot envelope in large, red ink that they were not a Citizen. Per the law, the ballot was not counted (I asked later), but they got to cast the ballot. Why should that individual be penalized for wanting to vote; when the ballot wasn't counted? Again, we need to make voting easier, not harder. I only hope the non-citizen we encountered will one day be able to become a citizen and legally vote, without having been penalized, jailed, fined, etc., for being enthusiastic and telling the truth about their status. I have been privileged as a VDR to register several new citizens to vote; they are always very proud!

Printed on: August 30, 2021 11:32 AM

Final Comment: It was disappointing to note how few committee members actually listened to the testimony today.  Are your minds already made up about how you will vote on HB3? Thanks to those members who also asked thoughtful questions.

Michael Tolbert

Smith County Democratic Party

Tyler, TX

The provision allowing poll watchers to interfere with voters will promote more voter intimidation.
The malicious intent of this bill is evident in actions to suppress access to voting in Harris County where minority voters voted in higher numbers utizing procedures that were safe and secure.
Please voters NAY on SB1.

Kemeiun Finney

Myself

Sulphur Springs, TX

I am opposed to state laws the will have the affect of limiting voting hours, voting days, early voting and methods by which an American citizen is able to vote. The objective should to increase turnout, not decrease it and the negative affect these so called "election integrity" will have that precise effect.

Nicole Polk, Mrs

Self

Lakehills, TX

I am against this bill. It will make it more difficult for Texans to vote. There is no reason to pass this law with these restrictions because there was no voter fraud in 2020. This bill discriminates against people with disabilities, POC, women, and people who work odd hours.

Corinne Smith, Pct Chair

Self    Retired

Dallas, TX

Good Evening , I am still watching the public hearing, and I was getting ready to send my documents from my earlier testimony submitted via a written process. I have a CORRECTION , to the earlier testimony, where I found an error .  The atty name was mis-spelled as Phil Klein > THE CORRECTION IS :   By Phill Kline, Director, The Amistad Project of the Thomas More Society.  Time is running out before the committee adjourns, Also a second correction - Texas Voter Alliance and Mention of JJ Koch on the 44 thumb drives.  Hurrying so please forgive me. I wanted to correct my earlier testimony

Zenobia C. Joseph, U.S. Citizen

Self

Austin, TX

1. Technical Recommendation: The Chair closed testimony; refused to re-open; and then asked after the last witness if anyone wanted to testify on, for, or against the bill. Recommend posting the closing time on future notice(s).

2. SB 1 Recommendations: Replace "near enough to see and hear" with sit or stand 6 feet from voters and election workers to see and hear the observed activity.

   a. Justification: COVID-19 (2019 Novel Coronavirus) resulted in 6 feet becoming the new norm since on or about March 2020.

Printed on: August 30, 2021 11:32 AM

Most people comply with distance markers. They can see and hear the activity in grocery stores without incident. An HEB manager, for example (akin to a poll watcher), stands about 6 feet away watching the line but not obstructing the checkout process. The same could apply to the polling place. Military members stand an arm's length apart ("dress-right-dress") and can still see and hear the activity.

b. Implementation: Through Texas Secretary of State, require tape measures and neon or orange tape (like orange cones) as part of Election Day materials to mark an observation area in the polling place with photos included in the Presiding Judge Manual. A clearly marked observation zone, square perhaps, would alleviate a poll watcher from looking over a voter's shoulder in his/her personal space. Voters would also see the marked area and feel less intimidated if the poll watcher enters the nearby space.

3. Also conduct bipartisan training for poll workers and election workers. See Memorandum sent via email to bill author: From: zcjsph@aol.com

To: andrew.murr@house.texas.gov <andrew.murr@house.texas.gov>
Cc: Logan.Harrison@house.texas.gov <Logan.Harrison@house.texas.gov>; trent.ashby@house.texas.gov <trent.ashby@house.texas.gov>; Senfronia.Thompson@house.texas.gov <Senfronia.Thompson@house.texas.gov>; John.Bucy@house.texas.gov <John.Bucy@house.texas.gov>; Travis.Clardy@house.texas.gov <Travis.Clardy@house.texas.gov>; Charlie.Geren@house.texas.gov <Charlie.Geren@house.texas.gov>; jacey.jetton@house.texas.gov <jacey.jetton@house.texas.gov>; ann.johnson@house.texas.gov <ann.johnson@house.texas.gov>; Stephanie.Klick@house.texas.gov <Stephanie.Klick@house.texas.gov>; brooks.landgraf@house.texas.gov <brooks.landgraf@house.texas.gov>; Oscar.Longoria@house.texas.gov <Oscar.Longoria@house.texas.gov>; jm.lozano@house.texas.gov <jm.lozano@house.texas.gov>; joe.moody@house.texas.gov <joe.moody@house.texas.gov>; victoria.neave@house.texas.gov <victoria.neave@house.texas.gov>; matt.shaheen@house.texas.gov <matt.shaheen@house.texas.gov>; James.White@house.texas.gov <James.White@house.texas.gov>; scstate.affairs@senate.texas.gov <scstate.affairs@senate.texas.gov>
Sent: Mon, Jul 12, 2021 8:40 pm

Subject: HB 3 (Election): Title VI Testimony and Poll Watcher Recommendations

Thanks.~zcj

Rick Edwards, Battalion Chief

Self.  Fire fighter

Converse, TX

Pass these two pieces of legislation so we can feel secure in the election results.

Ann Palmer

Self retired

El Paso, TX

Stop making it harder to vote! In Texas

Lamar Lawson

Condon of states and self

Windcrest, TX

Please protect our elections.

Penny Kidwell

self SPED Educator

Printed on: August 30, 2021 11:32 AM

Killeen, TX

I approve and support all legislation to prevent fraudulent voting in Texas! Please stand behind this bill and pass it!

Edra Bogucki, Mrs

Self, retired

Beaumont, TX

Please ensure that protections are provided for all voters so that we have access to as many ways to vote as possible. I'm in my late 70's and often help my older sister, driving her places. So far I've been able to drive myself to early voting. It's getting harder to get my sister there and voting by mail would really help people like us.

Christopher Doremus

Self

Friendswood, TX

This bill must not pass.  Elections must be free and fair and not unfairly disadvantage urban voters, as it currently does. Partisanship has absolutely no place in conducting and reviewing elections.  Both major parties must agree, instead of only one.

Gwendolyn Pauloski, Dr.

self - high school English teacher

Houston, TX

I am a resident of Harris County, which of course is the target of the oddly specific prohibitions and constructions on voting in this bill. It has been admitted by proponents of this legislation is to suppress the "urban" vote. We had incidents of attempted intimidation at Black neighborhood polling sites in Houston un 2020 - white folks with guns and pickup trucks. This legislation seeks to legitimize "poll watcher" vigilantes — perhaps armed to the teeth — breathing down the necks of voters in neighborhoods they decide need to be "watched." This behavior — reminiscent of the Texas of a hundred years ago - confederate Texas - White Man's Union Texas — Jim Crow Texas — is now plain for all to see, caught on cell phone videos and broadcast to the world. We will be known as the Southern state that did the most to turn back the hands of time to an uglier, more ignorant time. You are fooling no one with your "voter fraud" talk — everyone knows you are grasping to maintain control of the state, no matter the cost. Disabled voters, shift workers, elderly voters, voters without transportation — all will be harmed. I don't have to ask what you're so afraid of; we all know.

Brock Horton

Self

San Antonio, TX

We do not have voter fraud. We are Texas. Elections are safe, secure, and well organized. The purpose of this bill is to suppress votes. Texas must move beyond the White Supremacy of the last two centuries. This is Texas for All Texans. We have enough room and opportunity for ALL

Patrick Turner

Self

Fort worth, TX

Making it harder for Texans to vote is abhorrent to democracy. We will remember and vote you out of office

Printed on: August 30, 2021 11:32 AM

Victoria Wheeler

Intelligent people in Texas

Victoria, TX

Spend your time on  issues that matter and stop this total waste of our money! Elections have integrity so stop pandering to the crooked  base!

Carol Mlak, Ms

Self

McKinney, TX

The only voter suppression in Texas is this bill. Period!

Brianna Higgins, MSSW

self, social worker

Austin, TX

All US citizens have the right to participate in ACCESSIBLE elections and have their vote counted. Rates of fraud are negligible and often mistakes, so restricting access to voting simply makes it harder for citizens with fewer resources to participate in our democracy. Please do not allow this bill out of committee.
Restore the Voting Rights Act of 1965!

Anna Turner

Muse

Uvalde, TX

This bill is founded on white supremacy. It needs to be burned.

Janis Linville

Self

Wichita Falls, TX

My right to vote in private should not be taken away by some person who just is there to cause trouble. The elections are secure and fraud free.  I have been voting for 50 years and for the first time I feel threatened just going to the polls. You are just trying to create problems to keep people from voting. Please do not pass these bills.

Karen Simpson

Self

Houston, TX

Please vote yes for SB 1 to increase election integrity.

Clifford Spencer

Self

Wimberley, TX

Printed on: August 30, 2021 11:32 AM

Elections are no longer secure, fair, and honest in our nation and our state. This bill is necessary to protect honest voting by real registered voters. Only registered legal Americans should be voting.  Because of the real voter fraud from the past national elections people are not longer confident in our election system.  If the true will of the voters is so easily manipulated then we will lose our most important right which is that of being governed by the people.  We need this bill to strengthen our election laws but we must also see severe punishment for those who attempted to steal elections. Please pass this bill.

Michelle Kordak

Self

McKinney, TX

Absolutely against and we are appalled that THIS is the nonsense the TxLg is focusing on! Fix the grid and focus on real things that matter!

