UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

La Union Del Pueblo Entero, et al

vs.                                              Case No.: 5:21-cv-00844-XR

Gregory W. Abbott, et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kaylan Phillips, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Public Interest Legal Foundation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Public Interest Legal Foundation with offices at:

   Mailing address: 32 E. Washington St, Suite 1675
   City, State, Zip Code: Indianapolis, IN 46204
   Telephone: 317-203-5599    Facsimile: 888-815-5641

2. Since September 25, 2008, Applicant has been and presently is a member of and in good standing with the Bar of the State of Oklahoma. Applicant's bar license number is 22219.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:
   Please see attached

**U.S. Court & Date of Admission (continued)**

Supreme Court of Indiana (5/14/2012)

District of Columbia (1/11/2013)

Supreme Court of the United States (04/20/2015)

U.S. Court of Appeals for the Second Circuit (04/04/2012)

U.S. Court of Appeals for the Fourth Circuit (09/27/2011)

U.S. Court of Appeals for the Fifth Circuit (2/18/2010)

U.S. Court of Appeals for the Eighth Circuit (9/30/2010)

U.S. Court of Appeals for the Ninth Circuit (10/18/2011)

U.S. Court of Appeals for the Eleventh Circuit (3/30/2012)

U.S. Court of Appeals for the D.C. Circuit (1/30/2015)

U.S. District Court for the Northern District of Oklahoma (12/18/2008)

U.S. District Court for the Northern District of Florida (04/16/2012)

U.S. District Court for the Southern District of. Indiana (5/14/2012)

U.S. District Court for the Northern District of Indiana (5/14/2012)

U.S. District Court for the District of Columbia (6/3/2013)

U.S. District Court for the Eastern District of Michigan (12/12/19)

U.S. District Court for the Western District of Michigan (08/19/2020)

U.S. District Court for the Central District of Illinois (03/15/2021)

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, ____.
   Number: _____ on the ____ day of _____, ____.
   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Andy Taylor

Mailing address: 2628 Hwy 36 South #288

City, State, Zip Code: Brenham, Texas 77833

Telephone: 713-222-1817

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kaylan Phillips to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kaylan Phillips
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28 day of October, 2021.

Kaylan Phillips
[printed name of Applicant]

*[signature]*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

La Union Del Pueblo Entero, et al

vs.    Case No.: 5:21-cv-00844-XR

Gregory W. Abbott, et al

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kaylan Phillips, counsel for Public Interest Legal Foundation, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kaylan Phillips may appear on behalf of Public Interest Legal Foundation in the above case.

IT IS FURTHER ORDERED that Kaylan Phillips, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20_____.

_____
Please Choose Judge