IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 5:21-cv-844-XR [Lead Case] |
| THE STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, | § § § § | Case No. 5:21-cv-1085-XR [Consolidated Case] |
| *Defendants.* | § § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants the State of Texas and John Scott, in his official capacity as Texas Secretary of State, file this Notice of Appearance of Counsel and hereby notify the Court that Patrick K. Sweeten will appear as counsel in the above-captioned consolidated case along with counsel listed below. Mr. Sweeten is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

    Patrick K. Sweeten
    Tex. State Bar No. 00798537
    P.O. Box 12548 (MC-009)
    Austin, Texas 78711-2548
    Tel.: (512) 463-4139
    Fax: (512) 457-4410
    patrick.sweeten@oag.texas.gov

| | |
|---|---|
| Date: November 23, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| BRENT WEBSTER | Tex. State Bar No. 00798537 |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 23, 2021, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN