# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>THE STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State,<br><br>　　　*Defendants.* | Case No. 5:21-cv-844-XR<br>[Lead Case]<br><br>Case No. 5:21-cv-1085-XR<br>[Consolidated Case] |

## ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING

Before the Court is the State Defendants' Unopposed Motion to Extend Responsive Pleading Deadline. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants State of Texas and Secretary Scott have until December 3, 2021, to respond to Plaintiff's Complaint.

DATE: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE