UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO et al.

vs.                                                                     Case No.:  5: 21-cv-844-XR

GREGORY W. ABBOTT, in his official
capacity as the Governor of Texas, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Kevin Zhen__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Plaintiffs LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, and FIEL HOUSTON INC.

in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Fried, Frank, Harris, Shriver & Jacobson LLP with offices at:

   Mailing address:  One New York Plaza

   City, State, Zip Code:  New York, New York 10004

   Telephone:  (212) 859-8000          Facsimile:  (212) 859-4000

   Email:  kevin.zhen@friedfrank.com

2. Since October 22, 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 5789367.

3. Applicant has been admitted to practice before the following courts:

   Court: New York

   Admission date: October 22, 2020

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ___ day of _____, ___.
   Number: _____ on the ___ day of _____, ___.
   Number: _____ on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: <u>Nina Perales, Mexican American Legal Defense and Educational Fund</u>

Mailing address: <u>110 Broadway, Suite 300</u>

City, State, Zip Code: <u>San Antonio, TX 78201</u>

Telephone: <u>(210) 845-5147</u>

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of <u>Kevin Zhen</u> to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

<u>Kevin Zhen</u>
[printed name of Applicant]

<u>/s/ Kevin Zhen</u>
[signature of Applicant]

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused to be served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the <u>30th</u> day of <u>November</u>, <u>2021</u>

Kevin Zhen
[printed name of Applicant]

/s/ Kevin Zhen
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO et al.

vs.                                             Case No.: 5: 21-cv-844-XR

GREGORY W. ABBOTT, in his official
capacity as the Governor of Texas, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Kevin Zhen                                      , counsel for Plaintiffs LA UNION DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, and FIEL HOUSTON INC., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Kevin Zhen                          may appear on behalf of LA UNION DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, and FIEL HOUSTON INC. in the above case.

IT IS FURTHER ORDERED that  Kevin Zhen                                      , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  December_____, 20 _21_____.

_____
UNITED STATES DISTRICT JUDGE