IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> GREGORY W. ABBOTT, in his official § <br> capacity as Governor of Texas, et al., § <br> § <br> *Defendants* § <br> § | Consolidated Case <br> No: 5:21-cv-00844-XR |

## DEFENDANT LISA WISE'S AMENDED INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and in accordance with this Court's November 18, 2021 scheduling order (ECF No. 125) and instruction at the November 16, 2021 pretrial conference, Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator ("Defendant Wise"), by and through her counsel of record, serves this amended statement of initial disclosures ("Initial Disclosures"). Defendant Wise reserves the right to supplement her Initial Disclosures, which are based upon information reasonably available to Defendant Wise as of this date. Continuing investigation and discovery may require amendment of these Initial Disclosures or supplementation, including to identify other potential witnesses, documents, and information. By making the following Initial Disclosures, Defendant Wise does not represent that she is identifying every document, tangible thing, or witness possibly relevant to this suit and Defendant Wise expressly reserves her rights pursuant to Rule 26(e). Nor does Defendant Wise waive her right to object to the production of any document or tangible thing disclosed herein on the basis of any privilege, work product doctrine, relevance, undue burden, or any other applicable objection under the Federal Rules of Civil Procedure. Defendant Wise's Initial Disclosures are also made without in any way waiving (1) the right to object on the grounds

of competency, privilege, relevance and materiality, hearsay, or any other grounds, to the use of such information for any purpose, in whole or in part, in any subsequent proceeding or trial in this action or any other action; or (2) the right to object on any and all grounds, at any time, to any discovery request or proceeding involving or relating to the subject matter of these disclosures.

**I.   INDIVIDUALS**

Pursuant to Rule 26(a)(1)(A)(i), the names, addresses, and telephone numbers, where applicable, of individuals likely to have relevant, discoverable information that Defendant Wise may use to support her claims or defenses, unless solely for impeachment, including the subject matter upon which each individual may have information. In accordance with this Court's November 18, 2021 scheduling order and instruction at the November 16, 2021 pretrial conference, Defendant Wise indicates for the individuals below whether they are properly categorized as Tier 1 ("T1") or Tier 2 ("T2") for deposition purposes:

| Individual/Title or Role | Contact Information | Subject Matter(s) |
|---|---|---|
| Lisa Wise, El Paso County Elections Administrator: T1 | To be contacted only through Defendant Wise's counsel | El Paso County's current policies and/or practices for voter registration; elections administration and security; the burdens imposed by SB 1 on voters and officials of El Paso County; responsibilities of administrators, poll workers, poll watchers, election judges and alternates, election clerks and alternates, and County Commissioners |
| Melissa Soto, El Paso County Elections Administration Coordinator: T2 | To be contacted only through Defendant Wise's counsel | El Paso County's current policies and/or practices for voter registration and elections administration |
| Antonio Rivera, El Paso County Assistant Elections Administrator: T2 | To be contacted only through Defendant Wise's counsel | How El Paso County's voter data is organized, maintained, and queried |

2

| | | |
|---|---|---|
| Vanessa Sepeda, El Paso County Elections Generalist Intermediate: T2 | To be contacted only through Defendant Wise's counsel | El Paso County's polling locations |
| Vanessa Ruiz, El Paso County Elections Generalist Senior: T2 | To be contacted only through Defendant Wise's counsel | How El Paso County recruits its poll workers |
| Melissa Rosales, El Paso County Elections Information and Resources Coordinator: T2 | To be contacted only through Defendant Wise's counsel | El Paso County's current policies and/or practices for voter outreach |
| Flor Lopez, El Paso County Elections Generalist: T2 | To be contacted only through Defendant Wise's counsel | El Paso County's ballot-by-mail program |
| Any experts identified by El Paso County: T2 | To be contacted only through Defendant Wise's counsel | |

The subject matter and appropriate deposition Tier for the following individuals is presently unknown:

| Individual/Title or Role | Contact Information | Subject Matter(s) |
|---|---|---|
| Any individuals listed by Plaintiffs in their Rule 26(a)(1) disclosures | Contact through Plaintiffs' counsel | |
| Any experts identified by Plaintiffs | Contact through Plaintiffs' counsel | |
| Any individuals listed by the other Defendants or intervenors to this case in their Rule 26(a)(1) disclosures | Contact through each party's respective counsel | |
| Any experts identified by the other Defendants or intervenors to this case | Contact through each party's respective counsel | |

## II.  DOCUMENTS

Subject to the qualifications set forth above, Defendant Wise discloses the following categories of documents, data compilations, and tangible things that are in Defendant Wise's possession, custody, or control that Defendant Wise may use to support her claims or defenses:

- Motions, pleadings, exhibits, and other public filings or documents exchanged in this litigation;
- Documents relating to El Paso County's current policies and/or practices for voter registration and outreach and elections administration;
- Documents relating to the advisories or directives from the Texas Secretary of State with respect to implementing and enforcing SB 1;
- Documents relating to the burdens on voters in El Paso County from enforcement of SB 1;
- Documents relating to the burdens on Defendant Wise and other officials of El Paso County resulting from enforcement of SB 1;
- Documents relating to whether the burdens imposed by SB 1 on voters and on El Paso County are necessary to conduct secure elections;
- Documents relating to whether the burdens imposed by SB 1 may suppress lawful voter turnout;
- Documents concerning evidence relating to benefits, or the lack thereof, accruing to the County and State from enforcement of SB 1; and
- Relevant documents identified during discovery, which is ongoing.

### III. DAMAGES

Defendant Wise denies that Plaintiffs are entitled to any award of damages, fees, or costs against Defendant Wise or El Paso County. Defendant Wise reserves the right to assert counterclaims against Plaintiffs and/or crossclaims against Defendants, and may seek relief including damages, fees, and costs.

### IV. INSURANCE

Pursuant to Rule 26(a)(1)(A)(iv), Defendant Wise states that she has no relevant insurance coverage.

Dated: December 1, 2021.

Respectfully submitted,

*/s/ Orion Armon*
Orion Armon (CO SBN 34923)
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099
oarmon@cooley.com

**COOLEY LLP**
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Angelica Leo* (CA SBN 334324)
aleo@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

**COOLEY LLP**
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: + 1 858-550-6196
Facsimile: + 1 858-550-6420

**STATES UNITED DEMOCRACY CENTER**
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: +1 917 656-6234
zack@statesuniteddemocracy.org

*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

## CERTIFICATE OF SERVICE

I certify that on the 1st day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Orion Armon*
Orion Armon