# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>JOSE A. ESPARZA, *et al,*.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-780-XR |
| HOUSTON JUSTICE, *et al.,*<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-848-XR |
| LULAC TEXAS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>JOSE ESPARZA, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-0786-XR |
| MI FAMILIA VOTA, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-0920-XR |

## NOTICE OF STATE DEFENDANTS' AMENDED INITIAL DISCLOSURES

Pursuant to this Court's November 18, 2021, Order, *see* ECF No. 125, Texas Governor Greg Abbott, Secretary of State John Scott, and Attorney General Ken Paxton, each in his official capacity, (collectively, "State Defendants"), hereby files their Amended Initial Disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of the State Defendants' Amended Initial Disclosures, which undersigned counsel served on counsel of record for all parties in this consolidated case, *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-00844 (W.D. Tex.), on December 1, 2021.

Date: December 1, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General


OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

ERIC A. HUDSON
Senior Special Counsel
eric.hudson@oag.texas.gov
Tex. Bar No. 24059977

KATHLEEN T. HUNKER
Special Counsel
kathleen.hunker@oag.texas.gov
Tex. State Bar No. 24118415
*Application for Admission Pending*

LEIF A. OLSON
Special Counsel
leif.olson@oag.texas.gov
Tex. State Bar No. 24032801

JEFFREY M. WHITE
Special Counsel
jeff.white@oag.texas.gov
Tex. State Bar No. 24064380

JACK B. DISORBO
Assistant Attorney General
jack.disorbo@oag.texas.gov
Tex. State Bar No. No. 24120804

**COUNSEL FOR DEFENDANTS**