# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § § § *Plaintiffs*, § § v. § § STATE OF TEXAS, et al., § § *Defendants*. § § § | Civil Action No. 5:21-CV-0844-XR (Consolidated Cases) |

## NOTICE OF *LUPE*, *OCA-GREATER HOUSTON*, *HOUSTON JUSTICE*, *LULAC*, and *MI FAMILIA VOTA* PLAINTIFFS' FIRST AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to this Court's November 18, 2021 Order, ECF No. 125, Plaintiffs in the matters of *La Unión Del Pueblo Entero, et al. v. Gregory W. Abbott, et al.* (Case No. 5:21-cv-0844-XR), *OCA-Greater Houston, et al. v. Jose A. Esparza, et al.* (Case No. 1:21-cv-0780-XR), *Houston Justice, et al. v. Gregory Wayne Abbott, et al.* (Case No. 5:21-cv-0848-XR), *LULAC Texas, et al. v. Jose Esparza, et al.* (Case No. 1:21-cv-0786-XR), and *Mi Familia Vota, et al. v. Greg Abbott, et al.* (Case No. 5:21-cv-0920-XR) hereby file their First Amended Initial Disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of the *LUPE*, *OCA-Greater Houston*, *Houston Justice*, *LULAC*, and *Mi Familia Vota* Plaintiffs' First Amended Initial Disclosures, which undersigned counsel served on counsel for Defendants in these consolidated cases on December 1, 2021.

Dated: December 1, 2021                                              Respectfully submitted,

*Attorneys for LUPE Plaintiffs*

| | |
|---|---|
| /s/ Nina Perales | /s/ Sean Morales-Doyle |
| Nina Perales (Tex. Bar No. 24005046) | Sean Morales-Doyle (NY Bar No. 5646641) |
| Julia R. Longoria (Tex. Bar No. 24070166) | Eliza Sweren-Becker* (NY Bar No. 5424403) |
| **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** | Patrick A. Berry* (NY Bar No. 5723135) |
| | Andrew B. Garber* (NY Bar No. 5684147) |
| | Jasleen K. Singh* (Cal. Bar No. 316596) |
| 110 Broadway, Suite 300 | **BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW** |
| San Antonio, TX 78205 | |
| Telephone: (210) 224-5476 | 120 Broadway, Suite 1750 |
| Facsimile: (210) 224-5382 | New York, NY 10271 |
| nperales@maldef.org | Telephone: (646) 292-8310 |
| jlongoria@maldef.org | Facsimile: (212) 463-7308 |
| | sean.morales-doyle@nyu.edu |
| Michael C. Keats* | eliza.sweren-becker@nyu.edu |
| Rebecca L. Martin* | patrick.berry@nyu.edu |
| Jason S. Kanterman* | andrew.garber@nyu.edu |
| Kevin Zhen* | jasleen.singh@nyu.edu |
| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** | |
| | Paul R. Genender (Tex. Bar No. 00790758) |
| One New York Plaza | Elizabeth Y. Ryan (Tex. Bar No. 24067758) |
| New York, NY 10004 | Matthew Berde* (Tex. Bar No. 24094379) |
| Telephone: (212) 859-8000 | Megan Cloud^ (Tex. Bar No. 24116207) |
| Facsimile: (212) 859-4000 | **WEIL, GOTSHAL & MANGES LLP** |
| michael.keats@friedfrank.com | 200 Crescent Court, Suite 300 |
| rebecca.martin@friedfrank.com | Dallas, TX 75201 |
| jason.kanterman@friedfrank.com | Telephone: (214) 746-8158 |
| kevin.zhen@friedfrank.com | Facsimile: (214)746-7777 |
| | Paul.Genender@weil.com |
| Christopher Bell* | Liz.Ryan@weil.com |
| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** | Matt.Berde@weil.com |
| | Megan.Cloud@weil.com |
| 801 17th Street, NW | |
| Washington, DC 20006 | Alexander P. Cohen* (Tex. Bar No. 24109739) |
| Telephone: (202) 639-7000 | **WEIL, GOTSHAL & MANGES LLP** |
| Facsimile: (202) 639-7003 | 767 Fifth Avenue |
| christopher.bell@friedfrank.com | New York, NY 10153 |
| | Telephone: (212) 310-8020 |
| | Facsimile: (212) 310-8007 |
| | Alexander.Cohen@weil.com |

<table>
<tr><td>

*Attorneys for Plaintiffs LULAC Texas; Voto Latino; Texas Alliance for Retired Americans; and Texas AFT*

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta
Kathryn E. Yukevich*
Joseph N. Posimato*
Meaghan E. Mixon*
Graham W. White*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law
kyukevich@elias.law
jposimato@elias.law
mmixon@elias.law
gwhite@elias.law

Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
jhawley@elias.law

John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

</td><td>

*Attorneys for Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

/s/ Kenneth E. Broughton
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com
Lora Spencer
Texas Bar No. 24085597
lspencer@reedsmith.com
J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah M. Cummings
Texas Bar No. 24094609
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
scummings@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, 6th Floor

</td></tr>
</table>

Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
**The Arc of the United States, Inc.**
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Attorneys for Plaintiffs*
*OCA-Greater Houston; League of Women Voters of Texas; REVUP- Texas; Texas Organizing Project; and Workers Defense Action Fund*

/s/ *Ryan V. Cox*
Mimi M.D. Marziani
Texas Bar No. 24091906
Ryan V. Cox
Texas Bar No. 24074087
Hani Mirza
Texas Bar No. 24083512
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
ryan@texascivilrightsproject.org
hani@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**

5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
pstegemoeller@aaldef.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*
Ari J. Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Lia Sifuentes Davis
Texas State Bar No. 24071411
Lucia Romano
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

*Attorneys for Plaintiffs
Mi Familia Vota; Marla López; Marlon López; and Paul Rutledge*

s/ *Marc T. Rasich*
Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com
**LYONS & LYONS, P.C.**
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

Wendy J. Olson (*Pro hac vice*)
Laura E. Rosenbaum (*Pro hac vice*)
Marc Rasich (*Pro hac vice*)
Elijah Watkins (*Pro hac vice*)
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205

Courtney Hostetler (*Pro hac vice*)
Ron Fein (*Pro hac vice*)
John Bonifaz (*Pro hac vice*)
Ben Clements (*Pro hac vice*)
**FREE SPEECH FOR PEOPLE**
1320 Centre Street, Suite 405
Newton, MA 02459
(617)249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

\* Admitted *pro hac vice*
^ Application for admission pending
\*\*Not licensed by the bar of any jurisdiction

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above document via the Court's electronic filing system on the 1st day of December, 2021.

                                              */s/ Nina Perales*
                                              Nina Perales