IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

**STIPULATED ORDER REGARDING THE
DISCLOSURE OF PRIVILEGED INFORMATION**

Pursuant to the Federal Rules of Evidence 502(d)-(e) and the stipulated agreement of the Parties, this Stipulated Order Regarding the Disclosure of Privileged Information (Stipulation) is made by and between counsel for all Private Plaintiffs, counsel for the United States, and counsel for all Defendants (*collectively the* "Parties"),[1] and with the Court being fully advised as to the same, it is hereby **ORDERED**:

---

[1] Counsel for Private Plaintiffs includes counsel for La Union Del Pueblo Entero; Friendship-West Baptist Church; The Anti-Defamation League Austin, Southwest, and Texoma; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; James Lewin; Fiel Houston, Inc.; Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge; Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority Inc.; The Arc of Texas; Jeffrey Lamar Clemmons; LULAC Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT; OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas; Texas Organizing Project; and Workers Defense Action Fund. Counsel for Defendants includes counsel for Gregory Abbott, John B. Scott , Warren K. Paxton, Lupe C. Torres, Lisa Wise, Isabel Longoria, Jacque Callanen, Yvonne Ramon, Michael Scarpello, and Dana DeBeauvoir.

**I.    APPLICABILITY**

This Order shall be applicable to all communications, documents, tangible things, and electronically stored information ("ESI") (collectively, "Material" or "Materials") produced, made available for inspection, or otherwise disclosed by any of the parties to this litigation. This Order applies to the Parties; their counsel; and their agents, assignees, and contractors, including expert witnesses and litigation consultants.

**II.   PRODUCTION OF DISCOVERY MATERIALS CONTAINING POTENTIALLY PRIVILEGED INFORMATION**

    **A.**    The disclosure of any privileged Material, or Material otherwise protected or exempted from disclosure, shall not operate as a waiver or impairment of any claim of privilege or protection, including, but not limited to, the attorney-client privilege, work product protection, or governmental privileges, if:

        **1.**    The disclosure is inadvertent and made in connection with this litigation; and

        **2.**    The holder of the privilege or protection took reasonable precautions to prevent disclosure and took reasonably prompt measures to rectify the error.

    **B.**    Any party receiving Material that it believes may have been inadvertently produced that includes privileged or protected information shall promptly notify the producing party. Within fourteen (14) days after such notification, the producing party may request in writing that such materials be returned or destroyed. Upon such written request—except in the event that the party or parties receiving the request dispute the claim of privilege or protection—any materials that the producing party deems to contain inadvertently disclosed materials shall be promptly returned to the producing party or destroyed at the producing party's option. All copies—electronic or otherwise—shall likewise be

destroyed, and the parties agree that no further copies of the inadvertently disclosed Material will be made.

C. If the producing party does not request the return or destruction of material within fourteen (14) days after receiving notice under Paragraph II(B) that it produced potentially privileged material, the producing party waives any claim of privilege or protection as to the material.

D. If inadvertently produced privileged or protected material is contained within an item that contains otherwise discoverable Material, the parties recognize that the party receiving the request may not be able to return or destroy only the portion of the item containing privileged or protected Material.  In the event that the party receiving the request is not able to reasonably separate the privileged or protected material for destruction or return, the party receiving the request shall destroy or return the privileged or protected information along with the discoverable portions of the Material, and the producing party shall provide the requesting party with a replacement copy of the Material that is not privileged or protected, and is otherwise discoverable, within fourteen (14) days of sending the notification of inadvertent disclosure.

E. A producing party that discovers or otherwise becomes aware without receiving notice from another party under Paragraph II(B) that it has inadvertently produced privileged or protected Material must notify the receiving party or parties promptly in writing within fourteen (14) days after it becomes aware of such inadvertent production, that such Material has been produced. Upon receiving written notice from the producing party that privileged or protected material has been produced—and except in the event that the receiving party disputes the claim of privilege or protection—the receiving party shall return or destroy all such Material under the terms and timelines of Paragraphs II(B)-(D).

**F.**     In the event that a receiving party disputes the producing party's assertions of privilege or protection with respect to the disclosed Material, such material shall be sequestered and retained by and under the control of the receiving party for the purpose of seeking determination of the issue from the Court. If the Court determines that privilege or protection has been waived or that the Material at issue is not subject to any applicable privilege or protection, the receiving party may use the material for any purposes otherwise permitted by rule or law. If the Court determines that the inadvertently disclosed Material is subject to an applicable privilege or protection, the receiving party must return or destroy the Material at issue, as provided in Paragraphs II(B)-(E).

