# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión del Pueblo Entero, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>Gregory W. Abbott, *et al.*,<br>　　*Defendants*. | §§§§§§§§ | Case No. 5:21-cv-844-XR |
| OCA-Greater Houston, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>Jose A. Esparza, *et al.*,<br>　　*Defendants*. | §§§§§§§§ | Case No. 1:21-cv-780-XR |
| Houston Justice, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>Gregory Wayne Abbott, *et al.*,<br>　　*Defendants*. | §§§§§§§§ | Case No. 5:21-cv-848-XR |
| LULAC Texas, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>Jose Esparza, *et al.*,<br>　　*Defendants*. | §§§§§§§§ | Case No. 1:21-cv-0786-XR |
| Mi Familia Vota, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>Greg Abbott, *et al.*,<br>　　*Defendants*. | §§§§§§§§ | Case No. 5:21-cv-0920-XR |

**ORDER EXTENDING DEADLINE TO RESPOND**

1

Before the Court is the State Defendants' Unopposed Motion to Extend Deadline to Respond. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the State Defendants have until January 5, 2022, to respond to the amended complaints filed on December 1, 2021 (ECF Nos. 136, 137, 139, 140).

DATE: _____

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE