IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Before the Court is the United States' unopposed motion to extend the time for the United States to respond to Defedants' motion to dismiss and to extend the time for Defendants to reply. Upon consideration of the United States' motion, and for good cause shown, the motion is hereby GRANTED. It is hereby ORDERED that the United States shall file its response to Defendants' motion to dismiss by January 18, 2022, and that Defendants shall file any reply by February 1, 2022.

It is so **ORDERED**.

Signed this _____
　　　　　　　　　　　[date]

_____
THE HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE