IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The United States respectfully moves for entry of the attached Stipulated Protective Order between Plaintiff United States of America and Defendants the State of Texas and Secretary of State John Scott (collectively, the "Parties") under Federal Rule of Civil Procedure 26(c) and Local Rule CV-26.  The Parties have met and conferred and anticipate production of sensitive, private, personal and confidential electronically stored information concerning non-party Texas residents in the course of this action.  Moreover, the Parties will exchange documents of a sensitive technical nature related to the aforementioned electronically stored information that is not generally known to others or the public and that is not generally revealed to third parties, including, for example, data dictionaries, user manuals, and other similar information.

Good cause exists to enter the Stipulated Protective Order to expedite discovery, protect sensitive and confidential information, enable the parties to prepare for dispositive motions and trial, and address the handling of confidential material during and after the conclusion of this litigation.  The Parties have stipulated to entry of the Protective Order, and Defendants do not

oppose this motion for entry.  Accordingly, the United States respectfully requests entry of the Stipulated Protective Order.

DATE: December 22, 2021

                        Respectfully submitted,

                        KRISTEN CLARKE
                        Assistant Attorney General
                        Civil Rights Division

                        PAMELA S. KARLAN
                        Principal Deputy Assistant Attorney General
                        Civil Rights Division

                        */s/ Michael E. Stewart*
                        T. CHRISTIAN HERREN, JR.
                        RICHARD A. DELLHEIM
                        DANIEL J. FREEMAN
                        DANA PAIKOWSKY
                        MICHAEL E. STEWART
                        JENNIFER YUN
                        Attorneys, Voting Section
                        Civil Rights Division
                        U.S. Department of Justice
                        950 Pennsylvania Avenue NW
                        Washington, DC 20530

## CERTIFICATE OF CONFERRAL

 Pursuant to Local Rule CV-7(G), I hereby certify that on December 16, 2021, my co-counsel and I met and conferred with counsel for Defendants the State of Texas and Secretary of State John Scott regarding this request. Defendants do not object to entry of the Stipulated Protective Order.

           */s/ Michael E. Stewart*
           Michael E. Stewart
           Civil Rights Division
           U.S. Department of Justice
           950 Pennsylvania Ave, NW
           Washington, DC 20530
           (202) 307-2767
           michael.stewart3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                            */s/ Michael E. Stewart*
                                            Michael E. Stewart
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave, NW
                                            Washington, DC 20530
                                            (202) 307-2767
                                            michael.stewart3@usdoj.gov