IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

### STIPULATED EXTENSION OF EXPERT DISCOVERY DEADLINE

Pursuant to this Court's standing instruction, *see* Fact Sheet for Judge Xavier Rodriguez ¶ 34, Plaintiff the United States of America (United States) and Defendants the State of Texas and Secretary of State John Scott (State Defendants) hereby stipulate that:

1. In anticipation of producing ultrasensitive information to the United States, the State Defendants have entered a Stipulated Protective Order solely between the United States and the State Defendants. Based on an agreement solely between the United States and the State Defendants, the State Defendants anticipate producing ultrasensitive information solely to the United States on or before January 17, 2022 and for the limited purposes identified in the Stipulated Protective Order filed concurrently with this stipulation. Because of the anticipated production date, the State Defendants now enter this stipulation solely for purposes of amending the designation date for testifying experts by the United States only as outlined below. This stipulation does not alter or change any date for any party other than the United States and the State Defendants and does not waive or concede any objection to producing ultrasensitive information to any party other

than the United States. This stipulation does not enlarge or alter any of the terms of the Stipulated Protective Order agreed to between the United States and the State Defendants.

2. The United States shall file its designation of any testifying expert who relies on database extracts produced by Defendants and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before February 28, 2022.

3. The State of Texas and Secretary of State John Scott shall file their designation of any testifying expert responding solely to the United States' expert or experts who rely on database extracts produced by Defendants and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before March 23, 2022.

4. The State of Texas and Secretary of State John Scott shall serve, but not file, supplemental reports authored by previously disclosed experts that respond solely to the United States' expert or experts who rely on database extracts produced by Defendants, and other materials required by Fed. R. Civ. P 26(a)(2)(B), on or before March 23, 2022.

5. The United States and State Defendants will not object to or otherwise move to strike or exclude any such expert disclosure or expert report, or the expert's testimony, on the grounds of untimely disclosure under Rule 26(a)(2) if disclosure is made on or before deadlines set out above.

6. Nothing in this stipulation shall be construed to authorize disclosure of Ultrasensitive Information, as that term is defined in Paragraphs 4 and 5 of the parties' Stipulated Protective Order, by either the United States or State Defendants to any other party or nonparty beyond the terms of the Stipulated Protective Order between the United States and State Defendants, including in any materials required by Fed. R. Civ. P. 26(a)(2)(B).

7. Nothing in this stipulation shall waive any party's rights, defenses, or objections except as specifically described, and nothing in this stipulation shall affect the May 13, 2022 deadline for completion of discovery in the Court's Scheduling Order, ECF No. 125.

Date: December 22, 2021

| | |
|---|---|
| *For Plaintiff the United States of America* | *For Defendants the State of Texas and Secretary of State John Scott* |

KRISTEN CLARKE
Assistant Attorney General

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Michael E. Stewart*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Patrick K. Sweeten
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

William T. Thompson
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

/s/*Eric A. Hudson*
Eric A. Hudson
Senior Special Counsel
eric.hudson@oag.texas.gov
Tex. Bar No. 24059977

Kathleen T. Hunker
Special Counsel
kathleen.hunker@oag.texas.gov
Tex. State Bar No. 24118415
\**Application for Admission Pending*

Leif A. Olson
Special Counsel
leif.olson@oag.texas.gov
Tex. State Bar No. 24032801

Jeffrey M. White
Special Counsel
jeff.white@oag.texas.gov
Tex. State Bar No. 24064380

Jack B. DiSorbo
Assistant Attorney General
jack.disorbo@oag.texas.gov
Tex. State Bar No. 24120804

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

      */s/ Michael E. Stewart*
Michael E. Stewart
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 307-2767