# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § § *Plaintiffs,* § § v. § § GREGORY W. ABBOTT, in his official § capacity as Governor of Texas, et al., § § *Defendants* § § | Consolidated Case No: 5:21-cv-00844-XR |

## NOTICE OF DEFENDANT LISA WISE'S INITIAL DISCLOSURES

Pursuant to this Court's November 12, 2021 Order, ECF No. 96, Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator, hereby files her Initial Disclosures on the public docket. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Wise's Initial Disclosures, which undersigned counsel served on counsel of record for all parties in this consolidated case, *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-00844 (W.D. Tex.), on December 30, 2021.

Dated: December 30, 2021.     Respectfully submitted,

*/s/ Orion Armon*
Orion Armon (CO SBN 34923)
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099
oarmon@cooley.com

**COOLEY LLP**
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Angelica Leo* (CA SBN 334324)
aleo@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

**COOLEY LLP**
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: + 1 858-550-6196
Facsimile: + 1 858-550-6420

**STATES UNITED DEMOCRACY CENTER**
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: +1 917 656-6234
zack@statesuniteddemocracy.org

*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

## CERTIFICATE OF SERVICE

I certify that on the 30th day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

    */s/ Orion Armon*
    Orion Armon