UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

United States of America

vs.
State of Texas, et al.

Case No.: 5:21CV844 (lead case)

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Mark F. (Thor) Hearne, II, counsel for Amicus John R. Ashcroft, Mo Sec'y of State, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Mark F. (Thor) Hearne, II may appear on behalf of Amicus John R. Ashcroft, Mo in the above case.

IT IS FURTHER ORDERED that Mark F. (Thor) Hearne, II, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

[Reset all fields]   [Print Form]