**FILED**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
SAN ANTONIO DIVISION

JAN 3 – 2022

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                          DEPUTY

United States of America

vs.
State of Texas, et al.

Case No.: 5:21CV844 (lead case)

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Stephen S. Davis _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Amicus John R. Ashcroft, Mo Sec'y of State _____ in this case, and

would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) True North Law, LLC _____ with offices at:

   Mailing address: 112 S. Hanley Road, Suite 200 _____

   City, State, Zip Code: St. Louis, MO 63105 _____

   Telephone: (314) 296-4000 _____   Facsimile: (314) 296-4001 _____

2. Since September 27, 1999 _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of Missouri _____.

   Applicant's bar license number is 48990 _____.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | DC Court of Appeals | March 13, 2015 |
   | U.S. Supreme Court | December 2, 2013 |
   | U.S. District Court, E.D. Mo. | April 19, 2011 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    n/a

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    n/a

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    n/a

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.   Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Stephen S. Davis
_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Stephen S. Davis
_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 21st day of December , 2021 .

Stephen S. Davis
_____
[printed name of Applicant]

_____
[signature of Applicant]