## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

United States of America

vs.                                             Case No.: 5:21CV844 (lead case)

State of Texas, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Stephen S. Davis _____ , counsel for

Amicus John R. Ashcroft, Mo Sec'y of State _____ , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Stephen S. Davis _____ may appear on behalf of Amicus John R. Ashcroft, Mo _____

in the above case.

IT IS FURTHER ORDERED that Stephen S. Davis _____ , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court,** in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December _____ , 20_____ .


_____

UNITED STATES DISTRICT JUDGE


Reset all fields          Print Form