# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Please Choose Division

United States of America

vs.

State of Texas and John Scott in his official capacity as Texas Secretary of State

Case No.:   5:21CV~~1085~~ 844-XR

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __John R. Ashcroft__, counsel for __Amicus Missouri Secretary of State__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __John R. Ashcroft__ may appear on behalf of __Amicus Missouri Secretary of State__ in the above case.

IT IS FURTHER ORDERED that __John R. Ashcroft__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-I(f)(2).

SIGNED this the _____ day of __December__, 20 __21__.

_____
Please Choose Judge

Reset all fields     Print Form