**DOCKET COPY**

# Pro Hac Vice Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500059574
Cashier ID: nmartin
Transaction Date: 12/28/2021
Payer Name: TRUE NORTH LAW GROUP LLC
-----------------------------------
PRO HAC VICE
 For: MARK F. (THOR) HEARNE, II
 Case/Party: D-TXW-5-22-LB-000000-001
 Amount:         $100.00
-----------------------------------
PAPER CHECK
 Check/Money Order Num: 510
 Amt Tendered:   $100.00
-----------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

MOTION FOR ADMISSION PRO HAC VICE
FOR MARK F. (THOR) HEARNE, II.
5:21-CV-844. UNITED STATES OF
AMERICA V. STATE OF TEXAS, ET AL.
```