# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § <br><br> Civil Action No. SA-21-CV-00844-XR |

## ORDER

On this day, the Court considered the status of this case. This case is set for a hearing on the State Defendants' motion to consolidate this case with *Longoria v. Paxton*, 5:21-CV-1223-XR (W.D. Tex. Dec. 10, 2021) on **Tuesday, January 11, 2022** at **10:30 AM**. The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted.

It is so **ORDERED**.

**SIGNED** January 5, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE