# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 5:21-cv-844-XR |
| HOUSTON JUSTICE, *et al.,*<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 5:21-cv-848-XR |

## STATE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR MOTION TO DISMISS

Greg Abbott, Governor of the State of Texas, in his official capacity, and John Scott, Secretary of State of Texas, in his official capacity, and Ken Paxton, Attorney General of Texas, in his official capacity, respectfully request an extension of the twenty-page limit set by Local Rule CV-7(c)(2) for their Motion to Dismiss. The Governor, the Secretary of State, and the Attorney General seek permission to file a motion that does not exceed 25 pages.

The extension is sought to ensure that the Governor, the Secretary of State, and the Attorney General have adequate opportunity to point out the deficiencies in Houston Justice's claims.

The undersigned counsel consulted with counsel for the Plaintiffs, who have represented that Plaintiffs do not oppose the requested extension.

Based on the foregoing, the Governor, the Secretary of State, and Attorney General respectfully request that their unopposed motion for leave to exceed page limits be granted.

| | |
|---|---|
| Date: January 5, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | patrick.sweeten@oag.texas.gov<br>Tex. State Bar No. 00798537 |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410 | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>will.thompson@oag.texas.gov<br>Tex. State Bar No. 24088531<br><br>**COUNSEL FOR STATE DEFENDANTS** |

### CERTIFICATE OF CONFERENCE

I certify that on January 5, 2022, I conferred with counsel for Plaintiffs about the foregoing motion and that counsel is unopposed to Defendants' requested extension.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 5, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN