# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>　　*Defendants*. | § § § § § § § §　Case No. 5:21-cv-844-XR |
| HOUSTON JUSTICE, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, *et al.*,<br>　　*Defendants*. | § § § § § § § §　Case No. 5:21-cv-848-XR |

## ORDER

Now before the Court comes the Governor, Secretary of State, and Attorney General's Unopposed Motion for Leave to Exceed Page Limits filed January 5, 2022, regarding their Motion to Dismiss. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Governor, the Secretary of State, and Attorney General' Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED. The Governor, the Secretary of State, and Attorney General may file a response that does not exceed 25 pages.

DATE: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE