IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br>     *Defendants*. | § § § § § § § § §    Case No. 5:21-cv-844-XR |

### NOTICE OF APPEARANCE

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State of Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas ("State Defendants"), file this Notice of Appearance to alert the Court that William T. Thompson will appear as counsel in the above-captioned case along with counsel listed below. Mr. Thompson is a member in good standing with State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

> William T. Thompson
> Tex. State Bar No. 24088531
> P.O. Box 12548 (MC-009)
> Austin, Texas 78711-2548
> Tel.: (512) 936-2567
> Fax: (512) 457-4410
> will.thompson@oag.texas.gov

| | |
|---|---|
| Date: January 6, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ William T. Thompson*<br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | COUNSEL FOR STATE DEFENDANTS |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 6, 2022, and that all counsel of record were served by CM/ECF.

*/s/ William T. Thompson*
WILLIAM T. THOMPSON