**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.,*<br><br>        Plaintiffs,<br><br>    v.<br><br>GREGORY W. ABBOTT, *et al.*<br><br>        Defendants.<br><br>――――――――――――<br><br>MI FAMILIA VOTA, *et al.*<br><br>        Plaintiffs,<br><br>    vs.<br><br>GREG ABBOTT, *et al.*<br><br>        Defendants.<br><br>――――――――――――<br><br>HOUSTON JUSTICE, *et al.*<br><br>        Plaintiffs,<br><br>    vs.<br><br>GREGORY WAYNE ABBOTT, *et al.*<br><br>        Defendants. | Civil Action No. 5:21-cv-844(XR)<br>(Consolidated Case) |

## <u>UNOPPOSED MOTION TO WITHDRAW COUNSEL</u>

*Houston Justice, et al.*,   ("Plaintiff" or "Plaintiffs") hereby file this Unopposed Motion to Withdraw Counsel, and in support thereof, respectfully represents to the Court the following:

### I.

Plaintiff Houston Justice filed its Complaint in *Houston Justice et al. v. Abbott*, No. 5:21-cv-00848 (W.D. Tex.), challenging Texas S.B.1, in this Court on September 7, 2021. (Dkt. 1). Lora Spencer, of Reed Smith LLP, is one of several counsels of record who entered an appearance on behalf of Plaintiffs.  On September 30, 2021, this Court entered an Order consolidating *Houston Justice et al. v. Abbott,* No. 5:21-cv-00848 (W.D. Tex.) into  *La Union del Pueblo Entero v. Abbott,* No. 5:21-cv-844 (W.D. Tex).[1]  (Dkt. 20).  On January 10, 2022, Ms. Spencer submitted to Reed Smith LLP her two-week notice of departure.

### II.

Based on the aforementioned, Plaintiffs, and Reed Smith, LLP, hereby request that Lora Spencer be withdrawn as counsel of record.  Plaintiffs continue to be represented by all remaining counsels of record in this matter.

Defendants' counsels of record do not oppose this motion for withdrawal.  In addition, this withdrawal is not for the purpose of delay.

### III.

**WHEREFORE,** Plaintiffs requests that this motion in all things be GRANTED.

---

[1] Also consolidated into *La Union del Pubelo Entero v. Abbott* were *OCA-Greater Houston v. Esparza,* No. 1:21-cv-780 (W.D. Tex); *LULAC Texas v. Esparza,* No. 1:21-cv-786 (W.D. Tex) and *Mi Familia Vota v. Abbott,* No. 5:21-cv-920. (Dkt. 20).

[SIGNATURE BLOCK NEXT PAGE]

Date: January 11, 2022                    Respectfully submitted,

*/s/ Lora Spencer*
Lora Spencer
Bar No. 24085597
Reed Smith, LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: 713.469.3800
Fax: 713.469.3899
lspencer@reedsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ *Lora Spencer*
Lora Spencer