## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.* <br><br> Defendants. | Civil Action No. 5:21-cv-844(XR) <br> (Consolidated Case) |
| MI FAMILIA VOTA, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> GREG ABBOTT, *et al.* <br><br> Defendants. | |
| HOUSTON JUSTICE, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY WAYNE ABBOTT, *et al.* <br><br> Defendants. | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

The Court, having considered the Plaintiffs' Unopposed Motion to Withdraw Counsel, finds that the Motion be GRANTED.

IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs.

SIGNED on this ____ day of _____, 2022.

_____
United States District Judge