# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

Please Choose Division

LA UNIÓN DEL PUEBLO ENTERO, et al.,

vs.

GREGORY W. ABBOTT, in his official capacity as Governor of Texas, et al.

Case No.: Consolidated Case
No: 5:21-cv-00844-XR

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Orion Armon, counsel for Lisa Wise, in her official capacity as the El Paso County Elections Commissione, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and David Louk may appear on behalf of Lisa Wise, in her official capacity as the El Paso County Elections Commissione in the above case.

IT IS FURTHER ORDERED that David Louk, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20 _____.

_____
UNITED STATES DISTRICT JUDGE

