UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.,

vs.

GREGORY W. ABBOTT, in his official
capacity as Governor of Texas, et al.,

Case No.: Consolidated Case
No: 5:21-cv-00844-XR

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David Louk, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Lisa Wise, in her official capacity as the El Paso County Elections Commissioner in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Cooley LLP with offices at:

    Mailing address: 3 Embarcadero Center, 20th Floor

    City, State, Zip Code: San Francisco, CA 94111-4004

    Telephone: 415 693-2000    Facsimile: 415 693-2222

2. Since 2015, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 304654.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. District Court, Central District of CA | 12/8/2021 |
    | U.S. District Court, Northern District of CA | 12/22/2021 |
    | Ninth Circuit Court of Appeals | 1/5/2021 |


American LegalNet, Inc.
www.FormsWorkFlow.com

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

Applicant has read and is familiar with the Local Rules of the Western District of Texas and agrees to comply with the standards of practice set out therein.



9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Orion Armon (oarmon@cooley.com)

Mailing address: Cooley LLP, 1144 15th Street, Suite 2300

City, State, Zip Code: Denver, CO 80202-2686

Telephone: 720 566-4000

Should the Court grant applicant's motion, Applicant shall tender the amount of $433.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of David Louk to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David Louk
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12th day of January, 2022.

Orion Armon (CO SBN #34923)
[printed name of Applicant]

[signature of Applicant]

