IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOUSTON JUSTICE, et al.,<br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, et al.,<br>　　　　　　*Defendants*.<br>MI FAMILIA VOTA, et al.,<br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, et al.,<br>　　　　　　*Defendants*. | 5:21-cv-0844-XR<br>(Consolidated Cases) |

### HOUSTON JUSTICE AND MI FAMILIA VOTA PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Jeffrey Lamar Clemmons, Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge (collectively, "Plaintiffs") file this Motion for Leave to File a Second Amended Complaint (the "Motion") in this matter pursuant to Federal Rule of Civil Procedure 15(a)(2) and respectfully request the Court grant this Motion for the following reasons:

The proposed Second Amended Complaint, attached hereto as "Exhibit A," makes changes in light of the recent decision by the Texas Court of Criminal Appeals in *State v. Stephens*, No. PD-1032-20, 2021 WL 5917198 (Tex. Crim. App. Dec. 15, 2021).[1] The Second Amended Complaint names the District Attorneys of Bexar County, Harris County, and Travis County (Joe

---

[1] Plaintiffs' First Amended Complaint was filed December 1, 2021 [ECF 139], prior to the *Stephens* decision.

D. Gonzales, Kim K. Ogg, and José Garza, respectively) as defendants, and more fully sets forth specific factual allegations relating to the authority of Defendant Warren "Ken" Paxton, Attorney General of Texas to enforce the Texas Election Code. In addition, the Second Amended Complaint clarifies which provisions of SB 1 Plaintiffs challenge under their Americans with Disabilities Act and Rehabilitation Act claims relating to voter identification requirements of early voting ballot applications.

Plaintiffs do not believe their proposed Second Amended Complaint makes substantive changes that will have any effect on the arguments made by the State Defendants in their Motion to Dismiss filed on January 7, 2022 [ECF 183], and intend to timely respond to that motion. Accordingly, Plaintiffs do not believe granting leave to amend the complaint will delay the resolution of the State Defendants' motion. As directed by the Court during the January 11, 2022 conference, Plaintiffs have provided State Defendants with a redlined version of the Second Amended Complaint concurrent with the filing of this Motion.

Nor is amendment of the complaint futile. District Attorneys Gonzales, Ogg, and Garza have the authority "to prosecute the pleas of the state in criminal cases." *Stephens*, No. PD-1032-20, 2021 WL 5917198, at *4 (quoting *Meshell v. State*, 739 S.W.2d 246, 254 (Tex. Crim. App. 1987)). Thus, they are proper defendants to Plaintiffs' claims seeking an injunction against prosecution for violations of provisions of SB 1.

Finally, this Motion is timely, as it is filed within the time allowed for filing a motion seeking leave to amend pleadings and join parties in this case pursuant to the Court's scheduling order.  ECF 125.

Plaintiffs have conferred with counsel for all Defendants regarding this Motion. The State Defendants advised that they cannot consent to the Plaintiffs' amended complaints without seeing

the proposed amendments or receiving a detailed description. Defendant Isabel Longoria is unopposed to the motion, and Defendant Callanen did not provide a position.

This Motion is not brought for purposes of delay, but so that justice may be done. Thus, Plaintiffs request that the Court enter their Second Amended Complaint, Exhibit A, in this case, or in the alternative, grant this Motion so that Plaintiffs may file their Second Amended Complaint.

DATED:  January 14, 2022

Respectfully submitted,

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

 /s/ *Kenneth E. Broughton*
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com
J. Keely Dulaney
Texas Bar No. 24116306
kdulaney@reedsmith.com
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah M. Cummings
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
scummings@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600

Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

STOEL RIVES LLP

By: /s/ Wendy J. Olson
Wendy J. Olson (admitted *Pro hac vice*)
Laura E. Rosenbaum (admitted *Pro hac vice*)
Marc Rasich (admitted *Pro hac vice*)
Elijah Watkins (admitted *Pro hac vice*)
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100

- 5 -

San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

Courtney Hostetler (admitted *Pro hac vice*)
Ron Fein (admitted *Pro hac vice*)
John Bonifaz (admitted *Pro hac vice*)
Ben Clements (admitted *Pro hac vice*)
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

*Attorneys for Plaintiffs Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to all counsel of record.

      /s/ *Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

**CERTIFICATE OF CONFERENCE**

      I hereby certify that on January 6 through January 10, 2022, counsel for consolidated plaintiffs conferred with counsel for the State Defendants, and on January 14, 2022, counsel for Plaintiffs conferred with counsel for Defendants Longoria and Callanen. State Defendants advised that they cannot consent to the motion at this time without further detail. Defendant Longoria is unopposed, and Defendant Callanen did not provide a position.

      /s/ *Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org