**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| HOUSTON JUSTICE, et al.,<br>              *Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, et al.,<br>              *Defendants*.<br>MI FAMILIA VOTA, et al.,<br>              *Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, et al.,<br>              *Defendants.* | 5:21-cv-0844-XR<br>(Consolidated Cases) |

**ORDER**

On this day came on to be considered Plaintiffs Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Jeffrey Lamar Clemmons, Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge's (collectively, "Plaintiffs") Motion for Leave to File a Second Amended Complaint (the "Motion") in this matter pursuant to Federal Rule of Civil Procedure 15(a)(2).  The Court's Scheduling Order specifies January 22, 2022 as the Plaintiffs' deadline to file a motion seeking leave to amend pleadings or join parties.  ECF 125.  Plaintiffs' Motion was filed January 14, 2022.  Thus, the Court, having considered the Motion, finds that the Motion should be GRANTED.  Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

SIGNED this the ___ day of _____, 2022.

_____
Judge Presiding