**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
|     Defendants. | § | |

## ORDER GRANTING OCA-GREATER HOUSTON PLAINTIFFS' MOTION FOR LEAVE TO AMEND

The Court has considered the Motion for Leave to File a Second Amended Complaint filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. Finding no substantial reason not permit the amendment, the motion is GRANTED pursuant to Federal Rule of Civil Procedure 15(a)(2).

The Clerk of the Court shall file the Amended Complaint attached to that motion with the papers of this case.

Signed and Entered this _____ day of _____, 2022.

_____
Hon. Xavier Rodriguez
United Stated District Judge