UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants.* | Lead Case No: 5:21-cv-844-XR |
| LULAC TEXAS, et al., *Plaintiffs*, v. JOHN SCOTT, et al., *Defendants.* | Consolidated Case No: 1:21-cv-0786-XR |

## [PROPOSED] ORDER

The Court has considered the Motion for Leave to File a Second Amended Complaint filed by Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. Finding good cause therein and no sound reason not to permit the amendment, the Motion is GRANTED pursuant to Federal Rule of Civil Procedure 15(a)(2).

The Clerk of the Court shall file the Amended Complaint attached to that motion with the papers of this case.

Signed and Entered this _____ day of _____, 2022.

_____
Hon. Xavier Rodriguez
United Stated District Judge