AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:21-CV-844-XR |
| Gregory W. Abbott, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Isabel Longoria.

Date: 01/21/2022

/s/ Christina M. Beeler
*Attorney's signature*

Christina M. Beeler, Texas Bar No. 24096124
*Printed name and bar number*

Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
*Address*

christina.beeler@cao.hctx.net
*E-mail address*

(713) 274-5345
*Telephone number*

(713) 755-8924
*FAX number*

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 21, 2022, and that all counsel of record were served via CM/ECF.

*/s/ Christina M. Beeler*
Christina M. Beeler