AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| La Union Pueblo Entero, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:21-CV-844-XR |
| Gregory W. Abbott, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Isabel Longoria.

Date: 01/21/2022

/s/ Tiffany S. Bingham
*Attorney's signature*

Tiffany S. Bingham, Texas Bar No. 24012287
*Printed name and bar number*

Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
*Address*

tiffany.bingham@cao.hctx.net
*E-mail address*

(713) 274-5132
*Telephone number*

(713) 755-8924
*FAX number*

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 21, 2022, and that all counsel of record were served via CM/ECF.

/s/ Tiffany S. Bingham
Tiffany S. Bingham