IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF TEXAS, et al., <br><br> Defendants. | Case No. 5:21-cv-00844-XR <br> (Consolidated Cases) |

### [PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

The Court has considered the Motion for Leave to File a Second Amended Complaint filed by Plaintiffs La Unión Del Pueblo Entero, Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, FIEL Houston Inc., and James Lewin. Finding good cause therein and no sound reason not to permit the amendment, the Motion is GRANTED pursuant to Federal Rule of Civil Procedure 15(a)(2).

The Clerk of the Court shall file the Amended Complaint attached to that motion with the papers of this case.

Signed and Entered this _____ day of _____, 2022.

_____
Hon. Xavier Rodriguez
United States District Judge