IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

## [PROPOSED] ORDER COMPELLING PRODUCTION

Upon consideration of the United States' Motion to Compel Production dated January 24, 2022, along with any responses or replies thereto, the United States' motion is GRANTED. Defendants the State of Texas and Secretary of State John Scott are hereby ORDERED to produce all records in the Card Status, Surrendered DL/ID Number, and License Surrendered fields in the Department of Public Safety's identification document database, along with a unique identifier to be used for linkage purposes to the database extracts already produced. Such database extracts shall be produced as expeditiously as possible, and in no event later than one week from the date of entry of this Order. Except for those provisions governing the time and place of production, production of database records shall be governed by the Stipulated Protective Order entered by this Court on December 23, 2021, ECF No. 162.

It is so **ORDERED**.

Signed this _____ Day of _____, 2022

_____
THE HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE