# Exhibit 1

Case 5:21-cv-00844-XR   Document 205-2   Filed 01/24/22   Page 1 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

### UNITED STATES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the United States of America requests that Defendants the State of Texas and John Scott identify and produce the documents and items requested below for inspection and copying and deliver copies to counsel for United States by December 12, 2021.

### INSTRUCTIONS AND DEFINITIONS

1. "Defendants" means defendants State of Texas and John Scott and any of their past or present agents, advisors, employees, representatives, attorneys, consultants, contractors, or other persons or entities acting on Defendants' behalf or subject to Defendants' control.

2. "SB 1" means the Election Integrity Protection Act of 2021, S.B. 1, 87th Legis., 2d Spec. Sess. (Tex. 2021), which amends the Texas Election Code relating to, among other topics, voter assistance, applications for ballots by mail, and mail ballot carrier envelopes.

3. In construing these requests, apply the broadest construction, so as to produce the most comprehensive response. Construe the terms "and" and "or" either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might

1

...

otherwise be construed to be outside that scope. Words used in the masculine gender include the feminine, and words used in the singular include the plural.

4. The United States requests that Defendants meet and confer to plan and execute the orderly and accurate production of the database excerpts requested below no later than November 19, 2021, and as part of such a meeting, include the custodians of the databases referenced below, as well as technicians with sufficient knowledge to explain the content and format of the databases and requested fields.

5. For each request for the production of database excerpts, the production shall share a common snapshot date subsequent to the inclusion of all data concerning the November 2, 2021 constitutional amendment elections in the Texas Election Administration Management System (TEAM) from each and every county.

6. Should all county data concerning the November 2, 2021 local elections not be integrated in TEAM sufficiently prior to December 12, 2021, to permit a timely response to these requests, counsel for the United States and Texas shall meet and confer to reach a mutually agreed upon production date.

## DOCUMENT REQUESTS

1. All database dictionaries and user manuals related to the Texas Election Administration Management (TEAM) database, the driver license and personal identification card database, and the election identification certificate database.

2. The contents of all fields contained within the State of Texas's voter registration database, also known as the Texas Election Administration Management System (TEAM), used to determine voter eligibility; to implement or enforce SB 1; to record voter history in any federal, state, or municipal election since 2016 (including whether the individual cast a ballot by

mail and whether the individual received voter assistance); to establish the correct driver's license, election identification certificate, personal identification card, or partial social security number for each voter under procedures established by Section 5.02 of SB 1 (to be codified at Tex. Elec. Code § 84.002) and Section 5.08 of SB 1 (to be codified at Tex. Elec. Code § 86.002); to identify absent uniformed services voters and overseas voters entitled to the protections of the Uniformed and Overseas Citizens Absentee Voting Act, 52 U.S.C. §§ 20301-11, Chapter 101 of the Texas Election Code, Tex. Elec. Code §§ 101.001-.109, or Chapter 114 of the Texas Election Code, Tex. Elec. Code §§ 114.001-.008; and to identify voters who have reported or established disability status for voting purposes.

    a. With respect to voter eligibility, this request covers, but is not limited to the following fields in TEAM (identified by currently understood field name as well as by field contents):

| Field Name | Field Description |
|---|---|
| VOTER_COUNTY_ID | Internal database key |
| JUR_ID | aka Jurisdiction ID, County Number, or County Code |
| VUID | Voter Unique ID |
| LAST_NAME | Voter Last Name |
| FIRST_NAME | Voter First Name |
| MIDDLE_NAME | Voter Middle Name |
| FORMER_LAST_NAME | Voter Former Last Name |
| NAME_SUFFIX_CODE | Voter Name Suffix |
| SSN | Voter Social Security Number (complete where available, or last 4 digits where complete is unavailable) |
| GENDER_CODE | Voter Gender Code |
| OFFICIAL_ID_NUMBER | Texas Drivers License Number/Texas ID |
| DATE_OF_BIRTH | Voter Date of Birth- |
| VOTER_STATUS_CODE | Voter Status Code (V=Active, C=Cancelled, S=Suspense, L=Live Check Wait) |
| SPANISH_SURNAME_FG | Indicates whether Voter has a Spanish Surname (Y=Yes, N=No) |
| BLOCK_NUMBER | Voter Residential Block Number |
| DESIGNATOR | Voter Residential Designator |
| ST_DIR_PREFIX | Voter Residential Street Direction Prefix |
| STREET_NAME | Voter Residential Street Name |
| STREET_TYPE | Voter Residential Street Type |
| ST_DIR_SUFFIX | Voter Residential Street Direction Suffix |
| UNIT_NUMBER | Voter Residential Unit Number |
| UNIT_TYPE | Voter Residential Unit Type |
| PARCEL_NUMBER | Voter Residential Parcel Number |
| CITY | Voter Residential City Name |
| STATE | Voter Residential State Name |
| ZIP_CODE | Voter Residential ZipCode |
| MAIL_NAME | Voter Mailing Address Name |
| MAIL_ADRS_1 | Voter Mailing Address Line1 |
| MAIL_ADRS_2 | Voter Mailing Address Line2 |
| MAIL_CITY | Voter Mailing City Name |
| MAIL_STATE | Voter Mailing State Name |
| MAIL_ZIP_CODE | Voter Mailing Address ZipCode |
| PCT_CODE | Precinct Code |
| PCT_NAME | Precinct Name |
| LANGUAGE_CODE | Language Code |
| REGISTRATION_DATE | Voter Application Date |
| EDR | Effective Date of Registration- |
| DISPLAY_CODE | Cancel Event Display Code (Filled-in for Cancelled Voters Only) |
| EVENT_CODE | Cancel Event Code (Filled-in for Cancelled Voters Only) |
| EVENT_DESC | Cancel Event Description (Filled-in for Cancelled Voters Only) |
| APPLICATION_SOURCE_CODE | Voter Application Source Code |

b. With respect to voter history, this request covers, but is not limited to, the following fields in TEAM (identified by currently understood field name as well as by field contents):

| Field Name | Field Contents |
|---|---|
| VUID | Voter Unique ID |
| JUR_ID | Jurisdiction ID, County Number, or County Code |
| HIST_TYPE_CODE | Voting History Type Code (recording whether early, absentee, or election day votes are accepted or rejected) |
| ACTIVITY_DATE | Date of Activity (Voted, Rejected, etc.) |
| PROVISIONAL_REJECT_REASON_CODE | Provisional Ballot Rejected Reason Code |
| TITLE | Provisional Ballot Rejected Reason Description |
| ELECTION_DATE | Election Date |
| ELECTION_TYPE_CODE | Election Type Code: (E.g., primary, general, runoff) |
| ELECTION_NAME | Election Name |

c. With respect to implementation and enforcement of SB 1, this request includes the contents of any fields in TEAM necessary for implementation and enforcement of SB 1's requirements, including but not limited to the content of all fields recording which voters have requested an absentee ballot by mail application, have applied for an absentee ballot by mail, have had an absentee ballot by mail application rejected, have had an absentee ballot by mail application accepted, the reason for rejection of an absentee ballot by mail application, the reason for acceptance of an absentee ballot by mail application, the duration of an accepted absentee ballot by mail application (*e.g.*, annual or one election), whether a voter cast an absentee ballot by mail, whether an absentee ballot by mail was accepted, whether an absentee ballot by mail was rejected, and the reason an absentee ballot by mail was rejected.

d. This request seeks any and all other fields produced by the State of Texas from the TEAM database during *United States v. Texas*, No. 2:13-cv-263 (S.D. Tex.).

3

3.      The contents of all fields contained within the State of Texas's driver license and personal identification card database that could be used to match individuals against the State of Texas's TEAM voter registration database, to determine voter eligibility, or to determine whether an individual has been issued one or more identification documents named in Section 5.02 of SB 1 (to be codified at Tex. Elec. Code § 84.002) and Section 5.08 of SB 1 (to be codified at Tex. Elec. Code § 86.002).  This request includes the content of all fields reflecting the full name, address (including city, state, county, and ZIP code), date of birth, Social Security account number, race, ethnicity, sex, driver license or personal identification card number, and disability status of all driver license and personal identification card holders, as well as the content of fields reflecting whether the driver license or identification card has expired, been suspended, or confiscated, and whether the license or identification or holder is deceased.  This request covers but is not limited to the entire Admin and Issuance files; the Person ID, Transaction ID, Issuance ID, Transaction Type Code, and Last Update Date fields in the Transactions file; and the contents of following fields contained in the Person file:

a. DL/ID/UNL or EC Number
b. Person ID
c. First Name
d. Last Name
e. Middle Name
f. Suffix
g. Date of Birth
h. Social Security Number
i. Permanent Street Address 1
j. Permanent Street Address 2
k. Permanent City
l. Permanent State
m. Permanent Zip Code
n. Permanent Zip Code Ext.
o. Permanent County
p. Permanent Country
q. Mailing Street Address 1
r. Mailing Street Address 2

4

| | |
|---|---|
| s. Mailing City | dd. AKA DL/ID Number |
| t. Mailing State | ee. Card Status |
| u. Mailing Zip Code | ff. Record Status |
| v. Mailing Zip Code Ext. | gg. Card Type |
| w. Mailing County | hh. Surrendered DL/ID Number |
| x. Mailing Country | ii. License Surrendered |
| y. Sex | jj. License Confiscated |
| z. Race | kk. DL Issuance Status |
| aa. Disabled Veteran | ll. ID Issuance Status |
| bb. Homebound | mm. License Status |
| cc. AKA Name | nn. Deceased Certificate Number |

In addition, this request includes all definitional tables for individual fields described above, including but not limited to homebound, county, race, and country. This request seeks any and all other tables and fields produced by the State of Texas from the driver license and personal identification card database during *United States v. Texas*, No. 2:13-cv-263 (S.D. Tex.).

  4. The State of Texas's election identification certificate database, in its entirety with the exception of information on the hair color, height, and weight of election identification certificate applicants. This request includes data kept as a column within the State of Texas's driver license and personal identification card database. This request includes the content of all fields reflecting data collected through the election identification certification application (except for those on hair color, height, and weight) including the applicants' full name, residential and mailing addresses (including city, state, county, and ZIP code), date of birth, Social Security

account number, race, ethnicity, sex, as well as all data on underlying documentation presented, and all dates of issuance or denial of issuance.

Date: November 12, 2021

                              KRISTEN CLARKE
                              Assistant Attorney General

                              PAMELA S. KARLAN
                              Principal Deputy Assistant Attorney General
                              Civil Rights Division

                              */s/ Michael E. Stewart*
                              T. CHRISTIAN HERREN, JR.
                              RICHARD A. DELLHEIM
                              DANIEL J. FREEMAN
                              DANA PAIKOWSKY
                              MICHAEL E. STEWART
                              JENNIFER YUN
                              Attorneys, Voting Section
                              Civil Rights Division
                              U.S. Department of Justice
                              950 Pennsylvania Avenue NW
                              Washington, D.C. 20530
                              Phone: (202) 305-4355
                              michael.stewart3@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on November 12, 2021, I served a true and correct copy of the foregoing via electronic mail on all counsel of record:

                                                                       */s/ Michael E. Stewart*
                                                                       Michael E. Stewart
                                                                       Voting Section
                                                                       Civil Rights Division
                                                                       U.S. Department of Justice
                                                                       michael.stewart3@usdoj.gov