# Exhibit 3

```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
                      CORPUS CHRISTI DIVISION




MARC VEASEY, ET AL.,         )    CASE NO: 2:13-CV-00193
                             )
          Plaintiffs,        )         CIVIL
                             )
    vs.                      )    Corpus Christi, Texas
                             )
RICK PERRY, ET AL.,          )    Tuesday, September 9, 2014
                             )    (7:58 a.m. to 12:04 p.m.)
          Defendants.        )    (1:08 p.m. to  6:25 p.m.)


                      BENCH TRIAL - DAY 6

         BEFORE THE HONORABLE NELVA GONZALES RAMOS,
                UNITED STATES DISTRICT JUDGE




Appearances:              See Next Page

Court Recorder:           Genay Rogan

Clerk:                    Brandy Cortez

Court Security Officer:   Adrian Perez

Transcriber:              Exceptional Reporting Services, Inc.
                          P.O. Box 18668
                          Corpus Christi, TX 78480-8668
                          361 949-2988




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

**APPEARANCES FOR:**

| | |
|---|---|
| Plaintiffs: | CHAD W. DUNN, ESQ.<br>KEMBEL SCOTT BRAZIL, ESQ.<br>Brazil and Dunn<br>4201 Cypress Creek Parkway, Suite 530<br>Houston, TX 77068<br><br>ARMAND DERFNER, ESQ.<br>P.O. Box 600<br>Charleston, SC 29402<br><br>J. GERALD HEBERT, ESQ.<br>Attorney at Law<br>191 Somervelle Street #405<br>Alexandria, VA 22304<br><br>NEIL G. BARON, ESQ.<br>914 FM 517 Rd. W, Suite 242<br>Dickinson, TX 77539<br><br>EMMA P. SIMSON, ESQ.<br>Campaign Legal Center<br>215 E. Street NE<br>Washington, DC 20002 |
| Mexican American<br>Legislative Caucus,<br>et al.: | EZRA D. ROSENBERG, ESQ.<br>Dechert, LLP<br>902 Carnegie Center, Suite 500<br>Princeton, NJ 08540-6531<br><br>MARK A. POSNER, ESQ.<br>AMY L. RUDD, ESQ.<br>GARY BLEDSOE, ESQ.<br>SONIA K. GILL, ESQ.<br>ERANDI ZAMORA, ESQ.<br>Lawyers' Committee for Civil Rights<br>1401 New York Ave. NW, Suite 400<br>Washington, DC 20005<br><br>DANIEL G. COVICH, ESQ.<br>802 N. Carancahua, Suite 2100<br>Corpus Christi, TX 78401 |

**APPEARANCES FOR:**        (CONTINUED)

Mexican American            MYRNA PEREZ, ESQ.
Legislative Caucus,         VISHAL AGRAHARKAR, ESQ.
et al.:                     JENNIFER CLARK, ESQ.
                            Brennan Center for Justice
                            161 Avenue of the Americas
                            12th Floor
                            New York, NY 10013

United States               RICHARD DELLHEIM, ESQ.
of America:                 ELIZABETH S. WESTFALL, ESQ.
                            DANIEL FREEMAN, ESQ.
                            ANNA BALDWIN, ESQ.
                            AVNER SHAPIRO, ESQ.
                            MEREDITH BELL-PLATTS, ESQ.
                            JOHN SMITH, ESQ.
                            PAXTON WARNER, ESQ.
                            BRADLEY HEARD, ESQ.
                            ROBERT BERMAN, ESQ.
                            U.S. Department of Justice
                            950 Pennsylvania Ave. NW
                            Washington, DC 20530

                            BRUCE I. GEAR, ESQ.
                            Department of Justice
                            1800 G Street NW
                            Washington, DC 20006

Ortiz Plaintiffs,           JOSE GARZA, ESQ.
et al.:                     7414 Robin Rest Dr.
                            San Antonio, TX 78209

                            ROBERT W. DOGGETT, ESQ.
                            Texas Rio Grande Legal Aid, Inc.
                            4920 North IH 35
                            Austin, TX 78751

                            MARINDA VAN DALEN, ESQ.
                            Texas RioGrande Legal Aid, Inc.
                            531 E. St. Francis
                            Brownsville, TX 78520

```
APPEARANCES FOR:           (CONTINUED)


Texas League of Young      RYAN HAYGOOD, ESQ.
Voters Education Fund:     NATASHA KORGAONKAR, ESQ.
                           DEUEL ROSS, ESQ.
                           LEAH ADEN, ESQ.
                           NAACP Legal Def. and Educational Fund
                           40 Rector St., 5th Floor
                           New York, NY 10006

                           DANIELLE CONLEY, ESQ.
                           KELLY DUNBAR, ESQ.
                           M. HASAN ALI, ESQ.
                           LYNN EISENBERG, ESQ.
                           JONATHAN E. PAIKIN, ESQ.
                           RICHARD F. SHORDT, ESQ.
                           SONYA LEBSACK, ESQ.
                           TANIA C. FARANSSO, ESQ.
                           Wilmer Cutler Pickering, et al.
                           1875 Pennsylvania Avenue, NW
                           Washington, DC 20006

Texas Association of       ROLANDO L. RIOS, ESQ.
Hispanic County Judges     115 E. Travis
and County                 Suite 1654
Commissioners:             San Antonio, TX 78205

                           PRESTON HENRICHSON, ESQ.
                           222 W. Cano
                           Edinburg, TX 78539

State of Texas:            JOHN BARRET SCOTT, ESQ.
                           Deputy Attorney General
                           for Civil Litigation
                           Office of the Attorney General
                           P.O. Box 12548
                           Austin, TX 78711

                           JOHN REED CLAY, JR., ESQ.
                           LINDSEY E. WOLF, ESQ.
                           JENNIFER ROSCETTI, ESQ.
                           G. DAVID WHITLEY, ESQ.
                           STEPHEN L. TATUM, JR., ESQ.
                           STEPHEN R. KEISTER, ESQ.
                           Office of the Attorney General
                           P.O. Box 12548
                           MC001
                           Austin, TX 78711
```

5

**APPEARANCES FOR:**            (CONTINUED)


State of Texas:                 BEN A. DONNELL, ESQ.
                                Donnell Abernethy Kieschnick
                                555 N. Carancahua, Suite 400
                                Corpus Christi, TX 78401

                                WHITNEY DEASON, ESQ.
                                JOHN CRAWFORD, ESQ.

Non-Party Senators              ARTHUR D'ANDREA, ESQ.
& Non-Party                     Office of the Attorney General
Representatives:                209 W. 14th Street, 7th Floor
                                Austin, TX 78701

                                DAVID TALBOT, ESQ.

                                JAMES B. ECCLES, ESQ.
                                Office of the AG of Texas
                                300 W. 15th Street, 11th Floor
                                Austin, TX 78701

                                ALICE LONDON, ESQ.
                                Bishop London Brophy & Dodds
                                3701 Bee Cave Rd., Suite 200
                                Austin, TX 78746

```
 1                              INDEX

 2   PLAINTIFFS' WITNESSES    DIRECT      CROSS      REDIRECT    RECROSS

 3   VERNON BURTON

 4     BY MS. KORGAONKAR      16/19                  69

 5     BY MR. SCOTT                       50                     71

 6     BY MS. WESTFALL                               71

 7     BY MR. DERFNER                                71/73

 8   DR. COLEMAN BAZELON      76/96       121        135

 9   JOE PETERS               137         159

10     (VIA DEPO)

11   ESTELA GARCIA ESPINOZA   165         175

12     (VIA DEPO)

13   IMANI CLARK              184         190

14     (VIA DEPO)

15

16   DEFENDANTS' WITNESSES

17   MANUEL ANTONIO RODRIGUEZ

18     BY MR. SCOTT           197                    311

19     BY MS. BALDWIN                     247

20     BY MR. DERFNER                     270

21     BY MS. VAN DALEN                   301

22   VICTOR FARINELLI

23     BY MS. WOLF            312                    403

24     BY MR. FREEMAN                     363

25     BY MR. HEBERT                      399
```

1    **Corpus Christi, Texas; Tuesday, September 9, 2014; 7:58 a.m.**

2                              **Call to Order**

3          **MR. SCOTT:**  Good morning.  Your Honor, I -- John

4    Scott.  I have some information for the Court.  I have passed

5    off an Amended Answers to -- or an Amended Answer, but it's

6    part and parcel of the Amended Answers to a 30(b)(6) deposition

7    on written questions to the Department of Public Safety.

8          Yesterday about 7:00 o'clock Ben notified me that the

9    folks had a question about whether that was 30(b) -- on the

10   30(b)(6) answer related to Number 35, was as accurate as it

11   needed to be.

12         **THE COURT:**  Okay.

13         **MR. SCOTT:**  One of the issues that's out there in

14   this case is there's about 180,000 people just from a

15   historical perspective we had the Department of Public Safety

16   issue back in July.  We notified the Court and the parties

17   about that.

18         As a result of that Dr. Ansolahehere, I think, did a

19   modified report where he dropped his number down to

20   approximately 600,000.  That number went back up to about 180-

21   something -- about 180,000 folks subsequent to the Answers to

22   the deposition on written questions, and then started kind of

23   an interchange between our office and the Department of Justice

24   trying to figure out where that number was based on.

25         Brian, if you -- and so --

8

1         (Counsel confer)

2              **MR. SCOTT:**  The first thing on this list.

3              **MR. FREEMAN**:  Your Honor, before anything is
4    published to the Court, the United States would move to strike
5    any modification answers to these 30(b)(6) questions under Rule
6    37(c) which is self-executing.

7              The State of Texas has been asking questions
8    regarding license surrender fields of various experts during
9    this trial, and yet on the morning that the Plaintiffs are
10   going to rest their -- close their case they have provided us
11   with a paper copy of a modification of these Rule 30(b)(6)
12   answers.

13             **THE COURT:**  What does the modification do?

14             **MR. FREEMAN**:  It changes their answer with regard to
15   the effect of particular license surrender flags.  Now
16   Mr. Scott is referring to 180,000 individuals who were on the
17   no match list on account of the fact that their driver's
18   license or other Texas-issued ID card has been surrendered.

19             This changed actually the flags and not card status
20   and this only affects approximately 20,000 individuals.

21             But under the Fifth Circuit's Decision at *CQ Inc v*
22   *TXU Mining Code,* 565 F3d 268, there's little question that
23   under Rule 37(c) this should be struck.  This information
24   was --

25             **THE COURT:**  What's the bottom line here?  What does

1  this modification do?
2          **MR. SCOTT:**  So, your Honor --
3          **THE COURT:**  -- what are we trying to do?
4          **MR. SCOTT:**  Your Honor, in -- I guess, first and
5  foremost, here's the Depo written questions, the original
6  version and the Amended Answer.
7          **THE COURT:**  So where are we, Number 35?
8          **MR. SCOTT:**  35, yes, ma'am.  So I -- I actually
9  pulled it up --
10         **THE COURT:**  Okay.
11         **MR. SCOTT:**  -- the top of the page has the answer to
12 it.
13     **(Pause)**
14         **THE COURT:**  So where's the modification, the short
15 one or the longer one?
16         **MR. SCOTT:**  The shorter one, your Honor.
17         **THE COURT:**  And what are you adding or subtracting?
18         **MR. SCOTT:**  Well, the -- what it ends up being is a
19 clarification, so surrendered licenses in Texas, if you come
20 from a -- from another state and you have to hand in your other
21 license from, if I move from Washington DC to Texas, and I go
22 to get a license from the Department of Public Safety, you have
23 to hand in your old license to them, that's a -- that's a
24 surrender.  From that day forward you're on the surrender list.
25         There are also people on the surrender list, they

1  would include people that have convicted -- or certified sex

2  offenders, so each year they surrender their identification

3  over to the Department of Public Safety and they're issued a

4  new one.

5           It includes somebody that's 65 or older, or somebody

6  who just simply doesn't want to drive anymore and they

7  surrender their license.  It is a broad, broad universe of

8  stuff.

9           **MR. FREEMAN**:  And, your Honor, again, the change only

10 affects approximately 20,000 people, but the State, at this

11 late hour, is attempting to prejudice the United States by

12 claiming that there is also some confusion on

13 Dr. Ansolahehere's no match list.  And so the United States is

14 simply prejudiced by the fact that they have chosen to wait

15 over a month, all these months, pleural, to disclose this after

16 Dr. Ansolahehere has already testified.

17          At a minimum the United States would respectfully

18 request that we be allowed -- that the United States be allowed

19 to have Dr. Ansolahehere submit a Supplemental Declaration and

20 that the State of Texas be precluded from attempting to claim

21 any error or otherwise attempt to impeach Dr. Ansolahehere

22 based on this late-breaking change.

23          **MR. SCOTT:**  So, for the record, it's not -- I learned

24 yesterday about (indiscernible) and the first thing I do, I

25 can't control what information I get, when the Department of