**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. SA-21-CV-00844-XR |
| GREGORY W. ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |

**STIPULATED EXTENSION OF EXPERT DISCOVERY DEADLINE**

Pursuant to this Court's standing instruction, *see* Fact Sheet for Judge Xavier Rodriguez ¶ 34, Plaintiffs La Union del Pueblo Entero, *et al.*[1] (Private Plaintiffs), Defendants the State of Texas and Secretary of State John Scott (State Defendants) and Defendants Travis County, Harris County, Bexar County, El Paso County, Dallas County, and Hidalgo County (County Defendants) hereby stipulate that:

1. On December 22, 2022, the United States and State Defendants filed a stipulation for purposes of amending the designation date for testifying experts. *See* Dkt. 161 (Stipulated Extension of Expert Discovery Deadline). Pursuant to that Stipulation, the United States shall file its designation of any testifying expert who relies on database extracts produced by Defendants and shall serve, but not file, the materials required by Fed. R. Civ. P.

---

[1] Plaintiffs, with the exception of the United States, are as follows: La Unión del Pueblo Entero, Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, FIEL Houston Inc., and James Lewin, Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project and Workers Defense Action Fund.

26(a)(2)(B) on or before February 28, 2022.  The State of Texas and Secretary of State John Scott shall file their designation of any testifying expert responding solely to the United States' expert or experts who rely on database extracts produced by Defendants and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before March 23, 2022.  The State of Texas and Secretary of State John Scott shall serve, but not file, supplemental reports authored by previously disclosed experts that respond solely to the United States' expert or experts who rely on database extracts produced by Defendants, and other materials required by Fed. R. Civ. P 26(a)(2)(B), on or before March 23, 2022.

2. Private Plaintiffs, State Defendants and County Defendants now enter into this stipulation for purposes of amending the designation date for testifying experts as outlined below:

3. Private Plaintiffs shall file their designations of testifying experts and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before February 28, 2022.

4. State Defendants and County Defendants shall file their designation of testifying experts and serve on all parties, but not file, the materials required by FED.R.CIV. P. 26(a)(2)(B) on or before March 23.

5. Private Plaintiffs, State Defendants and County Defendants shall file all designations of rebuttal experts and serve on all parties the material required by FED. R. OF CIV. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert (April 7).

6.  The deadline for filing supplemental reports required under FED. R. CIV. P. 26(e) remains April 29, 2022, as set out in the Court's scheduling order (Dkt. 125).

7. Nothing in this stipulation shall waive any party's rights, defenses, or objections except as specifically described, and nothing in this stipulation shall affect the May 13, 2022

deadline for completion of discovery in the Court's Scheduling Order (Dkt. 125).

Date: January 25, 2022

*For Plaintiffs*

/s/ Nina Perales
Nina Perales (Tex. Bar No. 24005046)
Julia R. Longoria (Tex. Bar No. 24070166)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Breanna Williams**
Jonathan Bash**
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
breanna.williams@friedfrank.com
jonathan.bash@friedfrank.com

Christopher Bell*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
christopher.bell@friedfrank.com

Attorneys for Plaintiffs
LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS,
TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION,
WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.

Sean Morales-Doyle (NY Bar No. 5646641)
Eliza Sweren-Becker* (NY Bar No. 5424403)
Patrick A. Berry* (NY Bar No. 5723135)
Andrew B. Garber* (NY Bar No. 5684147)
Jasleen K. Singh* (Cal. Bar No. 316596)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu
patrick.berry@nyu.edu
andrew.garber@nyu.edu
jasleen.singh@nyu.edu

Paul R. Genender (Tex. Bar No. 00790758)
Elizabeth Y. Ryan (Tex. Bar No. 24067758)
Matthew Berde* (Tex. Bar No. 24094379)
Megan Cloud^ (Tex. Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Paul.Genender@weil.com
Liz.Ryan@weil.com
Matt.Berde@weil.com
Megan.Cloud@weil.com

Alexander P. Cohen* (Tex. Bar No. 24109739)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8020
Facsimile: (212) 310-8007
Alexander.Cohen@weil.com

Attorneys for Plaintiffs:
FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN,
SOUTHWEST, AND TEXOMA REGIONS, TEXAS IMPACT, JAMES LEWIN

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

*/s/ Kenneth E. Broughton*
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com
J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah M. Cummings
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
scummings@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
Abadat@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, 6th Floor
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org
* Admitted Pro Hac Vice

*Counsel for Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

/s/ Marc E. Elias
Marc E. Elias*
Uzoma N. Nkwonta*
Kathryn E. Yukevich*
Joseph N. Posimato*
Meaghan E. Mixon*
Graham W. White*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
kyukevich@elias.law
jposimato@elias.law
mmixon@elias.law

Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
jhawley@elias.law
John R. Hardin
Texas State Bar No. 24012784

**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com
*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*

Counsel for Plaintiffs LULAC TEXAS, VOTO
LATINO, TEXAS ALLIANCE FOR RETIRED
AMERICANS, and TEXAS AFT


LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

*/s/ Sean Lyons*
Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com

Wendy J. Olson (Admitted Pro Hac Vice)
Laura E. Rosenbaum (Admitted Pro Hac Vice)
Marc Rasich (Admitted Pro Hac Vice)
Elijah Watkins (Admitted Pro Hac Vice)
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (208) 387-4291
wendy.olson@stoel.com
laura.rosenbaum@stoel.com
marc.rasich@stoel.com
elijah.watkins@stoel.com

Courtney Hostetler (Admitted Pro Hac Vice)
John Bonifaz (Admitted Pro Hac Vice)
Ben Clements (Admitted Pro Hac Vice)
Ron Fein (Admitted Pro Hac Vice)
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Counsel for MI FAMILIA VOTA, MARLA LOPEZ,
MARLON LOPEZ and PAUL RUTLEDGE

*s/Mimi M.D. Marziani*
Mimi M.D. Marziani Texas Bar No. 24091906
Ryan V. Cox Texas Bar No. 24074087
Hani Mirza Texas Bar No. 24083512
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
ryan@texascivilrightsproject.org
hani@texascivilrightsproject.org

Thomas Buser-Clancy Texas Bar No. 24078344
Savannah Kumar Texas Bar No. 24120098
Ashley Harris Texas Bar No. 24123238
Andre Segura Texas Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org asegura@aclutx.org

Adriel I. Cepeda Derieux
Ari J. Savitzky*
Sophia Lin Lakin
Samantha Osaki
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Susan Mizner
**AMERICAN CIVIL LIBERTIES UNION**
**FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org
LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala
Susana Lorenzo-Giguere
Patrick Stegemoeller*
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson
Urja Mittal
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et al.
*Application for Admission Pro Hac Vice Pending

*For Defendants the State of Texas and*
*Secretary of State John Scott*

Patrick K. Sweeten
Deputy Attorney General for Special
Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537
William T. Thompson
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

*/s/ Eric A. Hudson*
Eric A. Hudson
Senior Special Counsel
eric.hudson@oag.texas.gov
Tex. Bar No. 24059977
Kathleen T. Hunker
Special Counsel
kathleen.hunker@oag.texas.gov
Tex. State Bar No. 24118415
*Application for Admission Pending
Leif A. Olson
Special Counsel
leif.olson@oag.texas.gov
Tex. State Bar No. 24032801
Jeffrey M. White
Special Counsel
jeff.white@oag.texas.gov
Tex. State Bar No. 24064380
Jack B. DiSorbo
Assistant Attorney General
jack.disorbo@oag.texas.gov
Tex. State Bar No. 24120804

*For Defendants*

DELIA GARZA
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9513
Facsimile: (512) 854-4808

By: /s/ Sherine E. Thomas
SHERINE E. THOMAS
State Bar No. 00794734
sherine.thomas@traviscountytx.gov
LESLIE W. DIPPEL
State Bar No. 00796472
leslie.dippel@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
PATRICK T. POPE
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov
ATTORNEYS FOR DEFENDANT DANA DEBEAUVOIR, IN HER OFFICIAL CAPACITY
AS TRAVIS COUNTY CLERK


/s/ Sameer S. Birring
Christian D. Menefee
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@cao.hctx.net
Jonathan Fombonne
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@cao.hctx.net
Tiffany Bingham
Managing Counsel
Texas Bar No. 24012287
Tiffany.Bingham@cao.hctx.net
Sameer S. Birring
Assistant County Attorney
Texas Bar No. 24087169
Sameer.Birring@cao.hctx.net
Christina Beeler^
Assistant County Attorney
Texas Bar No. 24096124
Christina.Beeler@cao.hctx.net
Susannah Mitcham^
Assistant County Attorney
Texas Bar No. 24107219
Susannah.Mitcham@cao.hctx.net
Office of the Harris County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101

11

Facsimile: (713) 755-8924

*Attorneys for Defendant* ISABEL LONGORIA, in her Official Capacity as Harris County
Elections Administrator
^ Application for admission pending


JOE GONZALES
Bexar County Criminal District Attorney

By: *s/Robert D. Green*
ROBERT D. GREEN
Bar No. 24087626
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2146
Fax: (210) 335-2773
robert.green@bexar.org
*Attorney for Bexar County Elections*
*Administrator Jacquelyn Callanen*


*/s/ Kathleen Hartnett*
COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Angelica Leo* (CA SBN 334324)
aleo@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com

1144 15th Street, Suite 2300
Denver, CO 80202
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: (615) 574-9108
*christine@statesuniteddemocracy.org*

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: (323) 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: (917) 656-6234
zack@statesuniteddemocracy.org

SUSMAN GODFREY
Neal S. Manne (TX SBN 12937980)
Robert Rivera, Jr. (TX SBN 16958030)
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050

13

Facsimile: +1 915 546-2133
*Admitted pro hac vice*

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*


JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY DALLAS COUNTY, TEXAS

*/s/ Barbara S. Nicholas*
Babara S. Nicholas
Assistant District Attorney
Texas Bar No. 24032785
*barbara.nicholas@dallascounty.org*
Ben L. Stool
Texas Bar No.  19312500
ben.stool@dallascounty.org
Records Building
500 Commerce, Suite 6300
Dallas, TX 75202
(214) 653-7358
(214) 653-6134 (FAX)
ATTORNEYS FOR THE DEFENDANT MICHAEL SCARPELLO


RICARDO RODRIGUEZ, JR.
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

*/s/ Josephine Ramirez-Solis*
Josephine Ramirez-Solis
Assistant District Attorney
Texas Bar No.  24007894
josephine.ramirez@da.co.hidalgo.tx.us
Leigh Ann Tognetti
Assistant District Attorney
Texas Bar No. 24083975
leigh.tognetti@da.co.hidalgo.tx.us
100 E. Cano, First Floor
Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
Tel: (956) 292-7609
Fax: (956) 318-2301
ATTORNEY FOR DEFENDANT
YVONNE RAMÓN