# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> The State of Texas, *et al.*, <br>     *Defendants*. | § § § § § § § § | Case No. 5:21-cv-844-XR <br> (Consolidated Cases) |

## STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL

State Defendants, the State of Texas and John Scott, in his official capacity as Secretary of State, file this Unopposed Motion for Extension of Time to File Response to the United States' Opposed Motion to Compel (ECF 205) and show the Court the following:

1. On January 24, 2022, Plaintiff United States filed an Opposed Motion to Compel Production (ECF 205).

2. Pursuant to Local Rule CV-7(d)(2), State Defendants' deadline to file a response is January 31, 2022.

3. Counsel for State Defendants are participating in a four-day preliminary injunction hearing in *Brooks, et al. v. Abbott, et al.*; Case No. 1:21-cv-991 (W.D. Tex.), that began on January 25, 2022.

4. State Defendants respectfully request that the Court extend the deadline to file their response to the United States' Opposed Motion to Compel Production up to and including February 4, 2022.

5. On January 24, 2022, the undersigned counsel conferred with counsel for the United States concerning this request. Plaintiff does not oppose the requested extension.

6. This motion is not presented for purposes of delay and will not prejudice any party to this litigation.

| | |
|---|---|
| Date: January 26, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |

ERIC A. HUDSON
Senior Special Counsel
Tex. Bar No. 24059977

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

LEIF A. OLSON
Special Counsel
Tex. State Bar No. 24032801

*/s/ Jeffrey M. White*
JEFFREY M. WHITE
Special Counsel
Tex. State Bar No. 24064380

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
eric.hudson@oag.texas.gov
kathleen.hunker@oag.texas.gov
leif.olson@oag.texas.gov
jeff.white@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on January 24, 2022, I conferred with Dan Freeman, counsel for Department of Justice, via phone call regarding this Motion. Plaintiff does not oppose the requested extension.

*/s/ Jeffrey M. White*
Jeffrey M. White

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 26, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Jeffrey M. White*
Jeffrey M. White