# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> THE STATE OF TEXAS, *et al.*, <br> *Defendants*. | § <br> § <br> § Case No. 5:21-cv-844-XR <br> § (Consolidated Cases) <br> § <br> § <br> § <br> § |

# ORDER

Now before the Court comes State Defendants' Unopposed Motion for Extension of Time to File Response to Motion to Compel. After considering this Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the State Defendants' Unopposed Motion for Extension of Time to File Response to Motion to Compel is hereby GRANTED. The deadline for the State Defendants to file a Response to the United States' Opposed Motion to Compel Production is now February 4, 2022.

SIGNED this _____ day of _____, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE