IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>　　　*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>　　　*Defendants.* | §<br>§<br>§<br>§　CASE NO. 5:21-CV-844-XR<br>§　(CONSOLIDATED CASES)<br>§<br>§<br>§<br>§ |

## ORDER

On this date, the Court considered the United States of America's Motion to Compel (ECF No. 205) and Defendants the State of Texas and Secretary of State John Scott's ("Defendants") Unopposed Motion for Extension of Time to File a Response (ECF No. 210). The Court **GRANTS** Defendants' unopposed motion (ECF No. 210).

Defendants are hereby **ORDERED** to file a response no later than **February 9, 2022**. Any reply must be filed no later than **February 16, 2022**. The Court hereby **SETS** a hearing on this motion for **Wednesday, February 23, 2022**, at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** this January 26, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE