# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, §<br>    *Plaintiffs*, §<br>§<br>v. §<br>§<br>THE STATE OF TEXAS, *et al.*, §<br>    *Defendants*. § | Case No. 5:21-cv-844-XR<br>(Consolidated Cases) |

## ORDER

Now before this Court Comes State Defendants' Opposed Motion for Extension of Time to File Responses to Private Plaintiffs' Second Amended Complaints. After considering this Motion, the Court is of the opinion that it should be GRANTED.

IT IS THERFORE ORDERED that the Motion is hereby granted.

- The deadline for State Defendants to respond to the *Houston Justice* Plaintiffs' Second Amended Complaint (ECF 199) is now February 8, 2022.

- The deadline for State Defendants to respond to the *OCA-Greater Houston* Plaintiffs' Second Amended Complaint (ECF 200) is now February 8, 2022.

- The deadline for State Defendants to respond to the *LULAC* Plaintiffs' Second Amended Complaint (ECF 207) is now February 9, 2022.

- The deadline for State Defendants to respond to the *LUPE* Plaintiffs' Second Amended Complaint (ECF 208) is now February 15, 2022.

SIGNED this _____ day of _____, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE