UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., and JAMES LEWIN,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF TEXAS, JOHN B. SCOTT, in his official capacity as the Texas Secretary of State, WARREN K. PAXTON, in his official capacity as the Texas Attorney General, MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator, and LISA WISE, in her official capacity as the El Paso County Elections Administrator,<br><br>Defendants. | Civil Action No.<br><br>5:21-CV-844-XR<br>(Consolidated) |

MOTION TO WITHDRAW COUNSEL

The undersigned respectfully requests that the Clerk of Court withdraw the appearance of Christopher H. Bell as counsel of record for plaintiffs La Unión Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. (collectively, "Plaintiffs"). Plaintiffs will continue to be represented by the several attorneys with Fried, Frank, Harris, Shriver & Jacobson LLP and with the Mexican American Legal Defense And Educational Fund who have entered appearances on Plaintiffs' behalf in this matter.

Respectfully submitted,                                  January 27, 2022

s/ Christopher Bell
Christopher Bell*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
christopher.bell@friedfrank.com

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 27, 2022, and that all counsel of record were served by CM/ECF.

s/ Christopher Bell
CHRISTOPHER BELL