UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., and JAMES LEWIN,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE STATE OF TEXAS, JOHN B. SCOTT, in his official capacity as the Texas Secretary of State, WARREN K. PAXTON, in his official capacity as the Texas Attorney General, MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator, and LISA WISE, in her official capacity as the El Paso County Elections Administrator,<br><br>　　　　　　　Defendants. | Civil Action No.<br><br>5:21-CV-844-XR<br>(Consolidated) |

ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Upon consideration of the Motion to Withdraw Counsel for plaintiffs La Unión Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. (collectively, "Plaintiffs"), and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Plaintiffs' Motion to Withdraw Counsel, be and is hereby,

**GRANTED.** The appearance of Christopher H. Bell for Plaintiffs is withdrawn and he shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented

by attorneys with Fried, Frank, Harris, Shriver & Jacobson LLP and with the Mexican American Legal Defense And Educational Fund who have entered appearances on Plaintiffs' behalf in this matter.

      SIGNED on this _____ day of _____, 2022.


_____
Xavier Rodriguez
United States District Judge