IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

**SECOND STIPULATED EXTENSION OF EXPERT DISCOVERY DEADLINE**

Pursuant to this Court's standing instruction, *see* Fact Sheet for Judge Xavier Rodriguez ¶ 34, Plaintiff the United States of America (United States) and Defendants the State of Texas and Secretary of State John Scott (State Defendants) hereby stipulate that:

1. This Stipulation aims to align all expert discovery deadlines for the United States and State Defendants in this action with the deadlines stipulated by the Private Plaintiffs, State Defendants, and County Defendants in the consolidated litigation. This Stipulation supplements and does not supersede the Stipulated Extension of Expert Discovery Deadline (First Stipulation), ECF No. 161, which applied only to experts relying on database extracts produced by State Defendants.

2. On December 22, 2021, the United States and State Defendants filed the First Stipulation. The First Stipulation included provisions stipulating that the United States shall file its designation of any testifying expert who relies on database extracts produced by Defendants and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before February 28, 2022, and the State of Texas and Secretary of State

John Scott shall file their designation of any testifying expert responding solely to the United States' expert or experts who rely on database extracts produced by Defendants and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before March 23, 2022.  *Id.* ¶¶ 2-3.

3. On January 25, 2022, Plaintiffs La Unión del Pueblo Entero, *et al.* (Private Plaintiffs), State Defendants, and Defendants Travis County, Harris County, Bexar County, El Paso County, Dallas County, and Hidalgo County (County Defendants) filed a Stipulated Extension of Expert Discovery Deadline, ECF No. 209.  In substantive part, that stipulation provides:

    a. Private Plaintiffs shall file their designations of testifying experts and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before February 28, 2022.

    b. State Defendants and County Defendants shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before March 23.

    c. Private Plaintiffs, State Defendants and County Defendants shall file all designations of rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert (April 7).

    d. The deadline for filing supplemental reports required under Fed. R. Civ. P. 26(e) remains April 29, 2022, as set out in the Court's scheduling order (ECF No. 125).

4. The United States and State Defendants now enter into this stipulation for the purposes of further amending the designation date for testifying experts as set out in Paragraphs 5 – 8, below.

5. The United States shall file their designations of testifying experts and shall serve, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before February 28, 2022.

6. State Defendants shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before March 23.

7. The United States and State Defendants shall file all designations of rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert (April 7).

8. The deadline for filing supplemental reports required under Fed. R. Civ. P. 26(e) remains April 29, 2022, as set out in the Court's scheduling order (ECF No. 125).

9. Nothing in this stipulation shall waive any party's rights, defenses, or objections except as specifically described, and nothing in this stipulation shall affect the May 13, 2022 deadline for completion of discovery in the Court's Scheduling Order, ECF No. 125.

Date: January 28, 2022

| | |
|---|---|
| *For the United States of America* | *For State Defendants* |

<table>
<tr><td>

KRISTEN CLARKE
Assistant Attorney General

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Michael E. Stewart*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

</td><td>

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

ERIC A. HUDSON
Senior Special Counsel
Tex. Bar No. 24059977

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

LEIF A. OLSON
Special Counsel
Tex. State Bar No. 24032801

*/s/ Jeffrey M. White*
JEFFREY M. WHITE
Special Counsel
Tex. State Bar No. 24064380

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
eric.hudson@oag.texas.gov
kathleen.hunker@oag.texas.gov
leif.olson@oag.texas.gov
jeff.white@oag.texas.gov

</td></tr>
</table>

CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                    */s/ Michael E. Stewart*
                                    Civil Rights Division
                                    U.S. Department of Justice
                                    950 Pennsylvania Ave, NW
                                    Washington, DC 20530
                                    (202) 307-2767