**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No: 5:21-cv-00844-(XR) |
| | § | (Consolidated Case) |
| GREGORY W. ABBOTT, et al., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Court Rule AT-3, Defendant Lisa Wise files this Motion for Withdrawal of Counsel to withdraw Zack Goldberg of States United Democracy Center, admitted *pro hac vice* on September 22, 2021, as counsel for Defendant Lisa Wise. Mr. Goldberg will no longer be associated with States United Democracy Center, effective January 28, 2022. Defendant will continue to be adequately represented by experienced counsel, including:

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Angelica Leo* (CA SBN 334324)
aleo@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

1

Telephone: +1 415 693-2000
Facsimile: + 1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: + 1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

*Admitted pro hac vice

On January 27, 2022, Defendant's counsel emailed counsel for all parties seeking

consent on the motion. As of the time of this motion, no party opposes the requested relief.

Defendant Lisa Wise consents to this withdrawal.


 Dated: January 28, 2022                          Respectfully submitted,

                                                  /s/ Zack Goldberg
                                                  Zack Goldberg (NY SBN 5579644)

                                                  COOLEY LLP
                                                  Kathleen Hartnett* (CA SBN 314267)
                                                  khartnett@cooley.com
                                                  Beatriz Mejia* (CA SBN 190948)
                                                  bmejia@cooley.com
                                                  Sharon Song* (CA SBN 313535)
                                                  ssong@cooley.com

Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Angelica Leo* (CA SBN 334324)
aleo@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099
STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615-574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Zack Goldberg* (NY SBN 5579644)
86 Fleet Place, No. 6T
Brooklyn, NY 11201
Telephone: +1 917 656-6234
zack@statesuniteddemocracy.org

*Admitted pro hac vice

Attorneys for Lisa Wise, in her official
Capacity as the El Paso County Elections
Administrator

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, **DEFENDANT LISA WISE'S**

**MOTION FOR WITHDRAWAL OF COUNSEL** was served through theCourt's

CM/ECF Document Filing System upon each attorney of record.

*/s/ Zack Goldberg*
Zack Goldberg (NY SBN 5579644)