IN THE UNITED STATES DISTRICT
COURTFOR THE WESTERN DISTRICT
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREGORY W.ABBOTT, et al., <br><br> *Defendants.* | § § § § § § § § § § § § § § Civil Action No: 5:21-cv-00844-(XR) <br><br> (Consolidated Case) |

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Upon consideration of the Motion to Withdraw Counsel for Defendant Lisa Wise, and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Defendant's Motion to Withdraw Counsel, be and is hereby, **GRANTED.** The appearance of Zack Goldberg for Defendant is withdrawn and he shall be removed from all service lists pertaining to this action. Defendant will continue to be represented by attorneys with Cooley LLP and with Stated United Democracy Center who have entered appearances on Defendant's behalf in this matter.

SIGNED on this ____ day of _____, 2022.

_____
Xavier Rodriguez
United States District Judge