# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

HOUSTON JUSTICE, et al.,

              Plaintiffs,

vs.

GREGORY W. ABBOTT, et al.

              Defendants

Case No.: 5:21-cv-844(XR)
(Consolidated Case)

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Danielle V. Ahlrich**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Plaintiffs** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Reed Smith LLP** with offices at:

    Mailing address: 401 Congress Avenue, Suite 1800

    City, State, Zip Code: Austin, Texas 78701

    Telephone: 512-623-1801    Facsimile: 512-623-1802

2. Since **2009**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Texas**. Applicant's bar license number is **24059215**.

3. Applicant has been admitted to practice before the following courts:

    Court:                                    Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kenneth E. Broughton

Mailing address: 811 Main Street, Suite 1700

City, State, Zip Code: Houston, TX 77002

Telephone: 713-469-3800

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Danielle V. Ahlrich to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Danielle V. Ahlrich

*Danielle V. Ahlrich*

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 2nd day of February, 2022.

Danielle V. Ahlrich

*Danielle V. Ahlrich*

[signature of Applicant]