UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

HOUSTON JUSTICE, et al.,

vs.  Case No.: 5:21-cv-844(XR)

GREGORY W. ABBOTT, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Danielle V. Ahlrich, counsel for Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Danielle V. Ahlrich may appear on behalf of Plaintiffs in the above case.

IT IS FURTHER ORDERED that Danielle V. Ahlrich, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20_____.

_____
Please Choose Judge