# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | (Consolidated Cases) |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| *Defendants*. | § | |

## ORDER DENYING LEAVE

The Young Black Lawyers' Organizing Coalition's motion for leave to file a brief *amicus curiae*, ECF 203, is denied.

Signed on February ___, 2022, at San Antonio, Texas.

_____
Xavier Rodriguez
United States District Judge