# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION



| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | Case No. 5:21-cv-844-XR |

## NOTICE OF APPEARANCE

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas ("State Defendants"), file this Notice of Appearance to alert the Court that Jack B. DiSorbo will appear as counsel in the above-captioned case along with counsel listed below. Mr. DiSorbo is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

> Jack B. DiSorbo
> Tex. State Bar No. 24120804
> P.O. Box 12548 (MC-009)
> Austin, Texas 78711-2548
> Tel.: (512) 463-2100
> Fax: (512 457-441
> jack.disorbo@oag.texas.gov

| | |
|---|---|
| Date: February 9, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | */s/ Jack B. DiSorbo*<br>JACK B. DISORBO<br>Assistant Attorney General<br>Tex. State. Bar No. 24088531 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>jack.disorbo@oag.texas.gov |

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF) on February 9, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Jack B. DiSorbo*
JACK B. DISORBO