# AFFIDAVIT OF SERVICE

State of Texas      County of      United States District Court

Case Number: 5:21-CV-00844 XR (CONSOLIDATED)

Plaintiff:
Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons

vs.

Defendant:
Gregory Wayne Abbott, in his official capacity as Governor of Texas; et al.

Received by GARY F. HODGES PSC10081 EXP:12/31/2022 on the 7th day of February, 2022 at 4:58 pm to be served on **KIM K. OGG IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY, 500 JEFFERSON STREET, HOUSTON, TX 77002.**

I, GARY F. HODGES PSC10081 EXP:12/31/2022, being duly sworn, depose and say that on the **8th day of February, 2022** at **3:09 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Complaint, Doc. 199 Plaintiffs' Second Amended Complaint** with the date and hour of service endorsed thereon by me, to: **ELIZABETH STEVENSON** as **HUMAN RESOURCES DIRECTOR** at the address of: **500 JEFFERSON STREET, HOUSTON, TX 77002**, who stated they are authorized to accept service for **KIM K. OGG**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 130, Hair: BROWN, Glasses: N

I am a State of Texas Authorized Process Server; I am competent to make this oath; I am not less than 18 years of age; I am not a party in the above-referenced case; I have not been convicted of a felony or crime of moral turpitude; and I am not interested in the outcome of the above styled and numbered suit; and I swear that the above statements and facts are true and correct.

Subscribed and Sworn to before me on the 9th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

STACY LYNN AUSTIN
Notary Public, State of Texas
Comm. Expires 03-17-2025
Notary ID 132980274

GARY F. HODGES PSC10081 EXP:12/31/2022
Process Server

LIBERTY LITIGATION SUPPORT, LLC
7171 HIGHWAY 6 NORTH
SUITE 250
HOUSTON, TX 77095
(281) 200-5314

Our Job Serial Number: AJT-2022000357

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b