UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs*, | § § § | |
| v. | § § | Case No. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., *Defendants*. | § § § | |
| UNITED STATES OF AMERICA, *Plaintiff*, | § § § | |
| v. | § § | Case No. 5:21-cv-1085-XR |
| THE STATE OF TEXAS, et al., *Defendants*. | § § § | |

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, *Plaintiffs*, | § § § | |
| v. | § | Case No. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, *et al.*, *Defendants.* | § § § § | |
| UNITED STATES OF AMERICA, *Plaintiff*, | § § § | |
| v. | § | Case No. 5:21-cv-1085-XR |
| THE STATE OF TEXAS, ET AL., *Defendants* | § § § | |

## DECLARATION OF SHERI GIPSON

My name is Sheri Gipson, and I am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge and expertise of the matters herein stated.

1. I am the Chief of the Texas Department of Public Safety ("DPS") Driver License Division. In this capacity, I oversee DPS's issuance of driver license (DL) cards and identification (ID) cards to residents of the State of Texas.

2. I was appointed to my current position and confirmed by the Texas Public Safety Commission in February 2020. Prior to that, I served as Assistant Chief of the Driver License Division from March 2016 through February 2020. I have worked for the Driver License Division of DPS for 39 years.

3. The surrendered DL/ID number (field 37) and License Surrendered (field 143) fields are designed to capture information related to an out-of-state DL or ID that an applicant surrenders

at the time of application for a Texas DL or ID. These fields are designed to help facilitate communication and coordination with other states about DL or ID cards that those states issued. However, these fields are not designed to reflect whether an individual physically possesses a DL or ID issued by DPS, and they should not be relied upon for that purpose.

4. The system allows for manual data entry of information into the surrendered DL/ID number field. Therefore, it is possible that some entries in this field may contain Texas DL or ID numbers due to a clerical error. However, the mistaken inclusion of such information should not be interpreted as evidencing that all Texas DL or ID cards that are no longer in someone's physical possession are reflected in this field, nor that entries reflecting surrender of such cards mean that the individual is not currently in physical possession of a DL or ID issued by DPS.

5. The card status field (field 188) is used to indicate that a DL or ID card has one of a number of issues associated with it. Some of those statuses are updated when the issue is resolved, while other statuses remain regardless of subsequent resolution. The card status field is not provided to the Texas Secretary of State's office. A full list of Card Status options, including a brief explanation of each status, is provided in Appendix A.

6. The Card Status field may, for example, demonstrate that a person that previously held both a Texas DL and a Texas ID now only holds one of those two. This commonly results when an individual surrenders one of the two cards when seeking to have the other renewed, which is required under the federal REAL ID Act. Prior to REAL ID, an individual could possess both types of cards, but that is no longer the case following its passage and implementation. So, if a person chooses to surrender his ID and renew his DL, that person's record may contain information in the card status field reflecting a DL with no card status and an ID with a card status of Voluntary Surrender.

7. While the Card Status field may show that some individuals have surrendered a card,

it will not show that the individual maintained possession of another DPS-issued card, nor will it demonstrate that another card was subsequently issued to that person. The field cannot be relied upon to determine whether any individual currently has physical possession of a DPS-issued card.

8. No field in the Driver License System indicates whether a person does or does not physically possess a DPS-issued DL or ID card.

9. All of the facts and information contained within this declaration are within my personal knowledge and are true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of February 2022.

_____
SHERI GIPSON
Texas Department of Public Safety
Driver License Division Chief

APPENDIX A

| 188 | Card Status | list | N/A | N/A | **For IDs:**<br>Revoked Sex Offender<br>Voluntary Surrender CSO<br>Voluntary Surrender<br>Purged<br>Returned by Post Office<br>Items Surrendered Document Needed<br><br>**For Driver Licenses:**<br>Verify Issue Former State<br>Revoked Sex Offender<br>Voluntary Surrender CSO<br>Voluntary Surrender Medical<br>Voluntary Surrender Insurance<br>Voluntary Surrender<br>Expired Vision Waiver<br>Expired Limb Waiver<br>Denied Texas Limb Waiver<br>Denied Texas Vision Waiver<br>Limb Waiver Needed<br>Vision Waiver Needed<br>Required Downgrade<br>Restriction Requires Review<br>Purged<br>Returned by Post Office<br>Items Surrendered<br>Document Needed<br><br>**For CLP:**<br>CLP Terms Fulfilled – CDL Issued<br>Inactive<br>Expired Vision Waiver<br>Expired Limb Waiver<br>Vision Waiver Needed<br>Limb Waiver Needed<br>Denied Texas Vision Waiver<br>Denied Texas Limb Waiver<br>Returned by Post Office<br>Document Needed | Status for Card |

- Voluntary Surrender (includes CSO, Medical, Insurance) status: Applied when the person no longer wants to have a Texas DL or ID card, or in compliance with the REAL ID Act, surrenders one card type for another.

- Revoked Sex Offender: Applied when a person does not comply with the requirement to maintain an ID or DL card. Once the person is issued or reissued a card, this status is removed.

- Purged: Applied when a card is purged from the driver record. Number is populated in AKA DL/ID Field

- Returned by Post Office: Applied when a card is returned as undeliverable. This status is not removed, even if the card is remade and mailed to the customer again.

- Items Surrendered: Applied if the Department receives the person's card from law enforcement or if found and returned to the Department.

- Documents Needed: Applied when documents were not completed during a transaction or are required based on information obtained after a transaction.

- Verify Issue Former State: Applied when Texas receives notice that a person was issued a DL/ID in another state and Texas needs to confirm state of residency with the person.

- Expired/Denied Vision/Limb Waiver/Needed: Applied when the person needs to renew a waiver or denied a waiver and must submit paperwork or downgrade to a non-CDL.

- Required Downgrade: Applied when a CDL holder is no longer eligible for a CDL.

- Restriction Requires Review: Applied when driving privileges require the addition or update of a restriction to the person's DL.

- CLP Terms Fulfilled – CDL Issued: Applied when the person completes all knowledge and skills testing to receive a CDL.

- Inactive: Applied when the CLP is expired and no longer eligible.