CAUSE NO. 5:21-CV-00844 XR

| | | |
|---|---|---|
| Houston Justice, et al | § | UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE |
| | § | |
| Gregory Wayne Abbott, et al | § | |
| Defendant. | § | WESTERN DISTRICT OF TEXAS COUNTY, |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 8, 2022, 9:30 am**,

**SUMMONS IN A CIVIL ACTION AND DOC. 199 PLAINTIFFS' SECOND AMENDED COMPLAINT,**

and was executed at **101 W NUEVA, 4th floor, SAN ANTONIO, TX 78205** within the county of **BEXAR** at **11:40 AM** on **Tue, Feb 08 2022**, by delivering a true copy to the within named

**JOE D. GONZALES, IN HIS OFFICIAL CAPACITY AS BEXAR COUNTY DISTRICT ATTORNEY, BY DELIVERING TO SGT. GETROUST, AGENT FOR SERVICE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Executed in **BEXAR** County, State of **Texas**, on **February 09, 2022**.

Andrew C. Manger IV
Certification Number: PSC-822
Certification Expiration: 8/31/2022