# Exhibit A

## Additional Bar Admission Details

| Court: | Admission date: |
|---|---|
| Minnesota | May 26, 2021 |
| U.S. Court of Appeals - 11th Cir. | June 21, 2020 |
| U.S. Supreme Court | April 1, 2019 |