|  |  |  |
|---|---|---|
| | **RETURN OF SERVICE** | Court Stamp Here |
| Notice: This document contains sensitive data | | |
| Court | **Federal Court**<br>**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS**<br>**Bexar County, Texas** | |
| Plaintiff | **LA UNION DEL PUEBLO UNIDO ENTERO; ET AL.** | Cause #<br>**5:21-CV-00844-XR** |
| Defendant(s) | **THE STATE OF TEXAS; ET AL.** | Came to Hand Date/Time<br>**2/15/2022    1:43 AM** |
| Manner of Service | **Substitute** | Service Date/Time<br>**2/15/2022    2:40 PM** |
| Documents | **SUMMONS; COMPLAINT** | Service Fee:<br>**$85.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **2/15/2022** at **2:40 PM**: I served **SUMMONS and COMPLAINT** upon **Yvonne Rosales, El Paso County District Attorney** by delivering per T.R.C.P. Rule 106(b), **1** true and correct copy(ies) thereof, with **John Doe, I delivered the documents to an individual who refused to give their name who indicated they were the employee. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent. At the address I observed a package/mail addressed to subject. I spoke with an on-site worker who says subject resides**, a person over the age of 16 and of suitable discretion who stated **500 E San Antonio Ave #2nd, El Paso, TX 79901** to be the verified place of employment of themselves and the subject and/or subject's legal representative listed above.

null
My address is: **14250 Cleo Amelia Ln., El Paso, TX 79938**, USA.
My process server identification # is: **PSC-16098**. My Certification expires: **8/31/2022**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in El Paso county, TX.

*francisco rodriguez-rojas*

Francisco Rodriguez-Rojas

02/21/2022

Date Executed

Ref **REF-9575815**
0082867677
txefile@abclegal.com

**abclegal**  MALDEF

Tracking # **0083208588**

