# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**LA UNION DEL PUEBLO ENTERO, ET AL.,**
*Plaintiff*

V.

Civil Action No. **5:21−CV−00844−XR**

**GREGORY W. ABBOTT, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Yvonne Rosales**
**in her official capacity as El Paso County District Attorney**
**500 E. San Antonio, 2nd Floor**
**El Paso, Texas 79901**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

**John Russell Hardin**
**Perkins Coie, LLP**
**500 N. Akard Street, Suite 3300**
**Dallas, TX 75201**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/ROSANNE GARZA**

DEPUTY CLERK



**ISSUED ON 2022−02−22 13:25:45**

Civil Action No. 5:21–CV–00844–XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)*_____.

☐  I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐  I left the summons at the individual's resident or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*_____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)*_____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                              _____
                                                                          *Server's signature*

                                                                          _____
                                                                          *Printed name and title*

                                                                          _____
                                                                          *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____