# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| OCA-GREATER HOUSTON, et. al.<br>*Plaintiff(s)*<br>v.<br>TEXAS SECRETARY OF STATE, et. al.<br>*Defendant(s)* | Civil Action No. 5:21-CV-0844-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  José Garza, in his official capacity as Travis County District Attorney
416 West 11th St.
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Cox
1405 Montopolis Dr.
Austin, TX 78741

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB - 4 2022

JEANNETTE J. CLACK
*Signature of Clerk or Deputy Clerk*



Came to hand on 02-04-2022 @ 4:05 P.M.

DRLS
516 West Annie St.
Austin, Texas 78704
9862

UNITED STATES DISTRICT COURT
for the Western District of Texas

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, et. al, Plaintiffs § | | Civil Action No. 5:21-CV-0844-XR |
| vs. § | | |
| TEXAS SECRETARY OF STATE, et al, § | | |
| Defendants § | | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103 of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified by the Judicial Branch Certification Commission under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2023. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on the 4th day of February 2022, at 4:05 p.m. Summons in a Civil Action and Plaintiffs' Second Amended Complaint for service on Jose Garza, in his official capacity as Travis County District Attorney.

Executed on the 7th day of February 2022, at 3:45 p.m., by delivering in person to Elena Barnes who told me she is an agent of the office of the Travis County District Attorney who is authorized to accept service of civil court process, at 416 W. 11th Street, Austin, Texas 78701.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: _Tod E. Pendergrass_

Service Fee $ 103.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Texas 78704
Re: TCRP/9862

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 9th day of February 2022.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2023
Notary ID ID# 187334-2

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]