# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**LA UNION DEL PUEBLO ENTERO, ET AL.,**
*Plaintiff*

V.  Civil Action No. **5:21−CV−00844−XR**

**GREGORY W. ABBOTT, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Joe Gonzales**
**in his official capacity as Bexar County Distict Attorney**
**101 W. Nueva Street**
**Paul Elizondo Tower, 4th Floor**
**San Antonio, Texas 78205**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**John Russell Hardin**
**Perkins Coie, LLP**
**500 N. Akard Street, Suite 3300**
**Dallas, TX 75201**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT
**s/ROSANNE GARZA**
DEPUTY CLERK

**ISSUED ON 2022−02−22 14:01:10**

Civil Action No. 5:21–CV–00844–XR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                          _____
                                                            *Server's signature*

                                                 _____
                                                            *Printed name and title*

                                                 _____
                                                            *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____