# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 5:21-CV-00844 XR

Plaintiff:
**Houston Justice, et al.**

vs.

Defendant:
**Gregory Wayne Abbott, in his official capacity as Governor of Texas; et al.**

For:
Stoel Rives LLP

Received by Liberty Litigation Support, LLC on the 16th day of February, 2022 at 12:20 pm to be served on **Jose Garza in his official capacity as the Travis County District Attorney, 416 West 11th Street, Austin, Travis County, TX 78701**.

I, Kelly Murski, being duly sworn, depose and say that on the **17th day of February, 2022 at 3:40 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Summons in a Civil Action, and "Doc 199" Plaintiffs' Second Amended Complaint** with the date of delivery endorsed thereon by me, to **Henry Kellison, Authorized to Accept for Jose Garza** at the address of **416 West 11th Street, Austin, Travis County, TX 78701** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 18th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Kelly Murski
PSC-5912, Exp. 10/31/2022
Date 2/18/22

Liberty Litigation Support, LLC
7171 Highway 6 North
Suite 250
Houston, TX 77095
(281) 200-5310

Our Job Serial Number: ATX-2022001762
Ref: Houston Justice v. Gregory Abbott