IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOUSTON JUSTICE, *et al.*<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GREGORY WAYNE ABBOTT, JOHN B. SCOTT, in his official capacity as Texas Secretary of State; WARREN "Ken" PAXTON, in his official capacity as Attorney General of Texas; JACQUE CALLANEN, in her official capacity as Elections Administrator of Bexar County; ISABEL LONGORIA, in her official capacity as Elections Administrator of Harris County; JOE D. GONZALES, in his capacity as Bexar County District Attorney; KIM K. OGG, in her capacity as Harris County District Attorney; JOSÉ GARZA, in his official capacity as Travis County District Attorney,<br><br>　　　　Defendants. | Civil Action No. 5:21-cv-844(XR)<br>(Consolidated Case) |

### UNOPPOSED MOTION TO WITHDRAW HOUSTON JUSTICE

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla López, Marlon López, Paul Rutledge, and Jeffrey Lamar Clemmons (collectively, "Plaintiffs") move for the withdrawal of Houston Justice as a party in this action. Counsel for Plaintiffs have conferred with counsel for Defendants who have noticed an appearance in this action. Defendant Callanen, Defendant Longoria, and the State Defendants have indicated they do not oppose this motion.

All other Plaintiffs will remain in this litigation.

Accordingly, Plaintiff respectfully request that this Court enter an order voluntarily withdrawing Houston Justice, with prejudice, from this litigation.

DATED this 22nd day of February 2022.	Respectfully submitted,

/s/ *Kenneth E. Broughton*
Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Dulaney
Texas Bar No. 24116306
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kdulaney@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Liliana Zaragoza*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
lzaragoza@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*

NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Counsel for Plaintiffs Houston Justice; Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*


Wendy J. Olson*
Laura E. Rosenbaum*
Marc Rasich*
Elijah Watkins*
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

- 4 -

        Courtney Hostetler*
        Ron Fein*
        John Bonifaz*
        Ben Clements*
        FREE SPEECH FOR PEOPLE
        1320 Centre Street, Suite 405
        Newton, MA 02459
        (617) 249-3015
        chostetler@freespeechforpeople.org
        rfein@freespeechforpeople.org
        jbonifaz@freespeechforpeople.org
        bclements@freespeechforpeople.org

*Attorneys for Plaintiffs Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge*

*\* Admitted Pro Hac Vice*

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to counsel of record.

*/s/ Kenneth E. Broughton*  
Kenneth E. Broughton
