# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| HOUSTON JUSTICE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY WAYNE ABBOTT, JOHN B. SCOTT, in his official capacity as Texas Secretary of State; WARREN "Ken" PAXTON, in his official capacity as Attorney General of Texas; JACQUE CALLANEN, in her official capacity as Elections Administrator of Bexar County; ISABEL LONGORIA, in her official capacity as Elections Administrator of Harris County; JOE D. GONZALES, in his capacity as Bexar County District Attorney; KIM K. OGG, in her capacity as Harris County District Attorney; JOSÉ GARZA, in his official capacity as Travis County District Attorney, <br><br> Defendants. | Civil Action No. 5:21-cv-844(XR) <br> (Consolidated Case) |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW

On this date, the Court took under submission the Plaintiffs' Motion to Withdraw Houston Justice as a party in this action, pursuant to Rule 21 of the Federal Rules of Civil Procedure. The motion was presented with notice to the Defendants. Defendant Callanen, Defendant Longoria, and the State Defendants have indicated that they do not oppose the motion. The Court, after reviewing the motion, is of the opinion that the motion is well-taken and should be in all things GRANTED.

It is therefore, **Ordered, Adjudged,** and **Decreed** that Plaintiffs' Motion to Withdraw is

hereby **GRANTED** in its entirety, and Plaintiff Houston Justice is **DISMISSED WITH PREJUDICE.**

All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants.

**SIGNED** this \_\_\_\_ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE