**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cv-00844-XR |
| | ) | |
| GREGORY W. ABBOTT et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Western District of Texas Local Rule AT-3, Defendants Bexar County Criminal District Attorney Joe Gonzales and Elections Administrator Jacquelyn Callanen file this Motion to withdraw the appearance of Robert D. Green and to enter the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. On Wednesday, February 23, 2022, Mr. Green will be leaving the Bexar County Criminal District Attorney's Office for another position. Ms Cubriel's contact information is listed below.

> Lisa V. Cubriel
> Bexar County District Attorney's Office
> Civil Division
> 101 W. Nueva, 7th Floor
> San Antonio, TX 78205
> United States
> 210-335-2142
> Fax: 210-335-2773
> Lisa.Cubriel@bexar.org

Motion for Substitution of Counsel
*La Union Del Pueblo Entero et al. v. Abbott et al.* (consolidated case)
5:21-cv-00844-XR

1 of 3

Dated: February 22, 2022.                    Respectfully Submitted,

JOE GONZALES
Bexar County Criminal District Attorney

By:      /s/ *Robert Green*
**ROBERT D. GREEN**
Bar No. 24087626
Assistant District Attorney
Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2146
Fax: (210) 335-2773
robert.green@bexar.org

Motion for Substitution of Counsel
*La Union Del Pueblo Entero et al. v. Abbott et al.* (consolidated case)
5:21-cv-00844-XR                                                    2 of 3

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify on the 22nd day of February, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all parties.


 /s/ *Robert Green*
**ROBERT D. GREEN**

Motion for Substitution of Counsel
*La Union Del Pueblo Entero et al. v. Abbott et al.* (consolidated case)
5:21-cv-00844-XR                                                                    3 of 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| VOTE.ORG, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | 5:21-cv-00649-JKP-HJB |
| | ) | |
| JACQUELYN CALLANEN, et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this date the Court considered the Motion to Substitute counsel filed by Defendant Bexar County Criminal District Attorney Joe Gonzales and Elections Administrator Jacquelyn Callanen. The Court finds that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that the appearance of Robert D. Green for Defendants Joe Gonzales and Jacquelyn Callanen in this case is withdrawn and that he shall be removed from all service lists pertaining to this action. The Clerk of the Court shall enter the appearances in this matter of Lisa V. Cubriel as counsel for Joe Gonzales and Jacquelyn Callanen.

SIGNED this _____ day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE