# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:21-CV-00844-XR

Plaintiff:
**La Union Del Pueblo Entero, et al**

vs.

Defendant:
**Gregory W. Abbott, et al**


MST2022001636

Received by Shawn Wells on the 22nd day of February, 2022 at 3:00 pm to be served on **Joe Gonzales, in his official capacity as Bexar County District Attorney, 101 W. Nueva St., Paul Elizondo Tower, 4th Floor, San Antonio, Bexar County, TX 78205.**

I, Shawn Wells, do hereby affirm that on the **23rd day of February, 2022 at 9:45 am, I:**

Served an authorized agent by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Lulac Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT's Second Amended Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: Anthony Rodriguez as Authorized To Accept at the address of: **101 W. Nueva St., Paul Elizondo Tower, 4th Floor, San Antonio, Bexar County, TX 78205** on behalf of **Joe Gonzales**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 150, Hair: Brown, Glasses: N

"My name is Shawn Wells my date of birth is 9/22/1980 and my address is 1406 W. Salinas San Antonio, TX 78207. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas on February 23, 2022 by Shawn Wells declarant."

Shawn Wells
PSC 1537 EXP 10/31/2023

**Austin Process
809 Nueces
Austin, TX 78701
(512) 480-8071**

Our Job Serial Number: MST-2022001636
Ref: 138393.0042

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d