## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.

vs.                                    Case No.:  5:21-cv-0844-XR (Consol. Case)

GREGORY W. ABBOTT, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now R. Gary Spencer , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Houston Area Urban League et al. in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

NAACP Legal Defense & Educational Fund, Inc. with offices at:

Mailing address: 40 Rector Street, 5th Floor

City, State, Zip Code: New York, NY 10006

Telephone: (212) 965-2200          Facsimile: (212) 226-7592

2.  Since June 11, 1992 , Applicant has been and presently is a

member of and in good standing with the Bar of the State of Georgia .

Applicant's bar license number is 671905 .

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Florida | January 23, 1986 |
| Northern District of Georgia | March 29, 1993 |
| 11th Circuit, Court of Appeals | July 1, 2014 |

4.     Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A.

5.     I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A.

7.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A.

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: ___Jennifer A. Holmes (admitted PHV; NY Bar No. 5103536)___

Mailing address: ___700 14th Street N.W. Suite 600___

City, State, Zip Code: ___Washington, DC 20005___

Telephone: ___(202) 682-1300___

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of ___R. Gary Spencer___ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

___R. Gary Spencer___
[printed name of Applicant]

___*R. Gary Spencer*___
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __25__ day of __February__, __2022__.

___Jennifer A. Holmes___
[printed name of Applicant]

___*Jennifer Holmes*___
[signature of Applicant]

LA UNIÓN DEL PUEBLO ENTERO, et al.

vs.                                   Case No.: 5:21-cv-0844-XR (Consol. Case)

GREGORY W. ABBOTT, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by R. Gary Spencer                          , counsel for

Houston Area Urban League et al.                          , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

R. Gary Spencer                          may appear on behalf of Houston Area Urban League et al.

in the above case.

IT IS FURTHER ORDERED that R. Gary Spencer                          , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February                          , 20 22      .


                                   _____

                                   UNITED STATES DISTRICT JUDGE