# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:21-CV-00844-XR

Plaintiff:
**La Union Del Pueblo Entero, et al**

vs.

Defendant:
**Gregory W. Abbott, et al**

For:
Perkins Coie LLP
500 North Akard St.
Suite 3300
Dallas, TX 75201

Received by Tom Kroll on the 22nd day of February, 2022 at 2:21 pm to be served on **Jose Garza, in his official capacity as Travis County District Attorney, 416 West 11th Street, Austin, Travis County, TX 78701.**

I, Tom Kroll, being duly sworn, depose and say that on the **22nd day of February, 2022** at **2:35 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Lulac Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT's Second Amended Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: **Elena Barnes, Office of the Travis County District Attorney** as **Authorized Agent** at the address of **416 West 11th Street, Austin, Travis County, TX 78701** and informed said person of the contents therein, in compliance with State Statutes.

My name is Tom Kroll. My date of birth is 7/5/1958. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 22nd, 2022 by Tom Kroll, declarant.

Subscribed and Sworn to before me on the 22nd day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Tom Kroll**
PSC-3012, Exp. 8/31/23

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2022001633
Ref: 138393.0042

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911