# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | **5:21-CV-0844-XR** | |
| § | **(Consolidated Cases)** | |
| GREGORY ABBOTT, et al. § | | |
| *Defendants.* § | | |

# **O R D E R**

Before the Court is Defendant Travis County District Attorney José Garza's Unopposed Motion for Extension of Time to File a Response to OCA-Greater Houston Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief. After careful consideration of the Motion, Plaintiffs' response, if any, and the pleadings filed by the parties, the Court is of the opinion that the Motion has merit and should be **GRANTED**.

Accordingly, it is ORDERED that Defendant Travis County District Attorney José Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before **March 7, 2022**.

SIGNED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE