IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:21-CV-00780-XR |
| v. | § § | (Consolidated Case No. 5:21-CV-00844-XR) |
| TEXAS SECRETARY OF STATE JOHN SCOTT, in his official capacity, et al., | § § § § | |
| Defendants. | § § | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSE

Defendant Kim Ogg, in her capacity as Harris County District Attorney ("Defendant") files this unopposed motion for extension of time to answer or respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. Plaintiffs are unopposed to the relief sought.

On February 11, 2022, Defendant was served with Plaintiffs' Second Amended Complaint (Dkt. 200; 271). Defendant needs additional time to review and respond to the numerous allegations asserted by the multiple parties in the Second Amended Complaint. Accordingly, Defendant respectfully requests the Court grant this motion and extend the time for Defendant to file her answer or response until March 15, 2022. This extension is not sought for purposes of delay but so that justice may be done.

63424291.v1

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
    Eric J.R. Nichols
    State Bar No. 14994900
    eric.nichols@butlersnow.com
    1400 Lavaca Street, Suite 1000
    Austin, Texas 78701
    Tel: (737) 802-1800
    Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT KIM OGG IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiffs regarding the relief sought in this motion and Plaintiffs are unopposed.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols