IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| OCA-GREATER HOUSTON, et al., | § | |
| --- | --- | --- |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. 1:21-CV-00780-XR |
| v. | § | |
| | § | (Consolidated Case No. 5:21-CV-00844-XR) |
| TEXAS SECRETARY OF STATE JOHN SCOTT, in his official capacity, et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is an unopposed motion for extension of time to answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief, as filed by Defendant Kim Ogg, in her capacity as Harris County District Attorney ("Defendant"). Having considered the motion, the Court orders as follows:

**IT IS ORDERED THAT** Defendant's unopposed motion for extension of time is **GRANTED**. Defendant shall answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before March 15, 2022.

SIGNED on _____, 2022.

_____
UNITED STATES DISTRICT JUDGE