**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants*. | 5:21-cv-0844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs*, v. TEXAS SECRETARY OF STATE JOHN SCOTT, et al., *Defendants*. | 1:21-cv-0780-XR |
| HOUSTON AREA URBAN LEAGUE, et al., *Plaintiffs*, v. GREGORY WAYNE ABBOTT, et al., *Defendants*. | 5:21-cv-0848-XR |
| LULAC TEXAS, et al., *Plaintiffs*, v. JOHN SCOTT, et al., *Defendants*. | 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al., *Plaintiffs*, v. GREG ABBOTT, et al., *Defendants*. | 5:21-cv-0920-XR |

| UNITED STATES OF AMERICA, | |
| --- | --- |
| *Plaintiff*, | |
| v. | 5:21-cv-1085-XR |
| STATE OF TEXAS, et al., | |
| *Defendants*. | |

## PLAINTIFFS' EXPERT DESIGNATION

Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, "Plaintiffs") by and through the undersigned counsel, hereby submit their Initial Expert Designation pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's Scheduling Order (Dkt. No. 125), as amended by the Stipulated Extension of Expert Discovery Deadline (Dkt. No. 209).

Plaintiffs designate the following expert witnesses:

**J. Morgan Kousser, Ph.D.**
Professor of History and Social Science, Emeritus
Caltech Division of the Humanities and Social Sciences
MC 228-77
214 Baxter Hall
1200 E California Blvd.
Pasadena, CA 91125
(626) 395-4080

**Daniel A. Smith, Ph.D.**
Department of Political Science
234 Anderson Hall
PO Box 117325
University of Florida
Gainesville, FL 32611-7325
(352) 273-2346

Dr. Kousser and Dr. Smith will testify regarding the matters and opinions contained in their expert reports, including amendments and supplements, if any. Dr. Kousser and Dr. Smith were retained by Plaintiffs to provide expert testimony and may be contacted through undersigned counsel.

Discovery is ongoing in this matter and Plaintiffs hereby reserve the right to designate one or more additional expert witnesses for the purpose of addressing, responding to, and/or rebutting Defendants' claims, and/or to address information obtained during discovery.

Further, Plaintiffs reserve the right to supplement and/or amend these designations in compliance with the Federal Rules of Civil Procedure, Court Order, and/or agreement between the parties.

Plaintiffs reserve the right to designate additional experts as allowed by Court Order, the Federal Rules of Civil Procedure, and/or any agreement between the parties. Plaintiffs reserve the right to de-designate any experts and/or to classify them as consulting experts in accordance with the Federal Rules of Civil Procedure and governing case law.

Respectfully submitted February 28, 2022

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

/s/ *Sarah Cummings Stewart*
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com

J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP

2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Liliana Zaragoza*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
lzaragoza@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022, a true and correct copy of the foregoing document was filed via the CM/ECF system and all counsel of record were served electronically.

*/s/ Kenneth E. Broughton*
Kenneth E. Broughton
