# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Consolidated Case No: 5:21-cv-00844-XR |
| THE STATE OF TEXAS, et al., | § § § | |
| *Defendants.* | § § § | |

## DEFENDANT LISA WISE'S DESIGNATION OF POTENTIAL TESTIFYING EXPERTS

Pursuant to the Court's November 18, 2021 Scheduling Order (ECF No. 125), Defendant Lisa Wise, by and through her undersigned attorneys, hereby submits this Designation of Potential Testifying Experts. Defendant Wise reserves the right to designate and call additional or different witnesses based upon further discovery, any Court pretrial rulings, or evidence presented at trial, including rebuttal witnesses. Defendant Wise further reserves the right to call any witnesses identified by Plaintiffs or Co-Defendants on any of their potential or final witness lists.

### I. Potential Testifying Experts

Jed Untereker
Christina Sanchez
Erica Rosales
El Paso County Attorney's Office
500 E. San Antonio
El Paso, TX 79901
(915) 546-2000

Ranjana Natarajan
States United Democracy Center
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
(323) 422-8578