# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | NO. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al., <br><br> Defendants. | NO. 1:21-cv-780-XR |
| HOUSTON JUSTICE, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY WAYNE ABBOTT, et al. <br><br> Defendants. | NO. 5:21-cv-848-XR |
| LULAC TEXAS, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al. <br><br> Defendants. | NO. 1:21-cv-786-XR |

| | |
|---|---|
| MI FAMILIA VOTA, et al.<br><br>   Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, et al.<br><br>   Defendants. | NO. 5:21-cv-0920-XR |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>THE STATE OF TEXAS, et al.<br><br>   Defendants. | NO. 5:21-cv-1085-XR |

## **MI FAMILIA VOTA PLAINTIFFS' EXPERT DESIGNATIONS**

Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge (collectively, "Plaintiffs") by and through undersigned counsel, hereby submit their Initial Expert Designation Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's Scheduling Order (Dkt. 125), as amended by the Stipulated Extension of Expert Discovery Deadline (Dkt. 209).

Plaintiffs designate the following expert witnesses:

**Eric McDaniel, Ph.D.**
Department of Government
1 University Station A1800
Austin, TX 78712

**Christian R. Grose, Ph.D.**
497 W. Avenue 44
Los Angeles, CA 90065

**Franita Tolson, J.D.**
Vice Dean for Faculty and Academic Affairs
Professor of Law
Professor of Political Science and International Relations (Courtesy)
USC Gould School of Law
699 W. Exposition Blvd.
Los Angeles, CA 90089

Dr. McDaniel, Dr. Grose, and Professor Tolson will testify regarding the matters and opinions contained in their expert reports, including amendments and supplements, if any. Dr. McDaniel, Dr. Grose, and Professor Tolson were retained by Plaintiffs to provide expert testimony and may be contacted through undersigned counsel. Copies of their reports were sent to all counsel on February 28, 2022.

Discovery is ongoing in this matter and Plaintiffs reserve the right to designate additional expert witnesses for the purpose of addressing, responding to, and/or rebutting Defendants' claims, and/or to address information obtained during discovery.

Further, Plaintiffs reserve the right to supplement and/or amend these designations in compliance with the Federal Rules of Civil Procedure, Court Order, and/or agreement between the parties.

Plaintiffs reserve the right to designate additional experts as allowed by Court Order, the Federal Rules of Civil Procedure, and/or any agreement between the parties. Plaintiffs reserve the right to de-designate any experts and/or to classify them as consulting experts in accordance with the Federal Rules of Civil Procedure and governing case law.

- 3 -
114639490.1 0099831-00001

DATED: March 1, 2022                    Respectfully submitted,

                                LYONS & LYONS, P.C.
                                237 W. Travis Street, Suite 100
                                San Antonio, Texas 78205
                                Telephone: (210) 225-5251
                                Telefax: (210) 225-6545

                                By:    /s/ Elijah M. Watkins
                                Sean Lyons
                                State Bar No. 00792280
                                Sean@lyonsandlyons.com
                                Clem Lyons
                                State Bar No. 12742000
                                Clem@lyonsandlyons.com

                                Wendy J. Olson (*Pro hac vice*)
                                Laura E. Rosenbaum (*Pro hac vice*)
                                Marc Rasich (*Pro hac vice*)
                                Elijah Watkins (*Pro hac vice*)
                                STOEL RIVES LLP
                                760 SW Ninth Avenue, Suite 3000
                                Portland, OR 97205

                                Courtney Hostetler (*Pro hac vice*)
                                Ron Fein (*Pro hac vice*)
                                John Bonifaz (*Pro hac vice*)
                                Ben Clements (*Pro hac vice*)
                                FREE SPEECH FOR PEOPLE
                                1320 Centre Street, Suite 405
                                Newton, MA 02459
                                (617) 249-3015
                                chostetler@freespeechforpeople.org
                                rfein@freespeechforpeople.org
                                jbonifaz@freespeechforpeople.org
                                bclements@freespeechforpeople.org

- 4 -
114639490.1 0099831-00001

# CERTIFICATE OF SERVICE

I certify that on March 1, 2022 a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure upon the following via electronic mail:

Sean Lyons
Clem Lyons
Lyons & Lyons, P.C.
237 W. Travis St., Ste. 100
San Antonio, TX 78205
sean@lyonsandlyons.com
clem@lyonsandlyons.com

Courtney Hostetler
John Bonifaz
Ben Clements
Ron Fein
Free Speech for People
1320 Centre St., Ste. 405
Newton, MA 02459
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548

Patrick K. Sweeten
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov

William T. Thompson
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov

Eric A. Hudson
Senior Special Counsel
eric.hudson@oag.texas.gov

Kathleen T. Hunker
Special Counsel
kathleen.hunker@oag.texas.gov

Leif A. Olson
Special Counsel
leif.olson@oag.texas.gov

114639490.1 0099831-00001

Jeffrey M. White
Special Counsel
jeff.white@oag.texas.gov

Jack B. DiSorbo
Assistant Attorney General
jack.disorbo@oag.texas.gov

/s/ Elijah M. Watkins
Elijah M. Watkins

114639490.1 0099831-00001