# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Texas

Case Number: 5:21-CV-00844-XR

Plaintiff:
La Union Del Pueblo Entero, et al

vs.

Defendant:
Gregory W. Abbott, et al



For:
Perkins Coie LLP
500 North Akard St.
Suite 3300
Dallas, TX 75201

Received by Austin Process LLC on the 22nd day of February, 2022 at 2:05 pm to be served on **Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney, 100 E Cano St., Edinburg, Hidalgo County, TX 78539.**

I, Angelica Vasquez, being duly sworn, depose and say that on the 23rd day of February, 2022 at 10:19 am, I:

EXECUTED upon **Ricardo Rodriguez, Jr.** a GOVERNMENT AGENCY by delivering a true copy of the Summons in a Civil Action and Plaintiff's Lulac Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT's Second Amended Complaint for Declaratory and Injunctive Relief with the date of service endorsed thereon by me, to: **Ricardo Rodriguez, Jr.** in the offical capacity as **District Attorney** at 100 E Cano St., Edinburg, Hidalgo County, TX 78539 and informed said person of the contents therein, in compliance with State Statutes.

Description of Person Served: Age: 55, Sex: M, Race/Skin Color: Hispanic, Height: 5'6", Weight: 180, Hair: Black, Glasses: N



## AFFIDAVIT OF SERVICE For 5:21-CV-00844-XR

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am certified to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

Subscribed and Sworn to before me on
the 25 day of Feb, 2022
by the affiant who is personally known to me.

_Barbara A. Trask_
NOTARY PUBLIC

BARBARA A. TRASK
Notary Public, State of Texas
Comm. Expires 02-24-2023
Notary ID 130129396

_Angelica Vasquez_
PSC-16716 Exp: 4/30/2023

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2022001631
Ref: 138393.0042

Copyright 1992-2022 Database Services, Inc - Process Server's Toolbox V8.1z