CAUSE NO. 5:21-CV-00844-XR

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, ET AL., § | |
| § | |
| Plaintiff, § | |
| VS. § | |
| § | |
| GREGORY W. ABBOTT, ET AL., § | |
| Defendant. § | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared Antonio Perez who, being by me duly sworn, deposed and said:

"The following came to hand on Feb 22, 2022, 2:38 pm,

**SUMMONS IN A CIVIL ACTION AND PLAINTIFF'S LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, AND TEXAS AFT'S SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF,**

and was executed at 500 JEFFERSON ST SUITE 500, HOUSTON, TX 77002 within the county of HARRIS at 12:40 PM on Wed, Feb 23 2022, by delivering a true copy to the within named

**KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY BY DELIVERING TO BRIAN ROSE, ASSISTANT GENERAL COUNSEL**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Antonio Perez
Certification Number: PSC-12339
Certification Expiration: 10/31/23

BEFORE ME, a Notary Public, on this day personally appeared Antonio Perez, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 2-25-22

Notary Public, State of Texas

Gillian Moberg
My Commission Expires
06/05/2023
ID No 132038691