# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Case No: 5:21-cv-844-XR | |
| § | | |
| GREGORY ABBOTT, et al. § | | |
| Defendants § | | |

| | | |
|---|---|---|
| TEXAS STATE LULAC; § | | |
| VOTO LATINO § | | |
| Plaintiffs, § | | |
| v. § | Case No: 1:21-cv-786-XR | |
| § | | |
| JOHN SCOTT, in his official capacity § | | |
| as Texas Secretary of State, et al § | | |
| Defendants. § | | |

## DEFENDANT YVONNE RAMÓN'S DESIGNATION
## OF POTENTIAL TESTIFYING EXPERTS

Pursuant to the Court's November 18, 2021 Scheduling Order (ECF No. 125), Defendant Yvonne Ramón, by and through her undersigned attorneys, hereby submits this Designation of Potential Testifying Experts. Defendant Ramón reserves the right to designate and call additional or different witnesses based upon further discovery, any Court pretrial rulings, or evidence presented at trial, including rebuttal witnesses. Defendant Ramón further reserves the right to call any witnesses identified by Plaintiffs, Co-Defendants or Intervenors on any of their potential or final witness lists.

**I.    Potential Testifying Experts**

Josephine Ramirez Solis
Leigh Ann Tognetti

Hidalgo County Criminal District Attorney's Office
100 E. Cano St.
Edinburg, TX 78539
(956) 292-7609

Ms. Ramirez and Ms. Tognetti may present testimony regarding attorneys' fees in this matter.

The parties have not yet completed discovery in this case. Defendant Ramón therefore reserves the right to supplement this Designation pursuant to the Court's Scheduling Order and the Federal Rules of Civil Procedure if additional witnesses and/or documents are identified during discovery.

Respectfully submitted,

RICARDO RODRIGUEZ, JR.
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

*/s/ Josephine Ramirez-Solis*
Assistant District Attorney
Texas Bar No. 24007894
josephine.ramirez@da.co.hidalgo.tx.us
100 E. Cano, First Floor
Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
Tel: (956) 292-7609
Fax: (956) 318-2301
ATTORNEY FOR DEFENDANT
YVONNE RAMÓN

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2022, I electronically submitted the above with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the all parties and counsel of record

                                               */s/ Josephine Ramirez-Solis*
                                               Josephine Ramirez-Solis
                                               Assistant District Attorney