**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the State Defendants' partially unopposed Motion to Extend Deadline to Designate Experts. *See* ECF 307. The Court has considered the Motion and is of the opinion that it should be granted. As such:

The Court FINDS that good cause exists for an extension of the State Defendants' deadline to file designations of rebuttal experts. The State Defendants' Partially Unopposed Motion to Extend Deadline to Designate Experts is GRANTED.

IT IS THEREFORE ORDERED that the State Defendants shall file all designations of rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, by April 12, 2022.

DATE: _____

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE