IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, *et al.*,

Plaintiffs,

v.

GREGORY W. ABBOTT, *et al.*,

Defendants.

Civil Action No. 5:21-cv-844 (XR)
(Consolidated Cases)

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the United States' Consent Motion to Modify the Scheduling Order dated March 4, 2022, and for good cause shown, the United States' motion is GRANTED. The Court finds that good cause exists to modify the Scheduling Order in order to expedite discovery and to enable the parties to prepare for dispositive motions and trial. Accordingly, the Scheduling Order shall be modified to include the following:

**Number and Timing of Depositions**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery.

It is so **ORDERED**.

Signed this \_\_\_\_ Day of _____, 2022

_____
THE HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE