**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNION DEL PUEBLE ENTERO, et al., § | | |
|     *Plaintiffs*, § | | |
| § | | |
| v. § | | 5:21-CV-0844-XR |
| § | | (Consolidated Cases) |
| GREGORY ABBOTT, et al. § | | |
|     *Defendants*. § | | |

## DEFENDANT TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT FILED BY PLAINTIFFS OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP-TEXAS, TEXAS ORGANIZING PROJECT, AND WORKERS DEFENSE ACTION FUND [ECF NO. 200]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Travis County District Attorney José Garza ("District Attorney Garza") and files this Unopposed Second Motion for Extension of Time to File Response to OCA-Greater Houston Plaintiffs' Second Amended Complaint (ECF No. 200) and in support thereof states as follows:

**I.**

OCA-Greater Houston Plaintiffs filed their Second Amended Complaint for Declaratory and Injunctive Relief on January 18, 2022 (ECF No. 200). District Attorney Garza was served with the Second Amended Complaint on February 7, 2022, making the original deadline for his response to the Second Amended Complaint February 28, 2022. The Court granted District Attorney Garza's Motion for Extension of Time (ECF No. 290), making the current deadline to file his answer March 7, 2022.

District Attorney Garza respectfully requests that the Court grant a five (5) business-day

extension of time to file his Response to OCA-Greater Houston Plaintiffs' Second Amended Complaint. District Attorney Garza does not seek this motion for delay, but for good cause. This motion will not prejudice Plaintiffs as they do not oppose the relief requested. This extension is necessary to permit District Attorney Garza and his counsel sufficient time to further explore the appropriate responsive pleading to be filed on behalf of District Attorney Garza at this time. The extension of time is warranted in the interest of justice, and to conserve the resources of the parties.

Pursuant to Local Rule CV-7(i), counsel for District Attorney Garza has conferred with Plaintiffs' counsel regarding the relief requested in the Motion. Plaintiffs do not oppose this extension.

## II. CONCLUSION

For the foregoing reasons, the Court should grant District Attorney Garza's unopposed motion for extension of time for his Response, up to and including March 14, 2022.

Respectfully submitted,
**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:   (512) 854-9513
Facsimile:   (512) 854-4808

SHERINE E. THOMAS
State Bar No. 00794734
Sherine.Thomas@traviscountytx.gov
LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov

By:   /s/ Anthony J. Nelson
Anthony J. Nelson
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
Patrick T. Pope
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

*La Union del Pueblo Entero, et al. v. Greg Abbott, et al.*
Defendant Travis County District Attorney José Garza's Unopposed Second Motion for Extension of Time to File Response to OCA-GH Plaintiffs' 2nd Amended Complaint
Page **2** of **4**                                                                                                        064.930 / 1028129.1

**ATTORNEYS FOR DEFENDANT
JOSÉ GARZA, IN HIS OFFICIAL CAPACITY
AS TRAVIS COUNTY DISTRICT ATTORNEY**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 4th day of March, 2022.

> */s/ Anthony J. Nelson*
> ANTHONY J. NELSON
> Assistant County Attorneys

**CERTIFICATE OF CONFERNCE**

I certify that on March 4, 2022, counsel for Travis County District Attorney José Garza conferred with Plaintiffs' counsel, regarding the filing of Travis County District Attorney José Garza's Unopposed Second Motion for Extension of Time to File Response to OCA-Greater Houston Plaintiffs' Complaint. Counsel for Plaintiffs indicated they are UNOPPOSED to this motion.

> */s/ Anthony J. Nelson*
> ANTHONY J. NELSON
> Assistant County Attorney

*La Union del Pueblo Entero, et al. v. Greg Abbott, et al.*
Defendant Travis County District Attorney José Garza's Unopposed Second Motion for Extension of Time to File Response to OCA-GH Plaintiffs' 2nd Amended Complaint
Page **3** of **4**                                                                                                          064.930 / 1028129.1