**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO, et al.,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **5:21-CV-0844-XR** |
| | § | **(Consolidated Cases)** |
| **GREGORY ABBOTT, et al.** | § | |
| *Defendants*. | § | |

_____

## O R D E R

_____

Before the Court is Defendant Travis County District Attorney José Garza's Unopposed Motion for Extension of Time to File a Response to Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief [ECF No. 199] filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla López, Marlon López, Paul Rutledge, and Jeffrey Lamar Clemmons. After careful consideration of the Motion, Plaintiffs' response, if any, and the pleadings filed by the parties, the Court is of the opinion that the Motion has merit and should be **GRANTED**.

Accordingly, it is ORDERED that Defendant Travis County District Attorney José Garza shall file a response to Plaintiffs' Second Amended Complaint [ECF No. 199] on or before **March 17, 2022**.

SIGNED this _____ day of _____, 2022.


_____
UNITED STATES DISTRICT JUDGE