# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO, et al.,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | **5:21-CV-0844-XR** | |
| § | **(Consolidated Cases)** | |
| **GREGORY ABBOTT, et al.** § | | |
| *Defendants.* § | | |

**DEFENDANT TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFFS' LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS AND TEXAS AFT'S SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF [ECF NO. 207]**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Travis County District Attorney José Garza ("District Attorney Garza") and files this Unopposed Third Motion for Extension of Time to File Response to LULAC Plaintiffs' Second Amended Complaint (ECF No. 207) and in support thereof states as follows:

## I.

LULAC Plaintiffs filed their Second Amended Complaint for Declaratory and Injunctive Relief on January 25, 2022 (ECF No. 207). District Attorney Garza was served with the Second Amended Complaint on February 4, 2022, making his original answer due February 25, 2022. The Court granted Defendant District Attorney Garza's First Motion for Extension of Time (ECF No. 289), and Second Motion for Extension of Time (ECF No. 311) making the current deadline for his response to the Second Amended Complaint March 11, 2022.

District Attorney Garza respectfully requests that the Court grant a three (3) business-day extension of time to file his Response to LULAC Plaintiffs' Second Amended Complaint. District

Attorney Garza does not seek this motion for delay, but for good cause. This motion will not prejudice Plaintiffs as they do not oppose the relief requested. This extension is necessary to permit District Attorney Garza and his counsel sufficient time to further explore the appropriate responsive pleading to be filed on behalf of District Attorney Garza at this time. The extension of time is warranted in the interest of justice, and to conserve the resources of the parties.

Pursuant to Local Rule CV-7(i), counsel for District Attorney Garza has conferred with Plaintiffs' counsel regarding the relief requested in the Motion. Plaintiffs do not oppose this extension.

## II. CONCLUSION

For the foregoing reasons, the Court should grant District Attorney Garza's Unopposed Third Motion for extension of time for his Response, up to and including March 16, 2022.

Respectfully submitted,
**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:    (512) 854-9513
Facsimile:    (512) 854-4808

SHERINE E. THOMAS
State Bar No. 00794734
Sherine.Thomas@traviscountytx.gov
LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov

By:    */s/ Anthony J. Nelson*
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
PATRICK T. POPE
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

*La Union del Pueblo Entero, et al. v. Greg Abbott, et al.*
Defendant Travis County District Attorney José Garza's Unopposed Third Motion for Extension of Time to File Response to LULAC Plaintiffs' 2nd Amended Complaint
Page **2** of **4**                                                              064.931 / 103089.1

**ATTORNEYS FOR DEFENDANT
JOSÉ GARZA, IN HIS OFFICIAL CAPACITY
AS TRAVIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served through the Court's

CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk

of Court on this the 14th day of March, 2022.

> */s/ Anthony J. Nelson*
> ANTHONY J. NELSON
> Assistant County Attorneys

## CERTIFICATE OF CONFERNCE

I certify that counsel for Travis County District Attorney José Garza attempted to confer

on March 10 and 11, 2022, but were not able to confirm until March 14, 2022, that Plaintiffs'

counsel were unopposed.

> */s/ Anthony J. Nelson*
> ANTHONY J. NELSON
> Assistant County Attorney

*La Union del Pueblo Entero, et al. v. Greg Abbott, et al.*
Defendant Travis County District Attorney José Garza's Unopposed Third Motion for Extension of Time to File
Response to LULAC Plaintiffs' 2nd Amended Complaint
Page **3** of **4**                                                            064.931 / 103089.1