# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:21-CV-00844-XR

Plaintiff:
La Union Del Pueblo Entero, et al

vs.

Defendant:
Gregory W. Abbott, et al

For:
Perkins Coie LLP
500 North Akard St.
Suite 3300
Dallas, TX 75201

Received by Sergio Martinez on the 22nd day of February, 2022 at 1:50 pm to be served on Yvonne Rosales, in her official capacity as El Paso County District Attorney, 500 E San Antonio, 2nd Floor, El Paso, El Paso County, TX 79901.

I, Sergio Martinez, being duly sworn, depose and say that on the 9th day of March, 2022 at 3:07 pm, I:

served a GOVERNMENT AGENCY by delivering a true copy of the Summons in a Civil Action and Plaintiff's Lulac Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT's Second Amended Complaint for Declaratory and Injunctive Relief with the date and hour of service endorsed thereon by me, to: Curtis Cox, El Paso County District Attorney's Office as Authorized to Accept on behalf of Yvonne Rosales at the address of 500 E San Antonio, 2nd Floor, El Paso, El Paso County, TX 79901 and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 10th day of March, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Sergio Martinez
PSC - 1521; Exp: 10/31/2023

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2022001630
Ref: 138393.0042