IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OCA-GREATER HOUSTON, et al., § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> § <br> TEXAS SECRETARY OF STATE § <br> JOHN SCOTT, in his official capacity, § <br> et al., § <br> § <br> *Defendants.* § | CIVIL ACTION NO. 1:21-CV-00780-XR <br><br> (Consolidated Case No. 5:21-CV-00844-XR) |

## **ORDER**

Before the Court is an unopposed motion for extension of time to answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief, as filed by Defendant Kim Ogg, in her capacity as Harris County District Attorney ("Ogg"). Having considered the motion, the Court orders as follows:

**IT IS ORDERED THAT** Ogg's unopposed motion for extension of time is **GRANTED**. Ogg shall answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before March 29, 2022.

SIGNED on _____, 2022.

_____
UNITED STATES DISTRICT JUDGE