IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00844-XR (Consolidated Case) |
| GREGORY W. ABBOTT, et al., | § § | |
| Defendants. | § § | |

## DEFENDANT'S SECOND UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSE

Defendant Kim Ogg, in her capacity as Harris County District Attorney ("Ogg"), files this Second Unopposed Motion for Extension of Time to answer or respond to the Second Amended Complaint filed by Plaintiffs Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Act of Texas, Mi Familia Vota, Marla López, Paul Rutledge, and Jeffrey Lamar Clemmons. Plaintiffs are unopposed to the relief sought.

On February 8, 2022, Ogg was served with Plaintiffs' Second Amended Complaint (Dkt. 199; 246.) On February 28, 2022, this Court granted Ogg's Unopposed Motion for Extension of Time to file her answer or response. (Dkt. 292.) Ogg needs additional time to review and respond to the numerous allegations asserted by the multiple parties in the Second Amended Complaint. Accordingly, Ogg respectfully requests the Court grant this motion and extend the time for Ogg to file her answer or response until March 29, 2022. This extension is not sought for purposes of delay but so that justice may be done.

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*

Eric J.R. Nichols
State Bar No. 14994900
eric.nichols@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiffs regarding the relief sought in this motion and Plaintiffs are unopposed.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols

63592375.v1