IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00844-XR (Consolidated Case) |
| GREGORY W. ABBOTT, et al., | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is an unopposed motion for extension of time to answer or otherwise respond to the Second Amended Complaint, as filed by Defendant Kim Ogg, in her capacity as Harris County District Attorney ("Ogg"). Having considered the motion, the Court orders as follows:

**IT IS ORDERED THAT** Ogg's unopposed motion for extension of time is **GRANTED**. Ogg shall answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before March 29, 2022.

SIGNED on _____, 2022.

_____
UNITED STATES DISTRICT JUDGE