**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>　*Plaintiffs*,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br>　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-844-XR<br>[Lead Case] |

# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

## NOTICE OF DEPOSITION OF JOHN SCOTT

**TO:** John Scott, by and through Patrick K. Sweeten, counsel for the State of Texas et al., Office of the Attoreny General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, Texas 78711, and to All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Proceudre and by agreement of the parties, counsel for Plaintiffs and Plaintiff-Intervenors will take the oral deposition of John Scott, commencing at 9:00 a.m. on April 21, 2022, at the Office of the United States Attorney for the Western District of Texas, 903 San Jacinto Blvd., Suite 334, Austin, Texas 78701. The deposition shall be recorded by stenographic means and may also be recorded by additional audiovisual means, and shall take place before a notary public or other person authorized by law to administer oaths.

Date: March 14, 2022

KRISTEN CLARKE
Assistant Attorney General

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division


*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 305-4355
daniel.freeman@usdoj.gov

# **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2022, I served a true and correct copy of the foregoing via electronic mail on all counsel of record.

                                                  */s/ Daniel J. Freeman*
                                                  Daniel J. Freeman
                                                  Voting Section
                                                  Civil Rights Division
                                                  U.S. Department of Justice
                                                  daniel.freeman@usdoj.gov