# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión del Pueblo Entero, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> Gregory W. Abbott, *et al.*, <br> *Defendants*. | § § § § § § § § | Case No. 5:21-cv-844-XR <br> [Lead Case] |

## ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

Before the Court is Defendants' Motion for a Protective Order. After considering the Motion, briefing, and applicable law, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion for a Protective Order is hereby GRANTED.

DATE: _____

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE