# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § | | |
| Plaintiffs, § | | |
| § | | 5:21-CV-0844-XR |
| v. § | | |
| § | | |
| GREGORY W. ABBOTT, et al., § | | |
| Defendants. § | | |

## ORDER

On this date, the Court considered the State Defendants' motion for a protective order and motion to quash the deposition of the Texas Secretary of State John B. Scott. ECF No. 334. The State Defendants ask the Court for a protective order from the deposition notice of Texas Secretary of State John B. Scott served by the United States or, in the alternative, for an order quashing the deposition notice. *Id.* at 1.

The Court hereby **STAYS** the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants' motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than **March 29, 2022**. Any reply must be filed no later than **April 1, 2022**.

It is so **ORDERED**.

**SIGNED** this March 22, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE