# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al, | § | |
| | § | |
| Plaintiffs, | § | Lead Case No: 5:21-cv-844-XR |
| | § | |
| v. | § | |
| | § | Consolidated Case NO: 1:21cv |
| | § | 0786-XR |
| GREGORY W. ABBOTT, et al, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| LULAC TEXAS, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Johan Scott, et al, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Yvonne Rosales, in her official capacity as District Attorney of El Paso, Culberson and Hudspeth counties ("DA Rosales"), files this Unopposed Motion for Extension of Time to File an Answer to Plaintiffs' Complaint.

1. Defendant's answer to Plaintiff's Complaint is due on March 30, 2022.

2. Defendant respectfully requests an extension until April 7, 2022 to file an answer to Plaintiffs' Complaint.

3. This will allow Defendant DA Rosales time to investigate Plaintiffs' claims.

4. Defendant does not seek this motion for delay, but for good cause. This motion

will not prejudice Plaintiffs as they do not oppose the relief requested.

Respectfully submitted,

By: */s/ Roger Rodriguez*
Roger Rodriguez
State Bar No. 24033652
attorney@rodriguezfirm.com
3800 N. Mesa, A-2202
El Paso, Texas 79902
Tel: (915) 422-1000

**ATTORNEY FOR DEFENDANT YVONNE ROSALES, IN HER CAPACITY AS DISTRICT ATTORNEY FOR EL PASO, HUDSPETH, AND CULBERSON COUNTIES**

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 30, 2022 I conferred with counsel for Plaintiffs Graham White about the foregoing motion. Plaintiffs do not oppose the relief requested.

*/s/ Roger Rodriguez*
Roger Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on March 30, 2022, with the Clerk of the Court for the U.S. Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Roger Rodriguez*
Roger Rodriguez