IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS, et al., <br><br> *Defendants*. | Civil Action No. 5:21-cv-844(XR) <br> (Consolidated Case) |
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, TEXAS ORGANIZING PROJECT, and WORKERS DEFENSE ACTION FUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR ISABEL LONGORIA, *in her official capacity*, TRAVIS COUNTY CLERK DANA DEBEAUVOIR, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity*; <br><br> *Defendants*. | 1:21-cv-0780-XR |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANT HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY'S, MOTION TO DISMISS**

1

TO THE HONORABLE XAVIER RODRIGUEZ, U.S. DISTRICT JUDGE:

1. On March 29, 2022, Defendant Harris County District Attorney Kim Ogg, in her official capacity, filed a motion to dismiss the claims brought against her by OCA-Greater Houston, League of Women Voters of Texas, REVUP–Texas, Texas Organizing Project, and Workers Defense Action Fund ("the OCA-GH Plaintiffs") in consolidated case 1:21-cv-0780-XR. Dkt. 344. The OCA-GH Plaintiffs' response is due on April 12, 2022. *See* W.D. Texas Local Rule CV-7.D.2.

2. The OCA-GH Plaintiffs respectfully request the Court extend their deadline to respond to Defendant Kim Ogg's motion by one week, from April 12, 2022, to April 19, 2022.

3. This request is sought in good faith and not for the purpose of delay. Extensive and consolidated written discovery and depositions are currently ongoing in this case, and lead counsel for the OCA-GH Plaintiffs must attend an unavoidable work function for most of the next week.

4. Defendant Kim Ogg will not be prejudiced by this extension. Counsel for the OCA-GH Plaintiffs conferred with counsel for Defendant Kim Ogg via e-mail on April 2, 2022, and Defendant Kim Ogg does not oppose this motion.

5. Accordingly, the OCA-GH Plaintiffs respectfully request the Court grant their request to extend the deadline for their response to Defendant Kim Ogg's motion to dismiss to April 19, 2022.

Dated: April 2, 2022.

      Respectfully submitted,

      */s/ Zachary Dolling*

      Mimi M.D. Marziani
      Texas Bar No. 24091906
      Hani Mirza

Texas Bar No. 24083512
Zachary Dolling
Texas Bar No. 24105809
Sarah Chen*
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
hani@texascivilrightsproject.org
zachary@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org
slakin@aclu.org
sosaki@aclu.org

3

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

*COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, ET AL.*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

      By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on April 2, 2022, through the Electronic Case File System of the Western District of Texas.

                                                                                                      /s/ *Zachary Dolling*

**CERTIFICATE OF CONFERENCE**

      I certify that on April 2, 2022, the OCA-GH Plaintiffs' counsel conferred via e-mail with Eric J.R. Nichols, counsel for Defendant Harris County District Attorney Kim Ogg, in her official capacity, and she is not opposed to the extension requested here.

                                                                                                         /s/ *Zachary Dolling*