**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS, et al., <br><br> *Defendants*. | Civil Action No. 5:21-cv-844(XR) <br> (Consolidated Case) |
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, TEXAS ORGANIZING PROJECT, and WORKERS DEFENSE ACTION FUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR ISABEL LONGORIA, *in her official capacity*, TRAVIS COUNTY CLERK DANA DEBEAUVOIR, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity*; <br><br> *Defendants*. | 1:21-cv-0780-XR |

1

# ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY'S, MOTION TO DISMISS

After considering Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP–Texas, Texas Organizing Project, and Workers Defense Action Fund's Unopposed Motion to Extend Deadline for Plaintiffs' Response to Defendant Harris County District Attorney Kim Ogg, In Her Official Capacity's, Motion to Dismiss, the Court **GRANTS** Plaintiffs' motion. Accordingly, the Court **ORDERS** Plaintiffs' deadline to respond to Defendant Kim Ogg's Motion to Dismiss, Dkt. 344, is extended to April 19, 2022.

**SIGNED** this _____ day of April, 2022.

_____
*XAVIER RODRIGUEZ*
*UNITED STATES DISTRICT JUDGE*