UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al. | § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | Case No. 5:21-CV-0844-XR |
| GREGORY W. ABBOTT, et al. | § § § | |
| *Defendants.* | § § § | |
| OCA-GREATER HOUSTON, et al. | § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § | Case No. 1:21-CV-0780-XR |
| JOSE A. ESPARZA, et al. | § § § | |
| *Defendants.* | § § § | |
| HOUSTON JUSTICE, et al. | § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § | Case No. 5:21-CV-0848-XR |
| GREGORY WAYNE ABBOTT, et al. | § § § | |
| *Defendants.* | § § § | |
| LULAC TEXAS, et al. | § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § | Case No. 1:21-CV-0786-XR |
| JOHN SCOTT, et al. | § § § | |
| *Defendants.* | § § § | |

1

| | § |
|---|---|
| MI FAMILIA VOTA, et al. | § |
| | § |
| *Plaintiffs,* | § |
| | § |
| vs. | § Case No. 5:21-CV-0920-XR |
| | § |
| GREG ABBOTT, et al. | § |
| | § |
| *Defendants.* | § |
| | § |

| | § |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *Plaintiff,* | § |
| | § |
| vs. | § Case No. 5:21-CV-01085-XR |
| | § |
| STATE OF TEXAS, et al., | § |
| | § |
| *Defendants.* | § |
| | § |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take note that Kathryn E. Yukevich, hereby respectfully moves the Court to permit her to withdraw as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. Ms. Yukevich will be departing Elias Law Group LLP effective April 3, 2022. Plaintiffs will continue to be represented by Marc E. Elias, Uzoma Nkwonta, Haley Costello Essig, Graham W. White, Joseph Posimato, Meaghan E. Mixon, Noah B. Baron, Marcos Mocine-McQueen, Michael B. Jones, and Jonathan Patrick Hawley of Elias Law Group. Defendants' counsels of record do not oppose this motion for withdrawal.

Dated: April 3, 2022.   Respectfully submitted,

/s/ *Kathryn E. Yukevich*
Marc E. Elias*
Uzoma N. Nkwonta*

Haley Costello Essig*
Kathryn E. Yukevich*
Graham W. White*
Joseph Posimato*
Meaghan E. Mixon*
Noah B. Baron*
Marcos Mocine-McQueen*
Michael B. Jones*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
hessig@elais.law
kyukevich@elias.law
gwhite@elias.law
jposimato@elias.law
mmixon@elias.law
nbaron@elias.law
mmcqueen@elias.law
mjones@elias.law

Jonathan Patrick Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0179
jhawley@elias.law

*Counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2022, I electronically served the foregoing document via electronic mail on all counsel of record.

/s/ <u>Kathryn E. Yukevich</u>
Kathryn E. Yukevich