# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., §<br>§<br>*Plaintiffs,* §<br>§<br>v. §<br>§<br>GREGORY W. ABBOTT, et al., §<br>*Defendants.* § | | 5:21-CV-0844-XR<br>[Consolidated Cases] |

## ORDER

On this date, the Court considered the State Defendants' motion for a protective order and motion to quash the deposition of former Texas Secretary of State Ruth R. Hughs. ECF No. 353. The State Defendants ask the Court for a protective order from the subpoena to testify at a deposition issued to Hughs by Plaintiff Mi Familia Vota or, in the alternative, for an order quashing the subpoena. *Id.* at 1.

Plaintiff Mi Familia Vota is hereby **ORDERED** to file a response to the State Defendants' motion, no later than **April 12, 2022**. Any reply must be filed no later than **April 14, 2022**. The Court **SETS** a hearing on this motion for **Monday, April 18, 2022, at 3:30 p.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** this April 7, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE