IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, *et al.*,

Plaintiffs,

v.

GREGORY W. ABBOTT, *et al.*,

Defendants.

Civil Action No. 5:21-cv-844 (XR)
(Consolidated Cases)

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the United States' Motion to Modify the Scheduling Order dated April 13, 2022, and for good cause shown, the United States' motion is GRANTED. The Court finds that good cause exists to modify the Scheduling Order in order to facilitate a meaningful exchange of pretrial disclosures. Accordingly, the deadline for Rule 26(a)(3) disclosures is extended until May 20, 2022.

It is so **ORDERED**.

Signed this _____ Day of _____, 2022

_____
THE HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE