# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br> *Plaintiff* <br> v. <br> GREGORY W. ABBOTT, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 5:21-cv-844 (XR) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/13/2022

/s/ Laura Brady Bender
*Attorney's signature*

Laura Brady Bender 1615749 (DC)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

laura.bender@usdoj.gov
*E-mail address*

(800) 253-3931
*Telephone number*

(202) 307-3961
*FAX number*