# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Unión Del Pueblo Entero, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:21-cv-844 (XR) |
| Gregory W. Abbott, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/13/2022

*Attorney's signature*

Jaywin Singh Malhi, 24124616 (TX)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

jaywin.malhi@usdoj.gov
*E-mail address*

(800) 253-3931
*Telephone number*

(202) 307-3961
*FAX number*