IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS, et al., <br><br> *Defendants*. | Civil Action No. 5:21-cv-844(XR) <br> (Consolidated Case) |
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, TEXAS ORGANIZING PROJECT, and WORKERS DEFENSE ACTION FUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR ISABEL LONGORIA, *in her official capacity*, TRAVIS COUNTY CLERK REBECCA GUERRERO, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity,* <br><br> *Defendants*. | 1:21-cv-0780-XR |

## **ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW**

On this date, the Court took under submission the OCA-GH Plaintiffs' Motion to Withdraw Texas Organizing Project as a party in this action, pursuant to Rule 21 of the Federal Rules of Civil Procedure. The motion was presented with notice to the Defendants, who have indicated that they

1

do not oppose the motion. The Court, after reviewing the motion, is of the opinion that the motion is well-taken and should be in all things GRANTED.

It is therefore, **Ordered**, **Adjudged**, and **Decreed** that the OCA-GH Plaintiffs' Motion to Withdraw is hereby **GRANTED** in its entirety, and Plaintiff Texas Organizing Project is **DISMISSED WITH PREJUDICE**.

All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants.

SIGNED this \_\_\_\_ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE