# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cv-00844-XR |
| | ) | |
| GREGORY W. ABBOTT et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Western District of Texas Local Rule AT-3, Defendants Bexar County Criminal District Attorney Joe Gonzales and Elections Administrator Jacquelyn Callanen notifies the Court that Larry Roberson will appear as counsel in the above-captioned case along with Lisa Cubriel. Mr. Roberson is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

> Larry Roberson
> State Bar No. 24046728
> Civil Section Chief
> 101 W. Nueva, 7th Floor
> San Antonio, Texas 78205
> Telephone: (210) 335-2141
> Fax: (210) 335-2773
> lroberson@bexar.org

> Respectfully Submitted,
> JOE GONZALES
> Bexar County Criminal District Attorney

By:   /s/ Larry L. Roberson
 **LARRY L. ROBERSON**
 Bar No. 24046728

Notice of Appearance of Counsel
*La Union Del Pueblo Entero et al. v. Abbott et al.* (consolidated case)
5:21-cv-00844-XR                                                                                                    1 of 2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this day, April 18, 2022, a true copy of the foregoing document was served upon all parties by electronic service through the e-filing system.

/s/ Larry L. Roberson
LARRY L. ROBERSON

Notice of Appearance of Counsel
*La Union Del Pueblo Entero et al. v. Abbott et al.* (consolidated case)
5:21-cv-00844-XR                                                           2 of 2