IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br>     *Plaintiffs* <br><br> -vs- <br><br> GREGORY W. ABBOTT, *et al.*, <br>     *Defendants* | § § § § § § § § § § | SA-21-CV-00844-XR |

### ORDER

On this date, the Court considered Defendants Gregory Abbot, Ken Paxton, and John Scott's motion for a protective order and to quash the deposition of former Texas Secretary of State Ruth Hughs' (ECF No. 353). As stated in open court, the motion is **GRANTED** in part and **DENIED** in part.

The deposition of former Texas Secretary of State Ruth Hughs is **STAYED** until such time as Plaintiffs complete the depositions of Keith Ingram, Christina Adkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. If, after those depositions are completed, Plaintiff Mi Familia Vota contends that Ms. Hughs' deposition is necessary, Plaintiff Mi Familia Vota may file a motion to lift the stay and compel Ms. Hughs' deposition. Such a motion should address how, in light of the completed depositions, Ms. Hughs has "first-hand knowledge related to the claims being litigated that is unobtainable from other sources." *See In re Bryant*, 745 F. App'x 215, 218 n.2 (5th Cir. 2018). It must also address whether exceptional circumstances exist that merit Ms. Hughs' deposition. *See id.*

It is so **ORDERED**.

**SIGNED** this 18th day of April, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE