# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., | |
| Defendants. | |
| OCA-GREATER HOUSTON, et al., | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-780-XR |
| JOHN SCOTT, et al., | |
| Defendants. | |
| HOUSTON JUSTICE, et al. | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-848-XR |
| GREGORY WAYNE ABBOTT, et al. | |
| Defendants. | |
| LULAC TEXAS, et al. | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-786-XR |
| JOHN SCOTT, et al. | |
| Defendants. | |

| | |
|---|---|
| MI FAMILIA VOTA, et al.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, et al.<br><br>　　　　Defendants. | NO. 5:21-cv-0920-XR |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF TEXAS, et al.<br><br>　　　　Defendants. | NO. 5:21-cv-1085-XR |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Pursuant to Local Court Rule AT-3, Plaintiffs Mi Familia Vota, et al., file this Motion for Withdrawal of Counsel to withdraw Marc Rasich, formerly of Stoel Rives LLP, admitted *pro hac vice* on October 6, 2021, as counsel for Plaintiffs Mi Familia Vota, et al. Mr. Rasich is no longer with Stoel Rives LLP, effective April 1, 2022. Plaintiffs Mi Familia Vota, et al., will continue to be represented by current counsel.

DATED: April 19, 2022

Respectfully submitted,

/s/ Wendy J. Olson
Wendy J. Olson, Bar No. 7634
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure upon the following via electronic mail:

Sean Lyons
Clem Lyons
Lyons & Lyons, P.C.
237 W. Travis St., Ste. 100
San Antonio, TX 78205
sean@lyonsandlyons.com
clem@lyonsandlyons.com

Courtney Hostetler
John Bonifaz
Ben Clements
Ron Fein
Free Speech for People
1320 Centre St., Ste. 405
Newton, MA 02459
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548

Patrick K. Sweeten
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov

William T. Thompson
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov

Eric A. Hudson
Senior Special Counsel
eric.hudson@oag.texas.gov

Kathleen T. Hunker
Special Counsel
kathleen.hunker@oag.texas.gov

Leif A. Olson
Special Counsel
leif.olson@oag.texas.gov

Jeffrey M. White
Special Counsel
jeff.white@oag.texas.gov

Jack B. DiSorbo
Assistant Attorney General
jack.disorbo@oag.texas.gov

/s/ Wendy J. Olson
Wendy J. Olson