# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

La Unión Del Pueblo Entero, et al

vs.   Case No.: 5:21-cv-00844-XR

Gregory W. Abbott, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <u>Victor Genecin</u>, counsel for <u>Plaintiffs</u>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and <u>Victor Genecin</u> may appear on behalf of <u>Plaintiffs</u> in the above case.

IT IS FURTHER ORDERED that <u>Victor Genecin</u>, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <u>April</u>, 20<u>22</u>.

_____
UNITED STATES DISTRICT JUDGE