IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, and WORKERS DEFENSE ACTION FUND,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR ISABEL LONGORIA, *in her official capacity*, TRAVIS COUNTY CLERK REBECCA GUERRERO, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity*,<br><br>        *Defendants*. | Civil Action No. 5:21-cv-844(XR)<br>(Consolidated Case)<br><br><br>1:21-cv-0780-XR |

**OCA-GH PLAINTIFFS' RESPONSE TO STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTION TO DISMISS**

Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund (OCA-GH Plaintiffs) file this Response to indicate their joinder in the arguments made by the LUPE Plaintiffs, Dkt. 358, and the HAUL and MFV Plaintiffs, Dkt. 359, in response to the State Defendant's Notice of Supplement Authority. *See* Dkt. 333. OCA-GH Plaintiffs additionally file this Response to underscore two further points.

First, State Defendants claim that OCA-GH Plaintiffs merely "emphasize the Secretary [of State]'s general duties" in arguing that he has a sufficient enforcement connection, under *Ex parte*

1

*Young*, to the challenged provisions of Senate Bill 1. Dkt. 333 at 2. But that severely understates OCA-GH Plaintiffs' allegations. OCA-GH Plaintiffs point to both specific statutory duties under the Texas Election Code that direct the Secretary's office to enforce the challenged SB 1 provisions and specific enforcement actions already taken by the Secretary's office in regard to the challenged provisions, such as its operational oversight in rolling out SB1's mail-in ballot application provisions. *See* Dkt. 279 at 3–4 (OCA-GH Plaintiffs' Response to State Defendants' Motion to Dismiss).

Second, State Defendants incorrectly claim that the Secretary's role in designing certain forms is "irrelevant" because OCA-GH Plaintiffs do not challenge the "design or content of the forms." Dkt. 333 at 3 (citation omitted). But that is also false. In their Complaint and response to State Defendants' motion to dismiss, OCA-GH Plaintiffs specifically identified Texas Election Code Section 31.002, which instructs the Secretary to prescribe the design and content of both the Application for Ballot by Mail, the mail-in carrier envelope for mail-in ballots, and the oath form's design and content--all of which the Secretary must modify (and has modified) in order to effectuate the new mail-in voter identification and assistance requirements set forth in the provisions of SB 1 that OCA-GH Plaintiffs challenge. *See* Dkt. 200 at 15–16; Dkt. 279 at 3–4. Plaintiffs specifically seek relief enjoining the use of such modified forms issued by the Secretary.

For these reasons, and for the reasons set forth in OCA-GH Plaintiffs' Second Amended Complaint, Dkt. 200, and Response to State Defendants' Motion to Dismiss, Dkt. 279, the Court should deny State Defendants' Motion to Dismiss OCA-GH Plaintiffs' claims. Dkt. 240.

Dated April 21, 2022
Respectfully submitted,

*/s/ Zachary Dolling*

Mimi M.D. Marziani
Texas Bar No. 24091906

Hani Mirza
Texas Bar No. 24083512
Zachary Dolling
Texas Bar No. 24105809
Sarah Chen*
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
hani@texascivilrightsproject.org
zachary@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org
slakin@aclu.org

sosaki@aclu.org
smizner@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
LISA SNEAD
Texas State Bar No. 24062204
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org
lsnead@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

Sophia Cai*

**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
scai@jenner.com

**COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, ET AL.**

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on April 21, 2022, through the Electronic Case File System of the Western District of Texas.

<em>/s/ Zachary Dolling</em>