**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | NO. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al., <br><br> Defendants. | NO. 1:21-cv-780-XR |
| HOUSTON JUSTICE, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY WAYNE ABBOTT, et al. <br><br> Defendants. | NO. 5:21-cv-848-XR |
| LULAC TEXAS, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al. <br><br> Defendants. | NO. 1:21-cv-786-XR |

| | |
|---|---|
| MI FAMILIA VOTA, et al. <br><br>    Plaintiffs, <br><br>vs. <br><br>GREG ABBOTT, et al. <br><br>    Defendants. | NO. 5:21-cv-0920-XR |
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>vs. <br><br>THE STATE OF TEXAS, et al. <br><br>    Defendants. | NO. 5:21-cv-1085-XR |

## MI FAMILIA VOTA PLAINTIFFS' NOTICE OF SERVICE OF REBUTTAL EXPERT REPORTS

Notice is hereby given that Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge (collectively, "Plaintiffs") by and through undersigned counsel, have on these dates served on the parties copies of the following:

Rebuttal Expert Report of Christian R. Grose, PhD in Response to Dr. Hoekstra Report on April 25, 2022; and the Supplemental Expert Witness Report Submitted by Eric McDaniel, PhD, on April 29, 2022.

115334987.1 0099831-00001

DATED: April 29, 2022                                 Respectfully submitted,


                                                      LYONS & LYONS, P.C.
                                                      237 W. Travis Street, Suite 100
                                                      San Antonio, Texas 78205
                                                      Telephone: (210) 225-5251
                                                      Telefax: (210) 225-6545

                                                      By:   /s/ Wendy J. Olson
                                                      Sean Lyons
                                                      State Bar No. 00792280
                                                      Sean@lyonsandlyons.com
                                                      Clem Lyons
                                                      State Bar No. 12742000
                                                      Clem@lyonsandlyons.com

                                                      Wendy J. Olson (*Pro hac vice*)
                                                      Laura E. Rosenbaum (*Pro hac vice*)
                                                      Marc Rasich (*Pro hac vice*)
                                                      Elijah Watkins (*Pro hac vice*)
                                                      STOEL RIVES LLP
                                                      760 SW Ninth Avenue, Suite 3000
                                                      Portland, OR 97205

                                                      Courtney Hostetler (*Pro hac vice*)
                                                      Ron Fein (*Pro hac vice*)
                                                      John Bonifaz (*Pro hac vice*)
                                                      Ben Clements (*Pro hac vice*)
                                                      FREE SPEECH FOR PEOPLE
                                                      1320 Centre Street, Suite 405
                                                      Newton, MA 02459
                                                      (617) 249-3015
                                                      chostetler@freespeechforpeople.org
                                                      rfein@freespeechforpeople.org
                                                      jbonifaz@freespeechforpeople.org
                                                      bclements@freespeechforpeople.org

# CERTIFICATE OF SERVICE

   I certify that on April 29, 2022 a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure upon the following via electronic mail:

Sean Lyons
Clem Lyons
Lyons & Lyons, P.C.
237 W. Travis St., Ste. 100
San Antonio, TX 78205
sean@lyonsandlyons.com
clem@lyonsandlyons.com

Courtney Hostetler
John Bonifaz
Ben Clements
Ron Fein
Free Speech for People
1320 Centre St., Ste. 405
Newton, MA 02459
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548

Patrick K. Sweeten
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov

William T. Thompson
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov

Eric A. Hudson
Senior Special Counsel
eric.hudson@oag.texas.gov

Kathleen T. Hunker
Special Counsel
kathleen.hunker@oag.texas.gov

Leif A. Olson
Special Counsel
leif.olson@oag.texas.gov

115334987.1 0099831-00001

Jeffrey M. White
Special Counsel
jeff.white@oag.texas.gov

Jack B. DiSorbo
Assistant Attorney General
jack.disorbo@oag.texas.gov

/s/ Wendy J. Olson
Wendy J. Olson

115334987.1 0099831-00001