**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants*. | 5:21-cv-0844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs*, v. TEXAS SECRETARY OF STATE JOHN SCOTT, et al., *Defendants*. | 1:21-cv-0780-XR |
| HOUSTON AREA URBAN LEAGUE, et al., *Plaintiffs*, v. GREGORY WAYNE ABBOTT, et al., *Defendants*. | 5:21-cv-0848-XR |
| LULAC TEXAS, et al., *Plaintiffs*, v. JOHN SCOTT, et al., *Defendants*. | 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al., *Plaintiffs*, v. GREG ABBOTT, et al., *Defendants*. | 5:21-cv-0920-XR |

| UNITED STATES OF AMERICA, | |
| --- | --- |
| *Plaintiff*, | |
| v. | 5:21-cv-1085-XR |
| STATE OF TEXAS, et al., | |
| *Defendants*. | |

# HOUSTON AREA URBAN LEAGUE PLAINTIFFS' NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORT

Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, "Plaintiffs") by and through the undersigned counsel, served on all parties copies of the following:

Rebuttal Expert Report of Daniel A. Smith, Ph.D., on April 29, 2022.

Respectfully submitted April 29, 2022

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

/s/ *Amir Badat*
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com

J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP

2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Danielle Ahlrich
Texas Bar No. 24059215
401 Congress Avenue, Suite 1800
 Austin, TX 78701
Telephone: (512) 623-1777
dahlrich@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Liliana Zaragoza*
Victor Genecin*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
lzaragoza@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*
R. Gary Spencer*+
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Admitted Pro Hac Vice*

+ *Mailing address only. Working remotely from, and admitted to practice in, Georgia.*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, a true and correct copy of the foregoing document was filed via the CM/ECF system and all counsel of record were served electronically.

*/s/ Amir Badat*
Amir Badat
