UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTIONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-844-XR |
| THE STATE OF TEXAS, *et al.*, | § § § | |
| *Defendants*. | § § § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY**

Pursuant to Local Rule AT-3, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State of Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas ("State Defendants") file this Motion for Withdrawal of Attorney to withdraw Jeffrey M. White as their counsel in this matter. Mr. White is leaving the Office of the Attorney General of Texas. The State Defendants will continue to be represented by their other attorneys of record in this matter.

| | |
|---|---|
| Date: April 29, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410 | ERIC A. HUDSON<br>Senior Special Counsel<br>Tex. Bar No. 24059977 |
| | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| | LEIF A. OLSON<br>Special Counsel<br>Tex. State Bar No. 24032801 |
| | */s/ Jeffrey M. White*<br>JEFFREY M. WHITE<br>Special Counsel<br>jeff.white@oag.texas.gov<br>Tex. State Bar No. 24064380 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>eric.hudson@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>leif.olson@oag.texas.gov<br>jeff.white@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via

CM/ECF) on April 29, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Jeffrey M. White*
JEFFREY M. WHITE

## CERTIFICATE OF CONFERENCE

 I certify that I have conferred with counsel for the plaintiffs about this motion, and they do not oppose the relief requested.

*/s/ Jeffrey M. White*
JEFFREY M. WHITE
