# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al. *Plaintiffs,* vs. GREGORY W. ABBOTT, et al. *Defendants.* | § § § § § § § § § § § § | Case No. 5:21-CV-0844-XR |
| OCA-GREATER HOUSTON, et al. *Plaintiffs,* vs. JOSE A. ESPARZA, et al. *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-CV-0780-XR |
| HOUSTON JUSTICE, et al. *Plaintiffs,* vs. GREGORY WAYNE ABBOTT, et al. *Defendants.* | § § § § § § § § § § § § | Case No. 5:21-CV-0848-XR |
| LULAC TEXAS, et al. *Plaintiffs,* vs. JOHN SCOTT, et al. *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-CV-0786-XR |

| | |
|---|---|
| MI FAMILIA VOTA, et al. | § |
| | § |
| *Plaintiffs,* | § |
| | § |
| vs. | § Case No. 5:21-CV-0920-XR |
| | § |
| GREG ABBOTT, et al. | § |
| | § |
| *Defendants.* | § |
| | § |

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *Plaintiff,* | § |
| | § |
| vs. | § Case No. 5:21-CV-01085-XR |
| | § |
| STATE OF TEXAS, et al., | § |
| | § |
| *Defendants.* | § |
| | § |

# LULAC PLAINTIFFS'
## NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORTS

Plaintiffs LULAC Texas ("LULAC"), Voto Latino, Texas Alliance for Retired Americans ("TARA"), and Texas AFT ("AFT" and collectively with LULAC, Voto Latino, and TARA, the "LULAC Plaintiffs"), by and through their undersigned counsel, provide notice that LULAC Plaintiffs have served upon all parties copies of the following:

- Supplement to the Expert Report of Dr. Loren Collingwood; and
- Supplement to the Expert Report of Dr. Kenneth R. Mayer.

Dated: April 29, 2022                    Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Marc E. Elias*
Uzoma N. Nkwonta*
Haley Costello Essig*
Christopher D. Dodge*
Graham W. White*
Noah B. Baron*

Michael Jones*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
hessig@elias.law
cdodge@elias.law
gwhite@elias.law
nbaron@elias.law
mjones@elias.law
mmcqueen@elias.law

John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

      Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law