IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

## UNITED STATES' NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORT

Pursuant to this Court's April 14, 2022 Amended Scheduling Order, ECF No. 368, the United States hereby provides notice that it has served on all parties copies of the supplemental expert report of Tammy Patrick.

Date: April 29, 2022

                                              KRISTEN CLARKE
                                              Assistant Attorney General
                                              Civil Rights Division

                                              PAMELA S. KARLAN
                                              Principal Deputy Assistant Attorney General
                                              Civil Rights Division

                                              */s/ Michael E. Stewart*
                                              T. CHRISTIAN HERREN, JR.
                                              RICHARD A. DELLHEIM
                                              DANIEL J. FREEMAN
                                              DANA PAIKOWSKY
                                              MICHAEL E. STEWART
                                              JENNIFER YUN
                                              Attorneys, Voting Section
                                              Civil Rights Division
                                              U.S. Department of Justice
                                              950 Pennsylvania Avenue NW
                                              Washington, DC 20530

**CERTIFICATE OF SERVICE**

        I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

        */s/ Michael E. Stewart*
        Michael E. Stewart
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        (202) 307-2767
        michael.stewart3@usdoj.gov