UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>    *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>JOHN SCOTT, et al.,<br><br>    *Defendants.* | 1:21-cv-0786-XR |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' motion to compel discovery from Senators Bettencourt and Hughes and Representatives Cain and Murr (collectively "Lawmakers") in response to Plaintiffs' December 20, 2021 subpoenas. Upon consideration of the Plaintiffs' motion, the Lawmakers' response, and all other relevant filings and authorities, it is hereby:

**ORDERED** that the Plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that the Lawmakers shall produce the records identified in Tables A-D of the Plaintiffs' Appendix (App244-282) within three (3) days of this order; it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 37(a)(5), the Lawmakers shall pay all of Plaintiffs' expenses incurred in making the instant motion, including attorneys' fees.

**SO ORDERED**, this _____ day of May, 2022

_____
Xavier Rodriguez
United States District Judge