# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br>     *Plaintiffs* <br><br> -vs- <br><br> GREGORY W. ABBOTT, *et al.*, <br>     *Defendants* | § § § § § § § § § § | SA-21-CV-00844-XR |

## ORDER

On this date, the Court considered the LULAC Plaintiffs' motion to compel. ECF No. 391. Plaintiffs ask the Court to compel the production of subpoenaed documents from Texas Representatives Briscoe Cain and Andrew Murr and Texas Senators Paul Bettencourt and Bryan Hughes (collectively, the "State Legislators"). *Id.*

Counsel for the State Legislators is hereby **ORDERED** to file a response to Plaintiffs' motion no later than **May 9, 2022**. Any reply must be filed no later than **May 11, 2022**. The Court **SETS** a hearing on this motion for **Friday, May 13, 2022**, **at 3:30 p.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** this 4th day of May, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE