

**JOHN CREUZOT**
**DISTRICT ATTORNEY**
**CIVIL DIVISION**
**DALLAS COUNTY, TEXAS**

May 4, 2022

# VACATION LETTER

**VIA E-FILE**
Clerk of the Court
U.S. District Clerk's Office
United States District Court
Western District of Texas, San Antonio Division
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

**RE:** *CASE NO. 5:21-cv-844(XR); LA UNION DEL PUEBLO ENTERO, ET AL V. GREGORY W. ABBOTT, ET AL*

Clerk and Counsel:

By way of this correspondence, please be advised the undersigned hereby designates the following days as vacation days:

**May 23, 2022 through May 27, 2022.**

Please do not schedule any trial settings or hearings for the dates mentioned above.

Thank you for your assistance.

Sincerely,

/s/Barbara Nicholas
Barbara Nicholas
Assistant District Attorney
Civil Division
Barbara.Nicholas@dallascounty.org

BN/sw

cc: **VIA E-SERVICE ALL ATTORNEYS OF RECORD**