IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

## **UNITED STATES' NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORT**

Pursuant to this Court's April 14, 2022 Amended Scheduling Order, ECF No. 368, the United States hereby provides notice that it has served on all parties copies of the supplemental expert report of Dr. Eitan Hersh.

Date: May 4, 2022

                                                  KRISTEN CLARKE
                                                  Assistant Attorney General
                                                  Civil Rights Division

                                                  PAMELA S. KARLAN
                                                  Principal Deputy Assistant Attorney General
                                                  Civil Rights Division

                                                  */s/ Daniel J. Freeman*
                                                  T. CHRISTIAN HERREN, JR.
                                                  RICHARD A. DELLHEIM
                                                  DANIEL J. FREEMAN
                                                  DANA PAIKOWSKY
                                                  MICHAEL E. STEWART
                                                  JENNIFER YUN
                                                  Attorneys, Voting Section
                                                  Civil Rights Division
                                                  U.S. Department of Justice
                                                  950 Pennsylvania Avenue NW
                                                  Washington, DC 20530

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                      */s/ Daniel J. Freeman*
                                      Daniel J. Freeman
                                      Civil Rights Division
                                      U.S. Department of Justice
                                      950 Pennsylvania Avenue NW
                                      Washington, DC 20530
                                      (202) 305-4355
                                      daniel.freeman@usdoj.gov