# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-844-XR [Lead Case] |
| GREGORY W. ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § § | |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Case No. 1:21-cv-786 [Consolidated Case] |
| JOHN SCOTT, *et al.*, | § § § | |
| *Defendants*. | § § | |

# EXHIBIT D

# LETTER OF 03.29.2022

# Jack DiSorbo

| | |
|---|---|
| **From:** | Liliana Zaragoza <lzaragoza@naacpldf.org> |
| **Sent:** | Tuesday, March 29, 2022 2:17 PM |
| **To:** | Kathleen Hunker; Patrick Sweeten; Will Thompson; Eric Hudson; Elizabeth Saunders; Joshua Clarke; Aaron Barnes; Jeff White; Jack DiSorbo |
| **Cc:** | mimi@texascivilrightsproject.org; Zachary Dolling; Patrick Stegemoeller; Samantha Osaki; skumar@aclutx.org; Sophia LIn Lakin; Susana Lorenzo-Giguere; tbuser-clancy@aclutx.org; umittal@jenner.com; asavitzky@aclu.org; aharris@aclutx.org; Adriel I. Cepeda Derieux; asegura@aclutx.org; hani@texascivilrightsproject.org; Jerry Vattamala; jamunson@jenner.com; ldavis@drtx.org; lostrom@drtx.org; Georgina Yeomans; Keely Dulaney; Kathryn Sadasivan; Kenneth E. Broughton; Amir Badat; Sarah M. Cummings; Shira Wakschlag; sean@lyonsandlyons.com; bclements@freespeechforpeople.org; laura.rosenbaum@stoel.com; wendy.olson@stoel.com; chostetler@freespeechforpeople.org; elijah.watkins@stoel.com; jbonifaz@freespeechforpeople.org; marc.rasich@stoel.com; rfein@freespeechforpeople.org; Clem@lyonsandlyons.com; nperales@maldef.org; christopher.bell@friedfrank.com; jason.kanterman@friedfrank.com; Jlongoria@MALDEF.org; kevin.zhen@friedfrank.com; michael.keats@friedfrank.com; rebecca.martin@friedfrank.com; liz.ryan@weil.com; paul.genender@weil.com; Sean Morales-Doyle; alexander.cohen@weil.com; andrew.garber@nyu.edu; jasleen.singh@nyu.edu; matt.berde@weil.com; patrick.berry@nyu.edu; Christian.Menefee@cao.hctx.net; Fombonne, Jonathan (CAO; sameer.birring@cao.hctx.net; domingo@dgley.com; gwhite@elias.law; johnhardin@perkinscoie.com; jhawley@elias.law; jposimato@elias.law; kyukevich@elias.law; melias@elias.law; mmixon@elias.law; unkwonta@elias.law; aleo@cooley.com; mejiab@cooley.com; christine@statesuniteddemocracy.org; ghabell@cooley.com; khartnett@cooley.com; kspector@cooley.com; oarmon@cooley.com; ranjana@statesuniteddemocracy.org; zack@statesuniteddemocracy.org; Green, Robert D.; Barbara.Nicholas@dallascounty.org; ben.stool@dallascounty.org; earl.nesbitt@dallascounty.org; tony.nelson@traviscountytx.gov; leslie.dippel@traviscountytx.gov; patrick.pope@traviscountytx.gov; sherine.thomas@traviscountytx.gov; Josephine Ramirez; leigh.tognetti@da.co.hidalgo.tx.us; Stewart, Michael (CRT); Freeman, Daniel (CRT; Yun, Jennifer (CRT; Paikowsky, Dana (CRT; Dellheim, Richard (CRT; lisa.cubriel@bexar.org; R. Gary Spencer; Jennifer A. Holmes |
| **Subject:** | LUPE v. Abbott, 5:21-cv-844 (WD Tex) - Legislator Subpoenas |
| **Attachments:** | Cain - HAUL v Abbott - Subpoena to Testify at a Deposition.pdf; Hughes - HAUL v Abbott - Subpoena to Testify at a Deposition.pdf; Murr - HAUL v Abbott - Subpoena to Testify at a Deposition.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

On behalf of the Consolidated Plaintiffs, please find attached subpoenas seeking the deposition testimony of Texas legislators Briscoe Cain, Bryan Hughes, and Andrew Murr. Would you be willing to accept service on their behalf?

Regarding dates and times, we propose that the depositions take place between April 11 – 15 and each begin at 10 am Central time. If none of those options work for you, please provide alternatives. Once we have come to an agreement, we can update the subpoenas accordingly.

Best,
Liliana

**Liliana Zaragoza** (*she/her/hers*)
Assistant Counsel
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor, New York, NY 10006
Office: (212) 965-2252
Work cell: (646) 370-9439
lzaragoza@naacpldf.org | www.naacpldf.org



*PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.*