# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-844-XR [Lead Case] |
| GREGORY W. ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § § | |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § § | Case No. 1:21-cv-786 [Consolidated Case] |
| JOHN SCOTT, *et al.*, | § § | |
| *Defendants*. | § § | |

# EXHIBIT F

# LETTER OF 04.15.2022



VIA EMAIL                                                                                          April 15, 2022

Patrick K. Sweeten
Deputy Attorney General for Special Litigation
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 7811-2548
Patrick.sweeten@oag.texas.gov

**Re: Defendants First Set of Requests for Production in *LUPE, et al. v. Abbott, et al.*, Case No. 5:21-cv-844-XR (W.D. Tex.) (consolidated)**

Mr. Sweeten:

This letter serves as cover to Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT's ("Plaintiffs") second production of documents in response to Defendants' First Set of Requests for Production, dated January 22, 2022. We anticipate making additional productions over the coming weeks ahead of the close of fact discovery.

Plaintiffs' production includes the following Bates ranges: LULAC000001 – LULAC000027.

You will receive email instructions for accessing the production via FTP link under separate cover. The password for accessing the production through the FTP link is: aAA5VX9QAnvPyL5G!.

Sincerely,

*/s/ Uzoma Nkwonta*
Uzoma Nkwonta
**ELIAS LAW GROUP LLP**