## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 5:21-cv-844-XR <br> [Lead Case] |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN SCOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 1:21-cv-786 <br> [Consolidated Case] |

## EXHIBIT K

## DECLARATION OF JONATHAN WHITE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Case No. 5:21-cv-00844 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |
| HOUSTON AREA URBAN LEAGUE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Case No. 5:21-cv-00848 [Consolidated Case] |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |

## DECLARATION OF JONATHAN WHITE

Pursuant to 28 U.S.C. § 1746, I, Jonathan White, declare under penalty of perjury that the foregoing is true and correct.

1. My name is Jonathan White. I am the chief of the Elections Integrity Division of the Texas Attorney General's office. I have held that position for roughly one year. Previously, I was the chief of the Election Fraud Section of OAG, a position that I held for roughly four years.

2. I understand that in connection with the consolidated cases *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.), several Texas legislators have received subpoena *duces tecum* from the LULAC plaintiffs. I further understand that the legislators have withheld several documents on the basis of the legislative privilege, attorney client privilege, and other privileges.

3. This declaration confirms the assertions that the legislators made with respect to several entries. The references to *entries* and *tables* mean the same entries and tables listed in plaintiffs' compilation of objections to privilege assertions. *See* ECF 392 at App 244–85. Specifically, this declaration refers to Table C, Entries 9, 33, 35–36, and 40, and Table D, Entries 1–11.

1

4. In the performance of my duties under OAG, I communicated with a number of Texas legislators regarding Senate Bill 1 and other considered election integrity legislation. Among others, I communicated with staff from the offices of Senator Bryan Hughes and Lieutenant Governor Dan Patrick. I understood that legislators were seeking—and I was providing—my legal advice pertaining to draft legislation and proposed legislation, especially as it pertains to criminal provisions. I also understood that these communications helped inform the legislators' thoughts and mental impressions regarding the draft legislation. Finally, I understood that these communications were to be kept strictly confidential.

5. Table C, Entries 9 and 35–36, and 40 refers to communications between myself and Drew Tedford, Senator Hughes's general counsel and the committee director for the Senate Committee on State Affairs. The communication consists of my legal advice and recommendations regarding several potential election integrity provisions, as well as considerations I thought that the legislators might want to consider in the course of the legislative process. All parties understood that this information was to be kept strictly confidential.

6. Table C, Entry 33 refers to a communication between myself, Drew Tedford, and Alix Morris, the Lieutenant Governor's deputy general counsel. The communication consists of my legal advice and recommendations regarding several potential election integrity provisions. All parties understood that this information was to be kept strictly confidential.

7. Table D, Entries 1–11 refer to information that was provided to OAG regarding potential election code violations. All parties understood that this information was to be kept strictly confidential.

Executed on May 9, 2022

Jonathan White