# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | Consolidated Case No. 5:21-CV-0844-XR |
| THE STATE OF TEXAS, et al., | § § § | |
| *Defendants*. | § § § | |

## *LUPE*, *OCA-GREATER HOUSTON*, *HAUL*, *LULAC*, AND *MI FAMILIA VOTA* PLAINTIFFS' FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Procedure 26(a)(1), and the Court's November 18, 2021, Order, ECF NO. 125, the *LUPE*, *OCA-Greater Houston*, *HAUL*, *LULAC*, and *Mi Familia Vota* Plaintiffs ("Plaintiffs") make the following supplemental disclosures:

**I.     Supplemental Initial Disclosure Qualifications**

These supplemental disclosures are made upon information presently known to Plaintiffs and without prejudice to Plaintiffs' right to produce during discovery or at trial such data, information or documents as are: (a) subsequently discovered; (b) subsequently determined to be relevant for any purpose; or (c) subsequently determined to have been omitted from this and any supplemental disclosure statements. By making these disclosures, Plaintiffs do not represent that they are identifying every document, tangible thing, or witness that may be relevant to the issues in this lawsuit, or on which Plaintiffs may rely in support of their claims or defenses. Nor do Plaintiffs waive their rights to object to the disclosure of any person, document, or thing on the basis of any applicable privilege, the work product doctrine, relevancy, competency, materiality, undue burden, hearsay, or any other valid objection in response to any discovery request or

1

proceeding in this case. Further, Plaintiffs reserve all rights to present at trial or other hearing in this matter additional witnesses and evidence not presently identified or encompassed by these disclosures, and to present any rebuttal or impeachment evidence they deem appropriate.

## II. Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)

### A. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment (Fed. R. Civ. P. 26(a)(1)(A)(i))

In addition to the persons identified in Plaintiffs' previous disclosures, the following individuals are likely to have discoverable information that Plaintiffs may use to support their claims and/or defenses, not including information to be used solely for impeachment.

**1. Peggy Ingram, Ph.D., on behalf of HAUL Plaintiffs**

Dr. Ingram may be contacted through counsel for HAUL Plaintiffs. Dr. Ingram is likely to have discoverable information regarding the conduct of poll watchers in past elections as well as regarding her prior experience transporting voters to the polls.

**2. Deion Dorsett, on behalf of HAUL Plaintiffs**

Mr. Dorsett may be contacted through counsel for HAUL Plaintiffs. Mr. Dorsett is likely to have discoverable information regarding the use of drive-through voting in the 2020 general election and the impact of its prohibition through SB1.

**3. Nancy Crowther on behalf of Plaintiffs HAUL and OCA-GH.**

Ms. Crowther may be contacted through counsel for OCA-GH Plaintiffs at Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 and HAUL Plaintiffs at 1825 K Street, NW, Suite 1200 Washington, DC 20006. Ms. Crowther is a member of The Arc of Texas and

4. **Penni Lemonn on behalf of Plaintiffs HAUL and OCA-GH.**

Ms. Lemonn may be contacted through counsel for OCA-GH Plaintiffs at Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 and HAUL Plaintiffs at 1825 K Street, NW, Suite 1200 Washington, DC 20006. Ms. Lemonn is a member of The Arc of Texas and will likely have discoverable information regarding the impact of SB 1 on voters with disabilities who seek to cast absentee ballots by mail or need assistance in voting.

5. **Dave Chapple on behalf of Plaintiffs HAUL**

Mr. Chapple may be contacted through counsel for OCA-GH Plaintiffs at Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 and HAUL Plaintiffs at 1825 K Street, NW, Suite 1200 Washington, DC 20006. Mr. Chapple has previously been disclosed by OCA-GH as a member of REVUP-Texas and will likely have discoverable information regarding the impact of SB 1 on voters with disabilities who seek to cast absentee ballots by mail or need assistance in voting.

6. **Weendie Noriega on behalf of Plaintiffs HAUL and OCA-GH.**

Ms. Noriega may be contacted through counsel for OCA-GH Plaintiffs at Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 and HAUL Plaintiffs at 1825 K Street, NW, Suite 1200 Washington, DC 20006. Ms. Noriega is a member of The Arc of Texas and REVUP-Texas and will likely have discoverable information regarding the impact of SB 1 on voters with disabilities who seek to cast absentee ballots by mail or need assistance in voting.

7. **Yolanda Ross on behalf of Plaintiffs HAUL and OCA-GH.**

Ms. Ross may be contacted through counsel for OCA-GH Plaintiffs at Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 and HAUL Plaintiffs at 1825 K Street, NW, Suite 1200 Washington, DC 20006. Ms. Ross is a member of The Arc of Texas and REVUP-Texas and will likely have discoverable information regarding the impact of SB 1 on voters with disabilities who seek to cast absentee ballots by mail or need assistance in voting.

8. **Jessica Anderson**

214 Massachusetts Avenue NE, Washington, DC 20002, (202) 548-5280. Ms. Anderson is likely to have discoverable information regarding communications between Heritage Action for America and members of the Texas Legislature regarding the substance of SB 1 and its predecessor bills.

> B. **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment (Fed. R. Civ. P. 26(a)(1)(A)(ii))**

Plaintiffs make no supplements to the First Amended Initial Disclosures with respect to the documents in their possession, custody, or control.

> C. **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered (Fed. R. Civ. P. 26(a)(1)(A)(iii))**

Plaintiffs do not seek damages in this action; however, Plaintiffs intend to seek recovery of attorneys' fees and costs incurred in this litigation.

Dated May 11, 2022.                                      Respectfully submitted,

*/s/ Georgina Yeomans*

Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com

J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Danielle Ahlrich
Texas Bar No. 24059215
401 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 623-1777
dahlrich@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Liliana Zaragoza*
Ciara A. Sisco*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
lzaragoza@naacpldf.org
csisco@naacpldf.org

Jennifer A. Holmes*
Georgina Yeomans*
R. Gary Spencer*+
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

Nina Perales
Julia R. Longoria
MEXICAN AMERICAN LEGAL
DEFENSE AND
EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210 224-5382
nperales@maldef.org
jlongoria@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004

Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Counsel for Plaintiffs La Unión del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, Fiel Houston, Inc.*

Sean Morales-Doyle
Eliza Sweren-Becker*
Patrick A. Berry*
Andrew B. Garber*
Jasleen K. Singh*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu
patrick.berry@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender
Texas State Bar No. 00790758
Elizabeth Y. Ryan
Texas State Bar No. 24067758
Matthew Berde*
Texas State Bar No. 24094379
Megan Cloud
Texas State Bar No. 24116207
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Liz.Ryan@weil.com
Paul.Genender@weil.com

Matt.Berde@weil.com
Megan.Cloud@weil.com

Alexander P. Cohen*
Texas State Bar No. 24109739
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

*Counsel for Plaintiffs Friendship-West Baptist Church, Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin*

Mimi M.D. Marziani
Texas Bar No. 24091906
Hani Mirza
Texas Bar No. 24083512
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
ryan@texascivilrightsproject.org
hani@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*

Ari Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Susan Mizner*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Lia Sifuentes Davis
Texas State Bar No. 24071411
Lucia Romano
Texas State Bar No. 24033013
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
ldavis@drtx.org
lromano@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

*Counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund*

Marc E. Elias*
Uzoma N. Nkwonta*
Haley Costello Essig*
Kathryn E. Yukevich*
Graham W. White*
Noah B. Baron*
Michael B. Jones*
Marcos Mocine-McQueen*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
hessig@elias.law
kyukevich@elias.law
gwhite@elias.law
nbaron@elias.law
mjones@elias.law
mmcqueen@elias.law

John R. Hardin
Texas State Bar No. 24012784
PERKINS COIE LLP
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

*Counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT*

Domingo Garcia
Texas State Bar No. 07631950
LAW OFFICE OF DOMINGO GARCIA PC
1111 West Mockingbird Lane, Suite 1200
Dallas, Texas 75247-5012
Telephone: (214) 941-8300
dgarcia@lulac.org

*Counsel for Plaintiff LULAC Texas*

Wendy J. Olson*
Laura E. Rosenbaum*
Marc Rasich*
Elijah Watkins*
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

Courtney Hostetler*
Ron Fein*
John Bonifaz*
Ben Clements*
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org

rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

*Attorneys for Plaintiffs Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge*

*\* Admitted pro hac vice*
*+ Mailing address only. Work remotely from, and admitted to practice in, Georgia.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, the foregoing document was served via e-mail to all counsel of record.

<u>/s/ Georgina Yeomans</u>