IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al, <br><br> Defendants. <br><br> LULAC TEXAS, et al, <br><br> PLAINTIFFS, <br><br> v. <br><br> JOHN SCOTT, et al, <br><br> Defendants. | LEAD CASE NO. 5:21-CV-00844-XR <br><br> CONSOLIDATED CASE NO. 1:21-CV 0786-XR |

## DEFENDANT DISTRICT ATTORNEY OF THE 34TH JUDICIAL DISTRICT YVONNE ROSALES'S RESPONSES TO STATE DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION

TO:  STATE DEFENDANTS, through their attorneys of record, Kathleen Hunker, Special Litigation Unit, Office of the Attorney General of Texas, 209 W. 14th Street, Austin, TX 78711

COMES NOW Defendant Yvonne Rosales, in her official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties ("DA Rosales"), and pursuant to Federal Rules of Civil Procedure 34 submits her objections and responses to State Defendants' First Set of Requests for Production.

**REQUEST FOR PRODUCTION NO. 1:** All documents related to any communication between El Paso County and the United States Department of Justice, including the Federal Bureau of Investigation, regarding election administration, voting, and/or possible incidents of

criminal activity conducted in connection with an election that occurred within El Paso County.

**RESPONSE:** There are no documents and/or materials that exist in our possession that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 2:** All documents related to any communication between El Paso County and the United States Department of Homeland Security regarding election administration, voting, and/or possible incidents of criminal activity conducted in connection with an election that occurred within El Paso County.

**RESPONSE:** There are no documents and/or materials that exist in our possession that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 3:** All documents related to any communication between El Paso County and the United States Department of State regarding election administration, voting, and/or possible incidents of criminal activity conducted in connection with an election that occurred within El Paso County.

**RESPONSE:** There are no documents and/or materials that exist in our possession that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 4:** Please provide copies of all search warrants, warrants of arrest, criminal complaints, indictments, arraignments, and/or judgments or orders of conviction, in your care, custody, and control, related to any violations or alleged violations of the Texas Election Code that have occurred in El Paso County since January 1, 2016.

**RESPONSE:** There are no documents and/or materials that exist in our possession that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 5:** Please provide copies of all documents, including but not limited to guidance documents or informational materials, related to the use of drive-thru voting, curbside voting, 24-hour polling locations, or multiple mail-in ballot delivery

locations in or by El Paso County during the 2020 primary, primary runoff, or general election.

**OBJECTION:** DA Rosales objects to this request to the extent that the information requested is obtainable from some other source that is actually the official keeper of this information. DA Rosales would note that the request for Production that was received also included another defendant who is not a district attorney, but rather an election official with a different government function. Therefore, some of the requests are not relevant or applicable to DA Rosales.

**RESPONSE:** There are no documents and/or materials that exist in our possession that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 6:** Please provide copies of all documents, including but not limited to guidance documents or informational materials, related to voting practice that El Paso County introduced during the 2020 primary, primary runoff, or general election.

**OBJECTION:** DA Rosales objects to this request to the extent that the information requested is obtainable from some other source that is actually the official keeper of this information. DA Rosales would note that the request for Production that was received also included another defendant who is not a district attorney, but rather an election official with a different government function. Therefore, some of the requests are not relevant or applicable to DA Rosales.

**RESPONSE:** There are no documents and/or materials that exist in our possession that are responsive to this request.

Respectfully submitted,

By: */s/ Roger Rodriguez*
    Roger Rodriguez
    State Bar No. 24033652
    attorney@rodriguezfirm.com
    3800 N. Mesa, A-2202
    El Paso, Texas 79902
    Tel: (915) 422-1000

**ATTORNEY FOR DEFENDANT YVONNE ROSALES, IN HER CAPACITY AS DISTRICT ATTORNEY FOR EL PASO, HUDSPETH, AND CULBERSON COUNTIES**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on May 11, 2022 with the Clerk of the Court for the U.S. Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record.

    */s/ Roger Rodriguez*
    Roger Rodriguez