United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Rodriguez, Rogelio C. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, May 12, 2022 |
| Re: | 05:21-CV-00844-XR / Doc # 401 / Filed On: 05/11/2022 03:41 PM CST |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys.