# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No: 5:21-cv-00844-XR |
| THE STATE OF TEXAS, et al., | § § § | |
| *Defendants.* | § § § § § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Court Rule AT-3, Defendant Lisa Wise files this Unopposed Motion for Withdrawal of Counsel to withdraw **Angelica Lien Leo** of Cooley LLP, admitted *pro hac vice* on August 9, 2021, as counsel for Defendant Lisa Wise. Ms. Leo will no longer be associated with the law firm of Cooley LLP, effective May 12, 2022. Plaintiffs will continue to be adequately represented by experienced counsel, including:

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
David Louk* (CA SBN 304654)
dlouk@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: + 1 415 693-2222

1

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: + 1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

*Admitted pro hac vice

Defendant Lisa Wise consents to this withdrawal, and Plaintiffs do not oppose this motion.

Dated: May 12, 2022									Respectfully submitted,

/s/ Orion Armon
Orion Armon (CO SBN 34923)

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

SUSMAN GODFREY
Neal S. Manne State Bar No. 12937980
Robert Rivera, Jr. State Bar No. 16958030
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com

EL PASO COUNTY ATTORNEYS Jo Anne
Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, **DEFENDANT LISA WISE'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL** was served through the Court's CM/ECF Document Filing System upon each attorney of record.

*/s/ Orion Armon*
Orion Armon (CO SBN 34923)