# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 5:21-cv-00844-XR [Lead Case] |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the State Defendants' Motion to Modify Scheduling Order. The Court has carefully considered the motion, and finds that there is good cause for the motion to be granted.

IT IS THEREFORE ORDERED:

The Motion to Modify Scheduling Order is GRANTED.

All scheduling deadlines are EXTENDED by thirty days.

The Court will ORDER a Status Conference to discuss further scheduling topics.

SO ORDERED.

Signed this ___ day of May, 2022.

_____

The Honorable Xavier Rodriguez

United States District Judge, Western District of Texas