# Exhibit 4

| | |
|---|---|
| **From:** | Sarah Chen |
| **To:** | Paikowsky, Dana (CRT) |
| **Cc:** | Kathleen Hunker; Patrick Sweeten; Will Thompson; Eric Hudson; Jeff White; Aaron Barnes; Jack DiSorbo; Zachary Berg; Elizabeth Saunders; Joshua Clarke; SB12021; Hani Mirza; Chris Rainbolt; Mimi Marziani; Zachary Dolling; Ashley Harris; Thomas Buser-Clancy; Savannah Kumar; Jerry Vattamala; Susana Lorenzo-Giguere; Patrick Stegemoeller; Lia Sifuentes Davis; Marisol McNair; Lucia Romano; Lisa Snead; Sophia LIn Lakin; Adriel I. Cepeda Derieux; Samantha Osaki; Ari Savitzky; Susan Mizner; Amunson, Jessica Ring; shirsch@jenner.com; Mittal, Urja R.; Trepp, Alex S.; Cai, Sophia L.; nperales; wendy.olson@stoel.com; gwhite@elias.law; Stewart, Michael (CRT); liz.ryan@weil.com; Keats, Michael; chostetler@freespeechforpeople.org; marc.rasich@stoel.com; Sarah M. Cummings; Shira Wakschlag; elijah.watkins@stoel.com; Dellheim, Richard (CRT); Freeman, Daniel (CRT); Liliana Zaragoza; unkwonta@elias.law; hessig@elias.law; R. Gary Spencer; Sean Morales-Doyle; Patrick Berry; Jasleen Singh; William Wilder; Eliza Sweren-Becker; Victor Genecin; cdodge@elias.law; Georgina Yeomans |
| **Subject:** | Re: OCA-GH Witness Availability |
| **Date:** | Thursday, May 12, 2022 11:00:41 PM |

**[Caution: EXTERNAL EMAIL]**

Hi Kathleen,

As flagged by the DOJ, our previous list inadvertently listed witnesses that were disclosed to you prior to 4/18. Below is an updated list of available witnesses. Please let us know if you need to discuss.

Contact: Lia Sifuentes Davis, Lisa Snead, and Shira Wakshlag
Joe Potts is available May 21-23. Joe is in Williamson County.
Teri Saltzman is available May 20. Teri is in Travis County and requires the deposition to be remote.

Contact: Susana Lorenzo-Giguere and Jerry Vattamala

| Witness Name | Location Availability | Availability | In-person or Remote? |
|---|---|---|---|
| Ming Fei Zhao | Austin | 5/23 and 5/24 afternoon | In person at home |
| Yi Lu Zhao | Zoom | 5/23 and 5/24 afternoon | Remote (92 years old, COVID fear/assisted) |
| Chanda Parbhoo | Dallas | 5/24 12-4<br>5/25 12-4<br>5/26 10-2 | In person |
| Riazuddon Ahmed | Zoom | 5/23 - 5/26, 9 am – 11 am CT | Remote (91 years old, uses wheelchair/assisted) |

Contact: Tommy Buser-Clancy, Ashley Harris, and Savannah Kumar

| Janet Eickmeyer | Richardson, TX | Any day, preference for between | In-person or remote |

| | | 10am-4pm CT. | |
|---|---|---|---|
| Jeannie Lewis | | After May 17 | Remote |
| Marian Alexander | Austin, TX | After May 15 | In-person or remote |
| Judy Alter | | Generally available | Remote |
| Susan Pantell | | Generally available, preference for afternoon. | Remote |
| Cynthia Edmonson | Houston, TX | Available on the 16th, 19th, 20th, and has availability week of the 23rd. | In-person or remote, but in-person needs to be wheelchair accessible and not downtown Houston. |

**Sarah Xiyi Chen**
Pronouns:  she/her
*Attorney, Voting Rights Program*
Texas Civil Rights Project
O: (512) 474-5073 ext. 184
M: (737) 242-0259
www.txcivilrights.org


On Thu, May 12, 2022 at 8:37 PM Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov> wrote:

> Our apologies Kathleen.  There is a third witness listed below, Pam Gaskin, who was also disclosed in the United States' April 1, 2022 supplemental disclosures.  We would similarly object to an out of time deposition of Ms. Gaskin.  Please let us know if State Defendants would like to meet and confer.

Best,

Dana

---

**From:** Paikowsky, Dana (CRT) <>
**Sent:** Thursday, May 12, 2022 6:26 PM
**To:** Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Sarah Chen <schen@texascivilrightsproject.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Eric Hudson <Eric.Hudson@oag.texas.gov>; Jeff White <Jeff.White@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Joshua Clarke <Joshua.Clarke@oag.texas.gov>; SB12021 <SB12021@oag.texas.gov>
**Cc:** Hani Mirza <hani@texascivilrightsproject.org>; Chris Rainbolt <chris@texascivilrightsproject.org>; Mimi Marziani <mimi@texascivilrightsproject.org>; Zachary Dolling <zachary@texascivilrightsproject.org>; Ashley Harris <aharris@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; Lia Sifuentes Davis <ldavis@disabilityrightstx.org>; Marisol McNair <mmcnair@disabilityrightstx.org>; Lucia Romano <lromano@disabilityrightstx.org>; Lisa Snead <lsnead@disabilityrightstx.org>; Sophia Lakin <slakin@aclu.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; Samantha Osaki <sosaki@aclu.org>; Ari Savitzky <asavitzky@aclu.org>; Susan Mizner <smizner@aclu.org>; Amunson, Jessica Ring <JAmunson@jenner.com>; shirsch@jenner.com; Mittal, Urja R. <UMittal@jenner.com>; Trepp, Alex S. <atrepp@jenner.com>; Cai, Sophia L. <scai@jenner.com>; nperales <nperales@maldef.org>; wendy.olson@stoel.com; gwhite@elias.law; Stewart, Michael (CRT) <Michael.Stewart3@usdoj.gov>; liz.ryan@weil.com; Keats, Michael <michael.keats@friedfrank.com>; chostetler@freespeechforpeople.org; marc.rasich@stoel.com; Sarah M. Cummings <SCummings@reedsmith.com>; Shira Wakschlag <Wakschlag@thearc.org>; elijah.watkins@stoel.com; Dellheim, Richard (CRT) <Richard.Dellheim@usdoj.gov>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Liliana Zaragoza <lzaragoza@naacpldf.org>; unkwonta@elias.law; hessig@elias.law; R. Gary Spencer <gspencer@naacpldf.org>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Jasleen Singh <singhj@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; Victor Genecin <vgenecin@naacpldf.org>; cdodge@elias.law; Georgina Yeomans <gyeomans@naacpldf.org>
**Subject:** RE: OCA-GH Witness Availability

Good evening Kathleen,

The United States disclosed two of the below witnesses—Amatullah Contractor and Hyunja Norman—in supplemental disclosures provided to State Defendants on April 1, 2022, which was more than six weeks before the close of discovery in this matter. The United States would object to an out time deposition for either witness. If you have any concerns, the United States would be happy to find a time to meet and confer.

Best,

Dana

Dana Paikowsky

Trial Attorney

Voting Section, Civil Rights Division

U.S. Department of Justice

4 Constitution Square, 150 M Street NE

Washington DC 20530

(202) 353-5225

dana.paikowsky@usdoj.gov

**From:** Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>
**Sent:** Thursday, May 12, 2022 5:41 PM
**To:** Sarah Chen <schen@texascivilrightsproject.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Eric Hudson <Eric.Hudson@oag.texas.gov>; Jeff White <Jeff.White@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>;

Zachary Berg <Zachary.Berg@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Joshua Clarke <Joshua.Clarke@oag.texas.gov>; SB12021 <SB12021@oag.texas.gov>
**Cc:** Hani Mirza <hani@texascivilrightsproject.org>; Chris Rainbolt <chris@texascivilrightsproject.org>; Mimi Marziani <mimi@texascivilrightsproject.org>; Zachary Dolling <zachary@texascivilrightsproject.org>; Ashley Harris <aharris@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; Lia Sifuentes Davis <ldavis@disabilityrightstx.org>; Marisol McNair <mmcnair@disabilityrightstx.org>; Lucia Romano <lromano@disabilityrightstx.org>; Lisa Snead <lsnead@disabilityrightstx.org>; Sophia Lakin <slakin@aclu.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; Samantha Osaki <sosaki@aclu.org>; Ari Savitzky <asavitzky@aclu.org>; Susan Mizner <smizner@aclu.org>; Amunson, Jessica Ring <JAmunson@jenner.com>; shirsch@jenner.com; Mittal, Urja R. <UMittal@jenner.com>; Trepp, Alex S. <atrepp@jenner.com>; Cai, Sophia L. <scai@jenner.com>; nperales <nperales@maldef.org>; wendy.olson@stoel.com; gwhite@elias.law; Stewart, Michael (CRT) <Michael.Stewart3@usdoj.gov>; Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov>; liz.ryan@weil.com; Keats, Michael <michael.keats@friedfrank.com>; chostetler@freespeechforpeople.org; marc.rasich@stoel.com; Sarah M. Cummings <SCummings@reedsmith.com>; Shira Wakschlag <Wakschlag@thearc.org>; elijah.watkins@stoel.com; Dellheim, Richard (CRT) <Richard.Dellheim@usdoj.gov>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Liliana Zaragoza <lzaragoza@naacpldf.org>; unkwonta@elias.law; hessig@elias.law; R. Gary Spencer <gspencer@naacpldf.org>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Jasleen Singh <singhj@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; Victor Genecin <vgenecin@naacpldf.org>; cdodge@elias.law; Georgina Yeomans <gyeomans@naacpldf.org>
**Subject:** [EXTERNAL] RE: OCA-GH Witness Availability

Thank you, Sarah.

Let me consult with the other attorneys on my team about availability. I will get back to you with dates shortly.

Kathleen Hunker

Special Litigation Unit

Office of the Attorney General of Texas

209 W. 14th Street

Austin, TX 78711

512-936-2275

Kathleen.Hunker@oag.texas.gov

---

**From:** Sarah Chen <schen@texascivilrightsproject.org>
**Sent:** Thursday, May 12, 2022 4:17 PM
**To:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Eric Hudson <Eric.Hudson@oag.texas.gov>; Jeff White <Jeff.White@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Joshua Clarke <Joshua.Clarke@oag.texas.gov>; SB12021 <SB12021@oag.texas.gov>
**Cc:** Hani Mirza <hani@texascivilrightsproject.org>; Chris Rainbolt <chris@texascivilrightsproject.org>; Mimi Marziani <mimi@texascivilrightsproject.org>; Zachary Dolling <zachary@texascivilrightsproject.org>; Ashley Harris <aharris@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; Lia Sifuentes Davis <ldavis@disabilityrightstx.org>; Marisol McNair <mmcnair@disabilityrightstx.org>; Lucia Romano <lromano@disabilityrightstx.org>; Lisa Snead <lsnead@disabilityrightstx.org>; Sophia Lakin <slakin@aclu.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; Samantha Osaki <sosaki@aclu.org>; Ari Savitzky <asavitzky@aclu.org>; Susan Mizner <smizner@aclu.org>; Amunson, Jessica Ring <JAmunson@jenner.com>; shirsch@jenner.com; Mittal, Urja R. <UMittal@jenner.com>; Trepp, Alex S. <atrepp@jenner.com>; Cai, Sophia L. <scai@jenner.com>; nperales <nperales@maldef.org>; wendy.olson@stoel.com; gwhite@elias.law; michael.stewart3@usdoj.gov; dana.paikowsky@usdoj.gov; liz.ryan@weil.com; Keats, Michael <michael.keats@friedfrank.com>; chostetler@freespeechforpeople.org; marc.rasich@stoel.com; Sarah M. Cummings <SCummings@reedsmith.com>; Shira Wakschlag <Wakschlag@thearc.org>; elijah.watkins@stoel.com; richard.dellheim@usdoj.gov; daniel.freeman@usdoj.gov; Liliana Zaragoza <lzaragoza@naacpldf.org>; unkwonta@elias.law; hessig@elias.law; R. Gary Spencer <gspencer@naacpldf.org>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Jasleen Singh <singhj@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; Victor Genecin <vgenecin@naacpldf.org>; cdodge@elias.law; Georgina Yeomans <gyeomans@naacpldf.org>
**Subject:** OCA-GH Witness Availability

Hi Kathleen,

Here is our current understanding of the availability for deposition of individuals disclosed by the OCA-GH Plaintiffs prior to May 27, though some of this information may be subject to change. Please let me, Zach, and designated co-counsel know if you have any questions.

Contact: Lia Sifuentes Davis, Lisa Snead, and Shira Wakshlag

Joe Potts is available May 21-23. Joe is in Williamson County.
Teri Saltzman is available May 20. Teri is in Travis County and requires the deposition to be remote.

Contact: Susana Lorenzo-Giguere and Jerry Vattamala

| Witness Name | Location Availability | Availability | In-person or Remote? |
|---|---|---|---|
| Amatullah Contractor | Houston | 5/23 - 5/25, early as possible in the day | In person |
| Hyunja Norman | Houston | 5/25 morning | In person |
| Ming Fei Zhao | Austin | 5/23 and 5/24 afternoon | In person at home |
| Yi Lu Zhao | Zoom | 5/23 and 5/24 afternoon | Remote (92 years old, COVID fear/assisted) |
| Rogene Gee Calvert | Zoom | 5/23 after 3 pm CT<br><br>5/24 9:30 – 11:30 a.m. CT<br><br>5/25 anytime until 3 pm<br><br>5/26 anytime | Remote (health reasons, and over 70) |
| Chanda Parbhoo | Dallas | 5/24 12-4<br><br>5/25 12-4<br><br>5/26 10-2 | In person |
| Riazuddon Ahmed | Zoom | 5/23 - 5/26, 9 am –11 am CT | Remote (91 years old, uses wheelchair/assisted) |

Contact: Tommy Buser-Clancy, Ashley Harris, and Savannah Kumar

| Pam Gaskin | Missouri City, TX | Available May 17, 20, 24 or 27 | In-person or remote |

| Janet Eickmeyer | Richardson, TX | Any day, preference for between 10am-4pm CT. | In-person or remote |
| Jeannie Lewis | | After May 17 | Remote |
| Marian Alexander | Austin, TX | After May 15 | In-person or remote |
| Judy Alter | | Generally available | Remote |
| Susan Pantell | | Generally available, preference for afternoon. | Remote |
| Cynthia Edmonson | Houston, TX | Available on the 16th, 19th, 20th, and has availability week of the 23rd. | In-person or remote, but in-person needs to be wheelchair accessible and not downtown Houston. |

Best,
Sarah

**Sarah Xiyi Chen**
Pronouns:  she/her
*Attorney, Voting Rights Program*
Texas Civil Rights Project
O: (512) 474-5073 ext. 184
M: (737) 242-0259
www.txcivilrights.org