# Exhibit 5

| From: | Georgina Yeomans |
|---|---|
| To: | Julia Longoria; Paredes, Valerie S.; Tony Nelson; Sherine.Thomas; Leslie Dippel; Patrick Pope; Gabe Hodge; Meera Aiyer; Olson, Wendy J.; Uzoma Nkwonta; Graham White; Stewart, Sarah Cummings; Kenneth E. Broughton; Shira Wakschlag; laura.rosenbaum@stoel.com; Rasich, Marc; sean@lyonsandlyons.com; chostetler@freespeechforpeople.org; Watkins, Elijah M.; Clem@lyonsandlyons.com; rfein@freespeechforpeople.org; jbonifaz@freespeechforpeople.org; bclements@freespeechforpeople.org; Lora Spencer; Keely Dulaney; Kathryn Sadasivan; Amir Badat; Haley Costello Essig; melias@elias.law; nbaron@elias.law; mjones@elias.law; mmcqueen@elias.law; johnhardin@perkinscoie.com; Nina Perales; Keats, Michael; Martin, Rebecca; Jason Kanterman; kevin.zhen@friedfrank.com; sean.morales-doyle@nyu.edu; Eliza.sweren-becker@nyu.edu; patrick.berry@nyu.edu; andrew.garber@nyu.edu; liz.ryan@weil.com; paul.genender@weil.com; matt.berde@weil.com; megan.cloud@weil.com; alexander.cohen@weil.com; Freeman, Daniel (CRT); Stewart, Michael (CRT); Yun, Jennifer (CRT); Paikowsky, Dana (CRT); Soo-Tim, Tiffani (CRT); lauren.putnam@usdoj.gov; Eric Hudson; Jeff White; Kathleen Hunker; Aaron Barnes; Jack DiSorbo; Zachary Berg; Elizabeth Saunders; Joshua Clarke; SB12021; Patrick Sweeten; Will Thompson; Sean Morales-Doyle; Jasleen Singh; Patrick Berry; samantha.smith@weil.com; breanna.williams@friedfrank.com; Kassi Yukevich; Zachary Dolling; Sarah Chen; Hani Mirza; Mimi Marziani; Chris Rainbolt; Jerry Vattamala; Susana Lorenzo-Giguere; Patrick Stegemoeller; Ashley Harris; Thomas Buser-Clancy; Savannah Kumar; Trepp, Alex S.; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux; Ari Savitzky; jackie.franolich@stoel.com; bradley.prowant@stoel.com; mark.bieter@stoel.com; Liliana Zaragoza; R. Gary Spencer; Stewart, Sarah Cummings; Dahl Rich; Tolbert, James E.; Cubriel, Lisa; maryann.ortegon@bexar.org; kim.barr@dallascounty.org; Birring, Sameer (CAO); Bingham, Tiffany (CAO); Fombonne, Jonathan (CAO; Beeler, Christina (CAO); Bauerband, Jacqueline (CAO); leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez@da.co.hidalgo.tx.us; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; aleo@cooley.com; clebel@cooley.com; nmatteo@cooley.com; ben.stool@dallascounty.org; earl.nesbitt@wbclawfirm.com; Barbara.Nicholas@dallascounty.org; Amunson, Jessica Ring; christopher.bell@friedfrank.com; Dellheim, Richard (CRT); domingo@dgley.com; michael@michaeljgarzapc.com; zack@statesuniteddemocracy.org; jhawley@elias.law; Sophia LIn Lakin; Christian.Menefee@cao.hctx.net; Mittal, Urja R.; Sophia Cai; mmixon@elias.law; Samantha Osaki; lostrom@drtx.org; lsnead@drtx.org; jposimato@elias.law; asegura@aclutx.org; jasleen.singh@nyu.edu; Ciara Sisco; Eric Nichols; robert.green@bexar.org; Jennifer A. Holmes; Susan Mizner; Bender, Brady (CRT); Jaywin.Malhi@usdoj.gov |
| Cc: | Victor Genecin |
| Subject: | Plaintiffs" Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5:21-CV-0844-XR |
| Date: | Wednesday, May 11, 2022 3:28:00 PM |
| Attachments: | Ex. 1 Private Plaintiffs Fifth Supplemental Initial Disclosures_to file.pdf |

Counsel,

Attached please find Plaintiffs' Fifth Supplemental Initial Disclosures. We are happy to work with you to schedule depositions of these witnesses during the May 16-May 23 period. As a reminder, during our meet and confer, we requested that out of time depositions be taken remotely and that we attempt to take multiple depositions in one day.

Thank you,

**Georgina Yeomans (she/her)**
**Assistant Counsel**
**NAACP Legal Defense and Educational Fund, Inc.**
700 14th Street, NW 6th Floor, Washington, DC 20005
▪ c 917.841.5947 ▪ gyeomans@naacpldf.org
www.naacpldf.org

---

**From:** Julia Longoria <Jlongoria@MALDEF.org>
**Sent:** Wednesday, May 11, 2022 12:49 PM
**To:** Paredes, Valerie S. <VParedes@reedsmith.com>; Tony Nelson <tony.nelson@traviscountytx.gov>; Sherine.Thomas <sherine.thomas@traviscountytx.gov>; Leslie

Dippel <leslie.dippel@traviscountytx.gov>; Patrick Pope <patrick.pope@traviscountytx.gov>; Gabe Hodge <gabe.hodge@traviscountytx.gov>; Meera Aiyer <meera.aiyer@traviscountytx.gov>; Olson, Wendy J. <wendy.olson@stoel.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Georgina Yeomans <gyeomans@naacpldf.org>; Stewart, Sarah Cummings <sarah.stewart@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; laura.rosenbaum@stoel.com; Rasich, Marc <marc.rasich@stoel.com>; sean@lyonsandlyons.com; chostetler@freespeechforpeople.org; Watkins, Elijah M. <elijah.watkins@stoel.com>; Clem@lyonsandlyons.com; rfein@freespeechforpeople.org; jbonifaz@freespeechforpeople.org; bclements@freespeechforpeople.org; Lora Spencer <LSpencer@reedsmith.com>; Keely Dulaney <kdulaney@reedsmith.com>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Haley Costello Essig <hessig@elias.law>; melias@elias.law; nbaron@elias.law; mjones@elias.law; mmcqueen@elias.law; johnhardin@perkinscoie.com; Nina Perales <nperales@MALDEF.org>; Keats, Michael <Michael.Keats@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Jason Kanterman <jason.kanterman@friedfrank.com>; kevin.zhen@friedfrank.com; sean.morales-doyle@nyu.edu; Eliza.sweren-becker@nyu.edu; patrick.berry@nyu.edu; andrew.garber@nyu.edu; liz.ryan@weil.com; paul.genender@weil.com; matt.berde@weil.com; megan.cloud@weil.com; alexander.cohen@weil.com; Freeman, Daniel (CRT) <daniel.freeman@usdoj.gov>; Stewart, Michael (CRT) <Michael.Stewart3@usdoj.gov>; Yun, Jennifer (CRT <jennifer.yun@usdoj.gov>; Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov>; Soo-Tim, Tiffani (CRT) <tiffani.soo-tim@usdoj.gov>; lauren.putnam@usdoj.gov; Eric Hudson <Eric.Hudson@oag.texas.gov>; Jeff White <jeff.white@oag.texas.gov>; Kathleen Hunker <kathleen.hunker@oag.texas.gov>; Aaron Barnes <aaron.barnes@oag.texas.gov>; Jack DiSorbo <jack.disorbo@oag.texas.gov>; Zachary Berg <zachary.berg@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Joshua Clarke <Joshua.Clarke@oag.texas.gov>; SB12021 <sb12021@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; samantha.smith@weil.com; breanna.williams@friedfrank.com; Kassi Yukevich <kyukevich@elias.law>; Zachary Dolling <zachary@texascivilrightsproject.org>; Sarah Chen <schen@texascivilrightsproject.org>; Hani Mirza <hani@texascivilrightsproject.org>; Mimi Marziani <mimi@texascivilrightsproject.org>; Chris Rainbolt <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; Ashley Harris <aharris@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Trepp, Alex S. <ATrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; Ari Savitzky <asavitzky@aclu.org>; jackie.franolich@stoel.com; bradley.prowant@stoel.com; mark.bieter@stoel.com; Liliana Zaragoza <lzaragoza@naacpldf.org>; R. Gary Spencer <gspencer@naacpldf.org>; Stewart, Sarah Cummings <sarah.stewart@reedsmith.com>; Dahl Rich <dahlrich@reedsmith.com>; Tolbert, James E. <JTolbert@ReedSmith.com>; Cubriel, Lisa <lisa.cubriel@bexar.org>; maryann.ortegon@bexar.org; kim.barr@dallascounty.org; Birring, Sameer (CAO) <sameer.birring@cao.hctx.net>; Bingham, Tiffany (CAO) <tiffany.bingham@cao.hctx.net>; Fombonne, Jonathan (CAO <jonathan.fombonne@cao.hctx.net>; Beeler, Christina (CAO) <christina.beeler@cao.hctx.net>; Bauerband, Jacqueline (CAO) <jacqueline.bauerband@cao.hctx.net>;

leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez@da.co.hidalgo.tx.us; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; aleo@cooley.com; clebel@cooley.com; nmatteo@cooley.com; ben.stool@dallascounty.org; earl.nesbitt@wbclawfirm.com; Barbara.Nicholas@dallascounty.org; Amunson, Jessica Ring <jamunson@jenner.com>; christopher.bell@friedfrank.com; Dellheim, Richard (CRT) <richard.dellheim@usdoj.gov>; domingo@dgley.com; michael@michaeljgarzapc.com; zack@statesuniteddemocracy.org; jhawley@elias.law; Sophia LIn Lakin <slakin@aclu.org>; Christian.Menefee@cao.hctx.net; Mittal, Urja R. <UMittal@jenner.com>; Sophia Cai <scai@jenner.com>; mmixon@elias.law; Samantha Osaki <sosaki@aclu.org>; lostrom@drtx.org; lsnead@drtx.org; jposimato@elias.law; asegura@aclutx.org; jasleen.singh@nyu.edu; Ciara Sisco <csisco@naacpldf.org>; Eric Nichols <Eric.Nichols@butlersnow.com>; robert.green@bexar.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Susan Mizner <smizner@aclu.org>; Bender, Brady (CRT) <Laura.Bender@usdoj.gov>; Jaywin.Malhi@usdoj.gov
**Subject:** Plaintiffs' Fourth Supplemental Initial Disclosures, LUPE v. Texas, No. 5:21-CV-0844-XR

[Caution: EXTERNAL EMAIL]

Good morning,

Please see attached Plaintiffs' Fourth Supplemental Initial Disclosures.


Thank you.


Julia R. Longoria
Staff Attorney
Mexican American Legal Defense
　 and Educational Fund, Inc.

CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message.  This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information.  If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may

be illegal.  If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.