# Exhibit 6

| | |
|---|---|
| **From:** | Jasleen Singh |
| **To:** | Kathleen Hunker; Sweeten, Patrick |
| **Cc:** | Sean Morales-Doyle; Eliza Sweren-Becker; Patrick Berry; William Wilder |
| **Subject:** | LUPE v. Texas, 5:21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee |
| **Date:** | Tuesday, May 10, 2022 3:49:33 PM |

Kathleen and Patrick,

I am writing to let you know that Tanesa Lee, who was disclosed in Private Plaintiffs' Third Supplemental Initial Disclosures in *LUPE v. Texas*, is available if called for a deposition on May 16, 18, or 20, preferably after 2 pm. She cannot do an in-person deposition in Dallas unless it is after 4 pm because she works full-time during the days.

Thank you,
Jasleen

Jasleen Singh (she/hers)
Counsel, Democracy
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
646-292-8389
jasleen.singh@nyu.edu