# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al., *Plaintiffs,* v. JOHN SCOTT, et al., *Defendants.* | 1:21-cv-0786-XR |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take notice that Domingo A. Garcia respectfully moves the Court to permit him to withdraw as counsel of record for Plaintiff LULAC Texas. Plaintiff LULAC Texas will continue to be represented by Marc E. Elias, Uzoma Nkwonta, Haley Costello Essig, Christopher D. Dodge, Graham W. White, Joseph Posimato, Meaghan E. Mixon, Noah B. Baron, Marcos Mocine-McQueen, Michael B. Jones, and Jonathan Patrick Hawley of Elias Law Group.

Counsel of record for the various Republican Party Defendants; El Paso County; Travis County; Harris County; and Hidalgo County indicated that they do not oppose the motion. Counsel of record for the remaining Defendants did not respond when asked if they intended to oppose the motion.

A proposed order is attached to this motion.

Dated: May 17, 2022

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Marc E. Elias*
Uzoma N. Nkwonta*
Haley Costello Essig*
Christopher D. Dodge*
Graham W. White*
Noah B. Baron*
Michael Jones*
Marcos Mocine-McQueen*
unkwonta@elias.law
hessig@elias.law
cdodge@elias.law
gwhite@elias.law
nbaron@elias.law
mjones@elias.law
mmcqueen@elias.law
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490


John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via electronic mail to all counsel of record on the 17th day of May, 2022.

                                                */s/ Christopher D. Dodge*
                                                Christopher D. Dodge

                                                *Counsel for Plaintiffs*