**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al., *Plaintiffs,* v. JOHN SCOTT, et al., *Defendants.* | 1:21-cv-0786-XR |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of the Motion to Withdraw as Counsel of Record for Plaintiff LULAC Texas, and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion to Withdraw as Counsel of Record for Plaintiff LULAC Texas be and is hereby, **GRANTED**. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action.

Dated:

                                            Xavier Rodriguez
                                            UNITED STATES DISTRICT JUDGE