IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

**UNOPPOSED MOTION TO VACATE DEADLINES**

Pursuant to this Court's guidance in open court regarding the Amended Scheduling Order, ECF No. 368, the United States respectfully requests that the Court vacate the May 13, 2022 close of fact discovery and all remaining deadlines in the Amended Scheduling Order pending discussions between the parties regarding a revised Scheduling Order and trial date.

Good cause exists for this motion to allow the parties to meet and confer regarding a revised scheduling order and to proceed toward orderly resolution of this case. No party will be prejudiced by this motion, and no party opposes the deadlines being vacated to allow for discussions of a revised scheduling order proposal. The parties will file any revised scheduling proposals by June 1, 2022.

Date:  May 18, 2022

        KRISTEN CLARKE
        Assistant Attorney General

        PAMELA S. KARLAN
        Principal Deputy Assistant Attorney General
        Civil Rights Division

        */s/ Michael E. Stewart*
        T. CHRISTIAN HERREN, JR.
        RICHARD A. DELLHEIM
        DANIEL J. FREEMAN
        DANA PAIKOWSKY
        MICHAEL E. STEWART
        JENNIFER YUN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530
        michael.stewart3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                        */s/ Michael E. Stewart*
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave, NW
                                        Washington, DC 20530
                                        (202) 305-4355
                                        michael.stewart3@usdoj.gov