# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

## [PROPOSED] ORDER VACATING DEADLINES

Upon consideration of the United States' Unopposed Motion to Vacate Deadlines dated May 18, 2022, the motion is GRANTED. The Court finds that good cause exists to vacate the May 13, 2022 close of fact discovery and all remaining deadlines in the Amended Scheduling Order, ECF No. 368, in order to allow for discussion between the parties regarding a proposed revised Scheduling Order and trial date. Accordingly, the dates and deadlines in the Amended Scheduling Order are hereby vacated. The parties shall file a revised scheduling proposal or proposals by June 1, 2022.

It is so **ORDERED**.

Signed this _____ Day of _____, 2022

_____
THE HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE