# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 17, 2022

**FILED**

MAY 1 7 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Ms. Jeannette Clack
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

        No. 21-51145    La Union del Pueblo Entero v. Harris Cty
                        Repub
                        USDC No. 5:21-CV-844 -YR
                        USDC No. 1:21-CV-780
                        USDC No. 5:21-CV-848
                        USDC No. 1:21-CV-786
                        USDC No. 5:21-CV-920
                        USDC No. 5:21-CV-1085

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By:_____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc:
        Ms. Jessica Ring Amunson
        Mr. Mohammed Amir Badat
        Mr. Noah Baron
        Mr. Sameer Singh Birring
        Mr. John C. Bonifaz
        Mr. Kenneth Eugene Broughton Jr.
        Mr. Ben Clements
        Ms. Lia Sifuentes Davis
        Mr. Ronald Fein
        Ms. Erin Helene Flynn

Mr. Daniel Joshua Freeman
Mr. Paul Richard Genender
Mr. John Matthew Gore
Mr. John Russell Hardin
Mr. Jonathan Patrick Hawley
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Jason Scott Kanterman
Mr. Michael Courtney Keats
Ms. Savannah Kumar
Ms. Sophia Lin Lakin
Ms. Katherine Elmlinger Lamm
Mr. Sean M. Lyons
Ms. Rebecca L. Martin
Mr. Sean Morales-Doyle
Mr. Uzoma Nkem Nkwonta
Ms. Nina Perales
Ms. Kathryn C. Sadasivan
Mr. Ari J. Savitzky
Mrs. Sarah Cummings Stewart
Ms. Eliza Sweren-Becker
Mr. Jerry Vattamala
Mr. Graham White
Ms. Georgina Yeomans