| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** || FOR COURT USE ONLY<br>DUE DATE: ||
|---|---|---|---|---|
| *Please Read Instructions* | | | | |
| 1. NAME<br>Patrick K. Sweeten | | 2. PHONE NUMBER<br>(512) 463-4139 | 3. DATE<br>5/19/2022 ||
| 4. DELIVERY ADDRESS OR EMAIL<br>patrick.sweeten@oag.texas.gov || 5. CITY<br>Austin | 6. STATE<br>TX | 7. ZIP CODE<br>78711 |
| 8. CASE NUMBER<br>5:21-cv-00844-XR | 9. JUDGE<br>Hon. Xavier Rodriguez | DATES OF PROCEEDINGS ||| 
| | | 10. FROM 5/13/2022 | 11. TO 5/13/2022 ||
| 12. CASE NAME<br>LUPE, et al. v. Abbott. et al. || LOCATION OF PROCEEDINGS |||
| | | 13. CITY San Antonio | 14. STATE TX ||

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [x] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Hearing on Motion to Compel | 05/13/22 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO OF COPIES | | |
| 14-Day | [ ] | [ ] | NO OF COPIES | | |
| EXPEDITED | [x] | [x] | NO OF COPIES | | |
| 3-Day | [ ] | [ ] | NO OF COPIES | | |
| DAILY | [ ] | [ ] | NO OF COPIES | | |
| HOURLY | [ ] | [ ] | NO OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). || ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE<br>/s/ Patrick K. Sweeten || PROCESSED BY | |
| 19. DATE<br>5/19/2022 || PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY || COURT ADDRESS | |
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY