# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>*Defendants*. | § § § § § § § § § Case No. 5:21-cv-844-XR<br>[Lead Case] |
| LULAC TEXAS, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>JOHN SCOTT, *et al.*,<br>*Defendants* | § § § § § § § § § § Case No. 1:21-cv-0786-XR<br>[Consolidated Case] |

## STATE DEFENDANTS' ADVISORY TO THE COURT

On May 13, this Court heard argument on the LULAC Plaintiffs' motion to compel. *See* ECF 391. Following that hearing, the Third-Party Legislators reviewed forty-one documents challenged in Table C of the Appendix to the LULAC Plaintiffs' motion. *See* ECF 392 at App277-82. As a result of that review, the Third-Party Legislators have decided to withdraw their work product and attorney-client privilege assertions as to ten of those documents. Those ten documents are listed below:

| | ID Number | Custodian | Subject | Author | To | Filename | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0000834 | Senator Bettencourt | | Bill Sargent | Sonya Aston (Bettencourt GC) | Bill Sargent email.pdf | Attorney Client; Work Product; Legislative | Confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. |
| 2 | DOC_0000835 | Senator Bettencourt | | | | Changes to SB 7 legislative privilege.pdf | Attorney Client; Work Product; Legislative | Attachment to confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. |

1

| | ID Number | Custodian | Subject | Author | To | Filename | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|
| 3 | DOC_0000840 | Senator Bettencourt | Longoria Untruths and Misleading Statements | Alan Vera | Sonya Aston (Bettencourt GC) | File name omitted because it contains privileged information | Attorney Client; Work Product; Legislative | Confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. |
| 4 | DOC_0000845 | Senator Bettencourt | | Alan Vera | Sonya Aston (Bettencourt GC) | Huckabee article.pdf | Attorney Client; Work Product; Legislative | Confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. |
| 5 | DOC_0000850 | Senator Bettencourt | The rest of Longoria | Alan Vera | Sonya Aston (Bettencourt GC) | Rest of IL comments email.pdf | Attorney Client; Work Product; Legislative | Confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. |
| 6 | DOC_0000865 | Senator Bettencourt | FW: Alan Vera Complaints - Referral Letters | Alan Vera | Sonya Aston (Bettencourt GC) | SOS Complaints.pdf | Attorney Client; Work Product; Legislative | Confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. |
| 7 | DOC_0000868 | Senator Bettencourt | TLR/TPPF/HCRP BSC Collaboration | Alan Vera | Sonya Aston (Bettencourt GC) | File name omitted because it contains privileged information | Attorney Client; Work Product; Legislative | Confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. |
| 8 | DOC_0000869 | Senator Bettencourt | | Sonya Aston (Bettencourt GC) | Sonya Aston (Bettencourt GC) | File name omitted because it contains privileged information | Attorney Client; Work Product; Legislative | Email forwarding contents of confidential correspondence between legislator's attorney and non-legislative third-party, part of a pre-existing relationship, for the purpose of considering pending legislation. This document was kept in Senator Bettencourt's personal file, revealing his thoughts and mental impressions. |
| 34 | DOC_0001055 | Senator Bettencourt | Potential election code violations, please review | Don Barber (Bettencourt Leg. Dir.) | Ryan Fisher (OAG); Benjamin Barkley (Bettencourt Staffer); Marc Salvato (Bettencourt COS) | 2020-08 Potential election code violations, please review (EMAILS).pdf | Attorney Client; Legislative; Investigative | Correspondence from legislator's staff to Office of Attorney General, concerning an election complaint, considered when drafting legislation, revealing legislator's mental impressions |
| 37 | DOC_0000226 | Representative Cain | | | | CSHB2478 by Harris.docx.pdf | Attorney Client; Work Product; Legislative | A draft of CSHB2478, prepared by the Texas Legislative Council, that contains highlights and markings, revealing legislator's mental impressions. |

While work product and attorney-client privilege were initially asserted on these ten documents to make clear that the involvement of attorneys in those emails did not affect a waiver of legislative privilege, the Third-Party Legislators now conclude that withdrawing the claims of work product and attorney-client privilege for these documents will help simplify the Court's analysis of legislative and, where asserted, investigative privilege.

Additionally, the Third-Party Legislators wish to advise the Court of a single challenged document included in the LULAC Plaintiffs' Appendix that was not completely withheld, but rather was produced with redactions. That document was listed in the privilege log as PDOC_00003958 and was challenged by the LULAC Plaintiffs by its inclusion in row 30 of Table A of the Appendix to their motion. *See* ECF 392 at App247. The document was produced, with the legislator's handwritten note redacted, under bates number TXLEG_0001647. The document is attached as an exhibit to this advisory for the Court's further consideration.

| | |
|---|---|
| Date: May 19, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| | LEIF A. OLSON<br>Special Counsel<br>Tex. State Bar No. 24032801 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | **Counsel for State Defendants** |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 19, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation