# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:21-CV-844-XR |
| Gregory W. Abbott, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons.

Date: 05/19/2022

/s/ Roswill Mejia
*Attorney's signature*

Roswill Mejia, Texas Bar No. 24093721
*Printed name and bar number*

Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
*Address*

rmejia@reedsmith.com
*E-mail address*

(512) 409-2718
*Telephone number*

(512) 623-1802
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to counsel of record.

                                                        /s/ *Roswill Mejia*
                                                       Roswill Mejia