# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

La Union Del Pueblo Entero, et al.

vs.  Case No.: 5:21-cv-00844-XR

Gregory W. Abbott, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Elena Rodriguez Armenta, counsel for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Elena Rodriguez Armenta may appear on behalf of LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT in the above case.

IT IS FURTHER ORDERED that Elena Rodriguez Armenta, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20 22 .

_____
UNITED STATES DISTRICT JUDGE