# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No: Consolidated Case |
| THE STATE OF TEXAS, et al., | § § | 5:21-cv-00844-XR |
| *Defendants.* | § § § | |

## **O R D E R**

BE IT REMEMBERED on this the day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Caroline A. Lebel, counsel for Lisa Wise, in her official capacity as the El Paso County Elections Commissioner, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Caroline A. Lebel may appear on behalf of Lisa Wise, in her official capacity as the El Paso County Elections Commissioner in the above case.

IT IS FURTHER ORDERED that Caroline A. Lebel, if Applicant has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE