# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants*. | 5:21-cv-0844-XR<br><br>Consolidated with<br><br>Case No. 5:21-cv-0780-XR<br>Case No. 5:21-cv-0786-XR<br>Case No. 5:21-cv-0848-XR<br>Case No. 5:21-cv-0920-XR |

## [PROPOSED] ORDER GRANTING
## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Upon consideration of the Motion to Withdraw Appearance as Counsel for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs"), and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion to Withdraw Appearance as Counsel for Plaintiffs, be and is hereby, **GRANTED**. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record.

Date: _____, 2022

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE