IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs* | § § | SA-21-CV-00844-XR |
| -vs- | § § | |
| GREGORY W. ABBOTT, *et al.*, | § § | |
| *Defendants* | § § | |

## ORDER

On this date, the Court considered the State Legislators' unopposed motion to stay the Court's discovery order pending appeal (ECF No. 428). After careful consideration, the Court **GRANTS** the motion.

The attorneys representing the State Legislators candidly acknowledged at the hearing on this matter that they had not reviewed any of the documents claimed to be privileged. It is not known who conducted the privilege review and whether the attorneys filing the instant motion to stay have now done so prior to filing the appeal. The vast majority of the documents at issue here cannot be validly claimed as privileged. Even if certain sections of a page can arguably be claimed as privileged, the overwhelming number of pages of documents are either public documents or documents prepared by third parties or shared with third parties. Only because the motion for stay is unopposed, the Court will grant the motion. However, assuming that the Court of Appeals finds that the vast majority of documents are in fact not privileged, this Court may impose sanctions as required by FED. R. CIV. P. 26(g).

It is so **ORDERED**.

**SIGNED** this 31st day of May, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE