# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:21-cv-844-XR |
| Gregory W. Abbott, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Please see attached.

Date: 05/31/2022

/s/ Charles E.T. Roberts
*Attorney's signature*

Charles E.T. Roberts (PA 326539)*
*Printed name and bar number*
Jones Day
51 Louisiana Avenue, N.W.
Washington D.C. 20001

*Address*

cetroberts@jonesday.com
*E-mail address*

(202) 879-3795
*Telephone number*

(202) 626-1700
*FAX number*

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Harris County Republican Party, The Dallas County Republican Party, the National Republican Senatorial Committee, and the National Republican Congressional Committee.

*Admitted in Pennsylvania
Not admitted in D.C. (directly supervised by John M. Gore, a licensed D.C. Bar member)