**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | Case No. 5:21-cv-00844-XR |
| | § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Extend. After careful consideration, the Court

**GRANTS** the motion.

The parties **SHALL FILE** a proposed scheduling order by no later than June 6, 2022.

It is so **ORDERED**.

**SIGNED** this 1st day of June, 2022.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE