**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br>       *Plaintiffs*, <br> v. <br><br> THE STATE OF TEXAS, <br>       *Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., <br>       *Plaintiffs*, <br> v. <br><br> JOHN SCOTT, <br>       *Defendants.* | 1:21-cv-0780-XR |
| HOUSTON AREA URBAN LEAGUE, et al., <br>       *Plaintiffs*, <br> v. <br><br> GREG ABBOTT, et al., <br>       *Defendants.* | 5:21-cv-0848-XR |
| LULAC TEXAS, et al., <br>       *Plaintiffs*, <br> v. <br><br> JOHN SCOTT, et al., <br>       *Defendants.* | 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al., <br>       *Plaintiffs*, <br> v. <br><br> GREG ABBOTT, et al., <br>       *Defendants.* | 5:21-cv-0920-XR |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take notice that Christina M. Beeler respectfully moves the Court to permit her to withdraw as counsel of record for Isabel Longoria, in her Official Capacity as Harris County Elections Administrator. Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator will continue to be represented by Christian D. Menefee, Jonathan G.C. Fombonne, Tiffany S. Bingham, Sameer S. Birring, and Susannah C. Mitcham of Harris County Attorney's Office.

Counsel of record for State Defendants, El Paso County Elections Administrator Lisa Wise, GOP Intervenors, Houston Area Urban League, La Union Del Pueblo Entero, Travis County Defendants, Hidalgo County Elections Administrator Yvonne Ramon, and OCA Greater Houston indicated that they do not oppose the motion. Defendant did not receive a response from the remaining parties in the case.

A proposed order is attached to this motion.

Dated: June 3, 2022                          Respectfully submitted,

                                               */s/ Christina M. Beeler*
                                               Christian D. Menefee
                                               Harris County Attorney
                                               Texas Bar No. 24088049
                                               Christian.Menefee@harriscountytx.gov
                                               Jonathan G.C. Fombonne
                                               First Assistant Harris County Attorney
                                               Texas Bar No. 24102702
                                               Jonathan.Fombonne@harriscountytx.gov
                                               Tiffany S. Bingham
                                               Managing Counsel
                                               Texas Bar No. 24012287
                                               Tiffany.Bingham@harriscountytx.gov
                                               Sameer S. Birring
                                               Assistant County Attorney
                                               Texas Bar No. 24087169

Sameer.Birring@harriscountytx.gov
Christina M. Beeler
Assistant County Attorney
Texas Bar No. 24096124
Christina.Beeler@harriscountytx.gov
Susannah C. Mitcham
Assistant County Attorney
Texas Bar No. 24107219
Susannah.Mitcham@harriscountytx.gov
OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for Defendant* ISABEL
LONGORIA, in her Official Capacity as
Harris County Elections Administrator

## **CERTIFICATE OF SERVICE**

      I certify that on the 3rd day of June, 2022, a true and correct copy of the foregoing document was delivered to all counsel of record via the Court's CM/ECF system and served by electronic notice to all parties of record.

                                       */s/ Christina M. Beeler*
                                       Christina M. Beeler