**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. THE STATE OF TEXAS, *Defendants*. | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs*, v. JOHN SCOTT, *Defendants*. | 1:21-cv-0780-XR |
| HOUSTON AREA URBAN LEAGUE, et al., *Plaintiffs*, v. GREG ABBOTT, et al., *Defendants*. | 5:21-cv-0848-XR |
| LULAC TEXAS, et al., *Plaintiffs*, v. JOHN SCOTT, et al., *Defendants*. | 1:21-cv-0786-XR |
| MI FAMILIA VOTA, et al., *Plaintiffs*, v. GREG ABBOTT, et al., *Defendants*. | 5:21-cv-0920-XR |

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of the Motion to Withdraw as Counsel of Record for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator, and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion to Withdraw as Counsel of Record for Isabel Longoria, in her Official Capacity as Harris County Elections Administrator by hereby, **GRANTED**. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action.

Dated:

                                                XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE