IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 5:21-cv-00844-XR |
| GREG ABBOTT, *et al.*, | § § § | [Lead Case] |
| *Defendants.* | § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § | |
| *Intervenor-Defendants.* | § | |

**JOINT MOTION TO EXTEND**

The Court recently addressed the amended scheduling order, ECF 368, vacating the May 13, 2022 close of discovery and all remaining deadlines. Minute Entry of 05/18/2022. The Court further ordered the parties to propose a new scheduling order by June 6, 2022. Minute Entry of 06/01/2022.

The parties met in good faith to discuss the subject on May 20, May 31, and again on June 2. They have discussed the subject by email over the course of those days, and including today, June 6. The parties are still finalizing their joint submission regarding amendment of the scheduling order. The parties therefore respectfully request that their deadline to submit a scheduling order be extended by one day to June 7, 2022.

Date: June 1, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

1

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548

Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the Plaintiffs, County Defendants, and Intervenor-Defendants respecting this motion, and that they agreed to this motion's filing.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 6, 2022, and that all counsel of record were served by CM/ECF.

*/s/Patrick K. Sweeten*
PATRICK K. SWEETEN