UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al. § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| vs. § | Case No. 5:21-CV-0844-XR |
| § | (Consolidated Cases) |
| GREGORY W. ABBOTT, et al. § | |
| § | |
| *Defendants*. § | |
| § | |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take note that Haley K. Costello Essig, hereby respectfully moves the Court to permit her to withdraw as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. Ms. Costello Essig departed Elias Law Group LLP effective June 13, 2022. Plaintiffs will continue to be represented by Elias Law Group LLP. Defendants' counsels of record do not oppose this motion for withdrawal.

Dated: June 15, 2022.            Respectfully submitted,

*/s/ Haley K. Costello Essig*
Marc E. Elias*
Uzoma N. Nkwonta*
Haley Costello Essig*
Graham W. White*
Joseph Posimato*
Meaghan E. Mixon*
Haley K. Costello Essig
Noah B. Baron*
Marcos Mocine-McQueen*
Michael B. Jones*
Christopher D. Dodge*
Elena Rodriguez Armenta*
**ELIAS LAW GROUP LLP**

1

10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
hessig@elais.law
gwhite@elias.law
jposimato@elias.law
mmixon@elias.law
hessig@elias.law
nbaron@elias.law
mmcqueen@elias.law
mjones@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law

Jonathan Patrick Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0179
jhawley@elias.law

*Counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2022, I electronically served the foregoing document via electronic mail on all counsel of record.

*/s/ Haley K. Costello Essig*
Haley K. Costello Essig
