IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

## PLAINTIFFS' JOINT NOTICE RELATED TO THE OCA INJUNCTION MODIFICATION ORDER

Plaintiffs hereby notify the Court that they concur with the OCA Plaintiffs' position regarding the potential impact of the injunction modification order in *OCA Greater Houston v. State of Texas*, No. 1:15-cv-679 (W.D. Tex. June 6, 2022), ECF No. 110, on their claims against Section 64.034 of the Texas Election Code. *See* OCA Pls.' Notice at 5, ECF No. 438.

Date: June 15, 2022

                                                  KRISTEN CLARKE
                                                  Assistant Attorney General

                                                  PAMELA S. KARLAN
                                                  Principal Deputy Assistant Attorney General
                                                  Civil Rights Division

                                                  */s/ Jennifer Yun*
                                                  T. CHRISTIAN HERREN, JR.
                                                  RICHARD A. DELLHEIM
                                                  DANIEL J. FREEMAN
                                                  DANA PAIKOWSKY
                                                  MICHAEL E. STEWART
                                                  JENNIFER YUN
                                                  Attorneys, Voting Section
                                                  Civil Rights Division
                                                  U.S. Department of Justice

950 Pennsylvania Avenue NW
Washington, D.C. 20530
jennifer.yun@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

      /s/ Jennifer Yun
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-4355
jennifer.yun@usdoj.gov