# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

La Union Del Pueblo Entero, et al.,

vs.                                         Case No.:  5:21-CV-00844-XR

Gregory W. Abbott, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Daniela Lorenzo                                    , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  See attached                                 in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

   Elias Law Group LLP                                with offices at:

   Mailing address:  10 G Street NE, Suite 600

   City, State, Zip Code:  Washington, DC 20002

   Telephone:  (202) 968-4490              Facsimile:  (202) 968-4498

2.  Since  11/2020                              , Applicant has been and presently is a

   member of and in good standing with the Bar of the State of  New York                .

   Applicant's bar license number is  5780457                                        .

3.  Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:

   US District Court for SDNY                3/22/2022

   US Court of Appeals for DC Circuit        10/6/2021

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None.

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

None.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John Hardin

Mailing address: 500 N. Akard Street, Suite 3300

City, State, Zip Code: Dallas, TX 75201

Telephone: (214) 965-7743

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Daniela Lorenzo to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Daniela Lorenzo
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 30 day of June , 2022 .

Daniela Lorenzo
[printed name of Applicant]

[signature of Applicant]

Daniela Lorenzo, applicant herein, moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent the following parties in *La Union Del Pueblo Entero, et al. v. Gregory W. Abbott, et al.,* 5:21-CV-00844-XR.

- LULAC Texas
- Voto Latino
- Texas Alliance for Retired Americans
- Texas AFT