# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

La Union Del Pueblo Entero, et al.,

vs.　　　　　　　　　　　　　　　　　　　　Case No.: 5:21-CV-00844-XR

Gregory W. Abbott, et al.

# **ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Daniela Lorenzo, counsel for See attached, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Daniela Lorenzo may appear on behalf of See attached in the above case.

IT IS FURTHER ORDERED that Daniela Lorenzo, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July, 20 22.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Please Choose Judge