# UNITED STATES DISTRICT COURT
for the

Western Distict of Texas

| | | |
|---|---|---|
| TEXAS STATE LULAC, VOTO LATINO, et al., *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 5:21-cv-00844-XR |
| GREGORY W. ABBOTT, et al. *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TEXAS STATE LULAC, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, and TEXAS AFT, Plaintiffs.

Date: July 11, 2022

/s/James A. Rodman
*Attorney's signature*

JAMES A. RODMAN State Bar No. 17139525
*Printed name and bar number*

RODMAN LAW OFFICE
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
*Address*

jimrodman@rodmanlawoffice.com
*E-mail address*

(512) 481-0400
*Telephone number*

(512) 481-0500
*FAX number*

## CERTIFICATE OF SERVICE

This is to certify that on July 11$^h$ 2022, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon all counsel of record.

/s/ James A. Rodman
James A. Rodman