IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, et al., <br> Plaintiffs, <br><br> vs. <br><br> TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, et al. <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Case No. 1:21-cv-0780-XR <br><br> [Consolidated Lead Case No. 5:21-CV-844-XR] |

## **PLAINTIFFS' NOTICE OF APPEARANCE**

Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund file this Notice of Appearance to alert the Court that Peter Hofer will appear as counsel in the above-captioned case along with counsel listed below. Mr. Hofer is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

> Peter Hofer
> Texas Bar No. 09777275
> Disability Rights Texas
> 2222 W. Braker Ln.
> Austin, Texas 78758
> Tel: 512.454.4816
> Fax: 512.454.3999
> phofer@drtx.org

                                                Respectfully Submitted,

                                                */s/ Peter Hofer*
                                                PETER HOFER
                                                Texas Bar No. 09777275

                                                LIA SIFUENTES DAVIS
                                                Texas State Bar No. 24071411
                                                LUCIA ROMANO
                                                Texas State Bar No. 24033013
                                                **DISABILITY RIGHTS TEXAS**
                                                2222 West Braker Lane
                                                Austin, Texas 78758


(512) 454-4816 (Phone)
(512) 454-3999 (Fax)
ldavis@drtx.org
lromano@drtx.org

Mimi M.D. Marziani
Texas Bar No. 4091906
Hani Mirza
Texas Bar No. 4083512
Sarah Chen*
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 4078344
Savannah Kumar
Texas Bar No. 4120098
Ashley Harris
Texas Bar No. 4123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org

2

asavizky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

***COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, ET AL.***

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, a true and correct copy of the foregoing document has been served on all counsel of record through the Electronic Case File system of the Western District of Texas.

                                                */s/ Peter Hofer*
                                                Peter Hofer