IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, et al., § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | Civil Case No. 1:21-cv-0780-XR | |
| § | | |
| TEXAS SECRETARY OF STATE JOHN § | [Consolidated Lead Case No. 5:21-CV-844-XR] | |
| SCOTT, *in his official capacity*, et al. § | | |
| Defendants. § | | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY

Please take note that Lia Sifuentes Davis respectfully moves the court to permit her to withdraw as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. Lia Sifuentes Davis has left Disability Rights Texas for the academic year and is therefore unable to proceed as counsel for Plaintiffs. Plaintiffs OCA-Greater Houston, et al., will continue to be represented by current counsel. Defendants' counsel of record do not oppose this motion for withdrawal.

Respectfully Submitted,

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LISA SNEAD
Texas State Bar No. 24062204
PETER HOFER
Texas State Bar No. 09777275
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816 (Phone)

(512) 454-3999 (Fax)
ldavis@drtx.org
lromano@drtx.org

Mimi M.D. Marziani
Texas Bar No. 4091906
Hani Mirza
Texas Bar No. 4083512
Sarah Chen*
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 4078344
Savannah Kumar
Texas Bar No. 4120098
Ashley Harris
Texas Bar No. 4123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org

slakin@aclu.org
sosaki@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

***COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, ET AL.***

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, a true and correct copy of the foregoing document has been served on all counsel of record through the Electronic Case File system of the Western District of Texas.

LIA SIFUENTES DAVIS