# IN THE UNITED STATE DISTICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., § § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, et al., § § *Defendants*. § § | CIVIL ACTION NO. 5:21-CV-00844-XR (Consolidated Cases) |

## DEFENDANT KIM OGG'S NOTICE OF APPEAL

Notice is hereby given that Defendant Kim Ogg, in her capacity as Harris County District Attorney, appeals to the Fifth Circuit Court of Appeals this Court's order denying her the legal defense of sovereign immunity. *See* Order of Aug. 2, 2022 (Dkt. 450).

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols
State Bar No. 14994900
eric.nichols@butlersnow.com
Karson K. Thompson
State Bar No. 24083966
karson.thompson@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols