IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> *Defendants*. | § § § § § § § § § § § § CIVIL ACTION NO. 5:21-CV-00844-XR <br> (Consolidated Cases) |

## ORDER GRANTING MOTION TO STAY PENDING APPEAL

Before the Court is Defendant District Attorney Kim Ogg's Motion to Stay Pending Appeal. Having considered the motion, any response(s), any reply, the applicable law, and the case file as a whole, the Court enters the following orders:

**IT IS ORDERED** that Defendant District Attorney Kim Ogg's Motion to Stay Pending Appeal is GRANTED. All discovery and related proceedings directed to or against Defendant District Attorney Kim Ogg are hereby **STAYED** until further order of this Court.

SIGNED on _____, 2022.

 

HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE