# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br>                               *Plaintiffs,* <br> v. <br> GREGORY W. ABBOTT, et al., <br>                               *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al., <br>                               *Plaintiffs,* <br> v. <br> JOHN SCOTT, et al., <br>                               *Defendants.* | 1:21-cv-0786-XR |

## **UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Please take note that Jonathan P. Hawley hereby respectfully moves the Court to permit him to withdraw as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. Plaintiffs will continue to be represented by Elias Law Group LLP, James A. Rodman of Rodman Law Office, and John R. Hardin of Perkins Coie LLP. Counsel for the other parties in this matter do not oppose this motion for withdrawal.

Dated: August 19, 2022          Respectfully submitted,

                                         */s/ Jonathan P. Hawley*

                                         Jonathan P. Hawley*
                                         **ELIAS LAW GROUP LLP**
                                         1700 Seventh Avenue, Suite 2100
                                         Seattle, Washington 98101
                                         Telephone: (206) 656-0177
                                         Facsimile: (206) 656-0180
                                         jhawley@elias.law

Marc E. Elias*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Noah B. Baron*
Michael B. Jones*
Daniela Lorenzo*
Meaghan E. Mixon*
Marcos Mocine-McQueen*
Joseph Posimato*
Elena Rodriguez Armenta*
Graham W. White*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
melias@elias.law
unkwonta@elias.law
cdodge@elias.law
nbaron@elias.law
mjones@elias.law
dlorenzo@elias.law
mmixon@elias.law
mmcqueen@elias.law
jposimato@elias.law
erodriguezarmenta@elias.law
gwhite@elias.law

John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

James A. Rodman
Texas State Bar No. 17139525
**RODMAN LAW OFFICE**
5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
Telephone: (512) 481-0400
Facsimile: (512) 481-0500
jimrodman@rodmanlawoffice.com

*Counsel for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino*

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2022, I electronically served the foregoing document via electronic mail on all counsel of record.

/s/ *Jonathan P. Hawley*
Jonathan P. Hawley
