**TRANSCRIPT ORDER FORM (DKT-13)** <span style="color:red">READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</span>

District Court __Western District of Texas, San Antonio Division__ District Court Docket No. __5:21-CV-00844-XR__

Short Case Title __La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al__

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court __8/10/2022__ Court of Appeals No. __22-50732__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☒ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds

☒ Other __N/A - no transcript__

Signature _[signature]_ Date Transcript Ordered _____

Print Name __Eric J.R. Nichols__ Phone __737-802-1800__

Counsel for __Kim Ogg__

Address __1400 Lavaca Street, Suite 1000, Austin, TX 78701__

Email of Attorney: __Eric.Nichols@butlersnow.com__

----

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____