United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Nichols, Eric J.R. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, August 24, 2022 |
| Re: | 05:21-CV-00844-XR / Doc # 454 / Filed On: 08/24/2022 08:45 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs a copy of this Transcript Order Form.