# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-00844 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § | |

## UNOPPOSED MOTION TO WITHDRAW

Counsel's last day of employment with the Attorney General's Office is August 26th, 2022. As such, I respectfully request leave to withdraw from my representation in this matter. I have conferred with counsel for all other parties, and they have indicated their consent to this motion. Counsel is grateful to the Court for having been able to practice before it.

Date: August 26, 2022

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

*/s/ Jack B. DiSorbo*
Jack B. DiSorbo
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that on August 26, 2022, a true and accurate copy of the foregoing document was filed on the Western District of Texas CM/ECF system and served to all counsel of record.

*/s/ Jack B. DiSorbo*
Jack B. DiSorbo

## CERTIFICATE OF CONFERENCE

I certify that I conferred with all parties regarding the subject of this motion. All parties indicated their consent to this motion.

*/s/ Jack B. DiSorbo*
Jack B. DiSorbo