IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-00844 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Jack DiSorbo's unopposed motion to withdraw as counsel in this matter.

That motion is GRANTED. Mr. DiSorbo is WITHDRAWN from his representation in this case.

So ORDERED, this 26th day of August, 2022.

_____
Xavier Rodriguez
United States District Judge