# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, *Plaintiffs*, v. GREGORY W. ABBOTT, *et al.*, *Defendants*. | § § § § § § § § § Case No. 5:21-cv-844-XR [Consolidated Cases] |

## STATE DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), John Scott, in his official capacity as Texas Secretary of State, Warren "Ken" Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively "State Defendants") give this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order issued on August 2, 2022, ECF 449, which granted in part and denied in part State Defendants' Motion to Dismiss the Second Amended Complaint of La Unión del Pueblo Entero, Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, the Southwest Voter Registration Education Project, Texas Impact, the Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, the William C. Velasquez Institute, FIEL Houston Inc., and James Lewin (collectively the "LUPE Plaintiffs").

1

| | |
|---|---|
| Date: August 30, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | patrick.sweeten@oag.texas.gov<br>Tex. State Bar No. 00798537 |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410 | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>will.thompson@oag.texas.gov<br>Tex. State Bar No. 24088531 |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 30, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN