# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>*Defendants*. | Case No. 5:21-cv-844-XR<br>[Consolidated Cases] |
| OCA-GREATER HOUSTON, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>JOHN SCOTT, *et al,*.<br>*Defendants*. | Case No. 1:21-cv-780-XR |

## STATE DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), John Scott, in his official capacity as Texas Secretary of State, and Ken Paxton, in his official capacity as Attorney General of Texas (collectively "State Defendants") give this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order issued on August 2, 2022, ECF 448, which granted in part and denied in part State Defendants' Motion to Dismiss the Second Amended Complaint of OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund (collectively the "OCA-Greater Houston Plaintiffs").

| | |
|---|---|
| Date: August 30, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | patrick.sweeten@oag.texas.gov<br>Tex. State Bar No. 00798537 |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410 | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>will.thompson@oag.texas.gov<br>Tex. State Bar No. 24088531 |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 30, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN