# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al § <br> § <br> *Plaintiffs,* § <br> vs. § <br> § <br> GREGORY W. ABBOTT, et al. § <br> *Defendants.* § <br> § | Case No. 5:21-CV-00844-XR <br> (Consolidated Cases) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take note that John R. Hardin, hereby respectfully moves the Court to permit him to withdraw as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. Plaintiffs will continue to be represented by Elias Law Group LLP. Defendants' counsels of record do not oppose this motion for withdrawal.

Dated: September 6, 2022.    Respectfully submitted,

*/s/ John R. Hardin*
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

Uzoma N. Nkwonta*
Christopher D. Dodge*
Graham W. White*
Noah B. Baron*
Michael Jones*
Marcos Mocine-McQueen*
unkwonta@elias.law
cdodge@elias.law
gwhite@elias.law
nbaron@elias.law
mjones@elias.law
mmcqueen@elias.law

157509661.1

- 2 -

**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490

*Counsel for Plaintiffs*
*LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT*

\*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically served the foregoing document via electronic mail on all counsel of record.

*/s/ John R. Hardin*
John R. Hardin