# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al §<br>§<br>*Plaintiffs*, §<br>vs. §<br>§<br>GREGORY W. ABBOTT, et al. §<br>*Defendants*. §<br>_____§ | Case No. 5:21-CV-00844-XR<br>(Consolidated Cases) |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of the Unopposed Motion to Withdraw as Counsel of Record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Unopposed Motion to Withdraw as Counsel of Record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT by and is hereby, **GRANTED**. The appearance of John R. Hardin for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT is withdrawn and shall be removed from all service lists pertaining to this action.

SIGNED this _____ day of September 2022.

_____
Honorable Xavier Rodriguez
UNITED STATES DISTRICT JUDGE

157509681.1