# United States Court of Appeals
## for the Fifth Circuit

FILED
SEP 21 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

No. 22-50732

---

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

*Plaintiffs—Appellees,*

versus

KIM OGG,

*Defendant—Appellant,*

---

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS; REVUP-TEXAS; TEXAS ORGANIZING PROJECT; WORKERS DEFENSE ACTION FUND,

*Plaintiffs—Appellees,*

versus

JOSE A. ESPARZA, *In His Official Capacity as Texas Secretary of State (Acting)*; ET AL.,

*Defendants,*

KIM OGG,

*Appellant,*

---

No. 22-50732

LULAC Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT,

*Plaintiffs—Appellees,*

versus

Jose Esparza; Et al.,

*Defendant,*

Kim Ogg,

*Appellant,*

---

Delta Sigma Theta Sorority, Incorporated; Houston Area Urban League; The Arc of Texas; Jeffrey Lamar Clemmons,

*Plaintiffs—Appellees,*

versus

Gregory Wayne Abbott, *In His Official Capacity as the Governor of Texas*; Et al.,

*Defendants,*

Kim Ogg,

*Appellant,*

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul

No. 22-50732

Rutledge,

               *Plaintiffs—Appellees,*

versus

Greg Abbott, *In His Official Capacity as Governor of Texas*; Et al.,

                  *Defendants,*

Kim Ogg,

                    *Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844-XR
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786
USDC No. 5:21-CV-848
USDC No. 5:21-CV-920

---

Before King, Jones, and Smith, *Circuit Judges.*

Per Curiam:

  IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.