FILED
SEP 21 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 21, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-50732    Mi Familia Vota v. Ogg
                USDC No. 5:21-CV-844
                USDC No. 1:21-CV-780
                USDC No. 1:21-CV-786
                USDC No. 5:21-CV-848
                USDC No. 5:21-CV-920

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Kenneth Eugene Broughton Jr.
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Victor Genecin
Mr. John Russell Hardin
Mr. Jonathan Patrick Hawley
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Kathryn C. Sadasivan
Mr. R. Gary Spencer
Mr. Karson Thompson
Mr. Jerry Vattamala
Mr. Graham White
Ms. Georgina Yeomans