IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>    *Defendants*. | 5:21-cv-0844-XR<br><br>Consolidated with<br><br>Case No. 5:21-cv-0780-XR<br>Case No. 5:21-cv-0786-XR<br>Case No. 5:21-cv-0848-XR<br>Case No. 5:21-cv-0920-XR |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Please take note that, pursuant to Local Court Rule AT-3, Plaintiffs Houston Area Urban League ("HAUL"), et al., file this Motion for Withdrawal of Counsel to withdraw Georgina C. Yeomans, admitted *pro hac vice* in this matter on September 14, 2021. Effective October 1, 2022, Ms. Yeomans will be no longer be employed at NAACP Legal Defense and Educational Fund, Inc. Plaintiffs HAUL, et al., will continue to be represented by counsel at LDF and co-counsel Reed Smith LLP and The Arc of the United States, Inc. Defendants' counsels of record do not oppose this motion for withdrawal.

        Respectfully submitted by,

        NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., REED SMITH LLP, THE ARC OF THE UNITED STATES, INC.

        /s/ Georgina C. Yeomans
        Georgina Yeomans*
        R. Gary Spencer*†

NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
gyeomans@naacpldf.org
rgspencer@naacpldf.org

Amir Badat*
Victor Genecin*
Kathryn Sadasivan*
Ciara Sisco*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
vgenecin@naacpldf.org
abadat@naacpldf.org

Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com

J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah M. Cummings
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
scummings@reedsmith.com

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

* *Admitted Pro Hac Vice*

†Mailing address *only* (licensed in and working remotely from South Carolina)

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Defendants about this motion, and they do not oppose the relief requested.

*/s/ Georgina C. Yeomans*
Georgina C. Yeomans

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 3, 2022 and that all counsel of record were served by CM/ECF.

October 3, 2022

*/s/ Georgina C. Yeomans*
Georgina C. Yeomans
