# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 07, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-50732   Mi Familia Vota v. Ogg
   USDC No. 5:21-CV-844
   USDC No. 1:21-CV-780
   USDC No. 1:21-CV-786
   USDC No. 5:21-CV-848
   USDC No. 5:21-CV-920

FILED
OCT -7 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Danielle Ahlrich
Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Victor Genecin
Mr. Jonathan Patrick Hawley
Mr. Peter Thomas Hofer
Ms. Courtney Marie Hostetler
Mr. Hani Mirza
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
Ms. Lisa Snead
Mr. R. Gary Spencer

Mr. Karson Thompson
Mr. Jerry Vattamala
Mr. Graham White
Ms. Georgina Yeomans