# EXHIBIT H

# RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

Elena Rodriguez Armenta <erodriguezarmenta@elias.law>

Mon 9/19/2022 11:16 AM

To: Roberts, Charles E. <cetroberts@jonesday.com>;

Cc: Georgina Yeomans <gyeomans@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Gore, John M. <jmgore@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov <daniel.freeman@usdoj.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov <michael.stewart3@usdoj.gov>; jennifer.yun@usdoj.gov <jennifer.yun@usdoj.gov>; dana.paikowsky@usdoj.gov <dana.paikowsky@usdoj.gov>; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com <samantha.smith@weil.com>; Nina Perales <nperales@MALDEF.org>; Julia Longoria <Jlongoria@MALDEF.org>; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com <kevin.zhen@friedfrank.com>; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com <johnhardin@perkinscoie.com>; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org <hani@texascivilrightsproject.org>; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org <aharris@aclutx.org>; tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>; skumar@aclutx.org <skumar@aclutx.org>; A Trepp <atrepp@jenner.com>; ldavis@drtx.org <ldavis@drtx.org>; lromano@drtx.org <lromano@drtx.org>; mmcnair@drtx.org <mmcnair@drtx.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org <asavitzky@aclu.org>; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com <elijah.watkins@stoel.com>; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com <laura.rosenbaum@stoel.com>; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org <chostetler@freespeechforpeople.org>; Jennifer A. Holmes <jholmes@naacpldf.org>; R. Gary Spencer <gspencer@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org <lisa.cubriel@bexar.org>; maryann.ortegon@bexar.org <maryann.ortegon@bexar.org>; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org <christine@statesuniteddemocracy.org>; marina@statesuniteddemocracy.org <marina@statesuniteddemocracy.org>; ranjana@statesuniteddemocracy.org <ranjana@statesuniteddemocracy.org>; robert@statesuniteddemocracy.org <robert@statesuniteddemocracy.org>; khartnett@cooley.com <khartnett@cooley.com>; mejiab@cooley.com <mejiab@cooley.com>; oarmon@cooley.com <oarmon@cooley.com>; dlouk@cooley.com <dlouk@cooley.com>; kspector@cooley.com <kspector@cooley.com>; ssong@cooley.com <ssong@cooley.com>; ghabell@cooley.com <ghabell@cooley.com>; clebel@cooley.com <clebel@cooley.com>; nmatteo@cooley.com <nmatteo@cooley.com>; sameer.birring@cao.hctx.net <sameer.birring@cao.hctx.net>; tiffany.bingham@cao.hctx.net <tiffany.bingham@cao.hctx.net>; jonathan.fombonne@cao.hctx.net <jonathan.fombonne@cao.hctx.net>; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net <jacqueline.bauerband@cao.hctx.net>; eric.nichols@butlersnow.com <eric.nichols@butlersnow.com>; karson.thompson@butlersnow.com <karson.thompson@butlersnow.com>; victoria.filoso@butlersnow.com <victoria.filoso@butlersnow.com>; leigh.tognetti@da.co.hidalgo.tx.us <leigh.tognetti@da.co.hidalgo.tx.us>; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us <michaelj.garza@da.co.hidalgo.tx.us>; liz.ryan@weil.com <liz.ryan@weil.com>; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org <lsnead@drtx.org>; umittal@jenner.com <umittal@jenner.com>; S Cai <scai@jenner.com>; jamunson@jenner.com <jamunson@jenner.com>; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com <wendy.olson@stoel.com>; Kathryn Sadasivan

<ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>;

Counsel,

We are in receipt of your August 29 letter concerning document production and your August 12 Responses and Objections to Plaintiffs' First Set of Interrogatories. We write to better understand the status of the GOP Intervenors' collection and review of documents in this matter.

Plaintiffs first served requests for production on the GOP Intervenors over two months ago. Nonetheless, your correspondence reflects that the GOP Intervenors' collection and review of documents remains at a very preliminary stage and that you have not yet collected documents from your clients, never mind begun producing any documents in response to our two-month-old requests. At the same time, your responses to our First Set of Interrogatories reflect that you intend to address most of our interrogatories by identifying documents that have not been produced to us.

To keep discovery moving forward, please provide us this week with dates certain for when you will provide proposed custodians for each GOP Intervenor and proposed search terms for collecting documents from these custodians. Please also indicate whether GOP Intervenors intend to accept or decline Plaintiffs' proposal regarding the existing protective orders.

We are glad to make ourselves available to discuss any of these issues.

Best regards,

Elena

**Elena Rodriguez Armenta** (she/her)
Litigation Associate*
Elias Law Group LLP
10 G St NE Ste 600
Washington DC 20002
202.987.5402

erodriguezarmenta@elias.law

*Admitted in New York only.  Pending approval of application for admission to D.C. Bar.  Practice supervised by D.C. Bar members.

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Roberts, Charles E. <cetroberts@jonesday.com>
**Sent:** Monday, August 29, 2022 5:10 PM
**To:** Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Cc:** Georgina Yeomans <gyeomans@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Gore, John M. <jmgore@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud

<Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; R. Gary Spencer <gspencer@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

Counsel,

Attached please find discovery correspondence regarding the meet and confer held on August 11, 2022. Please let us know if you would like to discuss.

Best,
Chuck


--
Chuck Roberts
Associate
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Office +1.202.879.3795

**From:** Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Sent:** Friday, August 19, 2022 9:26 PM
**To:** Gore, John M. <jmgore@jonesday.com>
**Cc:** Georgina Yeomans <gyeomans@naacpldf.org>; Roberts, Charles E. <cetroberts@jonesday.com>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; R. Gary Spencer <gspencer@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

<span style="color:red">** External mail **</span>

Counsel,

Attached please find discovery correspondence memorializing the meet and confer held on August 11, 2022, regarding GOP Intervenors' Responses and Objections to Plaintiffs' First Set of Requests for Production. Please let us know if you would like to discuss.

All the best,

Elena

**Elena Rodriguez Armenta** (she/her)
Litigation Associate*
Elias Law Group LLP
10 G St NE Ste 600
Washington DC 20002
202.987.5402

erodriguezarmenta@elias.law

*Admitted in New York only. Pending approval of application for admission to D.C. Bar. Practice supervised by D.C. Bar members.

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.