# EXHIBIT P

# RE: Notice of Deposition Subpoenas - LUPE v. Abbott, 5:21-cv-844 (W.D. Tex.)

Gore, John M. <jmgore@jonesday.com>

Sat 10/22/2022 1:59 PM

To: Jennifer A. Holmes <jholmes@naacpldf.org>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; patrick.sweeten@oag.texas.gov <patrick.sweeten@oag.texas.gov>; will.thompson@oag.texas.gov <will.thompson@oag.texas.gov>; kathleen.hunker@oag.texas.gov <kathleen.hunker@oag.texas.gov>; aaron.barnes@oag.texas.gov <aaron.barnes@oag.texas.gov>; zachary.berg@oag.texas.gov <zachary.berg@oag.texas.gov>; ari.herbert@oag.texas.gov <ari.herbert@oag.texas.gov>; elizabeth.saunders@oag.texas.gov <elizabeth.saunders@oag.texas.gov>; Sharon.murray@oag.texas.gov <Sharon.murray@oag.texas.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Roberts, Charles E. <cetroberts@jonesday.com>; kim.barr@dallascounty.org <kim.barr@dallascounty.org>; Barbara.Nicholas@dallascounty.org <Barbara.Nicholas@dallascounty.org>; Jason.Schuette@dallascounty.org <Jason.Schuette@dallascounty.org>; ben.stool@dallascounty.org <ben.stool@dallascounty.org>; christine@statesuniteddemocracy.org <christine@statesuniteddemocracy.org>; marina@statesuniteddemocracy.org <marina@statesuniteddemocracy.org>; ranjana@statesuniteddemocracy.org <ranjana@statesuniteddemocracy.org>; robert@statesuniteddemocracy.org <robert@statesuniteddemocracy.org>; khartnett@cooley.com <khartnett@cooley.com>; mejiab@cooley.com <mejiab@cooley.com>; oarmon@cooley.com <oarmon@cooley.com>; dlouk@cooley.com <dlouk@cooley.com>; kspector@cooley.com <kspector@cooley.com>; ghabell@cooley.com <ghabell@cooley.com>; clebel@cooley.com <clebel@cooley.com>; nmatteo@cooley.com <nmatteo@cooley.com>; sameer.birring@harriscountytx.gov <sameer.birring@harriscountytx.gov>; tiffany.bingham@harriscountytx.gov <tiffany.bingham@harriscountytx.gov>; jonathan.fombonne@harriscountytx.gov <jonathan.fombonne@harriscountytx.gov>; jacqueline.bauerband@harriscountytx.gov <jacqueline.bauerband@harriscountytx.gov>; eric.nichols@butlersnow.com <eric.nichols@butlersnow.com>; karson.thompson@butlersnow.com <karson.thompson@butlersnow.com>; mckenna.tansey@butlersnow.com <mckenna.tansey@butlersnow.com>; Victoria.Giese@butlersnow.com <Victoria.Giese@butlersnow.com>; leigh.tognetti@da.co.hidalgo.tx.us <leigh.tognetti@da.co.hidalgo.tx.us>; josephine.ramirez@da.co.hidalgo.tx.us <josephine.ramirez@da.co.hidalgo.tx.us>; michaelj.garza@da.co.hidalgo.tx.us <michaelj.garza@da.co.hidalgo.tx.us>; jacqueline.villarreal@da.co.hidalgo.tx.us <jacqueline.villarreal@da.co.hidalgo.tx.us>; gabe.hodge@traviscountytx.gov <gabe.hodge@traviscountytx.gov>; tony.nelson@traviscountytx.gov <tony.nelson@traviscountytx.gov>; patrick.pope@traviscountytx.gov <patrick.pope@traviscountytx.gov>; Leslie.dippel@traviscountytx.gov <Leslie.dippel@traviscountytx.gov>; lisa.cubriel@bexar.org <lisa.cubriel@bexar.org>; maryann.ortegon@bexar.org <maryann.ortegon@bexar.org>; lroberson@bexar.org <lroberson@bexar.org>; Noelle.Butler@bexar.org <Noelle.Butler@bexar.org>; Jean.Gill@bexar.org <Jean.Gill@bexar.org>; daniel.freeman@usdoj.gov <daniel.freeman@usdoj.gov>; michael.stewart3@usdoj.gov <michael.stewart3@usdoj.gov>; jennifer.yun@usdoj.gov <jennifer.yun@usdoj.gov>; dana.paikowsky@usdoj.gov <dana.paikowsky@usdoj.gov>; tiffani.soo-tim@usdoj.gov <tiffani.soo-tim@usdoj.gov>; lauren.putnam@usdoj.gov <lauren.putnam@usdoj.gov>; Richard.dellheim@usdoj.gov <Richard.dellheim@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; singhj@brennan.law.nyu.edu <singhj@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; liz.ryan@weil.com <liz.ryan@weil.com>; megan.cloud@weil.com <megan.cloud@weil.com>; Nina Perales <nperales@MALDEF.org>; Julia Longoria <Jlongoria@MALDEF.org>; michael.keats@friedfrank.com <michael.keats@friedfrank.com>; breanna.williams@friedfrank.com <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com <kevin.zhen@friedfrank.com>; jason.kanterman@friedfrank.com <jason.kanterman@friedfrank.com>; rebecca.martin@friedfrank.com <rebecca.martin@friedfrank.com>; adriana monzon <monzona@brennan.law.nyu.edu>; sandersr@brennan.law.nyu.edu <sandersr@brennan.law.nyu.edu>; Fatima Menendez <fmenendez@MALDEF.org>; cdodge@elias.law <cdodge@elias.law>; unkwonta@elias.law <unkwonta@elias.law>; erodriguezarmenta@elias.law <erodriguezarmenta@elias.law>; gwhite@elias.law <gwhite@elias.law>; mjones@elias.law <mjones@elias.law>; mmcqueen@elias.law <mmcqueen@elias.law>; nbaron@elias.law <nbaron@elias.law>; capolonio@elias.law <capolonio@elias.law>; dlorenzo@elias.law <dlorenzo@elias.law>; asavomatthews@elias.law <asavomatthews@elias.law>; zachary@texascivilrightsproject.org <zachary@texascivilrightsproject.org>; schen@texascivilrightsproject.org <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org <hani@texascivilrightsproject.org>; chris@texascivilrightsproject.org <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org <aharris@aclutx.org>; tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>; skumar@aclutx.org <skumar@aclutx.org>; atrepp@jenner.com <atrepp@jenner.com>; JAmunson@jenner.com <JAmunson@jenner.com>; scai@jenner.com <scai@jenner.com>; UMittal@jenner.com <UMittal@jenner.com>; lromano@drtx.org <lromano@drtx.org>; mmcnair@drtx.org <mmcnair@drtx.org>; lsnead@drtx.org <lsnead@drtx.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org <asavitzky@aclu.org>; Susan Mizner <smizner@aclu.org>; apeterson@jenner.com <apeterson@jenner.com>;

wendy.olson@stoel.com <wendy.olson@stoel.com>; jackie.franolich@stoel.com <jackie.franolich@stoel.com>; elijah.watkins@stoel.com <elijah.watkins@stoel.com>; bradley.prowant@stoel.com <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com <laura.rosenbaum@stoel.com>; mark.bieter@stoel.com <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org <chostetler@freespeechforpeople.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Victor Genecin <vgenecin@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Kaísha Oliver <koliver@naacpldf.org>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Stewart, Sarah Cummings <sarah.stewart@reedsmith.com>; Dahl Rich <dahlrich@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. Gravity Stack <JTolbert@gravitystack.com>; Lang, Daniel H. Gravity Stack <DLang@gravitystack.com>; Destiny R. Lopez <DLopez@reedsmith.com>; Robyn Sanders <sandersr@brennan.law.nyu.edu>;

Counsel:

We are authorized to accept service on behalf of Susan Fountain.  This email conveys that acceptance.  You do not need to make further attempts to serve Ms. Fountain personally.

Thanks,
John

John M. Gore
Partner
[JONES DAY® - One Firm Worldwide®](#)
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930

---

**From:** Jennifer A. Holmes <jholmes@naacpldf.org>
**Sent:** Friday, October 21, 2022 4:17 PM
**To:** Dulaney Pippin, Keely <kpippin@reedsmith.com>; patrick.sweeten@oag.texas.gov; will.thompson@oag.texas.gov; kathleen.hunker@oag.texas.gov; aaron.barnes@oag.texas.gov; zachary.berg@oag.texas.gov; ari.herbert@oag.texas.gov; elizabeth.saunders@oag.texas.gov; Sharon.murray@oag.texas.gov; Gore, John M. <jmgore@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Roberts, Charles E. <cetroberts@jonesday.com>; kim.barr@dallascounty.org; Barbara.Nicholas@dallascounty.org; Jason.Schuette@dallascounty.org; ben.stool@dallascounty.org; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@harriscountytx.gov; tiffany.bingham@harriscountytx.gov; jonathan.fombonne@harriscountytx.gov; jacqueline.bauerband@harriscountytx.gov; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; mckenna.tansey@butlersnow.com; Victoria.Giese@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez@da.co.hidalgo.tx.us; michaelj.garza@da.co.hidalgo.tx.us; jacqueline.villarreal@da.co.hidalgo.tx.us; gabe.hodge@traviscountytx.gov; tony.nelson@traviscountytx.gov; patrick.pope@traviscountytx.gov; Leslie.dippel@traviscountytx.gov; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; lroberson@bexar.org; Noelle.Butler@bexar.org; Jean.Gill@bexar.org; daniel.freeman@usdoj.gov; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; tiffani.soo-tim@usdoj.gov; lauren.putnam@usdoj.gov; Richard.dellheim@usdoj.gov; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; singhj@brennan.law.nyu.edu; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; liz.ryan@weil.com; megan.cloud@weil.com; nperales@maldef.org; jlongoria@maldef.org; michael.keats@friedfrank.com; breanna.williams@friedfrank.com; kevin.zhen@friedfrank.com; jason.kanterman@friedfrank.com; rebecca.martin@friedfrank.com; adriana monzon <monzona@brennan.law.nyu.edu>; sandersr@brennan.law.nyu.edu; fmenendez@maldef.org; cdodge@elias.law; unkwonta@elias.law; erodriguezarmenta@elias.law; gwhite@elias.law; mjones@elias.law; mmcqueen@elias.law; nbaron@elias.law; capolonio@elias.law; dlorenzo@elias.law; asavomatthews@elias.law; zachary@texascivilrightsproject.org; schen@texascivilrightsproject.org; hani@texascivilrightsproject.org; chris@texascivilrightsproject.org; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller

<pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; atrepp@jenner.com; JAmunson@jenner.com; scai@jenner.com; UMittal@jenner.com; lromano@drtx.org; mmcnair@drtx.org; lsnead@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Susan Mizner <smizner@aclu.org>; apeterson@jenner.com; wendy.olson@stoel.com; jackie.franolich@stoel.com; elijah.watkins@stoel.com; bradley.prowant@stoel.com; laura.rosenbaum@stoel.com; mark.bieter@stoel.com; chostetler@freespeechforpeople.org; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Victor Genecin <vgenecin@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Kaísha Oliver <koliver@naacpldf.org>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Stewart, Sarah Cummings <sarah.stewart@reedsmith.com>; Dahl Rich <dahlrich@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. Gravity Stack <JTolbert@gravitystack.com>; Lang, Daniel H. Gravity Stack <DLang@gravitystack.com>; Destiny R. Lopez <DLopez@reedsmith.com>; Robyn Sanders <sandersr@brennan.law.nyu.edu>
**Subject:** Notice of Deposition Subpoenas - LUPE v. Abbott, 5:21-cv-844 (W.D. Tex.)

** External mail **

Counsel,

Attached please find Rule 45 deposition subpoenas, which Plaintiffs in the above-captioned matter are serving on the following individuals.

1. Alan Vera, Ballot Security Chair for the Harris County Republican Party
2. Cindy Siegal, Chair of the Harris County Republican Party
3. Melissa Conway, Republican National Committee Texas Election Integrity Director,
4. Susan Fountain, Executive Director of the Dallas County Republican Party
5. Byron Fisher, Republican National Committee, Deputy National Election Integrity Director

Best,

# Jennifer A. Holmes (she/her)
Senior Counsel



700 14th Street, Suite 600, Washington, DC 20005
o: 202.682.1300  |  c: 202.258.3846  |  [jholmes@naacpldf.org](mailto:jholmes@naacpldf.org)
[www.naacpldf.org](http://www.naacpldf.org)

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.