IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS, *et al.*, § <br> § <br> *Defendants*. § <br> § <br> § | Civil Action No. 5:21-CV-0844-XR <br> (Consolidated Cases) |

**[PROPOSED] ORDER GRANTING LUPE, HAUL, AND LULAC PLAINTIFFS' OPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION AND INTERROGATORIES AND TO AMEND THE SCHEDULING ORDER AS TO DEFENDANT INTERVENORS**

Pending before the Court is LUPE Plaintiffs, the HAUL Plaintiffs, and the LULAC Plaintiffs' Opposed Motion to Compel Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to the Defendant Intervenors. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE