IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO *et al.*,<br>*Plaintiffs*<br><br>-vs-<br><br>GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVENOR OF TEXAS *et al.*;<br>*Defendants* | §§§§§§§§§§§ | SA-21-CV-00844-XR<br>*Consolidated Cases* |

**ORDER**

The text orders issued on November 16, 2021 denying the motions to appear *pro hac vice* filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are **WITHDRAWN**. The *pro hac vice* motions (ECF Nos. 71 & 72) are **GRANTED**.

Pursuant to our Administrative Policies and Procedures for Electronic Filing, Mr. Crosland and Mr. Kenny must register for electronic filing with our court within 10 days of this order.

It is so **ORDERED**.

SIGNED this 31st day of October, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE