# Exhibit F

**Kenny, Stephen J.**

| | |
|---|---|
| **From:** | Kathryn Sadasivan <ksadasivan@naacpldf.org> |
| **Sent:** | Wednesday, October 19, 2022 1:12 PM |
| **To:** | Gore, John M.; Bieter, Mark L.; Zachary Dolling |
| **Cc:** | Elena Rodriguez Armenta; Roberts, Charles E.; Victor Genecin; Uruj Sheikh; Jasleen Singh; Nina Perales; Kenny, Stephen J.; Crosland, Stewart; Barbara Nicholas; daniel.freeman@usdoj.gov; Jack DiSorbo; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim; Lauren Putnam; Sean Morales-Doyle; Patrick Berry; Eliza Sweren-Becker; William Wilder; Megan Cloud; samantha.smith@weil.com; nperales; Jlongoria@MALDEF.org; Keats, Michael; Williams, Breanna; kevin.zhen@friedfrank.com; Jason Kanterman; Martin, Rebecca; Uzoma Nkwonta; Graham White; Mike Jones; Marcos Mocine-McQueen; Noah Baron; johnhardin@perkinscoie.com; S Chen; hani@texascivilrightsproject.org; Chris TX; Jerry Vattamala; Susana Lorenzo-Giguere; Patrick Stegemoeller; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux; asavitzky@aclu.org; Franolich, Jackie; Watkins, Elijah M.; Prowant, Bradley R.; Rosenbaum, Laura E.; chostetler@freespeechforpeople.org; Jennifer A. Holmes; Dahl Rich; Dulaney Pippin, Keely; Shira Wakschlag; Tolbert, James E.; Kenneth E. Broughton; Lang, Daniel H.; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan; Kim Barr; christine@stateuniteddemocracy.org; marina@stateuniteddemocracy.org; ranjana@stateuniteddemocracy.org; robert@stateuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez; Sherine Thomas; Leslie Dippel; Patrick Pope; Gabe Hodge; Meera Aiyer; Jason Schuette; Ben Stool; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge; lsnead@drtx.org; umittal@jenner.com; S Cai; jamunson@jenner.com; Samantha Osaki; Susan Mizner; Olson, Wendy J.; Amir Badat; Patrick Sweeten; Will Thompson; Kathleen Hunker; Aaron Barnes; Zachary Berg; Ari Herbert; Jacqueline Villarreal; Tony Nelson; Daniela Lorenzo |
| **Subject:** | RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants) |

**\*\* External mail \*\***

Dear John,

Thank you for speaking with us Monday, October 17, 2022, for our second meet and confer to discuss the requests for production (RFPs) and interrogatories that consolidated Plaintiffs served on your clients, the GOP Intervenor Defendants, on July 7 and 13, 2022, respectively.

Collection and Production of Documents Responsive to Plaintiffs' RFPs
GOP Intervenor Defendants have not, to date, provided the names of custodians for Intervenor Defendant Harris County Republican Party. You stated that by October 24, 2022, you will provide the names of those you believe to be custodians of documents for this Intervenor Defendant. You also stated that on October 24, 2022, you will present to consolidated Plaintiffs your search terms and the methodology you are using.

During Monday's meet and confer, you further confirmed that you have collected and begun reviewing all documents in your clients' possession, custody or control that may be responsive to any of our twenty RFPs, and that you have not

narrowed your search terms or collection efforts pursuant to any of the objections that the Intervenor Defendants lodged in response to our RFPs. This letter confirms that you have not yet produced any documents responsive to our RFPs served in July.

In Monday's meet and confer, Plaintiffs offered a compromise under which the Intervenor Defendants would begin to produce documents on October 31, 2022; you responded, however, that you would not be able to begin producing documents before the November 8, 2022, election because of your clients' election-related obligations. Although it is unreasonable for Intervenors to use the upcoming election as further excuse for delay after already delaying for over two months, Plaintiffs can agree to a deadline of November 10, 2022, for Intervenors' first production of documents.

You confirmed that you will inform Plaintiffs if you ultimately withhold documents based on any of your objections.  You also confirmed you will produce a privilege log for documents withheld under claims of privilege or will otherwise make known to Plaintiffs your basis for withholding any documents you believe are privileged.  Plaintiffs did not agree that Intervenor Defendants may forgo producing a privilege log; however, the parties agreed to postpone discussion of specific privileges until a later date.

You also confirmed that you, and your clients, are aware of the ongoing duty to produce responsive documents and update interrogatory responses. We anticipate, of course, that your clients will have to comply with that ongoing duty in connection with the November 8, 2022, election

Depositions and Discovery Schedule as to Intervenor Defendants
During Monday's meet and confer, you advised that you remained unable to state whether you are authorized to accept service of process for our planned 30(b)(1) depositions of Melissa Conway, Alan Vera, Cindy Siegel, Susan Fountain, and Byron Fisher. We initially asked for this information on October 5, 2022; on October 12, 2022, as a courtesy, we agreed to your request that we refrain from serving subpoenas on anyone affiliated with your clients until after the meet and confer.

This letter confirms that we will subpoena these individuals at their homes or places of business.

Plaintiffs' Proposal
Plaintiffs propose extending the discovery period related to the primary election as to the Intervenor Defendants to January 27, 2023. Given the delays in Intervenor Defendants' discovery compliance to date, we propose this extension on the condition that your clients commit to making productions in a timely manner, leaving enough time in the discovery period for depositions and to address the disputes regarding privilege that are bound to arise. **Accordingly, our agreement to this extension is contingent on Intervenor Defendants' agreement to: a first production by November 10, 2022, rolling productions by reasonable dates thereafter, and substantial completion of productions by December 9, 2022**.

Plaintiffs in turn would agree not to serve additional RFPs or interrogatories concerning the primary election during this period of extended discovery, except for requests that are reasonably related to information obtained through pending discovery requests. We would, of course, reserve our right to serve additional discovery requests related to the general election period.

You agreed that any future depositions of the Intervenor Defendants may cover topics related to both the primary election and the general election.  **The Court's Scheduling Order, however, limits depositions concerning the General Election Discovery period to "no more than 10 depositions per side, absent further leave of the Court." (Doc. 437 at 2). We therefore request your agreement that Plaintiffs may designate, in advance of a given deposition, that the deposition of an individual or group affiliated with Intervenor-Defendants will exclude testimony about the General Elections and events occurring after the General Election.  In such a deposition, Plaintiffs will limit their questioning to matters preceding the General Election and witnesses may limit their answers accordingly.  Any depositions so designated would not count toward the 10-deposition limit regarding the General Election.**

Please let us know if you are willing to agree to these terms by noon Thursday, October 20, 2022.

Regards,

Kathryn Sadasivan
Redistricting Counsel, NAACP Legal Defense and Educational Fund

---

**From:** Kathryn Sadasivan
**Sent:** Tuesday, October 18, 2022 9:50 PM
**To:** 'Gore, John M.' <jmgore@jonesday.com>; Bieter, Mark L. <mark.bieter@stoel.com>; Zachary Dolling <zachary@texascivilrightsproject.org>
**Cc:** Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Nina Perales <nperales@maldef.org>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@maldef.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@friedfrank.com>; Watkins, Elijah M. <elijah.watkins@stoel.com>; Prowant, Bradley R. <bradley.prowant@stoel.com>; Rosenbaum, Laura E. <laura.rosenbaum@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@stateuniteddemocracy.org; marina@stateuniteddemocracy.org; ranjana@stateuniteddemocracy.org; robert@stateuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; Olson, Wendy J. <wendy.olson@stoel.com>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert

<Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

Dear John,

Consolidated Plaintiffs are continuing to work to an agreement on a reasonable proposal for the speedy resolution of the discovery issues we discussed at yesterday's meet and confer. We will be in touch by mid-day tomorrow with our proposal.

Regards,

Kathryn Sadasivan
Redistricting Counsel, NAACP Legal Defense and Educational Fund

---

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Friday, October 14, 2022 9:30 AM
**To:** Bieter, Mark L. <mark.bieter@stoel.com>; Zachary Dolling <zachary@texascivilrightsproject.org>
**Cc:** Kathryn Sadasivan <ksadasivan@naacpldf.org>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <ceroberts@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@maldef.org>; JLongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; Watkins, Elijah M. <elijah.watkins@stoel.com>; Prowant, Bradley R. <bradley.prowant@stoel.com>; Rosenbaum, Laura E. <laura.rosenbaum@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge

<Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Jason Schuette
<Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us;
liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>;
jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; Olson, Wendy J.
<wendy.olson@stoel.com>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>;
Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes
<Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert
<Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson
<Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

[Caution: EXTERNAL EMAIL]

We consent.  Thanks.


John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930


**From:** Bieter, Mark L. <mark.bieter@stoel.com>
**Sent:** Friday, October 14, 2022 9:28 AM
**To:** Gore, John M. <jmgore@jonesday.com>; Zachary Dolling <zachary@texascivilrightsproject.org>
**Cc:** Kathryn Sadasivan <ksadasivan@naacpldf.org>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts,
Charles E. <cetroberts@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>;
Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart
<scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack
DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov;
dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam
<Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry
<berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder
<wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales
<nperales@maldef.org>; Jllongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna
<breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman
<Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta
<unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen
<mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; S Chen
<schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>;
Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick
Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp
<atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux
<ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; Watkins, Elijah M.
<elijah.watkins@stoel.com>; Prowant, Bradley R. <bradley.prowant@stoel.com>; Rosenbaum, Laura E.
<laura.rosenbaum@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>;
Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag
<Wakschlag@thearc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton
<KBroughton@reedsmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org;
maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr
<Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org;
ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com;

mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@scai.summer.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; Olson, Wendy J. <wendy.olson@stoel.com>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

** External mail **

Good morning John,

MFV Plaintiffs also request an extension for serving their discovery responses to the GOP intervenors' requests for production and interrogatories to October 28. Please let us know if you consent. Thank you.

Mark Bieter

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Thursday, October 13, 2022 10:41 PM
**To:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Cc:** Kathryn Sadasivan <ksadasivan@naacpldf.org>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@maldef.org>; JIlongoria@MALDEF.org>; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; Watkins, Elijah M. <elijah.watkins@stoel.com>; Prowant, Bradley R. <bradley.prowant@stoel.com>; Rosenbaum, Laura E. <laura.rosenbaum@stoel.com>; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org;

Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@thearc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@reedsmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@stateuniteddemocracy.org; marina@stateuniteddemocracy.org; ranjana@stateuniteddemocracy.org; robert@stateuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; Olson, Wendy J. <wendy.olson@stoel.com>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)


We consent.  Thanks.


John M. Gore
Partner

**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930

---

**From:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Date:** Thursday, Oct 13, 2022, 2:16 PM
**To:** Gore, John M. <jmgore@jonesday.com>
**Cc:** Kathryn Sadasivan <ksadasivan@naacpldf.org>, Elena Rodriguez Armenta <erodriguezarmenta@elias.law>, Roberts, Charles E. <cetroberts@jonesday.com>, Victor Genecin <vgenecin@naacpldf.org>, Uruj Sheikh <usheikh@naacpldf.org>, Jasleen Singh <singhj@brennan.law.nyu.edu>, Kenny, Stephen J. <skenny@jonesday.com>, Crosland, Stewart <scrosland@jonesday.com>, Barbara Nicholas <Barbara.Nicholas@dallascounty.org>, daniel.freeman@usdoj.gov <daniel.freeman@usdoj.gov>, Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>, michael.stewart3@usdoj.gov <michael.stewart3@usdoj.gov>, jennifer.yun@usdoj.gov <jennifer.yun@usdoj.gov>, dana.paikowsky@usdoj.gov <dana.paikowsky@usdoj.gov>, Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>, Lauren Putnam <Lauren.Putnam@usdoj.gov>, Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>, Patrick Berry <berryp@brennan.law.nyu.edu>, Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>, William Wilder <wilderw@brennan.law.nyu.edu>, Megan Cloud <Megan.Cloud@weil.com>, samantha.smith@weil.com <samantha.smith@weil.com>, nperales <nperales@maldef.org>, JLongoria@MALDEF.org <JLongoria@maldef.org>, Keats, Michael <michael.keats@friedfrank.com>, Williams, Breanna <breanna.williams@friedfrank.com>, kevin.zhen@friedfrank.com <kevin.zhen@friedfrank.com>, Jason Kanterman <Jason.Kanterman@friedfrank.com>, Martin, Rebecca <rebecca.martin@friedfrank.com>, Uzoma Nkwonta <unkwonta@elias.law>, Graham White <gwhite@elias.law>, Mike Jones <mjones@elias.law>, Marcos Mocine-McQueen <mmcqueen@elias.law>, Noah Baron <nbaron@elias.law>, johnhardin@perkinscoie.com <johnhardin@perkinscoie.com>, S Chen <schen@texascivilrightsproject.org>,

hani@texascivilrightsproject.org <hani@texascivilrightsproject.org>, Chris TX <chris@texascivilrightsproject.org>, Jerry Vattamala <jvattamala@aaldef.org>, Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>, Patrick Stegemoeller <pstegemoeller@aaldef.org>, aharris@aclutx.org <aharris@aclutx.org>, tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>, skumar@aclutx.org <skumar@aclutx.org>, A Trepp <atrepp@jenner.com>, ldavis@drtx.org <ldavis@drtx.org>, lromano@drtx.org <lromano@drtx.org>, mmcnair@drtx.org <mmcnair@drtx.org>, Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>, asavitzky@aclu.org <asavitzky@aclu.org>, Franolich, Jackie <jackie.franolich@stoel.com>, elijah.watkins@stoel.com <elijah.watkins@stoel.com>, Prowant, Bradley R. <bradley.prowant@stoel.com>, laura.rosenbaum@stoel.com <laura.rosenbaum@stoel.com>, Bieter, Mark L. <mark.bieter@stoel.com>, chostetler@freespeechforpeople.org <chostetler@freespeechforpeople.org>, Jennifer A. Holmes <jholmes@naacpldf.org>, Dahl Rich <dahlrich@reedsmith.com>, Dulaney Pippin, Keely <kpippin@reedsmith.com>, Shira Wakschlag <Wakschlag@thearc.org>, Tolbert, James E. <JTolbert@reedsmith.com>, Kenneth E. Broughton <KBroughton@reedsmith.com>, Lang, Daniel H. <DLang@reedsmith.com>, lisa.cubriel@bexar.org <lisa.cubriel@bexar.org>, maryann.ortegon@bexar.org <maryann.ortegon@bexar.org>, Angela Igrisan <Angela.Igrisan@dallascounty.org>, Kim Barr <Kim.Barr@dallascounty.org>, christine@stateuniteddemocracy.org <christine@stateuniteddemocracy.org>, marina@stateuniteddemocracy.org <marina@stateuniteddemocracy.org>, ranjana@stateuniteddemocracy.org <ranjana@stateuniteddemocracy.org>, robert@stateuniteddemocracy.org <robert@stateuniteddemocracy.org>, khartnett@cooley.com <khartnett@cooley.com>, mejiab@cooley.com <mejiab@cooley.com>, oarmon@cooley.com <oarmon@cooley.com>, dlouk@cooley.com <dlouk@cooley.com>, kspector@cooley.com <kspector@cooley.com>, ssong@cooley.com <ssong@cooley.com>, ghabell@cooley.com <ghabell@cooley.com>, clebel@cooley.com <clebel@cooley.com>, nmatteo@cooley.com <nmatteo@cooley.com>, sameer.birring@cao.hctx.net <sameer.birring@cao.hctx.net>, tiffany.bingham@cao.hctx.net <tiffany.bingham@cao.hctx.net>, jonathan.fombonne@cao.hctx.net <jonathan.fombonne@cao.hctx.net>, Christina Beeler <christina.beeler@cao.hctx.net>, jacqueline.bauerband@cao.hctx.net <jacqueline.bauerband@cao.hctx.net>, eric.nichols@butlersnow.com <eric.nichols@butlersnow.com>, karson.thompson@butlersnow.com <karson.thompson@butlersnow.com>, victoria.filoso@butlersnow.com <victoria.filoso@butlersnow.com>, leigh.tognetti@da.co.hidalgo.tx.us <leigh.tognetti@da.co.hidalgo.tx.us>, josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>, Sherine Thomas <Sherine.Thomas@traviscountytx.gov>, Leslie Dippel <Leslie.Dippel@traviscountytx.gov>, Patrick Pope <Patrick.Pope@traviscountytx.gov>, Gabe Hodge <Gabe.Hodge@traviscountytx.gov>, Meera Aiyer <Meera.Aiyer@traviscountytx.gov>, Jason Schuette <Jason.Schuette@dallascounty.org>, Ben Stool <Ben.Stool@dallascounty.org>, michaelj.garza@da.co.hidalgo.tx.us <michaelj.garza@da.co.hidalgo.tx.us>, liz.ryan@weil.com <liz.ryan@weil.com>, Chris Dodge <cdodge@elias.law>, lsnead@drtx.org <lsnead@drtx.org>, umittal@jenner.com <umittal@jenner.com>, S Cai <scai@jenner.com>, jamunson@jenner.com <jamunson@jenner.com>, Samantha Osaki <sosaki@aclu.org>, Susan Mizner <smizner@aclu.org>, wendy.olson@stoel.com <wendy.olson@stoel.com>, Amir Badat <abadat@naacpldf.org>, Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>, Aaron Barnes <Aaron.Barnes@oag.texas.gov>, Zachary Berg <Zachary.Berg@oag.texas.gov>, Ari Herbert <Ari.Herbert@oag.texas.gov>, Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>, Tony Nelson <Tony.Nelson@traviscountytx.gov>, Daniela Lorenzo <dlorenzo@elias.law>

**Subject:** Re: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

**\*\* External mail \*\***

Good afternoon John,

OCA Plaintiffs similarly request an extension for serving their discovery responses to the GOP Intervenors' requests for production and interrogatories until October 28, 2022. Please let us know if you consent to this extension.

Sincerely,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746

This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Thu, Oct 13, 2022 at 10:58 AM Gore, John M. <jmgore@jonesday.com> wrote:

Kathryn:

We consent to the extension.

John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930

---

**From:** Kathryn Sadasivan <ksadasivan@naacpldf.org>
**Date:** Thursday, Oct 13, 2022, 11:17 AM
**To:** Gore, John M. <jmgore@jonesday.com>, Elena Rodriguez Armenta <erodriguezarmenta@elias.law>, Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Victor Genecin <vgenecin@naacpldf.org>, Uruj Sheikh <usheikh@naacpldf.org>, Jasleen Singh <singhj@brennan.law.nyu.edu>, Kenny, Stephen J. <skenny@jonesday.com>, Crosland, Stewart <scrosland@jonesday.com>, Barbara Nicholas <Barbara.Nicholas@dallascounty.org>, daniel.freeman@usdoj.gov <daniel.freeman@usdoj.gov>, Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>, michael.stewart3@usdoj.gov <michael.stewart3@usdoj.gov>, jennifer.yun@usdoj.gov <jennifer.yun@usdoj.gov>, dana.paikowsky@usdoj.gov <dana.paikowsky@usdoj.gov>, Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>, Lauren Putnam <Lauren.Putnam@usdoj.gov>, Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>, Patrick Berry <berryp@brennan.law.nyu.edu>, Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>, William Wilder <wilderw@brennan.law.nyu.edu>, Megan Cloud <Megan.Cloud@weil.com>, samantha.smith@weil.com <samantha.smith@weil.com>, nperales <nperales@MALDEF.org>, Jlongoria@MALDEF.org <Jlongoria@MALDEF.org>, Keats, Michael <michael.keats@friedfrank.com>, Williams, Breanna <breanna.williams@friedfrank.com>, kevin.zhen@friedfrank.com <kevin.zhen@friedfrank.com>, Jason Kanterman <Jason.Kanterman@friedfrank.com>, Martin, Rebecca <rebecca.martin@friedfrank.com>, Uzoma Nkwonta <unkwonta@elias.law>, Graham White <gwhite@elias.law>, Mike Jones <mjones@elias.law>, Marcos Mocine-McQueen <mmcqueen@elias.law>, Noah Baron <nbaron@elias.law>, johnhardin@perkinscoie.com <johnhardin@perkinscoie.com>, Zachary TX <zachary@texascivilrightsproject.org>, S Chen <schen@texascivilrightsproject.org>, hani@texascivilrightsproject.org <hani@texascivilrightsproject.org>, Chris TX <chris@texascivilrightsproject.org>, Jerry Vattamala <jvattamala@aaldef.org>, Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>, Patrick Stegemoeller <pstegemoeller@aaldef.org>, aharris@aclutx.org <aharris@aclutx.org>, tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>, skumar@aclutx.org <skumar@aclutx.org>, A Trepp <atrepp@jenner.com>, ldavis@drtx.org <ldavis@drtx.org>, lromano@drtx.org <lromano@drtx.org>, mmcnair@drtx.org <mmcnair@drtx.org>, Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>, asavitzky@aclu.org <asavitzky@aclu.org>, Franolich, Jackie <jackie.franolich@stoel.com>, elijah.watkins@stoel.com <elijah.watkins@stoel.com>, Prowant, Bradley R. <bradley.prowant@stoel.com>, laura.rosenbaum@stoel.com <laura.rosenbaum@stoel.com>, Bieter, Mark L. <mark.bieter@stoel.com>, chostetler@freespeechforpeople.org <chostetler@freespeechforpeople.org>, Jennifer A. Holmes <jholmes@naacpldf.org>, Dahl Rich <dahlrich@reedsmith.com>, Dulaney Pippin, Keely <kpippin@reedsmith.com>, Shira Wakschlag <Wakschlag@TheArc.org>, Tolbert, James E. <JTolbert@reedsmith.com>, Kenneth E. Broughton <KBroughton@ReedSmith.com>, Lang, Daniel H. <DLang@reedsmith.com>, lisa.cubriel@bexar.org <lisa.cubriel@bexar.org>, maryann.ortegon@bexar.org <maryann.ortegon@bexar.org>, Angela Igrisan <Angela.Igrisan@dallascounty.org>, Kim Barr <Kim.Barr@dallascounty.org>, christine@statesuniteddemocracy.org <christine@statesuniteddemocracy.org>, marina@statesuniteddemocracy.org <marina@statesuniteddemocracy.org>, ranjana@statesuniteddemocracy.org <ranjana@statesuniteddemocracy.org>, robert@statesuniteddemocracy.org <robert@statesuniteddemocracy.org>, khartnett@cooley.com <khartnett@cooley.com>, mejiab@cooley.com <mejiab@cooley.com>, oarmon@cooley.com <oarmon@cooley.com>, dlouk@cooley.com <dlouk@cooley.com>, kspector@cooley.com <kspector@cooley.com>, ssong@cooley.com <ssong@cooley.com>, ghabell@cooley.com <ghabell@cooley.com>, clebel@cooley.com <clebel@cooley.com>, nmatteo@cooley.com <nmatteo@cooley.com>,

sameer.birring@cao.hctx.net <sameer.birring@cao.hctx.net>, tiffany.bingham@cao.hctx.net <tiffany.bingham@cao.hctx.net>, jonathan.fombonne@cao.hctx.net <jonathan.fombonne@cao.hctx.net>, Christina Beeler <christina.beeler@cao.hctx.net>, jacqueline.bauerband@cao.hctx.net <jacqueline.bauerband@cao.hctx.net>, eric.nichols@butlersnow.com <eric.nichols@butlersnow.com>, karson.thompson@butlersnow.com <karson.thompson@butlersnow.com>, victoria.filoso@butlersnow.com <victoria.filoso@butlersnow.com>, leigh.tognetti@da.co.hidalgo.tx.us <leigh.tognetti@da.co.hidalgo.tx.us>, josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>, Sherine Thomas <Sherine.Thomas@traviscountytx.gov>, Leslie Dippel <Leslie.Dippel@traviscountytx.gov>, Patrick Pope <Patrick.Pope@traviscountytx.gov>, Gabe Hodge <Gabe.Hodge@traviscountytx.gov>, Meera Aiyer <Meera.Aiyer@traviscountytx.gov>, Jason Schuette <Jason.Schuette@dallascounty.org>, Ben Stool <Ben.Stool@dallascounty.org>, michaelj.garza@da.co.hidalgo.tx.us <michaelj.garza@da.co.hidalgo.tx.us>, liz.ryan@weil.com <liz.ryan@weil.com>, Chris Dodge <cdodge@elias.law>, lsnead@drtx.org <lsnead@drtx.org>, umittal@jenner.com <umittal@jenner.com>, S Cai <scai@jenner.com>, jamunson@jenner.com <jamunson@jenner.com>, Samantha Osaki <sosaki@aclu.org>, Susan Mizner <smizner@aclu.org>, wendy.olson@stoel.com <wendy.olson@stoel.com>, Amir Badat <abadat@naacpldf.org>, Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>, Aaron Barnes <Aaron.Barnes@oag.texas.gov>, Zachary Berg <Zachary.Berg@oag.texas.gov>, Ari Herbert <Ari.Herbert@oag.texas.gov>, Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>, Tony Nelson <Tony.Nelson@traviscountytx.gov>, Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)


** External mail **


Dear John,


We look forward to speaking with you on Monday and hope to have a productive call. We will wait to send deposition notices until after our conversation on Monday given that you have indicated you are open "to considering reasonable proposals regarding the schedule for pending discovery." If we are unable to reach agreement, however, we reserve our right to notice the depositions for dates next week, given the rapidly approaching October 24, 2022, deadline and the delay in resolving the question of representation of these witnesses.


Based on the correspondence below, HAUL Plaintiffs request an extension for serving our responses to GOP Intervenors' requests for production and interrogatories until October 28, 2022, the same extension agreed to by Intervenors with LUPE plaintiffs.


Please respond letting us know if you are amenable to this extension.


Regards,


Kathryn Sadasivan

Redistricting Counsel, NAACP Legal Defense and Educational Fund

---

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Wednesday, October 12, 2022 10:07 PM
**To:** Kathryn Sadasivan <ksadasivan@naacpldf.org>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@stateuniteddemocracy.org; marina@stateuniteddemocracy.org; ranjana@stateuniteddemocracy.org; robert@stateuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Amir Badat <abadat@naacpldf.org>; Patrick

Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

[Caution: EXTERNAL EMAIL]

Kathryn:

We look forward to speaking with you on Monday at 2pm ET.  We will circulate Microsoft Teams information for that meeting.

It is not productive to belabor the point, but your email highlights that your discovery requests strike at Intervenors' First Amendment rights.  As we discussed on our prior call, the political activities Intervenors engage in (and that you have quoted) are all subject to robust First Amendment protection.  That protection has not been waived or lost by Intervenors' involvement in this litigation.  *See Perry v. Schwarzenegger*, 591 F.3d 1147, 1163 (9th Cir. 2010).  Any right to discovery your clients have does not extend to materials protected from disclosure by the Constitution.

On the topic of depositions, I note that we identified Susan Fountain as a custodian in our August 11 letter.  Moreover, your implication that we ignored your request is false; instead, we have been working on an answer.  In any event, we have raised the issue of depositions but do not yet have an answer on whether we can accept service for the individuals you named.  We do ask you to refrain from serving subpoenas on anyone affiliated with our clients until we have had a chance to confer on the issue and the discovery schedule more broadly.

In that vein, it would also be helpful for you to be prepared to discuss a timeline on various discovery issues on Monday.  We are open to considering reasonable proposals regarding the schedule for pending discovery requests.

Talk to you on Monday,

John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001

Office +1.202.879.3930

---

**From:** Kathryn Sadasivan <ksadasivan@naacpldf.org>
**Sent:** Tuesday, October 11, 2022 2:38 PM
**To:** Gore, John M. <jmgore@jonesday.com>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>;
Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh
<singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart
<scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>;
daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov;
jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>;
Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>;
Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-
beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud
<Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>;
Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna
<breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman
<Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta
<unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos
Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com;
Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>;
hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala
<jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller
<pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp
<atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux
<ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>;
elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com;
Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes
<jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely
<kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E.
<JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H.
<DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan
<Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>;
christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org;
ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com;
mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com;
ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net;
tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler
<christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com;
karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us;
josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas

<Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>

**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

** External mail **

Dear John,

We disagree with your reading of the scheduling order. We understand the Court's language setting October 24, 2022, as "[t]he deadline for completion of discovery on matters related to the primary election as to Intervenors" to mean discovery sought by or sought from Intervenors. (ECF No. 437 at 1.) We do not believe the Court intended a period of one-way discovery during which the Intervenors would be the only parties that could seek discovery between August 12 and October 24, 2022.

Even under your interpretation of the order, however, we have endeavored to comply to the fullest extent. Consolidated Plaintiffs served requests for production on GOP intervenors on July 7, 2022, and interrogatories on July 13, 2022, well before August 12, 2022. In the three months since then, Intervenors have failed to identify all relevant custodians, have failed to share your proposed search terms, produce a single document, and have failed to explain your broad claims of privilege. Nor have Intervenors indicated whether any documents are being withheld based on your objections or claims of privilege.

Further, in response to many of our interrogatories, you have simply responded that "[s]ubject to and without waiving any of the foregoing objections, the Republican Committees will identify by Bates number any documents responsive to this Interrogatory that they produce in this litigation." And of course, you have not produced any documents responsive to our RFPs.

Your correspondence on Friday October 7, 2022, refusing a meet and confer until October 17, continues this dilatory trend, and frustrates Plaintiffs attempt to complete discovery by October 24, 2022.

GOP Intervenors voluntarily sought intervention in this case because of the committees' articulated interests in SB 1 and involvement in election administration matters at issue in this case. You have claimed, indeed, that the local chapters of the Republican Committees including in Harris and Dallas Counties, make "significant contributions and expenditures to support Republican candidates" in Texas's elections, primarily by "devoting substantial resources towards educating, mobilizing, assisting, training, and turning out voters, volunteers, and poll watchers" in their respective counties. *LUPE v. Abbott*, 29 F.4th 299 (5th Cir. 2022) (Appellants' Opening Br. 3-9, Dec. 20, 2021).

As you articulated before the Fifth Circuit, and as recognized by the Fifth Circuit in granting your motion to intervene, the national chapter committees do much the same on the national level, but also provide resources to local Republican-affiliated groups in Texas. (Appellants' Opening Br. 5, Dec. 20, 2021) ("The RNC has made significant contributions and expenditures in support of Republican candidates up and down the ballot and in mobilizing voters and volunteers in Texas in the past many election cycles and is already doing so again for the 2022 election cycle").

In short, you have intervened in this case based on claims of your clients' substantial involvement in the elections, about which we are entitled seek discovery. Your refusal to comply with your discovery obligations cannot now serve as a basis for a claim that Plaintiffs' should have tested your claims already, nor to create delay or unnecessary emergency when you have had months to comply with the discovery obligations of parties to litigation.

We therefore disagree that it is premature to discuss the Intervenors' broad claims of privilege.  To the extent that Intervenors are unready to engage with Plaintiffs on this subject, it is only due to your delay in identifying custodians and search terms and determining the scope of your document review that will may inform the discussion of privilege.

We also disagree that Plaintiffs are out of time to depose new individuals. The Court's scheduling order specifies that "discovery during the primary election discovery period may include discovery from witnesses both already and newly disclosed by Intervenors." (ECF. No. 437 at 1). It is nearly impossible, however, to discover the identifies of previously unknow witnesses or to prepare for depositions of witnesses whose identities are known to us when Intervenors have produced no documents.

Nevertheless, given the rapidly approaching October 24 deadline, we plan to notice the 30(b)(1) depositions of Melissa Conway, Alan Vera, Cindy Siegel, Susan Fountain, and Byron Fisher, persons known to us from publicly available information, and not from any disclosure by your clients. To our knowledge, all these individuals hold positions with the Intervenor parties. You have not replied to our query on October 5, 2022, about whether you will accept service of deposition notices on behalf of these individuals. Please let us know by October 12, 2022. Otherwise, we will proceed to serve these individuals by process server.

We continue to be willing to agree to an extension of the current scheduling order, changing the close of discovery as to matters related to the primary elections from October 24, 2022, to March 17, 2023, the date for completion of fact discovery as to matters related to the general election. We anticipate such an extension will be necessary given the status of Intervenors' document searches and nonexistent production. Amending the deadlines to coincide will also prevent Plaintiffs from having to reopen the depositions of the above witnesses to question them about the general election, saving you and them time and associated costs.

Noting our objections and disagreement above, we agree to a meet and confer on Monday, October 17, 2022. We are available between 12:00 pm – 3:00 pm, and 3:30 pm - 4:45 pm EST. Please let us know when therein works for you.

Please also respond as to whether you will represent Melissa Conway, Alan Vera, Cindy Siegel, Susan Fountain, and Byron Fisher in their individual capacities and whether you will accept service of process on their behalf by October 12, 2022.

Regards,

Kathryn Sadasivan

Redistricting Counsel, NAACP Legal Defense and Educational Fund

---

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Friday, October 7, 2022 5:25 PM
**To:** Kathryn Sadasivan <ksadasivan@naacpldf.org>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp

<atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

[Caution: EXTERNAL EMAIL]

Kathryn:

We disagree with you on several points.

First, you misread the scheduling order.  The October 24 deadline pertains to discovery served by Intervenors, including the requests we served on plaintiffs on September 19.

Second, we have been working in good faith to respond to your broad discovery demands.  That included participating in a prior meet-and-confer and providing you an update on our discovery efforts while the Fifth Circuit's stay of discovery was pending.  Nonetheless, you have now changed course and insisted upon raising unripe privilege log issues—which you previously agreed to resolve after document discovery had taken shape—at a time we had informed you our team was in trial on another matter.

Moreover, you did not indicate an interest in deposing any individuals associated with Intervenors before your deadline for discovery related to the primary election.  *See* ECF No. 437 (setting August 12, 2022 deadline for "discovery related to the primary election as to Plaintiffs, State Defendants, and County Defendants").  Instead, today—long after that deadline expired—you have made your first request to depose numerous individuals.  Even if your reading of the October 24 date in the scheduling order were correct, your request for depositions comes far too late.

Third, given these various timing issues and that trial in this matter will not commence until next summer, there is no need to insist on a meet-and-confer this week when we and other lawyers on the case are in trial.

We propose that we convene a meet-and-confer on Monday, October 17 (the first business day after our team's trial ends) to discuss various discovery issues.

We hope we can work through these matters in a cooperative and professional manner.

John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001

Office +1.202.879.3930

**From:** Kathryn Sadasivan <ksadasivan@naacpldf.org>
**Sent:** Wednesday, October 5, 2022 6:22 PM
**To:** Gore, John M. <jmgore@jonesday.com>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>

**Cc:** Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <swerenbeckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>

**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

** External mail **

Dear John,

Thank you for your email response on October 3, 2022, to Plaintiffs' request to meet and confer to discuss GOP Intervenors' anticipated production of documents responsive to consolidated Plaintiffs' Requests for Production and Interrogatories and particularly your broad claims of privilege. We understand that you are declining to meet and confer with us this week because of your trial schedule. As you note, the Court's scheduling order contemplates accommodating counsel's trial schedules; however, the scheduling order also specifically provides that October 24, 2022 is the last day of discovery for matters related to the primary elections as to the GOP Intervenors. The close of that phase of discovery is now less than three weeks away, and the GOP Intervenors have not produced any responsive documents.  Indeed, you have not shared your proposed search terms with us, nor have you identified all relevant custodians nor explicated your broad claims of privilege for which you plan to withhold documents and possibly a privilege log.

Given your scheduling conflicts and the time you appear to need to get your searches underway, assess the documents in your possession, and evaluate claims of privilege, we ask that you file an unopposed motion to amend the current scheduling order, changing the close of discovery as to matters related to the primary elections from October 24, 2022 to March 17, 2023, the date for completion of fact discovery as to matters related to the general election, noting that the discovery to be given going forward by the GOP Intervenors will now include the general election as well as all previous topics. We believe that proceeding in this manner will allow a more efficient, effective, and streamlined discovery process as to GOP intervenors.

Of course, we were planning, under the current deadline, to depose a number of individuals employed by the GOP intervenors during the coming weeks. Given your non-compliance with discovery to date, and your communication on October 3, 2022, please let us know as soon as possible when you will file the motion to amend the scheduling order. Relatedly, do you anticipate defending the depositions of Melissa Conway, Alan Vera, Cindy Siegel, Susan Fountain, and Byron Fisher in their individual capacities?  We plan to notice the 30(b)(1) depositions of these and possibly other individuals within GOP Intervenors' organizations. Are you willing to accept service of process, electronically, on behalf of these individuals?

Thank you for your prompt response.

Sincerely,

Kathryn Sadasivan

Redistricting Counsel, NAACP Legal Defense and Educational Fund

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Monday, October 3, 2022 10:15 PM
**To:** Kathryn Sadasivan <ksadasivan@naacpldf.org>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org;

umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

[Caution: EXTERNAL EMAIL]

Kathryn:

We have received your letter.

Since you received my September 23 email, you are aware that I am in trial in another matter for the next two weeks.  The Court's discovery schedule specifically contemplated accommodating the various counsel's trial schedules on other matters this fall.

Moreover, your request for a meet-and-confer regarding privilege issues is premature for the reasons we already have explained.  We are still working on your prior requests to identify the remaining custodians and search terms.  Resolving those issues will obviously affect the scope and scale of our document review, as well as of the privilege issues implicated by your broad requests.  We will be in a more informed position to engage with you on privilege issues at that point.

Thanks,

John

John M. Gore
Partner
JONES DAY® - One Firm Worldwide®
51 Louisiana Avenue, N.W.
Washington, D.C.  20001

Office +1.202.879.3930

**From:** Kathryn Sadasivan <ksadasivan@naacpldf.org>
**Sent:** Monday, October 3, 2022 9:09 AM
**To:** Gore, John M. <jmgore@jonesday.com>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Victor Genecin <vgenecin@naacpldf.org>; Uruj Sheikh <usheikh@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; JIongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@stateuniteddemocracy.org; marina@stateuniteddemocracy.org; ranjana@stateuniteddemocracy.org; robert@stateuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg

<Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal
<jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela
Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-
Defendants)


** External mail **


Dear John,


We have received your email on September 23 and your letter dated August 29. We write to follow up on and
better understand GOP Intervenors' claims of privilege in this matter. To do so, we think it appropriate to
conduct another meet and confer this week, the week of October 3, 2022. As you know, the scheduling order
contemplates the deadline for completion of discovery on matters related to the primary election as to
Intervenors on October 24, 2022.


GOP Intervenors' have articulated general objections to producing documents based on legislative privilege,
First Amendment associational privilege, and other privileges but have not objected to any specific request for
production of documents based on a claim of privilege. This makes any failure to produce a privilege log
particularly inappropriate. In our initial meet and confer on August 11, as well as in Plaintiffs' August 19
correspondence, Plaintiffs expressed specific concern over the GOP Intervenors' privilege-related objections.
In the August 11 meet and confer, GOP Intervenors explained that because you were in the early stages of
document collection and review, you were not aware of how voluminous the documents withheld under claims
of privilege would be, but indicated that you anticipated many First Amendment privilege claims in particular.
GOP intervenors' letter dated August 29 stated that "Intervenors do not yet know the size or scope of the
document collection or the extent to which potentially responsive documents might implicate First Amendment
or other privileges." In GOP Intervenors' September 23 correspondence, you again noted that GOP Intervenors
"are still collecting and reviewing documents" and remain "unable to determine at this juncture whether the
existing protective orders are adequate to protect our clients' interests." Plaintiffs served their requests for
production on GOP Intervenors on June 1, 2022, approximately four months ago.


GOP Intervenors have thus far failed to clarify your position with respect to the general objections on the basis
of privilege and to the production of a privilege log. Plaintiffs reiterate the requirement of an opportunity to
assess these privilege claims on a document-by-document basis, as required by Federal Rule of Civil Procedure
Rule 26(b) and the ESI Order entered in this case.

Intervenors' delay in assessing claims of privilege will almost certainly result in discovery delays. Given the already lengthy delays on the part of GOP Intervenors, we request a meet and confer this week, possibly either October 6 or 7, 2022, to avoid the time, costs, and delays associated with unnecessary discovery motions.


Regards,

Kathryn Sadasivan

Redistricting Counsel, NAACP Legal Defense and Educational Fund

---

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Friday, September 23, 2022 4:47 PM
**To:** Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Georgina Yeomans <gyeomans@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com;

karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

[Caution: EXTERNAL EMAIL]

Elena:

Thanks for following up.  We note that the Fifth Circuit has stayed all discovery in these matters until September 29.  Nonetheless, we are happy to provide you an update on our discovery efforts.

This is the first time we are hearing of any issues with our interrogatory responses, which we served on August 12.  As you note, 6 of our responses to your 10 interrogatories indicate that we will identify documents responsive to those interrogatories.  Those responses are appropriate: the interrogatories specifically asked us to "[i]dentify (including by Bates number if or once assigned)" any such documents.

In any event, our August 29 letter already identified custodians for 4 of the 5 GOP intervenors.  We have begun collecting documents from all 5 intervenors and loading them into our review platform.  We expect be in a position shortly after the stay expires to provide you dates certain for identifying custodians for the remaining intervenor and for sharing our search terms.

As we mentioned in our August 29 letter, we are not yet in an informed position to accept or decline Plaintiffs' proposal regarding the existing protective orders because we are still collecting and reviewing documents.  We

therefore are unable to determine at this juncture whether the existing protective orders are adequate to protect our clients' interests.  As we promised, we will inform you of our position on that proposal as soon as we are able to do so.

Finally, like many members of your team, our team is heading to trial in another matter over the next several weeks.  The discovery schedule in this case already contemplates all parties' counsel's conflicting trial schedules.

Please let us know if you would like to discuss this further.

Thanks,

John

John M. Gore
Partner
JONES DAY® - One Firm Worldwide®
51 Louisiana Avenue, N.W.
Washington, D.C.  20001

Office +1.202.879.3930

---

**From:** Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Sent:** Monday, September 19, 2022 12:16 PM
**To:** Roberts, Charles E. <cetroberts@jonesday.com>
**Cc:** Georgina Yeomans <gyeomans@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Gore, John M. <jmgore@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala

<jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org>; Jennifer A. Holmes <jholmes@naacpldf.org>; R. Gary Spencer <gspencer@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

** External mail **

Counsel,

We are in receipt of your August 29 letter concerning document production and your August 12 Responses and Objections to Plaintiffs' First Set of Interrogatories. We write to better understand the status of the GOP Intervenors' collection and review of documents in this matter.

Plaintiffs first served requests for production on the GOP Intervenors over two months ago. Nonetheless, your correspondence reflects that the GOP Intervenors' collection and review of documents remains at a very preliminary stage and that you have not yet collected documents from your clients, never mind begun producing any documents in response to our two-month-old requests. At the same time, your responses to our First Set of Interrogatories reflect that you intend to address most of our interrogatories by identifying documents that have not been produced to us.

To keep discovery moving forward, please provide us this week with dates certain for when you will provide proposed custodians for each GOP Intervenor and proposed search terms for collecting documents from these custodians. Please also indicate whether GOP Intervenors intend to accept or decline Plaintiffs' proposal regarding the existing protective orders.

We are glad to make ourselves available to discuss any of these issues.

Best regards,

Elena

**Elena Rodriguez Armenta** (she/her)

Litigation Associate*

Elias Law Group LLP

10 G St NE Ste 600

Washington DC 20002

202.987.5402

erodriguezarmenta@elias.law

*Admitted in New York only.  Pending approval of application for admission to D.C. Bar.  Practice supervised by D.C. Bar members.

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Roberts, Charles E. <cetroberts@jonesday.com>
**Sent:** Monday, August 29, 2022 5:10 PM
**To:** Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Cc:** Georgina Yeomans <gyeomans@naacpldf.org>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Gore, John M. <jmgore@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud <Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>; Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna <breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman <Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta <unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com; Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala <jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp <atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>; elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com; Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes <jholmes@naacpldf.org>; R. Gary Spencer <gspencer@naacpldf.org>; Dahl Rich <dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag <Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton <KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr <Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler <christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas <Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope <Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer <Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette <Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>; michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org; umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>; Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg

<Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal <jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela Lorenzo <dlorenzo@elias.law>
**Subject:** RE: LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-Defendants)

Counsel,

Attached please find discovery correspondence regarding the meet and confer held on August 11, 2022. Please let us know if you would like to discuss.

Best,

Chuck

--

Chuck Roberts
Associate
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Ave., N.W.

Washington, D.C. 20001-2113
Office +1.202.879.3795

**From:** Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Sent:** Friday, August 19, 2022 9:26 PM
**To:** Gore, John M. <jmgore@jonesday.com>
**Cc:** Georgina Yeomans <gyeomans@naacpldf.org>; Roberts, Charles E. <cetroberts@jonesday.com>; Jasleen Singh <singhj@brennan.law.nyu.edu>; Kenny, Stephen J. <skenny@jonesday.com>; Crosland, Stewart <scrosland@jonesday.com>; Barbara Nicholas <Barbara.Nicholas@dallascounty.org>; daniel.freeman@usdoj.gov; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; Tiffani Soo-Tim <Tiffani.Soo-Tim@usdoj.gov>; Lauren Putnam <Lauren.Putnam@usdoj.gov>; Sean Morales-Doyle <morales-doyles@brennan.law.nyu.edu>; Patrick Berry <berryp@brennan.law.nyu.edu>; Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu>; William Wilder <wilderw@brennan.law.nyu.edu>; Megan Cloud

<Megan.Cloud@weil.com>; samantha.smith@weil.com; nperales <nperales@MALDEF.org>;
Jlongoria@MALDEF.org; Keats, Michael <michael.keats@friedfrank.com>; Williams, Breanna
<breanna.williams@friedfrank.com>; kevin.zhen@friedfrank.com; Jason Kanterman
<Jason.Kanterman@friedfrank.com>; Martin, Rebecca <rebecca.martin@friedfrank.com>; Uzoma Nkwonta
<unkwonta@elias.law>; Graham White <gwhite@elias.law>; Mike Jones <mjones@elias.law>; Marcos
Mocine-McQueen <mmcqueen@elias.law>; Noah Baron <nbaron@elias.law>; johnhardin@perkinscoie.com;
Zachary TX <zachary@texascivilrightsproject.org>; S Chen <schen@texascivilrightsproject.org>;
hani@texascivilrightsproject.org; Chris TX <chris@texascivilrightsproject.org>; Jerry Vattamala
<jvattamala@aaldef.org>; Susana Lorenzo-Giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller
<pstegemoeller@aaldef.org>; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; A Trepp
<atrepp@jenner.com>; ldavis@drtx.org; lromano@drtx.org; mmcnair@drtx.org; Adriel I. Cepeda Derieux
<ACepedaDerieux@aclu.org>; asavitzky@aclu.org; Franolich, Jackie <jackie.franolich@stoel.com>;
elijah.watkins@stoel.com; Prowant, Bradley R. <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com;
Bieter, Mark L. <mark.bieter@stoel.com>; chostetler@freespeechforpeople.org; Jennifer A. Holmes
<jholmes@naacpldf.org>; R. Gary Spencer <gspencer@naacpldf.org>; Dahl Rich
<dahlrich@reedsmith.com>; Dulaney Pippin, Keely <kpippin@reedsmith.com>; Shira Wakschlag
<Wakschlag@TheArc.org>; Tolbert, James E. <JTolbert@reedsmith.com>; Kenneth E. Broughton
<KBroughton@ReedSmith.com>; Lang, Daniel H. <DLang@reedsmith.com>; lisa.cubriel@bexar.org;
maryann.ortegon@bexar.org; Angela Igrisan <Angela.Igrisan@dallascounty.org>; Kim Barr
<Kim.Barr@dallascounty.org>; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org;
ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com;
mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ssong@cooley.com;
ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@cao.hctx.net;
tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Christina Beeler
<christina.beeler@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com;
karson.thompson@butlersnow.com; victoria.filoso@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us;
josephine.ramirez <josephine.ramirez@da.co.hidalgo.tx.us>; Sherine Thomas
<Sherine.Thomas@traviscountytx.gov>; Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Patrick Pope
<Patrick.Pope@traviscountytx.gov>; Gabe Hodge <Gabe.Hodge@traviscountytx.gov>; Meera Aiyer
<Meera.Aiyer@traviscountytx.gov>; Crosland, Stewart <scrosland@jonesday.com>; Kenny, Stephen J.
<skenny@jonesday.com>; Victor Genecin <vgenecin@naacpldf.org>; Jason Schuette
<Jason.Schuette@dallascounty.org>; Ben Stool <Ben.Stool@dallascounty.org>;
michaelj.garza@da.co.hidalgo.tx.us; liz.ryan@weil.com; Chris Dodge <cdodge@elias.law>; lsnead@drtx.org;
umittal@jenner.com; S Cai <scai@jenner.com>; jamunson@jenner.com; Samantha Osaki <sosaki@aclu.org>;
Susan Mizner <smizner@aclu.org>; wendy.olson@stoel.com; Kathryn Sadasivan
<ksadasivan@naacpldf.org>; Amir Badat <abadat@naacpldf.org>; Patrick Sweeten
<Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Kathleen Hunker
<Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg
<Zachary.Berg@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jacqueline Villarreal
<jacqueline.villarreal@da.co.hidalgo.tx.us>; Tony Nelson <Tony.Nelson@traviscountytx.gov>; Daniela
Lorenzo <dlorenzo@elias.law>
**Subject:** LUPE v. Abbott, 5:21-cv-844 (WD Tex): Discovery Correspondence - M&C (Intervenor-
Defendants)


** External mail **


Counsel,

Attached please find discovery correspondence memorializing the meet and confer held on August 11, 2022, regarding GOP Intervenors' Responses and Objections to Plaintiffs' First Set of Requests for Production. Please let us know if you would like to discuss.


All the best,


Elena


**Elena Rodriguez Armenta** (she/her)

Litigation Associate*

Elias Law Group LLP

10 G St NE Ste 600

Washington DC 20002

202.987.5402

erodriguezarmenta@elias.law


*Admitted in New York only.  Pending approval of application for admission to D.C. Bar.  Practice supervised by D.C. Bar members.


CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***