# Exhibit H

# Kenny, Stephen J.

| | |
|---|---|
| **From:** | Jennifer A. Holmes <jholmes@naacpldf.org> |
| **Sent:** | Friday, October 21, 2022 4:17 PM |
| **To:** | Dulaney Pippin, Keely; patrick.sweeten@oag.texas.gov; will.thompson@oag.texas.gov; kathleen.hunker@oag.texas.gov; aaron.barnes@oag.texas.gov; zachary.berg@oag.texas.gov; ari.herbert@oag.texas.gov; elizabeth.saunders@oag.texas.gov; Sharon.murray@oag.texas.gov; Gore, John M.; Crosland, Stewart; Kenny, Stephen J.; Roberts, Charles E.; kim.barr@dallascounty.org; Barbara.Nicholas@dallascounty.org; Jason.Schuette@dallascounty.org; ben.stool@dallascounty.org; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; khartnett@cooley.com; mejiab@cooley.com; oarmon@cooley.com; dlouk@cooley.com; kspector@cooley.com; ghabell@cooley.com; clebel@cooley.com; nmatteo@cooley.com; sameer.birring@harriscountytx.gov; tiffany.bingham@harriscountytx.gov; jonathan.fombonne@harriscountytx.gov; jacqueline.bauerband@harriscountytx.gov; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; mckenna.tansey@butlersnow.com; Victoria.Giese@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez@da.co.hidalgo.tx.us; michaelj.garza@da.co.hidalgo.tx.us; jacqueline.villarreal@da.co.hidalgo.tx.us; gabe.hodge@traviscountytx.gov; tony.nelson@traviscountytx.gov; patrick.pope@traviscountytx.gov; Leslie.dippel@traviscountytx.gov; lisa.cubriel@bexar.org; maryann.ortegon@bexar.org; lroberson@bexar.org; Noelle.Butler@bexar.org; Jean.Gill@bexar.org; daniel.freeman@usdoj.gov; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; dana.paikowsky@usdoj.gov; tiffani.soo-tim@usdoj.gov; lauren.putnam@usdoj.gov; Richard.dellheim@usdoj.gov; Sean Morales-Doyle; singhj@brennan.law.nyu.edu; Patrick Berry; Eliza Sweren-Becker; liz.ryan@weil.com; megan.cloud@weil.com; nperales@maldef.org; jlongoria@maldef.org; michael.keats@friedfrank.com; breanna.williams@friedfrank.com; kevin.zhen@friedfrank.com; jason.kanterman@friedfrank.com; rebecca.martin@friedfrank.com; adriana monzon; sandersr@brennan.law.nyu.edu; fmenendez@maldef.org; cdodge@elias.law; unkwonta@elias.law; erodriguezarmenta@elias.law; gwhite@elias.law; mjones@elias.law; mmcqueen@elias.law; nbaron@elias.law; capolonio@elias.law; dlorenzo@elias.law; asavomatthews@elias.law; zachary@texascivilrightsproject.org; schen@texascivilrightsproject.org; hani@texascivilrightsproject.org; chris@texascivilrightsproject.org; Jerry Vattamala; Susana Lorenzo-Giguere; Patrick Stegemoeller; aharris@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; atrepp@jenner.com; JAmunson@jenner.com; scai@jenner.com; UMittal@jenner.com; lromano@drtx.org; mmcnair@drtx.org; lsnead@drtx.org; Adriel I. Cepeda Derieux; asavitzky@aclu.org; Susan Mizner; apeterson@jenner.com; wendy.olson@stoel.com; jackie.franolich@stoel.com; elijah.watkins@stoel.com; bradley.prowant@stoel.com; laura.rosenbaum@stoel.com; mark.bieter@stoel.com; chostetler@freespeechforpeople.org; Kathryn Sadasivan; Victor Genecin; Amir Badat; Kaísha Oliver; Kenneth E. Broughton; Stewart, Sarah Cummings; Dahl Rich; Shira Wakschlag; Tolbert, James E. Gravity Stack; Lang, Daniel H. Gravity Stack; Destiny R. Lopez; Robyn Sanders |
| **Subject:** | Notice of Deposition Subpoenas - LUPE v. Abbott, 5:21-cv-844 (W.D. Tex.) |
| **Attachments:** | Subpoena to Testify at a Deposition - Byron Fisher.pdf; Subpoena to Testify at a Deposition - Cindy Siegel.pdf; Subpoena to Testify at a Deposition - Melissa Conway.pdf; Subpoena to Testify at a Deposition - Susan Fountain.pdf; Subpoena to Testify at a Deposition - Alan Vera.pdf |

** External mail **

Counsel,

Attached please find Rule 45 deposition subpoenas, which Plaintiffs in the above-captioned matter are serving on the following individuals.

1. Alan Vera, Ballot Security Chair for the Harris County Republican Party
2. Cindy Siegal, Chair of the Harris County Republican Party
3. Melissa Conway, Republican National Committee Texas Election Integrity Director,
4. Susan Fountain, Executive Director of the Dallas County Republican Party
5. Byron Fisher, Republican National Committee, Deputy National Election Integrity Director

Best,

**Jennifer A. Holmes (she/her)**
Senior Counsel



700 14th Street, Suite 600, Washington, DC 20005
o: 202.682.1300  |  c: 202.258.3846  |  [jholmes@naacpldf.org](mailto:jholmes@naacpldf.org)
[www.naacpldf.org](http://www.naacpldf.org)

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.