Exhibit K

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

LA UNION DEL PUEBLO ENTERO, et al.,

              Plaintiffs,

vs.

THE STATE OF TEXAS, et al.,

              Defendants.

5:21-cv-844-XR
(Consolidated Cases)

**CONSOLIDATED PLAINTIFFS' NOTICE OF RULE 30(B)(6) DEPOSITION OF THE
HARRIS COUNTY REPUBLICAN PARTY**

**TO:**    **The Harris County Republican Party**, by and through John M. Gore, counsel
for Jones Day, 51 Louisiana Ave NW, Washington, DC 20001, and to All Counsel of
Record

       **PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, counsel for the Consolidated Plaintiffs will take the oral deposition of the Harris County

Republican Party, testifying through an individual designated by the Harris County Republican

Party to testify on its behalf, concerning the matters listed on Exhibit A to this Notice. The

deposition shall commence at 10:00 a.m. on January 12, 2023, at Reed Smith LLP, 811 Main St,

Houston, TX 77002. The deposition shall be recorded by stenographic means and may also be

recorded by additional audiovisual means and shall take place before a notary public or other

person authorized by law to administer oaths.

       The designated deponent shall be prepared to testify as to matters within their knowledge

and as to matters known by or reasonably available to the Harris County Republican Party. This

notice serves to inform the Harris County Republican Party that it has a duty to make such

designation. The Consolidated Plaintiffs request that the Harris County Republican Party provide

counsel for the Consolidated Plaintiffs with written notice, at least two days in advance of the

1

deposition, of the name and title of each witness who will testify for it and which topic(s),
set forth in the attached Exhibit A, each such witness will testify about. The Consolidated
Plaintiffs further request that the Harris County Republican Party produce, at least two
days in advance of the deposition, all documents, if any, that the designee(s) reviewed in
preparation for the deposition. For these purposes "documents" is defined as set forth in
Exhibit A.

Dated: October 21, 2022                    Respectfully submitted,


By:  */s/ Kathryn Sadasivan*

Wendy J. Olson[*]
Laura E. Rosenbaum[*]
Elijah Watkins[*]
Mark Bieter[*]
Bradley Prowant[*]
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
Wendy.olson@stoel.com
Laura.rosenbaum@stoel.com
Elijah.watkins@stoel.com
Mark.bieter@stoel.com
Bradley.prowant@stoel.com

Sean Lyons
State Bar No. 00792280
Clem Lyons
State Bar No. 12742000
**LYONS & LYONS, P.C.**
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Facsimile: (210) 225-6545
sean@lyonsandlyons.com
clem@lyonsandlyons.com

3

Courtney Hostetler[*]
Ron Fein[*]
John Bonifaz[*]
Ben Clements[*]
**FREE SPEECH FOR PEOPLE**
1320 Centre Street, Suite 405
Newton, Massachusetts 02459
Telephone: (617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

*Attorneys for Plaintiffs Mi Familia Vota, Marla López,
Marlon López, and Paul Rutledge*

Sean Morales-Doyle
Eliza-Sweren-Becker[*]
Patrick A. Berry[*]
Andrew B. Garber[*]
Jasleen K. Singh[*]
**BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, New York 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
Sean.morales-doyle@nyu.edu
Eliza.sweren-becker@nyu.edu
Patrick.berry@nyu.edu
Andrew.garber@nyu.edu
Jasleen.singh@nyu.edu

Paul R. Genender
Texas State Bar No. 00790758
Elizabeth Y. Ryan
Texas State Bar No. 24067758
Matthew Berde[*]
Texas State Bar No. 24094379
Megan Cloud
Texas State Bar No. 24116207
**WEIL, GOTSHAL & MANGES LLP**
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214) 746-7777

Paul.Genender@weil.com
Liz.Ryan@weil.com
Matt.Berde@weil.com
Megan.Cloud@weil.com

Alexander P. Cohen[*]
Texas State Bar No. 24109739
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alexander.cohen@weil.com

*Counsel for Plaintiffs Friendship-West Baptist Church,
Anti-Defamation League Austin, Southwest, and Texoma
Regions, Texas Impact, and James Lewin*

Nina Perales
Julia R. Longoria
**MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND**
110 Broadway, Suite 300
San Antonio, Texas 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Michael C. Keats[*]
Rebecca L. Martin[*]
Jason S. Kanterman[*]
Kevin Zhen[*]
**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Michael.keats@friedfrank.com
Rebecca.martin@friedfrank.com
Jason.kanterman@friedfrank.com
Kevin.zhen@friedfrank.com

*Counsel for Plaintiffs La Unión del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Vasquez Institute, and Fiel Houston, Inc.*

Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Dulaney[*]
Texas Bar No. 24116306
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kdulaney@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
Sarah.stewart@reedsmith.com

Danielle Ahlrich
Texas Bar No. 24059215
401 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 623-1777
dahlrich@reedsmith.com

Kathryn Sadasivan[*]
Amir Badat[*]
Victor Genecin[*]
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org

vgenecin@naacpldf.org

Jennifer A. Holmes[*]
**NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Shira Wakschlag[*]
**THE ARC OF THE UNITED STATES, INC.**
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Counsel for Plaintiffs Houston Area Urban League;
Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and
Jeffrey Lamar Clemmons*

Mimi M.D. Marziani
Texas Bar No. 24091906
Hani Mirza
Texas Bar No. 24083512
Zachary Dolling
Texas Bar No. 24105809
Sarah Chen[*]
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
mimi@texascivilrightsproject.org
hani@texascivilrightsproject.org
zachary@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Telephone: (713) 942-8146
Facsimile: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux[*]
Ari Savitzky[*]
Sophia Lin Lakin[*]
Samantha Osaki[*]
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Susan Mizner[*]
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0781
smizner@aclu.org

Lia Sifuentes Davis
Texas State Bar No. 24071411
Lucia Romano
Texas State Bar No. 24033013
Lisa Snead
Texas State Bar No. 24062204
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
Telephone: (512) 454-4816

Facsimile: (512) 454-3999
ldavis@drtx.org
lromano@drtx.org
lsnead@drtx.org

Jerry Vattamala[*]
Susana Lorenzo-Giguere[*]
Patrick Stegemoeller[*]
**ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: (212) 966-5932
Facsimile: (212) 966-4303
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson[*]
Urja Mittal[*]
**JENNER & BLOCK LLP**
1099 New York Avenue, NW, Suite 900
Washington, DC  20001
Telephone: (202) 639-6000
jamunson@jenner.com
umittal@jenner.com

Sophia Cai[*]
**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, California 94105
scai@jenner.com

*Counsel for Plaintiffs OCA-Greater Houston, League of
Women Voters of Texas, REVUP-Texas, and Workers
Defense Action Fund*

Marc E. Elias[*]
Uzoma N. Nkwonta[*]
Haley Costello Essig[*]
Graham W. White[*]
Noah B. Baron[*]
Michael B. Jones[*]
Marcos Mocine-McQueen[*]
Christopher D. Dodge[*]
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600

Washington, D.C.  20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
hessig@elias.law
gwhite@elias.law
nbaron@elias.law
mjones@elias.law
mmcqueen@elias.law
cdodge@elias.law

John R. Hardin
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
Johnhardin@perkinscoie.com

*Counsel for Plaintiffs LULAC Texas, Voto Latino,*
*Texas, Texas Alliance for Retired Americans, and Texas*
*AFT*

Domingo Garcia
Texas State Bar No. 07631950
**LAW OFFICE OF DOMINGO GARCIA PC**
1111 West Mockingbird Lane, Suite 1200
Dallas, Texas 75247-5012
Telephone: (214) 941-8300
dgarcia@lulac.org

*Counsel for Plaintiff LULAC Texas*

\* *Admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I caused a true and correct copy of the above and foregoing to be served on each counsel of record in the above-captioned matter by e-mail delivery on October 21, 2022.

_/s/ Jennifer Holmes_____
Jennifer A. Holmes

# EXHIBIT A
## Definitions

Except as specifically defined below, the terms used in this request shall be construed and defined in accordance with the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the Western District of Texas, where applicable. Any terms not defined shall be given their ordinary meaning.

1.      "Any" or "all" means "any and all."

2.      "Communication" is synonymous in meaning and scope to the term "communication" as used in Local Rule 26, and includes any transfer of information of any type, whether written, oral, electronic, or otherwise, and includes transfers of information via email, report, letter, text message, voicemail message, written memorandum, note, summary, and other means.

3.      "Curbside voting" means the method of voting available to voters under Tex. Elec. Code § 64.009(a).

4.      "Date" means the exact day, month, and year, if ascertainable, or, if not, the best available approximation (including relationship to other events).

5.      "Document" is synonymous in meaning and scope to the term "document" as used in Federal Rule of Civil Procedure 34 and Local Rule 26 and includes, but is not limited to, records, reports, lists, data, statistics, summaries, analyses, communications (as defined above), computer discs, tapes, printouts, emails, databases, and any handwritten, typewritten, printed, electronically recorded, taped, graphic, machine-readable, or other material, of whatever nature and in whatever form, including all non-identical copies and drafts thereof, and all copies bearing any notation or mark not found on the original.

6.      "Drive-thru voting" means any method of voting in which a voter casts a vote from inside a motor vehicle.

7.     "Drop box voting" means any method of voting in which a voter casts a vote by depositing their ballot in a ballot box located outside of a polling place.

8.     "Early voting" means any method of voting that occurs prior to the uniform election date for a primary or general election.

9.      "Election clerk" means any individual appointed by the presiding judge of an election precinct to assist the judge in the conduct of an election at the polling place for a primary or general election pursuant to Tex. Elec. Code § 32.031 et seq.

10.    "Election judge" means any individual appointed as a presiding judge or an alternate presiding judge for a primary or general election pursuant to Tex. Elec. Code § 32.001 et seq.

11.    "Electoral prospects" means the likelihood or apparent probability of a candidate or potential candidate's successful attainment of elected office.

12.    "Extended hour voting" means any method of voting in which a voter casts a ballot at a polling place between the hours of 7:00 p.m. and 7:00 a.m.

13.    "HB 3" means the legislation designated as House Bill 3, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses," that was introduced during the 87th First Called Session of the Texas Legislature, including any predecessor or related bills from any legislative session in 2021.

14.    "HB 6" means the legislation designated as House Bill 6, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses," that was introduced during the 87th Regular Session of the Texas Legislature, including any predecessor or related bills from any legislative session in 2021.

15.     "Including" means including, but not limited to.

16.     "Intervenor-Defendants" means Intervenors Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, or National Republican Congressional Committee, including their current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, consultants, or other persons or entities acting on Intervenors' behalf or subject to Intervenors' control.

17.     "Local Officials" means the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of any political subdivision or office of a political subdivision of the state of Texas, including by not limited to Texas County Election Administrator's Offices, Texas County District Attorney's Offices, Texas County Criminal District Attorney's Offices, Texas County Attorney's Offices, Texas County Clerk's Offices, and Texas County Tax-Assessor-Collector's Offices.

18.     "Office of the Texas Attorney General" and "Attorney General" means the Office of the Texas Attorney General and includes the Texas Attorney General and his predecessors and successors in their official capacities as Texas Attorney General, as well as the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office of the Texas Attorney General.

19.     "Office of the Texas Governor" and "Governor" means the Office of the Texas Governor and includes the Texas Governor and his predecessors and successors in their official capacities as Texas Governor, as well as the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office of the Texas Governor.

20.     "Office of the Texas Lieutenant Governor" and "Lieutenant Governor" means the Office of the Texas Lieutenant Governor and includes the Texas Lieutenant Governor and his predecessors and successors in their official capacities as Texas Lieutenant Governor, as well as the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office of the Texas Lieutenant Governor.

21.     "Office of the Texas Secretary of State" and "Secretary of State" means the Office of the Texas Secretary of State and includes the Texas Secretary of State and his predecessors and successors in their official capacities as Texas Secretary of State, as well as the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office of the Texas Secretary of State.

22.     "Poll watcher" means any individual appointed to observe the conduct of an election on behalf of a candidate, a political party, or the proponents or opponents of a measure for a primary or general election pursuant to Tex. Elec. Code § 33.001 et seq.

23.     "Poll worker" means any individual, other than an election clerk or election judge, who assists in administering an election at a polling place for a primary or general election.

24.     "SB 1" means the legislation designated as Senate Bill 1, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses," that was enacted during the 87th Second Called Session of the Texas Legislature and signed by the Governor of Texas on September 7, 2021, including any predecessor or related bills from any legislative session during 2021.

25.     "SB 7" means the legislation designated as Senate Bill 7, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state;

increasing criminal penalties; creating criminal offenses," that was introduced during the 87th Regular Session of the Texas Legislature, including any predecessor or related bills from any legislative session in 2021.

26.      "Straight-ticket voting" means any method of voting in which a party may select a political party's candidates in one motion or gesture.

27.      "Texas Legislature" means the current and former members, officers, and staff of the Texas Senate and Texas House of Representatives and any committees or agencies thereof, and the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants thereof.

28.      "Vote-by-mail" means any method of voting in which a voter casts a ballot received in the mail.

29.      "Voter" means any registered voter in Texas and all persons who may properly register to vote in Texas by the close of discovery in this case.

30.      "Voter assistance" means any conduct permitted under Section 64.0321 of the Texas Election Code or required by Sections 203 and 208 of the Voting Rights Act, 52 U.S.C. §§ 10503, 10508.

31.      "You" and "your" means Intervenor Harris County Republican Party, including its current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, consultants, or other persons or entities acting on behalf or subject to the control of the Harris County Republican Party.

## **Deposition Topics**

1.      The connection or relationship between any provision of SB 1 and the electoral prospects of any candidates for elected office in Texas supported by Intervenor-Defendants and the basis, including any evidence, to support that connection or relationship.

2.      Your knowledge and information regarding SB 1 (including its predecessor bills), SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of such legislation.

3.      Your work on, involvement with, strategy for, and evaluation of SB 1 (including its predecessor bills), SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of such legislation.

4.      Your understanding and interpretation of the following provisions of SB 1 (hereinafter, "the Challenged Provisions"):

(a)     SB 1 §§ 2.04-2.08

(b)     SB 1 § 2.11

(c)     SB 1 § 3.04

(d)     SB 1 §§ 3.09–3.10

(e)     SB 1 §§ 3.12–3.13

(f)     SB 1 § 3.15

(g)     SB 1 §§ 4.01–4.02

(h)     SB 1 §§ 4.06–4.07

(i)     SB 1 § 4.09

(j)     SB 1 § 4.12

(k)     SB 1 §§ 5.01–5.04

(l)     SB 1 §§ 5.06–5.08

(m)     SB 1 § 5.10

(n)     SB 1 § 5.13

(o)     SB 1 § 5.12, 5.14

(p)     SB 1 § 6.01

(q)     SB 1 §§ 6.03–6.07

(r)     SB 1 § 7.04

(s)     SB 1 § 8.01

5.      All suggestions, proposals, strategies or other analysis that were prepared, reviewed, considered, evaluated, sent or received by You, whether in draft form or otherwise, regarding legislation relating to the subject matter of SB 1, or its predecessor bills, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of such legislation.

6.      All information and documents sent to or exchanged with any members of the Texas Legislature and/or legislative committees (including staff), regarding SB 1, or its predecessor bills, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of such legislation.

7.      All information and documents sent to or exchanged with any members of the Texas Legislature and/or legislative committees (including staff), relating to election administration, voting, election integrity, or the conduct of elections from January 1, 2020, to present.

8.      All information and documents sent to or exchanged with the Office of the Texas Governor, the Office of the Texas Attorney General, the Office of the Texas Lieutenant Governor, and/or the Office of the Texas Secretary of State, regarding SB 1, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, interpretation, or enforcement of such legislation.

9.      All information and documents sent to or exchanged with the Office of the Texas Governor, the Office of the Texas Attorney General, the Office of the Texas Lieutenant Governor, and/or the Office of the Texas Secretary of State, relating to election administration, voting, election integrity, or the conduct of elections from January 1, 2020, to present.

10.     All information and documents sent to or exchanged with local officials, relating to election administration, voting, election integrity, or the conduct of elections from January 1, 2020, to present.

11.     All information and documents sent to or exchanged with the following third-party organizations, including any of their affiliates or subsidiaries, and the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, consultants thereof, or other persons or entities acting on their behalf or subject to their control, regarding SB 1, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, interpretation, or enforcement of such legislation:

(a)     The Republican Party of Texas;

(b)     The Heritage Foundation;

(c)     The Texas Public Policy Foundation;

(d)     The American Legislative Exchange Council;

(e)     The State Policy Network;

18

(f)      Honest Elections Project;

(g)      Public Interest Legal Foundation;

(h)      American Civil Rights Union;

(i)      Project Veritas;

(j)      True the Vote;

(k)      The Texas Election Network;

(l)      The Dallas County Republican Party;

(m)      The Republican National Committee;

(n)      The National Republican Senatorial Committee; and

(o)      The National Republican Congressional Committee.

12.   All information and documents sent to or exchanged with the following third-party organizations, including any of their affiliates or subsidiaries, and the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, consultants thereof, or other persons or entities acting on their behalf or subject to their control, relating to election administration, voting, election integrity, or the conduct of elections from January 1, 2020, to present:

(a)      The Republican Party of Texas;

(b)      The Heritage Foundation;

(c)      The Texas Public Policy Foundation;

(d)      The American Legislative Exchange Council;

(e)      The State Policy Network;

(f)      Honest Elections Project;

(g)      Public Interest Legal Foundation;

(h)      American Civil Rights Union;

(i)      Project Veritas;

(j)      True the Vote;

(k)      The Texas Election Network;

(l)     The Dallas County Republican Party;

(m)    The Republican National Committee;

(n)    The National Republican Senatorial Committee; and

(o)    The National Republican Congressional Committee.

13. All information and documents regarding the training of election judges, clerks, and other poll workers from January 1, 2018, to present, including guidance, advisories, directives, trainings, materials, presentations or instructions created, used, or disseminated by You.

14. All information and documents regarding the recruitment, retention, and training of poll watchers in Texas from January 1, 2018, to present, including guidance, advisories, directives, trainings, materials, presentations or instructions created, used, or disseminated by You.

15. All information or documents regarding instances of violence, discrimination, harassment, intimidation, misconduct, or any inappropriate behavior from poll watchers, election judges, election clerks, or other poll workers in Texas from January 1, 2018, to present.

16. All information and documents sent to or exchanged with candidates or potential candidates for elected office in Texas, regarding SB 1, or its predecessor bills, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of such legislation.

17. All information and documents sent to or exchanged with candidates or potential candidates for elected office in Texas relating to election administration, voting, election integrity, or the conduct of elections from January 1, 2020, to present.

18. All information and documents regarding any incidents, allegations, discussions, or investigations of illegal voting, election fraud, or any kind of criminal conduct in connection with the following methods of voting in Texas, from January 1, 2018, to the present:

(a)     Drive-Thru Voting;

(b)     Drop-Box Voting;

(c)     Extended Hour Voting;

(d)     Straight-Ticket Voting;

(e)     Vote-by-mail;

(f)     Early Voting;

(g)     Curbside Voting;

     (h)     Voting with assistance in person, including transportation assistance for curbside voting; and

     (i)     "Vote harvesting services," as defined SB 1.

19.     All information and documents regarding the impact or potential impact of SB 1, or its predecessor bills, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of such legislation on racial or ethnic minorities, persons with disabilities, persons with limited English proficiency, or partisan affiliation.

20.     All information and documents regarding the usage of the following methods of voting in Texas by voters and by counties, including any information about the demographic or political breakdown of voters, racial or ethnic minorities, persons with limited English proficiency, persons with disabilities, or partisan affiliation, from January 1, 2018, to the present:

     (a)     Drop-Box Voting;

     (b)     Drive-Thru Voting;

     (c)     Extended Hour Voting;

     (d)     Straight-Ticket Voting;

     (e)     Vote-by-mail;

     (f)     Early Voting;

     (g)     Curbside Voting;

     (h)     Voting with assistance in person, including transportation assistance for curbside voting;

     (i)     Voting with assistance by mail; and

     (j)     "Vote harvesting services," as defined SB 1.

21.     All information and documents regarding the impact or potential impact of SB 1, or its predecessor bills, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of such legislation on the following counties:

     (a)     Bexar County;

     (b)     Dallas County;

     (c)     Harris County

(d)    El Paso County;

(e)    Hidalgo County; or

(f)    Travis County.

22.    All information and documents regarding the number or proportion of Texas residents, Texas citizens of voting age, or Texas registered voters who have, or lack, a Texas Driver's License, a Texas Election Identification Certificate, a Texas Personal Identification Card, or a Social Security Number, including patterns by race, ethnicity, disability status, or party affiliation from January 1, 2020, to present.

23.    All information and documents regarding any problems, questions, concerns, or difficulties raised by members of the public related to the SB 1's requirements to provide an identification number on Applications for Ballot By Mail and to provide an identification number on the carrier envelope of a mail ballot.

24.    All information and documents regarding voter assistance, including transportation assistance for curbside voters, and "vote harvesting services" as defined by SB1, and patterns of requests for voter assistance by race, ethnicity, disability status, or party affiliation during the period from January 1, 2020, to present, including, but not limited to any guidance, advisories, directives, trainings, or instructions.

25.    All information and documents regarding the changing demographics of Texas voters, voter turnout by particular demographic groups, including but not limited to, racial or ethnic minorities, persons with limited English proficiency, persons with disabilities, or partisan affiliation; or particular voting practices in Texas.

26.    All pleadings filed by you in this or any related lawsuit.

27.    All discovery responses served by you in this or any related lawsuit.

28.    All documents produced by you in this or any related lawsuit.