**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| La Unión Del Pueblo Entero, *et al.*,<br><br>            *Plaintiffs*,<br><br>v.<br><br>Gregory W. Abbott, *et al.*,<br><br>            *Defendants.* | No. 5:21-cv-00844-XR<br>(Consolidated Cases) |

**[PROPOSED] ORDER**

Pending before the Court are Plaintiffs' Motion to Compel (Dkt. No. 469) and Intervenor-Defendants' Cross-Motion for a Protective Order (Dkt. No. _____). Upon review of the motions, it is hereby ORDERED that Plaintiffs' Motion is DENIED and that Intervenor-Defendants' Cross-Motion is GRANTED.

It is further ORDERED that:

1. Plaintiffs are prohibited from taking depositions of individuals and groups associated with Intervenor-Defendants in connection with the primary election discovery period, as defined by the Court's Amended Scheduling Order (Dkt. No. 437), including the eight depositions noticed by Plaintiffs on October 21, 2022;

2. The Intervenor-Defendants may withhold the documents and information sought in Plaintiffs' First Set of Requests for Production and First Set of Interrogatories, except non-privileged documents that have been shared with the Texas Legislature or the public and are not already available to Plaintiffs; and

1

3. Intervenor-Defendants have until March 17, 2023 to complete production of any such documents.

SO ORDERED and SIGNED this _____ day of _____, 2022.


_____

Hon. Xavier Rodriguez
United States District Judge