IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO *et al.*, *Plaintiffs* | § § § § | |
| -vs- | § § | SA-21-CV-00844-XR |
| GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVENOR OF TEXAS *et al.*; *Defendants* | § § § § § | *CONSOLIDATED CASES* |

**ORDER**

On this date, the Court considered Plaintiffs' motion to compel discovery responses from Defendant Intervenors Harris County Republican Party, the Dallas County Republican Party, the National Republican Senatorial Committee, and the National Republican Congressional Committee (the "Defendant Intervenors") and to amend the scheduling order as to the Defendant Intervenors (ECF No. 469) and the response in opposition and motion for a protective order filed by the State Intervenors (ECF No. 471), along with the response filed by the State Defendants (ECF No. 472).

The pending discovery motions (ECF Nos. 469 & 471) are set for a hearing on **Monday, November 14, 2022** at **1:00 p.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** this November 4, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE