# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>　　*Plaintiffs,*<br><br>　　*v.*<br><br>GREGORY W. ABBOTT, et al.,<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§　Case No. 5:21-cv-844-XR<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas ("State Defendants"), file this Notice of Appearance to alert the Court that Kathleen T. Hunker will appear as counsel in the above-captioned case along with counsel listed below. Ms. Hunker is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Her contact information is as follows:

Kathleen T. Hunker
Tex. State Bar No. 24118415
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-2276
Fax: (512) 457-4410
kathleen.hunker@oag.texas.gov

| | |
|---|---|
| Date: November 8, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | */s/ Kathleen T. Hunker*<br>Kathleen T. Hunker<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>Kathleen.hunker@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF) on November 8, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
Kathleen T. Hunker