AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero et al. *Plaintiff* v. Gregory W. Abbott, et al. *Defendant* | Case No. 5:21-cv-844-FB |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, LUPE, SVREP, MABA-Texas, Texas HOPE, Jolt Action, WCVI and Fiel Houston, Inc.

Date: 11/14/2022

/s/ Fatima Menendez
*Attorney's signature*

Fatima Menendez, Texas Bar No. 24090260
*Printed name and bar number*

MALDEF
110 Broadway, Suite 300
San Antonio TX 78205
*Address*

fmenendez@maldef.org
*E-mail address*

(210) 224-5476
*Telephone number*

(210) 224-5382
*FAX number*