IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, and WORKERS DEFENSE ACTION FUND, <br><br>　　*Plaintiffs,* <br><br>v. <br><br>TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR CLIFFORD TATUM *in his official capacity*, TRAVIS COUNTY CLERK REBECCA GUERRERO, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity*; <br><br>　　*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Case No. 1:21-CV-0780-XR <br><br> [Consolidated Lead Case No. 5:21-CV-0844-XR] |

**PLAINTIFFS' MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

Pursuant to Local Court Rule AT-3, Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund ("Plaintiffs") file this Motion for Withdrawal of Counsel to withdraw Mimi Marziani. Effective December 16, 2022, Mrs. Marziani will no longer be employed at Texas Civil Rights Project. All other undersigned counsel of record will remain. Plaintiffs' counsel attempted to confer with counsel for all other parties in this consolidated litigation. The HAUL, LUPE, and MFV plaintiffs, along with the State, Intervenor, Harris County Elections Administrator, and Bexar County defendants indicated that they did not oppose this motion.

Dated: November 15, 2022

    Respectfully submitted,

    By: */s/ Zachary Dolling*

    Zachary Dolling
    Texas Bar No. 24105809
    Mimi M.D. Marziani
    Texas Bar No. 24091906
    Hani Mirza
    Texas Bar No. 24083512
    Sarah Chen*
    California Bar No. 325327
    **TEXAS CIVIL RIGHTS PROJECT**
    1405 Montopolis Drive
    Austin, TX 78741
    512-474-5073 (Telephone)
    512-474-0726 (Facsimile)
    zachary@texascivilrightsproject.org
    mimi@texascivilrightsproject.org
    hani@texascivilrightsproject.org
    schen@texascivilrightsproject.org

    Thomas Buser-Clancy
    Texas Bar No. 24078344
    Savannah Kumar
    Texas Bar No. 24120098
    Ashley Harris
    Texas Bar No. 24123238
    **ACLU FOUNDATION OF TEXAS, INC.**
    5225 Katy Freeway, Suite 350
    Houston, TX 77007
    Telephone: (713) 942-8146
    Fax: (915) 642-6752
    tbuser-clancy@aclutx.org
    skumar@aclutx.org
    aharris@aclutx.org

    Adriel I. Cepeda Derieux*
    Ari Savitzky*
    Sophia Lin Lakin*
    Samantha Osaki*
    **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
    125 Broad St., 18th Floor
    New York, NY 10004

(212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org
slakin@aclu.org
sosaki@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org


LUCIA ROMANO
Texas State Bar No. 24033013
LISA A. SNEAD
Texas State Bar No. 24062204
PETER HOFER
Texas State Bar No. 09777275
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
lsnead@drtx.org
phofer@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)

jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

Sophia Cai*
**JENNER & BLOCK LLP**
455 Market St., #2100
San Francisco, CA 94105
(628) 267-6859
scai@jenner.com

*COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, ET AL.*

*admitted *pro hac vice*

## **CERTIFICATE OF CONFERENCE**

I certify that on November 2, 2022, I conferred via e-mail with counsel for all parties regarding the contents of this motion. Counsel for the HAUL, LUPE, and MFV plaintiffs, along with counsel for the State, Intervenor, Harris County Elections Administrator, and Bexar County defendants indicated that they did not oppose this motion. I did not receive a response from counsel for the remaining parties.

*/s/ Zachary Dolling*

## **CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on November 15, 2022, through the Electronic Case File System of the Western District of Texas.

*/s/ Zachary Dolling*