# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, and WORKERS DEFENSE ACTION FUND, <br><br>*Plaintiffs,*<br><br>v.<br><br>TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR CLIFFORD TATUM *in his official capacity*, TRAVIS COUNTY CLERK REBECCA GUERRERO, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity*;<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Case No. 1:21-CV-0780-XR<br><br>[Consolidated Lead Case No. 5:21-CV-0844-XR] |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Upon consideration of the Motion to Withdraw Appearance as Counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, (collectively, "Plaintiffs"), and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion to Withdraw Appearance as Counsel for Plaintiffs, be and is hereby, **GRANTED**. The appearance of Ryan Cox for Plaintiffs is withdrawn, and he shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record.

2

Date: _____, 2022

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE