IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Gregory W. Abbott, *et al.*, <br><br> *Defendants*. | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
PATRICK K. SWEETEN AS COUNSEL**

Pursuant to Local Rule AT-3, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") file this Unopposed Motion to Withdraw Patrick K. Sweeten as their counsel in this matter.

Mr. Sweeten has accepted a position outside the Office of the Attorney General of Texas. State Defendants will continue to be represented by counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, State Defendants respectfully request that the Court grant this motion to withdraw Patrick K. Sweeten as their counsel of record and remove Mr. Sweeten from all further electronic notifications regarding this case.

| | |
|---|---|
| Date: December 5, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ William T. Thompson<br>WILLIAM T. THOMPSON<br>Acting Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>will.thompson@oag.texas.gov<br>kathleen.hunker@oag.texas.gov |

**COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that on November 30, 2022, State Defendants' counsel conferred with all counsel by email, and none were opposed to this motion.

/s/ William T. Thompson
WILLIAM T. THOMPSON
Acting Chief, Special Litigation Unit

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF on December 5, 2022, and that all counsel of record were served via CM/ECF.

/s/ William T. Thompson
WILLIAM T. THOMPSON
Acting Chief, Special Litigation Unit