**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-00844-XR |
| v. | § | [Lead Case] |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**<u>ORDER GRANTING MOTION TO WITHDRAW COUNSEL</u>**

On this date, the Court considered State Defendants' Unopposed Motion to Withdraw Patrick K. Sweeten as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Patrick K. Sweeten is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas.

SIGNED this _____ day of _____, 2022.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE