IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>GREGORY W. ABBOTT, et al., §<br>§<br>Defendants. §<br>§ | Case No. 5:21-CV-0844-XR |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW MATTHEW BERDE AS COUNSEL**

Pursuant to Local Court Rule AT-3, Plaintiffs Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin file this Unopposed Motion to Withdraw Matthew Berde as Counsel in this matter.

Mr. Berde has accepted employment outside of Weil, Gotshal & Manges LLP and will thus no longer be employed by the Firm. The undersigned counsel of record will continue to represent Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin in this matter. Mr. Berde's withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin respectfully request that the Court grant this unopposed motion to withdraw Matthew Berde as their counsel of record and remove him from further electronic notifications in this case.

Dated:  December 8, 2022               Respectfully submitted,

*/s/ Sean Morales-Doyle*
Sean Morales-Doyle
Eliza Sweren-Becker*
Patrick A. Berry*
Andrew B. Garber*
Jasleen K. Singh*
*BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW*
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu
patrick.berry@nyu.edu
andrew.garber@nyu.edu
* Admitted pro hac vice

Paul R. Genender
Texas State Bar No. 00790758
Elizabeth Y. Ryan
Texas State Bar No. 24067758
Megan Cloud
Texas State Bar No. 24116207
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Liz.Ryan@weil.com
Paul.Genender@weil.com
Megan.Cloud@weil.com

**Attorneys for Plaintiffs:**
*FRIENDSHIP-WEST BAPTIST CHURCH*
*ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS*
*TEXAS IMPACT*
*JAMES LEWIN*

**CERTIFICATE OF CONFERENCE**

I certify that on December 7, 2022, I conferred via e-mail with counsel for all parties regarding the contents of this Motion and none are opposed to this Motion.

                                      */s/ Elizabeth Y. Ryan*
                                       Elizabeth Y. Ryan

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 8, 2022 the foregoing document was filed electronically with the United States District Court for the Western District of Texas via CM/ECF. As such, this Motion was served on all counsel who have consented to electronic service.

                                       */s/ Elizabeth Y. Ryan*
                                       Elizabeth Y. Ryan