IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § <br> § <br> *Plaintiffs,* § <br> § <br> vs. § <br> § <br> GREGORY W. ABBOTT, et al., § <br> § <br> *Defendants.* § <br> § | Case No. 5:21-CV-0844-XR |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

On this date, the Court considered Plaintiffs Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin's Unopposed Motion to Withdraw Matthew Berde as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that Matthew Berde is withdrawn as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin.

Date: December_____, 2022

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE