# EXHIBIT 6

11/17/22, 1:41 PM
Case 5:21-cv-00844-XR Document 491-6 Filed 12/14/22 Page 2 of 7
Texas Civil Rights Project Mail - RE: Ogg Discovery Response Extension re: 5:21−cv−00844−XR [IWOV-ButlerSnow.FID9710389]



Zachary Dolling <zachary@texascivilrightsproject.org>

## RE: Ogg Discovery Response Extension re: 5:21−cv−00844−XR [IWOV-ButlerSnow.FID9710389]
1 message

**Karson Thompson** <Karson.Thompson@butlersnow.com>  Fri, Sep 16, 2022 at 4:58 PM
To: Zachary Dolling <zachary@texascivilrightsproject.org>, Eric Nichols <Eric.Nichols@butlersnow.com>
Cc: Thomas Buser-Clancy <tbuser-clancy@aclutx.org>, Victoria Giese <Victoria.Giese@butlersnow.com>, Sarah Chen <schen@texascivilrightsproject.org>, "hani@texascivilrightsproject.org" <hani@texascivilrightsproject.org>, Savannah Kumar <skumar@aclutx.org>, Ashley Harris <aharris@aclutx.org>, Andre Segura <asegura@aclutx.org>, "acepedaderieux@aclu.org" <acepedaderieux@aclu.org>, "asavizky@aclu.org" <asavizky@aclu.org>, "slakin@aclu.org" <slakin@aclu.org>, "sosaki@aclu.org" <sosaki@aclu.org>, "smizner@aclu.org" <smizner@aclu.org>, "ldavis@drtx.org" <ldavis@drtx.org>, "lromano@drtx.org" <lromano@drtx.org>, "jvattamala@aaldef.org" <jvattamala@aaldef.org>, "slorenzo-giguere@aaldef.org" <slorenzo-giguere@aaldef.org>, "pstegemoeller@aaldef.org" <pstegemoeller@aaldef.org>, "jamunson@jenner.com" <jamunson@jenner.com>, "umittal@jenner.com" <umittal@jenner.com>, "scai@jenner.com" <scai@jenner.com>, Ari Savitzky <asavitzky@aclu.org>

Zach, apologies but it looks like we will be filing on Monday. We appreciate your patience and cooperation as we tee these issues up for the Circuit.

Thanks,

**Karson K. Thompson**

**Butler Snow LLP**

D: (737) 802-1808 | C: (785) 760-1827 | F: (737) 802-1801

1400 Lavaca Street, Suite 1000, Austin, TX 78701

Karson.Thompson@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Sent:** Wednesday, September 14, 2022 10:38 AM
**To:** Eric Nichols <Eric.Nichols@butlersnow.com>
**Cc:** Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Victoria Giese <Victoria.Giese@butlersnow.com>; Sarah Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Savannah Kumar <skumar@aclutx.org>; Ashley Harris <aharris@aclutx.org>; Karson Thompson <Karson.Thompson@butlersnow.com>; Andre Segura <asegura@aclutx.org>; acepedaderieux@aclu.org; asavizky@aclu.org; slakin@aclu.org; sosaki@aclu.org; smizner@aclu.org; ldavis@drtx.org; lromano@drtx.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; pstegemoeller@aaldef.org; jamunson@jenner.com; umittal@jenner.com; scai@jenner.com; Sarah Beverly <Sarah.Beverly@butlersnow.com>; Ari Savitzky <asavitzky@aclu.org>
**Subject:** Re: Ogg Discovery Response Extension re: 5:21−cv−00844−XR

Eric,

In our last e-mail we suggested, and you agreed, that we would hold off on filing a motion to compel pending resolution of what we believed was a forthcoming motion from you to stay discovery in the Fifth Circuit. However, you filed a motion to stay discovery in the district court, which denied that motion and ordered your client to comply with discovery. It has been one month since the district court issued its order. At this point we are unsure whether you intend to file a motion to stay discovery in the Fifth Circuit. If not, we ask that you comply with the court's order to cooperate in the discovery process and are happy to meet and confer regarding a timeline for production. To the extent you intend to seek a stay in the Fifth Circuit, please let us know when you intend to do so. We would like to resolve this matter expeditiously to facilitate the discovery process. Please let us know by the end of this week.

Thanks,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746
This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Mon, Aug 15, 2022 at 4:26 PM Eric Nichols <Eric.Nichols@butlersnow.com> wrote:

> Agreed, thanks.
>
> Eric
>
> **Eric J.R. Nichols**
>
> **Butler Snow LLP**

11/17/22, 1:41 PM  Texas Civil Rights Project Mail - RE: Ogg Discovery Response Extension re: 5:21-cv-00844-XR [IWOV-ButlerSnow.FID9710389]

Case 5:21-cv-00844-XR Document 491-6 Filed 12/14/22 Page 3 of 7

D: (737) 802-1807 | C: | F: (737) 802-1801

1400 Lavaca Street, Suite 1000, Austin, TX 78701

Eric.Nichols@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Thomas Buser-Clancy <tbuser-clancy@aclutx.org>
**Sent:** Monday, August 15, 2022 1:00 PM
**To:** Eric Nichols <Eric.Nichols@butlersnow.com>; 'Zachary Dolling' <zachary@texascivilrightsproject.org>; Victoria Giese <Victoria.Giese@butlersnow.com>
**Cc:** Sarah Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Savannah Kumar <skumar@aclutx.org>; Ashley Harris <aharris@aclutx.org>; Karson Thompson <Karson.Thompson@butlersnow.com>; Andre Segura <asegura@aclutx.org>; acepedaderieux@aclu.org; asavizky@aclu.org; slakin@aclu.org; sosaki@aclu.org; smizner@aclu.org; ldavis@drtx.org; lromano@drtx.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; pstegemoeller@aaldef.org; jamunson@jenner.com; umittal@jenner.com; scai@jenner.com; Sarah Beverly <Sarah.Beverly@butlersnow.com>; Ari Savitzky <asavitzky@aclu.org>
**Subject:** RE: Ogg Discovery Response Extension re: 5:21-cv-00844-XR

Hi Eric,

Due to our inability to come to agreement regarding Defendant Ogg's lack of responses to Plaintiffs' discovery requests, we had intended to file a motion to compel with the district court. Now that your client intends to file a motion to stay in the Fifth Circuit, our preference would be not to burden the district court with that motion while the Fifth Circuit is considering the motion to stay, which is likely to raise substantially similar issues. Can we agree that, with respect to the discovery requests previously served on Defendant Ogg by Plaintiffs, our refraining from filing a motion to compel until the Fifth Circuit makes a determination on Defendant Ogg's motion to stay does not waive or otherwise prejudice Plaintiffs' ability to file a motion to compel at a later date?

Best,

Tommy

**Thomas Buser-Clancy**

(713) 942-8146 ext. 1023

*he/him/his*

Senior Staff Attorney | ACLU Foundation of Texas | Houston

*With offices in Austin, Brownsville, Dallas, and El Paso*



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately*

---

**From:** Eric Nichols <Eric.Nichols@butlersnow.com>
**Sent:** Wednesday, August 10, 2022 4:43 PM
**To:** 'Zachary Dolling' <zachary@texascivilrightsproject.org>; Victoria Giese <Victoria.Giese@butlersnow.com>
**Cc:** Sarah Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Ashley Harris <aharris@aclutx.org>; Karson Thompson <Karson.Thompson@butlersnow.com>; Andre Segura <asegura@aclutx.org>; acepedaderieux@aclu.org; asavizky@aclu.org; slakin@aclu.org; sosaki@aclu.org; smizner@aclu.org; ldavis@drtx.org; lromano@drtx.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; pstegemoeller@aaldef.org; jamunson@jenner.com; umittal@jenner.com; scai@jenner.com; Sarah Beverly <Sarah.Beverly@butlersnow.com>; Ari Savitzky <asavitzky@aclu.org>
**Subject:** RE: Ogg Discovery Response Extension re: 5:21-cv-00844-XR

CAUTION: This message is from an external sender. Please be cautious of links & attachments.

Zach, as you have seen the HCDAO is taking an appeal from the Court's denial in part of the motion to dismiss.

We will be filing this week a motion to stay proceedings with respect to the HCDAO pending that appeal, which would include discovery from the HCDAO. We will send out a meet and confer email tomorrow to counsel for all parties on that. In the meantime let us know your clients' position on that motion to stay or if you would like to discuss it further. Thanks.

Eric

**Eric J.R. Nichols**

### Butler Snow LLP

D: (737) 802-1807 | C: | F: (737) 802-1801

1400 Lavaca Street, Suite 1000, Austin, TX 78701

Eric.Nichols@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Sent:** Tuesday, August 9, 2022 9:49 AM
**To:** Victoria Giese <Victoria.Giese@butlersnow.com>
**Cc:** Sarah Chen <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; aharris@aclutx.org; Karson Thompson <Karson.Thompson@butlersnow.com>; asegura@aclutx.org; acepedaderieux@aclu.org; Eric Nichols <Eric.Nichols@butlersnow.com>; asavizky@aclu.org; slakin@aclu.org; sosaki@aclu.org; smizner@aclu.org; ldavis@drtx.org; lromano@drtx.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; pstegemoeller@aaldef.org; jamunson@jenner.com; umittal@jenner.com; scai@jenner.com; Sarah Beverly <Sarah.Beverly@butlersnow.com>; Ari Savitzky <asavitzky@aclu.org>
**Subject:** Re: Ogg Discovery Response Extension re: 5:21−cv−00844−XR

Counsel,We are open to negotiating an agreed timeline for production of the discovery requested on April 12, 2022, or to meet and confer regarding your remaining objections to its production. However, if we do not hear back from you regarding either of those options by the end of the day tomorrow, August 10, 2022, we will see no option but to move to compel production.Thank you,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746
This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Wed, Aug 3, 2022 at 1:15 PM Zachary Dolling <zachary@texascivilrightsproject.org> wrote:

> Victoria,
>
> My apologies--I just noticed I requested a response by the end of the day "Friday, August 3." To avoid any confusion I want to clarify that I did mean Friday, August 5.
>
> Thank you,
>
> **Zach Dolling**
> Texas Civil Rights Project
> Mobile: 512-496-4746
> This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.
>
> On Wed, Aug 3, 2022 at 11:35 AM Zachary Dolling <zachary@texascivilrightsproject.org> wrote:
>
>> Good morning Victoria,
>>
>> Yesterday the District Court denied District Attorney Ogg's motion to dismiss all claims brought by Private Plaintiffs with respect to SB 1 Sections 4.06, 4.09, 6.04, 6.05, 6.06, 7.02, and 7.04. In the process the Court rejected District Attorney Ogg's claim to sovereign immunity. I believe this disposes of your previous objection to producing written discovery on the basis of sovereign immunity.
>>
>> It has now been several months since we propounded our written discovery requests but without any production. Please let us know by the end of the day Friday, August 3, if you intend to produce the requested materials.
>>
>> Thank you,
>>
>> **Zach Dolling**
>> Texas Civil Rights Project
>> Mobile: 512-496-4746
>> This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Fri, Jun 17, 2022 at 1:23 PM Zachary Dolling <zachary@texascivilrightsproject.org> wrote:

> Hi Victoria,
>
> During the hearing held on November 16, 2021, the Court clearly contemplated that discovery would proceed in this case. Moreover, the State Defendants have raised similar sovereign immunity issues as your client and have nevertheless engaged in the discovery process. It is true that the Fifth Circuit has in some instances limited discovery pending determination of a sovereign immunity defense. But even then, discovery that goes to the applicability of the sovereign immunity defense is permissible. In this case, Plaintiffs' discovery requests all pertain to the Harris County District Attorney's past and current investigations into and prosecution of criminal election law violations. These facts are relevant to the Harris County District Attorney's connection to enforcement of the SB 1 provisions at issue in this lawsuit and are relevant to determining the applicability of your sovereign immunity defense. We therefore do not believe sovereign immunity shields your client from producing the information we have requested.
>
> As you suggested, we would be happy to discuss this further via phone or video call if you would like.
>
> Thank you,
>
>
>
> **Zach Dolling**
> Texas Civil Rights Project
> Mobile: 512-496-4746
> This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.
>
>
>
> On Fri, Jun 10, 2022 at 10:35 AM Victoria Giese <Victoria.Giese@butlersnow.com> wrote:
>
>> Hi Sarah,
>>
>> As I am sure you will recall, we discussed a short extension on our responses to your discovery requests, which your clients refused to give. District Attorney Ogg served her objections to your clients' discovery requests on May 12, 2022. District Attorney Ogg stands on her objections. Among these objections, as you know, are ones made on grounds of sovereign immunity. Our client has a pending motion to dismiss all claims against her on grounds of sovereign immunity, and we respectfully contend that these same sovereign immunity protections would apply with respect to these discovery requests regardless of whether District Attorney Ogg is a party to this litigation. As you are also aware these sovereign immunity issues have been litigated extensively at the Fifth Circuit and in other courts, and aspects of sovereign immunity protection against discovery are currently before the Fifth Circuit in a pending appeal in the *Russell v. Harris County* litigation.
>>
>> Thanks and let us know if would like to discuss our position further.
>>
>> Victoria
>>
>>
>> **Victoria A. Giese**
>>
>> **Butler Snow LLP**
>>
>> D: (737) 802-1795 | F: (737) 802-1801
>>
>> 1400 Lavaca Street, Suite 1000, Austin, TX 78701
>>
>> Victoria.Giese@butlersnow.com | vCard | Bio
>>
>> FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE
>>
>> Twitter | LinkedIn | Facebook | YouTube
>>
>>
>> **From:** Sarah Chen <schen@texascivilrightsproject.org>
>> **Sent:** Wednesday, June 8, 2022 1:51 PM
>> **To:** Victoria Giese <Victoria.Giese@butlersnow.com>; Karson Thompson <Karson.Thompson@butlersnow.com>; Eric Nichols <Eric.Nichols@butlersnow.com>
>> **Cc:** hani@texascivilrightsproject.org; zachary@texascivilrightsproject.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; aharris@aclutx.org; asegura@aclutx.org; acepedaderieux@aclu.org; asavizky@aclu.org; slakin@aclu.org; sosaki@aclu.org; smizner@aclu.org; ldavis@drtx.org; lromano@drtx.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; pstegemoeller@aaldef.org; jamunson@jenner.com; umittal@jenner.com; scai@jenner.com
>> **Subject:** Re: Ogg Discovery Response Extension re: 5:21-cv-00844-XR
>>
>>
>>
>> Hi Victoria,
>>
>> The OCA-GH Plaintiffs wanted to check in about the status of document production in response to our First Set of Requests for Production. Without waiving any objections or responses to your objections, we request the production of any responsive documents by the June 10th deadline you suggested. Please let me know if you'd like to discuss further.

Best,

Sarah

**Sarah Xiyi Chen**
Pronouns:  she/her
*Attorney, Voting Rights Program*
Texas Civil Rights Project
O: (512) 474-5073 ext. 184
M: (737) 242-0259
www.txcivilrights.org

On Thu, May 12, 2022 at 4:35 PM Sarah Chen <schen@texasciviltrightsproject.org> wrote:

> Hi Victoria,
>
> The OCA-GH Plaintiffs oppose your request for more time and will not agree to extending the discovery deadline to June 10.
>
> Thank you,
>
> Sarah
>
> **Sarah Xiyi Chen**
> Pronouns:  she/her
> *Attorney, Voting Rights Program*
> Texas Civil Rights Project
> O: (512) 474-5073 ext. 184
> M: (737) 242-0259
> www.txcivilrights.org
> Facebook | Twitter | Instagram
> Donate Now!
>
> On Thu, May 12, 2022 at 11:18 AM Victoria Filoso <Victoria.Filoso@butlersnow.com> wrote:
>
>> Counsel:
>>
>> We are in receipt of your discovery requests to Defendant Kim Ogg in her official capacity. Unfortunately we are unable to serve our responses today. We are currently in trial through next week on another matter and will need additional time to put our responses together. We will be able to get you our responses by Friday, June 10th. We are happy to reciprocate any discovery extensions you may need in the future.
>>
>> Please call me if you have any questions or concerns.
>>
>> Thank you,
>>
>> Victoria Filoso
>>
>> **Victoria A. Filoso**
>>
>> **Butler Snow LLP**
>>
>> D: (737) 802-1795 | F: (737) 802-1801
>>
>> 1400 Lavaca Street, Suite 1000, Austin, TX 78701
>>
>> Victoria.Filoso@butlersnow.com | vCard | Bio
>>
>> Twitter | LinkedIn | Facebook | YouTube

11/17/22, 1:41 PM   Texas Civil Rights Project Mail - RE: Dogg Discovery Response Extension 12/14/22-00844-XR [IWOV-ButlerSnow.FID9710389]

Case 5:21-cv-00844-XR   Document 491-6   Filed 12/14/22   Page 7 of 7

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.