# EXHIBIT 8

11/17/22, 1:44 PM   Texas Civil Rights Project Mail - SB1 Litigation: Meet and confer next week and memorializing details of discussion

Case 5:21-cv-00844-XR   Document 491-8   Filed 12/14/22   Page 2 of 2



Zachary Dolling <zachary@texascivilrightsproject.org>

---

## SB1 Litigation: Meet and confer next week and memorializing details of discussion
1 message

---

**Zachary Dolling** <zachary@texascivilrightsproject.org>                    Thu, Oct 20, 2022 at 10:25 AM
To: Karson Thompson <Karson.Thompson@butlersnow.com>, Eric Nichols <Eric.Nichols@butlersnow.com>
Cc: Sarah Chen <schen@texascivilrightsproject.org>, Hani Mirza <hani@texascivilrightsproject.org>, "Berkowitz, Eitan" <eitan.berkowitz@afslaw.com>

Eric and Karson,

Thanks for taking the time to meet and confer about discovery in the SB1 litigation yesterday. To reiterate what we discussed, you're going to talk to your client and ascertain what information the Harris County DA's office has relating to assistance and mail-ballot fraud investigations and prosecutions, particularly those pursuant to SB1, while we review the materials the Travis County DA's office produced to us in response to the identical discovery requests we sent that office. We will then reconvene early to mid next week to discuss what each of us has found and decide next steps.

We are available to meet and confer next week at the following times (central): Tuesday from 12-5 PM, or Wednesday from 12-2 or 3-5 PM. If possible our preference is for 4:30 PM on Tuesday. Please let us know if you are available during those times.

Thank you,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746

This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.