EXHIBIT 9



## RE: SB1 Litigation: Meet and Confer Next Week re: OCA Plaintiffs' discovery requests
1 message

**Eric Nichols** <Eric.Nichols@butlersnow.com>                                                          Thu, Nov 3, 2022 at 1:30 PM
To: Zachary Dolling <zachary@texascivilrightsproject.org>
Cc: Karson Thompson <Karson.Thompson@butlersnow.com>, "Berkowitz, Eitan" <eitan.berkowitz@afslaw.com>, Hani Mirza <hani@texascivilrightsproject.org>, Chris Rainbolt <chris@texascivilrightsproject.org>, Mimi Marziani <mimi@texascivilrightsproject.org>, Sarah Chen <schen@texascivilrightsproject.org>, Ashley Harris <aharris@aclutx.org>, Thomas Buser-Clancy <tbuser-clancy@aclutx.org>, Savannah Kumar <skumar@aclutx.org>, Jerry Vattamala <jvattamala@aaldef.org>, slorenzo-giguere <slorenzo-giguere@aaldef.org>, Patrick Stegemoeller <pstegemoeller@aaldef.org>, "phofer@drtx.org" <phofer@drtx.org>, Marisol McNair <mmcnair@disabilityrightstx.org>, Lucia Romano <lromano@disabilityrightstx.org>, Lisa Snead <lsnead@disabilityrightstx.org>, Sophia Lakin <slakin@aclu.org>, "Adriel I. Cepeda Derieux" <ACepedaDerieux@aclu.org>, Ari Savitzky <asavitzky@aclu.org>, Susan Mizner <smizner@aclu.org>, "Amunson, Jessica Ring" <JAmunson@jenner.com>, "shirsch@jenner.com" <SHirsch@jenner.com>, "Mittal, Urja R." <UMittal@jenner.com>, "Trepp, Alex S." <atrepp@jenner.com>, "Cai, Sophia L." <scai@jenner.com>, "j.michael.showalter@afslaw.com" <j.michael.showalter@afslaw.com>, "ksadasivan@naacpldf.org" <ksadasivan@naacpldf.org>, "lsnead@drtx.org" <lsnead@drtx.org>, "chostetler@freespeechforpeople.org" <chostetler@freespeechforpeople.org>, "wendy.olson@stoel.com" <wendy.olson@stoel.com>, Chris Dodge <cdodge@elias.law>, Graham White <gwhite@elias.law>, Uzoma Nkwonta <unkwonta@elias.law>, Elena Rodriguez Armenta <erodriguezarmenta@elias.law>


2:30 works.  We can use my conference bridge:


Conference Line:  (855) 824-4232

Access Code:  7378021807


Eric



**Eric J.R. Nichols**

**Butler Snow LLP**


D: (737) 802-1807 | C: | F: (737) 802-1801

1400 Lavaca Street, Suite 1000, Austin, TX 78701

Eric.Nichols@butlersnow.com | vCard | Bio


Twitter | LinkedIn | Facebook | YouTube


**From:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Sent:** Thursday, November 3, 2022 10:36 AM
**To:** Eric Nichols <Eric.Nichols@butlersnow.com>
**Cc:** Karson Thompson <Karson.Thompson@butlersnow.com>; Berkowitz, Eitan <eitan.berkowitz@afslaw.com>; Hani Mirza <hani@texascivilrightsproject.org>; Chris Rainbolt <chris@texascivilrightsproject.org>; Mimi Marziani <mimi@texascivilrightsproject.org>; Sarah Chen <schen@texascivilrightsproject.org>; Ashley Harris <aharris@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Jerry Vattamala <jvattamala@aaldef.org>; slorenzo-giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; phofer@drtx.org; Marisol McNair <mmcnair@disabilityrightstx.org>; Lucia Romano <lromano@disabilityrightstx.org>; Lisa Snead <lsnead@disabilityrightstx.org>; Sophia Lakin <slakin@aclu.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; Ari Savitzky <asavitzky@aclu.org>; Susan Mizner <smizner@aclu.org>; Amunson, Jessica Ring <JAmunson@jenner.com>; shirsch@jenner.com; Mittal, Urja R. <UMittal@jenner.com>; Trepp, Alex S. <atrepp@jenner.com>; Cai, Sophia L. <scai@jenner.com>; j.michael.showalter@afslaw.com; ksadasivan@naacpldf.org; lsnead@drtx.org; chostetler@freespeechforpeople.org; wendy.olson@stoel.com; Chris Dodge <cdodge@elias.law>; Graham White <gwhite@elias.law>; Uzoma Nkwonta <unkwonta@elias.law>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Subject:** Re: SB1 Litigation: Meet and Confer Next Week re: OCA Plaintiffs' discovery requests


Eric,


We are available from 2:30 - 3:30 tomorrow.


Thanks,


**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746
This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.


On Thu, Nov 3, 2022 at 9:33 AM Eric Nichols <Eric.Nichols@butlersnow.com> wrote:

> I can confer by phone any time after 1 p.m. tomorrow.  Let me know.  Thanks.

Eric

**Eric J.R. Nichols**

**Butler Snow LLP**

D: (737) 802-1807 | C: | F: (737) 802-1801

1400 Lavaca Street, Suite 1000, Austin, TX 78701

Eric.Nichols@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Sent:** Wednesday, November 2, 2022 12:15 PM
**To:** Eric Nichols <Eric.Nichols@butlersnow.com>
**Cc:** Karson Thompson <Karson.Thompson@butlersnow.com>; Berkowitz, Eitan <eitan.berkowitz@afslaw.com>; Hani Mirza <hani@texascivilrightsproject.org>; Chris Rainbolt <chris@texascivilrightsproject.org>; Mimi Marziani <mimi@texascivilrightsproject.org>; Sarah Chen <schen@texascivilrightsproject.org>; Ashley Harris <aharris@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Jerry Vattamala <jvattamala@aaldef.org>; slorenzo-giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; phofer@drtx.org; Marisol McNair <mmcnair@disabilityrightstx.org>; Lucia Romano <lromano@disabilityrightstx.org>; Lisa Snead <lsnead@disabilityrightstx.org>; Sophia Lakin <slakin@aclu.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; Ari Savitzky <asavitzky@aclu.org>; Susan Mizner <smizner@aclu.org>; Amunson, Jessica Ring <JAmunson@jenner.com>; shirsch@jenner.com; Mittal, Urja R. <UMittal@jenner.com>; Trepp, Alex S. <atrepp@jenner.com>; Cai, Sophia L. <scai@jenner.com>; j.michael.showalter@afslaw.com; ksadasivan@naacpldf.org; lsnead@drtx.org; chostetler@freespeechforpeople.org; wendy.olson@stoel.com; Chris Dodge <cdodge@elias.law>; Graham White <gwhite@elias.law>; Uzoma Nkwonta <unkwonta@elias.law>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Subject:** Re: SB1 Litigation: Meet and Confer Next Week re: OCA Plaintiffs' discovery requests

Eric,

Please provide, by 5 PM central today, a time you are available for a meet and confer tomorrow, Thursday November 3.

Thanks,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746
This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Fri, Oct 28, 2022 at 9:22 AM Zachary Dolling <zachary@texascivilrightsproject.org> wrote:

> Eric,
>
> Thank you for your response. We can be available next Thursday, November 3. Please let us know what times work for you on that date.
>
> Thanks,
>
> **Zach Dolling**
> Texas Civil Rights Project
> Mobile: 512-496-4746
> This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.
>
> On Fri, Oct 28, 2022 at 8:55 AM Eric Nichols <Eric.Nichols@butlersnow.com> wrote:
>
>> Let's set a time for late next week. I hope to have an update by then. Thanks and have a good weekend.
>>
>> Eric

11/17/22, 1:43 PM    Texas Civil Rights Project Mail - SB1 Litigation: Meet and Confer Next Week re: OCA Plaintiffs' discovery requests

Case 5:21-cv-00844-XR   Document 491-9   Filed 12/14/22   Page 4 of 4

**Eric J.R. Nichols**

**Butler Snow LLP**

D: (737) 802-1807 | C: | F: (737) 802-1801

1400 Lavaca Street, Suite 1000, Austin, TX 78701

Eric.Nichols@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Sent:** Thursday, October 27, 2022 3:25 PM
**To:** Karson Thompson <Karson.Thompson@butlersnow.com>; Eric Nichols <Eric.Nichols@butlersnow.com>
**Cc:** Berkowitz, Eitan <eitan.berkowitz@afslaw.com>; Hani Mirza <hani@texascivilrightsproject.org>; Chris Rainbolt <chris@texascivilrightsproject.org>; Mimi Marziani <mimi@texascivilrightsproject.org>; Zachary Dolling <zachary@texascivilrightsproject.org>; Sarah Chen <schen@texascivilrightsproject.org>; Ashley Harris <aharris@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>; Savannah Kumar <skumar@aclutx.org>; Jerry Vattamala <jvattamala@aaldef.org>; slorenzo-giguere <slorenzo-giguere@aaldef.org>; Patrick Stegemoeller <pstegemoeller@aaldef.org>; phofer@drtx.org; Marisol McNair <mmcnair@disabilityrightstx.org>; Lucia Romano <lromano@disabilityrightstx.org>; Lisa Snead <lsnead@disabilityrightstx.org>; Sophia Lakin <slakin@aclu.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; Ari Savitzky <asavitzky@aclu.org>; Susan Mizner <smizner@aclu.org>; Amunson, Jessica Ring <JAmunson@jenner.com>; shirsch@jenner.com; Mittal, Urja R. <UMittal@jenner.com>; Trepp, Alex S. <atrepp@jenner.com>; Cai, Sophia L. <scai@jenner.com>; j.michael.showalter@afslaw.com; ksadasivan@naacpldf.org; lsnead@drtx.org; chostetler@freespeechforpeople.org; wendy.olson@stoel.com; Chris Dodge <cdodge@elias.law>; Graham White <gwhite@elias.law>; Uzoma Nkwonta <unkwonta@elias.law>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>
**Subject:** SB1 Litigation: Meet and Confer Next Week re: OCA Plaintiffs' discovery requests

Counsel,

It has now been nearly seven months since the OCA Plaintiffs served their requests for production and interrogatories on Defendant Kim Ogg. In that time you have not produced any documents or answered any interrogatories. The district court has resolved your sovereign immunity arguments against you, denied your motion to stay discovery, and ordered you to comply with discovery. The Fifth Circuit has denied your motion to stay discovery pending resolution of your appeal on the merits.

You agreed to meet and confer, for the first time, last Wednesday, October 19, 2022. You agreed that prior to our next meet and confer you would talk to your client to ascertain what responsive information the Harris County DA's office has relating to investigations and prosecutions of voting-assistance and mail-ballot fraud related offenses, including those pursuant to SB1, while we agreed to be ready at that time to discuss the materials the Travis County DA's office had produced to us in response to the identical discovery requests we sent that office. We then agreed to meet and confer early the next week—a timeline you suggested—to share that information and discuss next steps. I sent a follow-up e-mail the next day, Thursday, October 20, 2022, memorializing our conversation and including times that we were available to meet and confer on Tuesday, October 25, 2022, and Wednesday, October 26, 2022. You have not responded to that e-mail and the times suggested for meeting have passed.

Plaintiffs have been exceedingly patient during this process, but that patience has limits. While we are willing to meet and confer regarding these requests, doing so requires your participation and for you to have some idea of what information your client possesses and can produce. If we are unable to meet and confer, set a timeline for production, and adhere to that timeline, then we see no recourse but to involve the Court.

Please let us know when you will be available to meet and confer next week and be prepared to discuss what information your client is able to produce with respect to investigations and prosecutions of voting-assistance and mail-ballot fraud related offenses, including those pursuant to SB1, as well as next steps. Plaintiffs will be prepared to discuss what materials the Travis County DA has produced and the possibility of narrowing our requests to streamline discovery going forward.

Thank you,

Zach Dolling
Texas Civil Rights Project
Mobile: 512-496-4746
This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.