# EXHIBIT 11



Zachary Dolling <zachary@texascivilrightsproject.org>

## LUPE v. Abbott, 5:21-cv-844, Discovery Correspondence
1 message

**Zachary Dolling** <zachary@texascivilrightsproject.org>  Fri, Nov 18, 2022 at 4:17 PM
To: Eric Nichols <Eric.Nichols@butlersnow.com>, Karson Thompson <Karson.Thompson@butlersnow.com>
Cc: Hani Mirza <hani@texascivilrightsproject.org>, Chris Rainbolt <chris@texascivilrightsproject.org>, Mimi Marziani <mimi@texascivilrightsproject.org>, Zachary Dolling <zachary@texascivilrightsproject.org>, Sarah Chen <schen@texascivilrightsproject.org>, Ashley Harris <aharris@aclutx.org>, Thomas Buser-Clancy <tbuser-clancy@aclutx.org>, Savannah Kumar <skumar@aclutx.org>, Jerry Vattamala <jvattamala@aaldef.org>, slorenzo-giguere <slorenzo-giguere@aaldef.org>, Patrick Stegemoeller <pstegemoeller@aaldef.org>, phofer@drtx.org, Marisol McNair <mmcnair@disabilityrightstx.org>, Lucia Romano <lromano@disabilityrightstx.org>, Lisa Snead <lsnead@disabilityrightstx.org>, Sophia Lakin <slakin@aclu.org>, "Adriel I. Cepeda Derieux" <ACepedaDerieux@aclu.org>, Ari Savitzky <asavitzky@aclu.org>, Susan Mizner <smizner@aclu.org>, "Amunson, Jessica Ring" <JAmunson@jenner.com>, "shirsch@jenner.com" <SHirsch@jenner.com>, "Mittal, Urja R." <UMittal@jenner.com>, "Trepp, Alex S." <atrepp@jenner.com>, "Cai, Sophia L." <scai@jenner.com>, "Goldberg, Justin A." <justin.goldberg@afslaw.com>, "D'Angelo III, William" <william.dangelo@afslaw.com>, "MacDonald, Ann H." <ann.macdonald@afslaw.com>, "Showalter, J. Michael" <j.michael.showalter@afslaw.com>, Chris Dodge <cdodge@elias.law>, Graham White <gwhite@elias.law>, Uzoma Nkwonta <unkwonta@elias.law>, "Olson, Wendy J." <wendy.olson@stoel.com>, "Berkowitz, Eitan" <eitan.berkowitz@afslaw.com>, Shira Wakschlag <Wakschlag@thearc.org>, Elena Rodriguez Armenta <erodriguezarmenta@elias.law>, Courtney Hostetler <chostetler@freespeechforpeople.org>, Uruj Sheikh <usheikh@naacpldf.org>, "Jennifer A. Holmes" <jholmes@naacpldf.org>, "Ha, Derek" <derek.ha@afslaw.com>

Eric,

Attached please find a letter setting out the OCA-Greater Houston Plaintiffs' final narrowing of our discovery requests. This letter constitutes our final attempt to negotiate with you regarding those requests. We ask for your response by Friday, November 25, 2022. In the interim, please let us know if you would like to discuss any of these matters further.

Thank you,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746

This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

📎 **2022.11.18 Letter to Eric Nichols re Discovery.pdf**
235K