# EXHIBIT 13



Zachary Dolling <zachary@texascivilrightsproject.org>

## SB1 Litigation: OCA Plaintiffs' intent to file motion to compel
1 message

**Zachary Dolling** <zachary@texascivilrightsproject.org>	Mon, Dec 12, 2022 at 12:04 PM
To: Eric Nichols <Eric.Nichols@butlersnow.com>, Karson Thompson <Karson.Thompson@butlersnow.com>
Cc: Hani Mirza <hani@texascivilrightsproject.org>, Chris Rainbolt <chris@texascivilrightsproject.org>, Mimi Marziani <mimi@texascivilrightsproject.org>, Zachary Dolling <zachary@texascivilrightsproject.org>, Sarah Chen <schen@texascivilrightsproject.org>, Ashley Harris <aharris@aclutx.org>, Thomas Buser-Clancy <tbuser-clancy@aclutx.org>, Savannah Kumar <skumar@aclutx.org>, Jerry Vattamala <jvattamala@aaldef.org>, slorenzo-giguere <slorenzo-giguere@aaldef.org>, Patrick Stegemoeller <pstegemoeller@aaldef.org>, phofer@drtx.org, Marisol McNair <mmcnair@disabilityrightstx.org>, Lucia Romano <lromano@disabilityrightstx.org>, Lisa Snead <lsnead@disabilityrightstx.org>, Sophia Lakin <slakin@aclu.org>, "Adriel I. Cepeda Derieux" <ACepedaDerieux@aclu.org>, Ari Savitzky <asavitzky@aclu.org>, Susan Mizner <smizner@aclu.org>, "Amunson, Jessica Ring" <JAmunson@jenner.com>, "shirsch@jenner.com" <SHirsch@jenner.com>, "Mittal, Urja R." <UMittal@jenner.com>, "Trepp, Alex S." <atrepp@jenner.com>, "Cai, Sophia L." <scai@jenner.com>, ABernstein@jenner.com, "Washington, Gregory D." <GWashington@jenner.com>

Counsel,

In light of the parties' inability to reach agreement on discovery issues discussed via meet and confer and e-mail correspondence, OCA Plaintiffs intend to file a motion to compel your client, Harris County District Attorney Kim Ogg, to produce responsive documents and answer interrogatories in the SB1 consolidated litigation. Please let us know by 5 p.m. central Tuesday, December 13, 2022, whether you oppose the planned motion.

OCA Plaintiffs additionally offer, one final time, to negotiate a production timeline subject to Plaintiffs' narrowed discovery requests as set out in their letter of November 18, 2022.

Thank you,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746

This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.