# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | Case No. 5:21-cv-00844-XR [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § § | |
| *Intervenor-Defendants.* | | |

## ORDER GRANTING OCA PLAINTIFFS' OPPOSED MOTION TO COMPEL DEFENDANT OGG'S ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pending before the Court is OCA Plaintiffs' Opposed Motion to Compel Defendant Ogg's Answers to Interrogatories and Production of Documents. Upon review of the request, the motion is **GRANTED**. Defendant Ogg is **ORDERED** to fully answer Plaintiffs' interrogatories and produce documents responsive to Plaintiffs' requests for production to the extent such information is not otherwise protected by the work-product or attorney-client privilege and to produce a privilege log sufficient to allow Plaintiffs to assess any claims of privilege by _____, 20_____.

Signed on _____, 20_____.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE