**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | Case No. _____ |
| | § | |
| | § | |
| | § | |
| | § | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

      The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

      My new address is as follows:

| | |
|---|---|
| Firm | _____ |
| Street | _____ |
| | _____ |
| City, State, Zip | _____ |
| Telephone/Fax | _____ |
| State Bar # | _____ |

Respectfully submitted,

_____

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov