IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> *Defendants.* | § § § § § § § § § § § | CIVIL ACTION NO. 5:21-CV-00844-XR <br> (Consolidated Cases) |

## DEFENDANT DISTRICT ATTORNEY KIM OGG'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL

Defendant District Attorney Kim Ogg, in her official capacity as Harris County District Attorney ("District Attorney Ogg"), files this unopposed motion for extension of time to respond to the OCA Plaintiffs' Opposed Motion to Compel Defendant Ogg's Answers to Interrogatories and Production of Documents (Dkt. 491) (the "Motion").

The OCA Plaintiffs filed the Motion on December 14, 2022. In light of the upcoming holidays, District Attorney Ogg requested that the OCA Plaintiffs agree to extend District Attorney Ogg's deadline to respond to the Motion up to and including January 6, 2023. Counsel for the OCA Plaintiffs agreed. Accordingly, District Attorney Ogg respectfully requests the Court grant this unopposed motion and extend District Attorney Ogg's deadline to file her response to the Motion to January 6, 2023. This motion is not filed for purposes of delay but so that justice may be done.

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
   Eric J.R. Nichols
   State Bar No. 14994900
   eric.nichols@butlersnow.com
   Karson K. Thompson
   State Bar No. 24083966
   karson.thompson@butlersnow.com
   1400 Lavaca Street, Suite 1000
   Austin, Texas 78701
   Tel: (737) 802-1800
   Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the OCA Plaintiffs regarding this motion, and that counsel for the OCA Plaintiffs indicated that they do not oppose the relief sought.

*/s/ Karson Thompson*
Karson Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols