IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 5:21-CV-00844-XR<br>§   (Consolidated Cases)<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Defendant District Attorney Kim Ogg's Unopposed Motion for Extension of Time to Respond to Motion to Compel. Having considered the motion, the applicable law, and the case file as a whole, the Court enters the following orders:

**IT IS ORDERED** that Defendant District Attorney Kim Ogg's Unopposed Motion for Extension of Time to Respond to Motion to Compel is GRANTED. District Attorney Ogg shall file her response to the OCA Plaintiffs' Motion to Compel (Dkt. 491) on or before January 6, 2023.

SIGNED on _____, 2022.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE