# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § § *Plaintiffs*, § § vs. § § GREGORY W. ABBOTT, et al., § § *Defendants*. § § | Case No. 5:21-CV-0844-XR (Consolidated Case) |

## UNOPPOSED MOTION TO WITHDRAW DANIELLE AHLRICH AS COUNSEL

Pursuant to Local Court Rule AT-3, Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons ("HAUL Plaintiffs") hereby file this Unopposed Motion to Withdraw Danielle Ahlrich as Counsel, and in support thereof, respectfully represents to the Court the following:

Danielle Ahlrich, of Reed Smith LLP, is one of several counsels of record who entered an appearance on behalf of HAUL Plaintiffs. Due to personal obligations and professional commitments, Ms. Ahlrich is unable to continue her representation of HAUL Plaintiffs. HAUL Plaintiffs will continue to be represented by existing counsel from the NAACP Legal Defense & Educational Fund, Inc., Reed Smith LLP, and The Arc of the United States .

Defendants' counsels of record do not oppose this motion for withdrawal. In addition, this withdrawal is not for the purpose of delay.

Based on the aforementioned, HAUL Plaintiffs, and Reed Smith, LLP, hereby request that Danielle Ahlrich be withdrawn as counsel of record and removed from further electronic notifications in this case.

Date: December 21, 2022                              Respectfully submitted,


/s/ *Danielle Ahlrich*
Danielle Ahlrich
Texas Bar No. 24059215
Reed Smith, LLP
401 Congress Ave., Suite 1800
Austin, Texas
Telephone: 512.623.1777
Fax: 512.623.1802
dahlrich@reedsmith.com

## CERTIFICATE OF CONFERENCE

I certify that on December 21, 2022, State Defendants' counsel conferred with all counsel by email, and none were opposed to this motion.

/s/ *Danielle Ahlrich*
Danielle Ahlrich

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ *Danielle Ahlrich*
Danielle Ahlrich

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § |
| *Plaintiffs,* | § § § |
| vs. | § Case No. 5:21-CV-0844-XR § |
| GREGORY W. ABBOTT, et al., | § § § |
| *Defendants.* | § § § |

## ORDER GRANTING MOTION TO WITHDRAW DANIELLE AHLRICH AS COUNSEL

On this date, the Court considered the Unopposed Motion to Withdraw Danielle Ahlrich as Counsel filed by Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons ("HAUL Plaintiffs"). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that Danielle is withdrawn as counsel of record for HAUL Plaintiffs.

Date: December _____, 2022

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE