IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § |
| *Plaintiffs*, | § § § |
| vs. | § Case No. 5:21-CV-0844-XR § |
| GREGORY W. ABBOTT, et al., | § § § |
| *Defendants*. | § § § |

### ORDER GRANTING MOTION TO WITHDRAW DANIELLE AHLRICH AS COUNSEL

On this date, the Court considered the Unopposed Motion to Withdraw Danielle Ahlrich as Counsel filed by Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons ("HAUL Plaintiffs"). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that Danielle is withdrawn as counsel of record for HAUL Plaintiffs.

Date: December _____, 2022

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE