IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO *et al.*, <br> *Plaintiffs* | § § § § | |
| -vs- | § § | SA-21-CV-00844-XR |
| GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVENOR OF TEXAS *et al.*; <br> *Defendants* | § § § § § | *CONSOLIDATED CASES* |

## ORDER

On this date, the Court considered the motion to compel discovery responses from Defendant Harris County District Attorney Kim Ogg filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Fund ("Plaintiffs") (ECF No. 491).

The pending motion to compel (ECF No. 491) is set for a hearing on **Thursday, January 19, 2023** at **3:00 p.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. In addition to all pending motions, the parties should be prepared to discuss a new trial date and scheduling order.

It is so **ORDERED**.

**SIGNED** this 3rd day of January, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE