**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 5:21-cv-0844-XR |
| | § | |
| GREGORY W. ABBOTT, et al., | § | |
| | § | |
| Defendants. | § | |

**<u>UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL</u>**

Please take note that Graham W. White hereby respectfully moves the Court to permit him to withdraw as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. Mr. White will be departing Elias Law Group LLP effective January 6, 2023. Plaintiffs will continue to be represented by Marc E. Elias, Uzoma Nkwonta, Christopher D. Dodge, Joseph Posimato, Meaghan E. Mixon, Noah B. Baron, Marcos Mocine-McQueen, Michael B. Jones, Elena Rodriguez Armenta, and Daniela Lorenzo of Elias Law Group, and James A. Rodman of Rodman Law Office. Counsel for all parties in this case have been notified and confirmed that they do not oppose Mr. White's withdrawal.

Dated: January 6, 2023

/s/Graham W. White
Uzoma N. Nkwonta*
Christopher D. Dodge*
Noah B. Baron*
Michael B. Jones*
Elena Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Graham W. White*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elias.law
nbaron@elias.law
mjones@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
gwhite@elias.law

James A. Rodman
Texas State Bar No. 17139525
**RODMAN LAW OFFICE**
5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
Telephone: (512) 481-0400
Facsimile: (512) 481-0500
jimrodman@rodmanlawoffice.com

*Counsel for Plaintiffs*
*LULAC TEXAS, VOTO*
*LATINO, TEXAS ALLIANCE FOR*
*RETIRED*
*AMERICANS, TEXAS AFT*

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 6th day of January, 2023.

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta