# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 5:21-cv-0844-XR |
| GREGORY W. ABBOTT, et al., | | |
| Defendants. | | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

The Court, having considered the Plaintiff's Unopposed Motion to Withdraw Appearance of Counsel, finds that the motion be GRANTED.

IT IS THEREFORE ORDERED that Graham W. White shall be withdrawn as counsel for Plaintiffs.

SIGNED on this ___ day of _____, 2023.

_____
United States District Judge