IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> *Defendants.* | § § § § § § § § § § § § § § § CIVIL ACTION NO. 5:21-CV-00844-XR <br> (Consolidated Case) |

## DEFENDANT DISTRICT ATTORNEY KIM OGG'S
## UNOPPOSED MOTION TO CONTINUE HEARING

COMES NOW, Defendant District Attorney Kim Ogg, in her capacity as Harris County District Attorney, by and through the undersigned counsel, hereby respectfully submits this Unopposed Motion to Continue Hearing, and states as follows:

1. A hearing on the OCA Plaintiffs' Opposed Motion to Compel Defendant Ogg's Answers to Interrogatories and Production of Documents in this matter is currently set for January 19, 2023.

2. The parties have conferred and agreed that it would be beneficial to seek a continuance of such hearing due to scheduling conflicts.

3. Defendant's counsel will be out of the county on January 19, 2023.

4. The parties have reached a mutually agreeable proposed date of February 16, 2023, at 1:30 p.m.

67208648.v1

WHEREFORE, Defendant District Attorney Kim Ogg, respectfully requests this Honorable Court enter an Order GRANTING Defendant District Attorney Kim Ogg's Unopposed Motion to Continue Hearing and continue the hearing to February 16, 2023, at 1:30 p.m..

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols
State Bar No. 14994900
eric.nichols@butlersnow.com
Victoria A. Giese
State Bar No. 24126391
victoria.giese@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols