IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ARTICULATE ENERGY LIMITED<br><br>Plaintiff,<br><br>v.<br><br>DYNASTY ENERGY SERVICES, LLC<br><br>Defendant. | Case No. MO:22-CV-00040-DC |

## ORDER

Before the Court is Defendant Dynasty Energy Services, LLC's Motion to Withdraw Karson Thompson as Counsel. Having considered the motion, the Court enters the following order:

**IT IS ORDERED** that Defendant Dynasty Energy Services, LLC's Motion to Withdraw Karson Thompson as Counsel is **GRANTED**. Mr. Thompson is withdrawn as counsel of record and discharged of all further duties in this matter.

SIGNED on _____.

_____
PRESIDING JUDGE