# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, and WORKERS DEFENSE ACTION FUND, <br><br>    *Plaintiffs,* <br><br> v. <br><br> TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR CLIFFORD TATUM *in his official capacity*, TRAVIS COUNTY CLERK REBECCA GUERRERO, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity*, <br><br>    *Defendants*. | Civil Case No. 1:21-CV-0780-XR <br><br> [Consolidated Lead Case No. 5:21-CV-0844-XR] |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW URJA MITTAL AS COUNSEL

Upon consideration of Plaintiffs' Unopposed Motion to Withdraw Urja Mittal as Counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund (collectively, "Plaintiffs"), it is hereby:

**ORDERED** that Plaintiffs' Unopposed Motion to Withdraw Urja Mittal as Counsel is **GRANTED**. The appearance of Urja Mittal for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by

remaining counsel of record.

Date: _____           _____
                                      XAVIER RODRIGUEZ
                                      UNITED STATES DISTRICT JUDGE