IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, and WORKERS DEFENSE ACTION FUND, <br><br>  *Plaintiffs,* <br><br> v. <br><br> TEXAS SECRETARY OF STATE JOHN SCOTT, *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR CLIFFORD TATUM *in his official capacity*, TRAVIS COUNTY CLERK REBECCA GUERRERO, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity*, <br><br>  *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Case No. 1:21-CV-0780-XR <br><br> [Consolidated Lead Case No. 5:21-CV-0844-XR] |

**<u>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW SOPHIA CAI AS COUNSEL</u>**

Upon consideration of Plaintiffs' Unopposed Motion to Withdraw Sophia Cai as Counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund (collectively, "Plaintiffs"), it is hereby:

**ORDERED** that Plaintiffs' Unopposed Motion to Withdraw Sophia Cai as Counsel is **GRANTED**. The appearance of Sophia Cai for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by

remaining counsel of record.

Date: _____  _____
                                    XAVIER RODRIGUEZ
                                    UNITED STATES DISTRICT JUDGE