IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State[1], Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, "State Defendants"), file this Notice of Appearance of Counsel and hereby notify the Court that J. Aaron Barnes will appear as counsel for State Defendants in the above-captioned case along with counsel listed below. Mr. Barnes is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

J. Aaron Barnes
Tex. State Bar No. 24099014
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-2021
Fax: (512) 457-4410
aaron.barnes@oag.texas.gov

---

[1] Jane Nelson was appointed the 115th Texas Secretary of State by Governor Greg Abbott on January 5, 2023.

| | |
|---|---|
| Date: January 10, 2023 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | WILLIAM T. THOMPSON<br>Acting Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| BRENT WEBSTER<br>First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| | */s/ J. Aaron Barnes*<br>J. AARON BARNES<br>Special Counsel<br>Tex. State Bar No. 24099014 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>will.thompson@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>aaron.barnes@oag.texas.gov |

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on January 10, 2023, and that all counsel of record were served by CM/ECF.

*/s/ J. Aaron Barnes*
J. Aaron Barnes