IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

San Antonio

| | |
|---|---|
| La Union del Pueblo Entero et al. § § § § § | |
| vs. § | Case No. 5:21-cv-00844-XR |
| § § | |
| Gregory W. Abbott et al. § § § | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Elias Law Group |
| Street | 250 Massachusetts Ave NW |
| | Suite 400 |
| City, State, Zip | Washington, DC 20001 |
| Telephone/Fax | 202-968-4490 |
| State Bar # | New York 5708367 |

Respectfully submitted,

*Elena Rodriguez-Armenta*

Elena Rodriguez-Armenta

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov