IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | Case No. _____ |
| | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

Firm              _____

Street            _____

                  _____

City, State, Zip  _____

Telephone/Fax     _____

State Bar #       _____


Respectfully submitted,

_____

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov