UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

OCA-Greater Houston, et al.

vs.

Gregory W. Abbott, in his official capacity as
Governor of Texas, et al.

Case No.: 5:21-cv-844-XR

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Alyssa G. Bernstein, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent OCA-Greater Houston Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jenner & Block, LLP with offices at:

    Mailing address: 1099 New York Avenue, NW Suite 900

    City, State, Zip Code: Washington, DC 20001-4412

    Telephone: 1-202-639-6029     Facsimile: 1-202-424-9296

2. Since 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of District of Columbia. Applicant's bar license number is 1671655.

3. Applicant has been admitted to practice before the following courts:

    Court:           Admission date:
    N/A

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Zachary Dolling, Texas Civil Rights Project

Mailing address: 1405 Montopolis Drive

City, State, Zip Code: Austin, TX 78741

Telephone: 512-496-4746

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Alyssa G. Bernstein to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Alyssa G. Bernstein
[printed name of Applicant]

/s/Alyssa G. Bernstein
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12 day of January, 2023.

Alyssa G. Bernstein
[printed name of Applicant]

/s/ Alyssa G. Bernstein
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

OCA-Greater Houston, et al.

vs.                                                    Case No.: 5:21-cv-844-XR

Gregory W. Abbott, in his official capacity as
Governor of Texas, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Alyssa G. Bernstein, counsel for OCA-Greater Houston Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Alyssa G. Bernstein may appear on behalf of OCA-Greater Houston Plaintiffs in the above case.

IT IS FURTHER ORDERED that Alyssa G. Bernstein, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of January, 20____.

_____
UNITED STATES DISTRICT JUDGE