IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
| vs. | § | Case No. _____ |
|  | § |  |
|  | § |  |
|  | § |  |
|  | § |  |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

Firm          _____
Street        _____
              _____
City, State, Zip   _____
Telephone/Fax _____
State Bar #   _____

Respectfully submitted,

*Christopher D. Dodge*

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov