IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

**STIPULATED DISCLOSURE DEADLINE FOR GENERAL ELECTION WITNESSES**

Pursuant to this Court's standing instruction, *see* Fact Sheet for Judge Xavier Rodriguez ¶ 34, all parties have agreed that by **February 24, 2023**, they will complete disclosure of individuals likely to have discoverable information with respect to the November 2022 General Election—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

DATE: January 24, 2023

        Respectfully submitted,

        KRISTEN CLARKE
        Assistant Attorney General
        Civil Rights Division

        ELISE C. BODDIE
        Principal Deputy Assistant Attorney General
        Civil Rights Division


        */s/ Daniel J. Freeman*
        T. CHRISTIAN HERREN, JR.
        RICHARD A. DELLHEIM
        DANIEL J. FREEMAN
        DANA PAIKOWSKY
        MICHAEL E. STEWART
        JENNIFER YUN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530

## CERTIFICATE OF CONFERRAL

      Pursuant to Local Rule CV-7(G), I hereby certify that over several dates in December 2022 and January 2023, my co-counsel and I conferred with counsel for Plaintiffs, Defendants, and Intervenors in this action regarding the above stipulation.  All parties have consented.

                                  */s/ Daniel J. Freeman*
                                  Daniel J. Freeman
                                  Civil Rights Division
                                  U.S. Department of Justice
                                  950 Pennsylvania Ave, NW
                                  Washington, DC 20530
                                  (202) 305-5451

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                             */s/ Daniel J. Freeman*
                                             Daniel J. Freeman
                                             Civil Rights Division
                                             U.S. Department of Justice
                                             950 Pennsylvania Ave, NW
                                             Washington, DC 20530
                                             (202) 305-5451