# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión del Pueblo Entero, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| Greg Abbott, *et al.*, | § § | Case No. 5:21-cv-00844-XR [Lead Case] |
| *Defendants.* | § § § | |
| Harris County Republican Party, *et al.*, | § § § | |
| *Intervenor-Defendants.* | | |

### UNOPPOSED JOINT MOTION TO EXTEND DEADLINE TO CONCLUDE DISCOVERY RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.

Plaintiff La Union del Pueblo Entero, *et al.* and Defendant Intervenors Harris County Republican Party, *et al.* file this joint motion to request that the Court extend the deadline to conclude discovery by or upon Defendant Intervenors on matters related to the primary election to March 3, 2023.

On December 9, 2022, the Court ordered "[t]he deadline for discovery by or upon Defendant Intervenors on matters related to the primary election is hereby extended to January 27, 2023." ECF 490.

Private Plaintiffs and Defendant Intervenors met in good faith on January 6, 2023, and exchanged emails on December 13, December 27, January 2, January 4, January 5, January 12, and January 16. Private Plaintiffs and Defendant Intervenors have made progress with respect to

1

negotiating the scope of document production and depositions but need additional time to complete this phase of discovery.

LUPE Plaintiffs and Defendant Intervenors therefore respectfully request that the deadline to conclude discovery by or upon Defendant Intervenors with respect to the 2022 Primary Election be extended to March 3, 2023.  LUPE Plaintiffs and Defendant Intervenors make this request jointly and not for the purposes of delay.  No other party opposes this motion.

January 26, 2023

/s/ Nina Perales
Nina Perales
Julia R. Longoria
*MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND*
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210 224-5382
nperales@maldef.org
jlongoria@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
*FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP*
One New York Plaza
New York, New York 10004
Telephone:  (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com
* Admitted pro hac vice

**Attorneys for Plaintiffs:**
*LA UNIÓN DEL PUEBLO ENTERO*
*SOUTHWEST VOTER REGISTRATION*

Respectfully submitted,

s/ John M. Gore
John M. Gore
E. Stewart Crosland*
Stephen J. Kenny*
Charles E.T. Roberts
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
skenny@jonesday.com
cetroberts@jonesday.com

Counsel for Proposed Intervenor-Defendants
*Pro hac vice

EDUCATION PROJECT
MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS
TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION
JOLT ACTION
WILLIAM C. VELASQUEZ INSTITUTE
FIEL HOUSTON INC.

/s/ Sean Morales-Doyle
Sean Morales-Doyle
Eliza Sweren-Becker*
Jasleen K. Singh*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu
patrick.berry@nyu.edu
andrew.garber@nyu.edu
* Admitted pro hac vice

Paul R. Genender
Texas State Bar No. 00790758
Elizabeth Y. Ryan
Texas State Bar No. 24067758
Megan Cloud
Texas State Bar No. 24116207
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Liz.Ryan@weil.com
Paul.Genender@weil.com
Megan.Cloud@weil.com

**Attorneys for Plaintiffs:**
*FRIENDSHIP-WEST BAPTIST CHURCH*
*ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS*
*TEXAS IMPACT*
*JAMES LEWIN*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Plaintiffs, Defendants and Intervenor-Defendants regarding this motion on January 25 and 26. Intervenor-Defendants join this motion. Defendants do not oppose this motion. Plaintiff the United States does not oppose this motion. Private Plaintiffs Mi Familia Vota, HAUL, OCA-Greater Houston, *et al.* and LULAC do not oppose this motion.

/s/ Nina Perales
NINA PERALES

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 26, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Julia R. Longoria*
JULIA R. LONGORIA