## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | Case No. 5:21-cv-00844-XR |
| | § | [Lead Case] |
| *Defendants.* | § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § | |
| *Intervenor-Defendants.* | | |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO CONCLUDE DISCOVERY RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.

Pending before the Court is LUPE Plaintiffs' and Defendant Intervenors' Joint Motion to Extend Deadline to Conclude Discovery Related to the 2022 Primary Election by or Upon Defendant Intervenors Harris County Republican Party, *et al.*

Upon review of the request, the motion is GRANTED.  The deadline to conclude discovery related to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, *et al.* is March 3, 2023.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE