UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>*Defendants.*<br><br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants.* | Lead Case No: 5:21-cv-844-XR<br>[Lead Case] |

## UNOPPOSED MOTION TO EXTEND EXPERT DEADLINES FOR THE GENERAL ELECTION DISCOVERY PERIOD

Plaintiffs LULAC, Voto Latino, Texas AFT, and Texas ARA ("LULAC Plaintiffs") file this unopposed motion to extend the current expert discovery deadlines for the general election discovery period in order to account for ongoing fact discovery related to the 2022 General Election. LULAC Plaintiffs have conferred in good faith with all parties as to this request and no party opposes the request. Except as set forth below, all other deadlines in the Court's Amended Scheduling Order, ECF No. 437, would remain unchanged and unaffected by this request.

Specifically, LULAC Plaintiffs respectfully request that the Court grant the following unopposed modifications to the amended scheduling order:

1.  The deadline for parties asserting claims for relief to file their designation of testifying experts and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) would be extended from February 3, 2023 to **February 10, 2023**. The parties also agree to an additional ten-day extension to February 20 for LULAC Plaintiffs' expert witness, Dr. Kenneth Mayer, with an extension until March 12 for any rebuttal reports specific to Dr. Mayer.

2. The deadline for parties resisting claims for relief to file their designation of testifying experts and serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) would be extended from February 23, 2023 to **March 2, 2023**.

3. The deadline for filing supplemental reports required under by Fed. R. Civ. P. 26(e) would be extended from April 7, 2023 to **April 18, 2023**.

4. The deadline for completion of expert discovery on matters related to the general election, including depositions of experts, as to all parties would be extended from March 31, 2023 to **April 11, 2023**. The parties agree to keep open the depositions of Plaintiffs' experts for the purposes of supplemental reports, whereby any additional deposition taking place after the close of expert discovery will be limited solely to the content of any supplemental report, and not be used to reopen any deposition as to the content of general expert reports except to the extent that a supplemental report has altered or amended the content of such general reports.

The foregoing proposed modifications to the amended scheduling order are summarized in the table below:

| Event | Current Deadline | Requested Extension |
|---|---|---|
| Plaintiffs' Designation of Experts and service of Fed. R. Civ. P. 26(a)(2)(B) materials | February 3 | **February 10**\*<br><br>*\*with a ten-day extension to February 20 for expert Dr. Kenneth Mayer, with an extension to the rebuttal deadline to March 12* |
| State and Defendant-Intervenors' Designation of Experts and Service of by Fed. R. Civ. P. 26(a)(2)(B) materials | February 23 | **March 2** |
| Filing Supplemental Reports required under by Fed. R. Civ. P. 26(e) | April 7 | **April 18** |
| Completion of Expert Discovery including depositions of experts | March 31 | **April 11** |

LULAC Plaintiffs respectfully request that the Court grant the foregoing proposed extensions to expert discovery deadlines for the general election discovery period. A proposed order is attached to this motion.

Dated: February 3, 2023

Respectfully submitted,

*/s/ Christopher D. Dodge*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Noah B. Baron*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
nbaron@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law

*Counsel for LULAC Plaintiffs*

*Admitted Pro Hac Vice*