**United States Court of Appeals**

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
JAN 1 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                 DEPUTY

January 16, 2023

Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Mr. Eitan Berkowitz
ArentFox Schiff, L.L.P.
44 Montgomery Street
38th Floor
San Francisco, CA 94104

Mr. John C. Bonifaz
Free Speech For People
48 N. Pleasant Street
Suite 304
Amherst, MA 01002

Mr. Kenneth Eugene Broughton Jr.
Reed Smith, L.L.P.
811 Main Street
Suite 1700
Houston, TX 77002-6110

Mr. Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Ms. Sarah Xiyi Chen
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Ben Clements
Free Speech For People
1320 Centre Street
Suite 405
Newton, MA 02459

Mr. William Francis Cole
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Ryan Vincent Cox
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Aaron J. Curtis
Weil, Gotshal & Manges, L.L.P.
767 5th Avenue
New York, NY 10153-0119

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

Mr. Zachary Dolling
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Victor Genecin
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Mr. Paul Richard Genender
Weil, Gotshal & Manges, L.L.P.
200 Crescent Court
Suite 300
Dallas, TX 75201

Mr. Derek Ha
ArentFox Schiff, L.L.P.
44 Montgomery Street
38th Floor
San Francisco, CA 94104

Mr. Peter Thomas Hofer
Disability Rights Texas

Central Texas Regional Office
2222 W. Braker Lane
Austin, TX 78758

Ms. Jennifer A. Holmes
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Suite 600
Washington, DC 20005

Ms. Courtney Marie Hostetler
Free Speech For People
1320 Centre Street
Suite 405
Newton, MA 02459

Mr. Jason Scott Kanterman
Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Mr. Michael Courtney Keats
Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Ms. Julia Renee Longoria
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
Suite 300
San Antonio, TX 78205

Ms. Rebecca L. Martin
Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Mr. Christian Menefee
Harris County Attorney's Office
1019 Congress Street
15th Floor
Houston, TX 77002

Mr. Hani Mirza
Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77004

Mr. Sean Morales-Doyle

Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271

Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
San Antonio, TX 78205

Mr. Bradley R. Prowant
Stoel Rives, L.L.P.
33 S. 6th Street
Suite 4200
Minneapolis, MN 55402

Mr. J. Michael Showalter
ArentFox Schiff, L.L.P.
233 S. Wacker Drive
Willis Tower
Suite 7100
Chicago, IL 60606

Ms. Lisa Snead
Disability Rights Texas
Central Texas Regional Office
2222 W. Braker Lane
Austin, TX 78758

Mr. Samuel Spital
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
New York, NY 10006-1738

Mr. Patrick K. Sweeten
Office of the Attorney General of Texas
Special Counsel Unit
P.O. Box 12548
Mc-009
Austin, TX 78711-2548

Mr. William Thomas Thompson
Office of the Attorney General of Texas
Special Litigation Unit
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548

Mr. Zachary Tripp
Weil, Gotshal & Manges, L.L.P.
2001 M Street, N.W.

Suite 600
Washington, DC 20036

Mr. Jerry Vattamala
Asian American Legal Defense & Educational Fund
99 Hudson Street
12th Floor
New York, NY 10013

Ms. Shira Wakschlag
Arc of The United States, Incorporated
1825 K Street, N.W.
Suite 1200
Washington, DC 20006

No. 22-50775   La Union del Pueblo v. Nelson
USDC No. 5:21-CV-844-XR
USDC No. 5:21-CV-848-XR (consol w/ 5:21cv844-XR)
USDC No. 5:21-CV-920-XR (consol w/ 5:21cv844-XR)

Dear Ms. Amunson, Mr. Berkowitz, Mr. Bonifaz, Mr. Broughton, Mr. Cepeda Derieux, Ms. Chen, Mr. Clements, Mr. Cole, Mr. Cox, Mr. Curtis, Mr. Devlin, Mr. Dolling, Mr. Genecin, Mr. Genender, Mr. Ha, Mr. Hofer, Ms. Holmes, Ms. Hostetler, Mr. Kanterman, Mr. Keats, Ms. Longoria, Ms. Martin, Mr. Menefee, Mr. Mirza, Mr. Morales-Doyle, Ms. Perales, Mr. Prowant, Mr. Showalter, Ms. Snead, Mr. Spital, Mr. Sweeten, Mr. Thompson, Mr. Tripp, Mr. Vattamala, Ms. Wakschlag,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:

Case No. 22-50775

---

No. 22-50775

---

La Union del Pueblo Entero; Friendship-West Baptist Church; Anti-Defamation League Austin, Southwest, and Texoma; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; James Lewin; Fiel Houston, Incorporated,

    Plaintiffs - Appellees

v.

Jane Nelson, In Her Official Capacity as Texas Secretary of State; Warren K. Paxton, In His Official Capacity as Attorney General of Texas; State of Texas,

    Defendants - Appellants

---

consolidated with
No. 22-50777

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

    Plaintiffs - Appellees

v.

Gregory W. Abbott, In His Official Capacity as Governor of Texas; Jane Nelson, In Her Official Capacity as Secretary of State of Texas; Warren K. Paxton, In His Official Capacity as Attorney General of Texas,

    Defendants - Appellants

---

Delta Sigma Theta Sorority, Incorporated; Houston Area Urban League, The Arc of Texas; Jeffrey Lamar Clemmons,

    Plaintiffs - Appellees

v.

Gregory Wayne Abbott, In His Official Capacity as the Governor of Texas; Warren Kenneth Paxton, Jr., In His Official Capacity as the Attorney General of Texas,

        Defendants - Appellants

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

        Plaintiffs - Appellees

v.

Greg Abbott, In His Official Capacity as Governor of Texas; Jane Nelson, In Her Official Capacity as Texas Secretary of State; Warren Kenneth Paxton, Jr., In His Official Capacity as Attorney General of Texas,

        Defendants - Appellants

---

consolidated with
No. 22-50778

---

La Union Del Pueblo Entero; Et al,

        Plaintiffs

v.

Gregory W. Abbott, In His Official Capacity as Governor of Texas; Et al,

        Defendants

---

OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas; Workers Defense Action Fund,

        Plaintiffs - Appellees

v.

Jane Nelson, In Her Official Capacity as Texas Secretary of State; Ken Paxton, Texas Attorney General,

        Defendants - Appellants