# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>*Defendants.*<br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants.* | Lead Case No: 5:21-cv-844-XR<br>[Lead Case] |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DEADLINES FOR THE GENERAL ELECTION DISCOVERY PERIOD

Pending before the Court is Plaintiffs LULAC, Voto Latino, Texas AFT, and Texas ARA ("LULAC Plaintiffs") unopposed motion to extend the current expert discovery deadlines for the general election discovery period (ECF No. 516).

Upon review of the request, the motion is **GRANTED**. The expert discovery deadlines set forth in this Court's Amended Scheduling Order, ECF No. 437, are modified as follows:

1. The deadline for parties asserting claims for relief to file their designation of testifying experts and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) is extended from February 3, 2023 to **February 10, 2023**. An additional ten-day extension to February 20 is provided for LULAC Plaintiffs' expert witness, Dr. Kenneth Mayer, with an extension to March 12 for any rebuttal reports specific to Dr. Mayer.

2. The deadline for parties resisting claims for relief to file their designation of testifying experts and serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) is extended from February 23, 2023 to **March 2, 2023**.

3. The deadline for filing supplemental reports required under by Fed. R. Civ. P. 26(e) is extended from April 7, 2023 to **April 18, 2023**.

4. The deadline for completion of expert discovery on matters related to the general election, including depositions of experts, as to all parties is extended from March 31, 2023 to **April 11, 2023**. Depositions of Plaintiffs' experts for the purposes of supplemental reports will remain open. Any additional deposition taking place after the close of expert discovery will be limited solely to the content of any supplemental report, and not be used to reopen any deposition as to the content of general expert reports except to the extent that a supplemental report has altered or amended the content of such general reports.

SO ORDERED and SIGNED this 8th day of February 2023.

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE