UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § <br>     *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREGORY ABBOTT, et al. § <br>     *Defendants*. § <br> § | 5:21-CV-0844-XR <br> (Consolidated Cases) |

## DEFENDANTS DYANA LIMON-MERCARDO[1] AND JOSÉ GARZA'S UNOPPOSED MOTION TO WITHDRAW SHERINE THOMAS AS COUNSEL

Pursuant to Local Court Rule AT-3, Defendants Dyana Limon-Mercado and José Garza (collectively, "Travis County Defendants") file this unopposed motion to withdraw Sherine Thomas as counsel in this matter.

Ms. Thomas is leaving the Travis County Attorney's Office. Travis County Defendants will continue to be represented by counsel listed below. This withdrawal will not delay any proceedings. The motion is unopposed.

For the reasons stated above, Travis County Defendants respectfully request that this Court grant this unopposed motion to withdraw Sherine Thomas as counsel and remove Ms. Thomas from further electronic notifications in this case.

Respectfully submitted,

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:    (512) 854-9513
Facsimile:    (512) 854-4808

---

[1] Travis County Clerk Dyana Limon-Mercado took office as the duly elected Travis County Clerk effective January 1, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Travis County Clerk Limon-Mercado is automatically substituted as a party herein.

          By:    */s/ Anthony J. Nelson*

LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
PATRICK T. POPE
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

**ATTORNEYS FOR DEFENDANTS DYANA LIMON-MERCADO AND JOSÉ GARZA, IN THEIR OFFICIAL CAPACITIES AS TRAVIS COUNTY CLERK, AND DISTRICT ATTORNEY, RESPECTIVELY.**

## CERTIFICATE OF CONFERENCE

I certify that on February 7, 2023, I conferred via e-mail with counsel for all parties regarding the contents of this motion, and none are opposed to this Motion.

    */s/ Anthony J. Nelson*
    ANTHONY J. NELSON
    PATRICK T. POPE
    Assistant County Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 8th day of February, 2023.

    */s/ Anthony J. Nelson*
    ANTHONY J. NELSON
    PATRICK T. POPE
    Assistant County Attorneys

*La Unión del Pueblo Entero, et al. v. Greg Abbott, et al.*
Defendants Dyana Limon-Mercado and José Garza's Unopposed Motion to Withdraw Sherine Thomas as Counsel
383.141 / 1104434.2    Page **2** of **2**