IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> THE STATE OF TEXAS, et al., § <br> § <br> *Defendants.* § <br> § | Consolidated Case <br> No: 5:21-cv-00844-XR |

## DEFENDANT LISA WISE'S DESIGNATION
## OF POTENTIAL TESTIFYING EXPERTS

Pursuant to the Court's June 8, 2022 Amended Scheduling Order (ECF No. 437), Defendant Lisa Wise, by and through her undersigned attorneys, hereby submits this Designation of Potential Testifying Experts. Defendant Wise reserves the right to designate and call additional or different witnesses based upon further discovery, any Court pretrial rulings, or evidence presented at trial, including rebuttal witnesses. Defendant Wise further reserves the right to call any witnesses identified by Plaintiffs, Intervenors, or Co-Defendants on any of their potential or final witness lists.

**I. Potential Testifying Experts**

Jed Untereker
Christina Sanchez
Erica Rosales
El Paso County Attorney's Office
500 E. San Antonio
El Paso, TX 79901
(915) 546-2000

Ranjana Natarajan
States United Democracy Center
1801 E 51st St., Suite 365, No. 334

    Austin, TX 78723
    (323) 422-8578

    Kathleen Hartnett
    Cooley LLP
    3 Embarcadero Center, 20th Floor
    San Francisco, CA 94111-4004
    (415) 693-2000

    Orion Armon
    Cooley LLP
    1144 15th Street
    Suite 2300
    Denver, CO 80202-2686
    (720) 566-4000

Mr. Untereker, Ms. Sanchez, Ms. Rosales, Ms. Natarajan, Ms. Hartnett, and Mr. Armon may present testimony regarding attorneys' fees in this matter. Defendant Wise also reserves the right to call any witnesses on Plaintiffs', Intervenors', or Co-Defendants' witness lists or offered by Plaintiffs, Intervenors, or Co-Defendants.

The parties have not yet completed discovery in this case. Defendant Wise therefore reserves the right to supplement this Designation pursuant to the Court's Amended Scheduling Order and the Federal Rules of Civil Procedure if additional witnesses and/or documents are identified during discovery.

Dated: February 10, 2023.                    Respectfully submitted,

/s/ Orion Armon
Orion Armon (CO SBN 34923)
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099
oarmon@cooley.com

**COOLEY LLP**
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
David Louk* (CA SBN 304654)
dlouk@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

**COOLEY LLP**
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: + 1 858 550-6196
Facsimile: + 1 213 561-3244

**STATES UNITED DEMOCRACY CENTER**
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: +1 240 600-1316
marina@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: +1 224 235-2606
robert@statesuniteddemocracy.org

*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

-5-

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                               */s/ Orion Armon*
                                                               Orion Armon