IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*, §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>Gregory W. Abbott, *et al.*, §<br>§<br>Defendants. § | Case No. 5:21-cv-00844-XR<br>[Lead Case] |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
### WILLIAM T. THOMPSON AS COUNSEL

Pursuant to Local Rule AT-3, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") file this Unopposed Motion to Withdraw William T. Thompson as their counsel in this matter.

Mr. Thompson has accepted a position outside the Office of the Attorney General of Texas. State Defendants will continue to be represented by counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, State Defendants respectfully request that the Court grant this motion to withdraw William T. Thompson as their counsel of record and remove Mr. Thompson from all further electronic notifications regarding this case.

| | |
|---|---|
| Date: February 10, 2023 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ William T. Thompson |
| Attorney General of Texas | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Division |
| BRENT WEBSTER | Tex. State Bar No. 24088531 |
| First Assistant Attorney General | |
| | KATHLEEN T. HUNKER |
| | Special Counsel |
| | Tex. State Bar No. 24118415 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | will.thompson@oag.texas.gov |
| | kathleen.hunker@oag.texas.gov |

**COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that on February 6 and 7, 2023, State Defendants' counsel conferred with all counsel by email and that none were opposed to this motion.

/s/ William T. Thompson
WILLIAM T. THOMPSON

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF on February 10, 2023, and that all counsel of record were served via CM/ECF.

/s/ William T. Thompson
WILLIAM T. THOMPSON