## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | Case No. 5:21-cv-00844-XR |
| v. § | [Lead Case] |
| § | |
| GREGORY W. ABBOTT, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered State Defendants' Unopposed Motion to Withdraw William T. Thompson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas.

SIGNED this _____ day of _____, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE