**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

LA UNION DEL PUEBLO ENTERO, et al.,

*Plaintiffs*,

v.

GREGORY W. ABBOTT, et al.,

*Defendants*.

5:21-cv-0844-XR

Consolidated with

Case No. 5:21-cv-0780-XR
Case No. 5:21-cv-0786-XR
Case No. 5:21-cv-0848-XR
Case No. 5:21-cv-0920-XR

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Please take note that, pursuant to Local Court Rule AT-3, Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, collectively ("HAUL Plaintiffs"), file this motion to withdraw R. Gary Spencer as counsel. Mr. Spencer will no longer be working on this matter. HAUL Plaintiffs will continue to be represented by counsel at LDF, and co-counsel Reed Smith LLP and The Arc of the United States, Inc. Defendants' counsels of record do not oppose this motion for withdrawal.

Respectfully submitted by,

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., REED SMITH LLP, THE ARC OF THE UNITED STATES, INC.

 */s/ R. Gary Spencer*
R. Gary Spencer*†
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005

Telephone: (202) 682-1300
Facsimile: (202) 682-1312
rgspencer@naacpldf.org


*Admitted Pro Hac Vice*

†Mailing address *only* (licensed in and working remotely from South Carolina)

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Defendants about this motion, and they do not oppose the relief requested.

_/s/ R. Gary Spencer_
R. Gary Spencer

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 14, 2023 and that all counsel of record were served by CM/ECF.


February 14, 2023

/s/ R. Gary Spencer
R. Gary Spencer