# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants*. | 5:21-cv-0844-XR  Consolidated with  Case No. 5:21-cv-0780-XR Case No. 5:21-cv-0786-XR Case No. 5:21-cv-0848-XR Case No. 5:21-cv-0920-XR |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Upon consideration of the Unopposed Motion to Withdraw Appearance as Counsel for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "HAUL Plaintiffs"), and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Unopposed Motion to Withdraw Appearance as Counsel for HAUL Plaintiffs, be and is hereby, **GRANTED**. The appearance of R. Gary Spencer for HAUL Plaintiffs is withdrawn, and he shall be removed from all service lists pertaining to this action. HAUL Plaintiffs will continue to be represented by remaining counsel of record.

Date: _____, 2023

                                                    XAVIER RODRIGUEZ
                                                    UNITED STATES DISTRICT JUDGE