# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, ET AL., <br>     Plaintiffs, <br> v. <br> GREGORY W. ABBOTT, ET AL., <br>     Defendants. | No. 5:21-cv-844-XR |

### STATE OF TEXAS' NOTICE OF APPEARANCE OF COUNSEL

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in his official capacity as Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas ("State Defendants"), files this Notice of Appearance of Counsel and hereby notifies the Court that Christopher D. Hilton will appear as counsel in the above-captioned case along with counsel listed below. Christopher D. Hilton is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is contained in the signature block:

| | |
|---|---|
| Date: February 15, 2023 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | /s/ CHRISTOPHER HILTON<br>CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | KATHLEEN HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | J. AARON BARNES<br>Special Counsel<br>Tex. State Bar No. 24099014 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Chris.hilton@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>aaron.barnes@oag.texas.gov |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 15, 2023, and that all counsel of record were served by CM/ECF.

/s/ CHRISTOPHER HILTON
CHRISTOPHER D. HILTON