AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:21-cv-00844-XR |
| Gregory W. Abbott, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
OCA- GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP-TEXAS, and WORKERS DEFENSE ACTION FUND                                                                                              .

Date:   02/15/2023

/s/Edgar Saldivar
*Attorney's signature*

Edgar Saldivar, TX Bar No. 24038188
*Printed name and bar number*
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288

*Address*

esaldivar@aclutx.org
*E-mail address*

(713) 942-8146
*Telephone number*

(713) 942-8966
*FAX number*