FILED
FEB 15 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 15, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50775   La Union del Pueblo v. Nelson
                  USDC No. 5:21-CV-844
                  USDC No. 5:21-CV-848
                  USDC No. 5:21-CV-920

The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants' reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Jessica Ring Amunson
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Ms. Whitney A. Brown
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Ms. Sarah Xiyi Chen
Mr. Thomas Paul Clancy
Mr. Ben Clements
Mr. William Francis Cole
Mr. Ryan Vincent Cox
Mr. Aaron J. Curtis
Mr. Philip Devlin
Mr. Zachary Dolling
Mr. Victor Genecin
Mr. Paul Richard Genender
Mr. Derek Ha
Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Jason Scott Kanterman
Mr. John Katuska
Mr. Michael Courtney Keats
Ms. Savannah Kumar

Ms. Sophia Lin Lakin
Ms. Julia Renee Longoria
Ms. Rebecca L. Martin
Mr. Christian Menefee
Mr. Hani Mirza
Mr. Sean Morales-Doyle
Ms. Nina Perales
Mr. Bradley R. Prowant
Mr. Edgar Saldivar
Mr. Ari J. Savitzky
Mr. J. Michael Showalter
Ms. Lisa Snead
Mr. Samuel Spital
Mr. William Thomas Thompson
Mr. Zachary Tripp
Mr. Jerry Vattamala
Ms. Shira Wakschlag