UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>*Defendants.*<br><br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants.* | Lead Case No: 5:21-cv-844-XR<br>[Lead Case] |

**UNOPPOSED MOTION TO EXTEND DR. KENNETH MAYER'S EXPERT REPORT DEADLINE FOR THE GENERAL ELECTION DISCOVERY PERIOD**

Plaintiffs LULAC, Voto Latino, Texas AFT, and Texas Alliance for Retired Americans (collectively "LULAC Plaintiffs") file this unopposed motion to extend the current general election expert discovery deadline for Dr. Kenneth Mayer, as well as the deadline for any rebuttal reports specific to his report.

Dr. Mayer previously submitted an expert report and supplemental expert report in this matter during the primary election discovery period, *see* ECF Nos. 296, 388, and intends to submit an expert report for the general election period as well. However, Dr. Mayer underwent surgery on February 3, 2022, and accordingly LULAC Plaintiffs requested (and the Court granted) a 10-day extension of the expert disclosure deadlines specifically for Dr. Mayer. *See* ECF No. 516. In order to accommodate Dr. Mayer's ongoing recovery from surgery, LULAC Plaintiffs now respectfully request an additional two-week extension of Dr. Mayer's deadline, with a corresponding two-week extension for any rebuttal report. This would extend Dr. Mayer's expert report deadline from February 20, 2023 to **March 6, 2023** and similarly extend the deadline for

any corresponding rebuttal report from March 12, 2023 to **March 27, 2023**. No other deadlines in this case would be affected, including those set forth in the Court's Amended Scheduling Order, ECF No. 437, or in its February 8, 2023 order modifying certain expert discovery deadlines, ECF No. 518. The State Defendants and Intervenor-Defendants have indicated that they are unopposed to the motion. No other party has indicated that it intends to oppose LULAC Plaintiffs' request.

LULAC Plaintiffs respectfully request that the Court grant the foregoing proposed extension to the expert disclosure deadline for the general election discovery period. A proposed order is attached to this motion.

Dated: February 20, 2023                Respectfully submitted,

                                        */s/ Christopher D. Dodge*
                                        Uzoma N. Nkwonta*
                                        Christopher D. Dodge*
                                        Michael B. Jones*
                                        Noah B. Baron*
                                        Elena A. Rodriguez Armenta*
                                        Daniela Lorenzo*
                                        Marcos Mocine-McQueen*
                                        **ELIAS LAW GROUP LLP**
                                        10 G Street NE, Suite 600
                                        Washington, D.C. 20002
                                        Telephone: (202) 968-4490
                                        unkwonta@elias.law
                                        cdodge@elais.law
                                        mjones@elias.law
                                        nbaron@elias.law
                                        erodriguezarmenta@elias.law
                                        dlorenzo@elias.law
                                        mmcqueen@elias.law

                                        *Counsel for LULAC Plaintiffs*

                                        *Admitted Pro Hac Vice*