UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>*Defendants.*<br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants.* | Lead Case No: 5:21-cv-844-XR<br>[Lead Case] |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DR. KENNETH MAYER'S EXPERT REPORT DEADLINE FOR THE GENERAL ELECTION DISCOVERY PERIOD

Pending before the Court is Plaintiffs LULAC, Voto Latino, Texas AFT, and Texas Alliance for Retired Americans' (collectively, "LULAC Plaintiffs") unopposed motion to extend the current expert discovery deadline for Dr. Kenneth Mayer for the general election discovery period, as well as the deadline for any rebuttal report thereto.

Upon review of the request, the motion is **GRANTED**. The expert discovery deadlines set forth in this Court's Amended Scheduling Order, ECF No. 437, and February 8, 2023 order, ECF No. 518, are modified as follows:

The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is extended from February

20, 2023 to **March 6, 2023**. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended from March 12, 2023 to **March 27, 2023.**

SO ORDERED and SIGNED this _____ day of _____ 2023.

 

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE