## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION ▾

La Union Del Pueblo Entero, et al.

vs.                                                    Case No.: 5:21-cv-00844-XR

Gregory W. Abbott, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Louis J. Capozzi III</u>, counsel for

<u>Intervenor-Defendants, Republican Committees</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Louis J. Capozzi III</u> may appear on behalf of <u>Intervenor-Defendants, Republican</u>

in the above case.

IT IS FURTHER ORDERED that <u>Louis J. Capozzi III</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____

UNITED STATES DISTRICT JUDGE ▾