IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

## THIRD SUPPLEMENT TO PLAINTIFF UNITED STATES' AMENDED INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(e), the United States submits this third supplement to its amended initial disclosures, ECF No. 132-1.  The disclosures below reference to the categories set forth in Federal Rule 26(a)(1)(i)-(iv) and by this Court during its November 16, 2021 status conference and are timely consistent with the Parties' Stipulated Disclosure Deadline for General Election Witnesses, ECF No. 512.

*Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information— that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.*

1. **Additional Tier 1 Individuals:**

   a. Roberto Benavides, c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741.  (512) 474-5073.  Mr. Benavides will likely have discoverable information regarding the impact of SB 1's mail voting identification provisions on his ability to cast a ballot during the 2022 general election.

   b. Jane Briggs Gamez, c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741.  (512) 474-5073.  Ms. Briggs Gamez will likely have discoverable information regarding the impact of SB 1's mail voting identification provisions on her ability to cast a ballot during the 2022 general election.

    c.  George Rigely, 13246 N. Hunters Cir., San Antonio, TX 78230.  (210) 492-4374. Mr. Rigely will likely have discoverable information regarding the impact of SB 1's mail voting identification provisions on his ability to cast a ballot during the 2022 general election.

Date:  February 24, 2023

> KRISTEN CLARKE
> Assistant Attorney General
> Civil Rights Division
>
> ELISE C. BODDIE
> Principal Deputy Assistant Attorney General
> Civil Rights Division
>
> */s/ Dana Paikowsky*    
> T. CHRISTIAN HERREN, JR.
> RICHARD A. DELLHEIM
> DANIEL J. FREEMAN
> DANA PAIKOWSKY
> MICHAEL E. STEWART
> JENNIFER YUN
> Attorneys, Voting Section
> Civil Rights Division
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, DC 20530

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 24, 2023, I served a true and correct copy of the foregoing via electronic mail on all counsel of record.

*/s/  Dana Paikowsky*
Dana Paikowsky
Voting Section
Civil Rights Division
U.S. Department of Justice
Dana.Paikowsky@usdoj.gov