# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 5:21-cv-844-XR |
| | § | [LEAD CASE] |
| GREG ABBOTT, *et al.*, | § | |
| *Defendants.* | § | |

### STATE DEFENDANTS' SECOND SUPPLEMENTAL DISCLOSURES

**To: The LUPE Plaintiffs, by and through their attorney of record, Nina Perales, Mexican American Legal Defense and Education Fund, 110 Broadway, Suite 300, San Antonio, TX 78205; The OCA-Greater Houston Plaintiffs, by and through their attorney of record, Mimi Marziani, Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741; HAUL Plaintiffs, by and through their attorney of record, Kathryn Sadasivan, NAACP Legal Defense and Educational Fund, Inc., 40 Rector Street, 5th Floor, New York, NY 10006; The LULAC Plaintiffs, by and through their attorney of record, Christopher D. Dodge, Elias Law Group LLP, 250 Massachusetts Ave NW, Washington, DC 20001; and The Mi Familia Vota Plaintiffs, by and through their counsel of record, Sean Lyons, Lyons & Lyons, P.C., 237 W. Travis Street, Suite 100, San Antonio, Texas 78205; The United States, by and through its attorney of record, Daniel J. Freeman, Civil Rights Division, U.S. Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530.**

Texas Governor Greg Abbott, Secretary of State Jane Nelson, and Attorney General Ken Paxton, each in his official capacity, and the State of Texas (collectively, "State Defendants") submit these supplemental disclosures in accordance with Rule 26(a)(1) of the Federal Rule of Civil Procedure. State Defendants make these disclosures subject to pending motions to dismiss on appeal and do not concede the viability of any claim against any State Defendant. Nor does any State Defendant waive any protections provided by the attorney work-product protection, attorney–client privilege, or any other applicable privilege, protection, doctrine, or immunity. State Defendants reserve the right to supplement these Supplemental Disclosures as additional discovery, investigation, and analysis may warrant. State Defendants likewise do not waive the right to object, on any grounds, to the evidentiary use of the information contained in these Disclosures or discovery requests relating to these

Disclosures.

**STATE DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES**

I.      **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support his or her claims or defenses, unless the use would be solely for impeachment.**

        A.      **Primary Individuals (Tier 1)**

The following persons may have discoverable information related to the claims and defenses at issue in these cases, including but not limited to the laws and procedures challenged in this case, the administration of Texas elections, the prevalence of actionable election misconduct in Texas, and the deviations from common practice that took place in the November 2020 election.

| Individual | Subject of Information |
|---|---|
| Christina Adkins<br>c/o Kathleen T. Hunker<br>Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, TX 78711-2548<br>(512) 936-2275 | Christina Adkins is the Legal Director of the Office of the Texas Secretary of State, Elections Division. She may have discoverable information on the claims and defenses at issue in these cases. She may have knowledge of facts related to election administration generally. She may also have information regarding the implementation or impact of S.B. 1 particularly with respect to voting by mail. Ms. Adkins may be contacted through State Defendants' counsel of record. |
| Chris Hollins | Mr. Hollins is the former Harris County Clerk. He may have discoverable information on voting practices related to S.B. 1. State Defendants do not have contact information for Mr. Hollins. |
| Keith Ingram<br>c/o Kathleen T. Hunker<br>Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, TX 78711-2548<br>(512) 936-2275 | Mr. Ingram is the Director of the Office of the Texas Secretary of State, Elections Division. He also testified before the Legislature during the consideration of S.B. 1. He may have discoverable information on the claims and defenses at issue in these cases. Mr. Ingram may be contacted through State Defendants' counsel of record. |

| | |
|---|---|
| Frank Phillips<br>c/o Kathleen T. Hunker<br>Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, TX 78711-2548<br>(512) 936-2275 | Mr. Phillips is the Election Administrator for Denton County. He may have discoverable information on the claims and defenses at issue in these cases. Mr. Phillips may have information on election administration generally. He may also have information regarding the implementation or impact of S.B. 1 as well as election-related misconduct in Denton County. Mr. Phillips may be contacted through State Defendants' counsel of record. |
| Jonathan White<br>c/o Kathleen T. Hunker<br>Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, TX 78711-2548<br>(512) 936-2275 | Mr. White was the Chief of the Office of the Attorney General of Texas, Elections Integrity Division. He also testified before the Legislature during the consideration of S.B. 1. He may have discoverable information on the claims and defenses at issue in these cases. He may have information regarding election-related investigations and prosecutions, to the extent those materials are not privileged. Mr. White may be contacted through State Defendants' counsel of record. |

## B.    Secondary Individuals (Tier 2)

State Defendants incorporate by reference the Secondary Individuals (Tier 2) included in their Amended Initial Disclosures, ECF 135, and Supplemental Disclosures, ECF 410, to the extent said individuals are not listed below, excepting any individuals disclosed as part of another tier. State Defendants also incorporate by reference in these disclosures the names of any and all persons (including individuals and entities) disclosed by Plaintiffs, Defendants, or Intervenors.

The following persons may have discoverable information related to the allegations set forth in Plaintiffs' live pleading and the defenses at issue in these cases, including but not limited the legislative passage of S.B. 1, the implementation and impact of S.B. 1, the prevalence of actionable election misconduct in Texas, the administration and enforcement of Texas elections, voter education and outreach, standing, and any disability-based claim. In addition, these persons may have information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence.

| Individual | Subject of Information |
|---|---|
| Corporate Representative<br>Texas Office of the Attorney General<br>300 W. 15th Street<br>Austin, TX 78701 | The corporate representative was deposed by the consolidated plaintiffs in this action and may have knowledge of facts related to that testimony. The corporate representative may be contacted through State Defendants' counsel of record. |
| Jacqueline Hagan Doyer<br>Deputy & Legal Director of Forensic Audit Division<br>1019 Brazos Street<br>Austin, TX 78701 | Jacqueline Hagan Doyer is the Deputy & Legal Director of the Forensic Audit Division of the Office of the Texas Secretary of State and may have knowledge of facts related to the biannual forensic election audit. She may be contacted through State Defendants' counsel of record. |
| Sheri Gipson<br>Chief Driver License Division<br>Texas Department of Public Safety<br>5805 North Lamar<br>Austin, TX 78752 | Sheri Gipson is an employee with the Texas Department of Public Safety (DPS) and was deposed in this case. She may have knowledge of facts related to the operation and maintenance of DPS's database. She may be contacted through State Defendants' counsel of record. |
| Kristi Hart<br>Manager<br>Elections Administration & Voter Registration<br>1019 Brazos Street<br>Austin, TX 78701 | Kristi Hart is the Director of Election Administration and Voter Registration for the Elections Division of the Office of the Texas Secretary of State and was deposed in this case. She may have knowledge of facts related to the Texas Election Administration Management system, as well as the voter registration databases used by offline counties. She may be contacted through State Defendants' counsel of record. |
| Samuel M. Taylor<br>Assistant Secretary of State for Communications<br>Capitol Bldg., Room 1E.8<br>Austin, TX 78701 | Samuel M. Taylor is the Assistant Secretary of State for Communications for the Executive Division of the Texas Secretary of State and may have knowledge of facts related to voter education and outreach. He may be contacted through State Defendants' counsel of record. |
| Senator Carol Alvarado<br>4450 Harrisburg, Suite 436<br>Houston, TX 77011 | State Defendants deposed Senator Alvarado. She may have discoverable information regarding the legislative passage of S.B. 1. She may be contacted by and through her counsel. |

| | |
|---|---|
| Senator Bryan Hughes<br>110 N. College Ave., Ste. 207<br>Tyler, Texas 75702 | Sen. Hughes was the primary author of S.B. 1 and the Chair of the Senate State Affairs Committee during the Legislature's consideration of S.B. 1. He may have discoverable information regarding the legislative passage of S.B. 1. He may be contacted through State Defendants' counsel of record. |
| Representative Rafael Anchia<br>1111 West Mockingbird Lane<br>Suite 1010<br>Dallas, TX 75247 | State Defendants deposed Rep. Anchia. He may have discoverable information regarding the legislative passage of S.B. 1. He may be contacted by and through his counsel. |
| Representative John Bucy III<br>3016 Polar Lane Suite 108<br>Cedar Park, TX 78613 | State Defendants deposed Rep. Bucy. He may have discoverable information regarding the legislative passage of S.B. 1. He may be contacted by and through his counsel. |
| Representative Nicole Collier<br>101 S. Jennings<br>Suite 103A<br>Fort Worth, TX 76104 | State Defendants deposed Rep. Collier. She may have discoverable information regarding the legislative passage of S.B. 1. She may be contacted by and through her counsel. |
| Representative Andrew Murr<br>507 Earl Garrett Street<br>Kerrville, Texas 78028 | Rep. Murr sponsored S.B. 1 in the Texas House of Representatives. He may have discoverable information regarding the legislative passage of S.B. 1. He may be contacted through State Defendants' counsel of record. |
| Jacquelyn Callanen | Ms. Callanen, in her official capacity as a county election official, is a defendant in one of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. State Defendants deposed Ms. Callanen pursuant to her role as Elections Administrator of Bexar County She may be contacted through her counsel of record. |
| Michael Scarpello | Mr. Scarpello, in his official capacity as a county election official, is a defendant in two of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. State Defendants deposed Mr. Scarpello pursuant to his role as Elections Administrator of Dallas County He may be contacted through his counsel of record. |

| | |
|---|---|
| Rivelino Lopez | State Defendants deposed Mr. Lopez, who served as a corporate representative for the Office of the Dallas County Election Administrator. He my be contacted by and through his counsel. |
| Tacoma Phillips | State Defendants deposed Ms. Phillips, who served as a corporate representative for the Office of the Dallas County Election Administrator. She may be contacted by and through her counsel. |
| Lisa Wise | Ms. Wise, in her official capacity as a county election official, is a defendant in two of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. State Defendants deposed Ms. Wise pursuant to her role as Elections Administrator of El Paso County. She may be contacted by and through her counsel of record. |
| Hilda A. Salinas | Ms. Salinas, in her official capacity as a county election official, is a defendant in one of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. She may be contacted by and through her counsel of record. |
| Yvonne Ramón | Ms. Ramón was the Elections Administrator for Hidalgo County while 2022 elections were ongoing and would have overseen the early implementation of S.B. 1. She therefore may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. State Defendants deposed Ms. Ramón pursuant to her role as the Elections Administrator for Hidalgo County. She may be contacted by and through her counsel. |
| Clifford Tatum | Mr. Tatum is a defendant in three of the consolidated cases, in his official capacity as a county election official. He may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. He may be contacted by and through his counsel of record. |

| | |
|---|---|
| Isabel Longoria | Ms. Longoria was the Elections Administrator for Harris County while 2022 elections were ongoing and would have overseen the early implementation of S.B. 1. She therefore may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. State Defendants deposed Ms. Longoria pursuant to her role as the Elections Administrator for Harris County. She may be contacted by and through her counsel. |
| Lina Hidalgo | Ms. Hidalgo is the Harris County Judge. She may have discoverable information on the creation and implementation of novel voting practices, and on voting irregularities. |
| Dyana Limon-Mercado | Ms. Limon-Mercado, in her official capacity as a county election official, is a defendant in two of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. She may be contacted by and through her counsel. |
| Rebecca Guerrero | Ms. Guerrero was the County Clerk of Travis County while the 2022 elections were ongoing and would have overseen the implementation of S.B. 1. She therefore may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. State Defendants deposed Ms. Guerrero pursuant to her role as County Clerk for Travis County. She may be contacted by and through her counsel. |
| Dana DeBeauvoir | Ms. DeBeauvoir was the County Clerk of Travis County during the November 2020 and may have discoverable information about election practices and procedures related to S.B. 1. She also oversaw the law's early implementation in Travis County. State Defendants deposed Ms. DeBeauvoir on these topics. She may be contacted by and through her counsel. |
| Bridgette Escobedo | State Defendants deposed Ms. Escobedo, who served as a corporate representative for the Travis County Clerk Office. Ms. Escobedo may be contacted by and through her counsel. |
| Dan Hayes | State Defendants deposed Mr. Hayes, who served as a corporate representative for the Travis County Clerk Office. He may be contacted by and through his counsel. |

| Charlton Johnson | State Defendants deposed Mr. Johnson, who served as a corporate representative for the Travis County Clerk Office. He may be contacted by and through his counsel. |
|---|---|
| Joe D. Gonzales | Mr. Gonzales, in his official capacity as the Bexar County District Attorney, is a defendant in three of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. |
| John Creuzot | Mr. Creuzot, in his official capacity as the Dallas County District Attorney, is a defendant in two of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. |
| Bill D. Hicks | Mr. Hicks, in his official capacity as the El Paso County District Attorney, is a defendant in two of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. |
| Kim Ogg | Ms. Ogg, in her official capacity as the Harris County District Attorney, is a defendant in four of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. |
| Toribio "Terry" Palacios | Mr. Palacios, in his official capacity as the Hidalgo County District Attorney, is a defendant in one of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. |
| Jose Garza | Mr. Garza, in his official capacity as the Travis County District Attorney, is a defendant in four of the consolidated cases and may have knowledge regarding the allegations set forth in Plaintiffs' live pleading. |
| James Lewin | Mr. Lewin is a plaintiff in one of the consolidated cases, who State Defendants deposed. He has knowledge regarding the allegations set forth in the Plaintiffs' live pleading. He may be contacted by and through his counsel of record. |

| | |
|---|---|
| Jeffrey Lamar Clemmons | Mr. Clemmons is a plaintiff in one of the consolidated cases, who State Defendants deposed. He has knowledge regarding the allegations set forth in the Plaintiffs' live pleading. He may be contacted by and through his counsel of record. |
| Marla López | Ms. López is a plaintiff in one of the consolidated cases and has knowledge regarding the allegations set forth in Plaintiffs' live pleading. She may be contacted by and through her counsel of record. |
| Marlon López | Mr. López is a plaintiff in one of the consolidated cases and has knowledge regarding the allegations set forth in Plaintiffs' live pleading. He may be contacted by and through his counsel of record. |
| Paul Rutledge | Mr. Rutledge is a plaintiff in one of the consolidated cases and has knowledge regarding the allegations set forth in Plaintiffs' live pleading. He may be contacted by and through his counsel of record. |
| Michelle Brown | State Defendants deposed Ms. Brown, who served as the corporate representative for Delta Sigma Theta. She may be contacted by and through her counsel. |
| Juanita Valdez Cox | State Defendants deposed Ms. Valdez Cox, who served as the corporate representative for LUPE. She may be contacted by and through her counsel. |
| Deborah Chen | State Defendants deposed Ms. Chen, who served as the corporate representative for OCA-Greater Houston. She may be contacted by and through her counsel. |
| Grace Chimene | State Defendants deposed Ms. Chimene, who served as the corporate representative for the League of Women Voters. She may be contacted by and through her counsel. |
| Domingo Garcia | State Defendants deposed Mr. Garcia, who served as the corporate representative for LULAC. He may be contacted by and through his counsel. |
| Bob Kafka | State Defendants deposed Mr. Kafka who served as the corporate representative for REVUP. He may be contacted by and through his counsel. |

| | |
|---|---|
| Jennifer Martinez | State Defendants deposed Ms. Martinez, who served as the corporate representative for The Arc of Texas. She may be contacted by and through her counsel. |
| Angelica Razo | State Defendants deposed Ms. Razo, who served as the corporate representative for Mi Familia Vota. She may be contacted by and through her counsel. |
| Ray Shackleford | State Defendants deposed Mr. Shackleford, who served as the corporate representative for Houston Area Urban League. He may be contacted by and through his counsel. |
| Emily Timm | State Defendants deposed Ms. Timm, who served as the corporate representative for Workers Defense Action Fund. She may be contacted by and through her counsel. |
| Toby Cole | State Defendants deposed Mr. Cole about his alleged injury under S.B. 1, his experience voting, and the alleged impact the law has on voters with disabilities. He may be contacted by and through his counsel. |
| Amatullah Contractor | State Defendants deposed Ms. Contractor about her alleged injury under S.B. 1 and experience voting. She may be contacted by and through her counsel. |
| Nancy Crowther | State Defendants deposed Ms. Crowther about her alleged injury under S.B. 1 and the law's alleged impact on voters with disabilities. She may be contacted by and through her counsel |
| Cathy Cranston | State Defendants deposed Ms. Cranston about her alleged injury under S.B. 1 and the law's alleged impact on voters with disabilities. She may be contacted by and through her counsel |
| Deion Dorsett | State Defendants deposed Mr. Dorsett about his alleged injury under S.B. 1 and experience voting. She may be contacted by and through his counsel |
| Janet Eickmeyer | State Defendants deposed Ms. Eickmeyer about her alleged injury under S.B. 1 and experience voting. She may be contacted by and through her counsel. |

| | |
|---|---|
| Peggy Engram | State Defendants deposed Ms. Engram about the conduct of poll watchers and transportation of voters. She may be contacted by and through her counsel. |
| Julie Espinoza | State Defendants deposed Ms. Espinoza about her alleged injury under S.B. 1 and experience voting. She may be contacted by and through her counsel. |
| Remi Garza | State Defendants deposed Mr. Garza, who serves as the Election Administrator for Cameron County. He may be contacted by and through his counsel. |
| Pamela Gaskin | State Defendants deposed Ms. Gaskin about her alleged injury under S.B. 1 and experience voting. She can be contacted by and through her counsel. |
| Tanesa Lee | State Defendants deposed Ms. Lee about her alleged injury under S.B. 1 and experience as an election judge. She may be contacted by and through her counsel. |
| Jeannie Lewis | State Defendants deposed Ms. Lewis about her alleged injury under S.B. 1 and experience voting. She may be contacted by and through her counsel. |
| Wendy Salome | State Defendants deposed Ms. Salome about her experience with poll watchers. She may be contacted by and through her counsel. |
| Teri Saltzman | State Defendants deposed Ms. Saltzman about her alleged injury under S.B. 1 and experience voting. She may be contacted by and through her counsel |
| J. Scott Wiedmann | State Defendants deposed Mr. Wiedmann, who serves as the Acting Director of the Federal Voting Assistance Program. He may be contacted by and through the United States' counsel of record. |
| Dr. Kara B. Ayers | This person submitted an expert report in this case. |
| Dr. William G. Eggington | This person submitted an expert report in this case. |
| Dr. Eitan Hersh | This person submitted an expert report in this case. |

| | |
|---|---|
| Tammy Patrick | This person submitted an expert report in this case. |
| Dr. Douglas L. Kruse | This person submitted an expert report in this case. |
| Dr. J. Morgan Kousser | This person submitted an expert report in this case. |
| Dr. Daniel A. Smith | This person submitted an expert report in this case. |
| Dr. Allen Lichtman | This person submitted an expert report in this case. |
| Dr. Kenneth R. Mayer | This person submitted an expert report in this case. |
| Dr. Loren Collingwood | This person submitted an expert report in this case. |
| Dr. Andres Tijerina | This person submitted an expert report in this case. |
| Dr. Eric McDaniel | This person submitted an expert report in this case. |
| Dr. Franita Tolson | This person submitted an expert report in this case. |
| Christian R. Grose | This person submitted an expert report in this case. |
| Dr. Henry Flores | This person submitted an expert report in this case. |
| Mark Hoekstra | This person submitted an expert report in this case. |
| Stephen C. Graves | This person submitted an expert report in this case. |
| Senator Paul Bettencourt<br>11451 Katy Freeway, Suite 209<br>Houston, TX 77079 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Brian Birdwell<br>900 Austin Avenue, Suite 500<br>Waco, TX 76701 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Dawn Buckingham<br>4400 Buffalo Gap Road, Suite 0400<br>Abilene, TX 79606 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| | |
|---|---|
| Senator Donna Campbell<br>229 Hunters Village Hunters Village, Suite 105<br>New Braunfels, TX 78132 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Brandon Creighton<br>350 Pine Street, Suite 1450<br>Beaumont, TX 77701 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Bob Hall<br>Alliance Building #2<br>6537 Horizon Road, Suite B-1<br>Rockwall, TX 75032 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Joan Huffman<br>2900 Weslayan Street, Suite 500<br>Houston, TX 77027 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Lois Kolkhorst<br>2000 S. Market St. #101<br>Brenham, TX 77833 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Jane Nelson<br>1225 S. Main Street, Suite 100<br>Grapevine, TX 76051 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Robert Nichols<br>329 Neches Street<br>Jacksonville, TX 75766 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Angela Paxton<br>604 S. Watters Road, Suite 100<br>Allen, TX 75013 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Charles Perry<br>11003 Quaker Avenue, #101<br>Lubbock, TX 79424 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Charles Schwertner<br>3000 Briarcrest Drive, Suite 202<br>Bryan, TX 77802 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Drew Springer<br>100 Austin Ave., Suite 103<br>Weatherford, TX 76086 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Larry Taylor<br>6117 Broadway, Suite 122<br>Pearland, TX 77581 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative J.M. Lozano<br>1512 Wildcat Dr., Suite 100<br>Portland, TX 78734 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| | |
|---|---|
| Representative Travis Clardy<br>202 East Pilar, Room 310<br>Nacogdoches, TX 75961 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative James White<br>205 N. Charlton Street<br>Woodville, TX 75979 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Jacey Jetton<br>1108 Soldiers Field Drive, Suite 100<br>Sugarland, TX 77479 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Steve Allison<br>1635 NE Loop 410, Suite 506<br>San Antonio, TX 78209 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Charles Anderson<br>900 Austin Avenue, Suite 804<br>Waco, TX 76701 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Trent Ashby<br>2915 Atkinson Drive<br>Lufkin, TX 75901 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Ernest Bailes<br>10501 Hwy 150, Suite B<br>Shepherd, TX 77371 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Keith Bell<br>100 E. Corsicana Street, Suite 204<br>Athens, TX 75751 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Kyle Biedermann<br>616 W. Main Street<br>Suite 101, 101A, 102<br>Fredericksburg, TX 78624 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Greg Bonnen<br>174 Calder Road, Suite 116<br>League City, TX 77573 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Brad Buckley<br>1301 North Stagecoach Road<br>Salado, TX 76571 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative DeWayne Burns<br>114 S. Main Street, Suite 202<br>Cleburne, TX 76033 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Dustin Burrows<br>10507 Quaker Avenue, Suite 103<br>Lubbock, TX 79424 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| | |
|---|---|
| Representative Angie Chen Button<br>1201 International Pkwy #130<br>Richardson, TX 75081 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Briscoe Cain<br>606 Rollingwood Drive, Suite 1E<br>Baytown, TX 77521 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Giovanni Capriglione<br>1100 Bear Creek Parkway<br>Keller, TX 76248 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Jeff Cason<br>1600 Airport Fwy, Suite 370<br>Bedford, TX 76022 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative David Cook<br>309 E. Broad Street<br>Mansfield, TX 76063 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative John Cyrier<br>1017 Main Street<br>Bastrop, TX 78602 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Drew Darby<br>36 W. Beauregard, Suite 517<br>San Angelo, TX 76903 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Jay Dean<br>101 E. Methvin, Suite 103<br>Longview, TX 75601 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Jake Ellzey<br>2340 Interstate 20 W., Suite 224<br>Arlington, TX 76017 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative James Frank<br>1206 Hatton Road<br>Wichita Falls, TX 76302 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative John Frullo<br>5717 66th Street, Suite 116–117<br>Lubbock, TX 79424 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Craig Goldman<br>4521 South Hulen Street, Suite 208<br>Fort Worth, TX 76109 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Sam Harless<br>6630 Cypresswood Drive, Suite 150<br>Spring, TX 77379 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| | |
|---|---|
| Representative Cody Harris<br>214 E. Elm Street<br>Hillsboro, TX 76645 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Cole Hefner<br>115 W. 1st Street<br>Mount Pleasant, TX 75455 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Justin Holland<br>101 E. Rusk Street #201<br>Rockwall, TX 75087 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Dan Huberty<br>4501 Magnolia Cove Drive, #201<br>Kingwood, TX 77345 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Kyle Kacal<br>3000 Briarcrest Drive, Suite 203<br>Bryan, TX 77802 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Phil King<br>Nan and Bob Kingsley Building<br>1710 Martin Drive<br>Weatherford, TX 76086 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Stephanie Klick<br>6851 NE Loop 820, Suite 230<br>North Richland Hills, TX 76180 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Matt Krause<br>1949 Golden Heights Rd., Suite 106<br>Fort Worth, TX 76177 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative John Keumpel<br>200 N. River Street, #100-E<br>Seguin, TX 78155 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Stan Lambert<br>547 Chestnut<br>Abilene, TX 79602 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Brooks Landgraf<br>119 W. 4th St., Suite 206<br>Odessa, TX 79761 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Jeff Leach<br>550 S. Watters Road, Suite 280<br>Allen, TX 75013 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Ben Leman<br>401 South Austin Street<br>Brenham, TX 77833 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| | |
|---|---|
| Representative Will Metcalf<br>1835 Spirit of Texas Way, Suite 100<br>Conroe, TX 77301 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Morgan Meyer<br>3131 McKinney Avenue #649<br>Dallas, TX 75204 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Mays Middleton<br>2101 Mechanic Street, Suite 245<br>Galveston, TX 77550 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Geanie Morrison<br>1908 N. Laurent, Suite 500<br>Victoria, TX 77901 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Jim Murphy<br>9525 Katy Freeway, Suite 215<br>Victoria, TX 77901 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Candy Noble<br>206 North Murphy Road<br>Murphy, TX 75094 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Tom Oliverson<br>12345 Jones Road #221<br>Houston, TX 77070 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Chris Paddie<br>102 West Houston Street<br>Marshall, TX 75670 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Tan Parker<br>800 Parker Square, Suite 245<br>Flower Mound, TX 75028 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Jared Patterson<br>5533 FM 423, Suite 503<br>Frisco, TX 75034 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Dennis Paul<br>17225 El Camino Real Blvd, Suite 415<br>Houston, TX | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Four Price<br>Amarillo National Bank<br>Plaza Two, Suite 506<br>500 S. Taylor Street<br>Amarillo, TX 79101 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| | |
|---|---|
| Representative John Raney<br>4103 South Texas Avenue, Suite 103<br>Bryan, TX 77802 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Glenn Rogers<br>600 E Depot Street<br>Brownwood, TX 76801 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Scott Sanford<br>115 West Virginia Street, Suite #103<br>McKinney, TX 75069 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Matt Schaefer<br>200 E. Ferguson St., Suite 506<br>Tyler, TX 75702 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Matt Shaheen<br>P.O. Box 2910<br>Austin, TX 78768 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Hugh Shine<br>4 South 1st<br>Temple, TX 76501 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Bryan Slaton<br>P.O. Box 2910<br>Austin, TX 78768 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Shelby Slawson<br>PO Box 286<br>Stephenville, TX 76401 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Reggie Smith<br>421 N. Crockett Street<br>Sherman, TX 75090 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative John Smithee<br>320 S. Polk, 1st Floor<br>Amarillo, TX 79101 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative David Spiller<br>PO Box 447<br>Jacksboro, TX 76458<br>(512) 463-0526 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Phil Stephenson<br>834 Third Street<br>Rosenberg, TX 77471 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Lynn Stucky<br>400 West Oak Street, Suite 106<br>Denton, TX 76201 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| | |
|---|---|
| Representative Valoree Swanson<br>230008 Northcrest Drive<br>Spring, TX 77389 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Ed Thompson<br>2341 N. Galveston Avenue, Suite 120<br>Pearland, TX 77581 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Tony Tinderholt<br>4381 W. Green Oaks Boulevard, Suite 107<br>Arlington, TX 76016 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Steve Toth<br>25700 Interstate Hwy 45, Suite 100<br>Spring, TX 77386 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Gary VanDeaver<br>710 James Bowie Drive<br>New Boston, TX 75570 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Cody Vasut<br>222 N Velasco Street, Suite 25<br>Angleton, TX 77515 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Terry Wilson<br>710 Main Street, Suite 242<br>Georgetown, TX 78626 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Eddie Lucio<br>1324 E. Madison Street<br>Brownsville, TX 78520 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Beverly Powell<br>1612 Summit Avenue, Suite 101<br>Fort Worth, TX 76102 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Senator Judith Zaffirini<br>1407 Washington Street<br>Laredo, TX 78040 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Vice Chairwoman Senfronia Thompson<br>10527 Homestead Road<br>Houston, TX 77016 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Charlie Geren<br>6713 Telephone Road Suite 301<br>Lake Worth, TX 76135 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Ann Johnson<br>5601 West Loop S, Suite C218<br>Houston, TX 77081 | This person may have discoverable information regarding the legislative passage of S.B. 1. |

| Representative Oscar Longoria<br>1320 S. Main Street<br>Peñitas, TX 78576 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
|---|---|
| Representative Joe Moody<br>7365 Remcon Circle C-301<br>El Paso, TX 79912 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Vice Chairwoman Jessica Gonzalez<br>400 South Zang Boulevard, Suite 1214<br>Dallas, TX 75208 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Michelle Beckley<br>3740 N Josey Lane, Suite 136<br>Carrollton, TX 75007 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Art Fierro<br>1790 Lee Trevino Drive, Suite 307<br>El Paso, TX 79936 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Representative Mike Schofield<br>1550 Foxlake Drive, Suite 120<br>Houston, TX 77084 | This person may have discoverable information regarding the legislative passage of S.B. 1. |
| Omar Escobar, Jr. | Mr. Escobar is the former district attorney of Starr County. He may have discoverable information on the investigation and prosecution of election fraud and other election-related misconduct. State Defendants do not have contact information for Mr. Escobar. |
| Custodian of Records<br>Texas Senate | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Texas House of Representatives | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Office of the Texas Secretary of State | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Office of the Texas Attorney General | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Office of the Texas Governor | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |

| | |
|---|---|
| Custodian of Records<br>United States Department of Justice | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>United States Department of Homeland Security | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>United States Federal Bureau of Investigation | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Bexar County Elections Department | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Cameron County Elections & Voter Registration Department | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Dallas County Elections Department | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Denton County Elections Office | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>El Paso County Elections Department | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Harris County. Elections Administrator's Office | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Hidalgo County Elections Department | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Travis County Office of the County Clerk | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Bexar County District Attorney<br>101 W. Nueva<br>San Antonio, TX 78205 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |

| | |
|---|---|
| Custodian of Records<br>Cameron County District Attorney<br>964 E Harrison Street<br>Brownsville, TX 78520 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Dallas County District Attorney<br>101 W. Nueva<br>San Antonio, Texas 78205 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Denton County District Attorney<br>1450 E McKinney Street<br>Denton, TX 76209 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>El Paso County District Attorney<br>500 E San Antonio Avenue, #201<br>El Paso, TX 79901 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Harris County District Attorney<br>500 Jefferson Street, Suite #600<br>Houston, TX 77002 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Hidalgo County District Attorney<br>100 E. Cano Street<br>Edinburg, TX 78539 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Travis County District Attorney<br>416 West 11th Street<br>Austin, TX 78701 | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>La Unión Del Pueblo Entero | This person has information that can lay the foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Friendship-West Baptist Church | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Anti-Defamation League Austin, Southwest, and Texoma Regions | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Southwest Voter Registration Education Project | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |

| | |
|---|---|
| Custodian of Records<br>Texas Impact | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Mexican American Bar Association of Texas | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Texas Hispanics Organized for Political Education | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Jolt Action | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>William C. Velasquez Institute | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>FIEL | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>LULAC Texas | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Voto Latino | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Texas Alliance for Retired Americans | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Texas AFT | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Mi Familia Vota | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>OCA-Greater Houston | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>League of Women Voters of Texas | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |

| | |
|---|---|
| Custodian of Records<br>REVUP Texas | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Workers Defense Action Fund | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Houston Area Urban League | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>Delta Sigma Theta Sorority Inc. | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| Custodian of Records<br>The Arc of Texas | This person has information that can lay the evidentiary foundation for establishing the authenticity of admissible evidence. |
| All individuals substituted as a party in these cases pursuant to FED R. CIV. P. 25(d). | |
| All individuals who submitted an expert report in this case. | |
| All individuals or corporate representatives deposed through the discovery process. | |
| All individuals identified by or to deponents through deposition. | |
| All individuals identified in supplemental disclosures by any named party. | |
| All individuals identified in Plaintiffs' live Complaint. | |
| All individuals identified in documents produced through the discovery process. | |
| Contact information for the following individuals is publicly available:<br><br>1. All Texas County Chairs<br>2. All Texas County Election Officials<br>3. All Texas County Judges | |

In addition, the Entity Plaintiffs in this case have knowledge regarding the allegations set forth in Plaintiffs' live pleadings. State Defendants therefore incorporate by reference those individuals

identified by the Entity Plaintiffs in their Rule 26(a)(1) Initial Disclosures and Amended Initial Disclosures as having information related to the Entity Plaintiffs' mission, history, operations, membership, programs and activities, finances and expenses, and purported injuries, along with any individual identified as a corporate representative of the Entity Plaintiffs through the course of this litigation.

### C.     Tertiary Individuals (Tier 3)

Individuals within the following categories of persons may have discoverable information related to the claims and defenses at issue in these cases.

1. The State Representatives and Senators who authored, co-authored, sponsored, or co-sponsored S.B. 1 or the three predecessor bills may have discoverable information on the legislative process related to the passage of S.B. 1. Their contact information is a matter of public record and is available at https:// txdirectory.com and in State Defendants' previous filings. *See* ECF 112.

2. The State Representatives and Senators who were members of the Senate State Affairs Committee, the House Elections Committee, or the House Select Committee on Constitutional Rights and Remedies during the consideration of S.B. 1 and the three predecessor bills listed above may have discoverable information on the legislative process related to the passage of S.B. 1 and, specifically, on hearings conducted on those bills. Their contact information is a matter of public record and is available at https://txdirectory.com and in State Defendants' previous filings. *See* ECF 112.

3.  Witnesses who testified for, against, or on S.B. 1 may have discoverable information that relates to the claims and defenses at issue in this litigation, particularly as pertains to the reasons that members of the public supported or opposed to the legislation. Lists of the witnesses who testified during the consideration of S.B. 1 were previously disclosed by State Defendants and can be found in the case docket. *See* ECF 116–17. State Defendants do not have the contact information for these persons at this time.

4. All unidentified members, supporters, clients, and constituents of the Entity Plaintiffs, as well as all the unidentified members of the Entity Plaintiffs' leadership may have discoverable information that relates to the claims and defenses at issue in this litigation, particularly as it pertains to standing and any disability-based claim. These individuals may be contacted through the Entity Plaintiffs' counsel of record.

5. To the extent that any of the Individual Plaintiffs or any of the members of Entity Plaintiffs have qualifying disabilities under the ADA or the Rehabilitation Act or require assistance voting by reason of blindness or disability under Section 208 of the VRA, those persons' physicians have discoverable information on their patients' disability or blindness and their

treatment history. State Defendants do not have contact information for these persons at this time.

6. To the extent that any of the Individual Plaintiffs or any of the members of Entity Plaintiffs require assistance voting because he or she is unable to read or write, those persons have discoverable information regarding educational records, and education history. State Defendants do not have contact information for these persons at this time.

7. There may be discoverable information related to the claims and defenses at issue in these cases in the possession of unnamed local election officials throughout the State of Texas, including but not limited to county clerks, county tax assessor-collectors, county election administrators, county commissioners, county judges, the county chairs of political parties, city secretaries, any person acting as the early voting clerk, members of early voting ballot boards, members of signature-verification committees, presiding judges, alternate presiding judges, election clerks, poll watchers, and district attorneys. State Defendants do not have contact information for these persons at this time.

8. State Defendants incorporate by reference any individual or entity, not previously named or mentioned herein, identified by the other Parties to this consolidated action in their Rule 26(a)(1) Initial Disclosures, Amended Initial Disclosures, and Supplemental Disclosures.

## II.    A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses, unless the use would be solely for impeachment.

### A.    Legislative History Compilations

State Defendants previously produced and filed with the court a compilation of legislative-history materials for S.B. 1 (2d Special Session), S.B. 1 (1st Special Session), S.B. 7 (Regular Session), and H.B. 6 (Regular Session). All of these documents can be accessed through the case docket. *See* ECF 116–17. They are also made publicly available by Texas Legislature at https://capitol.texas.gov/Home.aspx.

In addition to the aforementioned legislative materials, legislative-history materials for H.B. 3 (First Special Session), S.B. 331 (Regular Session), and S.B. 1509 (Regular Session) are public available at the official website for the Texas Legislature. Specifically, a compilation of those materials is available online at the following locations:

- H.B. 3 – https://capitol.texas.gov/BillLookup/History.aspx?LegSess=871&Bill=HB3

- S.B. 331 – https://capitol.texas.gov/BillLookup/History.aspx?LegSess=87R&Bill=SB331

- S.B. 1509 – https://capitol.texas.gov/BillLookup/History.aspx?LegSess=87R&Bill=SB1509

State Defendants specifically reserve the right to amend or supplement these disclosures as they identify additional documents, testimony, and legislation that relate to the passage of S.B. 1.

### B.    Bill Analyses

Bill analyses of S.B.1 and its predecessor bills including analyses of their impact on state operations. Documents relating to these assessments have been produced by State Defendants. *See* ECF 116–17. In addition to the previously produced bill analysis, please find supplemental materials online at the following locations:

- H.B. 3 – https://capitol.texas.gov/tlodocs/86R/analysis/html/HB00003S.htm

- S.B. 331 – https://capitol.texas.gov/tlodocs/87R/analysis/html/SB00331H.htm

- S.B. 1509 – https://capitol.texas.gov/tlodocs/87R/analysis/html/SB01509S.htm

State Defendants reserve claims of privilege and protections provided by the attorney work-product protection; attorney-client privilege; or any other applicable privilege, protection, doctrine, or immunity related to these materials.

### C.    Election Complaints

Election complaints may be submitted to the Secretary of State. If, after receiving a complaint alleging criminal conduct in connection with an election, the Secretary of State determines that there is reasonable cause to suspect that the alleged criminal conduct occurred, the Secretary of State shall refer the complaint to the Attorney General for further investigation and possible prosecution. Documents relating to these complaints have been produced by State Defendants. *See*, *e.g.*, STATE032025–STATE 032082. In addition, State Defendants produced a chart from the Office of the Attorney General of Texas that lists pending and resolved prosecutions for election fraud violations, *see* STATE001144–STATE001159 and STATE087323–STATE087339, as well as a chart

from the Office of the Attorney General of Texas that lists election fraud complaints that were referred by the Office of the Secretary of State, STATE107717-STATE107732. State Defendants may rely on these charts or on any publicly available information related to the investigations listed. Finally, State Defendants may also rely on any publicly available documents related to investigations or prosecutions of election crimes by any county attorney or district attorney in any Texas county, including but not limited to Bexar, Dallas, El Paso, Harris, Hidalgo, Travis County. State Defendants reserve claims of privilege and any protections provided by the attorney work-product protection; attorney-client privilege; investigative privilege; or any other applicable privilege, protection, doctrine, or immunity related to these materials.

>    **D.    Revised Forms**

The Office of the Secretary of State has created or revised election-related forms in accordance with S.B. 1. State Defendants have produced copies of many of these forms in this litigation, including Form Nos. 4-20, 4-21, 5-6, 5-21, 6-2, 6-3, 6-4, 6-6, 6-7, 6-12, 6-13, 6-15, 6-16, 6-17, 6-19, 6-35, 6-36, 7-7, 7-13, 7-14, 7-58, 7-59, 7-80, 8-24, 13-1, 13-6, and 13-7. State Defendants may rely on these forms or on any other publicly available form located at https://www.sos.texas.gov/elections/forms/pol-sub/index.shtml. State Defendants reserve claims of privilege and any protections provided by the attorney work-product protection; attorney-client privilege; or any other applicable privilege, protection, doctrine, or immunity related to these materials.

>    **E.    Advisory Materials**

The Office of the Secretary of State has issued election advisories and other guidance materials, and given presentations, to election officials that summarized the election-related legislation enacted in 2021. State Defendants have produced multiple advisories in this litigation, including Election Advisory Nos. 2021-03, 2021-04, 2021-05, 2021-09, 2021-10, 2021-11, 2021-12, 2021-13, 2021-14, 2021-21, 2021-24, 2022-01, 2022-02, 2022-03, 2022-04, 2022-05, 2022-06, 2022-07, 2022-08, 2022-09,

2022-10, 2022-12, 2022-13, 2022-14, 2022-16, 2022-18, 2022-19, 2022-20, 2022-25, 2020-26, and 2022-37. State Defendants may rely on these advisories or on any other publicly available election advisory located at https://www.sos.state.tx.us/elections/laws/election-division-advisories.shtml. State Defendants reserve claims of privilege and any protections provided by the attorney work-product protection; attorney-client privilege; or any other applicable privilege, protection, doctrine, or immunity related to these materials.

### F.     Other Documents

State Defendants may rely on any publicly available document maintained by any election administrator or county clerk in any county in Texas, including but not limited to Bexar, Cameron, Dallas, El Paso, Harris, Hidalgo, and Travis Counties. Additionally, State Defendants may rely on any document or communication produced in response to party discovery requests and Rule 45 subpoenas. *See* STATE000001–STATE137748 and TXLEG0000001–TXLEG00004666. State Defendants reserve claims of relevance, privilege, and any protections provided by the attorney work-product protection; attorney-client privilege; legislative privilege; investigative privilege; deliberative process privilege; or any other applicable privilege, protection, doctrine, or immunity related to these materials

Documents listed below are identified by source. Each of the documents below have been received through the discovery process or have otherwise been publicly available throughout the litigation process and accessible to all named parties.

| | |
|---|---|
| Defendant Lupe C. Torres | All documents produced in response to discovery requests. |
| Defendant Jacque Callanen | All documents produced in response to discovery requests. |
| Defendant Clifford Tatum | All documents produced in response to discovery requests. |
| Defendant Dyana Limon-Mercado | All documents produced in response to discovery requests. |
| Defendant Dana DeBeauvoir | All documents produced in response to discovery requests. |

| | |
|---|---|
| Defendant Lisa Wise | All documents produced in response to discovery requests. |
| Defendant Michael Scarpello | All documents produced in response to discovery requests. |
| Defendant Hilda A. Salinas | All documents produced in response to discovery requests. |
| Joe D. Gonzales | All documents produced in response to discovery requests. |
| John Creuzot | All documents produced in response to discovery requests. |
| Bill D. Hicks | All documents produced in response to discovery requests. |
| Kim Ogg | All documents produced in response to discovery requests. |
| Toribio "Terry" Palacios | All documents produced in response to discovery requests. |
| Jose Garza | All documents produced in response to discovery requests. |
| Plaintiff Jeffrey Lamar Clemmons | All documents produced in response to discovery requests. |
| Plaintiff Isabel Longoria | All documents produced in response to discovery requests. |
| Plaintiff James Lewin | All documents produced in response to discovery requests. |
| Plaintiff Marla Lopez | All documents produced in response to discovery requests. |
| Plaintiff Marlon Lopez | All documents produced in response to discovery requests. |
| Plaintiff Paul Rutledge | All documents produced in response to discovery requests. |
| Plaintiff La Union Del Pueblo Entero | All documents produced in response to discovery requests. |
| Plaintiff Friendship-West Baptist Church | All documents produced in response to discovery requests. |
| Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions | All documents produced in response to discovery requests. |
| Plaintiff Southwest Voter Registration Education Project | All documents produced in response to discovery requests. |
| Plaintiff Texas Impact | All documents produced in response to discovery requests. |
| Plaintiff Mexican American Bar Association of Texas | All documents produced in response to discovery requests. |
| Plaintiff Texas Hispanic Organized for Political Education | All documents produced in response to discovery requests. |
| Plaintiff Jolt Action | All documents produced in response to discovery requests. |

| | |
|---|---|
| Plaintiff William C. Velasquez Institute | All documents produced in response to discovery requests. |
| Plaintiff FIEL | All documents produced in response to discovery requests. |
| Plaintiff LULAC Texas | All documents produced in response to discovery requests. |
| Plaintiff Voto Latino | All documents produced in response to discovery requests. |
| Plaintiff Texas Alliance for Retired Americans | All documents produced in response to discovery requests. |
| Plaintiff Texas AFT | All documents produced in response to discovery requests. |
| Plaintiff Mi Familia Vota | All documents produced in response to discovery requests. |
| Plaintiff OCA-Greater Houston | All documents produced in response to discovery requests. |
| Plaintiff League of Women Voters of Texas | All documents produced in response to discovery requests. |
| Plaintiff REVUP Texas | All documents produced in response to discovery requests. |
| Plaintiff Texas Organizing Project | All documents produced in response to discovery requests. |
| Plaintiff Workers Defense Action Fund | All documents produced in response to discovery requests. |
| Plaintiff Houston Area Urban League | All documents produced in response to discovery requests. |
| Delta Sigma Theta Sorority, Inc. | All documents produced in response to discovery requests. |
| Plaintiff The Arc of Texas | All documents produced in response to discovery requests. |
| Representative Stephanie Klick | All documents produced in response to 45 subpoenas. |
| Senator Bryan Hughes | All documents produced in response to 45 subpoenas. |
| Representative Andrew Murr | All documents produced in response to 45 subpoenas. |
| Representative Trent Ashby | All documents produced in response to 45 subpoenas. |
| Representative Briscoe Cain | All documents produced in response to 45 subpoenas. |
| Senator Paul Bettencourt | All documents produced in response to 45 subpoenas. |
| Remi Garza | All documents produced in response to 45 subpoenas. |
| Deposition transcripts and all deposition exhibits | All parties have—or have had an opportunity to receive—copies of all depositions and |

| | |
|---|---|
| | accompanying exhibits. Deponents include but are not limited to:<br>LUPE<br>LULAC<br>OC-Greater Houston<br>Mi Familia Vota<br>The Arc of Texas<br>Workers Defense Action Fund<br>HAUL<br>REVUP<br>League of Women Voters<br>Delta Sigma Theta<br>Jeffrey Lamar Clemmons<br>James Lewin<br>Isabel Longoria<br>Michael Scarpello<br>Jacquelyn Callanen<br>Lisa Wise<br>Yvonne Ramon<br>Rebecca Guerrero<br>Dana DeBeauvoir<br>Bexar County Election Administrator's Office<br>Travis County Clerk Office<br>Dallas County Election Administrator's Office<br>El Paso County Election Administrator's Office<br>Harris County Election Administrator's Office<br>Hidalgo County Election Administrator's Office<br>Chris Hollins<br>Remi Garza<br>Representative Rafael Anchia<br>Wendy Salome<br>Dr. Kara B. Ayers<br>Dr. William G. Eggington<br>Dr. Eitan Hersh<br>Tammy Patrick<br>Dr. Douglas L.Kruse<br>Dr. J. Morgan Kousser<br>Dr. Daniel A. Smith<br>Dr. Allan Lichtman<br>Dr. Kenneth R. Mayer<br>Dr. Loren Collingwood<br>Dr. Andres Tijerina<br>Dr. Eric McDaniel<br>Dr. Franita Tolson<br>Christian R. Grose<br>Keith Ingram<br>Christina Adkins<br>Jonathan White |

|   | Texas Secretary of State |
|---|---|
|   | Texas Department of Public Safety |
|   | Mark Hoekstra |
|   | Briscoe Cain |
|   | Bryan Hughes |
|   | Andrew Murr |
|   | Stephen C. Graves |
|   | Toby Cole |
|   | Amatullah Contractor |
|   | Nancy Crowther |
|   | Cathy Cranston |
|   | Deion Dorsett |
|   | Janet Eickmeyer |
|   | Peggy Engram |
|   | Julie Espinoza |
|   | Pamela Gaskin |
|   | Tanesa Lee |
|   | Jeannie Lewis |
|   | Teri Saltzman |
|   | J. Scott Wiedmann |

III.   **A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material (unless privileged or protected from disclosure) on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

IV.   **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Date: February 24, 2023                                    Respectfully submitted.

KEN PAXTON                                                 CHRISTOPHER D. HILTON
Attorney General of Texas                                  Chief, General Litigation Division
                                                           Tex. State Bar No. 24087727
BRENT WEBSTER
First Assistant Attorney General                            */s/ Kathleen T. Hunker*
                                                           KATHLEEN T. HUNKER
                                                           Special Counsel
GRANT DORFMAN                                              Tex. State Bar No. 24118415
Deputy First Assistant Attorney General

SHAWN E. COWLES                                            J. AARON BARNES
Deputy Attorney General for Civil Litigation              Special Counsel
                                                           Tex. State Bar No. 24099014

                                                           OFFICE OF THE ATTORNEY GENERAL
                                                           P.O. Box 12548 (MC-009)
                                                           Austin, Texas 78711-2548
                                                           (512) 463-2100
                                                           christopher.hilton@oag.texas.gov
                                                           kathleen.hunker@oag.texas.gov
                                                           aaron.barnes@oag.texas.gov

                                                           **Counsel for State Defendants**


### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2023, a true and accurate copy of the foregoing document was served on all counsel of record via electronic mail.

                                                           *Kathleen T. Hunker*
                                                           KATHLEEN T. HUNKER