IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, in his official capacity as Governor of Texas, et al.,<br><br>*Defendants*. | Consolidated Case No. 5:21-CV-0844-XR |

## SUPPLEMENTAL INITIAL DISCLOSURES OF DEFENDANT CLIFFORD TATUM, IN HER OFFICIAL CAPACITY AS THE HARRIS COUNTY ELECTIONS ADMINISTRATOR

Defendant CLIFFORD TATUM, in his Official Capacity as the Harris County Elections Administrator ("Tatum") now serves his Supplemental Initial Disclosures pursuant to Rule 26, Fed. R. Civ. P., and would respectfully show as follows:

**(1)** **The names and, if known, the address and telephone number of individuals likely to have discoverable information that may be used to support Defendant's claims or defenses are as follows:**

As requested by the Court, the witnesses are divided up into Tiers:

| Witness Name | Contact Information | Relationship to Case/Subject area of Knowledge | Tier |
|---|---|---|---|
| Clifford Tatum, Harris County Elections Administrator | Contact undersigned counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit, the implantation and impact of SB 1, as well | 1 |

1

| | | as the administration of Harris County | |
|---|---|---|---|
| Jane Nelson, Secretary of State | Office of Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711<br>(512) 463-2100 | This witness has knowledge related to the enactment and implantation of SB 1, as well as the State's general responsibilities in elections. | 2 |
| Keith Ingram, Director of Elections, Texas Secretary of State | Office of Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711<br>(512) 463-2100 | This witness has knowledge of the claims and defenses asserted in this lawsuit, and the enactment, interpretation, implementation, and impact of SB 1. This witness oversees responsibilities outlines in Tex. Elec. Code § 31.001(b), § 31.004 for the State, and has knowledge of compliance with and enforcement of State election laws. | 1 |
| Warren Kenneth Paxton, Attorney General of Texas | Office of Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711<br>(512) 463-2100 | This witness has knowledge of the claims and defense asserted in this lawsuit and enforcement of election laws in Texas, including provisions of SB 1. | 2 |
| Jose A. Esparza,<br><br>Deputy of State | Office of Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711<br>(512) 463-2100 | This witness has knowledge related to the administration of election in Texas, and the passage, | 2 |

| | | implantation, and enforcement of SB1. | |
|---|---|---|---|
| Gregory W. Abbott, Governor of Texas | Office of Attorney General P.O. Box 12548 (MC-009) Austin, Texas 78711 (512) 463-2100 | This witness has knowledge related to the passage, implantation, and enforcement of SB 1. | 2 |
| Dyana Limon-Mercado Travis County Clerk | 5501 Airport Blvd Austin, Texas 78752 c/o Travis County Attorney's Office P.O. Box 1748 Austin, Texas 78767 | This witness has knowledge of the claims and defenses asserted in this lawsuit, the implantation and impact of SB 1, as well as the administration of elections in Travis County. | 1 |
| Jonathan White Office of Attorney General | 300 W. 15th Street Austin, Texas 78701 (512) 463-2100 | This witness has knowledge related to the passage and enforcement of SB 1. | 2 |
| Lupe C. Torres Medina County Elections Office | 1300 Avenue M. Hondo, Texas 78861 (830) 741-6009 | This witness has knowledge of the claims and defenses asserted in this lawsuit, the implantation and impact on SB 1, as well as the administration of elections in Medina County | 1 |
| Jacquelyn F. Callanen Bexar County Elections Office | 101 W. Nueva San Antonio, Texas 78205 (210) 335-2146 | This witness has knowledge of the claims and defenses asserted in this lawsuit, the implantation and imbact on SB 1, as well as the administration of | 1 |

3

| | | | |
|---|---|---|---|
| | | elections in Bexar County | |
| Yvonne Ramón Hidalgo County District Attorney's Office | 100 E. Cano, Hidalgo County Courthouse Annex III, Edinburg, TX 78539 (956) 292-7609 | This witness has knowledge of the claims and defenses asserted in this lawsuit, the implantation and impact on SB 1, as well as the administration of elections in Hidalgo County | 1 |
| Michael Scarpello Dallas County District Attorney's Office | 500 Elm Street, Suite 6300, Dallas, TX 75202 (214) 653-7358 | This witness has knowledge of the claims and defenses asserted in this lawsuit, the implantation and impact on SB 1, as well as the administration of elections in Dallas County | 1 |
| Lisa Wise, El Paso County Elections Department | 500 E. San Antonio Ave., El Paso, TX 79901. (915)546-2154 | This witness has knowledge of the claims and defenses asserted in this lawsuit, the implantation and impact on SB 1, as well as the administration of elections in El Paso County | 1 |
| Cathy Cranston, c/o Disability Rights Texas | 2222 W. Braker Lane, Austin, TX 78758. (512) 454-4816 | This witness has knowledge regarding voter assistance and the impact of SB 1 on voter assistance. | 1 |

| Nancy Crowther | 2102 Lewood Circle, Austin, TX 78745-3534.  (512) 808-7486 | This witness has knowledge regarding voter assistance and the impact of SB 1 on voter assistance. | 1 |
|---|---|---|---|
| LULAC Texas | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |
| VOTO LATINO | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |
| Texas Alliance for Retired Americans | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |
| Texas AFT | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |
| OCA Greater Houston | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |
| League of Women Voters of Texas | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |

| Revup-Texas | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |
| Texas Organizing Project | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |
| Workers Defense Action Fund | Contact via counsel | This witness has knowledge of the claims and defenses asserted in this lawsuit and the impact of SB 1. | 1 |

**(2)    Rule 26(a)(1)(A)(ii): A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

The text and legislative history of SB 1. Clifford Tatum is also in possession of documents related to the administration of elections in Harris County, including documents related to mail-in voting and historical documents related to elections in Harris County. Clifford Tatum will supplement these disclosures as she receives additional documents in the future, such as guidance from the Texas Secretary of State.

**(3)    Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Clifford Tatum is not seeking any damages.

    **(4)**    **Rule 26(a)(1)(A)(iv):**    **For inspection and copying as under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Clifford Tatum does not have any responsive documents.

    **Rule 26(a)(2)(C):  Expert Testimony**

These witnesses are attorneys in the Harris County Attorney's Office and may offer testimony regarding the necessity and reasonableness of attorneys' fees.

> Jonathan G.C. Fombonne
> Tiffany S. Bingham
> Harris County Attorney's Office
> 1019 Congress, 15th Floor
> Houston, Texas 77002
> (713) 755-5101

.

Dated February 24, 2023           Respectfully submitted,

          */s/ Sameer S. Birring*
          **CHRISTIAN D. MENEFEE**
          Harris County Attorney
          Texas Bar No. 24088049
          Christian.Menefee@harriscountytx.gov
          **JONATHAN G.C. FOMBONNE**
          First Assistant Harris County Attorney
          Texas Bar No. 24102702
          Jonathan.Fombonne@cao.hctx.net
          **TIFFANY S. BINGHAM**
          Managing Counsel
          Texas Bar No. 24012287
          Tiffany.Bingham@cao.hctx.net
          **SAMEER S. BIRRING**
          Assistant County Attorney
          Texas Bar No. 24087169
          Sameer.Birring@cao.hctx.net

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for* CLIFFORD TATUM, in his Official Capacity as Harris County Elections Administrator

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, the foregoing document was served via e-mail and efile to all counsel of record.

*/s/ Sameer S. Birring*