esIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO *et al.*,<br>   *Plaintiffs* | § § § § | |
| -vs- | § § | SA-21-CV-00844-XR |
| GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVENOR OF TEXAS *et al.*;<br>   *Defendants* | § § § § § | *CONSOLIDATED CASES* |

### ORDER

  On this date, the Court considered the parties' joint motion to clarify the scheduling order (ECF No. 542). The pending motion is set for a hearing on **Tuesday, March 07, 2023** at **4:00 p.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 24 hours in advance. Finally, due to a scheduling conflict, the parties should also be prepared to discuss a new trial date.

  It is so **ORDERED**.

  **SIGNED** this 3rd day of March, 2023.

                    _____
                    XAVIER RODRIGUEZ
                    UNITED STATES DISTRICT JUDGE