IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs,* § § v. § § GREG ABBOTT, *et al.*, § § *Defendants.* § § HARRIS COUNTY REPUBLICAN PARTY, *et al.*, § § *Intervenor-Defendants.* | Case No. 5:21-cv-00844-XR [Lead Case] |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL HARRIS COUNTY REPUBLICAN PARTY DEFENDANT INTERVENOR

Pending before the Court is LUPE Plaintiffs' Motion to Compel Production of Documents and to Compel Testimony of Defendant Intervenor Harris County Republican Party.

Upon review of the request, the motion is GRANTED. Defendant Intervenor Harris County Republican Party is hereby ORDERED to conduct a search for and produce all documents responsive to Plaintiffs Requests for Production of Documents 1 and 3, including documents in Mr. Vera's personal email address and personal computer. Defendant Intervenor Harris County Republican Party is further ORDERED to provide deposition testimony in response to Plaintiffs' questions regarding Defendant Intervenor's communications with legislators or legislative staff.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE