# Exhibit B

# LUPE v. Abbott: Deposition Notices for Harris County Def Intervenors

## Nina Perales

Thu 2/23/2023 2:59 PM

To: Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Armon, Orion <oarmon@cooley.com>; Stewart, Michael (CRT) <Michael.Stewart3@usdoj.gov>; Yun, Jennifer (CRT) <Jennifer.Yun@usdoj.gov>; Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov>; Soo-Tim, Tiffani (CRT) <Tiffani.Soo-Tim@usdoj.gov>; Dellheim, Richard (CRT) <Richard.Dellheim@usdoj.gov>; Putnam, Lauren (CRT) <Lauren.Putnam@usdoj.gov>; morales-doyles@brennan.law.nyu.edu <morales-doyles@brennan.law.nyu.edu>; singhj@brennan.law.nyu.edu <singhj@brennan.law.nyu.edu>; berryp@brennan.law.nyu.edu <berryp@brennan.law.nyu.edu>; sweren-beckere@brennan.law.nyu.edu <sweren-beckere@brennan.law.nyu.edu>; monzona@brennan.law.nyu.edu <monzona@brennan.law.nyu.edu>; sandersr@brennan.law.nyu.edu <sandersr@brennan.law.nyu.edu>; liz.ryan@weil.com <liz.ryan@weil.com>; megan.cloud@weil.com <megan.cloud@weil.com>; Julia Longoria <Jlongoria@MALDEF.org>; Fatima Menendez <fmenendez@MALDEF.org>; michael.keats@friedfrank.com <michael.keats@friedfrank.com>; kevin.zhen@friedfrank.com <kevin.zhen@friedfrank.com>; jason.kanterman@friedfrank.com <jason.kanterman@friedfrank.com>; rebecca.martin@friedfrank.com <rebecca.martin@friedfrank.com>; asavomatthews@elias.law <asavomatthews@elias.law>; capolonio@elias.law <capolonio@elias.law>; cdodge@elias.law <cdodge@elias.law>; dlorenzo@elias.law <dlorenzo@elias.law>; erodriguezarmenta@elias.law <erodriguezarmenta@elias.law>; mjones@elias.law <mjones@elias.law>; mmcqueen@elias.law <mmcqueen@elias.law>; nbaron@elias.law <nbaron@elias.law>; unkwonta@elias.law <unkwonta@elias.law>; zachary@texascivilrightsproject.org <zachary@texascivilrightsproject.org>; schen@texascivilrightsproject.org <schen@texascivilrightsproject.org>; hani@texascivilrightsproject.org <hani@texascivilrightsproject.org>; chris@texascivilrightsproject.org <chris@texascivilrightsproject.org>; jvattamala@aaldef.org <jvattamala@aaldef.org>; slorenzo-giguere@aaldef.org <slorenzo-giguere@aaldef.org>; pstegemoeller@aaldef.org <pstegemoeller@aaldef.org>; aharris@aclutx.org <aharris@aclutx.org>; esaldivar@aclutx.org <esaldivar@aclutx.org>; tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>; skumar@aclutx.org <skumar@aclutx.org>; apeterson@jenner.com <apeterson@jenner.com>; atrepp@jenner.com <atrepp@jenner.com>; jamunson@jenner.com <jamunson@jenner.com>; lromano@drtx.org <lromano@drtx.org>; lsnead@drtx.org <lsnead@drtx.org>; mmcnair@drtx.org <mmcnair@drtx.org>; phofer@drtx.org <phofer@drtx.org>; acepedaderieux@aclu.org <acepedaderieux@aclu.org>; asavitzky@aclu.org <asavitzky@aclu.org>; smizner@aclu.org <smizner@aclu.org>; wendy.olson@stoel.com <wendy.olson@stoel.com>; jackie.franolich@stoel.com <jackie.franolich@stoel.com>; elijah.watkins@stoel.com <elijah.watkins@stoel.com>; bradley.prowant@stoel.com <bradley.prowant@stoel.com>; laura.rosenbaum@stoel.com <laura.rosenbaum@stoel.com>; mark.bieter@stoel.com <mark.bieter@stoel.com>; abadat@naacpldf.org <abadat@naacpldf.org>; csisco@naacpldf.org <csisco@naacpldf.org>; jholmes@naacpldf.org <jholmes@naacpldf.org>; koliver@naacpldf.org <koliver@naacpldf.org>; ksadasivan@naacpldf.org <ksadasivan@naacpldf.org>; vgenecin@naacpldf.org <vgenecin@naacpldf.org>; dlopez@reedsmith.com <dlopez@reedsmith.com>; kbroughton@reedsmith.com <kbroughton@reedsmith.com>; kdulaney@reedsmith.com <kdulaney@reedsmith.com>; kpippin@reedsmith.com <kpippin@reedsmith.com>; sarah.stewart@reedsmith.com <sarah.stewart@reedsmith.com>; wakschlag@thearc.org <wakschlag@thearc.org>; dlang@gravitystack.com <dlang@gravitystack.com>; jtolbert@gravitystack.com <jtolbert@gravitystack.com>; jean.gill@bexar.org <jean.gill@bexar.org>; lisa.cubriel@bexar.org <lisa.cubriel@bexar.org>; lroberson@bexar.org <lroberson@bexar.org>; maryann.ortegon@bexar.org <maryann.ortegon@bexar.org>; noelle.butler@bexar.org <noelle.butler@bexar.org>; barbara.nicholas@dallascounty.org <barbara.nicholas@dallascounty.org>; ben.stool@dallascounty.org <ben.stool@dallascounty.org>; cecily.fazzino@dallascounty.org <cecily.fazzino@dallascounty.org>; jason.schuette@dallascounty.org <jason.schuette@dallascounty.org>; kim.barr@dallascounty.org <kim.barr@dallascounty.org>; Christine Sun <christine@statesuniteddemocracy.org>; Marina Eisner <Marina@statesuniteddemocracy.org>; Ranjana Natarajan <ranjana@statesuniteddemocracy.org>; Robert Cotter <Robert@statesuniteddemocracy.org>; Hartnett, Kathleen <khartnett@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; Louk, David S. <dlouk@cooley.com>; Spector, Kelsey R <kspector@cooley.com>; Habell, Germaine <GHabell@cooley.com>; Lebel, Carrie <clebel@cooley.com>; Matteo, Nichole <nmatteo@cooley.com>; attorney@rodriguezfirm.com <attorney@rodriguezfirm.com>; sameer.birring@cao.hctx.net <sameer.birring@cao.hctx.net>; tiffany.bingham@cao.hctx.net <tiffany.bingham@cao.hctx.net>; jonathan.fombonne@cao.hctx.net <jonathan.fombonne@cao.hctx.net>; jacqueline.bauerband@cao.hctx.net <jacqueline.bauerband@cao.hctx.net>; eric.nichols@butlersnow.com <eric.nichols@butlersnow.com>; karson.thompson@butlersnow.com <karson.thompson@butlersnow.com>; mckenna.tansey@butlersnow.com <mckenna.tansey@butlersnow.com>; victoria.giese@butlersnow.com <victoria.giese@butlersnow.com>; leigh.tognetti@da.co.hidalgo.tx.us <leigh.tognetti@da.co.hidalgo.tx.us>; josephine.ramirez@da.co.hidalgo.tx.us <josephine.ramirez@da.co.hidalgo.tx.us>; jacqueline.villarreal@da.co.hidalgo.tx.us <jacqueline.villarreal@da.co.hidalgo.tx.us>; michaelj.garza@da.co.hidalgo.tx.us <michaelj.garza@da.co.hidalgo.tx.us>; leslie.dippel@traviscountytx.gov <leslie.dippel@traviscountytx.gov>; tony.nelson@traviscountytx.gov <tony.nelson@traviscountytx.gov>; patrick.pope@traviscountytx.gov <patrick.pope@traviscountytx.gov>; gabe.hodge@traviscountytx.gov <gabe.hodge@traviscountytx.gov>; jmgore@jonesday.com

&lt;jmgore@jonesday.com&gt;; scrosland@jonesday.com &lt;scrosland@jonesday.com&gt;; skenny@jonesday.com &lt;skenny@jonesday.com&gt;; cetroberts@jonesday.com &lt;cetroberts@jonesday.com&gt;; morales-doyles@brennan.law.nyu.edu &lt;morales-doyles@brennan.law.nyu.edu&gt;;

Cc: Christopher Hilton &lt;Christopher.Hilton@oag.texas.gov&gt;; Ryan Kercher &lt;Ryan.Kercher@oag.texas.gov&gt;; Kathleen Hunker &lt;Kathleen.Hunker@oag.texas.gov&gt;; Will Wassdorf &lt;Will.Wassdorf@oag.texas.gov&gt;; David Bryant &lt;David.Bryant@oag.texas.gov&gt;; Zachary Berg &lt;Zachary.Berg@oag.texas.gov&gt;; Ethan Szumanski &lt;Ethan.Szumanski@oag.texas.gov&gt;; Elizabeth Saunders &lt;Elizabeth.Saunders@oag.texas.gov&gt;; Sharon Murray &lt;Sharon.Murray@oag.texas.gov&gt;;

📎 3 attachments

2 23 23_Alan Vera_30b1 Depo Notice_Final.pdf; 2 23 23_Cindy Siegel_30b1 Depo Notice_Final.pdf; 2 23 23_Harris County GOP_30b6 Depo Notice_Final.pdf;


Dear Counsel,

Please find attached deposition notices for Harris County GOP Defendant Intervenors.

Thank you,

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
and Educational Fund, Inc. (MALDEF)
110 Broadway Suite 300
San Antonio, TX 78205
ph. (210) 224-5476
fax (210) 224-5382
www.maldef.org