# Exhibit J

# Julia Longoria

| | |
|---|---|
| **From:** | Nina Perales |
| **Sent:** | Friday, February 24, 2023 8:52 AM |
| **To:** | Freeman, Daniel (CRT); Aaron Barnes; Armon, Orion; Stewart, Michael (CRT); Yun, Jennifer (CRT); Paikowsky, Dana (CRT); Soo-Tim, Tiffani (CRT); Dellheim, Richard (CRT); Putnam, Lauren (CRT); morales-doyles@brennan.law.nyu.edu; singhj@brennan.law.nyu.edu; berryp@brennan.law.nyu.edu; sweren-beckere@brennan.law.nyu.edu; monzona@brennan.law.nyu.edu; sandersr@brennan.law.nyu.edu; liz.ryan@weil.com; megan.cloud@weil.com; Julia Longoria; Fatima Menendez; michael.keats@friedfrank.com; kevin.zhen@friedfrank.com; jason.kanterman@friedfrank.com; rebecca.martin@friedfrank.com; asavomatthews@elias.law; capolonio@elias.law; cdodge@elias.law; dlorenzo@elias.law; erodriguezarmenta@elias.law; mjones@elias.law; mmcqueen@elias.law; nbaron@elias.law; unkwonta@elias.law; zachary@texascivilrightsproject.org; schen@texascivilrightsproject.org; hani@texascivilrightsproject.org; chris@texascivilrightsproject.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; pstegemoeller@aaldef.org; aharris@aclutx.org; esaldivar@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; apeterson@jenner.com; atrepp@jenner.com; jamunson@jenner.com; lromano@drtx.org; lsnead@drtx.org; mmcnair@drtx.org; phofer@drtx.org; acepedaderieux@aclu.org; asavitzky@aclu.org; smizner@aclu.org; wendy.olson@stoel.com; jackie.franolich@stoel.com; elijah.watkins@stoel.com; bradley.prowant@stoel.com; laura.rosenbaum@stoel.com; mark.bieter@stoel.com; abadat@naacpldf.org; csisco@naacpldf.org; jholmes@naacpldf.org; koliver@naacpldf.org; ksadasivan@naacpldf.org; vgenecin@naacpldf.org; dlopez@reedsmith.com; kbroughton@reedsmith.com; kdulaney@reedsmith.com; kpippin@reedsmith.com; sarah.stewart@reedsmith.com; wakschlag@thearc.org; dlang@gravitystack.com; jtolbert@gravitystack.com; jean.gill@bexar.org; lisa.cubriel@bexar.org; lroberson@bexar.org; maryann.ortegon@bexar.org; noelle.butler@bexar.org; barbara.nicholas@dallascounty.org; ben.stool@dallascounty.org; cecily.fazzino@dallascounty.org; jason.schuette@dallascounty.org; kim.barr@dallascounty.org; Christine Sun; Marina Eisner; Ranjana Natarajan; Robert Cotter; Hartnett, Kathleen; Mejia, Beatriz; Louk, David S.; Spector, Kelsey R; Habell, Germaine; Lebel, Carrie; Matteo, Nichole; attorney@rodriguezfirm.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; mckenna.tansey@butlersnow.com; victoria.giese@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez@da.co.hidalgo.tx.us; jacqueline.villarreal@da.co.hidalgo.tx.us; michaelj.garza@da.co.hidalgo.tx.us; leslie.dippel@traviscountytx.gov; tony.nelson@traviscountytx.gov; patrick.pope@traviscountytx.gov; gabe.hodge@traviscountytx.gov; jmgore@jonesday.com; scrosland@jonesday.com; skenny@jonesday.com; cetroberts@jonesday.com; morales-doyles@brennan.law.nyu.edu |
| **Cc:** | Christopher Hilton; Ryan Kercher; Kathleen Hunker; Will Wassdorf; David Bryant; Zachary Berg; Ethan Szumanski; Elizabeth Saunders; Sharon Murray |
| **Subject:** | RE: LUPE v. Abbott:  Deposition Notices for Harris County Def Intervenors |
| **Attachments:** | 2 23 24_Alan Vera_Amended 30b1 Depo Notice_Final.pdf |

Dear counsel,

Please find attached the amended notice of deposition for Alan Vera. This notice changes the start time of Monday's deposition to 9:30am Central pursuant to agreement.

Thank you,

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
 and Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
Ph (210) 224-5476 ext. 206
FAX (210) 224-5382



CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message. This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information. If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may be illegal. If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.

**From:** Nina Perales <nperales@MALDEF.org>
**Sent:** Thursday, February 23, 2023 2:59 PM
**To:** Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Armon, Orion <oarmon@cooley.com>; Stewart, Michael (CRT) <Michael.Stewart3@usdoj.gov>; Yun, Jennifer (CRT) <Jennifer.Yun@usdoj.gov>; Paikowsky, Dana (CRT) <Dana.Paikowsky@usdoj.gov>; Soo-Tim, Tiffani (CRT) <Tiffani.Soo-Tim@usdoj.gov>; Dellheim, Richard (CRT) <Richard.Dellheim@usdoj.gov>; Putnam, Lauren (CRT) <Lauren.Putnam@usdoj.gov>; morales-doyles@brennan.law.nyu.edu; singhj@brennan.law.nyu.edu; berryp@brennan.law.nyu.edu; sweren-beckere@brennan.law.nyu.edu; monzona@brennan.law.nyu.edu; sandersr@brennan.law.nyu.edu; liz.ryan@weil.com; megan.cloud@weil.com; Julia Longoria <Jlongoria@MALDEF.org>; Fatima Menendez <fmenendez@MALDEF.org>; michael.keats@friedfrank.com; kevin.zhen@friedfrank.com; jason.kanterman@friedfrank.com; rebecca.martin@friedfrank.com; asavomatthews@elias.law; capolonio@elias.law; cdodge@elias.law; dlorenzo@elias.law; erodriguezarmenta@elias.law; mjones@elias.law; mmcqueen@elias.law; nbaron@elias.law; unkwonta@elias.law; zachary@texascivilrightsproject.org; schen@texascivilrightsproject.org; hani@texascivilrightsproject.org; chris@texascivilrightsproject.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; pstegemoeller@aaldef.org; aharris@aclutx.org; esaldivar@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; apeterson@jenner.com; atrepp@jenner.com; jamunson@jenner.com; lromano@drtx.org; lsnead@drtx.org; mmcnair@drtx.org; phofer@drtx.org; acepedaderieux@aclu.org; asavitzky@aclu.org; smizner@aclu.org; wendy.olson@stoel.com; jackie.franolich@stoel.com; elijah.watkins@stoel.com; bradley.prowant@stoel.com; laura.rosenbaum@stoel.com; mark.bieter@stoel.com; abadat@naacpldf.org; csisco@naacpldf.org; jholmes@naacpldf.org; koliver@naacpldf.org; ksadasivan@naacpldf.org; vgenecin@naacpldf.org; dlopez@reedsmith.com; kbroughton@reedsmith.com; kdulaney@reedsmith.com; kpippin@reedsmith.com; sarah.stewart@reedsmith.com; wakschlag@thearc.org; dlang@gravitystack.com; jtolbert@gravitystack.com; jean.gill@bexar.org; lisa.cubriel@bexar.org; lroberson@bexar.org; maryann.ortegon@bexar.org; noelle.butler@bexar.org; barbara.nicholas@dallascounty.org; ben.stool@dallascounty.org; cecily.fazzino@dallascounty.org; jason.schuette@dallascounty.org; kim.barr@dallascounty.org; Christine Sun

<christine@statesuniteddemocracy.org>; Marina Eisner <Marina@statesuniteddemocracy.org>; Ranjana Natarajan <ranjana@statesuniteddemocracy.org>; Robert Cotter <Robert@statesuniteddemocracy.org>; Hartnett, Kathleen <khartnett@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; Louk, David S. <dlouk@cooley.com>; Spector, Kelsey R <kspector@cooley.com>; Habell, Germaine <GHabell@cooley.com>; Lebel, Carrie <clebel@cooley.com>; Matteo, Nichole <nmatteo@cooley.com>; attorney@rodriguezfirm.com; sameer.birring@cao.hctx.net; tiffany.bingham@cao.hctx.net; jonathan.fombonne@cao.hctx.net; jacqueline.bauerband@cao.hctx.net; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; mckenna.tansey@butlersnow.com; victoria.giese@butlersnow.com; leigh.tognetti@da.co.hidalgo.tx.us; josephine.ramirez@da.co.hidalgo.tx.us; jacqueline.villarreal@da.co.hidalgo.tx.us; michaelj.garza@da.co.hidalgo.tx.us; leslie.dippel@traviscountytx.gov; tony.nelson@traviscountytx.gov; patrick.pope@traviscountytx.gov; gabe.hodge@traviscountytx.gov; jmgore@jonesday.com; scrosland@jonesday.com; skenny@jonesday.com; cetroberts@jonesday.com; morales-doyles@brennan.law.nyu.edu
**Cc:** Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Will Wassdorf <Will.Wassdorf@oag.texas.gov>; David Bryant <David.Bryant@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Ethan Szumanski <Ethan.Szumanski@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Sharon Murray <Sharon.Murray@oag.texas.gov>
**Subject:** LUPE v. Abbott: Deposition Notices for Harris County Def Intervenors

Dear Counsel,

Please find attached deposition notices for Harris County GOP Defendant Intervenors.

Thank you,

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
and Educational Fund, Inc. (MALDEF)
110 Broadway Suite 300
San Antonio, TX 78205
ph. (210) 224-5476
fax (210) 224-5382
www.maldef.org