IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | § § § | [Lead Case] |
| *Defendants*. | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § § | |
| *Intervenor-Defendants*. | | |

**[PROPOSED] ORDER**

On this day, the Court considered the LUPE Plaintiffs' Motion for Enlargement of Time to File Motion to Compel Production of Documents and to Compel Testimony of Defendant Intervenor Harris County Republican Party. For the reasons set forth therein, the motion is hereby **GRANTED.**

**SIGNED AND ENTERED** this _____ day of _____, 2023.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE

1