IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS, et al., <br><br> *Defendants*. | Civil Action No. 5:21-cv-844(XR) <br> (Consolidated Case) |
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, and WORKERS DEFENSE ACTION FUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> TEXAS SECRETARY OF STATE JANE NELSON, *in her official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR CLIFFORD TATUM, *in his official capacity*, TRAVIS COUNTY CLERK DYANA LIMON-MERCADO, *in her official capacity*, HARRIS COUNTY DISTRICT ATTORNEY KIM OGG, *in her official capacity*, TRAVIS COUNTY DISTRICT ATTORNEY JOSÉ GARZA, *in his official capacity,* <br><br> *Defendants*. | 1:21-cv-0780-XR |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW

On this date, the Court took under submission the OCA-GH Plaintiffs' Motion to Withdraw Workers Defense Action Fund as a party in this action, pursuant to Rule 21 of the Federal Rules of Civil Procedure. The motion was presented with notice to the Defendants, who have indicated

1

that they do not oppose the motion. The Court, after reviewing the motion, is of the opinion that the motion is well-taken and should be in all things GRANTED.

It is therefore, **Ordered**, **Adjudged**, and **Decreed** that the OCA-GH Plaintiffs' Motion to Withdraw is hereby **GRANTED** in its entirety, and Plaintiff Workers Defense Action Fund is **DISMISSED WITH PREJUDICE**.

All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Workers Defense Action Fund does not affect remaining OCA-GH Plaintiffs' claims against any defendants.

SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE