IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO *et al.*,<br>  *Plaintiffs*<br><br>-vs-<br><br>GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVENOR OF TEXAS *et al.*;<br>  *Defendants* | § § § § § § § § § § § § | SA-21-CV-00844-XR<br><br>*CONSOLIDATED CASES* |

### ORDER

On this date, the Court considered Plaintiffs' motion to compel production of documents and to compel testimony of Defendant Intervenor Harris County Republican Party (ECF No. 547). The pending motion is set for a hearing on **Tuesday, March 07, 2023** at **4:00 p.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207.

If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 24 hours in advance.

Finally, due to a scheduling conflict, the parties should also be prepared to discuss a new trial date.

It is so **ORDERED**.

**SIGNED** this 6th day of March, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE