IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § § |
| *Plaintiffs*, | § § |
| v. | §  Civil Action No. 5:21-CV-0844-XR § (Consolidated Cases) |
| STATE OF TEXAS, *et al.*, | § § § |
| *Defendants*. | § |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate to the voluntary dismissal without prejudice of all claims of plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions against defendants State of Texas, Jane Nelson in her official capacity as the Texas Secretary of State, Warren K. Paxton in his official capacity as the Texas Attorney General, Michael Scarpello in his official capacity as the Dallas County Elections Administrator, John Creuzot in his official capacity as the Dallas County District Attorney, Lisa Wise in her official capacity as the El Paso County Elections Administrator, Bill Hicks in his official capacity as the El Paso County District Attorney, and José Garza in his official capacity as the Travis County District Attorney, with each party to bear their own costs and fees.

The undersigned counsel hereby further agree that the claims of the remaining plaintiffs La Unión Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, FIEL Houston Inc., and James Lewin remain live and unaffected by this stipulation.

Dated March 6, 2023                                          Respectfully submitted,

**For LUPE Plaintiffs:**

/s/ *Nina Perales*  
Nina Perales (Tex. Bar No. 24005046)  
Julia R. Longoria (Tex. Bar No. 24070166)  
Fátima L. Menéndez (Tex. Bar No. 24090260)  
MEXICAN AMERICAN LEGAL DEFENSE  
AND EDUCATIONAL FUND  
110 Broadway, Suite 300  
San Antonio, TX 78205  
Telephone: (210) 224-5476  
Facsimile: (210) 224-5382  
nperales@maldef.org  
jlongoria@maldef.org  
fmenendez@maldef.org  

Michael C. Keats*  
Rebecca L. Martin*  
Jason S. Kanterman*  
Kevin Zhen*  
FRIED, FRANK, HARRIS, SHRIVER &  
JACOBSON LLP  
One New York Plaza  
New York, New York 10004  
Telephone: (212) 859-8000  
Facsimile: (212) 859-4000  
michael.keats@friedfrank.com  
rebecca.martin@friedfrank.com  
jason.kanterman@friedfrank.com  
kevin.zhen@friedfrank.com  

/s/ *Sean Morales-Doyle*  
Sean Morales-Doyle (NY Bar No. 5646641)  
Robyn N. Sanders* (N.C. Bar No. 58339)  
Jasleen K. Singh* (Cal. Bar No. 316596)  
Patrick A. Berry* (NY Bar No. 5723135)  
Eliza Sweren-Becker* (NY Bar No. 5424403)  
Andrew B. Garber* (NY Bar No. 5684147)  
BRENNAN CENTER FOR JUSTICE  
AT NYU SCHOOL OF LAW  
120 Broadway, Suite 1750  
New York, NY 10271  
Telephone: (646) 292-8310  
Facsimile: (212) 463-7308  
sean.morales-doyle@nyu.edu  
rs8592@nyu.edu  
jasleen.singh@nyu.edu  
patrick.berry@nyu.edu  
eliza.sweren-becker@nyu.edu  
andrew.garber@nyu.edu  

Paul R. Genender (Tex. Bar No. 00790758)  
Elizabeth Y. Ryan (Tex. Bar No. 24067758)  
Matthew Berde* (Tex. Bar No. 24094379)  
Megan Cloud (Tex. Bar No. 24116207)  
WEIL, GOTSHAL & MANGES LLP  
200 Crescent Court, Suite 300  
Dallas, Texas 75201  
Telephone: (214) 746-8158  
Facsimile: (214)746-7777  
Paul.Genender@weil.com  
Liz.Ryan@weil.com  
Matt.Berde@weil.com  
Megan.Cloud@weil.com  

Alexander P. Cohen* (Tex. Bar No. 24109739)  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8020  
Facsimile: (212) 310-8007  
Alexander.Cohen@weil.com  

* Admitted *pro hac vice*

**For State Defendants:**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Tex. State Bar No. 24087727

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415
J. AARON BARNES
Special Counsel
Tex. State Bar No. 24099014

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
christopher.hilton@oag.texas.gov
kathleen.hunker@oag.texas.gov
aaron.barnes@oag.texas.gov

**For Defendant-Intervenors:**

*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland (pro hac vice)
Stephen J. Kenny (pro hac vice)
Charles E.T. Roberts
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
skenny@jonesday.com
cetroberts@jonesday.com

**For Defendants Dallas County Election Administrator and Dallas County District Attorney:**

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*/s/ Ben L. Stool*
Assistant District Attorney
Texas State Bar No. 19312500
ben.stool@dallascounty.org
Barbara S. Nicholas
Assistant District Attorney
Texas State Bar No. 24032785
barbara.nicholas@dallascounty.org
Civil Division
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202
Telephone: 214-653-7358
Telecopier: 214.653.6134

3

**For Defendant El Paso County Election Administrator:**

/s/ Orion Armon
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
David Louk* (CA SBN 304654)
dlouk@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: (323) 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice

**For Defendant El Paso County District Attorney:**

*/s/ Roger Rodriguez*
Roger Rodriguez
State Bar No. 24033652
attorney@rodriguezfirm.com
3800 N. Mesa, A-2202
El Paso, Texas 79902
Tel: (915) 422-1000

**For Defendant Travis County District Attorney:**

DELIA GARZA
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9513
Facsimile: (512) 854-4808

*/s/ Anthony J. Nelson*

LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
Anthony J. Nelson
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
Patrick T. Pope
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, a true and accurate copy of the foregoing document was filed electronically with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Patrick A. Berry*
Patrick A. Berry