# EXHIBIT M

1

1   UNEDITED REALTIME TRANSCRIPTION DISCLAIMER
2   The following transcript of proceedings, or any
3   portion thereof, is being delivered UNEDITED and
4   UNCERTIFIED by the court reporter.
5         The purchaser agrees not to disclose
6   this realtime, unedited transcription in any
7   form(written or electronic)to anyone who has no
8   connection to this case.  This is an unofficial
9   transcription which should not be relied upon for
10  purposes of verbatim citation of testimony.
11        This transcription has not been
12  proofread.  It is a draft transcript, NOT a certified
13  transcript.  As such, it may contain computer-generated
14  mistranslations of stenotype code or electronic
15  transmission errors, resulting in inaccurate or
16  nonsensical symbols which cannot be deciphered by
17  non-stenotypists.
18      Corrections will be made in the preparation
19  of the certified transcription, resulting in
20  differences in content, page and line numbers,
21  punctuation, and formatting.
22          MS. PERALES:  For the Lupe please
23  LUPE.
24          MS. HOLMES:  Jennifer Holmes for the
25  haul plaintiff HAUL's then presenting the state of

2

1  Texas.

2          MR. GORE:  Representing intervene tore

3  defendant and the witness today Siegel Siegel SIEGEL

4  chairman of the Harris County Republican Party.

5              CINDY SIEGEL,

6  Having been first duly sworn, was examined and

7  testified as follows:

8          THE REPORTER:  Counsel, we're ready to

9  proceed.

10             MS. PERALES:  Thank you.

11             DIRECT EXAMINATION

12  BY MS. PERALES:

13             You can tell we're all.

14   Q.  As you heard earlier my name is Nina Perales

15  and I represent some of the plaintiff's in this case.

16  I'll start off with some pretty easy questions the

17  first being have you ever been deposed before?

18   A.  No.

19   Q.  So because you haven't been deposed before

20  I'm going go through some rules with you rule of the

21  road essentially and I'll just ask you for each one of

22  them if you can agree to do that in today's deposition

23  okay?

24   A.  Okay.

25   Q.  All right. Now you just a moment ago you took

38

1  bill called Senate bill 7 and later in the second
2  special session the bill that passed was called SB 1,
3  is that generally you understanding of things?
4      A.  Yes, but I'm more familiar quite frankly with
5  just SB 1.
6      Q.  So before the regular session started in
7  January of 2021, did you have any involvement in
8  advocating for legislation similar to SB 1, this is
9  before the start of the session?
10      A.  My personally.
11      Q.  The party?
12      A.  Through our ballot security committee and
13  our, under Al Vera as the chair. We did pass a
14  resolution our executive committee which is made up of
15  all the precinct chairs and I think it was in January
16  basically saying that the ballot security commit could,
17  I'm not going to say act, but represent Harris County
18  Republican Party and it laid out certain things that we
19  were for and certain things we were against. But in
20  terms of, me advocating or the party sending a bus or
21  whatever, no, we did not do any of that.
22      Q.  Okay. Would it by fair to say that Mr. Vera
23  carried out most of the advocacy or all of the advocacy
24  on voter integrity legislation in the 2021 sessions?
25      A.  Yes.

48

1   A.  No.

2   Q.  Okay. Now I have some more questions for you

3  about the parties advocacy in the 2021 legislative

4  sessions both the regular the first and the second

5  special it was a long year?

6   A.  Yes it was.

7   Q.  And so I'll continue to ask you those

8  questions but if it's the case that Mr. Vera was

9  carrying out the par's activities then that's okay to

10  just let me know that?

11   A.  Okay.

12   Q.  But if there were other things that the party

13  was doing to advocate, please let me know that as well?

14   A.  Okay.

15   Q.  And before I launch into those, I just wanted

16  to be clear that when Mr. Vera was carrying out his

17  advocacy on behalf of the Harris County Republican

18  Party, are you aware that sometimes he would use his

19  company email to communicate with legislators and

20  others?

21   A.  Yes, I'm aware of that.

22   Q.  And is it typically the case that he uses his

23  company email for email communications?

24   A.  It has been historically the case, it is

25  something we've internally recently are moving away

1  from that, to where that there will be a party email
2  like I have.
3     Q.  In 2021 did Mr. Vera have a party email?
4     A.  No, no.
5     Q.  So any email he would have been doing on
6  behalf of the republican party would have been through
7  his personal email?
8     A.  Yes.
9     Q.  Does Mr. Vera have a computer that the party
10 gave him to do his work on behalf the party?
11    A.  No.
12    Q.  So is it your understanding that Mr. Vera
13 uses his personnal Company computer to his advocacy on
14 behalf of the party?
15    A.  Yes.
16    Q.  I think I know the answer to this question,
17 but did, you, Cindy Siegel testify in favor or against
18 SB 1 in the legislature?
19    A.  No.
20    Q.  Did you ever, are you aware of any meetings
21 that Harris County Republican Party had with
22 legislators on SB 1 that didn't include Mr. Vera?
23           MR. SZUMANSKI:  Objection to the
24 extent it infringes or invades the legislative
25 privilege or extends into the inquires from the

1  legislatures?

2           MS. PERALES:  Your objection is noted.

3  I'm carefully asking at this point only if whether

4  meetings occurred and not the substance of those

5  communications.

6           MR. SZUMANSKI:  Understood.

7     A.  Can you repeat the question?

8     Q.  (BY MS. PERALES) Yes.  Did the Harris County

9  Republican Party have any meetings with legislators

10  about SB 1 that didn't include Mr. Vera?

11    A.  Not to my knowledge.

12    Q.  Now, earlier you testified that the 2021

13  resolution of the party election integrity legislation

14  was provided to legislators, can you think of any other

15  documents that the Harris County Republican Party sent

16  to legislators related to election integrity during the

17  2021 period?

18           MR. SZUMANSKI:  Objection, legislative

19  privilege?

20    Q.  (BY MS. PERALES:) You may answer.

21    A.  Not related to SB 1, but in response to a

22  text I received.

23    Q.  So you received a text from a legislator or

24  legislative staff and you responded?

25    A.  Yes.

54

1  County Republican Party had with legislators about SB 1

2  that was not involving Mr. Vera, so outside of Vera's

3  communications --

4           MR. SZUMANSKI:  Objection, legislative

5  privilege.

6           MS. PERALES:  You're objection is

7  noted.  Again, if I ask merely about the existence of

8  communications, I believe we're still on safe ground.

9           MR. SZUMANSKI:  Understood, but to the

10 extent it does invade into any content or substance of

11 communications then I'm going to instruct the witness

12 not to answer, but I appreciation your clarification.

13     Q.  (BY MS. PERALES:) Okay.  Do you need the

14 question again?

15     A.  Please.

16     Q.  Putting aside the video about poll watcher

17 recruitment, can you think of any other communications

18 that Harris county republican party had with

19 legislators or staff about SB 1 that didn't include

20 Mr. Vera?

21     A.  Not to my recollection.

22     Q.  My understanding from Mr. Vera is that at the

23 the beginning of the 2021 legislative session there may

24 have been a luncheon here in Harris County, with Harris

25 county electeds at the beginning of the legislative