AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas ▾

| | | |
|---|---|---|
| La Union Del Pueblo Entero, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:21-cv-844-XR |
| Gregory W. Abbott, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs LUPE, SVREP, MABA-Texas, Texas HOPE, Jolt Action, WCVI and Fiel Houston, Inc.                    .

Date:     03/08/2023

/s/ Kenneth Parreno
*Attorney's signature*

Kenneth Parreno, MA Bar No. 705747
*Printed name and bar number*
MALDEF
110 Broadway, Suite 300
San Antonio, TX  78205

*Address*

kparreno@maldef.org
*E-mail address*

(210) 224-5476
*Telephone number*

(210) 224-5382
*FAX number*