# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| Plaintiffs | § § | |
| v. | § § | Consolidated Case No. 5:21-cv-00844-XR |
| THE STATE OF TEXAS, et al., | § § § | |
| Defendants. | § § § | |

## JOINT STIPULATION REGARDING THE DEPOSITION
## OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR

Pursuant to this Court's standing instruction, *see* Fact Sheet for Judge Xavier Rodriguez ¶ 34, Plaintiffs La Unión del Pueblo Entero, *et. al.*[1] ("Private Plaintiffs"), Plaintiff the United States of America ("United States"), Intervenor-Defendants the Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee (collectively, "Intervenor-Defendants"), State Defendants Gregory W. Abbott, W. Kenneth Paxton, and Jane Nelson (collectively, "State Defendants"), and Defendant El Paso County Elections Administrator Lisa Wise hereby stipulate that:

---

[1] Plaintiffs, with the exception of the United States, are as follows: La Unión del Pueblo Entero, Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, FIEL Houston Inc., and James Lewin, Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund.

1.       All undersigned parties agree that a deposition of the Office of the El Paso County Elections Administrator pursuant to Fed. R. Civ. P. 30(b)(6) (the "30(b)(6) Deposition") will be held on April 18, 2023, starting at 10:00 a.m. CDT.

2.       State Defendants have served the Office of the El Paso County Elections Administrator with notice as required under Fed. R. Civ. P. 30(b)(6).

3.       The Office of the El Paso County Elections Administrator has designated El Paso County Elections Administrator Lisa Wise to testify at the 30(b)(6) Deposition.

4.       State Defendants, Private Plaintiffs, the United States, and Intervenor-Defendants may ask questions of Ms. Wise at the 30(b)(6) Deposition.  No other parties are noticing a deposition or will be permitted to ask questions of Ms. Wise at the 30(b)(6) Deposition.

5.       State Defendants, Private Plaintiffs, the United States, and Intervenor-Defendants agree that any questions asked of Ms. Wise at the 30(b)(6) Deposition will fall solely within the scope of Exhibit A to that notice, subject to the limitation set forth in Paragraph 6 below.  The Office of the El Paso County Elections Administrator further reserves the right to serve responses and objections to the topics set out in Exhibit A, and to meet and confer with counsel for State Defendants, Private Plaintiffs, the United States, and Intervenor-Defendants regarding the scope of questioning at the 30(b)(6) Deposition.

6.       The undersigned parties agree that the 30(b)(6) Deposition of Ms. Wise will be exclusively dedicated to the November 2022 General Election.

7.       All undersigned parties agree that they will not serve a deposition notice pursuant to Fed. R. Civ. P. 30(b)(1) on Ms. Wise.

8. All undersigned parties agree that the 30(b)(6) deposition will not extend beyond one day (*i.e.*, seven hours), to be split evenly among the State Defendants and the Intervenor-Defendants, on the one hand, and the Private Plaintiffs and the United States on the other.

9. By entering into this stipulation, the undersigned parties do not waive any rights to re-open the 30(b)(6) Deposition or to pursue a further deposition based on new or previously undisclosed information.

Dated: March 15, 2023

Respectfully submitted,

*/s/ Orion Armon*
Orion Armon (CO SBN 34923)
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099
oarmon@cooley.com

**COOLEY LLP**
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
David Louk* (CA SBN 304654)
dlouk@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

**STATES UNITED DEMOCRACY CENTER**
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103

Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: +1 240 600-1316
marina@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: +1 224-235-2606
robert@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

  /s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Noah B. Baron*
Elena A. Rodriguez Armenta*

Daniela Lorenzo*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
nbaron@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law

*Counsel for LULAC Plaintiffs*


 /s/ Nina Perales
Nina Perales (Tex. Bar No. 24005046)
Julia R. Longoria (Tex. Bar No. 24070166)
Fátima L. Menéndez (Tex. Bar No. 24090260)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*

        LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.

 /s/ Sean Morales-Doyle
Sean Morales-Doyle (NY Bar No. 5646641)
Jasleen K. Singh* (Cal. Bar No. 316596)
Patrick A. Berry* (NY Bar No. 5723135)
Robyn N. Sanders* (N.C. Bar No. 58339)
Eliza Sweren-Becker* (NY Bar No. 5424403)
Andrew B. Garber* (NY Bar No. 5684147)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
jasleen.singh@nyu.edu
patrick.berry@nyu.edu
rs8592@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender (Tex. Bar No. 00790758)
Elizabeth Y. Ryan (Tex. Bar No. 24067758)
Matthew Berde* (Tex. Bar No. 24094379)
Megan Cloud (Tex. Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Paul.Genender@weil.com
Liz.Ryan@weil.com
Matt.Berde@weil.com
Megan.Cloud@weil.com

Alexander P. Cohen* (Tex. Bar No. 24109739)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Telephone: (212) 310-8020
Facsimile: (212) 310-8007
Alexander.Cohen@weil.com

*Attorneys for Plaintiffs:*
FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, TEXAS IMPACT, JAMES LEWIN


KRISTEN CLARKE
Assistant Attorney General

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division


 */s/ Michael E. Stewart*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 307-2767
michael.stewart3@usdoj.gov

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | J. AARON BARNES<br>Special Counsel<br>Tex. State Bar No. 24099014 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
christopher.hilton@oag.texas.gov
kathleen.hunker@oag.texas.gov
aaron.barnes@oag.texas.gov


*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland (pro hac vice)
Stephen J. Kenny (pro hac vice)
Charles E.T. Roberts
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
skenny@jonesday.com
cetroberts@jonesday.com

*Counsel for Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                                    */s/ Orion Armon*
                                                                    Orion Armon

282560123