**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br> *Plaintiffs,* <br> v. <br><br> GREGORY W. ABBOTT, et al., <br> *Defendants.* | 5:21-cv-844-XR |

**NOTICE OF APPEAL**

Third-party legislators Senator Paul Bettencourt and Representative Briscoe Cain appeal to the Court of Appeals for the Fifth Circuit the March 9, 2023, order granting LUPE Plaintiffs' Motion to Compel Production of Documents and to Compel Testimony of Defendant Intervenor Harris County Republican Party (ECF 561).

Date: March 20, 2023

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Tex. State Bar No. 24087727

BRENT WEBSTER
First Assistant Attorney General

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

J. AARON BARNES
Special Counsel
Tex. State Bar No. 24099014

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
christopher.hilton@oag.texas.gov
kathleen.hunker@oag.texas.gov
aaron.barnes@oag.texas.gov

**COUNSEL FOR THIRD-PARTY LEGISLATORS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 20, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER