IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | § § § | [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § | |
| *Intervenor-Defendants.* | | |

**LUPE PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE THEIR PROPOSED SCHEDULING ORDER**

Plaintiffs La Union del Pueblo Entero, *et al.* ("Plaintiffs")[1] move the Court for an extension of time for the parties to file their proposed scheduling order. Plaintiffs seek a new deadline of Friday, March 24, 2023. This motion is unopposed by State Defendants, Defendant Intervenors, Defendants Harris County, Dallas County, Bexar County, El Paso County and Travis County, Plaintiff the United States, Plaintiffs HAUL, *et al.*, Mi Familia Vota, *et al.,* and LULAC.[2]

1. The deadline for the parties to file their proposed scheduling order is March 21, 2023. *See* March 7, 2023 email from Caroline Bell ("please find attached a blank

---

[1] Plaintiffs are La Union del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Anti-Defamation League Austin, Southwest, and Texoma, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, FIEL Houston Inc., and James Lewin.

[2] Plaintiffs OCA *et al.,* and Defendant Hidalgo County did not respond before the filing of this motion.

1

proposed scheduling order to be completed and filed by the parties, either jointly or separately, no later than March 21, 2023.").

2. The parties in this case have been working diligently to negotiate a proposed scheduling order. The parties have met variously by zoom and telephone, as well as exchanged emails, to discuss possible trial dates and other portions of the proposed scheduling order.

3. The negotiations are still ongoing and the parties require an additional few days to complete their discussions.

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court grant an extension of time, to Friday, March 24, 2023, for the parties to file their proposed scheduling order.

Dated:  March 20, 2023

Respectfully Submitted,

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org

Michael C. Keats*
Rebecca L. Martin*

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry (NY Bar No. 5723135)
Jasleen K. Singh (CA. Bar No. 316596)
Eliza Sweren-Becker (NY Bar No. 5424403)
Andrew B. Garber (NY Bar No. 5684147)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender (TX Bar No. 00790758)
Elizabeth Y. Ryan (TX Bar No. 24067758)

Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*
**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC**

*\*Admitted pro hac vice*

Matthew Berde (TX Bar No. 24094379)
Megan Cloud (TX Bar No. 24116207_
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com
megan.cloud@weil.com

**COUNSEL FOR FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA, TEXAS IMPACT, JAMES LEWIN**

*\*Admitted pro hac vice*

## CERTIFICATE OF CONFERENCE

On March 20, 2023, the undersigned counsel was able to confer with counsel for all parties in the case on the relief sought in this motion. State Defendants, Defendant Intervenors, Defendants Dallas County, Bexar County, El Paso County, Harris County and Travis County, Plaintiff the United States, Plaintiffs HAUL, *et al.*, Mi Familia Vota, *et al.,* and LULAC indicated they do not oppose the motion. Plaintiffs OCA *et al.,* and Defendant Hidalgo County did not respond before the filing of this motion.

/s/ *Nina Perales*
Nina Perales

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 20th day of March 2023.

> /s/ *Nina Perales*
> Nina Perales