**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, §<br>§<br>*Plaintiffs*, §<br>§<br>V. §<br>§<br>STATE OF TEXAS, *et al.*, §<br>§<br>*Defendants.* §<br>§<br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*, §<br>§<br>*Intervenor-Defendants.* § | Case No. 5:21-cv-00844-XR<br>[Lead Case] |

**[PROPOSED] ORDER**

On this day, the Court considered the LUPE Plaintiffs' Motion for Extension of Time for the Parties to File Their Proposed Scheduling Order. For the reasons set forth therein, the motion is hereby **GRANTED.**

**SIGNED AND ENTERED** this _____ day of _____, 2023.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE

1