# Supreme Court of Maryland

## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the sixteenth day of December, 2015,

### Megan Ashley Rusciano

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and her/his fitness to practice law never having been challenged, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this tenth day of March, 2023.

_Gregory Hilton_
Clerk of the Supreme Court of Maryland