# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

LA Union Del Pueblo Entero, et al.

vs.                                             Case No.:  5:21-CV-844-XR

The State of Texas, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _____Megan Rusciano_____, counsel for

_____Plaintiffs_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_____Megan Rusciano_____ may appear on behalf of _____Plaintiffs_____

 in the above case.

IT IS FURTHER ORDERED that _____Megan Rusciano_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____

Please Choose Judge