# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Case No: 5:21-cv-844-XR |
| § | |
| GREGORY ABBOTT, et al. § | |
| *Defendants* § | |

## COUNTY DEFENDANTS' NOTICE OF PROPOSED SCHEDULING ORDER

The undersigned County Defendants submit the attached proposed Amended Scheduling Order. Undersigned Counties understand that the month of September contains religious holidays which present a conflict for counsel for several parties. To resolve this conflict, undersigned parties propose the attached schedule anticipating that trial will recess for the dates of September 15, 18, 25, and 26.

    Respectfully submitted,

    TORIBO "TERRY" PALACIOS
    CRIMINAL DISTRICT ATTORNEY
    HIDALGO COUNTY, TEXAS

    */s/ Josephine Ramirez-Solis*
    Josephine Ramirez-Solis
    Assistant District Attorney
    Texas Bar No. 24007894
    josephine.ramirez@da.co.hidalgo.tx.us
    Leigh Ann Tognetti
    Assistant District Attorney
    Texas Bar No. 24083975
    leigh.tognetti@da.co.hidalgo.tx.us
    100 E. Cano, First Floor
    Hidalgo County Courthouse Annex III
    Edinburg, Texas 78539
    Tel: (956) 292-7609
    Fax: (956) 318-2301
    ATTORNEY FOR DEFENDANT HILDA SALINAS

JOE D. GONZALES
Bexar County Criminal District Attorney

By: /s/ *Lisa V. Cubriel*
**LISA V. CUBRIEL**
State Bar No. 24045731
Assistant District Attorney – Civil Division
**LARRY L. ROBERSON**
Civil Section Chief
Bexar County District Attorney's Office
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone: (210) 335-2142
Facsimile: (210) 335-2773
Email: Lisa.Cubriel@bexar.org
   lroberson@bexar.org

*Attorneys for Defendant Bexar County Elections Administrator Jacquelyn Callanen and Defendant Bexar County District Attorney Joe D. Gonzales*

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:   (512) 854-9513
Facsimile:    (512) 854-4808

By:   /s/ *Anthony J. Nelson*

LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
PATRICK T. POPE
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

**ATTORNEYS FOR DEFENDANTS DYANA LIMON-MERCADO AND JOSÉ GARZA, IN THEIR OFFICIAL**

**CAPACITIES AS TRAVIS COUNTY CLERK, AND DISTRICT ATTORNEY, RESPECTIVELY.**

JOHN CREUZOT
DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*/s/ Ben Stool*
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. 19312500
Ben.stool@dallascounty.org

BARBARA S. NICHOLAS
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. 24032785
Barbara.nicholas@dallascounty.org

CIVIL DIVISION
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-7358
(214) 653-6134 (FAX)

ATTORNEYS FOR DEFENDANTS
MICHAEL SCARPELLO IN HIS
OFFIICAL CAPACITY AS THE DALLAS
COUNTY ELECTIONS
ADMINISTRATOR AND JOHN
CREUZOT IN HIS OFFICIAL CAPACITY
AS DALLAS COUNTY DISTRICT
ATTORNEY

*/s/ Sameer S. Birring*
**CHRISTIAN D. MENEFEE**
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@harriscountytx.gov
**JONATHAN G.C. FOMBONNE**
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**TIFFANY S. BINGHAM**

Managing Counsel, Affirmative Litigation Division
Texas Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov
**SAMEER S. BIRRING**
Senior Assistant County Attorney
Texas Bar No. 24087169
Sameer.Birring@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for Defendant CLIFFORD TATUM, in his Official Capacity as Harris County Elections Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all parties and counsel of record via electronic mail, as follows, on the 24th day of March, 2023.

    Via Electronic Service

                                       */s/ Leigh Ann Tognetti*
                                       Leigh Ann Tognetti