IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule AT-3, Laura Brady Bender respectfully moves this Court to permit her to withdraw as counsel for the United States of America in the above-captioned case. Ms. Bender will be leaving the Department of Justice at the end of March 2023. The United States will continue to be represented by its other attorneys of record in this matter, whose names and office address are listed below. The withdrawal will not delay any proceedings, and counsel for Defendants do not oppose this motion for withdrawal.

Date:  March 29, 2023

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ L. Brady Bender*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
L. BRADY BENDER
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ L. Brady Bender*
L. Brady Bender
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-5373
laura.bender@usdoj.gov