IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs,*<br><br>*v.*<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants.* | § § § § § § § § | Case No. 5:21-cv-844-XR |

## STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas ("State Defendants"), file this Notice of Appearance to alert the Court that Ryan G. Kercher will appear as counsel in the above-captioned case along with counsel listed below. Mr. Kercher is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Date: April 11, 2023

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

/s/ RYAN G. KERCHER
RYAN G. KERCHER
Tex. State Bar No. 24060998
Deputy Chief, General Litigation Division

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

KATHLEEN HUNKER
Special Counsel
Tex. State Bar No. 24118415

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

J. AARON BARNES
Special Counsel
Tex. State Bar No. 24099014

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Tex. State Bar No. 24087727

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
ryan.kercher@oag.texas.gov
chris.hilton@oag.texas.gov
kathleen.hunker@oag.texas.gov
aaron.barnes@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 11, 2023, and that all counsel of record were served by CM/ECF.

/s/ RYAN G. KERCHER
RYAN G. KERCHER