# United States Court of Appeals
# for the Fifth Circuit

FILED
APR -7 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

---

No. 23-50201

---

LA UNION DEL PUEBLO ENTERO; FRIENDSHIP-WEST BAPTIST CHURCH; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; TEXAS IMPACT; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; JOLT ACTION; WILLIAM C. VELASQUEZ INSTITUTE; JAMES LEWIN; FIEL HOUSTON, INCORPORATED,

*Plaintiffs—Appellees,*

versus

GREGORY W. ABBOTT, *in his Official Capacity as Governor of Texas, Et al.*,

versus

SENATOR PAUL BETTENCOURT; REPRESENTATIVE BRISCOE CAIN,

*Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844-XR

---

UNPUBLISHED ORDER

Before HIGGINBOTHAM, DUNCAN, and WILSON, *Circuit Judges*.

No. 23-50201

PER CURIAM:

Appellants' motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees' opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees' argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees' argument that this court lacks jurisdiction over the appeal.