FILED

APR - 7 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 07, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50201    La Union del Pueblo v. Bettencourt
               USDC No. 5:21-CV-844

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Amanda Sutton-Foy*

                        By: _____
                        Amanda Sutton-Foy, Deputy Clerk
                        504-310-7670

Ms. Megan Cloud
Mr. Aaron J. Curtis
Mr. Philip Devlin
Ms. Kathleen Theresa Hunker
Mr. Jason Scott Kanterman
Mr. Sean Morales-Doyle
Mr. Kenneth Parreno
Ms. Nina Perales
Ms. Elizabeth Ryan
Mr. Zachary Tripp
Mr. Benjamin D. Wilson