IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY W ABBOTT, et al,<br>    *Defendants.* | §§§§§§§§§§<br>Case No.: 5:21-CV-0848-XR,<br>consolidated with 5:21-CV-0844-XR |

### UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take notice that Sameer S. Birring respectfully moves the Court to permit him to withdraw as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, as Mr. Birring is departing from the Harris County Attorney's Office. Mr. Tatum will continue to be represented by Christian D. Menefee, Jonathan G.C. Fombonne, and Tiffany S. Bingham of the Harris County Attorney's Office.

Respectfully submitted,

/s/ Sameer S. Birring
**CHRISTIAN D. MENEFEE**
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@harriscountytx.gov
**JONATHAN G.C. FOMBONNE**
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**TIFFANY S. BINGHAM**
Managing Counsel
Texas Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov

        **SAMEER S. BIRRING**
Senior Assistant County Attorney
Texas Bar No. 24087169
Sameer.Birring@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for Defendant* Clifford Tatum, in his Official Capacity as Harris County Elections Administrator

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via electronic mail to all counsel of record on the 12th day of April, 2023.

        */s/ Sameer S. Birring*
Sameer S. Birring
Senior Assistant County Attorney

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred via e-mail with parties of all counsel to ask if any party opposed his withdrawal from this matter. No party stated any opposition.

        */s/ Sameer S. Birring*
Sameer S. Birring
Senior Assistant County Attorney