IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREGORY W ABBOTT, et al, § <br> *Defendants*. § <br> § <br> § | Case No.: 5:21-CV-0848-XR, <br> consolidated with 5:21-CV-0844-XR |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of the Motion to Withdraw as Counsel of Record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion to Withdraw as Counsel of Record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator is hereby, **GRANTED**. The appearance of Sameer S. Birring for Clifford Tatum, in his official capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action.

Dated: _____

_____
JUDGE XAVIER RODRIGUEZ