# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, *et al.*, § § § *Defendants*. § | Case No. 5:21-cv-844-XR [Consolidated Cases] |

## STATE'S UNOPPOSED MOTION TO WITHDRAW
## J. AARON BARNES AS COUNSEL

Pursuant to Local Rule AT-3, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants" file this Unopposed Motion to Withdraw J. Aaron Barnes as their attorney in this matter.

J. Aaron Barnes is leaving the Special Litigation Division at the Office of the Attorney General of Texas, and the State respectfully requests that he be withdrawn as its counsel. The State will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

| | |
|---|---|
| Date: April 14, 2023 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 |
| BRENT WEBSTER<br>First Assistant Attorney General | RYAN G. KERCHER<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24060998 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | */s/ J. Aaron Barnes*<br>J. AARON BARNES<br>Special Counsel<br>Tex. State Bar No. 24099014 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>christopher.hilton@oag.texas.gov<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>aaron.barnes@oag.texas.gov |

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 14, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ J. Aaron Barnes*
J. AARON BARNES

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 14, 2023, and that all counsel of record were served by CM/ECF.

*/s/ J. Aaron Barnes*
J. AARON BARNES