IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, *et al.*, § § *Defendants*. § | Case No. 5:21-cv-844-XR [Consolidated Cases] |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") Unopposed Motion to Withdraw J. Aaron Barnes as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that J. Aaron Barnes is hereby withdrawn as counsel of record for the State of Texas in this matter.

**SO ORDERED** and **SIGNED** this ___ day of _____, 2023.

_____
**The Honorable Xavier Rodriguez**
United States District Judge
Western District of Texas