IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

### [PROPOSED] ORDER AMENDING SCHEDULING ORDER TO SET SUMMARY JUDGMENT AND *DAUBERT* MOTION RESPONSE AND REPLY DEADLINES

Pursuant to the United States', Private Plaintiffs', State Defendants', and Intervenor-Defendants' Unopposed Joint Motion to Amend the Scheduling Order to Set Summary Judgment and *Daubert* Motion Response and Reply Deadlines, filed April 15, 2023, and for good cause shown, the Court hereby GRANTS the motion and amends the Second Amended Scheduling Order, ECF No. 579, to set the following deadlines:

- All responses in opposition to a dispositive pretrial motion or *Daubert* motion shall be filed no later than June 9, 2023, and

- All replies in support of a dispositive pretrial motion or *Daubert* motion shall be filed no later than June 30, 2023.

Nothing in this Order shall alter or amend the trial date or any other pretrial deadline in the Second Amended Scheduling Order, ECF No. 579, including the May 12, 2023 deadline for filing a dispositive motion or *Daubert* motion.

DATE: April _____, 2023

_____
The Honorable Xavier Rodriguez
U.S. District Judge, Western District of Texas