IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Case No. 5:21-cv-844-XR |
| § | |
| GREGORY W. ABBOTT, et al., § | |
| § | |
| *Defendants*. § | |

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pursuant to Local Rule AT-3, Lisa Snead respectfully moves this Court to permit her to withdraw as counsel for the OCA-GH Plaintiffs in the above-captioned case. Ms. Snead will be leaving Disability Rights Texas on April 28, 2023. The Plaintiffs will continue to be represented by their other attorneys of record listed below, including Chris McGreal, who is being substituted for Ms. Snead. Mr. McGreal is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Mr. McGreal's contact information is in the signature block below.

The withdrawal and substitution will not delay any proceedings, and counsel for Defendants do not oppose this motion.

Date:   April 28, 2023

    Respectfully submitted,

    */s/ Lisa Snead*
    LISA SNEAD
    Texas State Bar No. 24062204
    LUCIA ROMANO
    Texas State Bar No. 24033013
    PETER HOFER
    Texas State Bar No. 09777275

CHRIS McGREAL
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*

3

**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

***COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.***
*admitted *pro hac vice*

## CERTIFICATE OF CONFERENCE

I certify that I conferred via e-mail with parties of all counsel to ask if any party opposed my withdrawal from this matter and the substitution of Chris McGreal as counsel. No party stated any opposition.

 */s/ Lisa Snead*
LISA SNEAD

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 28, 2023, and that all counsel of record was served by CM/ECF.

 */s/ Lisa Snead*
LISA SNEAD
