IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § § *Plaintiffs*, § § v. § Case No. 5:21-cv-844-XR § GREGORY W. ABBOTT, et al., § § *Defendants*. § | |

**ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On this date the Court considered the Motion to Withdraw and Substitute Counsel filed by OCA-GH Plaintiffs. The Court finds that the Motion should be and hereby is GRANTED. It is therefore ORDERED that the appearance of Lisa Snead in this case is withdrawn and that she shall be removed from all service lists pertaining to this action. The Clerk of the Court shall enter the appearance in this matter of Chris McGreal as counsel for OCA-GH Plaintiffs.

It is so ORDERED.

SIGNED this __ day of _____, 2023

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE