**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP WEST BAPTIST CHURCH, THE ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., and JAMES LEWIN,**<br><br>　　　　　**Plaintiffs,**<br><br>**v.**<br><br>**THE STATE OF TEXAS, JOHN B. SCOTT, in his official capacity as the Texas Secretary of State, WARREN K. PAXTON, in his official capacity as the Texas Attorney General, MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator, and LISA WISE, in her official capacity as the El Paso County Elections Administrator,**<br><br>　　　　　**Defendants.** | **Case No. 5:21-cv-844-XR** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MADELEINE CARPENTER**

TO THE HONORABLE JUDGE OF SAID COURT:

　　　Comes now Madeleine Carpenter, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin in this case, and would respectfully show the Court as follows:

1.      I am an attorney and a member of the law firm Weil, Gotshal & Manges LLP with offices at:

> 200 Crescent Court, Suite 300
> Dallas, TX 75201
> Telephone: (214) 746-8279
> Facsimile: (214) 746-7777

2.      Since August of 2022, I have been and presently am a member of and in good standing with the Bar of the State of Texas. My Texas bar license number is 24129977.

3.      I have been admitted to practice before the following courts:

> Western District of Tennessee          Admitted: August 16, 2022
>
> Sixth Circuit Court of Appeals          Admitted: August 17, 2022

4.      I am presently a member in good standing of the bar of the courts listed above.

5.      I have not previously applied to appear *pro hac vice* in this District Court.

6.      I have never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7.      I have not been charged, arrested, or convicted of a criminal offense or offenses.

8.      I have read and am familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      I will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or I have co-counsel in this case who is admitted to practice before the U.S. District Court for the Western District of Texas:

> Elizabeth Y. Ryan
> 200 Crescent Court, Suite 300
> Dallas, TX 75201
> Telephone: (214) 746-8158

Should the Court grant applicant's motion, I shall tender the amount of $100.00 in payment of the *pro hac vice* fee in compliance with Local Court Rule AT-l(f)(2), made payable to: Clerk, U.S. District Court.

Wherefore, I request that this Court enter an order permitting the admission of Madeleine Carpenter to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

Texas Bar No. 24129977
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-8279
Facsimile: (214) 746-7777
madeleine.carpenter@weil.com

*ATTORNEY FOR PLAINTIFFS FRIENDSHIP-
WEST BAPTIST CHURCH, TEXAS IMPACT,
AND JAMES LEWIN*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 25th day of April 2023.

Elizabeth Y. Ryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

LA UNIÓN DEL PUEBLO ENTERO, et al.,

vs.                                                    Case No.: 5:21-CV-0844-XR

GREGORY W. ABBOTT, et al.,

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Madeleine Carpenter, counsel for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Madeleine Carpenter may appear on behalf of Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin in the above case.

IT IS FURTHER ORDERED that Madeleine Carpenter, if she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE