IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Case No. 5:21-cv-844-XR |
| § | |
| GREGORY W. ABBOTT, et al., § | |
| § | |
| *Defendants*. § | |

## PLAINTIFFS' NOTICE OF APPEARANCE

Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund file this Notice of Appearance to alert the Court that Christopher P. McGreal will appear as counsel in the above-captioned case along with counsel listed below. Mr. McGreal is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

    Christopher P. McGreal
    Texas Bar No. 24051774
    Disability Rights Texas
    1420 W. Mockingbird Lane, Ste. 450
    Dallas, TX 75247-4932
    Telephone: (214) 630-0916
    Fax: (512) 454-3999
    cmcgreal@drtx.org

                        Respectfully Submitted

                        */s/ Christopher P. McGreal*
                        LUCIA ROMANO
                        Texas State Bar No. 24033013
                        PETER HOFER
                        Texas State Bar No. 09777275
                        CHRIS McGREAL

Texas State Bar No. 24051774
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org
Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com

abernstein@jenner.com

Gregory D. Washington*
JENNER & BLOCK LLP
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.
*admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, a true and correct copy of the foregoing document has been served on all counsel of record through the Electronic Case File system of the Western District of Texas.

 /s/ Christopher P. McGreal
CHRISTOPHER P. McGREAL