## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>    *Defendants*. | § § § § § § § § § | Case No. 5:21-cv-844-XR<br>[Lead Case] |
| LULAC TEXAS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>JANE NELSON, *et al.*,<br>    *Defendants*. | § § § § § § § § § § | Case No. 1:21-cv-0786-XR<br>[Consolidated Case] |

### [PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' MOTION TO LIFT THE STAY OF THE COURT'S MAY 25, 2022 DISCOVERY ORDER (ECF NO. 429)

Pending before the Court is Plaintiffs LULAC, Voto Latino, Texas AFT, and Texas ARA ("LULAC Plaintiffs") opposed motion to lift the stay of this Court's May 25, 2022 order granting LULAC Plaintiffs' motion to compel. *See* ECF No. 429.

Upon review of LULAC Plaintiffs' motion and all the relevant filings, the motion is **GRANTED**. The Court ORDERS that the stay entered at ECF No. 429 shall be LIFTED.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE