IN THE UNITED STATE DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:21-CV-00844-XR |
| v. | § § | (Consolidated Case) |
| GREGORY W. ABBOTT, et al., | § § § | |
| Defendants. | § § § | |

**DEFENDANT DISTRICT ATTORNEY KIM OGG'S NOTICE OF APPEARANCE**

Defendant District Attorney Kim Ogg files this Notice of Appearance to alert the Court that Cory R. Liu will appear as counsel in the above-captioned case along with counsel listed below. Mr. Liu is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Cory R. Liu*
　Eric J.R. Nichols
　State Bar No. 14994900
　eric.nichols@butlersnow.com
　Victoria A. Giese
　State Bar No. 24126391
　victoria.giese@butlersnow.com
　Cory R. Liu
　State Bar No. 24098003
　cory.liu@butlersnow.com
　1400 Lavaca Street, Suite 1000
　Austin, Texas 78701
　Tel: (737) 802-1800
　Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

　　　　　　　　　　　*/s/ Cory R. Liu*
　　　　　　　　　　　Cory R. Liu