# United States Court of Appeals
## for the Fifth Circuit

**FILED**
APR 27 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

---

No. 23-50201

---

LA UNION DEL PUEBLO ENTERO; FRIENDSHIP-WEST BAPTIST CHURCH; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; TEXAS IMPACT; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; JOLT ACTION; WILLIAM C. VELASQUEZ INSTITUTE; JAMES LEWIN; FIEL HOUSTON, INCORPORATED,

*Plaintiffs—Appellees,*

*versus*

GREGORY W. ABBOTT, *in his Official Capacity as Governor of Texas, Et al.*,

*versus*

SENATOR PAUL BETTENCOURT; REPRESENTATIVE BRISCOE CAIN,

*Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844

---

### UNPUBLISHED ORDER

Before HIGGINBOTHAM, DUNCAN, and WILSON, *Circuit Judges*.

No. 23-50201

Per Curiam:

IT IS ORDERED that Appellants' opposed motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that Appellants' opposed alternative request for a writ of mandamus is DENIED AS MOOT.