FILED

APR 27 2023

**United States Court of Appeals**

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

CLERK, U.S. DISTRICT COURT
TEL. WESTERN DISTRICT OF TEXAS
600 S. MAESTRI PLACE,
Suite 115       DEPUTY CLERK
NEW ORLEANS, LA 70130

April 27, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50201   La Union del Pueblo v. Bettencourt
                   USDC No. 5:21-CV-844

Enclosed is an order entered in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Roeshawn Johnson, Deputy Clerk
                         504-310-7998

Ms. Megan Cloud
Mr. Aaron J. Curtis
Mr. Philip Devlin
Ms. Kathleen Theresa Hunker
Mr. Jason Scott Kanterman
Mr. Sean Morales-Doyle
Mr. Kenneth Parreno
Ms. Nina Perales
Ms. Elizabeth Ryan
Mr. Zachary Tripp
Mr. Benjamin D. Wilson