**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br> *Plaintiffs,* <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br> *Defendants.* | § <br> § <br> § <br> § Case No. 5:21-cv-844-XR <br> § <br> § <br> § <br> § |

## STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas ("State Defendants"), file this Notice of Appearance to alert the Court that William D. Wassdorf will appear as counsel in the above-captioned case along with counsel listed below. Mr. Wassdorf is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

| | |
|---|---|
| Date: April 28, 2023 | Respectfully submitted, |
| | |
| KEN PAXTON<br>Attorney General of Texas | /S/ WILLIAM D. WASSDORF<br>WILLIAM D. WASSDORF<br>Assistant Attorney General |
| BRENT WEBSTER<br>First Assistant Attorney General | Tex. State Bar No. 24103022 |
| | KATHLEEN HUNKER |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Special Counsel<br>Tex. State Bar No. 24118415 |
| | OFFICE OF THE ATTORNEY GENERAL |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2120<br>Fax: (512) 320-0667 |
| CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 | will.wassdorf@oag.texas.gov<br>christopher.hilton@oag.texas.gov<br>kathleen.hunker@oag.texas.gov |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 28, 2023, and that all counsel of record were served by CM/ECF.

/S/ WILLIAM D. WASSDORF
WILLIAM D. WASSDORF