IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

## JOINT ADVISORY REGARDING SCHEDULE

Pursuant to this Court's direction, *see* Text Order (Apr. 27, 2023), the parties have met and conferred regarding the scheduling order in this case. In light of the stay imposed on existing deadlines, the parties propose the following new deadlines concerning the close of discovery and pretrial motions.

- Supplemental expert reports required under Rule 26(e): **May 19, 2023**. This deadline would not include Dr. Dan Smith, whose Rule 26(e) report may incorporate documents that State Defendants intend to produce by May 22. The HAUL Plaintiffs propose that the deadline for Dr. Smith to produce a Rule 26(e) report be **June 15, 2023**. Conversely, State Defendants and Intervenor-Defendants propose that the deadline be **June 5, 2023**.

- State Defendants reserve the right to designate a rebuttal expert to respond to the Rule 26(e) Report of Dr. Smith, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) for any such rebuttal expert, to the extent not already served, within fifteen (15) days of receipt of Dr. Smith's report.

- Close of all discovery: **May 19, 2023**. This deadline would not foreclose further discovery concerning newly disclosed documents following the lifting of any stay of this Court's prior orders concerning the state legislative privilege. *See* Order, ECF No. 561; Order, ECF No. 425; *see also* Text Order (Apr. 27, 2023); Order Granting Stay, ECF No. 567; Order Granting Stay, ECF No. 429. This deadline would not foreclose State Defendants from taking out-of-time the deposition of Tania Chavez, who was disclosed by LUPE Plaintiffs as an individual likely to have discoverable information. State Defendants agreed to postpone Ms. Chavez's deposition at LUPE Plaintiffs' request following a crisis in Brownsville, Texas. The deposition will be rescheduled once the emergency has concluded. In addition, the parties previously agreed to keep open the depositions of Plaintiffs' experts for the purposes of supplemental reports, whereby any additional deposition taking place after the close of expert discovery will be limited solely to the content of any supplemental report, and not be used to reopen any deposition as to the content of general expert reports except to the extent that a supplemental report has altered or amended the content of such general reports. This deadline will not foreclose any expert deposition taken pursuant to the parties' agreement.
- Dispositive and *Daubert* motions: **May 26, 2023**. To the extent that this Court no longer intends to begin trial on September 11, 2023, Private Plaintiffs propose that this deadline be postponed by one week, to **June 2, 2023**.
- Briefs in opposition to dispositive and *Daubert* motions: **June 23, 2023**. To the extent that this Court adopts a June 2 motion deadline, the parties propose that this deadline also be postponed by one week, to **June 30, 2023**.

- Replies in support of dispositive and *Daubert* motions: **July 14, 2023**. To the extent that this Court adopts a June 2 motion deadline, the parties propose that this deadline also be postponed by one week, to **July 21, 2023**.

- Notwithstanding any other portion of a new scheduling order, no new written discovery shall be propounded to, or depositions noticed to, Jacque Callanen, Bexar County Elections Administrator; Joe Gonzales, Bexar County Criminal District Attorney; John Creuzot, Dallas County Criminal District Attorney; Michael Scarpello, Dallas County Elections Administrator; Lisa Wise, El Paso County Elections Administrator; Yvonne Rosales, former El Paso County District Attorney; Clifford Tatum, Harris County Elections Administrator; Isabel Longoria, former Harris County Elections Administrator; Kim Ogg, Harris County District Attorney; Hilda A. Salinas, Hidalgo County Elections Administrator; Ricardo Rodriguez, Jr., former Hidalgo County Criminal District Attorney; Toribo "Terry" Palacios, Hidalgo County Criminal District Attorney; Yvonne Ramon, former Hidalgo County Elections Administrator; Dana DeBeauvoir, former Travis County Clerk; Dyana Limon-Mercado, Travis County Clerk; Jose Garza, Travis County District Attorney; and former Interim Travis County Clerk Rebecca Guerrero, Division Director, Travis County Clerk's Office; or to any of the successors, employees, offices, or departments of the foregoing.

The parties remain ready to begin trial in this case on September 11, 2023, including maintaining all pretrial deadlines. However, the parties take differing positions concerning the impact of pending appeals on the viability of this trial date.

- The United States and the OCA Plaintiffs will be ready to begin trial on September 11, 2023, on their claims under Section 101 of the Civil Rights Act, 52 U.S.C.

§ 10101(a)(2)(B), regardless of the status of pending appeals concerning the state legislative privilege. *See LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.); *LUPE v. Bettencourt*, No. 23-50201 (5th Cir.).

- Private Plaintiffs, including OCA Plaintiffs, are prepared to proceed with trial on September 11, 2023 on the remaining claims, so long as the withheld documents are produced by that date or the appeals are resolved and the relevant parties are not required to produce the withheld documents, and provided that the parties are permitted to take and reopen depositions immediately—including during trial—for the limited purpose of addressing any newly produced documents related to the legislative privilege appeals. To the extent that appeals concerning legislative privilege remain pending, Private Plaintiffs propose that trial should not go forward without all relevant evidence. To the extent that documents subject to this Court's orders concerning the state legislative privilege are produced soon after September 11, or appeals are resolved and the relevant parties are not required to produce the withheld documents, Private Plaintiffs propose that trial may begin on or before September 27, 2023, without interfering with County Defendants' administration of the November 7, 2023, General Election. *See* Joint Advisory at 2, ECF No. 576.

- State Defendants and Intervenor-Defendants propose that trial should begin on September 11, 2023, regardless of the status of outstanding appeals concerning the state legislative privilege.

Respectfully submitted,

Date: May 8, 2023

| For the United States: | For Mi Familia Vota Plaintiffs: |
|---|---|
| | */s/ Wendy J. Olson* |
| KRISTEN CLARKE | Wendy J. Olson* |
| Assistant Attorney General | Laura E. Rosenbaum* |
| | Elijah Watkins* |
| ELISE C. BODDIE | Mark Bieter* |
| Principal Deputy Assistant Attorney General | Bradley Prowant* |
| Civil Rights Division | STOEL RIVES LLP |
| | 760 SW Ninth Avenue, Suite 3000 |
| */s/ Daniel J. Freeman* | Portland, OR 97205 |
| T. CHRISTIAN HERREN, JR. | Telephone: (503) 224-3380 |
| RICHARD A. DELLHEIM | Facsimile: (503) 220-2480 |
| DANIEL J. FREEMAN | wendy.olson@stoel.com |
| DANA PAIKOWSKY | laura.rosenbaum@stoel.com |
| MICHAEL E. STEWART | elijah.watkins@stoel.com |
| JENNIFER YUN | mark.bieter@stoel.com |
| Attorneys, Voting Section | bradley.prowant@stoel.com |
| Civil Rights Division | |
| U.S. Department of Justice | Sean Lyons |
| 950 Pennsylvania Avenue NW | State Bar No. 00792280 |
| Washington, D.C. 20530 | Clem Lyons |
| daniel.freeman@usdoj.gov | State Bar No. 12742000 |
| | LYONS & LYONS, P.C. |
| | 237 W. Travis Street, Suite 100 |
| | San Antonio, TX 78205 |
| | Telephone: (210) 225-5251 |
| | Facsimile: (210) 225-6545 |
| | sean@lyonsandlyons.com |
| | clem@lyonsandlyons.com |
| | |
| | Courtney Hostetler* |
| | Ron Fein* |
| | John Bonifaz* |
| | Ben Clements* |
| | FREE SPEECH FOR PEOPLE |
| | 1320 Centre Street, Suite 405 |
| | Newton, MA 02459 |
| | Telephone: (617) 249-3015 |
| | chostetler@freespeechforpeople.org |
| | rfein@freespeechforpeople.org |
| | jbonifaz@freespeechforpeople.org |
| | bclements@freespeechforpeople.org |

**For OCA Greater Houston Plaintiffs:**

/s/ Zachary Dolling
Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395

LUCIA ROMANO
Texas State Bar No. 24033013
LISA A. SNEAD
Texas State Bar No. 24062204
PETER HOFER
Texas State Bar No. 09777275
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100

| For LUPE Plaintiffs: | For HAUL Plaintiffs: |
|---|---|
| /s/ Nina Perales | /s/ Jennifer Holmes |
| Nina Perales | Kenneth E. Broughton |
| Julia R. Longoria | Texas Bar No. 03087250 |
| MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND | J. Keely Pippin* |
| 110 Broadway, Suite 300 | Texas Bar No. 24116306 |
| San Antonio, TX 78205 | Reed Smith LLP |
| Telephone: (210) 224-5476 | 811 Main Street, Suite 1700 |
| Facsimile: (210 224-5382 | Houston, TX 77002-6110 |
| nperales@maldef.org | Telephone: (713) 469-3800 |
| jlongoria@maldef.org | |
| | Sarah Cummings Stewart |
| Michael C. Keats* | Texas Bar No. 24094609 |
| Rebecca L. Martin* | Reed Smith LLP |
| Jason S. Kanterman* | 2850 N. Harwood Street, Suite 1500 |
| Kevin Zhen* | Dallas, TX 75201 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | (469) 680-4200 |
| One New York Plaza | Jennifer A. Holmes* |
| New York, New York 10004 | NAACP Legal Defense and Educational Fund, Inc. |
| Telephone: (212) 859-8000 | 700 14th Street NW, Suite 600 |
| | Washington, DC 20005 |
| /s/ Sean Morales-Doyle | (202) 682-1300 |
| Sean Morales-Doyle | jholmes@naacpldf.org |
| Eliza Sweren-Becker* | |
| Patrick A. Berry* | Kathryn Sadasivan* |
| Andrew B. Garber* | Amir Badat* |
| Jasleen K. Singh* | Victor Genecin* |
| BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW | Breanna Williams* |
| 120 Broadway, Suite 1750 | NAACP Legal Defense and Educational Fund, Inc. |
| New York, NY 10271 | 40 Rector Street, 5th Floor |
| Telephone: (646) 292-8310 | New York, NY 10006 |
| Facsimile: (212) 463-7308 | (212) 965-2200 |
| sean.morales-doyle@nyu.edu | |
| eliza.sweren-becker@nyu.edu | Shira Wakschlag* |
| patrick.berry@nyu.edu | The Arc of the United States, Inc. |
| andrew.garber@nyu.edu | 1825 K Street, NW, Suite 1200 |
| * Admitted *pro hac vice* | Washington, DC 20006 |
| | (202) 534-3708 |
| | *Admitted *pro hac vice* |

**For LULAC Plaintiffs:**

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Noah B. Baron*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
nbaron@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law
*Admitted *Pro Hac Vice*

| For State Defendants: | For Intervenor-Defendants |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | /s/ John M. Gore<br>John M. Gore<br>E. Stewart Crosland (pro hac vice)<br>Stephen J. Kenny (pro hac vice)<br>Charles E.T. Roberts<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 879-3939<br>Fax: (202) 626-1700<br>jmgore@jonesday.com<br>scrosland@jonesday.com<br>skenny@jonesday.com<br>cetroberts@jonesday.com<br><br>*Counsel for Intervenor-Defendants* |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | |
| CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 | |
| */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 | |
| J. AARON BARNES<br>Special Counsel<br>Tex. State Bar No. 24099014 | |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>(512) 463-2100<br>christopher.hilton@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>aaron.barnes@oag.texas.gov | |

**For Defendant El Paso County Election Administrator:**

/s/ Orion Armon
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
720 566-4000

COOLEY LLP
Beatriz Mejia* (CA SBN 190948)
David Louk* (CA SBN 304654)
Sharon Song* (CA SBN 313535)
Kelsey Spector* (CA SBN 321488)
Germaine Habell* (CA SBN 333090)
Caroline A. Lebel* (CA SBN 340067)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
415 693-2000

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
1 615 574-9108

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
(323) 422-8578

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
 (240) 600-1316

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626

Telephone: (224) 235-2606
EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice*

**For Defendant Harris County Election Administrator:**

/s/ Tiffany S. Bingham
**CHRISTIAN D. MENEFEE**
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@harriscountytx.gov
**JONATHAN G.C. FOMBONNE**
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**TIFFANY S. BINGHAM**
Managing Counsel, Affirmative Litigation Division
Texas Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

**For Defendant Bexar County Election Administrator:**

JOE D. GONZALES
Bexar County Criminal District Attorney

By: */s/ Lisa v. Cubriel*
**LISA V. CUBRIEL**
State Bar No. 24045731
Assistant District Attorney – Civil Division
**LARRY L. ROBERSON**
Civil Section Chief
Bexar County District Attorney's Office
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone: (210) 335-2142
Lisa.Cubriel@bexar.org
lroberson@bexar.org

**For Defendant Hidalgo County Election Administrator:**

*/s/ Josephine Ramirez-Solis*
Josephine Ramirez-Solis
Assistant District Attorney
Texas Bar No. 24007894
josephine.ramirez@da.co.hidalgo.tx.us
Leigh Ann Tognetti
Assistant District Attorney
Texas Bar No. 24083975
leigh.tognetti@da.co.hidalgo.tx.us
100 E. Cano, First Floor
Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
(956) 292-7609

**For Defendants Travis County Clerk and District Attorney:**

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:     (512) 854-9513

By: */s/ Anthony J. Nelson*

LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
PATRICK T. POPE
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

**For Defendants Dallas County Elections Administrator and District Attorney**

JOHN CREUZOT
DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*/s/ Ben Stool*
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. 19312500
ben.stool@dallascounty.org

BARBARA S. NICHOLAS
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. 24032785
barbara.nicholas@dallascounty.org

CIVIL DIVISION
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-7358

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                   */s/ Daniel J. Freeman*
                                   Daniel J. Freeman
                                   Civil Rights Division
                                   U.S. Department of Justice
                                   950 Pennsylvania Ave, NW
                                   Washington, DC 20530
                                   (202) 305-4355
                                   daniel.freeman@usdoj.gov