## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al, § § | |
| Plaintiffs, § | LEAD CASE NO. 5:21-CV-00844-XR |
| § | |
| v. § | |
| § | CONSOLIDATED CASE NO. 1:21-CV 0786-XR |
| § | |
| GREGORY W. ABBOTT, et al, § | |
| § | |
| Defendants. § | |
| § | |
| § | |
| LULAC TEXAS, et al, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| John Scott, et al, § | |
| § | |
| Defendants. § | |

## **ORDER**

On this day came on to be considered Defendant Bill Hicks, in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties' Motion for Substitution of Counsel and, after consideration of the pleadings and evidence therein, the Court is of the opinion that Defendant's motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED**, **ADJUDGED AND DECREED** that Defendant's Motion for Substitution of Counsel is hereby **GRANTED** and IAN R. KAPLAN, is the attorney of record and ROGER RODRIGUEZ is removed from this case.

**SIGNED** this the _____ day of May, 2023.

_____
**JUDGE PRESIDING**