IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> *Defendants.* | § § § § § § § § § § § § § § | Civil Action No: 5:21-cv-00844-XR |

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

The Court, upon consideration of Defendant Lisa Wise's Unopposed Motion for Withdrawal of Counsel, and all timely filed responses, if any, is of the opinion the same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that David S. Louk is withdrawn as counsel of record for Defendant Lisa Wise.

SIGNED this ___ day of May 2023.

_____
Honorable Xavier Rodriguez
United States District Judge

286083728