AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br> *Plaintiff* <br> v. <br> GREGORY W. ABBOTT, et. al. <br> *Defendant* | ) <br> ) <br> ) Case No. 5:21-cv-0844-XR (consolidated case) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOUSTON AREA URBAN LEAGUE, DELTA SIGMA THETA SORORITY, THE ARC OF TEXAS, and JEFFREY LAMAR CLEMMONS.

Date: 05/22/2023

/s/ James Michael Showalter
*Attorney's signature*

James Michael Showalter
*Printed name and bar number*

ArentFox Schiff LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606

*Address*

j.michael.showalter@afslaw.com
*E-mail address*

(312) 258-5561
*Telephone number*

(312) 258-5600
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of Court for the Western District of Texas using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/  J. Michael Showalter

J. Michael Showalter
ArentFox Schiff LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Telephone: 312.258.5561
j.michael.showalter@afslaw.com