IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants*. | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs*, v. JANE NELSON, et al., *Defendants*. | 1:21-CV-0780-XR |

**ORDER GRANTING OCA PLAINTIFFS' PARTIALLY OPPOSED MOTION TO EXTEND PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT TO INCLUDE FULL STATEMENT OF UNCONTESTED FACTS**

After consideration, the Court **GRANTS** OCA Plaintiffs' Partially Opposed Motion to Extend Page Limit for Motion for Summary Judgment to Include Full Statement of Uncontested Facts. Accordingly, the Court **ORDERS** that the page limit for OCA Plaintiff's motion for summary judgment is extended to 90 pages to permit them to include a full statement of uncontested facts in the body of the motion.

SIGNED this _____ day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1