IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., §§§§§ | |
| *Plaintiffs*, §§ | |
| v. § | Consolidated Case No. 5:21-CV-0844-XR |
| THE STATE OF TEXAS, et al., §§§§§ | |
| *Defendants*. | |

## LUPE PLAINTIFFS' ADVISORY TO THE COURT REGARDING DECISION IN *LULAC TEXAS v. HUGHES*

LUPE Plaintiffs file this Advisory to notify the Court that Fifth Circuit Court of Appeals issued an opinion in *LULAC Texas v. Hughes*, Case No. 22-50435 on May 17, 2023. The decision is attached as Ex. A.

Dated May 22, 2023,                                    Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Fátima L. Menéndez
Julia R. Longoria
Kenneth Parreno
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210 224-5382
nperales@maldef.org
fmenendez@maldef.org
 jlongoria@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*

Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Counsel for Plaintiffs La Unión del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, Fiel Houston, Inc.*

Sean Morales-Doyle
Patrick A. Berry*
Robyn N. Sanders*
Jasleen K. Singh*
Eliza Sweren-Becker*
Andrew B. Garber*
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
rs8592@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender
Texas State Bar No. 00790758
Elizabeth Y. Ryan
Texas State Bar No. 24067758
Matthew Berde*
Texas State Bar No. 24094379
Megan Cloud
Texas State Bar No. 24116207

        WEIL, GOTSHAL & MANGES LLP
        200 Crescent Court, Suite 300
        Dallas, Texas 75201
        Telephone: (214) 746-8158
        Facsimile: (214)746-7777
        Liz.Ryan@weil.com
        Paul.Genender@weil.com
        Matt.Berde@weil.com
        Megan.Cloud@weil.com

        Alexander P. Cohen*
        Texas State Bar No. 24109739
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153

        *Counsel for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin*

        *\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, the foregoing document was served via e-mail to all counsel of record.

        */s/ Julia Longoria*
        Julia Longoria