# Exhibit F

Jacquelyn Callanen                                                    February 28, 2023

```
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3

   LA UNION DEL PUEBLO        )
 4 ENTERO, ET AL.,            )
                              )
 5          Plaintiffs,       )
                              ) Case No. 5:21-CV-844-XR
 6 vs.                        )
                              )
 7 GREGORY W. ABBOTT, ET AL., )
                              )
 8          Defendants.       )
   _____)
 9 OCA-GREATER HOUSTON,       )
   ET AL.,                    )
10                            )
            Plaintiffs,       )
11                            ) Case No. 1:21-CV-780-XR
   vs.                        )
12                            )
   JANE NELSON, ET AL.,       )
13                            )
            Defendants.       )
14 _____)
   HOUSTON JUSTICE, ET AL.,   )
15                            )
            Plaintiffs,       )
16                            ) Case No. 5:21-CV-848-XR
   vs.                        )
17                            )
   GREGORY WAYNE ABBOTT,      )
18 ET AL.,                    )
                              )
19          Defendants.       )
   _____)
20 LULAC TEXAS, ET AL.,       )
                              )
21          Plaintiffs,       )
                              ) Case No. 1:21-CV-0786-XR
22 vs.                        )
                              )
23 JANE NELSON, ET AL.,       )
                              )
24          Defendants.       )
   _____)
25 MI FAMILIA VOTA, ET AL.,   )
                              )
```



```
 1                Plaintiffs,      )
                                   )
 2      vs.                        )
                                   ) Case No. 5:21-CV-0920-XR
 3      GREG ABBOTT, ET AL.,       )
                                   )
 4                Defendants.      )
        _____)
 5      UNITED STATES OF AMERICA,  )
                                   )
 6                Plaintiff,       )
                                   )
 7      vs.                        )
                                   ) Case No. 5:21-CV-1085-XR
 8      THE STATE OF TEXAS,        )
        ET AL.,                    )
 9                                 )
                  Defendants.      )
10      _____)

11

12            **************************************

13              ORAL AND VIDEOTAPED DEPOSITION OF

14                      JACQUELYN CALLANEN

15                      FEBRUARY 28, 2023

16            **************************************

17

18            THE ORAL AND VIDEOTAPED DEPOSITION of

19   JACQUELYN CALLANEN, produced as a witness at the

20   instance of the Defendant, and duly sworn, was taken

21   in the above styled and numbered cause on Tuesday,

22   the 28th day of February, 2023 from 9:10 a.m. to

23   3:51 p.m., before PAMELA SUE PETERSON, Certified

24   Shorthand Reporter in and for the State of Texas,

25   reported by stenographic and computer-aided
```



Jacquelyn Callanen                                                    February 28, 2023
                                                                              Page 3

```
 1   transcription, at the Office of the Texas Attorney
 2   General, Weston Centre, 112 East Pecan Street,
 3   3rd Floor, San Antonio, Texas 78205, pursuant to the
 4   Federal Rules of Civil Procedure and the provisions
 5   stated on the record or attached hereto.
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1   the page.
 2        A.   Yes, sir.
 3        Q.   Did you review that in connection with
 4   preparing for your deposition today?
 5        A.   Absolutely.
 6        Q.   Okay.
 7        A.   Yes, sir.
 8        Q.   Now, could you tell me whether you regard
 9   the overall election process for the general election
10   in 2022 in Bexar County as having been relatively
11   successful.
12        A.   Absolutely.
13        Q.   And would you say that it was more
14   successful than the process that occurred in the
15   primary in -- earlier in 2022?
16        A.   Absolutely.
17        Q.   And was it more successful and smoother
18   than the general election in 2020?
19        A.   Yes, it was smaller.
20        Q.   Okay.  And in addition to being smaller,
21   would you say it was a smoother process with fewer
22   problems?
23        A.   Yes, sir.
24        Q.   Now, for the general election in 2022 in
25   Bexar County, did you have the same hours and days
```



```
 1         A.    Yes, sir.
 2         Q.    Was there anyone who was unable to vote
 3   early and in-person due to any provisions of SB-1
 4   during October and November of 2022 in Bexar County?
 5               MS. CUBRIEL:  Objection; form.
 6               THE WITNESS:  Not to my knowledge.
 7         Q.    BY MR. BRYANT:  Are you aware of anyone who
 8   was dissuaded from voting early in person due to any
 9   provisions of SB-1 during the October and November
10   2022 general election period?
11         A.    No, sir.  Not to my knowledge.
12         Q.    And to the best of your knowledge, did
13   Bexar County fully comply with the provisions of SB-1
14   with respect to the early voting process in October
15   and November of 2022?
16         A.    Yes, sir.
17         Q.    Okay.  Now, are you in charge of -- overall
18   charge of the selection of the polling places or
19   vote -- voting centers in Bexar County for the
20   general election both on election day and early
21   voting?
22         A.    Yes, sir.  I mean, it's -- it's sort of a
23   community issue.  It's -- you know, it's not done as
24   an emperor or just sitting there.  I mean, we have
25   joint -- for instance, we have joint elections and
```



1  State?
2      A.   Yes.  It -- it goes up every day in that
3  export and that import.
4      Q.   Okay.  You testified that the rejection
5  rate for Bexar County in the -- the general election
6  in November of 2022, if I understand correctly, was
7  approximately 1.7 percent?
8      A.   Yes, sir.
9      Q.   And my impression is that you take some
10 satisfaction in having gotten the number down to that
11 point; is that correct?
12     A.   Absolutely.  I'm so proud of my staff.
13     Q.   How does that compare with the rejection
14 rate in 2020 in Bexar County?
15     A.   Again, as -- as -- as I said, 2020 had a
16 higher rejection rate because just on the economy of
17 scale, when we're talking approximately 40,000 in
18 2022, but 124,000 in 2020, you can see you're going
19 to have a higher rejection rate based on -- you know,
20 the rejection's are the same no matter what election
21 you're doing.
22          If somebody doesn't sign their ballot, they
23 don't sign their ballot and that happens every time.
24 The only new thing this time was the TDL or the SSN,
25 the missing -- the missing information, but we have

