# Exhibit G

Charlie Johnson                                                    March 29, 2023

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION

 3   LA UNION DEL PUEBLO ENTERO, ET AL.,)(
         Plaintiffs,                    )(
 4                                      )(  Case No.:
     V.                                 )(  5:21-cv-0844-XR
 5                                      )(
     TEXAS, ET AL.,                     )(
 6       Defendants.                    )(
     _____
 7
     OCA-GREATER HOUSTON, ET AL.,       )(
 8       Plaintiffs,                    )(
                                        )(
 9   V.                                 )(  Case No.:
                                        )(  1:21-cv-0780-XR
10   TEXAS SECRETARY OF STATE           )(
     JANE NELSON, ET AL.,               )(
11       Defendants.                    )(
     _____
12
     HOUSTON AREA URBAN LEAGUE, ET AL., )(
13       Plaintiffs,                    )(
                                        )(  Case No.:
14   V.                                 )(  5:21-cv-0848-XR
                                        )(
15   GREGORY WAYNE ABBOTT, ET AL.,      )(
         Defendants.
16   _____

17   LULAC TEXAS, ET AL.,               )(
         Plaintiffs,                    )(
18                                      )(  Case No.:
     V.                                 )(  1:21-cv-0786-XR
19                                      )(
     JANE NELSON, ET AL.,               )(
20       Defendants.                    )(
     _____
21
     MI FAMILIA VOTA, ET AL.,           )(
22       Plaintiffs,                    )(
                                        )(  Case No.:
23   V.                                 )(  5:21-cv-0920-XR
                                        )(
24   GREG ABBOTT, ET AL.,               )(
         Defendants.                    )(
25   _____
```



MAGNA LEGAL SERVICES

Charlie Johnson                                                         March 29, 2023
                                                                               Page 2

```
 1   THE UNITED STATES OF AMERICA,        )(
          Plaintiff,                      )(
 2                                        )(   Case No.
     V.                                   )(   5:21-cv-1085-XR
 3                                        )(
     STATE OF TEXAS, ET AL.,              )(
 4        Defendants.                     )(

 5   ***********************************************************

 6                  ORAL 30(b)(6) DEPOSITION OF

 7                  TRAVIS COUNTY CLERK'S OFFICE

 8                  TESTIMONY OF CHARLIE JOHNSON

 9                        March 29, 2023

10   ***********************************************************

11

12

13              ORAL DEPOSITION OF CHARLIE

14   JOHNSON, produced as a witness at the instance of the

15   Consolidated Plaintiffs, and duly sworn, was taken in

16   the above-styled and numbered cause on the 29th day of

17   March, 2023, from 10:38 a.m. to 1:10 p.m., before

18   STEPHANIE DAVIS, CSR, in and for the State of Texas,

19   reported by oral stenograph, at the Travis County

20   Attorney's Office, 314 West 11th Street, Fifth Floor,

21   Austin, Texas, pursuant to the Federal Rules of Civil

22   Procedure and the provisions stated on the record or

23   attached herein.

24

25
```



1  SB-1.  There was a lot of lessons learned,
2  particularly in the primary.  We carried on through
3  the elections all last year -- we had seven of them --
4  and we really got our workflows cemented and were able
5  to correct any kinks that we found in our own specific
6  processes.  And I think, personally, overall,
7  throughout the entire operation, it went quite well.
8       Q.   Pass the witness.
9            MS. PAIKOWSKY:  So can we go off the
10 record?
11           THE COURT REPORTER:  We are off the
12 record, everyone.
13                (Off the record.)
14           THE COURT REPORTER:  All right,
15 everyone.  We are back on the record.
16                   FURTHER EXAMINATION
17 BY MR. DOLLING:
18      Q.   So earlier, you were testifying that it's
19 possible that a mail-in ballot could have multiple
20 defects that result in its rejection; so there may be
21 some fuzziness to the numbers in terms of what the
22 final rejection reason is, but would you agree that
23 that's comparatively rare?
24      A.   I would, yes.
25      Q.   And the situations in which you would have

