**United States' Summary Judgment Exhibit Index**
*LUPE v. Abbott*, No. 5:21-cv-844

| Ex. | Bates Number (if applicable) | Perma.cc Link (if applicable) | Description |
|---|---|---|---|
| 1 | | https://perma.cc/WK65-HT5T | SB 1 Enrolled |
| 2 | STATE019849 | https://perma.cc/WR2R-EH3B | Texas Secretary of State, *Election Advisory No. 2022-08* |
| 3 | STATE040495 | https://perma.cc/S2TZ-NTT6 | Texas Secretary of State, Texas Voter Registration Application (undated) |
| 4 | | | State Defendants' Objections and Responses to the United States' First Set of Requests for Admission |
| 5 | STATE040586 | https://perma.cc/A8Y6-YLQH (presentation), https://perma.cc/M8CV-W5CT (video) | Texas Secretary of State, *FAQs on Applications for Ballot by Mail (ABBMs)* |
| 6 | STATE046453 | https://perma.cc/LC4P-2WCJ (presentation), https://perma.cc/5B5X-3F33 (video) | Texas Secretary of State, *FAQs with the Elections Division* [Feb. 7, 2022] |
| 7 | STATE019510 | https://perma.cc/3ZES-AQFJ (presentation), https://perma.cc/5KTC-YPXP (video) | Texas Secretary of State, *FAQs with the Elections Division 2/24/2022* |
| 8 | STATE113735 | https://perma.cc/K4YJ-L4Z8 | Official Election Signature Sheet for an FPCA Voter (July 2022) |
| 9 | | https://perma.cc/C7EH-LGFS | Federal Voting Assistance Program, *2022-23 Voting Assistance Guide* (Oct. 2021) |
| 10 | | https://perma.cc/65YK-9PRM | Federal Post Card Application (Sept. 2021) |
| 11 | STATE034515 | https://perma.cc/JU4T-ZFTE (presentation), https://perma.cc/7VKG-SYBT (video) | Texas Secretary of State, *Training for EVBB/SVC members on new Ballot by Mail Procedures (Primary Focused)* |
| 12 | | https://perma.cc/P5UG-BLQZ | Texas Secretary of State, Training and Education and Resources |
| 13 | STATE112302 | https://perma.cc/8WB5-P3GP (presentation), https://perma.cc/HFB3-HE9C (video) | Texas Secretary of State, *Corrective Action Process for EVBB/SVC Members* |
| 14 | STATE031879 | https://perma.cc/NU2Z-URBA | Application for a Ballot by Mail |
| 15 | STATE032017 | | Carrier Envelope for Early Voting Ballot (Dec. 2021) |
| 16 | STATE137682 | https://perma.cc/CE2L-UH94 | Carrier Envelope for Early Voting Ballot (July 2022) |
| 17 | STATE040053 | | Official Election Signature Sheet for an FPCA Voter (Dec. 2021) |
| 18 | STATE031641 | https://perma.cc/8RUP-SP5L | Notice of Rejected Application for Ballot by Mail (Jan. 2022) |

| | | | |
|---|---|---|---|
| 19 | STATE031643 | https://perma.cc/L7BB-VDQY | Notice of Rejected Application for Ballot by Mail – Missing or Incorrect Personal Identification Number (Jan. 2022) |
| 20 | STATE031645 | https://perma.cc/2UDX-X75X | Notice of Rejected Application for Ballot by Mail – Required Personal Identification Number is Not Associated with Your Voter Record (Jan. 2022) |
| 21 | | https://perma.cc/3Z4H-W4SW | Texas Department of Public Safety, Texas Driver License or Identification Card Application (Adult) (DL-14A) (June 2022) |
| 22 | STATE019845 | | Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail and Corrective Action Form (Jan. 2022) |
| 23 | STATE019847 | | Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email and Corrective Action Form (Jan. 2022) |
| 24 | STATE000643 | | Texas Secretary of State, *Forms, Forms and More Forms* |
| 25 | STATE001667 | https://perma.cc/JKU9-5XU2 (presentation), https://perma.cc/N7NY-FBB2 (video) | Texas Secretary of State, *Reviewing Your ABBMs* |
| 26 | STATE001224 | https://perma.cc/58CJ-UNQK (presentation), https://perma.cc/3VRN-5UZT (video) | Texas Secretary of State, *FAQs with the Elections Division 2/17/2022* |
| 27 | | https://perma.cc/K9CT-MB2S | Ballot Envelope (for Secrecy) (Form 5-21) (July 2022) |
| 28 | STATE112456 | https://perma.cc/N7BK-GYT2 (presentation), https://perma.cc/EF95-DZ4M (video) | Texas Secretary of State, *Review of ABBMs and FPCAs* |
| 29 | | | Email from Daniel Freeman to Patrick Sweeten (Feb. 28, 2022) |
| 30 | | | Texas Secretary of State, *Early Voting by Mail (ABBM and FPCA)* |
| 31 | STATE105169 | | Email from Sam Taylor to Taylor Goldenstein (Jan. 28, 2022) |
| 32 | Bexar County 30(b)(6) Apr. 20, 2022 Deposition Exhibit C | | Ballot Envelope Insert |
| 33 | STATE151558 | | Email from Stephanie G. Garza to Texas Secretary of State Elections Division (Mar. 23, 2022) |
| 34 | STATE151559 | | Attachment to Email from Stephanie G. Garza to Texas Secretary of State Elections Division (Mar. 23, 2022) |

| | | | |
|---|---|---|---|
| 35 | STATE151934 | | Email from Allie Thomas to Texas Secretary of State Elections Division (Sept. 20, 2022) |
| 36 | | | Dr. Eitan Hersh, *Report on Identification Number Requirements for Mail Balloting Under SB 1* |
| 37 | STATE019729 | | Email from Sam Taylor to John Scott et al. (Dec. 20, 2021) |
| 38 | STATE137751 | | Email from Kristi Hart to Keith Ingram, Christina Adkins, and Adam Bitter (Dec. 23, 2022) |
| 39 | | | Dr. Eitan Hersh, *Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1* |
| 40 | STATE106595 | | Email from Sam Taylor to Taylor Goldenstein (Apr. 6, 2022) |
| 41 | | | Defendant Lisa Wise's Objections and Supplemental and Amended Responses to LUPE Plaintiffs' Amended Third Set of Interrogatories |
| 42 | | | Defendant Bexar County Election Administrator Jacquelyn Callanen's Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories |
| 43 | | | Defendant Harris County Elections Administrator Clifford Tatum's Responses and Objections to OCA Plaintiff's First Set of Interrogatories |
| 44 | | | Defendant Dyana Limon-Mercado's Objections and Responses to OCA Plaintiffs' First Set of Interrogatories |
| 45 | STATE087299 | | Email from Keith Ingram to State Rep. Justin Williamson (Apr. 7, 2022) |
| 46 | | https://perma.cc/Y3ST-9D9Q | Christian Aleman, *Mail-in ballot rejections decreased in Texas in the May elections*, KVUE (July 8, 2022) |
| 47 | | | Tammy Patrick, *Texas 2022 General Election Supplement to Report, Voting Assistance & Vote by Mail* |
| 48 | STATE105420 | | Email from Sam Taylor to Jeremy Wallace (Nov. 30, 2021) |
| 49 | STATE111279 | | Texas Secretary of State, *Corrective Action Process Early Voting Clerk Actions* |
| 50 | | | State Defendants' Supplemental Objections and Responses to the United States' Second Set of Interrogatories |
| 51 | STATE140711 | | Email from Voter (Mar. 9, 2022) |
| 52 | | | Declaration of J. Scott Wiedmann |

| | | | |
|---|---|---|---|
| 53 | | | Expert Report of Professor Douglas L. Kruse, Ph.D. |
| 54 | STATE122690 | | Email from Texas Secretary of State Elections Division Staff to Voter (Nov. 14, 2022) |
| 55 | | | Dr. Eitan Hersh, *Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1* |
| 56 | STATE001325 | https://perma.cc/S95U-G7CB | Texas Secretary of State, *Early Voting Ballot Board & Signature Verification Committee: Handbook for Election Judges and Clerks 2022* (undated) |
| 57 | | | Dr. Eitan Hersh, *Addendum to Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1* |
| 58 | STATE040059 | https://perma.cc/M7FK-DC67 | Texas Secretary of State, *Election Advisory No. 2022-02* (Jan. 10, 2022) |
| 59 | STATE034974 | https://perma.cc/4DFM-CV6B | Texas Secretary of State, *Election Advisory No. 2022-03* (Jan. 10, 2022) |
| 60 | STATE019841 | https://perma.cc/2BMP-Z9SG | Corrective Action Form for Defective Carrier Envelope (Jan. 2022) |
| 61 | | https://perma.cc/H5H7-HZG7 | VoteTexas.gov, Track My Ballot and Correct ID Information |
| 62 | | https://perma.cc/FK9M-PCPB | Texas.gov, Voter Name and Address Changes |
| 63 | STATE152426 | https://perma.cc/TY6V-QQ4H (presentation), https://perma.cc/KZ2B-TQ6H (video) | Texas Secretary of State, *Training for EVBB/SVC Members on New Ballot by Mail Procedures* |
| 64 | STATE133481 | | Email from Voter (Oct. 25, 2022) |
| 65 | STATE128049 | | Email from Voter (Oct. 8, 2022) |
| 66 | STATE045837 | | Email from Sam Taylor to Ashley Lopez (Feb. 16, 2022) |
| 67 | STATE118514 | | Email from Voter (Oct. 31, 2022) |
| 68 | STATE134407 | | Email from Voter (May 9, 2022) |
| 69 | STATE133375 | | Email from Voter (Apr. 11, 2022) |
| 70 | STATE122468 | | Email from Voter (Mar. 28, 2022) |
| 71 | STATE122242 | | Email from Voter (Feb. 17, 2022) |
| 72 | | https://perma.cc/GA9P-XFD8 | Texas Secretary of State, Official Canvass Report 2022 March 1st Republican Primary (May 6, 2022) |
| 73 | | https://perma.cc/9AEK-VWEY | Texas Secretary of State, Official Canvass Report 2022 March 1st Democratic Primary (Mar. 21, 2022) |
| 74 | | https://perma.cc/9NNX-PGCQ | Texas Secretary of State, Official Canvass Report 2022 November 8th General Election (Feb. 1, 2023) |

| | | | |
|---|---|---|---|
| 75 | | https://perma.cc/HC5M-HBDK | Election Assistance Commission, *A Guide to the Election Administration and Voting Survey* (July 20, 2022) |
| 76 | | https://perma.cc/3SL4-ZUBK | Excerpts from Election Assistance Commission, *Election Administration and Voting Survey 2020 Comprehensive Report* (2021) |
| 77 | | https://perma.cc/9UG7-JXMZ | Excerpts from Election Assistance Commission, *Election Administration and Voting Survey 2018 Comprehensive Report* (2019) |
| 78 | | https://perma.cc/WLL2-LM55 | Excerpts from Election Assistance Commission, *The Election Administration and Voting Survey 2016 Comprehensive Report* (2017) |
| 79 | | | Excerpts from Transcript of Deposition of Keith Ingram (Apr. 28, 2022) |
| 80 | | | Excerpts from Transcript of Deposition of Keith Ingram (Mar. 28, 2023) |
| 81 | | | Excerpts from Transcript of 30(b)(6) Deposition of the Texas Secretary of State (Mar. 28, 2023) |
| 82 | | | Excerpts from Transcript of 30(b)(6) Deposition of the Texas Secretary of State (Apr. 26, 2022) |
| 83 | | | Excerpts from Transcript of Deposition of Christina Adkins (July 20, 2022) |
| 84 | | | Excerpts from Transcript of Deposition of Christina Adkins (Apr. 11, 2023) |
| 85 | | | Excerpts from Transcript of 30(b)(6) Deposition of Dallas County (Witness – Tacoma Phillips) (Apr. 13, 2023) |
| 86 | | | Excerpts from Transcript of 30(b)(6) Deposition of Dallas County (Witness – Michael Scarpello) (Apr. 13, 2023) |
| 87 | | | Excerpts from Transcript of 30(b)(6) Deposition of Bexar County (Feb. 28, 2023) |
| 88 | | | Excerpts from Transcript of 30(b)(6) Deposition of Hidalgo County (Apr. 20, 2023) |
| 89 | | | Excerpts from Transcript of Deposition of Michael Scarpello (May 4, 2022) |
| 90 | | | Excerpts from Transcript of Deposition of Isabel Longoria (Defendants' Deposition) (Apr. 20, 2022) |
| 91 | | | Excerpts from Transcript of Deposition of Isabel Longoria (Plaintiffs' Deposition, Volume 1) (Apr. 20, 2022) |

| | | | |
|---|---|---|---|
| 92 | | | Excerpts from Transcript of 30(b)(6) Deposition of Hidalgo County (May 10, 2022) |
| 93 | | | Excerpts from Transcript of 30(b)(6) Deposition of Bexar County (Apr. 20, 2022) |
| 94 | | | Excerpts from Transcript of 30(b)(6) Deposition of Travis County (Witness – Charlton Johnson) (Mar. 29, 2023) |
| 95 | | | Excerpts from Transcript of 30(b)(6) Deposition of Dallas County (Witnesses – Michael Scarpello, Tacoma Phillips) (Apr. 29, 2022) |
| 96 | | | Excerpts from Transcript of 30(b)(6) Deposition of El Paso County (Apr. 18, 2023) |
| 97 | | | Excerpts from Transcript of Deposition of Frank Phillips (Mar. 31, 2023) |
| 98 | | | Excerpts from Transcript of 30(b)(6) Deposition of Harris County (Witness – Rachelle Obakozuwa) (Mar. 21, 2023) |
| 99 | | | Excerpts from Transcript of 30(b)(6) Deposition of Travis County (Witness – Daniel Hayes) (Mar. 29, 2023) |
| 100 | | | Excerpts from Transcript of Deposition of Lisa Wise (Apr. 13, 2022) |
| 101 | | | Excerpts from Transcript of Deposition of Dana DeBeauvoir (May 2, 2022) |
| 102 | | | Excerpts from Transcript of 30(b)(6) Deposition of Harris County (Witness – Jennifer Colvin) (Mar. 21, 2023) |
| 103 | | | Excerpts from Transcript of Deposition of Kristi Hart (Jun. 30, 2022) |
| 104 | | | Excerpts from Transcript of Deposition of Pamiel Gaskin (June 29, 2022) |
| 105 | | | Excerpts from Transcript of Deposition of Roberto Benavides (Mar. 30, 2023) |
| 106 | | | Excerpts from Transcript of Deposition of Jonathan White (Apr. 27, 2022) |