EXHIBIT 11

TEXAS SECRETARY of STATE

# Training for EVBB/SVC members on new Ballot by Mail Procedures
## (Primary Focused)

Texas Secretary of State – Elections Division

[DateTime]          Texas Secretary of State Elections Division          1

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034515

TEXAS SECRETARY OF STATE

# TOPICS COVERED

- Changes to ABBMs
- Changes to FPCA process
- New Requirements for the Carrier Envelope
- New Process for EVBB/SVC
- Possible Scenarios Regarding Carrier Envelopes
- Notifying Voters of Defects
- Correcting Defects
- Impacts on FPCA Voters
- New Forms
- Early Voting Clerk Providing Notification of Defects



[DateTime]    Texas Secretary of State Elections Division    2

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division



# Changes to ABBMs

[DateTime]                    Texas Secretary of State Elections Division                    3

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034517



## Box 1:  Personal Identification Numbers – Voter must provide:

- Texas Driver's License, Texas Personal Identification Number, or Election Identification Certificate Number issued by DPS, OR
- Last four digits of SSN, OR
- An indication that they have not been issued either number.

- **The personal identification information provided by the voter on the ABBM MUST be validated off of the voter's voter registration record.**

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034518

**TEXAS SECRETARY OF STATE**

# Key Points to Remember

- Voters are not required to provide both types of identification numbers.

- If a voter provides both numbers, only one number has to match the VR record.

- Do not delay in mailing rejection notices.

- Voters are not required to use the Ballot by Mail Tracker to correct missing information. They can submit a new ABBM or a new VR application, whichever is applicable.

- County early voting clerks are REQUIRED to submit rejected ABBM information to TEAM (or though their vendor, if it provides data to TEAM). This is what populates the Ballot by Mail Tracker.

[DateTime]                    Texas Secretary of State Elections Division                    5

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034519



Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034520

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034521

TEXAS SECRETARY OF STATE

# Impacts on FPCA Voters

- To facilitate the mailing of FPCA balloting materials, early voting clerks may use any type of mailing envelope that contains the Official Election Mail logo and the required postage-paid information **as long as the early voting clerk includes a required signature sheet for the voter to complete**.

- All FPCA voters must be provided with an Official Election Signature Sheet for an FPCA Voter if their balloting materials were sent by email.

- **If the balloting materials were sent by physical mail, but the early voting clerk is using one of the FVAP envelopes that does not contain all of the requirements for the carrier envelope, the voter MUST be provided with an Official Election Signature Sheet for an FPCA Voter to return with their marked ballot.**

- **What this means for SVC/EVBB review?**   This means you may be seeing more signature sheets for FPCA voters.

[DateTime]                    Texas Secretary of State Elections Division                    8

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034522



# NEW REQUIREMENTS FOR THE CARRIER ENVELOPE

[DateTime]　　　Texas Secretary of State Elections Division　　　9

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034523



Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034524



Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034525



Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034526

TEXAS SECRETARY OF STATE

# Key Points to Remember

- Voters are not required to provide both types of identification numbers.

- If a voter provides both numbers, only one number has to match the VR record.

- The secrecy flap may be opened by the early voting clerk's staff for processing.

- Be mindful with these carrier envelopes!  The carrier envelopes have personally identifiable information that needs to be guarded.

- Carrier envelopes are not public information at this point in the election process.

[DateTime]                    Texas Secretary of State Elections Division                    13

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034527



# NEW PROCESS FOR EVBB/SVC

[DateTime]                     Texas Secretary of State Elections Division                     14

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034528

TEXAS SECRETARY OF STATE

# New Comparison Requirements

- The EVBB shall only accept a ballot if the personal identification information (ex: SSN or TXDL) matches the voter registration record.

- The SVC/EVBB is matching the information on the carrier envelope to the **VR record**.

- The number on the carrier envelope does not have to be the same number on the ABBM — it must only match the VR record.

[DateTime]                          Texas Secretary of State Elections Division                          15

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034529

TEXAS SECRETARY OF STATE

# Rebuttable Presumption

- If the personal identification information provided matches the VR record, the signatures on the ABBM and the carrier envelope are rebuttably presumed to be those of the voter.

- The presumption may be rebutted by presenting other past signatures on file with the EVC or VR that would support a finding that the signatures on the carrier envelope and ABBM are not those of the voter.

[DateTime]                    Texas Secretary of State Elections Division                    16

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034530



POSSIBLE SCENARIOS REGARDING CARRIER ENVELOPES

[DateTime]                    Texas Secretary of State Elections Division                    17

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034531

TEXAS SECRETARY OF STATE

# Possible Scenarios – Carrier Envelopes

- **Scenario 1**: Voter provides a personal identification number on the carrier envelope that matches the number in the voter's voter registration record. The SVC or EVBB has completed the verification of personal identification information and should perform its remaining duties in the ballot review process. If the SVC or EVBB does not identify any other ground for rejection, the ballot would be accepted.

[DateTime]                    Texas Secretary of State Elections Division                    18

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034532

TEXAS SECRETARY OF STATE

# Possible Scenarios – Carrier Envelopes

- **Scenario 2**: Voter provides a personal identification number on the carrier envelope that matches the number in the voter's voter registration record, but it is a different type of number than what the voter listed on the ABBM. (Example: Voter provided last four digits of social security number on ABBM and a driver's license number on carrier envelope.) Because the voter's voter registration record contains both personal identification numbers, the SVC or EVBB is able to verify the voter's identity. The SVC or EVBB should perform its remaining duties in the ballot review process. If the SVC or EVBB does not identify any other ground for rejection, **the ballot would be accepted.**

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034533

**TEXAS SECRETARY OF STATE**

# Possible Scenarios – Carrier Envelopes

- **Scenario 3**: Voter provides the last four digits of their social security number on the carrier envelope. The voter registration record contains a driver's license number and social security number. The SVC or EVBB is able to validate that the partial social security number on the carrier envelope matches the number in the voter's voter registration record. The SVC or EVBB should perform its remaining duties in the ballot review process. If the SVC or EVBB does not identify any other ground for rejection, **the ballot would be accepted.**
  - **NOTE**: The obligation of the SVC or EVBB in reviewing the identification information on a carrier envelope is to determine if the information provided by the voter on the envelope identifies the same voter identified on the voter's voter registration record. (Secs. 87.027, 87.0271, 87.041(b)(8), 87.0411).



[DateTime]                    Texas Secretary of State Elections Division                    20

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034534

TEXAS SECRETARY OF STATE

# Possible Scenarios – Carrier Envelopes

- **Scenario 4**: Voter indicates on the carrier envelope that they have not been issued any of the required personal identification numbers, and the voter's voter registration record does not contain any of these numbers.  The SVC or EVBB has completed the verification of personal identification information, and it must rely on the signature comparison process for this part of the review. The SVC or EVBB should perform its remaining duties in the ballot review process.  If the SVC or EVBB does not identify any other ground for rejection, **the ballot would be accepted**.

[DateTime]     Texas Secretary of State Elections Division     21

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

TEXAS SECRETARY OF STATE

# Possible Scenarios – Carrier Envelopes

- **Scenario 5**: Voter provided one of the required personal identification numbers on the ABBM that matched the voter's voter registration record, but the voter does not include an identification number on the carrier envelope. The SVC or EVBB must notify the voter of their ability to correct this defect in the carrier envelope, as described in more detail below.  If the voter timely corrects the defect, and there are no other grounds for rejection, **the ballot would be accepted.**

[DateTime]                    Texas Secretary of State Elections Division                    22

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034536

TEXAS SECRETARY OF STATE

# Possible Scenarios – Carrier Envelopes

- **Scenario 6**: Voter provided one of the required personal identification numbers on the ABBM that matched the voter's voter registration record, but the voter indicates on the carrier envelope that they have not been issued one of the applicable identification numbers.  The SVC or EVBB must notify the voter of their ability to correct this defect in the carrier envelope.  If the voter timely corrects the defect, and there are no other grounds for rejection, **the ballot would be accepted.**

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034537



TEXAS SECRETARY OF STATE

# NOTIFYING VOTERS OF DEFECTS

[DateTime]                    Texas Secretary of State Elections Division                    24

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034538

TEXAS SECRETARY OF STATE

# Signature Verification Committee Corrective Action Process

- The following defects are eligible for correction when identified by the signature verification committee (Sec. 87.0271(a)):
  - The voter did not sign the carrier envelope certificate.
  - The SVC cannot determine whether the signature on the carrier envelope is that of the voter.
  - The personal identification information required under Section 84.002(a)(1-a) (ABBM) or Section 86.002 (carrier envelope) was missing or contained incorrect information.
  - If a voter used a witness for completion of the carrier envelope, the witness information was incomplete.
    - **NOTE**: Incomplete information about an assistant cannot be corrected and will result in a rejected mail ballot, but the voter may still vote in person if otherwise eligible.



[DateTime]                    Texas Secretary of State Elections Division                    25

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034539

TEXAS SECRETARY OF STATE

# Early Voting Ballot Board Correction Process

- The following defects are eligible for correction when identified by the early voting ballot board (Sec. 87.0411(a)):
    - The voter did not sign the carrier envelope certificate.
    - The EVBB cannot determine whether the signature on the carrier envelope is that of the voter.
    - **The voter did not include the required statement of residence**.
    - The personal identification information required under Section 84.002(a)(1-a) (ABBM) or Section 36.002 (carrier envelope) was missing or contained incorrect information.
    - If a voter used a witness for completion of the carrier envelope, the witness information was incomplete.
        - **NOTE:** Incomplete information about an assistant cannot be corrected by EVBB/SVC and will result in a rejected mail ballot, but the voter may still vote in person if otherwise eligible.
- Only the EVBB has the authority to open the sealed part of carrier envelope to determine if a statement of residence (SOR) has been submitted.
    - The only exception is for FPCA voters. An SVC must open the sealed envelope to obtain the Signature Sheet for FPCA Voter, as this is necessary for the signature verification process.

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034540

TEXAS SECRETARY of STATE

# Corrective Action Timelines

- **Returning the Carrier Envelope by Mail:** If the SVC or EVBB determines that it would be possible for the voter to correct the defect and return the carrier envelope **before the time the polls are required to close on election day,** the SVC or EVBB **must** mail the original defective carrier envelope to the voter.  This determination must be made not later than the second business day after the SVC or EVBB discovers a defect, and before the SVC or EVBB decides whether to accept or reject a timely delivered mail ballot. (Secs. 87.0271(b), 87.0411(b)).

- **Notifying the Voter of Defect by Phone or Email**:  If the SVC or EVBB determines that it would NOT be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, **the SVC or EVBB may notify the voter of the defect by telephone or email** and inform the voter that the voter may come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. (Secs. 87.0271(c), 87.0411(c)).



[DateTime]                    Texas Secretary of State Elections Division                    27

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034541

**TEXAS SECRETARY OF STATE**

If the SVC or EVBB takes one of the actions described above, the committee or board **must** take that action with respect to each ballot in the election to which these options apply.

(Secs. 87.0271(d), 87.0411(d)).

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034542

TEXAS SECRETARY OF STATE

# Recommendations

- The SOS recommends that before qualifying mail ballots, the EVBB/SVC meet with the Early Voting Clerk to determine dates to convene and to establish timelines for the corrective action process. (Secs. 87.0411, 87.0271).

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034543

TEXAS SECRETARY OF STATE

# Establishing Timelines and Guidelines for the Corrective Action Process

- The SVC or EVBB must set a uniform policy for when carrier envelopes will be mailed to the voter versus when voters will be notified of the defect by phone or email.

- The SVC or EVBB should determine whether it will notify voters of a defect by both phone and email, if both are available.

- The SVC or EVBB should establish a policy for making multiple attempts to reach a voter if it is unsuccessful in reaching a voter by phone or email on the first attempt.

- Consider U.S. Postal Service (USPS) guidelines.  Ask your EVB to consult with your local post office.

- **SOS Recommendation:** The SVC or EVBB should consider implementing a policy to provide notification of a defect by phone or email to all voters whose ballots are reviewed by the SVC or EVBB on or after the 14th day before election day (approximately 10 business days).   This may be modified based on discussions with your local USPS representatives.

[DateTime]                    Texas Secretary of State Elections Division                    30

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034544

TEXAS SECRETARY OF STATE

# Carrier Envelope Returned by Mail

1. Stamp or mark the voter's carrier envelope with the words "**Corrective Action Required.**"

2. Note the appropriate defect on the Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail.

3. Mail the voter's defective carrier envelope along with the Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail. The early voting clerk should include an envelope for the voter to return the corrected carrier envelope to the early voting clerk. This envelope should contain the Official Election Mail logo prescribed by the USPS. The voter must be notified if the return envelope needs additional postage.

4. Enter the voter's information on the Roster of Voters with Defective Carrier Envelopes – Returned to the Voter by Mail.

**\*The actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these administrative functions that carry out the instructions and actions of the SVC/EVBB**

[DateTime]                    Texas Secretary of State Elections Division                    31

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

TEXAS SECRETARY OF STATE

# Notifying Voter by Phone or Email
# (Carrier Envelope is NOT mailed to Voter)

- **If notifying by email:**
  1. Send the voter the Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email via email.
  2. The voter's name should be entered on the Roster of Voters with Defective Carrier Envelopes – Notified by Phone or Email, and the action taken by the voter should be noted on the roster.
  3. **Parameters for Email Notification**: The SOS recommends that the early voting clerk set up an email address for corrective action notifications.  The early voting clerk and the SVC or EVBB should establish rules and procedures for utilizing this email address.  Any emails sent or received through the corrective action process are considered election records under the Election Code, are subject to the Public Information Act, and should be retained by the general custodian of election records.  The general custodian should consult with their attorney regarding any requests for such emails, as certain information may be exempt from disclosure under the Public Information Act.

**\*The actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these administrative functions that carry out the instructions and actions of the SVC/EVBB**

| [DateTime] | Texas Secretary of State Elections Division | 32 |

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

## TEXAS SECRETARY OF STATE

# Notifying Voter by Phone or Email
# (Carrier Envelope is NOT mailed to Voter)

- **If notifying by phone:**

1. Contact the voter using any known phone number on file with the early voting clerk or in the possession of the SVC or EVBB.
   - **NOTE:** As a reminder, the voter registrar may not transcribe, copy or otherwise record a telephone number furnished on a voter registration application. (Sec. 13.004). The SVC or EVBB may be able to review a voter registration application at the voter registrar's office to obtain a phone number. The registrar may also read a phone number from a voter registration application to a member of the SVC or EVBB, if necessary.

2. The SVC or EVBB should create a phone script that explains to the voter that the voter's mail ballot was received by the early voting clerk's office and has been reviewed by the SVC or EVBB, whichever is applicable.

3. **The SOS recommends that the SVC or EVBB confirm the voter's identity using publicly available information.**
   - **Example:** Ask the voter to confirm their voter registration address and whether they requested a mail ballot for the given election.

4. The voter should be told that upon review of the carrier envelope, the SVC or EVBB discovered a defect in the carrier envelope. **The specific defect should be explained.**

5. The SVC or EVBB should explain the process for the voter to correct the defect as well as the process to cancel their mail ballot and vote in person during early voting or on election day.

6. Provide a return phone number that the voter may use to confirm that they were contacted by the SVC or EVBB. The number provided should be the number of the early voting clerk's office so the voter can verify this information and obtain details about the corrective action process during times that the SVC or EVBB are not meeting.

7. The voter's name should be entered on the Roster and the action taken by the SVC or EVBB should be noted on the roster.

**\*Many of the actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these administrative functions that carry out the instructions and actions of the SVC/EVBB**

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034547

**TEXAS SECRETARY OF STATE**

# If the SVC or EVBB is unable to contact the voter...

1. The SVC or EVBB should leave a detailed message explaining that the SVC or EVBB determined there was a defect in the voter's carrier envelope and explain the process for correcting the defect.

2. The SVC or EVBB should NOT provide any details related to a voter's personally identifiable information on a voicemail or with a person who is not the voter.

3. The SVC or EVBB should leave a return number that the voter may use to validate the information provided by phone.

4. The SVC or EVBB should mail the voter a Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email to inform the voter of their ability to correct the defect by appearing at the early voting clerk's office or by cancelling their mail ballot and voting in person during early voting or on election day.

5. The voter's name should be entered on the Roster of Voters with Defective Carrier Envelopes – Notified by Phone or Email, and the action taken by the SVC or EVBB should be noted on the roster.

• **If the SVC or EVBB does not have a phone number or email to notify the voter:** The SVC or EVBB should mail a Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email to inform the voter of their ability to correct the defect by appearing at the early voting clerk's office or by cancelling their mail ballot and voting in person during early voting or on election day.

**\*Many of the actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these administrative functions that carry out the instructions and actions of the SVC/EVBB**

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034548

TEXAS SECRETARY OF STATE

# Key Points to Remember

- Any actions taken by the SVC or EVBB shall be uniformly applied to every ballot in the election to which this procedure applies. (Secs. 87.0271(d), 87.0411(d)).

- A poll watcher is entitled to observe any action taken by the SVC or EVBB related to the corrective action process. (Secs. 87.0271(e), 87.0411(e)).

- Poll watchers may not transcribe or make notes of any voter's personally identifiable information while observing the activities of the SVC or EVBB.

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034549



**CORRECTING DEFECTS**

[DateTime]                     Texas Secretary of State Elections Division                     36

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034550

TEXAS SECRETARY OF STATE

# How do Voters Correct Defects?

- If the carrier envelope was mailed back to the voter, the voter MUST return the Carrier Envelope with the revisions/corrections.
  - **Deadline for Correction:** If the SVC or EVBB has returned the voter's carrier envelope by mail for correction, the voter also MUST return the carrier envelope to the early voting clerk no later than 7:00 p.m. on election day for the ballot to be processed and counted. (Secs. 87.0271(b), 87.0411(b)).

- If the carrier envelope was NOT mailed back to the voter, the voter may correct the defects in the following ways:
  - Utilizing the BBM Tracker for defects related to a missing or incorrect personal identification numbers.
  - Updating their Voter Registration record through Texas.Gov for defects related to missing or incorrect personal identification numbers.
  - Appearing in Person at the EV Clerk's Office and submitting a Corrective Action Form.
  - Cancelling their Mail ballot and Voting in Person.
  - **Deadline for Correction:** This Corrective Action Process must occur no later than the 6th day after election day. The EVBB cannot finally reject a ballot before the 7th day after election day. (Secs. 87.0271(b), 87.0411(b)).

**Corrective Actions taken by the voter MUST be provided to the EVBB for their final review of the ballot before determining acceptance or rejection.**



Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034551

TEXAS SECRETARY OF STATE

# Correcting Defect by Cancellation

- After receiving a Notice of Carrier Defect by mail or receiving notification via email or phone, the voter may opt to cancel their ballot by mail and vote a regular ballot in person.  All cancellations must be completed in accordance with Section 84.032.  If the voter is an Annual ABBM voter, a cancellation request submitted for these purposes applies only to the current election unless the voter specifically requests to cancel their Annual ABBM. (Sec. 84.038).

- There is no process under Texas law by which a voter can cancel a mail ballot application by phone. **All cancellations must be in writing and completed in accordance with Section 84.032 of the Texas Election Code**.

- See pages 13-14 of Advisory 2022-08 for more details.

| [DateTime] | Texas Secretary of State Elections Division | 38 |

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034552



IMPACTS ON FPCA VOTERS

[DateTime]     Texas Secretary of State Elections Division     39

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034553

TEXAS SECRETARY OF STATE

# Impacts on FPCA Voters

- If the FPCA voter provides missing or incorrect identification information on their carrier envelope or signature sheet, or did not include the Official Election Signature Sheet for an FPCA Voter, the voter must be notified of the defect in the same manner as a regular ABBM voter.

- **Because the signature sheet is separate from the voted ballot and is authorized under state and federal law, FPCA voters who have a defect in their signature sheet have additional methods for returning this corrected or missing required documentation.**

- Specifically, an FPCA voter may submit a corrected signature sheet by email, fax, personal delivery, or mail.  The SVC or EVBB should make an appropriate notation on their roster to indicate how FPCA voters were notified of a defect and how the FPCA voter provided the corrected signature sheet to the SVC or EVBB. (Secs. 1.007, 31.003, 31.004, 87.0271(f), 87.0411(f), 101.007, 101.109).

[DateTime]                Texas Secretary of State Elections Division                40

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division



Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034555

TEXAS SECRETARY OF STATE

# Notice of Carrier Defect

- We have prescribed two versions of this form:
  – The Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail
  – The Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email

- The Notice of Carrier Defect contains the Corrective Action Form for Defective Carrier Envelope on the reverse side of the form.

[DateTime]                    Texas Secretary of State Elections Division                    42

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034556



# Corrective Action Form for Defective Carrier Envelope (6-14)

- **Top half of form contains the Corrective Action Form**

- Bottom half of form is the Statement of Residence

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034557

TEXAS SECRETARY OF STATE

# Roster of Voters with Defective Carrier Envelopes (Forms 8-20, 8-21, 8-22)

- EVBB/SVC should create a roster to track the corrective action process.
- SOS has prescribed three different sample forms for use by EVBB/SVC.
- EVBB/SVC can also track the information electronically or create their own roster.

[DateTime]                    Texas Secretary of State Elections Division                    44

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034558

TEXAS SECRETARY OF STATE

# Notice of Surrendered Ballot (6-13)

- Upon surrendering their mail ballot, the voter will be issued the **Notice of Surrendered Ballot by Mail**. The voter will take this form to their early voting or election day polling place and present the form to the election judge, entitling the voter to vote a regular ballot in person.

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034559



# EARLY VOTING CLERK PROVIDING NOTIFICATION OF DEFECTS

[DateTime]     Texas Secretary of State Elections Division     46

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034560

TEXAS SECRETARY of STATE

# Early Voting Clerk
# Notification of Defects

- Under Section 86.011(d) of the Code, if an early voting clerk receives a timely carrier envelope that does not comply with the applicable requirements of the Code, **the early voting clerk may deliver the carrier envelope in person or by mail to the voter so that the voter may correct the defect**. Additionally, **the early voting clerk may notify the voter of the defect by phone** and advise the voter that they may come to the early voting clerk's office to correct the defect or cancel their ABBM and vote in person.
  - Early voting clerks may return carrier to voter for correction.
  - Early voting clerks may notify voter of defect by phone and inform the voter they can come to the EVC's office to correct defect or cancel their application.

[DateTime]                Texas Secretary of State Elections Division                47

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034561

TEXAS SECRETARY OF STATE

# Early Voting Clerk
# Notification of Defects

- What defects can an early voting clerk provide notice about?
  - Missing signature
  - Missing or incomplete witness information
  - Missing **assistant** information
  - If the early voting clerk is removing the secrecy flap before the ballot is sent to the SVC/EVBB:
    - Missing personal identification information
    - Incorrect personal identification information



[DateTime]                     Texas Secretary of State Elections Division                     48

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034562

TEXAS SECRETARY OF STATE

# Early Voting Clerk
# Notification of Defects

- If an early voting clerk chooses to notify voters of defects in their carrier envelope under Section 86.011(d), **the clerk must apply these procedures uniformly to all voters in similar circumstances.**

- **Poll watchers may be present for this process.** (Sec. 86.011(d)).

[DateTime]                    Texas Secretary of State Elections Division                    49

Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034563



Texas Secretary of State Elections Division

3/22/2022

Texas Secretary of State Elections Division

STATE034564

EXHIBIT
12

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, MAY 29, IN OBSERVANCE OF MEMORIAL DAY. HOLIDAY CLOSURE DETAILS.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Training and Education and Resources

## Poll Worker Training

- Online Poll Worker Training Memo
- Online Poll Worker Training
- Election Judges and Clerks Handbook (PDF)
- Early Voting Ballot Board Handbook (PDF)

## Volunteer Deputy Registrars

- Volunteer Deputy Registrar Training (PDF) | Spanish (PDF)

## Poll Watchers

- Poll Watcher Training
- Poll Watchers Guide (PDF)

## Election Inspectors

- Election Inspector Handbook (PDF)

## Voter Education Outreach

- Project V.O.T.E. - A resource for teachers, educators and students
- VoteTexas.gov - Voter information ranging from registering to vote to questions on voter I.D

## Election Official Training Materials

### Current Webinars

| Topic | Date/Time | Presentation Materials |
|-------|-----------|------------------------|

| Webinars for May 2023 Uniform Election Date | | |
|---|---|---|
| Reviewing Candidate Application (video) | 02/07/2023  2:00pm | Reviewing Candidate Applications (PDF) |
| Accepting and Rejecting Candidate Applications (Video) | 02/09/2023  2:00 pm | Accepting and Rejecting Candidate Applications (PDF) |
| Contracting and Joint Elections Presentation (Video) | 02/14/2023  2:00 pm | Contracting and Joint Elections Presentation (PDF) |
| Elections Incident Response Plan (Video) | 02/16/2023 2:00 pm | Elections Incident Response Plan (PDF) |
| Reviewing ABBMs (Video) | 02/21/2023 2:00 pm | Reviewing ABBMs (PDF) |
| Elections Incident Response Plan Workshop | 02/23/2023 2:00 pm | Elections Incident Response Plan Workshop (PDF) |
| Precincts and Polling Places for Local Elections (Video) | 02/28/2023 2:00 pm | Precincts and Polling Places for Local Elections (PDF) |
| Precincts and Polling Places for County Elections (Video) | 03/02/2023 2:00 pm | Precincts and Polling Places for County Elections (PDF) |
| Cancellation of Elections (Video) | 03/07/2023 2:00 pm | Cancellation of Elections (PDF) |
| Continuity of Operations Plan Overview (Video) | 03/08/2023 2:00 pm | Continuity of Operations Plan Overview (PDF) |
| Election Workers (Video) | 03/14/2023 2:00 pm | Election Workers (PDF) |
| Project Management for Elections (Video) | 03/21/2023 2:00 pm | Project Management for Elections (PDF) |
| Election Official as IT Manager (Video) | 03/23/2023 2:00 PM | Election Official as IT Manager (PDF) |
| Corrective Action Procedures (Video) | 04/13/2023 2:00 pm | Corrective Action Procedures (PDF) |
| Early Voting Ballot Board (Video) | 04/18/2023 2:00 pm | Early Voting Ballot Board (PDF) |
| Central Counting Station Procedures (Video) | 04/25/2023 2:00pm | Central Counting Station Procedures (PDF) |

| Canvassing and Post-Election Procedures (Video) | 05/09/2023 2:00 pm | Canvassing and Post-Election Procedures (PDF) |
|---|---|---|
| Recounts (Video) | 05/11/2023 2:00 pm | Recounts (PDF) Preparing for Recounts (PDF) |

| Topic | Password | Date/Time | Presentation Materials |
|---|---|---|---|
| **Webinars for May 2022 Uniform Election Date** | | | |
| Candidacy for Local Political Subdivisions | Elections2022 | 2/9/2022 | Candidacy for Local Political Subdivisions (PDF) |
| Cancellation of an Election (video) | Elections2022 | 2/15/2022 | Cancellation of an Election (PDF) |
| Contracting and Joint Elections (video) | Elections2022 | 3/17/2022 | Contracting and Joint Elections (PDF) |
| Election Workers (video) | Elections2022 | 4/7/2022 | Election Workers (PDF) |
| Early Voting Ballot Board (Overview and Procedures) (video) | Elections2022 | 4/12/2022 | Early Voting Ballot Board (Overview and Procedures) (PDF) |
| EVBB/SVC Corrective Action Process (video) | Elections2022 | 4/14/2022 | EVBB/SVC Corrective Action Process (PDF) |
| Reconciliation Form | Elections2022 | 4/19/2022 | Reconciliation Form (PDF) |
| Post-election-Canvassing Reporting and Records (video) | Elections2022 | 4/26/2022 | Post-election-Canvassing Reporting and Records (PDF) |

| Topic | Password | Date/Time | Presentation Materials |
|---|---|---|---|
| **Webinars for County Election Officials** | | | |
| Legislative Update (video) | Elections2021 | 12/15/2021 | |
| Preparing for your May 7, 2022 Constitutional | Elections2021 | 12/20/2021 | Preparing for your May 7, 2022 Constitutional |

| | | | |
|---|---|---|---|
| Amendment Election (video) | | | Amendment Election (PDF) |
| Reviewing the new Application for Ballot by Mail form (ABBM) (video) | Elections2021 | 12/21/2021 | Reviewing the new Application for Ballot by Mail form (ABBM)(PDF) |
| FAQs on New ABBM Requirements (video) | Elections2022 | 01/19/2022 | FAQs on New ABBM Requirements (PDF) |
| Early Voting in Person Changes (video) | Elections2022 | 1/27/2022 | Early Voting in Person Changes (PDF) |
| Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope (video) | Elections2022 | 2/1/2022 | Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope (PDF) |
| FAQs with the Elections Division (video) | Elections 2022 | 2/7/2022 | FAQs with the Elections Division (PDF) |
| Training for EVBB/SVC Members on new Ballot by Mail Procedures (video) | Elections 2022 | 2/8/2022 | Training for EVBB/SVC Members on new Ballot by Mail Procedures (PDF) |
| Cancellation of Mail Ballots (video) | Elections2022 | 2/10/2022 | Cancellation of Mail Ballots (PDF) |
| FAQs with the Elections Division (2/15/2022) (video) | Elections 2022 | 2/17/2022 | FAQs with the Elections Division (2/15/2022) (PDF) |
| Central Counting Station Best Procedures (video) | Election2022 | 2/17/2022 | Central Counting Station Best Procedures (PDF) |
| FAQs with the Elections Division (2/24/2022) (video) | Elections2022 | 2/24/2022 | FAQs with the Elections Division (2/24/2022) (PDF) |
| Election Day Reconciliation Form | Election2022 | 2/28/2022 | Election Day Reconciliation Form (PDF) |

| Final Election Reconciliation Form | Elections2022 | 3/3/2022 | Final Election Reconciliation Form (PDF) |
|---|---|---|---|
| Precincts and Polling Places for May Elections (video) | Elections2022 | 3/17/2022 | Precincts and Polling Places for May Elections (PDF) |
| Candidate Filings for County Judges and CEO's (video) | Elections2022 | 7/1/2022 | Candidate Filings for County Judges and CEO's (PDF) |
| Reviewing ABBM and FPCA (Video) | Elections2022 | 9/20/2022 | Reviewing ABBM and FPCA (PDF) |
| Witnesses, Assistants, and Agents (Video) | Elections2022 | 9/22/2022 | Witnesses, Assistants, and Agents (PDF) |
| Corrective Action Process Early Voting Clerk Actions (Video) | Elections2022 | 9/27/2022 | Corrective Action Process Early Voting Clerk Actions (PDF) |
| Web Posting Requirements (Video) | Elections2022 | 9/29/2022 | Web Posting Requirements (PDF) |
| Training for Early Voting Ballot Boards (Video) | N/A | 10/11/2022 | Training for Early Voting Ballot Boards (PDF) |
| Ballot Storage Requirements and Best Practices (Video) | N/A | 10/13/2022 | Ballot Storage Requirements and Best Practices (PDF) |
| The Election Reconciliation Forms (Video) | N/A | 10/18/2022 | The Election Reconciliation Forms (PDF) |
| Q&A with the Elections Division (Video) | N/A | 10/20/2022 | Q&A with the Elections Division (PDF) |
| Corrective Action Process for the Early Voting Ballot Board (Video) | N/A | 10/25/2022 | Corrective Action Process for the Early Voting Ballot Board (PDF) |
| Q&A with the Elections Division (Video) | N/A | 10/27/2022 | Q&A with the Elections Division (PDF) |

| Training for Central Counting Station (Video) | N/A | 11/1/2022 | Training for Central Counting Station (PDF) |
| Q&A with the Elections Division (Video) | N/A | 11/03/2022 | Q&A with the Elections Division (PDF) |
| Post-Election Reporting Requirements - Partial Manual County and Precinct by Precinct (Video) | N/A | 11/10/2022 | Post-Election Reporting Requirements - Partial Manual County and Precinct by Precinct (PDF) |
| Recount Procedures (Video) | N/A | 11/15/2022 | Recount Procedures (PDF) Recount Tips (PDF) |

For information on additional webinars please contact elections@sos.texas.gov.

**Note: The following files are provided in PPSX and PPTX formats (Microsoft Powerpoint). Visit Microsoft.com to download your free software capable of opening PowerPoint presentations.**

# Historical Webinars

- COVID-19 (Coronavirus) Voting and Election Procedures (April 2020)

# Election Law Seminar Presentation Files

- 2023 Seminar Dates

# 34th Annual Election Law Seminar for Cities, Schools and Other Political Subdivisions (2022)

- Updates from the Secretary of State's Office (PDF)
- Proactive Communication Strategies for Local Election Officials (PDF)
- Web Posting Requirements and Best Practices for a more User-Friendly Website (PDF)
- Keeping Your Elections Secure (PDF)
- Contracting and Joint Elections (PDF)
- Proofing and Testing your Ballots with your County Election Officer (PDF)
- Ordering Your Election (PDF)
- Duties of the Early Voting Clerk (PDF)
- Elections for Entities in More than one County (PDF)
- Election Worker and Poll Watchers (PDF)

- Preparing your Ballots and Counting your Ballots (PDF)
- Preparing for an Election Audit (PDF)
- Preparing for Candidate Filings (PDF)
- Reviewing Candidate Applications, Part 1 (PDF)
- Reviewing Candidate Applications, Part 2 (PDF)
- Accepting/Rejecting Candidate Applications (PDF)
- Ordering Your Election (PDF)
- Vacancies and Special Elections (PDF)
- Early Voting by Mail (PDF)
- Election Forms (PDF)
- Corrective Action Process for Mail Ballots (PDF)
- Early Voting Ballot Board (PDF)
- Reviewing Petitions (PDF)
- Political Subdivisions other than Cities and Schools (PDF)
- Records Management (PDF)
- Cancellation of an Election (PDF)
- Events After the Election and Qualifying for Office (PDF)

## 40th Annual Election Law Seminar for County Election Officials (2022)

- Preparing for the November Election (Calendar Overview) (PDF)
- Demystifying Risk-limiting Audits (PDF)
- About the Secretary of State's Office (PDF)
- Elections 101 (PDF)
- Secretary of State Updates (PDF)
- Limited Ballots and Provisional Voting Which and When? (PDF)
- Election Day Opening & Closing the Polls Checklists (PDF)
- Poll Watchers (PDF)
- The Practical Side of Contracting and Joint Elections (PDF)
- Chain of Custody Best Practices (PDF)
- 2022 Voter Education Resources from SOS (PDF)
- Election Inspectors (PDF)
- Recounts (PDF)
- Corrective Action Process: Early Voting Clerk Actions (PDF)
- Practical Actions After the Election (PDF)
- Reconciliation Form Best Practices (PDF)
- Hash Validation Process-ESS (PDF)
- Election Code Public Information (PDF)
- Understanding Voting Systems and Electronic Pollbook Certifications (PDF)
- Financing Primary Elections (PDF)
- Chapter 19 Funding & Voter Registration Postage (PDF)
- HAVA Funding Update & Reimbursement for Auditable Voting Equipment (PDF)

- EFM Applications Single Sign-On Identity Management (PDF)
- Paper Ballot Handling (PDF)
- Building Your Own Form Kits (PDF)

## 20th Biennial Election Law Seminar for County Chairs (2021)

- 2021 Legislative Update (PPTX)
- Primary Finance: Statutes and Administrative Rules (PPTX)
- Primary Finance: Working with the Secretary of State's Office (PPTX)
- Contracting and Joint Elections (PPTX)
- Duties of the County Chair (PPTX)

* A repeating topic in a web-based format in the weeks following the conference

## Historical Seminar Presentations

- Nepotism and Conflict (PDF)
- May vs. November

EXHIBIT
13

TEXAS SECRETARY OF STATE

# Corrective Action Process for EVBB/SVC Members

## General Election for State and County Officers (GESCO)

## Texas Secretary of State – Elections Division



STATE112302

# CHANGES TO ABBMs



STATE112303

TEXAS SECRETARY OF STATE

# CHANGES TO THE ABBM

**1. Voter Information:** Please print all information clearly and legibly

Name: _____
Last,              First,              Middle              Suffix (Jr., Sr.)

**Residence Address as shown on your Voter Registration Certificate**

Address: _____
Street              Apt. # (if any)   City              State   Zip Code

**Optional Information:** Providing this information is helpful to the Early Voting Clerk, but not required.

Date of Birth: ___/___/___   VUID #: _____   Pct #: _____

Email: _____   Tel. #: _____

**YOU MUST PROVIDE ONE of the following numbers**

Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#)

_____

If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number

_____

☐ I have not been issued a Texas Driver's License/Texas Personal Identification Number/Texas Election Identification Certificate or Social Security Number

## Box 1: Personal Identification Numbers – Voter must provide:

- Texas Driver's License, Texas Personal Identification Number, or Election Identification Certificate Number issued by DPS, OR
- Last four digits of SSN, OR
- An indication that they have not been issued either number.

- **The personal identification information provided by the voter on the ABBM MUST be validated off of the voter's voter registration record.**



STATE112304

# CHANGES TO FPCA PROCESS



STATE112305

TEXAS SECRETARY OF STATE





# FPCA Signature Sheet

- **Voter Information**

- **Personal Identification Information**

- **Witness/Assistant information, if applicable**

- **Voter Signature**



STATE112306

# NEW REQUIREMENTS FOR THE CARRIER ENVELOPE



STATE112307

# Front of Carrier Envelope



STATE112308

TEXAS SECRETARY OF STATE

# Envelope Closed – Outside Flap

**Instructions to the Voter:**
- This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. **(Instrucciones al Votante:** Este sobre debe ser sellado y firmado por el votante antes de que salga de sus manos. No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección.)
- This Carrier Envelope may not be used to return more than one voter's ballot. (Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante.)
- For instructions on the methods and deadlines to deliver this Carrier Envelope, see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot. (Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre La Devolución de su Sobre de Envío" incluida con los materiales enviados a usted con su boleta.)

**Instructions to Assistant (if applicable):**
- A voter may only be assisted with reading or marking the ballot if the voter has a physical disability that renders the voter unable to write or see, or has an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. **(Instrucciones al Asistente (si es aplicable)):** Un votante sólo puede recibir ayuda para leer o marcar la boleta si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el idioma en el cual la boleta está escrita. Si usted asiste al votante, debe leer el juramento y completar la siguiente sección abajo, antes de asistir al votante.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:**
- If you are assisting a voter by depositing the Carrier Envelope in the mail or with a common or contract carrier, you must complete the assistant section below **(Instrucciones para la Persona Que Deposita el Sobre de Envío en el Correo o al Transportista Común o Contratado:** Si asiste a un votante depositando el sobre de envío en el correo o con un transportista común o contratado, debe completar la sección de asistente que aparece a continuación.)

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

SEAL ENVELOPE AND SIGN OVER SEALED FLAP
(SELLE EL SOBRE Y FIRME SOBRE LA SOLAPA SELLADA)

X _____
SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**Oath of Person Assisting Voter:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted." **Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugeriré, con palabra, señal, o gesto, como debe votar el votante; prepararé la boleta del votante según las indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

**If you are an assistant, provide information below:** (Si usted es un asistente proporcione la siguiente información:)
Did you receive compensation or other benefit from a candidate, campaign or political committee in exchange for providing assistance? Circle one: Yes | No
(¿Usted recibió compensación u otro beneficio de un candidato, campaña o comité político a cambio de brindar asistencia? Marque con un Círculo: Sí | No)

Printed Name (Nombre en letra de molde) _____    Signature (Firma) _____

Relationship to Voter (Relación al votante) _____    Street Address (Domicilio residencial) _____

**Completed by Early Voting Clerk (Completado por el Secretario de Votación Adelantada):**
Name of Election (Nombre de Elección): _____
Name of Voter (Nombre del votante): _____
Date of Election (Fecha de Elección): ____/____/____

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____.
(Instrucciones al Testigo: Usted está sirviendo como testigo para _____ (nombre del votante). Debe completar la sección a continuación si es testigo de la marca del votante, o si el votante no puede hacer una marca. Si el votante no puede hacer una marca, marque aquí _____.)

Signature (Firma) _____    Printed Name (Nombre en letra de molde) _____

Street Address (Domicilio residencial) _____

STATE112309

# TEXAS SECRETARY OF STATE

# Envelope Open – Inside Flap



- Voter must add their personal identification information to the Carrier Envelope



STATE112310

# Key Points to Remember

- Voters are not required to provide both types of identification numbers.

- If a voter provides both numbers, only one number has to match the VR record.

- The secrecy flap may be opened by the early voting clerk's staff for processing.

- Be mindful with these carrier envelopes, as they have personally identifiable information that needs to be guarded.

- Carrier envelopes are not public information at this point in the election process.

STATE112311

TEXAS SECRETARY OF STATE

# NEW PROCESS FOR EVBB/SVC



STATE112312

TEXAS SECRETARY OF STATE

# New Comparison Requirements

- The EVBB shall only accept a ballot if the personal identification information (ex: SSN or TXDL) matches the voter registration record.

- The SVC/EVBB is matching the information on the carrier envelope to the **VR record**.

- The number on the carrier envelope does not have to be the same number on the ABBM – it must only match the VR record.



STATE112313

# Rebuttable Presumption

- If the personal identification information provided matches the VR record, the signatures on the ABBM and the carrier envelope are rebuttably presumed to be those of the voter.

- The presumption may be rebutted by presenting other past signatures on file with the EVC or VR that would support a finding that the signatures on the carrier envelope and ABBM are not those of the voter.

STATE112314

# NOTIFYING VOTERS OF DEFECTS



STATE112315

TEXAS SECRETARY OF STATE

# Signature Verification Committee Corrective Action Process

- The following defects are eligible for correction when identified by the signature verification committee (Sec. 87.0271(a)):
  - The voter did not sign the carrier envelope certificate.
  - The SVC cannot determine whether the signature on the carrier envelope is that of the voter.
  - The personal identification information required under Section 84.002(a)(1-a) (ABBM) or Section 86.002 (carrier envelope) was missing or contained incorrect information.
  - If a voter used a witness for completion of the carrier envelope, the witness information was incomplete.
    - **NOTE**: Incomplete information about an assistant cannot be corrected and will result in a rejected mail ballot, but the voter may still vote in person if otherwise eligible.



STATE112316

TEXAS SECRETARY OF STATE

# Early Voting Ballot Board Correction Process

- The following defects are eligible for correction when identified by the early voting ballot board (Sec. 87.0411(a)):
  - The voter did not sign the carrier envelope certificate.
  - The EVBB cannot determine whether the signature on the carrier envelope is that of the voter.
  - **The voter did not include the required statement of residence**.
  - The personal identification information required under Section 84.002(a)(1-a) (ABBM) or Section 86.002 (carrier envelope) was missing or contained incorrect information.
  - If a voter used a witness for completion of the carrier envelope, the witness information was incomplete.
    - **NOTE**: Incomplete information about an assistant cannot be corrected by EVBB/SVC and will result in a rejected mail ballot, but the voter may still vote in person if otherwise eligible.
- Only the EVBB has the authority to open the sealed part of carrier envelope to determine if a statement of residence (SOR) has been submitted.
  - The only exception is for FPCA voters. An SVC must open the sealed envelope to obtain the Signature Sheet for FPCA Voter, as this is necessary for the signature verification process.

STATE112317

TEXAS SECRETARY OF STATE

# Corrective Action Timelines

- **Returning the Carrier Envelope by Mail:** If the SVC or EVBB determines that it would be possible for the voter to correct the defect and return the carrier envelope **before the time the polls are required to close on election day,** the SVC or EVBB **must** mail the original defective carrier envelope to the voter. This determination must be made not later than the second business day after the SVC or EVBB discovers a defect, and before the SVC or EVBB decides whether to accept or reject a timely delivered mail ballot. (Secs. 87.0271(b), 87.0411(b)).

- **Notifying the Voter of Defect by Phone or Email**: If the SVC or EVBB determines that it would NOT be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, **the SVC or EVBB may notify the voter of the defect by telephone or email** and inform the voter that the voter may come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. (Secs. 87.0271(c), 87.0411(c)).



STATE112318

If the SVC or EVBB takes one of the actions described above, the committee or board **must** take that action with respect to each ballot in the election to which these options apply.

(Secs. 87.0271(d), 87.0411(d)).



STATE112319

TEXAS SECRETARY OF STATE

# Recommendations

- The SOS recommends that before qualifying mail ballots, the EVBB/SVC meet with the early voting clerk to determine dates to convene and to establish timelines for the corrective action process. (Secs. 87.0411, 87.0271).



STATE112320

TEXAS SECRETARY OF STATE

# Carrier Envelope Returned by Mail

1.  Stamp or mark the voter's carrier envelope with the words "**Corrective Action Required.**"

2.  Note the appropriate defect on the Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail.

3.  Mail the voter's defective carrier envelope along with the Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail.  The early voting clerk should include an envelope for the voter to return the corrected carrier envelope to the early voting clerk.  This envelope should contain the Official Election Mail logo prescribed by the USPS. The voter must be notified if the return envelope needs additional postage.

4.  Enter the voter's information on the Roster of Voters with Defective Carrier Envelopes – Returned to the Voter by Mail.

**\*The actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these are administrative functions that carry out the instructions and actions of the SVC/EVBB**



STATE112321

# Notifying Voter by Phone or Email (Carrier Envelope is NOT mailed to Voter)

- If notifying by email:
  1. Send the voter the Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email via email.
  2. The voter's name should be entered on the Roster of Voters with Defective Carrier Envelopes – Notified by Phone or Email, and the action taken by the voter should be noted on the roster.
  3. **Parameters for Email Notification**: The SOS recommends that the early voting clerk set up an email address for corrective action notifications. The early voting clerk and the SVC or EVBB should establish rules and procedures for utilizing this email address. Any emails sent or received through the corrective action process are considered election records under the Election Code, are subject to the Public Information Act, and should be retained by the general custodian of election records. The general custodian should consult with their attorney regarding any requests for such emails, as certain information may be exempt from disclosure under the Public Information Act.

**\*The actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these are administrative functions that carry out the instructions and actions of the SVC/EVBB**



STATE112322

TEXAS SECRETARY OF STATE

# Notifying Voter by Phone or Email
# (Carrier Envelope is NOT mailed to Voter)

- **If notifying by phone:**

1. Contact the voter using any known phone number on file with the early voting clerk or in the possession of the SVC or EVBB.
   - **NOTE:** As a reminder, the voter registrar may not transcribe, copy or otherwise record a telephone number furnished on a voter registration application. (Sec. 13.004). The SVC or EVBB may be able to review a voter registration application at the voter registrar's office to obtain a phone number. The registrar may also read a phone number from a voter registration application to a member of the SVC or EVBB, if necessary.

2. The SVC or EVBB should create a phone script that explains to the voter that the voter's mail ballot was received by the early voting clerk's office and has been reviewed by the SVC or EVBB, whichever is applicable.

3. **The SOS recommends that the SVC or EVBB confirm the voter's identity using publicly available information.**
   - **Example:** Ask the voter to confirm their voter registration address and whether they requested a mail ballot for the given election.

4. The voter should be told that upon review of the carrier envelope, the SVC or EVBB discovered a defect in the carrier envelope. **The specific defect should be explained.**

5. The SVC or EVBB should explain the process for the voter to correct the defect as well as the process to cancel their mail ballot and vote in person during early voting or on election day.

6. Provide a return phone number that the voter may use to confirm that they were contacted by the SVC or EVBB. The number provided should be the number of the early voting clerk's office so the voter can verify this information and obtain details about the corrective action process during times that the SVC or EVBB are not meeting.

7. The voter's name should be entered on the Roster and the action taken by the SVC or EVBB should be noted on the roster.

**\*Many of the actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these are administrative functions that carry out the instructions and actions of the SVC/EVBB**



STATE112323

TEXAS SECRETARY OF STATE

# If the SVC or EVBB is unable to contact the voter...

1. The SVC or EVBB should leave a detailed message explaining that the SVC or EVBB determined there was a defect in the voter's carrier envelope and explain the process for correcting the defect.

2. The SVC or EVBB should NOT provide any details related to a voter's personally identifiable information on a voicemail or with a person who is not the voter.

3. The SVC or EVBB should leave a return number that the voter may use to validate the information provided by phone.

4. The SVC or EVBB should mail the voter a Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email to inform the voter of their ability to correct the defect by appearing at the early voting clerk's office or by cancelling their mail ballot and voting in person during early voting or on election day.

5. The voter's name should be entered on the Roster of Voters with Defective Carrier Envelopes – Notified by Phone or Email, and the action taken by the SVC or EVBB should be noted on the roster.

- **If the SVC or EVBB does not have a phone number or email to notify the voter**: The SVC or EVBB should mail a Notice of Carrier Defect – Voter Notified of Carrier Envelope Defect by Phone or Email to inform the voter of their ability to correct the defect by appearing at the early voting clerk's office or by cancelling their mail ballot and voting in person during early voting or on election day.

**\*Many of the actions above can be delegated to the Early Voting Clerk by the SVC/EVBB as these are administrative functions that carry out the instructions and actions of the SVC/EVBB**



STATE112324

TEXAS SECRETARY OF STATE

# Key Points to Remember

- Any actions taken by the SVC or EVBB shall be uniformly applied to every ballot in the election to which this procedure applies.  (Secs. 87.0271(d), 87.0411(d)).

- A poll watcher is entitled to observe any action taken by the SVC or EVBB related to the corrective action process.  (Secs. 87.0271(e), 87.0411(e)).

- Poll watchers may not transcribe or make notes of any voter's personally identifiable information while observing the activities of the SVC or EVBB.



STATE112325

# CORRECTING DEFECTS



STATE112326

# How do Voters Correct Defects?

- **If the carrier envelope was mailed back to the voter, the voter MUST return the carrier envelope with the revisions/corrections.**

  - **Deadline for Correction:** If the SVC or EVBB has returned the voter's carrier envelope by mail for correction, the voter also MUST return the carrier envelope to the early voting clerk no later than 7:00 p.m. on election day for the ballot to be processed and counted. (Secs. 87.0271(b), 87.0411(b)).

- **If the carrier envelope was NOT mailed back to the voter, the voter may correct the defects in the following ways:**

  - Utilizing the BBM Tracker for defects related to a missing or incorrect personal identification numbers.

  - Appearing in person at the EV clerk's office and submitting a Corrective Action Form.

  - Cancelling their mail ballot and voting in person.

  - **Deadline for Correction:** This corrective action process must occur no later than the 6th day after election day. The EVBB cannot finally reject a ballot before the 7th day after election day. (Secs. 87.0271(g), 87.0411(g)).

**Corrective actions taken by the voter MUST be provided to the EVBB for their final review of the ballot before determining acceptance or rejection.**

STATE112327

TEXAS SECRETARY OF STATE

# Correcting Defect by Cancellation

- After receiving a Notice of Carrier Defect by mail or receiving notification via email or phone, the voter may opt to cancel their ballot by mail and vote a regular ballot in person. All cancellations must be completed in accordance with Section 84.032. If the voter is an Annual ABBM voter, a cancellation request submitted for these purposes applies only to the current election unless the voter specifically requests to cancel their Annual ABBM. (Sec. 84.038).

- There is no process under Texas law by which a voter can cancel a mail ballot application by phone. **All cancellations must be in writing and completed in accordance with Section 84.032 of the Texas Election Code**.

- See pages 13-14 of Advisory 2022-08 for more details.



STATE112328

TEXAS SECRETARY OF STATE

# EARLY VOTING CLERK PROVIDING NOTIFICATION OF DEFECTS



STATE112329

TEXAS SECRETARY OF STATE

# Early Voting Clerk
# Notification of Defects

- Under Section 86.011(d) of the Code, if an early voting clerk receives a timely carrier envelope that does not comply with the applicable requirements of the Code, **the early voting clerk may deliver the carrier envelope in person or by mail to the voter so that the voter may correct the defect**. Additionally, **the early voting clerk may notify the voter of the defect by phone** and advise the voter that they may come to the early voting clerk's office to correct the defect or cancel their ABBM and vote in person.
  - **Early voting clerks may return carrier to voter for correction.**
  - **Early voting clerks may notify voter of defect by phone and inform the voter they can come to the EVC's office to correct defect or cancel their application.**

STATE112330

# Early Voting Clerk Notification of Defects

- What defects can an early voting clerk provide notice about?

  – Missing signature

  – Missing or incomplete witness information

  – Missing **assistant** information

  – If the early voting clerk is removing the secrecy flap before the ballot is sent to the SVC/EVBB:

    - Missing personal identification information
    - Incorrect personal identification information



STATE112331

# Early Voting Clerk Notification of Defects

- If an early voting clerk chooses to notify voters of defects in their carrier envelope under Section 86.011(d), **the clerk must apply these procedures uniformly to all voters in similar circumstances.**

- **Poll watchers may be present for this process.** (Sec. 86.011(d)).



STATE112332

# Questions?

# elections@sos.texas.gov



STATE112333

EXHIBIT 14

## Application for a Ballot by Mail

If someone helps you complete this form or mails, emails or faxes this form for you, that person must complete the Witness/Assistant Box 6 below. If you email or fax this form to the Early Voting Clerk, you must also send the original hardcopy to the Early Voting Clerk. If you are faxing or emailing this form on or near the deadline to apply for a Ballot by Mail, you must send the original hardcopy so that the Clerk receives it no later than the fourth business day after the day the Clerk received your email or fax. Original signatures are required on both the fax or email image and the physical hard copy. Electronic signatures are not permitted. **THE HARDCOPY OF THIS APPLICATION MUST BE RECEIVED BY THE EARLY VOTING CLERK AND MEET ALL LEGALLY REQUIRED DEADLINES. Please read the instructions** on the back of this form completely. **If you have any questions, please call the Early Voting Clerk in your county** of registration or the office of the Texas Secretary of State at 1-800-252-8683 or log on to www.sos.texas.gov for a list of County Early Voting Clerks or their email and physical addresses.

### 1. Voter Information: Please print all information clearly and legibly

| | YOU MUST PROVIDE ONE of the following numbers |

Name: _____

Last,      First,      Middle      Suffix (Jr., Sr.)

**Residence Address as shown on your Voter Registration Certificate**

Address: _____

Street      Apt. # (if any)      City      State      Zip Code

**Optional Information:** Providing this information is helpful to the Early Voting Clerk, but not required.

Date of Birth: _____ / _____ / _____    VUID #: _____    Pct #: _____

Email: _____ Tel. #: _____

Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#)

If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number

X X X - X X - ____ ____ ____ ____

☐ I have not been issued a Texas Driver's License/Texas Personal Identification Number/Texas Election Identification Certificate or Social Security Number

### 2. Mail my Ballot to:

☐ My Residence Address (as listed on my Voter Registration Certificate)

☐ Other Address - You may use the Other Address line only if the other address fits one of the categories below.

_____
Address      Apt. # (if any)      City      State      Zip Code

**My Other Address is: (Check one)**
☐ The mailing address listed on my Voter Registration Certificate
☐ Address Outside the County (voters absent from the county)
☐ Hospital, Nursing Home, Long-Term Care Facility, Retirement or Assisted Living Center or a Relative _____ (Indicate Relationship)
☐ Address of the Jail/Civil Commitment Facility or a Relative _____ (Indicate Relationship)

### 3. Reason For Voting by Mail:

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instruction on reverse) By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without a likelihood of needing personal assistance or of injuring my health."

☐ Expected to give birth within three weeks before or after Election Day

☐ Expected Absence from the County (You may apply for a ballot for one election and its resulting runoff if your dates of absence from the county include both elections)

Date you can begin to receive mail at your out of county address: _____ / _____ / _____    Date of return to residence address: _____ / _____ / _____

☐ Confined in Jail or Involuntary Civil Commitment (You may only apply for a ballot for one election and any resulting runoff)

### 4. Send me a Ballot for the Following Elections:

☐ **Annual Application**
Send me a ballot for all Elections in this voting year (January – December). Annual Applications only available for voters 65 and older and voters with disabilities. You must select a party if you wish to vote in a primary. Select only one party's primary and its resulting runoff.

**Primary Election** (even numbered years only)
☐ Democratic Primary    ☐ Any Resulting Runoff
☐ Republican Primary    ☐ Any Resulting Runoff
☐ Do Not Send me a Primary Ballot

**OR**

**Uniform Election Dates**
☐ November Election    ☐ May Election (not a primary runoff)
☐ Any Resulting Runoff    ☐ Other Special Election: _____
(Name or Date of Special Election, if known)

**Primary Election** (even numbered years only)
☐ Democratic Primary    ☐ Any Resulting Runoff
☐ Republican Primary    ☐ Any Resulting Runoff
(Voters who are absent from the county or confined in jail/civilly committed may only apply for one election and its resulting runoff.)

### 5. Sign Here:

"I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____    Date: _____ / _____ / _____

If applicant is unable to sign or make a mark (in the presence of a witness), the witness must complete the witness portion in Box 6 below. The signature or mark of the voter in the blank above must be an original signature made with a pen and ink. Electronic signatures are not permitted.

### 6. If someone helps you complete this form or mails, emails or faxes the form for you, that person must complete the section below.

**Instructions for Witnesses and Assistants:** See back of this form for the definitions of Witness and Assistant.
Check one or both boxes below if you served as a Witness, an Assistant or both. All information below must be completed!

☐ If the applicant is unable to make a mark, you must check this box and complete all information below. Do not sign for the voter in Box 5.
☐ Witness – If you are acting as a Witness to the applicant's signature or mark or signing on the applicant's behalf, you must state your relationship to the applicant here: _____
☐ Assistant – If you assisted the applicant in completing this application in the applicant's presence or mailed/emailed/faxed the application on behalf of the applicant.    (Indicate Relationship)

Failure to complete this section is a Class A Misdemeanor if applicant's signature was witnessed or applicant was assisted in completing this application.

X _____
Signature of Witness/Assistant        Printed Name of Witness/Assistant

_____
Street Address      Apt. # (if any)      City      State      Zip Code

*Este formulario está disponible en Español. Para conseguir la versión en Español favor llamar sin cargo al 1-800-252-8683 a la oficina del Secretario del Estado o la Secretaria de Votación Adelantada.*

STATE031879

**Instructions for Application for Ballot by Mail**

**BOX 1:**
- **Name:** Please give your full name as it was provided to the Voter Registrar and include any suffixes like Jr., Sr., or III.
- **Date of Birth:** Not a requirement but it is helpful to determine identity when voters have common names.
- **Address:** Give your full residence address as shown on your Voter Registration Certificate.
- **VUID and Precinct Number:** If you know your VUID and/or Precinct number, you may provide it, but it is not a requirement.
- **Phone Number and Email Address:** Providing your telephone number and email is not required but is extremely helpful to the Early Voting Clerk to clarify any information on this application.
- **Required Personal Information: You MUST provide one of the following numbers:** Texas Driver's License Number, Texas Personal Identification Number or Election Identification Certificate Number **(NOT your VUID#)**. If you do not have one of the above mentioned numbers, you may provide the last 4 digits of your Social Security Number. If you have not been issued any of the required numbers, check the box that says that you have not been issued one of the required numbers. If you have been issued one of the required numbers, but it is not associated with your voter registration record, please contact your local registrar to inquire about how to add one of the required numbers to your voter registration record.

**BOX 2:**
Your ballot must be mailed to the address where you are registered to vote or the mailing address listed on your Voter Registration Certificate. **There are some exceptions that allow you to have your ballot mailed to a different location.**
- **If you are voting by mail because you are 65 or have a disability** – Your ballot can be mailed to a hospital, nursing home, long-term care facility, retirement or assisted living facility or a relative.
- **If you are absent from the county** – Your ballot must be mailed to an address outside the county.
- **If you are confined in jail or involuntarily civilly committed** – Your ballot can be mailed to the address of the jail/commitment facility or a close relative.

**BOX 3:**
The State of Texas requires that you provide a reason for voting by mail. Place a checkmark in the box that best describes your reason for voting by mail.
- If you choose **65 Years of Age or Older**, you must turn 65 no later than Election Day.
- If you choose **Disability**, your disability must meet the definition of a disability as described in Section 82.002(a) of the Texas Election Code.
- If you choose **Confinement for Childbirth**, you expect to give birth within three weeks before or after Election Day.
- If you choose **Expected Absence from the County**, you must expect to be absent from the county on Election Day and during the hours of early voting by personal appearance for the remainder of the early voting period after you submit your application. The ballot must be mailed to an address outside the county and you must provide the dates that you will be absent from the county.
- If you choose **Confined in Jail/Involuntary Civil Commitment under Chapter 841 of the Health and Safety Code**, you must be legally eligible for Early Voting by Mail. At the time your early voting ballot application is submitted, you are either (1) confined in jail serving a misdemeanor sentence for a term that ends on or after Election Day; (2) pending trial after denial of bail; (3) without bail pending an appeal of a felony conviction; (4) pending trial or appeal on a bailable offense for which release on bail before Election Day is unlikely or (5) you are involuntarily civilly committed.

**BOX 4:**
Please select the election(s) for which you are applying.
**Annual Application** – Only voters who are 65 or older or who have a disability are eligible to apply for an Annual ballot by mail. An Annual ballot by mail will provide you with a ballot for all the elections

**BOX 4 (CONTINUED)**
in a calendar year for which you are eligible. Your Annual Application may be forwarded to other entities holding elections in which you are eligible to vote. This means that you may receive a ballot for those other elections in addition to the ballot you requested with this Application. If you do not select any elections in Box 4, your application will be considered an Annual Application if your reason for voting by mail was 65 Years of Age or Older or Disability.

**BOX 5:**
Sign and date your application. If you are unable to sign because of a physical disability or illiteracy, the application may be signed for you by a witness. The witness must be in the presence of the voter in order to act as a witness.

**BOX 6:**
- **Witness** – The witness **must** place a checkmark in the Witness Box indicating you were unable to make your mark. The witness **must** state his or her relationship to you. If the witness is not a relative, the witness **must** state that on the line provided. The witness must sign and provide his or her printed name and residence address. It is a Class B Misdemeanor to act as a witness for more than one application in each election or act as a witness for more than one Annual ballot by mail application in a calendar year.
- **Assistant** – If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application; or mails, faxes or emails this application on your behalf, the assistant **must** complete Box 6. The assistant must sign and provide his or her printed name and residence address. An assistant commits a Class A Misdemeanor if he or she provides assistance without providing the information required in Box 6.

**DEADLINE TO APPLY:**
**Your application must be received by the Early Voting Clerk** not later than the 11th day before Election Day. If the deadline falls on a weekend or holiday the deadline moves to the first preceding business day. An application may be submitted anytime in the calendar year but not later than the 11th day for the election in which you wish to vote. **Annual Applications** - If you submit an Annual Application (only available for voters 65 and older and voters with disabilities), within 60 days of an election that takes place in the following calendar year, your application will be valid for all elections in the following calendar year. This 60 day rule applies only to Annual Applications and only when there is an election within 60 days of the date the Annual Application was received by the Early Voting Clerk in the preceding year.

**SUBMITTING THE APPLICATION:**
The application must be submitted by one of the following methods:
- **In-Person** – Only the applicant may submit his or her own application to the Early Voting Clerk.
- **By Mail** – The application may be submitted via the U.S. Postal Service.
- **Common or Contract Carrier** – The application may be submitted via a bona fide, for profit carrier.
- **Fax Transmission** – Please contact your Early Voting Clerk or the Secretary of State for fax numbers.
- **By email** – The application may be submitted via email. Please contact your Early Voting Clerk or the Secretary of State for email addresses.

The fax or email must reach the Early Voting Clerk's office no later than the close of regular business or 12:00 noon, whichever is later on the 11th day before Election Day.

IF YOU FAX OR EMAIL THE APPLICATION YOU MUST ALSO PHYSICALLY SEND THE ORIGINAL TO THE EARLY VOTING CLERK SO THAT IT IS RECEIVED NO LATER THAN THE FOURTH BUSINESS DAY AFTER IT WAS RECEIVED BY FAX OR EMAIL.

---

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

FROM: _____

_____

_____

AFFIX
FIRST CLASS
POSTAGE

OFFICIAL ELECTION MAIL™
Authorized by the U.S. Postal Service

**TO: EARLY VOTING CLERK**

_____

_____

# EXHIBIT 15

Place
Stamp
Here

**WARNING:** (1) Knowingly possessing another person's ballot or carrier envelope may be a crime unless you provide your signature, printed name and address (2) A person commits an offense if the person compensates another person or receives compensation for depositing a carrier envelope in the mail as part of a scheme in which the person is compensated based on the number of carrier envelopes deposited. For additional information on offenses related to carrier envelopes, please see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot.

**ADVERTENCIA:** (1) El acto de poseer conscientemente la boleta o el sobre de envío de otra persona puede ser un delito a menos de que usted proporcione su firma, nombre en letra de molde, y su dirección. (2) Una persona comete un delito si recompensa o recibe compensación a cambio de depositar el sobre de envío en el correo como parte de un plan en el cual la persona es recompensada en base al número de sobres de envío depositados. Para obtener información adicional sobre los delitos relacionados con los sobres de envío, por favor vea la "Información Sobre La Devolución Del Sobre de Envío," incluido con los materiales enviados a usted con su

6-15
Prescribed by Secretary of State
Section 86.013, Texas Election Code
12/2021



## CARRIER ENVELOPE FOR EARLY VOTING BALLOT
*(SOBRE DE ENVÍO PARA LA BOLETA DE VOTACIÓN ADELANTADA)*

(Early Voting Clerk
should preprint return address or affix address label)

STATE032017

**Instructions to the Voter:**

- This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the work has been marked by you or at your direction. {Este sobre debe de ser sellado y firmado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección.}

- This Carrier Envelope may not be used to return more than one voter's ballot. {Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante.}

- For instructions on the methods and deadlines to deliver this Carrier Envelope, see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot. {Instrucciones al Votante: Selle este sobre y su nombre en el espacio proporcionado abajo. Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre La Devolución Del Sobre de Envío," incluido con los materiales enviados a usted con su boleta.}

**Instructions to Assistant (if applicable):**

- A voter may only be assisted with reading or marking the ballot if the voter has a physical disability that renders the voter unable to write or see, or has an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. {Instrucciones al Asistente: Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.}

**Instructions to Person Depositing Carrier Envelope In Mail or to Common or Contract Carrier:**

- If you are assisting a voter by depositing the Carrier Envelope in the mail or with a common or contract carrier, you must complete the assistant section below. {Instrucciones a la Persona Quien Deposite el Sobre de Envío en el Correo o Entregue al Transportista Público o Comercial: Si usted asistirá al votante a depositar el sobre de envío en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.}

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. {Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.}

SEAL ENVELOPE AND SIGN OVER SEALED FLAP
{SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE}



X_____
SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**Oath of Person Assisting Voter:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to reading the ballot to the voter, directing the voter to read the ballot, marking the voter's ballot, or directing the voter to mark the ballot; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted." **Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugeriré, con palabra, señal, o gesto, como debe votar el votante; limitaré mi asistencia a leer la boleta al votante, dirigiendo al votante a que lea la boleta, marcando la boleta del votante o dirigiendo al votante a que marque la boleta; prepararé la boleta del votante según lo indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

**Completed by Early Voting Clerk:**

Name of Election (Nombre de Elección): _____

Name of Voter (Nombre del votante): _____

Date of Election (Fecha de Elección): _____ / _____ / _____

**If you are an assistant, provide information below:** {Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información:}

Did you receive compensation or other benefit from a candidate, campaign or political committee in exchange for providing assistance? Circle one: Yes No

¿Recibió compensación u otro beneficio de un candidato, campaña o comité político a cambio de brindar asistencia? Marque con un Círculo: Si No

**Instructions to Witness:** You are serving as a witness for _____ {name of voter}. You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____.

{Instrucciones al Testigo: Usted está fungiendo como testigo para _____ {nombre del votante}. Usted debe llenar la siguiente sección abajo si usted fue testigo de que e votante firmó, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí _____.}

_____ _____
Printed Name (Nombre en letra de molde) | Signature (Firma)

_____
Signature (Firma)

_____
Printed Name (Nombre en letra de molde)

_____ _____
Relationship to Voter (relacion al votate) | Street Address (Domicilio residencial)

_____
Street Address (Domicilio residencial)

**TO CHECK THE STATUS OF YOUR MAIL BALLOT, VISIT**



**VOTETEXAS.GOV**

---

**REQUIRED INFORMATION:** **YOU MUST PROVIDE ONE OF THE FOLLOWING NUMBERS AND IT MUST BE ASSOCIATED WITH YOUR VOTER REGISTRATION RECORD**

| Texas Driver's License or Texas Personal Identification Card or Election Identification Certificate Number issued by the Texas Department of Public Safety (NOT your Voter Registration VUID #) (Número de licencia de conducir de Texas o Número de Identificación Personal o Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas) (NO ES el número de su Registro Electoral VUID#) | OR (O) | If you do not have a Texas Driver's License or Personal Identification Card or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number (Si no tiene licencia de conducer de Texas o Número de Identificación Personal o Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas, proporcione los 4 últimos dígitos de número de Seguro Social)<br><br>XXX - XX - \_\_\_ \_\_\_ \_\_\_ \_\_\_ | OR (O) | ☐ I have not been issued a Texas Driver's License or Texas Personal Identification Card or Texas Election Identification Certificate or a Social Security Number (No me han expedido una licencia de conducir de Texas o Número de Identificación Personal o Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas ni un número de Seguro Social |
|---|---|---|---|---|

**OPTIONAL CONTACT INFORMTION:** Phone: _____  Email: _____

---

SEAL ENVELOPE AND SIGN OVER SEALED FLAP
(SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE)

X _____
**SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)**

**Oath of Person Assisting Voter:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to reading the ballot to the voter, directing the voter to read the ballot, marking the voter's ballot, or directing the voter to mark the ballot; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted." **Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugerir, con palabra, señal, o gesto, como debe votar el votante; limitaré mi asistencia a leer la boleta al votante, dirigiendo al votante a que lea la boleta, marcando la boleta del votante o dirigiendo al votante a que marque la boleta; prepararé la boleta del votante según lo indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

**Completed by Early Voting Clerk:**

Name of Election (Nombre de Elección): _____

Name of Voter (Nombre del votante): _____

Date of Election (Fecha de Elección): \_\_\_\_\_ / \_\_\_\_\_ / _____

**If you are an assistant, provide information below:** (Si usted es un asistente o testigo, marque la casilla correcta o proporcione su información):

**Did you receive compensation or other benefit from a candidate, campaign or political committee in exchange for providing assistance?** Circle one: Yes  No
**¿Recibió compensación u otro beneficio de un candidato, campaña o comité político a cambio de brindar asistencia?** Marque con un Círculo: Si  No

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____.

**(Instrucciones al Testigo:** Usted está fungiendo como testigo para _____ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmo, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí _____.)

_____
Printed Name (Nombre en letra de molde)        Signature (Firma)

Signature (Firma)                               Printed Name (Nombre en letra de molde)

_____
Relationship to Voter (relacion al votate)      Street Address (Domicilio residencial)

Street Address (Domicilio residencial)

**STATE032019**