EXHIBIT

16

Place
Stamp
Here



**CARRIER ENVELOPE FOR EARLY VOTING BALLOT**
*(SOBRE DE ENVÍO PARA LA BOLETA DE VOTACIÓN ADELANTADA)*

(Early Voting Clerk
should preprint return address or affix address label)

WARNING: (1) Knowingly possessing another person's ballot or Carrier Envelope may be a crime unless you provide your signature, printed name and address (2) A person commits an offense if the person compensates another person or receives compensation for depositing a Carrier Envelope in the mail as part of a scheme in which the person is compensated based on the number of Carrier Envelopes deposited. For additional information on offenses related to Carrier Envelopes, please see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot.

ADVERTENCIA: (1) El acto de poseer concientemente la boleta o el sobre de envío de otra persona puede ser un delito a menos de que usted proporcione su firma, nombre en letra de molde, y su dirección. (2) Una persona comete un delito si recompensa o recibe compensación a cambio de depositar el sobre de envío en el correo como parte de un plan en el cual la persona es recompensada en base al número de sobres de envío depositados. Para obtener información adicional sobre los delitos relacionados con los sobres de envío, por favor vea la "Información Sobre La Devolución Del Sobre de Envío," incluida con los materiales enviados a usted con su boleta.

6-15
Prescribed by Secretary of State Section 86.013, Texas Election Code
01/2012

STATE137682

**Instructions to the Voter:**
- This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. {**Instrucciones al Votante:** Este sobre debe ser sellado y firmado por el votante antes de que salga de sus manos.  No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección.}
- This Carrier Envelope may not be used to return more than one voter's ballot. {Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante.}
- For instructions on the methods and deadlines to deliver this Carrier Envelope, see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot. {Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre La Devolución de su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.}

**Instructions to Assistant (if applicable):**
- A voter may only be assisted with reading or marking the ballot if the voter has a physical disability that renders the voter unable to write or see, or has an inability to read the language in which the ballot is written.  If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. {**Instrucciones al Asistente (si es aplicable):** Un votante sólo puede recibir ayuda para leer o marcar la boleta si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el idioma en el cual la boleta está escrita. Si usted asiste al votante, debe leer el juramento y completar la siguiente sección abajo, antes de asistir al votante.}

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:**
- If you are assisting a voter by depositing the Carrier Envelope in the mail or with a common or contract carrier, you must complete the assistant section below. {**Instrucciones para la Persona Que Deposita el Sobre de Envío en el Correo o al Transportista Común o Contratado:** Si asiste a un votante depositando el sobre de envío en el correo o con un transportista común o contratado, debe completar la sección de asistente que aparece a continuación.}

**I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. {Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.}**

SEAL ENVELOPE AND SIGN OVER SEALED FLAP
(SELLE EL SOBRE Y FIRME SOBRE LA SOLAPA SELLADA)



X _____
SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**Oath of Person Assisting Vote:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted." **Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugeriré, con palabra, señal, o gesto, como debe votar el votante; prepararé la boleta del votante según lo indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

**If you are an assistant, provide information below:** {Si usted es un asistente proporcione la siguiente información:}

Did you receive compensation or other benefit from a candidate, campaign or political committee in exchange for providing assistance? Circle one: Yes  No
¿Recibió compensación u otro beneficio de un candidato, campaña o comité político a cambio de brindar asistencia? Marque con un Círculo:  Sí  No

_____
Printed Name {Nombre en letra de molde}           Signature (Firma)

_____
Relationship to Voter (Relación al votante)        Street Address {Domicilio residencial}

**Completed by Early Voting Clerk {Completado por el Secretario de Votación Adelantada}:**

Name of Election {Nombre de Elección}: _____

Name of Voter {Nombre del votante}: _____

Date of Election {Fecha de Elección}: _____ / _____ / _____

**Instructions to Witness:** You are serving as a witness for _____ (name of voter).  You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark.  If the voter cannot make a mark, check here _____.

(**Instrucciones al Testigo:** Usted está sirviendo como testigo para _____ (nombre del votante). Debe completar la sección a continuación si es testigo de la marca del votante, o si el votante no puede hacer una marca. Si el votante no puede hacer una marca, marque aquí _____.)

_____
Signature (Firma)                    Printed Name (Nombre en letra de molde)

_____
Street Address (Domicilio residencial)

STATE137683

STATE137684

TO CHECK THE STATUS OF YOUR MAIL BALLOT, VISIT
(PARA VERIFICAR EL ESTADO DE SU BOLETA POR CORREO, VISITE)

VOTETEXAS.GOV

REQUIRED INFORMATION: YOU MUST PROVIDE ONE OF THE FOLLOWING NUMBERS AND IT MUST BE ASSOCIATED WITH YOUR VOTER REGISTRATION RECORD
INFORMACIÓN REQUERIDA: DEBE PROPORCIONAR UNO DE LOS SIGUIENTES NÚMEROS Y DEBE ESTAR ASOCIADO CON SU REGISTRO DE VOTANTE

| | | | | |
|---|---|---|---|---|
| **Texas Driver's License or Texas Personal Identification Card or Election Identification Certificate Number issued by the Texas Department of Public Safety (NOT your Voter Registration VUID#)** (Número de Licencia de Conducir de Texas o Número de Tarjeta de Identificación Personal de Texas o Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas) (NO ES el número de su Registro Electoral VUID#) __ __ __ __ __ __ __ __ | OR (O) | **If you do not have a Texas Driver's License or Personal Identification Card or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number** (Si no tiene una Licencia de Conducir de Texas o una Tarjeta de Identificación Personal de Texas o Certificado de Identificación Electoral de Texas, proporcione los 4 últimos dígitos de su número de Seguro Social) XXX - XX - __ __ __ __ | OR (O) | ☐ **I have not been issued a Texas Driver's License or Texas Personal Identification Card or Texas Election Identification Certificate or a Social Security Number** (No se me ha expedido una Licencia de Conducir de Texas o Tarjeta de Identificación Personal de Texas o un Certificado de Identificación Electoral de Texas ni un número de Seguro Social.) |

CONTACT INFORMATION (INFORMACIÓN DE CONTACTO): Phone (Teléfono): ________ Email (Correo Electrónico): ________

SEAL ENVELOPE AND SIGN OVER SEALED FLAP
(SELLE EL SOBRE Y FIRME SOBRE LA SOLAPA SELLADA)

X ________
SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**Oath of Person Assisting Voter:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted." **Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugeriré, con palabra, señal, o gesto, como debe votar el votante; prepararé la boleta del votante según lo indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

**If you are an assistant, provide information below:** (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información):

**Did you receive compensation or other benefit from a candidate, campaign or political committee in exchange for providing assistance?** Circle one: Yes No
**¿Recibió compensación u otro beneficio de un candidato, campaña o comité político a cambio de brindar asistencia?** Marque con un Círculo: Sí No

Printed Name (Nombre en letra de molde) ________ Signature (Firma) ________

Relationship to Voter (Relación al votante) ________ Street Address (Domicilio residencial) ________

**Completed by Early Voting Clerk (Completado por el Secretario de Votación Adelantada):**

**Name of Election (Nombre de Elección):** ________

**Name of Voter (Nombre del votante):** ________

**Date of Election (Fecha de Elección):** ____ / ____ / ____

**Instructions to Witness:** You are serving as a witness for ________ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here ____.

(**Instrucciones al Testigo:** Usted está sirviendo como testigo para ________ (nombre del votante). Debe completar la sección a continuación si es testigo de la marca del votante, o si el votante no puede hacer una marca. Si el votante no puede hacer una marca, marque aquí ____.)

Signature (Firma) ________ Printed Name (Nombre en letra de molde) ________

Street Address (Domicilio residencial) ________

Print Reset

# EXHIBIT 17

Prescribed by the Secretary of State
Section 101.105, Texas Election Code
12/2021

## OFFICIAL ELECTION SIGNATURE SHEET FOR AN FPCA VOTER
### Voter Signature Sheet from Absentee Voter to Local Election Official

**Notice to Voter:** If you received your ballot via email, you must return your marked ballot with this signature sheet in order for your ballot to be counted.

**Instructions for Voter:** Please place the marked ballot into a ballot secrecy envelope. Please place the sealed ballot secrecy envelope and this signature sheet into a return envelope. Please address the return envelope to the Early Voting Clerk for your county of residence and affix postage, if necessary.

**TO:** Early Voting Clerk of _____ County, Texas

### FROM VOTER:

_____
Last Name                          First Name                          Middle Name                          Suffix, if any

_____
Mailing Address            City                  State                  Postal Code/APO/FPO            Unit/Apt., if any

_____
Email Address Used on FPCA Application                                          Telephone Number

**REQUIRED INFORMATION: YOU MUST PROVIDE ONE OF THE FOLLOWING NUMBERS AND IT MUST BE ASSOCIATED WITH YOUR VOTER REGISTRATION RECORD.**

| Texas Driver's License or Texas Personal Identification Card Number or Election Identification Certificate Number issued by the Texas Department of Public Safety (NOT your Voter Registration VUID#) | If you do not have a Texas Driver's License or Texas Personal Identification Number or Election Identification Certificate Number, give the last 4 digits of your Social Security Number | ☐ I have not been issued a Texas Driver's License or Texas Personal Identification Number or Election Identification Certificate Number or a Social Security Number |
|---|---|---|
| __ __ __ __ __ __ __ __ __ __ | XXX-XX- __ __ __ __ | |

**Instructions to Assistant (if applicable):** A voter may only be assisted with reading or marking the ballot if the voter has a physical disability that renders the voter unable to write or see, or has an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete every part of the section below, before assisting the voter.
**Oath of Person Assisting Voter:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to reading the ballot to the voter, directing the voter to read the ballot, marking the voter's ballot, or directing the voter to mark the ballot; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted."
**Assistant: YOU MUST INDICATE YES OR NO to the following statement: Did you receive compensation or other benefit from a candidate, campaign or political committee in exchange for providing assistance? Circle one: Yes  No**

X_____
Signature of Assistant          Printed Name of Assistant          Street Address, City, State, Zip          Relationship to Voter

**SIGN HERE:** Please sign below to indicate that you understand this statement:
**"I have received my ballot via email and am returning my marked ballot by mail. I understand that by mailing my voted ballot with this signature sheet, I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person."**

| X | Date: _____ / _____ / _____ |
|---|---|

**Instructions to Witness:** If you are serving as a witness for the voter, you must complete the section below if you witness the mark of the voter or if the voter cannot make a mark. If the voter cannot make a mark, check here _____.

X_____
Signature of Witness          Printed Name of Assistant          Street Address, City, State, Zip          Relationship to Voter

If you have any questions about how to use this form, please contact your County's Early Voting Clerk or the Office of the Secretary of State. We do not have a list of contact information for local elections; however, for a list of Early Voting Clerk's by County, see https://www.sos.state.tx.us/elections/voter/county.shtml
**Contact Information for Texas Secretary of State:**
Telephone: 1-800-252-8683 (VOTE)
Email: elections@sos.texas.gov

STATE040053

# HOJA OFICIAL DE FIRMA ELECTORAL PARA UN VOTANTE DE FPCA
## Hoja de Firma del Votante Ausente para el Funcionario Electoral Local

**Aviso al Votante:** Si ha recibido su boleta por correo electrónico, debe devolver su boleta marcada con esta hoja de firma para que su boleta sea contada.

**Instrucciones para el Votante:** Por favor, coloque la boleta marcada en un sobre de voto secreto. Coloque el sobre de voto secreto cerrado y esta hoja de firma en un sobre de devolución. Dirija el sobre de devolución al Secretario de Votación Adelantada de su condado de residencia y ponga el franqueo, se es necesario.

**Para:** Secretario de Votación Adelantada del Condado de _____, Texas

### DEL VOTANTE:

_____

**Apellido**            **Primer Nombre**        **Segundo Nombre**            **Sufijo, si lo hay**

_____

**Dirección Postal**      **Ciudad**      **Estado**      **Código Postal/APO/FPO**      **Núm. de Apto., si lo hay**

_____

**Dirección de Correo Electrónico Utilizada en la Solicitud de FPCA**          **Número de Teléfono**

**INFORMACIÓN REQUERIDA: DEBE PROPORCIONAR UNO DE LOS SIGUIENTES NÚMEROS Y DEBE ESTAR ASOCIADO CON SU REGISTRO DE VOTANTE**

| Licencia de Conducir de Texas o Número de Tarjeta de Identificación Personal de Texas o Número de Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas (NO ES el número de su Registro Electoral VUID#) <br><br> ___ ___ ___ ___ ___ ___ ___ ___ | Si no tiene una Licencia de Conducir de Texas o un Número de Tarjeta de Identificación Personal de Texas o un Número de Certificado de Identificación Electoral, proporcione los 4 últimos dígitos de su número de Seguro Social <br><br> XXX-XX- ___ ___ ___ ___ | ☐ No se me ha expedido una Licencia de Conducir de Texas o un Número de Tarjeta de Identificación Personal de Texas o un Número de Certificado de Identificación Electoral de Texas ni un número de Seguro Social |
|---|---|---|

**Instrucciones al Asistente (si es aplicable):** Un votante sólo puede recibir ayuda para leer o marcar la boleta si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el idioma en el cual la boleta está escrita. Si usted asiste al votante, debe leer el juramento y completar cada parte de la siguiente sección abajo, antes de asistir al votante.

**Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugeriré, con palabra, señal, o gesto, como debe votar el votante; limitaré mi asistencia a leer la boleta al votante, dirigiendo al votante a que lea la boleta, marcando la boleta del votante o dirigiendo al votante a que marque la boleta; prepararé la boleta del votante según lo indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

**Asistente: DEBE INDICAR SÍ O NO a la siguiente instrucción. ¿Recibió compensación u otro beneficio de un candidato, campaña o comité político a cambio de brindar asistencia? Marque con un Círculo:   Sí    No**

X_____

Firma del Asistente        Nombre del Asistente en Letra de Molde        Domicilio Residencial, Ciudad, Estado, Código Postal        Relación al Votante

**FIRME AQUÍ: Por favor, firme abajo para indicar que entiende esta declaración:**

"He recibido mi boleta por correo electrónico y estoy devolviendo mi boleta marcada por correo. Entiendo que al enviar mi boleta votada con esta hoja de firma, certifico que la boleta adjunta expresa mis deseos independientemente de cualquier dictado o persuasión indebida por parte de cualquier persona."

| X |
|---|

Fecha: _____ /_____ / _____

**Instrucciones al Testigo:** Si usted está sirviendo como testigo para el votante, debe completar la sección a continuación si es testigo de la marca del votante, o si el votante no puede hacer una marca. Si el votante no puede hacer una marca, marque aquí _____.

X_____

Firma del Testigo        Nombre del Testigo en Letra de Molde        Domicilio Residencial, Ciudad, Estado, Código Postal        Relación al Votante

Si tiene alguna pregunta sobre cómo utilizar este formulario, póngase en contacto con el Secretario de Votación Adelantada de su condado o con la Oficina del Secretario de Estado. No tenemos una lista de información para las elecciones locales; sin embargo, para obtener una lista de Secretarios de Votación Adelantada por condado, consulte https://www.sos.state.tx.us/elections/voter/county.shtml

**Información de Contacto de la Secretaría de Estado de Texas:**

Teléfono: 1-800-252-8683 (VOTE)

Correo Electrónico: elections@sos.texas.gov

STATE040054

# EXHIBIT 18

6-2
Prescribed by Secretary of State
Section 86.0015, 86.008(b), Texas Election Code
1/2022

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL

Your Application for a Ballot by Mail has been received and reviewed.  Please be advised that your application has been rejected by law for the following reason(s):

**The Early Voting Clerk has placed a checkmark next to the reason(s) that your Application for Ballot by Mail was Rejected**

_____ 1.  Your application was received earlier than the 60th day before an election to be held in January or February of the new voting year.

_____ 2.  Your application was not properly delivered to the Early Voting Clerk.

_____ 3.  Your application was received after the deadline to apply for a ballot by mail for the current election. (Check if appropriate):
_____ Your Annual Application for a Ballot by Mail will be considered valid for all other elections (for which you are eligible) held this year and for which the application was submitted before the deadline.

_____ 4.  Your application was received after the deadline for receiving an Application for a Ballot by Mail. The deadline for receiving the application was _____/_____/_____.
(Check if appropriate):                                    (Date)
_____ You have requested a ballot for the runoff election. If one is to be held, your application is valid for that election.

_____ 5.  You indicate you are voting by mail due to a disability, but the application that was submitted did not include the following affirmation: "I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without the likelihood of needing personal assistance or injuring my health." This affirmation is required by Texas Election Code Section 84.002(c).

_____ 6.  You indicate you are voting by mail due to expected absence from the county, but you did not provide an address outside the county. When voting by mail on the ground of expected absence from the county, your ballot must be mailed to an address outside the county.

_____ 7.  When voting by mail due to confinement in jail or due to involuntary civil commitment, the address to which your ballot is to be mailed must be that of the jail/civil commitment facility or a relative. Your application did not indicate either address.

_____ 8.  Your application was not signed or the application contained an electronic signature. Your application must contain a physical signature in ink.

_____ 9.  The witness who signed your application did not:
_____ (a)  indicate a relationship on your application;
_____ (b)  indicate that you were unable to make your mark in lieu of your signature; or
_____ (c)  provide his or her printed name or residence address.

_____ 10.  Your application did not indicate the reason you are eligible to vote by mail.

_____ 11.  You did not indicate a party preference. In order to vote in a primary election, you must indicate your party preference. (Check if appropriate):
_____ You have submitted an Annual Application for a Ballot by Mail. You will receive ballots for all other elections held this year other than the Primary or Primary Runoff Election. Please submit a new Application for a Ballot by Mail if you wish to vote by mail in the Primary or Primary Runoff election.

_____ 12.  Your application did not provide the residence address associated with your voter registration record.

_____ 13.  According to the records of the voter registrar, you are not currently registered to vote or, if you have applied, your registration will not be effective on or before Election Day.

_____ 14.  The Early Voting Clerk could not determine for which election you applied to vote by mail.

_____ 15.  Your application was initially submitted by fax or email, but an original hardcopy of the application was not received within four business days of the legally required deadline.

_____ 16.  Your application did not contain your Texas Driver's License Number, Texas Personal Identification Card Number, Texas Election Identification Certificate Number or the Last 4 digits of your Social Security Number or the number provided did not match your voter registration record.

_____ 17.  Other:_____ _____

If you wish to vote by mail, you must submit another application to the Early Voting Clerk. Your new Application for a Ballot by Mail must be received no later than* _____/_____/_____.

*If new application is faxed or emailed on or near the deadline to apply for a Ballot by Mail, the original hardcopy must be received by the Early Voting Clerk within four business days of the receipt of your fax or email and meet all legally required deadlines for receipt of the application.

If you have any questions regarding your application, please contact the Early Voting Clerk's Office at

_____                    _____
Phone Number                                                             Signature of Early Voting Clerk

STATE031641

Prescrito por el Secretario del Estado
Código Electoral de Texas Secciones 86.0015, 86.008(b)
12/2021

## NOTIFICACIÓN DE SOLICITUD DE BOLETA POSTAL RECHAZADA

Su Solicitud de Boleta Postal ha sido recibida y revisada. Le informamos de que su solicitud ha sido rechazada por la ley por la(s) siguiente(s) razón(es):

**El Secretario de Votación Adelantada ha puesto una marca de verificación junto a la(s) razón(es) por la(s) que su Solicitud de Boleta Postal fue Rechazada.**

_____1.    Su solicitud fue recibida antes del 60° día anterior de una elección que se celebrará en enero o febrero del nuevo año electoral.

_____2 .    Su solicitud no fue entregada de manera apropiada al Secretario de Votación Adelantada.

_____3.    Su solicitud fue recibida después de la fecha límite para solicitar una boleta por correo para la elección actual.
(Marque si corresponde):
_____ Su Solicitud Anual de Boleta Postal se considerará válida para todas las otras elecciones (para las que sea elegible) que se celebren este año y para las cuales la solicitud se haya presentado antes de la fecha límite.

_____4.    Su solicitud fue recibida después de la fecha límite para recibir una Solicitud de Boleta Postal.
La fecha límite para recibir la solicitud fue el _____ de _____, _____.
           (día)          (mes)          (año)
(Marque si corresponde):
_____Ha solicitado una boleta para la elección de desempate. Si se celebra una, su solicitud es válida para esa elección.

_____5.    Usted indicó que está votando por correo debido a una discapacidad, pero la solicitud que se presentó no incluía la siguiente afirmación: "Tengo una enfermedad o condición física que me impide aparecer en el lugar de votación en el Día de las Elecciones sin la posibilidad de necesitar asistencia o de afectar mi salud." Esta afirmación es requerida por la Sección 84.002(c) del Código Electoral de Texas.

_____6.    Usted indicó que está votando por correo debido a una ausencia prevista del condado, pero no proporcionó una dirección fuera del condado. Si vota por correo debido a una ausencia prevista del condado, su boleta debe enviarse por correo a una dirección fuera del condado.

_____7.    Cuando se vota por correo debido a un confinamiento en la cárcel o a un compromiso civil involuntario, la dirección a la que se debe enviar la boleta debe ser la de la cárcel /centro de compromiso civil o la de un familiar. Su solicitud no indicó ninguna de estas direcciones.

_____8.    Su solicitud no estaba firmada o la solicitud contenía una firma electrónica. Su solicitud debe contener una firma física en tinta.

_____9.    El testigo que firmó su solicitud no:
_____(a)  indicó una relación en su solicitud;
_____(b)  indicó que usted no podía hacer su marca en lugar de su firma; o
_____(c)  proporcionó su nombre en letra de molde o su dirección residencial.

_____10.    Su solicitud no indicó la razón por la que es elegible para votar por correo.

_____11.    Usted no indicó una preferencia de partido. Para votar en una elección primaria, debe indicar su preferencia de partido.
(Marque si corresponde):
_____ Ha presentado una Solicitud Anual de Boleta Postal. Recibirá boletas para todas las demás elecciones celebradas este año que no sean las elecciones primarias o las elecciones primarias de desempate. Por favor, envíe una Solicitud de Boleta Postal nueva si desea votar por correo en las elecciones primarias o en las elecciones primarias de desempate.

_____12.    Su solicitud no proporcionó la dirección residencial asociada con su registro de votante.

_____13.    De acuerdo con los registros del registrador de votantes, usted no está actualmente registrado para votar o, si ha solicitado, su inscripción no será efectiva el Día de las Elecciones o antes.

_____14.    El Secretario de Votación Adelantada no pudo determinar para qué elección solicitó votar por correo.

_____15.    Su solicitud se envió inicialmente enviada por fax o correo electrónico, pero no se recibió una copia impresa original de la solicitud dentro de los cuatro días hábiles posteriores a la fecha límite legalmente requerida.

_____16.    Su solicitud no contenía su Número de Licencia de Conducir de Texas, su Número de Tarjeta de Identificación Personal de Texas, su Número de Certificado de Identificación Electoral de Texas o los últimos 4 dígitos de su Número de Seguro Social, o el número proporcionado no coincidía con su registro de votante.

_____ 17.    Otro:_____

Si desea votar por correo, debe presentar otra solicitud al Secretario de Votación Adelantada. Su nueva Solicitud de Boleta Postal debe ser recibida a más tardar el *_____/_____/_____.

* Si la nueva solicitud es enviada por fax o por correo electrónico en o cerca de la fecha límite para solicitar una boleta por correo, la copia impresa original debe ser recibida por el Secretario de Votación Adelantada dentro de los cuatro días hábiles siguientes a la recepción de su fax o correo electrónico y cumplir con todos los plazos legalmente requeridos para la recepción de la solicitud.

Si tiene alguna pregunta con respecto a su solicitud, por favor comuníquese con la Oficina del Secretario de Votación Adelantada llamando al

_____                    _____
Número de Teléfono                                   Firma del Secretario de Votación Adelantada

STATE031642

# EXHIBIT 19

6-3
Prescribed by Secretary of State
Section 84.002, 86.001, 86.0015, 86.008(b), Texas Election Code
1/2022

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL
### Missing or Incorrect Personal Identification Number

Your Application for a Ballot by Mail has been received and reviewed, but is defective for the reason checked below. New Texas Law requires that a voter must give his or her Texas Driver's License number, Texas Personal Identification Card number, Election Identification Certificate number or the last 4 digits of his or her Social Security number on an Application for Ballot by Mail.  Required personal identification information is either missing from your application or the information provided does not match your voter registration record.  You must provide the required number in order to vote by mail.

**The Early Voting Clerk has placed a checkmark next to the reason that your Application for Ballot by Mail was Defective**

_____ 1.     Your application did not contain your Texas Driver's License Number, Texas Personal Identification Number, Texas Election Identification Certificate Number or the Last 4 digits of your Social Security Number.

_____ 2.     The Texas Driver's License Number, Texas Personal Identification Number, Election Identification Certificate Number or the Last 4 digits of your Social Security Number provided on your application did not match the number associated with your voter registration record as provided by your County's Voter Registrar.

### How to Correct the Defect on your Application for Ballot by Mail

You may correct the defect online through the Texas Secretary of State Ballot by Mail Tracker at www.votetexas.gov  When you log into the Ballot by Mail Tracker, you will have the opportunity to enter your personal identification number(s).  Once your personal identification number is validated by the Mail Ballot Tracker, the Application for a Ballot by Mail you previously submitted will be processed.

To utilize the Ballot by Mail Tracker, you must enter:
•     Your Texas Driver's License Number or Texas Personal Identification Number, AND
•     The last four digits of your social security number AND
•     Your residence address as listed in your voter registration record

If your rejection occurred on or before the 18th day before Election Day, a new Application for Ballot by Mail is included with this notice.  If you do not wish to submit a new Application, you can correct the defect by using the Ballot by Mail Tracker.

### If you do decide to submit a new application, please be aware of the following guidelines:

If you fax or email the Application for Ballot by Mail, you must physically send the original to the Early Voting Clerk so that it is received no later than the fourth business day after it was received by fax or email and it must meet all legally required deadlines.

If you have any questions or concerns about making a correction to your Application for Ballot by Mail for a missing or incorrect personal identification number, please contact the Early Voting Clerk's Office at:

_____                    _____
Phone Number                                                                  Signature of Early Voting Clerk

6-3
Prescribed by Secretary of State

STATE031643

Section 84.002, 86.001, 86.0015, 86.008(b), Texas Election Code
1/2022

## NOTIFICACIÓN DE SOLICITUD DE BOLETA POSTAL RECHAZADA
### Número de Identificación Personal Faltante o Incorrecto

Su Solicitud de Boleta Postal ha sido recibida y revisada, pero es defectuosa por la razón que se indica a continuación. La nueva ley de Texas exige que el votante dé su Número de Licencia de Conducir de Texas, el Número de su Tarjeta de Identificación Personal de Texas, el Número de su Certificado de Identificación Electoral o los últimos 4 dígitos de su Número de Seguro Social en la Solicitud de Boleta Postal. La información de identificación personal requerida falta en su solicitud o la información proporcionada no coincide con su registro de votante. Debe proporcionar el número requerido para poder votar por correo.

**El Secretario de Votación Adelantada ha puesto una marca de verificación junto a la razón por la que su Solicitud de Boleta Postal fue defectuosa**

_____ 1.   Su solicitud no contenía su Número de Licencia de Conducir de Texas, su Número de Tarjeta de Identificación Personal de Texas, su Número de Certificado de Identificación Electoral de Texas o los últimos 4 dígitos de su Número de Seguro Social.

_____ 2.   El Número de Licencia de Conducir de Texas, el Número de Tarjeta de Identificación Personal de Texas, el Número de Certificado de Identificación Electoral o los últimos 4 dígitos de su Número de Seguro Social proporcionados en su solicitud no coinciden con el número asociado con su registro de votante proporcionado por el Registrador de Votantes de su Condado.

## Como Corregir el Defecto en Su Solicitud de Boleta Postal

Puede corregir el defecto en línea a través del Rastreador de Boleta Postal del Secretario de Estado de Texas en www.votetexas.gov Cuando acceda al Rastreador de Boleta Postal, tendrá la oportunidad de introducir su(s) número(s) de identificación personal. Una vez que su número de identificación personal sea validado por el Rastreador de Boleta Postal, se procesará la Solicitud de Boleta Postal que usted presentó previamente.

Para utilizar el Rastreador de Boleta Postal, debe ingresar:
- Su Número de Licencia de Conducir de Texas o su Número de Tarjeta de Identificación Personal de Texas, Y
- Los últimos 4 dígitos de su Número de Seguro Social Y
- Su dirección de residencia tal y como figura en su registro de votante

Si su rechazo ocurrió en o antes de los 18 días antes del Día de las Elecciones, se incluye en esta notificación una nueva Solicitud de Boleta Postal. Si no desea presentar una nueva Solicitud, puede corregir el defecto utilizando el Rastreador de Boleta Postal.

## Si decide presentar una nueva solicitud, tenga en cuenta las siguientes directrices:

Si envía por fax o por correo electrónico su Solicitud de Boleta Postal, debe enviar físicamente el original al Secretario de Votación Adelantada para que sea recibido a más tardar el cuarto día hábil después de haber sido recibido por fax o correo electrónico y debe cumplir con todos los plazos legalmente requeridos.

Si tiene alguna pregunta o duda sobre cómo hacer una corrección en su Solicitud de Boleta Postal por un número de identificación personal faltante o incorrecto, póngase en contacto con la Oficina de Votación Adelantada al:


_____                    _____

Número de Teléfono                                 Firma del Secretario de Votación Adelantada


STATE031644

EXHIBIT 20

6-4
Prescribed by Secretary of State
Section 84.002, 86.001, 86.0015, 86.008(b), Texas Election Code
1/2022

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL
### Required Personal Identification Number is Not Associated with Your Voter Record

Your Application for a Ballot by Mail has been received and reviewed, but is defective for the reason stated below.  New Texas Law requires that a voter must give his or her Texas Driver's License number, Texas Personal Identification Card number, Texas Election Identification Certificate number or the last 4 digits of his or her Social Security number on an Application for Ballot by Mail.  The number provided must be a part of the voter's registration record in order for the voter to vote by mail.

_____    Your voter registration record does not have a Texas Driver's License Number, Texas Personal Identification Card Number, Election Identification Certificate Number or Last 4 digits of a Social Security Number associated with it.

**There are Two Ways to Add the Required Numbers to Your Voter Registration Record**

**Submit an Updated Voter Registration Application -** Enclosed is a Postage Paid Voter Registration Application.  Complete the application according to its instructions.  Adding both the Driver's License or Personal Identification Card number AND the last 4 digits of your Social Security number to your voter registration record is very helpful to the Early Voting Clerk and will make applying for a Ballot by Mail easier in future elections.

**OR**

**Update Your Information Online -** You may update your voter registration record online at www.Texas.gov

To access the voter registration portal via Texas.gov, you must have:

- Your Texas Driver's License or Texas Personal Identification Card
- The audit number located on your Texas Driver's License or Texas Personal Identification Card
- Your Social Security Number
- Your Voter Registration Number (VUID#).

If you do not have a personal identification number associated with your voter registration record, you must add it before you will be allowed to vote by mail.   Adding the missing numbers to your voter registration record takes effect immediately, but if you change your address it will take 30 days for the update to take effect from the day the voter registrar receives your new application.

If you have any questions or concerns about making an update to your voter registration record for a missing personal identification number, please contact the Early Voting Clerk's Office at:


_____          _____

Phone Number                                              Signature of Early Voting Clerk



STATE031645

6-4
Prescribed by Secretary of State
Section 84.002, 86.001, 86.0015, 86.008(b), Texas Election Code
1/2022

## NOTIFICACIÓN DE SOLICITUD DE BOLETA POSTAL RECHAZADA
### El Número de Identificación Personal Requerido No Está Asociado Con Su Registro de Votante

Su Solicitud de Boleta Postal ha sido recibida y revisada, pero es defectuosa por la razón que se indica a continuación.  La nueva ley de Texas exige que el votante dé su Número de Licencia de Conducir de Texas, el Número de su Tarjeta de Identificación Personal de Texas, el Número de su Certificado de Identificación Electoral de Texas o los últimos 4 dígitos de su Número de Seguro Social en la Solicitud de Boleta Postal.  El número proporcionado debe ser parte del registro del votante para que el votante pueda votar por correo.

_____       Su registro de votante no tiene un Número de Licencia de Conducir de Texas, un Número de Tarjeta de Identificación Personal de Texas, Certificado de Identificación Electoral de Texas o los últimos 4 dígitos de su Número de Seguro Social asociado con él.

### Hay Dos Maneras de Añadir los Números Requeridos a Su Registro de Registro de Votante

**Presentar una Solicitud de Registro de Votantes Actualizada -** Se adjunta una Solicitud de Registro de Votantes con franqueo pagado.  Complete la solicitud de acuerdo con sus instrucciones.  Añadir tanto el Número de la Licencia de Conducir o de la Tarjeta de Identificación Personal como los últimos 4 dígitos de su Número de Seguro Social a su registro de votante es muy útil para el Secretario de Votación Adelantada y facilitará la solicitud de una Boleta Postal en elecciones futuras.

**O**

**Actualice su Información en Línea –** Puede actualizar su registro de votantes en línea en www.Texas.gov

Para acceder al portal de registro de votantes a través de Texas.gov, debe tener:

- Su Licencia de Conducir de Texas o su Tarjeta de Identificación Personal de Texas
- El número de auditoría que se encuentra en su Licencia de Conducir de Texas o Tarjeta de Identificación Personal de Texas
- Su Número de Seguro Social
- Su Número de Registro de Votante (VUID#).

Si no tiene un número de identificación personal asociado con su registro de votante, debe añadirlo antes de que se le permita votar por correo.  La adición de los números que faltan a su registro de votante surte efecto inmediatamente, pero si cambia su dirección, la actualización tardará 30 días en surtir efecto a partir del día en que el registrador de votantes reciba su nueva solicitud.

Si tiene alguna pregunta o duda sobre cómo actualizar su registro de votante por un número de identificación personal faltante, póngase en contacto con la Oficina de Votación Adelantada al:


_____--          _____
Número de Teléfono                              Firma del Secretario de Votación Adelantada

STATE031646