# EXHIBIT 21



## DL-14A - TEXAS DRIVER LICENSE OR IDENTIFICATION CARD APPLICATION
### (ADULT - 17 YEARS 10 MONTHS OF AGE AND OLDER)
**NOTICE:** All information on this application must be in INK. **Applications held for 90 days only.**
**DPS CANNOT REFUND PAYMENT ONCE APPLICATION IS SUBMITTED.**

| FOR DEPARTMENT USE ONLY |
| --- |
| RESTRICTIONS/ENDORSEMENTS |
| ASSIGNED # _____ |

Application for: _____ Driver License   _____ Identification Card   Class (select one): __ A __ B __ C   Motorcycle: __ Y __ N

Select one: _____ Original   _____ Renewal   _____ Replacement   _____ Address or Name Change

### APPLICANT INFORMATION

Last Name:_____   First Name:_____   Middle Name: _____

Suffix:_____   Birth Surname *(Maiden)*:_____   SSN:_____

Date of Birth *(mm/dd/yyyy)*:_____   Sex *(select one)*: __ Male __ Female   Height: _____Ft. _____In.   Weight: _____Lbs.

Eye Color *(select one)*: ___ Blue ___ Brown ___ Gray ___ Hazel ___ Green ___ Black ___ Maroon ___ Pink

Hair Color *(select one)*: ___ Black ___ Red ___ Gray ___ Brown ___ Blonde ___ Bald ___ White

Race *(select one)*: ___ (AI) Alaskan or American Indian ___ (AP) Asian or Pacific Islander ___ (BK) Black ___ (W) White

Ethnicity *(select one)*: ___ (H) Hispanic Origin ___ (O) Not of Hispanic Origin ___ (U) Unknown

Place of birth: City:_____ State: _____ County:_____ Country:_____

Father's Last Name:_____   Mother's Maiden Name: _____

### CONTACT INFORMATION

Residence Address:_____

City:_____ State: _____ Zip Code:_____ County: _____

Mailing Address: _____

City:_____ State: _____ Zip Code:_____ County: _____

Home Phone:_____ Other Phone:_____ Email:_____

**In the event of injury or death would you like to provide up to two (2) emergency contacts? If yes, please list:**

a) Name _____ Phone Number _____ Address _____

b) Name _____ Phone Number _____ Address _____

**Alternate Address:** *(Authorized Personnel Only)*

Address: _____

City:_____ State: _____ Zip Code:_____ County: _____

### REQUIRED INFORMATION FROM ALL APPLICANTS

**YES NO**

1. __ __ Are you a citizen of the United States? If no, go to question 3.

2. __ __ If you are a U.S. citizen, would you like to register to vote? If registered, would you like to update your voter information?
   **I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both. *PLEASE READ ALL THREE STATEMENTS TO AFFIRM BEFORE SIGNING.***
   I am a resident of the county provided above, and a U.S. citizen; I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; And I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.
   *By providing my electronic signature, I understand the personal information on my application form and my electronic signature will be used for submitting my voter's registration application to the Texas Secretary of State's office. Wanting to register to vote, I authorize the Department of Public Safety to transfer this information to the Texas Secretary of State.*

3. __ __ Are you a veteran? If no, go to question 4.

   __ __ **a.)** Are you a 60% disabled Veteran receiving compensation and want to waive the application fee? (Proof of disability required)

   __ __ **b.)** Do you want a Veteran designator on your DL or ID, or

   __ __ **c.)** Are you 50% disabled or are you 40% and have had a lower extremity amputated and want a Disabled Veteran designator on your DL or ID? (Proof of honorable discharge required; some acceptable documents are DD214/215, NGB22, VA disability letter, Veteran Identification card, proof of service/verification of honorable service card. Proof of disability is required for Disabled Veteran designator)

   __ __ **d.)** If you want a Veteran or Disabled Veteran designator, do you want the branch of service shown on your DL or ID? If yes, select one:
   _____Army _____Air Force _____Coast Guard _____Marines _____Navy

4. __ __ Do you have a health condition that may impede communication with a peace officer? (Physician must complete form DL-101).

5. __ __ Would you like to register as an organ donor?

6. __ __ Do you want to donate $1.00 to the Blindness Education Screening and Treatment Program?

7. __ __ Do you want to support the Glenda Dawson Donate Life Texas donor registry? If yes, please indicate a donation amount of $1 or more $_____.00.

8. __ __ Do you want to support Texas Veterans? If yes, please indicate a donation amount of $1 or more $_____.00.

9. __ __ Do you want to support survivors of sexual assault? If yes, please indicate a donation amount of $1 or more $_____.00 to help fund the testing of sexual assault evidence collection kits (rape kits).

10. __ __ Do you want to support the issuance of a DL/ID for foster or homeless youth? If yes, please indicate a donation amount of $1 or more $_____.00 to exempt this population from paying any fees.

DL-14A (Rev. 6/2022)   **APPLICATION CONTINUED ON BACK**

**REQUIRED INFORMATION FROM DRIVER LICENSE APPLICANTS ONLY (FOR CONFIDENTIAL USE OF THE DEPARTMENT ONLY)**

### MEDICAL HISTORY QUESTIONS

YES NO

1. ___ ___ Do you currently have or have you ever been diagnosed with or treated for any medical condition that may affect your ability to safely operate a motor vehicle?

   **Examples, including but not limited to:** Diagnosis or treatment for heart trouble, stroke, hemorrhage or clots, high blood pressure, emphysema (within the past two years) • progressive eye disorder or injury (i.e., glaucoma, macular degeneration, etc.) • loss of normal use of hand, arm, foot or leg • blackouts, seizures, loss of consciousness or body control (within the past two years) • difficulty turning head from side to side • loss of muscular control • stiff joints or neck • inadequate hand/eye coordination • medical condition that affects your judgment • dizziness or balance problems • missing limbs

   Please explain and identify your medical condition: _____

2. ___ ___ Do you have a mental condition that may affect your ability to safely operate a motor vehicle? If yes, how? Please explain:

   _____

3. ___ ___ Have you ever had an epileptic seizure, convulsion, loss of consciousness, or other seizure?

4. ___ ___ Do you have diabetes requiring treatment by insulin?

5. ___ ___ Do you have any alcohol or drug dependencies that may affect your ability to safely operate a motor vehicle or have you had any episodes of alcohol or drug abuse within the past two years?

6. ___ ___ Within the past two years have you been treated for any other serious medical conditions? Please explain:

   _____

7. ___ ___ Have you **EVER** been referred to the Texas Medical Advisory Board for Driver Licensing?

**REQUIRED INFORMATION FROM FIRST TIME DRIVER LICENSE APPLICANTS ONLY**

### DRIVER HISTORY INFORMATION

YES NO

1. ___ ___ Have you ever had a driver license, identification card or instruction permit in Texas or any other state?

   List state(s): _____

   Number(s): _____ When? _____

2. ___ ___ Are you enrolled in or have you completed an approved driver education course?

3. ___ ___ Is your driver license or driver privilege **CURRENTLY** or **EVER** been suspended, revoked, cancelled, denied or disqualified in **ANY** state?

   State?_____ When?_____ Why? _____

### VEHICLE REGISTRATION AND INSURANCE INFORMATION

1. ___ ___ Do you own a motor vehicle that is required to be registered? (Texas Transportation Code section 502.040)

2. ___ ___ Do you own a motor vehicle that is required to have liability insurance OR other proof of financial responsibility in compliance with the Motor Vehicle Safety Responsibility Act? (Texas Transportation Code section 601.051)

NOTICE: The information on this application is required by the Texas Driver License Act, Texas Transportation Code Chapter 521. Failure to provide the information is cause for refusal to issue a driver license or identification card, and in some cases, cancellation or withdrawal of driving privileges. False information could also lead to criminal charges with penalties of a fine up to $4,000.00 and/or jail.

**SOCIAL SECURITY NUMBER COLLECTION DISCLOSURE**

Disclosure of your social security account number is mandatory for identification card and driver license applicants, but voluntary for election identification certificate applicants. This information is solicited pursuant to 42 U.S.C. section 405(c)(2)(C)(i), 42 U.S.C. section 666(a)(13)(A), 6 C.F.R. section 37.11(e), 49 C.F.R. section 383.153, Texas Family Code section 231.302(c)(1), and Texas Transportation Code sections 521.142 and 522.021. The Department will use social security number information for identification purposes and will only release the number as statutorily authorized by Texas Transportation Code section 521.044.

**UNITED STATES SELECTIVE SERVICE**

Any male at least 18 but younger than 26 years of age submitting this application consents to registration with the United States Selective Service System. Alternative options for those who object to conventional military service for religious or other conscientious reasons may be found at: https://www.sss.gov/About/Alternative-Service. By submitting this application, I am consenting to registration with the United States Selective Service System if my registration is required by federal law.

## DO NOT SIGN BELOW UNTIL INSTRUCTED TO DO SO BY NOTARY PUBLIC OR DRIVER LICENSE EMPLOYEE.

**CERTIFICATION**

I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct. I further certify my residence address is a *(select one):* ___ single family dwelling, ___ apartment, ___ motel, ___ temporary shelter. I agree to immediately report to the Texas Department of Public Safety any changes in my medical condition which may affect my ability to safely operate a motor vehicle. I further understand that I am required by law to report any change of name or address to the Department of Public Safety within thirty days.

**X** Signature of Applicant _____ Date _____

Sworn to and subscribed before me this _____ day of _____, _____

Notary Public in and for the State of Texas/Authorized Officer

# EXHIBIT 22

Prescribed by Secretary of State
Sections 63.0011, 87.0271, 87.0411
Texas Election Code
1/2022 (8-23)

## NOTICE OF CARRIER DEFECT
### Carrier Envelope Returned to the Voter by Mail

Your Carrier Envelope has been received and reviewed, but is defective for the reason(s) checked below.

Texas law allows a voter to correct certain defects on his or her Carrier Envelope after the marked ballot has been returned to the Early Voting Clerk. Your Carrier Envelope is enclosed with this notice so that you can make the necessary corrections. All defects listed below are able to be corrected. You must correct the defect and ensure that the Carrier Envelope is received by the Early Voting Clerk no later than 7:00 p.m. on Election Day.

**There is a checkmark next to the reason(s) that your Carrier Envelope was Defective**

_____  1.  The Carrier Envelope you returned to the Early Voting Clerk was not signed.

_____  2.  When the signature on your Application for Ballot by Mail was compared to the signature on your Carrier Envelope, it could not be immediately determined that the signatures were made by the same person.

_____  3.  A required Statement of Residence was not included in the Carrier Envelope you returned to the Early Voting Clerk.

_____  4.  Your Carrier Envelope did not contain your Texas Driver's License Number, Texas Personal Identification Number, Texas Election Identification Certificate Number or the Last 4 digits of your Social Security Number; OR

the number provided did not match the number associated with your voter registration record as provided by your County's Voter Registrar; OR

if you were not issued one of the documents with the required number, you did not indicate this fact on the Carrier Envelope.

_____  5.  The Carrier Envelope you returned to the Early Voting Clerk contained incomplete information with respect to a witness.

**How to Correct the Defect on Your Carrier Envelope that was Returned to You by Mail**

You must correct the defect directly on the Carrier Envelope or by using the Corrective Action Form located on the back of this notice. If you use the Corrective Action Form, the completed form and the Carrier Envelope must both be received the Early Voting Clerk no later than 7:00 p.m. on Election Day.

**Defect Correction Process by Number**

- **Defect #1 –** Sign the Carrier Envelope in the designated space and return it to the Early Voting Clerk using the envelope provided in this packet.
- **Defect #2 –** Complete and sign the Signature Box on the Corrective Action Form. There is already a signature on the Carrier Envelope.
- **Defect #3 –** Complete and sign the Statement of Residence portion of the Corrective Action Form.
- **Defect #4 –** You may correct Defect #4 online through the Texas Secretary of State Ballot by Mail Tracker at www.votetexas.gov or by providing your personal identification information in Box #4 of the Corrective Action Form or by providing your personal identification information on the Carrier Envelope. If you use the Corrective Action Form, you must complete and sign the Signature Box. You must mail back the Carrier Envelope so that it is received by the Early Voting Clerk no later than 7:00 p.m. on Election Day.
- **Defect #5 –** If you used a witness for your Carrier Envelope because you were not able to sign or make your mark and the witness information was missing or incomplete, please ask a witness to complete the witness portion of the Carrier Envelope or the Corrective Action Form. You may use a different person as a witness if the same person is not available. **NOTE:** If you no longer need a witness, you must be able to sign or make your mark on the Carrier Envelope or on the Corrective Action Form in the Signature Box.

**Correcting Defect #4 Using the Ballot by Mail Tracker**

When you log into the Ballot by Mail Tracker, you will have the opportunity to enter your personal identification number(s). Both your Texas Driver's License or Texas Personal Identification Card number AND your Social Security number must be associated with your voter registration record to use the Ballot by Mail Tracker. Once your personal identification number is validated by the Mail Ballot Tracker, **you must still return your Carrier Envelope by mail, common or contract carrier or hand delivery** so that it is received no later than 7:00 p.m. on Election Day. **NOTE:** You can only personally hand-deliver your own Carrier Envelope to the Early Voting Clerk's Office on Election Day between 7:00 a.m. and 7:00 p.m.

**To utilize the Ballot by Mail Tracker, you must enter:**

- Your Texas Driver's License Number or Texas Personal Identification Number, AND
- The last four digits of your Social Security number AND
- Your residence address as listed in your voter registration record

**Cancelling Your Ballot by Mail -** If you do not wish to correct the defect, you may still vote in person by cancelling your Ballot by Mail. You may appear at an Early Voting or Election Day polling place and surrender your Carrier Envelope with the official ballot inside. Upon the surrender of your Ballot by Mail, you are entitled to vote a regular ballot. If you do not surrender your Ballot by Mail, you will be given a Provisional Ballot.

If you have any questions or concerns about making a correction to your Carrier Envelope please contact the Early Voting Clerk's Office at:

_____        _____        _____
Phone Number of Early Voting Clerk        Signature of Reviewing Election Official        Printed Name of Election Official

STATE019845

Prescribed by Secretary of State
Sections 63.0011, 87.0271, 87.0411
Texas Election Code
1/2022

| | Authority Conducting Election (Autoridad Administrando la Elección) | | Date of Election (Fecha de la Elección) |
|---|---|---|---|
| | Title of Election (Título de la Elección) | | Printed Name of Early Voting Clerk's Representative Nombre de Representante del Secretario de Votación Adelantada |

## CORRECTIVE ACTION FORM FOR DEFECTIVE CARRIER ENVELOPE

| Name of Voter (Nombre del Votante) | Voter's VUID# (Número de registración del votante (VUID#)) |
|---|---|

### Early Voting Clerk:  Circle the number(s) to indicate the voter's Carrier Envelope Defect(s)

| 1. | Voter Did Not Sign the Carrier Envelope Certificate (El votante no firmó el Sobre de Envío) |
|---|---|
| 2. | Signature on Carrier Envelope Certificate Could Not Immediately be Determined to be That of the Voter (No se pudo determinar inmediatamente que la firma en el Certificado del Sobre de Envío es la del votante) |
| 3. | Required Statement of Residence Was Not Included with the Carrier Envelope (La Constancia de Domicilio Permanente requerida no se incluyó con el Sobre de Envío) |
| 4. | Missing or Incorrect Personal Identification Numbers or Social Security Number (Números de Identificación Personal o Número de Seguro Social faltantes o incorrectos) |

___ ___ ___ ___ ___ ___ ___ ___    or (o)    ___ ___ ___ ___

**Texas Driver's License or Texas Personal Identification Card**
(Licencia de Conducir de Texas o Tarjeta de Identificación Personal de Texas)

**Last 4 Digits of Social Security Number**
(Los 4 últimos dígitos de número de Seguro Social)

☐ I have not been issued a Texas Driver's License or Personal Identification Card or Social Security Number
   No se me ha emitido una Licencia de Conducir de Texas o Tarjeta de Identificación Personal de Texas o Número de Seguro Social.

| 5. | Incomplete Information with Respect to a Witness (Información incompleta con respecto a un testigo) |
|---|---|

**Signature of Witness** (Firma del testigo)                         **Printed Name of Witness** (Nombre en letra de molde del testigo)

**Street Address of Witness** (Domicilio residencial del testigo)

**Signature Box**

I, _____, on ___/___/_____ submit this form to correct the defect on my Carrier Envelope that was identified above.  By my signature below, I attest that all information that I have given is true and correct.
(Yo, _____, en el día ___/___/_____ presento este formulario para corregir el defecto en mi Sobre de Envío que se identificó anteriormente.  Con mi firma a continuación, doy fe de que toda la información que he dado es verdadera y correcta).

X _____
**Signature of Voter** (Firma del Votante)

### STATEMENT OF RESIDENCE (CONSTANCIA DE DOMICILIO PERMANENTE)
For persons whose residence address does not match the voter registration address on the list of registered voters
Para personas cuya dirección no coincide con la que aparece en la lista oficial de votantes inscritos

| Last Name Include suffix, if any Apellido Incluir sufijo, si lo hay (Jr., Sr., III) | First Name Nombre de Pila | Middle Name (if any) Segundo Nombre (si lo hay) | Former Name Apellido Anterior |
|---|---|---|---|

**Residence Address:  Street Address and Apartment Number, City State, and Zip.**
If none, describe where you live.  (Do not include P.O. Box, Rural Route, or Business Address)
Domicilio Residencial:  Número y calle, y número de apartamento, Ciudad, Estado, y Código Postal.
(Si no existe un domicilio, describe donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo)

**Gender** (Optional)
Sexo (Opcional)
☐ Male Masculino
☐ Female Femenino

| Mailing Address:  Address, City, State, and Zip (If mail cannot be delivered to your residence address) Dirección Postal: Número y calle, y número de apartamento, Ciudad, Estado, y Código Postal (Si no se puede entregar correo en su domicilio residencial) | Date of Birth: Month, Day, Year Fecha de Nacimiento: Mes, Día, Año ___ ___ / ___ ___ / ___ ___ ___ ___ |
|---|---|

| City and County of Former Residence in Texas Ciudad y Condado de residencia anterior en Texas | City and County of Current Residence in Texas Ciudad y Condado de residencia actual en Texas | Telephone Number (Optional) Include Area Code Teléfono (Opcional) – Incluya Código de Área |
|---|---|---|

| Texas Driver's License Number or Texas Personal Identification Card Number (Issued by the Department of Public Safety) Número de Licencia de Conducir de Texas o Número de Tarjeta de Identificación Personal de Texas (Expedido por el Departamento de Seguridad Pública) ___ ___ ___ ___ ___ ___ ___ ___ | If you do not have a Texas Driver's License or Personal Identification Card, give the last 4 digits of your Social Security Number. Si no tiene una Licencia de Conducir de Texas o número de Tarjeta de Identificación Personal, proporcione los 4 últimos dígitos de su número de Seguro Social. ___ ___ ___ ___ |
|---|---|

☐ I have not been issued a Texas Driver's License or Personal Identification Card or Social Security Number
   Yo no tengo una Licencia de Conducir de Texas o Tarjeta de Identificación Personal de Texas o número de Seguro Social.

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.  Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both.  Please read all three statements to affirm before signing.
Entiendo que el proporcionar falsa información para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales.  La condena por este delito puede resultar en encarcela miento de hasta un año de cárcel, una multa de hasta $4,000, o ambas cosas.  Por favor, lea cada una de las tres declaraciones antes de firmar.

- I am a resident of this County and a U.S. citizen; and
- I have not been finally convicted of a felony, or, if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

- Soy residente de este condado y ciudadano de los Estados Unidos; y
- No he sido finalmente condenado por un delito grave, o si soy delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, periodo de libertad condicional, o he sido indultado; y
- No he sido determinado por un fallo final de un corte que ejerce la jurisdicción testamentaria que estoy totalmente incapacitado mentalmente o parcialmente incapacitado mentalmente sin derecho a voto

X _____

Date: _____ / _____ / _____
(fecha:)

**Signature of Applicant or Agent and Relationship to Applicant or printed Name of Applicant if Signed by Witness and Date.**
Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra de molde del solicitante  si la firma es la de un testigo, y fecha.

STATE019846

# EXHIBIT 23

Prescribed by Secretary of State
Sections 63.0011, 87.0271, 87.0411, Texas Election Code
1/2022 (8-24)

## NOTICE OF CARRIER DEFECT
### Voter Notified of Carrier Envelope Defect by Phone or Email

Your Carrier Envelope has been received and reviewed, but is defective for the reason(s) checked below.

Texas law allows a voter to correct certain defects on his or her Carrier Envelope after the marked ballot has been returned to the Early Voting Clerk. Your Carrier Envelope is being held at the Early Voting Clerk's Office so that you can make the necessary corrections because there was not sufficient time to return your Carrier Envelope to you by mail. The defect(s) listed below are able to be corrected no later than the 6th day after Election Day by appearing in person at the Early Voting Clerk's Office.

**There is a checkmark next to the reason(s) that your Carrier Envelope was Defective**

_____ 1. The Carrier Envelope you returned to the Early Voting Clerk was not signed.

_____ 2. When the signature on your Application for Ballot by Mail was compared to the signature on your Carrier Envelope, it could not be immediately determined that the signatures were made by the same person.

_____ 3. A required Statement of Residence was not included in the Carrier Envelope you returned to the Early Voting Clerk.

_____ 4. Your Carrier Envelope did not contain your Texas Driver's License Number, Texas Personal Identification Number, Texas Election Identification Certificate Number or the Last 4 digits of your Social Security Number; OR

the number provided did not match the number associated with your voter registration record as provided by your County's Voter Registrar; OR

if you were not issued one of the documents with the required number, you did not indicate this fact on the Carrier Envelope

_____ 5. The Carrier Envelope you returned to the Early Voting Clerk contained incomplete information with respect to a witness.

**How to Correct a Defect on Your Carrier Envelope by Appearing in Person at the Early Voting Clerk's Office**

Defects number 1, 2, 3, and 5 can be corrected by completing the Corrective Action Form included with your notification of defect. You must deliver the completed Corrective Action Form in person to the Early Voting Clerk's Office.

**Defect Correction Process by Number**
- **Defect #1 –** Complete and sign the Signature Box on the Corrective Action Form.
- **Defect #2 –** Complete and sign the Signature Box on the Corrective Action Form.
- **Defect #3 –** Complete and sign the Statement of Residence portion of the Corrective Action Form.
- **Defect #4 –** You may correct Defect #4 online through the Texas Secretary of State Ballot by Mail Tracker at www.votetexas.gov or by providing your personal identification information in Box #4 of the Corrective Action Form. If you use the Corrective Action Form, you must complete and sign the Signature Box.
- **Defect #5 –** If you used a witness for your Carrier Envelope because you were not able to sign or make your mark and the witness information was missing or incomplete, please ask a witness to complete the witness portion of the Corrective Action Form. You may use a different person as a witness if the same person is not available.
  **NOTE:** If you no longer need a witness, you must be able to sign or make your mark on the Corrective Action Form in the Signature Box.

**Correcting Defect #4 Using the Ballot by Mail Tracker**

You may correct Defect #4 online through the Texas Secretary of State Ballot by Mail Tracker at www.votetexas.gov or by delivering the Corrective Action Form to the Early Voting Clerk's Office no later than the 6th day after Election Day. When you log into the Ballot by Mail Tracker, you will have the opportunity to enter your personal identification number(s). Both your Texas Driver's License or Texas Personal Identification Card number AND your Social Security number must be associated with your voter registration record to use the Ballot by Mail Tracker. Once your personal identification number is validated by the Ballot by Mail Tracker, the Carrier Envelope you previously submitted will be processed. Once your corrective action has been reviewed, the date of review and the status of your Carrier Envelope will be displayed on the Ballot by Mail Tracker. You do not have to appear in person at the Early Voting Clerk's Office if you make your correction online.

**To utilize the Ballot by Mail Tracker, you must enter:**
- Your Texas Driver's License Number or Texas Personal Identification Number, AND
- The last four digits of your social security number AND
- Your residence address as listed in your voter registration record

**Cancelling Your Ballot by Mail -** If you do not wish to correct the defect, you may still vote in person by cancelling your Ballot by Mail. If you cancel your Ballot by Mail in person at the Early Voting Clerk's Office, you will be given a Notice of Surrendered Ballot to take to the polls. This entitles you to vote a regular ballot. If you do not cancel at the Early Voting Clerk's Office, you will be able to vote a Provisional Ballot at the polling place. You may not vote in person after Election Day.

If you have any questions or concerns about making a correction to your Carrier Envelope please contact the Early Voting Clerk's Office at:

_____     _____     _____
Phone Number of Early Voting Clerk          Signature of Reviewing Election Official     Printed Name of Election Official

_____
Address of the Early Voting Clerk's Office

STATE019847

Prescribed by Secretary of State
Sections 63.0011, 87.0271, 87.0411
Texas Election Code
1/2022

| **Authority Conducting Election** (Autoridad que está Administrando la Elección) | |
| Title of Election (Título de la Elección) | **Printed Name of Early Voting Clerk's Representative** Nombre de Representante de Secretario de Votación Adelantada |

## CORRECTIVE ACTION FORM FOR DEFECTIVE CARRIER ENVELOPE

| **Name of Voter** (Nombre del Votante) | **Voter's VUID#** (Número de registración del votante (VUID#)) |

### Early Voting Clerk: Circle the number(s) to indicate the voter's Carrier Envelope Defect(s)

| 1. | **Voter Did Not Sign the Carrier Envelope Certificate** (El votante no firmó el Sobre de Envío) |
| 2. | **Signature on Carrier Envelope Certificate Could Not Immediately be Determined to be That of the Voter** (No se pudo determinar inmediatamente que la firma en el Certificado del Sobre de Envío es la del votante) |
| 3. | **Required Statement of Residence Was Not Included with the Carrier Envelope** (La Constancia de Domicilio Permanente requerida no se incluyó con el Sobre de Envío) |
| 4. | **Missing or Incorrect Personal Identification Numbers or Social Security Number** (Números de Identificación Personal o Número de Seguro Social faltantes o incorrectos) |

```
____ ____ ____ ____ ____ ____ ____ ____        or (o)        ____ ____ ____ ____
Texas Driver's License or Texas Personal Identification Card              Last 4 Digits of Social Security Number
(Licencia de Conducir de Texas o Tarjeta de Identificación Personal de Texas)   (Los 4 últimos dígitos de número de Seguro Social)
```

☐ **I have not been issued a Texas Driver's License or Personal Identification Card or Social Security Number**
No se me ha emitido una Licencia de Conducir de Texas o Tarjeta de Identificación Personal de Texas o Número de Seguro Social.

| 5. | **Incomplete Information with Respect to a Witness** (Información incompleta con respecto a un testigo) |

```
_____              _____
Signature of Witness (Firma del testigo)            Printed Name of Witness (Nombre en letra de molde del testigo)

_____
Street Address of Witness (Domicilio residencial del testigo)
```

**Signature Box**

I, _____, on ___/___/_____ submit this form to correct the defect on my Carrier Envelope that was identified above. By my signature below, I attest that all information that I have given is true and correct. (Yo, _____, en el día ___/___/_____ presento este formulario para corregir el defecto en mi Sobre de Envío que se identificó anteriormente. Con mi firma a continuación, doy fe de que toda la información que he dado es verdadera y correcta).

X_____
**Signature of Voter** (Firma del Votante)

### STATEMENT OF RESIDENCE (CONSTANCIA DE DOMICILIO PERMANENTE)

For persons whose residence address does not match the voter registration address on the list of registered voters
Para personas cuya dirección no coincide con la que aparece en la lista oficial de votantes inscritos

| **Last Name** Include suffix, if any **Apellido** Incluir sufijo, si lo hay (Jr., Sr., III) | **First Name** **Nombre de Pila** | **Middle Name** (if any) **Segundo Nombre** (si lo hay) | **Former Name** **Apellido Anterior** |

**Residence Address: Street Address and Apartment Number, City State, and Zip.**
If none, describe where you live. (Do not include P.O. Box, Rural Route, or Business Address)
*Domicilio Residencial: Número y calle, y número de apartamento, Ciudad, Estado, y Código Postal.*
(Si no existe un domicilio, describe donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo)

**Gender** (Optional)
*Sexo* (Opcional)
☐ **Male** Masculino
☐ **Female** Femenino

**Mailing Address: Address, City, State, and Zip** (If mail cannot be delivered to your residence address) *Dirección Postal: Número y calle, y número de apartamento, Ciudad, Estado, y Código Postal* (Si no se puede entregar correo en su domicilio residencial)

**Date of Birth: Month, Day, Year**
*Fecha de Nacimiento: Mes, Día, Año*
___ / ___ / _____

| **City and County of Former Residence in Texas** Ciudad y Condado de residencia anterior en Texas | **City and County of Current Residence in Texas** Ciudad y Condado de residencia actual en Texas | **Telephone Number** (Optional) Include Area Code **Teléfono** (Opcional) – Incluya Código de Área |

**Texas Driver's License Number or Texas Personal Identification Card Number** (Issued by the Department of Public Safety)
*Número de Licencia de Conducir de Texas o Número de Tarjeta de Identificación Personal de Texas (Expedido por el Departamento de Seguridad Pública)*

**If you do not have a Texas Driver's License or Personal Identification Card, give the last 4 digits of your Social Security Number.** *Si no tiene una Licencia de Conducir de Texas o Tarjeta de Identificación Personal, proporcione los 4 últimos dígitos de su número de Seguro Social.*

```
____ ____ ____ ____ ____ ____ ____ ____
```

☐ **I have not been issued a Texas Driver's License or Personal Identification Card or Social Security Number**
*Yo no tengo una Licencia de Conducir de Texas o Tarjeta de Identificación Personal o número de Seguro Social.*

**I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.** Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both. Please read all three statements to affirm before signing. *Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. La condena por este delito puede resultar en encarcela miento de hasta un año de cárcel, una multa de hasta $4,000, o ambas cosas. Por favor, lea cada una de las tres declaraciones antes de firmar.*

- **I am a resident of this County and a U.S. citizen; and**
- **I have not been finally convicted of a felony, or, if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and**
- **I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.**
- *Soy residente de este condado y ciudadano de los Estados Unidos; y*
- *No he sido finalmente condenado por un delito grave, o si soy un delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, periodo de libertad condicional, o he sido indultado; y*
- *No he sido determinado por un fallo final de un corte que ejerce la jurisdicción testamentaria que estoy totalmente incapacitado mentalmente o parcialmente incapacitado mentalmente sin derecho a voto*

X_____              Date: _____ / _____ / _____
                                                        *(fecha:)*

**Signature of Applicant or Agent and Relationship to Applicant or printed Name of Applicant if Signed by Witness and Date.**
*Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra de molde del solicitante si la firma es la de un testigo, y fecha.*

STATE019848

# EXHIBIT 24

# Forms, Forms and More Forms

- Presentation by Alexa Buxkemper
- Election Security Trainer
- Secretary of State's Office for 2 Years
- Former Poll Worker in Travis County – 22 years
- Travis County Election Office Staff – 13 Years
- C.E.R.A. Certification 2009



STATE0

# Importance of Forms

## Election forms are used to:

Accomplish processes – cancelling a Ballot by Mail

Record chain of custody – document seal numbers, transfer of ballots

Execute affidavits – voter swears, election officials swear

Apply for ballots by mail, voter registration, make updates to voter registration, limited ballots

Vote provisionally

# Importance of Forms

- Most importantly, forms help apply the law…

- They show what transpired in the election after it has ended

  - Especially Chain of Custody forms

    - How many ballots were sent to a voting site
    - Who delivered the equipment
    - Were the seals intact when the equipment was unsealed for voting

  - Provide information for a recount, election contest

  - Officially appoint Poll Watchers, election workers, Representatives for Recounts

  - Candidate Applications

  - Notices and Orders of Election



STATE00...



# Texas Secretary of State

## Many Law Changes - 87th Legislative Sessions

Changes that resulted from the 87th Regular Session



Changes that resulted from the 87th 2nd and 3rd Special Sessions



STATE0...

# Order and Notice of Election

- Took effect on September 1, 2021 – HB 3107

- An election notice must include the Internet website of the authority conducting the election. (4.004)

- The election order and election notice must state the early voting clerk's mailing address, street address at which the clerk can receive mail, phone number, e-mail address that can receive correspondence from the public, and website. (83.010)

- The election order and election notice must designate which location is the main early voting location. (85.004)

STATE00



# Order and Notice of Election

Early voting by personal appearance will be conducted each weekday at:
*(La votación adelantada en persona se llevará a cabo de lunes a viernes en:)*

The Main Early Voting Location *(sitio principal de votación adelantada)*

| Location *(sitio)* | Hours *(horas)* |
|---|---|
|  |  |

Name of Early Voting Clerk
*(Nombre del Secretario/a de la Votación Adelantada)*

_____

Address *(Dirección)*

_____

City *(Ciudad)*          Zip Code *(Código Postal)*

Telephone Number *(Número de teléfono)*

Email Address *(Dirección de Correo Electrónico)*

Early Voting Clerk's Website *(Sitio web del Secretario/a de Votación Adelantada)*



STATE0

# Candidate Applications

- Took effect on September 1, 2021 – HB 4555

- A candidate must provide an indication on the application that he or she has not been finally convicted of a felony or, if convicted, has been pardoned or otherwise released from the resulting disabilities.

- Proof of pardon or release must be submitted at the time the application is filed.

- Advisory 2021-09 Page 6

- The new application form includes a statement informing candidates of the requirement to submit this information.

- The new application form was modified to include a statement informing candidates that knowingly providing false information on a candidate application related to a final felony conviction status is a Class B Misdemeanor.

STATE0_____

# Texas Secretary of State

# Candidate Applications

| FELONY CONVICTION STATUS (You MUST check one) | LENGTH OF CONTINUOUS RESIDENCE AS OF DATE THIS APPLICATION WAS SWORN | |
|---|---|---|
| | IN THE STATE OF TEXAS | IN TERRITORY/DISTRICT/PRECINCT FROM WHICH THE OFFICE SOUGHT IS ELECTED |
| ☐ I have not been finally convicted of a felony. | _____ year(s) | _____ year(s) |
| ☐ I have been finally convicted of a felony, but I have been pardoned or otherwise released from the resulting disabilities of that felony conviction and I have provided proof of this fact with the submission of this application.[3] | _____ month(s) | _____ month(s) |

*If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan or contain a title, nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election. Please review sections 52.031, 52.032 and 52.033 of the Texas Election Code regarding the rules for how names may be listed on the official ballot.

Before me, the undersigned authority, on this day personally appeared (name of candidate)_____, who being by me here and now duly sworn, upon oath says:

"I, (name of candidate) _____, of _____ County, Texas, being a candidate for the office of _____, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code. I am aware that I must disclose any prior felony conviction, and if so convicted, must provide proof that I have been pardoned or otherwise released from the resulting disabilities of any such final felony conviction. I am aware that knowingly providing false information on the application regarding my possible felony conviction status constitutes a Class B misdemeanor. I further swear that the foregoing statements included in my application are in all things true and correct."

X _____

**SIGNATURE OF CANDIDATE**



STATE00...

# Proof of Release

- Proof of release from the resulting disabilities of a felony conviction would include proof of judicial clemency under Texas Code of Criminal Procedure 42A.701, proof of executive pardon under Texas Code of Criminal Procedure 48.01, or proof of a restoration of rights under Texas Code of Criminal Procedure 48.05.  (Texas Attorney General Opinion KP-0251)

- **<u>One of the following documents must be submitted with this application:</u>**

- Judicial Clemency under Texas Code of Criminal Procedure 42A.701

- Executive Pardon under Texas Code of Criminal Procedure 48.01

- Restoration of Rights under Texas Code of Criminal Procedure 48.05

STATE0...

# Certificate of Withdrawal of Candidacy

**CERTIFICATE OF WITHDRAWAL OF CANDIDACY**
*CERTIFICADO DE RETIRO DE CANDIDATURA*

This section to be completed by withdrawing candidate
*(Esta sección ser completará a el/la candidato/a que retira su candidatura)*

| | |
|---|---|
| Name of Candidate *(Nombre del candidato)* | |
| Name of Office *(Nombre de la oficina)* | |
| Place Number, if applicable *(Número de lugar, si aplicable)* | |
| Name of Election *(Nombre de elección)* | |
| Name of Political Subdivision *(Nombre de subdivisión política)* | |
| Party Name if Applicable *(Nombre del partido político, si aplicable)* | |
| Date of Election *(Fecha de elección)* | |

I, hereby withdraw my candidacy from the office and election stated above.
*(Por la presente, retiro mi candidatura para el cargo y la elección indicada anteriormente.)*

_____
Signature of Candidate
*(Firma del/de la Candidato/a)*

This section to be completed by a person authorized to administer oaths
*(Esta sección ser completará a persona autorizado para administrar juramentos)*

| | |
|---|---|
| The State of *(El Estado de)* | |
| County of *(Condado de)* | |

This instrument was acknowledged before me on ____/____/____ by
*(El presente instrumento fue reconocido ante mí el    (date)(fecha)    por)*

_____
Withdrawing Candidate's Printed Name
*(Nombre en letra de molde de la persona que retira su candidatura)*

_____
(Notarial or Authorized Seal)
*(Notarial o sello autorizado)*

_____
Signature of Authorized Person
*(Firma de persona autorizada)*

_____
Title of Authorized Person
*(Título de persona autorizada)*

My commission expires: ____/____/____
*(Mi cargo se vence el)*

STATE000000



# Poll Watcher Materials

- Takes effect on December 2, 2021 – SB 1
- Certificates of Appointment of a Poll Watcher
  - Polling Locations
  - Central Counting Station
  - Early Voting Ballot Board
  - Signature Verification Committee
  - Preparation of Voting Materials at the Authority Conducting the Election
- Poll Watcher Guide
- Did not affect the appointment of Representatives (Watchers) for a recount

STATE0

# Certificates of Appointment now contain…

- New Poll Watcher Oath
  - The Deputy Early Voting Clerk or Presiding Judge must administer the Oath of Poll Watcher before the Poll Watcher begins service
  - The Poll Watcher must repeat the oath aloud
- Acknowledgement that a Poll Watcher must present a physical copy of a Certificate of Completion of the Secretary of State's Poll Watcher Training before being accepted for service
- By signing the Certificate of Appointment, the Poll Watcher acknowledges the Oath of Poll Watcher, Affidavit of Poll Watcher and the Training Requirement
- A new space for the printed name of the election officer



STATE000000



# Certificates of Appointment

## OATH OF A POLL WATCHER

The following oath must be repeated aloud by the poll watcher before being accepted for service.

"I swear (or affirm) that I will not disrupt the voting process or harass voters in the discharge of my duties"

## AFFIDAVIT OF POLL WATCHER

I, _____, a poll watcher for the above appointing authority, do hereby
    (printed name of watcher)

swear or affirm that I do not have, in my possession, any type of mechanical or electronic means of recording images or sound while serving as a watcher or I will disable or deactivate the device while serving as a watcher.

## TRAINING REQUIREMENT

I understand that I must present a physical copy of the Certificate of Completion of the Secretary of State Poll Watcher Training before being accepted for service. [Sec. 33.051(a), Texas Election Code]

_____
Signature of Poll Watcher

Sworn to and subscribed before me this _____ day of _____, 20_____.

_____                    _____
Signature of Election Judge                              Printed Name of Election Judge



STATE00...

# Poll Watcher Guide

- Poll Watcher Guide
  - New Poll Watcher Requirements for Training
  - New Poll Watcher Oath
  - Poll Watchers are now allowed at a meeting of the Signature Verification Committee (33.054) – Took effect September 1, 2021 HB3107
  - Other changes to election procedures within the Poll Watcher Guide
  - Removal of old provisions no longer in effect
  - This did not effect the law regarding appointment of Representatives (Poll Watchers) for a Recount

STATE000890

# One Page Poll Watcher Quick Guides

Coming Soon….

Each quick guide will address the particulars of what a Poll Watcher can and can't do while on duty in each of the following scenarios:

- Early Voting Polling Places
- Election Day Polling Places
- Signature Verification Committee
- Early Voting Ballot Board
- Central Counting Station



STATE00397

# Texas Secretary of State

## New Oath of Assistance Language

under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance

reading the ballot to the voter, directing the voter to read the ballot, marking the voter's ballot, or directing the voter to mark the ballot;

I did not pressure or coerce the voter into choosing me to provide assistance;

I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted."



# Texas Secretary of State

# Statement of Residence



**Instructions for Voting by Mail on Back**
(Al Dorso: Instrucciones si vota por correo)

17-5 (12/21)
Prescribed by
Secretary of State

## STATEMENT OF RESIDENCE
For persons whose residence address does not match voter registration address.

### CONSTANCIA DE DOMICILIO PERMANENTE
Para personas cuya dirección no coincide con la que aparece en la lista oficial de votantes inscritos.

| Last Name include suffix if any Apellido incluir sufijo a lo hay (Jr., Sr., III) | First Name Nombre de pila | Middle Name (if any) Segundo nombre (si aplica) | Former Name Apellido anterior |
|---|---|---|---|

**Residence Address:** Street Address and Apartment Number, City, State, and Zip. If none, describe where you live. (Do not include P.O. Box, Rural Route, or Business Address) Domicilio residencial: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo)

**Gender (Optional)** Sexo (Optativo)
☐ Male Masculino
☐ Female Femenino

**Mailing Address:** Address, City, State, and Zip: If mail cannot be delivered to your residence address. Dirección postal: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal (si no se puede entregar correo en su domicilio residencial).

**Date of Birth:** month, day, year Fecha de Nacimiento: mes, día, año
☐☐ / ☐☐ / ☐☐☐☐

| City and County of Former Residence in Texas Ciudad y condado de residencia anterior en Texas | City and County of Current Residence in Texas Ciudad y condado de residencia actual en Texas | Telephone Number (Optional) Include Area Code Teléfono (Optativo) – incluya código de área |
|---|---|---|

**Texas Driver's License No. or Texas Personal I.D. No.** (Issued by the Department of Public Safety) No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública)
☐☐☐☐☐☐☐☐

**If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number.** Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social.

☐ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number. Yo no tengo una Licencia de conducir de Texas/Cédula de identidad personal de Texas o Número de Seguro Social.

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both. Please read all three statements to affirm before signing. Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. La condena por este delito puede resultar en encarcelamiento de hasta un año de cárcel, una multa de hasta $4,000, o ambas cosas. Por favor lea cada una de las tres declaraciones antes de firmar.

- I am a resident of this county and a U.S. citizen; and
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

- soy residente de este condado y ciudadano de los Estados Unidos; y
- no he sido finalmente condenado por un delito grave, o si soy un delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de libertad condicional, o he sido indultado; y
- no he sido determinado por un fallo final de un tribunal que ejerce la jurisdicción testamentaria que estoy totalmente incapacitado mentalmente o parcialmente incapacitado mentalmente sin derecho a voto

**X** _____          Date ___ / ___ / ___

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.
Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

STATE00...

# Statement of Residence

| City and County of Former Residence in Texas<br>Ciudad y condado de residencia anterior en Texas | City and County of Current Residence in Texas<br>Ciudad y condado de residencia actual en Texas | Telephone Number (Optional) Include Area Code<br>Teléfono (Optativo) – Incluya código de área |
|---|---|---|

- The new Statement of Residence has a box on the form for the voter to declare his or her current county of residence.
- The former county of residence box still exists on the form



STATE00000

# Statement of Residence

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both.  Please read all three statements to affirm before signing. Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. La condena por este delito puede resultar en encarcelamiento de hasta un año de cárcel, una multa de hasta $4,000, o ambas cosas.  Por favor lea cada una de las tres declaraciones antes de firmar.

- I am a resident of this county and a U.S. citizen; and
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

- soy residente de este condado y ciudadano de los Estados Unidos; y
- no he sido finalmente condenado por un delito grave, o si soy un delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de libertad condicional, o he sido indultado; y
- no he sido determinado por un fallo final de un tribunal que ejerce la jurisdicción testamentaria que estoy totalmente incapacitado mentalmente o parcialmente incapacitado mentalmente sin derecho a voto

**X** _____ **Date** ___ / ___ / ___

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

- New language under the attestation section



STATE0...

# Changes to Ballot by Mail Forms

- New Application for Ballot by Mail
- New Carrier Envelope – ABBM and FPCA
- Carrier Insert – ABBM and FPCA
- Dear Voter Letter
- Notice of Improper Delivery
- Hand Delivery of a Ballot by Mail
- Notice of Rejected ABBM
- Notice of Rejected Ballot
- Request to Cancel a Ballot by Mail – Was split into 2 forms last year
  - Request to Cancel Ballot by Mail for use in the Polling Place
  - Request to Cancel Ballot by Mail for use in the Early Voting Clerk's Office
- Corrective Action Forms – Advisory on the Corrective Action Process is forthcoming

# Texas Secretary of State

# New Application for Ballot by Mail



# New Application for Ballot by Mail

- The instructions are visible to the voter when filling out the form by folding the ABBM in half and looking at the instructions while completing the application.

- The SOS has purchased new automatic mailing equipment for faster mailing of ABBMs when voters request them.

  - Remember, a voter must request an ABBM before it is allowed by law to be mailed

- The standard size of 8.5 x 11 allows us to utilize the new equipment.

- When the form is folded for mailing, it fits standard postal regulations

STATE00.000

# New Application for Ballot by Mail

**3. Reason For Voting by Mail:**

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instructions on reverse) By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without a likelihood of needing personal assistance or of injuring my health."

☐ Expected to give birth within three weeks before or after Election Day

☐ Expected Absence from the County (You may apply for a ballot for one election and its resulting runoff, if your dates of absence from the county include both elections)

Date you can begin to receive mail at your out of county address: _____/_____/_____   Date of return to residence address: _____/_____/_____

☐ Confined in Jail or Involuntary Civil Commitment (You may only apply for a ballot for one election and any resulting runoff)

- New Disability Affirmation
  - An application for a ballot to be voted by mail on the ground of disability must require the applicant to affirmatively indicate that the applicant agrees with the statement, "I have a sickness or physical condition that prevents me from appearing at the polling place on election day without a likelihood of needing personal assistance or injuring my health," as prescribed by Section 82.002(a).
  - If a voter applies on the ground of Disability, the affirmation must be made.
  - We tried to make this easy…When the voter checks the box, that action is the affirmation

STATEO_.ORG

# New Application for Ballot by Mail

**3. Reason For Voting by Mail:**

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instructions on reverse) By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without a likelihood of needing personal assistance or of injuring my health."

☐ Expected to give birth within three weeks before or after Election Day

☐ Expected Absence from the County (You may apply for a ballot for one election and its resulting runoff, if your dates of absence from the county include both elections)

Date you can begin to receive mail at your out of county address: _____ / _____ / _____    Date of return to residence address: _____ / _____ / _____

☐ Confined in Jail or Involuntary Civil Commitment (You may only apply for a ballot for one election and any resulting runoff)

- Added the ground of Expectation to Give Birth within 3 weeks before or after Election Day

- Addition of the ground for Involuntary Civil Commitment according to Chapter 841 of the Health and Safety Code
  - Added to Confined in Jail ground

STATE0...

# Texas Secretary of State

# Application for Ballot by Mail (ABBM)

**1. Voter Information:** Please print all information clearly and legibly

Name: _____
Last,                          First,                          Middle                    Suffix (Jr., Sr.)
Residence Address as shown on your Voter Registration Certificate

Address: _____
Street              Apt. # (if any)      City                          State            Zip Code
**Optional Information:** Providing this information is helpful to the Early Voting Clerk, but not required.

Date of Birth: _____ / _____ / _____    VUID #: _____    Pct #: _____
Email: _____    Tel. #: _____

**YOU MUST PROVIDE ONE of the following numbers**

Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#)

___ ___ ___ ___ ___ ___ ___ ___

If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number

X X X - X X - ___ ___ ___ ___

☐ I have not been issued a Texas Driver's License/Texas Personal Identification Number/Texas Election Identification Certificate or Social Security Number

- New spaces for Required Identification Numbers
  - Texas Driver's License Number, Texas Personal Identification Number,
  - Election Identification Certificate Number (Not VUID#) OR
  - Social Security Number OR
  - A space to indicate that the applicant was not issued one of the above numbers

- OLD APPLICATIONS SHOULD BE RECYCLED – DO NOT USE!!!

FOR ELECTIONS ORDERED ON OR AFTER DECEMBER 2ND



STATE00000

# Notice of Rejected Ballot by Mail (ABBM)

- This notice will be finalized soon

- If an old application is received, it should be rejected and a new application sent to the voter

- Send the Notice of Rejected Application for Ballot by Mail with a new ABBM

- The Notice of Rejected ABBM is also new and now contains some new reasons for rejection
  - Voter did not provide DL, PID, EIC or SSN
  - DL, PID, EIC or SSN number provided did not match voter's registration record
  - Voter's registration record did not have a DL, PID, EIC or SSN associated with it
  - Civil Commitment language added
  - Application did not provide voter's residence address
  - Signature was not made with a pen and ink

STATE00...

# New Carrier Envelope

- New Space for the DL, PID, EIC or SSN or box that says voter wasn't issued one of the required numbers

- Space had to be hidden from view when the envelope is sealed [86.002(g)]

- Voter may use expired form of identification if it is otherwise valid [86.002(h)]

- No record associating an individual voter with a ballot may be created [86.002(i)]



STATE000893



# New Carrier Envelope - Front

**WARNING:** (1) Knowingly possessing another person's ballot or carrier envelope may be a crime unless you provide your signature, printed name and address (2) A person commits an offense if the person compensates another person or receives compensation for depositing a carrier envelope in the mail as part of a scheme in which the person is compensated based on the number of carrier envelopes deposited. For additional information on offenses related to carrier envelopes, please see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot.

**ADVERTENCIA:** (1) El acto de poseer conscientemente la boleta o el sobre de envío de otra persona puede ser un delito a menos de que usted proporcione su firma, nombre en letra de molde, y su dirección. (2) Una persona comete un delito si recompensa o recibe compensación a cambio de depositar el sobre de envío en el correo como parte de un plan en el cual la persona es recompensada en base al número de sobres de envío depositados. Para obtener información adicional sobre los delitos relacionados con los sobres de envío, por favor vea la "Información Sobre La Devolución Del Sobre de Envío," incluido con los materiales enviados a usted con su

6-15
Prescribed by Secretary of State
Section 86.013, Texas Election Code
12/2021

Place Stamp Here



**CARRIER ENVELOPE FOR EARLY VOTING BALLOT**
*(SOBRE DE ENVÍO PARA LA BOLETA DE VOTACIÓN ADELANTADA)*

(Early Voting Clerk
should preprint return address or affix address label)



STATE0...


# Texas Secretary of State

# New Carrier Envelope - Back

**New Oath of Assistance**

**New Assistant Box**



**New Witness Box**



STATE00...

# New Carrier Envelope - Back

- The Oath of Assistance changed and the new oath appears on the Carrier Envelope

- The Witness and Assistant sections had to be separated on the new Carrier Envelope
  - Assistants now have to declare whether they did or didn't receive a form of compensation for functioning as an assistant
  - That is the reason the signature for an Assistant has to be in a separate location on the Carrier Envelope

STATE00…

# Texas Secretary of State

# New Carrier Envelope – Back Under Flap

| REQUIRED INFORMATION: YOU MUST PROVIDE ONE OF THE FOLLOWING NUMBERS AND IT MUST BE ASSOCIATED WITH YOUR VOTER REGISTRATION RECORD | | |
|---|---|---|
| Texas Driver's License or Texas Personal Identification Card or Election Identification Certificate Number issued by the Texas Department of Public Safety (NOT your Voter Registration VUID #) (Número de licencia de conducir de Texas o Número de Identificación Personal o Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas) (NO ES el número de su Registro Electoral VUID#) ___ ___ ___ ___ ___ ___ ___ ___ | OR (O) If you do not have a Texas Driver's License or Personal Identification Card or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number (Si no tiene licencia de conducer de Texas o Número de Identificación Personal o Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas, proporcione los 4 últimos dígitos de número de Seguro Social) XXX - XX - ___ ___ ___ ___ | OR (O) ☐ I have not been issued a Texas Driver's License or Texas Personal Identification Card or Texas Election Identification Certificate or a Social Security Number (No me han expedido una licencia de conducir de Texas o Número de Identificación Personal o Certificado de Identificación Electoral expedida por el Departamento de Seguridad Pública de Texas ni un número de Seguro Social |
| OPTIONAL CONTACT INFORMTION: Phone: _____ Email: _____ | | |

- Voter must complete this section of the Carrier Envelope
- Information was put side by side so that SVC or EVBB verifiers could slide fingers and rest them underneath the number to be verified.
- DL, PID and EIC are all 8-digit numbers
- Follow the instructions in the advisory that addresses verification of these required numbers
- There will be webinars that give instructions about this process

STATE0...

# Texas Secretary of State

# Other Carrier Requirements

- For each Carrier Envelope containing a mail ballot, the ballot by mail tracker must assign or record a serially numbered and sequentially issued barcode or tracking number unique to each envelope.

- **NOTE**: The mail ballot tracker will only be available for elections in which the county election officer is the Early Voting Clerk or if you have an agreement with the county election officers to assist with the ballot by mail tracker.

- Effective Date: January 1, 2022

- Statutes Affected: Election Code § 86.015



STATE00

# Notice of Defective Carrier Envelope

- Still Under Construction
- This notice will detail the actions that a voter can take to correct any of the following defects:
  - Voter did not sign the Carrier Envelope
  - Cannot be immediately determined whether the signature on the Carrier Envelope certificate is that of the voter
  - Missing Statement of Residence
  - Missing or incorrect DL, PIC, EIC or SSN information
  - Incomplete information with respect to a witness



STATE00

# Notice of Defective Carrier Envelope

- The Notice of Defective Carrier will give information about the ways that the voter can correct the defect
  - In person for all defects
  - Defects that can only be corrected in person:
    - Lack of signature on the Carrier
    - Signature mismatch
    - Missing Statement of Residence
    - Missing Witness information
  - Online for the following defects:
    - Lack of DL, PID, EIC or SSN or mismatch of numbers



STATE0... ...

# Request to Cancel a Ballot by Mail

- Certain forms of cancellation can only be done at the Early Voting Clerk's Office
  - Voter did not receive the Ballot by Mail for which he or she applied
  - Voter did not apply for a Ballot by Mail
  - The marked ballot in the Early Voting Clerk's office was not marked by the voter
  - Voter had a Notice of Defective Carrier
  - Voter wants to cancel his or her Annual Application for Ballot by Mail
- Poll Workers can perform cancellation in the polls
  - A Ballot by Mail or Notice of Improper Delivery to surrender – regular ballot
  - A Notice of Surrendered Ballot by Mail to surrender – regular ballot
  - No ballot or notice to surrender – Provisional Ballot



STATE...

# Texas Secretary of State

## Request to Cancel a Ballot by Mail
## for Use in the Early Voting Clerk's Office



STATE0...

# Request to Cancel a Ballot by Mail for Use in the Early Voting Clerk's Office



84.032 (c)(2)(C)

Voter Received a Notice of Defective Carrier

I, _____, do hereby affirm that I received a Notice of
(printed name of voter)
Defective Carrier for a Carrier Envelope containing my marked ballot and that I wish to cancel my Application for Ballot by Mail or Federal Post Card Application.

_____
Signature of Voter

- New section for 84.032(c)(2)(C) cancellation
- For voters who received a Notice of Defective Carrier accompanied by their Carrier Envelope returned to them by mail OR
- Received a telephone call or email notifying them of a Defective Carrier Envelope that is being held at the Early Voting Clerk's Office waiting for the voter to take corrective action to cure the defect

STATE0...



# Request to Cancel a Ballot by Mail for Use in the Polling Place



STATE061

# Request to Cancel a Ballot by Mail for Use in the Polling Place

| | To be Completed at an Early Voting or Election Day Polling Place |
|---|---|
| 84.032 (d)<br><br>Voter **Has** Mail Ballot, Notice of Improper Delivery or Notice of Surrendered Ballot | Statement:<br>I am surrendering my ballot by mail, presenting a Notice of Improper Delivery or presenting a Notice of Surrendered Ballot to an election officer at the polling place. I hereby request that my Application for a Ballot by Mail or Federal Post Card Application be cancelled for this election.<br><br>_____<br>Signature of Voter |
| 63.011 (a-1)<br><br>Voter **Does Not Have** Mail Ballot, Notice of Improper Delivery or Notice of Surrendered Ballot | Statement:<br>I do not have possession of my mailed ballot or a Notice of Improper Delivery or a Notice of Surrendered Ballot at the time I offered to vote. I wish to cancel my Application for a Ballot by Mail or Federal Post Card Application and vote in person. I understand that I will be given a Provisional Ballot.<br><br>_____<br>Signature of Voter |

Now includes the New Notice of Surrendered Ballot as a form that may be presented at the polls entitling a voter to a regular ballot



STATE00...

# Notice of Surrendered Ballot

- New form that is given to the voter at the Early Voting Clerk's Office after the voter completed a Request to Cancel a Ballot by Mail

- Notice is proof that the voter surrendered the ballot, Notice of Improper Delivery or otherwise properly cancelled his or her Ballot by Mail

- This Notice is taken to the polling place and given to the Early Voting Deputy or Presiding Judge so that the voter may vote a regular ballot

- This notice was formerly called the Notice to Presiding Judge and for a very brief time, the Notice of Cancelled ABBM or FPCA

- This process fulfills the legislative intent that a voter must surrender the Ballot by Mail before being allowed to vote a regular ballot in the polling place

# Notice of Rejected Ballot

- Still Under Construction

- The new notice will reflect the changes from SB1

- More reasons will be added to the form

- The form is now required to be forwarded to the Office of the Attorney general if any of the reasons for rejection is:
  - Voter is deceased
  - Voter already voted in person in the same election
  - The signatures on the Carrier Envelope and ballot application were not executed by the same person
  - The Carrier Envelope certificate lacked a witness signature
  - The Carrier Envelope certificate was improperly executed by an assistant
  - The Early Voting Ballot Board or the Signature Verification Committee determined that another violation of the Election Code occurred.

STATE00000

# Roster for Hand-Delivery of Ballot by Mail

5-11A
Prescribed by Secretary of State
Sections 63.0101, 86.006 Texas Election Code
12/2021

| Type of Election | Polling Location |
|---|---|
|  | Office of the Early Voting Clerk |
| Date of Election | Authority Conducting Election |

## SIGNATURE ROSTER - ELECTION DAY HAND-DELIVERY OF A BALLOT BY MAIL

|  | Signature of Voter (Firma del Votante) | Printed Name of Voter / Poll List Nombre del Votante en Letra de Molde (Lista de Votantes) | VUID # (if known) | List A ID Presented | List B ID Presented RID Executed | Printed Name of Election Official Who Received Carrier Envelope By printing my name here, I attest that the delivery of the voter's Carrier Envelope complies with Section 86.006(a-2), Texas Election Code |
|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |

**NOTE:** A voter may only deliver his or her own personal ballot.      **NOTA:** Un votante sólo puede entregar su propia boleta.

**Instructions:**
1. Ask the voter to present an acceptable form of photo ID when he or she presents the Carrier Envelope for hand-delivery.
    a. If the voter does not have an acceptable form of photo ID, ask the voter for a supporting form of ID and have the voter execute the Reasonable Impediment Declaration.
2. Add the voter's printed name to the Poll List column of the Roster and instruct the voter to sign the signature column on the corresponding numbered line.
3. Write the VUID number, if known, in the VUID # column.
4. Check the appropriate column to note whether the voter had an approved form of photo ID from the A List OR a supporting form of ID from the B List and executed a RID.
5. Write the name of the Election Official who received the ballot from the voter.  The receiving official attests that the delivery of the Carrier Envelope complies with Section 86.006(a-2).
6. Write "Hand-Delivery" and note the time the Ballot by Mail was hand-delivered on the Carrier Envelope.
7. Upon receipt of the Carrier Envelope, secure the Ballot by Mail until its delivery to the Early Voting Ballot Board.

If the voter does not have an approved form of ID to complete the Ballot by Mail hand-delivery process, he or she can return to an Election Day voting site to vote a provisional ballot in person.

If the voter insists on leaving the Carrier Envelope without presenting an approved form of ID, the ballot will be treated as a ballot not timely returned and therefore, not counted.
Si el votante insiste en entregar el Sobre de Envío sin presentar una forma de identificación aprobada, la boleta será considerada como una boleta tardía y no será contada.



# Roster for Hand-Delivery of Ballot by Mail

| List A ID Presented | List B ID Presented RID Executed | Printed Name of Election Official Who Received Carrier Envelope By printing my name here, I attest that the delivery of the voter's Carrier Envelope complies with Section 86.006(a-2), Texas Election Code |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The person receiving the Hand-Delivered Carrier Envelope must examine the identification presented and note whether it was from List A or List B (with an executed RID)

Person receiving the Hand-Delivered Carrier Envelope must attest on the form that the delivery of the voter's Carrier Envelope complies with Section 86.006(a-2)

STATE0000016

# Register of Spoiled Ballots



- When a ballot is spoiled, the election worker must keep track of the voter's name, ballot serial number and reason that the ballot was spoiled.
- A ballot that was spoiled by an election worker or if an administrative error occurred, does not count against the voter's allotment of 3 ballots.
- If the voter spoils the ballot, he or she may receive up to two more.  The third ballot that the voters receives is the final ballot.

STATE0...

# Summary

- Please use the correct version of the form
  - We have communicated with the vendors so all forms kits should have current version by the May Elections

- Please complete forms correctly, completely, legibly

- Please file all forms in the correct envelopes or store them as directed by the Code

- Please study the legislative updates produced by our office to ensure that your political subdivision complies with new legal requirements

- Make sure to train your poll workers about the new forms



STATE00...

# Questions?

[elections@sos.texas.gov](mailto:elections@sos.texas.gov)



STATE00000

# EXHIBIT 25

# Reviewing Your ABBMs




## Texas Secretary of State – Elections Division



STATE001667

TEXAS SECRETARY OF STATE

# TOPICS COVERED

1.  Eligibility to Vote by Mail

2.  Methods of Submitting an ABBM

3.  Reviewing ABBMs

4.  Cancellation of an ABBM

5.  Accepting and Rejecting ABBMs

Plus **NEW LAW** throughout.



STATE001668

# ELIGIBILITY TO VOTE BY MAIL



STATE001669

# Eligibility to Vote by Mail

- **A qualified voter may vote by mail if the voter:**
    - Will be 65 or older on Election Day (Annual or Regular ABBM)
    - Has a Disability (Annual or Regular ABBM)
    - Is Expecting to Give Birth Within Three Weeks Before or After Election Day (Regular ABBM) (New Law)
    - Is Civilly Committed Under Chapter 841, Health and Safety Code (Regular ABBM) (New Law)
    - Expects to be Absent from County during Early Voting and on Election Day (Regular ABBM)
    - Is Confined in Jail (Regular ABBM)
    - In Address Confidentiality Program (Regular ABBM)
    - Is Military or Dependent of Military & Outside of Home Texas County (FPCA)
    - Is Temporarily Living Outside the United States (FPCA)
    - Is Living Outside the United States and Voter has Indicated their Intent to Return is Uncertain (FPCA)
    - Is a member of the National Guard or Dependent (FPCA) (New Law)
    Chapters 82 and 101, Texas Election Code



STATE001670

TEXAS SECRETARY OF STATE

# Eligibility to Vote by Mail

## NEW LAW:  House Bill 3920 (2021)

- Modified the definition of disability to include a qualified voter who is expecting to give birth within three weeks before or after election day. However, note that voters in this category are <u>not</u> eligible to submit an Annual ABBM.

Section 82.002, Texas Election Code



STATE001671

TEXAS SECRETARY OF STATE

# Eligibility to Vote by Mail

**NEW LAW:  House Bill 3107 (2021)**

*   Created a new category of eligibility for voting by mail for voters that have been civilly committed under Chapter 841 of the Health and Safety Code.

Section 82.008, Texas Election Code



STATE001672

# Eligibility to Vote by Mail

**NEW LAW: House Bill 3107 (2021)**

- Expanded FPCA eligibility to a member of the Texas National Guard or the National Guard of another state or a member of the reserves serving on active duty, and includes their spouse or dependents.

Section 101.001, Texas Election Code



STATE001673

TEXAS SECRETARY OF STATE

# Eligibility to Vote by Mail

## NEW LAW:  House Bill 3920 (2021)

*   The following do not constitute sufficient cause to entitle a voter to vote under the disability category:

    (1) a lack of transportation

    (2) a sickness that does not prevent the voter from appearing at the polling place on election day without a likelihood of needing personal assistance or of injuring the voter's health, or

    (3) a requirement to appear at the voter's place of employment on election day.

Section 82.002, Texas Election Code



STATE001674

| Type | Who Can Use? | Application Delivery | Filing Period | Expiration Date | Ballots Received |
|---|---|---|---|---|---|
| Regular ABBM | • 65+ on Eday<br>• Disability<br>• Expected to Give Birth Within Three Weeks Before or After Eday<br>• Absent from County<br>• Confined in Jail<br>• Civilly Committed under Chapter 841, Health and Safety Code<br>• Address Confidentiality | • In person by voter not later than the 11th day before Eday<br>• Regular Mail<br>• Common or Contract Carrier<br>• Fax<br>• Email (signed, scanned attachment) | January 1 of calendar year through 11th day before election day for which ballot is requested. | Good for one election only (plus runoff if requested).<br>Expires after the election for which ballot was requested.<br>OR<br>Voter cancels ABBM. | Ballot(s) for election(s) held by early voting clerk to whom application submitted (and runoff ballot, if requested). |
| Annual ABBM | • 65+ on Eday<br>• Disability | • Same as Regular ABBM | January 1 of calendar year*+<br>*On or before 11th day before Eday, to receive ballot for that election<br>+Up to 60 days before election held in January or February. | December 31 OR Until:<br>• Voter cancels ABBM<br>• Registration cancelled<br>• Voter registers in a new county | All ballots for all elections held by all political subdivisions in the year in which submitted.+ |
| FPCA | • Military Voter Outside Home Texas County (or Dependent)<br>• National Guard (or Dependent)<br>• U.S. Citizen Overseas | • In person by voter not later than the 11th day before Eday<br>• Regular Mail<br>• Common or Contract Carrier<br>• Fax<br>• Email (signed, scanned attachment) | January 1 of calendar year*+<br>*If registered, on or before 11th day before Eday, to receive ballot for that election. If not registered but eligible to register, not later than 20th day before Eday.<br>+Up to 60 days before election held in January or February. | Same as Annual ABBM | All ballots for all elections held by the county, city, or school district, in the year in which submitted (unless eligible for federal ballot only).+ |

# ABBM Ballot Tracker

## NEW LAW:  House Bill 1382 (2021)

- Requires the Secretary of State to provide an online tool on the Secretary of State's website that enables a person who has submitted an Application for a Ballot by Mail to track the location and status of the person's application and ballot.  The tracking tool must require the voter to provide certain personally identifiable information in order for the voter to obtain information related to their ballot.

- The ballot by mail tracker must be updated with each of the following events to provide information on:
  - When an application to vote by mail has been received by the early voting clerk;
  - When the mail ballot application has been accepted or rejected by the early voting clerk;
  - When the official ballot has been placed in the mail by the early voting clerk;
  - When the person's marked ballot is received by the early voting clerk; and
  - Whether the early voting ballot board has accepted or rejected the ballot.
  - For each carrier envelope containing a mail ballot, the ballot by mail tracker must assign or record a serially numbered and sequentially issued barcode or tracking number unique to each envelope.

 **NOTE**: The mail ballot tracker will only be available for elections in which the county election officer is the early voting clerk.

Section 86.015, Texas Election Code



STATE001676

# Methods of Submitting an ABBM

Voters may use either:

- An SOS official (formal) application (84.011); or

- An informal Application (84.002)



STATE001677

# Informal Application

- ☑ In writing (i.e., not verbal)
- ☑ Signed by applicant or witness
- ☑ Contain Applicant's Name
- ☑ State Registered Residence Address
- ☑ Contain Address to which ballot to be mailed
- ☑ State Grounds for voting by mail
- ☑ Indication of which election application is for



STATE001678

TEXAS SECRETARY OF STATE

# <u>Informal Application</u>

## NEW LAW:  House Bill 3920 (2021)

- An application for a ballot to be voted by mail on the ground of disability must require the applicant to affirmatively indicate the following:  "I have a sickness or physical condition that prevents me from appearing at the polling place on election day without a likelihood of needing personal assistance or injuring my health."

- This statement must be affirmatively indicated by the voter on their application to vote by mail

- **Note:** This statement is not required from a voter who is expecting to give birth within three weeks before or after election day.

## Section 82.002, Texas Election Code



STATE001679

TEXAS SECRETARY OF STATE

# Informal Application

**NEW LAW:  House Bill 3107 (2021)**

-For an application for a ballot to be voted by mail on the ground of involuntary civil commitment, the application must include the address of the facility operated by or under contract with the Texas Civil Commitment Office or of a person related to the applicant within the third degree of consanguinity, as determined under Chapter 573, Government Code.

Section 84.002, Texas Election Code



STATE001680

# <u>Informal Application</u>

- For ABBMs which are prepared and distributed by campaigns, please note that these applications must include the information required under Section 84.002 of the Election Code, including the statement which must be affirmatively indicated by the voter on their application to vote by mail if voting by mail on the ground of disability.



STATE001681

# Formal Application – Prescribed by SOS

## Application for a Ballot by Mail

If someone helps you complete this form or mails, emails or faxes this form for you, that person must complete the Witness/Assistant Box # 6 below. If you email or fax this form to the Early Voting Clerk, you must also send the original hardcopy to the Early Voting Clerk. If you are faxing or emailing this form on or near the deadline to apply for a Ballot by Mail, you must send the original hardcopy so that the Clerk receives it no later than the fourth business day after the day the Clerk received your email or fax. Original signatures are required on both the fax or email image and the physical hard copy. Electronic signatures are not permitted. THE HARDCOPY OF THIS APPLICATION MUST BE RECEIVED BY THE EARLY VOTING CLERK AND MEET ALL LEGALLY REQUIRED DEADLINES. Please read the instructions on the back of this form completely. If you have any questions, please call the Early Voting Clerk in your county of registration or the office of the Texas Secretary of State at 1-800-252-8683 or log on to www.sos.texas.gov for a list of County Early Voting Clerks and their email and physical addresses.

### 1. Voter Information: Please print all information clearly and legibly

Name: _____

       Last,                           First,                    Middle                 Suffix (Jr., Sr.)

Address: _____

Residence Address as shown on your Voter Registration Certificate    City           State       Zip Code

           Optional Information Section: Providing this information is helpful to the Early Voting Clerk but not required.

VUID # _____  Pct. #_____  Telephone #: (_____)_____

Email : _____  Date of Birth:_____/_____/_____

### 2. Mail my Ballot to:

☐ My Residence Address (as listed on my Voter Registration Certificate)

☐ Other Address - You may use the Other Address line only if the other address fits one of the categories below.

**My Other Address is:  (Check one)**

☐ The mailing address listed on my Voter Registration Certificate

☐ Address Outside the County (voters absent from the county)

☐ Hospital, Nursing Home, Long-Term Care Facility, Retirement or Assisted Living Center or a Relative_____ (Indicate relationship)

☐ Address of the Jail/Civil Commitment Facility or a Relative_____ (Indicate relationship)

_____

Address                      City,              State        Zip Code

### 3. Reason For Voting by Mail:

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instruction on reverse)  By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on election day without a likelihood of needing personal assistance or of injuring my health."



STATE001682

# Reviewing ABBMs



STATE001683

# Reviewing an ABBM



**1. Voter Information:** Please print all information clearly and legibly

Name: _____
Last, First, Middle, Suffix (Jr., Sr.)

**Residence Address as shown on your Voter Registration Certificate**

Address: _____
Street, Apt. # (if any), City, State, Zip Code

**Optional Information:** Providing this information is helpful to the Early Voting Clerk, but not required.

Date of Birth: ____/____/____   VUID #: _____   Pct #: _____

Email: _____   Tel. #: _____

**YOU MUST PROVIDE ONE of the following numbers**

Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#)

_____

If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number

_____

☐ I have not been issued a Texas Driver's License/Texas Personal Identification Number/Texas Election Identification Certificate or Social Security Number

**Box 1:** Per Section 84.002, the applicant's name and the address at which the applicant is registered to vote must be included on the ABBM. If the voter's VUID, precinct number, telephone number, email address, and date of birth are not included on the application, this is not fatal to the application.

STATE001684

# Reviewing an ABBM

**1. Voter Information:** Please print all information clearly and legibly

Name: _____ Last, _____ First, _____ Middle _____ Suffix (Jr., Sr.)

Residence Address as shown on your Voter Registration Certificate

Address: _____ Street _____ Apt. # (if any) _____ City _____ State _____ Zip Code

**Optional Information:** Providing this information is helpful to the Early Voting Clerk, but not required.

Date of Birth: _____ / _____ / _____ VUID #: _____ Pct #: _____

Email: _____ Tel. #: _____

**YOU MUST PROVIDE ONE of the following numbers**

Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#)

If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number

☐ I have not been issued a Texas Driver's License/Texas Personal Identification Number/Texas Election Identification Certificate or Social Security Number

**Box 1: Personal Identification Numbers – Voter must provide:**

- Texas Driver's License, Texas Personal Identification Number, or Election Identification Certificate Number issued by DPS, OR
- Last four digits of SSN, OR
- Provide an indication that they have not been issued either number

- **The number provided MUST be validated off of the voter's voter registration record. If the number is missing or incorrect on the ABBM, the voter will have the opportunity to correct this defect either by submitting a new ABBM or through the Ballot by Mail Tracker. --- More details to follow on this!**
- **NEW - Notice of Rejected ABBM for missing or incorrect personal identification number**

STATE001685

# Frequently Asked Questions

**Question:** The EV clerk received a timely ABBM for an upcoming election from a voter who is not currently registered to vote in the county/political subdivision. Can the EV clerk process the application and send the voter a ballot by mail?

**Answer:** The application must be rejected and the voter must be sent a <u>Notice of Rejected Application for Ballot by Mail</u> if the voter is not registered in the county/political subdivision and the voter registration records reflect that the voter will not have an effective voter registration by election day in the county/political subdivision.  Pursuant to Section 13.143 of the Code, a voter registration is effective for purposes of early voting if it will be effective on election day.  As such, if the voter registration records reflect that the voter's registration will be effective by election day, and the single-use ABBM or Annual ABBM contains the required information, the application should be processed and the voter should be sent a ballot by mail.

STATE001686

# Frequently Asked Questions

**Question:** What if the residence address the voter provided on the ABBM is different from the residence address at which the voter is registered?

**Answer:** As long as the voter is registered in the political subdivision holding the election, **and** as long as the address on the ABBM is also within that county (or political subdivision), then the EV clerk should process the ABBM (if the voter is otherwise eligible to vote in the election) and send the voter a Statement of Residence along with the balloting materials. If the addresses do not meet this criteria, then the EV clerk must reject the ABBM (or forward it to the correct EV clerk, if applicable). When mailing a ballot to the voter, the EV clerk must make a notation on the carrier envelope that a Statement of Residence is included so that the early voting ballot board knows to look for the Statement of Residence with the marked ballot; the early voting ballot board cannot count that ballot if the Statement of Residence is not returned by the voter.

STATE001687

TEXAS SECRETARY OF STATE

# Frequently Asked Questions

**Question:** It appears the voter may have recently gotten married/divorced and is now using a different last name on the ABBM than the last name the voter is registered to vote with.  May the application be accepted?

**Answer:**  If the EV clerk is able to confirm that the individual is a registered voter of the political subdivision, then the ABBM should not be rejected.  However, if possible, the voter should be advised that there may be a problem later when the early voting ballot board (EVBB) reviews the name on the carrier envelope compared to the name on the list of registered voters.   There is a possibility that the EVBB will reject the ballot. If possible, the EV clerk should contact the voter and have the voter update their information as to the name change.  Once updated, the EV clerk can process the ABBM.

STATE001688

# Reviewing an ABBM

**2. Mail my Ballot to:**

☐ My Residence Address (as listed on my Voter Registration Certificate)

☐ Other Address - You may use the Other Address line only if the other address fits one of the categories below.

| Address | Apt. # (if any) | City | State | Zip Code |
| --- | --- | --- | --- | --- |

**My Other Address is: (Check one)**

☐ The mailing address listed on my Voter Registration Certificate

☐ Address Outside the County (voters absent from the county)

☐ Hospital, Nursing Home, Long-Term Care Facility, Retirement or Assisted Living Center or a Relative _____ (Indicate Relationship)

☐ Address of the Jail/Civil Commitment Facility or a Relative _____ (Indicate Relationship)

**Box 2:** For an application for a ballot to be voted by mail on the grounds of age or disability, the ABBM must include the address of the hospital, nursing home or other long-term care facility, or retirement center, or of a person related to the applicant within the second degree by affinity (by marriage) or the third degree by consanguinity (by blood) if the mailing address is different from the residence address.

For an application for a ballot by mail on the ground of absence from the county of residence, the application must include the address outside the applicant's county of residence to which the ballot is to be mailed.

For an application for a ballot by mail on the ground of confinement in jail, the application must include the address of the jail or of a person related to the applicant within the second degree by affinity or the third degree by consanguinity.

For an application for a ballot to be voted by mail on the ground of involuntarily civil commitment, the address of the facility operated by or under contract with the Texas Civil Commitment Office or of a person related to the applicant within the third degree by consanguinity.

Section 84.002, Texas Election Code



STATE001689

# Frequently Asked Questions

**Question**:  A voter submitted an ABBM to vote a ballot by mail on the ground of disability/age.  The mailing address provided on the application is not the mailing address listed on the voter's registration certificate. The voter did not make a selection in Box No. 2 of the official state application indicating whether the mailing address is that of a hospital, nursing home or other long-term care facility, retirement center, or of a person related to the voter.  Should the application be rejected?

**Answer:**  Yes, the application must be rejected because the mailing address on the application differs from the mailing address on the voter's registration certificate. Pursuant to Section 84.002 of the Code, an application for a ballot to be voted by mail on the grounds of age or disability must include the address of the hospital, nursing home or other long-term care facility, or retirement center, or of a person related to the applicant within the second degree by affinity or the third degree by consanguinity, as determined under Chapter 573, Government Code, if the applicant is living at that address and that address is different from the address at which the applicant is registered to vote.



STATE001690

# Frequently Asked Questions

**Question:**  A voter submitted an ABBM to vote a ballot by mail on the ground of being confined in jail. However, the voter provided the residence mailing address at which he/she is registered to vote on the "residence address" portion of the application, instead of providing the address for a jail.   The voter included a handwritten note on the application reflecting that the voter is under house arrest. Should the application be rejected?

**Answer:**  No, the application should not be rejected.  Section 84.002(a)(4) of the Code requires an early voting ballot application to include, for an application for a ballot to be voted by mail on the ground of confinement in jail, the address of the jail or of a person related to the applicant within the degree described by Section 84.002(a)(3) of the Code.  If the voter indicated that he/she is requesting a ballot by mail on the ground of being confined in jail, and included a notation that the voter is under house arrest, the application should be processed and a ballot should be mailed to the voter at the residence address at which he/she is registered to vote.

STATE001691

# Reviewing an ABBM

**3. Reason For Voting by Mail:**

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instructions on reverse) By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without a likelihood of needing personal assistance or of injuring my health."

☐ Expected to give birth within three weeks before or after Election Day

☐ Expected Absence from the County (You may apply for a ballot for one election and its resulting runoff, if your dates of absence from the county include both elections)

Date you can begin to receive mail at your out of county address: _____ / _____ / _____    Date of return to residence address: _____ / _____ / _____

☐ Confined in Jail or Involuntary Civil Commitment (You may only apply for a ballot for one election and any resulting runoff)

**Box 3:** Pursuant to Section 84.002, an ABBM must include an indication of the ground of eligibility for early voting. If the application does not include this information, the application must be rejected.



STATE001692

TEXAS SECRETARY OF STATE

# Frequently Asked Questions

**Question:**  A political subdivision is conducting an election and the EV clerk received a single-use ABBM from a voter due to absence from the county of residence.  However, the information on the ABBM reflects that the voter will only be out of the county of residence during the early voting period/or will only be out of the county on election day.  Is the voter eligible to receive a ballot by mail?

**Answer:**  No, the voter is not eligible to receive a ballot by mail. Pursuant to Section 84.002(b) of the Code, an application for a ballot to be voted by mail on the ground of absence from the county of residence must indicate that the applicant satisfies the requirements prescribed by Section 82.001. A qualified voter is eligible for early voting by mail if the voter expects to be absent from the county of the voter's residence on election day and during the regular hours for conducting early voting at the main early voting polling place for that part of the period for early voting by personal appearance remaining after the voter's early voting ballot application is submitted to the EV clerk.



STATE001693

# Frequently Asked Questions

**Question:** May a voter under 65 years of age submit an Annual ABBM if the voter will turn 65 before the first election in which he/she will vote by mail?

**Answer:** Yes. Pursuant to Section 82.003, a voter must be "65 years of age or older on election day" to vote early by mail.



STATE001694

# Frequently Asked Questions

**Question:** The EV clerk received a single-use ABBM from a voter who is confined in jail. The application was personally delivered to the EV clerk by a person from the jail authority. May the application be processed and a ballot mailed to the voter?

**Answer:** Yes, pursuant to Section 84.009, the application may be processed and a ballot mailed to the voter. On request of the applicant, an application for a ballot to be voted by mail on the ground of confinement in jail may be submitted to the EV clerk, at the discretion of the authority in charge of the jail, by personal delivery by the jail authority or by a designated subordinate of the authority.

STATE001695

TEXAS SECRETARY OF STATE

# Reviewing an ABBM

**4. Send me a Ballot for the Following Elections:**

☐ Annual Application — Send me a ballot for all Elections in this voting year (January – December) Annual Applications only available for voters 65 and older and voters with disabilities. You must select a party if you wish to vote in a primary. Select only one party's primary and its resulting runoff.

**Primary Election (even numbered years only)**

☐ Democratic Primary ☐ Any Resulting Runoff

☐ Republican Primary ☐ Any Resulting Runoff

☐ Do Not Send me a Primary Ballot

**OR**

**Uniform Election Dates**

☐ November Election ☐ May Election (not a primary runoff)

☐ Other Special Election _____

☐ Any Resulting Runoff    name or date of special election, if known

**Primary Election (even numbered years only)**

☐ Democratic Primary ☐ Any Resulting Runoff

☐ Republican Primary ☐ Any Resulting Runoff

(Voters who are absent from the county or confined in jail/civilly committed may only apply for one election and its resulting runoff)

**Box 4:** Per Section 84.002, an early voting ballot application must include, for an application for a ballot to be voted by mail on any ground, an indication of each election for which the applicant is applying for a ballot. However, there are some exceptions to this. Please see the following FAQs for examples.



STATE001696

# Frequently Asked Questions

**Question:** What if a voter does not check *any* boxes indicating for which election(s) he/she wishes to receive a ballot?

**Answer:**  It depends on the elections within that calendar year.  If the Annual ABBM voter did not select any elections during a primary election year, e.g. 2022, and the voter did not select which party's ballot he/she would like to receive, the EV clerk should reject the ABBM for purposes of the primary election, but otherwise process the application as an Annual ABBM. The EV clerk should notify the voter of the rejection of the ABBM as it applies to the primary election, but also check the box that indicates the application will be considered an Annual ABBM. [Secs. 86.0015, 86.001]  If it is an odd-numbered year, e.g. 2021, and the Annual ABBM voter did not select any elections, the application would be considered an Annual ABBM and processed accordingly. [Sec. 86.0015(a)]

STATE001697

# Frequently Asked Questions

**Question:** What if a voter submitted an application on the ground of age or disability but did not select the "Annual Application" option on the form and only requested a ballot for the primary election and the general election for state and county officers (during a primary election year). Specifically, the voter opted not to mark the May Uniform election date.

**Answer:** If a voter only requested a mail ballot for selected elections but did not select the annual option on the form, in this case the primary election and the general election for state and county officers, you would NOT treat this as an Annual ABBM. Instead, you would treat this as a request for the specific elections identified by the voter.



STATE001698

# Frequently Asked Questions

**Question:** The EV clerk received a single-use ABBM from a voter but the voter did not indicate that he/she wanted a ballot for any resulting runoff. Our political subdivision is conducting a runoff election. Should a ballot be mailed to the voter for the runoff election?

**Answer:** No, a ballot should not mailed to the voter for the runoff election. An applicant for a ballot to be voted by mail may apply for ballots for the main election and any resulting runoff election on the same application. [Sec. 84.001] However, a ballot for the runoff election should not be mailed to the voter if the voter did not request a ballot for any resulting runoff on the single-use ABBM.



STATE001699

TEXAS SECRETARY OF STATE

# Frequently Asked Questions

**Question:** The EV clerk received a single-use ABBM from a voter after the deadline for the election. The voter requested a ballot for the main election and any resulting runoff on his/her application. The political subdivision is having a runoff election/second election to resolve a tie. Should the EV clerk mail the voter a ballot for the runoff election/second election to resolve a tie?

**Answer:** Yes. If an application for the main election and any resulting runoff is not timely for the main election, it will be considered timely for any resulting runoff if received not later than the deadline, determined using the date of the runoff election, for submitting a regular application for a ballot to be voted by mail. [Sec. 84.001(e)]

STATE001700

TEXAS SECRETARY OF STATE

# Reviewing an ABBM

**5. Sign Here:**

"I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____  Date: _____/_____/_____

If applicant is unable to sign or make a mark (in the presence of a witness), the witness must complete the witness portion in Box 6 below. The signature or mark of the voter in the blank above must be an original signature made with a pen and ink. Electronic signatures are not permitted.

**Box 5:** Per Section 84.001, to be entitled to vote an early voting ballot by mail, an application must be in writing and signed by the applicant. An electronic signature is not permitted. If the application is not dated, this is not fatal to the application.



1/28/2022  Texas Secretary of State Elections Division  35

STATE001701

# Frequently Asked Questions

**Question:** The EV clerk received an application from a voter but it contained a digital signature. May the application be accepted?

**Answer:** No, the application must be rejected. An application must be in writing and signed by the applicant. An electronic signature is not permitted. [Sec. 84.001] Likewise, a voter's stamped signature is also not permitted.



STATE001702

# Reviewing an ABBM



**6. If someone helps you complete this form or mails, emails or faxes the form for you, that person must complete the section below.**

Instructions for Witnesses and Assistants:  See back of this form for the definitions of Witness and Assistant.

Check one or both boxes below if you served as a Witness, an Assistant or both.  All information below must be completed!

☐ If the applicant is unable to make a mark, you must check this box and complete all information below.  Do not sign for the voter in Box 5.

☐ Witness – If you are acting as a Witness to the applicant's signature or mark or signing on the applicant's behalf, you must state your relationship to the applicant here:

☐ Assistant – If you assisted the applicant in completing this application in the applicant's presence or mailed/emailed/faxed the application on behalf of the applicant.                [Indicate Relationship]

Failure to complete this section is a Class A Misdemeanor if applicant's signature was witnessed or applicant was assisted in completing this application.

X _____

| Signature of Witness/Assistant | Printed Name of Witness/Assistant |

| Street Address | Apt. # (if any) | City | State | Zip Code |

**Box 6:**  Per Section 1.011, when the Election Code requires a person to sign an application, the document may be signed for the person by a witness, if the person required to sign cannot do so because of a physical disability or illiteracy.  The person who cannot sign must affix the person's mark to the document or paper, which the witness must attest.  If the person cannot make the mark, the witness must state that fact on the document.  Per Section 84.003, a person who acts as a witness for an applicant for an ABBM commits an offense if the person knowingly fails to comply with Section 1.011.  Further, a person who in the presence of the applicant otherwise assists an applicant in completing an ABBM commits an offense if the person knowingly fails to comply with Section 1.011 in the same manner as a witness.

STATE001703

# Frequently Asked Questions

**Question:** How many Annual ABBMs may a person witness in a calendar year?

**Answer:** Unless a close relative of the voter (parent, grandparent, spouse, child, or sibling) or an EV clerk or deputy EV clerk, a person may witness one single-use ABBM per election in a calendar year, or one Annual ABBM for the entire calendar year.  Note, a violation of this law does not invalidate the ABBM.  [Sec. 84.004]



STATE001704

# Frequently Asked Questions

**Question:** May a political campaign pre-fill in certain information for the voter? For example, may the campaign include the voter's name, address, and the fact that the voter is submitting the application on the ground of being 65 years of age or older? Also, if the application is pre-filled by the campaign, must the campaign complete the assistance portion of the application?

**Answer:** Campaigns may pre-fill in a voter's name, address, and the fact that the voter is submitting the application on the ground of being 65 year of age or older. Assistance is defined as being "in the presence" of the applicant. [Sec. 84.003] Note that candidates or campaigns that send pre-filled ABBMs to voters are not considered to be assistant to those applicants. As such, the campaign is not required to complete the assistance portion of the application.



STATE001705

# Frequently Asked Questions

**Question:** The EV clerk received an ABBM from a voter which reflected that the voter was unable to sign his/her name or make a mark.  The witness signed his/her own name but did not provide the witness's residence address/printed name and/or indicate the witness's relationship to the candidate. May the application be accepted?

**Answer:**  No.  The application may not be accepted and the EV clerk must mail the voter a <u>Notice of Rejected Application for Ballot by Mail.</u>  Per Section 1.011 of the Code, the application may be signed by a witness if the voter cannot sign the application due to physical disability or illiteracy.  If the voter cannot sign his/her name, the voter must affix his/her mark to the ABBM, to which the witness must attest.   If the voter cannot make the mark, the witness must state that fact on the application.  The witness must affix the witness's own signature to the application and state the witness's own name, in printed form.  The witness must also state his/her residence address unless the witness is an election officer, in which case the witness must state the witness's official title.



STATE001706

# Frequently Asked Questions

**Question:** The EV clerk received an application that reflects that the voter received assistance in completing the application. However, the assistant did not provide his/her signature/printed name and/or residence address. May the application be accepted?

**Answer:** Yes, the application may be accepted. Mistakes with respect to completing the assistance portion on an ABBM do not cause rejection of the application. However, a person who in the presence of the applicant otherwise assists an applicant in completing an early voting ballot application commits a Class A misdemeanor offense if the person knowingly fails to comply with Section 1.011(d) of the Code in the same manner as a witness.

STATE001707

# Best Practices When Reviewing ABBMs

- The EV Clerk should review the following items on an ABBM:
  - Timeliness
  - Proper Delivery (mail, common/contract carrier, fax, in person by voter, email)
  - Correct Clerk (if not, forward)
  - **Registration Status**
  - **Residence and Mailing Address**
  - Additional Considerations
    - outside county, disability, 65 or older
- Recommend date stamping the application on the date it is received by the EV Clerk



STATE001708

# ACCEPTING AND REJECTING ABBMS



STATE001709

# Rejecting an ABBM

- Mail/otherwise deliver "Notice of Rejected Application for Ballot By Mail"
  - Two different forms to choose from! One specific to the personal identification numbers.
  - Include a new ABBM if original received on or before **18**th day before election day
    - Friday, October 15, 2021, for November 2, 2021 election
- Keep rejected application in file & attach copy of rejection notice



STATE001710

# ABBM Transparency and Public Information

- A copy of an ABBM, including the Annual ABBM, is not available for public inspection (except to the voter whose application it is) until the first business day after the election day of the **EARLIEST** occurring election (rather than latest) for which the application is submitted. (Sec. 86.014(a), as amended).
  - So it's available after the <u>first</u> election, rather than the last.
  - Originals of any ABBMs and Carrier Envelopes are not available for public inspection until those materials are delivered to the custodian after the election. (Sec. 86.014(b)).
- **Early Voting Rosters**
  - Information on the early voting roster for a person to whom a ballot has been mailed is not available until the 1st business day after election day. [Sec. 87.121(f)]
    - Except to a voter seeking to verify the accuracy of his or her own ballot by mail. [Sec. 87.121(f)]
    - Except  - name of a voter who voted by mail is available no later than the day following the day the early voting clerk receives the ballot.  [Sec. 87.121(h)]

STATE001711

# Questions?

# elections@sos.texas.gov



STATE001712

EXHIBIT

26

TEXAS SECRETARY OF STATE

# FAQs with the Elections Division 2/17/2022

Texas Secretary of State – Elections Division



2/17/2022          Texas Secretary of State Elections Division          1

TEXAS SECRETARY OF STATE

## TOPICS COVERED

- Texas.Gov Process
- Validating Personal Identification Information in TEAM
- Corrective Action Process Questions



2/17/2022          Texas Secretary of State Elections Division          2

STATE001224





STATE001225



STATE001226







## Availability of SSNs/TXDLs

- We are hearing reports from counties that their offline vendor hasn't updated their local data to include all the DLs and SSNs that TEAM contains.
- That file was provided in January to offline counties.
- **If that's the case for your county, you should also check voter personal identification information in TEAM.**
- Otherwise, voters may have their carrier envelopes improperly rejected.

2/17/2022          Texas Secretary of State Elections Division          10

STATE001228

TEXAS SECRETARY OF STATE

## What if the EVC thinks a carrier envelope is empty?

- There is nothing under the law that allows you to notify a voter if you think a carrier envelope does not contain a voted ballot. The carrier envelope should be sent to the EVBB and the EVBB will process.
- If a voter discovers they didn't include the ballot, they can surrender the ballot and vote a regular ballot in person.



2/17/2022          Texas Secretary of State Elections Division          11

TEXAS SECRETARY OF STATE

## If the EVC notifies the voter of a defect and the voter wants to cancel their mail ballot and vote in person, how do they do so?

- The voter must appear in person to the EVC's office and complete the top box on the cancellation form. (Form 6-6)
- The EVC will issue a "Notice of Surrendered Ballot"
- Voter will be allowed to vote a regular ballot in person.



2/17/2022          Texas Secretary of State Elections Division          12

STATE001229

TEXAS SECRETARY OF STATE

**If an EVC notifies a voter of a defect, and the voter does not appear to correct defect, what does the EVC do with the mail ballot?**

- The EVC should provide the carrier envelope to the EVBB for review.

- The EVBB may also contact the voter to notify the voter of a defect.  This would allow the voter additional time (6 days after election day) to correct defect.



2/17/2022                Texas Secretary of State Elections Division                13

TEXAS SECRETARY OF STATE

**If the EVC notifies voter of a defect on the carrier envelope, can they vote in person at a polling place without first cancelling?**

- If a voter doesn't first complete cancellation paperwork at the EVC's office, the voter can only vote provisionally.

- The voter should also complete the "Request to Cancel Ballot by Mail."



2/17/2022                Texas Secretary of State Elections Division                14

STATE001230





STATE001231



EXHIBIT

27

5-21 Prescribed by Secretary of State – 9/2022
Sections 86.010, 86.012, Texas Election Code

# BALLOT ENVELOPE (For Secrecy)

**INSTRUCTIONS TO VOTER:**

1. Mark ballot, place ballot in envelope marked "BALLOT ENVELOPE," and seal Ballot Envelope.
2. Voter MUST provide one of the following numbers that is associated with their voter registration record in the appropriate place on the Carrier Envelope: Texas Driver's License, Personal Identification Card or Election Identification Certificate Number issued by the Department of Public Safety. If voter has not been issued one of these numbers, voter may give the last four digits of his/her Social Security Number. If voter has not been issued a Texas Driver's License, Personal Identification Card or Election Identification Certificate Number issued by the Department of Public Safety or a Social Security Number, voter must check the box indicating this fact.
3. Place Ballot Envelope in Carrier Envelope, provide the required identification information under the flap, seal Carrier Envelope, sign Carrier Envelope, and return Carrier Envelope to the Early Voting Clerk either by mail, by common or contract carrier, or in person by the voter on Election Day at the Early Voting Clerk's office. (See instructions on Carrier Envelope and the enclosed "Information about Returning Your Carrier Envelope" for additional information.)
4. Your ballot must be received by the Early Voting Clerk by <u>7:00 p.m. on Election Day</u> if the Carrier Envelope is <u>not</u> postmarked. However, your ballot must be received by <u>5:00 p.m. the next business day after Election Day</u> if the Carrier Envelope <u>is postmarked by 7:00 p.m.</u> at the location of the election on Election Day. **Note**: If you are hand-delivering your ballot in person to the Early Voting Clerk, you must deliver your ballot between 7:00 a.m. and 7:00 p.m. <u>on Election Day</u>. You cannot hand-deliver your ballot to the Early Voting Clerk after 7:00 p.m. on Election Day.  If you are voting from outside the United States, other late ballot rules may apply to you.

**INSTRUCTIONS TO ASSISTANTS:**

1. A voter may choose an assistant as long as that assistant is not the voter's employer or an agent of the voter's employer, or an officer or agent of the voter's labor union.
2. It is a Class A misdemeanor: (a) to provide assistance to a voter who is not eligible to receive assistance; (b) to prepare the ballot for the voter other than as the voter directs or without direction from the voter; (c) to suggest to the voter by word, sign, or gesture, how the voter should vote; or (d) to provide assistance to a person that has not requested assistance or selected the person to assist the voter. It is also a Class A misdemeanor to assist a voter in violation of #1 above.
3. Knowingly possessing another person's ballot or Carrier Envelope may be a crime unless you provide your signature, printed name, address and check Yes or No as to whether you received compensation for providing assistance on the Carrier Envelope.
4. If the voter allows a person to mail his or her ballot or deliver the ballot to a common or contract carrier, that person must sign the Carrier Envelope as an assistant and include his or her printed name and address.  Failure to provide this information is a crime.  The person mailing or delivering the ballot to a common or contract carrier must do so immediately.  It is a crime for a person to collect and store Carrier Envelopes at another location for subsequent delivery to the Early Voting Clerk.
5. Any ballot cast with assistance in violation of any of the above instructions may not be counted.

5-21 –Prescrito por el Secretario de Estado - 07/2012
Secciones 86.010, 86.012, Código Electoral de Texas

# EL SOBRE DE LA BOLETA (para el secreto)

**INSTRUCCIONES PARA EL VOTANTE:**

1. *Marque la boleta, coloque la boleta en el sobre marcado "SOBRE DE LA BOLETA", y selle el Sobre de la Boleta.*
2. *El votante DEBE proporcionar uno de los siguientes números que está asociado con su registro de votante en el lugar apropiado en el Sobre de Envío: Licencia de Conducir de Texas, Tarjeta de Identificación Personal o Número de Certificado de Identificación Electoral emitido por el Departamento de Seguridad Pública. Si al votante no se le ha emitido uno de estos números, el votante puede dar los últimos cuatro dígitos de su Número de Seguro Social. Si al votante no se le ha emitido una Licencia de Conducir de Texas, una Tarjeta de Identificación Personal o un Número de Certificado de Identificación Electoral emitido por el Departamento de Seguridad Pública o un Número de Seguro Social, el votante debe marcar la casilla indicando este hecho.*
3. *Coloque el Sobre de la Boleta en el Sobre de Envío, proporcione la información de identificación requerida debajo de la solapa, selle el Sobre de Envío, firme el Sobre de Envío y devuelva el Sobre de Envío al secretario de votación adelantada, ya sea por correo, por medio de un transportista común o contratado, o en persona por el votante el día de las elecciones en la oficina del secretario de votación adelantada. (Consulte las instrucciones en el Sobre de Envío y la "Información Sobre la Devolución de Su Sobre de Envío" adjunta para obtener información adicional.)*
4. *Su boleta debe ser recibida por el secretario de votación adelantada a más tardar a las 7:00 p.m. el día de las elecciones si el Sobre de Envío no está matasellado. Sin embargo, su boleta debe ser recibida a más tardar a las 5:00 p.m. el siguiente día hábil después del día de las elecciones si el Sobre de Envío está matasellado a más tardar a las 7:00 p.m. en el lugar de la elección el día de las elecciones. **Nota:** Si va a entregar su boleta en persona al secretario de votación adelantada, debe hacerlo entre las 7:00 a.m. y las 7:00 p.m. el día de las elecciones. No puede entregar su boleta a mano a el secretario de votación adelantada después de las 7:00 p.m. el día de las elecciones. Si vota desde fuera de los Estados Unidos, es posible que se le apliquen otras reglas de votación tardía.*

**INSTRUCCIONES PARA ASISTENTES:**

1. *Un votante puede elegir un asistente siempre y cuando ese asistente no sea el empleador del votante o un agente del empleador del votante, o un funcionario o agente de la unión de obreros del votante.*
2. *Es un delito menor de Clase A: (a) brindar asistencia a un votante que no es elegible para recibir asistencia; (b) preparar la boleta para el votante que no sea como el votante lo dirige o sin la dirección del votante; (c) sugerir al votante por palabra, signo o gesto, cómo debe votar el votante; o (d) brindar asistencia a una persona que no ha solicitado asistencia o seleccionado a la persona para asistir al votante. También es un delito menor de Clase A asistir a un votante en violación del número 1 anterior.*
3. *La posesión a sabiendas de la boleta o el Sobre de Envío de otra persona puede ser un delito, a menos que proporcione su firma, nombre en letra de molde, dirección y marque Sí o No en cuanto a si recibió una compensación por proporcionar asistencia en el Sobre de Envío.*
4. *Si el votante permite que una persona envíe su boleta por correo o entregue la boleta a un transportista común o contratado, esa persona debe firmar el Sobre de Envío como asistente, e incluir su nombre en letra de molde y dirección. No proporcionar esta información es un delito. La persona que envía por correo o entrega la boleta a un transportista común o contratado debe hacerlo de inmediato. Es un delito que una persona recolecte y almacene Sobres de Envío en otro lugar para su posterior entrega al secretario de votación adelantada.*
5. *No se puede contar ninguna boleta emitida con asistencia que viole cualquiera de las instrucciones anteriores.*

# EXHIBIT 28

# Review of ABBMs and FPCAs




Texas Secretary of State – Elections Division



STATE112456

TEXAS SECRETARY OF STATE

# ELIGIBILITY TO VOTE BY MAIL



STATE112457

# Eligibility to Vote by Mail

- **A qualified voter may vote by mail if the voter:**
  - Will be 65 or older on Election Day (Annual or Regular ABBM)
  - Has a Disability (Annual or Regular ABBM)
  - Is Expecting to Give Birth Within Three Weeks Before or After Election Day (Regular ABBM) (New Law)
  - Is Civilly Committed Under Chapter 841, Health and Safety Code (Regular ABBM) (New Law)
  - Expects to be Absent from County during Early Voting and on Election Day (Regular ABBM)
  - Is Confined in Jail (Regular ABBM)
  - In Address Confidentiality Program (Regular ABBM)
  - Is Military or Dependent of Military & Outside of Home Texas County (FPCA)
  - Is Temporarily Living Outside the United States (FPCA)
  - Is Living Outside the United States and Voter has Indicated their Intent to Return is Uncertain (FPCA)
  - Is a member of the National Guard  or Dependent (FPCA) (New Law)
  Chapters 82 and 101, Texas Election Code



STATE112458

# Reviewing ABBMs



STATE112459

TEXAS SECRETARY OF STATE

# Reviewing an ABBM



**Box 1:** Per Section 84.002, the applicant's name and the address at which the applicant is registered to vote must be included on the ABBM. If the voter's VUID, precinct number, telephone number, email address, and date of birth are not included on the application, this is not fatal to the application.

STATE112460

# Reviewing an ABBM



**Box 1: Personal Identification Numbers – Voter must provide:**

- Texas Driver's License, Texas Personal Identification Number, or Election Identification Certificate Number issued by DPS, OR
- Last four digits of SSN, OR
- An indication that they have not been issued either number.

- **The personal identification information provided by the voter on the ABBM MUST be validated using the voter's voter registration record.**

STATE112461

# Reviewing an ABBM

**2. Mail my Ballot to:**

☐ My Residence Address (as listed on my Voter Registration Certificate)

☐ Other Address - You may use the Other Address line only if the other address fits one of the categories below.

| Address | Apt. # (if any) | City | State | Zip Code |

**My Other Address is: (Check one)**

☐ The mailing address listed on my Voter Registration Certificate

☐ Address Outside the County (voters absent from the county)

☐ Hospital, Nursing Home, Long-Term Care Facility, Retirement or Assisted Living Center or a Relative _____ (Indicate Relationship)

☐ Address of the Jail/Civil Commitment Facility or a Relative _____ (Indicate Relationship)

**Box 2:**  For an application for a ballot to be voted by mail on the grounds of age or disability, the ABBM must include the address of the hospital, nursing home or other long-term care facility, or retirement center, or of a person related to the applicant within the second degree by affinity (by marriage) or the third degree by consanguinity (by blood) if the mailing address is different from the residence address.

For an application for a ballot by mail on the ground of absence from the county of residence, the application must include the address outside the applicant's county of residence to which the ballot is to be mailed.

For an application for a ballot by mail on the ground of confinement in jail, the application must include the address of the jail or of a person related to the applicant within the second degree by affinity or the third degree by consanguinity.

For an application for a ballot to be voted by mail on the ground of involuntarily civil commitment, the address of the facility operated by or under contract with the Texas Civil Commitment Office or of a person related to the applicant within the third degree by consanguinity.

Section 84.002, Texas Election Code



STATE112462

# Reviewing an ABBM

**3. Reason For Voting by Mail:**

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instructions on reverse) By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without a likelihood of needing personal assistance or of injuring my health."

☐ Expected to give birth within three weeks before or after Election Day

☐ Expected Absence from the County (You may apply for a ballot for one election and its resulting runoff, if your dates of absence from the county include both elections)

Date you can begin to receive mail at your out of county address: _____ / _____ / _____   Date of return to residence address: _____ / _____ / _____

☐ Confined in Jail or Involuntary Civil Commitment (You may only apply for a ballot for one election and any resulting runoff)

**Box 3:** Pursuant to Section 84.002, an ABBM must include an indication of the ground of eligibility for early voting.  If the application does not include this information, the application must be rejected.



STATE112463

# Reviewing an ABBM

| 4. Send me a Ballot for the Following Elections: | | OR | Uniform Election Dates | |
|---|---|---|---|---|
| ☐ Annual Application – Send me a ballot for all Elections in this voting year (January – December) Annual Applications only available for voters 65 and older and voters with disabilities. You must select a party if you wish to vote in a primary. Select only one party's primary and its resulting runoff. | | | ☐ November Election  ☐ May Election (not a primary runoff) ☐ Other Special Election _____ ☐ Any Resulting Runoff    name or date of special election, if known | |
| **Primary Election (even numbered years only)** | | | **Primary Election (even numbered years only)** | |
| ☐ Democratic Primary  ☐ Any Resulting Runoff | | | ☐ Democratic Primary  ☐ Any Resulting Runoff | |
| ☐ Republican Primary  ☐ Any Resulting Runoff | | | ☐ Republican Primary  ☐ Any Resulting Runoff | |
| ☐ Do Not Send me a Primary Ballot | | | (Voters who are absent from the county or confined in jail/civilly committed may only apply for one election and its resulting runoff) | |

**Box 4:**  Per Section 84.002, an early voting ballot application must include, for an application for a ballot to be voted by mail on any ground, an indication of each election for which the applicant is applying for a ballot.  However, there are some exceptions to this.  Please see the following FAQs for examples.



STATE112464

# Reviewing an ABBM

**5. Sign Here:**

"I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____   Date: _____ / _____ / _____

If applicant is unable to sign or make a mark (in the presence of a witness), the witness must complete the witness portion in Box 6 below. The signature or mark of the voter in the blank above must be an original signature made with a pen and ink. Electronic signatures are not permitted.

**Box 5:** Per Section 84.001, to be entitled to vote an early voting ballot by mail, an application must be in writing and signed by the applicant. An electronic signature is not permitted. If the application is not dated, this is not fatal to the application.



STATE112465

# Reviewing an ABBM

**6. If someone helps you complete this form or mails, emails or faxes the form for you, that person must complete the section below.**

Instructions for Witnesses and Assistants:  See back of this form for the definitions of Witness and Assistant.
Check one or both boxes below if you served as a Witness, an Assistant or both.  All information below must be completed!

☐ If the applicant is unable to make a mark, you must check this box and complete all information below.  Do not sign for the voter in Box 5.

☐ Witness – If you are acting as a Witness to the applicant's signature or mark or signing on the applicant's behalf, you must state your relationship to the applicant here: _____

☐ Assistant – If you assisted the applicant in completing this application in the applicant's presence or mailed/emailed/faxed the application on behalf of the applicant.          [Indicate Relationship]

Failure to complete this section is a Class A Misdemeanor if applicant's signature was witnessed or applicant was assisted in completing this application.

X_____

Signature of Witness/Assistant                                                    Printed Name of Witness/Assistant

Street Address                                        Apt. # (if any)        City                      State              Zip Code

**Box 6:**  Per Section 1.011, when the Election Code requires a person to sign an application, the document may be signed for the person by a witness, if the person required to sign cannot do so because of a physical disability or illiteracy.  The person who cannot sign must affix the person's mark to the document or paper, which the witness must attest.  If the person cannot make the mark, the witness must state that fact on the document.  Per Section 84.003, a person who acts as a witness for an applicant for an ABBM commits an offense if the person knowingly fails to comply with Section 1.011.  Further, a person who in the presence of the applicant otherwise assists an applicant in completing an ABBM commits an offense if the person knowingly fails to comply with Section 1.011 in the same manner as a witness.

STATE112466

# What if a voter provides only a driver's license number on the ABBM, but the voter registration record does not contain a driver's license number?

- The ABBM must be rejected.
- You must send the voter a Notice of Rejected Application for Ballot by Mail – Missing or Incorrect Personal Identification Number (Form 6-3).

STATE112467

TEXAS SECRETARY OF STATE

**If a voter provides both types of identification numbers on the ABBM (ex: driver's license AND last four digits of SSN), do both numbers have to match the voter registration record?**

No. If one number matches the voter registration record (and the voter is otherwise eligible to vote by mail), you must accept the ABBM.

Your obligation in reviewing the identification numbers on an ABBM is to determine if the information provided by the voter on the ABBM identifies the same voter identified on the applicant's voter registration record. (Sec. 86.001(f)).



STATE112468

# What if a voter provides the last four digits of the SSN, but the voter registration record shows both a driver's license and an SSN?

If the last four digits of the SSN provided by the voter on the ABBM matches the voter record (and the voter is otherwise eligible to vote by mail), you must accept the ABBM if otherwise properly completed.



STATE112469

**The EV clerk received a timely ABBM for an upcoming election from a voter who is not currently registered to vote in the county/political subdivision. Can the EV clerk process the application and send the voter a ballot by mail?**

The application must be rejected and the voter must be sent a Notice of Rejected Application for Ballot by Mail if the voter is not registered in the county/political subdivision and the voter registration records reflect that the voter will not have an effective voter registration by election day in the county/political subdivision.  Pursuant to Section 13.143 of the Code, a voter registration is effective for purposes of early voting if it will be effective on election day.  As such, if the voter registration records reflect that the voter's registration will be effective by election day, and the single-use ABBM or Annual ABBM contains the required information, the application should be processed and the voter should be sent a ballot by mail.

STATE112470

# What if the residence address the voter provided on the ABBM is different from the residence address at which the voter is registered?

As long as the voter is registered in the political subdivision holding the election, **and** as long as the address on the ABBM is also within that county (or political subdivision), then the EV clerk should process the ABBM (if the voter is otherwise eligible to vote in the election) and send the voter a <u>Statement of Residence</u> along with the balloting materials.  If the addresses do not meet this criteria, then the EV clerk must <u>reject the ABBM</u> (or forward it to the correct EV clerk, if applicable).   When mailing a ballot to the voter, the EV clerk must make a notation on the carrier envelope that a Statement of Residence is included so that the early voting ballot board knows to look for the Statement of Residence with the marked ballot; the early voting ballot board cannot count that ballot if the Statement of Residence is not returned by the voter.



STATE112471

**A voter submitted an ABBM to vote a ballot by mail on the ground of disability/age. The mailing address provided on the application is not the mailing address listed on the voter's registration certificate. The voter did not make a selection in Box No. 2 of the official state application indicating whether the mailing address is that of a hospital, nursing home or other long-term care facility, retirement center, or of a person related to the voter. Should the application be rejected?**

Yes, the application must be rejected because the mailing address on the application differs from the mailing address on the voter's registration certificate. Pursuant to Section 84.002 of the Code, an application for a ballot to be voted by mail on the grounds of age or disability must include the address of the hospital, nursing home or other long-term care facility, or retirement center, or of a person related to the applicant within the second degree by affinity or the third degree by consanguinity, as determined under Chapter 573, Government Code, if the applicant is living at that address and that address is different from the address at which the applicant is registered to vote.



STATE112472

**A political subdivision is conducting an election and the EV clerk received a single-use ABBM from a voter due to absence from the county of residence.  However, the information on the ABBM reflects that the voter will only be out of the county of residence during the early voting period/or will only be out of the county on election day.  Is the voter eligible to receive a ballot by mail?**

No, the voter is not eligible to receive a ballot by mail. Pursuant to Section 84.002(b) of the Code, an application for a ballot to be voted by mail on the ground of absence from the county of residence must indicate that the applicant satisfies the requirements prescribed by Section 82.001.  A qualified voter is eligible for early voting by mail if the voter expects to be absent from the county of the voter's residence on election day and during the regular hours for conducting early voting at the main early voting polling place for that part of the period for early voting by personal appearance remaining after the voter's early voting ballot application is submitted to the EV clerk.



STATE112473

TEXAS SECRETARY OF STATE

## What if a voter does not check *any* boxes indicating for which election(s) he/she wishes to receive a ballot?

It depends on the elections within that calendar year.  If the Annual ABBM voter did not select any elections during a primary election year, e.g. 2022, and the voter did not select which party's ballot he/she would like to receive, the EV clerk should reject the ABBM for purposes of the primary election, but otherwise process the application as an Annual ABBM. The EV clerk should notify the voter of the rejection of the ABBM as it applies to the primary election, but also check the box that indicates the application will be considered an Annual ABBM. [Secs. 86.0015, 86.001]  If it is an odd-numbered year, e.g. 2021, and the Annual ABBM voter did not select any elections, the application would be considered an Annual ABBM and processed accordingly. [Sec. 86.0015(a)]



STATE112474

**The EV clerk received a single-use ABBM from a voter but the voter did not indicate that he/she wanted a ballot for any resulting runoff. Our political subdivision is conducting a runoff election.  Should a ballot be mailed to the voter for the runoff election?**

No, a ballot should not mailed to the voter for the runoff election.  An applicant for a ballot to be voted by mail may apply for ballots for the main election and any resulting runoff election on the same application. [Sec. 84.001] However, a ballot for the runoff election should not be mailed to the voter if the voter did not request a ballot for any resulting runoff on the single-use ABBM.



STATE112475

# How many Annual ABBMs may a person witness in a calendar year?

Unless a close relative of the voter (parent, grandparent, spouse, child, or sibling) or an EV clerk or deputy EV clerk, a person may witness one single-use ABBM per election in a calendar year, or one Annual ABBM for the entire calendar year.  Note, a violation of this law does not invalidate the ABBM.  [Sec. 84.004]



STATE112476

**The EV clerk received an ABBM from a voter which reflected that the voter was unable to sign his/her name or make a mark.  The witness signed his/her own name but did not provide the witness's residence address/printed name and/or indicate the witness's relationship to the candidate. May the application be accepted?**

No.  The application may not be accepted and the EV clerk must mail the voter a <u>Notice of Rejected Application for Ballot by Mail.</u>  Per Section 1.011 of the Code, the application may be signed by a witness if the voter cannot sign the application due to physical disability or illiteracy.  If the voter cannot sign his/her name, the voter must affix his/her mark to the ABBM, to which the witness must attest.   If the voter cannot make the mark, the witness must state that fact on the application.  The witness must affix the witness's own signature to the application and state the witness's own name, in printed form.  The witness must also state his/her residence address unless the witness is an election officer, in which case the witness must state the witness's official title.

STATE112477

**The EV clerk received an application that reflects that the voter received assistance in completing the application. However, the assistant did not provide his/her signature/printed name and/or residence address. May the application be accepted?**

Yes, the application may be accepted. Mistakes with respect to completing the assistance portion on an ABBM do not cause rejection of the application. However, a person who in the presence of the applicant otherwise assists an applicant in completing an early voting ballot application commits a Class A misdemeanor offense if the person knowingly fails to comply with Section 1.011(d) of the Code in the same manner as a witness.



STATE112478

# What defects can a voter correct in a rejected ABBM?

- If a voter fails to provide any of the required personal identification numbers or the numbers do not match the voter registration record, the voter may correct the defect through the Ballot by Mail Tracker.

- Alternatively, if a voter's ABBM is rejected for a missing or incorrect personal identification number OR for any other reason, the voter may submit a new ABBM with the required/corrected information.



STATE112479

# Best Practices When Reviewing ABBMs

- The EV Clerk should review the following items on an ABBM:
  - Timeliness
  - Proper Delivery (mail, common/contract carrier, fax, in person by voter, email)
  - Correct Clerk (if not, forward)
  - **Registration Status**
  - **Residence and Mailing Address**
  - Additional Considerations
    - outside county, disability, 65 or older
- Recommend date stamping the application on the date it is received by the EV Clerk



STATE112480

TEXAS SECRETARY OF STATE

# BALLOT BY MAIL TRACKER



STATE112481

# Ballot by Mail Tracker
## Available at www.votetexas.gov

TEXAS SECRETARY OF STATE          BALLOT BY MAIL TRACKER
                                  TEXAS ELECTIONET ADMINISTRATION SYSTEM

← Back to My Voter Portal                          English   En Español

### Ballot by Mail Tracker

To track the status of your ballot by mail application or ballot, please enter your voter information below. Fields marked with an * are statutorily required.

### Voter Information

First Name*                          Last Name*

Suffix                               Date of Birth (mm/dd/yyyy)

Last 4 digits of SSN*                Driver's License # / DPS PIN*



STATE112482

# What information does the voter need to enter the Ballot by Mail Tracker?

- The voter must enter:
  - Texas Driver's License or Personal Identification Card Number issued by DPS,
  - Last four digits of SSN, AND
  - Residence Address.



STATE112483

# What other information can the voter access on VoteTexas.gov?

- Through the **My Voter Portal** on VoteTexas.gov, the voter can:
  - Check their voter registration
  - Start a new voter registration application
  - Update their name or address
    - Including updates to new counties
  - Track their mail ballot

- <u>teamrv-mvp.sos.texas.gov/MVP/mvp.do</u>



STATE112484

# Do FPCA voters have a different mail ballot tracker?

- No. The Ballot by Mail Tracker contains information for FPCA voters as well.

- If an FPCA voter has a missing or incorrect personal identification number, they may correct this defect in the Ballot by Mail Tracker.



STATE112485

# Key Points to Remember

- Voters are not required to provide both types of identification numbers.

- If a voter provides both numbers, only one number has to match the VR record.

- Do not delay in mailing rejection notices.

- Voters are not required to use the Ballot by Mail Tracker to correct missing information.  They can submit a new ABBM or a new VR application, whichever is applicable.

- County early voting clerks are REQUIRED to submit rejected ABBM information to TEAM (or through their vendor, if it provides data to TEAM).  This is what populates the Ballot by Mail Tracker.

STATE112486

# Informal Application

☑ In writing (i.e., not verbal)

☑ Signed by applicant or witness

☑ Contain Applicant's Name

☑ State Registered Residence Address

☑ Contain Address to which ballot to be mailed

☑ State Grounds for voting by mail

☑ Indication of which election application is for



STATE112487

# Informal Application

- For ABBMs which are prepared and distributed by campaigns, please note that these applications must include the information required under Section 84.002 of the Election Code, including the statement which must be affirmatively indicated by the voter on their application to vote by mail if voting by mail on the ground of disability.



STATE112488

TEXAS SECRETARY OF STATE

# Notice of Rejected ABBM Forms

- If the early voting clerk rejects an ABBM because the voter failed to provide any of the required identification information or the information included on the ABBM does not match the voter's voter registration record, the early voting clerk must provide the voter with notice of the rejection in accordance with Section 86.001
  - Notice of Rejected ABBM (Form 6-2)
  - Notice of Rejected ABBM-Missing or Incorrect Personal Identification Numbers (Form 6-3)
  - Notice of Rejected ABBM-Required Identification Number is not Associated with Your Voter Record (Form 6-4)



STATE112489

# METHODS OF SUBMITTING AN ABBM OR FPCA



STATE112490

# Methods of Submitting an ABBM

Voters may use either:

- An SOS official (formal) application (84.011); or

- An informal Application (84.002)



STATE112491

# Methods of Submitting an ABBM or FPCA

- **There are different ways for a voter to submit an ABBM or FPCA:**
  - In person by voter not later than the 11th day before Election Day (unless that day is a Saturday, Sunday, or legal state or national holiday, in which case the last day is the first preceding regular business day) (New Law)
  - By regular mail
  - By common or contract carrier
  - By email
  - By facsimile

Sections 84.007 and 84.008, Texas Election Code



STATE112492

# Methods of Submitting an ABBM or FPCA

**NEW LAW:  House Bill 3107 (2021)**

- Effective September 1, 2021, voters may now personally deliver their ABBM or FPCA to the early voting clerk not later than the close of regular business in the early voting clerk's office or 12 noon, whichever is later, on the 11th day before election day (unless that day is a Saturday, Sunday, or legal state or national holiday, in which case the last day is the first preceding regular business day.)
- For the general election for state and county officers, this deadline is Friday, October 28, 2022
- However, see the slide on the next page regarding voters voting by mail due to absence from the county of residence

Sections 84.007, 84.008, and 101.052 Texas Election Code

STATE112493

# Methods of Submitting an ABBM or FPCA

**For voters voting my mail due to absence from the county of residence:**

- If a voter's early voting ballot application is submitted on or after the first day of the period for early voting by personal appearance, the voter is ineligible for early voting by mail unless the voter is absent from the county when the application is submitted.

- This means that once early voting in person has started, the voter may no longer deliver their ABBM or FPCA in person to the early voting clerk. This is due to the fact that the voter must be absent from the county when the application is submitted.

Section 82.001 and 101.002, Texas Election Code



STATE112494

# Methods of Submitting an ABBM or FPCA

- If an ABBM is faxed or emailed or if an FPCA is faxed, then the applicant **must** submit the ORIGINAL application BY MAIL to the early voting clerk so that the early voting clerk **receives the original no later than the 4th business day after receiving the emailed or faxed ABBM or faxed FPCA**.

- If the early voting clerk does not receive the original ABBM or FPCA by that deadline, then the emailed or faxed ABBM or faxed FPCA will be considered incomplete, and the early voting clerk may **NOT** send the applicant a ballot. The early voting clerk should retain a copy of the FPCA for their own records, but should send the FPCA submitted by the voter to the Voter Registrar for registration purposes.

Section 84.007, Texas Election Code

STATE112495

# Methods of Submitting an ABBM

For information on how a voter may submit a request to vote by mail if he/she participates in the Attorney General Address Confidentiality Program, please see our advisory here:

**No. 2020-28** - Registering a Voter who is part of a Confidentiality Program



STATE112496

# What does the FPCA form do?

- Dual function:
  - Registers the individual onto the permanent voter rolls 30 days after receipt by the county
  - Functions as an application for ballot by mail



STATE112497

# Form and Contents of Application

- Application must:
  - Be submitted on official federal postcard application form
    - Prescribed by the Federal Voting Assistance Program
  - Include information indicating the applicant is eligible to vote in the election for which ballot is requested



STATE112498

TEXAS SECRETARY OF STATE

# FPCA and Voter Registration

EV clerk should make a copy of the FPCA (for mailing ballots, keeping records, etc.) and then must forward the original FPCA to the county voter registrar so that it may be processed for registration.

— Voter Registrar determines whether to add the voter to the registration list.



STATE112499

# FPCA Affirmation Reasons as they Relate to Voter Registration and Ballot by Mail

| | |
|---|---|
| "I am on active duty in the Uniformed Services or Merchant Marine." | • Ballot is issued by the EV clerk.<br>• VR registers the individual or updates a permanent voter record. |
| "I am a U.S. citizen living outside the country, and I intend to return." | • Ballot is issued by the EV clerk.<br>• VR registers the individual or updates a permanent voter record. |
| "I am a U.S. citizen living outside the country, and my return is uncertain." | • **FEDERAL BALLOT** only is issued by EV clerk<br>• **NOT** eligible for voter registration<br>• **CANCELS** an existing registration |
| "I am a U.S. citizen living outside the country, and I have never lived in the United States." | • **NOT** eligible to receive ballots<br>• **NOT** eligible for voter registration<br>• **CANCELS** an existing registration |



STATE112500

# Intent to Return / Timeliness

- Applicant is entitled to receive a full ballot (federal and nonfederal offices) if the FPCA is submitted on or before the 20th day before Election Day and application contains information for registering to vote

- Applicant also receives a full ballot if FPCA is submitted after the 20th day and by the 11th day deadline and the applicant is already registered to vote

- If the FPCA does not have a postmark, it is timely if received by the EV clerk by the 15th day before the election



STATE112501



# Method of Providing Ballot

- Hard copy by mail (default method)
  - Voter must provide a mailing address to show voter's location outside the county (military) or outside the U.S. (nonmilitary)
  - Inside the U.S. for forwarding to location outside the U.S. (can be address in the county)
- E-mail
  - Voter must still provide a mailing address to show voter's location outside the county (military) or outside the U.S. (nonmilitary)
- Common or contract carrier (if paid for by voter)
- Unmarked ballots may **not** be faxed



STATE112502

| Type | Who Can Use? | Application Delivery | Filing Period | Expiration Date | Ballots Received |
|---|---|---|---|---|---|
| Regular ABBM | • 65+ on Eday<br>• Disability<br>• Expected to Give Birth Within Three Weeks Before or After Eday<br>• Absent from County<br>• Confined in Jail<br>• Civilly Committed under Chapter 841, Health and Safety Code<br>• Address Confidentiality | • In person by voter not later than the 11th day before Eday<br>• Regular Mail<br>• Common or Contract Carrier<br>• Fax<br>• Email (signed, scanned attachment) | January 1 of calendar year through 11th day before election day for which ballot is requested. | Good for one election only (plus runoff if requested).<br>Expires after the election for which ballot was requested.<br>OR<br>Voter cancels ABBM. | Ballot(s) for election(s) held by early voting clerk to whom application submitted (and runoff ballot, if requested). |
| Annual ABBM | • 65+ on Eday<br>• Disability | • Same as Regular ABBM | January 1 of calendar year*+<br>*On or before 11th day before Eday, to receive ballot for that election<br>+Up to 60 days before election held in January or February. | December 31 OR Until:<br>• Voter cancels ABBM<br>• Registration cancelled<br>• Voter registers in a new county | All ballots for all elections held by all political subdivisions in the year in which submitted.+ |
| FPCA | • Military Voter Outside Home Texas County (or Dependent)<br>• National Guard (or Dependent)<br>• U.S. Citizen Overseas | • In person by voter not later than the 11th day before Eday<br>• Regular Mail<br>• Common or Contract Carrier<br>• Fax<br>• Email (signed, scanned attachment) | January 1 of calendar year*+<br>*If registered, on or before 11th day before Eday, to receive ballot for that election. If not registered but eligible to register, not later than 20th day before Eday.<br>+Up to 60 days before election held in January or February. | Same as Annual ABBM | All ballots for all elections held by the county, city, or school district, in the year in which submitted (unless eligible for federal ballot only).+ |

STATE112503

# Questions?

## elections@sos.texas.gov



STATE112504

# EXHIBIT 29

## Freeman, Daniel (CRT)

| | |
|---|---|
| **From:** | Freeman, Daniel (CRT) |
| **Sent:** | Monday, February 28, 2022 9:49 PM |
| **To:** | Patrick.Sweeten@oag.texas.gov; Eric.Hudson@oag.texas.gov; Kathleen.Hunker@oag.texas.gov; Elizabeth.Saunders@oag.texas.gov; Jeff.White@oag.texas.gov; Leif.Olson@oag.texas.gov; Will.Thompson@oag.texas.gov; sb12021@oag.texas.gov; ranjana@statesuniteddemocracy.org; sameer.birring@cao.hctx.net; Christian.Menefee@cao.hctx.net; jonathan.fombonne@cao.hctx.net; Barbara.Nicholas@dallascounty.org; ben.stool@dallascounty.org; earl.nesbitt@dallascounty.org; aleo@cooley.com; mejiab@cooley.com; christine@statesuniteddemocracy.org; ghabell@cooley.com; khartnett@cooley.com; kspector@cooley.com; oarmon@cooley.com; ssong@cooley.com; zack@statesuniteddemocracy.org; Kim.Barr@dallascounty.org; Sherine.Thomas@traviscountytx.gov; Leslie.Dippel@traviscountytx.gov; josephine.ramirez@da.co.hidalgo.tx.us; leigh.tognetti@da.co.hidalgo.tx.us; tony.nelson@traviscountytx.gov; patrick.pope@traviscountytx.gov; Eric.Nichols@butlersnow.com; Victoria.Filoso@butlersnow.com; Sandy.Myers@butlersnow.com; Lisa.Cubriel@bexar.org |
| **Cc:** | Stewart, Michael (CRT); Paikowsky, Dana (CRT); Yun, Jennifer (CRT); Dellheim, Richard (CRT); nperales@maldef.org; christopher.bell@friedfrank.com; jason.kanterman@friedfrank.com; Julia Longoria; kevin.zhen@friedfrank.com; michael.keats@friedfrank.com; rebecca.martin@friedfrank.com; liz.ryan@weil.com; paul.genender@weil.com; morales-doyles@brennan.law.nyu.edu; alexander.cohen@weil.com; andrew.garber@nyu.edu; sweren-beckere@brennan.law.nyu.edu; jasleen.singh@nyu.edu; matt.berde@weil.com; patrick.berry@nyu.edu; bclements@freespeechforpeople.org; laura.rosenbaum@stoel.com; wendy.olson@stoel.com; chostetler@freespeechforpeople.org; elijah.watkins@stoel.com; jbonifaz@freespeechforpeople.org; marc.rasich@stoel.com; rfein@freespeechforpeople.org; sean@lyonsandlyons.com; gyeomans@naacpldf.org; kdulaney@reedsmith.com; jholmes@naacpldf.org; ksadasivan@naacpldf.org; kbroughton@reedsmith.com; lspencer@reedsmith.com; abadat@naacpldf.org; scummings@reedsmith.com; wakschlag@thearc.org; domingo@dgley.com; gwhite@elias.law; johnhardin@perkinscoie.com; jhawley@elias.law; jposimato@elias.law; kyukevich@elias.law; melias@elias.law; mmixon@elias.law; unkwonta@elias.law; acepedaderieux@aclu.org; asegura@aclutx.org; hani@texascivilrightsproject.org; jvattamala@aaldef.org; jamunson@jenner.com; ldavis@drtx.org; lostrom@drtx.org; mimi@texascivilrightsproject.org; pstegemoeller@aaldef.org; ryan@texascivilrightsproject.org; sosaki@aclu.org; skumar@aclutx.org; slakin@aclu.org; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; umittal@jenner.com; asavitzky@aclu.org; aharris@aclutx.org; hani@texascivilrightsproject.org; Liliana Zaragoza |
| **Subject:** | [encrypt] LUPE v. Texas (SB 1): United States Expert Reports |
| **Attachments:** | Ayers Kara Expert Report Final.pdf; Eggington William Expert Report.pdf; Hersh Eitan Expert Report.pdf; Patrick Tammy Expert Report LUPE v Texas.pdf; hersh_prepping_files.do; hersh_matching_files.do |

Counsel:

Pursuant to the Court's scheduling order, attached please find expert materials required by Rule 26(a)(2)(B).

Regards,

Dan Freeman

Daniel J. Freeman
Trial Attorney

Voting Section, Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.143
Washington, DC 20530
(202) 305-4355 (o), (202) 305-5451 (c)
daniel.freeman@usdoj.gov