IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., *Defendants*. | § § § § § § § § § § Case No. 5:21-cv-844-XR |

**STATE DEFENDANTS NOTICE OF JOINDER TO INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 608)**

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State ("the Secretary"), Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas ("State Defendants"), hereby join Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee ("RNC"), National Republican Senatorial Committee ("NRSC"), and National Republican Congressional Committee's ("NRCC") Motion for Summary Judgment (ECF No. 608). As the motion explains, this Court should grant summary judgment for the Intervenor-Defendants, because SB 1 does not implicate, much less violate, the federal materiality provision of 52 U.S.C. § 10101. *See id.* at 6–13. Furthermore, this Court should grant summary judgment for the Intervenor-Defendants because Plaintiffs' vagueness claims are premature and unwarranted, because Plaintiffs' First Amendment claims are unfounded and meritless, and because SB 1 fully complies with Section 208 of the Voting Rights Act. *See id* at 16, 22, 27. In any event, even if Plaintiffs could show a minimal burden, the State's interest in uniform, secure, free, and fair elections far outweigh such a showing.

Therefore, this Court should grant State Defendants and Intervenor-Defendants summary judgment.

| | |
|---|---|
| Date: May 26, 2023 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | RYAN G. KERCHER<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Kathleen T. Hunker<br>KATHLEEN T. HUNKER |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Special Counsel<br>Tex. State Bar No. 24118415 |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 | AMY SNOW HILTON<br>Assistant Attorney General<br>Tex. State Bar No. 24097834 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2120<br>Fax: (512) 320-0667<br>kathleen.hunker@oag.texas.gov<br>christopher.hilton@oag.texas.gov<br>ryan.kercher@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br>amy.hilton@oag.texas.gov |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 26, 2023, and that all counsel of record were served by CM/ECF.

/s/ KATHLEEN T. HUNKER
KATHLEEN T. HUNKER