IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs*, v. JANE NELSON, et al., *Defendants.* | 1:21-CV-0780-XR |

### [PROPOSED] ORDER GRANTING PLAINTIFFS OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, AND REVUP-TEXAS'S MOTION FOR PARTIAL SUMMARY JUDGMENT

After consideration, the Court **GRANTS** Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas's motion for partial summary judgment. Accordingly, the Court hereby **declares** that SB 1's matching-number requirement, codified at Texas Election Code Sections 84.002(a)(1-a), (b-1); 84.011(a)(3-a); 86.001(f), (f-1), (f-2); 86.002(g), (h), (i); 86.015(c)(4); 87.0271(a)(4); 87.041(b)(8); and 87.0411(a)(4), violates Section 101 of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B). The Court further **permanently enjoins** the Texas Secretary of State, the Harris County Elections Administrator, and the Travis County Clerk from enforcing these provisions. The Court finally **orders** that OCA Plaintiffs are entitled to recover their reasonable attorney's fees and expenses.

SIGNED this _____ day of _____, 2023.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE