IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs,* § § v. § § STATE OF TEXAS, *et al.*, § § *Defendants.* § § HARRIS COUNTY REPUBLICAN PARTY, *et al.*, § § *Intervenor-Defendants*. § | Case No. 5:21-cv-00844-XR [Lead Case] |

**[PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Pending before the Court is LUPE Plaintiffs' Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

Upon review of the request, the motion is GRANTED. It is hereby ORDERED that the following claims in the LUPE Plaintiffs' Second Amended Complaint are DISMISSED WITHOUT PREJUDICE:

1. All claims challenging SB1 §§ 2.04, 2.06, 2.07, 2.08, 2.11, 3.04, 3.09, 3.10, 3.12, 3.13, 4.01, 4.06, and 4.07;
2. All claims challenging SB1 § 4.09 except Count VIII; and
3. Count IX.

IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE