# EXHIBIT 1

# Victoria Giese

| | |
|---|---|
| **From:** | Cory Liu |
| **Sent:** | Friday, May 26, 2023 9:49 AM |
| **To:** | Victoria Giese |
| **Subject:** | Fwd: [External Email] Activity in Case 5:21-cv-00844-XR La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al Motion for Leave to Exceed Page Limitation |

Begin forwarded message:

**From:** Cory Liu <Cory.Liu@butlersnow.com>
**Date:** May 23, 2023 at 3:54:37 PM CDT
**To:** Zachary Dolling <zachary@texascivilrightsproject.org>, SB1-OCA-Ps@texascivilrightsproject.org
**Subject: RE: FW: [External Email] Activity in Case 5:21-cv-00844-XR La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al Motion for Leave to Exceed Page Limitation**

What claims if any do you believe should be pursued against the Harris County District Attorney in the first phase?

**Cory R. Liu**
**Butler Snow LLP**

D: (737) 802-1808 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Cory.Liu@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Zachary Dolling <zachary@texascivilrightsproject.org>
**Sent:** Tuesday, May 23, 2023 3:27 PM
**To:** Cory Liu <Cory.Liu@butlersnow.com>; SB1-OCA-Ps@texascivilrightsproject.org
**Subject:** Re: FW: [External Email] Activity in Case 5:21-cv-00844-XR La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al Motion for Leave to Exceed Page Limitation

Hi Cory,

You are correct that the OCA Plaintiffs do not intend to seek summary judgment on their claims against the Harris County District Attorney on May 26. However, we do not view that as precluding us from pursuing those claims at trial during the first phase of the currently bifurcated proceedings.

Thanks,

**Zach Dolling**
Texas Civil Rights Project
Mobile: 512-496-4746
This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately

from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Tue, May 23, 2023 at 3:18 PM Cory Liu <Cory.Liu@butlersnow.com> wrote:

> Zachary,
>
> Based on this filing, can you confirm for me that it is OCA Plaintiffs' understanding that they are not pursuing any claims against the Harris County District Attorney in the first phase of the bifurcated proceeding?
>
> I ask because we need to know what, if any, claims involving my client are subject to the May 26 summary judgment deadline.
>
> Thank you,
>
> **Cory R. Liu**
>
> **Butler Snow LLP**
>
> D: (737) 802-1808 | F: (737) 802-1801
>
> 1400 Lavaca Street, Suite 1000, Austin, TX 78701
>
> Cory.Liu@butlersnow.com | vCard | Bio
>
> Twitter | LinkedIn | Facebook | YouTube
>
> **From:** TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
> **Sent:** Tuesday, May 23, 2023 12:47 PM
> **To:** cmecf_notices@txwd.uscourts.gov
> **Subject:** [External Email] Activity in Case 5:21-cv-00844-XR La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al Motion for Leave to Exceed Page Limitation
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered by Dolling, Zachary on 5/23/2023 at 12:47 PM CDT and filed on 5/23/2023

| | |
|---|---|
| **Case Name:** | La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al |
| **Case Number:** | 5:21-cv-00844-XR |
| **Filer:** | League of Women Voters of Texas |
| | OCA-Greater Houston |
| | REVUP-Texas |
| **Document Number:** | 604 |

**Docket Text:**
**Opposed MOTION for Leave to Exceed Page Limitation** *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* **by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary)**

**5:21-cv-00844-XR Notice has been electronically mailed to:**

Adriel Cepeda-Derieux     acepedaderieux@aclu.org

Alyssa G. Bernstein     abernstein@jenner.com

Amy Snow Hilton     amy.hilton@oag.texas.gov, nicole.myette@oag.texas.gov

Andre I. Segura     asegura@aclutx.org, cclay@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Andrew B. Garber     andrew.garber@nyu.edu

Anthony J. Nelson     tony.nelson@traviscountytx.gov, Gabe.Hodge@traviscountytx.gov, ronisha.sims@traviscountytx.gov

Ari Savitzky     asavitzky@aclu.org

Ashley Alcantara Harris     aharris@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Barbara S. Nicholas     barbara.nicholas@dallascounty.org, kim.barr@dallascounty.org,

samantha.winn@dallascounty.org

Beatriz Mejia	mejiab@cooley.com, efiling-notice@ecf.pacerpro.com, smartinez@cooley.com

Ben Clements	bclements@freespeechforpeople.org

Ben L Stool	ben.stool@dallascounty.org, Cecily.Fazzino@dallascounty.org

Bradley R. Prowant	bradley.prowant@stoel.com, sarah.bagwell@stoel.com

Breanna Della Williams	bwilliams@naacpldf.org

Brian Dimmick	bdimmick@aclu.org, uabid@aclu.org

Caroline A. Lebel	clebel@cooley.com, efilingnotice@cooley.com, zughayerte@cooley.com

Chad Ennis	CEnnis@sos.texas.gov, ysimental@texaspolicy.com

Charles E.T. Roberts	cetroberts@jonesday.com

Chase Martin	chase@thefga.org

Christine Sun	christine@statesuniteddemocracy.org, bettina@statesuniteddemocracy.org

Christopher McGreal	cmcgreal@drtx.org, marreguin@drtx.org, mmcnair@drtx.org

Christopher D. Hilton	christopher.hilton@oag.texas.gov, jordan.eskew@oag.texas.gov

Christopher Dooley Dodge	cdodge@elias.law

Ciara A. Sisco	csisco@naacpldf.org

Cory Ren Liu	cory.liu@butlersnow.com

Courtney M. Hostetler	chostetler@freespeechforpeople.org

Dana Paikowsky	dana.paikowsky@usdoj.gov

Daniel Joshua Freeman	daniel.freeman@usdoj.gov

Daniela Lorenzo	dlorenzo@elias.law

Donna Garcia Davidson	donna@dgdlawfirm.com, admin@dgdlawfirm.com

E. Stewart Crosland	scrosland@jonesday.com

Earl S. Nesbitt	esnesbitt61@gmail.com, lisa.granado@wbclawfirm.com, nesbitt8@airmail.net

Edgar Saldivar	esaldivar@aclutx.org, cclay@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Elena Rodriguez Armenta	erodriguezarmenta@elias.law

Elijah M. Watkins     elijah.watkins@stoel.com, docketclerk@stoel.com, ecf-txwd-5147863353819136@inbound.docketalarm.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com

Eliza Sweren-Becker     sweren-beckere@brennan.law.nyu.edu, tringalii@brennan.law.nyu.edu

Elizabeth Yvonne Ryan     liz.ryan@weil.com, da.docket@weil.com, liz-ryan-1322@ecf.pacerpro.com, martha.lawless@weil.com, mco.ecf@weil.com, megan.cloud@weil.com, sharron.morris@weil.com

Eric A. Hudson     ehudson@terrazaspllc.com, txattorney@gmail.com

Eric J.R. Nichols     Eric.Nichols@butlersnow.com, ecf.notices@butlersnow.com, mckenna.tansey@butlersnow.com, vanessa.joaquin@butlersnow.com, victoria.giese@butlersnow.com

Fatima L Menendez     fmenendez@maldef.org, cleija@maldef.org, ipina@maldef.org

Germaine Maria Habell     ghabell@cooley.com, bcaric@cooley.com

Gregory D. Washington     GWashington@jenner.com

Hani Mirza     hani@texascivilrightsproject.org, chris@texascivilrightsproject.org, hmirza@wustl.edu

Ian Russell Kaplan     ian.kaplan@epcounty.com, Isela.Lozano@epcounty.com, li.rodriguez@epcounty.com, MContreras@epcounty.com

James A. Rodman     jimrodman@rodmanlawoffice.com, laura@rodmanlawoffice.com

James Michael Showalter     mshowalter@schiffhardin.com

Jasleen K. Singh     jasleen.singh@nyu.edu, singhj@brennan.law.nyu.edu

Jason S. Kanterman     jason.kanterman@friedfrank.com, managingattorneysdepartment@friedfrank.com

Jaywin Singh Malhi     jaywin.malhi@usdoj.gov

Jennifer A. Holmes     jholmes@naacpldf.org, koliver@naacpldf.org

Jennifer Jaeseon Yun     jennifer.yun@usdoj.gov

Jerry Vattamala     jvattamala@aaldef.org

Jessica Ring Amunson     jamunson@jenner.com, 5598279420@filings.docketbird.com, docketing@jenner.com

John Bonifaz     jbonifaz@freespeechforpeople.org

John M. Gore     jmgore@jonesday.com

Jonathan Gabriel Chaim Fombonne     jonathan.fombonne@cao.hctx.net, andrea.mintzer@cao.hctx.net

Joseph N. Posimato     jposimato@elias.law, joe-posimato-6694@ecf.pacerpro.com

Josephine L. Ramirez     josephine.ramirez@da.co.hidalgo.tx.us, jdog_jlr@yahoo.com, mary.cheaney@da.co.hidalgo.tx.us

Julia Renee Longoria     jlongoria@maldef.org, juliarlongoria@gmail.com

Karson Karl Thompson     karson.thompson@butlersnow.com, cheryl.walters@butlersnow.com, ecf.notices@butlersnow.com, mckenna.tansey@butlersnow.com

Kathleen Hartnett     khartnett@cooley.com, efilingnotice@cooley.com, mnarvaez@cooley.com

Kathleen Hunker     Kathleen.Hunker@oag.texas.gov, Elizabeth.Saunders@oag.texas.gov, jessica.yvarra@oag.texas.gov, sharon.murray@oag.texas.gov

Kathryn Sadasivan     ksadasivan@naacpldf.org, koliver@naacpldf.org

Keely Dulaney Pippin     kpippin@reedsmith.com, klang@reedsmith.com

Kelsey Spector     kspector@cooley.conn, avera@cooley.com

Kenneth Parreno     kparreno@maldef.org

Kenneth E. Broughton , Jr     kbroughton@reedsmith.com, kwright@reedsmith.com, rsheffield@reedsmith.com

Kevin Zhen     kevin.zhen@friedfrank.com, managingattorneysdepartment@friedfrank.com

Larry L. Roberson     lroberson@bexar.org, lroberson75@gmail.com, noelle.butler@bexar.org

Laura E. Rosenbaum     laura.rosenbaum@stoel.com, docketclerk@stoel.com, katherine.erickson@stoel.com

Leigh Ann Tognetti     leigh.tognetti@da.co.hidalgo.tx.us

Leslie W. Dippel     leslie.dippel@traviscountytx.gov, amy.pollock@traviscountytx.gov, gabe.hodge@traviscountytx.gov, sylvia.mcnicholas@traviscountytx.gov

Lisa V. Cubriel     Lisa.Cubriel@bexar.org, Lisa_Cubriel@yahoo.com, MaryAnn.Ortegon@bexar.org

Louis J. Capozzi , III     lcapozzi@jonesday.com

Lucia Romano     lromano@drtx.org, khillips@drtx.org, mmcnair@drtx.org

Madeleine Hall Carpenter     madeleine.carpenter@weil.com

Marc Erik Elias     melias@elias.law, marc-elias-5731@ecf.pacerpro.com, mdepass@elias.law

Marcos Mocine-Mcqueen     mmcqueen@elias.law, capolonio@elias.law

Marina Eisner     marina@stateuniteddemocracy.org

Marisa O'Gara     mogara@elias.law

Mark L. Bieter     mark.bieter@stoel.com, annmarie.liddell@stoel.com, kelly.tonkin@stoel.com

Meaghan E. Mixon     mmixon@elias.law, gream@elias.law

Megan Ashley Rusciano     rusciano@thearc.org

Michael B. Jones     mjones@elias.law

Michael C. Keats     michael.keats@friedfrank.com, managingattorneysdepartment@friedfrank.com

Michael Elliot Stewart     michael.stewart3@usdoj.gov

Michael J. Garza     michael@michaeljgarzapc.com, krystal@michaeljgarzapc.com, michaelgarza@mac.com

Mohammed A. Badat     abadat@naacpldf.org, koliver@naacpldf.org

Nina Perales     nperales@maldef.org, cleija@maldef.org, fmenendez@maldef.org, ipina@maldef.org

Noah B. Baron     nbaron@elias.law, mshostek@elias.law

Omeed Alerasool     oalerasool@elias.law

Orion Armon     oarmon@cooley.com, efilingnotice@cooley.com, nmatteo@cooley.com

Patrick Stegemoeller     pstegemoeller@aaldef.org

Patrick A. Berry     patrick.berry@nyu.edu

Patrick T. Pope     patrick.pope@traviscountytx.gov, gabe.hodge@traviscountytx.gov, ronisha.sims@traviscountytx.gov

Paul R. Genender     paul.genender@weil.com, DA.docket@weil.com, mco.ecf@weil.com, megan.cloud@weil.com, paul-genender-5536@ecf.pacerpro.com

Peter Hofer     phofer@disabilityrightstx.org, kphillips@disabilityrightstx.org, mmcnair@disabilityrightstx.org

Ranjana Natarajan     ranjana@statesuniteddemocracy.org, bettina@statesuniteddemocracy.org, pratiksha@statesuniteddemocracy.org

Rebecca L. Martin     rebecca.martin@friedfrank.com, managingattorneysdepartment@friedfrank.com

Richard Alan Dellheim     richard.dellheim@usdoj.gov

Robert Cotter     robert@statesuniteddemocracy.org, robertcotter2012@gmail.com

Robert E Henneke     rhenneke@texaspolicy.com, ysimental@texaspolicy.com

Ronald A. Fein     rfein@freespeechforpeople.org

Roswill Mejia        rmejia@reedsmith.com, kclark@reedsmith.com

Ryan G. Kercher        ryan.kercher@oag.texas.gov, laura.hendrix@oag.texas.gov, ryan.kercher@gmail.com

Samantha Osaki        sosaki@aclu.org

Sarah C. Stewart        sarah.stewart@reedsmith.com, anixon@reedsmith.com, kclark@reedsmith.com

Sarah Xiyi Chen        schen@texascivilrightsproject.org

Savannah Kumar        skumar@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Sean Morales-Doyle        morales-doyles@brennan.law.nyu.edu, monzona@brennan.law.nyu.edu, Paulhusd@brennan.law.nyu.edu, sandersr@brennan.law.nyu.edu

Sean Michael Lyons        sean@lyonsandlyons.com, andrew@lyonsandlyons.com, lisa@lyonsandlyons.com, loanvo@lyonsandlyons.com

Sharon Song        song@cooley.com, efilingnotice@cooley.com

Shira Wakschlag        wakschlag@thearc.org

Sophia Lin Lakin        slakin@aclu.org, bschratz@aclu.org, mlarondeking@aclu.org, mperez@aclu.org

Stephen J. Kenny        skenny@jonesday.com

Stewart Whitson        stewart@thefga.org, stewartwhitson7@gmail.com

Susan Mizner        smizner@aclu.org, uabid@aclu.org

Susana Lorenzo-Giguere        slorenzo-giguere@aaldef.org, lorgig@mac.com

Thomas Christian Herren , Jr        chris.herren@usdoj.gov

Thomas Paul Buser-Clancy        tbuser-clancy@aclutx.org, cclay@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Tiffany Sue Bingham        tiffany.bingham@harriscountytx.gov, andrea.mintzer@cao.hctx.net, jacqueline.bauerband@cao.hctx.net

Uzoma N. Nkwonta        unkwonta@elias.law, capolonio@elias.law, mdepass@elias.law, uzoma-nkwonta-0352@ecf.pacerpro.com

Veronica Smith Moye        vmoye@gibsondunn.com, cfitzgerald@gibsondunn.com, ctryon@gibsondunn.com

Veronikah Rhea Warms        veronikah@texascivilrightsproject.org

Victor Genecin        vgenecin@naacpldf.org, koliver@naacpldf.org

Victoria A. Giese        victoria.filoso@butlersnow.com, sas.schraub@butlersnow.com

Wendy J. Olson     wendy.olson@stoel.com, docketclerk@stoel.com, karissa.armbrust@stoel.com

William D. Wassdorf     will.wassdorf@oag.texas.gov, tamera.martinez@oag.texas.gov

Zachary Dolling     zachary@texascivilrightsproject.org, zdolling@gmail.com

**5:21-cv-00844-XR Notice has been delivered by other means to:**

Clifford Tatum


Dayton Campbell-Harris
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004

Robyn Sanders
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2023] [FileNumber=28584468-0] [9b130521b75ef5e3cd7cbe3bfd7c29270bcf5b5ef49f7a1e1376de8dd909bf4a54 69b3dbdd06e8234a3a69edba77315420f8e40d3f2140a6c9c8c37ab51ce2d1]]

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

# Victoria Giese

| | |
|---|---|
| **From:** | Jennifer A. Holmes <jholmes@naacpldf.org> |
| **Sent:** | Thursday, May 25, 2023 9:05 AM |
| **To:** | Cory Liu |
| **Cc:** | Eric Nichols; Victoria Giese; Shira Wakschlag |
| **Subject:** | [External Email] RE: Meet and Confer in Texas S.B. 1 Litigation |

Hi Cory,

We are still finalizing our position, but we believe at least the undue burden claim (count 1), the Sec 2 claim related to discriminatory results (count 4), the Sec 208 claim (count 5), ADA claim (count 7), and Section 504 claim (count 8) against DA Ogg should be tried in September.

Best,
Jennifer

**Jennifer A. Holmes (she/her)**
Senior Counsel



700 14th Street, Suite 600, Washington, DC 20005
o: 202.682.1300  |  c: 202.258.3846  |  jholmes@naacpldf.org
www.naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Cory Liu <Cory.Liu@butlersnow.com>
**Sent:** Tuesday, May 23, 2023 7:04 PM
**To:** Jennifer A. Holmes <jholmes@naacpldf.org>
**Cc:** Eric Nichols <Eric.Nichols@butlersnow.com>; Victoria Giese <Victoria.Giese@butlersnow.com>
**Subject:** Meet and Confer in Texas S.B. 1 Litigation

[Caution: EXTERNAL EMAIL]

Jennifer,

Can you please let us know HAUL plaintiffs' view on which of your claims, if any at all, against the Harris County District Attorney, should be tried in the first phase of the anticipated bifurcated proceeding?

**Cory R. Liu**
**Butler Snow LLP**

D: (737) 802-1808 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Cory.Liu@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

2

# Victoria Giese

| | |
|---|---|
| **From:** | Cory Liu |
| **Sent:** | Tuesday, May 23, 2023 7:47 PM |
| **To:** | 'unkwonta@elias.law'; cdodge@elias.law |
| **Cc:** | Eric Nichols; Victoria Giese |
| **Subject:** | RE: Meet and Confer in Texas S.B. 1 Litigation |

Apologies, I mistyped one of your email addresses. Hopefully I got it right this time.

**Cory R. Liu**
**Butler Snow LLP**

D: (737) 802-1808 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Cory.Liu@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Cory Liu
**Sent:** Tuesday, May 23, 2023 7:42 PM
**To:** 'nkwonta@elias.law' <nkwonta@elias.law>; cdodge@elias.law
**Cc:** Eric Nichols <Eric.Nichols@butlersnow.com>; Victoria Giese <Victoria.Giese@butlersnow.com>
**Subject:** Meet and Confer in Texas S.B. 1 Litigation

Counsel,

Can you please let us know LULAC Plaintiffs' view on which of your claims, if any at all, against the Harris County District Attorney should be tried in the first phase of the anticipated bifurcated proceeding?

Thank you,

**Cory R. Liu**
**Butler Snow LLP**

D: (737) 802-1808 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Cory.Liu@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

# Victoria Giese

| | |
|---|---|
| **From:** | Cory Liu |
| **Sent:** | Wednesday, May 24, 2023 10:58 AM |
| **To:** | 'Olson, Wendy J.'; Rosenbaum, Laura E.; Watkins, Elijah M.; Bieter, Mark L.; Prowant, Bradley R. |
| **Cc:** | Eric Nichols; Victoria Giese |
| **Subject:** | Meet and Confer in Texas S.B. 1 Litigation |

Counsel:

Can you please let me know Mi Familia Vota Plaintiffs' view of which of your claims, if any at all, against the Harris County District Attorney, should be tried in the first phase of the anticipated bifurcated proceeding?

**Cory R. Liu**
**Butler Snow LLP**

D: (737) 802-1808 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Cory.Liu@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

1