# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | |
| STATE OF TEXAS, *et al.*, | | Case No. 5:21-cv-00844-XR [Lead Case] |
| *Defendants.* | | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | | |
| *Intervenor-Defendants.* | | |

## THE PARTIES' JOINT ADVISORY REGARDING
## CLAIMS TO BE HEARD DURING FIRST PHASE OF TRIAL

NOW COME the undersigned parties in this case and file this Joint Advisory Regarding Claims to be Heard During First Phase of Trial and to inform the Court of any additional areas of disagreement with respect to the schedule and trial.

1. The parties agree that fact and expert discovery are closed, with the exception of discovery as outlined in (a), (b), and (c) below, except that any outstanding responses to previously served discovery requests shall still be produced in compliance with the Federal Rules of Civil Procedure. All rights and remedies under the Federal Rules of Civil Procedure, including motions to compel discovery, are still available.

    a. The parties agree that Dr. Smith may produce a supplemental Rule 26(a) report after the close of expert discovery analyzing newly produced data but disagree on a date. Due to Dr. Smith's end-of-semester commitments, the HAUL Plaintiffs propose that

   the deadline for Dr. Smith to produce a Rule 26(e) report be June 15, 2023. Conversely, State Defendants and Intervenor-Defendants propose that the deadline be June 5, 2023. The parties further agree that Defendants may produce a rebuttal report to Dr. Smith's supplemental report and may depose Dr. Smith regarding his supplemental report after the close of expert discovery.

   b. The Parties agree that Defendants may depose Tania Chavez and Stella Guerrero Mata after the close of discovery.

   c. The Parties agree that there may be additional discovery related to the claims set forth in Paragraph 4 below if it is allowed as a result of any further proceedings in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.), or *LUPE v. Bettencourt*, No. 23-50201 (5th Cir.). That discovery would be limited to the documents that are the subject of those appeals and any deposition or live witness testimony related to the subject matter of those documents as ordered by the court or agreed to by the parties following the resolution of those proceedings.

2. Consistent with the Proposed Second Amended Scheduling Order, Dkt. No. 579, the parties recommend that the Court maintain all pretrial deadlines for claims proceeding to trial on September 11, 2023, as follows:

   a. The deadline for filing Rule 26(a)(3) disclosures is July 25, 2023, excluding pretrial findings of fact and conclusions of law, as ordered by the Court during the May 16, 2023, status conference (Tr. 31:12-13).

   b. The deadline for filing objections under Rule 26(a)(3) is August 8, 2023. Any objections not made will be deemed waived.

   c. The deadline to file a Final Joint Pretrial Order and any motion *in limine* is August 22, 2023.

    d. The Final Pretrial Conference shall be held on Thursday, August 31, 2023, at 10:30 a.m.

    e. The first phase of the trial starts September 11, 2023. Trial will be in recess on the following dates: September 15, 18, and 25-29.

3. In accordance with the Court's request, the parties propose that the following claims be heard during the first phase of trial at which point the parties will rest and the trial record would be closed as to these claims:

    a. Claims under Section 101 of the Civil Rights Act, 52 U.S.C. § 10101(a)(2)(B);

    b. Claims that SB1 violates the First and Fourteenth Amendments of the U.S. Constitution (undue burden);

    c. Claims of racially discriminatory results under Section 2 of the Voting Rights Act, 52 U.S.C. § 10301, et seq.;

    d. Claims that SB1 is unconstitutionally vague in violation of the First and Fourteenth Amendments;

    e. Claims that SB 1 unconstitutionally restricts free speech and expression in violation of the First and Fourteenth Amendments;

    f. Claims that SB1 is in violation of Section 208 of the Voting Rights Act, 52 U.S.C. § 10508;

    g. Claims that SB1 violates Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131; and

    h. Claims that SB1 violates Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

4. In accordance with the Court's request, parties propose that the following claims be heard during the second phase of trial:

    a. Claims that SB1 violates the Fourteenth and Fifteenth Amendments of the U.S. Constitution (intentional racial discrimination); and

    b. Claims of racially discriminatory intent under Section 2 of the Voting Rights Act, 52 U.S.C. § 10301, et seq.

5. In light of the opinion issued by the Fifth Circuit on May 17, 2023 in *LULAC Texas v. Hughes*, No. 22-50435, the HAUL, MFV, and LULAC Plaintiffs are prepared to proceed with trial on September 11, 2023 on all claims brought in their respective complaints, HAUL and MFV Plaintiffs' Second Amended Complaint [Dkt. 199] and LULAC Plaintiffs' Second Amended Complaint [Dkt. 207], so long as the trial record remains open as to intentional discrimination claims under the 14th Amendment, 15th Amendment, and Section 2 of the Voting Rights Act for an opportunity for the parties to introduce additional evidence after the resolution of *LUPE v. Bettencourt*, No. 23-50201 (5th Cir). Under this proposal, at the conclusion of the September 11 trial, the parties will rest as to all other claims, and the trial record would be closed as to those claims. Additional evidence that may be introduced in support of the claims outlined in Paragraph 4 after the resolution of the *Bettencourt* appeal would be limited to the documents that are the subject of that appeal and any deposition or live witness testimony related to the subject matter of those documents as ordered by the court or agreed to by the parties following the resolution of the *Bettencourt* appeal. Alternatively, should the Court prefer to defer trial on intent claims to a second phase of trial, the HAUL and MFV Plaintiffs agree with the division of claims between the first and second phase of trial outlined in paragraphs 3 and 4 above.

Dated:  May 26, 2023                                              Respectfully Submitted,

**For LUPE Plaintiffs**:

 /s/ Sean Morales-Doyle
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry* (NY Bar No. 5723135)
Jasleen K. Singh* (Cal. Bar No. 316596)
Robyn N. Sanders* (NC Bar No. 58339)
Eliza Sweren-Becker* (NY Bar No. 5424403)
Andrew B. Garber* (NY Bar No. 5684147)
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
Jasleen.singh@nyu.edu
rs8592@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender (Tex. Bar No. 00790758)
Elizabeth Y. Ryan (Tex. Bar No. 24067758)
Matthew Berde* (Tex. Bar No. 24094379)
Megan Cloud (Tex. Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-8158
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com
megan.cloud@weil.com

Alexander P. Cohen* (Tex. Bar No. 24109739)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8020
alexander.cohen@weil.com

*Attorneys for Plaintiffs:*
FRIENDSHIP-WEST BAPTIST CHURCH,
TEXAS IMPACT, JAMES LEWIN

/s/ Nina Perales
Nina Perales
Julia R. Longoria
Fátima Menéndez
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382 (fax)
nperales@maldef.org
jlongoria@maldef.org
fmenedez@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
(212) 859-4000 (fax)
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

* Admitted *pro hac vice*

*Attorney for Plaintiffs:*
LA UNIÓN DEL PUEBLO ENTERO,
SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN
AMERICAN BAR ASSOCIATION OF
TEXAS, TEXAS HISPANICS
ORGANIZED FOR POLITICAL
EDUCATION, JOLT ACTION, WILLIAM
C. VELASQUEZ INSTITUTE, FIEL
HOUSTON INC.

5

**For OCA Greater Houston Plaintiffs**:

*/s/ Zachary Dolling*
Zachary Dolling, Tex. Bar No. 24105809
Hani Mirza, Tex. Bar No. 24083512
Sarah Chen*, California Bar No. 325327
Veronikah Warms*, Tex. Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Thomas Buser-Clancy, Tex. Bar No. 24078344
Edgar Saldivar, Tex. Bar No. 24038188
Savannah Kumar, Tex. Bar No. 24120098
Ashley Harris, Tex. Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO, Tex. State Bar No. 24033013
PETER HOFER, Tex. State Bar No. 09777275
CHRISTOPHER MCGREAL, Tex. State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

*admitted *pro hac vice*
*(additional counsel listed on next page)*

**For OCA Greater Houston Plaintiffs (continued)**:

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

**For Mi Familia Vota Plaintiffs**:

*/s/ Wendy J. Olson*
Wendy J. Olson*
Laura E. Rosenbaum*
Elijah Watkins*
Mark Bieter*
Bradley Prowant*
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
wendy.olson@stoel.com
laura.rosenbaum@stoel.com
elijah.watkins@stoel.com
mark.bieter@stoel.com
bradley.prowant@stoel.com

Courtney Hostetler*
Ron Fein*
John Bonifaz*
Ben Clements*
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

Sean Lyons
State Bar No. 00792280
Clem Lyons
State Bar No. 12742000
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, TX 78205
Telephone: (210) 225-5251
Facsimile: (210) 225-6545
sean@lyonsandlyons.com
clem@lyonsandlyons.com

*admitted *pro hac vice*

**For HAUL Plaintiffs**:

*/s/ Jennifer Holmes*

Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Kathryn Sadasivan*
Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Admitted *pro hac vice*

<table>
<tr><td>

**For LULAC Plaintiffs**:

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Noah B. Baron*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
nbaron@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Admitted *Pro Hac Vice*

</td><td>

**For the United States:**

KRISTEN CLARKE
Assistant Attorney General

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
daniel.freeman@usdoj.gov

*Counsel for the United States*

</td></tr>
</table>

| **For State Defendants**: | **For Intervenor-Defendants**: |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | /*/s/ John M. Gore*<br>John M. Gore<br>E. Stewart Crosland (pro hac vice) |
| BRENT WEBSTER<br>First Assistant Attorney General | Stephen J. Kenny (pro hac vice)<br>Louis J. Capozzi (pro hac vice)<br>JONES DAY |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | 51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 879-3939 |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil<br>Litigation | Fax: (202) 626-1700<br>jmgore@jonesday.com<br>scrosland@jonesday.com<br>skenny@jonesday.com |
| CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 | lcapozzi@jonesday.com |

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

J. AARON BARNES
Special Counsel
Tex. State Bar No. 24099014
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
christopher.hilton@oag.texas.gov
kathleen.hunker@oag.texas.gov
aaron.barnes@oag.texas.gov

<div style="display: flex;">

**For Defendants Dallas County Elections Administrator and District Attorney**:

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*/s/ Jason G. Schuette for Ben L. Stool*
Ben L. Stool
Assistant District Attorney
Texas Bar No. 19312500
ben.stool@dallascounty.org

Jason G. Schuette
Assistant District Attorney
Texas Bar No. 17827020
jason.schuette@dallascounty.org

Barbara S. Nicholas
Assistant District Attorney
Texas Bar No. 24032785
barbara.nicholas@dallascounty.org
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202
Phone:(214) 653-7358
Fax:(214) 653-6134

**For Defendant CLIFFORD TATUM, in his Official Capacity as Harris County Elections Administrator**:

*s/ Jonathan G. C. Fombonne*
**CHRISTIAN D. MENEFEE**
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@harriscountytx.gov
**JONATHAN G.C. FOMBONNE**
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**TIFFANY S. BINGHAM**
Managing Counsel, Affirmative Litigation Division
Texas Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

</div>

**For Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator**:

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

**For Defendants Travis County Clerk and District Attorney**:

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9513

*/s/ Leslie Dippel*
Leslie W. Dippel
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov

Patrick T. Pope
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov

Anthony J. Nelson
State Bar No. 14885800
tony.nelson@traviscountytx.gov

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 26th day of May 2023.

>　　　　　　　　　　　　　　　*/s/ Sean Morales-Doyle*
>　　　　　　　　　　　　　　　Sean Morales-Doyle