IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants.* | §<br>§<br>§<br>§   Case No. 5:21-cv-844-XR<br>§<br>§<br>§ |

**ORDER GRANTING STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' ADA AND REHABILITATION ACT CLAIMS**

Before the Court is State Defendants' Motion for Summary Judgment on Plaintiffs' ADA and Rehabilitation Claims. After reviewing the briefing on the matter, the evidence properly offered in support of State Defendants' Motion, the evidence in the record of this case, and all other matters properly before the Court, the Court finds that there are no genuine issues of material fact and that State Defendants are entitled to judgment as a matter of law.

IT IS THEREFORE ORDERED that State Defendants' Motion for Summary Judgment on Plaintiffs' ADA and Rehabilitation Claims is hereby GRANTED, and Plaintiffs' ADA Claims and Rehabilitation Claims be dismissed without prejudice.

DATE: _____

                                                                                          _____
                                                                                          XAVIER RODRIGUEZ
                                                                                          UNITED STATES DISTRICT JUDGE