**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| LA UNION DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br>*v*.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>Defendants. | Case No: 5:21-cv-00844-XR<br>(Consolidated Cases) |
|---|---|

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Chris K. Gober, TX Bar #24048499
The Gober Group
14425 Falcon Head Blvd.
Building E-100, Suite 226
Austin, TX 78738
Telephone: 512-354-1787
Fax: 877-437-5755
cg@gobergroup.com

Eric Wang, VA Bar #73511*
The Gober Group
1501 Wilson Blvd., Suite 1050
Arlington, VA 22209
Telephone: 202-417-3528
Fax: 877-437-5755
ew@gobergroup.com

**pro hac vice admission pending*

*Counsel for Lawyers Democracy Fund*

(1) Lawyers Democracy Fund ("LDF") is a non-profit, non-partisan organization that has no parent corporation and issues no stock.

(2) The following is a complete list of the parties in this case:

Plaintiffs

i. Delta Sigma Theta Sorority Inc.
ii. Fiel Houston, Inc.
iii. Friendship-West Baptist Church
iv. Houston Area Urban League
v. James Lewin
vi. Jeffrey Lamar Clemmons
vii. JOLT Action
viii. La Union Del Pueblo Entero
ix. League of Women Voters of Texas
x. LULAC Texas
xi. Marla Lopez
xii. Marlon Lopez
xiii. Mexican American Bar Association of Texas
xiv. Mi Familia Vota
xv. OCA-Greater Houston
xvi. Paul Rutledge
xvii. REVUP-Texas
xviii. Southwest Voter Registration Education Project
xix. Texas AFT
xx. Texas Alliance for Retired Americans
xxi. Texas Hispanics Organized for Political Education
xxii. Texas Impact
xxiii. The Arc of Texas
xxiv. United States Of America
xxv. Vote Latino
xxvi. William C. Velasquez Institute

Defendants

i. Dallas County Republican Party (Intervenor)
ii. Dana DeBeauvoir
iii. Gregory W. Abbott
iv. Harris County Republican Party (Intervenor)
v. Isabel Longoria
vi. Jacque Callanen
vii. Jane Nelson
viii. Joe Gonzales

ix. John Creuzot
x. Jose A. Esparza
xi. Jose Garza
xii. Kim Ogg
xiii. Lisa Wise
xiv. Lupe C. Torres
xv. Michael Scarpello
xvi. National Republican Congressional Committee (Intervenor)
xvii. National Republican Senatorial Committee (Intervenor)
xviii. Rebecca Guerrero
xix. Republican National Committee (Intervenor)
xx. Ricardo Rodriguez, Jr.
xxi. State of Texas
xxii. Warren K. Paxton
xxiii. Yvonne Ramon
xxiv. Yvonne Rosales

Amici

i. Foundation for Government Accountability
ii. Young Black Lawyers' Organizing Coalition

(3) The undersigned is unaware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(4) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this matter:

For Plaintiffs

i. Adriel Cepeda-Derieux
ii. Alyssa G. Bernstein
iii. Andre I. Segura
iv. Andrew B. Garber
v. Ari Savitzky
vi. Ashley Alcantara Harris
vii. Ben Clements
viii. Bradley R. Prowant
ix. Breanna Della Williams
x. Brian Dimmick

xi. Christopher Dooley Dodge
xii. Christopher McGreal
xiii. Ciara A. Sisco
xiv. Courtney M. Hostetler
xv. Dana Paikowsky
xvi. Daniel Joshua Freeman
xvii. Daniela Lorenzo
xviii. Danielle V. Ahlrich
xix. Dayton Campbell-Harris
xx. Edgar Saldivar
xxi. Elena Rodriguez Armenta
xxii. Elijah M. Watkins
xxiii. Eliza Sweren-Becker
xxiv. Elizabeth Yvonne Ryan
xxv. Fatima L Menendez
xxvi. Gregory D. Washington
xxvii. Hani Mirza
xxviii. James A. Rodman
xxix. Jasleen K. Singh
xxx. Jason S. Kanterman
xxxi. Jaywin Singh Malhi
xxxii. Jennifer A. Holmes
xxxiii. Jerry Vattamala
xxxiv. Jessica Ring Amunson
xxxv. John Bonifaz
xxxvi. Joseph N. Posimato
xxxvii. Julia Renee Longoria
xxxviii. Kathryn Sadasivan
xxxix. Keely Dulaney Pippin
xl. Kenneth E. Broughton , Jr.
xli. Kenneth Parreno
xlii. Kevin Zhen
xliii. Laura E. Rosenbaum
xliv. Lucia Romano
xlv. Lucia Romano Ostrom
xlvi. Madeleine Carpenter
xlvii. Marc Erik Elias
xlviii. Marcos Mocine-Mcqueen
xlix. Marisa O'Gara
l. Mark L. Bieter
li. Meaghan E. Mixon
lii. Megan Ashley Rusciano
liii. Michael B. Jones
liv. Michael C. Keats
lv. Michael Elliot Stewart
lvi. Mohammed A. Badat

lvii. Nina Perales
lviii. Nina Perales
lix. Noah B. Baron
lx. Omeed Alerasool
lxi. Patrick A. Berry
lxii. Patrick Stegemoeller
lxiii. Paul R. Genender
lxiv. Peter Hofer
lxv. Rebecca L. Martin
lxvi. Richard Alan Dellheim
lxvii. Robyn Sanders
lxviii. Ronald A. Fein
lxix. Roswill Mejia
lxx. Samantha Osaki
lxxi. Sarah C. Stewart
lxxii. Sarah Xiyi Chen
lxxiii. Savannah Kumar
lxxiv. Sean Michael Lyons
lxxv. Sean Morales-Doyle
lxxvi. Shira Wakschlag
lxxvii. Sophia Lin Lakin
lxxviii. Susan Mizner
lxxix. Susana Lorenzo-Giguere
lxxx. Thomas Christian Herren, Jr.
lxxxi. Thomas Paul Buser-Clancy
lxxxii. Uzoma N. Nkwonta
lxxxiii. Veronikah Rhea Warms
lxxxiv. Victor Genecin
lxxxv. Wendy J. Olson
lxxxvi. Zachary Dolling

For Defendants

i. Amy Snow Hilton
ii. Anthony J. Nelson
iii. Barbara S. Nicholas
iv. Beatriz Mejia
v. Ben L Stool
vi. Caroline A. Lebel
vii. Chad Ennis
viii. Charles E.T. Roberts
ix. Christine Sun
x. Christopher D. Hilton
xi. Cory Ren Liu
xii. E. Stewart Crosland
xiii. Earl S. Nesbitt

xiv. Eric A. Hudson
xv. Eric J.R. Nichols
xvi. Germaine Habell
xvii. Ian R. KaplanJohn M. Gore
xviii. Jonathan Gabriel Chaim Fombonne
xix. Josephine L. Ramirez
xx. Karson Karl Thompson
xxi. Kathleen Hartnett
xxii. Kathleen Hunker
xxiii. Kelsey Spector
xxiv. Larry L. Roberson
xxv. Leigh Ann Tognetti
xxvi. Leslie W. Dippel
xxvii. Lisa V. Cubriel
xxviii. Louis J. Capozzi, III
xxix. Marina Eisner
xxx. Michael J. Garza
xxxi. Orion Armon
xxxii. Patrick T. Pope
xxxiii. Ranjana Natarajan
xxxiv. Robert Cotter
xxxv. Robert E Henneke
xxxvi. Ryan G. Kercher
xxxvii. Sharon Song
xxxviii. Stephen J. Kenny
xxxix. Tiffany Sue Bingham
xl. Victoria A. Giese
xli. William D. Wassdorf

For Amici

i. Chase Martin
ii. Donna Garcia Davidson
iii. Stewart Whitson
iv. Veronica Smith Moye

Respectfully submitted this 30th day of May, 2023,

/s/ Chris K. Gober
Chris K. Gober, TX Bar #24048499
The Gober Group
14425 Falcon Head Blvd.
Building E-100, Suite 226
Austin, TX 78738
Telephone: 512-354-1787
Fax: 877-437-5755
cg@gobergroup.com

Eric Wang, VA Bar #73511*
The Gober Group
1501 Wilson Blvd., Suite 1050
Arlington, VA 22209
Telephone: 202-417-3528
Fax: 877-437-5755
ew@gobergroup.com

*pro hac vice admission pending*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2023, I electronically filed a true and correct copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted this 30th day of May, 2023.

/s/ Chris K. Gober
Chris K. Gober, TX Bar #24048499
The Gober Group
14425 Falcon Head Blvd.
Building E-100, Suite 226
Austin, TX 78738
Telephone: 512-354-1787
Fax: 877-437-5755
cg@gobergroup.com