UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

La Union Del Pueblo Entero, et al.

vs.

State of Texas, et al.

Case No.: 5:21-cv-844 (XR) (consolidated)

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Eric Wang, counsel for Lawyers Democracy Fund, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Eric Wang may appear on behalf of Lawyers Democracy Fund in the above case.

IT IS FURTHER ORDERED that Eric Wang, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May, 20 23.

_____
UNITED STATES DISTRICT JUDGE