

P.O. Box 17757
Austin, TX 78760
P: 512-474-5073 | F: 512-474-0726
txcivilrights.org



FILED

MAY 3 0 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

May 27, 2023

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

*via: Certified Mail, Return Receipt Requested*

Re: *LUPE v. Abbott,* 5:21-cv-844-XR

To the Clerk of the Court,

Please find the four enclosed USB drives containing two copies of sealed exhibits and two copies of nonstandard exhibits relating to [611] PLAINTIFFS OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, AND REVUP-TEXAS'S MOTION FOR PARTIAL SUMARY JUDGMENT and [612] OCA PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SEALED EVIDENCE.

The sealed exhibits are password protected. The password will be sent to Sylvia Hernandez at sylvia_fernandez@txwd.uscourts.gov.

Sincerely,

Chris Rainbolt
chris@texascivilrightsproject.org
972-333-9200 ext. 170