IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, ET AL.,<br>    Plaintiffs,<br>v.<br>GREGORY W. ABBOTT, ET AL.,<br>    Defendants. | No. 5:21-cv-844-XR |

### STATE OF TEXAS' NOTICE OF APPEARANCE OF COUNSEL

Defendants, Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in his official capacity as Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas ("State Defendants"), file this Notice of Appearance of Counsel and hereby notify the Court that Johnathan Stone will appear as co-counsel in the above-captioned case along with counsel listed below. Johnathan Stone is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block:

| | |
|---|---|
| Date: June 2, 2023 | Respectfully submitted. |
| | |
| JOHN SCOTT | /s/ JOHNATHAN STONE |
| PROVISIONAL ATTORNEY GENERAL | JOHNATHAN STONE |
| | Assistant Attorney General |
| BRENT WEBSTER | Tex. State Bar No. 24071779 |
| First Assistant Attorney General | |
| | KATHLEEN HUNKER |
| GRANT DORFMAN | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| | |
| SHAWN E. COWLES | J. AARON BARNES |
| Deputy Attorney General for Civil Litigation | Special Counsel |
| | Tex. State Bar No. 24099014 |
| | |
| KIMBERLY GDULA | OFFICE OF THE ATTORNEY GENERAL |
| Deputy Chief, General Litigation Division | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| RYAN KERCHER | Tel.: (512) 463-2100 |
| Deputy Chief, General Litigation Division | Chris.hilton@oag.texas.gov |
| | kathleen.hunker@oag.texas.gov |
| | aaron.barnes@oag.texas.gov |
| | johnathan.stone@oag.texas.gov |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 2, 2023, and that all counsel of record were served by CM/ECF.

/s/ JOHNATHAN STONE
JOHNATHAN STONE