IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREGORY W. ABBOTT, *et al.*, § <br> § <br> *Defendants*. § | Case No. 5:21-cv-844-XR <br> [Consolidated Cases] |

**UNOPPOSED[1] JOINT MOTION TO SET DEADLINES FOR RESPONSIVE PLEADINGS TO MOTIONS FOR SUMMARY JUDGMENT**

State Defendants, the United States, Private Plaintiffs, Intervenor Defendants, Defendant Harris County District Attorney Kim Ogg, Defendant El Paso County Elections Administrator Lisa Wise, Defendant Travis County Clerk Dyana Limon-Mercado, and Defendant Travis County District Attorney José Garza respectfully and jointly request that the Court set deadlines to respond or otherwise reply to the United States, OCA-GH Plaintiffs, Defendant Harris County District Attorney Kim Ogg, Intervenor-Defendants, and State Defendants' Motions for Summary Judgment filed May 26, 2023. The parties recently filed a joint advisory to the court [ECF 594] that proposed dispositive motion response and reply deadlines be set June 23 and July 14, 2023, respectively. The Court did not specifically address the responsive pleadings at its May 16, 2023, status conference. The parties therefore request an order setting response deadlines as specified in the joint advisory so that they may have sufficient time to prepare their responses. The parties do not seek this motion for delay, but for good cause and to allow full and complete briefing of those

---

[1] Counsel for the Dallas County Election Administrator and District Attorney, the Bexar County Election Administrator and District Attorney, the Hidalgo County Election Administrator, the Hidalgo County District Attorney; and the Harris County Election Administrator have not responded regarding their position.

issues that may be ripe for summary judgment and resolution before trial. The proposed deadlines will not prejudice any party.

| | |
|---|---|
| Date: June 2, 2023 | Respectfully submitted. |
| JOHN SCOTT<br>Provisional Attorney General | RYAN G. KERCHER<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General l | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>will.wassdorf@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

*/s/ Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Leah J. Tulin* (MD Bar No. 0812180236)
Patrick A. Berry* (NY Bar No. 5723135)
Jasleen K. Singh* (Cal. Bar No. 316596)
Robyn N. Sanders* (NC Bar No. 58339)
Eliza Sweren-Becker* (NY Bar No. 5424403)
Andrew B. Garber* (NY Bar No. 5684147)
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
Jasleen.singh@nyu.edu
rs8592@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender (Tex. Bar No. 00790758)
Elizabeth Y. Ryan (Tex. Bar No. 24067758)
Matthew Berde* (Tex. Bar No. 24094379)
Megan Cloud (Tex. Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-8158
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com
megan.cloud@weil.com

Alexander P. Cohen* (Tex. Bar No. 24109739)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8020
alexander.cohen@weil.com

*Attorneys for Plaintiffs:*
FRIENDSHIP-WEST BAPTIST CHURCH,
TEXAS IMPACT, JAMES LEWIN

*/s/ Nina Perales*
Nina Perales
Julia R. Longoria
Fátima Menéndez
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382 (fax)
nperales@maldef.org
jlongoria@maldef.org
fmenedez@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
(212) 859-4000 (fax)
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

* Admitted *pro hac vice*

*Attorney for Plaintiffs:*
LA UNIÓN DEL PUEBLO ENTERO,
SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN
AMERICAN BAR ASSOCIATION OF
TEXAS, TEXAS HISPANICS
ORGANIZED FOR POLITICAL
EDUCATION, JOLT ACTION, WILLIAM
C. VELASQUEZ INSTITUTE, FIEL
HOUSTON INC.

*/s/ Hani Mirza*
Mimi M.D. Marziani
Texas Bar No. 24091906
Hani Mirza
Texas Bar No. 24083512
Zachary Dolling
Texas Bar No. 24105809
Sarah Chen*
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
hani@texascivilrightsproject.org
zachary@texascivilrightsproject.org
schen@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

LIA SIFUENTES DAVIS
Texas State Bar No. 24071411
LUCIA ROMANO
Texas State Bar No. 24033013
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Samantha Osaki*
Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org
slakin@aclu.org
sosaki@aclu.org
smizner@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
umittal@jenner.com

Sophia Cai*

| | |
|---|---|
| (512) 454-3999 (fax) <br> ldavis@drtx.org <br> lromano@drtx.org | **JENNER & BLOCK LLP** <br> 455 Market St. Suite 2100 <br> San Francisco, CA 94105 <br> scai@jenner.com |

**COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, ET AL.**

*Admitted pro hac vice
REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

/s/ Jennifer Holmes

Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com


Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org


Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas;*

*and Jeffrey Lamar Clemmons*

| | |
|---|---|
| Wendy Olson<br>Elijah M. Watkins<br>Mark L. Bieter<br>STOEL RIVES LLP<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID  83702<br><br>Laura E. Rosenbaum<br>Bradley Prowant<br>STOEL RIVES LLP<br>760 SW Ninth Ave., Suite 3000<br>Portland, OR 97205<br><br>Courtney Hostetler<br>John Bonifaz<br>Ben Clements<br>Ron Fein<br>Free Speech for People<br>1320 Centre St., Ste. 405<br>Newton, MA  02459<br>chostetler@freespeechforpeople.org<br>jbonifaz@freespeechforpeople.org<br>bclements@freespeechforpeople.org<br>rfein@freespeechforpeople.org<br><br>Sean Lyons<br>Clem Lyons<br>Lyons & Lyons, P.C.<br>237 W. Travis St., Ste. 100<br>San Antonio, TX  78205<br>sean@lyonsandlyons.com<br>clem@lyonsandlyons.com<br><br>*Attorneys for Mi Familia Vota Plaintiffs* | /s/  Uzoma N. Nkwonta<br>Uzoma N. Nkwonta*<br>Christopher D. Dodge*<br>Michael B. Jones*<br>Noah B. Baron*<br>Elena A. Rodriguez Armenta*<br>Daniela Lorenzo*<br>Marcos Mocine-McQueen*<br>Marisa A. O'Gara*<br>Omeed Alerasool*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>unkwonta@elias.law<br>cdodge@elais.law<br>mjones@elias.law<br> nbaron@elias.law<br>erodriguezarmenta@elias.law<br>dlorenzo@elias.law<br>mmcqueen@elias.law<br>mogara@elias.law<br>oalerasool@elias.law<br><br>*Counsel for LULAC Plaintiffs*<br><br>*Admitted Pro Hac Vice* |

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

| | |
|---|---|
| COOLEY LLP<br>Kathleen Hartnett* (CA SBN 314267)<br>khartnett@cooley.com<br>Beatriz Mejia* (CA SBN 190948)<br>bmejia@cooley.com<br>Sharon Song* (CA SBN 313535)<br>ssong@cooley.com<br>Kelsey Spector* (CA SBN 321488)<br>kspector@cooley.com<br>Germaine Habell* (CA SBN 333090)<br>ghabell@cooley.com<br>Caroline A. Lebel* (CA SBN 340067)<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: +1 415 693-2000<br>Facsimile: +1 415 693-2222 | STATES UNITED DEMOCRACY CENTER<br>Ranjana Natarajan (TX SBN 24071013)<br>1801 E 51st St., Suite 365, No. 334<br>Austin, TX 78723<br>Telephone: +1 323 422-8578<br>ranjana@statesuniteddemocracy.org |
| COOLEY LLP<br>Orion Armon (CO SBN 34923)<br>oarmon@cooley.com<br>1144 15th Street, Suite 2300<br>Denver, CO 80202-2686<br>Telephone: +1 720 566-4000<br>Facsimile: +1 720 566-4099 | STATES UNITED DEMOCRACY CENTER<br>Robert Cotter* (IL SBN 6334375)<br>7510 N. Greenview Ave., Apt. #3<br>Chicago, IL 60626<br>Telephone: (224) 235-2606<br>robert@statesuniteddemocracy.org |
| STATES UNITED DEMOCRACY CENTER<br>Christine P. Sun* (CA SBN 218701)<br>3749 Buchanan St., No. 475165<br>San Francisco, CA 94147-3103<br>Telephone: +1 615 574-9108<br>christine@statesuniteddemocracy.org | STATES UNITED DEMOCRACY CENTER<br>Marina Eisner* (DC SBN 1005593)<br>1101 17 Street NW<br>Washington, DC 20036<br>Telephone: (240) 600-1316<br>marina@statesuniteddemocracy.org |
| | EL PASO COUNTY ATTORNEYS<br>Jo Anne Bernal (TX SBN 02208720)<br>El Paso County Attorney<br>Joanne.Bernal@epcounty.com<br>John E. Untereker (TX SBN 24080627)<br>Assistant County Attorney<br>juntereker@epcounty.com<br>500 East San Antonio, Room 503<br>El Paso, Texas 79901<br>Telephone: +1 915 546-2050<br>Facsimile: +1 915 546-2133 |

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

KRISTEN CLARKE
Assistant Attorney General

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
daniel.freeman@usdoj.gov

*Counsel for the United States*

*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland (pro hac vice)
Stephen J. Kenny (pro hac vice)
Louis J. Capozzi (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
skenny@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:   (512) 854-9513

By: */s/ Leslie Dippel*
LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
PATRICK T. POPE
State Bar No. 24079151
Patrick.Pope@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
tony.nelson@traviscountytx.gov

*Attorneys for Defendants Travis County Clerk and District Attorney*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 2, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER