# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | |
| | § | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | § | [Lead Case] |
| | § | |
| *Defendants.* | § | |
| | § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § | |
| | § | |
| *Intervenor-Defendants*. | § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pending before the Court is LUPE Plaintiffs' Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) (ECF No. 613).

Upon review of the request, the motion (ECF No. 613) is **GRANTED**.  It is hereby **ORDERED** that the following claims in the LUPE Plaintiffs' Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**:

1.  All claims challenging SB1 §§ 2.04, 2.06, 2.07, 2.08, 2.11, 3.04, 3.09, 3.10, 3.12, 3.13, 4.01, 4.06, and 4.07;
2.  All claims challenging SB1 § 4.09 except Count VIII; and
3.  Count IX.

**IT IS FURTHER ORDERED** that all other additional claims remain live and unaffected by this Order.

**SO ORDERED** and **SIGNED** this 6th day of June 2023.

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE