### *United States Court of Appeals*
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 08, 2023

FILED

JUN -8 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

        No. 22-50435    LULAC Texas v. Hughes
                        USDC No. 5:21-CV-844-XR
                        USDC No. 1:21-CV-786


Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc:
        Mr. Jonathan Backer
        Mr. William Francis Cole
        Mr. Christopher D. Dodge
        Mr. Uzoma Nkem Nkwonta
        Ms. Lanora Christine Pettit
         Alisa Philo
        Ms. Bonnie Ilene Robin-Vergeer
        Mr. William Thomas Thompson
        Ms. Colleen Tran