# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
JUN -8 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

June 08, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-50435    LULAC Texas v. Hughes
                    USDC No. 5:21-CV-844
                    USDC No. 1:21-CV-786

The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error.

The mandate issue date is July 10, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Jonathan Backer
Mr. William Francis Cole
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Uzoma Nkem Nkwonta
Ms. Lanora Christine Pettit
Alisa Philo
Ms. Bonnie Ilene Robin-Vergeer
Mr. William Thomas Thompson
Ms. Colleen Tran