**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>　　　　　　*Defendants*. | 5:21-cv-0844-XR |
| OCA-GREATER HOUSTON, et al.,<br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>TEXAS SECRETARY OF STATE JOHN SCOTT, et al.,<br>　　　　　　*Defendants*. | 1:21-cv-0780-XR |
| HOUSTON AREA URBAN LEAGUE, et al.,<br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, et al.,<br>　　　　　　*Defendants*. | 5:21-cv-0848-XR |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs La Unión Del Pueblo Entero, et. al., ("LUPE Plaintiffs"), Houston Area Urban League, et. al., ("HAUL Plaintiffs"), and OCA–Greater Houston Chapter, et al. ("OCA Plaintiffs") (collectively, "Plaintiffs") respectfully request an extension of the thirty-page limit set by the Honorable Xavier Rodriguez for their opposition to State Defendants' Motion for Summary Judgment on Plaintiffs' ADA and Rehabilitation Act Claims and to those portions of Defendant Kim Ogg's Motion for Summary Judgment that address claims under the Americans with Disabilities Act and section 504 of the Rehabilitation Act. Plaintiffs seek permission to file a

response brief that does not exceed 50 pages – exclusive of exhibits.  The Defendants, through counsel, have indicated that they do not oppose this motion.

Plaintiffs request leave to file additional pages due to the complexity of issues involved in this case and the need to summarize voluminous evidence supporting Plaintiffs' claims.  Properly responding to the arguments made by Defendants will require more than the thirty pages permitted by the Honorable Xavier Rodriguez without leave of court.

In addition, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, "State Defendants"), and Defendant Kim Ogg, in her official capacity as Harris County District Attorney ("District Attorney Defendant"), filed separate motions for summary judgment.  Both State Defendants' and District Attorney Defendant's motions exceed the standard thirty-page motion permitted by the Honorable Xavier Rodriguez without leave of court.   State Defendants' motion contains twenty-three (23) pages of substantive briefing, and District Attorney Defendant's motion contains thirty (30) pages of substantive briefing.  Plaintiffs are now tasked with responding to fifty-two pages of arguments.

For the sake of efficiency for this court, Plaintiffs aim to respond to all of Defendants' claims under the Americans with Disabilities Act ("ADA") and Rehabilitation Act at once.  In order to effectively oppose State Defendants' and District Attorney Ogg's claims, Plaintiffs require these additional pages to present necessary evidence.

This request is made in good faith and not for the purpose of delay, and solely to permit Plaintiffs to efficiently present the relevant evidence and address each argument within the motions for summary judgment. Plaintiffs do not intend to burden the Court with duplicative, cumulative, or unnecessary information.

Based on the foregoing, Plaintiffs respectfully request that their unoppposed motion for leave to exceed page limits be granted.

Date: June 16, 2023

Respectfully submitted,

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

*/s/ Jennifer Holmes*
Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Kathryn Sadasivan*
Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Admitted *pro hac vice*

***Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons***


/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org

kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*
**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION,**

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry (NY Bar No. 5723135)
Jasleen K. Singh (CA. Bar No. 316596)
Eliza Sweren-Becker (NY Bar No. 5424403)
Andrew B. Garber (NY Bar No. 5684147)
Leah J. Tulin (MD No. 0812180236)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu
tulinl@brennan.law.nyu.edu

Paul R. Genender (TX Bar No. 00790758)

        Elizabeth Y. Ryan (TX Bar No. 24067758)
        Matthew Berde (TX Bar No. 24094379)
        Megan Cloud (TX Bar No. 24116207)
        WEIL, GOTSHAL & MANGES LLP
        200 Crescent Court, Suite 300
        Dallas, Texas 75201
        Telephone: (214) 746-8158
        Facsimile: (214)746-7777
        paul.genender@weil.com
        liz.ryan@weil.com
        matt.berde@weil.com
        megan.cloud@weil.com

        COUNSEL FOR
        **FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA, TEXAS IMPACT, JAMES LEWIN**

        */s/ Zachary Dolling*
        Zachary Dolling, Texas Bar No. 24105809
        Hani Mirza, Texas Bar No. 24083512
        Sarah Chen*, California Bar No. 325327
        Veronikah Warms*, Texas Bar No. 24132682
        **TEXAS CIVIL RIGHTS PROJECT**
        1405 Montopolis Drive
        Austin, TX 78741
        512-474-5073 (Telephone)
        512-474-0726 (Facsimile)
        zachary@texascivilrightsproject.org
        hani@texascivilrightsproject.org
        schen@texascivilrightsproject.org
        veronikah@texascivilrightsproject.org

        Thomas Buser-Clancy, Texas Bar No. 24078344
        Edgar Saldivar, Texas Bar No. 24038188
        Savannah Kumar, Texas Bar No. 24120098
        Ashley Harris, Texas Bar No. 24123238
        **ACLU FOUNDATION OF TEXAS, INC.**
        5225 Katy Freeway, Suite 350
        Houston, TX 77007
        Telephone: (713) 942-8146
        Fax: (915) 642-6752
        tbuser-clancy@aclutx.org
        esaldivar@aclutx.org
        skumar@aclutx.org

aharris@aclutx.org

Adriel I. Cepeda Derieux\*
Ari Savitzky\*
Sophia Lin Lakin\*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner\*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick\*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO, Texas State Bar No. 24033013
PETER HOFER, Texas State Bar No. 09777275
CHRISTOPHER MCGREAL, Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

*COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.*

*admitted *pro hac vice*