# EXHIBIT G

Improper Assertions of the
Attorney-Client Privilege (Primary Purpose)

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805973 | Andre Montgomery | 8/8/2022 | Outlook Email | 2020 Election Results E-mails | Andre Montgomery | Heidi Martinez | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication between SOS attorneys regarding election results emails |
| DOC_0806487 | Andre Montgomery | 12/22/2022 | Outlook Email | Legislative Report on CWPP | Andre Montgomery | Christina Adkins; Heidi Martinez | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication between SOS attorneys regarding draft Legislative report on November 2020 election |
| DOC_0806885 | Andre Montgomery | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Lena Proft | Elections-Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversation between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 |
| DOC_0806901 | Andre Montgomery | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Lena Proft | Heidi Martinez; Charles Pinney; Elections-Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversation between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 |
| DOC_0806927 | Andre Montgomery | 3/3/2023 | Outlook Email | Re DRAFT email to Ellis County re Farmers Branch | Charles Pinney | Lena Proft; Elections Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversations between SOS attorney and SOS legal regarding draft response email to Ellis County elections admin question on election procedures |
| DOC_0808748 | Christina Adkins | 2/16/2023 | Outlook Email | Fwd Alexa's Edits to RLA Document | Christina Adkins | Adam Bitter | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication Elections Division staff and SOS attorney regarding what to include in its recommendation to the Legislature for the election audit |
| DOC_0808839 | Christina Adkins | 12/6/2022 | Outlook Email | My response to Travis County VR | | Elec Legal | | | Privileged - Withhold | Attorney Client | Email communication between SOS attorney and Election Legal with draft communication to Travis County voter registrar's office regarding election procedures |
| DOC_0809364 | Christina Adkins | 1/10/2023 | Outlook Email | Portions of Code that impact SOS | Heidi Martinez | Christina Adkins | | | Privileged - Withhold | Attorney Client | Email communication between SOS attorneys regarding portions of election code that impact SOS duties |
| STATE177609 | Heidi Martinez | 11/7/2022 | Outlook Email | 300 Maria Gonzalez Complaint (re Gilberto Aguilar) - Assignment (HM) | Kate Fisher | Heidi Martinez | | | Privileged - Redact | Attorney Client | Email communication between SOS attorneys and Elections Division employees regarding compliant that alleges violation of Election Code 276 019 |
| DOC_0815319 | Heidi Martinez | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Heidi Martinez | Lena Proft | | | Privileged - Withhold | Attorney Client | Emails among SOS attorneys regarding edits to a draft email to Ellis County regarding election procedures |
| DOC_0819541 | Joe Esparza | 3/12/2023 | Outlook Email | RLA Report - Current Draft | Adam Bitter | Joe Esparza; Sam Taylor | Adam Bitter | | Privileged - Withhold | Attorney Client | Email from SOS general counsel to SOS executives discussing draft of Risk Limiting Audit Report |
| STATE177940 | Kristi Hart | 10/7/2022 | Outlook Email | RE List of Individuals who Complete Poll Watcher Training | Adam Bitter | Kate Fisher | GeneralCounsel; Kristi Hart | | Privileged - Redact | Attorney Client | Email communication between SOS general counsel and SOS Elections Division employee regarding Bastrop, TX inquiry on poll watcher training |
| DOC_0829571 | Lena Proft | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | | | | | Privileged - Withhold | Attorney Client | Email communication between SOS attorneys regarding Ellis County inquiry on election procedures |
| DOC_0833773 | Chuck Pinney | 6/6/2022 | Outlook Email | FW Election Fraud | Kate Fisher | Keith Ingram; Heidi Martinez | Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833776 | Chuck Pinney | 6/6/2022 | Outlook Email | FW Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833779 | Chuck Pinney | 6/6/2022 | Outlook Email | RE Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833780 | Chuck Pinney | 6/6/2022 | Outlook Email | FW Election Fraud | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney; Heidi Martinez | | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833783 | Chuck Pinney | 6/6/2022 | Outlook Email | RE Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833784 | Chuck Pinney | 6/6/2022 | Outlook Email | Re Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833916 | Chuck Pinney | 6/8/2022 | Outlook Email | Re 133 Billy Wright Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex Elec Code Sec 61 008 in Elkhart, TX |
| DOC_0833917 | Chuck Pinney | 5/24/2022 | Outlook Email | 140 James Sheridan Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 140 James Sheridan Complaint - Assignment (CP) msg | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex Elec Code Sec 61 008 in Elkhart, TX |
| DOC_0833954 | Chuck Pinney | 6/6/2022 | Outlook Email | RE Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0833967 | Chuck Pinney | 6/6/2022 | Outlook Email | Re Election Fraud | Charles Pinney | Kate Fisher; Keith Ingram; Heidi Martinez | Kristi Hart | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833968 | Chuck Pinney | 5/5/2022 | Outlook Email | 98 Bernett Hernandez Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 98 Bernett Hernandez Complaint - Assignment (CP) msg | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833970 | Chuck Pinney | 4/27/2022 | Outlook Email | FW Supplemental Report R Gonzales | LegalTeam | Kate Fisher | | FW_Supplemental Report R Gonzales msg | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division staff regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0834491 | Chuck Pinney | 5/25/2022 | Outlook Email | Re Travis County EVBB Notice of Defect | Charles Pinney | Lena Proft; Elec Legal | | | Privileged - Withhold | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect |
| DOC_0834492 | Chuck Pinney | 5/25/2022 | Outlook Email | RE Travis County EVBB Notice of Defect | Heidi Martinez | Charles Pinney; Lena Proft; Elec Legal | | | Privileged - Withhold | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect |
| DOC_0834531 | Chuck Pinney | 5/25/2022 | Outlook Email | RE Travis County EVBB Notice of Defect | Melanie Best | Heidi Martinez; Charles Pinney; Lena Proft; Elec Legal | | | Privileged - Withhold | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect |
| DOC_0834535 | Chuck Pinney | 5/25/2022 | Outlook Email | RE Travis County EVBB Notice of Defect | Heidi Martinez | Lena Proft; Elec Legal | | | Privileged - Withhold | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect |
| DOC_0807078 | Christina Adkins | 10/19/2022 | Outlook Email | RE CC/EA/VR List | Adam Bitter | Kristi Hart | Keith Ingram; Christina Adkins | | Privileged - Withhold | Attorney Client | Email communication between SOS general counsel and SOS elections division employees regarding CC/EA/VR list |
| DOC_0807868 | Christina Adkins | 10/19/2022 | Outlook Email | RE CC/EA/VR List | Kristi Hart | Adam Bitter | Keith Ingram; Christina Adkins | | Privileged - Withhold | Attorney Client | Email exchange between SOS general counsel and Elections Division staff concerning question from OAG about election officials |