# EXHIBIT J

Improper Assertions of the
Deliberative Process Privilege

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0808748 | Christina Adkins | 2/16/2023 | Outlook Email | Fwd Alexa's Edits to RLA Document | Christina Adkins | Adam Bitter | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication Elections Division staff and SOS attorney regarding what to include in its recommendation to the Legislature for the election audit |
| DOC_0808749 | Christina Adkins | 2/27/2023 | Microsoft Word 2016 | | Alexa Buxkemper | | | Updated V2 Draft Report - Alexa's edits docx | Privileged - Withhold | Deliberative Process | Draft changes to risk-limiting audit pilot report 2022 |
| DOC_0806487 | Andre Montgomery | 12/22/2022 | Outlook Email | Legislative Report on CWPP | Andre Montgomery | Christina Adkins; Heidi Martinez | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication between SOS attorneys regarding draft Legislative report on November 2020 election |
| DOC_0806885 | Andre Montgomery | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Lena Proft | Elections-Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversation between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 |
| DOC_0806901 | Andre Montgomery | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Lena Proft | Heidi Martinez; Charles Pinney; Elections-Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversation between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 |
| DOC_0806927 | Andre Montgomery | 3/3/2023 | Outlook Email | Re DRAFT email to Ellis County re Farmers Branch | Charles Pinney | Lena Proft; Elections Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversations between SOS attorney and SOS legal regarding draft response email to Ellis County elections admin question on election procedures |
| DOC_0805973 | Andre Montgomery | 8/8/2022 | Outlook Email | 2020 Election Results E-mails | Andre Montgomery | Heidi Martinez | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication between SOS attorneys regarding election results emails |