# EXHIBIT K

Improper Assertions of the
Investigative Privilege

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0806435 | Andre Montgomery | 3/24/2023 | Adobe Acrobat (PDF) | | | | | Chamakala Santhamma SOS TX Complaint pdf | Privileged - Withhold | Investigative | Election complaint dated 2/15/23 alleging voter fraud in 2020 General Election |
| DOC_0806436 | Andre Montgomery | 3/24/2023 | Adobe Acrobat (PDF) | | | | | Chamakala Santhamma TX Info pdf | Privileged - Withhold | Investigative | Election complaint dated 2/15/23 alleging voter fraud in 2020 General Election |
| DOC_0806447 | Andre Montgomery | 9/2/2022 | Outlook Email | FW Complaint - Perjury - Hannah Marie Christian | Elections Internet | LegalTeam | | | Privileged - Withhold | Investigative | Email with election complaint dated 9/2/22 alleging voter fraud in 2020 General Election |
| DOC_0806448 | Andre Montgomery | 10/24/2022 | Adobe Acrobat (PDF) | | | | | Election Complaint to the SOS_HannahMarieChristian pdf | Privileged - Withhold | Investigative | Election complaint dated 9/2/22 alleging voter fraud in 2020 General Election |
| DOC_0806449 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | Mail&More_Address jpg | Privileged - Withhold | Investigative | Election complaint dated 9/2/22 alleging voter fraud in 2020 General Election |
| DOC_0806450 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | Mail&MoreSte160 jpg | Privileged - Withhold | Investigative | Election complaint dated 9/2/22 alleging voter fraud in 2020 General Election |
| DOC_0806451 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | Signature_on_Complaint jpg | Privileged - Withhold | Investigative | Election complaint dated 9/2/22 alleging voter fraud in 2020 General Election |
| DOC_0806452 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | TravisSOR_HannahMarieChristian jpg | Privileged - Withhold | Investigative | Election complaint dated 9/2/22 alleging voter fraud in 2020 General Election |
| DOC_0806537 | Andre Montgomery | 5/31/2022 | Outlook Email | FW Message from 307-52981-9124206 | English option 4 (8184008485) | LegalTeam | Charles Pinney | | | Privileged - Withhold | Attorney Client; Investigative | Email conversation between SOS attorneys regarding election fraud complaint from Denton County |
| DOC_0806538 | Andre Montgomery | 5/31/2022 | Outlook Email | Message from 307-52981-9124206 | English option 4 (8184008485) | Cisco Unity Connection Messaging System | 91251@voip dir texas gov | | Message from 307-52981-9124206 _ English option 4 (8184008485) msg | Privileged - Withhold | Investigative | Email with election fraud complaint from Denton County |
| DOC_0806539 | Andre Montgomery | 7/2/2022 | Windows Sound | | | | | VoiceMessage wav | Privileged - Withhold | Investigative | Election fraud complaint from Denton County |
| DOC_0806655 | Andre Montgomery | 5/31/2022 | Outlook Email | FW Message from 307-52981-9124206 | English option 4 (8184008485) | Elections Internet | LegalTeam | Kate Fisher | | Privileged - Withhold | Investigative | Election complaint received 5/31/22 alleging election fraud in Denton County |
| DOC_0806656 | Andre Montgomery | 5/31/2022 | Outlook Email | Message from 307-52981-9124206 | English option 4 (8184008485) | Cisco Unity Connection Messaging System | 91251@voip dir texas gov | | Message from 307-52981-9124206 _ English option 4 (8184008485) msg | Privileged - Withhold | Investigative | Election complaint received 5/31/22 alleging election fraud in Denton County |
| DOC_0806657 | Andre Montgomery | 7/25/2022 | Windows Sound | | | | | VoiceMessage wav | Privileged - Withhold | Investigative | Election complaint received 5/31/22 alleging election fraud in Denton County |
| DOC_0807069 | Christina Adkins | 2/13/2023 | Microsoft Excel 2016 Workbook | | Tamara Schoonmaker | | | 2022 Complaints - Need Status xlsx | Privileged - Withhold | Investigative | List and status of active election complaints |
| STATE177217 | Christina Adkins | 11/14/2022 | Outlook Email | FW Election fraud | Heidi Martinez | Christina Adkins | | | Privileged - Redact | Attorney Client | Email communication between SOS attorneys regarding election fraud complaint |
| DOC_0808148 | Christina Adkins | 7/17/2022 | Outlook Email | FW Election Fraud Complaint - Dave Jones | Elections Internet | Kate Fisher | Christina Adkins | | Privileged - Withhold | Investigative | Email communicating election complaint about alleged voter fraud during November 2022 election |
| DOC_0808149 | Christina Adkins | 7/17/2022 | Adobe Acrobat (PDF) | | | | | TX SOS Election Complaint pdf | Privileged - Withhold | Investigative | Election complaint about alleged voter fraud during November 2022 election |
| DOC_0808338 | Christina Adkins | 2/14/2023 | Outlook Email | FW Potential Double voter in 2020 GE in Harnett County, NC and Bell County, TX | Elections Internet | Kate Fisher | Christina Adkins | | Privileged - Withhold | Investigative | Email communicating election complaint about alleged voter fraud during November 2020 election |
| DOC_0808339 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee NC Info History pdf | Privileged - Withhold | Investigative | Supporting document to election complaint about alleged voter fraud during November 2020 election |
| DOC_0808340 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee SOS TX Complaint pdf | Privileged - Withhold | Investigative | Election complaint about alleged voter fraud during November 2020 election |
| DOC_0808341 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee TX Info pdf | Privileged - Withhold | Investigative | Supporting document to election complaint about alleged voter fraud during November 2020 election |
| DOC_0808348 | Christina Adkins | 3/10/2023 | Outlook Email | FW Potential Double voter in 2020 GE in Harris County, TX and Wakulla County, FL | Elections Internet | Kate Fisher | Christina Adkins | | Privileged - Withhold | Investigative | Email communicating election complaint about alleged voter fraud during November 2020 election |
| DOC_0808349 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | | | | Schaefer TX SOS Complaint pdf | Privileged - Withhold | Investigative | Election complaint about alleged voter fraud during November 2020 election |
| DOC_0808350 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | Terri Gierer | | | Thomas E Schaefer_TX info pdf | Privileged - Withhold | Investigative | Supporting document to election complaint about alleged voter fraud during November 2020 election |
| DOC_0808351 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | Terri Gierer | | | Thomas E Schaefer_TX info county pdf | Privileged - Withhold | Investigative | Supporting document to election complaint about alleged voter fraud during November 2020 election |
| DOC_0808576 | Christina Adkins | 3/9/2023 | Microsoft Excel 2016 Workbook | | Tamara Schoonmaker | | | 2022 Complaints - Need Status xlsx | Privileged - Withhold | Investigative | Log of still-pending election complaints submitted to Secretary of State |
| DOC_0814467 | Heidi Martinez | 11/2/2022 | Outlook Email | FW 318 Monica Flores-Rolater Complaint | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | | Privileged - Withhold | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance in Plano, TX |
| DOC_0814468 | Heidi Martinez | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 318 Monica Flores- Rolater Complaint pdf | Privileged - Withhold | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance in Plano, TX |
| DOC_0814469 | Heidi Martinez | 10/26/2022 | Outlook Email | RE Vela 5 of 5 | Kate Fisher | Heidi Martinez | | | Privileged - Withhold | Investigative | Election complaint received 10/21/22 and referred to OAG |
| DOC_0814620 | Heidi Martinez | 12/7/2022 | Outlook Email | RE 318 Monica Flores-Rolater Complaint - Assignment (CP) | Keith Ingram | Charles Pinney; Kate Fisher | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance that was referred to OAG |
| DOC_0814621 | Heidi Martinez | 12/7/2022 | Outlook Email | Re 318 Monica Flores-Rolater Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance that was referred to OAG |
| STATE177462 | Heidi Martinez | 9/15/2022 | Outlook Email | FW 246 Frank Borden Complaint | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | | Privileged - Redact | Attorney Client | Email communication between SOS attorneys and Elections Division staff regarding alleged election improprieties |
| DOC_0814713 | Heidi Martinez | 11/7/2022 | Outlook Email | FW 318 Monica Flores-Rolater Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG |
| DOC_0814714 | Heidi Martinez | 12/23/2022 | Adobe Acrobat (PDF) | | | | | 318 Monica Flores- Rolater Complaint pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0814746 | Heidi Martinez | 11/2/2022 | Outlook Email | 318 Monica Flores-Rolater Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG |
| DOC_0814747 | Heidi Martinez | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 318 Monica Flores- Rolater Complaint pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG |
| DOC_0814782 | Heidi Martinez | 11/3/2022 | Outlook Email | FW SoS Supplement | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | | Privileged - Withhold | Investigative | Election complaint supplement received 11/3/22 that was forwarded to OAG |
| DOC_0814783 | Heidi Martinez | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 8th day campaign finance report Eloy Vera pdf | Privileged - Withhold | Investigative | Election complaint supplement received 11/3/22 that was forwarded to OAG |
| STATE177642 | Heidi Martinez | 8/18/2022 | Outlook Email | 132 John Browning Complaint - Assignment (LP) | Kate Fisher | Lena Proft | Heidi Martinez | | Privileged - Redact | Attorney Client | Email communication between SOS attorneys and Elections Division employee regarding complaint and possible election contest |
| DOC_0814824 | Heidi Martinez | 11/3/2022 | Outlook Email | RE SoS Supplement | Kate Fisher | Keith Ingram; Kristi Hart; Heidi Martinez | Lena Proft | | Privileged - Withhold | Investigative | Election complaint supplement submitted 11/3/22 regarding potential violations of § 276 015(b) and (d) Was referred to OAG |
| DOC_0814988 | Heidi Martinez | 6/6/2022 | Outlook Email | RE Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Investigative | Election complaint submitted 6/3/22 regarding potential ABBM fraud that was referred to OAG |
| DOC_0820026 | Keith Ingram | 10/20/2022 | Outlook Email | FW 271 SAO Hotline Complaint | | | | | Privileged - Withhold | Investigative | Election complaint received from SAO Hotline Complaint regarding alleged paid ballot harvesting of homeless in Tarrant County |
| DOC_0820027 | Keith Ingram | 11/19/2022 | Adobe Acrobat (PDF) | | | | | 271 SAO Hotline Complaint pdf | Privileged - Withhold | Investigative | Election complaint received from SAO Hotline Complaint regarding alleged paid ballot harvesting of homeless in Tarrant County |
| DOC_0820325 | Keith Ingram | 11/17/2022 | Outlook Email | FW 348 Heather Parks Complaint | | | | | Privileged - Withhold | Investigative | Election complaint submitted 11/8/22 regarding potential improper voter assistance in 2022 General Election |
| DOC_0820326 | Keith Ingram | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 348 Heather Parks Complaint pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/8/22 regarding potential improper voter assistance in 2022 General Election |
| DOC_0820572 | Keith Ingram | 12/13/2022 | Outlook Email | Fw 452 Paul Feeser Complaint | Keith Ingram | | | | Privileged - Withhold | Investigative | Election complaint received 12/7/22 alleging potential improper poll judge behavior in Carrollton, TX |
| DOC_0820731 | Keith Ingram | 10/19/2022 | Outlook Email | FW 271 SAO Hotline Complaint | | | | | Privileged - Withhold | Investigative | Election complaint received from SAO Complaint Hotline alleging potential illegal vote harvesting in Tarrant County |
| DOC_0820732 | Keith Ingram | 11/19/2022 | Adobe Acrobat (PDF) | | | | | 271 SAO Hotline Complaint pdf | Privileged - Withhold | Investigative | Election complaint received from SAO Complaint Hotline alleging potential illegal vote harvesting in Tarrant County |
| DOC_0820947 | Keith Ingram | 5/31/2022 | Outlook Email | RE Dimmit County | | Lena Proft | | | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County |
| DOC_0820953 | Keith Ingram | 11/10/2022 | Outlook Email | FW 159 Lawrence Traw Complaint | | | | | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820954 | Keith Ingram | 12/12/2022 | Adobe Acrobat (PDF) | | | | | 159 Lawrence Traw Complaint pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820960 | Keith Ingram | 5/25/2022 | Rich Text Format | | | | | TXT rtf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820961 | Keith Ingram | 5/25/2022 | Portable Network Graphics Format | | | | | unknown png | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820966 | Keith Ingram | 5/25/2022 | Rich Text Format | | | | | TXT rtf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820967 | Keith Ingram | 5/25/2022 | Portable Network Graphics Format | | | | | unknown png | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820972 | Keith Ingram | 5/25/2022 | Rich Text Format | | | | | TXT rtf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820973 | Keith Ingram | 5/25/2022 | Portable Network Graphics Format | | | | | unknown png | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election |
| DOC_0820978 | Keith Ingram | 8/10/2022 | Outlook Email | FW George Chamberlain 2020 General County Emails | Keith Ingram | Shamika Fehr; Nathan Goggin | | | Privileged - Withhold | Attorney Client | Email communication between SOS attorneys and Elections Division employees regarding how to respond to emails sent to various counties alleging voter fraud |
| DOC_0821084 | Keith Ingram | 10/26/2022 | Outlook Email | FW 278 Wayne Hamilton Complaint | | | | | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Travis County during 2022 General Election |
| DOC_0821085 | Keith Ingram | 11/27/2022 | Adobe Acrobat (PDF) | | | | | 278 Wayne Hamilton Complaint pdf | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Travis County during 2022 General Election |
| DOC_0821089 | Keith Ingram | 11/17/2022 | Outlook Email | FW 352 Linda Lee Complaint (re Michael Brown) | | | | | Privileged - Withhold | Investigative | Election complaint submitted 11/8/22 regarding potential voter registration fraud during 2022 General Election |
| DOC_0821090 | Keith Ingram | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 352 Linda Lee Complaint (re Michael Brown) pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/8/22 regarding potential voter registration fraud during 2022 General Election |
| DOC_0821095 | Keith Ingram | 12/7/2022 | Outlook Email | FW 419 John Clark Complaint | | | | | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election |
| DOC_0821096 | Keith Ingram | 1/6/2023 | Adobe Acrobat (PDF) | | | | | 419 John Clark Complaint pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election |
| DOC_0821109 | Keith Ingram | 11/28/2022 | Outlook Email | FW 378 Laura Gutierrez Complaint | | | | | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0821110 | Keith Ingram | 12/30/2022 | Adobe Acrobat (PDF) | | | | | 378_Laura Gutierrez Complaint.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election |
| DOC_0821284 | Keith Ingram | 12/7/2022 | Outlook Email | FW_420_Rodrigo Rodriguez Complaint | | | | | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 regarding potential curbside voting fraud in 2022 General Election |
| DOC_0821285 | Keith Ingram | 1/6/2023 | Adobe Acrobat (PDF) | | | | | 420_Rolando Rodriguez Complaint.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 regarding potential curbside voting fraud in 2022 General Election |
| DOC_0821329 | Keith Ingram | 10/19/2022 | Outlook Email | FW_271_SAO Hotline Complaint | Keith Ingram | Information Security | | | Privileged - Withhold | Investigative | Election complaint received from SAO Complaint Hotline regarding potential ballot harvesting in Tarrant County in 2022 General Election |
| DOC_0821330 | Keith Ingram | 12/4/2022 | Adobe Acrobat (PDF) | | | | | 271_SAO Hotline Complaint.pdf | Privileged - Withhold | Investigative | Election complaint received from SAO Complaint Hotline regarding potential ballot harvesting in Tarrant County in 2022 General Election |
| DOC_0821902 | Keith Ingram | 12/12/2022 | Outlook Email | FW_441_Judith Canion Complaint | | | | | Privileged - Withhold | Investigative | Election complaint submitted 11/29/22 regarding potential curbside voting fraud in 2022 General Election |
| DOC_0821903 | Keith Ingram | 1/14/2023 | Adobe Acrobat (PDF) | | | | | 441_Judith Canion Complaint.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/29/22 regarding potential curbside voting fraud in 2022 General Election |
| DOC_0822072 | Keith Ingram | 5/26/2022 | Outlook Email | 157_Jennifer Abraham Complaint | Kate Fisher | Keith Ingram; Heidi Martinez | Kristi Hart | 157_Jennifer Abraham Complaint.msg | Privileged - Withhold | Investigative | Election complaint submitted 3/25/22 regarding potential voter harassment in 2022 Primary Election |
| DOC_0822073 | Keith Ingram | 12/26/2022 | Adobe Acrobat (PDF) | | | | | 157_Jennifer Abraham Complaint.pdf | Privileged - Withhold | Investigative | Election complaint submitted 3/25/22 regarding potential voter harassment in 2022 Primary Election |
| DOC_0822096 | Keith Ingram | 6/6/2022 | Outlook Email | 169_Alejandro Jimenez Martinez Complaint | Kate Fisher | Keith Ingram; Heidi Martinez | Kristi Hart | 169_Alejandro Jimenez Martinez Complaint.msg | Privileged - Withhold | Investigative | Election complaint submitted 5/31/22 regarding potential discrimination against Spanish speaking voters in in 2022 Elections |
| DOC_0822097 | Keith Ingram | 5/31/2022 | Outlook Email | FW_Deceiving/Unfair voter registration process for spanish applicants in Texas | Kate Fisher | Kristi Hart | Lillian Eder | FW_Deceiving_Unfair voter registration process for spanish applicants in Texas.msg | Privileged - Withhold | Investigative | Election complaint submitted 5/31/22 regarding potential discrimination against Spanish speaking voters in in 2022 Elections |
| DOC_0822133 | Keith Ingram | 10/26/2022 | Outlook Email | FW_Complaint Vela 1 of 5 | Keith Ingram | Kate Fisher | | | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822134 | Keith Ingram | 12/15/2022 | MPEG-4 file | | | | | IMG_3093.MP4 | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822135 | Keith Ingram | 10/21/2022 | Outlook Email | Vela 3 of 5 | Wayne Hamilton | Elections Internet | Keith Ingram; Joe Esparza | Vela 3 of 5.msg | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822136 | Keith Ingram | 12/15/2022 | MPEG-4 file | | | | | IMG_3096.MP4 | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822137 | Keith Ingram | 12/15/2022 | Adobe Acrobat (PDF) | | | | | Vela complaintform- sos.pdf | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822383 | Keith Ingram | 11/3/2022 | Outlook Email | FW_SoS Supplement | | | | | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22, and supplemented 11/3/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822384 | Keith Ingram | 12/4/2022 | Adobe Acrobat (PDF) | | | | | 8th day campaign finance report Eloy Vera.pdf | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22, and supplemented 11/3/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822757 | Keith Ingram | 10/24/2022 | Outlook Email | FW_Complaint Vela 1 of 5 | Keith Ingram | Kate Fisher | | | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822758 | Keith Ingram | 12/12/2022 | Adobe Acrobat (PDF) | | | | | Vela complaintform- sos.pdf | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822903 | Keith Ingram | 10/24/2022 | Outlook Email | FW_Complaint Vela 1 of 5 | | | | | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0822904 | Keith Ingram | 11/23/2022 | Adobe Acrobat (PDF) | | | | | Vela complaintform- sos.pdf | Privileged - Withhold | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0823823 | Keith Ingram | 3/23/2023 | Outlook Email | 2022 Complaints for Referral to OAG | Kate Fisher | Keith Ingram | | | Privileged - Withhold | Attorney Client;Investigative | Email between SOS attorney and Elections Division employee regarding complaints that were determined to be referred to OAG |
| DOC_0823824 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | Information Technology | | | 278_Wayne Hamilton - OAG Referral.pdf | Privileged - Withhold | Investigative | Referral letter to OAG regarding possible ballot harvesting in 2022 General Election |
| DOC_0823825 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | | | | 278_Wayne Hamilton Complaint.pdf | Privileged - Withhold | Investigative | Complaint referred letter to OAG regarding possible ballot harvesting in 2022 General Election |
| DOC_0823827 | Keith Ingram | 10/31/2022 | Outlook Email | 316_Revesz Complaint | Elections Internet | reveszteresa306@gmail.com | | 316_Revesz Complaint.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0823828 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | | | | 318_Monica Flores- Rolater Complaint.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in 2022 General Election |
| DOC_0823829 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | Kate Fisher | | | 380_Elizabeth Bordelon Complaint.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential unlawful assistance in 2022 General Election |
| DOC_0826258 | Kristi Hart | 2/23/2023 | Microsoft Excel 2016 Workbook | | Tamara Schoonmaker | | | 2022 Complaints - Need Status.xlsx | Privileged - Withhold | Investigative | List of election complaints sent to SOS with description of what the complaint said, when it was filed, by whom, and to who the complaint was issued |
| DOC_0829382 | Lena Proft | 5/31/2022 | Outlook Email | RE_Dimmit County | Keith Ingram | Lena Proft | Kate Fisher | | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County |
| DOC_0829416 | Lena Proft | 12/21/2022 | Outlook Email | FW_Election Fraud | Elections Internet | LegalTeam | | | Privileged - Withhold | Investigative | Election complaint received 12/20/22 alleging fraud and irregularities in 2022 elections |
| DOC_0829417 | Lena Proft | 2/15/2023 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22.pdf | Privileged - Withhold | Investigative | Election complaint received 12/20/22 alleging fraud and irregularities in 2022 elections |
| DOC_0829441 | Lena Proft | 5/31/2022 | Outlook Email | RE_Dimmit County | Lena Proft | Keith Ingram | | | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County |
| DOC_0829486 | Lena Proft | 5/31/2022 | Outlook Email | RE_Dimmit County | | Keith Ingram | | | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County |
| DOC_0829517 | Lena Proft | 5/31/2022 | Outlook Email | Re_Dimmit County | Keith Ingram | Lena Proft | | | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County |
| DOC_0829799 | Lena Proft | 12/21/2022 | Outlook Email | FW_Election Fraud | LegalTeam | Kate Fisher | | | Privileged - Withhold | Investigative | Election complaint submitted 12/20/22 regarding potential fraud in Fort Bend County in 2022 Election |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0829800 | Lena Proft | 2/15/2023 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22 pdf | Privileged - Withhold | Investigative | Election complaint submitted 12/20/22 regarding potential fraud in Fort Bend County in 2022 Election |
| DOC_0833773 | Chuck Pinney | 6/6/2022 | Outlook Email | FW Election Fraud | Kate Fisher | Keith Ingram; Heidi Martinez | Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833776 | Chuck Pinney | 6/6/2022 | Outlook Email | FW Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833777 | Chuck Pinney | 6/6/2022 | Adobe Acrobat (PDF) | | | | | 98 Bernett Hernandez Complaint pdf | Privileged - Withhold | Investigative | Election complaint alleging candidate in Lamesa violated Election Code Sec 276 016 |
| DOC_0833779 | Chuck Pinney | 6/6/2022 | Outlook Email | RE Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833780 | Chuck Pinney | 6/6/2022 | Outlook Email | FW Election Fraud | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney; Heidi Martinez | | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833781 | Chuck Pinney | 6/6/2022 | Adobe Acrobat (PDF) | | | | | 98 Bernett Hernandez Complaint pdf | Privileged - Withhold | Investigative | Election complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833783 | Chuck Pinney | 6/6/2022 | Outlook Email | RE Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833784 | Chuck Pinney | 6/6/2022 | Outlook Email | Re Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833916 | Chuck Pinney | 6/8/2022 | Outlook Email | Re 133 Billy Wright Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex Elec Code Sec 61 008 in Elkhart, TX |
| DOC_0833917 | Chuck Pinney | 5/24/2022 | Outlook Email | 140 James Sheridan Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 140 James Sheridan Complaint - Assignment (CP) msg | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex Elec Code Sec 61 008 in Elkhart, TX |
| DOC_0833918 | Chuck Pinney | 7/25/2022 | Adobe Acrobat (PDF) | | | | | 140 James Sheridan Complaint pdf | Privileged - Withhold | Investigative | Election complaint about alleged violations of Tex Elec Code Sec 31 051, 61 003, 61 007, and 61 008 during May 2022 Local Election |
| DOC_0833919 | Chuck Pinney | 5/18/2022 | Outlook Email | FW Elkhart Texas Election Complaint Additional Information | LegalTeam | Kate Fisher | | FW_ Elkhart Texas Election Complaint Additional Information msg | Privileged - Withhold | Investigative | Election complaint supplementation received 5/18/22, alleging violation of 61 007 in Elkhart, TX |
| DOC_0833920 | Chuck Pinney | 5/19/2022 | Outlook Email | Re 140 James Sheridan Complaint | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | Re_ 140 James Sheridan Complaint msg | Privileged - Withhold | Investigative | Election complaint received 5/16/22, alleging violation of 61 007 in Elkhart, TX Referred to OAG |
| DOC_0833921 | Chuck Pinney | 7/25/2022 | Microsoft Word 2016 | | Louri O'Leary | | | Billy Wright - AG Referral docx | Privileged - Withhold | Investigative | Draft referral letter to Criminal Investigations at Office of Attorney General about election complaint alleging violation of Tex Elec Code Sec 61 007 in Elkhart, TX |
| DOC_0833954 | Chuck Pinney | 6/6/2022 | Outlook Email | RE Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833967 | Chuck Pinney | 6/6/2022 | Outlook Email | Re Election Fraud | Charles Pinney | Kate Fisher; Keith Ingram; Heidi Martinez | Kristi Hart | | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833968 | Chuck Pinney | 5/5/2022 | Outlook Email | 98 Bernett Hernandez Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 98 Bernett Hernandez Complaint - Assignment (CP) msg | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833969 | Chuck Pinney | 7/22/2022 | Adobe Acrobat (PDF) | | | | | Bernett Hernandez Complaint pdf | Privileged - Withhold | Investigative | Election complaint about alleged violation of Tex Elec Code Sec 276 016 during May 2022 Local Election in Lamesa, TX |
| DOC_0833970 | Chuck Pinney | 4/27/2022 | Outlook Email | FW Supplemental Report R Gonzales | LegalTeam | Kate Fisher | | FW_ Supplemental Report R Gonzales msg | Privileged - Withhold | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division staff regarding complaint about alleged violation of Tex Elec Code Sec 276 016 in Lamesa, TX |
| DOC_0833971 | Chuck Pinney | 7/22/2022 | Adobe Acrobat (PDF) | | | | | Rebecca Gonzales Supplemental Documentation pdf | Privileged - Withhold | Investigative | Election complaint about alleged violation of Tex Elec Code Sec 276 016 during May 2022 Local Election in Lamesa, TX |
| DOC_0833972 | Chuck Pinney | 7/22/2022 | Adobe Acrobat (PDF) | | | | | Rebecca Gonzales Supplemental Documentation pdf | Privileged - Withhold | Investigative | Election complaint about alleged violation of Tex Elec Code Sec 276 016 during May 2022 Local Election in Lamesa, TX |
| DOC_0834221 | Chuck Pinney | 12/8/2022 | Outlook Email | Re 271 SAO Hotline Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint received SAO Complaint Hotline regarding potential vote harvesting in Tarrant County |
| DOC_0834222 | Chuck Pinney | 12/8/2022 | Microsoft Word 97/98 | | Information Technology | | | Duane Sedge (SAO) - NR doc | Privileged - Withhold | Investigative | Election complaint received SAO Complaint Hotline regarding potential vote harvesting in Tarrant County |
| DOC_0834229 | Chuck Pinney | 12/7/2022 | Outlook Email | Re 318 Monica Flores-Rolater Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election |
| DOC_0834316 | Chuck Pinney | 12/7/2022 | Outlook Email | Re 318 Monica Flores-Rolater Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election |
| DOC_0834317 | Chuck Pinney | 12/7/2022 | Microsoft Word 2016 | | Charles Pinney | | | Monica Flores- Rolater - Unlawful Assistance - AG docx | Privileged - Withhold | Investigative | Draft letter to the Director of Law Enforcement at the Office of Attorney General referring election complaint |
| DOC_0834319 | Chuck Pinney | 12/7/2022 | Outlook Email | RE 318 Monica Flores-Rolater Complaint - Assignment (CP) | Keith Ingram | Charles Pinney; Kate Fisher | Heidi Martinez | | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election |
| DOC_0805430 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Texas Midterm Elections | Laura Gutierrez | aflacjuliekellog@gma il.com | Electionintegrity 2022; elections@sos.texas.g ov; Director TX | 2022 Texas Midterm Elections (1).msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805431 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc2.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805432 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Texas Midterm Elections | Laura Gutierrez | aflacjuliekellogg@gmail.com | elections@sos.texas.gov; Electionintegrity2022 | 2022 Texas Midterm Elections .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805433 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc3.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805434 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Voter Midterm Elections | Laura Gutierrez | aflacjuliekellog@gmail.com | Electionintegrity2022; elections@sos.texas.gov; Director TX | 2022 Voter Midterm Elections .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805435 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc1.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805436 | Texas OAG | 11/2/2022 | Outlook Email | AMIGOS DEL VALLE DONNA TX | AI | Julie Kellogg (RNC Election Integrity Team) | Electionintegrity2022; elections@sos.texas.gov; jkellogg@texasgop.org; karen@monicaforcongress.us | AMIGOS DEL VALLE DONNA TX.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential election irregularities in 2022 General Election. |
| DOC_0805437 | Texas OAG | 11/2/2022 | Microsoft Word 2016 | | user | | | 2022 POLL WATCHING AMIGOS DEL VALLE DONN TX.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential election irregularities in 2022 General Election. |
| DOC_0805438 | Texas OAG | 10/27/2022 | Outlook Email | Dear Election Integrity Team | Jackie Hunt Schiff | Electionintegrity2022 | Movin-OnTX; Jackie Hunt Schiff | Dear Election Integrity Team.msg | Privileged - Withhold | Investigative | Election complaint submitted 10/28/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805439 | Texas OAG | 10/27/2022 | Microsoft Word 2016 | | Jackie Hunt Schiff | | | Oct 26 GT CityHall Pollwatching.docx | Privileged - Withhold | Investigative | Election complaint submitted 10/28/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805440 | Texas OAG | 11/29/2022 | Outlook Email | Election Complaint- Deborah Lindstrom- Pt 2 of 3 | Debbie Lindstrom | elections@sos.texas.gov; Electionintegrity2022 | | Election Complaint- Deborah Lindstrom- Pt 2 of 3.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/29/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805441 | Texas OAG | 11/29/2022 | Adobe Acrobat (PDF) | | | | | VoterSuppression-DeborahLindstrom-Pt2.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/29/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805444 | Texas OAG | 11/17/2022 | Outlook Email | Election Complaint to SOS | John Clark | elections@sos.texas.gov; Electionintegrity2022; election@texasgop.org; Debbie Adams; RNC Election Integrity Team; julie@truetexasproject.com; Sam Brannon; TrueTexasElections@starmail.com | | Election Complaint to SOS.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805445 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | | | | Mary.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805446 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | John Clark | | | Page 2 and 3.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805447 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | | | | Sig page.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805448 | Texas OAG | 12/9/2022 | Outlook Email | Fw: Election Complaint- Deborah Lindstrom- Pt 2 of 3 | Debbie Lindstrom | elections@sos.texas.gov; Electionintegrity2022 | | Fw_ Election Complaint- Deborah Lindstrom- Pt 2 of 3.msg | Privileged - Withhold | Investigative | Election complaint submitted 12/9/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805449 | Texas OAG | 12/9/2022 | Adobe Acrobat (PDF) | | | | | VoterSuppression-DeborahLindstrom- Pt2.pdf | Privileged - Withhold | Investigative | Election complaint submitted 12/9/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805450 | Texas OAG | 11/10/2022 | Outlook Email | General Election Edinburg Elections Annex Building | Laura Gutierrez | elections@sos.texas.gov; Electionintegrity2022; Director TX; Julie Kellogg | | General Election Edinburg Elections Annex Building .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/11/22 regarding potential curbside voting by ineligible voters in 2022 General Election. |
| DOC_0805451 | Texas OAG | 11/17/2022 | Outlook Email | Hays Co-John Clark- PW Obstruction Election Complaint to SOS | Kathy Haigler (RNC Election Integrity Team) | John Clark | Debbie Adams; elections@sos.texas.gov; Electionintegrity2022; Election Integrity; Julie; Sam Brannon; Truetexaselections | Hays Co-John Clark- PW Obstruction Election Complaint to SOS.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805452 | Texas OAG | 11/1/2022 | Outlook Email | Incident Report | Laura Gutierrez | elections@sos.texas.gov; Director TX; Jkellogg@texasgop.org; Electionintegrity2022 | | Incident Report .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805453 | Texas OAG | 11/2/2022 | Outlook Email | Poll Watcher Report | Laura Gutierrez | elections@sos.texas.gov; Electionintegrity2022; Director TX | Jkellogg@texasgop.org | Poll Watcher Report .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/3/22 regarding potential improper voter assistance in 2022 General Election. |
| DOC_0805454 | Texas OAG | 11/2/2022 | Outlook Email | POLL WATCHING AT THE SAN JUAN CITY LIBRARY (MEMORIAL) - UNETHICS | AI | Julie Kellogg (RNC Election Integrity Team); Electionintegrity2022; elections@sos.texas.gov; karen@monicaforcongress.us; Jkellogg@texasgop.org | | POLL WATCHING AT THE SAN JUAN CITY LIBRARY (MEMORIAL) - UNETHICS.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805455 | Texas OAG | 11/2/2022 | Microsoft Word 2016 | | user | | | 2022 POLL WATCHING SAN JUAN CITY LIBRARY.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805456 | Texas OAG | 11/2/2022 | Outlook Email | POLL WATCHING THE EDINBURG ANNEX EDINBURG TX | AI | hlep@tx.protectthevote.com | jkellogg@texasgop.org; Electionintegrity2022; elections@sos.texas.gov; karen@monicaforcongress us | POLL WATCHING THE EDINBURG ANNEX EDINBURG TX.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential improper voter assistance in 2022 General Election. |
| DOC_0805457 | Texas OAG | 11/2/2022 | Microsoft Word 2016 | | user | | | POLLWATCHER EARLY VOTING.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential improper voter assistance in 2022 General Election. |
| DOC_0805458 | Texas OAG | 11/3/2022 | Outlook Email | Re: Obstruction of Poll Watchers at Hays Co. Gov't Bldg. | Charles Walts | Electionintegrity2022; STAT Team: Republican Party of TX; SOS Poll Worker Training; laura.pressley.truetexaselections@startmail.com; paul.bettencourt@senate.texas.gov; Donna Campbell; Gary Cutler; Sen. Jane Nelson; Bob Hall; info@danpatrick.org; info@gregabbott.com; Tedcruz Info; True Texas Project; Angela Paxton; Rep. Andy Biggs; Lucy Trainor; bosslady1961@icloud.com; Dawn Buckingham; letters@empowertexans.com; chairmanrinaldi@texasgop.org; EveryLegalVote On Behalf of The Truth and Freedom Initiative; Catherine Engelbrecht; elections@sos.texas.gov; DonaldJTrump.com; Hays Constitutional Republicans; Susie Carter | | Re_ Obstruction of Poll Watchers at Hays Co_ Gov't Bldg_.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/3/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805459 | Texas OAG | 10/28/2022 | Outlook Email | Re: Great job everyone!!! | Sam Brannon | Susie Carter; bosslady1961@icloud.com; Lucy Trainor; laura.pressley.truetexaselections@startmail.com; Electionintegrity2022; Bob Hall; Sen. Jane Nelson; paul.bettencourt@senate.texas.gov; Gary Cutler | | Re_ Great job everyone!!!.msg | Privileged - Withhold | Investigative | Election complaint submitted 10/229/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805460 | Texas OAG | 10/28/2022 | Adobe Acrobat (PDF) | | | | | TEC - Sec 33.056 33.061.pdf | Privileged - Withhold | Investigative | Election complaint submitted 10/229/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805461 | Texas OAG | 11/16/2022 | Outlook Email | Watchers Rejected at Polls, Elections Division, Clarification please... | Sam Brannon | Bob Hall; Jacey.Jetton@house.texas.gov; Tori.MacFarlan@House.Texas.GovCc: Bryan.Hughes@senate.texas.gov; drew.tedford@senate.texas.gov; James.Brase@senate.texas.gov; Jane.Nelson@Senate.Texas.gov; Paul.Bettencourt@Senate.Texas.Gov; Charles.Schwertner@Senate.Texas.gov; Brian.Birdwell@Seate.Texas.Gov; Donna.Campbell@Senate.Texas.Gov; Electionintegrity2022; STAT Team: Republican Party of TX; secretary@sos.texas.c | Laura.Pressley. True TexasElections@Star tmail.com; HCR-A CARTER SUSIE; bosslady1961@icloud.com; Esther Schneider | Watchers Rejected at Polls_ Elections Division_ Clarification please___.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805462 | Texas OAG | 11/16/2022 | Adobe Acrobat (PDF) | | | | | CID Supplemental Report 11.15.2022 - with Attachments.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805463 | Texas OAG | 11/16/2022 | Adobe Acrobat (PDF) | | RCQ | | | Case Opening Form - 2022 Harris County.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/16/22 regarding potential election code violation in Harris County during 2022 General Election. |
| DOC_0805497 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint Supplement - Finance Report.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805498 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805499 | Texas OAG | 11/9/2022 | Portable Network Graphics Format | | | | | absentee ballot recieved on voter eusebio aleman.PNG | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805500 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | Case Opening Form - Starr Cnty22.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805501 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | CFS 1436674 - STARR COUNTY.PDF | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805502 | Texas OAG | 2/22/2023 | Microsoft Word 2016 | | Michael Burner | | | evidentiary warrant draft.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805503 | Texas OAG | 2/22/2023 | Microsoft Word 2016 | | Michael Burner | | | evidentiary warrant.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805504 | Texas OAG | 11/15/2022 | Outlook Email | FW: Preservation Letter related to the November 8, 2022 General Election | Michael Burner | arodriguez@co.starr.tx.us | | FW Preservation Letter related to the November 8 2022 General Election email filed with business affidavit.msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805505 | Texas OAG | 11/15/2022 | Microsoft Word 2016 | | Velma Ferdinando | | | OAG Letterhead 2022.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805506 | Texas OAG | 2/22/2023 | Microsoft Word 97/98 | | Diane Beckham | | | modesta search warrant .doc | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805507 | Texas OAG | 11/18/2022 | Microsoft Word 2016 | | Velma Ferdinando | | | OAG Letterhead 2022.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805508 | Texas OAG | 2/28/2023 | Microsoft PowerPoint 2016 | | Michael Burner | | | PIN CHART FOR STARR COUNTY POWERPOINT.pptx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805509 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | Referral.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805510 | Texas OAG | 12/21/2022 | Microsoft Word 2016 | | Michael Burner | | | ROI (AutoRecovered).docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805511 | Texas OAG | 11/9/2022 | Portable Network Graphics Format | | | | | Teams search of voter listed on complaint.PNG | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805512 | Texas OAG | 2/24/2023 | Microsoft Word 2016 | | Michael Burner | | | THE STATE OF TEXAS return.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805513 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | webPas 1436674 2022 Starr County.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805514 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | 20221128_Completed by Early Voting Cleric .pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805515 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | ALEMAN, Eusebio - CLEAR 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805516 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | ALEMAN, Eusebio - TWC Personal Info 11172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805517 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | ALEMAN, Eusebio - TWC Wage Detail 11172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805518 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | ALEMAN, Eusebio Martinez - Whooster 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805519 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | application for a ballot by mail for Aleman Eusebio dated 012620.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805520 | Texas OAG | 11/18/2022 | Adobe Acrobat (PDF) | | Carly Desmond | | | CCHW.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805521 | Texas OAG | 11/18/2022 | Adobe Acrobat (PDF) | | Carly Desmond | | | DL PHOTO + INFO + HISTORY.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805522 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | MARTINEZ Aleman, Eusebio - TLO 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805523 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | Texas Voter Registration Application for Eusebelio Aleman 020714.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805524 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | voter registration application 031202.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805525 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-EBT archive-04 01-2022_08-24-2022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805526 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE-112222_Redacted.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805527 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE- 112222-pg 2_Redacted.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805528 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE- 112222-pg 3_Redacted.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805529 | Texas OAG | 11/7/2022 | Outlook Email | FW: 278. Wayne Hamilton Complaint OAG Referral (1 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 278_ Wayne Hamilton Complaint OAG Referral (1 of 3).msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805530 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Information Technology | | | 278. Wayne Hamilton - OAG Referral.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805531 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint Supplement - Finance Report.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805532 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805533 | Texas OAG | 11/7/2022 | Outlook Email | FW: 278. Wayne Hamilton Complaint OAG Referral (2 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 278_ Wayne Hamilton Complaint OAG Referral (2 of 3).msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805534 | Texas OAG | 11/7/2022 | MPEG-4 file | | | | | IMG_3093.MP4 | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805535 | Texas OAG | 11/7/2022 | Outlook Email | FW: 278. Wayne Hamilton Complaint OAG Referral (3 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 278_ Wayne Hamilton Complaint OAG Referral (3 of 3).msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805536 | Texas OAG | 11/7/2022 | MPEG-4 file | | | | | IMG_3096.MP4 | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805537 | Texas OAG | 2/24/2023 | Outlook Email | Roma isd election site | Clarissa Alvarez | Michael Burner | | Roma isd election site .msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805538 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne - CCH neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805539 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - Clearview AI 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805540 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne - N-DEx neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805541 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne I - CLEAR 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805542 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne Ivette - DLIR 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805543 | Texas OAG | 2/27/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne Ivette - DLIR supporting docs 02252023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805544 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne Ivette - Whooster 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805545 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN BCTRs 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805546 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN CTRs 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805547 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN SARs 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805548 | Texas OAG | 2/24/2023 | Microsoft Word 2016 | | Xochitl Colarusso | | | HHSC Request CX7509340471 GARCIA.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805549 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Claims neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805550 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Payments neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805551 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Profile 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805552 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Wage Detail 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805553 | Texas OAG | 11/28/2022 | Internet HTML | | | | | Encrypted Message.htm | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805554 | Texas OAG | 11/22/2022 | Outlook Email | [ENCRYPTED] Texas Attorney General's Office RFI | Keri Kagawa | oig_gi@hhsc.state.tx.us | Michael Burner | ENCRYPTED Texas Attorney General's Office RFI.msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |