IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br> *Intervenor-Defendants*. | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

### LUPE PLAINTIFFS' OPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS JANE NELSON AND JOHN SCOTT

Plaintiffs La Union del Pueblo Entero, *et al.* ("LUPE Plaintiffs")[1] respectfully move the Court for an enlargement of time to file *nunc pro tunc* their Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott, which was filed 18 minutes after the deadline. *See* Dkt. 630.

The Court has set a hearing for LUPE Plaintiffs' Motion to Compel on Thursday, June 29, 2023. Dkt. 631. Counsel for Defendants stated that they oppose the instant motion.

For the reasons set forth below, LUPE Plaintiffs respectfully request that the Court accept their Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott.

---

[1] Plaintiffs are La Union del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Anti-Defamation League Austin, Southwest, and Texoma, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute , FIEL Houston Inc., and James Lewin.

1. LUPE Plaintiffs' deadline to file their motion to compel was June 20, 2023, pursuant to the parties' Stipulated ESI Agreement (Dkt. 251) and the Court's text order granting the parties' joint motion to extend LUPE Plaintiffs' deadline to file a motion to compel as to Defendant Nelson's privilege log (*see* Dkt. 625). *See* Dkt. 630 at 3 & n.3.

2. As described in their motion to compel, leading up to that deadline, LUPE Plaintiffs worked diligently to gather additional information in an effort to narrow the scope of any disagreement regarding the privilege assertions by Defendants Nelson and Scott. *See id.* at 3-4.

3. LUPE Plaintiffs were unable to file their Motion to Compel prior to the June 20, 2023 midnight deadline due to the time constraints of having to prepare exhibits that reflected improper privilege assertions. *See id.*, Exs. G to K. LUPE Plaintiffs filed their motion at 12:18 a.m. on June 21, 2023—18 minutes after the midnight deadline. *See* Dkt. 630.

4. On June 21, 2023, the Court directed Defendants Nelson and Scott to file a response brief no later than June 26, 2023, and directed LUPE Plaintiffs to file a reply, if any, no later than June 28, 2023. Dkt. 631. In that same order, the Court set an in-person hearing on the Motion to Compel for Thursday, June 29, 2023 at 1:30 p.m. *Id.*

5. The circumstances surrounding LUPE Plaintiffs' 18-minute delay in filing support granting the extension, including LUPE Plaintiffs' "good faith and the absence of any danger of prejudice to [other parties] or of disruption to efficient judicial

administration posed by the late filings." *Pioneer Inv. Services Co. v. Brunswick Associates Ltd. P'ship*, 507 U.S. 380, 397 (1993).

6. Defendants Nelson and Scott are not prejudiced by the delayed filing of LUPE Plaintiffs' Motion to Compel. Further, LUPE Plaintiffs' delay in filing did not disrupt the Court's schedule.

7. Given the short and excusable delay in filing, and lack of prejudice to the other parties in this matter, LUPE Plaintiffs respectfully request that the Court grant an extension of time for the filing *nunc pro tunc* of Plaintiffs' Motion to Compel. *See* Dkt. 630.

## CONCLUSION

For the reasons stated above, LUPE Plaintiffs respectfully request the Court grant their motion for extension of time to file *nunc pro tunc*. *See* Dkt. 630.

Dated: June 21, 2023                                                  Respectfully Submitted,

*/s/ Nina Perales*                                                              */s/ Sean Morales-Doyle*
Nina Perales (TX Bar No. 24005046)                      Sean Morales-Doyle (NY Bar No. 5646641)
Julia R. Longoria (TX Bar No. 24070166)               Patrick A. Berry (NY Bar No. 5723135)
Fatima L. Menendez (TX Bar No. 24090260)        Jasleen K. Singh (CA. Bar No. 316596)
MEXICAN AMERICAN LEGAL DEFENSE           Eliza Sweren-Becker (NY Bar No. 5424403)
AND EDUCATIONAL FUND                                       Andrew B. Garber (NY Bar No. 5684147)
110 Broadway, Suite 300                                            BRENNAN CENTER FOR JUSTICE AT
San Antonio, TX 78205                                                NYU SCHOOL OF LAW
Telephone: (210) 224-5476                                         120 Broadway, Suite 1750
Facsimile: (210) 224-5382                                            New York, NY 10271
nperales@maldef.org                                                   Telephone: (646) 292-8310
jlongoria@maldef.org                                                  Facsimile: (212) 463-7308
fmenendez@maldef.org                                            sean.morales-doyle@nyu.edu
                                                                                      patrick.berry@nyu.edu
                                                                                      jasleen.singh@nyu.edu
Michael C. Keats*                                                       eliza.sweren-becker@nyu.edu
Rebecca L. Martin*                                                    andrew.garber@nyu.edu
Jason S. Kanterman*                                                  Paul R. Genender (TX Bar No. 00790758)

3

Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*
**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC**.

Elizabeth Y. Ryan (TX Bar No. 24067758)
Matthew Berde (TX Bar No. 24094379)

Megan Cloud (TX Bar No. 24116207)

WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com
megan.cloud@weil.com

**COUNSEL FOR FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA REGIONS, TEXAS IMPACT, JAMES LEWIN**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 21st day of June 2023.

                                              /s/ *Nina Perales*
                                              Nina Perales

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that, on June 21, 2023, she conferred by email with counsel for the State concerning the subject of the instant motion. Counsel for the State indicated that they oppose the motion.

                                              /s/ *Nina Perales*
                                              Nina Perales