IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br> *Intervenor-Defendants.* | § § § § § § § § § § § § § § | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

**[PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' OPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS JANE NELSON AND JOHN SCOTT**

Pending before the Court is LUPE Plaintiffs' Opposed Motion for Enlargement of Time to File Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE