UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, *et al.*, § § § *Defendants*. § | Case No. 5:21-cv-844-XR [Consolidated Cases] |

ORDER EXTENDING PAGE LIMITS FOR
STATE DEFENDANTS' RESPONSE TO OCA PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

Before the Court is the State Defendants' Unopposed Motion to Exceed Page Limits on their Response to OCA Plaintiffs' Motion for Partial Summary Judgment. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the page limits for the Response of the State Defendants to the OCA Plaintiffs' Motion for Partial Summary Judgment herein (ECF 611) are extended to sixty pages, exclusive of Table of Contents, Table of Authorities and signatures.

DATE: _____

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1