```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
 2                  SAN ANTONIO DIVISION
    LA UNION DEL PUEBLO ENTERO,      )
 3  et al.,                          )
                    Plaintiffs,      )
 4        vs.                        )Civil Action No.
    STATE OF TEXAS, et al.,          )5:21-cv-844(XR)
 5                  Defendants.      )(Consolidated Cases)

 6
                    ------------------------
 7                    ORAL DEPOSITION OF
                      KEITH INGRAM
 8                    March 28, 2023
                        Volume 1
 9                  ------------------------

10

11       ORAL 30(b)(1) DEPOSITION OF KEITH INGRAM, Volume

12  1, produced as a witness at the instance of the

13  Plaintiffs, and duly sworn, was taken in the

14  above-styled and numbered cause on March 28, 2023, from

15  9:15 a.m. to 4:18 p.m., before Dana Shapiro, CSR, in

16  and for the State of Illinois, reported by machine

17  shorthand, at 209 W. 14th Street, Austin, Texas 78701,

18  pursuant to the Federal Rules of Civil Procedure and

19  any provisions stated on the record or attached

20  hereto.

21

22

23

24

25
```



Keith Ingram                                            March 28, 2023
                                                             Page 2

```
 1              A P P E A R A N C E S

 2

 3    FOR PLAINTIFFS OCA/REVUP TEXAS (via ZOOM):

 4    MS. LUCIA ROMANO
      DISABILITY RIGHTS TEXAS
 5    1500 McGowen, Suite 100
      Houston, Texas 77004
 6    713-974-7691
      lromano@disabilityrightstx.org
 7         -and-
      MS. COURTNEY LUTHER
 8    DISABILITY RIGHTS TEXAS
      2222 West Braker Lane
 9    Austin, Texas 78758
      512-454-4816
10    cluther@disabilityrightstx.org

11    FOR INTERVENOR-DEFENDANTS HARRIS COUNTY REPUBLICAN
      PARTY, DALLAS COUNTY REPUBLICAN PARTY, REPUBLICAN
12    NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL
      COMMITTEE AND NATIONAL REPUBLICAN CONGRESSIONAL
13    COMMITTEE (appeared via ZOOM):

14    MR. STEPHEN J. KENNY
      JONES DAY
15    51 Lousiana Avenue, NW
      Washington, D.C. 20001
16    202-879-3939
      skenny@jonesday.com
17
      FOR PLAINTIFFS HOUSTON AREA URBAN LEAGUE; DELTA SIGMA
18    THETA SORORITY, INC.; THE ARC OF TEXAS; AND JEFFREY
      LAMAR CLEMMONS (appeared via ZOOM):
19
      MS. KATHRYN SADASIVAN
20    MR. VICTOR GENECIN
      MS. URUJ SHEIKH
21    NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
      40 Rector Street, Fifth Floor
22    New York, New York 10006
      212-965-2200
23    ksadasivan@naacpldf.org
      vgenecin@naacpldf.org
24    usheikh@naaacpldf.org

25
```



```
 1        A P P E A R A N C E S (continued):

 2   FOR PLAINTIFFS LA UNION DEL PUEBLO ENTERO SOUTHWEST
     VOTER REGISTRATION EDUCATION PROJECT:
 3
     MS. NINA PERALES
 4   MS. JULIA R. LONGORIA(via ZOOM)
     MS. FATIMA L. MENENDEZ(via ZOOM)
 5   MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
     110 Broadway, Suite 300
 6   San Antonio, Texas 78205
     210-224-5476
 7   nperales@maldef.org
     jlongoria@maldef.org
 8   fmenendez@maldef.org
          -and-
 9   MR. JASON KANTERMAN (via ZOOM)
     MR. KEVIN ZHEN (via ZOOM)
10   FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
     One New York Plaza
11   New York, New York 10004
     212-859-8519
12   Jason.Kanterman@friedfrank.com
     Kevin.Zhen@friedfrank.com
13
     FOR PLAINTIFFS LULAC, TEXAS, VOTO LATINO, TEXAS
14   ALLIANCE FOR RETIRED AMERICANS, TEXAS AFT (via ZOOM):

15   MS. MARISA O'GARA
     ELIAS LAW GROUP LLP
16   250 Massachusetts Avenue, NW, Suite 400
     Washington, D.C. 20001
17   202-968-4490
     mogara@elias.law
18

19   FOR THE UNITED STATES:

20   MR. JUSTIN BENNETT(via ZOOM)
     MR. RICHARD A. DELLHEIM
21   MR. MICHAEL E. STEWART
     U.S. DEPARTMENT OF JUSTICE
22   CIVIL RIGHTS DIVISION
     950 Pennsylvania Avenue, NW
23   Washington, D.C. 20530
     800-253-3931
24   Justin.Bennett@usdoj.gov
     Richard.Dellheim@usdoj.gov
25   Michael.Stewart3@usdoj.gov
```



```
 1              A P P E A R A N C E S (continued):

 2              -and-
    MR. DANIEL J. FREEMAN
 3  U.S. DEPARTMENT OF JUSTICE
    CIVIL RIGHTS DIVISION
 4  4 Constitution Square (4CON)
    150 M Street, N.E./8.143
 5  Washington, D.C. 20530
    202-305-4355
 6  Daniel.Freeman@usdoj.gov

 7  FOR DEFENDANTS THE STATE OF TEXAS, GREG ABBOTT, IN HIS
    OFFICIAL CAPACITY AS GOVERNOR OF TEXAS, JANE NELSON, IN
 8  HER OFFICIAL CAPACITY OF THE TEXAS SECRETARY OF STATE,
    WARREN K. PAXTON, IN HIS OFFICIAL CAPACITY AS THE TEXAS
 9  ATTORNEY GENERAL:

10  MS. KATHLEEN HUNKER
    MR. ETHAN SZUMANSKI
11  OFFICE OF THE ATTORNEY GENERAL
    P.O. Box 12548
12  Austin, Texas 78711-2548
    512-463-2100
13  kathleen.hunker@oag.texas.gov
    ethan.szumanski@oag.texas.gov
14
    FOR OFFICE OF THE TEXAS SECRETARY OF STATE:
15
    MR. ADAM BITTER
16  OFFICE OF THE SECRETARY OF STATE
    Capitol Building, Rm 1E.8
17  P.O Box 12697
    Austin, Texas 78711-2697
18  512-475-2813
    abitter@sos.texas.gov
19
    FOR DEFENDANT LISA WISE, IN HER OFFICIAL CAPACITY AS
20  THE EL PASO COUNTY ELECTIONS ADMINISTRATOR (via ZOOM):

21  MR. GERMAINE HABELL
    COOLEY LLP
22  Wells Fargo Center, South Tower
    355 South Grand Avenue, Suite 900
23  Los Angeles, California 90071-1560
    213-561-3227
24  ghabell@cooley.com

25
```



```
 1           A P P E A R A N C E S (continued):

 2   FOR DEFENDANTS BEXAR COUNTY ELECTIONS ADMINISTRATOR,
     JACQUELYN CALLANEN AND BEXAR COUNTY DISTRICT ATTORNEY
 3   JOE D. GONZALES (via ZOOM):

 4   MS. LISA V. CUBRIEL
     ASSISTANT DISTRICT ATTORNEY-CIVIL SECTION
 5   BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
     7th Floor Paul Elizondo Tower
 6   101 West Nueva
     San Antonio, Texas 78205-3030
 7   210-335-2142
     Lisa.Cubriel@bexar.org
 8
     FOR PLAINTIFF MI FAMILIA VOTA (via ZOOM):
 9
     MS. COURTNEY HOSTETLER
10   FREE SPEECH FOR PEOPLE
     1320 Centre Street, #405
11   Newton, Massachusetts 02459
     617-249-3015
12   chostetler@freespeechforpeople.org

13   FOR DEFENDANTS CLIFFORD TATUM, IN HIS OFFICIAL CAPACITY
     AS HARRIS COUNTY ELECTIONS ADMINISTRATOR (via ZOOM):
14
     MR. SAMEER S. BIRRING
15   SENIOR ASSISTANT COUNTY ATTORNEY
     OFFICE OF THE HARRIS COUNTY ATTORNEY
16   1019 Congress Plaza, 15th Floor
     Houston, Texas 77002
17   713-274-5101
     Sameer.Birring@harriscountytx.gov
18
     FOR DEFENDANT HIDALGO COUNTY ELECTIONS ADMINISTRATOR
19   DELIA GARZA (via ZOOM):

20   MS. LEIGH ANN TOGNETTI
     ASSISTANT DISTRICT ATTORNEY
21   100 East Cano, First Floor
     Hidalgo County Courthouse Annex III
22   Edinburg, Texas 78539
     956-292-7609
23   leigh.tognetti@da.co.hidalgo.tx.us

24
     ALSO PRESENT (via ZOOM):
25   MS. MORGAN HUMPHREY
     MS. SAMANTHA KOBOR
```



1                          INDEX

2                                            PAGE

Appearances....................................2-5
3  KEITH INGRAM VOLUME 1
         Examination by MR. FREEMAN................8
4        Examination by MS. PERALES..............145
         Examination by MR. GENECIN..............184
5  Signature and Changes........................219
   Reporter's Certificate.......................221

6                        EXHIBITS

7  NO.              DESCRIPTION            PAGE
   No. 1           Interrogatories          27
8  No. 2      absentee ballot mail form     39
   No. 3              email                 44
9  No. 4              email                 48
   No. 5          carrier envelope          50
10 No. 6          secrecy envelope          53
   No. 7              email                 57
11 No. 8      voter instruction sheet       58
   No. 9              email                 60
12 No. 10         signature sheet           62
   No. 11          presentation             65
13 No. 12        votetexas.gov page         72
   No. 13             portal                73
14 No. 14             email                 76
   No. 15 voter registration application    82
15 No. 16   notice of rejected application  93
   No. 17   notice of rejected application  93
16 No. 18        texas.gov page             96
   No. 19        texas.gov page             97
17 No. 20             email                100
   No. 21           NPR story              116
18 No. 22             email                124
   No. 23             email                145
19 No. 24             email                148
   No. 25              SB 1                 149

20

21

22

23

24

25



```
 1                      (WHEREUPON, the witness was duly

 2                      sworn.)

 3                      KEITH INGRAM,

 4   called as a witness herein, having been first duly

 5   sworn, was examined and testified as follows:

 6                      EXAMINATION

 7   BY MR. FREEMAN:

 8        Q.     My name is Dan Freeman.  This is the

 9   general election deposition of Mr. Keith Ingram in the

10   matter of La Union Del Pueblo Entero v. Abbott, U.S.

11   District Court for the Western District of Texas,

12   docket No. 5:21-cv-844.

13                  Again, as you know, my name is Dan Freeman.

14   I represent the United States in this matter.  With me

15   here today are Mr. Richard Dellheim and Mr. Mike

16   Stewart.  And I will let everyone else introduce

17   themselves.

18        MS. PERALES:  Nina Perales for Plaintiffs LUPE,

19   L-U-P-E, et al.

20        MS. HUNKER:  Kathleen Hunker and Ethan Szumanski

21   representing the State Defendants along with individual

22   legislators for the purposes of legislative privilege

23   to the extent it's raised today.  With me is Adam

24   Bitter, General Counsel for The Office of the Texas

25   Secretary of State.
```



1       MR. FREEMAN: If those who are on Zoom who intend

2    to ask questions could introduce themselves as well.

3       MR. GENECIN:  This is Victor Genecin,

4    G-E-N-E-C-I-N, of NAACP LDF for the HAUL Plaintiffs.  I

5    do intend to ask questions.

6       MR. FREEMAN:  Anyone else on Zoom who intends to

7    ask questions today?

8       MR. FREEMAN: Thank you very much.  I will ask

9    those who are on Zoom to please put themselves on mute

10   when you are not speaking.  I will ask everyone else in

11   the room to just remember to please silence your cell

12   phones.

13   BY MR. FREEMAN:

14       Q.    Mr. Ingram, I know you have been deposed

15   many times in this matter and others. We do need to go

16   through a few quick ground rules for the record.  The

17   deposition will proceed as a question and answer.  The

18   court reporter will be recording my questions and your

19   answers so it's important for both of us to articulate

20   rather than gesture.  Do you understand?

21       A.    I understand.

22       Q.    The purpose of the deposition is to obtain

23   your full testimony regarding your opinions -- or

24   excuse me -- your knowledge with respect to the matters

25   in this case.  So I need you to provide full and



1    complete answers.  Do you understand?

2            A.     I do.

3            Q.     I may not always be clear.  If you don't

4    understand, will you please ask me to restate the

5    question in a clear manner?

6            A.     I will.

7            Q.     If you need a break, will you let me know

8    and we'll finish the question and see about a break?

9            A.     Sure.

10           Q.     If you need coffee -- I see you already

11   have water -- please let me know between questions, and

12   we will see about getting you some.  Okay?

13           A.     Okay.

14           Q.     If you want to talk to your attorney,

15   that's fine, but if there is a question pending or you

16   are in the middle of an answer, let's finish up the

17   answer first and then you can talk with your attorney.

18   Will that work?

19           A.     Sure.

20           Q.     Sometimes you will remember things later in

21   the day.  If that happens, let me know while it's on

22   your mind and we can add to the record.  Will you do

23   that?

24           A.     I will.

25           Q.     I will give you a chance to do that towards



1    the end as well.

2            Sometimes after we have been talking for

3    awhile, you realize a prior answer was not entirely

4    accurate.  If you realize that, will you let me know so

5    we can correct the record?

6        A.    I will.

7        Q.    Sometimes while you are answering, you may

8    think of a document that will help you remember or help

9    you answer more accurately.  If you do, will you let me

10   know?

11       A.    I will.

12       Q.    We may have the document here.  If not, we

13   may be able to help you get it.  I see that you also

14   have a copy of the Election Laws of Texas 2022 edition

15   in front of you.  Can I ask you, do you intend to

16   refresh your recollection, if need be?

17       A.    If need be, yes, sir.

18       Q.    Mandatory question.  Are you on any

19   medication or drugs of any kind that might make it

20   difficult for you to answer or understand my questions?

21       A.    I'm not.

22       Q.    Is there any other reason you can think of

23   why you would not be able to answer my questions fully

24   and accurately?

25       A.    Seasonal allergies are making my throat



```
 1   dry, but that's about it.

 2        Q.      Well, we'll make sure you have enough

 3   water.  We can take breaks if need be.  If truly

 4   necessarily, we'll make a Claritin run.

 5               Last thing.  I want to remind you that you

 6   are under oath and subject to federal penalties for

 7   giving false or misleading testimony.  So it's

 8   important to answer my questions truthfully, accurately

 9   and completely.  Do you understand?

10        A.      I do.

11        Q.      Any questions so far?

12        A.      No, sir.

13        Q.      All right.  Just for the record, are you

14   represented by counsel here today?

15        A.      I am.

16        Q.      Who is that?

17        A.      Kathleen Hunker, and Adam Bitter is our

18   general counsel for our agency.

19        Q.      Without going into the substance of any

20   discussions you had with counsel, what did you do to

21   prepare for this deposition?

22        A.      Did meet with Kathleen and Ethan a couple

23   of times, and reviewed some documents.

24        Q.      What were those documents?

25        A.      They were our answers to discovery, I
```



1  believe, the most recent set of discovery questions,

2  interrogatories, request for production, request for

3  admission.  I also reviewed our results from the

4  comparison that we did in December after the general

5  election in '22.  So that we tried to harvest more

6  driver's license numbers.  And I looked at the

7  spreadsheet for the mail ballot rejection rates for all

8  of the elections in '22 including the general.

9        Q.    Do you know --

10       A.    Then a few mass emails that we sent over

11 the summer.

12       Q.    Do you know if that spreadsheet from mail

13 ballot rejection rates has been produced in this

14 litigation?

15       A.    As far as I know it was, yes.

16       MS. HUNKER:  It was.

17 BY MR. FREEMAN:

18       Q.    Was anyone else present besides Kathleen

19 and Ethan during sessions?

20       A.    In the first session, Adam Bitter was

21 there.  The next two Zena was there as deputy general

22 counsel.

23       Q.    I see.  Thank you.

24             Did you bring any documents with you here

25 today besides the Election Laws of Texas Manual?



```
 1          A.      I did not.

 2          Q.      Did you speak with anyone else about your

 3   deposition today outside of your immediate family?

 4          A.      I did.  I talked to Christina Adkins in our

 5   office, I talked to Kristi Hart, and I talked to Donna

 6   Davidson at the Republican Party of Texas.

 7          Q.      What did you discuss with Ms. Davidson?

 8          A.      The same thing that I talked to Christina

 9   about.  There was an incident with regard to a poll

10   watcher in Northern Hidalgo County.  For the life of me

11   I can't remember any details, neither could Christina,

12   and neither could Donna.

13          Q.      Anything else?

14          A.      That's it.

15          Q.      Okay.  So since we last spoke in April of

16   2022 has your role in the office of the Texas Secretary

17   of State changed?

18          A.      It has.

19          Q.      What's your current title?

20          A.      I'm not sure what the title is.  I think

21   it's project manager or special projects.  I have been

22   designated to work on one project.

23          Q.      What's that project?

24          A.      The project is potentially replacing the

25   ERIC system that we have that we're currently using to
```



```
 1   use to compare voter registrations across state lines.

 2        Q.     What was the impetus for your change in

 3   role?

 4        A.     We had an organizational hearing at the

 5   Texas house for the House Elections Committee on March

 6   10 or March 9, and then the Secretary was not pleased.

 7   She thought that my exchange with Representative

 8   Swanson was indicator that maybe it would be good for

 9   her and for me to change roles.

10        Q.     What was the impetus for the creation of

11   the role that you are now in?

12        A.     Well, we have been discussing -- there is

13   legislation that would require us to leave the ERIC

14   system, Electronic Registration Information Center, and

15   if any of that passes then we still have a law, legal

16   obligation to compare voter roles across state lines.

17   So we have a need to figure out what comes next if

18   ERIC -- if we have to withdraw from ERIC.

19        Q.     In your new role do you report to the

20   acting director of the elections division?

21        A.     Yes.

22        Q.     That's Ms. Adkins?

23        A.     It is.

24        Q.     In your new role will you have any role in

25   the implementation of SB 1's mail voting requirements
```



1   in future elections?

2       A.    I will not.  I might be asked for advice.

3   I might be asked for research, but that would be the

4   limit of it.

5       Q.    So at this time would it be fair to say

6   that your knowledge concerning implementation of SB 1's

7   mail voting requirements is strictly looking back at

8   past elections, and not looking forward as to planned

9   changes?

10      MS. HUNKER:  Objection, form.

11  BY THE WITNESS:

12      A.    I would agree with that.

13  BY MR. FREEMAN:

14      Q.    Would it be fair to say you do not have

15  personal knowledge about future improvements to

16  implementation of SB 1?

17      MS. HUNKER:  Objection, form.

18  BY THE WITNESS:

19      A.    Well, I don't know what you mean by

20  improvements.  I know that, you know, we are always

21  planning and preparing for the next election.  That

22  began immediately after November 2022 we began

23  preparing for 2024.  And so obviously I'm aware of

24  those discussions.

25  BY MR. FREEMAN:



1    Q.    Okay.  Are you no longer a part of the

2  discussions in terms of planning for the next election

3  and implementation of SB 1?

4    A.    Well, I don't know because right now it's

5  all legislation all of the time.  We will pick up the

6  planning discussion again this summer.

7    Q.    Well, you guessed my next topic.  Did you

8  testify before the Texas Legislature in the interim

9  between the third special session of the 87th leg and

10  the opening of the 88th Texas legislature?

11    A.    I don't remember.  Did we have an interim

12  hearing and house selections?  I know there was one

13  scheduled in Senate State of Affairs, but they

14  cancelled, so I don't know.  I don't know if I had a

15  house -- can you tell me if I did?

16    Q.    I don't know.

17    A.    I don't think we had an interim hearing.

18    Q.    So not to your knowledge?

19    A.    Not to my knowledge.

20    Q.    Just to close the loop.  Did you help any

21  other staff of the elections division prepare for

22  testimony during the interim between the 87th

23  legislature and the opening of the 88th?

24    A.    No.

25    Q.    Are you aware of any other instances when



1    staff of the elections division testified before the

2    Texas Legislator between 87th Legislature and opening

3    of the 88th?

4         A.    I'm not.

5         Q.    Since the opening of 88th Texas Legislator,

6    have you testified before any committee of Texas House

7    or Texas Senate?

8         A.    I have.

9         Q.    Which committee?

10        A.    House elections.

11        Q.    That's it?

12        A.    That's it.

13        Q.    Was that on March 9 you said?

14        A.    It was.

15        Q.    Was that the only time you testified?

16        A.    It was.

17        Q.    Since the opening of the 88th Texas

18   Legislature, have any other staff of the elections

19   division testified before any committee of the Texas

20   House or Texas Senate?

21        A.    Yes, Christina Adkins has.

22        Q.    Which committee?

23        A.    House Elections and Senate State Affairs,

24   and I believe that she was called up in the House.

25   There is a special committee on security.  I don't know



1   if she was called up in that.  There was elections bill

2   there, but I don't know if she actually had to testify.

3        Q.     What's a sec -- did you -- sorry.

4        A.     Oh, she did have to testify.  It was on

5   Tuesday, that's right.  Tuesday a week ago.

6        Q.     Did you help her prepare for any of those

7   committee hearings?

8        A.     We discussed some of the bills that were

9   going to get heard at some of those hearings just

10  generally.

11       Q.     Did any of those bills impact or modify the

12  provisions of SB 1?

13       A.     Yes.

14       Q.     Which one is that?

15       A.     Well, it's not a direct impact on SB 1.  It

16  was more modification of House Bill 1382 in the regular

17  session of last time, but it was a Bucy bill and house

18  elections that modifies the requirements for accessing

19  the ballot tracker.

20       Q.     Is that HB 357?

21       A.     I don't know.

22       Q.     Anything else?

23       A.     I think that might be it.

24       Q.     What's a Secretary of State clean up bill?

25       A.     That's usually we will have a bill with



 1   some suggested small tweaks and changes throughout the

 2   election code to make it more harmonious or to get rid

 3   of obsolete language.  We don't have a clean up bill

 4   this time.

 5        Q.    Getting ahead of me, which is helpful.

 6              At any time did you expect to testify on

 7   March 16 before the House Elections Committee?

 8        A.    No.

 9        Q.    Let's turn to March 9 hearing.  During your

10   testimony before the House Elections Committee on March

11   9, did you testify concerning the statewide mail ballot

12   rejection rate in Texas; do you recall?

13        A.    I did.

14        Q.    Did you say that it was under 3 percent?

15        A.    I did for the general election, yes.

16        Q.    Am I correct this figure represents only

17   final rejections of mail ballots?

18        A.    That's correct.

19        Q.    Does it exclude those that were rejected,

20   then cured?

21        A.    It does.

22        Q.    Does it exclude those that were rejected,

23   then cancelled?

24        MS. HUNKER:  Objection, form.

25   BY THE WITNESS:



1          A.      You mean if a voter decided to vote in
2     person and cancelled the mail ballot?
3          Q.      Yes.
4          A.      I don't know.
5          Q.      Do you know if it excludes any other forms
6     of rejections?
7          A.      It shouldn't.  I mean ballots that came in
8     late aren't technically rejected, they are just late.
9          Q.      Did you testify to the notion that you
10    expected that the number of statewide mail ballot
11    rejections would continue to improve as you go forward
12    in implementation of SB 1?
13         A.      That's my belief.
14         Q.      What's your basis for that belief?
15         A.      The trend that we've got so far, and past
16    experience.
17         Q.      Why do you expect that the trend will
18    necessarily continue?
19         A.      Because voters get more used to it and
20    ballot boards get more used to it as it goes through
21    election, continuous elections.
22         Q.      With respect to voters, are there a
23    different set of voters in every election that are
24    eligible to vote by mail in Texas?
25         A.      Well, yes, I presume so.



```
1        Q.     New voters turned 65?

2        A.     But there is overlap as well.  People that

3  voted by mail continue to vote by mail.

4        Q.     Will the new voters who are eligible have

5  had an opportunity to learn about the process?

6        A.     Well, they will learn about it as they vote

7  by mail for the first time.

8        Q.     But the first time they won't have had

9  experience or a learning curve?

10       MS. HUNKER:  Objection, form.

11  BY THE WITNESS:

12       A.     They have peers who experience and a

13  learning curve.  They talk to each other at Sunday

14  school, they talk to each other at church, and at the

15  rotary club.  So the fact is that the experience of all

16  of the voters increases even as new voters vote by

17  mail.

18  BY MR. FREEMAN:

19       Q.     With respect to the ballot boards, were

20  there errors of any kind by the ballot boards that

21  contributed to the rejection rate in the November

22  general election?

23       A.     I don't know for sure because, you know,

24  obviously we are not on the ground other than in a few

25  counties observing the ballot boards.  Anecdotally I
```



1    heard some ballot boards weren't comparing signatures

2    at all, and some ballot boards were still giving

3    rigorous examination of signatures.  So those two

4    things probably offset each other.

5         Q.    So what further learning by the ballot

6    boards do you expect will contribute to reductions of

7    the mail ballot rejection rate?

8         A.    We have been training -- doing direct

9    trainings for ballot boards for a couple years now and

10   we will continue that.  And in the context of that

11   training, we talk about the rebuttable presumption

12   that's in place after SB 1.

13             So, you know, if a signature -- if a voter

14   has a number on their carrier envelope that matches a

15   number in voter registration record, and then there is

16   a rebuttal presumption that signatures are of the same

17   voter.  Of course we know as lawyers rebuttal

18   presumption means it shifts the burden of proof.  Well,

19   ballot boards don't think that way.  But they do need

20   to understand the signatures are starting from a

21   position of you've got to accept it unless there is

22   evidence to reject it.  So that doesn't mean you don't

23   look at the signature at all.  It doesn't mean you do

24   the same level of comparison that you would have done

25   before.



1    Q.    Is there any learning by the ballot boards

2  that you think you anticipate will lead to reductions

3  in rejections based on the driver's license numbers or

4  Social Security number requirement of SB 1?

5    A.    Yes, I think as the ballot boards get more

6  used to this they will accord the number the

7  appropriate way.  The number is designed to take the

8  place of a less objective measure, which is the

9  signature.  So they -- as they rely on the number and

10 then give the signature the weight it's supposed to

11 have and only overcome it if there is some sort of

12 evidence to overcome it then I think more ballots will

13 get accepted.

14    Q.    Were some ballot boards not recording the

15 information the appropriate way.

16    A.    No.  They weren't giving it the weight it's

17 supposed to be given.

18    Q.    I see. Any rejection -- just so I'm clear.

19 Any reduction in the mail ballot rejection rate based

20 on learning from the ballot boards will be related to

21 this signature, and not a reduction in rejections for

22 failure to match a number for the driver's license

23 field or Social Security number field?

24    MS. HUNKER:  Objection, form.

25 BY THE WITNESS:



1        A.        That is not exactly true, but because they

2   also have to integrate the early voting clerk process

3   from 86011D.  From previous law, not SB 1, early voting

4   clerk has the ability to intervene if a voter has some

5   sort of facial compliance issue on their carrier

6   envelope.  What we have discussed with counties and

7   with ballot boards is that if a ballot board sees

8   something that could be corrected by the early voting

9   clerk, they can pass that carrier envelope back to the

10  early voting clerk.  You know, something like missed

11  number or mismatched number.  Then the early voting

12  clerk can have either a personal trip to the voter or a

13  telephone call to the voter, email to the voter.  They

14  can do all of those things that the ballot board can't

15  necessarily do.  They have more flexibility in talking

16  to the voters and curing the problem.

17            So as we communicate that to the ballot

18  boards, I expect that there is going to be more of a

19  shift from the ballot board whenever they have got a

20  preliminary rejection back to the early voting clerks

21  because the early voting clerks has more flexibility in

22  dealing with that preliminary rejection and getting the

23  voter successfully in place with the vote.  So they

24  want to make sure that that happens.  And so I think

25  that's going to increase over time as well.



1        Q.      Are you aware of any counties where the

2    early voting clerks were not engaged in this

3    preliminary review of SB 1 compliance?

4        A.      Well, I don't know if early voting clerks

5    are aware that they can do that.  It's something that

6    we wanted to make sure that they understood, that

7    really the general election in '22 was the first time

8    we had a full fledged effort into educating with regard

9    to that.  And so we expect that that education will

10   penetrate more as we go from election to election in

11   the future.

12       Q.      Certainly early voting clerks in large

13   counties were engaged in this effort throughout the

14   November 2022 general election period, correct?

15       A.      I don't know if every large county, but I

16   would assume the larger counties, they are more plugged

17   into our advice.  And so yes, generally I would agree

18   with that.

19       Q.      Any improvement in terms of the actions

20   early voting clerk be mostly concentrated in smaller

21   counties; is that right?

22       MS. HUNKER:  Objection, form.

23   BY THE WITNESS:

24       A.      Most of the counties in Texas are smaller

25   counties.  We need to penetrate to the smaller



1   counties.  That's the whole goal of our office's

2   education program.

3   BY MR. FREEMAN:

4        Q.    Most of the voters are in the larger

5   counties?

6        MS. HUNKER:  Objection, form.

7   BY THE WITNESS:

8        A.    Agree with that.

9   BY MR. FREEMAN:

10       Q.    Do you expect that rejections based on the

11  mail ballot provisions of SB 1 will ever go away

12  entirely?

13       A.    I think that, you know, rejections happen

14  for all kinds of reasons.  There is always going to be

15  rejections in an election, yes.

16       Q.    Has your office responded to any legislator

17  request for a county by county breakdown of November

18  2022 rejection rates?

19       A.    Yes.

20       Q.    Have you produced that document in this

21  litigation?

22       A.    We have.

23       Q.    Did you testify in the March 9 hearing that

24  you do not know the breakdown of the reasons for mail

25  ballot rejections in November 2022 election?



```
 1        A.      We know what the counties have told us.
 2   Experience indicates that's not entirely accurate.  If
 3   you wanted more accurate assessment of the reasons you
 4   would need to talk to the counties.
 5        Q.      Did you pull together that information for
 6   any legislators after the hearing?
 7        A.      Did not.
 8        Q.      Did you testify at the March 9 hearing that
 9   a county's inserts and mail ballot packages were
10   helpful in reducing mail ballot rejection based on SB
11   1?
12        A.      I did.
13        Q.      To your knowledge, how many counties
14   included inserts of this type into mail ballot
15   packages?
16        A.      I don't know.  A lot.  Most.  I don't know.
17   It's not something we have any oversight over.  It's
18   something we can suggest.
19        MR. FREEMAN:  If we could mark this document as
20   Exhibit 1.
21                        (WHEREUPON, a certain document was
22                        marked Deposition Exhibit No. 1,
23                        for identification, as of 3/28/23.)
24   BY MR. FREEMAN:
25        Q.      Mr. Ingram, what's this document?
```



```
 1        A.     It's answers to interrogatories, most
 2   recent set.
 3        Q.     Is this one of the documents that you
 4   reviewed in preparation for your deposition?
 5        A.     It is.
 6        Q.     If you could turn to page 4, the answer to
 7   interrogatory No. 11 on to page five.  Does this
 8   refresh your recollection as to which counties included
 9   supplemental materials in the mail ballot package?
10        A.     This question asked about ones we reviewed.
11   So these are the ones we reviewed.  That's not the only
12   ones that used an insert.  I know Travis did.  I know
13   Bastrop did.  We talked to them about it.
14        Q.     How many did your office review?
15        A.     The four that are in answer to that
16   interrogatory that we know of.
17        Q.     How many additional counties are you aware
18   of that included supplements in the mail ballot
19   package?
20        A.     It's a lot.  I mean I don't know.
21        Q.     You said Travis, Bastrop.  How many others?
22        A.     Chambers, Houston.  I mean there is a lot,
23   Fannin.  A lot of counties did this.  This was --
24   Potter.  I mean I don't know.  We don't ask them.  We
25   don't take a survey.  We don't, you know, get them.
```



 1  This was something that we talked about as a good

 2  practice.  I'm sure a lot of counties did it.  I don't

 3  have any idea how many.

 4       MS. HUNKER:  Dan, I want to clarify for the

 5  record this is his 30(b)(1) individual deposition,

 6  correct?

 7       MR. FREEMAN:  Yes.  That was just to refresh his

 8  recollection.

 9       MS. HUNKER:  I wanted to make sure he was

10  speaking on behalf of himself in this deposition as

11  opposed to the Office of the Secretary of State.

12       MR. FREEMAN:  Understood.

13  BY MR. FREEMAN:

14       Q.    What characteristics of these inserts made

15  them helpful to voters?

16       A.    You know, I don't know all of the

17  characteristics of all of the inserts because obviously

18  we didn't look at them all.  But the ones we did see

19  were brightly colored either blue or green or orange,

20  they were smaller than the rest of the papers so they

21  had a tendency to fall out of the packet whenever you

22  pulled it out of the envelope.  So that drew attention

23  to them as well.

24       Q.    What information did they convey that was

25  useful to the voters?



1          A.      That you need --

2          MS. HUNKER:   Objection, form.

3    BY THE WITNESS:

4          A.      You need to be sure and put identification

5    number under the flap of the envelope, and they would

6    have a picture of the boxes at the top of the carrier

7    envelope on the back where they are covered up when you

8    put the flap down so they could see those boxes, see

9    what they looked like, and get reminded they needed to

10   fill one of them out.

11   BY MR. FREEMAN:

12         Q.      Did these inserts suggest that voters

13   include both a driver's license number and Social

14   Security number if they had them?

15         A.      I don't know.  We told counties they could

16   suggest that as a possibility, but they couldn't

17   require it.

18         Q.      Was that suggestion something that you

19   considered to be helpful to the voters?

20         A.      Absolutely, yes.  We strongly suggested

21   they do suggest it to their voters.  But make sure that

22   your voters know it's not required to put both, but

23   they increase their chance of success if they do.

24         Q.      Did you also testify before the house

25   committee on elections on March 9 that putting the



 1  resident's address in the ballot tracker log-in was

 2  keeping voters out?

 3       A.     Yes.

 4       Q.     Did you suggest that the legislator enact

 5  legislation that would replace resident's address with

 6  date of birth in the log-in requirements?

 7       A.     I did.

 8       Q.     Is this the only change that you

 9  recommended with respect to the mail voting provisions

10  of SB 1?

11       A.     I don't know what you mean by that

12  question.  In the hearing, yes.

13       Q.     Have you suggested any other changes in

14  other venues?

15       A.     Yes.

16       Q.     What changes have you suggested?

17       A.     It's our belief that the correction

18  process, the corrective action procedure needs to have

19  a standardized date where anybody who's correcting a

20  mail ballot has that date by which to fix it.  The way

21  the current law is, if the early voting clerks send

22  back the mail ballot to the voter the voter has until

23  7:00 p.m. on election day to get that back.  And if a

24  ballot board sends a collective action notice to a

25  voter, they have until six days after the election to



1 come in person and fix it.  So we want to match those

2 two dates up, and we also believe that ballot boards

3 need more time on the front end, more days to meet.  So

4 we suggested that change.  And there is one other

5 thing.  I know there is three.  I can never remember

6 the third.

7 　　　　　Q.　　Well, if you remember later.

8 　　　　　A.　　I will.

9 　　　　　Q.　　Thank you very much.

10 　　　　　This is the type of thing that's going to

11 bother you.

12 　　　　　A.　　It is going to bother me. Our other

13 suggestion is have them where they can just mail back

14 the corrective action form and where the ballot doesn't

15 ever leave the voting clerk's office.  If the voter

16 sends it in right now, the early voting clerk has the

17 option of sending the ballot back to the voter.  The

18 early voting ballot board has the option of sending the

19 ballot back to the voter.  We would like to take that

20 away and keep the ballot in the office and just send a

21 corrective action form and have them be able to mail it

22 back instead of deliver it in person.

23 　　　　　Q.　　Is that the existing correction process for

24 FPCA voters?

25 　　　　　A.　　Yes, sort of.  I mean an FPCA voter can



 1   send a new signature sheet.  So yes, it's kind of like

 2   that, but it's a different form.  Since FPCA voters

 3   have the ability to do a signature sheet in the first

 4   place, they have more flexibility.

 5        Q.    Did a bill to replace resident's address

 6   with date of birth in the ballot tracker come before

 7   the House Elections Committee on March 16?

 8        A.    It wasn't exactly what the bill language

 9   did.  The bill language made the DL or social optional,

10   you know, pick one or the other instead of both and add

11   date of birth and take away resident's address.

12        Q.    Who testified on behalf of the Office of

13   the Secretary of State on that bill?

14        A.    Christina Adkins.

15        Q.    Do you know if Ms. Adkins testified for the

16   bill or merely on the bill?

17        A.    We are never for or against legislation.

18   It's not our office's role.  We are resource witness to

19   answer any questions about the implementation that they

20   might have.

21        Q.    If your office favors the substantive

22   provisions of a bill you are still merely on the bill

23   rather than for the bill?

24        A.    Our office doesn't officially favor

25   anything.



1    Q.    So the changes that you suggest, the three

2 changes to SB 1?

3    A.    Well, three changes to SB 1, one to the

4 ballot tracker, so four changes.

5    Q.    How would you describe those if they are

6 sort of suggestions coming out of your office, but you

7 are never for a bill?  How does that fit?

8    A.    It's our office's role to advise on

9 technical implementation process.  And any time you

10 have got a new thing like a corrective ballot,

11 corrective action procedure for mail ballots, you are

12 going to have some kinks in it that need to be worked

13 out.  It's our office's role to point out those kinks

14 and suggest ways to work those out.

15        Whenever we implemented annual ballots by

16 mail, the first law was House Bill 666 in 2013.  It was

17 about this long, and it just said that a voter can ask

18 one time for all of the ballots by mail.  So there were

19 so many things.  That was the hardest thing we've ever

20 had to implement before SB 1.  It was so complicated.

21 The next session there was a bigger -- much bigger bill

22 to correct that process and make it more uniform.  And

23 then there was another bill the next session.  So any

24 time that there is a big change like that you expect

25 there is going to be some need to correct the



1　implementation to make it more smooth.  And that's our

2　office's role to suggest those changes.  Not that they

3　were for or against them.  If you want to make a

4　change, here's something you might think about.

5　　　　Q.　　Thank you for clarifying.  I appreciate it.

6　　　　Would you say then that during your time in

7　the elections division at the Office of the Secretary

8　of State, SB 1 has been the hardest bill to implement?

9　　　　A.　　It was by far the most comprehensive set of

10　changes we ever had.  It was every single form, every

11　single bit of educational material, every outline,

12　every everything had to change.

13　　　　Q.　　Going back to the March 9 hearing.  Did you

14　testify that statewide there were 163 ballots rejected

15　based on SB 1 requirements for voters who did not have

16　either a Social Security number or a driver's license

17　number in the system?

18　　　　A.　　I did.

19　　　　Q.　　Were those ballots or were those ballot

20　requests?

21　　　　A.　　Those were ballots.

22　　　　Q.　　How did those voters get ballots sent to

23　them if they didn't have driver's license numbers or

24　Social Security numbers in the system?

25　　　　A.　　That I don't know.  You would have to talk



Keith Ingram                                                      March 28, 2023
                                                                     Page 36

 1   to the counties.

 2        Q.     With respect to the voter who lacked

 3   driver's license or Social Security number information

 4   in their voter registration files, what purpose do the

 5   mail ballots provisions of SB 1 serve?

 6        MS. HUNKER:  Objection, form.

 7   BY THE WITNESS:

 8        A.     The same as they serve for any other

 9   person, which is to identify the voter.

10   BY MR. FREEMAN:

11        Q.     Is it possible for SB 1 to serve that

12   purpose if the voter doesn't have a driver's license

13   number or Social Security number on file?

14        A.     Sure.

15        Q.     How would that happen?

16        A.     They put one on file as part of the

17   corrective action process.

18        Q.     So absent the voter taking further action

19   to supplement their registration file, can it serve any

20   purpose?

21        A.     Absolutely.  It serves the purposes of

22   making them supplement their voter registration file so

23   we have a more complete file.  That helps us with all

24   kinds of matching on our list maintenance.  It serves a

25   purpose, absolutely.



1    Q.    With respect to voters who do not currently

2    have a driver's license number or Social Security

3    number on file, is there any connection between those

4    numbers and the voter's qualifications to vote in Texas

5    elections?

6         MS. HUNKER:   Objection, form.

7    BY THE WITNESS:

8         A.    Well, I mean obviously to vote successfully

9    they are going to have produce an ID when they vote in

10   person, and they are going to have to do the same thing

11   when they vote by mail.

12   BY MR. FREEMAN:

13        Q.    Not produce an ID, but produce a number?

14        A.    Produce an ID.

15        Q.    When they vote by mail?

16        A.    That's right, that's what the number is

17   it's an ID number.

18        Q.    Sorry.  When you say ID I thought you meant

19   like a copy of a card.

20             With respect to a voter who does not have a

21   Social Security number or driver's license number on

22   file, is there any connection between that number and

23   establishing the voter's identity prior to any

24   supplementation of their registration record?

25        A.    I'm not sure I understand that question.



 1        Q.      Well, if they don't have a driver's license

 2    number or Social Security number on record, is there a

 3    connection between the voter providing that number and

 4    the voter establishing their identity?

 5        A.      Yes.

 6        Q.      Does the voter establish their identity

 7    when they submit a mail ballot request with their

 8    driver's license number if the driver's license number

 9    isn't on TEAM?

10        MS. HUNKER:  Objection, form, asked and answered.

11    BY THE WITNESS:

12        A.      I don't know what you are getting at.  Yes.

13    BY MR. FREEMAN:

14        Q.      So switching gears, and we don't need to

15    take a break yet, that's good.

16              How long did you serve as director of the

17    elections division in the Office of the Texas Secretary

18    of State?

19        A.      11 years, two months, five days.

20        Q.      Based on your experience would you agree --

21        A.      Not that I was counting.

22        Q.      Based on your experience, would you agree

23    that a form provided to voters should be designed so

24    that a voter who follows the instructions will have the

25    form accepted?



```
 1         MS. HUNKER:  Objection, form.
 2    BY THE WITNESS:
 3         A.    Yes, that's true. That's the goal of the
 4    form.
 5    BY MR. FREEMAN:
 6         Q.    Since the May 2022 runoff, did the Office
 7    of the Secretary of State make any changes to the
 8    absentee ballot by mail application?
 9         A.    We changed several forms.  I'm pretty sure
10    the application if it's got an oath of assistance on it
11    it changed, yes.
12         MR. FREEMAN:  Mark this as Exhibit 2.
13                     (WHEREUPON, a certain document was
14                     marked Deposition Exhibit No. 2,
15                     for identification, as of 3/28/23.)
16    BY MR. FREEMAN:
17         Q.    Mr. Ingram, is this the current absentee
18    ballot by mail form?  I will represent to you this
19    form, I don't believe the date is on it, but it's the
20    form that's currently on your website and it's dated
21    December 9, 2021.
22         A.    Yes.  I mean it looks like it, yes.
23         Q.    Okay.  This form is still in effect, the
24    form that's on the website?
25         A.    It is.
```



1      Q.     Any current plans to alter the form?

2      A.     No.

3      Q.     Has your office considered altering the

4  form since it was issued?

5      A.     No, not this form.

6      Q.     Why not?

7      A.     There is not a need to.

8      Q.     Is there a statutory reason this form could

9  not inform voters that they may provide both a Texas

10 driver's license number and a partial Social Security

11 number?

12     MS. HUNKER:  Objection, form.

13 BY THE WITNESS:

14     A.     It's not what the law says.  The form

15 outlines the law.

16 BY MR. FREEMAN:

17     Q.     Okay.  And so if the form outlines the law,

18 is it not allowed for the form to inform voters that

19 they may provide both numbers?

20     A.     Not on the form.  It's not the law.

21     Q.     Understood.

22            Has your office suggested any kind of

23 amendments to SB 1 that would permit including that

24 information on this form?

25     A.     No.  There is plenty of outside channels



```
 1  that emphasize that point.
 2        Q.     So is it not necessary to your mind?
 3        A.     Agree with that.
 4        Q.     This form does clarify that the Texas
 5  driver's license number is not your voter registration
 6  VUID number, correct?
 7        A.     Agree.
 8        Q.     Is that in the law --
 9        MS. HUNKER:  Objection, form.
10  BY MR. FREEMAN:
11        Q.     -- that clarification?
12        A.     Well, it's in the law is Texas election
13  identification certificate number.  People think that
14  means their voter registration number.
15        Q.     Why is it permissible to include this
16  clarification and not the clarification that a voter
17  may include both numbers if they wish?
18        A.     Because if we did that you would be sitting
19  there asking me questions about why we are requiring
20  people to do something the law doesn't require.  That
21  would be a different lawsuit, but it would still be a
22  lawsuit.
23        Q.     Do other forms promulgated by your office
24  include a red box around required information
25  frequently omitted by voters?
```



1        A.      The carrier envelope does.

2        Q.      Is this a reason why this form doesn't have

3   a red box around the SB 1 identification number

4   requirements?

5        A.      It's not needed.

6        Q.      Why is it not needed?

7        A.      Because the application can just be redone

8   any time.  It's a much less formal document.  It's not

9   the vote.

10        Q.      Can it be redone if it's rejected -- strike

11   that.

12             Can it be redone if the voter does not

13   become aware of the rejection until after the ballot

14   application deadline?

15        MS. HUNKER:  Objection, form.

16   BY THE WITNESS:

17        A.       It can't.  But the voter can vote in person

18   at that point.  They have still complete ability to

19   vote.

20   BY MR. FREEMAN:

21        Q.      Just to confirm.  During the 2022 general

22   election, did your office continue to advise election

23   administrators not to apply a hierarchy between DPS

24   numbers and Social Security numbers when determining

25   whether this form meets SB 1 requirements and identify



1    the correct voter?

2           A.      I lost your thread there.

3           Q.      Just confirming.  During the 2022 general,

4    did your office continue to tell local election

5    administrators, county clerks they didn't need to apply

6    a hierarchy between the DPS number and the SSN when

7    they were determining whether an ABBM adequately

8    identifies a voter for SB 1 purposes?

9           A.      Absolutely.

10          Q.      From an election administration

11   perspective, during the 2022 general election did the

12   language on this form directing voters to give their

13   SSN for quote, if you do not have a Texas driver's

14   license, Texas personal identification number or a

15   Texas election identification certificate number, serve

16   a purpose?

17          MS. HUNKER:  Objection, form.

18   BY THE WITNESS:

19          A.      It follows the law.

20   BY MR. FREEMAN:

21          Q.      What is the purpose of the law in stating

22   that --

23          MS. HUNKER:  Objection, form.

24   BY MR. FREEMAN:

25          Q.      -- to your knowledge?



1        A.      You would have to ask the legislature that

2   question.

3        Q.      Fair enough.

4        MR. FREEMAN:   We can mark this as Exhibit 3.

5                       (WHEREUPON, a certain document was

6                       marked Deposition Exhibit No. 3,

7                       for identification, as of 3/28/23.)

8   BY MR. FREEMAN:

9        Q.      Before we turn to Exhibit 3 can I ask one

10  more question about the form marked as Exhibit 2.

11  Regardless of what the legislature's intention is, are

12  you able to identify a valid election administration

13  purpose for including the language beginning, if you do

14  not have a Texas driver's license on the ABBM form?

15       MS. HUNKER:   Objection, form.

16  BY THE WITNESS:

17       A.      The election administration purpose is to

18  accurately state the law on the form.

19  BY MR. FREEMAN:

20       Q.      Nothing else?

21       A.      That's it.

22       Q.      Mr. Ingram, what's the document that has

23  been marked as Exhibit 3?

24       A.      It looks like an email.

25       Q.      If you go to the last page.  Just take a



 1   look at that real quickly.  The email from Ms.

 2   Oehlschlager.

 3        A.     Okay.

 4        Q.     Am I correct that Ms. Oehlschlager wrote

 5   that because her mother followed the directions on the

 6   ABBM and nonetheless did not receive her mail ballot,

 7   this is an error in the application for a ballot by

 8   mail?

 9        A.     I'm not sure exactly what she is trying to

10   say here.  I don't understand the issue with it.

11        Q.     Well, if I'm correct, Ms. Oehlschlager's

12   mother submitted her driver's license number, and the

13   county said she should have used the last four numbers

14   of her Social Security rather than her driver's license

15   number; is that your understanding of this email?

16        A.     That I think is what she is trying to say,

17   yes.

18        Q.     Do you agree that because she followed the

19   instructions on the form and provided her driver's

20   license number rather than her Social, and did not

21   receive a ballot, that the error is in the application?

22        MS. HUNKER:  Objection, form.

23   BY MR. FREEMAN:

24        Q.     The form itself?

25        A.     No, I do not agree with that.



1      Q.      Why not?

2      A.      Because that's not the problem.  The

3  problem is she didn't put a number that was in her

4  voter registration record.

5      Q.      Did she provide the number that the form

6  instructed her to provide?

7      A.      I don't know. It could be that the number

8  was wrong.  I don't know what the problem is.  I would

9  have to talk to Hector County to find out why they

10  rejected this.

11      Q.      It at least appears from the email that

12  they rejected it because she provided her driver's

13  license number rather than her Social, correct?

14      A.      That's what she says.

15      Q.      If an ABBM is rejected rather than a mail

16  ballot, that rejection is not included in the mail

17  ballot rejection rate that you conveyed to the

18  legislature, correct?

19      A.      I agree with that.

20      Q.      If Ms. Oehlschlager provided her driver's

21  license number, and only her Social Security number was

22  on file and her ABBM was rejected as a result, that's

23  not her fault in terms of why the ABBM was rejected,

24  correct?

25      MS. HUNKER:  Objection, form.



```
 1    BY THE WITNESS:

 2         A.     Well, I mean if she doesn't put a number

 3    that's in her voter registration record then she either

 4    needs to supplement her voter registration record or

 5    supply a different number.

 6    BY MR. FREEMAN:

 7         Q.     Did she do anything wrong in completing the

 8    ABBM?

 9         MS. HUNKER:  Objection, form.

10    BY THE WITNESS:

11         A.     She didn't identify herself with a number

12    from her record.

13    BY MR. FREEMAN:

14         Q.     Was there a way for her to know prior to

15    submitting this form which number was in her record?

16         A.     No.  I mean she could call and ask or she

17    could fix it after the fact.

18         Q.     Do you instruct local officials to tell

19    voters which number is on their file if they call and

20    ask before submitting mail ballot materials?

21         A.     That's something they can do, yes,

22    absolutely.

23         MS. PERALES:  Objection, non-responsive.

24    BY MR. FREEMAN:

25         Q.     Do you instruct them it's something they
```



1    may do?

2        MS. HUNKER:  Objection, form.

3    BY THE WITNESS:

4        A.    We don't have to instruct them they can do

5    that.  They can answer voter questions.  They answer

6    voter questions all the time.

7        MS. PERALES:  Objection, non-responsive.

8    BY MR. FREEMAN:

9        Q.    Let's turn to another voter email.  If we

10   could mark this as Exhibit 4.

11                       (WHEREUPON, a certain document was

12                       marked Deposition Exhibit No. 4,

13                       for identification, as of 3/28/23.)

14   BY MR. FREEMAN:

15       Q.    Mr. Ingram, what's this document?

16       A.    This looks like an email.

17       Q.    If you go to the email or the original

18   email Ms. Martin sent, can you describe the problem

19   that Ms. Martin's daughter experienced in the 2022

20   general election?

21       A.    That she doesn't have both numbers on her

22   file apparently.

23       Q.    Did Ms. Martin's daughter submit her

24   driver's license number, but only her Social Security

25   number was on file?



```
 1        A.      That's apparently what Comal County
 2   informed them.
 3        Q.      Am I correct that this is the same problem
 4   that Ms. Oehlschlager experienced?
 5        MS. HUNKER:  Objection, form.
 6   BY THE WITNESS:
 7        A.      I don't know that.
 8   BY MR. FREEMAN:
 9        Q.      At least the same problem that Ms.
10   Oehlschlager represented to your office that she
11   experienced?
12        A.      It was her mother that experienced it, but
13   yes.
14        Q.      Am I correct that Ms. Martin describes the
15   ABBM form as very misleading?
16        A.      I don't know.  I haven't gotten to that
17   part yet.
18        Q.      In the first paragraph, couple sentences
19   in, beginning with, "first of all," does she describe
20   the application as very misleading?
21        MS. HUNKER:  Objection, form.
22   BY THE WITNESS:
23        A.      She says those words, yes.
24   BY MR. FREEMAN:
25        Q.      And for the record do you agree?
```



```
1        A.     No.

2        Q.     Do you consider the rejection of Ms.

3  Martin's daughter's ABBM to be her daughter's fault?

4        A.     I don't know what your interest in

5  assessing fault is.  I'm not going to say it's

6  anybody's fault.

7        Q.     Is the ABMM designed to maximize the

8  likelihood a voter who follows the instructions will

9  have the form accepted?

10       A.     I don't know.  It follows the law.

11       Q.     Going about an hour.  Do you want to take a

12  break for a minute or are you okay?

13       A.     I'm fine.

14       Q.     Since the May 2022 runoff -- we're changing

15  gears.  Did the Office of the Secretary of State make

16  any changes to the mail ballot carrier envelope?

17       A.     Yes.

18       MR. FREEMAN:  We can mark this as Exhibit 5.

19                     (WHEREUPON, a certain document was

20                     marked Deposition Exhibit No. 5,

21                     for identification, as of 3/28/23.)

22  BY MR. FREEMAN:

23       Q.     Mr. Ingram, what's this document?

24       A.     Well, it's an 8 1/2 x 11 copy of pieces of

25  a carrier envelope.
```



```
 1        Q.      Is this the up-to-date version of the
 2   carrier envelope?
 3        A.      It looks like it.
 4        Q.      What changes were made during the general
 5   election period?
 6        A.      We put a red box around the numbers and we
 7   changed the oath of office.
 8        Q.      Did your staff consider any further changes
 9   to the mail ballot carrier envelope during the general
10   election period?
11        A.      We did not.
12        Q.      Why not?
13        A.      There wasn't a need.
14        Q.      Did your office have any concerns about the
15   red box being fully accessible to voters with any kinds
16   of disabilities?
17        A.      No.
18        Q.      Is there an issue with the red type and
19   voters with disabilities?
20        A.      I understand that to be the case, yes.
21        Q.      What's the issue?
22        A.      There's some people with some kinds of
23   visual impairments don't see it.
24        Q.      Would it be helpful to Texas voters if the
25   mail ballot carrier envelope itself informed voters
```



1  that they may provide both a Texas driver's number and

2  Social Security number?

3       MS. HUNKER:  Objection, form.

4  BY THE WITNESS:

5       A.    That's not the law.

6  BY MR. FREEMAN:

7       Q.    Would it be helpful if it did?

8       A.    Doesn't matter if it's helpful or not.

9       MS. HUNKER:  Objection.

10  BY THE WITNESS:

11       A.    It's not the law.  We can't suggest to

12  voters that both numbers are required. We can suggest

13  to voters that they go ahead and voluntarily use both

14  numbers, and that they increase their chances of

15  success if they do, and we can hound that message big,

16  but we can't make any suggestion on the official form

17  that both numbers are required.

18  BY MR. FREEMAN:

19       Q.    Just so I understand it.  Why can you not

20  say it's optional on the form?

21       A.    Because that's not the law.

22       Q.    Okay.  Are there any current plans to alter

23  the carrier envelope?

24       A.    If the law changes we will change the

25  carrier envelope.



1          MR. FREEMAN:  On to Exhibit 6.

2                         (WHEREUPON, a certain document was

3                         marked Deposition Exhibit No. 6,

4                         for identification, as of 3/28/23.)

5     BY MR. FREEMAN:

6          Q.     Mr. Ingram, what's this document?

7          A.     This is the secrecy envelope that's put

8     inside of the carrier envelope that contains the voter

9     ballot.  So copy of the front and back of it.

10         Q.     Is this up to date?

11         A.     Yes.

12         Q.     What changes were made during the general

13    election period to this document?

14         A.     I don't know what specific changes were

15    made.  It looks like it was modified in July of '22,

16    but I don't know what changed.

17         Q.     Were the assistants instructions changed?

18         A.     Well, it has to be, but the oath is not on

19    here, so I don't know why we would change it.

20         Q.     Any other changes you are able to identify?

21         A.     Yes, it's No. 2 on the instruction to

22    assistants that's what changed.

23         Q.     Paragraph 2 under instructions states that,

24    "A voter must provide one of the following numbers,"

25    correct?



```
1        A.      Yes.

2        Q.      Paragraph two also includes the sentence

3    "If a voter has not been issued one of these numbers, a

4    voter must check the box --" strike that.  I'm sorry.

5                Paragraph 2 also includes a sentence

6    beginning, "If a voter has not been issued one of these

7    numbers, voter may give the last four digits of his/her

8    Social Security number; is that correct?

9        A.      That's right.

10       Q.      One of these numbers in that sentence

11   refers to a Texas driver's license number; is that

12   right?

13       A.      Texas DL, Personal Identification Card,

14   Election Identification Certificate.

15       Q.      Thank you.

16               Do you agree this indicates to the voter

17   that the voter may give the four digit Social Security

18   number only if they lack a Texas driver's license

19   number, ID Card or Election Identification Certificate?

20       MS. HUNKER:  Objection, form.

21   BY THE WITNESS:

22       A.      I agree that the instruction tracks the

23   law.

24       MR. FREEMAN: I'm going to object as

25   non-responsive.
```



1  BY MR. FREEMAN:

2      Q.    My question was whether this indicates to

3  the voter that the voter may give the partial Social

4  only if they lack a DPS ID?

5      MS. HUNKER:  Objection, from.

6  BY THE WITNESS:

7      A.    That's what it says, but it follows the

8  law.  The form follows the law.

9  BY MR. FREEMAN:

10     Q.    Got it.

11           Just again so I understand, I assume the

12 answer is the same as the last form.  But is there a

13 statutory reason that the instructions here could not

14 inform the voter they may provide both a Texas driver's

15 license number, and partial Social?

16     A.    That's not the law.

17     Q.    Even if it's not the law that a voter may

18 provide both, does that fact prevent you from adding

19 language on instructions informing voters of their

20 option to provide both?

21     A.    I think I have told you before that forms

22 are a road map to the law.  They are not helpful hints.

23 Helpful hints are something outside of the forms.

24 Helpful hints we can do a voter education campaign.  We

25 don't put helpful hints on forms unless it's just



 1   really really necessary, you know.  I can think on the

 2   candidate application, you know, it's very important

 3   that candidate fill out every single blank on that

 4   application.  There are a couple of blanks that are

 5   optional.  We have made it very clear in the form that

 6   those blanks are optional because we have an obligation

 7   to track the law with regard to forms.

 8        Q.     Who decides what's really really necessary

 9   when it comes to including hints in a form?

10        A.     Well, the hints track the law as well.

11   That's my whole point.  That the legislature has made

12   that decision.  Whenever they make a blank on a

13   candidate application optional, then we need to put

14   optional in parentheses next to that information so

15   that the candidate knows the law says this is an

16   optional blank even though everything on here is

17   otherwise required.  That's the legislature is the one

18   that makes the law.  The form tracks the law.  If the

19   legislature thinks we need to put a hint on there

20   that's what we do.

21        Q.     Could you put optional for voters who

22   include a driver's license number next to the blank for

23   the Social?

24        MS. HUNKER:  Objection, form.

25   BY THE WITNESS:



```
 1        A.      That's not what the law says.  We have to

 2   track the law.

 3   BY MR. FREEMAN:

 4        Q.      Okay.  Did your office consider any further

 5   changes to these instructions on Exhibit 6 during the

 6   general election period?

 7        A.      No, just what was necessary because of the

 8   litigation.

 9        Q.      Do you have any current plans to alter

10   these instructions?

11        A.      We do not.

12        MR. FREEMAN:  Mark this as Exhibit 7.

13                     (WHEREUPON, a certain document was

14                     marked Deposition Exhibit No. 7,

15                     for identification, as of 3/28/23.)

16   BY MR. FREEMAN:

17        Q.      Mr. Ingram, what's this document?

18        A.      It appears to be an email.

19        Q.      Is it from a Ms. Susan Johnson to the

20   elections office?

21        A.      It is.

22        Q.      Did Ms. Johnson ask whether she would be

23   penalized if she put more than one type of ID?

24        A.      That's the question.

25        Q.      Did your office direct her to the list of
```



 1  early voting clerks rather than offering a substantive

 2  response?

 3       A.     We did.

 4       Q.     Why was that?

 5       A.     I don't know.

 6       Q.     Is that the standard procedure in your

 7  office when voters pose questions regarding how to

 8  successfully complete a form?

 9       A.     I would have thought we could answer this

10  question.  I don't know why we directed them to early

11  voting clerk.

12       Q.     Okay.  Another form for you Exhibit 8.

13                     (WHEREUPON, a certain document was

14                     marked Deposition Exhibit No. 8,

15                     for identification, as of 3/28/23.)

16  BY MR. FREEMAN:

17       Q.     Mr. Ingram, what's this document?

18       A.     This is the voter information voter

19  instruction sheet.

20       Q.     Does this go in --

21       A.     That goes in a mail ballot packet.

22       Q.     Thank you.  Is this form up to date?

23       A.     Yes.

24       Q.     No changes were made during the election

25  period?



```
1          A.      I agree with that.

2          Q.      Why not?

3          A.      No need.

4          Q.      We previously discussed some of the useful

5     elements of county inserts.  Does this instruction

6     sheet share any of those useful elements?

7          MS. HUNKER:  Objection, form.

8     BY THE WITNESS:

9          A.      Well, I don't know what color a county

10    prints it on, but as it looks here in Exhibit 8 it's

11    black and white.

12    BY MR. FREEMAN:

13         Q.      Is it small and designed to fall out of the

14    packet?

15         A.      No.

16         Q.      Does it inform a voter that they have the

17    option of including both a Texas driver's license

18    number and a partial Social?

19         A.      No.

20         Q.      Why not?

21         A.      Because it's not the law.

22         Q.      This is not a form they fill out.  It's an

23    instruction sheet.  I wanted to understand if the same

24    set of rules apply.

25         A.      The instructions are part of the form.
```



 1           Q.     Okay.   Thank you.

 2           MR. FREEMAN:   We can mark this as Exhibit 9.

 3                          (WHEREUPON, a certain document was

 4                          marked Deposition Exhibit No. 9,

 5                          for identification, as of 3/28/23.)

 6  BY MR. FREEMAN:

 7           Q.     What's this document?

 8           A.     It's an email exchange.

 9           Q.     If you could go to the third page, the

10  final paragraph can you describe the problem Ms.

11  Pfluger had in a 2022 election?

12           A.     Yes.

13           Q.     What's the problem that Ms. Pfluger had?

14           A.     She says she was rejected because she

15  didn't include the DL under the flap.

16           Q.     Am I correct Ms. Pfluger compliments the

17  instructions on the Secretary of State's website?

18           A.     Yes.

19           Q.     Does Ms. Pfluger raise concerns about the

20  absence of similar instructions on the carrier

21  envelope?

22           A.     She said the voter should be reminded

23  before the carrier envelope is sealed they need to

24  provide this information.

25           Q.     Go back to the third page.  Did she say,



1    "Your website clearly indicates this change, and

2    provides excellent instructions of what's required.

3    I'm concerned that not enough voters will see this

4    information before voting by mail."

5                Is that right?

6          A.      That's what she says.  We hear that form of

7    argument a lot.  I saw that, but I don't know if those

8    other dummies will see it.  We hear that argument a

9    lot.

10         Q.      Am I right that limitations in the law

11   itself preclude your office from providing similar

12   instructions that are on your website on the form

13   itself?

14         MS. HUNKER:  Objection, form.

15   BY THE WITNESS:

16         A.      I agree the form is a road map to the law.

17   BY MR. FREEMAN:

18         Q.      Your website provides additional

19   information beyond what's in the law, correct?

20         MS. HUNKER:  Objection, form.

21   BY THE WITNESS:

22         A.      Sometimes.

23   BY MR. FREEMAN:

24         Q.      Does it provide additional information with

25   respect to how to comply with the mail ballot



1   provisions of SB 1?

2        A.      We try to say things in a more English and

3   flowing manner.

4        MR. FREEMAN: I think it's a good time to take a

5   quick break.

6                        (WHEREUPON, a recess was had.)

7   BY MR. FREEMAN:

8        Q.      Mr. Ingram, since the May 2022 runoff, did

9   The Office of the Secretary of State make any changes

10  to the FPCA signature sheet?

11       A.      Yes.

12       MR. FREEMAN: Mark this as Exhibit 10.

13                      (WHEREUPON, a certain document was

14                      marked Deposition Exhibit No. 10,

15                      for identification, as of 3/28/23.)

16  BY MR. FREEMAN:

17       Q.      Mr. Ingram, what's this document?

18       A.      This is the signature sheet for voters from

19  overseas or military who's domestic or oversees.

20       Q.      Is this the up-to-date version of that

21  form?

22       A.      It is.

23       Q.      What changes were made during the general

24  election period?

25       A.      The oath language was changed.



1          Q.      That's all?

2          A.      That's it.

3          Q.      Did you or your staff consider any further

4    changes to the FPCA signature sheet during the general

5    election period?

6          A.      We did not.

7          Q.      Why not?

8          A.      There was no need.

9          Q.      Is there a statutory reason, just to

10   confirm, that the FPCA signature sheet could not inform

11   military overseas voters that they may provide both a

12   Texas driver's license number and a four digit Social?

13         A.      That's not required by the law.

14         Q.      Just to close the loop, if it's not

15   required by the law it can't be on this form, correct?

16         MS. HUNKER:  Objection, form.

17   BY THE WITNESS:

18         A.      The form is a map to the law.

19   BY MR. FREEMAN:

20         Q.      Any current plans to alter the signature

21   sheet?

22         A.      No.

23         Q.      Are you aware of how many FPCA voters had

24   their ballot rejected during the 2022 general election

25   because of SB 1 requirements related to numbers



1   associated with the voter registration record?

2       A.      I don't know.

3       Q.      Are you aware of how many active duty

4   members of the military had their ballots rejected

5   during the 2022 general because of SB 1 number

6   requirements?

7       A.      I don't know.

8       Q.      Do you have any practical basis to believe

9   that any rejected ballots submitted by FPCA voters were

10  not returned by eligible Texas voters who were who they

11  said they were?

12      MS. HUNKER:  Objection, form.

13  BY THE WITNESS:

14      A.      I'm sorry.  I don't understand the

15  question.

16  BY MR. FREEMAN:

17      Q.      Do you have any reason to believe that any

18  FPCA voters -- strike that.

19              Do you have any reason to believe that any

20  FPCA ballots that were rejected due to SB 1 were

21  submitted by individuals who were not eligible Texas

22  voters?

23      MS. HUNKER:  Objection, form.

24  BY THE WITNESS:

25      A.      I don't know.



1    BY MR. FREEMAN:

2         Q.    Do you have any future plans to address

3    ballot rejections among active duty military

4    specifically?

5         A.    Not other than, you know, the what we are

6    going to do with ballot boards, educate them on the

7    early voting process and their opportunities there.

8         Q.    My colleague intends to address training

9    conducted by The Office of the Secretary of State

10   during Rule 30(b)(6) deposition, but I have a few quick

11   questions about updates to the training prior to the

12   end of last year.  So if we could mark this document as

13   Exhibit 11 I promise we will only talk about a few

14   pages.

15                      (WHEREUPON, a certain document was

16                      marked Deposition Exhibit No. 11,

17                      for identification, as of 3/28/23.)

18   BY MR. FREEMAN:

19        Q.    Mr. Ingram, what's this document?

20        A.    It appears to be a presentation on ballot

21   by mail.

22        Q.    Is this the most recent presentation on

23   ballot by mail that your office has provided?

24        A.    I believe so.  I mean what I find on those

25   power points is the date that it's printed is the date



 1   that shows up on here.  So it's not really a very

 2   useful guide.  But as far as I know, we didn't change

 3   our guidance or instructions in our presentations

 4   throughout the '22 year.

 5        Q.    It's from the election law seminar.  Do you

 6   know when that was held?

 7        A.    I don't.  It was in July or August.

 8        Q.    Okay.  Did you participate in the drafting

 9   of this document?

10        A.    I did review it, yes.

11        Q.    So others drafted, but you reviewed after

12   it had been drafted; would that be right?

13        A.    That's correct.

14        Q.    Did you give the training based on this

15   document?

16        A.    No, sir.

17        Q.    Who did?

18        A.    I don't remember, maybe Heidi Martinez.

19        Q.    Who is Ms. Martinez?

20        A.    She is one of our staff attorneys.

21        Q.    Does this presentation -- are you aware of

22   whether this presentation instructed local clerks to

23   inform voters upon request whether they had a driver's

24   license or SSN on file?

25        A.    As I stated before, we don't have to tell



 1   them to do that.   That's something they do, they answer

 2   voter's questions.

 3          Q.     Just to be clear, they -- you don't train

 4   them to do that, that's just something you expect them

 5   to do?

 6          MS. HUNKER:   Objection, form.

 7   BY THE WITNESS:

 8          A.     I expect county election officials to

 9   answer voter questions, yes, I do.

10   BY MR. FREEMAN:

11          Q.     Including that question?

12          A.     Yes, including that question very much so.

13          Q.     Turning to page 31.   What are the matters

14   set on page 31?

15          A.     The best practices when reviewing an

16   application for ballot by mail.

17          Q.     So this is the review conducted by the

18   early voting clerk?

19          A.     Early voting clerk is the one who reviews

20   applications for ballot by mail, yes.

21          Q.     The early voting clerk has to look up the

22   registration status of the voter as part of that

23   process?

24          A.     That's correct.

25          Q.     And do you suggest as part of that training



 1  how they should look up the voter registration status

 2  of an applicant?

 3       A.    No.

 4       Q.    Do you have an understanding of how they

 5  typically go about doing that?

 6       A.    They either use TEAM or they use their

 7  local system.  And some off-line counties use TEAM for

 8  this.

 9       Q.    What information do they plug in when they

10  are trying to pull up the registration status like

11  name?

12       A.    Well, I mean if you're using TEAM you can

13  search by voter name.  That's probably the way they do

14  it.  They are limited to their county.

15       Q.    If we turn to page 32.  What are the

16  matters set out here?

17       A.    This talks about the new law.

18       Q.    This is talking about looking up

19  identification numbers; is that correct?

20       A.    That's correct.

21       Q.    That is separate from looking up

22  registration status?

23       A.    It's part of the registration status.

24       Q.    But it's --

25       A.    That's what it says at the last sentence



1  you talk to the voter registrar to confirm the voter

2  registration and status.

3      Q.    But am I correct that the numbers provided

4  here, driver's license, Social Security number, they

5  are not used to look up the voter, they are used to

6  confirm the voter; is that correct?

7      A.    They are used to make sure the voter has

8  properly identified themself on the application, yes.

9      Q.    Those numbers are not used to find the

10  voter in TEAM as part of the ABBM processing, correct?

11      A.    No, sir.  I mean not usually.  I guess they

12  could look it up by DL number if they wanted to.

13      Q.    Do you have any understanding as to

14  whether -- strike that.

15          Do you instruct local officials to do that?

16      MS. HUNKER:  Objection, form.

17  BY THE WITNESS:

18      A.    We don't tell them how they use TEAM.  All

19  of the fields are available to look up anything they

20  want to look up.

21  BY MR. FREEMAN:

22      Q.    Are you aware of any local officials using

23  the Texas driver's license number or Social Security

24  number to look up a voter as part of the initial

25  determination of their registration status?



1        A.      If that's the way they do it's the way we

2   do.  We don't know about it.

3        Q.      You don't know about it personally?

4        A.      That's right.  Or as an office that's not

5   something we get into.

6        Q.      Okay.

7        A.      We tell them how to do a voter search.

8        Q.      Turn to page 40.  You look at pages 40, 41

9   and 42.  What are the matters set out on these pages in

10  the presentation?

11       A.      They are talking about the new law, the

12  requirement for a number on the carrier envelope.

13       Q.      Is there any information here about how the

14  numbers are to be used in the mail voting process other

15  than as a basis for rejection of a mail ballot?

16       A.      That's not what this says.  I don't know

17  why would you say -- what are you asking?

18       Q.      I'm asking if there is any information here

19  about how the numbers are to be used in the mail voting

20  process other than as a basis to confirm voter identity

21  or reject the ballot?

22       MS. HUNKER:  Objection, form.

23  BY THE WITNESS:

24       A.      They are supposed to look up the number

25  provided by the voter to see if it's in the voter



1   registration record.  I don't know.

2   BY MR. FREEMAN:

3        Q.      Is there any information here about using

4   the number to look up the voter in the first instance

5   as opposed to using the record that has already been

6   pulled up with other information to confirm that the

7   Texas driver's license number and Social Security

8   number line up?

9        A.      Again, how they look up a voter is how they

10  look up a voter.  We don't get into that.

11       Q.      I have to ask you a few questions about the

12  ballot tracker.  When we last met last year we

13  discussed the log-in requirements of the mail ballot

14  tracker. We talked a little bit about it here today as

15  well.  Have there been any changes thus far to the

16  log-in requirements for the ballot tracker since we met

17  in April of last year?

18       A.      There have not.

19       Q.      Does The Office of Secretary of State have

20  the ability to change these log-in requirements absent

21  changes to the election code?

22       A.      We do not.

23       Q.      Do you know if the ballot tracker log-in

24  page provides information as to how to add information

25  to a voter TEAM record if the voter doesn't have a TDL



1  and SSN on file?

2       A.     I don't know.  We were talking about

3  putting a notice on there.  I don't remember if it's

4  there or not.

5       MR. FREEMAN:  We can mark this as Exhibit 12.

6                    (WHEREUPON, a certain document was

7                    marked Deposition Exhibit No. 12,

8                    for identification, as of 3/28/23.)

9  BY MR. FREEMAN:

10      Q.     What's Exhibit 12?

11      A.     It's appears to be a page from

12 votetexas.gov.

13      Q.     Does this inform voters how to use the

14 ballot tracker?

15      A.     That's what it's for, yes, sir.

16      Q.     Does it inform them how to fill in missing

17 information if they don't have both a TDL and SSN on

18 their TEAM file?

19      A.     I don't think we talk about it here, no.

20      Q.     To your knowledge, it's not on the log-in

21 page for the ballot tracker either, is it?

22      A.     The My Voter portal I'm thinking has a link

23 to texas.gov if you want to add numbers.

24      MR. FREEMAN: Given it's just for the purpose of

25 refreshing, Kathleen, would you object to me using the



1   image of the My Voter portal on an electronic device

2   without submitting it as an exhibit?

3        MS. HUNKER:  I do not as you represent that you

4   will submit a printout of that as an exhibit?

5        MR. FREEMAN:  Happy to do that.  Let's leave a

6   hole for Exhibit 13.  We will just use a copy of my

7   voter portal.

8        MS. HUNKER:  Though I would like the witness to

9   confirm that the portal on the phone would be the same

10  as if --

11                    (WHEREUPON, a certain document was

12                    marked Deposition Exhibit No. 13,

13                    for identification, as of 3/28/23.)

14  BY THE WITNESS:

15        A.    It's not.  Over on the left-hand side --

16  there we go.  See that need to change your name or

17  address, the link that's the link to texas.gov.  The

18  log on to texas.gov it adds both their numbers.

19  BY MR. FREEMAN:

20        Q.    It asks need to change your name or

21  address.  Does it also ask or does it indicate anywhere

22  that that same form can be used to add a driver's

23  license number or a Social Security number?

24        A.    When you get to that link it says, "If you

25  are here to add your numbers, this is what you do."



1    Q.    On the ballot tracker web page, however,

2  does it indicate that the need to change your name or

3  address page is also the means by which you can add a

4  driver's license or Social Security number?

5    A.    I don't think so.

6    MS. HUNKER:  Just to clarify, we have somebody

7  designated as 30(b)6) to talk about voter education

8  that includes the website from texas.gov.

9    MR. FREEMAN:  This is a topic we discussed at his

10  prior deposition so I'm just updating.

11  BY MR. FREEMAN:

12    Q.    Currently does the off of -- prior to your

13  no longer being elections director, had you developed

14  any plans to provide additional information on the

15  ballot tracker website to voters who attempt and fail

16  to log in to the tracker as to how to add driver's

17  license or Social Security number information to their

18  TEAM record?

19    A.    I don't know.  We might.

20    Q.    Well, in the past when you were the

21  elections director, had you developed plans to do that?

22    A.    We talk about all of those kind of things,

23  yes.

24    Q.    Why did you decide not to do that at least

25  thus far?



```
 1        A.        It just hasn't come up as a thing to do

 2   yet.

 3        Q.        Are you aware of any public efforts during

 4   the 2022 general election period to communicate to

 5   voters who have an ABBM or carrier envelope rejected

 6   because of SB 1 the means by which they can add

 7   information to their TEAM record, any public voter ad

 8   campaigns on that specific subject?

 9        MS. HUNKER:  Objection, form.

10   BY THE WITNESS:

11        A.        I don't know.  I don't know if that was

12   specifically addressed in the campaign.  You would have

13   to talk about Sam about that.  It's something our

14   office has communicated to county election officials to

15   communicate to voters.

16   BY MR. FREEMAN:

17        Q.        When did your office communicate that to

18   county election officials?

19        A.        Any meeting we had with them in '22.  Texas

20   Association of Election Administrators meeting in

21   January, the county clerks, whenever we met with them

22   down in Galveston, our summer seminar.  Any chance we

23   had that's what we talked about how to tell voters to

24   fix the issues.

25        Q.        When you say the issues, these are the
```



```
 1   issues caused by SB 1 for voters who don't have

 2   complete information on their team file; is that right?

 3        A.     No.  Any problem with their mail ballot, if

 4   they didn't sign it, if they didn't fill out a state of

 5   residence, any problem.  There is lots of problems that

 6   would result in a rejection of a mail ballot or the

 7   application, and we told them how to fix the issues.

 8        Q.     That includes issues --

 9        A.     Subset --

10        Q.     -- ruling from SB 1?

11        A.     The subset identification requirements.

12   They didn't successfully complete those.

13        MR. FREEMAN:  We can mark this as Exhibit 14.

14                     (WHEREUPON, a certain document was

15                     marked Deposition Exhibit No. 14,

16                     for identification, as of 3/28/23.)

17   BY MR. FREEMAN:

18        Q.     What's this document?

19        A.     It appears to be an email from Colleen

20   Stadnik and a response.

21        Q.     Did Ms. Stadnik send this email asking for

22   help correcting the driver's license information on her

23   ballot envelope?

24        A.     She wants to know how to find the

25   corrective action form.
```



1       Q.      But she was told her ballot was -- that was

2   missing a driver's license number; is that right?

3       A.      That's right.

4       Q.      What time did she send that email?

5       A.      She sent it on November 10 apparently.

6       Q.      When did your office respond?

7       A.      November 14.

8       Q.      At what time?

9       A.      5:54.

10      Q.      When were corrections to ballots missing

11  driver's license numbers due after the November 2022

12  general election?

13      A.      The sixth day.

14      Q.      Was November 14 the sixth day?

15      A.      I believe so.

16      Q.      Were they due by 7:00 p.m.?

17      A.      I don't know about 7:00 p.m.  I thought we

18  talked about until midnight.

19      Q.      Is that only possible if a clerk's office

20  is open until midnight?

21      A.      No.

22      Q.      How would they submit a corrective action

23  form if the clerk's office is closed?

24      A.      They don't have to do a corrective action

25  form.  They had to go to votetexas.gov and confirm



```
 1   their numbers are correct on there.  That produces a
 2   task on the dashboard of the county that this one has
 3   been corrected.
 4        Q.    Did your office inform this voter, "You
 5   must deliver the completed corrective action form in
 6   person to the early voting clerk's office by the end of
 7   business today"?
 8        A.    It says or.
 9        Q.    So the first information it does not say or
10   would you agree then it subsequently says or?
11        MS. HUNKER:  Objection, form.
12   BY THE WITNESS:
13        A.    It says, "You make correct missing or
14   incorrect personal ID numbers through the vote ballot
15   tracker or by votetexas.gov or by delivering a
16   corrective action form."
17   BY MR. FREEMAN:
18        Q.    Right.  But first it says, "The county
19   should have sent you a notice with the corrective
20   action form on the back.  You must deliver the
21   completed corrective action form in person to the early
22   voting clerk's office by the end of business today,
23   Monday, November 14, 2022," isn't that right?
24        A.    Then it gives alternative.
25        Q.    Yes.  But with regards to the -- with
```



1    regards to specific information requested by the voter

2    on how to submit a corrective action form, your office

3    provided that information at 5:55 p.m., and instructed

4    the voter to submit the form by close of business that

5    same day; is that correct?

6        MS. HUNKER:  Objection, form.

7    BY THE WITNESS:

8        A.    I'm not going to agree with that

9    characterization.  That's not what it says.  It says

10   what it says.

11   BY MR. FREEMAN:

12       Q.    Was that your office's typical practice in

13   terms of their ability to respond to requests for

14   assistance regarding ballot corrections?

15       MS. HUNKER:  Objection, form.

16   BY MR. FREEMAN:

17       Q.    To not be able to respond until the day

18   that the corrective action forms were due?

19       MS. HUNKER:  Same objection.  Objection.

20   BY THE WITNESS:

21       A.    The responses were made when they were

22   made.  You can go back and look at all of the emails if

23   you want to.

24   BY MR. FREEMAN:

25       Q.    Was there a volume of responses such that



1    it was difficult for your office to respond more

2    quickly than by the day the corrective action forms

3    were due?

4         A.    Our response time is within 24 hours.  This

5    is an exception of that.

6         Q.    When do those exceptions occur?

7         A.    I don't know.  When they occur that's what

8    makes it an exception.

9         Q.    I'm just trying to understand, you know, if

10   you have a typical practice, but there are exceptions.

11   Is there a set of circumstances when you typically view

12   or experience those exceptions?

13        A.    Our goal, our practice, our policy is to

14   respond to email and phone calls within 24 hours.

15        Q.    Okay.  Do you know how many exceptions

16   occurred in the November 2022 general?

17        A.    I do not.

18        Q.    Do you know if this voter was

19   disenfranchised by SB 1?

20        MS. HUNKER:  Objection, form.

21   BY THE WITNESS:

22        A.    I have no idea.

23   BY MR. FREEMAN:

24        Q.    We previously discussed a number of ways

25   that a voter can update their TEAM record after the



1  close of registration so they may successfully submit

2  an ABBM.  Prior to the November 2022 general could a

3  voter submit a new voter registration form after the

4  close of registration?

5       A.    Yes.

6       Q.    Could they submit a copy of their driver's

7  license and their ID card with the ABBM?

8       A.    They could.

9       Q.    Did they visit texas.gov to provide

10  information already in DPS databases to TEAM?

11       A.    That's correct.

12       Q.    Was there anything else?

13       A.    Those are the ways, I think.

14       Q.    Is there any indication on the Texas voter

15  registration form that was in use at the time that it

16  can be used to add missing information to a voter

17  registration record as opposed to changing an existing

18  name or address?

19       A.    No, there is not anything special about it.

20  It could be used for that purpose.

21       Q.    Is there any indication on the form itself

22  that it can be used for that purpose?

23       A.    There is a form -- form says it could be

24  used to change your record, yes.

25       Q.    Well, let's mark this --



```
 1        A.     There is one of the boxes that says update

 2   existing record, isn't there?  Isn't that one of the

 3   boxes on the form?  I think so.

 4        MR. FREEMAN:  Let's use this as Exhibit 15.

 5                     (WHEREUPON, a certain document was

 6                     marked Deposition Exhibit No. 15,

 7                     for identification, as of 3/28/23.)

 8   BY MR. FREEMAN:

 9        Q.     What's this document?

10        A.     It's a copy of voter registration

11   application.

12        Q.     In box one this indicates it can be used as

13   a new application to change address, name or other

14   information or to request replacement card, correct?

15        A.     That's correct.

16        Q.     It does not indicate it can be used to add

17   missing information; is that right?

18        MS. HUNKER:  Objection, form.

19   BY THE WITNESS:

20        A.     What do you think change other information

21   means?

22   BY MR. FREEMAN:

23        Q.     I would -- well, when you see --

24        MR. FREEMAN: You know what, I'm going to object

25   to that as non-responsive and ask again.
```



1    BY MR. FREEMAN:

2          Q.     It does not indicate that you can add

3    missing information on this form, correct?

4          MS. HUNKER:  Objection, form.

5    BY THE WITNESS:

6          A.     I disagree.  It says you can change other

7    information, and that includes updating.

8    BY MR. FREEMAN:

9          Q.     If a voter submits a voter registration

10   application to add missing information to a voter

11   registration record, would your office or the local

12   registrars run a live check on the driver's license

13   number or Social Security number?

14         A.     Probably.

15         Q.     Do you know for certain?

16         A.     I don't.  But it wouldn't be our office.  I

17   mean our office is the one that does it, but the county

18   would do the live check.

19         Q.     Is there anything other than the live check

20   which may or may not occur that is used to verify the

21   authenticity of the driver's license number or Social

22   Security number being submitted?

23         A.     No.

24         Q.     So if a voter submits a voter registration

25   application that provides the same information as the



1  ABBM and a driver's license number or Social Security

2  number signed and submitted, correct, is there any

3  differential in the information on this voter

4  registration application from the information being

5  submitted on the ABBM?

6       A.    Yes, there is quite a lot of difference.

7       Q.    What's the difference?

8       A.    On ABBM you have your name, address, and

9  date of birth.  Here you have got a lot more than that.

10       Q.    Name, address, date of birth, Texas

11  driver's license number or Social, what else is present

12  here?

13       A.    "Are you a U.S. citizen?  Will you be 18 or

14  of age on or before election day?  I understand that

15  giving false information to procure a voter

16  registration is perjury and a crime under State and

17  Federal law.  Conviction of this crime may result in

18  imprisonment up to one year in jail, a fine of 4,000.

19  Please read actual three statements to affirm before

20  signing.  I'm a resident of the county, and a U.S.

21  citizen.  I have not been finally convicted of a felony

22  or if a felon I have concluded all of my punishment

23  including any term of incarceration, parole,

24  supervision, a period of probation or I have been

25  pardoned, and I have not been determined by a final



```
 1   judgment of a court exercising probate jurisdiction to
 2   be totally mentally incapacitated or partially mentally
 3   incapacitated without the right to vote."
 4        Q.     But a voter who has previously registered
 5   has already provided all of that information, correct?
 6        A.     Yes.
 7        Q.     So if a voter has to submit this voter
 8   registration application and then submit to ABBM, they
 9   are providing the same information they provided before
10   plus the driver's license number so that they can
11   provide the same information that they have provided
12   before plus a driver's license number on an ABBM; is
13   that right?
14        MS. HUNKER:  Objection, form.
15   BY THE WITNESS:
16        A.     The difference is they are signing under a
17   statement that says affirming on penalty of perjury the
18   accuracy of the information in this voter registration
19   document.
20   BY MR. FREEMAN:
21        Q.     If you go back to ABBM here, they are also
22   filing under penalty of criminal law that the
23   information on the APBM is accurate, correct?
24        A.     I understand giving false information on
25   this application is a crime.
```



1        Q.      Okay.

2        A.      Then the voter registration application, "I

3    understand that giving false information to procure

4    voter registration is perjury and a crime under State

5    and Federal law.  Conviction of this crime may result

6    in imprisonment up to one year in jail, a fine of 4,000

7    or both.  Please read all three statements to affirm

8    before signing.  I'm a resident, I've not been finally

9    convicted, I'm not mentally incapacitated."

10       Q.      More details?

11       A.      That's different.

12       Q.      I understand it's different.  But it's a

13   crime to submit false on information on an ABBM,

14   correct?

15       A.      Agreed.  It's a crime to put false

16   information on any government document.

17       Q.      To be clear, when a voter submits -- a

18   registered voter submits a new voter registration

19   application for purpose of adding a driver's license

20   number and a Social Security number, they are

21   submitting the same name, address information, date of

22   birth, and signature on the voter registration

23   application that they do on the ABBM with slightly

24   different language concerning crime, and concerning

25   qualifications, correct?



1          MS. HUNKER:  Objection, form.

2     BY THE WITNESS:

3          A.     No.  I will reject that characterization.

4     Slightly different.  It's not slightly different.  It's

5     much more explicit.

6     BY MR. FREEMAN:

7          Q.     With additional, more explicit information

8     on the voter registration?

9          A.     You can characterize it in that way.

10    That's the only way I would say.  It's a different

11    form, different affirmant of perjury.

12         Q.     In order to add the driver's license number

13    or Social Security number information using a Texas

14    voter registration application, a voter is submitting

15    the same name, address, date of birth, and driver's

16    license or Social Security number information that's on

17    the ABBM as well; is that correct?

18         MS. HUNKER:  Objection, form, asked and answered.

19    BY MR. FREEMAN:

20         Q.     You may answer.

21         A.     I'm not going to answer that again.

22         Q.     You may answer.

23         A.     I'm not going to answer it again.

24         Q.     Sir?

25         A.     You are going to tell me what I'm going to



1   do?

2       Q.    You are under oath and required to answer

3   questions in a deposition, sir.

4       A.    I have --

5       MS. HUNKER:  He's answered this question multiple

6   times in different ways.

7   BY THE WITNESS:

8       A.    I haven't answered it the way you like it,

9   but I have answered it.

10  BY MR. FREEMAN:

11      Q.    I'm trying to cut out the part of the

12  question that you don't like so that we can get a clean

13  record.  So I would appreciate if you would answer my

14  question.

15      A.    Cutting out something that makes it a

16  different answer is not going to be acceptable to me.

17  My answer comes in all of the context.

18      Q.    The voter registration application asks a

19  voter for last name and first name, correct?

20      A.    The voter registration application asks for

21  what it asks for.  It asks for a lot more than that.

22      Q.    One of the things that the voter

23  registration application asks for is voter last name

24  and first name, correct?

25      A.    You can read the form for yourself.  That's



1    what it says.

2            Q.      We are in a deposition, sir.

3            A.      So.

4            Q.      I ask questions.

5            A.      I hear you.

6            Q.      You answer them.

7            A.      I am answering.

8            Q.      That was not the answer to my question.

9            A.      It was.

10           Q.      Does the voter registration application ask

11   for a voter's last name and first name?

12           A.      The voter registration application asks for

13   a voter's last name and first name and a lot of other

14   information.

15           Q.      Thank you.  Does the voter registration

16   application ask for a voter's residence address?

17           A.      The voter registration application asks for

18   what it asks for.  One of those things is a residence

19   address, but there is a lot of other things it asks for

20   as well.

21           Q.      Does the voter registration application ask

22   for the voter's date of birth?

23           A.      The voter registration application asks for

24   the date of birth along with a lot of other

25   information.



Keith Ingram                                        March 28, 2023
                                                         Page 90

1        Q.      Does the ABBM ask for the voter's last

2   name, first name, residence address, date of birth, and

3   other information as well?

4        A.      The voter registration or the voter

5   application for ballot by mail asks for what it asks

6   for.  It asks for those things plus some other stuff,

7   yes.

8        Q.      Do both documents ask for a driver's

9   license or a driver's license number or Social Security

10  number?

11       A.      Both of them are required to put the ID

12  number on there, one or the other.  They are not the

13  same document.  They are not the same application.

14  They have different purposes, and they have different

15  statements with regard to perjury.

16       Q.      Both documents required must be signed

17  under penalty of -- must be signed with certification

18  as to accuracy under penalty of criminal prosecution?

19       A.      Both of them have different statements

20  about what the penalty is with regard to signing false

21  information.

22       Q.      But they are both signed under penalty of

23  some criminal prosecution for providing false

24  information; is that correct?

25       A.      They are both signed with whatever their



1    statement is on the particular document.

2         Q.      But if a voter does not have driver's

3    license information and Social Security number

4    information on their voter registration record, one of

5    the ways they can fix that is by first submitting the

6    voter registration application, and then submitting

7    ABBM with the exact same information on it plus a

8    signature under somewhat different language; is that

9    correct?

10        MS. HUNKER:  Objection, form.

11   BY THE WITNESS:

12        A.      Definitely not going to agree with that,

13   sir.

14   BY MR. FREEMAN:

15        Q.      Why?

16        A.      Because voter registration has a different

17   purpose.  Number two, it doesn't have to be done

18   before, it can be done afterward.

19        Q.      Then the voter would have to submit a new

20   ABBM; is that correct?

21        A.      That's not correct.

22        Q.      But they would have to do both; is that

23   correct?

24        MS. HUNKER:  Objection, form.

25   BY THE WITNESS:



1        A.      They have to have a number on the

2   application for ballot by mail that's in their voter

3   registration record.

4   BY MR. FREEMAN:

5        Q.      One of the ways they can add that is by

6   submitting a form, a Texas voter registration form,

7   correct?

8        A.      That's what we have discussed way early on.

9        Q.      Right.

10       MS. HUNKER:  Dan, can we take a quick five-minute

11  break?

12       MR. FREEMAN: Sure.

13                  (WHEREUPON, a recess was had.)

14  BY MR. FREEMAN:

15       Q.      Mr. Ingram, was there any publicly

16  available information in the general election period

17  indicating that a voter could submit a copy of their

18  driver's license or ID card with their ABBM to address

19  the SB 1 ID number requirement?

20       A.      Not that I know of.  You would have to ask

21  Sam to make for sure, but I don't think that was part

22  of our campaign.

23       Q.      Do you know if there was any indication on

24  Texas.gov during this period that the website could be

25  used to update voter registration information other



 1   than name and address?

 2         A.     I don't think so.   I mean by website are

 3   you talking about Texas.gov?

 4         Q.     Yes.

 5         A.     Okay.

 6         MR. FREEMAN:   We can mark this as Exhibit 16.

 7                        (WHEREUPON, a certain document was

 8                        marked Deposition Exhibit No. 16,

 9                        for identification, as of 3/28/23.)

10   BY MR. FREEMAN:

11         Q.     Mr. Ingram, what's this document?

12         A.     This is a notice of rejected application

13   for ballot by mail for missing or incorrect personal ID

14   number.

15         Q.     Was this the version of the form that was

16   in use in the November general election?

17         A.     I believe so, yes.

18         Q.     I apologize.   I had intended to provide you

19   with form 6-4, which is a different notice of rejected

20   application for ballot by mail.   If we hold Exhibit 17

21   for that, and I will show that to you on this laptop.

22                        (WHEREUPON, a certain document was

23                        marked Deposition Exhibit No. 17,

24                        for identification, as of 3/28/23.)

25   BY MR. FREEMAN:



1      Q.      What's form 6-4?

2      A.      It's a notice of rejected application of

3  ballot by the mail that says required ID number is not

4  in your record.

5      Q.      So that's a different notice of rejection

6  application for ballot by mail from form 6-3.  Is it

7  specific for folks who don't have anything on their

8  TEAM record; is that right?

9      A.      Well, whatever they put on their

10 application for ballot by mail is not in their record.

11     Q.      Okay.  So it's not just folks who have

12 nothing, it's also for folks who put something and it

13 didn't match; is that right?

14     A.      It didn't -- if it didn't match because

15 it's incorrect, they get the other form.  If it didn't

16 match because there is nothing there, they get this

17 form.

18     Q.      Okay.  Great.  Was this form in use in

19 November 2022?

20     A.      It was.

21     Q.      Does it state there are only two ways to

22 add the required numbers?

23     A.      That's correct.

24     Q.      Do you have any intention to update this

25 form to tell voters they can mail in a copy -- strike



1    that.

2              Did you ever discuss with your colleagues

3    updating this form to inform voters that they can mail

4    in a copy of their Texas driver's license with their

5    ABBM to update?

6         A.    No.  We got that question as a county who

7    received a copy of DL and what do we do with this, so

8    we answered that question.  It was never going to be us

9    telling a voter that they have to mail in a copy of

10   their DL.

11        Q.    The form only directs voters to go to

12   Texas.gov generally, not to a specific page on that

13   website; is that correct?

14        MS. HUNKER:  Objection, form.

15   BY THE WITNESS:

16        A.     It says you can update your voter

17   registration record at Texas.gov.

18   BY MR. FREEMAN:

19        Q.     Not like

20   Texas.gov/updateyourvoterregistrationrecord?

21        A.     Well, during the election season, Texas had

22   change your name and address on your voter registration

23   on front and center on the front page on Texas.gov.

24        MR. FREEMAN:  If we could mark this as Exhibit

25   18.



```
 1                        (WHEREUPON, a certain document was

 2                        marked Deposition Exhibit No. 18,

 3                        for identification, as of 3/28/23.)

 4    BY MR. FREEMAN:

 5         Q.    Before we do will -- to your knowledge,

 6    will Texas.gov continue to have the update your name

 7    and address information on the home page during every

 8    election season moving forward?

 9         MS. HUNKER:  Objection, form.

10    BY THE WITNESS:

11         A.    So we coordinate with DIR, Department of

12    Information Resources, they are the ones who run the

13    Texas.gov page, and we coordinate with them about when

14    we would like that message to be prominent.

15    BY MR. FREEMAN:

16         Q.    What's document Exhibit 18?

17         A.    Well, it's a page that's on Texas.gov.

18         Q.    Is this the page on which voters can update

19    their name and address?

20         A.    Yes.

21         Q.    Is this -- do you know if this is a current

22    page that's in use?

23         A.    I don't know.  I mean if it is there is

24    different information one more page in.

25         Q.    Well, I think I have that page as well.
```



1    But on this page is there any indication that this

2    website can be used to update Texas driver's license

3    number or Social Security number information on a voter

4    registration record?

5        MS. HUNKER:  Objection, form.

6    BY THE WITNESS:

7        A.    There is not any indication of that on this

8    page, no.

9        MR. FREEMAN:  Mark this as Exhibit No. 19.

10                    (WHEREUPON, a certain document was

11                    marked Deposition Exhibit No. 19,

12                    for identification, as of 3/28/23.)

13   BY MR. FREEMAN:

14       Q.    What's Exhibit 19?

15       A.    This is the identity management page for

16   the Texas.gov.

17       Q.    Is this the other page that you were

18   thinking of?

19       A.    No.

20       Q.    Do you know if this is the current page

21   that's in use on Texas.gov?

22       A.    For identity management, yes.

23       Q.    This is the page that's used to update a

24   voter's name and address, correct?

25       A.    This is for voter registration changes



1    through Texas.gov.

2         Q.     Is this the page that voters would use to

3    update their Texas driver's license number or Social

4    Security number on their voter file?

5         A.     If they wanted to add to voter file this

6    was the one that replaces zero, no value with a number.

7         Q.     Is there any indication on this website

8    that this is the page that can be used to update Texas

9    driver's license number or Social Security number on

10   voter registration record?

11        A.     No.  But if you fill this out, the next

12   page in says, "If your purpose is to update your voter

13   record with your numbers you have done it so log out.

14   You are finished."

15        Q.     Okay.  In some are there any instructions

16   prior --

17        A.     Act of logging in supplies no values.

18        Q.     Understood.  In some are there any

19   instructions on Texas.gov prior to logging in that this

20   site may be used to add a Texas driver's license number

21   or Social Security number to voter registration

22   records?

23        A.     I don't think so.

24        Q.     We previously discussed a number of ways

25   voters can add or correct identification numbers on a



1   ballot envelope or FCPA signature sheet.  Is there any

2   change in those procedures since May of 2022?

3        A.    There is not.

4        Q.    So I'm clear, a voter can correct on the

5   envelope or signature sheet and send it back, they can

6   hand return the envelope or they can cancel the mail

7   ballot and vote in person; is that right?

8        A.    Those are some of the options.

9        Q.    What are the other options?

10       A.    They can correct the ballot tracker and add

11  numbers to Texas.gov.

12       Q.    But if a mail ballot has been sent back to

13  them, they have to physically return the ballot; is

14  that right?

15       A.    They have to physically return a ballot,

16  yes.

17       Q.    They can only correct on the ballot tracker

18  if the early voting ballot board has retained the

19  ballot; is that right?

20       MS. HUNKER:  Objection, form.

21  BY THE WITNESS:

22       A.    Well, if they've got the ballot they've got

23  to get it back, but they can also correct the

24  information on the ballot tracker.  Those are not

25  mutually exclusive.



1    BY MR. FREEMAN:

2        Q.      The ballot tracker is only accessible to

3    voters who have both a Texas driver's license number

4    and a Social Security number on their TEAM file,

5    correct?

6        A.      Right.

7        Q.      As of right now?

8        A.      That's correct.  Which is over 96 percent

9    of voters.

10       Q.      Mr. Ingram, do you recall when we met back

11   in April of 2022 that we discussed whether a single

12   voter could be issued more than one DPS number?

13       A.      Yes.

14       Q.      Do you recall whether you knew at the time

15   whether DPS had in fact issued multiple numbers to

16   particular individuals over the course of their

17   lifetime?

18       A.      If I didn't say that's a DPS question I am

19   saying it now, it's a DPS question.

20       Q.      Do you know whether DPS has done that in

21   the past?

22       A.      To my knowledge, you get one number.

23       Q.      I have some document I'm hoping can clear

24   this up.  We can mark this as Exhibit 19.

25                       (WHEREUPON, a certain document was



```
 1                          marked Deposition Exhibit No. 20,
 2                          for identification, as of 3/28/23.)
 3          MR. FREEMAN:  This is 20.
 4     BY MR. FREEMAN:
 5          Q.     What's this document?
 6          A.     It appears to be an email exchange with
 7     Mr. or Mrs. Mickey Marvins and our office.
 8          Q.     If you go to the original email on page 3
 9     what's the problem that Ms. Marvins describes.
10          A.     That she got an ID to replace her driver's
11     license, and the ID number wasn't in her voter record.
12          Q.     As a result, her friend who had this
13     experience had a problem getting an absentee ballot
14     because the number on her DPS identification was
15     different when she went from a driver's license to an
16     ID card; is that right?
17          A.     Agree with that.  Just in case you are
18     wondering, that's not inconsistent with what I said.
19     You get one number.  You surrender your DL and you get
20     the ID number.  I don't want you under the impression
21     you got two numbers.  You got one number.  It just
22     changed.
23          Q.     I see.  Okay.  Bit of a clarification.
24          A.     I want to make sure we are clear.
25          Q.     Over the course of a lifetime, is what I
```



1    asked before, a voter can be issued more than one ID

2    number by DPS; is that correct?

3         A.    If you change from one form of ID to

4    another then yes.

5         Q.    When did you first become aware of that

6    fact?

7         A.    I have always known that.  I don't know --

8    it's not a strange or unusual piece of information.  I

9    went to Arkansas, I had to surrender my driver's

10   license.  I came back, I had to surrender my Arkansas

11   license.

12        Q.    Am I correct that SB 1 permits voters to

13   submit a driver's license number that is expired,

14   correct?

15        A.    That's correct.

16        Q.    Even if I have surrendered my driver's

17   license number, if that's the number -- if I have

18   surrendered my driver's license and gotten an ID, if my

19   driver's license is still on file with TEAM, I can vote

20   using the number on my driver's license; is that right?

21        A.    You can for up to four years for a person

22   under 70.  Then for a person over 70 it can be expired

23   for however long you need it.

24        Q.    Are you sure that's the rule for SB 1 and

25   not for the voter ID?



```
 1        A.      It's the same.  It incorporates 63101 into
 2   mail ballots.
 3        Q.      In any case, has your office taken any
 4   actions to address issues created by voters who have
 5   and hold DPS ID number on file and who have received a
 6   new DPS ID number on a new form of ID?
 7        A.      That's voter responsibility to update their
 8   information in TEAM.  And they can do that very
 9   conveniently, they are at DPS, say, "Use this
10   information to update my voter record."  They just have
11   to check yes on a box.
12        MR. FREEMAN:  Off the record for a moment.
13                    (WHEREUPON, a discussion was had
14                    off the record.)
15   BY MR. FREEMAN:
16        Q.      Has your office done anything to address
17   the issue of voters who submit the number of old
18   identification that's no longer the number on TEAM, but
19   remains valid for SB 1 purposes?
20        A.      I don't know what that question means.
21        Q.      Sure.  Let's say a voter had a driver's
22   license, surrenders it, gets an ID card and does update
23   TEAM with the ID card number -- thumbs up from the
24   witness -- but then they submit their old driver's
25   license number because they are concerned or
```



 1   misunderstand and think that's what they have to

 2   submit.  Has your office done anything to address that

 3   specific scenario?

 4         A.     You would have to talk to Sam about our

 5   education campaign.  But, you know, what we tell voters

 6   if they call our office is that they need to use

 7   whatever is currently in their voter registration, and

 8   that's why we encourage them to use both numbers so

 9   that if one of them hits they are good.

10         Q.     Is a voter able, to your knowledge, to call

11   their local clerk or election administrator and ask

12   specifically what number is on their registration

13   record?

14         A.     Of course.

15         Q.     So I could call and say what's the driver's

16   license on my registration record and then fill that in

17   on an ABBM?

18         A.     Sure.

19         MS. HUNKER:  Objection, form.

20   BY THE WITNESS:

21         A.     It would go through some questions to

22   validate that it's you and not some vote harvester

23   trying to steal your vote, but yes.

24   BY MR. FREEMAN:

25         Q.     What questions would they use?



 1       A.    I don't know.  Whatever the county uses

 2  whenever they validate someone's identity on the phone.

 3       Q.    Any information that isn't also on the

 4  ABBM?

 5       A.    Well, it's information that would be in

 6  their voter record.

 7       Q.    But it's information that was on the

 8  application prior to SB 1, right, name, date of birth,

 9  address, things like that, correct?

10       A.    That's correct.

11       Q.    In theory if a voter -- strike that.

12            So if an individual wanted to cast an ABBM

13  in someone else's name, the only security addition

14  created by SB 1 is the driver's license number or a

15  Social Security number, correct?

16     MS. HUNKER:  Objection, form.

17  BY THE WITNESS:

18       A.    Well, I mean signature still counts.

19  BY MR. FREEMAN:

20       Q.    Sure.  That was pre -- signature counted

21  pre-SB 1, right?

22       A.    Agreed.

23       Q.    In fact, it's easier to meet the signature

24  requirement after SB 1?

25       A.    Agreed.



1    Q.    All the voter needs to do to get that

2  driver's license number is to call the clerk with

3  pre-SB 1 information and ask for which driver's license

4  number is on file, no?

5    MS. HUNKER:  Objection, form.

6  BY THE WITNESS:

7    A.    No.

8  BY MR. FREEMAN:

9    Q.    Why not?

10    A.    Because they can call and ask, "What do I

11  have on file?"  They will say DL or SSN or both.

12    Q.    What if they say what number is on file?

13    A.    If the voter -- then I would imagine, I

14  don't know because I'm not a county, but if I was a

15  county voter registrar I would say, "What driver's

16  license number -- what's your driver's license number?"

17  They would look and say, "Yup that's what you got."

18    Q.    Okay.  Thank you for that clarification.

19    How many DPS ID numbers can be associated

20  with a voter's TEAM record?

21    A.    One.

22    Q.    Has there been any discussion, to your

23  knowledge, of adding a field to TEAM so that additional

24  driver's license numbers could be listed?

25    A.    That's something that we have recently



1  discussed to think about the next iteration of TEAM,

2  and whether or not they want to have another field for

3  an ID number.  That decision has not been made yet.

4      Q.    What's the stage of the procurement process

5  for the next iteration of TEAM at this point?

6      A.    We are going through the drafting of the

7  RFP, RFO, whatever we are calling it.

8      Q.    Do you know when that will be complete?

9      A.    Soon.  If I had my way it would have been

10  two weeks ago.

11      Q.    To be clear, if a voter has been issued

12  multiple DPS numbers and provides a DPS ID number

13  different from the one listed in TEAM on an ABBM and

14  does not also provide a Social Security number, that

15  ABBM will be rejected, correct?

16      A.    If they don't provide a number that's in

17  their voter registration record they will be rejected,

18  yes, at least temporarily.

19      Q.    Same thing on mail ballot?

20      A.    Same thing on mail ballot.

21      Q.    Would you agree a duly registered voter

22  whose ballot was rejected under these circumstances was

23  not at fault?

24      MS. HUNKER:  Objection, form.

25  BY THE WITNESS:



1        A.      I'm not going to get into assignment of

2   fault.

3   BY MR. FREEMAN:

4        Q.      Do you know if the fact that DPS has issued

5   multiple ID numbers to the same individuals over their

6   lifetimes has led to the rejection of mail ballot

7   materials under SB 1?

8        MS. HUNKER:  Objection, form.

9   BY THE WITNESS:

10       A.      It's my understanding that's happened at

11  least in Bexar County because I have a member of the

12  ballot board who has been coming up here for the

13  election meetings because of it.

14  BY MR. FREEMAN:

15       Q.      Have you conducted any further inquiry into

16  the extent to which such voters have had their mail

17  ballot materials rejected?

18       A.      Just what she says.

19       Q.      Is there anything else that could have been

20  done for voters who have multiple DPS ID numbers to

21  ensure their ballots are counted?

22       A.      I don't know how to answer that question.

23       Q.      I don't run an elections office.  I'm

24  asking if you know of anything else that could have

25  been done by your office to help those voters?



1          A.     I don't know how to answer that question.

2          Q.     Okay.  Is there anything else that the

3    voter could have done if they have an old number on

4    TEAM and submit number on their new ID card or vice

5    versa?

6          A.     Well, the voter has the responsibility to

7    make sure their information in the voter registration

8    record is correct and accurate and updated.  The voter

9    bears that responsibility.

10         Q.     Do you know how many registered voters in

11   Texas have been issued multiple numbers in their

12   lifetimes?

13         A.     I do not.

14         Q.     Do you know how many ABBM or mail ballots

15   have been rejected on account of the voters submitting

16   a correct DPS ID number that was not listed on TEAM?

17         A.     I don't.

18         Q.     Have there been any actions taken by your

19   office other than in-filling driver's license numbers

20   as part of the HB2515 process to address the absence of

21   driver's license numbers or up-to-date driver's license

22   numbers on voter registration records?

23         A.     We have made sure we have got a pipeline

24   from Texas.gov so that we can capture that log-in

25   information whenever someone logs in to fill in the



1  values for us.

2       Q.    Anything else?

3       A.    That's not an unsubstantial thing.

4       Q.    Understood.  Is there anything else so I

5  have your full testimony?

6       A.    I mean we have told the voters they need to

7  use both.  We told voters the way they can add numbers

8  if they want to add numbers.

9       Q.    Anything else?

10      A.    That's it, I think.

11      MS. HUNKER:  I know we took a short break before,

12 but sort of a good place to take five if that's all

13 right?

14      MS. HUNKER:  Yes.

15                        (WHEREUPON, a recess was had.)

16      MR. FREEMAN:  Back on the record.

17 BY MR. FREEMAN:

18      Q.    Mr. Ingram, to the extent you know, what

19 was the final mail ballot rejection rate in the 2022

20 primarily?

21      A.    You know, it's obviously two different

22 primaries, and there were different -- democrats were

23 higher than the republicans, but I believe the

24 composite rate was under 13 percent, under 12.8, 12.7,

25 something like that.



 1        Q.      Do you know what the rate in the democratic

 2   primary was?

 3        A.      No.  I think it was a little over 13 maybe.

 4        Q.      It's not a quiz.  It's all right.

 5        A.      We can look it up.

 6        Q.      So the republican rate was a little bit

 7   lower than that?

 8        A.      It was a little under 12.

 9        Q.      In the primary runoff, do you know what the

10   aggregate rate was?

11        A.      Right at 12 percent.

12        Q.      The democratic runoff, do you know what the

13   rate was then?

14        A.      I don't.

15        Q.      Was the democratic rate higher than the

16   republican rate in the primary runoff as well?

17        A.      I think in the runoff it went the other

18   way.  I just have to go look and make sure, but it was

19   close.

20        Q.      Then we already discussed, but just so we

21   have it here, what was the final rejection rate in the

22   2022 general election?

23        A.      2.7 percent.

24        Q.      Based on your knowledge and experience, how

25   do these figures compare, 2.7 for 13 or so to the rate



1  of mail ballot impersonation in Texas elections before

2  passage of SB 1?

3  　　　　MS. HUNKER:  Objection, form.

4  BY THE WITNESS:

5  　　　　A.　　I have no idea what the rate of mail ballot

6  impersonation is or ever has been.

7  BY MR. FREEMAN:

8  　　　　Q.　　After serving for over a decade as the

9  director of elections for the State of Texas, do you

10 know whether or not 2.7 percent of mail ballots cast in

11 elections pre-SB 1 were actually cast by individuals

12 other than the registered voter on whose behalf the

13 ballots were cast?

14 　　　　MS. HUNKER:  Objection, form.

15 BY THE WITNESS:

16 　　　　A.　　The rejection rate of 1 to 3 percent is

17 historically what it's always been.  So we are back in

18 the zone.  One of the reasons for rejection is that the

19 mail ballot was not signed by the voter.  It was signed

20 by somebody other than the voter.  The voter was not

21 the one who signed the carrier and the application.

22 BY MR. FREEMAN:

23 　　　　Q.　　So that wasn't the answer to my question.

24 My question was, to your knowledge, were 2.7 percent or

25 more of mail ballots cast in any statewide election in



 1   Texas fraudulent because they were cast by someone

 2   else?

 3          MS. HUNKER:  Objection, form.

 4   BY THE WITNESS:

 5          A.     Again, I don't know how many were

 6   fraudulent because they were cast by somebody else.  I

 7   know ballot boards reject mail ballots because the

 8   voter was not the one who signed them.

 9   BY MR. FREEMAN:

10          Q.     Do you have any basis to believe based on

11   your knowledge and experience that over 2 percent of

12   mail ballots in any statewide election were cast by

13   someone other than the voter in whose name the ballot

14   was cast?

15          A.     Again, I don't know the answer to that

16   question.  The answer I have got is rejection, and

17   rejection because they're not the same person is the

18   most common rejection reason.

19          Q.     Because they are not the same person or

20   because they didn't sign?

21          A.     Because they are not the voter.  The

22   signatures don't match.

23          Q.     When a signature doesn't match -- strike

24   that.

25                 If an election administrator or ballot



1  board has reason to believe that voter fraud has

2  occurred, are they required to refer that for criminal

3  prosecution?

4        A.    They are not required to.  They are

5  required to report mail ballots that are rejected for

6  signature mismatch to the Attorney General's Office.

7        Q.    Do you know how many of those signature

8  mismatches have led to successful prosecutions for mail

9  ballot impersonation?

10        A.    I do not.  That's a question for the

11  Attorney General's Office.

12        Q.    Do you personally in your work as an

13  election administrator statewide presume all signature

14  mismatches are incidents of mail ballot impersonation?

15        MS. HUNKER:  Objection, form.

16  BY THE WITNESS:

17        A.    Signature mismatch is what we colloquially

18  say.  But the standard is, were the application and

19  carrier envelope signed by the voter?  That's the

20  standard.  If they are rejected because the signatures

21  don't match, they are rejected really because they are

22  not made by the voter or the ballot board can't

23  determine that they were made by the voter.

24  BY MR. FREEMAN:

25        Q.    But can't determine is very different from



 1  an affirmative determination of voter impersonation,

 2  correct?

 3       A.    I don't know that they are that different.

 4  I mean if there is doubt then there is doubt.

 5       Q.    So you said that rejection at 2.7 percent

 6  was back in the zone.  Is there any statewide federal

 7  election that has had rejection over 2 1/2 percent

 8  other than the 2022 election in your time as election

 9  administrator?

10       A.    I don't know.  You would have to go back

11  and look at the data on the AC's website.  I don't

12  know.

13       Q.    But when you say 1 to 3 percent is back in

14  the zone, when were those 3 percent elections?

15       A.    That's just the general idea that I have in

16  my head of mail ballot rejection rates.

17       Q.    Okay.  But how did you develop that general

18  idea in your head?

19       A.    Over time.  It's obviously higher in

20  primaries because there is more reasons to fail in

21  primaries.

22       Q.    What are those reasons just so we know?

23       A.    The extra reasons are that you don't on

24  your application submit a party reference.  You are not

25  going to get a primary ballot if you don't submit a



```
 1    party preference because they don't know which one to

 2    send you.  Obviously people get applications sent to

 3    them by campaigns and political parties, and they will

 4    often keep sending in every application they get even

 5    if it's change in their primary preference from one to

 6    the other.  So a lot of them come in late because they

 7    didn't get a ballot sent to them on time because they

 8    kept changing what they wanted.

 9         Q.    What would you consider in the zone for a

10    primary election?

11         A.    I don't have a sense for that.  I know it's

12    more because there is many more issues that can come

13    up.

14         Q.    Okay.  Can we all agree the decline in mail

15    ballot rejection rates from the primary to the primary

16    runoff to general is a good thing?

17         A.    Absolutely.

18         Q.    There are many factors that contributed to

19    that decline?

20         A.    Agreed.

21         MR. FREEMAN:  If we could mark this as Exhibit

22    21.

23                        (WHEREUPON, a certain document was

24                        marked Deposition Exhibit No. 21,

25                        for identification, as of 3/28/23.)
```



1    BY MR. FREEMAN:

2         Q.      What's this document?

3         A.      It appears to be an NPR printout of a

4    story.

5         Q.      It's a story about ballot rejections in

6    Texas?

7         A.      That's what it looks like, yes, sir.

8         Q.      I ask you to start by turning to page 3.

9    For the record he's been mentioned a few times, but who

10   is Sam Taylor?

11        A.      Sam Taylor is Assistant Secretary of State

12   for Communications.

13        Q.      Did you work with Mr. Taylor to develop any

14   talking points or answers regarding mail ballot

15   rejection rates in the 2022 general?

16        A.      It's not exactly how it works.  Sam usually

17   asks our side of the street for information, then he

18   crafts his own talking points.

19        Q.      Did you contribute information that he used

20   to craft talking points regarding mail ballot rejection

21   rates in the 2022 general?

22        A.      So the numbers are the numbers.  I mean so

23   the numbers were most important in determining what

24   talking point he was going to have.

25        Q.      Did you contribute any other information?



1          A.      You know, we are on the county advisory

2     call every other week, and Sam usually is on those

3     calls as well.  So he hears the information and

4     feedback we get at the same time we get it, and we

5     collaborate based on that information.

6          Q.      Would you agree that in this article Sam

7     Taylor attributes the decrease in mail ballot rejection

8     rates to several different items?

9          A.      Yes.

10         Q.      So starting on page 3, Mr. Taylor

11    contributes the decrease in mail ballot rejections in

12    part to updates to the return ballot in some counties;

13    is that right?

14         A.      Agreed to the carrier envelope

15    specifically, but.

16         Q.      Do you agree with what Mr. Taylor said

17    there?

18         A.      Yes.

19         Q.      Was this simply the addition of a red box

20    on the carrier envelope?

21         A.      Yes.

22         Q.      Any other updates to the return ballot?

23         A.      To the carrier envelope, I don't think so.

24         Q.      That applied in all 254 counties; is that

25    right?



1    A.    No.   I mean -- so we updated the carrier

2  envelope with the red box, but a lot of counties had

3  stock from the primary, and so they are still using

4  their own stock.  They didn't have to purchase new

5  carrier envelopes because we put a red box.  Not all

6  counties used the red box one.

7    Q.    Do you know how many counties continue to

8  use the old version of the envelope?

9    A.    I have no idea.

10    Q.    Did counties have to use the same envelope

11  for all voters in a given election or could they use a

12  mix of the old and new stock over the course of the

13  election?

14    A.    They could use a mix if they needed to,

15  sure.

16    Q.    Okay.  Do you expect any further gains in

17  reducing mail ballot rejection due to updates on the

18  carrier envelope?

19    A.    I don't know.  Depends on what laws do or

20  do not change in this legislative session.

21    Q.    Absent further legislative change, do you

22  expect further gains in reducing mail ballot rejection

23  due to updates to the carrier envelope?

24    A.    No.

25    Q.    Does Mr. Taylor attribute the decrease to



1  additional voter information included in mail ballots

2  by local officials?

3         A.      I agree with that.

4         Q.      Do you agree with Mr. Taylor's position

5  there?

6         A.      I do.

7         Q.      We already discussed this to some extent.

8  But is this referring to the inserts that we discussed

9  previously?

10        A.      That's correct.

11        Q.      Anything besides the inserts that we

12 discussed previously?

13        A.      Well, whatever other information counties

14 might have put in.  We don't have any ability to

15 control what goes into the mail ballot instructions.

16 So the counties can add to that if they want to.

17        Q.      Do you know right now if any additional

18 counties or other local officials intend to include

19 additional voter information in mail ballot

20 envelopes --

21        A.      I would expect --

22        Q.      -- in future elections who didn't in the

23 November general?

24        A.      I would expect counties that haven't added

25 an insert probably will as the information propagates



 1  amongst themselves.

 2      Q.    Do you know if there were any large

 3  counties who didn't include an insert previously?

 4      A.    I think you have asked me that question.  I

 5  don't know what they did or didn't include.

 6      Q.    Do you expect substantial further

 7  reductions in mail ballot rejections due to inclusion

 8  of additional voter registration in mail ballot

 9  envelopes?

10      A.    In the counties that haven't added an

11  insert, if they do add an insert, yes, it will help, I

12  think.

13      Q.    But you don't know which counties those

14  are?

15      A.    I do not.

16      Q.    Could it be that all counties did include

17  inserts previously?

18      A.    It could be, but it's very doubtful.

19      Q.    Did Mr. Taylor also attribute the decrease

20  in mail ballot rejections to the voter education

21  campaign?

22      A.    He did.

23      Q.    Do you agree with that point?

24      A.    I do.

25      Q.    Do you know how much of the voter education



1    campaigns were earned media versus paid media?

2         A.    I don't.  That's a Sam question.

3         Q.    Again, my colleague is going to be speaking

4    with Mr. Taylor about some of these issues in greater

5    detail.  But, to your knowledge, what were the

6    effective forms of voter education conducted by the

7    Office of the Secretary of State to bring down ballot

8    rejection rates in the general election period?

9         MS. HUNKER:  Objection, form.

10   BY THE WITNESS:

11        A.    Yes.  Effectiveness of the campaign is not

12   my area.

13   BY MR. FREEMAN:

14        Q.    Okay.  So you don't have any knowledge

15   about effectiveness in general?

16        A.    I don't.

17        Q.    Do you know if the Office of the Secretary

18   of State intends to conduct different forms of voter

19   education concerning SB 1 requirements in the future?

20        A.    You know, we will do another request for

21   proposal for ideas from vendors about the voter

22   education campaign for '24 and we will see what they

23   come up with.

24        Q.    Do you know if your office intends to

25   conduct a greater quantity of voter education



1    concerning SB 1 mail ballot requirements in the future?

2         A.    Depends upon whether or not we get more

3    money.  You know, the initial drafts of the budget

4    include more money for that purpose.  So yes, we would

5    be spending more.

6         Q.    Did the legislator provide less for their

7    education funding in 2022 than they did in 2020?

8         A.    Yes.

9         Q.    So would the budget that you are seeing

10   just be a restoration to presidential cycle levels?

11        MS. HUNKER:  Objection, form.

12   BY THE WITNESS:

13        A.    That's what we ask for in LAR.  I think

14   they are going beyond that.  We will see.

15   BY MR. FREEMAN:

16        Q.    How much media attention did ABBM and

17   ballot rejection in the March 2022 primary receive?

18        A.    How much?

19        Q.    Uh-huh.

20        A.    I don't know.  I don't know.  I have no way

21   of quantifying that.

22        Q.    Was there a lot?

23        A.    There was -- there were quite a few

24   stories, yes.

25        Q.    By comparison, how much media attention did



1    ballot rejections and ABBM rejections in November

2    receive?

3         A.    Not as much.

4         Q.    So would you agree that that's a decrease

5    in sort of free media educating voters?

6         MS. HUNKER:  Objection, form.

7    BY THE WITNESS:

8         A.    No.

9    BY MR. FREEMAN:

10        Q.    Why not?

11        A.    Because the free media that educate voters

12   is usually done locally at the county level with the

13   county election administrator having a news story

14   before early voting or during the ballot by mail time

15   period.  Whether that increased or decreased I have no

16   idea.  That has nothing to do with reporting on

17   rejection rates in November of 2022.

18        Q.    You don't think that voters became aware of

19   these requirements based on stories about the problems?

20        A.    I don't know how they became aware of it,

21   but those public interest stories that occur when mail

22   balloting begins are the way that I think a lot of

23   voters learn about it.  We will see.

24        MR. FREEMAN:  If we can mark this as Exhibit 22.

25                     (WHEREUPON, a certain document was



```
 1                        marked Deposition Exhibit No. 22,

 2                        for identification, as of 3/28/23.)

 3   BY MR. FREEMAN:

 4        Q.     What's this document?

 5        A.     It's a mass email.

 6        Q.     Sent by?

 7        A.     Me.

 8        Q.     To?

 9        A.     County election officials.

10        Q.     What are you asking them to do in this

11   email?

12        A.     Consider trying to place an opinion piece

13   in their local newspapers.

14        Q.     Is this something you have done previously?

15        A.     No.

16        Q.     Why did you do it --

17        A.     I take it back.  We have definitely offered

18   templates for opinion pieces that they could use in

19   local newspapers before.

20        Q.     Had you asked them --

21        A.     What's new is taking an example from a

22   particular county and saying, "Here's one.  Use this."

23   We have -- generally when we've done templates in the

24   past and offered them to counties, we have just drafted

25   a template ourselves.
```



1    Q.    Okay.  How often in the past did you

2  provide templates for op-eds?

3    A.    I don't know.  Several times.  It's -- what

4  we have done them for is the ID requirements.  The ID

5  requirements when they changed for photo ID, and they

6  changed again in 2017 --

7    Q.    So --

8    A.    -- or 2016.

9    Q.    -- for SB 14 the voter ID law, the change

10  to voter ID law, and SB 1, those are the three times

11  you can recall?

12    A.    That we have tried to use this form of

13  communication to get the counties to propagate

14  something, yes.  I mean we offer templates to the

15  counties for everything every year, every election

16  year, but the ones that we specifically drafted, you

17  know, for part of voter education were usually ID

18  related.

19    Q.    Do you know whether any other election

20  administrators or officials were able to place op-eds

21  about these requirements after this email went out?

22    A.    I don't know.

23    Q.    So you can't -- can you identify any other

24  counties that did manage to place op-eds?

25    A.    I don't know.



1    Q.    Do you intend to submit templates or

2  examples to county officials about SB 1 ID requirements

3  again in the future?

4    A.    Sure.

5    Q.    Do you expect newspapers to be receptive to

6  op-eds when the requirements are no longer new?

7    A.    It's not just the op-eds.  It's also

8  talking to them about how to approach their local news

9  media and getting a story placed.  It's also handouts

10  and colorful material they can use to give to the

11  voters.  So it's a full fledged campaign that Sam would

12  know more about than I do.

13    Q.    Do you expect newspapers to be as receptive

14  to similar op-eds in the future when the requirements

15  are no longer new?

16    MS. HUNKER:  Objection, form.

17  BY THE WITNESS:

18    A.    Sure.

19  BY MR. FREEMAN:

20    Q.    Why is that?

21    A.    Because they are always hungry for content.

22  Local news needs content.  This is good content for

23  them.  They like it.

24    Q.    Do you expect substantial further

25  reductions in mail ballot rejections due to voter



 1  education?

 2      A.    I don't know.  I mean I think as voters

 3  talk amongst themselves it's going to get better, yes.

 4  I don't know if it's substantial.  You say substantial

 5  reductions.  I don't know about that.

 6      Q.    Does your office have plans to reach

 7  different voters from those reached previously by voter

 8  education efforts on SB 1?

 9      MS. HUNKER:  Objection, form.

10  BY THE WITNESS:

11      A.    That again is going to be part of the

12  request for proposal.  Depends on how much money the

13  legislature gives us.

14  BY MR. FREEMAN:

15      Q.    Do you have any knowledge of targeted plans

16  to reach voters who didn't understand prior voter

17  registration efforts?

18      A.    No.  I mean part of every education

19  campaign is the feedback loop.  And, you know,

20  determination of what can be done better next time.

21  But again, that's all done by the communications team

22  and the vendor.

23      Q.    Going back to Exhibit 21.  Did Mr. Taylor

24  attribute the decrease in voters -- strike that.

25          Did Mr. Taylor attribute the decrease in



1  mail ballot rejection rates to voters getting used to

2  SB 1 requirements?

3       A.     Yes.

4       Q.     Do you agree --

5       A.     He said that, you know, one of the things

6  we have always expected was that the voters would get

7  used to it.

8       Q.     Do you agree?

9       A.     Absolutely.

10       Q.     If a voter had their ballot rejected, they

11  failed to cure, correct?

12       A.     If it's finally rejected, yes.

13       Q.     So the cure process affords a voter an

14  additional opportunity code to comply with SB 1

15  requirements during a single election; is that right?

16       MS. HUNKER:  Objection, form.

17  BY THE WITNESS:

18       A.     If that was the reason for the initial

19  rejection or notice of defect.

20  BY MR. FREEMAN:

21       Q.     Would you agree then that even when

22  presented with multiple opportunities to comply with SB

23  1, each final rejection represents a voter who failed

24  to learn and comply even with multiple opportunities?

25       MS. HUNKER:  Objection, form.



1  BY THE WITNESS:

2       A.     Sometimes the clock runs out on folks.

3  But, you know, I don't know what you are trying to get

4  at.  But you are assuming that the rejections were all

5  because of SB 1.  That's not a safe assumption.  There

6  are lots of reasons why mail ballots get rejected.  If

7  you want to know the list, you should go to a county

8  and ask them.

9  BY MR. FREEMAN:

10      Q.     Let's just bracket to SB 1 rejections.  And

11  say with respect to SB 1 rejections, because of the

12  cure opportunity, everyone has multiple chances to get

13  down their voter information, right, their ID numbers?

14      A.     I don't necessarily agree with that because

15  again the clock runs out.

16      Q.     But prior to the clock running out, there

17  is supposed to be an opportunity to cure, correct?

18      A.     If they got notice before the clock ran

19  out.

20      Q.     Some voters get notice after the clock runs

21  out?

22      A.     That's right.

23      Q.     With respect to the voters who did get

24  notice before the clock ran out, many of them had a

25  second opportunity, and nonetheless failed to get the



1    information required by SB 1 on to their ballot,

2    correct?

3         A.     Maybe.  Maybe they decided not to.  Maybe

4    they deeded to cancel their mail ballot and vote in

5    person.  You know, I don't know what happened with

6    those.

7         Q.     In light of the cure opportunity, why do

8    you expect that yet more exposure to the SB 1

9    requirements would continue to drive down rejection

10   rates?

11        A.     Because as people learn about something and

12   talk about it amongst themselves they get better at it.

13   It's just a fact.

14        Q.     In each new election cycle, do a new batch

15   of voters turn 65?

16        A.     We have talked about that before.

17        Q.     We have.  They won't have to get used to SB

18   1 mail ballot requirements?

19        MS. HUNKER:  Objection, form.

20   BY THE WITNESS:

21        A.     No.  But they would have heard about it

22   from their peers.

23   BY MR. FREEMAN:

24        Q.     Have additional trainings of state and

25   local election officials helped to reduce ballot



```
 1    rejection rates between the March primary and November
 2    general?
 3         A.    Yes.
 4         Q.    What's the county election seminar?
 5         A.    That's a seminar that we do every year for
 6    county election officials to teach them about election
 7    law requirements and how to implement them in their
 8    county.
 9         Q.    When was the county election seminar in
10    2021?
11         A.    I don't remember.
12         Q.    Was it before --
13         A.    July or August.
14         Q.    So before SB 1 was passed?
15         A.    In '21, yes.
16         Q.    When was the seminar in '22?
17         A.    July or August.
18         Q.    After the March primary, before the
19    November general, correct?
20         A.    Agree with that.
21         Q.    So based on your experience as director of
22    elections, during the 2022 election cycle do you do
23    most -- sorry.  Did most county election officials
24    understand the SB 1 acceptance and cure process during
25    the November 2022 general?
```



1        A.      I don't know.  That's a hard question.  I

2   don't know what they hear.  I only know what we say.

3   We had an election official email us a question in

4   2017, 2017, four years after photo ID requirements were

5   in place, asking if photo ID was required for voting.

6        Q.      That was after there had been --

7        A.      No.

8        Q.      -- a decision by the Federal court saying

9   that the original law violated the Voting Rights Act,

10  right?

11       A.      She was asking if photo ID was required at

12  all.  She didn't have any clue.  She had been in office

13  the whole four years.  She had been to our seminars,

14  read our materials, I presume.  I don't know.  But I'm

15  saying I don't have any control at all over what the

16  counties hear and how they interpret it.

17       Q.      Are you aware of any ballot rejection in

18  the November general that resulted from misapplication

19  of SB 1 by local officials?

20       A.      Any what?

21       Q.      Ballot rejections, mail ballot rejections

22  in November that resulted -- that were the result of

23  misapplication of SB 1 by local officials?

24       A.      I think we have talked about the

25  misapplication of the signature requirement after the



1    introduction of rebuttal presumption.

2        Q.    I mean the rejection of mail ballots based

3    on the driver's license or Social Security number

4    requirements?

5        A.    I don't know how you can separate the two.

6    The driver's license and Social Security number being

7    in the voter's record is supposed to create a

8    rebuttable presumption that the signatures are of the

9    voter.  So that signature comparison requirement, that

10   the degree of scrutiny that's applied to the signatures

11   part and parcel of SB 1 requirements.  If the

12   signatures were overanalyzed even though the number

13   already matched the number in their system, then that

14   results in a rejection because of a mistake by the

15   ballot board.

16       Q.    Okay.  Are you aware of any rejections of

17   ballots for failure to put a driver's license number,

18   Social Security number on the carrier envelope that

19   matches TEAM where the rejection was a result of

20   misapplication of SB 1 by local officials?

21       A.    So a voter puts a number on the envelope,

22   that number is in their TEAM record, and they still

23   rejected it --

24       Q.    Any rejection --

25       A.    -- because of that?



1    Q.    Are you aware of any rejection of a mail

2    ballot based on the number requirements because of some

3    kind of error by a local official?

4        MS. HUNKER:  Objection, form.

5    BY THE WITNESS:

6        A.    I have already told you what I know about

7    rebuttable presumption not being evenly applied.

8    BY MR. FREEMAN:

9        Q.    Separate from the rebuttable presumption,

10   just the number requirements?

11       A.    I don't even know how that would be.  I

12   don't know what you are talking about.

13       Q.    Okay.  Let's try and ask in a way that

14   works for you then.

15            Just a yes/no requirement, you have to have

16   a number that matches TEAM, driver's license number,

17   Social Security number, that requirement standing

18   alone, that sort of bar to acceptance, are you aware of

19   any rejection based on that bar to acceptance the

20   ballot where the rejection was a result of a

21   misapplication of SB 1 by local officials?

22       MS. HUNKER:  Objection, form.

23   BY THE WITNESS:

24       A.    I don't even know how that would be.  I

25   don't know what you are talking about.



1    BY MR. FREEMAN:

2         Q.    Are you aware of any instances where the

3    official rejected a mail ballot where a voter had put

4    down their SSN, and had a driver's license number, and

5    SSN on TEAM and they applied the hierarchy, for

6    example, and shouldn't have, would that be an error by

7    a local official in applying SB 1 to the numbers?

8         MS. HUNKER:  Objection, form.

9    BY THE WITNESS:

10        A.    I'm not aware of anything like that

11   happening.  What we've told them is if the number that

12   the voter puts is in the record, they are supposed to

13   accept it.  I'm not aware of any county rejecting it

14   with a number in the record.  That would be crazy.

15   BY MR. FREEMAN:

16        Q.    Good.  Are you aware of any other similar

17   types of errors by local officials where they rejected

18   a ballot and they shouldn't have in relation to the

19   numbers themselves?

20        A.    No.

21        Q.    Okay.  Would you agree then you don't

22   expect any substantial further rejection or further

23   reductions in mail ballot rejections based on the

24   numbers alone from training of local officials --

25        MS. HUNKER:  Objection, form.



1    BY MR. FREEMAN:

2        Q.    -- not based on signature?

3        A.    No, I wouldn't agree with that at all.

4    Because we also train ballot boards now.  We do

5    webinars for the ballot boards themselves.  Ballot

6    boards themselves are the ones who make the call

7    whether to accept or reject.  Now I'm not aware of a

8    ballot board rejecting a carrier envelope because

9    somebody had a number and they should have used the

10   other number.  That's crazy talk.  But there are a lot

11   of ballot boards who either didn't give the signatures

12   any weight at all or gave them too much weight and then

13   rejected even though the number was in the system.  So

14   that's the part that we are going to work on educating

15   and correcting.

16       Q.    But nothing related to the numbers standing

17   alone and not in relation to signatures?

18       A.    Again, I don't know what that means.  I

19   don't know how you would do that.

20       Q.    Okay.  Are there any other reasons why mail

21   ballot rejection rates decreased from the March primary

22   to the November general that we haven't talked about?

23       A.    You know, I just think -- I mean Sam calls

24   it getting used to, but it's a process of permeating

25   the side geist.  You know what I mean? It's something



1  that filters into people's consciousness over time,

2  that that is something that I don't know if we just

3  call it getting used to it.  But whatever it is it gets

4  better over time, the requirements.

5      Q.     Mr. Ingram, do you know what share of

6  voters cast ballots by mail in November of 2022?

7      A.     I did think of another reason they get

8  better over time.  It's because our data gets better

9  over time.  You know, the more voters that update their

10  information with one of the numbers, the better we are

11  going to have.  If they make the ballot tracker easier

12  to access, that's an easier way to correct the defect.

13      Q.     Do you know how many voters added driver's

14  license numbers or Social Security numbers to their

15  voter registration file using Texas.gov during the

16  general election period?

17      A.     I don't know.  I know we had over 40,000

18  people update their registration using Texas.gov.  I

19  don't know how many of those were numbers only.

20      Q.     A lot could have been address changes?

21      A.     A lot could have been address changes and a

22  lot of them could have been numbers.  I don't know how

23  many of each there are.

24      Q.     You are not getting new registrants who

25  don't provide either a driver's license number or



1  Social Security number anymore into the system; is that

2  right?

3       A.     Well --

4       MS. HUNKER:  Objection, form.

5  BY THE WITNESS:

6       A.     -- they've got the opportunity to have

7  registration without either one of the numbers.

8  BY MR. FREEMAN:

9       Q.     Other than the very small fraction of

10 people who check that box, you are not getting --

11 everyone is providing either a driver's license number

12 or a Social Security number on their voter registration

13 applications now, correct?

14      A.     There is a box for them, but there is also

15 a box for "I don't have either one of those."

16      Q.     Do you know how many folks that you

17 register with the box that says, "I don't have a

18 driver's license number or Social"?

19      A.     I don't.  I'd agree with you it would be a

20 small number.

21      Q.     Prior to Helping America Vote Act, you

22 could register without a driver's license number or

23 Social?

24      A.     I don't know if you could in Texas.  I know

25 there was a period of time a long time ago.  But before



1   the Help America Vote Act you had to have one of those.

2   I think we required the full nine, not the last four.

3   Help America Vote Act made us reduce it to the last

4   four only.

5          Q.     Okay.  But you are not getting a large

6   influx of additional voters now with no SSN, no DL?

7          A.     Agree with that.

8          Q.     And so attempts to add information are not

9   going to make further substantial changes in the future

10  because you have that for most of them already, right?

11         A.     Well, I mean that's the whole issue, right?

12  We have got less than half a percent who have neither

13  one of those numbers in the record, right.  Only if

14  that half of a percent tries to vote by mail and then

15  adds the number, will we get it, but that does happen,

16  and we will work on that last 93,800 folks to get them

17  a number.

18         Q.     What are you doing affirmatively to work to

19  get them a number?

20         A.     Well, what I talked about.  We have changed

21  Texas.gov where we get no value supplied to us if

22  anybody logs on to us.  We are telling voters if they

23  have their application rejected for lack of a number in

24  the system that's how you add the numbers to your

25  record.  I mean I don't know how else you would do it.



1 The voter has to take responsibility to do that

2 themselves.  They have a mechanism for doing it

3 electronically or they can fill out a paper

4 application.  But over time as they try to vote by

5 mail, that number is going to decrease.  It will not

6 get bigger.

7      Q.     Did you see substantial movement in that

8 number between the March primary and the November

9 general?

10      A.     Not then, no.  We didn't check then.

11      Q.     You didn't check to see how many people had

12 no driver's license number and no Social Security

13 number?

14      A.     That's right.  We had already checked it at

15 the end of '21.  And then we added as many as we could

16 so we knew what the number was going into the end of

17 the year, and we did it at the end of December '22?

18      Q.     What was the change from the end of '21 to

19 the end of '22?

20      A.     I don't know.  I have got the end of '22

21 numbers in my head, but I don't remember what they are.

22 I mean before we did anything at all, we had about a

23 million records that didn't have a driver's license,

24 and a million that didn't have a Social, right.  We

25 had, I don't know, 160,000 that didn't have either one.



1    At the end of '22 we have got 389 that have a DL, but

2    no Social, and we have got 298 that have a Social but

3    no DL.  We have got 93,000 that don't have either one.

4         Q.    Do you expect substantial further changes

5    in decreasing that -- those numbers moving forward?

6         MS. HUNKER:  Objection, form.

7    BY THE WITNESS:

8         A.    I don't know what you mean by substantial.

9    I expect that the numbers are going to decrease over

10   time.  They are never going to get bigger than they are

11   now.  They will decrease.

12   BY MR. FREEMAN:

13        Q.    Okay.  Did the rate at which they

14   decreased -- strike that.

15              Did the share of numbers that you

16   decreased -- you know what, we will move on then.

17              Mr. Ingram, do you know what share of

18   voters cast ballots by mail in November of '22?

19        A.    I don't.

20        Q.    Do you know if it was greater or lessor

21   than the share that cast ballots by mail in November of

22   2018?

23        A.    I don't know.  I think it would probably be

24   comparable number to 2018. It was less than 2020.

25        Q.    Do you know whether turnout in general was



1  higher in 2022 or lower in 2018?

2       A.      I don't remember.  They were both quite a

3  lot higher than normal mid-term elections, but I think

4  '22 may have been a little less.

5       Q.      To your knowledge, did March 2022 ballot

6  rejection deter some eligible voters from trying to

7  vote by mail in November?

8       A.      No idea.

9       Q.      Did any election administrators or clerks

10 indicate to you that voters were concerned about mail

11 ballot rejection in November of 2022?

12      A.      Well, as you can see from the email, voters

13 aren't shy about expressing directly to us.  I don't

14 know if we have to rely on county officials for that.

15      Q.      Did any county officials indicate to you

16 that voters were concerned in November of 2022 about

17 ballot rejection?

18      A.      Not any more than normal.

19      Q.      What's normal in terms of those types of

20 concerns?

21      A.      Well, I mean whenever you send mail ballots

22 you are relying on the post office and you are relying

23 on whatever else.  There is always trepidation until

24 you get confirmed that your ballot was accepted.

25      Q.      Are these concerns valid?



1        A.      Sure.  Absolutely.

2        Q.      Do you trust the post office?  We already

3    discussed concerns that were raised with your office

4    directly about rejection of mail ballots.  Were these

5    concerns valid?

6        A.      I don't know.

7        MR. FREEMAN:  Take a break for a minute.

8                    (WHEREUPON, a recess was had.)

9    BY MR. FREEMAN:

10       Q.      Thank you, Mr. Ingram. I will pass you to

11   Ms. Perales.  But I think we all need a lunch break

12   before then.

13       A.      Great.

14                    (WHEREUPON, a recess was had.)

15                    EXAMINATION

16   BY MS. PERALES:

17       Q.      We are back on the record.  Mr. Ingram, my

18   name is Nina Perales and I represent the LUPE

19   Plaintiffs.  I'm with MALDEF.  We know each other,

20   don't we?

21       A.      We do.

22       Q.      We have met in the past usually at the

23   legislature?

24       A.      Agreed.

25       Q.      Yes.  You have been to so many more



 1    hearings than I have, much to your credit.

 2                   I am going to endeavor not to tread the

 3    same ground as Mr. Freeman did, but if that means that

 4    from time to time I'm pausing or flipping pages

 5    forward, it's only because I'm trying to make sure I

 6    don't re-ask any questions that are in my outline.  I

 7    hope you don't take it as me trying to delay or

 8    anything.  If I'm quiet, I'm skipping questions.  How

 9    about that?

10         A.      That's fine.  Yes.

11         Q.      Thank you.  Thank you.  Just a few more

12    emails to go over with you along the same lines of

13    emails that Mr. Freeman went over with you?

14         A.      Okay.

15         Q.      I'm going to mark those.

16         MS. PERALES:  Can we mark this one, please.

17                        (WHEREUPON, a certain document was

18                        marked Deposition Exhibit No. 23,

19                        for identification, as of 3/28/23.)

20    BY MS. PERALES:

21         Q.      Mr. Ingram, can you identify this document?

22         A.      It looks like an email to our office from

23    Barry Brandt, and the response.

24         Q.      Was it an email to -- well, it says the

25    email is addressed to elections internet.  Is that the



1    elections division of the Texas Secretary of State?

2         A.    It is.

3         Q.    Then there is -- is there at the very top

4    of the document a response from the Texas Elections --

5    Texas Secretary of State Elections Division?

6         A.    Agree with that.

7         Q.    It seems to be coming from an

8    administrative group and the CC line is elections

9    internet.  Do you know who actually sent this email?

10        A.    I don't.  I don't.

11        Q.    Do you have an A.T. Montgomery?

12        A.    We do have an Andre Montgomery.

13        Q.    I noticed in among the letters there is an

14   A.T., then the beginning of the name Montgomery.  Would

15   it be fair to say that the person who sent the email,

16   Barry Brandt, is expressing that he was having a

17   problem -- well, he says he was having a problem with

18   registration, but he also says that he and his wife

19   sent in the form with an a SSN but not a license

20   number.  Then he's talking about ballot processing.  Do

21   you see that there?

22        A.    I do.

23        Q.    He says that he received confirmation that

24   he was registered to vote, but that also received a

25   notice saying he didn't provide the required



1    information; is that right?

2         A.    Right.

3         Q.    I notice that the response from the

4    Secretary of State mentioned both getting a ballot and

5    registering to vote because perhaps there was some

6    confusion on the part of the voter about being --

7    whether or not to -- whether or not his and his wife's

8    ballots were processed.  Did you see that there?

9         A.    I agree with that.

10        Q.    Do you know whether this was identified by

11   the Secretary of State as an issue involving providing

12   an ID number for email voting?

13        A.    I don't know.  The voter doesn't know what

14   they are really talking about.  Our response covers

15   both because we don't know what they are talking about.

16        Q.    Okay.  There were some mentions in here

17   about ballot by mail TEAM in the email.  I wasn't

18   sure --

19        A.    Right.

20        Q.    -- if you understood perhaps more.

21        A.    I don't.  I mean I know if somebody

22   registered to vote and supplied their last four of SSN

23   of course they would be registered.  It wouldn't be

24   rejected.  So that obviously wasn't a voter

25   registration.  Then he says they received a notice that



1    their application for registration had been reviewed

2    and included all of the information.  So I have no idea

3    what's going on with this fellow.  We would have to

4    look him up to even begin to have an idea.  Call up the

5    county, figure out what county it is.

6        Q.    He even included what might be his and his

7    wife's VUID numbers there at the very end, didn't he?

8        A.    He did.  Which indicates he's registered to

9    vote.  So really this doesn't make very much sense.

10       Q.    Okay.  Thank you.

11       MS. PERALES:  Can we mark this one, please.

12                    (WHEREUPON, a certain document was

13                    marked Deposition Exhibit No. 24,

14                    for identification, as of 3/28/23.)

15   BY MS. PERALES:

16       Q.    Mr. Ingram, can you identify this email?

17       A.    Yes, it appears to be an email from Susan

18   Johnson to our office.  And we did talk about this one

19   earlier.

20       Q.    Did you?

21       A.    Yes.

22       Q.    Okay.  I will put it aside.

23       A.    We can talk about it again, but it's

24   already in the stack.

25       Q.    So we did mark it, but we are not going to



 1   discuss it if you have already discussed it.

 2            I'd like to ask you some questions about SB

 3   1 that are not related to mail ballots?

 4        A.    Okay.

 5        Q.    I think what might make the most sense is

 6   to go ahead and mark SB 1 just so that you have it for

 7   reference.

 8        A.    Okay.

 9        Q.    Because I understand that it's kind of

10   spread out all over the election code, and I don't want

11   to make you have to look it up that way.

12        A.    Sure.

13        Q.    Let's go ahead and mark that as No. 25.

14                      (WHEREUPON, a certain document was

15                      marked Deposition Exhibit No. 25,

16                      for identification, as of 3/28/23.)

17   BY MS. PERALES:

18        Q.    If you would turn with me to section 2.04.

19        MS. HUNKER:  Nina, for clarity of the record, can

20   you confirm this is the enrolled version?

21        MS. PERALES:  I can confirm it's the enrolled

22   version.

23        MS. HUNKER:  Thank you.

24        MS. PERALES:  What I'm thinking about is whether

25   I want to go over it now or in the next portion of the



1  deposition.  Let me think about this.  I think we might

2  put it aside.  Don't laugh at me, Dan.  I'm thinking my

3  way through it as I go.

4  BY MS. PERALES:

5       Q.     I think, Mr. Ingram, I'm going to -- it is

6  the enrolled, and I can confirm that for you even

7  though it's not signed on the back, but I think I

8  should probably save that so I don't have to ask you

9  the questions twice, first as Keith Ingram, and then

10  later as the Secretary of State if that's okay with

11  you?

12       A.     Sure.

13       Q.     I said out loud that Dan was laughing at

14  me.  Now he's worried about the record.

15             I have some questions for you about voter

16  assistance.

17       A.     Okay.

18       Q.     Some of which I will ask of the Secretary

19  of State's office, but I do have a few Keith Ingram

20  questions about voter assistance.

21             I will ask you to turn to Exhibit 25

22  section 6.04, I believe.  Would you agree with me that

23  SB 1 section 6.04 modifies the oath that a voter

24  assistor takes when they help a voter in the polling

25  place?



```
1           A.      Agree with that.

2           Q.      There are other provisions that modified

3   the oath of assistants that an assistor would complete

4   on a mail ballot; is that correct?

5           A.      Yes.

6           Q.      So if you go to the top of page 53 with me.

7   And we see starting in line two and ending with line

8   four, would it be fair to say that SB 1 added to the

9   assistor oath the following language, quote, reading

10  the ballot to the voter, directing the voter to read

11  the ballot, marking the voter's ballot or directing the

12  voter to mark the ballot, unquote.

13          A.      Agreed.

14          Q.      When SB 1 was enacted, it's correct that

15  the Secretary of State's Office changed the voter

16  assistance oath form to include this additional

17  language; is that correct?

18          A.      Agreed, and to strike the language that was

19  stricken in law.

20          Q.      Yes.  There are some other additions and

21  strike out as well.  But I just wanted to stick with

22  the language that follows confining the assistance of

23  the assistor?

24          A.      Agreed.

25          Q.      You also incorporated this confining
```



1   language with the mail ballot assistor oath as well,

2   correct?

3       A.    Yes.

4       Q.    Then at a certain point in time the

5   Secretary of State modified the assistance form again;

6   is that correct?

7       A.    That's correct.

8       Q.    Would it be fair to say that happened after

9   the 2022 primary election?

10      A.    Yes, it happened in June of '22.  The

11  change happened in July, but the order from the court

12  requiring the change happened in June.

13      Q.    When you say order of the court, is that

14  the order of the District Court Judge Pitman in the

15  litigation known as Organization of Chinese Americans?

16      A.    I agree it's that case.  I think of it as

17  the Mallika Das case.

18      Q.    Ms. Mallika Das was the original first

19  plaintiff, correct?

20      A.    That's right.

21      Q.    She passed away during the course of the

22  litigation?

23      A.    She did.

24      Q.    Then the group that we call as shorthand

25  OCA, Organization of Chinese Americans, they continued



1    the case, correct?

2         A.     They did.

3         Q.     That case went up to the Federal Circuit

4    and then came back down, correct?

5         A.     It did.

6         Q.     And would it be fair to say that it was the

7    District Court's opinion in 2018 in validating portions

8    of the election code on voter assistance at that time

9    that went up to the Fifth Circuit and was affirmed?

10         MS. HUNKER:   Objection, form.

11   BY THE WITNESS:

12        A.     Agreed that the Fifth Circuit said this

13   order was a little too broad, and told him to narrow

14   it, but basically.

15   BY MS. PERALES:

16        Q.     The language -- strike that.

17               The order from the court that -- the

18   District Court that was upheld had to do with the scope

19   of assistance that could be given by a voter assistor,

20   correct?

21        A.     Agreed that it included interpretation.

22        Q.     Yes.  So in July of 2022 as you mentioned

23   when the Secretary of State modified the assistance

24   oath form it was in response to a later order of Judge

25   Pitman in the OCA case, correct?



```
 1        A.      That's correct.

 2        Q.      That later order had to do with

 3   invalidating language that had been put in by SB 1,

 4   correct?

 5        A.      Agreed.

 6        Q.      And that language was invalidated, and you

 7   modified the form both for the in-person voter

 8   assistance as well as on the mail ballot, correct?

 9        A.      That's correct.  And the signature sheet

10   for FPCA voters.

11        Q.      Would you agree with me that the language

12   that Judge Pitman invalidated was the language that you

13   and I reviewed a little bit earlier on page 53 of this

14   exhibit where the assistor says they will confine their

15   assistance to quote, reading the ballot to the voter,

16   directing the voter to read the ballot, marking the

17   voter's ballot or directing the voter to mark the

18   ballot, unquote?

19        MS. HUNKER:  Objection, form.

20   BY THE WITNESS:

21        A.      Agreed.  Yes.

22   BY MS. PERALES:

23        Q.      And that order of Judge Pitman came down

24   approximately June 6 of 2022, correct?

25        A.      That's my recollection, yes, ma'am.
```



1    Q.    How did you learn of the June 6, 2022

2  decision by Judge Pitman, which went to this language

3  in the oath that had been added by SB 1?

4    MS. HUNKER:  I'm going to object on

5  attorney-client grounds and advise my client to only

6  answer the question to the extent it doesn't get into

7  the substance of any attorney-client privilege.

8  BY MS. PERALES:

9    Q.    You could answer if it didn't involve

10  having a conversation with your attorney.

11    A.    Right.  Well, what about an email from my

12  attorney?

13    Q.    That counts as attorney-client.

14    A.    That's what I think.  I don't know how to

15  answer that question.

16    Q.    Okay.  I figured since you are an attorney

17  yourself, that you might have been on some distribution

18  list or something where you learned about it otherwise?

19    A.    No, it got sent to us by the lawyers.

20    Q.    Then I won't ask any more about that.

21      Had you been following the impact of Judge

22  Pitman's 2018 decision on the scope of voter assistance

23  in your job as the director of elections?

24    A.    Sure.

25    Q.    It would effect how the election judges or



1  poll workers conduct voting in the polling place,

2  correct?

3          A.      That's right.

4          Q.      To some degree, although it might not have

5  been visible to you, it would effect how people might

6  offer assistance in the mail ballot process?

7          A.      Agreed.  Yes.  The thing that changed is we

8  used to have a qualification for interpreter that they

9  had to be registered voter of the county where they

10  were interpreting, and voter assistant obviously didn't

11  have that limitation.  It could be anybody of the

12  voter's choosing except for their boss or their labor

13  union.  The court's order in 2018 said that

14  interpretation is assistance, a form of assistance, and

15  it needs to have the same standard so you can't require

16  it be a limited registered voter of the county.  So

17  that's what changed.  And of course we implemented that

18  order.

19          Q.      An elegantly succinct summary of the

20  court's ruling.

21                  Did you also understand Judge Pitman's 2018

22  ruling and the Fifth Circuit's affirmant to mean that

23  assistance was broad enough to encompass more activity

24  than just reading or marking the ballot?  For example,

25  it would include interpretation, but it might also



```
1    include other acts that could assist a voter in casting

2    a ballot, like helping them physically navigate the

3    polling place?

4         MS. HUNKER:  Objection, form.

5    BY THE WITNESS:

6         A.    Right.  I don't know.  That wasn't the

7    focus of the Court's order, but obviously the assistant

8    has to assist the voter in mobility if that's what they

9    need in order for them to vote.  That's not anything

10   that's ever been in question.  What was in question was

11   interpretation.

12   BY MS. PERALES:

13        Q.    Specifically in that case.  But did you

14   notice language in that case that said that the act of

15   voting encompasses a range of activities and thus might

16   imply a range of types of assistance?

17        A.    Agreed with that.

18        MS. HUNKER:  Objection, form.

19   BY THE WITNESS:

20        A.    This language didn't change that fact.

21   BY MS. PERALES:

22        Q.    So --

23        A.    The language in SB 1 that we are talking

24   about didn't change the facts that assistance

25   encompasses all of the forms of assistance a voter
```



1  needs to get to the poll, get to the booth, get out of

2  the polls.

3       Q.     In your view, that's how you understood it?

4       A.     That's how I understood it.  That's how we

5  implemented it.

6       Q.     It's also possible though that if somebody

7  had to sign a form under oath saying that they would

8  confine their assistance to reading and marking the

9  ballot, that that assistor, who is a member of the

10  public, would know -- not necessarily need special

11  training, might think they had to limit their

12  assistance to just those acts?

13       MS. HUNKER:  Objection, form.

14  BY THE WITNESS:

15       A.     I don't know if that ever happened.  We

16  didn't get any questions about it.  If we had gotten

17  the question about it we said obviously whatever the

18  voter needs to vote successfully you can assist with.

19  BY MS. PERALES:

20       Q.     That question would have come from a poll

21  worker or an election judge or county election

22  official?

23       A.     Or a voter who needed an assistant or

24  assistant.  We get calls from all of those folks.

25       Q.     You mentioned you weren't sure if it ever



```
 1   happened.  Would it be fair to say your office never
 2   received any queries of that sort?
 3        A.    I don't believe we did, but we could have
 4   gotten one or two I don't know about.
 5        Q.    I'm trying to figure out the best way to
 6   ask this question.  When SB 1 was moving through the
 7   2021 legislative sessions, and of course in the regular
 8   session, it had a different number, right?
 9        A.    Yes, it did.
10        Q.    HB 6, SB 7.  So there were predecessor bill
11   numbers to what ultimately got passed as SB 1.  But as
12   SB 1 was moving through the 2021 legislative session,
13   did you think that the language in SB 1 section 6.04
14   might run contrary to Judge Pitman's decision in the
15   OCA case?
16        A.    It never entered our mind that it was
17   changing the scope of assistance.
18        Q.    So would it be fair to say then you never
19   raised that concern to any legislator who might have
20   sought your view?
21        A.    I agree with that.  This is not something
22   we raised.
23        Q.    When Judge Pitman decided in June of 2022
24   that the language that SB 1 added to the oath was
25   almost indistinguishable from the language that he had
```



 1    invalidated in the prior version of the election code,

 2    and then he said that that language could not go

 3    forward from SB 1, were you surprised?

 4         MS. HUNKER:  Objection, form.

 5    BY THE WITNESS:

 6         A.    I don't know if I was surprised.  I mean

 7    disappointed, because I didn't think it changed

 8    anything, but happy to take it out if that's what he

 9    thinks.

10    BY MS. PERALES:

11         Q.    Did you have any sense that Judge Pitman

12    might decide that the language from SB 1 which tracks

13    so closely with the invalidated provisions in the

14    election code might be problematic?

15         MS. HUNKER:  Objection, form.

16    BY THE WITNESS:

17         A.    Again, never entered our mind it was

18    changing the scope of assistance.

19    BY MS. PERALES:

20         Q.    Besides changing the forms in the summer of

21    2022, in July of 2022, and by the forms I mean the oath

22    of assistance for in-person assisting and for mail

23    ballot assistance, what additional steps did you

24    remember your office taking to implement Judge Pitman's

25    June 2022 order?



1      A.      So we sent out a mass email with a revised

2   oath of assistance forms in July, and then we sent a

3   follow-up email after that where we had changed

4   everything else that had the oath of assistance on it.

5      Q.      Do you remember getting any questions

6   either from election administrators or election workers

7   or the public about this change in the oath of

8   assistance?

9      A.      We did get questions from election

10  officials, but the questions were not regarding the

11  substance.  The questions were, "Can I use the old

12  stock of the form?"  So we made sure to tell everybody

13  that you can use old stock, but you have to redact the

14  offending language from the Judge's order.  So where it

15  starts with, "I will confine," that since had to be

16  redacted either with Sharpie or White Out or some

17  sticker or some kind of way.

18     Q.      When you say where it starts with, "I will

19  confine," you are pointing to line two of page 53 of

20  Exhibit 25?

21     A.      That's correct.  I'm sorry.

22     Q.      Thank you.

23             Did you get any questions about the

24  permissible scope of assistance activities for either

25  in-person or mail voting after the 2022 primary?



1        A.      No.   Again, that's never been an issue so

2   it never was.

3        Q.      Would you say it's largely handled by the

4   counties?

5        A.      I would say that the counties are the ones

6   who deal with it directly, but our office is the one

7   teaching them.   We didn't teach this as a change.

8        Q.      But you did amend the form?

9        A.      We did.

10        Q.      Because SB 1 required it?

11        A.      The law changed, the words change, but the

12   scope of assistance was substantively the same.

13        Q.      That was the way you understood it?

14        A.      That was the way we understood it.

15        Q.      I have a clarifying question for you.

16   Prior to HAVA, the Help America Vote Act, there wasn't

17   a requirement on Federal forms for a voter to provide

18   either their driver's license number or the last four

19   of their Social; is that correct?

20        A.      I agree with that.

21        Q.      You had mentioned earlier in the

22   deposition, and this is what I wanted to follow up on,

23   that Texas prior to HAVA did require a voter registrant

24   to put a Social Security number; is that correct?

25        A.      I'm not sure.   I would have to go back and



1    look at the form.  I know that we have registrations

2    from before HAVA that have full nine Social, and DL.

3    We have had those for a long time before HB2512.  They

4    were part of the voter registration system that I

5    inherited when I began this job in January of 2012.  At

6    that point we had about six million full nines, and the

7    only we way would have gotten them is from a voter

8    registration application.

9        Q.    In my mind I was trying to figure out how

10   you could have voters who didn't have either a social

11   or a driver's license if they are registered to vote,

12   but they didn't have either of those numbers on file

13   with the county.  Is it possibly the case that there

14   was a time period where folks could register to vote

15   without the full nine?

16       A.    I agree with that, yes, absolutely.

17       Q.    Do you think that's where this group was

18   coming from that has neither a driver's license or a

19   Social in their record?

20       A.    I do, and also ones without date of birth.

21       Q.    Yes.

22            So these would necessarily have been people

23   who registered prior to 2012 and possibly even earlier

24   than that?

25       A.    I agree they would have registered to vote



```
 1    sometime after January of '66 whenever the voter
 2    registration system came into play.  And, you know,
 3    sometime between then and the '90s, you know.  I have
 4    one of my employees in my -- former employees in my
 5    office who registered to vote in the '60s.  She's got
 6    neither number on her record.
 7        Q.    Would it also be true that that person
 8    would have had to not move from one county to another?
 9        A.    Well, there would have to have been no
10    changes, that's right.  So she would have still lived
11    in the same place which, you know, her mother's house
12    is where she is registered to vote.  That's where she
13    still has mail.
14        Q.    Would it be fair to say that folks who
15    registered that long ago are a good number of them
16    might also be eligible to vote by mail because they are
17    over age 65?
18        MS. HUNKER:  Objection, form.
19    BY THE WITNESS:
20        A.    I would agree with that.  Like I mentioned
21    before, we have got about half a percent of the voter
22    records that don't have either number in them.  And in
23    the last election, November of '22, we had 163 mail
24    ballots that were rejected for not having a number.
25    And so that's half of a half percent.  So the numbers
```



MAGNA ▶
LEGAL SERVICES

1  don't exactly match up the way you would expect them

2  to, but that's because people voted in-person.  Some

3  portion of them obviously are deceased.  We don't have

4  a record.  We don't have a way to match their record

5  and get them to move from the roles unless the family

6  notifies us they are deceased.

7  BY MS. PERALES:

8      Q.    Did you say earlier about 93,000 people

9  appear in your database as having neither Social or

10  driver's license number?

11      A.    About 93,800, close to 94,000, but not

12  quite.

13      Q.    But the number of -- now, when you mention

14  the 163, that's tied to the number of mail ballots that

15  have been marked as rejected because of some failure to

16  provide an ID number; is that right?

17      A.    No.  They were rejected specifically

18  because there was a number provided by the voter, but

19  there wasn't a number in their record.

20      Q.    Okay.  Got it.

21      A.    That's what's reported to us by the

22  counties.  That's the best information we have.  I

23  don't want to be giving the impression it's 100 percent

24  accurate.

25      Q.    Thank you.



1            In your position as director of elections,

2    would it be fair to say that you frequently testified

3    before the legislature as a resource witness on

4    election related bills?

5            A.      Yes.

6            Q.      That's probably how the public knows you

7    best is that you were at so many of these hearings and

8    testifying on bills, right?

9            A.      I don't know how they know me, but they do

10   know me.

11           Q.      Yes.  Well, now with video they can watch

12   you from Amarillo and still see you testify on election

13   bills?

14           A.      That's correct.

15           Q.      In addition to testifying in public

16   hearings, would it be fair to say that you also

17   provided advice to either committees or individual

18   legislators about bill language?

19           A.      Agree with that.

20           Q.      Would it be fair to say that you offered

21   proposed language for bills to achieve what a

22   particular legislator or committee chair might want to

23   accomplish?

24           A.      Agreed that's one of the things that we try

25   to do.  If they have a goal and they don't have the



1  exact verbiage that they want to use, then we try to

2  provide that for them if we can, if they ask for it.

3       Q.    Is it the case also that legislators have

4  asked you whether certain language that they have in

5  mind would essentially work in the real world under the

6  view of your office The Secretary of State?

7       A.    Agree that's one of the thing -- one of the

8  advice areas that we give.

9       Q.    Is it the case that sometimes you might get

10 bill language from another source and pass that along

11 to legislators?

12      A.    Not usually, no.

13      Q.    Did you ever receive proposed bill language

14 or proposals from Alan Vera that you passed along to

15 legislators?

16      A.    I don't think so.

17      Q.    You don't ever remember saying in one of

18 the hearing rooms that you had gotten language from

19 Alan Vera and passed it along to legislators for a

20 bill?

21      A.    I mean if a legislator asked for Alan's

22 language we would give it to him if we had it.

23      Q.    I'm going to catch up with myself.  Can you

24 tell me who is Alan Vera?

25      A.    Alan Vera is the chairman of the Ballot



1    Security Committee in Harris County Republican Party.

2         Q.     That title is a mouthful.  You got it just

3    right.

4         A.     I have heard it a bunch of times.

5         Q.     Let's say for the last session, 2021

6    session when we saw HB 6, SB 7, SB 1 moving along,

7    approximately how many times did Alan Vera communicate

8    with you by any means?

9         A.     About those bills in particular?  Not

10   often.

11        Q.     Would you say every week?

12        A.     Well, I mean I would see him every week at

13   the elections committee, sometimes at state affairs,

14   but we didn't talk about SB 1 or SB 7 every week.  I

15   didn't talk to him about substantive legislation very

16   often at all.

17        Q.     Would it be fair to say that he emailed you

18   from time to time with suggestions on substantive

19   legislation?

20        A.     He definitely emails, but rarely.  It's not

21   an everyday occurrence.

22        Q.     Would he sometimes, as they say, button

23   hole you in the hallways and try to talk to you about

24   legislation or proposals touching on some of the

25   sections of SB 1?



1       A.      Occasionally, yes.

2       Q.      Do you ever remember asking Mr. Vera for a

3   copy of his poll watcher training presentation that he

4   does over there in Harris County?

5       A.      He volunteered it.

6       Q.      Did you at some point acquiesce and end up

7   having him send it to you?

8       A.      My standard answer when anybody wants to

9   send something is, "Please send it.  I look forward to

10  reading it."  I never would say the opposite.

11      Q.      Do you ever recall getting any other types

12  of documents that Mr. Vera would send to you or to your

13  office?

14      A.      He corresponds with us, yes.  I don't know

15  what you are talking about in particular, but yes.

16      Q.      In addition to emailing you and catching

17  you in the hall for conversation or in the committee

18  room, would Mr. Vera ever call you or other people in

19  your office to your recollection?

20      A.      Yes.

21      Q.      He would call to make suggestions about

22  legislation; is that right?

23      A.      If he called me and made a suggestion about

24  legislation, I would refer him to the bill office.  I

25  wouldn't purport to carry his water ever.



```
 1        Q.     Would he sometimes though want to engage

 2   you on substantive proposals?

 3        A.     I don't know what you mean.  I mean people

 4   often try to engage us.  They -- I think of it as them

 5   working the ref.  They see us as the referee, they try

 6   to work the ref.  Alan Vera is one of those people that

 7   does that.

 8        Q.     Would it be fair to say then he would have

 9   specific ideas in mind of how he, let's say,

10   substantive proposals that he had in mind that maybe he

11   would want to see added either as an amendment or as a

12   committee substitute and he might want to talk to you

13   about it in case you would have the ear of someone

14   else?

15        MS. HUNKER:  Objection, form.

16   BY THE WITNESS:

17        A.     I never purported to carry his water.  I

18   want to make that very clear.  He never demanded that

19   we talk to a legislator on his behalf because he's

20   perfectly capable of going to their offices himself.

21   That's not the way that worked.  The way that worked is

22   I'm advocating for this or that, will it work?  He

23   asked us the same kind of questions that legislators

24   ask.  Generally he already thought it would work so

25   it's not even a question that he would ask.
```



 1    BY MS. PERALES:

 2         Q.      So I'm definitely not trying to get you to

 3    say that you personally advocated for his proposal.

 4    Not asking so much about what Keith Ingram did with

 5    information, but I'm asking more about from the Alan

 6    Vera side of things.  Would he send you things?  Would

 7    he approach you with substantive proposals that he had

 8    in mind?

 9         A.      Maybe.  I can't think of anything.  But

10    that's just not the way it works for him and us.

11         Q.      I know there is this other part of Alan

12    Vera where he might have been trying to get you to

13    follow up on complaints about, you know, irregularities

14    he wanted you to follow up.  I definitely am not asking

15    about that so much as I'm asking about the legislative

16    advocacy he was doing.

17         A.      I understand.  But he's a very capable

18    advocate on his own behalf with legislators.  He

19    doesn't need us to help him with that.

20         Q.      When you -- okay.  Now we are going to

21    leave Alan Vera behind.  I'm not going to ask you more

22    Alan Vera questions.

23              When you would communicate with

24    legislators, committee chairs or staff, is it fair to

25    say that you might have that communication by email?



1        A.      Agreed.

2        Q.      Would it be fair to say that that

3   communication might also happen by telephone?

4        A.      Agreed.

5        Q.      Would it also happen by text?

6        A.      Occasionally, but mostly by phone.

7        Q.      The communication might involve -- well,

8   no.  Scratch that.

9                Would it be fair to say that you provided

10  feedback to legislators or staff with respect to either

11  SB 1 or its predecessor bills?

12       A.      When requested, sure.

13       Q.      But you did get those requests and you did

14  provide that feedback for this bill SB 1?

15       A.      Sure.  And SB 7 and HP 6 before it.

16       Q.      Okay.  Did you provide any feedback prior

17  to the bills initially being introduced into the

18  regular session of 2021?

19       A.      I don't believe so.

20       Q.      So did you have any involvement in the

21  formation or drafting of these bills prior to their

22  introduction for the 2021 regular?

23       A.      We did not.  Not that I know of.

24       Q.      It was more, here's the bill, and then you

25  would be asked to come and testify on it?



1        A.      Yes.

2        Q.      So then just to be clear, you were not

3    approached by legislators or staff who said, we have

4    this idea for what we want to accomplish in the 2021

5    session, and we -- how would you, the Secretary of

6    State or Mr. Ingram, advise us to accomplish that?

7        A.      Not beforehand, no.

8        Q.      Would you ever find yourself in a situation

9    where you might be having a conversation with a

10   legislator or staff and you would be saying, "This is

11   going to make things really difficult for counties"?

12   Would you ever provide that kind of practical advice?

13       A.      Sure.

14       Q.      Did you do that for SB 1?

15       A.      I did.

16       Q.      What was that advice?

17       A.      There was the part about -- the wording

18   changed over time, but the part that said that a number

19   on the voter registration application had to be

20   provided by the voter for a mail ballot application or

21   a mail ballot.  And we were trying our best to get them

22   to not say that, to say a voter -- number in their

23   record, voter registration record number instead of on

24   their application because we didn't want voters to be

25   confused into thinking they had to use whatever number



 1  they originally registered to vote with, and that's not

 2  the case.  We have got both numbers for most voters

 3  because we have worked real hard to get them.  That's

 4  not necessary.  It's just going to confuse things

 5  because the way we are going to implement this law is

 6  if they have got a number in the record we are going to

 7  tell the early voting ballot board and the early voting

 8  clerk to accept them.

 9          Q.     When you say a number on the voter

10  registration, do you mean the VUID?

11          A.     No, I mean a number that was supplied by

12  the voter when they originally registered to vote.  So

13  if they gave their last four, chances are we have got

14  the full nine now.  If they gave their driver's

15  license, probably we have the Social Security now as

16  well.  So we didn't want the language to tie the number

17  that they had to provide as identification for their

18  mail ballot process to be tied to the application

19  because that was going to confuse voters because it's

20  not true.  We were going to look at whatever number is

21  in their record.

22          Q.     I see.  So you were advising that as long

23  as the voter provided a number that could be found in

24  their record by the county, that it shouldn't

25  necessarily have to match what was on the original



1   registration form?

2        A.     That's right.  We wanted to make that

3   change.  We talked about that in at least one committee

4   hearing.  I followed a tax assessor who made the same

5   point.

6        Q.     Was that change ultimately made?

7        A.     I think it was in one place and it wasn't

8   in another.  So I think we still have some of that

9   voter registration application language in here, but we

10  have just maneuvered our way around it.

11       Q.     Give me any other example that you have of

12  advice that you offered around SB 1 and its provisions

13  to legislators?

14       A.     There were three provisions in SB 7 and

15  later in SB 1 that we felt were very problematic for

16  Texas elections that were an absolute show stopper,

17  train wreck, will kill Texas elections.  The first one

18  was that any communication between the voting system

19  vendor and our office was public information per se no

20  exceptions.  I said if y'all do that then source code

21  is out there for bad guys.  You cannot keep this

22  without an exception.  Ultimately exception was put in

23  for critical infrastructure and proprietary

24  information.  That one was solved.  The second one

25  was --



1          Q.      How about phones in polling places?

2          A.      Uh-uh. The second one was like that, but it

3     said that anything that's done on a central account

4     computer has to be logged with a key logger.  So it was

5     going to require that we voluntarily insert a virus on

6     our central account computers that of course has not

7     been certified and would not be certified because it's

8     a virus.  And so we absolutely said you can't do that.

9     What you need -- if you are talking about audit logs,

10    we already have audit logs.  Here's what an audit log

11    looks like.  It's complete.  It tells who did it and

12    what they did and when they did it.  You don't need to

13    add to an audit log, but we don't have audit log

14    requirements in the law.  If you would put a

15    legislative history with the amendment.  So Chairman

16    Glick is the one that offered this amendment, and she

17    did make this clear what they were talking about with

18    that was an audit log.  Okay.  Great.  We got that one

19    solved.

20               The third one was write ones media

21    requirement a/k/a WOMR.  So the write ones media

22    requirement is what they had in the bill and still have

23    is a requirement that any device or system used in

24    central count cannot be capable of reading a thumb

25    drive or optical scan disk that can be written more



1  than once.  There is no such thing.  There never will

2  be such a thing.  Such a thing is a flying car.  I told

3  them you are going to kill Texas elections and make us

4  go back to hand counted ballots if you keep that

5  provision.  The best I can do is get it kicked until

6  September 26 effective date.  So those were the three

7  provisions that I was red in the face talking about.

8          Q.      How about some of the other provisions?  I

9  mentioned allowing poll watchers to use video recording

10  in polling places.  Did you provide feedback on that?

11          A.      I don't think we were ever asked about

12  that.

13          Q.      Okay.  Of course I'm searching my mind

14  because there were a lot of twists and turns on the

15  legislation as it moved through the sessions. Were

16  there any -- was there any feedback that you provided

17  besides everything that you have just mentioned that

18  the legislator did not resolve to your satisfaction?  I

19  know you mentioned in the last example you got at least

20  an effective date to 2026.  So there can be an effort

21  to do an amendment before it goes into effect I

22  presume?

23          A.      Agreed.

24          Q.      Was there anything you raised as a concern

25  that ended up in SB 1 even though you were concerned



1  about it?

2       A.      No, the three concerns that we raised were

3  those three things.  We got them either resolved or

4  delayed.

5       Q.      One more question that popped into my head.

6  There was language originally in SB 1 talked about how

7  a poll watcher couldn't be removed unless they violated

8  the election code.  But it didn't say anything about

9  being able to remove a poll watcher for violating, for

10  example, the penal code?

11      A.      Right.

12      Q.      Do you recall having any conversations with

13  the committee about that?

14      A.      Yes, but that was on the record at a

15  hearing where I remember Representative Bucy and I had

16  a pretty good colloquy about that.

17      Q.      Can you think of any other conversations

18  that were not in the public eye that related to

19  provisions, for example, that you might understand

20  being challenged in this lawsuit?

21      A.      No.

22      MS. PERALES: I don't know how long we have been

23  on, but it would be helpful for me to take a quick

24  break.

25      MS. HUNKER:  Sure.



```
 1                      (WHEREUPON, a recess was had.)
 2   BY MS. PERALES:
 3        Q.    Mr. Ingram, the last set of questions that
 4   I have for you are about your change in job position.
 5   I want to follow up on some things that you said at the
 6   very beginning of the deposition regarding a March 9,
 7   2023 hearing that you testified at.  Do you recall
 8   mentioning a March 9, 2023 hearing?
 9        A.    Yes.
10        Q.    You mentioned an exchange with, I believe,
11   it's Representative Swanson; is that correct?
12        A.    That's correct.
13        Q.    Can you tell me what specifically in the
14   exchange led to the Secretary of State being not
15   pleased?
16        A.    It was the fact that I was frustrated with
17   Representative Swanson for mischaracterizing my prior
18   testimony.
19        Q.    Can you -- was it then what you said or how
20   you said it or some combination?
21        A.    It was more how I said it than what I said.
22   The fact that I was getting frustrated meant that maybe
23   11 sessions is or 11 years 6 sessions you have had
24   enough in front of the legislature because one thing
25   you have got to do is keep your cool.
```



MAGNA ▶
LEGAL SERVICES

1        Q.       In what way did Representative Swanson

2   mischaracterize your testimony when she was speaking

3   out loud there?

4        A.       Sure.  My previous exchange with

5   Representative DeAyala was to the effect that this

6   notwithstanding the challenges that the Harris County

7   election had in '22, that November general election was

8   the best one they had had since they had an election

9   administrator.  Representative Swanson took that to

10  mean that I was saying the election in 2022 in Harris

11  County was good.  When in fact I was just saying it was

12  the best one they had since they had an EA, which in

13  fact is a very low bar.  That's the one I wanted to

14  make with Representative Swanson.  I cut her off and I

15  was a little short and that was my mistake.

16       Q.       Do you -- were you -- when you were

17  speaking though were you making accurate statements

18  regarding the election in Harris County?

19       MS. HUNKER:  Objection, form.

20  BY THE WITNESS:

21       A.       I believe so.

22  BY MS. PERALES:

23       Q.       Do you think your change in job roles was

24  in any way a reaction to your having said that the 2022

25  general election in Harris County was the best one they



1  have had since they got an EA?

2       MS. HUNKER:  Objection, form.

3  BY THE WITNESS:

4       A.    I don't think it was that so much as my

5  reaction to Representative Swanson.  I mean the whole

6  idea was, "Keith, you have done your time.  You have

7  served well.  You know, if you are going to get

8  frustrated we can't take that chance. And obviously you

9  are at a point in your career where it's a short fuse

10 and we can't take the chance."  So it's not like it was

11 a punishment or anything like that.  It's, "We want to

12 protect you and we want to protect our office if you

13 are going to be having trouble staying under control."

14      Q.    In your new role will you still respond to

15 questions from county election administrators about how

16 to administer elections?

17      A.    I'm not sure exactly what position.  I mean

18 how I'm going to do with the phones.  That's yet

19 undetermined.

20      Q.    Do you know if you will be responding to

21 any email inquiries from county election

22 administrators?

23      A.    Probably not.

24      Q.    Do you know if you will be doing any

25 trainings of county election officials?



```
 1        A.     If I do it will be related to the voter
 2   cross-check system.
 3        Q.     Do you know if you will be providing any
 4   legal analysis or legal interpretation of election code
 5   for The Secretary of State?
 6        A.     If requested, sure.  They have mentioned
 7   they would like me to do some research projects.
 8        Q.     Prior to March of 2023, did Ms. Christina
 9   Adkins report to you?
10        A.     She did.
11        Q.     You mentioned earlier in the deposition you
12   will now report to her?
13        A.     That's correct.
14        Q.     Is your position still described as
15   director for Secretary of State?
16        A.     I do not believe so.  I'm not sure if I'm
17   project manager or an attorney five, but something
18   other than a director four.
19        Q.     Do you know if there has been any change in
20   your annual salary?
21        A.     It should stay the same.
22        Q.     Will your new duties turn in part on
23   whether the Texas legislature enacts new legislation in
24   this current session?
25        A.     Sort of, but not really.  The sort of that
```



1  is that, you know, assuming that they pass legislation

2  that makes the withdrawal from ERIC, which makes the

3  need more pressing.  But either way with ERIC losing

4  members we need to fill those gaps.  So probably there

5  needs to be a supplemental system no matter what.

6       Q.     Very clearly explained.  Thank you.  I

7  think I understood what you said.  It's a complicated

8  topic.

9       A.     Agreed.

10      MS. PERALES:  I believe that I'm done.  I will

11  pass the witness.  I think the next attorney is Victor

12  Genecin if he's there.  Shows him on screen.

13      MS. PERALES:  Victor, are you there?

14      MR. GENECIN: I'm here.

15                      EXAMINATION

16  BY MR. GENECIN:

17      Q.     I believe I'm unmuted.  Let's just see.

18  Yes, I can either turn on the screen.  Can you see me?

19      A.     I can.

20      Q.     Very good.  So, Mr. Ingram, my name is

21  Victor Genecin.  I'm with NAACP LDF.  We represent the

22  Houston Area Urban League Plaintiffs here.  I don't

23  believe you and I have ever met, have we?

24      A.     I don't believe so, no, sir.

25      Q.     I'm sorry not to be able to meet you today



 1   in person.  Like Ms. Perales, if I go quiet it's

 2   because I'm eliminating questions from my outline.

 3   Unlike Ms. Perales if I suddenly start swearing, you

 4   should know it's not about you, it's about trying to

 5   make the technology work because I have got exhibits I

 6   would like to show you and I'm not convinced that I can

 7   do that properly.  But to start I just have a few

 8   questions.

 9            First of all, during the 2022 general

10   election was any data collected by the State concerning

11   the race of voters?

12        A.    No.

13        Q.    How about concerning the ethnicity of

14   voters?

15        A.    No.

16        Q.    Am I correct that the State does not

17   collect any such data?

18        A.    Agreed.

19        Q.    Turning to what happens after elections.

20   Does your office conduct any of what I would call after

21   action reports or after action meetings in which you

22   get together with either people in your office or with

23   the counties to discuss issues or problems they

24   encountered during the election?

25        A.    Yes, we do.  We do a version of that



1    internally as well as with county advisory group.

2         Q.     Who are the members of your county advisory

3    group?

4         A.     I will forget some.  It's better if I just

5    provide a list later then try to recall them off the

6    top of my head.

7         Q.     Why don't we do this.  We will leave a

8    blank in the transcript here and we can fill that in

9    with your list.  How's that?

10        A.

11               That's fine.  It's about 30 some odd

12   counties.

13        Q.     In terms of people with whom you meet

14   internally after an election to conduct an after action

15   group, who are those people?

16        A.     It is our attorneys as well as our election

17   trainers.

18        Q.     In what form does that internal after

19   election review take?

20        MS. HUNKER:  Objection, form.

21   BY THE WITNESS:

22        A.     It's just a meeting in the conference room

23   and some people appear on TEAMS.

24   BY MR. GENECIN:

25        Q.     So it's a meeting, people talk?



1      A.      That's right.

2      Q.      Are there written reports collected?

3      A.      No.

4      Q.      Are minutes taken at the meeting?

5      A.      No.

6      Q.      Is anyone in the meeting taking notes?

7      A.      Not usually.  I mean there is sort of

8  action items.

9      Q.      So there are action items that come out of

10  the meeting?

11      A.      Usually.

12      Q.      Do you circulate those internally?

13      A.      No.

14      Q.      Who has the action items?

15      A.      Well, historically it's been Christina

16  Adkins.

17      Q.      Have Ms. Adkins' items coming out of the

18  2022 general election been produced to us?

19      A.      It's not a document to produce.  It's -- I

20  don't know.  I doubt it.

21      Q.      It's not a document?

22      A.      No.  I mean --

23      Q.      Is there a list of items?

24      A.      I don't know.  I mean it's on a yellow note

25  pad if it's anything.  There is not any formal document



1    produced.

2         Q.     For the record, we will request that those

3    list of action items in whatever form they may be even

4    if they are scribbled on a yellow note pad.  We will do

5    our best to see if we can read them.

6              Mr. Ingram, let me ask this.  With regard

7    to your meeting with your counties -- and what do you

8    call that group?

9         A.     The county advisory group.

10        Q.     In terms of your after election meeting

11   with the county advisory group, how does that meeting

12   take place?

13        A.     That's a phone call or I guess it's a

14   Webex.

15        Q.     In that meeting is there a discussion of

16   what happened during the election?

17        A.     Sure.

18        Q.     People raise problems, right?

19        A.     Sometimes, yes.

20        Q.     People share lessons learned?

21        A.     Usually, yes.

22        Q.     Does anybody compile notes of what went on

23   in that meeting?

24        A.     Sometimes.

25        Q.     How about with regard to the 2022 election?



1    A.    I don't know.  I mean we have had several

2  county advisory calls since that election.

3    Q.    Who would know if there are notes about

4  what happened in the 2022 election?

5    A.    Well, anybody that's participating in the

6  meeting.

7    Q.    So we would learn that from the list you

8  provide?

9    A.    Well, the people on that list know whether

10  they kept notes or not.

11    Q.    Are you aware of any notes being

12  circulated?

13    A.    No.

14    Q.    Are the meetings with the county advisory

15  are those the same or different than the meetings that

16  you hold with events that are called the county

17  information calls?

18    A.    I don't know what a county information call

19  is.

20    Q.    Well, you indicated earlier in your

21  testimony, maybe I got the words wrong, that you had a

22  meeting every other week with the counties?

23    A.    We have a meeting every other week with our

24  county advisory group.

25    Q.    Okay.  So it's the county advisory group



 1  you meet with every other week?

 2      A.     Agree with that.  It's not a rigid

 3  schedule.  It bows and flexes as we have legislative

 4  sessions and holidays.

 5      Q.     I guess in the run up to elections it may

 6  happen a little more frequently?

 7      A.     Usually it kind of goes the other way as we

 8  get close to an election.

 9      Q.     What's the content of your meeting with the

10  county advisory group?

11      A.     Depends upon what we have to talk about.

12  Usually the format of meeting is that we start out with

13  a topic or two that we think that they need to know

14  about, and we want to solicit feedback on, and then

15  open the floor up to whatever they want to bring up.

16      Q.     Is there an agenda for the meetings with

17  the county advisory group?

18      A.     That's what I mean.  Usually we start off

19  with a couple things we want to talk about and those

20  are listed on one slide, that that's the meeting.

21      Q.     Have the slides of your office's

22  presentations to the county advisory group been

23  produced?

24      A.     I don't know that any of them are relevant

25  to anything in this case.



 1          MR. GENECIN: Well, I will just ask that the

 2     record reflect the request for the production of any

 3     slides shown to the county advisory group between May

 4     of 2022 and today's date.

 5     BY MR. GENECIN:

 6          Q.     Other than the slide that's put up it at

 7     the beginning of the meeting with the county advisory

 8     group, is there any other form of agenda that's

 9     circulated in advance of meeting?

10          A.     No, not usually.

11          Q.     So the first part of the meeting you have

12     described which is presentation from Secretary of

13     State's Office concerning whatever your office wants to

14     present.  What's the next part of the meeting?

15          A.     Well, you have mischaracterized the first

16     part.  The first part often is things we want feedback

17     on specifically.  So it's not a presentation.  It's a

18     solicitation of feedback usually directed, you know, to

19     a topic, but then there is an open mic, anybody can

20     bring up anything that's on their mind.

21          Q.     So in terms of the feedback that you

22     request, have you requested feedback from the county

23     advisory group concerning specific sections of SB 1?

24          A.     We wouldn't characterize it that way.

25          Q.     How would you characterize it?



1        A.      Well, if we want feedback on the corrective

2    action procedure and how to improve it, we would ask

3    the counties, "What did you think of the corrective

4    action procedure?  How would you improve it?"  It's not

5    an SB 1 related thing, it's a corrective action

6    procedure question.

7        Q.      So if I understand correctly, you open the

8    meeting with a request for feedback about a topic or

9    topics that the Secretary of State's Office is looking

10   for feedback about; is that right?

11       A.      Sometimes.  And sometimes it is more of a

12   presentation.  This is what we are planning to do.  But

13   even if it's that.  It's this is what we are planning

14   to do.  Can you think of anything else we need to do or

15   anything we need to take off of this list?  You know,

16   it's talking about webinars that are upcoming.  It's

17   talking about all kinds of things that we are planning

18   to train on and produce for the counties, documents

19   that we are producing.  All kinds of things that

20   involve election administration that involve election

21   administration that we have and advisory group so that

22   we can bounce it off them before we send it to the

23   whole list of counties.

24       Q.      Is there anybody within the the Secretary

25   of State's Office who takes notes during the meeting



1    for the county advisory group?

2         A.    Sometimes, yes.

3         Q.    Who is that person or are those people?

4         A.    There is usually notes that are taken by

5    Lena Proft, one of our staff attorneys, and Alexa Bump

6    Kemper, one of our trainers, but they are not on every

7    call.

8         Q.    Now, if neither of them is on the call how

9    do you record the feedback that you have obtained from

10   the counsel advisory group?

11        A.    We don't.

12        Q.    Well, I will request the production of any

13   notes taken during the county advisory group meetings

14   between May of 2022 and the present.  I will ask that

15   those be produced as well.

16             Do you have an understanding, Mr. Ingram,

17   of when the counties assemble the packets of materials

18   that their election judges are going to need during an

19   election?

20        A.    Well, I don't know what you mean by

21   assemble.

22        Q.    Am I correct that in order to do his or her

23   job, an election judge needs certain materials?

24        A.    Agreed.

25        Q.    And that those include a handbook and whole



1  variety of forms?

2       A.      Agreed.

3       Q.      There are other materials as well an

4  election judge is going to need in order to perform

5  their duties?

6       A.      There is different signs and stuff for the

7  polling place, yes, sir.

8       Q.      When do the election administrators put

9  those materials together for each election judge?

10      MS. HUNKER:  Objection, form.

11 BY THE WITNESS:

12      A.      That's not a question that we answer.  You

13 would have to ask the county that.

14 BY MR. GENECIN:

15      Q.      Do you have an understanding of when they

16 do it by?

17      MS. HUNKER:  Objection, form.

18 BY THE WITNESS:

19      A.      They do it before election day.

20 BY MR. GENECIN:

21      Q.      I understand that.  I expect they do it

22 before early voting as well; is that right?

23      A.      Well, for the early voting locations, sure,

24 but there is a lot fewer early voting locations than

25 there are election day places.



1    Q.    Have any of the counties discussed with you

2    the issue of how much lead time they need to have their

3    packets together for their election judges in advance

4    of elections?

5    A.    It's not usually counties that are asking

6    that question.  It's usually print vendors.

7    Q.    And have the print vendors discussed that

8    issue?

9    A.    Sure.

10    Q.    What have they said to you?

11    A.    They need to have the list of forms by

12    July.

13    Q.    By July, that would be for a November

14    election; is that right?

15    A.    For a November election by July at the

16    latest.  They prefer it earlier than that.

17    Q.    Do you attempt to avoid changes after you

18    have gotten the list of forms out to the print vendors?

19    A.    Yes.

20    Q.    In the event that you have got a change

21    that's got to be made, what do you do to make sure that

22    the counties and election judges know that a form

23    they've got has been replaced with something else?

24    A.    We send a mass email.

25    Q.    Now, are you familiar with the term wet



1    signature?

2          A.     Yes.

3          Q.     What does it mean?

4          A.     It means the signature from an ink pen on a

5    paper.

6          Q.     Are there documents that are required under

7    the election code to have a wet signature?

8          MS. HUNKER:  Objection, form.

9    BY THE WITNESS:

10         A.     Yes.

11   BY MR. GENECIN:

12         Q.     Are you able to tell me what those

13   documents are?

14         A.     Well, anything that's a voter registration

15   form, there is several different documents that are

16   actually voter registration forms such as a statement

17   of residence, a provisional ballot, and a voter

18   registration application.

19         Q.     Any others that you can think of?

20         A.     Application for ballot by mail.

21         Q.     In the case of an application for ballot by

22   mail, although that document can be submitted initially

23   by fax or by email, the applicant has to follow it up

24   with a hard copy, right?

25         MS. HUNKER:  Objection, form.



1   BY THE WITNESS:

2        A.     Agreed, unless it's an FPCA.  Those can be

3   sent electronically.

4   BY MR. GENECIN:

5        Q.     To your knowledge, are there any documents

6   that are required by the election code to be signed but

7   might need not have a wet signature on them?

8        A.     Sure.

9        MS. HUNKER:  Objection, form.

10  BY MR. GENECIN:

11       Q.     What are those documents?

12       A.     It's just about everything else. 1007 of

13  the election code says unless it's otherwise specified

14  anything required can be sent electronically or by fax.

15       Q.     Now, you remember at the very beginning of

16  your testimony this morning you said that in

17  preparation for your testimony today you reviewed

18  spreadsheets of ballot rejections?

19       A.     Agreed.

20       Q.     What are the names of those spreadsheets?

21  What are they called?

22       A.     I have no idea.

23       Q.     How do you know what they were?

24       A.     Well, because I can look at them and see

25  what's in them.  It's one excel spreadsheet with



 1 | several pages for different elections.
 2 |      Q.     You testified that parts of that document
 3 | were produced.  Do you know which parts were produced?
 4 |      A.     That's not what I said, sir.
 5 |      Q.     Then I'm sorry.  If it's not what you said,
 6 | please correct me.
 7 |      A.     The whole thing has been produced as far as
 8 | I know.
 9 |      Q.     What information is shown on the
10 | spreadsheet that you reviewed in preparation for your
11 | testimony?
12 |      A.     The ballot rejection rates by county for
13 | each of the elections held in 2022, the democratic and
14 | republican primary elections, the constitutional
15 | amendment election in May, the primary runoffs for
16 | democrats and republicans in May, and the general
17 | election in November.
18 |      Q.     You also testified this morning that you
19 | spoke with Ms. Davidson of the republican party of
20 | Texas?
21 |      A.     Agree with that.
22 |      Q.     You said that was to ask her about an
23 | incident involving a poll watcher in North Hidalgo
24 | County?
25 |      A.     That's correct.



```
 1        Q.     Why did you speak particularly to Ms.
 2   Davidson?
 3        A.     Because she is one of the ones that I
 4   called with regard to the original incident back in
 5   October of '22.
 6        Q.     And how do you know that she is one of the
 7   ones you called?
 8        A.     Because I remember.
 9        Q.     Do you remember calling her?  Do you have
10   any kind of note or memo about the content of your call
11   with her?
12        A.     I do not.  I looked for it.  I didn't find
13   it.
14        Q.     Do you remember speaking with anybody else
15   about this particular incident?
16        A.     Sure.  I talked to people in our executive
17   office as well as Christina.
18        Q.     What do you remember about that incident?
19        A.     Just what I have already told you, there
20   was an issue with the poll watcher, but I don't
21   remember the nature of the issue.
22        Q.     So you remember there was an issue with a
23   poll watcher, you remember calling Ms. Davidson about
24   it, you remember speaking with some other people about
25   it, but you don't remember what the issue was?
```



1       A.     That's correct.  I remember Ms. Davidson

2 whenever I talked to her, I talked to her a couple of

3 times or three times about this incident.  She

4 mentioned that there was an early voting clerk in

5 Weslaco or maybe Pharr that was she thought being

6 problematic in some way.  I don't remember what it was.

7 I also talked to -- so I talked to Gloria, who was the

8 acting elections administrator for Hidalgo County about

9 that, and that both issues were successfully resolved.

10       Q.     Does your office have any written record of

11 either of those issues?

12       A.     We do not.

13       Q.     Do you recall during either early voting

14 before the November election of 2022 or in connection

15 with the November 2022 general election any other

16 problems with poll watchers?

17       A.     There was an incident in Dallas County

18 where a poll watcher was asked to show ID and they

19 refused to do so and it escalated so that both sides,

20 both the poll watcher and the election judge, called

21 the sheriff's office.

22       Q.     Do you remember anything else about that

23 incident?

24       A.     No.

25       Q.     Do you remember what happened after the



1   sheriff's office was called?

2       A.    Well, we were contacted and we were asked

3   whether they needed to show ID, and said the law

4   doesn't require it.  The election judge or early voting

5   clerk allowed the poll watcher to enter the polling

6   location.

7       Q.    The matter was resolved?

8       A.    The matter was resolved.

9       Q.    Do you have any written record of that?

10      A.    Not that I know of, no, sir.

11      Q.    Do you have -- do you have any recollection

12  of any other issues involving poll watchers during the

13  November 2022 election?

14      A.    Do you mean issues with the poll watcher

15  interacting with election officials?

16      Q.    Any complaints about the behavior of poll

17  watchers?

18      A.    Yes, there weren't any.  I don't remember

19  anything, but it would have been whatever is normal in

20  an election.

21      Q.    What's normal in an election?

22      A.    Normally we have a few reports where the

23  poll watchers and the election officials have a

24  disagreement about what can and can't be viewed or how

25  close people can be.



1          Q.     Does your office keep any records of any

2     such disputes or complaints?

3          A.     No.  I do remember that in November of '22

4     the number of those complaints was much decreased.  We

5     attributed that to our required poll watcher training

6     that was put in place by SB 1.

7          Q.     Now, you testified that late ballots are

8     not classified as rejections, they are just late; do

9     you recall that testimony?

10         A.     I do.

11         Q.     Are any records kept of ballots by mail

12    that are received too late to be counted?

13         A.     Well, the records for the election

14    including the late mail ballots are preserved for 22

15    months.  So the counties have them.

16         Q.     The counties have those late mail ballots?

17         A.     If they received them, yes.

18         Q.     Are those -- the mail ballots, do we know

19    how many of them there were in the 2022 election?

20         A.     It's not -- that's not a number that's kept

21    anywhere.  That's not a number that's recorded.  I

22    think some counties if they are received pretty early

23    on before the canvas or whatever do classify them as

24    rejected, do send a rejection notice that your ballot

25    was received after the deadline.  But there is not a



1 legal requirement they do it, and not all counties do

2 it.  There is no time period during which they are

3 supposed to do it.

4      Q.    Are there any statistics at all concerning

5 ballots that are received too late to be counted?

6      A.    The counties would have those.

7      Q.    If there are any?

8      A.    If there are any.

9      Q.    You said this morning that breakdown county

10 by county of rejected ballots has been produced in this

11 litigation.  I would ask you, do you know what that

12 county by county breakdown of rejections is called?

13      MS. HUNKER:  Objection, form, asked and answered.

14 BY THE WITNESS:

15      A.    You just asked me that question.  I don't

16 know the name of it.

17 BY MR. GENECIN:

18      Q.    Do you know how it is done?  How do you

19 prepare -- how does your office prepare the county by

20 county breakdown of rejections?

21      A.    I don't know how it's prepared.

22      Q.    Do you know what the data is that's the

23 basis for it?

24      A.    The information inputted into TEAM from the

25 counties.



1    Q.    So would it be fair to say each county puts

2    into TEAM the number of rejections of mail-in ballots

3    that it performed?

4    A.    Not exactly not that way.  They --

5    Q.    How does --

6    A.    They are required to record when an

7    application for a ballot by mail is received, action

8    taken on that application for ballot by mail, when the

9    mail ballot is mailed to the voter, and when the mail

10   ballot is received from the voter, and whether or not

11   it is ultimately accepted or rejected.  So we in TEAM

12   can run a report for the number that are rejected by

13   county.  The county doesn't do that work.  TEAM does

14   that work for us.

15   Q.    Would it be fair to say that the

16   spreadsheet that you talked about is a spreadsheet that

17   shows information that's been pulled from TEAM?

18   A.    Agree with that.

19   Q.    You told us a little bit earlier today that

20   some voters get notice of defects in their ballot by

21   mail after the clock has run out.  Do you recall that

22   testimony?

23   A.    I do.

24   Q.    Can you tell us how it would happen that

25   they would get the notice of the defects too late for



1   them to cure?

2        MS. HUNKER:  Objection, form.

3   BY THE WITNESS:

4        A.     For instance, I heard from Starr County in

5   the general election in November of '22 that their

6   ballot board was planning to send the notice of defect

7   after their last ballot meeting, which would happen

8   after the deadline for curing mail ballots.  I informed

9   the election administrator in Starr County that was not

10  acceptable, and that they needed to get those notice of

11  defects right now so that the voter might have a chance

12  to fix the problem.

13  BY MR. GENECIN:

14       Q.     When you say right now, when was that

15  conversation taking place?

16       A.     It was shortly after the election, maybe on

17  Wednesday or Thursday.

18       Q.     How much time at that point did the voters

19  have left to cure?

20       A.     Until Monday.

21       Q.     To your knowledge, did they have to get

22  those out right now as you asked them to?

23       A.     As far as I know.  But I don't have any way

24  to check.

25       Q.     Can you describe to me any other ways that



1  voters would get notice of defects after the clock has

2  run out?

3       A.     Well, the post office delays the delivery

4  then they got it late.

5       Q.     Is there any way to know how many voters

6  got notice of defects too late to cure?

7       A.     No idea.

8       Q.     I take it the thing that's knowable is when

9  notice was sent to voters of the defects in their

10  ballots; is that right?

11       MS. HUNKER:  Objection, form.

12  BY THE WITNESS:

13       A.     It's knowable by the counties.  It's not

14  knowable by our office.

15  BY MR. GENECIN:

16       Q.     Is that one of the pieces of information

17  that's sent to TEAM?

18       A.     No.

19       Q.     The counties are not required to enter into

20  TEAM any information concerning the date on which a

21  ballot was rejected?

22       A.     That's not what I said, sir.  Don't twist

23  my words.

24       Q.     Please.  I'm not trying to twist your

25  words.  I'm trying to understand this.  You have been



```
 1   doing this a long time.  I haven't.  I'm just trying to
 2   understand.
 3              Are the counties required to enter the date
 4   of rejection of a ballot into TEAM?
 5        A.    Yes.
 6        MS. HUNKER:  Objection, form.
 7   BY MR. GENECIN:
 8        Q.    And so are the counties required to enter
 9   the date of notification to the voter of the rejection
10   of their ballot into TEAM?
11        MS. HUNKER:  Objection, form.
12   BY THE WITNESS:
13        A.    I want to make sure we are communicating
14   here.  Rejection to me means a final rejection after
15   the time period for cure has elapsed. What we are
16   talking about I think is notice of defect before there
17   is a finality to it, right?
18   BY MR. GENECIN:
19        Q.    Right.  Thank you for the correction.
20        A.    So the notice of defect status is not
21   entered into the ballot tracker.
22        Q.    Okay.
23        A.    The interim stages are not kept.
24        Q.    So it's not possible to reconstruct from
25   TEAM what those interim stages were?
```



```
 1        A.      Agreed.
 2        Q.      Right.  Or what efforts were made, if any,
 3   to notify the voter that his or her ballot could be
 4   cured?
 5        A.      Agreed.
 6        Q.      Now, you also spoke earlier today about
 7   concept of not trusting the post office?
 8        A.      Agreed.
 9        Q.      I would ask you why in your view should
10   voters not trust the post office?
11        MS. HUNKER:  Objection, form.
12   BY THE WITNESS:
13        A.      The post office is suffering under budget
14   constraints that have grown worse and worse and worse
15   over time such that their service delivery times where
16   they guarantee delivery by a certain date have
17   increased and gotten longer and longer and longer.
18   That means that their expected time of delivery, the
19   first class mail is now five to seven days.  And just
20   because that's their service delivery time, doesn't
21   mean that's what they always do.  Sometimes it takes a
22   lot longer than that.
23   BY MR. GENECIN:
24        Q.      I guess it would be fair to say in a
25   situation where there are short deadlines it's hard to
```



1  have confidence that people will receive notices by

2  mail?

3       A.    I would say -- --

4       MS. HUNKER:  Objection, form.

5  BY THE WITNESS:

6       A.    I would say by mail is sort of the last

7  choice if you want to have actual notice.  The best

8  idea is for ballot boards to meet earlier and to send

9  notice earlier.

10  BY MR. GENECIN:

11       Q.    I think you said earlier today that 93,800

12  Texas voters have either a driver's license or a Social

13  Security number on file; is that right?

14       A.    In their voter registration record.

15       Q.    And what percentage is that 93,800 people?

16  What percentage is that of the total of electorate in

17  Texas?

18       A.    It's roughly half a percent.

19       Q.    How many registered voters all together

20  does Texas have on the RULES?

21       A.    About 17 1/2 million, give or take.

22       Q.    For the 2022 general election did your

23  office hire temporary staff?

24       A.    We did not.

25       Q.    In connection with the enactment of SB 1



1  and in order to comply with it did your office add

2  staff?

3        A.    We did not.

4        Q.    Did your office acquire additional

5  equipment of any kind in connection with the enactment

6  of SB 1 in order to comply with it?

7        A.    We did not.

8        Q.    Did you require additional equipment for

9  the 2022 general election?

10       MS. HUNKER:  Objection, form.

11 BY THE WITNESS:

12       A.    We did not.

13 BY MR. GENECIN:

14       Q.    Did your office maintain a hotline for

15 complaints during the 2022 general election?

16       A.    Can we back up one second.  One thing that

17 we did to comply with SB 1 is it's not an acquiring of

18 new equipment, but we did expand the capability of

19 Texas.gov to be able to register voters electronically

20 into a new county.  So it's not acquisition of new

21 equipment, but it is new capability of existing

22 equipment so that voters could update their

23 registration electronically into new counties.  It's a

24 version of electronic voter registration for people who

25 are registered to vote.



1  Q.    Did that expansion of capacity of existing

2  equipment require the assistance of software engineers

3  or other technical people?

4  A.    It's something that we did with the

5  Department of Information Resources and their vendor

6  Deloitte.  Deloitte would be the one who had to

7  actually hire any technical people to perform the

8  change.

9  Q.    Do you know what that project cost?

10  MS. HUNKER:  Objection, form.

11  BY THE WITNESS:

12  A.    Roughly 100,000.  But because we spent that

13  money there were more voter registrations that were

14  done electronically, which meant that we didn't have to

15  hire temporary workers to sort paper applications,

16  which is what we have had to do before every other

17  general election since I have been in this job.

18  BY MR. GENECIN:

19  Q.    Turning to complaints.  Did your office

20  maintain a hotline for complaints during the general

21  election in 2022?

22  A.    We have a hotline for anything the public

23  wants to talk to us about.

24  Q.    Who staffs that hotline?

25  A.    We do.



1    Q.    Are the calls to that hotline recorded in
2  any way?
3    A.    They are not.
4    Q.    Is any written record kept of those calls?
5    A.    There is not.
6    Q.    Focusing specifically on complaints related
7  to the election.  Do you keep a written record of
8  those?
9    A.    So I don't know what you mean by
10 complaints.  You mean if somebody calls to complain
11 that a poll worker was rude to them, there won't be a
12 record of that.  But if they send in an election log
13 complaint that says the poll worker was rude to me, we
14 will have a record of that.  We do maintain a log of
15 election log complaints that we receive before an
16 election, during election, after election, but people
17 who phone call, we don't keep a record of those.
18   Q.    So when you say an election log complaint,
19 is that done on a specific form or is that just a
20 complaint in writing?
21   A.    Before SB 1 it was on a specific form.
22 After SB 1 the form can be anything that's in writing.
23   Q.    So people can send you emails, they can
24 send you letters?
25   A.    They can and they do.



```
 1        Q.    Do they send you texts?

 2        A.    Not usually.

 3        Q.    Okay.  The email and letters are saved; is

 4   that right?

 5        A.    They are and there is a log kept of those.

 6        Q.    Who keeps that log?

 7        A.    My assistant or my former assistant, Kate

 8   Fisher.

 9        Q.    We will request that that log for period of

10   the 2022 general election be produced.

11        A.    Sir, with the caveat that we still get

12   complaints about the '22 election.

13        Q.    Well, I guess what we will do is we will

14   request that the log to date be produced.

15        A.    Okay.

16        Q.    Can you tell me approximately how many

17   complaints you received in connection with the 2022

18   general election?

19        A.    I don't have that number at hand.

20        Q.    Are you able to approximate it?

21        A.    No.

22        Q.    It doesn't matter because you will produce

23   the log and we will see the exact number.

24        A.    Yes, I would rather you do that because I

25   don't know.  I know it's been a lot.  I know there is a
```



```
 1    lot that haven't been reviewed yet so.
 2         MS. HUNKER:  For clarification of the record, I
 3    believe this complaint log at least an earlier version
 4    was produced.  To the extent that the complaint logs
 5    are produced, there would probably some redactions due
 6    to investigator privilege.  Any type of referrals that
 7    would have been forwarded to the Attorney General's
 8    Office that are currently being processed would still
 9    fall under that privilege.
10         MR. GENECIN:  Thanks very much for that
11    clarification.
12    BY MR. GENECIN:
13         Q.    Let me ask this.  Does the log reflect
14    receipt of complaints or does it -- or are entries made
15    only when the complaints have been resolved in some
16    way?
17         A.    It has received as well as resolution.
18         Q.    Would you know how many complaints of
19    fraudulent activity?  Do you know how many complaints
20    concerning fraudulent activity your office received in
21    connection with the general election for 2022?
22         MS. HUNKER:  Objection, form.
23    BY THE WITNESS:
24         A.    I do not as we sit here today.
25    BY MR. GENECIN:
```



```
 1        Q.     Do you know as of today approximately how
 2   many referrals your office has made to the Attorney
 3   General for fraudulent activities in connection with
 4   the 2022 general election?
 5        MS. HUNKER:  Objection, form.
 6   BY THE WITNESS:
 7        A.     I do not.
 8   BY MR. GENECIN:
 9        Q.     Can you tell me approximately?
10        A.     I don't know.  I don't want to guess.
11        Q.     Are you aware, sir, of any fraudulent
12   activity that you believe was reduced in the 2022
13   general election compared with the 2018 general
14   election as a result of any section of SB 1?
15        MS. HUNKER:  Objection, form.
16   BY THE WITNESS:
17        A.     Yes, I don't know.
18        MR. GENECIN: I'd like to take just a brief break
19   if it's a good time.
20        MS. HUNKER:  That works.
21                    (WHEREUPON, a recess was had.)
22   BY MR. GENECIN:
23        Q.     So, Mr. Ingram, does the -- well, not does.
24   I will withdraw that.
25                    For the 2022 general election, did the
```



1    Texas Secretary of State track rejections of

2    applications for ballots by mail?

3        A.    We had the capacity to do so if the

4    counties entered the information.  What we found is

5    that not all counties were entering the application

6    information.

7        Q.    What counties were not entering?  Do you

8    have a way of knowing which counties were and were not

9    entering that information?

10        A.    I can't think of a good way to get that

11    information.  We don't know if we don't have because

12    there wasn't any or because they didn't enter it.

13        Q.    How did you find out there were counties

14    not entering this information?

15        A.    Because they are entering ballot by mail

16    information without an application information.

17        Q.    Was it your understanding that the counties

18    were supposed to enter the application information?

19        A.    Yes.

20        Q.    What efforts, if any, did your office

21    undertake to contact those counties that were not

22    entering the information to say we need that

23    information to be entered?

24        A.    Well, we would call them.

25        Q.    Do you have a list of the counties that did



```
 1  not provide the information?

 2       A.      Not that I know of.  We might have had a

 3  list at the time, but we don't now.

 4       Q.      Is there a report you could run in -- from

 5  TEAM that would show length for certain counties for

 6  the applications for ballot by mail?

 7       A.      I don't know.  I don't think so, but maybe.

 8       Q.      In connection with the 2022 general

 9  election, did the Texas Secretary of State's Office

10  track rejections of ballots in the general election?

11       MS. HUNKER:  Objection, form.

12  BY THE WITNESS:

13       A.      So we were required by House Bill 1382 in

14  regular session as modfied by SB 1 to have in place a

15  method for ballots to be tracked by voters, and the

16  activity with regard to those ballots to be tracked by

17  voters.

18  BY MR. GENECIN:

19       Q.      Is that the information that you provided

20  to voters, is that -- is it possible to collect that

21  information statistically to see numbers of rejections?

22       A.      Well, we have what information was put into

23  the tracker by the counties.

24       Q.      Does TEAM include a field for counties to

25  input the reason code for the rejection and application
```



1  for ballot by mail?

2         MS. HUNKER:  Objection, form.

3  BY THE WITNESS:

4         A.     Yes.

5  BY MR. GENECIN:

6         Q.     Does TEAM include a field for counties to

7  input a reason code for the rejection of a ballot

8  itself?

9         MS. HUNKER:  Objection, form.

10  BY THE WITNESS:

11         A.     Yes.

12  BY MR. GENECIN:

13         Q.     Does the Secretary of State's Office put

14  out a guide instructing the counties which reason code

15  to use for these rejections?

16         A.     We have trainings and we have manuals for

17  the usage of team, yes, sir.

18         Q.     To your knowledge, has your office produced

19  the manual with the reason codes for rejections of

20  ABBM, application for ballot by mail?

21         A.     Yes.  By publishing I mean it's on our TEAM

22  doc share website.

23         MS. HUNKER:  For clarification of the record,

24  there are some manuals and training materials for TEAM

25  that can only be produced to the United States when



1   requested because of the protective order and the

2   agreement to extent it shows the infrastructure of TEAM

3   that could lead to a compromise in the integrity of

4   that system.

5          MR. GENECIN:  With that I will reserve the

6   remainder of my questions for the 30(b)(6) deposition

7   and pass the witness.

8          MS. HUNKER:  Are there any other Plaintiff groups

9   on the Zoom that have questions for the witness?  Are

10  there any other parties on Zoom that have questions for

11  the witness?

12                State Defendants will reserve any questions

13  for trial.  We can close out the deposition.  We would

14  ask to read and sign.

15               (Deposition concluded at 4:18 p.m.)

16

17

18

19

20

21

22

23

24

25



```
 1                    CHANGES AND SIGNATURE
 2    KEITH INGRAM
 3    March 28, 2023
 4    PAGE/LINE          CHANGE                    REASON
 5    _____
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____
```



```
 1              I, KEITH INGRAM, have read the foregoing

 2     deposition and hereby affix my signature that the same

 3     is true and correct, except as noted on the previous

 4     page.

 5

 6                     _____

 7                          KEITH INGRAM

 8     THE STATE OF _____)

 9     COUNTY OF _____)

10          Before me, _____, on this day

11     personally appeared KEITH INGRAM, known to me (or

12     proved to me under oath or through _____)

13     (description of identity card or other document) to be

14     the person whose name is subscribed to the foregoing

15     instrument and acknowledged to me that he executed the

16     same for the purposes and consideration therein

17     expressed.

18          Given under my hand and seal of office this _____

19     day of _____, 20_____.

20

21                     _____

22                          NOTARY PUBLIC IN AND FOR

23                          THE STATE OF _____

24                          COMMISSION EXPIRES: _____

25
```



```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION
    LA UNION DEL PUEBLO ENTERO,     )
 3  et al.,                         )
                                    )
                    Plaintiffs,     )
 4       vs.                        )Civil Action No.
    STATE OF TEXAS, et al.,         )5:21-cv-844(XR)
 5                  Defendants.     )(Consolidated Cases)

 6

 7                 REPORTER'S CERTIFICATION
                    ORAL DEPOSITION OF
 8                     KEITH INGRAM
                     March 28, 2023
 9
```

10         I, Dana Shapiro, a Certified Shorthand Reporter,

11   hereby certify to the following:

12         That the witness, KEITH INGRAM, was duly sworn by

13   the officer and that the transcript of the oral

14   deposition is a true record of the testimony given by

15   the witness;

16         I further certify that pursuant to FRCP Rule

17   30(e)(1) that the signature of the deponent:

18   was requested by the deponent or a party before the

19   completion of the deposition and that the signature is

20   to be before any notary public and returned within 30

21   days from date of receipt of the transcript.  If

22   returned, the attached Changes and Signature Pages

23   contain any changes and reasons therefore;

24         I further certify that I am neither counsel for,

25   related to, nor employed by any of the parties or



MAGNA
LEGAL SERVICES

Keith Ingram                                           March 28, 2023
                                                       Page 222

1    attorneys in the action in which this proceeding was

2    taken, and further that I am not financially or

3    otherwise interested in the outcome of the action.

4          Certified to by me this April 10, 2023.

5                    *Dana Shapiro*

6          _____

7          Dana Shapiro
           Illinois CSR 84-3597
           Expiration: 5/31/23

8          Magna Legal Services
           Firm Registration No. 633

9          1635 Market Street
           8th Floor

10         Philadelphia, PA 19103

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Keith Ingram

March 28, 2023
Page 223

```
1    COUNTY OF TRAVIS )

2    STATE OF TEXAS   )

3          I hereby certify that the witness was notified on

4    _____, that the witness has 30 days

5    after being notified by the officer that the transcript

6    is available for review by the witness and if there are

7    changes in the form or substance to be made, then the

8    witness shall sign a statement reciting such changes

9    and the reasons given by the witness for making them;

10         That the witness' signature was/was not returned

11   as of _____.

12         Subscribed and sworn to on this _____ day of

13   _____, 20____.

14

15                  _____

16                  Dana Shapiro
                    Illinois CSR 84-3597
                    Expiration: 5/31/23
17                  Magna Legal Services
                    Firm Registration No. 633
18                  1635 Market Street
                    8th Floor
19                  Philadelphia, PA 19103

20

21

22

23

24

25
```



Keith Ingram

March 28, 2023
Index: 1..5:55

## 1

**1** 15:16 16:3 18:12,15 20:12 22:12 23:4 24:3 25:3 26:11 27:11,20,22 31:10 34:2,3,20 35:8,15 36:5,11 40:23 42:3,25 43:8 62:1 63:25 64:5,20 75:6 76:1,10 80:19 92:19 102:12,24 103:19 105:8,14,21,24 106:3 108:7 112:2,11,16 115:13 122:19 123:1 126:10 127:2 128:8 129:2,14,23 130:5,10,11 131:1,8, 18 132:14,24 133:19,23 134:11,20 135:21 136:7 149:3,6 150:23 151:8,14 154:3 155:3 157:23 159:6,11,12,13,24 160:3,12 162:10 168:6,14,25 172:11,14 173:14 175:12,15 177:25 178:6 190:23 191:5 201:6 208:25 209:6,17 211:21,22 214:14 216:14

**1's** 14:25 15:6

**1/2** 50:24 115:7 208:21

**10** 14:6 62:12,14 77:5

**100** 165:23

**100,000** 210:12

**1007** 196:12

**11** 28:7 38:19 50:24 65:13,16 179:23

**12** 72:5,7,10 111:8,11

**12.7** 110:24

**12.8** 110:24

**13** 73:6,12 110:24 111:3,25

**1382** 18:16 216:13

**14** 76:13,15 77:7,14 78:23 126:9

**15** 82:4,6

**16** 19:7 33:7 93:6,8

**160,000** 141:25

**163** 35:14 164:23 165:14

**17** 93:20,23 208:21

**18** 84:13 95:25 96:2,16

**19** 97:9,11,14 100:24

## 2

**2** 39:12,14 44:10 53:21,23 54:5 113:11 115:7

**2.04** 149:18

**2.7** 111:23,25 112:10,24 115:5

**20** 101:1,3

**2012** 163:5,23

**2013** 34:16

**2016** 126:8

**2017** 126:6 133:4

**2018** 142:22,24 143:1 153:7 155:22 156:13,21 214:13

**2020** 123:7 142:24

**2021** 39:21 132:10 159:7,12 168:5 172:18,22 173:4

**2022** 10:14 13:16 15:22 25:14 26:18,25 39:6 42:21 43:3,11 48:19 50:14 60:11 62:8 63:24 64:5 75:4 77:11 78:23 80:16 81:2 94:19 99:2 100:11 110:19 111:22 115:8 117:15,21 123:7,17 124:17 132:22, 25 138:6 143:1,5,11,16 152:9 153:22 154:24 155:1 159:23 160:21,25 161:25 180:10,24 184:9 186:18 187:25 188:4 190:4 192:14 197:13 199:14,15 200:13 201:19 208:22 209:9,15 210:21 212:10,17 213:21 214:4,12,25 216:8

**2023** 179:7,8 182:8

**2024** 15:23

**2026** 177:20

**21** 116:22,24 128:23 132:15 141:15,18

**22** 12:5,8 25:7 53:15 66:4 75:19 124:24 125:1 132:16 141:17,19,20 142:1,18 143:4 152:10 164:23 180:7 198:5 201:3,14 204:5 212:12

**23** 145:18

**24** 80:4,14 122:22 148:13

**25** 149:13,15 150:21 161:20

**254** 118:24

**26** 177:6

**298** 142:2

## 3

**3** 19:14 44:4,6,9,23 101:8 112:16 115:13,14 117:8 118:10

**3/28/23** 27:23 39:15 44:7 48:13 50:21 53:4 57:15 58:15 60:5 62:15 65:17 72:8 73:13 76:16 82:7 93:9, 24 96:3 97:12 101:2 116:25 125:2 145:19 148:14 149:16

**30** 185:11

**30(b)(1)** 29:5

**30(b)(6)** 65:10 218:6

**30(b)6** 74:7

**31** 67:13,14

**32** 68:15

**357** 18:20

**389** 142:1

## 4

**4** 28:6 48:10,12

**4,000** 84:18 86:6

**40** 70:8

**40,000** 138:17

**41** 70:8

**42** 70:9

**4:18** 218:15

## 5

**5** 50:18,20

**53** 151:6 154:13 161:19

**5:21-cv-844** 7:12

**5:54** 77:9

**5:55** 79:3



**6**

**6** 53:1,3 57:5 154:24 155:1 159:10 168:6 172:15 179:23

**6-3** 94:6

**6-4** 93:19 94:1

**6.04** 150:22,23 159:13

**60s** 164:5

**63101** 103:1

**65** 21:1 131:15 164:17

**66** 164:1

**666** 34:16

**7**

**7** 57:12,14 159:10 168:6,14 172:15 175:14

**70** 102:22

**7:00** 31:23 77:16,17

**8**

**8** 50:24 58:12,14 59:10

**86011D** 24:3

**87th** 16:9,22 17:2

**88th** 16:10,23 17:3,5,17

**9**

**9** 14:6 17:13 19:9,11 26:23 27:8 30:25 35:13 39:21 60:2,4 179:6,8

**90s** 164:3

**93,000** 142:3 165:8

**93,800** 140:16 165:11 208:11,15

**94,000** 165:11

**96** 100:8

**A**

**A.T.** 146:11,14

**a/k/a** 176:21

**ABBM** 43:7 44:14 45:6 46:15,22, 23 47:8 49:15 50:3 69:10 75:5 81:2,7 84:1,5,8 85:8,12,21 86:13, 23 87:17 90:1 91:7,20 92:18 95:5 104:17 105:4,12 107:13,15 109:14 123:16 124:1 217:20

**Abbott** 7:10

**ability** 24:4 33:3 42:18 71:20 79:13 120:14

**ABMM** 50:7

**absence** 60:20 109:20

**absent** 36:18 71:20 119:21

**absentee** 39:8,17 101:13

**absolute** 175:16

**absolutely** 30:20 36:21,25 43:9 47:22 116:17 129:9 144:1 163:16 176:8

**AC's** 115:11

**accept** 22:21 136:13 137:7 174:8

**acceptable** 88:16 204:10

**acceptance** 132:24 135:18,19

**accepted** 23:13 38:25 50:9 143:24 203:11

**access** 138:12

**accessible** 51:15 100:2

**accessing** 18:18

**accomplish** 166:23 173:4,6

**accord** 23:6

**account** 109:15 176:3,6

**accuracy** 85:18 90:18

**accurate** 10:4 27:2,3 85:23 109:8 165:24 180:17

**accurately** 10:9,24 11:8 44:18

**achieve** 166:21

**acquiesce** 169:6

**acquire** 209:4

**acquiring** 209:17

**acquisition** 209:20

**act** 98:17 133:9 139:21 140:1,3 157:14 162:16

**acting** 14:20 199:8

**action** 31:18,24 32:14,21 34:11 36:17,18 76:25 77:22,24 78:5,16, 20,21 79:2,18 80:2 184:21 185:14 186:8,9,14 187:3 191:2,4,5 203:7

**actions** 25:19 103:4 109:18

**active** 64:3 65:3

**activities** 157:15 161:24 214:3

**activity** 156:23 213:19,20 214:12 216:16

**acts** 157:1 158:12

**actual** 84:19 208:7

**ad** 75:7

**Adam** 7:23 11:17 12:20

**add** 9:22 33:10 71:24 72:23 73:22, 25 74:3,16 75:6 81:16 82:16 83:2, 10 87:12 92:5 94:22 98:5,20,25 99:10 110:7,8 120:16 121:11 140:8,24 176:13 209:1

**added** 120:24 121:10 138:13 141:15 151:8 155:3 159:24 170:11

**adding** 55:18 86:19 106:23

**addition** 105:13 118:19 166:15 169:16

**additional** 28:17 61:18,24 74:14 87:7 106:23 120:1,17,19 121:8 129:14 131:24 140:6 151:16 160:23 209:4,8

**additions** 151:20

**address** 31:1,5 33:5,11 65:2,8 73:17,21 74:3 81:18 82:13 84:8,10 86:21 87:15 89:16,19 90:2 92:18 93:1 95:22 96:7,19 97:24 103:4,16 104:2 105:9 109:20 138:20,21

**addressed** 75:12 145:25

**adds** 73:18 140:15

**adequately** 43:7

**Adkins** 13:4 14:22 17:21 33:14,15 182:9 186:16

**Adkins'** 186:17



**administer** 181:16

**administration** 43:10 44:12,17 191:20,21

**administrative** 146:8

**administrator** 104:11 113:25 114:13 115:9 124:13 180:9 199:8 204:9

**administrators** 42:23 43:5 75:20 126:20 143:9 161:6 181:15,22 193:8

**admission** 12:3

**advance** 190:9 194:3

**advice** 15:2 25:17 166:17 167:8 173:12,16 175:12

**advise** 34:8 42:22 155:5 173:6

**advising** 174:22

**advisory** 118:1 185:1,2 187:9,11 188:2,14,24,25 189:10,17,22 190:3,7,23 191:21 192:1,10,13

**advocacy** 171:16

**advocate** 171:18

**advocated** 171:3

**advocating** 170:22

**affairs** 16:13 17:23 168:13

**affirm** 84:19 86:7

**affirmant** 87:11 156:22

**affirmative** 115:1

**affirmatively** 140:18

**affirmed** 153:9

**affirming** 85:17

**affords** 129:13

**afterward** 91:18

**age** 84:14 164:17

**agency** 11:18

**agenda** 189:16 190:8

**aggregate** 111:10

**agree** 15:12 25:17 26:8 38:20,22 41:3,7 45:18,25 46:19 49:25 54:16, 22 59:1 61:16 78:10 79:8 91:12 101:17 107:21 116:14 118:6,16

120:3,4 121:23 124:4 129:4,8,21 130:14 132:20 136:21 137:3 139:19 140:7 146:6 147:9 150:22 151:1 152:16 154:11 159:21 162:20 163:16,25 164:20 166:19 167:7 189:2 197:21 203:18

**Agreed** 86:15 105:22,25 116:20 118:14 144:24 151:13,18,24 153:12,21 154:5,21 156:7 157:17 166:24 172:1,4 177:23 183:9 184:18 192:24 193:2 196:2,19 207:1,5,8

**agreement** 218:2

**ahead** 19:5 52:13 149:6,13

**Alan** 167:14,19,24,25 168:7 170:6 171:5,11,21,22

**Alan's** 167:21

**Alexa** 192:5

**allergies** 10:25

**allowed** 40:18 200:5

**allowing** 177:9

**alter** 40:1 52:22 57:9 63:20

**altering** 40:3

**alternative** 78:24

**Amarillo** 166:12

**amend** 162:8

**amendment** 170:11 176:15,16 177:21 197:15

**amendments** 40:23

**America** 139:21 140:1,3 162:16

**Americans** 152:15,25

**analysis** 182:4

**Andre** 146:12

**Anecdotally** 21:25

**annual** 34:15 182:20

**answering** 10:7 89:7

**answers** 8:19 9:1 11:25 28:1 117:14

**anticipate** 23:2

**anybody's** 50:6

**anymore** 139:1

**APBM** 85:23

**apologize** 93:18

**apparently** 48:22 49:1 77:5

**appears** 46:11 57:18 65:20 72:11 76:19 101:6 117:3 148:17

**applicant** 68:2 195:23

**application** 39:8,10 42:7,14 45:7, 21 49:20 56:2,4,13 67:16 69:8 76:7 82:11,13 83:10,25 84:4 85:8,25 86:2,19,23 87:14 88:18,20,23 89:10,12,16,17,21,23 90:5,13 91:6 92:2 93:12,20 94:2,6,10 105:8 112:21 114:18 115:24 116:4 140:23 141:4 148:1 163:8 173:19, 20,24 174:18 175:9 195:18,20,21 203:7,8 215:5,16,18 216:25 217:20

**applications** 67:20 116:2 139:13 210:15 215:2 216:6

**applied** 118:24 134:10 135:7 136:5

**apply** 42:23 43:5 59:24

**applying** 136:7

**approach** 127:8 171:7

**approached** 173:3

**approximate** 212:20

**approximately** 154:24 168:7 212:16 214:1,9

**April** 13:15 71:17 100:11

**area** 122:12 183:22

**areas** 167:8

**argument** 61:7,8

**Arkansas** 102:9,10

**article** 118:6

**articulate** 8:19

**asks** 73:20 88:18,20,21,23 89:12, 17,18,19,23 90:5,6 117:17

**assemble** 192:17,21

**assessing** 50:5

**assessment** 27:3

**assessor** 175:4



**assignment** 108:1

**assist** 157:1,8 158:18

**assistance** 39:10 79:14 150:16,20 151:16,22 152:5 153:8,19,23 154:8,15 155:22 156:6,14,23 157:16,24,25 158:8,12 159:17 160:18,22,23 161:2,4,8,24 162:12 210:2

**assistant** 117:11 156:10 157:7 158:23,24 212:7

**assistants** 53:17,22 151:3

**assisting** 160:22

**assistor** 150:24 151:3,9,23 152:1 153:19 154:14 158:9

**Association** 75:20

**assume** 25:16 55:11

**assuming** 130:4 183:1

**assumption** 130:5

**attempt** 74:15 194:17

**attempts** 140:8

**attention** 29:22 123:16,25

**attorney** 9:14,17 114:6,11 155:10, 12,16 182:17 183:11 213:7 214:2

**attorney-client** 155:5,7,13

**attorneys** 66:20 185:16 192:5

**attribute** 119:25 121:19 128:24,25

**attributed** 201:5

**attributes** 118:7

**audit** 176:9,10,13,18

**August** 66:7 132:13,17

**authenticity** 83:21

**avoid** 194:17

**aware** 15:23 16:25 25:1,5 28:17 42:13 63:23 64:3 66:21 69:22 75:3 102:5 124:18,20 133:17 134:16 135:1,18 136:2,10,13,16 137:7 188:11 214:11

**awhile** 10:3

---

**B**

**back** 15:7 24:9,20 30:7 31:22,23 32:13,17,19,22 35:13 53:9 60:25 78:20 79:22 85:21 99:5,12,23 100:10 102:10 110:16 112:17 115:6,10,13 125:17 128:23 144:17 150:7 153:4 162:25 177:4 198:4 209:16

**bad** 175:21

**ballot** 12:7,13 18:19 19:11 20:2,10, 20 21:19,20,25 22:1,2,5,7,9,19 23:1,5,14,19,20 24:7,14,17,19 26:11,25 27:9,10,14 28:9,18 31:1, 20,22,24 32:2,14,17,18,19,20 33:6 34:4,10 35:19 38:7 39:8,18 42:13 45:6,7,21 46:16,17 47:20 50:16 51:9,25 53:9 58:21 61:25 63:24 65:3,6,20,23 67:16,20 70:15,21 71:12,13,16,23 72:14,21 74:1,15 76:3,6,23 77:1 78:14 79:14 90:5 92:2 93:13,20 94:3,6,10 99:1,7,10, 12,13,15,17,18,19,22,24 100:2 101:13 107:19,20,22 108:6,12,17 110:19 112:1,5,19 113:7,13,25 114:9,14,22 115:16,25 116:7,15 117:5,14,20 118:7,11,12,22 119:17,22 120:15,19 121:7,8,20 122:7 123:1,17 124:1,14 127:25 129:1,10 131:1,4,18,25 133:17,21 134:15 135:2,20 136:3,18,23 137:4,5,8,11,21 138:11 143:5,11, 17,24 146:20 147:4,17 151:4,10, 11,12 152:1 154:8,15,16,17,18 156:6,24 157:2 158:9 160:23 167:25 173:20,21 174:7,18 195:17, 20,21 196:18 197:12 201:24 203:7, 8,9,10,20 204:6,7 205:21 206:4,10, 21 207:3 208:8 215:15 216:6 217:1,7,20

**balloting** 124:22

**ballots** 19:17 20:7 23:12 34:11,15, 18 35:14,19,21,22 36:5 64:4,9,20 77:10 103:2 108:21 109:14 112:10, 13,25 113:7,12 114:5 120:1 130:6 134:2,17 138:6 142:18,21 143:21 144:4 147:8 149:3 164:24 165:14 177:4 201:7,11,14,16,18 202:5,10 203:2 204:8 205:10 215:2 216:10, 15,16

**bar** 135:18,19 180:13

**Barry** 145:23 146:16

**based** 23:3,19 26:10 27:10 35:15 38:20,22 66:14 111:24 113:10 118:5 124:19 132:21 134:2 135:2, 19 136:23 137:2

**basically** 153:14

**basis** 20:14 64:8 70:15,20 113:10 202:23

**Bastrop** 28:13,21

**batch** 131:14

**bears** 109:9

**began** 15:22 163:5

**begin** 148:4

**beginning** 44:13 49:19 54:6 146:14 179:6 190:7 196:15

**begins** 124:22

**behalf** 29:10 33:12 112:12 170:19 171:18

**behavior** 200:16

**belief** 20:13,14 31:17

**Bexar** 108:11

**big** 34:24 52:15

**bigger** 34:21 141:6 142:10

**bill** 18:1,16,17,24,25 19:3 33:5,8,9, 13,16,22,23 34:7,16,21,23 35:8 159:10 166:18 167:10,13,20 169:24 172:14,24 176:22 216:13

**bills** 18:8,11 166:4,8,13,21 168:9 172:11,17,21

**birth** 31:6 33:6,11 84:9,10 86:22 87:15 89:22,24 90:2 105:8 163:20

**bit** 35:11 71:14 101:23 111:6 154:13 203:19

**Bitter** 7:24 11:17 12:20

**black** 59:11

**blank** 56:3,12,16,22 185:8

**blanks** 56:4,6

**blue** 29:19

**board** 24:7,14,19 31:24 32:18 99:18 108:12 114:1,22 134:15 137:8 174:7 204:6



**boards** 20:20 21:19,20,25 22:1,2, 6,9,19 23:1,5,14,20 24:7,18 32:2 65:6 113:7 137:4,5,6,11 208:8

**booth** 158:1

**boss** 156:12

**bother** 32:11,12

**bounce** 191:22

**bows** 189:3

**box** 41:24 42:3 51:6,15 54:4 82:12 103:11 118:19 119:2,5,6 139:10, 14,15,17

**boxes** 30:6,8 82:1,3

**bracket** 130:10

**Brandt** 145:23 146:16

**break** 9:7,8 38:15 50:12 62:5 92:11 110:11 144:7,11 178:24 214:18

**breakdown** 26:17,24 202:9,12,20

**breaks** 11:3

**brightly** 29:19

**bring** 12:24 122:7 189:15 190:20

**broad** 153:13 156:23

**Bucy** 18:17 178:15

**budget** 123:3,9 207:13

**Bump** 192:5

**bunch** 168:4

**burden** 22:18

**business** 78:7,22 79:4

**button** 168:22

———————

**C**

**call** 24:13 47:16,19 104:6,10,15 106:2,10 118:2 137:6 138:3 148:4 152:24 169:18,21 184:20 187:8,13 188:18 192:7,8 198:10 211:17 215:24

**called** 7:4 17:24 18:1 169:23 188:16 196:21 198:4,7 199:20 200:1 202:12

**calling** 107:7 198:9,23

**calls** 80:14 118:3 137:23 158:24

188:2,17 211:1,4,10

**campaign** 55:24 75:12 92:22 104:5 121:21 122:11,22 127:11 128:19

**campaigns** 75:8 116:3 122:1

**cancel** 99:6 131:4

**cancelled** 16:14 19:23 20:2

**candidate** 56:2,3,13,15

**canvas** 201:23

**capability** 209:18,21

**capable** 170:20 171:17 176:24

**capacity** 210:1 215:3

**capture** 109:24

**car** 177:2

**card** 37:19 54:13,19 81:7 82:14 92:18 101:16 103:22,23 109:4

**career** 181:9

**carrier** 22:14 24:5,9 30:6 42:1 50:16,25 51:2,9,25 52:23,25 53:8 60:20,23 70:12 75:5 112:21 114:19 118:14,20,23 119:1,5,18,23 134:18 137:8

**carry** 169:25 170:17

**case** 8:25 51:20 101:17 103:3 152:16,17 153:1,3,25 157:13,14 159:15 163:13 167:3,9 170:13 174:2 189:25 195:21

**cast** 105:12 112:10,11,13,25 113:1,6,12,14 138:6 142:18,21

**casting** 157:1

**catch** 167:23

**catching** 169:16

**caused** 76:1

**caveat** 212:11

**cell** 8:11

**center** 14:14 95:23

**central** 176:3,6,24

**certificate** 41:13 43:15 54:14,19

**certification** 90:17

**certified** 176:7

**chair** 166:22

**chairman** 167:25 176:15

**chairs** 171:24

**challenged** 178:20

**challenges** 180:6

**Chambers** 28:22

**chance** 9:25 30:23 75:22 181:8,10 204:11

**chances** 52:14 130:12 174:13

**change** 14:2,9 31:8 32:4 34:24 35:4,12 52:24 53:19 61:1 66:2 71:20 73:16,20 74:2 81:24 82:13, 20 83:6 95:22 99:2 102:3 116:5 119:20,21 126:9 141:18 152:11,12 157:20,24 161:7 162:7,11 175:3,6 179:4 180:23 182:19 194:20 210:8

**changed** 13:17 39:9,11 51:7 53:16,17,22 62:25 101:22 126:5,6 140:20 151:15 156:7,17 160:7 161:3 162:11 173:18

**changing** 50:14 81:17 116:8 159:17 160:18,20

**channels** 40:25

**characteristics** 29:14,17

**characterization** 79:9 87:3

**characterize** 87:9 190:24,25

**check** 54:4 83:12,18,19 103:11 139:10 141:10,11 204:24

**checked** 141:14

**Chinese** 152:15,25

**choice** 208:7

**choosing** 156:12

**Christina** 13:4,8,11 17:21 33:14 182:8 186:15 198:17

**church** 21:14

**Circuit** 153:3,9,12

**Circuit's** 156:22

**circulate** 186:12

**circulated** 188:12 190:9

**circumstances** 80:11 107:22



**citizen** 84:13,21

**clarification** 41:11,16 101:23
106:18 213:2,11 217:23

**clarify** 29:4 41:4 74:6

**clarifying** 35:5 162:15

**Claritin** 11:4

**clarity** 149:19

**class** 207:19

**classified** 201:8

**classify** 201:23

**clean** 18:24 19:3 88:12

**clear** 9:3,5 23:18 56:5 67:3 86:17
99:4 100:23 101:24 107:11 170:18
173:2 176:17

**clerk** 24:2,4,9,10,12 25:20 32:16
58:11 67:18,19,21 104:11 106:2
174:8 199:4 200:5

**clerk's** 32:15 77:19,23 78:6,22

**clerks** 24:20,21 25:2,4,12 31:21
43:5 58:1 66:22 75:21 143:9

**client** 155:5

**clock** 130:2,15,16,18,20,24 203:21
205:1

**close** 16:20 63:14 79:4 81:1,4
111:19 165:11 189:8 200:25
218:13

**closed** 77:23

**closely** 160:13

**club** 21:15

**clue** 133:12

**code** 19:2 71:21 129:14 149:10
153:8 160:1,14 175:20 178:8,10
182:4 195:7 196:6,13 216:25
217:7,14

**codes** 217:19

**coffee** 9:10

**collaborate** 118:5

**colleague** 65:8 122:3

**colleagues** 95:2

**collect** 184:17 216:20

**collected** 184:10 186:2

**collective** 31:24

**Colleen** 76:19

**colloquially** 114:17

**colloquy** 178:16

**color** 59:9

**colored** 29:19

**colorful** 127:10

**Comal** 49:1

**combination** 179:20

**committee** 14:5 17:6,9,19,22,25
18:7 19:7,10 30:25 33:7 166:22
168:1,13 169:17 170:12 171:24
175:3 178:13

**committees** 166:17

**common** 113:18

**communicate** 24:17 75:4,15,17
168:7 171:23

**communicated** 75:14

**communicating** 206:13

**communication** 126:13 171:25
172:3,7 175:18

**communications** 117:12 128:21

**comparable** 142:24

**compare** 14:1,16 111:25

**compared** 214:13

**comparing** 22:1

**comparison** 12:4 22:24 123:25
134:9

**compile** 187:22

**complain** 211:10

**complaint** 211:13,18,20 213:3,4

**complaints** 171:13 200:16 201:2,
4 209:15 210:19,20 211:6,10,15
212:12,17 213:14,15,18,19

**complete** 9:1 36:23 42:18 58:8
76:2,12 107:8 151:3 176:11

**completed** 78:5,21

**completely** 11:9

**completing** 47:7

**compliance** 24:5 25:3

**complicated** 34:20 183:7

**compliments** 60:16

**comply** 61:25 129:14,22,24 209:1,
6,17

**composite** 110:24

**comprehensive** 35:9

**compromise** 218:3

**computer** 176:4

**computers** 176:6

**concentrated** 25:20

**concept** 207:7

**concern** 159:19 177:24

**concerned** 61:3 103:25 143:10,16
177:25

**concerns** 51:14 60:19 143:20,25
144:3,5 178:2

**concluded** 84:22 218:15

**conduct** 122:18,25 156:1 184:20
185:14

**conducted** 65:9 67:17 108:15
122:6

**conference** 185:22

**confidence** 208:1

**confine** 154:14 158:8 161:15,19

**confining** 151:22,25

**confirm** 42:21 63:10 69:1,6 70:20
71:6 73:9 77:25 149:20,21 150:6

**confirmation** 146:23

**confirmed** 143:24

**confirming** 43:3

**confuse** 174:4,19

**confused** 173:25

**confusion** 147:6

**connection** 37:3,22 38:3 199:14
208:25 209:5 212:17 213:21 214:3
216:8

**consciousness** 138:1



Keith Ingram

**considered** 30:19 40:3

**constitutional** 197:14

**constraints** 207:14

**contact** 215:21

**contacted** 200:2

**content** 127:21,22 189:9 198:10

**context** 22:10 88:17

**continue** 20:11,18 21:3 22:10 42:22 43:4 96:6 119:7 131:9

**continued** 152:25

**continuous** 20:21

**contrary** 159:14

**contribute** 22:6 117:19,25

**contributed** 21:21 116:18

**contributes** 118:11

**control** 120:15 133:15 181:13

**conveniently** 103:9

**conversation** 155:10 169:17 173:9 204:15

**conversations** 178:12,17

**convey** 29:24

**conveyed** 46:17

**convicted** 84:21 86:9

**Conviction** 84:17 86:5

**convinced** 184:6

**cool** 179:25

**coordinate** 96:11,13

**copy** 10:14 37:19 50:24 53:9 73:6 81:6 82:10 92:17 94:25 95:4,7,9 169:3 195:24

**correct** 10:5 19:16,18 25:14 29:6 34:22,25 41:6 43:1 45:4,11 46:13, 18,24 49:3,14 53:25 54:8 60:16 61:19 63:15 66:13 67:24 68:19,20 69:3,6,10 78:1,13 79:5 81:11 82:14,15 83:3 84:2 85:5,23 86:14, 25 87:17 88:19,24 90:24 91:9,20, 21,23 92:7 94:23 95:13 97:24 98:25 99:4,10,17,23 100:5,8 102:2, 12,14,15 105:9,10,15 107:15 109:8,16 115:2 120:10 129:11

130:17 131:2 132:19 138:12 139:13 151:4,14,17 152:2,6,7,19 153:1,4,20,25 154:1,4,8,9,24 156:2 161:21 162:19,24 166:14 179:11, 12 182:13 184:16 192:22 197:6,25 199:1

**corrected** 24:8 78:3

**correcting** 31:19 76:22 137:15

**correction** 31:17 32:23 206:19

**corrections** 77:10 79:14

**corrective** 31:18 32:14,21 34:10, 11 36:17 76:25 77:22,24 78:5,16, 19,21 79:2,18 80:2 191:1,3,5

**correctly** 191:7

**corresponds** 169:14

**cost** 210:9

**counsel** 7:24 11:14,18,20 12:22 192:10

**count** 176:24

**counted** 105:20 108:21 177:4 201:12 202:5

**counties** 21:25 24:6 25:1,13,16, 21,24,25 26:1,5 27:1,4,13 28:8,17, 23 29:2 30:15 36:1 68:7 118:12,24 119:2,6,7,10 120:13,16,18,24 121:3,10,13,16 125:24 126:13,15, 24 133:16 162:4,5 165:22 173:11 184:23 185:12 187:7 188:22 191:3, 18,23 192:17 194:1,5,22 201:15, 16,22 202:1,6,25 205:13,19 206:3, 8 209:23 215:4,5,7,8,13,17,21,25 216:5,23,24 217:6,14

**counting** 38:21

**counts** 105:18 155:13

**county** 13:10 25:15 26:17 43:5 45:13 46:9 49:1 59:5,9 67:8 68:14 75:14,18,21 78:2,18 83:17 84:20 95:6 105:1 106:14,15 108:11 118:1 124:12,13 125:9,22 127:2 130:7 132:4,6,8,9,23 136:13 143:14,15 148:5 156:9,16 158:21 163:13 164:8 168:1 169:4 174:24 180:6, 11,18,25 181:15,21,25 185:1,2 187:9,11 188:2,14,16,18,24,25 189:10,17,22 190:3,7,22 192:1,13 193:13 197:12,24 199:8,17 202:9, 10,12,19,20 203:1,13 204:4,9

209:20

**county's** 27:9

**couple** 11:22 22:9 49:18 56:4 189:19 199:2

**court** 7:11 8:18 85:1 133:8 152:11, 13,14 153:17,18

**court's** 153:7 156:13,20 157:7

**covered** 30:7

**covers** 147:14

**craft** 117:20

**crafts** 117:18

**crazy** 136:14 137:10

**create** 134:7

**created** 103:4 105:14

**creation** 14:10

**credit** 145:1

**crime** 84:16,17 85:25 86:4,5,13,15, 24

**criminal** 85:22 90:18,23 114:2

**critical** 175:23

**cross-check** 182:2

**cure** 129:11,13 130:12,17 131:7 132:24 204:1,19 205:6 206:15

**cured** 19:20 207:4

**curing** 24:16 204:8

**current** 13:19 31:21 39:17 40:1 52:22 57:9 63:20 96:21 97:20 182:24

**curve** 21:9,13

**cut** 88:11 180:14

**Cutting** 88:15

**cycle** 123:10 131:14 132:22

---

**D**

**Dallas** 199:17

**Dan** 7:8,13 29:4 92:10 150:2,13

**Das** 152:17,18

**dashboard** 78:2



**data** 115:11 138:8 184:10,17 202:22

**database** 165:9

**databases** 81:10

**date** 31:6,19,20 33:6,11 39:19 53:10 58:22 65:25 84:9,10 86:21 87:15 89:22,24 90:2 105:8 163:20 177:6,20 190:4 205:20 206:3,9 207:16 212:14

**dated** 39:20

**dates** 32:2

**daughter** 48:19,23

**daughter's** 50:3

**Davidson** 13:6,7 197:19 198:2,23 199:1

**day** 9:21 31:23 77:13,14 79:5,17 80:2 84:14 193:19,25

**days** 31:25 32:3 38:19 207:19

**deadline** 42:14 201:25 204:8

**deadlines** 207:25

**deal** 162:6

**dealing** 24:22

**Deayala** 180:5

**decade** 112:8

**deceased** 165:3,6

**December** 12:4 39:21 141:17

**decide** 74:24 160:12

**decided** 20:1 131:3 159:23

**decides** 56:8

**decision** 56:12 107:3 133:8 155:2,22 159:14

**decline** 116:14,19

**decrease** 118:7,11 119:25 121:19 124:4 128:24,25 141:5 142:9,11

**decreased** 124:15 137:21 142:14,16 201:4

**decreasing** 142:5

**deeded** 131:4

**defect** 129:19 138:12 204:6 206:16,20

**defects** 203:20,25 204:11 205:1,6,9

**Defendants** 7:21 218:12

**degree** 134:10 156:4

**Del** 7:10

**delay** 145:7

**delayed** 178:4

**delays** 205:3

**deliver** 32:22 78:5,20

**delivering** 78:15

**delivery** 205:3 207:15,16,18,20

**Dellheim** 7:15

**Deloitte** 210:6

**demanded** 170:18

**democratic** 111:1,12,15 197:13

**democrats** 110:22 197:16

**Department** 96:11 210:5

**Depends** 119:19 123:2 128:12 189:11

**deposed** 8:14

**deposition** 7:9 8:17,22 11:21 13:3 27:22 28:4 29:5,10 39:14 44:6 48:12 50:20 53:3 57:14 58:14 60:4 62:14 65:10,16 72:7 73:12 74:10 76:15 82:6 88:3 89:2 93:8,23 96:2 97:11 101:1 116:24 125:1 145:18 148:13 149:15 150:1 162:22 179:6 182:11 218:6,13,15

**deputy** 12:21

**describe** 34:5 48:18 49:19 60:10 204:25

**describes** 49:14 101:9

**designated** 13:22 74:7

**designed** 23:7 38:23 50:7 59:13

**detail** 122:5

**details** 13:11 86:10

**deter** 143:6

**determination** 69:25 115:1 128:20

**determine** 114:23,25

**determined** 84:25

**determining** 42:24 43:7 117:23

**develop** 115:17 117:13

**developed** 74:13,21

**device** 73:1 176:23

**difference** 84:6,7 85:16

**differential** 84:3

**difficult** 10:20 80:1 173:11

**digit** 54:17 63:12

**digits** 54:7

**DIR** 96:11

**direct** 18:15 22:8 57:25

**directed** 58:10 190:18

**directing** 43:12 151:10,11 154:16,17

**directions** 45:5

**directly** 143:13 144:4 162:6

**director** 14:20 38:16 74:13,21 112:9 132:21 155:23 166:1 182:15,18

**directs** 95:11

**disabilities** 51:16,19

**disagree** 83:6

**disagreement** 200:24

**disappointed** 160:7

**discovery** 11:25 12:1

**discuss** 13:7 95:2 149:1 184:23

**discussed** 18:8 24:6 59:4 71:13 74:9 80:24 92:8 98:24 100:11 107:1 111:20 120:7,8,12 144:3 149:1 194:1,7

**discussing** 14:12

**discussion** 16:6 103:13 106:22 187:15

**discussions** 11:20 15:24 16:2

**disenfranchised** 80:19

**disk** 176:25

**disputes** 201:2



**distribution** 155:17

**District** 7:11 152:14 153:7,18

**division** 14:20 16:21 17:1,19 35:7 38:17 146:1,5

**DL** 33:9 54:13 60:15 69:12 95:7,10 101:19 106:11 140:6 142:1,3 163:2

**doc** 217:22

**docket** 7:12

**document** 10:8,12 26:20 27:19, 21,25 39:13 42:8 44:5,22 48:11,15 50:19,23 53:2,6,13 57:13,17 58:13, 17 60:3,7 62:13,17 65:12,15,19 66:9,15 72:6 73:11 76:14,18 82:5,9 85:19 86:16 90:13 91:1 93:7,11,22 96:1,16 97:10 100:23,25 101:5 116:23 117:2 124:25 125:4 145:17, 21 146:1 148:12 149:14 186:19,21, 25 195:22 197:2

**documents** 11:23,24 12:24 28:3 90:8,16 169:12 191:18 195:6,13,15 196:5,11

**domestic** 62:19

**Donna** 13:5,12

**doubt** 115:4 186:20

**doubtful** 121:18

**DPS** 42:23 43:6 55:4 81:10 100:12, 15,18,19,20 101:14 102:2 103:5,6, 9 106:19 107:12 108:4,20 109:16

**drafted** 66:11,12 125:24 126:16

**drafting** 66:8 107:6 172:21

**drafts** 123:3

**drew** 29:22

**drive** 131:9 176:25

**driver's** 12:6 23:3,22 30:13 35:16, 23 36:3,12 37:2,21 38:1,8 40:10 41:5 43:13 44:14 45:12,14,19 46:12,20 48:24 52:1 54:11,18 55:14 56:22 59:17 63:12 66:23 69:4,23 71:7 73:22 74:4,16 76:22 77:2,11 81:6 83:12,21 84:1,11 85:10,12 86:19 87:12,15 90:8,9 91:2 92:18 95:4 97:2 98:3,9,20 100:3 101:10,15 102:9,13,16,18, 19,20 103:21,24 104:15 105:14 106:2,3,15,16,24 109:19,21 134:3, 6,17 135:16 136:4 138:13,25

139:11,18,22 141:12,23 162:18 163:11,18 165:10 174:14 208:12

**drugs** 10:19

**dry** 11:1

**due** 64:20 77:11,16 79:18 80:3 119:17,23 121:7 127:25 213:5

**duly** 7:1,4 107:21

**dummies** 61:8

**duties** 182:22 193:5

**duty** 64:3 65:3

**E**

**EA** 180:12 181:1

**ear** 170:13

**earlier** 148:19 154:13 162:21 163:23 165:8 182:11 188:20 194:16 203:19 207:6 208:8,9,11 213:3

**early** 24:2,3,8,10,11,20,21 25:2,4, 12,20 31:21 32:16,18 58:1,10 65:7 67:18,19,21 78:6,21 92:8 99:18 124:14 174:7 193:22,23,24 199:4, 13 200:4 201:22

**earned** 122:1

**easier** 105:23 138:11,12

**edition** 10:14

**educate** 65:6 124:11

**educating** 25:8 124:5 137:14

**education** 25:9 26:2 55:24 74:7 104:5 121:20,25 122:6,19,22,25 123:7 126:17 128:1,8,18

**educational** 35:11

**effect** 39:23 155:25 156:5 177:21 180:5

**effective** 122:6 177:6,20

**effectiveness** 122:11,15

**effort** 25:8,13 177:20

**efforts** 75:3 128:8,17 207:2 215:20

**elapsed** 206:15

**election** 7:9 10:14 12:5,25 15:21 16:2 19:2,15 20:21,23 21:22 25:7,

10,14 26:15,25 31:23,25 41:12 42:22 43:4,10,11,15 44:12,17 48:20 51:5,10 53:13 54:14,19 57:6 58:24 60:11 62:24 63:5,24 66:5 67:8 71:21 75:4,14,18,20 77:12 84:14 92:16 93:16 95:21 96:8 104:11 108:13 111:22 112:25 113:12,25 114:13 115:7,8 116:10 119:11,13 122:8 124:13 125:9 126:15,19 129:15 131:14,25 132:4, 6,9,22,23 133:3 138:16 143:9 149:10 152:9 153:8 155:25 158:21 160:1,14 161:6,9 164:23 166:4,12 178:8 180:7,8,10,18,25 181:15,21, 25 182:4 184:10,24 185:14,16,19 186:18 187:10,16,25 188:2,4 189:8 191:20 192:18,19,23 193:4,8,9,19, 25 194:3,14,15,22 195:7 196:6,13 197:15,17 199:14,15,20 200:4,13, 15,20,21,23 201:13,19 204:5,9,16 208:22 209:9,15 210:17,21 211:7, 12,15,16,18 212:10,12,18 213:21 214:4,13,14,25 216:9,10

**elections** 12:8 14:5,20 15:1,8 16:21 17:1,10,18,23 18:1,18 19:7, 10 20:21 30:25 33:7 35:7 37:5 38:17 57:20 74:13,21 108:23 112:1,9,11 115:14 120:22 132:22 143:3 145:25 146:1,4,5,8 155:23 166:1 168:13 175:16,17 177:3 181:16 184:19 189:5 194:4 197:1, 13,14 199:8

**electorate** 208:16

**electronic** 14:14 73:1 209:24

**electronically** 141:3 196:3,14 209:19,23 210:14

**elegantly** 156:19

**elements** 59:5,6

**eligible** 20:24 21:4 64:10,21 143:6 164:16

**eliminating** 184:2

**else's** 105:13

**email** 24:13 44:24 45:1,15 46:11 48:9,16,17,18 57:18 60:8 76:19,21 77:4 80:14 101:6,8 125:5,11 126:21 133:3 143:12 145:22,24,25 146:9,15 147:12,17 148:16,17 155:11 161:1,3 171:25 181:21 194:24 195:23 212:3



**emailed** 168:17

**emailing** 169:16

**emails** 12:10 79:22 145:12,13 168:20 211:23

**emphasize** 41:1

**employees** 164:4

**enact** 31:4

**enacted** 151:14

**enactment** 208:25 209:5

**enacts** 182:23

**encompass** 156:23

**encompasses** 157:15,25

**encountered** 184:24

**encourage** 104:8

**end** 10:1 32:3 65:12 78:6,22 141:15,16,17,18,19,20 142:1 148:7 169:6

**endeavor** 145:2

**ended** 177:25

**ending** 151:7

**engage** 170:1,4

**engaged** 25:2,13

**engineers** 210:2

**English** 62:2

**enrolled** 149:20,21 150:6

**ensure** 108:21

**enter** 200:5 205:19 206:3,8 215:12, 18

**entered** 159:16 160:17 206:21 215:4,23

**entering** 215:5,7,9,14,15,22

**Entero** 7:10

**entries** 213:14

**envelope** 22:14 24:6,9 29:22 30:5, 7 42:1 50:16,25 51:2,9,25 52:23,25 53:7,8 60:21,23 70:12 75:5 76:23 99:1,5,6 114:19 118:14,20,23 119:2,8,10,18,23 134:18,21 137:8

**envelopes** 119:5 120:20 121:9

**equipment** 209:5,8,18,21,22 210:2

**ERIC** 13:25 14:13,18 183:2,3

**error** 45:7,21 135:3 136:6

**errors** 21:20 136:17

**escalated** 199:19

**essentially** 167:5

**establish** 38:6

**establishing** 37:23 38:4

**et al** 7:19

**Ethan** 7:20 11:22 12:19

**ethnicity** 184:13

**evenly** 135:7

**event** 194:20

**events** 188:16

**everyday** 168:21

**evidence** 22:22 23:12

**exact** 91:7 167:1 212:23

**examination** 7:6 22:3 144:15 183:15

**examined** 7:5

**examples** 127:2

**excel** 196:25

**excellent** 61:2

**exception** 80:5,8 175:22

**exceptions** 80:6,10,12,15 175:20

**exchange** 14:7 60:8 101:6 179:10, 14 180:4

**exclude** 19:19,22

**excludes** 20:5

**exclusive** 99:25

**excuse** 8:24

**executive** 198:16

**exercising** 85:1

**exhibit** 27:20,22 39:12,14 44:4,6,9, 10,23 48:10,12 50:18,20 53:1,3 57:5,12,14 58:12,14 59:10 60:2,4 62:12,14 65:13,16 72:5,7,10 73:2, 4,6,12 76:13,15 82:4,6 93:6,8,20,

23 95:24 96:2,16 97:9,11,14 100:24 101:1 116:21,24 124:24 125:1 128:23 145:18 148:13 149:15 150:21 154:14 161:20

**exhibits** 184:5

**existing** 32:23 81:17 82:2 209:21 210:1

**expand** 209:18

**expansion** 210:1

**expect** 19:6 20:17 22:6 24:18 25:9 26:10 34:24 67:4,8 119:16,22 120:21,24 121:6 127:5,13,24 131:8 136:22 142:4,9 165:1 193:21

**expected** 20:10 129:6 207:18

**experience** 20:16 21:9,12,15 27:2 38:20,22 80:12 101:13 111:24 113:11 132:21

**experienced** 48:19 49:4,11,12

**expired** 102:13,22

**explained** 183:6

**explicit** 87:5,7

**exposure** 131:8

**expressing** 143:13 146:16

**extent** 7:23 108:16 110:18 120:7 155:6 213:4 218:2

**extra** 115:23

**eye** 178:18

**F**

**face** 177:7

**facial** 24:5

**fact** 21:15 47:17 55:18 100:15 102:6 105:23 108:4 131:13 157:20 179:16,22 180:11,13

**factors** 116:18

**facts** 157:24

**fail** 74:15 115:20

**failed** 129:11,23 130:25

**failure** 23:22 134:17 165:15

**fair** 15:5,14 44:3 146:15 151:8 152:8 153:6 159:1,18 164:14



166:2,16,20 168:17 170:8 171:24 172:2,9 203:1,15 207:24

**fall** 29:21 59:13 213:9

**false** 11:7 84:15 85:24 86:3,13,15 90:20,23

**familiar** 194:25

**family** 13:3 165:5

**Fannin** 28:23

**fault** 46:23 50:3,5,6 107:23 108:2

**favor** 33:24

**favors** 33:21

**fax** 195:23 196:14

**FCPA** 99:1

**federal** 11:6 84:17 86:5 115:6 133:8 153:3 162:17

**feedback** 118:4 128:19 172:10,14, 16 177:10,16 189:14 190:16,18,21, 22 191:1,8,10 192:9

**fellow** 148:3

**felon** 84:22

**felony** 84:21

**felt** 175:15

**fewer** 193:24

**field** 23:23 106:23 107:2 216:24 217:6

**fields** 69:19

**figure** 14:17 19:16 148:5 159:5 163:9

**figured** 155:16

**figures** 111:25

**file** 36:13,16,19,22,23 37:3,22 46:22 47:19 48:22,25 66:24 72:1, 18 76:2 98:4,5 100:4 102:19 103:5 106:4,11,12 138:15 163:12 208:13

**files** 36:4

**filing** 85:22

**fill** 30:10 56:3 59:22 72:16 76:4 98:11 104:16 109:25 141:3 183:4 185:8

**filters** 138:1

**final** 19:17 60:10 84:25 110:19 111:21 129:23 206:14

**finality** 206:17

**finally** 84:21 86:8 129:12

**find** 46:9 65:24 69:9 76:24 173:8 198:12 215:13

**fine** 9:15 50:13 84:18 86:6 145:10 185:11

**finish** 9:8,16

**finished** 98:14

**Fisher** 212:8

**fit** 34:7

**five-minute** 92:10

**fix** 31:20 32:1 47:17 75:24 76:7 91:5 204:12

**flap** 30:5,8 60:15

**fledged** 25:8 127:11

**flexes** 189:3

**flexibility** 24:15,21 33:4

**flipping** 145:4

**floor** 189:15

**flowing** 62:3

**flying** 177:2

**focus** 157:7

**Focusing** 211:6

**folks** 94:7,11,12 130:2 139:16 140:16 158:24 163:14 164:14

**follow** 162:22 171:13,14 179:5 195:23

**follow-up** 161:3

**forget** 185:4

**form** 15:10,17 19:24 21:10 23:24 25:22 26:6 30:2 32:14,21 33:2 35:10 36:6 37:6 38:10,23,25 39:1, 4,18,19,20,23,24 40:1,4,5,8,12,14, 17,18,20,24 41:4,9 42:2,15,25 43:12,17,23 44:10,14,15,18 45:19, 22,24 46:5,25 47:9,15 48:2 49:5, 15,21 50:9 52:3,16,20 54:20 55:8, 12 56:5,9,18,24 58:8,12,22 59:7, 22,25 61:6,12,14,16,20 62:21 63:15,16,18 64:12,23 67:6 69:16

70:22 73:22 75:9 76:25 77:23,25 78:5,11,16,20,21 79:2,4,6,15 80:20 81:3,15,21,23 82:3,18 83:3,4 85:14 87:1,11,18 88:25 91:10,24 92:6 93:15,19 94:1,6,15,17,18,25 95:3, 11,14 96:9 97:5 99:20 102:3 103:6 104:19 105:16 106:5 107:24 108:8 112:3,14 113:3 114:15 122:9 123:11 124:6 126:12 127:16 128:9 129:16,25 131:19 135:4,22 136:8, 25 139:4 142:6 146:19 151:16 152:5 153:10,24 154:7,19 156:14 157:4,18 158:7,13 160:4,15 161:12 162:8 163:1 164:18 170:15 175:1 180:19 181:2 185:18,20 187:3 190:8 193:10,17 194:22 195:8,15, 25 196:9 202:13 204:2 205:11 206:6,11 207:11 208:4 209:10 210:10 211:19,21,22 213:22 214:5, 15 216:11 217:2,9

**formal** 42:8 186:25

**format** 189:12

**formation** 172:21

**forms** 20:5 39:9 41:23 55:21,23,25 56:7 79:18 80:2 122:6,18 157:25 160:20,21 161:2 162:17 193:1 194:11,18 195:16

**forward** 15:8 20:11 96:8 142:5 145:5 160:3 169:9

**forwarded** 213:7

**found** 174:23 215:4

**FPCA** 32:24,25 33:2 62:10 63:4,10, 23 64:9,18,20 154:10 196:2

**fraction** 139:9

**fraud** 114:1

**fraudulent** 113:1,6 213:19,20 214:3,11

**free** 124:5,11

**Freeman** 7:7,8,13 8:1,6,8,13 12:17 15:13,25 21:18 26:3,9 27:19,24 29:7,12,13 30:11 36:10 37:12 38:13 39:5,12,16 40:16 41:10 42:20 43:20,24 44:4,8,19 45:23 47:6,13,24 48:8,14 49:8,24 50:18, 22 52:6,18 53:1,5 54:24 55:1,9 57:3,12,16 58:16 59:12 60:2,6 61:17,23 62:4,7,12,16 63:19 64:16 65:1,18 67:10 69:21 71:2 72:5,9,24



73:5,19 74:9,11 75:16 76:13,17
78:17 79:11,16,24 80:23 82:4,8,22,
24 83:1,8 85:20 87:6,19 88:10
91:14 92:4,12,14 93:6,10,25 95:18,
24 96:4,15 97:9,13 100:1 101:3,4
103:12,15 104:24 105:19 106:8
108:3,14 110:16,17 112:7,22 113:9
114:24 116:21 117:1 122:13
123:15 124:9,24 125:3 127:19
128:14 129:20 130:9 131:23 135:8
136:1,15 137:1 139:8 142:12
144:7,9 145:3,13

**frequently**  41:25 166:2 189:6

**friend**  101:12

**front**  10:15 32:3 53:9 95:23 179:24

**frustrated**  179:16,22 181:8

**full**  8:23,25 25:8 110:5 127:11
140:2 163:2,6,15 174:14

**fully**  10:23 51:15

**funding**  123:7

**fuse**  181:9

**future**  15:1,15 25:11 65:2 120:22
122:19 123:1 127:3,14 140:9

---

### G

**G-E-N-E-C-I-N**  8:4

**gains**  119:16,22

**Galveston**  75:22

**gaps**  183:4

**gave**  137:12 174:13,14

**gears**  38:14 50:15

**geist**  137:25

**Genecin**  8:3 183:12,14,16,21
185:24 190:1,5 193:14,20 195:11
196:4,10 202:17 204:13 205:15
206:7,18 207:23 208:10 209:13
210:18 213:10,12,25 214:8,18,22
216:18 217:5,12 218:5

**general**  7:9,24 11:18 12:4,8,21
19:15 21:22 25:7,14 42:21 43:3,11
48:20 51:4,9 53:12 57:6 62:23
63:4,24 64:5 75:4 77:12 80:16 81:2
92:16 93:16 111:22 115:15,17
116:16 117:15,21 120:23 122:8,15
132:2,19,25 133:18 137:22 138:16
141:9 142:25 180:7,25 184:9
186:18 197:16 199:15 204:5
208:22 209:9,15 210:17,20 212:10,
18 213:21 214:3,4,13,25 216:8,10

**General's**  114:6,11 213:7

**generally**  18:10 25:17 95:12
125:23 170:24

**gesture**  8:20

**give**  9:25 23:10 43:12 54:7,17 55:3
66:14 127:10 137:11 167:8,22
175:11 208:21

**giving**  11:7 22:2 23:16 84:15 85:24
86:3 165:23

**Glick**  176:16

**Gloria**  199:7

**goal**  26:1 39:3 80:13 166:25

**good**  14:8 29:1 38:15 62:4 104:9
110:12 116:16 127:22 136:16
164:15 178:16 180:11 183:20
214:19 215:10

**government**  86:16

**Great**  94:18 144:13 176:18

**greater**  122:4,25 142:20

**green**  29:19

**ground**  8:16 21:24 145:3

**grounds**  155:5

**group**  146:8 152:24 163:17 185:1,
3,15 187:8,9,11 188:24,25 189:10,
17,22 190:3,8,23 191:21 192:1,10,
13

**groups**  218:8

**grown**  207:14

**guarantee**  207:16

**guess**  69:11 187:13 189:5 207:24
212:13 214:10

**guessed**  16:7

**guidance**  66:3

**guide**  66:2 217:14

**guys**  175:21

---

### H

**half**  140:12,14 164:21,25 208:18

**hall**  169:17

**hallways**  168:23

**hand**  99:6 177:4 212:19

**handbook**  192:25

**handled**  162:3

**handouts**  127:9

**happen**  26:13 36:15 140:15 172:3,
5 189:6 203:24 204:7

**happened**  108:10 131:5 152:8,10,
11,12 158:15 159:1 187:16 188:4
199:25

**happening**  136:11

**happy**  73:5 160:8

**hard**  133:1 174:3 195:24 207:25

**hardest**  34:19 35:8

**harmonious**  19:2

**Harris**  168:1 169:4 180:6,10,18,25

**Hart**  13:5

**harvest**  12:5

**harvester**  104:22

**HAUL**  8:4

**HAVA**  162:16,23 163:2

**HB**  18:20 159:10 168:6

**HB2512**  163:3

**HB2515**  109:20

**head**  115:16,18 141:21 178:5
185:6

**hear**  61:6,8 89:5 133:2,16

**heard**  18:9 22:1 131:21 168:4
204:4

**hearing**  14:4 16:12,17 19:9 26:23
27:6,8 31:12 35:13 167:18 175:4
178:15 179:7,8

**hearings**  18:7,9 145:1 166:7,16

**hears**  118:3



**Hector** 46:9

**Heidi** 66:18

**held** 66:6 197:13

**helped** 131:25

**helpful** 19:5 27:10 29:15 30:19 51:24 52:7,8 55:22,23,24,25 178:23

**helping** 139:21 157:2

**helps** 36:23

**Hidalgo** 13:10 197:23 199:8

**hierarchy** 42:23 43:6 136:5

**higher** 110:23 111:15 115:19 143:1,3

**hint** 56:19

**hints** 55:22,23,24,25 56:9,10

**hire** 208:23 210:7,15

**his/her** 54:7

**historically** 112:17 186:15

**history** 176:15

**hits** 104:9

**hold** 93:20 103:5 188:16

**hole** 73:6 168:23

**holidays** 189:4

**home** 96:7

**hope** 145:7

**hoping** 100:23

**hotline** 209:14 210:20,22,24 211:1

**hound** 52:15

**hour** 50:11

**hours** 80:4,14

**house** 14:5 16:12,15 17:6,10,20, 23,24 18:16,17 19:7,10 30:24 33:7 34:16 164:11 216:13

**Houston** 28:22 183:22

**How's** 185:9

**HP** 172:15

**hungry** 127:21

**Hunker** 7:20 11:17 12:16 15:10,17

19:24 21:10 23:24 25:22 26:6 29:4, 9 30:2 36:6 37:6 38:10 39:1 40:12 41:9 42:15 43:17,23 44:15 45:22 46:25 47:9 48:2 49:5,21 52:3,9 54:20 55:5 56:24 59:7 61:14,20 63:16 64:12,23 67:6 69:16 70:22 73:3,8 74:6 75:9 78:11 79:6,15,19 80:20 82:18 83:4 85:14 87:1,18 88:5 91:10,24 92:10 95:14 96:9 97:5 99:20 104:19 105:16 106:5 107:24 108:8 110:11,14 112:3,14 113:3 114:15 122:9 123:11 124:6 127:16 128:9 129:16,25 131:19 135:4,22 136:8,25 139:4 142:6 149:19,23 153:10 154:19 155:4 157:4,18 158:13 160:4,15 164:18 170:15 178:25 180:19 181:2 185:20 193:10,17 195:8,25 196:9 202:13 204:2 205:11 206:6,11 207:11 208:4 209:10 210:10 213:2, 22 214:5,15,20 216:11 217:2,9,23 218:8

---

**I**

---

**ID** 37:9,13,14,17,18 54:19 55:4 57:23 78:14 81:7 90:11 92:18,19 93:13 94:3 101:10,11,16,20 102:1, 3,18,25 103:5,6,22,23 106:19 107:3,12 108:5,20 109:4,16 126:4, 5,9,10,17 127:2 130:13 133:4,5,11 147:12 165:16 199:18 200:3

**idea** 29:3 80:22 112:5 115:15,18 119:9 124:16 143:8 148:2,4 173:4 181:6 196:22 205:7 208:8

**ideas** 122:21 170:9

**identification** 27:23 30:4 39:15 41:13 42:3 43:14,15 44:7 48:13 50:21 53:4 54:13,14,19 57:15 58:15 60:5 62:15 65:17 68:19 72:8 73:13 76:11,16 82:7 93:9,24 96:3 97:12 98:25 101:2,14 103:18 116:25 125:2 145:19 148:14 149:16 174:17

**identified** 69:8 147:10

**identifies** 43:8

**identify** 36:9 42:25 44:12 47:11 53:20 126:23 145:21 148:16

**identity** 37:23 38:4,6 70:20 97:15, 22 105:2

**image** 73:1

**imagine** 106:13

**immediately** 15:22

**impact** 18:11,15 155:21

**impairments** 51:23

**impersonation** 112:1,6 114:9,14 115:1

**impetus** 14:2,10

**implement** 34:20 35:8 132:7 160:24 174:5

**implementation** 14:25 15:6,16 16:3 20:12 33:19 34:9 35:1

**implemented** 34:15 156:17 158:5

**imply** 157:16

**important** 8:19 11:8 56:2 117:23

**impression** 101:20 165:23

**imprisonment** 84:18 86:6

**improve** 20:11 191:2,4

**improvement** 25:19

**improvements** 15:15,20

**in-filling** 109:19

**in-person** 154:7 160:22 161:25 165:2

**incapacitated** 85:2,3 86:9

**incarceration** 84:23

**incident** 13:9 197:23 198:4,15,18 199:3,17,23

**incidents** 114:14

**include** 30:13 41:15,17,24 56:22 60:15 120:18 121:3,5,16 123:4 151:16 156:25 157:1 192:25 216:24 217:6

**included** 27:14 28:8,18 46:16 120:1 148:2,6 153:21

**includes** 54:2,5 74:8 76:8 83:7

**including** 12:8 40:23 44:13 56:9 59:17 67:11,12 84:23 201:14

**inclusion** 121:7

**inconsistent** 101:18



**incorporated** 151:25

**incorporates** 103:1

**incorrect** 78:14 93:13 94:15

**increase** 24:25 30:23 52:14

**increased** 124:15 207:17

**increases** 21:16

**indicating** 92:17

**indication** 81:14,21 92:23 97:1,7 98:7

**indicator** 14:8

**indistinguishable** 159:25

**individual** 7:21 29:5 105:12 166:17

**individuals** 64:21 100:16 108:5 112:11

**influx** 140:6

**inform** 40:9,18 55:14 59:16 63:10 66:23 72:13,16 78:4 95:3

**information** 14:14 23:15 27:5 29:24 36:3 40:24 41:24 56:14 58:18 60:24 61:4,19,24 68:9 70:13, 18 71:3,6,24 72:17 74:14,17 75:7 76:2,22 78:9 79:1,3 81:10,16 82:14,17,20 83:3,7,10,25 84:3,4,15 85:5,9,11,18,23,24 86:3,13,16,21 87:7,13,16 89:14,25 90:3,21,24 91:3,4,7 92:16,25 96:7,12,24 97:3 99:24 102:8 103:8,10 105:3,5,7 106:3 109:7,25 117:17,19,25 118:3,5 120:1,13,19,25 130:13 131:1 138:10 140:8 147:1 148:2 165:22 171:5 175:19,24 188:17,18 197:9 202:24 203:17 205:16,20 210:5 215:4,6,9,11,14,16,18,22,23 216:1,19,21,22

**informed** 49:2 51:25 204:8

**informing** 55:19

**infrastructure** 175:23 218:2

**Ingram** 7:3,9 8:14 27:25 39:17 44:22 48:15 50:23 53:6 57:17 58:17 62:8,17 65:19 92:15 93:11 100:10 110:18 138:5 142:17 144:10,17 145:21 148:16 150:5,9, 19 171:4 173:6 179:3 183:20 187:6 192:16 214:23

**inherited** 163:5

**initial** 69:24 123:3 129:18

**initially** 172:17 195:22

**ink** 195:4

**input** 216:25 217:7

**inputted** 202:24

**inquiries** 181:21

**inquiry** 108:15

**insert** 28:12 120:25 121:3,11 176:5

**inserts** 27:9,14 29:14,17 30:12 59:5 120:8,11 121:17

**inside** 53:8

**instance** 71:4 204:4

**instances** 16:25 136:2

**instruct** 47:18,25 48:4 69:15

**instructed** 46:6 66:22 79:3

**instructing** 217:14

**instruction** 53:21 54:22 58:19 59:5,23

**instructions** 38:24 45:19 50:8 53:17,23 55:13,19 57:5,10 59:25 60:17,20 61:2,12 66:3 98:15,19 120:15

**integrate** 24:2

**integrity** 218:3

**intend** 8:1,5 10:15 120:18 127:1

**intended** 93:18

**intends** 8:6 65:8 122:18,24

**intention** 44:11 94:24

**interacting** 200:15

**interest** 50:4 124:21

**interim** 16:8,11,17,22 206:23,25

**internal** 185:18

**internally** 185:1,14 186:12

**internet** 145:25 146:9

**interpret** 133:16

**interpretation** 153:21 156:14,25 157:11 182:4

**interpreter** 156:8

**interpreting** 156:10

**interrogatories** 12:2 28:1

**interrogatory** 28:7,16

**intervene** 24:4

**introduce** 7:16 8:2

**introduced** 172:17

**introduction** 134:1 172:22

**invalidated** 154:6,12 160:1,13

**invalidating** 154:3

**investigator** 213:6

**involve** 155:9 172:7 191:20

**involvement** 172:20

**involving** 147:11 197:23 200:12

**irregularities** 171:13

**issue** 24:5 45:10 51:18,21 103:17 140:11 147:11 162:1 194:2,8 198:20,21,22,25

**issued** 40:4 54:3,6 100:12,15 102:1 107:11 108:4 109:11

**issues** 75:24,25 76:1,7,8 103:4 116:12 122:4 184:23 199:9,11 200:12,14

**items** 118:8 186:8,9,14,17,23 187:3

**iteration** 107:1,5

_____

J

**jail** 84:18 86:6

**January** 75:21 163:5 164:1

**job** 155:23 163:5 179:4 180:23 192:23 210:17

**Johnson** 57:19,22 148:18

**judge** 152:14 153:24 154:12,23 155:2,21 156:21 158:21 159:14,23 160:11,24 192:23 193:4,9 199:20 200:4

**Judge's** 161:14

**judges** 155:25 192:18 194:3,22



**judgment** 85:1

**July** 53:15 66:7 132:13,17 152:11
153:22 160:21 161:2 194:12,13,15

**June** 152:10,12 154:24 155:1
159:23 160:25

**jurisdiction** 85:1

---

**K**

**Kate** 212:7

**Kathleen** 7:20 11:17,22 12:18
72:25

**keeping** 31:2

**Keith** 7:3,9 150:9,19 171:4 181:6

**Kemper** 192:6

**key** 176:4

**kicked** 177:5

**kill** 175:17 177:3

**kind** 10:19 21:20 33:1 40:22 74:22
135:3 149:9 161:17 170:23 173:12
189:7 198:10 209:5

**kinds** 26:14 36:24 51:15,22
191:17,19

**kinks** 34:12,13

**knew** 100:14 141:16

**knowable** 205:8,13,14

**knowing** 215:8

**knowledge** 8:24 15:6,15 16:18,19
27:13 43:25 72:20 96:5 100:22
104:10 106:23 111:24 112:24
113:11 122:5,14 128:15 143:5
196:5 204:21 217:18

**Kristi** 13:5

---

**L**

**L-U-P-E** 7:19

**La** 7:10

**labor** 156:12

**lack** 54:18 55:4 140:23

**lacked** 36:2

**language** 19:3 33:8,9 43:12 44:13
55:19 62:25 86:24 91:8 151:9,17,
18,22 152:1 153:16 154:3,6,11,12
155:2 157:14,20,23 159:13,24,25
160:2,12 161:14 166:18,21 167:4,
10,13,18,22 174:16 175:9 178:6

**laptop** 93:21

**LAR** 123:13

**large** 25:12,15 121:2 140:5

**largely** 162:3

**larger** 25:16 26:4

**late** 20:8 116:6 201:7,8,12,14,16
202:5 203:25 205:4,6

**latest** 194:16

**laugh** 150:2

**laughing** 150:13

**law** 14:15 24:3 31:21 34:16 40:14,
15,17,20 41:8,12,20 43:19,21
44:18 50:10 52:5,11,21,24 54:23
55:8,16,17,22 56:7,10,15,18 57:1,2
59:21 61:10,16,19 63:13,15,18
66:5 68:17 70:11 84:17 85:22 86:5
126:9,10 132:7 133:9 151:19
162:11 174:5 176:14 200:3

**laws** 10:14 12:25 119:19

**lawsuit** 41:21,22 178:20

**lawyers** 22:17 155:19

**LDF** 8:4 183:21

**lead** 23:2 194:2 218:3

**League** 183:22

**learn** 21:5,6 124:23 129:24 131:11
155:1 188:7

**learned** 155:18 187:20

**learning** 21:9,13 22:5 23:1,20

**leave** 14:13 32:15 73:5 171:21
185:7

**led** 108:6 114:8 179:14

**left** 204:19

**left-hand** 73:15

**leg** 16:9

**legal** 14:15 182:4 202:1

**legislation** 14:13 16:5 31:5 33:17
168:15,19,24 169:22,24 177:15
182:23 183:1

**legislative** 7:22 119:20,21 159:7,
12 171:15 176:15 189:3

**legislator** 17:2,5 26:16 31:4 123:6
159:19 166:22 167:21 170:19
173:10 177:18

**legislators** 7:22 27:6 166:18
167:3,11,15,19 170:23 171:18,24
172:10 173:3 175:13

**legislature** 16:8,10,23 17:2,18
44:1 46:18 56:11,17,19 128:13
144:23 166:3 179:24 182:23

**legislature's** 44:11

**Lena** 192:5

**length** 216:5

**lessons** 187:20

**lessor** 142:20

**letters** 146:13 211:24 212:3

**level** 22:24 124:12

**levels** 123:10

**license** 12:6 23:3,22 30:13 35:16,
23 36:3,12 37:2,21 38:1,8 40:10
41:5 43:14 44:14 45:12,14,20
46:13,21 48:24 54:11,18 55:15
56:22 59:17 63:12 66:24 69:4,23
71:7 73:23 74:4,17 76:22 77:2,11
81:7 83:12,21 84:1,11 85:10,12
86:19 87:12,16 90:9 91:3 92:18
95:4 97:2 98:3,9,20 100:3 101:11,
15 102:10,11,13,17,18,19,20
103:22,25 104:16 105:14 106:2,3,
16,24 109:19,21 134:3,6,17 135:16
136:4 138:14,25 139:11,18,22
141:12,23 146:19 162:18 163:11,
18 165:10 174:15 208:12

**life** 13:10

**lifetime** 100:17 101:25

**lifetimes** 108:6 109:12

**light** 131:7

**likelihood** 50:8

**limit** 15:4 158:11

**limitation** 156:11



**limitations** 61:10

**limited** 68:14 156:16

**lines** 14:1,16 145:12

**link** 72:22 73:17,24

**list** 36:24 57:25 130:7 155:18
185:5,9 186:23 187:3 188:7,9
191:15,23 194:11,18 215:25 216:3

**listed** 106:24 107:13 109:16
189:20

**litigation** 12:14 26:21 57:8 152:15,
22 202:11

**live** 83:12,18,19

**lived** 164:10

**local** 43:4 47:18 66:22 68:7 69:15,
22 83:11 104:11 120:2,18 125:13,
19 127:8,22 131:25 133:19,23
134:20 135:3,21 136:7,17,24

**locally** 124:12

**location** 200:6

**locations** 193:23,24

**log** 73:18 74:16 98:13 176:10,13,
18 211:12,14,15,18 212:5,6,9,14,
23 213:3,13

**log-in** 31:1,6 71:13,16,20,23 72:20
109:24

**logged** 176:4

**logger** 176:4

**logging** 98:17,19

**logs** 109:25 140:22 176:9,10 213:4

**long** 34:17 38:16 102:23 139:25
163:3 164:15 174:22 178:22 206:1

**longer** 16:1 74:13 103:18 127:6,15
207:17,22

**looked** 12:6 30:9 198:12

**loop** 16:20 63:14 128:19

**losing** 183:3

**lost** 43:2

**lot** 27:16 28:20,22,23 29:2 61:7,9
84:6,9 88:21 89:13,19,24 116:6
119:2 123:22 124:22 137:10
138:20,21,22 143:3 177:14 193:24
207:22 212:25 213:1

**lots** 76:5 130:6

**loud** 150:13 180:3

**low** 180:13

**lower** 111:7 143:1

**lunch** 144:11

**LUPE** 7:18 144:18

---

**M**

**made** 29:14 33:9 51:4 53:12,15
56:5,11 58:24 62:23 79:21,22
107:3 109:23 114:22,23 140:3
161:12 169:23 175:4,6 194:21
207:2 213:14 214:2

**mail** 12:7,12 14:25 15:7 19:11,17
20:2,10,24 21:3,7,17 22:7 23:19
26:11,24 27:9,10,14 28:9,18 31:9,
20,22 32:13,21 34:11,16,18 36:5
37:11,15 38:7 39:8,18 45:6,8
46:15,16 47:20 50:16 51:9,25
58:21 61:4,25 65:21,23 67:16,20
70:14,15,19 71:13 76:3,6 90:5 92:2
93:13,20 94:3,6,10,25 95:3,9 99:6,
12 103:2 107:19,20 108:6,16
109:14 110:19 112:1,5,10,19,25
113:7,12 114:5,8,14 115:16 116:14
117:14,20 118:7,11 119:17,22
120:1,15,19 121:7,8,20 123:1
124:14,21 127:25 129:1 130:6
131:4,18 133:21 134:2 135:1
136:3,23 137:20 138:6 140:14
141:5 142:21 143:7,10,21 144:4
147:17 149:3 151:4 152:1 154:8
156:6 160:22 161:25 164:13,16,23
165:14 173:20,21 174:18 195:20,
22 201:11,14,16,18 203:7,8,9,21
204:8 207:19 208:2,6 215:2,15
216:6 217:1,20

**mail-in** 203:2

**mailed** 203:9

**maintain** 209:14 210:20 211:14

**maintenance** 36:24

**make** 10:19 11:2,4 19:2 24:24 25:6
29:9 30:21 34:22 35:1,3 39:7 50:15
52:16 56:12 62:9 69:7 78:13 92:21
101:24 109:7 111:18 137:6 138:11
140:9 145:5 148:9 149:5,11 169:21
170:18 173:11 175:2 176:17 177:3

180:14 184:5 194:21 206:13

**makes** 56:18 80:8 88:15 183:2

**making** 10:25 36:22 180:17

**MALDEF** 144:19

**Mallika** 152:17,18

**manage** 126:24

**management** 97:15,22

**manager** 13:21 182:17

**Mandatory** 10:18

**maneuvered** 175:10

**manner** 9:5 62:3

**manual** 12:25 217:19

**manuals** 217:16,24

**map** 55:22 61:16 63:18

**March** 14:5,6 17:13 19:7,9,10
26:23 27:8 30:25 33:7 35:13
123:17 132:1,18 137:21 141:8
143:5 179:6,8 182:8

**mark** 27:19 39:12 44:4 48:10 50:18
57:12 60:2 62:12 65:12 72:5 76:13
81:25 93:6 95:24 97:9 100:24
116:21 124:24 145:15,16 148:11,
25 149:6,13 151:12 154:17

**marked** 27:22 39:14 44:6,10,23
48:12 50:20 53:3 57:14 58:14 60:4
62:14 65:16 72:7 73:12 76:15 82:6
93:8,23 96:2 97:11 101:1 116:24
125:1 145:18 148:13 149:15
165:15

**marking** 151:11 154:16 156:24
158:8

**Martin** 48:18 49:14

**Martin's** 48:19,23 50:3

**Martinez** 66:18,19

**Marvins** 101:7,9

**mass** 12:10 125:5 161:1 194:24

**match** 23:22 32:1 94:13,14,16
113:22,23 114:21 165:1,4 174:25

**matched** 134:13

**matches** 22:14 134:19 135:16

**matching** 36:24



**material** 35:11 127:10

**materials** 28:9 47:20 108:7,17 133:14 192:17,23 193:3,9 217:24

**matter** 7:10,14 8:15 52:8 183:5 200:7,8 212:22

**matters** 8:24 67:13 68:16 70:9

**maximize** 50:7

**means** 22:18 41:14 74:3 75:6 82:21 103:20 137:18 145:3 168:8 195:4 206:14 207:18

**meant** 37:18 179:22 210:14

**measure** 23:8

**mechanism** 141:2

**media** 122:1 123:16,25 124:5,11 127:9 176:20,21

**medication** 10:19

**meet** 11:22 32:3 105:23 183:25 185:13 189:1 208:8

**meeting** 75:19,20 185:22,25 186:4,6,10 187:7,10,11,15,23 188:6,22,23 189:9,12,20 190:7,9, 11,14 191:8,25 204:7

**meetings** 108:13 184:21 188:14, 15 189:16 192:13

**meets** 42:25

**member** 108:11 158:9

**members** 64:4 183:4 185:2

**memo** 198:10

**mentally** 85:2 86:9

**mention** 165:13

**mentioned** 117:9 147:4 153:22 158:25 162:21 164:20 177:9,17,19 179:10 182:6,11 199:4

**mentioning** 179:8

**mentions** 147:16

**message** 52:15 96:14

**met** 71:12,16 75:21 100:10 144:22 183:23

**method** 216:15

**mic** 190:19

**Mickey** 101:7

**mid-term** 143:3

**middle** 9:16

**midnight** 77:18,20

**Mike** 7:15

**military** 62:19 63:11 64:4 65:3

**million** 141:23,24 163:6 208:21

**mind** 9:22 41:2 159:16 160:17 163:9 167:5 170:9,10 171:8 177:13 190:20

**minute** 50:12 144:7

**minutes** 186:4

**misapplication** 133:18,23,25 134:20 135:21

**mischaracterize** 180:2

**mischaracterized** 190:15

**mischaracterizing** 179:17

**misleading** 11:7 49:15,20

**mismatch** 114:6,17

**mismatched** 24:11

**mismatches** 114:8,14

**missed** 24:10

**missing** 72:16 77:2,10 78:13 81:16 82:17 83:3,10 93:13

**mistake** 134:14 180:15

**misunderstand** 104:1

**mix** 119:12,14

**mobility** 157:8

**modifed** 216:14

**modification** 18:16

**modified** 53:15 151:2 152:5 153:23 154:7

**modifies** 18:18 150:23

**modify** 18:11

**moment** 103:12

**Monday** 78:23 204:20

**money** 123:3,4 128:12 210:13

**Montgomery** 146:11,12,14

**months** 38:19 201:15

**morning** 196:16 197:18 202:9

**mother** 45:5,12 49:12

**mother's** 164:11

**mouthful** 168:2

**move** 142:16 164:8 165:5

**moved** 177:15

**movement** 141:7

**moving** 96:8 142:5 159:6,12 168:6

**multiple** 88:5 100:15 107:12 108:5,20 109:11 129:22,24 130:12

**mute** 8:9

**mutually** 99:25

**N**

**NAACP** 8:4 183:21

**names** 196:20

**narrow** 153:13

**nature** 198:21

**navigate** 157:2

**necessarily** 11:4 20:18 24:15 130:14 158:10 163:22 174:25

**needed** 30:9 42:5,6 119:14 158:23 200:3 204:10

**news** 124:13 127:8,22

**newspapers** 125:13,19 127:5,13

**Nina** 7:18 144:18 149:19

**nines** 163:6

**non-responsive** 47:23 48:7 54:25 82:25

**nonetheless** 45:6 130:25

**normal** 143:3,18,19 200:19,21

**North** 197:23

**Northern** 13:10

**note** 186:24 187:4 198:10

**notes** 186:6 187:22 188:3,10,11 191:25 192:4,13

**notice** 31:24 72:3 78:19 93:12,19



94:2,5 129:19 130:18,20,24 146:25
147:3,25 157:14 201:24 203:20,25
204:6,10 205:1,6,9 206:16,20
208:7,9

**noticed** 146:13

**notices** 208:1

**notification** 206:9

**notifies** 165:6

**notify** 207:3

**notion** 20:9

**notwithstanding** 180:6

**November** 15:22 21:21 25:14
26:17,25 77:5,7,11,14 78:23 80:16
81:2 93:16 94:19 120:23 124:1,17
132:1,19,25 133:18,22 137:22
138:6 141:8 142:18,21 143:7,11,16
164:23 180:7 194:13,15 197:17
199:14,15 200:13 201:3 204:5

**NPR** 117:3

**number** 20:10 22:14,15 23:4,6,7,9,
22,23 24:11 30:5,13,14 35:16,17
36:3,13 37:2,3,13,16,17,21,22
38:2,3,8 40:10,11 41:5,6,13,14
42:3 43:6,14,15 45:12,15,20 46:3,
5,7,13,21 47:2,5,11,15,19 48:24,25
52:1,2 54:8,11,18,19 55:15 56:22
59:18 63:12 64:5 69:4,12,23,24
70:12,24 71:4,7,8 73:23 74:4,17
77:2 80:24 83:13,21,22 84:1,2,11
85:10,12 86:20 87:12,13,16 90:9,
10,12 91:3,17 92:1,19 93:14 94:3
97:3 98:3,4,6,9,20,21,24 100:3,4,
12,22 101:11,14,19,20,21 102:2,
13,17,20 103:5,6,17,18,23,25
104:12 105:14,15 106:2,4,12,16
107:3,12,14,16 109:3,4,16 134:3,6,
12,13,17,18,21,22 135:2,10,16,17
136:4,11,14 137:9,10,13 138:25
139:1,11,12,18,20,22 140:15,17,
19,23 141:5,8,12,13,16 142:24
146:20 147:12 159:8 162:18,24
164:6,15,22,24 165:10,13,14,16,
18,19 173:18,22,23,25 174:6,9,11,
16,20,23 201:4,20,21 203:2,12
208:13 212:19,23

**numbers** 12:6 23:3 35:23,24 37:4
40:19 41:17 42:24 45:13 48:21
51:6 52:12,14,17 53:24 54:3,7,10
63:25 68:19 69:3,9 70:14,19 72:23

73:18,25 77:11 78:1,14 94:22
98:13,25 99:11 100:15 101:21
104:8 106:19,24 107:12 108:5,20
109:11,19,21,22 110:7,8 117:22,23
130:13 136:7,19,24 137:16 138:10,
14,19,22 139:7 140:13,24 141:21
142:5,9,15 148:7 159:11 163:12
164:25 174:2 216:21

---

**O**

**oath** 11:6 39:10 51:7 53:18 62:25
88:2 150:23 151:3,9,16 152:1
153:24 155:3 158:7 159:24 160:21
161:2,4,7

**object** 54:24 72:25 82:24 155:4

**objection** 15:10,17 19:24 21:10
23:24 25:22 26:6 30:2 36:6 37:6
38:10 39:1 40:12 41:9 42:15 43:17,
23 44:15 45:22 46:25 47:9,23 48:2,
7 49:5,21 52:3,9 54:20 55:5 56:24
59:7 61:14,20 63:16 64:12,23 67:6
69:16 70:22 75:9 78:11 79:6,15,19
80:20 82:18 83:4 85:14 87:1,18
91:10,24 95:14 96:9 97:5 99:20
104:19 105:16 106:5 107:24 108:8
112:3,14 113:3 114:15 122:9
123:11 124:6 127:16 128:9 129:16,
25 131:19 135:4,22 136:8,25 139:4
142:6 153:10 154:19 157:4,18
158:13 160:4,15 164:18 170:15
180:19 181:2 185:20 193:10,17
195:8,25 196:9 202:13 204:2
205:11 206:6,11 207:11 208:4
209:10 210:10 213:22 214:5,15
216:11 217:2,9

**objective** 23:8

**obligation** 14:16 56:6

**observing** 21:25

**obsolete** 19:3

**obtain** 8:22

**obtained** 192:9

**OCA** 152:25 153:25 159:15

**Occasionally** 169:1 172:6

**occur** 80:6,7 83:20 124:21

**occurred** 80:16 114:2

**occurrence** 168:21

**October** 198:5

**odd** 185:11

**Oehlschlager** 45:2,4 46:20 49:4,
10

**Oehlschlager's** 45:11

**off-line** 68:7

**offending** 161:14

**offer** 126:14 156:6

**offered** 125:17,24 166:20 175:12
176:16

**offering** 58:1

**office** 7:24 13:5,16 26:16 28:14
29:11 32:15,20 33:12,21,24 34:6
35:7 38:17 39:6 40:3,22 41:23
42:22 43:4 49:10 50:15 51:7,14
57:4,20,25 58:7 61:11 62:9 65:9,23
70:4 71:19 75:14,17 77:6,19,23
78:4,6,22 79:2 80:1 83:11,16,17
101:7 103:3,16 104:2,6 108:23,25
109:19 114:6,11 122:7,17,24 128:6
133:12 143:22 144:2,3 145:22
148:18 150:19 151:15 159:1
160:24 162:6 164:5 167:6 169:13,
19,24 175:19 181:12 184:20,22
190:13 191:9,25 198:17 199:10,21
200:1 201:1 202:19 205:3,14
207:7,10,13 208:23 209:1,4,14
210:19 213:8,20 214:2 215:20
216:9 217:13,18

**office's** 26:1 33:18 34:8,13 35:2
79:12 189:21

**offices** 170:20

**official** 52:16 133:3 135:3 136:3,7
158:22

**officially** 33:24

**officials** 47:18 67:8 69:15,22
75:14,18 120:2,18 125:9 126:20
127:2 131:25 132:6,23 133:19,23
134:20 135:21 136:17,24 143:14,
15 161:10 181:25 200:15,23

**offset** 22:4

**omitted** 41:25

**op-eds** 126:2,20,24 127:6,7,14

**open** 77:20 189:15 190:19 191:7

**opening** 16:10,23 17:2,5,17



**opinion** 125:12,18 153:7

**opinions** 8:23

**opportunities** 65:7 129:22,24

**opportunity** 21:5 129:14 130:12, 17,25 131:7 139:6

**opposed** 29:11 71:5 81:17

**opposite** 169:10

**optical** 176:25

**option** 32:17,18 55:20 59:17

**optional** 33:9 52:20 56:5,6,13,14, 16,21

**options** 99:8,9

**orange** 29:19

**order** 87:12 152:11,13,14 153:13, 17,24 154:2,23 156:13,18 157:7,9 160:25 161:14 192:22 193:4 209:1, 6 218:1

**Organization** 152:15,25

**organizational** 14:4

**original** 48:17 101:8 133:9 152:18 174:25 198:4

**originally** 174:1,12 178:6

**outline** 35:11 145:6 184:2

**outlines** 40:15,17

**overanalyzed** 134:12

**overcome** 23:11,12

**overlap** 21:2

**overseas** 62:19 63:11

**oversees** 62:19

**oversight** 27:17

**P**

**p.m.** 31:23 77:16,17 79:3 218:15

**package** 28:9,19

**packages** 27:9,15

**packet** 29:21 58:21 59:14

**packets** 192:17 194:3

**pad** 186:25 187:4

**pages** 65:14 70:8,9 145:4 197:1

**paid** 122:1

**paper** 141:3 195:5 210:15

**papers** 29:20

**paragraph** 49:18 53:23 54:2,5 60:10

**parcel** 134:11

**pardoned** 84:25

**parentheses** 56:14

**parole** 84:23

**part** 16:1 36:16 49:17 59:25 67:22, 25 68:23 69:10,24 88:11 92:21 109:20 118:12 126:17 128:11,18 134:11 137:14 147:6 163:4 171:11 173:17,18 182:22 190:11,14,16

**partial** 40:10 55:3,15 59:18

**partially** 85:2

**participate** 66:8

**participating** 188:5

**parties** 116:3 218:10

**parts** 197:2,3

**party** 13:6 115:24 116:1 168:1 197:19

**pass** 24:9 144:10 167:10 183:1,11 218:7

**passage** 112:2

**passed** 132:14 152:21 159:11 167:14,19

**passes** 14:15

**past** 15:8 20:15 74:20 100:21 125:24 126:1 144:22

**pausing** 145:4

**peers** 21:12 131:22

**pen** 195:4

**penal** 178:10

**penalized** 57:23

**penalties** 11:6

**penalty** 85:17,22 90:17,18,20,22

**pending** 9:15

**penetrate** 25:10,25

**people** 21:2 41:13,20 51:22 116:2 131:11 138:18 139:10 141:11 156:5 163:22 165:2,8 169:18 170:3,6 184:22 185:13,15,23,25 187:18,20 188:9 192:3 198:16,24 200:25 208:1,15 209:24 210:3,7 211:16,23

**people's** 138:1

**Perales** 7:18 47:23 48:7 144:11, 16,18 145:16,20 148:11,15 149:17, 21,24 150:4 153:15 154:22 155:8 157:12,21 158:19 160:10,19 165:7 171:1 178:22 179:2 180:22 183:10, 13 184:1,3

**percent** 19:14 100:8 110:24 111:11,23 112:10,16,24 113:11 115:5,7,13,14 140:12,14 164:21,25 165:23 208:18

**percentage** 208:15,16

**perfectly** 170:20

**perform** 193:4 210:7

**performed** 203:3

**period** 25:14 51:5,10 53:13 57:6 58:25 62:24 63:5 75:4 84:24 92:16, 24 122:8 124:15 138:16 139:25 163:14 202:2 206:15 212:9

**perjury** 84:16 85:17 86:4 87:11 90:15

**permeating** 137:24

**permissible** 41:15 161:24

**permit** 40:23

**permits** 102:12

**person** 20:2 32:1,22 36:9 37:10 42:17 78:6,21 99:7 102:21,22 113:17,19 131:5 146:15 164:7 184:1 192:3

**personal** 15:15 24:12 43:14 54:13 78:14 93:13

**personally** 70:3 114:12 171:3

**perspective** 43:11

**Pfluger** 60:11,13,16,19

**Pharr** 199:5



**phone** 73:9 80:14 105:2 172:6
187:13 211:17

**phones** 8:12 176:1 181:18

**photo** 126:5 133:4,5,11

**physically** 99:13,15 157:2

**pick** 16:5 33:10

**picture** 30:6

**piece** 102:8 125:12

**pieces** 50:24 125:18 205:16

**pipeline** 109:23

**Pitman** 152:14 153:25 154:12,23
155:2 159:23 160:11

**Pitman's** 155:22 156:21 159:14
160:24

**place** 22:12 23:8 24:23 33:4
110:12 125:12 126:20,24 133:5
150:25 156:1 157:3 164:11 175:7
187:12 193:7 201:6 204:15 216:14

**places** 176:1 177:10 193:25

**plaintiff** 152:19 218:8

**Plaintiffs** 7:18 8:4 144:19 183:22

**planned** 15:8

**planning** 15:21 16:2,6 191:12,13,
17 204:6

**plans** 40:1 52:22 57:9 63:20 65:2
74:14,21 128:6,15

**play** 164:2

**pleased** 14:6 179:15

**plenty** 40:25

**plug** 68:9

**plugged** 25:16

**point** 34:13 41:1 42:18 56:11 107:5
117:24 121:23 152:4 163:6 169:6
175:5 181:9 204:18

**pointing** 161:19

**points** 65:25 117:14,18,20

**policy** 80:13

**political** 116:3

**poll** 13:9 156:1 158:1,20 169:3
177:9 178:7,9 197:23 198:20,23

199:16,18,20 200:5,12,14,16,23
201:5 211:11,13

**polling** 150:24 156:1 157:3 176:1
177:10 193:7 200:5

**polls** 158:2

**popped** 178:5

**portal** 72:22 73:1,7,9

**portion** 149:25 165:3

**portions** 153:7

**pose** 58:7

**position** 22:21 120:4 166:1 179:4
181:17 182:14

**possibility** 30:16

**possibly** 163:13,23

**post** 143:22 144:2 205:3 207:7,10,
13

**potentially** 13:24

**Potter** 28:24

**power** 65:25

**practical** 64:8 173:12

**practice** 29:2 79:12 80:10,13

**practices** 67:15

**pre** 105:20

**pre-sb** 105:21 106:3 112:11

**preclude** 61:11

**predecessor** 159:10 172:11

**prefer** 194:16

**preference** 116:1,5

**preliminary** 24:20,22 25:3

**preparation** 28:4 196:17 197:10

**prepare** 11:21 16:21 18:6 202:19

**prepared** 202:21

**preparing** 15:21,23

**present** 12:18 84:11 190:14
192:14

**presentation** 65:20,22 66:21,22
70:10 169:3 190:12,17 191:12

**presentations** 66:3 189:22

**presented** 129:22

**preserved** 201:14

**presidential** 123:10

**pressing** 183:3

**presume** 20:25 114:13 133:14
177:22

**presumption** 22:11,16,18 134:1,8
135:7,9

**pretty** 39:9 178:16 201:22

**prevent** 55:18

**previous** 24:3 180:4

**previously** 59:4 80:24 85:4 98:24
120:9,12 121:3,17 125:14 128:7

**primaries** 110:22 115:20,21

**primarily** 110:20

**primary** 111:2,9,16 115:25 116:5,
10,15 119:3 123:17 132:1,18
137:21 141:8 152:9 161:25 197:14,
15

**print** 194:6,7,18

**printed** 65:25

**printout** 73:4 117:3

**prints** 59:10

**prior** 10:3 37:23 47:14 65:11
74:10,12 81:2 98:16,19 105:8
128:16 130:16 139:21 160:1
162:16,23 163:23 172:16,21
179:17 182:8

**privilege** 7:22 155:7 213:6,9

**probate** 85:1

**probation** 84:24

**problem** 24:16 46:2,3,8 48:18
49:3,9 60:10,13 76:3,5 101:9,13
146:17 204:12

**problematic** 160:14 175:15 199:6

**problems** 76:5 124:19 184:23
187:18 199:16

**procedure** 31:18 34:11 58:6
191:2,4,6

**procedures** 99:2

**proceed** 8:17



**process** 21:5 24:2 31:18 32:23 34:9,22 36:17 65:7 67:23 70:14,20 107:4 109:20 129:13 132:24 137:24 156:6 174:18

**processed** 147:8 213:8

**processing** 69:10 146:20

**procure** 84:15 86:3

**procurement** 107:4

**produce** 37:9,13,14 186:19 191:18 212:22

**produced** 12:13 26:20 186:18 187:1 189:23 192:15 197:3,7 202:10 212:10,14 213:4,5 217:18, 25

**produces** 78:1

**producing** 191:19

**production** 12:2 190:2 192:12

**Proft** 192:5

**program** 26:2

**project** 13:21,22,23,24 182:17 210:9

**projects** 13:21 182:7

**prominent** 96:14

**promise** 65:13

**promulgated** 41:23

**proof** 22:18

**propagate** 126:13

**propagates** 120:25

**properly** 69:8 184:7

**proposal** 122:21 128:12 171:3

**proposals** 167:14 168:24 170:2, 10 171:7

**proposed** 166:21 167:13

**proprietary** 175:23

**prosecution** 90:18,23 114:3

**prosecutions** 114:8

**protect** 181:12

**protective** 218:1

**provide** 8:25 40:9,19 46:5,6 52:1 53:24 55:14,18,20 60:24 61:24 63:11 74:14 81:9 85:11 93:18 107:14,16 123:6 126:2 138:25 146:25 162:17 165:16 167:2 172:14,16 173:12 174:17 177:10 185:5 188:8 216:1

**provided** 38:23 45:19 46:12,20 65:23 69:3 70:25 79:3 85:5,9,11 165:18 166:17 172:9 173:20 174:23 177:16 216:19

**providing** 38:3 61:11 85:9 90:23 139:11 147:11 182:3

**provision** 177:5

**provisional** 195:17

**provisions** 18:12 26:11 31:9 33:22 36:5 62:1 151:2 160:13 175:12,14 177:7,8 178:19

**public** 75:3,7 124:21 158:10 161:7 166:6,15 175:19 178:18 210:22

**publicly** 92:15

**publishing** 217:21

**Pueblo** 7:10

**pull** 27:5 68:10

**pulled** 29:22 71:6 203:17

**punishment** 84:22 181:11

**purchase** 119:4

**purport** 169:25

**purported** 170:17

**purpose** 8:22 36:4,12,20,25 43:16, 21 44:13,17 72:24 81:20,22 86:19 91:17 98:12 123:4

**purposes** 7:22 36:21 43:8 90:14 103:19

**put** 8:9 30:4,8,22 36:16 46:3 47:2 51:6 53:7 55:25 56:13,19,21 57:23 86:15 90:11 94:9,12 119:5 120:14 134:17 136:3 148:22 150:2 154:3 162:24 175:22 176:14 190:6 193:8 201:6 216:22 217:13

**puts** 134:21 136:12 203:1

**putting** 30:25 72:3

**Q**

**qualification** 156:8

**qualifications** 37:4 86:25

**quantifying** 123:21

**quantity** 122:25

**queries** 159:2

**question** 8:17 9:5,8,15 10:18 28:10 31:12 37:25 44:2,10 55:2 57:24 58:10 64:15 67:11,12 88:5, 12,14 89:8 95:6,8 100:18,19 103:20 108:22 109:1 112:23,24 113:16 114:10 121:4 122:2 133:1,3 155:6,15 157:10 158:17,20 159:6 162:15 170:25 178:5 191:6 193:12 194:6 202:15

**questions** 8:2,5,7,18 9:11 10:20, 23 11:8,11 12:1 33:19 41:19 48:5,6 58:7 65:11 67:2,9 71:11 88:3 89:4 104:21,25 145:6,8 149:2 150:9,15, 20 158:16 161:5,9,10,11,23 170:23 171:22 179:3 181:15 184:2,8 218:6,9,10,12

**quick** 8:16 62:5 65:10 92:10 178:23

**quickly** 45:1 80:2

**quiet** 145:8 184:1

**quiz** 111:4

**quote** 43:13 151:9 154:15

**R**

**race** 184:11

**raise** 60:19 187:18

**raised** 7:23 144:3 159:19,22 177:24 178:2

**ran** 130:18,24

**range** 157:15,16

**rarely** 168:20

**rate** 19:12 21:21 22:7 23:19 46:17 110:19,24 111:1,6,10,13,15,16,21, 25 112:5,16 142:13

**rates** 12:7,13 26:18 115:16 116:15 117:15,21 118:8 122:8 124:17 129:1 131:10 132:1 137:21 197:12

**re-ask** 145:6

**reach** 128:6,16



**reached** 128:7

**reaction** 180:24 181:5

**read** 84:19 86:7 88:25 133:14 151:10 154:16 187:5 218:14

**reading** 151:9 154:15 156:24 158:8 169:10 176:24

**real** 45:1 167:5 174:3

**realize** 10:3,4

**reason** 10:22 40:8 42:2 55:13 63:9 64:17,19 113:18 114:1 129:18 138:7 216:25 217:7,14,19

**reasons** 26:14,24 27:3 112:18 115:20,22,23 130:6 137:20

**rebuttable** 22:11 134:8 135:7,9

**rebuttal** 22:16,17 134:1

**recall** 19:12 100:10,14 126:11 169:11 178:12 179:7 185:5 199:13 201:9 203:21

**receipt** 213:14

**receive** 45:6,21 123:17 124:2 167:13 208:1 211:15

**received** 95:7 103:5 146:23,24 147:25 159:2 201:12,17,22,25 202:5 203:7,10 212:17 213:17,20

**recent** 12:1 28:2 65:22

**recently** 106:25

**receptive** 127:5,13

**recess** 62:6 92:13 110:15 144:8,14 179:1 214:21

**recollection** 10:16 28:8 29:8 154:25 169:19 200:11

**recommended** 31:9

**reconstruct** 206:24

**record** 8:16 9:22 10:5 11:13 22:15 29:5 37:24 38:2 46:4 47:3,4,12,15 49:25 64:1 71:1,5,25 74:18 75:7 80:25 81:17,24 82:2 83:11 88:13 91:4 92:3 94:4,8,10 95:17 97:4 98:10,13 101:11 103:10,12,14 104:13,16 105:6 106:20 107:17 109:8 110:16 117:9 134:7,22 136:12,14 140:13,25 144:17 149:19 150:14 163:19 164:6 165:4, 19 173:23 174:6,21,24 178:14

187:2 190:2 192:9 199:10 200:9 203:6 208:14 211:4,7,12,14,17 213:2 217:23

**recorded** 201:21 211:1

**recording** 8:18 23:14 177:9

**records** 98:22 109:22 141:23 164:22 201:1,11,13

**red** 41:24 42:3 51:6,15,18 118:19 119:2,5,6 177:7

**redact** 161:13

**redacted** 161:16

**redactions** 213:5

**redone** 42:7,10,12

**reduce** 131:25 140:3

**reduced** 214:12

**reducing** 27:10 119:17,22

**reduction** 23:19,21

**reductions** 22:6 23:2 121:7 127:25 128:5 136:23

**ref** 170:5,6

**refer** 114:2 169:24

**referee** 170:5

**reference** 115:24 149:7

**referrals** 213:6 214:2

**referring** 120:8

**refers** 54:11

**reflect** 190:2 213:13

**refresh** 10:16 28:8 29:7

**refreshing** 72:25

**refused** 199:19

**regard** 13:9 25:8 56:7 90:15,20 187:6,25 198:4 216:16

**register** 139:17,22 163:14 209:19

**registered** 85:4 86:18 107:21 109:10 112:12 146:24 147:22,23 148:8 156:9,16 163:11,23,25 164:5,12,15 174:1,12 208:19 209:25

**registering** 147:5

**registrant** 162:23

**registrants** 138:24

**registrar** 69:1 106:15

**registrars** 83:12

**registration** 14:14 22:15 36:4,19, 22 37:24 41:5,14 46:4 47:3,4 64:1 67:22 68:1,10,22,23 69:2,25 71:1 81:1,3,4,15,17 82:10 83:9,11,24 84:4,16 85:8,18 86:2,4,18,22 87:8, 14 88:18,20,23 89:10,12,15,17,21, 23 90:4 91:4,6,16 92:3,6,25 95:17, 22 97:4,25 98:10,21 104:7,12,16 107:17 109:7,22 121:8 128:17 138:15,18 139:7,12 146:18 147:25 148:1 163:4,8 164:2 173:19,23 174:10 175:1,9 195:14,16,18 208:14 209:23,24

**registrations** 14:1 163:1 210:13

**regular** 18:16 159:7 172:18,22 216:14

**reject** 22:22 70:21 87:3 113:7 137:7

**rejected** 19:19,22 20:8 35:14 42:10 46:10,12,15,22,23 60:14 63:24 64:4,9,20 75:5 93:12,19 94:2 107:15,17,22 108:17 109:15 114:5, 20,21 129:10,12 130:6 134:23 136:3,17 137:13 140:23 147:24 164:24 165:15,17 201:24 202:10 203:11,12 205:21

**rejecting** 136:13 137:8

**rejection** 12:7,13 19:12 21:21 22:7 23:18,19 24:20,22 26:18 27:10 42:13 46:16,17 50:2 70:15 76:6 94:5 108:6 110:19 111:21 112:16, 18 113:16,17,18 115:5,7,16 116:15 117:15,20 118:7 119:17,22 122:8 123:17 124:17 129:1,19,23 131:9 132:1 133:17 134:2,14,19,24 135:1,19,20 136:22 137:21 143:6, 11,17 144:4 197:12 201:24 206:4, 9,14 216:25 217:7

**rejections** 19:17 20:6,11 23:3,21 26:10,13,15,25 65:3 117:5 118:11 121:7,20 124:1 127:25 130:4,10,11 133:21 134:16 136:23 196:18 201:8 202:12,20 203:2 215:1 216:10,21 217:15,19



**related**  23:20 63:25 126:18 137:16
149:3 166:4 178:18 182:1 191:5
211:6

**relation**  136:18 137:17

**relevant**  189:24

**rely**  23:9 143:14

**relying**  143:22

**remainder**  218:6

**remains**  103:19

**remember**  8:11 9:20 10:8 13:11
16:11 32:5,7 66:18 72:3 132:11
141:21 143:2 160:24 161:5 167:17
169:2 178:15 196:15 198:8,9,14,
18,21,22,23,24,25 199:1,6,22,25
200:18 201:3

**remind**  11:5

**reminded**  30:9 60:22

**remove**  178:9

**removed**  178:7

**replace**  31:5 33:5 101:10

**replaced**  194:23

**replacement**  82:14

**replaces**  98:6

**replacing**  13:24

**report**  14:19 114:5 182:9,12
203:12 216:4

**reported**  165:21

**reporter**  8:18

**reporting**  124:16

**reports**  184:21 186:2 200:22

**represent**  7:14 39:18 73:3 144:18
183:21

**Representative**  14:7 178:15
179:11,17 180:1,5,9,14 181:5

**represented**  11:14 49:10

**representing**  7:21

**represents**  19:16 129:23

**republican**  13:6 111:6,16 168:1
197:14,19

**republicans**  110:23 197:16

**request**  12:2 26:17 38:7 66:23
82:14 122:20 128:12 187:2 190:2,
22 191:8 192:12 212:9,14

**requested**  79:1 172:12 182:6
190:22 218:1

**requests**  35:20 79:13 172:13

**require**  14:13 30:17 41:20 156:15
162:23 176:5 200:4 209:8 210:2

**required**  30:22 41:24 52:12,17
56:17 61:2 63:13,15 88:2 90:11,16
94:3,22 114:2,4,5 131:1 133:5,11
140:2 146:25 162:10 195:6 196:6,
14 201:5 203:6 205:19 206:3,8
216:13

**requirement**  23:4 70:12 92:19
105:24 133:25 134:9 135:15,17
162:17 176:21,22,23 202:1

**requirements**  14:25 15:7 18:18
31:6 35:15 42:4,25 63:25 64:6
71:13,16,20 76:11 122:19 123:1
124:19 126:4,5,21 127:2,6,14
129:2,15 131:9,18 132:7 133:4
134:4,11 135:2,10 138:4 176:14

**requiring**  41:19 152:12

**research**  15:3 182:7

**reserve**  218:5,12

**residence**  76:5 89:16,18 90:2
195:17

**resident**  84:20 86:8

**resident's**  31:1,5 33:5,11

**resolution**  213:17

**resolve**  177:18

**resolved**  178:3 199:9 200:7,8
213:15

**resource**  33:18 166:3

**Resources**  96:12 210:5

**respect**  8:24 20:22 21:19 31:9
36:2 37:1,20 61:25 130:11,23
172:10

**respond**  77:6 79:13,17 80:1,14
181:14

**responded**  26:16

**responding**  181:20

**response**  58:2 76:20 80:4 145:23
146:4 147:3,14 153:24

**responses**  79:21,25

**responsibility**  103:7 109:6,9
141:1

**rest**  29:20

**restate**  9:4

**restoration**  123:10

**result**  46:22 76:6 84:17 86:5
101:12 133:22 134:19 135:20
214:14

**resulted**  133:18,22

**results**  12:3 134:14

**retained**  99:18

**return**  99:6,13,15 118:12,22

**returned**  64:10

**review**  25:3 28:14 66:10 67:17
185:19

**reviewed**  11:23 12:3 28:4,10,11
66:11 148:1 154:13 196:17 197:10
213:1

**reviewing**  67:19

**reviews**  67:19

**revised**  161:1

**RFO**  107:7

**RFP**  107:7

**Richard**  7:15

**rid**  19:2

**Rights**  133:9

**rigid**  189:2

**rigorous**  22:3

**road**  55:22 61:16

**role**  13:16 14:3,11,19,24 33:18
34:8,13 35:2 181:14

**roles**  14:9,16 165:5 180:23

**room**  8:11 169:18 185:22

**rooms**  167:18

**rotary**  21:15

**roughly**  208:18 210:12



**rude** 211:11,13

**rule** 65:10 102:24

**rules** 8:16 59:24 208:20

**ruling** 76:10 156:20,22

**run** 11:4 83:12 96:12 108:23
159:14 189:5 203:12,21 205:2
216:4

**running** 130:16

**runoff** 39:6 50:14 62:8 111:9,12,
16,17 116:16

**runoffs** 197:15

**runs** 130:2,15,20

---

**S**

**safe** 130:5

**salary** 182:20

**Sam** 75:13 92:21 104:4 117:10,11,
16 118:2,6 122:2 127:11 137:23

**satisfaction** 177:18

**save** 150:8

**saved** 212:3

**SB** 14:25 15:6,16 16:3 18:12,15
20:12 22:12 23:4 24:3 25:3 26:11
27:10 31:10 34:2,3,20 35:8,15
36:5,11 40:23 42:3,25 43:8 62:1
63:25 64:5,20 75:6 76:1,10 80:19
92:19 102:12,24 103:19 105:8,14,
24 108:7 112:2 122:19 123:1
126:9,10 127:2 128:8 129:2,14,22
130:5,10,11 131:1,8,17 132:14,24
133:19,23 134:11,20 135:21 136:7
149:2,6 150:23 151:8,14 154:3
155:3 157:23 159:6,10,11,12,13,24
160:3,12 162:10 168:6,14,25
172:11,14,15 173:14 175:12,14,15
177:25 178:6 190:23 191:5 201:6
208:25 209:6,17 211:21,22 214:14
216:14

**scan** 176:25

**scenario** 104:3

**schedule** 189:3

**scheduled** 16:13

**school** 21:14

**scope** 153:18 155:22 159:17
160:18 161:24 162:12

**Scratch** 172:8

**screen** 183:12,18

**scribbled** 187:4

**scrutiny** 134:10

**sealed** 60:23

**search** 68:13 70:7

**searching** 177:13

**season** 95:21 96:8

**Seasonal** 10:25

**sec** 18:3

**secrecy** 53:7

**Secretary** 7:25 13:16 14:6 18:24
29:11 33:13 35:7 38:17 39:7 50:15
60:17 62:9 65:9 71:19 117:11
122:7,17 146:1,5 147:4,11 150:10,
18 151:15 152:5 153:23 167:6
173:5 179:14 182:5,15 190:12
191:9,24 215:1 216:9 217:13

**section** 149:18 150:22,23 159:13
214:14

**sections** 168:25 190:23

**security** 17:25 23:4,23 30:14
35:16,24 36:3,13 37:2,21 38:2
40:10 42:24 45:14 46:21 48:24
52:2 54:8,17 69:4,23 71:7 73:23
74:4,17 83:13,22 84:1 86:20 87:13,
16 90:9 91:3 97:3 98:4,9,21 100:4
105:13,15 107:14 134:3,6,18
135:17 138:14 139:1,12 141:12
162:24 168:1 174:15 208:13

**sees** 24:7

**selections** 16:12

**seminar** 66:5 75:22 132:4,5,9,16

**seminars** 133:13

**Senate** 16:13 17:7,20,23

**send** 31:21 32:20 33:1 76:21 77:4
99:5 116:2 143:21 169:7,9,12
171:6 191:22 194:24 201:24 204:6
208:8 211:12,23,24 212:1

**sending** 32:17,18 116:4

**sends** 31:24 32:16

**sense** 116:11 148:9 149:5 160:11

**sentence** 54:2,5,10 68:25

**sentences** 49:18

**separate** 68:21 134:5 135:9

**September** 177:6

**serve** 36:5,8,11,19 38:16 43:15

**served** 181:7

**serves** 36:21,24

**service** 207:15,20

**serving** 112:8

**session** 12:20 16:9 18:17 34:21,
23 119:20 159:8,12 168:5,6 172:18
173:5 182:24 216:14

**sessions** 12:19 159:7 177:15
179:23 189:4

**set** 12:1 20:23 28:2 35:9 59:24
67:14 68:16 70:9 80:11 179:3

**share** 59:6 138:5 142:15,17,21
187:20 217:22

**Sharpie** 161:16

**sheet** 33:1,3 58:19 59:6,23 62:10,
18 63:4,10,21 99:1,5 154:9

**sheriff's** 199:21 200:1

**shift** 24:19

**shifts** 22:18

**short** 110:11 180:15 181:9 207:25

**shorthand** 152:24

**shortly** 204:16

**show** 93:21 175:16 184:6 199:18
200:3 216:5

**shown** 190:3 197:9

**shows** 66:1 183:12 203:17 218:2

**shy** 143:13

**side** 73:15 117:17 137:25 171:6

**sides** 199:19

**sign** 76:4 113:20 158:7 218:14

**signature** 22:13,23 23:9,10,21
33:1,3 62:10,18 63:4,10,20 86:22



91:8 99:1,5 105:18,20,23 113:23
114:6,7,13,17 133:25 134:9 137:2
154:9 195:1,4,7 196:7

**signatures** 22:1,3,16,20 113:22
114:20 134:8,10,12 137:11,17

**signed** 84:2 90:16,17,22,25
112:19,21 113:8 114:19 150:7
196:6

**signing** 84:20 85:16 86:8 90:20

**signs** 193:6

**silence** 8:11

**similar** 60:20 61:11 127:14 136:16

**simply** 118:19

**single** 35:10,11 56:3 100:11
129:15

**sir** 10:17 11:12 66:16 69:11 72:15
87:24 88:3 89:2 91:13 117:7
183:24 193:7 197:4 200:10 205:22
212:11 214:11 217:17

**sit** 213:24

**site** 98:20

**sitting** 41:18

**situation** 173:8 207:25

**sixth** 77:13,14

**skipping** 145:8

**slide** 189:20 190:6

**slides** 189:21 190:3

**slightly** 86:23 87:4

**small** 19:1 59:13 139:9,20

**smaller** 25:20,24,25 29:20

**smooth** 35:1

**social** 23:4,23 30:13 33:9 35:16,24
36:3,13 37:2,21 38:2 40:10 42:24
45:14,20 46:13,21 48:24 52:2 54:8,
17 55:3,15 56:23 59:18 63:12 69:4,
23 71:7 73:23 74:4,17 83:13,21
84:1,11 86:20 87:13,16 90:9 91:3
97:3 98:3,9,21 100:4 105:15
107:14 134:3,6,18 135:17 138:14
139:1,12,18,23 141:12,24 142:2
162:19,24 163:2,10,19 165:9
174:15 208:12

**software** 210:2

**solicit** 189:14

**solicitation** 190:18

**solved** 175:24 176:19

**someone's** 105:2

**sort** 23:11 24:5 32:25 34:6 110:12
124:5 135:18 159:2 182:25 186:7
208:6 210:15

**sought** 159:20

**source** 167:10 175:20

**speak** 13:2 198:1

**speaking** 8:10 29:10 122:3 180:2,
17 198:14,24

**special** 13:21 16:9 17:25 81:19
158:10

**specific** 53:14 75:8 79:1 94:7
95:12 104:3 170:9 190:23 211:19,
21

**specifically** 65:4 75:12 104:12
118:15 126:16 157:13 165:17
179:13 190:17 211:6

**spending** 123:5

**spent** 210:12

**spoke** 13:15 197:19 207:6

**spread** 149:10

**spreadsheet** 12:7,12 196:25
197:10 203:16

**spreadsheets** 196:18,20

**SSN** 43:6,13 66:24 72:1,17 106:11
136:4,5 140:6 146:19 147:22

**stack** 148:24

**Stadnik** 76:20,21

**staff** 16:21 17:1,18 51:8 63:3 66:20
171:24 172:10 173:3,10 192:5
208:23 209:2

**staffs** 210:24

**stage** 107:4

**stages** 206:23,25

**standard** 58:6 114:18,20 156:15
169:8

**standardized** 31:19

**standing** 135:17 137:16

**Starr** 204:4,9

**start** 117:8 184:3,7 189:12,18

**starting** 22:20 118:10 151:7

**starts** 161:15,18

**state** 7:21,25 13:17 14:1,16 16:13
17:23 18:24 29:11 33:13 35:8
38:18 39:7 44:18 50:15 62:9 65:9
71:19 76:4 84:16 86:4 94:21 112:9
117:11 122:7,18 131:24 146:1,5
147:4,11 150:10 152:5 153:23
167:6 168:13 173:6 179:14 182:5,
15 184:10,16 215:1 218:12

**State's** 60:17 150:19 151:15
190:13 191:9,25 216:9 217:13

**stated** 66:25

**statement** 85:17 91:1 195:16

**statements** 84:19 86:7 90:15,19
180:17

**states** 7:14 53:23 217:25

**statewide** 19:11 20:10 35:14
112:25 113:12 114:13 115:6

**stating** 43:21

**statistically** 216:21

**statistics** 202:4

**status** 67:22 68:1,10,22,23 69:2,25
206:20

**statutory** 40:8 55:13 63:9

**stay** 182:21

**staying** 181:13

**steal** 104:23

**steps** 160:23

**Stewart** 7:16

**stick** 151:21

**sticker** 161:17

**stock** 119:3,4,12 161:12,13

**stopper** 175:16

**stories** 123:24 124:19,21

**story** 117:4,5 124:13 127:9



MAGNA
LEGAL SERVICES

**strange** 102:8

**street** 117:17

**stricken** 151:19

**strictly** 15:7

**strike** 42:10 54:4 64:18 69:14
94:25 105:11 113:23 128:24
142:14 151:18,21 153:16

**strongly** 30:20

**stuff** 90:6 193:6

**subject** 11:6 75:8

**submit** 38:7 48:23 73:4 77:22
79:2,4 81:1,3,6 85:7,8 86:13 91:19
92:17 102:13 103:17,24 104:2
109:4 115:24,25 127:1

**submits** 83:9,24 86:17,18

**submitted** 45:12 64:9,21 83:22
84:2,5 195:22

**submitting** 47:15,20 73:2 86:21
87:14 91:5,6 92:6 109:15

**subsequently** 78:10

**subset** 76:9,11

**substance** 11:19 155:7 161:11

**substantial** 121:6 127:24 128:4
136:22 140:9 141:7 142:4,8

**substantive** 33:21 58:1 168:15,18
170:2,10 171:7

**substantively** 162:12

**substitute** 170:12

**success** 30:23 52:15

**successful** 114:8

**successfully** 24:23 37:8 58:8
76:12 81:1 158:18 199:9

**succinct** 156:19

**suddenly** 184:3

**suffering** 207:13

**suggest** 27:18 30:12,16,21 31:4
34:1,14 35:2 52:11,12 67:25

**suggested** 19:1 30:20 31:13,16
32:4 40:22

**suggestion** 30:18 32:13 52:16
169:23

**suggestions** 34:6 168:18 169:21

**summary** 156:19

**summer** 12:11 16:6 75:22 160:20

**Sunday** 21:13

**supervision** 84:24

**supplement** 36:19,22 47:4

**supplemental** 28:9 183:5

**supplementation** 37:24

**supplements** 28:18

**supplied** 140:21 147:22 174:11

**supplies** 98:17

**supply** 47:5

**supposed** 23:10,17 70:24 130:17
134:7 136:12 202:3 215:18

**surprised** 160:3,6

**surrender** 101:19 102:9,10

**surrendered** 102:16,18

**surrenders** 103:22

**survey** 28:25

**Susan** 57:19 148:17

**Swanson** 14:8 179:11,17 180:1,9,
14 181:5

**swearing** 184:3

**switching** 38:14

**sworn** 7:2,5

**system** 13:25 14:14 35:17,24 68:7
134:13 137:13 139:1 140:24 163:4
164:2 175:18 176:23 182:2 183:5
218:4

**Szumanski** 7:20

---

**T**

**takes** 150:24 191:25 207:21

**taking** 36:18 125:21 160:24 186:6
204:15

**talk** 9:14,17 21:13,14 22:11 27:4
35:25 46:9 65:13 69:1 72:19 74:7,
22 75:13 104:4 128:3 131:12
137:10 148:18,23 168:14,15,23
170:12,19 185:25 189:11,19

210:23

**talked** 13:4,5,8 28:13 29:1 71:14
75:23 77:18 131:16 133:24 137:22
140:20 175:3 178:6 198:16 199:2,7
203:16

**talking** 10:2 24:15 68:18 70:11
72:2 93:3 117:14,18,20,24 127:8
135:12,25 146:20 147:14,15
157:23 169:15 176:9,17 177:7
191:16,17 206:16

**talks** 68:17

**targeted** 128:15

**task** 78:2

**tax** 175:4

**Taylor** 117:10,11,13 118:7,10,16
119:25 121:19 122:4 128:23,25

**Taylor's** 120:4

**TDL** 71:25 72:17

**teach** 132:6 162:7

**teaching** 162:7

**team** 38:9 68:6,7,12 69:10,18
71:25 72:18 74:18 75:7 76:2 80:25
81:10 94:8 100:4 102:19 103:8,18,
23 106:20,23 107:1,5,13 109:4,16
128:21 134:19,22 135:16 136:5
147:17 202:24 203:2,11,13,17
205:17,20 206:4,10,25 216:5,24
217:6,17,21,24 218:2

**TEAMS** 185:23

**technical** 34:9 210:3,7

**technically** 20:8

**technology** 184:5

**telephone** 24:13 172:3

**telling** 95:9 140:22

**tells** 176:11

**template** 125:25

**templates** 125:18,23 126:2,14
127:1

**temporarily** 107:18

**temporary** 208:23 210:15

**tendency** 29:21



**term** 84:23 194:25

**terms** 16:2 25:19 46:23 79:13 143:19 185:13 187:10 190:21

**testified** 7:5 17:1,6,15,19 33:12,15 166:2 179:7 197:2,18 201:7

**testify** 16:8 18:2,4 19:6,11 20:9 26:23 27:8 30:24 35:14 166:12 172:25

**testifying** 166:8,15

**testimony** 8:23 11:7 16:22 19:10 110:5 179:18 180:2 188:21 196:16, 17 197:11 201:9 203:22

**Texas** 7:11,24 10:14 12:25 13:6,16 14:5 16:8,10 17:2,5,6,7,17,19,20 19:12 20:24 25:24 37:4 38:17 40:9 41:4,12 43:13,14,15 44:14 51:24 52:1 54:11,13,18 55:14 59:17 63:12 64:10,21 69:23 71:7 75:19 81:14 84:10 87:13 92:6 95:4,21 97:2 98:3,8,20 100:3 109:11 112:1, 9 113:1 117:6 139:24 146:1,4,5 162:23 175:16,17 177:3 182:23 197:20 208:12,17,20 215:1 216:9

**texas.gov** 72:23 73:18 81:9 92:24 93:3 95:12 96:6,13 97:21 98:19 109:24 138:15 140:21 209:19

**texas.gov.** 73:17 74:8 95:17,23 96:17 97:16 98:1 99:11 138:18

**Texas.gov/ updateyourvoterregistrationre cord** 95:20

**text** 172:5

**texts** 212:1

**themself** 69:8

**theory** 105:11

**thing** 11:5 13:8 32:5,10 34:10,19 37:10 75:1 107:19,20 110:3 116:16 156:7 167:7 177:1,2 179:24 191:5 197:7 205:8 209:16

**things** 9:20 22:4 24:14 34:19 62:2 74:22 88:22 89:18,19 90:6 105:9 129:5 166:24 171:6 173:11 174:4 178:3 179:5 189:19 190:16 191:17, 19

**thinking** 72:22 97:18 149:24 150:2 173:25

**thinks** 56:19 160:9

**thought** 14:7 37:18 58:9 77:17 170:24 199:5

**thread** 43:2

**throat** 10:25

**thumb** 176:24

**thumbs** 103:23

**Thursday** 204:17

**tie** 174:16

**tied** 165:14 174:18

**time** 15:5 16:5 17:15 18:17 19:4,6 21:7,8 24:25 25:7 32:3 34:9,18,24 35:6 42:8 48:6 62:4 77:4,8 80:4 81:15 100:14 115:8,19 116:7 118:4 124:14 128:20 138:1,4,8,9 139:25 141:4 142:10 145:4 152:4 153:8 163:3,14 168:18 173:18 181:6 194:2 202:2 204:18 206:1,15 207:15,18,20 214:19 216:3

**times** 8:15 11:23 88:6 117:9 126:3, 10 168:4,7 199:3 207:15

**title** 13:19,20 168:2

**today** 7:15,23 8:7 11:14 12:25 13:3 71:14 78:7,22 183:25 196:17 203:19 207:6 208:11 213:24 214:1

**today's** 190:4

**told** 27:1 30:15 55:21 76:7 77:1 110:6,7 135:6 136:11 153:13 177:2 198:19 203:19

**top** 30:6 146:3 151:6 185:6

**topic** 16:7 74:9 183:8 189:13 190:19 191:8

**topics** 191:9

**total** 208:16

**totally** 85:2

**touching** 168:24

**track** 56:7,10 57:2 215:1 216:10

**tracked** 216:15,16

**tracker** 18:19 31:1 33:6 34:4 71:12,14,16,23 72:14,21 74:1,15, 16 78:15 99:10,17,24 100:2 138:11 206:21 216:23

**tracks** 54:22 56:18 160:12

**train** 67:3 137:4 175:17 191:18

**trainers** 185:17 192:6

**training** 22:8,11 65:8,11 66:14 67:25 136:24 158:11 169:3 201:5 217:24

**trainings** 22:9 131:24 181:25 217:16

**transcript** 185:8

**Travis** 28:12,21

**tread** 145:2

**trend** 20:15,17

**trepidation** 143:23

**trial** 218:13

**trip** 24:12

**trouble** 181:13

**true** 24:1 39:3 164:7 174:20

**trust** 144:2 207:10

**trusting** 207:7

**truthfully** 11:8

**Tuesday** 18:5

**turn** 19:9 28:6 44:9 48:9 68:15 70:8 131:15 149:18 150:21 182:22 183:18

**turned** 21:1

**turning** 67:13 117:8 184:19 210:19

**turnout** 142:25

**turns** 177:14

**tweaks** 19:1

**twist** 205:22,24

**twists** 177:14

**type** 27:14 32:10 51:18 57:23 213:6

**types** 136:17 143:19 157:16 169:11

**typical** 79:12 80:10

**typically** 68:5 80:11



## U

**U.S.** 7:10 84:13,20

**Uh-huh** 123:19

**Uh-uh** 176:2

**ultimately** 159:11 175:6,22 203:11

**understand** 8:20,21 9:1,4 10:20 11:9 22:20 37:25 45:10 51:20 52:19 55:11 59:23 64:14 80:9 84:14 85:24 86:3,12 128:16 132:24 149:9 156:21 171:17 178:19 191:7 193:21 205:25 206:2

**understanding** 45:15 68:4 69:13 108:10 192:16 193:15 215:17

**understood** 25:6 29:12 40:21 98:18 110:4 147:20 158:3,4 162:13,14 183:7

**undertake** 215:21

**undetermined** 181:19

**uniform** 34:22

**union** 7:10 156:13

**United** 7:14 217:25

**Unlike** 184:3

**unmuted** 183:17

**unquote** 151:12 154:18

**unsubstantial** 110:3

**unusual** 102:8

**up-to-date** 51:1 62:20 109:21

**upcoming** 191:16

**update** 80:25 82:1 92:25 94:24 95:5,16 96:6,18 97:2,23 98:3,8,12 103:7,10,22 138:9,18 209:22

**updated** 109:8 119:1

**updates** 65:11 118:12,22 119:17,23

**updating** 74:10 83:7 95:3

**upheld** 153:18

**Urban** 183:22

**usage** 217:17

## V

**valid** 44:12 103:19 143:25 144:5

**validate** 104:22 105:2

**validating** 153:7

**values** 98:17 110:1

**variety** 193:1

**vendor** 128:22 175:19 210:5

**vendors** 122:21 194:6,7,18

**venues** 31:14

**Vera** 167:14,19,24,25 168:7 169:2, 12,18 170:6 171:6,12,21,22

**verbiage** 167:1

**verify** 83:20

**versa** 109:5

**version** 51:1 62:20 93:15 119:8 149:20,22 160:1 184:25 209:24 213:3

**versus** 122:1

**vice** 109:4

**Victor** 8:3 183:11,13,21

**video** 166:11 177:9

**view** 80:11 158:3 159:20 167:6 207:9

**viewed** 200:24

**violated** 133:9 178:7

**violating** 178:9

**virus** 176:5,8

**visible** 156:5

**visit** 81:9

**visual** 51:23

**volume** 79:25

**voluntarily** 52:13 176:5

**volunteered** 169:5

**vote** 20:1,24 21:3,6,16 24:23 37:4, 8,9,11,15 42:9,17,19 78:14 85:3 99:7 102:19 104:22,23 131:4 139:21 140:1,3,14 141:4 143:7 146:24 147:5,22 148:9 157:9

158:18 162:16 163:11,14,25 164:5, 12,16 174:1,12 209:25

**voted** 21:3 165:2

**voter** 14:1,16 20:1 22:13,15,17 24:4,12,13,23 31:22,25 32:15,17, 19,25 34:17 36:2,4,9,12,18,22 37:20 38:3,4,6,24 41:5,14,16 42:12,17 43:1,8 46:4 47:3,4 48:5,6, 9 50:8 53:8,24 54:3,4,6,7,16,17 55:3,14,17,24 58:18 59:16 60:22 64:1 67:9,22 68:1,13 69:1,5,6,7,10, 24 70:7,20,25 71:4,9,10,25 72:22 73:1,7 74:7 75:7 78:4 79:1,4 80:18, 25 81:3,14,16 82:10 83:9,10,24 84:3,15 85:4,7,18 86:2,4,17,18,22 87:8,14 88:18,19,20,22,23 89:10, 12,15,17,21,23 90:4 91:2,4,6,16,19 92:2,6,17,25 95:9,16,22 97:3,25 98:4,5,10,12,21 99:4 100:12 101:11 102:1,25 103:7,10,21 104:7,10 105:6,11 106:1,13,15 107:11,17,21 109:3,6,7,8,22 112:12,19,20 113:8,13,21 114:1, 19,22,23 115:1 120:1,19 121:8,20, 25 122:6,18,21,25 126:9,10,17 127:25 128:7,16 129:10,13,23 130:13 134:9,21 136:3,12 138:15 139:12 141:1 147:6,13,24 150:15, 20,23,24 151:10,12,15 153:8,19 154:7,15,16,17 155:22 156:9,10,16 157:1,8,25 158:18,23 162:17,23 163:4,7 164:1,21 165:18 173:19, 20,22,23 174:9,12,23 175:9 182:1 195:14,16,17 203:9,10 204:11 206:9 207:3 208:14 209:24 210:13

**voter's** 37:4,23 67:2 89:11,13,16, 22 90:1 97:24 106:20 134:7 151:11 154:17 156:12

**voters** 20:19,22,23 21:1,4,16 24:16 26:4 29:15,25 30:12,19,21, 22 31:2 32:24 33:2 35:15,22 37:1 38:23 40:9,18 41:25 43:12 47:19 51:15,19,24,25 52:12,13 55:19 56:21 58:7 61:3 62:18 63:11,23 64:9,10,18,22 66:23 72:13 74:15 75:5,15,23 76:1 94:25 95:3,11 96:18 98:2,25 100:3,9 102:12 103:4,17 104:5 108:16,20,25 109:10,15 110:6,7 119:11 124:5, 11,18,23 127:11 128:2,7,16,24 129:1,6 130:20,23 131:15 138:6,9, 13 140:6,22 142:18 143:6,10,12,16 154:10 163:10 173:24 174:2,19



184:11,14 203:20 204:18 205:1,5,9
207:10 208:12,19 209:19,22
216:15,17,20

**votetexas.gov** 77:25 78:15

**votetexas.gov.** 72:12

**voting** 14:25 15:7 24:2,3,8,10,11,
20,21 25:2,4,12,20 31:9,21 32:15,
16,18 58:1,11 61:4 65:7 67:18,19,
21 70:14,19 78:6,22 99:18 124:14
133:5,9 147:12 156:1 157:15
161:25 174:7 175:18 193:22,23,24
199:4,13 200:4

**VUID** 41:6 148:7 174:10

--------

**W**

**wanted** 25:6 27:3 29:9 59:23 69:12
98:5 105:12 116:8 151:21 162:22
171:14 175:2 180:13

**watch** 166:11

**watcher** 13:10 169:3 178:7,9
197:23 198:20,23 199:18,20 200:5,
14 201:5

**watchers** 177:9 199:16 200:12,17,
23

**water** 9:11 11:3 169:25 170:17

**ways** 34:14 80:24 81:13 88:6 91:5
92:5 94:21 98:24 204:25

**web** 74:1

**Webex** 187:14

**webinars** 137:5 191:16

**website** 39:20,24 60:17 61:1,12,18
74:8,15 92:24 93:2 95:13 97:2 98:7
115:11 217:22

**Wednesday** 204:17

**week** 18:5 118:2 168:11,12,14
188:22,23 189:1

**weeks** 107:10

**weight** 23:10,16 137:12

**Weslaco** 199:5

**Western** 7:11

**wet** 194:25 195:7 196:7

**white** 59:11 161:16

**wife** 146:18

**wife's** 147:7 148:7

**withdraw** 14:18 214:24

**withdrawal** 183:2

**WOMR** 176:21

**wondering** 101:18

**wording** 173:17

**words** 49:23 162:11 188:21
205:23,25

**work** 9:18 13:22 34:14 114:12
117:13 137:14 140:16,18 167:5
170:6,22,24 184:5 203:13,14

**worked** 34:12 170:21 174:3

**worker** 158:21 211:11,13

**workers** 156:1 161:6 210:15

**working** 170:5

**works** 117:16 135:14 171:10
214:20

**world** 167:5

**worried** 150:14

**worse** 207:14

**wreck** 175:17

**write** 176:20,21

**writing** 211:20,22

**written** 176:25 186:2 199:10 200:9
211:4,7

**wrong** 46:8 47:7 188:21

**wrote** 45:4

--------

**Y**

**y'all** 175:20

**year** 65:12 66:4 71:12,17 84:18
86:6 126:15,16 132:5 141:17

**years** 22:9 38:19 102:21 133:4,13
179:23

**yellow** 186:24 187:4

**yes/no** 135:15

**Yup** 106:17

--------

**Z**

**Zena** 12:21

**zone** 112:18 115:6,14 116:9

**Zoom** 8:1,6,9 218:9,10