Alan Williams

Self

McKinney, TX

This bill is a disgrace. It is a solution looking for a problem. I was a Republican but no longer. There is nothing more anti American than making it harder for citizens to vote.

XAVIER RIOS

self teaching

Edinburg, TX

hshzjshaban

Beryl Blalock, Mrs.

Self Retired

Missouri City, TX

This Bill will negatively affect the voting rights of our elderly and minorities who vote by mail and need to have greater access to ballot and voting opportunities . The 2020 election was the most era free election and does not need these new election oversights..

Rita Wade

Self. Retired

Humble, TX

We desperately need to preserve voting rights. Polls need to be available and open to everyone when they can go. It's not safe voting to restrict places and hours open. It's restrictive.

Chris Abramson

Self

Spicewood, TX

Why are the members of the Constitutional Rights and Remedies Committee so against local election officials being able to allow in-person voting before 6am or after 9pm?  Is there some reason why farm workers, shift workers, workers with more than one

job, etc. must be restricted to the hours that you are putting into law?

Juan Cruz, SSgt.

educator and retired Air Force veteran

Victoria, TX

The 2020 election was free and fair. There was no massive fraud or stealing of the election results. This bill is a solution without a problem. Work on fixing our power grid! Remember 2022 and 2024 is coming and the electorate is alot more ethnically diverse. We are ready to vote each of you out!

Laura Siemers-Kennedy

self

Houston, TX

I am opposed to this bill. We should be making it easier to vote not harder. It is now easier to carry a gun in public than vote in this State. What does that teach our kids about how to resolve differences? We should be resolving our differences through civilized debate and democracy. We should be encouraging more people to vote. I have lived in another state where the voter registration process was simpler and easier. Why do we expire voter registration in this State? Why do we have to show voter ID? Why does it take a month to get your voter registration instead of instantaneous at the DPS? When is the online registration portal coming? Why can't we vote by mail in this State? In another state in 2020, I voted by ballot drop box and it was great and so convenient for working parents. I also voted by mail during the pandemic in another state, which was also very convenient. Why don't you allow sample ballots to be mailed to all voters? I haven't seen any compelling evidence of election fraud. It is clear that the goal of SB 1 is to make it more difficult for citizens to vote. As a Harris County resident, I am concerned that the purpose of this bill is to hinder the efforts of our elected officials in Harris County to expand voting access and make voting convenient for those who have demanding work schedules. Isn't more people voting the point of democracy?

Ed Sunderland

Ed Sunderland

Flower Mound, TX

I've worked the polls during the last two presidential elections. Democrat and republican leadership don't seen to give a tinkers dam about our votes and complaints about election fraud. We see it, we complain about it, the Secretary of State ignores us, Attorney General pushes us aside and those in paid law enforcement throw us out of their offices refusing to give a written explanation. The GOP Legal department states that a candidate for president "qualify themselves by the fact they swear they are qualified on the face of the ballot application!" No one checks to see if they have an American mother and father discounting the US Constitution that requires the candidate be qualified under the article 2 section 1 clause 5. The definition of a natural-born citizen according to the Law of Nations says in section 212 "the natives or natural-born citizens, are children born of parents, who are citizens in the country". Read Texas Election Code 273.001 and anywhere you read the word "shall" with regard to "action" by the Attorney General regarding election fraud, insert the words "at his discretion", or "maybe", or "if I am in the mood", or I don't deal with the "common man', they are to sit down and shut the hell up! We will run elections how we want to and refuse to be moved by agitators or complainers. Keith Ingram at the SOS is well known to those of us who have had issues with fraudulent elections. We know now through data collected and looking at the election numbers in Texas we have been getting hosed for years. Our votes are thrown away through neglect and apathy and some people wonder why folks don't get involved, now I know why, what is the point of block walking, making candidate phone calls, sending money when short on cash only to find our votes are being overwritten electronically and we know it, others know it, but only the tiny front line fraudsters get caught once in a blue moon and the leaders get away. Someone has to be told to fill out a dead voters ballot to cancel out my vote. Someone has to get paid who is illegal to fill out a ballot cancelling out another vote and the leaders walk. This has destroyed election integrity and maybe this will make something happen but after watching years of illegals pour across the Texas border now at an invasion rate I have doubts about the outcome of this effort. To be effective there has to be criminal consequences for violating the US Constitution and the problem I see here is I don't think making new laws for a damned thing will be worth a shit if you don't enforce the laws on the books now!

Printed on: August 30, 2021 11:32 AM

susanne theis, Ms

Self

Houston, TX

This bill will take local authority away and allow Political appointees or elected officials to change the will of the voter. It is the worst kind of voter suppression.

Gordon Love

San Marcos, TX

I have not seen any  proof of voter fraud in Texas.  This bill will make it more difficult for people with disabilities to cast their vote.  Please vote it down.
    GORDON A. LOVE

Jerry Walker, Retired

Convention Of States

Brookeland, TX

With out fair elections none of you have been legally elected..

Sherri Zapinski

Self

Southlake, TX

There was no fraud so why would you take away benefits of easy voting?  I oppose this bill

Madison Gallagher

Self teacher

Dayton, TX

Ridiculous nobody wants this

Vanessa Nava

self

houston, TX

No want

Vanessa Nava

self

houston, TX

No want

Printed on: August 30, 2021 11:32 AM

Terri Robson

Self

austin, TX

It is outrageous that citizens are being targeted to make ot harder to vote. Everyone should have mandatory voting instead of restrictions. There is no basis to further restrict as no issues were brought to bear in the last election. There is no fact that supports additional precautions from something that did not occur. It is a conviction without a crime. Stop the politics and work for your constituents and not big money doners.

Kathleen O'Connor, Dr.

self - retired

El Paso, TX

There was no fraud.  The fixation on nonexistent voter fraud is either delusional or grossly cynical.  The only fraud was a handful of Republicans using their dead mother's absentee ballot. I demand that Texas legislators spend their time, which I pay for, making it EASIER to vote, not harder.  Restrictions on mail-in voting, drive-through voting, 24-hour voting are examples of Republican efforts to make voting inconvenient.  The increased "freedom" of poll watchers is an invitation to voter intimidation: Texas already had lax restrictions on poll watchers, making this bill a waste of time. Stop wasting the tax dollars of Texans with these egregious, time-wasting measures.  Be real Americans and promote more voting, not less.

Bonnie Mathias

N/A

Dallas, TX

On Monday I listened to the testimony of people FOR the enactment of the voter suppression laws. The Republican appointed Secretary of State testified the 2020 election was the most secure election in Texas ever!

I heard Senator's quote dialog from 2003 and 2013 and compare them to the current situation. Absolutely NOTHING is the same as it was 18 years ago or 8 years ago or even 1 year ago. Most of the people testifying against these measures are from rural counties. Many spoke of cases of voter fraud they witnessed while working the polls. Are these being investigated by that County or the State? As an election official did that person report the irregularities they witnessed? That is part of the oath an election officer takes – Section 62.003, Texas Election Code.

There were a few speakers AGAINST the proposals today. Rose Clouston had the best questions and answers as she consistently turned the question back on the Senator. Strangely enough the Senator had no answers. I heard HOURS of testimony in the House Committee from people AGAINST the draconian HB20.  Many of my friends waited all night to speak. That is how important our voting rights are. I hope the Senators of this committee will go back and watch the House Committee testimonies of 400 + constituents. They will hear a much different point of view than they heard today.

As someone quite familiar with elections in Texas I am very concerned about the effects of free reign for poll watchers. Have you considered what the result will be on our over worked, under paid election officials and on our elections?  As the bill is currently written you will give control of our polling locations and election headquarters to partisan poll watchers. This may not affect smaller counties but it will most certainly cause upheaval in urban areas.  There are a fair number of election judges in Dallas County that will resign their long-standing positions. Many of our judges are in their 70's and 80's and they no longer are up for the fight this will surely become. It is increasingly difficult to recruit and retain younger election officials (and by younger, I mean 40's, 50's and 60's). These election restrictions put more pressure on these officials, now they can go to jail if they say the wrong thing to a poll watcher. That's a lot to ask of someone working election day for $18 an hour.

I thought the goal of democracy was participation; to make it simpler for people to register and vote. I am sure that is what many have fought and died for, the simple right to vote. Think of the Freedom Riders from the 60's. What if they had given up? Where would we be now?  What if the women suffragettes had given up? Where would we be now? Why do we need these changes?

Printed on: August 30, 2021 11:32 AM

The Republican appointed Secretary of State testified the 2020 election was the most secure election in Texas ever!

Heather Hughes

Self

Houston, TX

I worked as a Precinct Judge in Harris County on election day.  There was no election fraud.  The extended hours, 24 hour voting and drive-through voting benefitted shift workers, first responders, elderly voters and people with mobility issues from both parties.  We do not need any new voting restrictions.

Jackie Gaskamp

Self

Houston, TX

I oppose this bill due to its extremely discriminatory and racist roots.  The facts have proven fraud is and was minimal and would not change the outcome of the election.  Allowing for 24 hour voting simply gives more voices an opportunity to be heard.  This bill essentially says we only want to hear voices that agree with us and do our best to restrict the opposition.  That is not democracy.

Jennifer Hill

Self

McKinney, TX

There should be NO barriers making it hard for registered citizens to vote. Give up the big lie.

Amanda Erickson

None

Austin, TX

SB1 is nothing more than a supposed solution to a nonexistent problem, written by dark money groups that are trying to retain power.  Texas is notoriously difficult to vote in and this would only make it worse.  We see you republicans trying to hold onto power using voter suppression, gerrymandering, and the like as you have ZERO policies that actually help your constituents.  The Republican Party is seems is actively trying to kill people by weaponizing COVID as well by trying to ban mask mandates.  Are you seriously trying to kill your constituents?  It sure seems like it!  While allowing for variants to run free here in Texas and making another more deadly variant likely…. But I digress.  We see you and your dark money masters who are pulling the strings to keep power to those who they pay… the Republican puppets who care about nothing but their pocketbooks and will disenfranchise more than just the democratic voters who they are targeting but their own constituents who you supposedly serve.  Officially, you people suck.

Elva Curl

Self, self-employed

Dallas, TX

I am opposed to this bill. There has been no evidence of systemic voter fraud and creating more Big Government rules for a problem that doesn't exist is not good governance.

Clancy Garvey

Self

Printed on: August 30, 2021 11:32 AM

Disgusting that conservatives in this state can't respect the right to vote. These are not the people that have made Texas great.

Lucy Netherton

Self legal

Houston, TX

I am unequivocally against. Texas has no proven voter fraud as the drafters of this bill know. This is a clear and blatant attempt to stifle voting in Texas and make unconstitutional bars to equal and fair access to the ballot box by the poor and by minorities. Shame on you all who vote for this bill.

Shubhada Hooli

Self/pediatric ER physician

Houston, TX

I wish out state spent more time and money doing things to help Texans rather than attacking made up problems. This bill limits the ability of people like me - your healthcare heroes- from voting. I'm working in one of our state's busiest ERs. If this bill is enacted people like me will be seriously hindered from voting because we will be working to save the lives of our fellow Texans and won't be off during poll hours to vote. I don't care if I could apply to vote by mail, I shouldn't have to. In Florida, where I'm from, I could apply online for a mail in ballot. I don't understand why we can't do this in Texas. Honestly we should want to make it easier for everyone to vote. We should be doing everything possible to protect the voices of all Texans and encourage civic participation.

Cori Ferraro

Self.

San Antonio, TX

I strongly oppose this bill. It is unnecessary because there has been no evidence of significant voter fraud in past elections. Moreover, our state already has restrictive voting laws, and to protect democracy we should be making it easier for people to vote, not more difficult.

Steve Sapoznik

Self

Houston, TX

Defend democracy in our country.

Kimberly LeBlanc

Self

Austin, TX

To our Texas elected officials:

The Texas COVID epidemic has highlighted the need for safer methods of voting more than ever. We need safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots to ensure all Texans have access to do the very thing that generations of US military sacrificed their lives in pursuit of protecting: the sacred foundation of democracy: the vote. Increased access (not reduced access) to practice our enshrined right to vote is what Texans want.

Printed on: August 30, 2021 11:32 AM

To be effective and to avoid simply serving as a deterrent to voters, it is common sense that all "poll watchers" should receive required additional training and should acknowledge the integrity of the polling space by executing an oath to democracy, similar to election workers.

As a Texan, I am requesting the committee focus on solutions for ALL Texas voters and help restore the level of trust in Texas elections. While acknowledging the magnitude of existing Election Code safeguards and transparency that have already made it so that voter fraud is virtually non-existent in a widespread fashion in Texas. It is clear as day to all Texans paying attention that SB1 is little more than Shakespearean Theater of the worst kind: it is a solution in search of a problem that quite simply does not exist.

If our Elected Officials are truly interested in maintaining election integrity and protecting voting rights, as a Texan I am requesting the following priorities:

Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote. Can you imagine how hard it is to simply cross a busy street if you are blind? Elected officials should be doing everything they can to make it easier for blind Texans and Texans with disabilities to vote. They should not be making it harder, especially for voters with disabilities. To ignore this oversight is a voting rights violation that is quite simply unconscionable.

Last but not least, adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs. If increasing the integrity of elections, the accuracy and cost efficiency are the true motivations behind SB1, it would be absurd for our elected officials to not add electronic voter registration to the omnibus bill.

Brian Shimek

Self

San Antonio, TX

Strongly AGAINST

Brittany Irle

Self

Austin, TX

I oppose this bill, do not pass.

Mari Fontanez

Self - learning facilitator

San Antonio, TX

Limiting mail in voting is a tactic to Surpress votes. There's no good reason that it shouldn't be done except that Republicans have admitted they will lose if they allow it. In a Democratic republic the people should get their chance to vote, with the majority having the representation. How have we strayed from this ideal so far? Not only that, but rural voters have the luxury of no lines and ample opportunity where urban voters often wait for hours. It should be mandatory that there are enough polling places for urban voters to have no wait to vote. And if an identification is required to fulfill our basic duty and right to vote, one should be provided for us... so as to not cause an undue burden/ poll tax on the less fortunate

Printed on: August 30, 2021 11:32 AM

Trevor Moore

Self

Austin, TX

Do not pass this bill. It targets minorities, makes it harder to vote and get to the polls. It makes it even more confusing to register to vote. I've encouraged many people to register in the past and so many of them didn't even know where to start. Imagine if we make it harder to help people do so.

Jennifer McGarity

Self

McKinney, TX

Voter fraud is not a legitimate problem. Making it harder for people to vote is wrong. Period.

Tami Zeiner

Self

Arlington, TX

Firmly opposed to SB 1 which will suppress votes and undermine democracy.

Joe Price

Myself and numerous very disappointed friends.

Salado, TX

As has been clearly demonstrated, there was no meaningful fraud or mismanagement in the 2020 election in Texas or any other state for that matter. Any effort on the part of Republican legislators to sow doubt about " election integrity" is cynical, as every one of them knows the truth about our elections. Seeking to make it more difficult for the  minority populations to exercise their franchise is destructive to our democracy at its very core. Anyone who supports those efforts needs to examine his or her self and decide whether they really want to be party to damaging our Constitution, perhaps irreversibly. Our founding fathers would be appalled as would be any Christian who actually respected the gospel of Christ. Where we need integrity is in the hearts of those who claim to represent us in our government.

Kathleen Tolbert

Self, operatoe

Bacliff, TX

This bill is very undemocratic and those that support it ate undermining our democracy. We should not be interfering.or.making it more difficult.for.Texans to vote. There is no verified election fraud to address. Texans should not be cheaters.

Angelica Garcia

Self

Corpus Christi, TX

I want you to STOP suppressing voters!!!

Linda Siemers

Self. Retired

Printed on: August 30, 2021 11:32 AM

Houston, TX

It is unAmerican to make it difficult to vote.   We need to expand access.  Vote no to SB1.

Steve Maikell

Self

Sweetwater, TX

This is voter suppression and should never pass. Only Hitler would vote for something like this!

Barbara Smith

Self retired

garland, TX

I oppose this bill which is intended to deprive Texans of their constitutionally protected right to vote. There is zero evidence of election fraud in Texas

Duke Keith

Self / Director of Creative Services

EL PASO, TX

SB 1 is a blatant attempt to influence elections by the party in power in the State legislature. lt allows politics to influence what * must * be a non-partisan bureaucratic process. The GOP may have a majority in both houses now, but what if it doesn't in the future? Allowing this influence, regardless of which party runs the legislature, is wrong. This bill must be denied passage.

Paul Thomas

Self

Lancaster, TX

There has never been a more secure election. The amount of hypocrisy is mind-numbing. Whomever vite for this bill is not in favor of one person one vote, but totally in favor of a particular party winning.

David Crisford

Myself

Clarksville, TX

We have the RIGHT TO VOTE!
ALL OF US!

Angelia Driver

Self, house wife

Richmond, TX

As a concerned citizen of Texas, I do not support this bill. It will make voting harder for the majority of us Texans. Especially the Texans that are Hispanic and Black citizens. Texans that have to work two or three jobs to make ends meet. This would cancel their votes out and it's not okay. I want everyone here in Texas to have the same opportunities and a way to voice their opinions by voting instead of trying to silence Texans. Please vote against this bill  and let's make Texas a great place instead of a punch

Printed on: August 30, 2021 11:32 AM

line of a joke.

Vickie Parker
Democratic Precinct chair #125
Richardson, TX

I oppose SB 1

Dee Taylor
Mom
Missouri City, TX

Stoxp screwing around with my voting rights because you're friggin sore losers.  This isn't about voting integrity it's about trying to maintain power as a minority who can't accept losing!!

Debbie Courtney
Self
Fort Worth, TX

I oppose any bill that suppresses votes/voting in any way. Voting in Texas should be just as easy as it is to buy a gun. The people of Texas should be able to pick the people who represent them, not the other way around. Gerrymandering here is ridiculous and disgusting. Politicians should win fairly, not by cheating.

Deanna Jeffers
Self
Cleburne, TX

I support this bill

Robert Bokemeyer
Self
Splendora, TX

I oppose this voter suppression bill. One person, one vote. Instead we should be making it easier for citizens to vote. End partisan gerrymandering, institute a national voting day holiday.

Virginia Vigmostad
Self, unemployed, retired
Haltom City, TX

I am OPPOSED to SB1 and any Bill that looks, acts, or smells like it. We do not need these kinds of laws on our books. Vote NO!

Sandra Boston
Self
Humble, TX

Printed on: August 30, 2021 11:32 AM

I believe this bill is not fair for the people. All Americans should have the right to vote.

Michael Meehan

Self

League City, TX

I support the effort to improve the integrity of elections.  Both the voting processes and the counting processes should be improved to ensure that elections are open, fair, and verifiable/auditable.  Quoting Joseph Stalin, "Those who vote decide nothing.  Those who count the vote decide everything."

Susan Strong

Self Caregiver

Houston, TX

There was no election fraud in Texas.  This bill is yet another attempt by the GOP to disenfranchise voters (Jim Crow 2.0).  Stop this immediately.

Kevin Haft

Registered faithful and consistent voting citizen

Lewisvillw, TX

Wide spread voter fraud in the 2020 election was a fantasy designed to enable an attempted overthrow of our government on Jan 6.  Changing rules instead of working to win hearts and minds is cowardice.  Make voting easier and more accessible to all people everywhere.  Encourage participation.  Provide for online registration.  Make Weekend voting the rule not the exception.  Expand mail in voting efforts.   Fight FOR voting NOT  against it.

Ali Duffy

self, educator

Lubbock, TX

This is a voter suppression bill, plain and simple. I strongly oppose any measure which would prevent people from being able to exercise their right to vote. SB1 is wrong. Vote no.

Richard Hirton

Self

Austin, TX

I vehemently oppose this bill of voter suppression and even partisan election tampering  wrapped in a disguise of "integrity".  Texas should be a beacon of democracy making it easier to vote and not engaging in this partisan hackery.  More early voting, more voting stations, more vote by mail, longer hours, drive thru hours and help register all eligible Texans to vote.  Mandate an ID card but make it free for all Texans.

Teresa Barnard

Self

Dallas, TX

Let Texas voters be sacred and not put in the hands of electors.

Printed on: August 30, 2021 11:32 AM

Terri Benavides

Self

Mission, TX

I do not support these bills. Nothing should prevent a US citizen from voting. Please vote No.
i do not support SB6 or Sb 20, please vote No.
Thank you.

Angela Webster

Self. Attorney.

Coppell, TX

I object to this bill purporting to promote election security. There has been no evidence of even small spread fraud in our elections.  Making it harder for legitimate people to vote is anti democratic.  There are far more pressing issues facing our state. Like the raging pandemic endangering my small unvaccinated children.

Charles Floyd

Self, an educator

Austin, TX

I oppose SB1 as do the majority of Texans.

Mary Phillips, Ms.

Self Retired

North RICHLAND HILLS, TX

Since there has been NO EVIDENCE of voter fraud in the 2020 election in Texas, passings law that alleges to "prevent fraud" is an ignorant and ludicrous waste of time.  In fact, SB 1 does nothing to prevent any potential fraud, and instead adds burdensome and unnecessary restrictions on voters in the state already known to be rife with idiotic restrictions. This bill is an embarrassment, frankly.  If the Texas legislators have excess time and don't know what their jobs are, voters need to replace them ASAP with legislators who have some semblance of common sense—perhaps we could see something done about the failed Texas power grid, or the feral pig invasion, or gerrymandered districts, for example. For fucks sake, there are REAL problems in our state that need immediate attention.

Chris Fancher, CDR USNR, retired

Self

Round Rock, TX

Instead of putting up barriers we should be making it easier to vote. We need a state (national) holiday and extended hours. We need vote by mail for all. We need voting to be a required part of being a citizen. Not enough people vote.

Kara Dahm

Self / HR Director

Frisco, TX

How about we expand the right to vote instead? This is ridiculous.

Printed on: August 30, 2021 11:32 AM

Anuradha Koli

Self

Austin, TX

This is nothing but a voter suppression bill and I am completely against it. There is zero evidence of voter fraud coming out of the 2020 election. SB1 is a power grab by the GOP who know they cannot win without cheating. This bill restricts voting access for Black, Brown, Differently-abled people and the Poor.  What the GOP has shown is that they will go to any length to maintain systemic racism and sexism in our state. Vote NO on SB1.

Michael Hall

Self Night Security

Mesquite, TX

This bill directly attacks the rights of our black and brown citizens along with the working poor. Every part of the bill directly makes it harder for our black and brown citizens to vote. Limiting access the hour to when they are working and poll locations to as few as 1 for the location. Vote No to protect the right to vote in a free and fair election.

Gordon Martinez

Self

RICHARDSON, TX

I am a Texan and proudly vote in every election. Expanding the ability of as many Texans to vote as possible without restriction or intimidation should be top of mind for a truly representative democracy. SB1 is the exact opposite of that ideal. In short, voters should select their representatives and not the other way around and the fact that out Secretary of State declared the 2020 General Election one of the most secure ever run informs me SB1 is unnecessary, repeated special sessions have been a waste of my tax dollars and ask the bill be defeated and never be allowed to ever see the light of day ever again.

Cathy Sweeney

Sweeneys on the Creek

Richardson, TX

I oppose this bill because it makes it harder for those who are legally able to vote to cast their vote
 There is no evidence of widespread voter fraud. Make it easier for individuals to participate in the democratic process of voting, not harder!

Lisa Fleury

Self

Dallas, TX

This bill is an egregious civil rights violation based on no real data of voter fraud.

Stacey Berg

self/physician

Houston, TX

The primary goal of voting regulation should be to ensure the ability of all Texans to participate with ease in the voting process.

Printed on: August 30, 2021 11:32 AM

Rumors of voting fraud should be treated as the gossip that they are; fear of fraud should be a lesser consideration than fear of obstruction the right to vote. The standard for acceptable barriers to voting should be much higher than merely "not proven to discriminate"; the law should actively protect vulnerable voters of all kinds and provide active solutions for potential difficulties such as lack of transportation, distance to polls, disability, and need to avoid crowds during outbreaks of infectious disease. Furthermore, penalties for ineligible voting should never be imposed on those who make an unintentional error or who act based on information provided by election officials.

Randal Martin

Self

Denton, TX

Suppressing voting rights of Texans is deplorable. Hiding behind the blanket of election security is a travesty. The only reported voter fraud was by Republicans in the previous election. You need to be making voting more accessible to the citizens of the state rather than making it harder to vote.

Anne Bergman

Self - Real Estate Agent

New Braunfels, TX

It is already so difficult to vote, there is no reason to make it even harder for people like me who live in the country and who work full-time. Everyone should be given equal opportunity to participate in our democracy. If there were any evidence of rampant voter fraud, I might feel differently but there is no fraud, only individuals exercising their right to vote.
I urge you to think about what this country was founded on and what democracy means. If we limit voting rights, we dismantle yet another pillar of our democracy.

Chloe Walker

self

Houston, TX

I oppose this bill that restricts the voting rights of Texans.

Adrienne Inglis

self / musician

Lago Vista, TX

This bill suppresses votes and discourages voters. Instead, make voting and voter registration as easy and safe as possible with automatic registration, generous early voting, no-excuses mail in ballots, welcoming plentiful polling places, no ID required besides voter registration card, no intimidation at polls, and guidelines for poll watchers so ballots can be cast and counted calmly, safely and securely. Do not criminalize anything but intentional fraud. Allow elections officials to take necessary steps to ensure health protocols. Make election day a holiday. Voting is the backbone of our democracy. Voters should choose their representatives, not the other way around.

Susan Taylor

self

Canyon Lake, TX

Urging you all to vote this bill down. It is an un-necessary solution in seaech of a non-existent problem, as the Republican official in charge of the recent past election had certified the accuracy and smooth operations of the election. There was no voting irregularity. The idea that poll watchers would have unfettered access to voters' proximity and be able to intimidate thusly, is

Printed on: August 30, 2021 11:32 AM

unacceptable. Privacy in voting is a sacred right here in this country, as I obsered from an early age going to polls with my parents having curtained space.
I also think the covid pandemic has shown we need to have enough flexibility in our system to allow safe voting methods such as were available in the 2020 election. I greatly object to the invalid purging of voter rolls as well.

Beth Benjamin

Self

The Woodlands, TX

Voter integrity is the single most important issues as the right to vote distinguishes us as a free society. I am for voter ID, against ballot harvesting, against drop boxes, for authentic poll watchers,against drive up voting, surrogate voting, mail in voting with out the voter's request for a ballot. iD should be required for every way of voting. I have been judge of elections and know the ways people can defraud the system and each other.

kanika juneja

Self

Frisco, TX

I am against SB 1. Do not make it more difficult for people to register to vote. There are more than enough protections- we already show DL, etc

Amy Wilson

Self

Plano, TX

Unnecessary and an over reach of legislation based on a non existing problem.

Tammy Thompson

Myself

Round Rock, TX

There was no voter fraud. GOP is just in a panic because so many POC voted. These bills are nothing more than voter suppression. Shame on you! This native Texan will work to make sure Abbott and Patrick and that crook Paxton never hold office again.

Susan Kelly

Self; Retired journalist

Austin, TX

I am against SB 1 for the following reasons: There was no evidence of significant voter fraud in the past elections, so there's nothing to fix. Also, we should be making it easier for people to vote, not harder; Texas already has extremely restrictive voting laws.

Katherine Sanders

Progressive Democrats of America

Cleburne, TX

Printed on: August 30, 2021 11:32 AM

What comes around goes around. Where has the Democratic Party  been for the last 30 years. This isn't going to change until Rural Democratic Voters show up to Vote . We can't expect that Black People can carry the Ball forever.

Deborah Bahme

Self, Special Education Consultant

Lubbock, TX

Election fraud is exceedingly rare and has never had ANY appreciable impact on election results in Texas. This bill is an excuse to make it more difficult for certain people to vote.

Roxanne Hodges

Self - Conferences

Conroe, TX

Why in good faith would you try and suppress any legal American vote? It's funny how all of the sudden their is a need to change the voting laws.. I oppose this bill!

Mary Herr Tally

Self

Austin, TX

Please do not support SB1 as it is a severe and extreme overreach to criminalize the rare voting errors that are just that, human errors.

Janet Dudding

Self

Bryan, TX

I oppose this bill.

Republican state officials are on record saying the last election was tight and secure. Statistically 0 fraud occurred (0.0006%) with record turn out. Election security is not an issue. Please vote no on this bill.

The bill strips local control from our local governments by mandating the hours and methods of executing elections. Texas is a big state and none of its 254 counties are exactly the same. To explicitly require a county with under a 1000 residents to have the same hours of voting as a county with over 1,000,000 is not smart nor is it equitable.

This is a bad bill.

Please vote no.

Justin Schultz

Self

Dallas, TX

Strongly object to this bill.  It is a fear monger attempt to limit access to the people's voting rights.  Enough lies from the people who are supposed to represent us!

Printed on: August 30, 2021 11:32 AM

Lynda Rousseau, Mrs.

Self (homemaker)

Houston, TX

Texas is a state made up of 252 counties ranging in  population from less than 100 to over 4 million. You cannot treat them all as having the same needs. Higher density puts additional pressure n county clerks and voting locations. Banning 24-hour voting, drive through voting and mailing out information on mail-in ballots to voters only serves to disenfranchise many. In addition, allowing partisans watchers more ability to roam and possibly intimidate voters or the staff does not serve the voters of Texas.

Arnetta Murray

Self

Rosharon, TX

This is so unfortunate that because voters turned out in the 2020 election they are being penalized.   There were no issues  with voting until Trump lost and  the Census showed how communities are becoming diverse.   It's sad to the see the slow erosion of our democracy by means of claiming voter integrity.   It appears to me those Legislators during the 1960's or 1970's were more compassions than the current Legislators.  It's so clear that you are showing since you can't  stop the growth of voters you will make it harder to have access to voting.   This is a wrong bill and the world knows Texas has the strictest voting mechanism already in place.  I am so glad the nation sees it and it shows how other states are doing the same thing.   This a nationwide effort to restrict voting.  This is a nationwide to wipe out the voices of the people of color. Remember your children and grandchildren will know what you have done.   What a horrible legacy to leave behind.

Carolyn OlsenLandis

n/a

Austin, TX

The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote by mail ballots. These are what Texans want.

Our democracy gets STRONGER by EXPANDING voting, not limiting it. I strongly oppose this bill and every bit of discrimination it represents. I've lived in Texas since 1996, and have seen the politics here get increasingly bold about its discrimination in many areas. This bill is absolutely one of the worst.

This bill caters to people who have jobs that allow them to make these election times work for them. I am one of those lucky ones who does have one of those jobs, and I STILL waited in line for hours to vote. This bill is completely unacceptable.

 IF this legislature believes in the fundamentals of democracy, and there have been plenty of bills you've passed that speak to the fact that you don't, you'll vote this down and not allow it to become law.

Michael Belsick

Self

Fredericksburg, TX

I am 100% in favor of the rights of all citizens to vote with accommodations made for people with disabilities.  I am 100% in favor of election integrity which include voter ID, signature required or last four Social Security numbers on the envelop of mailed in ballots, plus the rights of poll watchers to do their job but without interfering with the overall process.  My one concern/complaint about SB 1 is the reduction of penalties for the crime of interfering with the poll watchers.  An election judge knows that they will never be punished for tossing all poll watchers out of the polling place.  Once done, one never will know if election fraud took place at the polling location.

Printed on: August 30, 2021 11:32 AM

Monica Carson

self

Bastrop, TX

I support this Bill especially with increased penalties.

Nannette Ford, Mrs.

Self

Houston, TX

I am against voter suppression.

Michael McDonald

self

Dallas, TX

As a native Texan and lifelong conservative leaning voter I believe that voting integrity is very important, but I also believe that everyone should have the same, easy access to cast their vote. I believe that SB1 accomplishes the exact opposite of that and should be voted against.

Kashif Ahmed

Self

Allen, TX

This is voter suppression. The legislation should be making efforts to create mlrw opportunities for people to vote, not less. You shoube working to make sure that voter participation is close to 100%. Not the orhwr way around

MaryKay NeumannDuncan

Self

San Antonio, TX

Every single person deserves to Vote easily & conveniently.  Stop sabotaging Democracy.

Claude Bitner

Self, computer consultant

Bellaire, TX

I would like to record my opposition to SB 1, a bill which purports to address a virtually non-existent problem - that of voting fraud, a phenomenon that has been proven to occur in single digit quantities and has not influenced the outcome of a single election.

Instead of improving voting outcomes, SB 1 will:

1) Negate the votes of the elderly or handicapped voters, not to mention any other voter who requires a ballot by mail, by imposing the screening of signatures by non-experts in handwriting analysis.

Printed on: August 30, 2021 11:32 AM

2) Incite a level of interference by poll "observers" that hasn't been seen since the era of Jim Crow, deprive election judges of the ability to maintain an orderly in-person voting process, and discourage volunteers with the threat of criminal sanctions for minor procedural errors.

3) Deprive voters of safe and accurate means of voting during an ongoing pandemic by interfering with the ability of counties to conduct drive-through and 24-hour voting.

Nichole Mansfield

Next Generation Action Network (NGAN)

Dallas, TX

Creating a new state jail felony offense against election judges who provide a voter with a form for an affidavit required by Section 63.001 (which creates the reasonable impediment declaration and substantially similar name affidavit) "if the form contains information that the judge entered on the form knowing it was false." This section of SB 1 refers specifically to "an affidavit," suggesting it is meant to apply only to substantially similar name affidavits, but it may be that this section was also meant to cover reasonable impediment declarations. Section 6.01 (identical to Section 7.01 of HB 3).

Extending the current limited exemption for employees to take time off work to go vote on Election Day to early vote as well. However it isn't clear whether this change now means that a voter can or cannot take time off work if any portion of the early voting period takes place for at least two consecutive hours outside of the voter's working hours. Section 6.02 (identical to Section 7.02 of HB 3)

Creating a new "vote harvesting" criminal offense. Section 6.03
The following constitute criminal "vote harvesting," a third degree felony,  if a person knowingly does one of the following (identical to Section 7.04 of HB 3):
Providing or offering "vote harvesting services in exchange for compensation or other benefit."
Providing or offering "compensation or other benefit to another person in exchange for vote harvesting services."
Collecting or possessing "a mail ballot or official carrier envelope in connection with vote harvesting services."
For these offenses:

Susan Rowland

Self

McKinney, TX

Full forensic audit please!

Kim Nowak

Self

Denton, TX

SUPPORT  SB1

James St Laurent

Self

Houston, TX

This bill is built on a lie…there was no fraud, there is no evidence of fraud, and you're making it more difficult to go out and vote. Republicans can't win with their ideas so they gerrymander districts, try to hinder access to voting and generally distrust the voters. I've been a republican my entire life and will vote straight ticket democrat until MY party regains it sanity. Do not pass this bill!

Printed on: August 30, 2021 11:32 AM

Wilma Putnam

Self

Georgetown, TX

I urge you to support this Bill.  In view of all of the fraud that took place in the Six counties of the Six States with the worst fraud PLUS the mathematically proven fraud in 30 TX counties, if Texans do no believe out election results can be trusted, we cannot expect them to VOTE.  Passing this bill is demonstrating by your actions that you are trying to ensure ELECTION  INTEGRITY WITHIN TEXAS.

My only recommendation is that the bill restrict the Texas Secretary of State's ability to grant waivers to Texas election laws passed by the LEGISLATURE  -- which he evidently has routinely done.

Jennifer Royal

Self, e-commerce

Dallas, TX

I oppose SB 1 along with any other bill written for the false purpose of election integrity or controlling voter fraud which has proven to be nonexistent. I oppose any bill that results in fewer Texans participating in the democratic process.

Diane Tucker

Self/Writer

Austin, TX

I object to passage of this bill. We all should be working to make voting easier, so there is greater participation. And we all should be working on creating a more informed electorate.

Marie Gonzales

Individual

Spring, TX

I oppose SB1 vehemently

Tracy Smith

Self, homemaker

Houston, TX

SB 1 will not help Texans. There is simply no evidence of of any significant voter fraud. Furthermore, we should be making voting accessible for all eligible voters - not creating more obstacles. Let's get back to the work of Texas' future — not get distracted by power grabs by a few smarmy politicians.

Michael Landry

self Vintage furniture dealer

Austin, TX

This entire bill is nothing more than voter suppression, as the 2020 election was the most secure election in our history.  This is merely a ploy to disenfranchise people of color specifically and Democrats generally from their constitutional right to vote.

Printed on: August 30, 2021 11:32 AM

VOTE NO ON SB7!

Madeleine Crouch

self - association management

Dallas, TX

By restricting the times and ways that citizens can vote, some of our elected representatives are causing harm to those who are hourly workers , who work shifts other than 9 to 5, and/or do not own a vehicle and must depend on public transportation. Hourly workers must already take time off from jobs to vote, so effectively, it is costing them money to exercise their constitutional right to vote. The harder that some of our elected legislators make it to vote, the more rights they are stripping away from those who must work 7 days a week, who are working multiple jobs to make ends meet, who struggle to find childcare, and who must rely on public transportation that takes hours. Everyone who can legally cast a ballot must be given ample opportunity to do so. It shouldn't cost anyone a dime to exercise the right to vote. Think about the bad old days of the poll tax, which was used to keep certain classes of citizens from voting. Rights flow to us from the constitution, our laws should not take away rights. Please don't look the other way. It's time to take a stand. Working class voters who get paid by the hour, who work at night and must sleep during the day, and those who are without their own transportation should not be made to live in the shadows while others get to make all the decisions. It's not the American way, and it should not be the Texas way. I have confidence in our poll workers and would like to see the sacred opportunity to vote made more widely available to all, not restricted as SB1 will do. Please be good and true stewards of all citizens' right to vote.

Gretchen Polnac

Self, retired professor

Austin, TX

Please reserve the sanctity of voting for ALL people by getting rid of any hindrance that will help Texans vote. I'm still waiting for the drop boxes to return to East Austin, where most minorities live. I will continue to vote by mail because at 73 I cannot stand in line for hours.

John Hayden Crawford

self

Corsicana, TX

We MUST get to fair and trusted election results.  It is no good to have local, state, and national elections when one side or the other of the political spectrum mistrust the results.

Shaun Smith

self, software devloper

Dallas, TX

Election integrity is important, but should not impede a person's right to vote until additional help is needed. There has been no evidence of significance requiring the levels of restrictions this bill is trying to make law. This is a political show response that has real consequences that does not make Texas a better place.

Kevin Prince

self

Friendswood, TX

I fully support this bill. Ensuring election integrity outweighs expansion of access. This bill does both.

Printed on: August 30, 2021 11:32 AM

Karon Hopkins

Self

Houston, TX

Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses; providing civil penalties.

Pedro Rodriguez

Self

LAREDO, TX

I oppose this racist voter suppressor bill.  Vote NO!

Kerri Wilson

Myself

Livingston, TX

As a registered voter in the great State of Texas, I  believe voting should be made easier and more convenient so that more people will be compelled to vote and have their voices heard. Trying to make it harder with the sole intent of blocking certain groups of people is not hoe democracy works. MAKE VOTING EASIER FOR ALL. Thank you.

Brent Rich

Private citizen

Nacogdoches, TX

A democracy grows when the right to vote expands.
Authoritarianism grows when voting access is restricted

Melissa James

Self

Richardson, TX

This is another problem that does not exist! Quit stacking the deck in the Republicans favor.  This is a partisan lie created by Donald Trump to delegitimize our voting system. It is outrageous to make people pay for voting mistakes when Dan Paxton our attorney General has flaunted his fraud charges and has yet to be held accountable for his crimes! THe State of Texas is going the way of the Dodo bird!
We need the electrical grid fixed..
There is NO integrity in this bill…just cheating which is regular order for the crooked Texas Republicans.
Vote no on this bill or better yet toss out the bill before it is voted on. Shameless Republicans devoid of integrity strike again with horrible leadership.

Deborah Tomlinson, Ms

Self/retired

Dallas, TX

This is a highly partisan voter suppression bill created as red meat for disgruntled and unhappy Republican voters. As the public record indicates, the 2020 election in Texas was secure with no measurable fraud. Many, if not most of the measures in this bill

Printed on: August 30, 2021 11:32 AM

are clearly targeted at the larger cities where the bulk of minority voters live. It is designed to intimidate and discourage minority voters. It creates outrageously punitive fines and punishment for election workers, other officials and voters who make inadvertent errors.

Any voting reforms should have a reason and justification that those proposing them should at a minimum be able to articulate. That is most certainly not the case here, where the answers to legitimate concerns  has been incoherent. Most importantly, election reform should never be a partisan issue. Without even the most cursory attempt at reaching bipartisan support, as happened here, all you are accomplishing is  further division, distrust and anger.

Marilyn Turnage

Self.  payroll tax administrator

Irving, TX


Vote NO on the voter "integrity" bill,  it is a vehicle for voter suppression.

Christine Allard

self, retired

Austin, TX


Don't you do it. UnUn, don't pass this. You will be on the wrong side of history, as they say. Don't be a bigot. Flee the republican party while you still have a shred of integrity. Save us all.

Catherine Ziegler

my household

Richardson, TX


Please do not enact any legislation that will make it more difficult for voters to vote.  Please do not enact any legislation that will intimidate voters.

Helen Zimba, Programs Manager

The Afiya Center

Irving, TX


Limiting voting times to traditional hours does not serve black people because most people work after 5 and  having flexible hours would be better.

Kelli Fereday

Self

Houston, TX


I am strongly against this bill which impinges on The freedom to vote and the rights of local governments.  Please DO NOT pass this bill.

Antoinette Hunter

Self, attorney

Austin, TX


Printed on: August 30, 2021 11:32 AM

We should be making voting easier, not harder.  There is no meaningful  fraud in Texas elections to remedy.  Republicans are engaging in lies to rig future elections.

Allen Kirby

self. Registered Nurse.

Dallas, TX

Protect our right to vote!!

Lesli Tutt

Self

New Braunfels, TX

I oppose SB 1

Jennifer Jagger Johnson, MS

self retired

Spring Branch, TX

1.  The Texas COVID epidemic highlights the need for safer methods of voting more than ever. We need the safer options of expanded early voting, extended hours at polling places, and more options to return vote-by-mail ballots. These are what Texans want.

2.  To be effective, I believe poll watchers should receive required additional training and should acknowledge the integrity of the polling space by executing an oath similar to election workers.

3.  Include a complete cure process for applications for mail ballots and for the returned mail ballots. SB 1 added the ability to cure incomplete applications or ballots to the electronic ballot tracking system approved in the 87th regular session. However, House action can add a way to alert voters of the need for a cure and give clear instructions for making sure their vote counts; as well as make the process uniform in all counties not optional.

4.  Similarly, voters with disabilities need additional refinement of SB 1. Specifically, the House can add provisions that allow blind voters a way to securely and privately vote.

5.  Adding electronic voter registration to the omnibus bill would greatly increase the accuracy and integrity of the voter registration rolls, as well as reduce costs.

Monica Breaux

self

Cleburne, TX

Please pass SB 1 for election integrity.  We need the security of a fraud free and valid election. I would also be  for audits after every election. I believe those that oppose this being passed are for fraud in the election process. If you can not win an election on honesty and merit, then maybe you should not be in office to represent the people in your district.  Remember you work for WE THE PEOPLE!

Anne Baumgardner, Ms.

self

Printed on: August 30, 2021 11:32 AM

Houston, TX

This bill aims to make voting harder for every Texan living in a big city. There were 15,426,651 votes cast in the 2020 election. There have been only 272 charges for offenses between 2015 and 2021. This is infinitesimal evidence of voter fraud. Stop using the legislature to undermine the voting rights of Texans!

Danielle Vega

Self

New Braunfels, TX

Do not pass voter suppression legislation! It's hard enough to vote in Texas already.

Eoin Stewart

Texas Vigilance Committee

Houston, TX

No Texas ID that proves citizenship within the Great Republic of Texas, no vote period!

lance erickson

lance erickson

CEDAR PARK, TX

I agree that there should be integrity in the election process but not at the cost of making voting more difficult for anyone.  Voting is a right and it is fundamental to our democracy.  Using your power as a congressman to make voting  more difficult  will only undermine the  faith in our system.
 I know there exissts lots ot talk of fraud but whenever proof is asked for it is never (or extremely rarely) found.  PLEASE help keep our democracy safe and help make everyone feel that it is.a democracy they can call their own.  Do NOT make it harder for people to vote.

Stroman Ullman, Mr.

Self

Victoria, TX

We should not be over complicating something as simple as voting. One vote per registered person, preferably by mail for the security of a paper trail, convenience, safety for voters, as well as cost savings from not having to set up and man poling stations. If fraud was really a problem, enhanced criminal penalties would be a solution, but, where is the fraud?  S.B.1 is guaranteed to cause future conflict, because the majority Americans expect better. How about you guys taking a 21 century approach to this problem?

Peter Sorenson

Self

Bedford, TX

I have not seen any evidence of widespread voter fraud that imperils our elections in Texas. I see the provisions of SB 1 as destructive of our democratic election process. What we need is election regulations that promote voting rather than suppress voting. And we need to give local election boards the freedom to enact measures that will increase voting based on their knowledge of their jurisdictions. We need 24-hour voting. We need mobile voting. We need expanded voting by mail. We need expanded voting hours. And if partisan poll watchers harass me I will be in their faces! You need to keep partisan poll watchers at bay! I will not tolerate partisan poll watchers interfering with my right to vote! As legislators you need to promote liberty,

Printed on: August 30, 2021 11:32 AM

freedom, and a strong democratic process. Do not seek for power and your own political preservation.

I also support mandatory vaccination and mandatory masking. We need to get and keep Covid under control and protect our children. That is THE right to life issue!

GARY TURNBULL

Atascosa County Democrats Precinct 8 Chair

Poteet, TX

Our election process is an important part of our democracy and keeping it safe and secure is very important. However this bill is more about voter suppression then it is about keeping our elections honest. We are in the middle of a pandemic were mobile voting is a nessesay part of voting by providing a safe and convenient method to keep our citizens safe from the spread of COVID-19. Also providing citizens with options such as mail in ballots for those that have weakened immune systems, the elderly and citizens that have covid-19 a safer and more convenient way to vote. This bill is a action to fix a system that isn't broken. When the candidate that you voted for don't win the election that don't mean the system is broken or there is fraudulent activity a-foot, it just means your candidate lost.

Marc Ruby

Retired

Spring, TX

We are Losing Our Country Without a Shot being Fired ....Enemies Foreign and Domestic have Manipulated/Rigged Our Election Process...
Imperative SB-1 is Passed and Made Law...A Strong ..'Voter Integrity '..Bill Must Exist or We as a Nation will Cease to Exist....
The 2020 Election was a Outright Travesty....!!!...Our Country was essentially ..'Overthrown'..in a 'Coup'...and is now in Free Fall....Please Pass SB-1.....!!!

Mike Hamilton

Self

Wylie, TX

FULL FORENSIC AUDITS NOW!  We the people are sick of you all.  Do it.  Now.

Avni Bhalakia

Self -physician

Houston, TX

This bill is being framed to stop fraud that does not exist and will give partisan poll watchers power over elections. It makes it hard to vote absentee, impossible to vote via drive through and will affect the working class and people with disabilities disproportionately. Voting is a fundamental right that should be made easier to access. This bill does the opposite and is simply unnecessary. Please fix the electric grid, high maternal mortality rates, our underfunded public schools and the high uninsured rate.

Jamil White

Self

HUTTO, TX

Do not pass this bill! This bill is opposed by millions of honest, hard working Texans with the right to vote. Stop suppressing the vote in Texas now!

Printed on: August 30, 2021 11:32 AM

Alisha Enox

Self/manager

Anna, TX

This bill does nothing for election security.   It's only purpose is to make it harder for normal people to vote and have their voices counted in government.  You should be making it easier for everyone one to vote!  24hour voting is a good thing.  No excuse mail in voting is a good thing.  Weekend voting is a good thing.  Drive up voting is a good thing.  The incidents of so called voter fraud are negligible and not worth legislating.  Our current safeguards are adequate.  Legislators are better served trying to fix our failing electrical grid!

Lisa Williams

Self, attorney

Austin, TX

Passing this bill needs to be top priority. If we don't have election integrity, we cease to function as a state and as a nation. We must protect the democratic process at all costs. This bill is fair and provides common-sense safeguards for the election process.

Betsy Greenberg

self - retired.

Austin, TX

All voters should have convenient access to the right to vote.  This bill proposes to undermine that right for Texas citizens. The bill would impose unnecessary restrictions on voting by mail, curbside voting, and the receipt and provision of voting assistance. It would target for elimination the common-sense methods of voting, such as "drive-thru" voting and 24-hour early voting, that proved valuable to Texas's largest cities in 2020.  SB 1 will make voting more difficult for elderly (and other) Texas voters. PLEASE oppose SB 1.

Candy Ellard

Self - teacher

Austin, TX

I am SO strongly opposed to SB 1. You could not have drafted a more clever voter suppression bill. This bill is specifically intended to prevent certain types of Texans from voting. How dare you take this right away from me and others...I am an American and I have the right to my vote..
Do what is right and fair - end this bill NOW.

Bria Williamson

Self

Frisco, TX

This bill is racist and should be illegal to pass. I will never support any law maker that supports this egregious bill. This is and has always been about race. Try winning elections properly instead of excluding people from voting and eliminating a fair chance for ANY candidate to win.

Nancy Poulo, Ms.

myself

Fort Worth, TX

Printed on: August 30, 2021 11:32 AM

So far, I have not seen any proof of fraud shown by anyone.  Your changes to the voting law definitely discriminate low income working people, especially those paid by the hour, who lose money waiting in long lines to vote, and who you will not qualify for a mail in vote.  Time restrictions and mail ballot restrictions are meant to keep legal American citizens from voting.  I don't mind you making more check on who is voting, but to make it harder for a qualilfied voter is cheating pure an simple.  If you want more republican voters, the Republican Party needs to convince the public that it is serving the public good.  I don't think the Republican Party is interested in serving the public good anymore.  The RNC is only interested in power and wealthy constituents.  Shame on you.

Hearing Date: August 21, 2021 - 8:00 A.M.

---

Jais Munoz

Self

Midlothian, TX

We absolutely must have a forensic audit, required ID, Paper Ballots and the harshest laws for election fraud. No mail in, ever. In person only.

Jimmie Lamb, Retired

Self / Retired

Oak Leaf, TX

I fully support having a strong voter ID.  If you have to show a drivers license to enter a restaurant in NYC, then it is not unreasonable to show ID to get an absentee ballot.
Voting hours should should be reasonable and uniform across the state.
Poll watchers should not be denied access to any area in the voting station, nor should they interfere with any voter.

<u>WITNESS LIST</u>

SB 1
HOUSE COMMITTEE REPORT
Constitutional Rights & Remedies, Select Committee
<u>August 23, 2021 - 8:00 AM</u>

For :
>           Belsick, Michael (Self)
>           Bolgiano, John (Self)
>           Bowen, Wesley (Self; DCRP Election Integrity Committee)
>           Carter, David (Self)
>           Chambless, Diana (Self)
>           Chandler, Dan (Self)
>           Daniels, Robyn (Self)
>           Deininger, Susan (Self)
>           Dickey, James (Self)
>           Durnin, Linda (Self)
>           Eller, Andrew (Self)
>           Eyles, Donna (Self)
>           Flanagan, Shawn (Self; Election integrity project of nuecs county)
>           Garner, Donald (Texas Faith & Freedom Coalition)
>           Green, Robert L. (Self; Travis Co. Republican Party Election Integrity Committee)
>           Guthrie, Rynda (Self)
>           Hodson, Paul (Self; Grassroots Gold)
>           Holley, Dee (Self)
>           Jacoby, Robert (Dallas Co. Republican Party Election Integrity Committee)
>           Lawrence, Steven (Self)
>           Licciardi, Craig (Self)
>           Mariani, Janet (Self)
>           Moore, Kenneth (Self)
>           OBrien, Melissa (Self)
>           Ocker, Kathleen (Self; We the People liberty in Action)
>           Robinson, Anne (Self; Paralyzed Veterans of America)
>           Rodriguez, Sheena (Latinos for America First, Texans Against Illegal Immirgration)
>           Rust, Shanon (Self)
>           Sargent, Bill (Self)
>           Seri, Lucila (Self)
>           Smith, Stephanie (Self)
>           Vera, Alan (Harris County Republican Party Ballot Securita Committee)
>           Vera, Colleen (Self)

Against :
>           Bearden, Chase (Self; Coalition of Texans with Disabilities)
>           Billings, David (Self; Stand Up Republic Texas)
>           Boisseau, Theresa (Self)
>           Bonner, Charlie (Self)
>           Carranza, Susana (Self)
>           Clouston, Rose (Texas Democratic Party)
>           Ehresman, Katya (Self; Common Cause Texas)
>           Figueroa, Luis (Every Texan formerly CPPP)
>           Goldenberg, Josh (Self)
>           Gomez, Stephanie (Common Cause)
>           Guio, Alexandra (Self)
>           Hall, Ash (Self)
>           Hays, Susan (Self)
>           Houston, Candis (Self)
>           Kafka, Bob (Self; REV UP Texas and ADAPT of Texas)
>           Kothmann, Paula (Self)
>           Lara, Rene (Texas AFL-CIO)
>           Maxey, Glen (Self)

<u>WITNESS LIST</u>

SB 1

HOUSE COMMITTEE REPORT

Constitutional Rights & Remedies, Select Committee

      Miller, Jeff (Disability Rights Texas)

      Nazor, Craig (Self; Lone Star Chapter, Sierra Club)

      Olivares, Patricia (Self)

      Perez, Rene (Self; Libertarian Party of Texas)

      Pugh, Courtney (Self; The Arc of Texas)

      Reed, Cyrus (Lone star chapter sierra club)

      Rogers, Corisha (Self)

      Sanchez, Roy (Self; AFSCME HOPE Local 123)

      Shelley, Adrian (Public Citizen)

      Slattery, James (Texas Civil Rights Project)

      Vasquez, Chris (Self)

      Weatherby, Cinde (Self; League of Women Voters of Texas)

      Weinberg, David (Brennan Center for Justice)

      Yoli Ferla, Claudia (Self)

  On :

      Brehm, Cynthia (Self)

      Carey, Jennifer (Erath County; Tax Assesor Collectors Association of Texas)

      Foster, Lynn (Self)

      Ingram, Keith (Texas secretary of state)

      Jaster, Cathy (Self)

      Keller, James (Self)

      Mostert, Michelle (Self; Grassroots Gold)

      Pressley, Laura (True texas elections LLC)

      Schaffner, Russell (Tarrant County)

      Strickler, Marcia (Wilco We The People)

  <u>Registering, but not testifying:</u>

  For :

      Aguirre, Jane (Self)

      Clark, Paula (Self)

      Covey, Jonathan (Texas Values Action)

      DeVore, Chuck (Texas Public Policy Foundation)

      Ennis, Chad (Texas Public Policy Foundation)

      Fry, Pat (Self)

      Garrett, Phyllis (Self)

      Guthrie, Gerald (Self)

      Holman, Cheryl (Self)

      Holman, Tom (Self)

      Jones, Judith (Self)

      Krenek, Mary (Self)

      Mccrory, Monica (Self)

      O'Brien, George (Self)

      Rightmyer, Kathryn (Self; Grass roots gold)

      Simmons, Carrie (Opportunity Solutions Project)

      Simmons, Charles (Self; Grassroots Gold)

      Simmons, Inda (Self; Grassroots Gold)

      Snelson, Marianne (Self)

      Tempel, Curtis (Self)

      Wall, Kathaleen (Self)

      Watson, Jon (Self)

      Weisman, Craig (Self; Grassroots Gold)

      Whisenhunt, Wesley (Self; Grassroots Gold)

  Against :

      Abbott, Kathleen (Self)

<u>WITNESS LIST</u>

SB 1

HOUSE COMMITTEE REPORT

Constitutional Rights & Remedies, Select Committee

   Asher, Kayden (Self)

   Atlas Kravitz, Laura (Texas State Teachers Association)

   Basha, Nicholas (Self; Texas Rising)

   Bradley, Brandon (Self; Texas College Democrats)

   Bratteng, Quinn (Self)

   Carranza, Sergio (Self)

   Clarke, Margot (Self)

   Clemmons, Jeffrey (Self; Huston-Tillotson NAACP, Texas Rising, Austin College Student Commission)

   Cogan, Alex (The Arc of Texas)

   Derheimer, Sam (Hart InterCivic)

   Donaldson, Dena (Texas American Federation of Teachers)

   Eby, Emily (Self)

   Espinosa, John (Greater Austin Hispanic Chamber of Commerce)

   Fletcher, Christa (Self)

   Fletcher, Nicholas (Self)

   Flores, Lisa (Self; Easterseals Central Texas)

   Floyd, Beaman (Texas Impact)

   Fodell, Nanette (Self)

   Franco, Brie (City of Austin)

   Galvan, Ric (Texas Rising)

   Gharakhanian, Stephanie (Workers Defense Action Fund)

   Goldenberg, Marisa (Self)

   Griffith, Idona (Self)

   Guild, Lauren (AFSCME San Antonio Local 2021, Harris County Local 1550, HOPE Local 123, Austin/Travis County Local 1624, El Paso Local 59)

   Guy, Linda (Self)

   Haden, Lorri (Self)

   Hardin, Dionna (Self; Black Voters Matter)

   Herrera, Isabel (Self; Texas Rising)

   Hoffman, Stephanie (Self)

   Jaimes Perez, Zenen (Self)

   Jones, Carl (Self)

   Kennedy, Thomas (Texas state building trades)

   Lee, Linda (Self)

   Lopez, Carisa (Self; Texas Freedom Network)

   Lyons, Caitriona (Self)

   MacDougal, Vanessa (Self)

   Menendez, Fatima (MALDEF)

   Mills, Amber (Self)

   Mitterhoff, Tessa (Self)

   Mohr Boleware, Alison (Self; National Association of Social Workers - Texas Chapter)

   Perry, Courtney (Self)

   Reed, Charles (Dallas County Commissioners Court)

   Rice, Judah (Self)

   Shannon, Melissa (Bexar County Commissioners Court)

   Simpson, Matt (ACLU of Texas)

   Smith, Mark (Self)

   Stern, Maggie (Self; Children's Defense Fund - Texas)

   Sugg, Paul (Harris County Commissioners Court)

   Tamayo, Elisa (Self)

   Vaughn, Joanna (Self)

   Vunderink, Gregg (Self)

   Wall, Catharine (Self)

   Wheeler, Julie (Travis County Commissioners Court)

   Wright, Christine (City of San Antonio)

WITNESS LIST


SB 1

HOUSE COMMITTEE REPORT

Constitutional Rights & Remedies, Select Committee

     On :

          Parkinson, Thomas (Self)

          White, Jonathan (Office of the Attorney General)

<u>WITNESS LIST</u>

SB 1
Senate Committee Report
State Affairs

<u>August 9, 2021 - 9:00 AM</u>

     FOR:

          Belsick, Michael     (Self) , Fredericksburg, TX

          Bolgiano, John     (Self) , Llano, TX

          Bowen, Wesley     (Self; Dallas Co Election Integrity Committee), Dallas, TX

          Coleman, Tanya     (Self) , Texas, TX

          DeVore, Chuck    VP of Policy   (Texas Public Policy Foundation), Austin, TX

          DeVore, Chuck    VP of Policy   (Texas Public Policy Foundation), Austin, TX

          Garner, Donald   Executive Director  (Texas Faith & Freedom Coalition), Austin, TX

          Glass, Tom    (Self; Texas Election Integrity), Hockley, TX

          Mostert, Michelle    (Self) , Dripping Springs, TX

          Murphy, Joseph    (Self) , Texas, TX

          Nilsson, Lisa    (Self) , Boerne, TX

          Pressley, Dr laura    (True Texas Electionc), Copperas cove, TX

          Sargent, Bill    Former Chief Deputy Clerk Elections, Galveston Cty   (also providing written testimony)  (Self) , Galveston, TX

          Tyner, Kay    (Self) , Houston, TX

          Van der Pol, Kathryn    (Self) , Houston, TX

          Vera, Alan   Chairman  (Harris County Republican Party Ballot Security Committee), Houston, TX

          Vera, Colleen    (also providing written testimony)  (Self) , Houston, TX

   AGAINST:

          Ávila- Dickson, Denae    (Self; Common Cause Texas), Austin, TX

          Batson, Sarah    (Self; Common Cause), Belton, TX

          Bearden, Chase   Deputy Executive Director  (also providing written testimony)  (Self; Coalition of Texans with Disabilities), Austin, TX

          Carranza, Susana    (also providing written testimony)  (Self; League of Women Voter of Texas), Austin, TX

          Clouston, Rose   Voter Protection Director  (Self; Texas Democratic Party), Austin, TX

          Cogan, Alex   LMSW  (also providing written testimony)  (The Arc of Texas), Austin, TX

          Eby, Emily    (also providing written testimony)  (Self; Texas Civil Rights Project), Houston, TX

          Ehresman, Katya    (Self) , Austin, TX

          Figueroa, Luis   Legislative and Policy Director  (Every Texan ( formerly cppp)), Austin, TX

          Gomez, Stephanie    (Common Cause Texas), Houston, TX

          Goodman, Chloe    (Self; Workers Defense Action Fund), Austin, TX

          Jaimes Perez, Zenen   Managing Director  (Self) , Austin, TX

          Kafka, Bob    (Self; REV UP Texas), Austin Texa, TX

          Longoria, Isabel   Administrator  (Harris County Elections Administrator), Houston, TX

          Maxey, Glen    (Self) , Austin, TX

WITNESS LIST


SB 1
Senate Committee Report
State Affairs

        Miller, Jeff    Policy Specialist   (also providing written testimony)   (Disability Rights Texas), Austin, TX

        Oliver, Julie     (Self) , Austin, TX

        Ramirez, Jessica m     (Self; Pinche vote), Austin, TX

        Slattery, James   Senior Staff Attorney  (also providing written testimony)   (Texas Civil Rights Project), Austin, TX

        Sterling, Karen     (Self) , Cedar Creek, TX

        Stern, Maggie    Youth Civic Education & Engagement Coordinator   (Self; Children's Defense Fund - Texas), Austin, TX

        Yoli Ferla, Claudia    Executive Director   (Self) , Austin, TX

ON:

        Ingram, Keith    Director, Elections Division   (Texas secretary of state), Austin, TX

        White, Jonathan    Election Integrity Division Chief   (Office of the Attorney General), Austin, TX

Registering, but not testifying:

FOR:

        Covey, Jonathan    Policy Director   (Self; Texas Values Action), Austin, TX

        Eller, Andrew     (Self) , Temple, TX

        Fry, Pat     (Self) , Rd mtn, TX

        Holman, Tom     (Self) , Austim, TX

AGAINST:

        Anderson, Michelle    Policy Associate   (Self; The Afiya Center), Dallas,Texas, TX

        Atlas kravitz, Laura     (TSTA), Austin, TX

        Clemmons, Jeffrey   Mr.   (Self; Texas NAACP), AUSTIN, TX

        Floyd, Beaman     (Texas Impact), Austin, TX

        Fodell, Nanette     (Self) , Austin, TX

        Franco, Brie    COA IGRO Officer   (City of Austin), Austin, TX

        Griffith, Idona     (Self) , Austin, TX

        Guy, Linda    RN,PNP   (Self) , Austin, TX

        Haynes, Adam    Policy Director   (Conference of Urban Counties), Austin, TX

        Kafka, Robert     (Self; ADAPT of Texas), Austin Texas, TX

        Kennedy, Thomas     (Texas state building trades), Austin, TX

        Kerr, Lonzo    State Staff Texas NAACP   (Texas NAACP), Austin, Texas, TX

        Lara, Rene    Legislative Dir.   (Self; Texas AFL-CIO), Austin, TX

        Litzinger, Amy     (Self; Texas Parent to Parent), Austin, TX

        Litzinger, Linda     (Self; Texas Parent to Parent), Austin, TX

        Lopez, Carisa    Political Director   (Self; Texas Freedom Network), Austin, TX

        Lovitt, Matthew    Social Worker   (National Alliance on Mental Illness (NAMI) Texas), Austin, TX

        Menendez, Fatima    Legislative Attorney   (MALDEF), San Antonio, TX

<u>WITNESS LIST</u>

SB 1
Senate Committee Report
State Affairs

                Mohr Boleware, Alison    Government Relations Director   (Self; National Association of Social Workers - Texas Chapter), Austin, TX

                Monaghan, Matt      (Self) , Austin, TX

                Perry, Courtney      (Self) , Austin, TX

                Quinzi, Patty    Legislative Counsel, TX American Fed. Of Teachers   (Self; TX-American Federation of Teachers), Austin, TX

                Reed, Ender    Intergovernmental Affairs Director   (Harris County Commissioners Court), Houston, TX

                Shannon, Melissa    Director of Governmental Affairs   (Bexar County Commissioners Court), San Antonio, TX

                Shelley, Adrian    Director   (Public Citizen), Austin, TX

                Stewart, Kevin      (American Association of University Women of Texas), Austin, TX

                Tamayo, Elisa    (Self) , Austin, TX

                Vunderink, Gregg      (Self) , TX, TX

                Wheeler, Julie    Intergovernmental Relations   (Travis County Commissioners Court), Austin, TX

                Wright, Christine    Legislative Mgr   (City of San Antonio), San Antonio, TX

    ON:

                Chapa, Janine      (Self) , Georgetown, TX

<u>Providing written testimony:</u>

    FOR:

                Simmons, Carrie      (Opportunity Solutions Project), Austin, TX

    AGAINST:

                Bennett, Joey      (Secure Democracy), Austin, TX

                Joseph, Zenobia    Ms.   (Self) , Austin, TX

                Reed, Cyrus    Conservation director   (Lone star chapter sierra club), Austin, TX

                Simpson, Matt      (ACLU of Texas), Austin, TX

    ON:

                Green, Kathy    Director of Advocacy   (AARP), Austin, TX