**G.**     On receipt of a notice under Paragraph II(B) or II(E), any analyses, memoranda, or notes which were generated by the receiving party based upon such produced Material shall not be used, shall be placed in sealed envelopes or otherwise sequestered in relevant part, and shall be destroyed if (a) the receiving party does not contest that the Material is privileged or (b) the Court rules that the Material is privileged. Such analyses, memoranda or notes may be removed from the sealed envelopes and returned to its intended purpose only if (a) the producing party agrees in writing that the Material is not privileged or (b) the Court rules that the Material is not privileged.

**H.**     The inadvertent production of privileged or protected Material is not a waiver of the privilege or protection from discovery in this case or in any other proceeding, except as expressly provided in II.C.

STIPULATED AND AGREED TO:

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Eliza Sweren-Becker* (NY Bar No. 5424403)
Patrick A. Berry* (NY Bar No. 5723135)
Andrew B. Garber* (NY Bar No. 5684147)
Jasleen K. Singh* (Cal. Bar No. 316596)
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu
patrick.berry@nyu.edu
andrew.garber@nyu.edu
jasleen.singh@nyu.edu

Paul R. Genender (Tex. Bar No. 00790758)
Elizabeth Y. Ryan (Tex. Bar No. 24067758)
Matthew Berde* (Tex. Bar No. 24094379)
Megan Cloud (Tex. Bar No. 24116207)
**WEIL, GOTSHAL & MANGES LLP**
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Paul.Genender@weil.com
Liz.Ryan@weil.com
Matt.Berde@weil.com
Megan.Cloud@weil.com

Alexander P. Cohen* (Tex. Bar No. 24109739)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8020
Facsimile: (212) 310-8007
Alexander.Cohen@weil.com

*Attorneys for Plaintiffs Friendship-West Baptist Church; Anti-Defamation League Austin, Southwest, And Texoma Regions; Texas Impact; James Lewin*
* Admitted *pro hac vice*
**Not licensed by the bar of any jurisdiction

/s/ *Nina Perales*
Nina Perales (Tex. Bar No. 24005046)
Julia R. Longoria (Tex. Bar No. 24070166)
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Breanna Williams**
Jonathan Bash**
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
breanna.williams@friedfrank.com
jonathan.bash@friedfrank.com

Christopher Bell*
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
christopher.bell@friedfrank.com

*Attorneys for Plaintiffs La Unión Del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; Jolt Action; William C. Velasquez Institute; Fiel Houston Inc*

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Kathryn E. Yukevich*
Graham White*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law
kyukevich@elias.law
gwhite@elias.law

*Counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT*

*Admitted *Pro Hac Vice*

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

*/s/ Kenneth E. Broughton*
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com

Lora Spencer
Texas Bar No. 24085597
lspencer@reedsmith.com

J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah M. Cummings
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200

Facsimile: (469) 680-4299
scummings@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

/s/ *Sean Lyons*
Sean Lyons (Tex. Bar No. 00792280)
Clem Lyons (Tex. Bar No. 12742000)
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545
Sean@lyonsandlyons.com
Clem@lyonsandlyons.com

Wendy J. Olson*
Laura E. Rosenbaum*
Marc Rasich*
Elijah Watkins*
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205

Courtney Hostetler*
Ron Fein*
John Bonifaz*
Ben Clements*
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

**COUNSEL FOR PLAINTIFFS MI FAMILIA VOTA ET AL.**

*admitted *pro hac vice*

/s/ *Mimi M.D. Marziani*
Mimi M.D. Marziani
Texas Bar No. 24091906
Ryan V. Cox
Texas Bar No. 24074087
Hani Mirza
Texas Bar No. 24083512
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
ryan@texascivilrightsproject.org
hani@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

*COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, ET AL.*

*admitted *pro hac vice*

Respectfully Submitted,

/s/ Robert Henneke
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com

CHAD ENNIS
Texas Bar No. 24045834
cennis@texaspolicy.com

CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com

TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:     (512) 472-2700
Facsimile:       (512) 472-2728

*Attorneys for Defendant Lupe Torres in his official capacity as Medina County Elections Administrator*



JOE GONZALES
Bexar County Criminal

By:
/s/ Robert Green
**ROBERT GREEN**
Bar No. 24087626
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2146
robert.green@bexar.org

*Attorney for Defendant Bexar County Election Administrator Jacquelyn Callanen*

/s/ Barbara S. Nicholas
Barbara S. Nicholas
Assistant District Attorney
Civil Division
(214) 653-7358 Office
(214) 653-6068 Direct Line
(214) 653-6134 Fax
Barbara.Nicholas@dallascounty.org


COOLEY LLP

/s/ Kathleen Hartnett
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Angelica Leo* (CA SBN 334324)
aleo@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Telephone: (720) 556-4000
Facsimile: 720 (566)-4099


STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: (615) 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: (323) 422-8578

ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: (917) 656-6234
zack@statesuniteddemocracy.org

SUSMAN GODFREY
Neal S. Manne (TX SBN 12937980)
Robert Rivera, Jr. (TX SBN 16958030)
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com


EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice

Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator

Christian D. Menefee
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@cao.hctx.net

Jonathan Fombonne
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@cao.hctx.net

Tiffany Bingham^
Managing Counsel
Texas Bar No. 24012287
Tiffany.Bingham@cao.hctx.net

/s/ Sameer S. Birring
Sameer S. Birring
Assistant County Attorney
Texas Bar No. 24087169
Sameer.Birring@cao.hctx.net

Christina Beeler^
Assistant County Attorney
Texas Bar No. 24096124
Christina.Beeler@cao.hctx.net

Susannah Mitcham^
Assistant County Attorney
Texas Bar No. 24107219
Susannah.Mitcham@cao.hctx.net

OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

Attorneys for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator

^Admission to this court pending

**DELIA GARZA**
County Attorney, Travis County
P.O. Box 1748 Austin, Texas 78767
Telephone: (512) 854-9513
Facsimile: (512) 854-4808

By: /s/ *Anthony J. Nelson*

SHERINE E. THOMAS
State Bar No. 00794734
sherine.thomas@traviscountytx.gov

LESLIE W. DIPPEL
State Bar No. 00796472
leslie.dippel@traviscountytx.gov

ANTHONY J. NELSON*
State Bar No. 14885800
tony.Nelson@traviscountytx.gov

PATRICK T. POPE
State Bar No. 24079151
patrick.pope@traviscountytx.gov

**ATTORNEYS FOR DEFENDANT DANA DEBEAUVOIR IN HER OFFICIAL CAPACITY AS TRAVIS COUNTY CLERK**

*Designated as Lead Counsel

/s/ *Josephine Ramirez Solis*
Josephine Ramirez Solis
*Assistant Criminal District Attorney*

Chief - Civil Division
**Office of Criminal District Attorney**
Hidalgo County, Texas
100 E. Cano
Edinburg, TX 78539
(956) 292-7609 ext. 8186
(956) 292-7619 FAX

josephine.ramirez@da.co.hidalgo.tx.us

Attorney for Defendant Yvonne Ramon, in her official capacity as Hidalgo County Elections Administrator

For the United States:

    KRISTEN CLARKE
    Assistant Attorney General
    Civil Rights Division

    PAMELA S. KARLAN
    Principal Deputy Assistant Attorney General
    Civil Right Division

    /s/ Daniel J. Freeman
    DANIEL J. FREEMAN

    T. CHRISTIAN HERREN, JR.
    RICHARD A. DELLHEIM
    DANIEL J. FREEMAN
    DANA PAIKOWSKY
    MICHAEL E. STEWART
    JENINIFER YUN
    Attorneys, Voting Section
    Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    daniel.freeman@usdoj.gov

Date: December 8, 2021    Respectfully submitted.

KEN PAXTON    /s/ Patrick K. Sweeten
Attorney General of Texas    PATRICK K. SWEETEN
    Deputy Attorney General for Special Litigation
BRENT WEBSTER    Tex. State Bar No. 00798537
First Assistant Attorney General

    WILLIAM T. THOMPSON
    Deputy Chief, Special Litigation Unit
    Tex. State Bar No. 24088531

    ERIC A. HUDSON
    Senior Special Counsel
    Tex. Bar No. 24059977

    KATHLEEN T. HUNKER
    Special Counsel
    Tex. State Bar No. 24118415
    *Application for Admission Pending

                                                                                 LEIF A. OLSON
Special Counsel
Tex. State Bar No. 24032801

JEFFREY M. WHITE
Special Counsel
Tex. State Bar No. 24064380

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
eric.hudson@oag.texas.gov
kathleen.hunker@oag.texas.gov
leif.olson@oag.texas.gov
jeff.white.@oag.texas.gov

**Counsel for Defendants**

Based on the foregoing, IT IS SO ORDERED.

DATED: _____

                                                                  _____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE