```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3

    LA UNION DEL PUEBLO            )
 4  ENTERO, ET AL.,               )
                                  )
 5            Plaintiffs,         )
                                  ) Case No. 5:21-CV-844-XR
 6  vs.                           )
                                  )
 7  GREGORY W. ABBOTT, ET AL.,)
                                  )
 8            Defendants.         )
    _____)
 9  OCA-GREATER HOUSTON,          )
    ET AL.,                       )
10                                )
              Plaintiffs,         )
11                                ) Case No. 1:21-CV-780-XR
    vs.                           )
12                                )
    JANE NELSON, ET AL.,          )
13                                )
              Defendants.         )
14  _____)
    HOUSTON JUSTICE, ET AL.,      )
15                                )
              Plaintiffs,         )
16                                ) Case No. 5:21-CV-848-XR
    vs.                           )
17                                )
    GREGORY WAYNE ABBOTT,         )
18  ET AL.,                       )
                                  )
19            Defendants.         )
    _____)
20  LULAC TEXAS, ET AL.,          )
                                  )
21            Plaintiffs,         )
                                  ) Case No. 1:21-CV-0786-XR
22  vs.                           )
                                  )
23  JANE NELSON, ET AL.,          )
                                  )
24            Defendants.         )
    _____)
25  MI FAMILIA VOTA, ET AL.,      )
                                  )
```



```
 1            Plaintiffs,     )
                              )
 2   vs.                      )
                              ) Case No. 5:21-CV-0920-XR
 3   GREG ABBOTT, ET AL.,     )
                              )
 4            Defendants.     )
     _____)
 5   UNITED STATES OF AMERICA, )
                              )
 6            Plaintiff,      )
                              )
 7   vs.                      )
                              ) Case No. 5:21-CV-1085-XR
 8   THE STATE OF TEXAS,      )
     ET AL.,                  )
 9                            )
              Defendants.     )
10   _____)

11

12       *********************************

13       ORAL AND VIDEOTAPED DEPOSITION OF

14            JACQUELYN CALLANEN

15             FEBRUARY 28, 2023

16       *********************************

17

18            THE ORAL AND VIDEOTAPED DEPOSITION of

19   JACQUELYN CALLANEN, produced as a witness at the

20   instance of the Defendant, and duly sworn, was taken

21   in the above styled and numbered cause on Tuesday,

22   the 28th day of February, 2023 from 9:10 a.m. to

23   3:51 p.m., before PAMELA SUE PETERSON, Certified

24   Shorthand Reporter in and for the State of Texas,

25   reported by stenographic and computer-aided
```



1    transcription, at the Office of the Texas Attorney

2    General, Weston Centre, 112 East Pecan Street,

3    3rd Floor, San Antonio, Texas 78205, pursuant to the

4    Federal Rules of Civil Procedure and the provisions

5    stated on the record or attached hereto.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
1    APPEARANCES OF COUNSEL:

2    For Plaintiff HOUSTON JUSTICE, HOUSTON AREA URBAN
     LEAGUE, DELTA SIGMA BETA SORORITY, INC., THE ARC OF
3    TEXAS, MI FAMILIA VOTA, MARLA LOPEZ, MARLIN LOPEZ,
     PAUL RUTLEDGE, JEFFREY LAMAR CLEMENS:
4
     NAACP LEGAL DEFENSE FUND
5    BY:  VICTOR GENECIN, ESQUIRE
     40 Rector Street
6    5th floor
     New York, New York 10006
7    (929) 388-9246
     vgenecin@naacpldf.org
8

9    For Defendant GREGORY W. ABBOTT AND JANE NELSON, ET
     AL:
10
     KEN PAXTON, ATTORNEY GENERAL OF TEXAS
11   OFFICE OF THE ATTORNEY GENERAL
     BY:  DAVID BRYANT, ESQUIRE
12       KATHLEEN T. HUNKER, ESQUIRE (Via Zoom
     Videoconference)
13   P.O. Box 12548
     Austin, Texas 78711-2548
14   (512) 936-2275
     david.bryant@oag.texas.gov
15

16   For Defendant UNITED STATES OF AMERICA:

17   U.S. DEPARTMENT OF JUSTICE
     CIVIL RIGHTS DIVISION
18   BY:  DANA PAIKOWSKY, ESQUIRE
     Robert F. Kennedy Building
19   950 Pennsylvania Avenue NW
     Washington, District of Columbia 20530
20   (202) 353-5225
     dana.paikowsky@usdoj.gov
21

22

23

24

25
```



```
 1    APPEARANCES OF COUNSEL (Continued):

 2    For Witness JACQUELYN F. CALLANEN, CERA:

 3    JOE D. GONZALES, CRIMINAL DISTRICT ATTORNEY
      OFFICE OF BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY
 4    BY:  LISA V. CUBRIEL, ESQUIRE
      Paul Elizondo Tower
 5    101 West Nueva
      7th Floor
 6    San Antonio, Texas 78205-3030
      (210) 335-2142
 7    lisa.cubriel@bexar.org

 8
      Also Present:
 9
      JACQUELYN F. CALLANEN, CERA
10         Witness

11    JULIA R. LONGORIA (Via Zoom Videoconference)
           Mexican American Legal Defense and Educational
12         Fund, Inc.

13    CAROLINE LEBAL (Via Zoom Videoconference)
      NATALIE FELSEN (Via Zoom Videoconference)
14         Cooley, LLP
           On behalf of El Paso County Elections
15         Administrator Lisa Wise

16    MARINA EISNER (Via Zoom Videoconference)
           States United Democracy Center
17
      LOUIS J. CAPOZZI (Via Zoom Videoconference)
18         Jones Day
           On behalf of intervenors
19
      KEVIN ZHEN (Via Zoom Videoconference)
20         Fried, Frank, Harris, Shriver & Jacobson, LLP
           On behalf of LUPE Plaintiffs
21
      JOSEPHINE RAMIREZ SOLIS (Via Zoom Videoconference)
22         Office of Criminal District Attorney
           Hidalgo County
23         On behalf of Hidalgo County Elections
           Administrator
24
      GABE HODGE (Via Zoom Videoconference)
25         Observer
```



```
 1    APPEARANCES (Continued):

 2    BEN STOOL (Via Zoom Videoconference)
            Observer
 3
      TONY NELSON (Via Zoom Videoconference)
 4          Observer

 5    HEENA KEPADIA (Via Zoom Videoconference)
            Observer
 6
      ERIC NICHOLS (Via Zoom Videoconference)
 7          Observer

 8    DAVID FLORES
            Videographer
 9
      PAMELA SUE PETERSON
10          Certified Shorthand Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                        I N D E X

2                                                      PAGE

3  Appearances.......................................4

4  Index.............................................7

5  JACQUELYN F. CALLANEN, CERA
          Examination by Mr. Bryant.....................11
6          Examination by Ms. Paikowsky.................105
          Examination by Mr. Genecin...................145
7          Further Examination by Mr. Bryant............203

8  Witness Signature Page............................236

9  Reporter's Certificate............................238

10

11                      E X H I B I T S

12 Deposition                                          PAGE

13 Exhibit 1      State Defendants' Amended Notice      14
                  of Intent to Take Oral and
14                 Videotaped Deposition of the
                  Office of the Bexar County
15                 Elections Administrator, Pursuant
                  to Rule 30(b)(6)

16 Exhibit 2      Election Reconciliation –            90
                  Official Totals
17

18 Exhibit 3      Table of Ballots by Mail            205
                  Accepted/Ballots by Mail
19                 Rejected/% Rejected by County

20 Exhibit 3A     Table of Ballots by Mail            206
                  Accepted/Ballots by Mail
21                 Rejected/% Rejected by County

22 Exhibit 4      Texas Secretary of State            206
                  John B. Scott
23                 Election Advisory No. 2022-07

24 Exhibit 5      Texas Secretary of State            208
                  John B. Scott
25                 Election Advisory No. 2022-08



Jacquelyn Callanen                                    February 28, 2023
                                                            Page 8

```
 1                  E X H I B I T S (Continued)

 2    Deposition                                        PAGE

 3    Exhibit 6      Texas Secretary of State           210
                     John B. Scott
 4                   Election Advisory No. 2022-12

 5    Exhibit 7      Texas Secretary of State           212
                     John B. Scott
 6                   Election Advisory No. 2022-18

 7    Exhibit 8      Defendant Bexar County Election    214
                     Administrator Jacquelyn Callanen's
 8                   Responses to State Defendants'
                     First Requests for Admissions
 9                   and First Set of Interrogatories

10    Exhibit 9      Black and White Copy of             58
                     Insert
11
      Exhibit 10     Notice of Rejected Application      218
12                   for Ballot by Mail 1/2022

13    Exhibit 11     Notice of Rejected Application      220
                     for Ballot by Mail - Required
14                   Personal Identification Number
                     is not Associated with Your
15                   Voter Record - 1/2022

16    Exhibit 12     Poll Watcher's Guide               221
                     The State of Texas
17                   Issued by the
                     Secretary of State
18                   Elections Division

19    Exhibit 13     Color Copy of Insert               60

20    Exhibit 14     Bexar County Spreadsheet           125
                     of Mail Ballot Request List
21                   Requested Between 05/25/22
                     and 10/28/22
22
      Exhibit 15     Information of Person that         193
23                   Provided Transportation to
                     Seven or More Voters
24                   July 2022

25
```



Jacquelyn Callanen                                    February 28, 2023
                                                            Page 9

```
 1              E X H I B I T S (Continued)

 2   Deposition                                      PAGE

 3   Exhibit 16      Information of Person that        195
                     Provided Transportation to
 4                   Seven or More Voters for
                     Curbside Voting
 5                   January 2022

 6   Exhibit 17      Handbook for Election Judges      222
                     and Clerks - Qualifying
 7                   Voters on Election Day 2022

 8
                     INFORMATION REQUESTED
 9
                Page                            Line
10
                127                              14
11
                192                              11
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1          SAN ANTONIO, TEXAS, TUESDAY, FEBRUARY 28, 2023

 2                          9:10 A.M.

 3

 4          THE VIDEOGRAPHER:  Good morning.  We are

 5   now on the record.  This begins the deposition of

 6   Jacquelyn Callanen in the matter of La Union

 7   del Pueblo Entero, et al versus Gregory W. Abbot,

 8   et al in the United States District Court for the

 9   Western District of Texas, San Antonio Division,

10   Civil Action Number 521CV844XR.

11          Today is February 28, 2023, and the time is

12   9:10 a.m.  This deposition is being taken at

13   112 East Pecan at the request of the Defendant.  The

14   videographer is David Flores and the court reporter

15   is Pamela Peterson.  We are with Magna Legal

16   Services.  Will counsel and all parties present state

17   their appearances and whom they represent.

18          MS. CUBRIEL:  Lisa Cubriel on behalf of the

19   Bexar County Elections Administrator, Jacquelyn

20   Defendant.  I'm with the office of the Bexar County

21   Criminal District Attorney.

22          MS. CALLANEN:  I'm Jackie Callanen, Bexar

23   County elections administrator.

24          MR. BRYANT:  My name's David Bryant.  I am

25   one of the attorneys for the State Defendants in this
```



 1   case, and I'm with the Office of the Attorney General

 2   of Texas.

 3            MS. PAIKOWSKY:  My name is Dana Paikowsky

 4   and I represent the United States.  I'm with the

 5   United States Department of Justice.

 6            MR. GENECIN:  And I'm Victor Genecin and I

 7   represent Plaintiffs Houston Justice, Houston Area

 8   Urban League, Delta Sigma Beta Sorority,

 9   Incorporated, The Arc of Texas, Mi Familia Vota,

10   Marla Lopez, Marlin Lopez, Paul Rutledge and Jeffrey

11   Lamar Clemens.

12

13                 JACQUELYN CALLANEN,

14    having been first duly sworn, testified as follows:

15

16                    EXAMINATION

17   BY MR. BRYANT:

18       Q.   Miss Callanen, I know you're very

19   experienced at deposition procedures.  You've been

20   deposed previously two times in this case alone; is

21   that right?

22       A.   Yes, sir.

23       Q.   And about how many times overall have you

24   been deposed?

25       A.   Probably another four.  So, about six.



1      Q.   Okay.  You understand that you're under

2   oath just as if you were in a court of law as you

3   testify today?

4      A.   Yes, sir.

5      Q.   And I would ask that if at any time I ask

6   questions that -- that you don't fully understand,

7   will you please ask me to clarify it?  And I'll do my

8   best to do so.

9      A.   Thank you.

10      Q.   Okay.  Now, how long have you had your

11   current position as Bexar County elections

12   administrator?

13      A.   Since 2005.

14      Q.   Okay.  And in that capacity, did you have

15   responsibilities with respect to the general election

16   that occurred in November of 2022?

17      A.   Yes, sir.

18      Q.   Could you describe generally your

19   responsibility for that election.

20      A.   Again, as the elections administrator for a

21   county, we are charged with setting up the elections,

22   following the secretary of state's directions,

23   calendar, advisories, the Texas election code.

24           And what that means on the ground level is,

25   actually, our office does the entire election from



```
 1    the poll sites, training the election officers, the
 2    clerks, programming our election.  We print our own
 3    ballots in-house.  We contract with the entities.  We
 4    contract with the facilities, contract with
 5    transportation company to deliver all of the
 6    equipment, and then we are in charge with tabulation.
 7              And so, our election does not stop at the
 8    end of election night.  We go through the canvas.
 9    And so, it's a total package.
10        Q.   And approximately how many full-time
11    employees work under your overall supervision or
12    management?
13        A.   There are 20 of us.
14        Q.   And on election day, about how many people
15    are directly involved in the -- in the operation of
16    the -- the poles and the entire mechanism of the
17    election in Bexar County?
18        A.   Approximately 1,200.
19        Q.   Okay.  Now, today you're here as what's
20    referred to as a Rule 30(b)(6) witness.  Do you have
21    an understanding of what that means?
22        A.   No, sir.
23        Q.   Generally, as I understand it, you're
24    the -- you're the representative of Bexar County --
25        A.   Oh, okay.
```



```
 1        Q.    -- and therefore, you're not just
 2   testifying -- you're not testifying as an individual,
 3   but you're testifying on behalf of your organization.
 4        A.    Thank you for explaining.  Yes, sir.
 5        Q.    And could you tell me generally what you
 6   did to prepare for your deposition today.
 7        A.    Went back and reviewed numbers, just went
 8   back and -- procedures, numbers, policies that we
 9   had.  Again, November, while -- and that's going to
10   be the focus of this morning as it -- as it should
11   be, but please understand that we are already into
12   the next election, which is coming up as May 6th.
13             And so, a lot of our focus, again, since
14   December, has been moving forward because in a
15   perfect world, that phrase we all hate, you would
16   have six months to prepare.  So, we are deep into the
17   May election.
18             And so, I just had to go back and review
19   some of the things that had happened in November.
20             (Exhibit 1 was marked.)
21        Q.    BY MR. BRYANT:  Okay.  I'm going to hand
22   you what has been marked as Exhibit 1 to your
23   deposition.  I marked it JC3 so it would show that
24   it's your third deposition in this case.
25        A.    Okay.
```



```
 1        Q.   And I would note also that I did not
 2   include on your exhibit the cover page.  But --
 3             THE WITNESS:  Is this this one?
 4             MS. CUBRIEL:  (Nods head in an up-and-down
 5   motion.)
 6             MR. BRYANT:  -- there are copies for
 7   counsel down here that --
 8             THE WITNESS:  So, I'm okay?  Okay.
 9             MS. CUBRIEL:  (Nods head in an up-and-down
10   motion.)
11        Q.   BY MR. BRYANT:  -- I unfortunately ran out
12   of staples last night to properly secure.  But --
13             MS. PAIKOWSKY:  Is it just the deposition
14   notice?
15             MR. BRYANT:  Yes.
16             MS. PAIKOWSKY:  Okay.  Okay.
17             MR. BRYANT:  Yes.  And I figured you had
18   that on your own anyway.
19             THE WITNESS:  Yes, sir.
20        Q.   BY MR. BRYANT:  Okay.  And have you seen
21   that before?
22        A.   Yes, sir.
23        Q.   Okay.  There's a list in the -- toward the
24   back of the Exhibit 1 of various topics for
25   examination, and that phrase appears at the top of
```



1    the page.

2          A.   Yes, sir.

3          Q.   Did you review that in connection with

4    preparing for your deposition today?

5          A.   Absolutely.

6          Q.   Okay.

7          A.   Yes, sir.

8          Q.   Now, could you tell me whether you regard

9    the overall election process for the general election

10   in 2022 in Bexar County as having been relatively

11   successful.

12         A.   Absolutely.

13         Q.   And would you say that it was more

14   successful than the process that occurred in the

15   primary in -- earlier in 2022?

16         A.   Absolutely.

17         Q.   And was it more successful and smoother

18   than the general election in 2020?

19         A.   Yes, it was smaller.

20         Q.   Okay.  And in addition to being smaller,

21   would you say it was a smoother process with fewer

22   problems?

23         A.   Yes, sir.

24         Q.   Now, for the general election in 2022 in

25   Bexar County, did you have the same hours and days



1    for early voting as in the primaries for 2022?   Same

2    number of days?

3          A.   Yes.   Yes, sir.

4          Q.   Okay.   And did you have the same hours that

5    the early voting locations were open?

6          A.   Yes, sir.

7          Q.   Is that also true for when you compare

8    November 2022 to the general election in 2020?

9          A.   We had fewer in 2022, fewer hours.

10         Q.   And why was that?

11         A.   Because our commissioner's court ordered

12   that we have two days of extended early voting hours

13   where the poles were open until 10:00 p.m. and our

14   normal is to close at 8:00.

15         Q.   And you're describing what occurred in --

16         A.   For 2020.

17         Q.   In 2020.

18         A.   Yes, sir.

19         Q.   Thank you.   In November 2022 general

20   election, did you have the same hours for voting on

21   election day as you did in the March primaries?

22         A.   Yes, sir.

23         Q.   Did you have the same hours for voting on

24   election day in November 2022 as in November of 2020?

25         A.   Yes, sir.   Mandated by law, 7:00 to 7:00.



1      Q.   During the election day process in November

2   of 2022, did you have any problems that required you

3   to resupply polling places with ballots on election

4   day?

5      A.   Yes, sir.

6      Q.   Approximately how many times did that

7   occur?

8      A.   If -- if I may explain?

9      Q.   Please explain.

10      A.   Bexar County has vote centers.  And I know

11   you're familiar with those.  But for anyone else

12   who's listening, we moved vote centers in 2019.  And

13   a vote center is the exact same philosophy,

14   procedures, as early voting.  Which means that any

15   citizen, any voter, can go to any one of our 305

16   polls in the county.

17           And so, when you're preparing and assigning

18   ballots, the procedure we use is, you go to the last

19   like election and then you add 25 percent.  Well, our

20   last like election in 2018 we were not vote centers.

21   We were specific polling locations.

22           And so, when we looked at our history and

23   our numbers, that didn't quite translate to where we

24   were in our new methodology of allowing people to go

25   anywhere.  So, we upped the ballots as we sent out.



```
 1   But our procedure was in any election, because we're
 2   an ES&S company -- county, we supply our technicians,
 3   we hire a technician for every five sites on election
 4   day, rovers, and we assign them ballots.  So, they
 5   have them so they're able to distribute them if
 6   needed.  And that has worked very well with us.
 7              And so, we did have some poll sites.  No
 8   one ever ran out.  But our election officials tended
 9   to get a little nervous if we've given them 800
10   ballots and they saw they are getting down to a
11   hundred, they would ask for more.
12              And so, we were really blessed that that
13   methodology with our -- with our technicians through
14   the chain of custody being able to re-supply if
15   needed.  We did have some sites again, as I said,
16   that asked for ballots, but at no time did we have
17   anyone run out.
18        Q.   And therefore, is it correct that in
19   November of 2022, general election there was -- no
20   voters had to wait longer in order to get ballots
21   re-supplied?
22        A.   Correct.
23        Q.   Okay.  Were there any delayed openings for
24   any polling places in Bexar County on election day in
25   November 2022?
```



 1          A.    No.

 2          Q.    Were there any early or delayed closings of

 3     polling places in Bexar County on election day in

 4     November 2022?

 5          A.    Yes, we did have one poll site, UTSA,

 6     University of Texas San Antonio, their main campus.

 7     And --

 8          Q.    What occurred there?

 9          A.     -- they -- they had longer lines than

10     normal.  And when we did our After Action Report, is

11     what we call it when we spoke with the officials,

12     they -- the issue at UTSA was that, obviously,

13     students were voting there.  But as the students were

14     there in line, about 50 percent of the students did

15     not understand that because they were registered at

16     home, they needed to be registered in Bexar County.

17              So, the interaction between the voter and

18     the staff was much longer than in a normal poll where

19     you come in with your card, you're registered to

20     vote, we look you up, and you go.

21              And these interactions slowed the process

22     or grew the line, if we want to say that, from the

23     normal -- you know, normally they can get a person

24     through in 30 seconds.  Just, here you go.

25              But these interactions were taking five,



1   10 minutes per student because a lot of explaining

2   had to go on, a lot of checking had to go on.  And

3   so, that pushed it back.  And so, their poll site was

4   open until 10:00

5        Q.   Okay.  Were the students that required the

6   additional interaction ones that actually were

7   resident in other counties --

8        A.   Yes.

9        Q.    -- of Texas?

10        A.   Yes, sir.  I'm sorry I interrupted you.

11   Yes, sir.

12        Q.   And as a result of this additional time

13   that the process took, did -- was anyone unable to

14   vote who was entitled to vote?

15        A.   No, sir.

16        Q.   And did that polling place remain open

17   until 10:00 p.m. when all of the -- the voters who --

18   who were present had had an opportunity to vote if

19   they were eligible?

20        A.   Absolutely.

21        Q.   Okay.  Were there any other earlier delayed

22   closings of polling places in Bexar County on

23   election day in November 2022?

24        A.   No.  I mean, we had a number that they

25   actually had people and they finished voting at



1    8 o'clock, but that seems to be the norm.

2            Again, it seems to be human nature that

3    they will arrive at the poll at 6:00 or 6:30.

4    They're going to do it at the last minute, and that

5    creates a line.  And so, obviously, the law is if

6    you're on the property, or if you're in line at

7    7:00 p.m., then you're eligible to vote.

8            And the election officials will stay there

9    and process until it's finished.  And so, yes, we

10   still had some people being processed at, you know,

11   7:30, 8 o'clock.

12       Q.   To the best of your knowledge, did everyone

13   who was in line to vote by 7:00 p.m. on election day

14   in November 2022 and was otherwise eligible get a

15   chance to vote?

16       A.   Yes, sir.

17       Q.   Okay.  Did Bexar County have any

18   significant problems with wait times at any polling

19   places on election day in November of 2022?

20       A.   As I previously said, just the UTSA campus.

21       Q.   Okay.  Did voters have the ability to get

22   any information about wait times at polling places in

23   Bexar County online in November 2022?

24       A.   No, sir.  We don't have any program like

25   that.



Jacquelyn Callanen

February 28, 2023
Page 23

1     Q.   Okay.  Were there any significant problems

2   with the voting process on election day in November

3   2022 that we haven't already touched on?

4     A.   No, sir.

5     Q.   Did Bexar County make any changes in its

6   election day procedures between the first half of

7   2022 and the general election in 2022?

8     A.   For our in-person voting?

9     Q.   Yes.

10    A.   No, sir.

11    Q.   Did Bexar County experience any kind of

12  technology malfunctions with respect to its voting

13  technology on election day in November of 2022?

14    A.   Absolutely.

15    Q.   Okay.  Could you describe those.

16    A.   Again, previously, I had said how lessons

17  learned, that we've developed our procedure by having

18  technicians out in the field and being assigned to

19  five locations.  Because our -- our election sites

20  now, and with our election officials, we give them so

21  much technology, from electronic poll books, to

22  printers, to scanners, to say nothing of the election

23  equipment.

24          And so with anything, there's going to be

25  hiccups with anything.  Our poll sites, we



 1   historically assign eight express votes or -- or

 2   ballot markers where the voters can -- can vote.

 3          And we do that because inherently a ballot

 4   or a piece of paper will get stuck in one of them.

 5   And so, we make sure we have enough to keep going.

 6   And if the ballot card gets stuck in one, you know,

 7   they reprocess the voter, send them to another unit.

 8          But in the meantime, that election official

 9   will call their assigned technician.  So, this goes

10   on all day long.  So, I -- I can't tell you, you

11   know, exactly how many times.  But it would be naive

12   to say that we didn't have any kind of mechanical

13   technology or equipment.

14          And -- and please remember, there are two

15   separate systems at every one of our poll sites.  One

16   of our systems is the qualifying or the poll book,

17   putting the voter into the system.  And the other

18   system is the actual casting of the ballot.  They

19   don't talk to each other, but it's two separate

20   systems.  And so, as I said, that's a lot of

21   technology that we've put out there.

22      Q.   Was anyone who's otherwise eligible unable

23   to vote in Bexar County on election day in November

24   of 2022 because of technology glitches or

25   malfunctions?



1        A.    No, sir.

2        Q.    To what extent, if any, did any voter have

3    to wait longer to vote because of any technology

4    malfunctions that occurred on election day in 2022

5    November in Bexar County?

6        A.    There's -- there was, I want to say, a

7    misrepresentation, miscommunication from one of our

8    poll sites early in the morning, that when the

9    officials got there, the poll book, the electronic

10   poll book, was giving them problems with the printer.

11          And so, again, all of our officials are

12   trained to handle it manually.  It takes longer,

13   obviously.  They're -- they're hand printing, you

14   know, but it -- but it works.

15          But someone was in line and was anxious and

16   ended up leaving at that point and saying, well, I'll

17   come back because it's taking too long, but went

18   outside and misrepresented to the people out in the

19   line that all of the machines are down and nobody's

20   voting.  And so, some people did -- did exit, leave

21   that line, was like, why should I be here.  Because,

22   again, misinformation.

23          But number two, we have a backup.  This --

24   this -- the county, the State, has said that when you

25   are a vote center county, we are required by law to



1   post a map with the four closest vote centers to that

2   property so that they can go -- if -- again, if, you

3   know, these people got out of line, you know, they

4   could get to another site within five minutes because

5   every single one of our sites has the four nearest.

6       Q.   Do you have any estimate as to how many

7   people either left the polling place or left the -- a

8   line as a result of the events you described?

9       A.   Right.  At that one location it was like 10

10  or 15 people.

11      Q.   Okay.  And do know whether and to what

12  extent those people actually voted either later at

13  that location or somewhere else?

14      A.   Again, I can't answer that because we

15  didn't have them by name.

16      Q.   And do you know whether the person who

17  provided the misinformation ultimately voted?

18      A.   Yes, they did.

19      Q.   Did Bexar County experience any shortages

20  of equipment or supplies on election day in

21  November 2022 beyond what you've already described?

22      A.   No, sir.

23      Q.   Did Bexar County experience any shortages

24  of election personnel on election day in

25  November 2022?



Jacquelyn Callanen                                    February 28, 2023
Page 27

1          A.    Yes.  Yes.

2          Q.    Could you describe those.

3          A.    Again, I think as we talked earlier, a poll

4     site -- a poll site here in -- in Texas, is required

5     to have a minimum of three people.  We have a

6     presiding judge, an alternate judge and then a clerk.

7                And again, if we're expecting 500 people to

8     go there or a thousand people to go there, we assign

9     additional clerks.  So, they could have upwards to

10    five clerks.  So, you'd have seven workers there.

11               And in the course of the day, as the

12    election officials watch the increase because of

13    poll -- vote centers now, they were calling us asking

14    us to send them additional help.  And of course we

15    had a cadre basically sitting here on the shelf ready

16    to assign.

17               So, yes, we continually send additional

18    poll workers out.  Was that a shortage?  Technically,

19    I don't think so, but it could be perceived as some

20    as if -- you know, if people were in line and here

21    comes a poll worker and at 2 o'clock in the afternoon

22    they could assume, well, you know, they've been

23    working all day and they were down one.  But again,

24    please understand that it ramps up as-needed.  We --

25    we sort of keep it as an even flow.



```
 1       Q.   Were any voters who were otherwise eligible

 2  unable to vote on election day in November 2022

 3  because of any personnel issues at the polling

 4  places?

 5       A.   Not to my knowledge.

 6       Q.   Were any voters required to wait

 7  significant additional time because of any shortages

 8  or problems with election personnel on election day

 9  in November '22 -- 2022 in Bexar County?

10       A.   Not to my knowledge.

11       Q.   On election day 2022 in Bexar County, were

12  there any reports of violations of election laws that

13  came to your attention?

14       A.   Quite a few.

15       Q.   Okay.  Could you describe those generally.

16       A.   The main focus, the main, sort of, thorn in

17  the side was Texas election code, Texas law, does not

18  permit voters to use their cell phones, technology,

19  in the poll site or within a hundred feet of the

20  building.

21            And we're at a stage right now where it's

22  sort of the election officials against the younger

23  voters.  And what I mean by that is, obviously,

24  anybody, you know, probably in their 30s or down

25  their lives are on their cell phone.  And as they
```



Jacquelyn Callanen                                    February 28, 2023
                                                             Page 29

 1   step to the qualifying table, they are asked to

 2   produce a photo ID here in Texas and everybody uses

 3   their driver's license.

 4          And so, we had numerous young -- younger

 5   voters who would hand their cell phone over because

 6   they have their driver's license on their cell phone,

 7   and we cannot accept that.  We cannot accept that.

 8          And so, they would have to go back out to

 9   their car if in fact they had it.  And there were

10   tons of complaints on that because, you know, we

11   haven't joined the -- the new technology.

12          And so, I would be naive to say there were

13   no complaints, because we chased that all day long.

14      Q.   Were there any other reports of alleged

15   violations of any election laws in Bexar County on

16   election day in November 2022 that you're aware of?

17      A.   The second most common call that we took

18   was on the outskirts of the Texas law.  Because Texas

19   law, our -- our oversight at our poll sites stops at

20   the 100-foot distance marker.

21          But again, this election, November of 2022,

22   was so partisan.  This one was -- was unbelievably

23   partisan.  And so, we had numerous voters that called

24   all day long because they felt threatened and they

25   felt harassed by poll campaign workers that were



1    outside the 100-foot mark that would talk in a

2    threatening way to them, or this or that.

3            And so, they were calling us asking us to

4    make them go away.  And so, that was our second most

5    call.  And of course, our -- our hands are tied on

6    that because it's outside the 100-foot mark.

7            But when it got -- we had a couple polls

8    where it was very extreme.  And so, we would send the

9    sheriff out just to make sure that they were staying

10   outside the 100-foot mark.  And -- and we did have a

11   couple of our sites that the election officials were

12   having so much trouble with keeping the robust

13   campaign workers outside the 100-foot, they kept

14   coming into it, that they would call.

15           And again, how we staff our technicians,

16   dare I say they have a can of spray paint and they

17   spray paint the 100-foot mark on the grass or

18   whatever so that they can abide by that.

19           So again, that -- that was a constant

20   throughout the day.  Was it a violation of election

21   law?  You -- you all would have to decide that.

22   That's not technically, but it was huge.

23       Q.   When you refer -- when you refer to that,

24   are you talking about the threats or harassment?

25       A.   Yes.



1      Q.   Or are you talking about the sometimes

2  coming within a hundred feet or both?

3      A.   All of the above.  Yes, sir.

4      Q.   Okay.  Were there any other reports of

5  violations of any election laws in Bexar County on

6  election day in November of 2022 that you haven't

7  already described?

8      A.   No.  Again, not -- not violations, but we

9  had a -- a number of our election officials feeling

10  very uncomfortable because the law had changed that

11  was now allowing poll watchers inside the -- you

12  know, designated poll watchers to have free access or

13  to be moving about in their poll site.

14          And so, of course, you know, we told them

15  that was -- that was part of the new law, and as long

16  as they didn't interact with the voters.  But that

17  they -- that was their first time to really effect

18  that.  And so, a bunch of them would just call us for

19  direction.

20      Q.   I'll ask you some more questions about poll

21  watchers a little bit later.  But are you aware of

22  any other alleged violations of any election laws in

23  Bexar County on election day on November of 2022?

24      A.   Again --

25      Q.   Other than those you've already described.



1       A.   Well, right.  But I mean, it's a myriad of

2   things.  I mean, when you go back and look through

3   it, I mean, we would get phone calls that our

4   election signs had been taken down.

5           And so, again, people were angry with us

6   because, again, here in Texas we have a very, very

7   robust curbside voting process, and people would go

8   remove those signs.  And we have it set up as a

9   designated area where, then, the voter can vote in

10  the comfort of their own car.

11          And so some people would, I guess, think it

12  was cute to remove the signs.  And so then we would

13  get a call from someone who was going to take

14  advantage of that and they would call our office to

15  say there was no -- no -- no sign, it didn't have a

16  sign there.

17      Q.   When you refer to signs there, are you --

18  are you -- are you referring to signs that describe

19  where curbside voting is available?

20      A.   Yes.  It's -- it's a large sign that...

21      Q.   To the best of your knowledge, did Bexar

22  County fully comply with the provisions of SB-1 on

23  election day in November of 2022?

24      A.   Yes, sir.

25      Q.   To the best of your knowledge, did Bexar



1  County comply with all election laws, including but

2  not limited to SB-1 on election day November 2022?

3       A.   Yes, sir.

4       Q.   To the best of your knowledge, was there

5  anyone who was unable to vote in Bexar County on

6  election day in November 2022 because of SB-1 or any

7  of its provisions?

8       A.   In person?

9       Q.   Yes.

10      A.   No.

11      Q.   Do you know of anyone who was dissuaded

12 from voting on election day in November 2022 because

13 of SB-1 or any of its provisions?

14      A.   No, sir.

15      Q.   Okay.  Let's talk about early voting.

16      A.   (Coughs.)  Excuse me.

17      Q.   Did you have any major issues or problems

18 with the early voting process in Bexar County on

19 election day in November of 2022?

20      A.   Are we speaking of early voting in person?

21      Q.   Early voting in person.

22      A.   Or early voting sites?

23      Q.   Yes.

24      A.   No.  Again, I mean, other than we talked

25 about on -- on election day.  I mean, all of that,



Jacquelyn Callanen

February 28, 2023
Page 34

1    from the phone calls, to the -- all hit that same

2    model.  For early voting, they had the same issues.

3         Q.   Were there any changes in Bexar County's

4    election procedures with respect to early in-person

5    voting in October or November of 2022 as compared to

6    the primaries in early 2022?

7         A.   No, sir.

8         Q.   Did you become aware of any reported or

9    alleged violations of election laws in connection

10   with early in-person voting in Bexar County in

11   October or November of 2022?

12        A.   No, sir.

13        Q.   Did Bexar County experience any significant

14   problems with technology, supplies, equipment or

15   election personnel in connection with early in-person

16   voting in October and November of 2022?

17        A.   We had one exception to that, sir.

18        Q.   Please explain that.  What occurred?

19        A.   It -- it's -- it's one of the things that

20   you just, sort of, wouldn't believe it if you hadn't

21   seen it.

22             As the voters had cued up and were coming

23   in, there was a woman that was in a motorized

24   scooter, and as she came up to the qualifying table,

25   she did not apply the brakes and she ran right into



 1  the table and up-ended the table and the laptop and

 2  the printers and caused quite a...

 3          So, that -- that took about 15 minutes for

 4  them to take a deep breath and realize that they

 5  could re-hook everything back up and that it would

 6  work.

 7          So, if that qualifies as a problem or an

 8  issue, that was the one really exception that, yes,

 9  somebody could have said, oh, we can't go in there.

10  Everything's on the floor.  But again, it was

11  rectified in a timely manner.

12      Q.   And was that a scooter accident or an

13  intentional ramming of the -- of the election -- the

14  qualifying table?

15      A.   Everyone -- everyone was so startled they

16  didn't -- they didn't make the difference --

17      Q.   Okay.

18      A.    -- but it was like...

19      Q.   And approximately when in the early voting

20  process did that occur?

21      A.   This was about six days into it by the time

22  we got on the weekend.

23      Q.   Did Bexar County fully comply with SB-1 and

24  its provisions in connection with the early in-person

25  voting process in October and November of 2022?



 1          A.    Yes, sir.

 2          Q.    Was there anyone who was unable to vote

 3     early and in-person due to any provisions of SB-1

 4     during October and November of 2022 in Bexar County?

 5               MS. CUBRIEL:  Objection; form.

 6               THE WITNESS:  Not to my knowledge.

 7          Q.    BY MR. BRYANT:  Are you aware of anyone who

 8     was dissuaded from voting early in person due to any

 9     provisions of SB-1 during the October and November

10     2022 general election period?

11          A.    No, sir.  Not to my knowledge.

12          Q.    And to the best of your knowledge, did

13     Bexar County fully comply with the provisions of SB-1

14     with respect to the early voting process in October

15     and November of 2022?

16          A.    Yes, sir.

17          Q.    Okay.  Now, are you in charge of -- overall

18     charge of the selection of the polling places or

19     vote -- voting centers in Bexar County for the

20     general election both on election day and early

21     voting?

22          A.    Yes, sir.  I mean, it's -- it's sort of a

23     community issue.  It's -- you know, it's not done as

24     an emperor or just sitting there.  I mean, we have

25     joint -- for instance, we have joint elections and



 1  even in November we get.

 2          So, if we have a school district that is

 3  holding an election and a bond election and they want

 4  to have an early voting site in their administration

 5  building, we will add that.

 6          And so, you know, please understand it's

 7  done by committee, as far as that, by the entities

 8  that are on that ballot.

 9      Q.   Were there any changes in the polling

10  places or vote -- voting centers for Bexar County for

11  the general election in 2022 from the primary

12  elections in March of 2022?

13      A.   Yes, sir.

14      Q.   What were the reasons for those changes?

15      A.   Our commissioner's court felt that we were

16  not utilizing the full sites that they wanted.  And

17  so, when politics entered into it, they had us add

18  early voting sites at all of the colleges and

19  universities.  And on election day, they had us add

20  25 sites that -- that they chose and felt that we

21  should be present at.

22      Q.   Were there any other reasons for changes in

23  those sites in between the first half of 2022 and the

24  general election?

25      A.   There -- there one -- there may be one



 1   other site, sir.  We have a fantastic relationship

 2   with the City of San Antonio.  And so, when they open

 3   a library, a public library, we're there.

 4            Well, a few years ago the City of

 5   San Antonio passed a bond election.  And the bond

 6   election was for remodeling of their libraries.  And

 7   so, we had issues -- I hate that word.  We had issues

 8   with one of their time schedules on their library.

 9   We were to be able to be moved back into Memorial

10   Library.  And due to supply chain issues, they didn't

11   open.  They -- they didn't complete their work in

12   time.

13            So at the last minute, where we thought we

14   would be at Memorial Library, we had to go back to

15   our alternate site of West Point.  So, it's issues

16   like that that we just take it right up to the wall

17   because we -- we -- the voters know to go to Memorial

18   Library.  So, we had to post a big sign and move them

19   on.

20       Q.   Did you become aware of any complaints in

21   connection with the general election in November of

22   2022 regarding the number or distribution of polling

23   places or vote centers?

24       A.   Yes, sir.

25       Q.   Could you describe what you became aware


MAGNA
LEGAL SERVICES

 1   of?

 2       A.   I'm -- I'm respectful of the fact, and we

 3   have to keep ever most in our mind, that on May 24th

 4   we had the shooting in Uvalde.  And so here in Bexar

 5   County, 68 percent of our poll sites are in schools,

 6   and the schools didn't want us.  They -- after --

 7   after the Uvalde, you know, the horrendous shooting

 8   over there, they didn't want the elections to be

 9   on-site when the students were there.

10            So, we met with Region 20, which is our --

11   all of our school districts, and we had some great

12   leadership.  We have 13 different school districts in

13   Bexar County, and we had great leadership from some

14   of ours, and they chose to make election day an

15   in-service day so there would not be students.  So,

16   for a portion of our normal sites we were --

17   everything was fine.

18            But for the school districts that chose not

19   to make it an in-service day, the students were

20   there.  And so, what happened in a few of our sites

21   is, now we're trying make amends.  You know, they --

22   they want to keep the students safe.  We need to say,

23   and of course, they can't refuse us if we ask them.

24            And so, the accommodation was, okay,

25   instead of putting you in the foyer where, you know,



1   you pull up and you go in and you're right in the

2   foyer, we're going to put you back around into the

3   gymnasium or we're going to allow you to have access

4   to the library.

5            So, that complied with it, so we have the

6   voting site there.  But what we ended up finding out

7   was, for a lot of our senior citizens and a lot of

8   our ADA, the longer walk then became problematic.

9   They did it, but then we took calls of they -- you

10  know, weren't -- why did we do it?  Why did we move

11  it there?  And so, again, lessons learned.

12           So, you know, we went back and have worked

13  with the school districts.  And so, with the

14  legislative session up there now, we are hoping and

15  praying that they will mandate that election day is a

16  school holiday or an in-service day because there

17  shouldn't be that angst.

18  Q.   Are you aware of anyone who was unable to

19  vote or was dissuaded from voting on election day in

20  November of 2022 in Bexar County because of the issue

21  that you just described?

22  A.   No.

23  Q.   Okay.  Let's talk about mail-in ballots.

24  A.   Uh-huh.

25  Q.   Have there been procedure changes since the



Jacquelyn Callanen                                February 28, 2023
                                                         Page 41

1   primaries in the first half of 2022 with respect to

2   mail-in ballots in Bexar County that were in place in

3   connection with the general election in November of

4   2022?

5            A.    Huge changes.

6            Q.    Okay.  Could you generally describe those.

7            A.    SB-1 when it was first rolled out,

8   obviously, for the primary, came very late into our

9   world.  And I had just said the supply chain issue.

10  We -- SB-1 mandated that we needed all new election

11  envelopes and all -- everything new because of the

12  requirement and the language and -- and the ID and

13  the ID requirements and the perf lines on them.

14            And so, we -- we managed to get -- we got

15  them at the 11th hour, but we did it and it caused us

16  stress and the voters were anxious because their

17  ballots weren't getting there.

18            So -- and we had a number of our voters in

19  March and -- and May that their ballots were

20  rejected, the applications were rejected, because

21  SB-1 required either the TDL or the SSN.

22            And I would like to remind you that most of

23  our voters by mail are senior citizens who registered

24  years and years ago when it was not required to give

25  either an SSN or a TDL.



 1            So, the way the law was written is, the
 2   ABBM had to have one of those numbers and we had to
 3   match one of those numbers with the original voter
 4   registration card, well, we couldn't do it.  We
 5   didn't have it.  We didn't have it on record.
 6            And so then we would -- as we rejected it,
 7   we had to send them a new ABBM and a new voter
 8   registration card so that they could send it back and
 9   update their records.
10            Well, as -- as you know, I mean, I'm not
11   going to go back and beat a dead horse.  But that
12   procedure, because of the problematic rollout of it,
13   was worked on and worked on and worked on, and the --
14   the State was able to work with DPS somehow and we
15   were able to get...
16            I'm not technical, but they were able to
17   take all of our voters and mash them against DPS and
18   get the license numbers, or TDLs for a number of our
19   voters.  So, by the time we were into the May
20   elections, we had a much more robust database.  And
21   so, we were able to make these matches much -- much,
22   much better.
23            And then there was a court case that the
24   State lost that required the language on the
25   envelopes that we had to be changed.  Again, now



1   we're problematic.  We have -- we have the old ones.

2   And so, do we sit there with a Sharpie and black out

3   all of these or do we order more?

4              And so, again, I mean, we're not the only

5   county that was doing this.  I mean, everyone was,

6   sort of, you know, really, really pushing it and it

7   worked.  I mean, we were -- we were able to do it.

8              I think the blessing in all of this is that

9   in 2022, which is, you know, the gubernatorial

10  elections, those election have --

11         Q.   You're talking about the general elections?

12         A.   General elections from the primary, that

13  whole year is much smaller than a presidential year.

14  And so, you know, we had 40,000 mail ballots, mail

15  ballot applications in 2022.  Where in 2020, we had

16  124,000.  So, again, you can see that it was an

17  economy of scale, and we were much -- it was much

18  easier to manage the -- the economy of scale that we

19  did.  But it was -- it was strenuous.

20         Q.   Have you described all of the changes that

21  occurred in the -- the mail-in ballot procedures

22  between the primaries in the first half of 2022 and

23  the procedures that were in place for the general

24  election in November -- in October of 2022 in Bexar

25  County?



1      A.   Yes.

2      Q.   Okay.  And what was the overall effect of

3  the changes as you observed them in October and

4  November of 2022 as compared to the previous -- the

5  first half of 2022?

6      A.   I -- I'm proud to say that -- that the

7  changes that we effected here in Bexar County we did

8  a lot of it on our own from our media outreach, to --

9  to -- I'll show you how we -- we developed an insert

10 for the ballot.  I mean, we did a lot of outreach on

11 our own, and we had a much, much higher success rate

12 in November.  So, it was -- it was a huge relief.

13     Q.   And when you refer to a success rate, could

14 you explain what you mean by that.

15     A.   Well, again, in -- in every -- in every

16 election, in the mail balloting process, we'll send

17 out -- I mean, let's just say on this one, like,

18 we'll send out 40,000.  And when it's time to

19 actually count the mail ballots, you're down to

20 30,000, 30-, 32,000.

21          And to a layperson out there, they're like,

22 where did the other ones go?  Well, you sent out this

23 many, why don't you have this many back?  Well, human

24 nature enters into it a lot.

25          And about probably anywhere eight to



Jacquelyn Callanen                                    February 28, 2023
                                                             Page 45

1    10 percent of the people who get a mail ballot will

2    return that mail ballot and go vote in person because

3    they use that mail ballot as a sample ballot.  We

4    have issues with that because, obviously, the mail

5    ballots cost a lot of money, time, you know, people.

6    Anyhow, I won't go into all those details.  So, we

7    don't get those back.

8              Then you have the ones that are mailed in

9    that are rejected for obvious reasons.  You know,

10   they didn't sign it.  They signed -- what we see in a

11   number of things is, a husband and wife will each get

12   their ballot, but when it comes back in to us, the

13   husband has signed the wife's ballot and vice versa.

14   And so, those have to go out and be rejected to come

15   back so that we have the right signature with the

16   right ballot.

17             So, there's any number of reasons why this

18   happens.  And in any normal election, we're going to

19   get a reject rate of three percent, four percent.

20   That's normal for -- for any election for us.  But

21   when we did November 2022, with all of our extra

22   attention to it, we had a 1.7.  So we were, like,

23   yes.

24        Q.   You had a 1.7?

25        A.   Rejection rate.



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 46

1      Q.   Okay.  And could you define what you mean
2   by "rejection rate."
3      A.   Again, the rejection rate is when -- no --
4   no matter -- they send in their ballot.  They
5   obviously have marked that ballot.  They want their
6   ballot to count.  That goes to the ballot board and
7   they'll open it and there's no signature.  They --
8   they, you know, took the perf off and there's no
9   signature there.
10          So if time allows, then this ballot board
11   with SB-1 will mail that ballot back to them in
12   another envelope, say sign it and get it back to us
13   if there's enough time.  If the TDL is not there,
14   yes, it's entered we don't have an identifier.  Those
15   go back if they have time.
16          SB-1 allows them to make phone calls to
17   call the voter and say, be on the lookout, it's
18   coming.  Or they can e-mail them, if there was an
19   e-mail address to say, be on the lookout, it's
20   coming.  So, in the normal course that back and --
21   back and forth, back and forth.
22          The legislature listened to us about six
23   years ago and we now are permitted to count the mail
24   ballots that arrive the day after the election if
25   they've been postmarked by 7:00 election night.  So,



```
 1   we see those in.

 2            But the rejection rate is that percentage

 3   of, we don't see -- we -- we got it.  They're the

 4   ones that we never -- we didn't get them back.  We

 5   sent them out.  We knew it had no signature on it,

 6   didn't make it back to us.  So, that person attempted

 7   to vote, but then they were rejected.

 8        Q.   So, if someone sends in a ballot by mail

 9   without a signature and there's an attempt to give

10   them an opportunity to vote again --

11        A.   Yes, sir.

12        Q.    -- but they don't send in the mail ballot

13   with the signature, is that counted as a rejection?

14        A.   Ultimately, yes, sir.

15        Q.   Okay.  If someone sends in a ballot by mail

16   but it arrives three days late, is that counted as a

17   rejection?

18        A.   No.  No, sir.  That's just nontimely.

19   It's --

20        Q.   Okay.

21        A.   It's not in the rejections.

22        Q.   And is that true even if they initially

23   send in --

24        A.   Right.

25        Q.    -- send in a ballot without a signature?
```



Jacquelyn Callanen                              February 28, 2023
                                                         Page 48

```
 1        A.   Correct.
 2        Q.   If I understand your testimony correctly,
 3   you described that a mail-in ballot may be rejected
 4   because of a number of different possible
 5   shortcomings according to the law; is that right?
 6        A.   Yes, sir.
 7        Q.   And if that is -- if those shortcomings are
 8   not fully corrected, my understanding is that those
 9   will be counted as a ballot rejection --
10        A.   Yes, sir.
11        Q.    -- is that right?
12        A.   Yes, sir.
13        Q.   Do you have any way of knowing in Bexar
14   County how many or what percentage of the rejections
15   are due to a problem with, for example, a signature
16   as opposed to a Texas driver's license or a Social
17   Security number identification problem?
18        A.   Yes, sir.
19        Q.   And how do you know that?
20        A.   By our vendor software.  We -- and -- and
21   I'm sure you know, and I don't -- I don't want to
22   go -- again, go down the -- the rabbit hole.  But
23   HAVA said that all states had to have a unified voter
24   database, a single database for each state.  And
25   Texas has TEAM, T-E-A-M, Texas Election
```



 1   Administration Management system.

 2           And when that system came online back in, I

 3   guess, 2002, '5, somewhere in there, it -- when they

 4   turned it on, we have 254 counties and it immediately

 5   crashed because the large counties, the -- the Harris

 6   and us and El Paso, we call ourselves the big boys,

 7   have 75 percent of the registered voters in the whole

 8   state.  But the system couldn't handle us being on it

 9   real time, so we all had to go out and get a

10   third-party vendor.

11           So, we have a company called VOTEC that we

12   use.  And what happens is, the work product that we

13   do every day resides in our building.  Our servers

14   are there.  We do everything.  We keep it in-house.

15   And then I have staff that at the end of the day or

16   the beginning of the next day, they take that daily

17   work product and they wrap it up, encrypt it and

18   shoot it up to the secretary of state's office.  And

19   this is what the large counties are doing.

20           And then the secretary of state's office is

21   the only way someone can get registered to vote,

22   because they assign the VOA, the voter registration

23   number.  And then that same person imports it, goes

24   back up grabs our file, put it back in our own

25   stationary file here.



Jacquelyn Callanen                                    February 28, 2023
                                                          Page 50

 1              So, because we have that vendor, we use it

 2    for our mail ballots.  We use it for our early

 3    voting.  It's a wonderful system.  And they have

 4    codes that we can put in for no signature, no

 5    matching TDL, SSN.  And we -- we have those codes

 6    that come out.

 7              And so, we can differentiate if -- if

 8    needed to exactly how many didn't sign it, you know,

 9    how many -- the -- we're still working on -- working

10    with the vendor to update the codes so that we can

11    capture more of the information from SB-1 on the

12    cure, not cured, you know.

13              We sent it by, we called them on the phone

14    or that detail's not in our system yet, so it's not

15    mat- -- it doesn't match up -- the State doesn't have

16    it in their system.  So, this is a work in progress.

17    We're all learning and it's only getting better.

18              But again, there are third-party vendors

19    involved in, I think they said -- I think I'll

20    probably be wrong, but I think they said there were

21    31 counties that were not on TEAM real time.  That

22    may have changed, but don't hold me to that 31.

23        Q.   Is the information that Bexar County

24    captures on its software regarding the specific

25    reasons a mail-in ballot is rejected provided to the



Jacquelyn Callanen                              February 28, 2023
Page 51

1   State?

2        A.    Yes.   It -- it goes up every day in that

3   export and that import.

4        Q.    Okay.  You testified that the rejection

5   rate for Bexar County in the -- the general election

6   in November of 2022, if I understand correctly, was

7   approximately 1.7 percent?

8        A.    Yes, sir.

9        Q.    And my impression is that you take some

10  satisfaction in having gotten the number down to that

11  point; is that correct?

12       A.    Absolutely.  I'm so proud of my staff.

13       Q.    How does that compare with the rejection

14  rate in 2020 in Bexar County?

15       A.    Again, as -- as -- as I said, 2020 had a

16  higher rejection rate because just on the economy of

17  scale, when we're talking approximately 40,000 in

18  2022, but 124,000 in 2020, you can see you're going

19  to have a higher rejection rate based on -- you know,

20  the rejection's are the same no matter what election

21  you're doing.

22            If somebody doesn't sign their ballot, they

23  don't sign their ballot and that happens every time.

24  The only new thing this time was the TDL or the SSN,

25  the missing -- the missing information, but we have



 1   those.  We have those.  And again, it's human nature.

 2   If we have time to correct it, if the voter has time

 3   to correct it, they can do it.

 4        Q.   What was the rejection rate in Bexar County

 5   for 2020, if you recall?

 6        A.   I don't have that exactly, but I know it's

 7   going to be in the three to four percent range.

 8        Q.   Okay.

 9        A.   I mean, that -- that was like our happy

10   zone.

11        Q.   What was your -- well, explain to me what

12   you mean by the "happy zone."

13        A.   Again, if one person doesn't get to vote,

14   that hits us.  I mean, that's what we do.  But if

15   you've gone through and you've had, you know, 124,000

16   ballots mailed out and -- and you've counted 92,000

17   and these others have been, you know, brought back to

18   you and not -- they just sit them on the shelf,

19   that's a good feeling.

20             But again, when the reject -- rejected

21   rate -- and again, please understand that the

22   rejected rate comes from partisan people because

23   we -- the election's office handles the manual part

24   of it.  You know, we print the ballots.  We take the

25   applications.  We data enter.  We mail them.  We



1    bring them back in.  We scan them.

2            And then once they're back, they get turned

3    over to the early ballot board.  And that early

4    ballot board is a group of people that are appointed

5    by the Democrat and the Republican party.  They are

6    not our employees.  They are independent -- an

7    independent body.

8            And so, once we turn these over to them,

9    they are the ones who will make the decision that

10   there's no signature, or this person didn't sign it,

11   that signature doesn't match, whatever that's that

12   group.  And then that's where we get the rejection

13   rate, the final rejection rate.

14       Q.   How did Bexar County's 1.7 percent

15   rejection rate in the general election in 2022

16   compare to the rejection rate in general election

17   years prior to 2020?

18       A.   It was less.  It was less.  I -- I can't

19   give you a number.  I didn't do all the data mining,

20   but we can find it out.

21       Q.   Can -- can you say that it was

22   significantly less?

23       A.   It -- you know, I would feel like if you're

24   looking at just raw numbers it would appear to be

25   down 50 percent.  But the difference between a three



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 54

 1  percent rejection rate and one percent is -- is not

 2  that much.  So, it's hard to put a numeric value on

 3  that.

 4       Q.   Okay.  Now, earlier in your testimony you

 5  described a -- a process, I believe, whereby mail-in

 6  voters, especially over-65 voters, make applications

 7  annually?

 8       A.   Yes, sir.

 9       Q.   Okay.  Is -- are the amount of the annual

10  applications increasing in Bexar County, say from

11  23 -- 2023 as compared to 2022?

12       A.   No.

13       Q.   How -- how are -- is that number moving

14  over time?

15            MS. CUBRIEL:  I'm going to object to --

16       Q.   BY MR. BRYANT:  The number of annual

17  applications that you receive in Bexar County --

18            MS. CUBRIEL:  I'm going to object.

19       Q.   BY MR. BRYANT:  -- for mail-in voters?

20            MS. CUBRIEL:  I'm sorry.  I'm going to

21  object because I think you're going beyond the scope

22  of the amended scheduling order, getting too far away

23  from asking her about matters related specifically to

24  the general election that just passed.

25            MR. BRYANT:  You can answer --



1          MS. CUBRIEL:  You can answer if you know.

2     Q.   BY MR. BRYANT:  You can answer unless she

3   instructs you not to.

4     A.   What came -- what came to mind from your --

5   from your question is, the annual applications.  We

6   have State-prescribed annual applications.  But in

7   the difference of -- and -- and I know we talked

8   about it before, that we refer to it as a last like

9   election.  So, if I compare the '18 to '22, the by

10  mail and then the presidential elections are much

11  higher.

12          But please understand that candidates,

13  candidates hire consultants and consultants handle

14  their by mail.  And so, the consultants have all

15  become very astute at making their mail ballot

16  applications annual applications.

17          And so, we see a huge influx of annual

18  applications in a presidential year.  We see a lot.

19  Then, like I said, a third of them will come in on

20  the governors, the -- the other general.  This year,

21  which is the odd year and it's just municipal

22  elections, they're almost nonexistent.

23          I mean, as -- as I -- as I came over today,

24  I looked, we have 854 in with an election coming up

25  next May 6th.  So, it -- it -- that's things that



 1  just -- I can't give you a -- I can't give you a

 2  definite answer because there's too many variables.

 3       Q.    Thank you.  Another subject.  You had

 4  mentioned earlier in your testimony some inserts that

 5  were done.  Could you describe more fully for

 6  somebody who doesn't understand that what Bexar

 7  County did --

 8       A.    Right.

 9       Q.    -- in 2022 with respect to inserts.

10       A.    I'm going to scream if I didn't -- here

11  they are.  We -- this went through many iterations of

12  planning.  When SB-1 was rolled out, the secretary of

13  state wrote an insert for the ballots for us to

14  include in all of the ballots.  But it was a complete

15  eight-and-a-half by 11 page with a lot of legalese on

16  it, and in the form, and the voters just didn't read

17  it.  They just -- I mean, when you sending them

18  stuff, they're looking for their ballot.  They just

19  didn't read it.

20            So, when we had our, like I said,

21  unacceptable high rejection rate, we said, huh-uh,

22  can't do that.  So, we said we're going to start with

23  this.  And this has gone through, like, three

24  iterations of it.  We -- we -- we did -- first, we

25  did one in black and white, and that didn't jump out



```
 1   at them.  And then we did one that had duller --

 2   duller colors on it, and that didn't jump out at

 3   them.  We did it in -- in May.

 4             And by November, we had passed this around

 5   to everybody and said, you know, is this going to

 6   jump out at them?  And -- and then what we did

 7   specifically, and this is sort of a catch-22 because

 8   I'm really proud of it, but part of me says, this was

 9   evil Jackie, because we specifically made it small

10   and a quarter sheet so when they pulled all their

11   stuff out of the envelope, this would hopefully fall

12   on the floor so that they had to see it.  And --

13        Q.   You tried --

14        A.   -- and --

15        Q.   You tried to make it as attention-getting

16   as possible?

17        A.   Exactly.  Exactly.  And we got to a 1.7

18   rejection rate.

19        Q.   Okay.  Now --

20             MR. GENECIN:  David, I don't want to

21   interrupt the witness, but I would like to request

22   that you mark the document that Miss Callanen has

23   brought as an exhibit.

24             MR. BRYANT:  I'll be -- be happy to do

25   that.
```



```
 1              MR. GENECIN:   Thank you.

 2              MS. CUBRIEL:   This is counsel for Bexar

 3   County.   I just want to say, at her last deposition,

 4   she brought an earlier version of the form --

 5              THE WITNESS:   Uh-huh.   Yes.

 6              MS. CUBRIEL:   -- that was an exhibit.   And

 7   so, our intent, and why I had her pull it out is, we

 8   do wish to make this an exhibit because this is the

 9   updated version.

10              MR. BRYANT:   Okay.

11              THE WITNESS:   It worked better.

12              MS. CUBRIEL:   Yeah.

13              MR. BRYANT:   Right.

14              MS. CUBRIEL:   And can you pass those extra

15   ones down.

16              MR. BRYANT:   I will do that.

17              (Exhibit 9 was marked.)

18         Q.   BY MR. BRYANT:   Miss Callanen, let me show

19   you what was marked Exhibit C at an earlier

20   deposition that you gave in this case, and I've

21   marked it as JC3, Exhibit 9.

22         A.    Uh-huh.

23         Q.    Can you describe what that is.

24         A.    This is an earlier version of -- of what we

25   have there.   And again, black and white.   And you can
```



 1   see, if you want to just -- to make the difference on

 2   it, when we did it this time, we wrote on here.  It

 3   says, "Under the flap on your teal envelope."  But we

 4   took "teal" off.  We didn't -- people want to mess

 5   with what the color was.

 6           So the new ones just say, "Under the flap."

 7   So, again, we just -- again, in our office, we use it

 8   for not -- we were, like -- can I -- dare I say, we

 9   were dumbing it down.  We wanted to make it as simple

10   as possible, so we took out extra -- I think, she

11   wants to see it.

12           MS. PAIKOWSKY:  Would you mind if I see it?

13           MR. BRYANT:  Absolutely.

14           MS. PAIKOWSKY:  Thanks so much.

15       Q.   BY MR. BRYANT:  And the -- Miss Miss

16   Callanen are all -- you -- you handed me three --

17       A.   Here's another one.

18       Q.    -- examples.  Are those all the same?

19       A.   Yes, sir.

20       Q.   Okay.

21       A.   That's all I brought.

22           MS. PAIKOWSKY:  And if it's helpful, I

23   actually have a color version of the previous

24   exhibit.

25           MR. BRYANT:  That's great.  Okay.



1              THE WITNESS:  Yeah.

2              MR. GENECIN:  Are we going to mark this?

3              MR. BRYANT:  Yes, we will.  I'm just trying

4     to figure out what number I have not yet used.

5              (Exhibit 13 was marked.)

6         Q.   BY MR. BRYANT:  All right.  Miss Miss

7     Callanen I'm handing you what's been marked as JC3,

8     Exhibit 13.  Could you describe what that is.

9         A.   Yes, sir.  This is the insert that we used

10    for the November 2022 mail ballots.

11        Q.   Okay.  And the -- the earlier exhibit that

12    I showed you which is marked JC3, Exhibit 9, and also

13    Exhibit C to your earlier deposition, when was that

14    one in use?

15        A.   The black and white one came into use for

16    the May elections, the city and school elections.

17    Then the colored one came into use where it says the

18    teal, that was for the primary runoff, which was also

19    at the end of May.  So May --

20        Q.   May of 2022?

21        A.     -- of '22.  Yes, sir.  We had the primary

22    in March, and then we had the city and school

23    elections the first Saturday, and then we had the

24    primary runoff at the end of May.  And so then in the

25    next couple of months, then we went back and did



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 61

 1   another deep dive on it and we think this is simpler.
 2   We -- we changed it a little bit.
 3        Q.   And when you say, "this," you're referring
 4   to JC3, Exhibit 13?
 5        A.   Yes, sir.
 6        Q.   Okay.
 7        A.   I'm sorry.
 8        Q.   It's just -- it's often a written --
 9   written process, so we got to refer to exhibits.  Did
10   you observe in -- in Bexar County, in connection with
11   the November 2022 general election, changes in the
12   level of voter understanding of the mail-in voting
13   process?
14        A.   Absolutely.
15        Q.   Could you describe what you observed in
16   that regard.
17        A.   Again, anecdotally, if you want to say,
18   number one, you know, the reject rate proves that --
19   that we did see that.
20             But number two, in the course of the
21   election, we noticed that we were having a lessening
22   of the phone calls where they were asking for
23   assistance.  You know, that -- but again, we were
24   doing major media.  We were doing handouts
25   everywhere.  We had handouts out at the early voting



1  sites.  We -- we were -- we just sort of threw

2  everything at it that we could because it was just so

3  important.

4        Q.   Okay.  You were describing some media

5  outreach and voter education efforts that occurred in

6  connection with the November 2022 general election;

7  is that right?

8        A.   Yes, sir.

9        Q.   Were those efforts that were made

10  specifically in and by Bexar County or were they a

11  broader effort, or both?

12       A.   We, the election's office, had our own

13  outreach.  But again, members of my commissioner's

14  court entered into it and they did their own outreach

15  for it also, separate and apart from the elections

16  office.

17       Q.   Okay.  Could you describe as -- as much as

18  you recall, the media outreach that was done to

19  educate voters about mail-in balloting in connection

20  with the November 2022 general election process in

21  Bexar County.

22       A.   Sure.  I mean, we -- we did press

23  conferences twice a week.  We did, again, outreach

24  everywhere we went, every -- every presentation we

25  put on, every meeting we went to.  We worked with the



```
 1   AARP.  We worked with Oasis.  We -- we did outreach

 2   with the organizations that -- that go to the senior

 3   citizens to -- to try and -- we worked very heavily

 4   with the disability community.  In fact, we're still

 5   working with the disability community at this time.

 6   So, we -- we -- we just tried to do as much as we

 7   could.

 8        Q.   And during what period of time were those

 9   efforts undertaken with respect to the November 2022

10   general election process?

11        A.   They started the middle of September

12   through Novem- -- November.  Because, again, the

13   middle of September is basically, again, for us is

14   when that's the go button, because we all have to

15   abide by the MOVE Act, which is the federal military

16   MOVE Act, and that's always 45 days before an

17   election.  So, once our ballots go out, it's --

18   somebody's hit the go button.

19        Q.   Did Bexar County comply with that 45-day

20   requirement in connection with the general

21   election --

22        A.   Absolutely.

23        Q.   -- in 2022?

24        A.   Absolutely.

25             MR. GENECIN:  David, would this be a good
```



 1  time for a break?

 2           MR. BRYANT:  Certainly.  Let's take a

 3  break.

 4           THE VIDEOGRAPHER:  Time is 10:21.

 5  Correction, 10:28 a.m. and we are off the record.

 6           (A brief recess was taken.)

 7           THE VIDEOGRAPHER:  Time is 10:38 a.m. and

 8  we are on the record.

 9       Q.   BY MR. BRYANT:  Miss Callanen, you were

10  testifying before the break about outreach and voter

11  education efforts that were made in connection with

12  the November 2022 general election.  And it sounded

13  to me as if those were fairly extensive and ramped up

14  from previous elections; is that correct?

15       A.   Yes, sir.  Yes, sir.

16       Q.   Do you anticipate looking forward that

17  it'll be necessary to continue to increase and

18  increase the level of effort and expense that Bexar

19  County does on -- on voter education and outreach?

20  Or do you believe that over time the need to do that

21  will level off or decline as people understand better

22  the -- the procedures?

23           MS. PAIKOWSKY:  Objection; form.

24           THE WITNESS:  I -- I understand your

25  question.  I -- again, this is an odd number year, so



Jacquelyn Callanen                           February 28, 2023
                                                    Page 65

 1   we will have so many less people.  And I think we

 2   will have to duplicate our media outreach for 2024.

 3   Because, again, you keep hearing me say we had 40,000

 4   now and 124,000.  So that, to me, is there's another

 5   80,000 that have not used the new method.

 6           So, we're going to stay attuned to that and

 7   stay focused on that.  So, I expect that when we get

 8   to the 2024 we'll duplicate what we've done.

 9       Q.   BY MR. BRYANT:  Okay.  Do you have any

10   expectations on that subject beyond 2024?

11       A.   No, sir.

12       Q.   Okay.  You testified earlier about efforts

13   that your office makes to contact people whose

14   mail-in ballots have initially been rejected.  And I

15   believe you indicated that sometimes that's by

16   e-mail, sometimes that's by phone.

17           Could you describe the extent and

18   regularity of those efforts that were undertaken in

19   connection with the November 2022 general election.

20       A.   Yes, sir.  Well, in SB-1 it opened up the

21   door for us to be able to have outreach so that they

22   could cure their -- their ballots, that's the phrase

23   we use, they could cure their ballots.  And they

24   opened up the avenue of the phone and by e-mail as

25   opposed to sending them the hard copy reject and



 1    here's your envelope, sign it and send it back to us,

 2    that we had previously done.

 3              And again, as you heard me say that when

 4    the ballots are in the position of being rejected,

 5    the final authority, so to speak, is that early

 6    ballot board, the group of partisan people.  So, we

 7    had to install phones in -- in that room for them,

 8    set up other computers so that they could e-mail the

 9    people back and forth.  And they did it.  They --

10    that group unto itself, did it.  So, I can't give a

11    solid number on -- on what that was.

12         Q.   Did that group do it in addition to your

13    staff?

14         A.   Our staff did it in the beginning -- if --

15    if a ballot came back in and we could obviously see

16    it wasn't signed, then we immediately took it and

17    sent it back and said, sign it and then send it back

18    in.

19              But as far as the perf, there's -- there's

20    a flap on this designed envelope that has to be

21    peeled down and the number's there, are obviously for

22    identity theft.  It was designed that way so that the

23    SSN or the TDL are under this removable flab.

24              And the early ballot board removed the

25    flap.  So, they were seeing this number, this number,



 1   but we would catch the signatures.

 2        Q.   Okay.  And did your staff contact any of

 3   the voters whose initial mail-in ballots were

 4   rejected by e-mail or phone?

 5        A.   We did not.

 6        Q.   Okay.  I believe your testimony was that

 7   there were -- are instances in which an initial

 8   mail-in ballot may be rejected for multiple

 9   reasons --

10        A.   Yes, sir.

11        Q.    -- is that correct?

12        A.   Yes, sir.

13        Q.   When that occurs, how does your office code

14   that to indicate that there was more than one reason

15   for the -- for the initial rejection?

16        A.   Understood.  We have, for lack of a better

17   term, a generic rejection sheet and saying that, you

18   know, your ballot -- the ballot has been rejected,

19   please review.  And then it's one, two, three, four,

20   five, six, seven, and we check off the ones that

21   matter, you know.  And so, it's -- it can be used to

22   your point for the multiple uses.

23        Q.   Okay.  And how is that reported to the

24   State, that there were multiple reasons for

25   rejection?



1          A.    Again, because of our vendor, we can't

2    check multiple reasons in our system.  We can only

3    check one.  And so -- and from that system to go to

4    the State, it's only going to say one.  So as far as

5    the multiple ones, that's -- that's the procedure we

6    do.  That's how we're hoping to help this, but

7    there's no way to track that at this point.

8                So, again, our -- our goal is to have our

9    vendor and the State sit down and talk to each other

10   and see if we can do lessons learned and we can put

11   some new codes in there that we can use.

12         Q.    Is it possible that in connection with the

13   November 2022 general election there were mail-in

14   ballots that were rejected for multiple reasons?

15         A.    Oh, yeah.

16         Q.    For example, a signature issue and a ID

17   number mismatch and that those were reported on the

18   software as ID number mismatch only?

19         A.    Correct.

20         Q.    So, is it possible that even if that ID

21   number mismatch had not occurred or had been cured,

22   that the vote still would have been rejected?

23         A.    Under reason of signature or --

24         Q.    Yes.

25         A.     -- or no statement of residence?  Yes,



 1   sir.

 2        Q.   Okay.  Do you know whether that in fact

 3   occurred, and if so, how often?

 4        A.   I don't.  I don't.  Again --

 5        Q.   Is there any way to find that out at this

 6   point?

 7        A.   I -- not to my knowledge, because it's

 8   already been in the system.

 9        Q.   Okay.  I want to ask you a few questions

10   about your experience with poll watchers in -- at the

11   November 2022 general election in Bexar County.  Were

12   there any reported incidents that you know about of

13   confrontation or harassment by poll watchers of

14   voters?

15        A.   I don't know that it would rise to the

16   level of harassment, but --

17        Q.   What are you aware of?

18        A.   -- I was -- yeah.  As I previously said,

19   we had some voters go back to the officials and say,

20   you know, that person, that pollster is standing too

21   close to me.  They can see how I'm voting.  And, you

22   know, we had those comments come in.  You know, we

23   had to continually send out, you know, that they have

24   access too, but they have to stay away from the

25   voters.  They cannot see how the voters are -- are



 1  voting.

 2          But, yes, that -- that was a -- a new

 3  dynam- -- dynamic that they were --

 4      Q.   Okay.

 5      A.    -- coming into.

 6      Q.   Approximately how many reports were there

 7  of conduct of that sort in connection with the

 8  November 2022 general election in Bexar County?

 9      A.   Obviously, we had more in early voting

10  because we have more vote -- voters show up.  We

11  have, like, two to one on that, so.  You know, it --

12  it was a daily occurrence.

13          It was -- I can't say that all 41 of our

14  sites it was a daily occurrence, but I know they

15  called us and -- what can we do?  What can we do?

16  They're -- you know, and we're like, you're doing it

17  right.  Make sure they're -- they have their badge

18  on.  They're identifiable.  If you need to remind

19  them that they have to -- you know, you're there for

20  the voter.  So, I -- I can't put a number on it.

21      Q.   Do you have any reason to believe that any

22  of the behavior of the poll watchers in connection

23  with that election in November of 2022 or the early

24  voting dissuaded any voters from casting their

25  ballots?



1        A.    Not to my knowledge.

2        Q.    Did you become aware of any other issues

3    with -- or problems with the poll watchers in

4    connection with the general election in 2022 in

5    Bexar County other than those you've described?

6        A.    Yes.

7        Q.    Could you describe those problems or

8    issues.

9        A.    Or word, "issues"?

10       Q.    Yes, I understand "issues" is not -- not

11   your favorite word or mine either, but I did use it.

12   So --

13       A.    One -- one --

14       Q.     -- my bad?

15       A.    No, it's okay.  One of -- as we did our

16   last -- you heard me use the After Action Report with

17   our officials.

18       Q.    Yes.

19       A.    A number of our election judges and

20   officials in the course of their duties, whether it's

21   closing down at night in early voting, locking

22   everything up, or it's opening that next morning or

23   on election day, it's running their tapes and

24   closing, the poll watchers, not -- not all of them,

25   but -- but there -- there -- a number of them were



```
 1   slowing things down, in the official's opinion,
 2   because they were not -- they get into a routine, the
 3   judges and the staff, and they know who they can do
 4   and how they can trust, and you can close this and I
 5   can close this.
 6            But the poll watchers there -- and for this
 7   entire election in -- in November of 2022, they were
 8   there and would, like, no, you can't close that yet.
 9   I haven't written down the serial number.  Oh, don't
10   touch that.  I haven't done this.
11            And so, the election officials were
12   anxious.  They were not as pleasant because they saw
13   the poll watchers as interfering with their duties to
14   comply and come down.
15            And then the other discomfort that we had
16   is, again, a number of these poll watchers had the
17   right to, and they took that right, to follow the
18   election officials in their cars.  And the election
19   officials just weren't happy with that, weren't --
20   weren't happy with that.
21       Q.   Were you aware of any revisions in the
22   training of poll watchers by the secretary of state's
23   office during 2022?
24       A.   Not to my knowledge.  We...
25       Q.   I believe in one of your earlier
```



1    depositions you testified about the -- I would call

2    it a conference that election officials have with the

3    secretary of state's office in late July or August,

4    and that it was not possible to do that in 2021

5    because of --

6         A.    COVID.

7         Q.     -- the law was about to change.  Is -- do

8    you recall that testimony?

9         A.    Because of COVID, yeah.

10        Q.    Yes.

11        A.    Yes, sir.

12        Q.    Did that conference occur in -- or about

13   the same time in 2022?

14        A.    Yes, sir.

15        Q.    Was there any impediment to that

16   accomplishing what it had accomplished in previous

17   years before 2021?

18        A.    No.  We -- the conference was held.

19        Q.    Okay.  And what, if any, beneficial effects

20   did -- did you perceive from being able to have that

21   conference in 2022 as compared with the problems of

22   2021?

23        A.    The 2022 conference, as you said -- stated,

24   is an annual conference that we have.  And the

25   frustration with the 2022 conference that -- that --



1   that we held, and I know this isn't going to sound

2   right, in the course of the last few years, because

3   of legislative changes, the number of election

4   officials, elections administrators, the turnover has

5   been astronomical.  There's been almost, like, a

6   50 percent turnover, and a number of the counties

7   in -- in 2022 had new -- new people, new -- new

8   elections administrators.

9           And so, the -- most of the conference was

10  as -- like, the secretary of state would -- would be

11  making a presentation.  The after part where you're

12  allowed to, you know, negotiate, you can speak -- ask

13  questions and all that, was taken up by the new --

14  new people, as -- as it should be.

15          But again, it's not going to come out

16  right, sir.  I'm sorry.  But they didn't have the

17  information to dig deeper and ask a deeper question.

18  So, we came away frustrated because we had a lot of

19  questions that we did not get answered.

20      Q.   When you say "we," are you referring to

21  Bexar County or to the more experienced --

22      A.   The big boys.  The big boys.  Yes, sir.

23      Q.    -- election administrators?

24      A.   Yes, sir.

25      Q.   The latter?



1          A.    The latter, please.  Yeah.

2          Q.    Did anything that the poll watchers did

3    in -- in Bexar County in connection with the

4    November '22 general election increase wait line --

5    wait times?

6          A.    Not to my knowledge.

7          Q.    Did anything that the poll watchers did in

8    Bexar County in connection with the -- the October

9    and November 2022 general elections delay any

10   openings at polling places?

11         A.    Again, not to my knowledge.

12         Q.    Okay.  In Bexar County, were there any

13   changes in the training or selection of election

14   judges, officials or poll workers for the general

15   election in 2022 as opposed to the -- the primaries

16   and other elections in the first half of 2022?

17         A.    Yes, sir.

18         Q.    Could you describe what those changes were.

19         A.    You're going to get me in trouble.

20         Q.    I don't mean to.

21         A.    Yes, sir.  There was a change in leadership

22   at the Republican party of Bexar -- the local Bexar

23   County Republican party after the primary.  And with

24   the new chairman and the people that he brought in,

25   for instance, you heard me speak about the partisan



1   people in the early ballot board that -- that have

2   run that, he removed everyone who had been there for

3   the prior 10 years and knew the policy and put in all

4   new people.

5          With the election officials, we have, as

6   you heard me say, you know, three people, four

7   people, five people, and the party gets to appoint

8   the election officials, and we train them and certify

9   them and assign them by writ.

10         And the chairman on the November election

11  was placing his own people in those poll sites even

12  though we had assigned people there.  And so, there

13  was a lot of confusion because our appointed, legally

14  writ -- the judges were there had people calling them

15  saying -- and showing up on election morning saying,

16  I'm the judge.  And it was like, who appointed you?

17  Well, you know, I have from Bexar County one,

18  Republican party, they sent me here, so.

19         And as far as, like I said, the early

20  ballot board, that was another, I don't know what

21  other word to say besides stress because we knew we

22  had a job to do.  We knew it was new policies, and

23  now we had new people who didn't even experience it

24  as it had been in the past.

25     Q.   Did any of that confusion or stress that



1   you just described have any effect on the experience

2   of the voters in Bexar County, so far as you know?

3        A.   Hopefully, no.

4        Q.   Were you able to fully staff the polling

5   places for the November 2022 general elections in

6   Bexar County?

7        A.   Yes, sir.

8        Q.   Okay.  Are you aware of any individuals who

9   were not able to get voter -- voting assistance that

10  they wanted or needed in connection with the '22 --

11  '22 general election in Bexar County?

12       A.   There is -- is a -- there is a group,

13  and -- and as you heard me say before, we work with

14  the disability community.  And we have a contract

15  with a company called Deaf Link, D-E-A-F, L-I-N-K,

16  that is American Sign Language, and we have laptops

17  that we can, you know, push a button and -- and

18  someone's there.

19            And this organize -- an organizer in the

20  November election for early voting wanted us to have

21  an American Sign Language person at every poll, which

22  we -- we could not do it.  That was an impossibility.

23  And so, using the federal law of accommodations, we

24  worked diligently with the deaf community and they

25  would call and make appointments.



 1            And I had staff members who would be taking

 2    the laptop out and meeting them at an assigned time

 3    and point.  Did we hit all of those?  Were -- I mean,

 4    I -- did -- again, I -- I don't know their structure

 5    as far as how they notified everyone to --

 6        Q.   When you refer to "their structure" --

 7        A.   The deaf community.

 8        Q.   -- to "their structure," are you talking

 9    about --

10        A.   The deaf community.

11        Q.   Okay.

12        A.   Or again, this woman, Kay Chiodo, who is

13    the president of Deaf Link, I'm not sure how they --

14    but -- but again, you know, could I say is -- there

15    probably was someone who did not get to take

16    advantage of it.  I don't know that, but my heart

17    tells me that.

18        Q.   Okay.  Aside from that situation, are you

19    aware of any individuals who were not able to get

20    assistance that they wanted or needed in connection

21    with the November of 2022 general election in

22    Bexar County?

23        A.   Not to my knowledge.

24        Q.   Did Bexar County comply fully with the

25    provisions of SB-1 with respect to voter assistance



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 79

 1   in connection with the November of 2022 general

 2   election?

 3        A.   Yes.

 4        Q.   I think you had some testimony in one of

 5   your earlier depositions about the requirement of

 6   affidavits when people arrive at the polling place

 7   with seven or more people in a vehicle.  Do you

 8   recall that testimony?

 9        A.   Absolutely.

10        Q.   Did that occur in connection with the

11   November 2022 general election?

12        A.   Yes, it did, sir.

13        Q.   What do you know about the procedures that

14   were followed in those instances?

15        A.   I have two affidavits that were signed

16   and -- and -- and brought in from that election.  But

17   there were numerous questions from my election

18   officials in asking about, well, you know, Jackie

19   drove the van and there were two people there, and

20   then 15 minutes later Jackie came back with another

21   two people.  Does that count then as the seven?  And

22   so we said, no, that it should be seven and one.

23             And so, it was -- you know, there -- it

24   just has to be finessed a little bit.  We need a

25   little bit more direction.



Jacquelyn Callanen                                      February 28, 2023
                                                        Page 80

```
 1            MS. CUBRIEL:  I'm sorry.  I need to
 2   interject.  I just saw a text from my assistant that
 3   Jackie's mic is muted.  Are there --
 4            THE VIDEOGRAPHER:  We got -- it's unmuted
 5   now.
 6            MS. CUBRIEL:  Okay.  I'm sorry.  I just saw
 7   that.  I was like, oh, my God.  Okay.
 8            THE WITNESS:  Oh, God.  We just did that
 9   last half hour with my --
10            MS. CUBRIEL:  Okay.  I --
11            MR. BRYANT:  The court reporter's got it.
12            MS. CUBRIEL:  I know, but I know what it's
13   like to be on Zoom and to be feeling helpless.
14            MR. BRYANT:  Yes.
15            MS. CUBRIEL:  Okay.  Are you able to see
16   when the chat messages are --
17            THE VIDEOGRAPHER:  Would you like to take a
18   quick break?
19            MR. BRYANT:  Okay.  Let's take a quick
20   break.
21            THE VIDEOGRAPHER:  The time is 11:02 a.m.
22   and we are off the record.
23            (Off-the-record discussion.)
24            THE VIDEOGRAPHER:  Time is 11:03 a.m. and
25   we are on the record.
```



Jacquelyn Callanen                                February 28, 2023
                                                          Page 81

1          Q.    BY MR. BRYANT:  Miss Callanen, you

2    testified that there were two affidavits provided to

3    your office by folks who were required to do so

4    because they had brought seven or more people to the

5    polls in connection with the November 2022 general

6    election in Bexar County; is that right?

7          A.    Correct.

8          Q.    Were there any instances in which

9    affidavits should have been provided but you didn't

10   get cooperation?

11         A.    Not to my knowledge.

12         Q.    Okay.  Did Bexar County fully comply in

13   connection with that November of 2022 general

14   election with the requirements of SB-1 on that

15   subject of affidavits?

16         A.    Yes, sir.  In training, uh-huh.

17         Q.    Did Bexar County receive any requests for

18   accommodations by persons with disability in

19   collection -- in connection with the November of 2022

20   general election beyond what you've already testified

21   to?

22         A.    Yes.  Yes, sir.

23         Q.    Could you describe what occurred in that

24   regard.

25              MS. CUBRIEL:  Answer if you know.



1          THE WITNESS:  Okay.  Well, the -- the
2    visually impaired had filed a lawsuit asking for the
3    same accommodations that we have with the military.
4    We have a very robust military vote -- voting
5    population.  And the federal government permits us to
6    e-mail their ballots to them.  And if they're in a
7    hostile fire zone, they may e-mail them back.
8          And the visually impaired have petitioned
9    the district court to allow us to e-mail ballots to
10   them so that in the comfort of their home, they can
11   use their own screen scrapers or sip-and-puffs,
12   whatever they would need, to be able to mark their
13   ballot to have it as a fillable PDF, and then it
14   could be printed off and so they could actually be
15   voting in private without any assistance.
16         And my understanding is, due to the
17   timeliness, the judge chose three of those people out
18   of that organization for us to e-mail them their
19   ballots, and so we did this.  We -- we had their
20   names and we e-mailed their ballots to them as a
21   pilot.
22         It was not a hundred percent success.  The
23   screen scrapers -- my understanding, the screen
24   scrapers work with one type of PDF, but the fillable
25   PDF is -- is another.  So, we went back after the



 1  election, they did successfully vote.  They e-mailed

 2  their ballots.  They printed them.  They mailed them

 3  back to us.  And so they did, in fact, vote.

 4          But the judge has, I don't want to say -- I

 5  use the phrase, kicked the can down the road until

 6  March to come back and reevaluate where this will go,

 7  but then knowing that that will be too late for us to

 8  institute it for May.

 9      Q.   BY MR. BRYANT:  All right.  Were there any

10  other instances in which the accommodations were

11  requested for persons with disabilities in connection

12  with the 2022 general election in Bexar County beyond

13  what you've already testified about?

14      A.   No.  I mean, we -- we have -- I think we

15  talked about it, sir, earlier about the curbside

16  voting.  And we --

17      Q.   Yes, ma'am.

18      A.    -- we have units, like big tablets that --

19  that they vote on in their car and -- and again,

20  that's a very, very readily accessible, very, very

21  well-promoted and very, very well-attended part of

22  our voters.

23      Q.   Okay.  To the best of your knowledge, did

24  Bexar County comply with the provisions of SB-1

25  relating to accomodations for voters in connection



1    with the general election in 2022?

2         A.   Yes, sir.

3         Q.   You mentioned the military voters.  Were

4    there any military voters whose votes were rejected

5    in connection with the 2022 general election by

6    Bexar County?

7         A.   Yes, sir.

8         Q.   Could you describe what occurred in that

9    regard.

10        A.   Again, to my -- to my knowledge, and I do

11   not have a number, with the military ballots, they

12   are required to put a -- it's called a signature

13   sheet and -- and they must sign it with a wet

14   signature and -- and enclose it with their ballot.

15   So that -- again, we don't know how far that ballot's

16   coming, so there's no signature on the outside again.

17             And so, they -- they have the opportunity

18   to insert it inside.  And the organization, the early

19   ballot board, when they open that ballot, if that

20   signature sheet is not in there, then they reject

21   that ballot.  And so, there were some that did not

22   have the signature sheet in it.  I don't know how

23   many.

24        Q.   In those instances, was there an effort

25   made to cure or otherwise allow those military voters



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 85

 1    to vote?

 2        A.    Yes.   Again, that group was able to e-mail

 3    them, to send in a signature sheet.

 4        Q.    And to what extent was that done?

 5        A.    I don't know.

 6        Q.    Okay.  Do you know whether there were any

 7    military voters who ultimately were unable to cast

 8    their ballot in Bexar County in connection with the

 9    2022 general election?

10        A.    I know there were some rejected.

11        Q.    Okay.  And not cured?

12        A.    Correct.

13        Q.    Okay.  There's technology, I understand,

14    that is used in connection with mail-in ballots

15    that's referred to as Votracker [sic].  Are you

16    familiar with that?

17        A.    Yes, sir.

18        Q.    Did the Votracker [sic] -- Votracker [sic]

19    technology work properly with respect to Bexar County

20    voters in the -- connection with the general election

21    in 2022, to the best of your knowledge?

22        A.    Our local ballot tracker worked.

23        Q.    Did Bexar County synch, S-Y-N-C-H --

24        A.    You got it.

25        Q.    -- its system with TEAM's in the last half



1    of 2022?

2          A.    Yes, sir.

3          Q.    When did that occur?

4          A.    I can't give you a date.  I mean, I know

5    that we talked about whenever the State worked its

6    deal with DPS so that we were able to get the TDLs

7    for our voters, that that synch occurred.

8                We, as an offline -- as an offline county,

9    we're required once a month to do a synch with TEAM.

10   And, in fact, ours was done this morning.  I don't

11   know the results of it because, obviously, I'm over

12   here.

13         Q.    Okay.

14         A.    But we started it at 7:00 this morning.

15   So, each of the offline counties, and we do that as

16   part of our normal maintenance.

17         Q.    Did that occur prior to the general

18   election during the summer or early fall of --

19         A.    Yes, sir.

20         Q.    -- 2022?

21         A.    I'm -- I'm sure that's when it was, but

22   I -- I can't pinpoint it, a time.

23         Q.    In connection with that process of synching

24   the Bexar County system with the TEAM system, did you

25   become aware of any problems with that process?



1     A.   No, other than it was a dance of joy that

2 we were able to get some TDLs matched up with our

3 voters.

4     Q.   Do you have any description of the extent

5 of the benefit that you -- that Bexar County received

6 as a result of completing that process during the

7 summer or early fall of 2022?

8     A.   I -- I'm sure we received -- we reaped a

9 benefit.  I'm sure we -- we did.

10     Q.   Okay.  Can you quantify it at all?

11     A.   No.  I wish I could.

12     Q.   Okay.  We talked about the 45-day deadline

13 for military voters in connection with the

14 November -- or general election in 2022, and you

15 testified that -- that Bexar County met that

16 deadline.  When, in general, did other mail-in

17 ballots go out to potential mail-in voters?

18     A.   Well, again, the MOVE Act is that 45 days.

19 And so, I think it was maybe September 22nd.

20 Don't -- don't hold me to it.  I think that's about

21 the date of it.  And then we start mailing our

22 civilians the beginning of the month, the next --

23 October 1st.

24     Q.   Okay.  And was that process with respect to

25 civilians done in a timely manner by Bexar County in



Jacquelyn Callanen                                      February 28, 2023
                                                              Page 88

 1   connection with the 2022 general election?

 2        A.   Yes, sir.

 3        Q.   Okay.  We looked briefly at the notice of

 4   deposition and the topics for examination.  I believe

 5   you have that --

 6        A.   Uh-huh.  That's right.

 7        Q.   -- Exhibit Number 1 in front of you.

 8        A.   And I have a copy here.

 9        Q.   Very good.  First topic is your

10   interpretation, application, operation and

11   implementation of the challenge provisions of SB-1

12   during the November 2022 general election in

13   Bexar County.  That's a mouthful.  I want to break it

14   down just a little bit.

15             Do you recall any issues that arose with

16   respect to interpretation of SB-1 in connection with

17   the general election in 2022?

18        A.   No, sir.  We -- we still process and we

19   still see challenge registrations daily, I mean, in

20   our dashboard when we look at it.

21        Q.   Okay.  Let's look at Number 2.  Did you

22   receive any guidance, advisories, instructions,

23   handbooks or trainings from the secretary of state's

24   office regarding the challenge provisions of SB-1 in

25   connection with the November general election?



1        A.    Again, I -- yes, advisories.

2        Q.    Okay.  Anything besides advisories?

3        A.    No.

4        Q.    Okay.  I have some of those advisories

5   here, and we can look at them briefly.  But in

6   general, how did you and your team use the

7   advisories?  Or what, if any -- I'll stop at that.

8   How did you use those advisories that you received in

9   2022 in connection with the general election that

10  year?

11       A.    We used them in training.

12       Q.    Okay.

13       A.    So, they were passed on to the election

14  officials.

15       Q.    Was that true of all of the advisories?

16       A.    No, just the ones that -- that affected the

17  poll site.

18       Q.    Okay.  There's a reference in Number 5 to

19  military and overseas voting.  What does the overseas

20  voting refer to as opposed to the military voting?

21       A.    That's the MOVE Act, Military Overseas

22  Voting Empowerment Act, that -- that's the 45-day.

23       Q.    Okay.

24       A.    That -- that's the one.  It takes longer to

25  get a ballot overseas than it does to get it to



 1    Fort Hood.

 2        Q.    Yes.  And did you in Bexar County comply

 3    fully with the MOVE Act during the November 2022

 4    general election, to the best of your knowledge?

 5        A.    Absolutely.

 6        Q.    Were any overseas voters unable to get

 7    their mail-in ballots counted as opposed to military

 8    voters in connection with the November 2022 general

 9    election?

10        A.    Not to my knowledge.

11            (Exhibit 2 was marked.)

12        Q.    BY MR. BRYANT:  All right.  Let's look at

13    Number 8A.  And I'm going to show you what's been

14    marked as JCF -- JC3, Exhibit 2, which is a one

15    page --

16        A.    Oh, okay.

17        Q.     -- document.

18        A.    Uh-huh.  Reconciliation form.

19        Q.    Okay.  Can you explain what Exhibit 2 is.

20        A.    This is a new form developed out of SB-1

21    that's called the Election Reconciliation Form.  And

22    this is done by the presiding judge of the central

23    counting station.

24            Now, the central counting station is the

25    room, the function that counts the mail ballots in



Jacquelyn Callanen                              February 28, 2023
                                                        Page 91

 1  scanners.  It's the area that harvests all of the

 2  votes from the poll sites from early voting on

 3  election day.

 4          And so, it's the area that, basically,

 5  people think of as tallying the vote.

 6      Q.   And is this particular Exhibit 2 the

 7  election reconciliation document that was prepared in

 8  connection with the 2022 general election for

 9  Bexar County?

10      A.   Yes, sir.

11      Q.   See that although the election date is

12  listed as November 8, 2022, the attestation, which is

13  about three-quarters of the way down the page on

14  Exhibit 2 is dated November 22nd, 2022.  What is your

15  understanding as to what occurs between the election

16  day and the date on which the election reconciliation

17  form is signed?

18      A.   Again, I think I did previously, probably

19  hours ago, when I said that the election's not over

20  at 7:00 on election day.  Again, the legislature gave

21  us a much-needed permission to count, accept mail

22  ballots that arrived to us the next day after the

23  election.  And we normally receive hundreds of those.

24          And in the past, it was sort of heart

25  breaking because all of those people were



1    disenfranchised.  So now we can open them and count

2    them.  We have our military, as we just spoke about,

3    the overseas military, they have six days after the

4    election to have their ballot reach us.

5            We have provisional ballots, which we

6    haven't talked about yet, and the provisional ID

7    ballots, for the provisional ID, they have six days

8    after the election to come to our office to cure

9    those.  We use that word "cure" a lot.

10           And so, the early ballot board that I've

11   spoken about, they do not re- -- regroup until all

12   those deadlines have passed.  And so, then you can

13   see they'll come in and then they do their work:

14   accepting, opening, hand them over to the central

15   counting station.

16           And all of this is going on, which, again,

17   takes all that time.  And so, you get your final,

18   final, after all functions are in, where we've cast

19   and hand -- and we've counted every single possible

20   ballot that can be counted in that election.

21       Q.   And for the 2022 general election, was that

22   all completed on or before November 22nd, 2022?

23       A.   Absolutely.

24       Q.   Okay.  Let's -- let's talk just a little

25   bit about these provisional ballots.  Could you



 1  explain that process for somebody who is not as

 2  familiar with it as you are.

 3         A.   Or you.  A provisional ballot --

 4         Q.   That's the same thing.

 5         A.   Again, dare I say, and as we tell our

 6  judges and we tell our people in training, the golden

 7  rule in elections, in election administration, is

 8  every person who wants to vote votes, period.  And we

 9  see that.  And again, previously, I had spoken about

10  the college students who weren't registered here.

11              Provisional ballots are set up in such a

12  way for the person who comes to the polls, they step

13  to the qualifying table and they're not on the voter

14  list for whatever reason, and they swear they -- they

15  registered at DPS.  And so, they are adamant they

16  voted -- they registered, and so they're going to

17  vote.

18              And our system is set up that the election

19  officials reach out to us and we take the address of

20  that person so that we can tell them what ballot

21  style, what precinct to vote that person in.  And the

22  person goes over and puts their card in and votes.

23              But instead of it going into the machine

24  that tallies, they bring it back to the election

25  official and it goes -- and just like a mail ballot,



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 94

 1   it goes in an envelope, it goes in a green envelope

 2   that the voter signs, puts their information on.  The

 3   judge signs it and says, we're -- we're casting this

 4   because they said they registered with DPS.

 5              Well -- or they moved here and they thought

 6   they were registered to vote.  Or what we see an

 7   awful lot of, and I'm hesitant to say it, but -- but

 8   it's just the way of our world is, in large counties,

 9   we have a lot of suburban cities or suburban school

10   districts that are in multiple counties.  And you

11   would be amazed at the people who don't realize what

12   county they're in.

13              And so they'll come to the poll, come in,

14   but they are registered in Guadalupe.  Well, they

15   don't want to drive back to Guadalupe.  They're in

16   Bexar County now because we have vote centers so they

17   can vote anywhere, and they're not registered here

18   but they swear they're any -- so, they get to cast a

19   provisional ballot.

20              There's any sundry reasons.  I have no ID

21   on me.  I have no -- nothing.  I have no photo ID.

22   They get to cast a provisional ballot.  And then the

23   ID provisional ballot people have six days to come

24   downtown to our office and cure it, show us their ID.

25              And we have that six-day period when we get



Jacquelyn Callanen                                    February 28, 2023
                                                            Page 95

 1  the ballots in to check with DPS.  They have a portal

 2  for us where we can enter the name, David, you know,

 3  and the form asks, approximately when did you go to

 4  DPS.  And then DPS will send us a card that -- an

 5  image of the card, their signature.

 6           And so many times the box says, no, the X

 7  is in the box that says, no, for voter registration.

 8  So, of course, we can't count that provisional

 9  ballot.  But the staff works diligently in those six

10  days.

11           Sometimes we get -- on a small election,

12  we'll have a hundred provisionals.  As you can see on

13  this one, you know, we had quite a few to go through.

14      Q.    Did you have 474 in Bexar County in

15  connection with the November 2022 general election?

16      A.    Absolutely.  Yes, sir.

17      Q.    And how many of those ultimately were

18  counted after they were cured or verified as -- as

19  proper --

20      A.    100 --

21      Q.     -- eligible votes?

22      A.    129.

23      Q.    Okay.  How are the voters who cast a -- a

24  provisional ballot informed of the need to go take

25  steps to make the ballot eligible for counting within



1    the following six days?

2        A.   For the ID voters, they are handed a -- a

3    form that actually has a map to our office on it with

4    the dates and times and, you know, what they need to

5    bring.

6        Q.   Okay.  Okay.  On Exhibit 2, there's an

7    indication in column two entitled, "Rejected

8    ballots," that there were 274 mail ballots rejected

9    out of 39,655 mail ballot voters in Bexar County.  Am

10   I reading that correctly?

11       A.   Yes, but.

12       Q.   Could you explain the "but."

13       A.   Well, again, if -- if you just look at the

14   math, it doesn't make any sense.  It says, well, you

15   had 39,655 mail ballots sent out and you only

16   rejected 274.  And then you're saying, well, then

17   that means you counted 32,000.  Well, 274 from that

18   number is a far cry from how many were counted.

19            And so in that number, the difference, and

20   I think we've -- we've talked about it, but you have,

21   let's say 396, just round it off, we sent all those

22   out.

23       Q.   Yes.

24       A.   Okay.  And we actually counted 326.

25   Let's -- so, just --



Jacquelyn Callanen                                    February 28, 2023
                                                            Page 97

 1          Q.    Okay.

 2          A.    So those other ballots, where are they?

 3    You only rejected 274.  Where's the rest of them?

 4    Where did they go?  Well --

 5          Q.    Are those down at the lower left-hand of

 6    the form under S?

 7          A.    Yes, sir.  And -- and what that means is,

 8    they turned their ballot back in.  Because they -- we

 9    talked about it earlier, they just want that ballot

10    as a sample ballot and then they want to go vote in

11    person and so they cancel that ballot.  We have

12    people that -- that -- that do that.  I mean, you

13    know, thousands of people that -- that do that, and

14    any sundry reason like that.

15                We -- we have the ones, we talked about,

16    who get -- get rejected for the SSN, TDL.  They get

17    sent -- send it back, they get the phone call.  They

18    never come in to cure it.  They're just like, I'm not

19    going to do it.  And so, all of those added up were

20    7,000 ballots.

21          Q.    Is -- does Bexar County know how many of

22    those 7,091 mail ballots not returned by a voter that

23    are listed on Exhibit 2 are people who ultimately

24    voted either early or in person or on election day?

25          A.    We -- we know that 3,060 of that group



1    actually voted in early or in person because they had

2    to relinquish their ballot.  They had to come and

3    turn it in and cancel it.  And so, we have a complete

4    record of that.  We have their signature on a piece

5    of paper that says, I'm canceling this mail ballot to

6    vote in person.

7         Q.   If a voter requested a mail ballot and then

8    simply shows up at the poles on election day wanting

9    to vote, what occurs in Bexar County?

10        A.   The only avenue they have open to them is

11   the provisional ballot.  So, they will vote the

12   provisional ballot.  The voter will state, I never

13   received my mail ballot.  The judge will say, didn't

14   present their mail ballot.

15             So, we get the provisional ballot done.

16   And as I said, the staff has to do each one of these

17   individually.  And they'll be able to take that

18   provisional ballot of the person who says, I never

19   received it, and they can go back to the mail room,

20   they can go back to the early ballot board and say,

21   is David's ballot here?  Is his signature here?  And

22   it's like, oh, well, he's already voted.

23             So, the provisional ballot doesn't get

24   counted.  Or, no, we don't have any record of David's

25   ballot being here, so let's open it and count it so



Jacquelyn Callanen                                    February 28, 2023
                                                           Page 99

1  that David can... so, every one of them, that kind of

2  investigation is done.

3      Q.   Let's go off the record for just a second,

4  and then I will see if I have a few more questions

5  for you, and then I will -- we can either break for

6  lunch or -- or other attorneys can ask you questions

7  and I'll reserve some time for after the other

8  attorneys have asked their questions of you, if

9  that's okay.

10          THE VIDEOGRAPHER:  The time is 11:33 a.m.

11  and we are off the record.

12          (A brief recess was taken.)

13          THE VIDEOGRAPHER:  The time is 11:43 a.m.

14  and we are on the record.

15      Q.   BY MR. BRYANT:  Okay.  Miss Callanen, we

16  discussed you testified about the -- you testified

17  about the requirement for military voters that they

18  enclose a signature; is that correct?

19      A.   A signature page.  Yes, sir.

20      Q.   Yes.  And is that a requirement that was

21  put in only in SB-1 or did that pre-exist SB-1?

22      A.   No, sir, it pre-existed.

23      Q.   Okay.  So, to the extent that that caused

24  any military votes, mail-in votes to be rejected,

25  that would have occurred prior to SB-1?



```
 1         A.   Yes, sir.
 2              MS. CUBRIEL:  Objection; form.
 3         Q.   BY MR. BRYANT:  Okay.  Now, we talked about
 4    the 1.7 percent rejection rate that you experienced
 5    in Bexar County in the 2022 general election.  How
 6    did that compare specifically with the rejection rate
 7    that Bexar County experienced in the 2018 general
 8    election?
 9         A.   I don't have that number.  I don't -- I
10    don't have that number.  I know it would have been
11    slightly higher.
12              MS. CUBRIEL:  And we also object that I
13    believe that's beyond the scope of the amended
14    scheduling order.
15         Q.   BY MR. BRYANT:  Okay.  Are you saying it's
16    slightly higher in 2018?
17         A.   Yes.
18         Q.   I'm trying to remember the phrase that you
19    used when you described 2022 as compared to 2018.  It
20    was something like, a like election?
21         A.   Yes.
22         Q.   Was that the phrase?  I think it was a
23    little --
24         A.   Yes, sir.  I mean --
25         Q.   -- more -- less awkward than that.
```



 1          A.    No.   When -- when we're preparing for

 2    election, we always look back and use as a model the

 3    last like election.

 4          Q.    Okay.   And do you use that term because the

 5    presidential election years are in some way

 6    significantly different from the years like the

 7    general election in 2022?

 8          A.    The turnout is much higher.   Yes, sir.

 9          Q.    Okay.   Is it also true that the

10    November 2022 election may involve a different

11    statewide offices that are on the ballot?

12          A.    Yes.

13          Q.    And was that the case for November 2022 as

14    compared with either of the general elections in 2020

15    or 2018, or both?

16          A.    Yes.

17          Q.    Was there any U.S. Senate election on the

18    ballot in the general election in 2022?

19          A.    No, sir.

20          Q.    Was there a U.S. Senate election on the

21    ballot in 2018?

22          A.    Yes, sir.

23          Q.    And in your experience, does that typically

24    affect voter turnout?

25          A.    Yes, sir.



1      Q.   Was voter turnout in the general election

2   in 2022 also affected as compared with 2020 by the --

3   the change in the circumstances with respect to

4   COVID?

5           MS. CUBRIEL:  Objection; form.

6           THE WITNESS:  No, not in the whole turnout,

7   but in the methodology of it, it -- COVID affected

8   it.  I -- I firmly believe that that's why we saw so

9   many mail ballots, the 124,000 and our in-person

10  numbers were down, but we still had a high --

11  presidential years are always a higher ye- -- higher

12  turnout.

13     Q.   BY MR. BRYANT:  Okay.  I'm -- I'm not sure

14  the question you answered was the one I had in my

15  mind, so let me ask to try to clarify it.  Do you

16  believe that one of the reasons that you had a lower

17  turnout in 2022 was that COVID was not an issue?

18          MS. CUBRIEL:  Objection; form.

19     Q.   BY MR. BRYANT:  Or that perhaps the

20  existence of COVID affected voter's behavior and

21  propensity to vote in 2020?

22          MS. CUBRIEL:  Objection; form.

23          THE WITNESS:  No.

24     Q.   BY MR. BRYANT:  Did I understand your

25  testimony to be that you believe that the number of



 1  mail-in ballots spiked up in 2020 because of COVID?

 2      A.   Yes, sir.

 3      Q.   Do you expect a similar spike in the next

 4  presidential election in 2024?

 5           MS. CUBRIEL:  Objection; form.

 6           THE WITNESS:  Not that high.  But, I mean,

 7  it'll obviously be higher than 40 that we have now.

 8      Q.   BY MR. BRYANT:  In the connection with the

 9  2020 general election, was accommodation requested by

10  any voter of Bexar County as to any of the

11  requirements of SB-1?

12      A.   I'm not sure I understand.

13      Q.   Such as voter assistance or only with

14  respect to what you already testified to, which was

15  visual impairment, hearing impairment?

16           MS. PAIKOWSKY:  Objection to the extent

17  that this is asking a question about outside the

18  scope of the 2022 election.

19      Q.   BY MR. BRYANT:  Yeah.  And I want to make

20  it clear I'm asking about the 2022 general election.

21  Was there -- were there any other requests for

22  accommodations as to disabilities that were because

23  of any requirements that SB-1 imposed for the first

24  time?

25           MS. CUBRIEL:  Objection; form.



1            THE WITNESS:  Not to my knowledge.

2        Q.    BY MR. BRYANT:  Okay.

3            MR. BRYANT:  I'll pass the witness at this

4    time and reserve my remaining time until after other

5    counsel have had an opportunity to ask their

6    questions.  And I would also ask if anyone plans to

7    take a lunch break and if so, when you would like to

8    do so.

9            MS. CUBRIEL:  We could go off the record to

10    discuss lunch break.

11            MR. BRYANT:  Okay.  Let's go off the

12    record.

13            THE VIDEOGRAPHER:  Time is 11:50 a.m. and

14    we are off the record.

15            (At 11:50 a.m., a luncheon recess

16             was taken, the deposition to be

17             resumed at 12:20 p.m.)

18

19                   AFTERNOON SESSION

20            (At 12:23 p.m., the deposition was resumed,

21             the same persons being present.)

22            THE VIDEOGRAPHER:  The time is 12:23 p.m.

23    and we are on the record.

24

25



```
 1                      EXAMINATION
 2   BY MS. PAIKOWSKY:
 3        Q.   Good afternoon, Miss Callanen.
 4        A.   Good afternoon.
 5        Q.   Did I get it right?
 6        A.   Yes, you did.  I'm proud of you.
 7        Q.   Perfect.  My name is Dana Paikowsky and I
 8   am an attorney for the United States, as you know.
 9   So, I know we've talked a lot about some of the voter
10   education efforts you did in the November 2022
11   election.  And I don't want to go over anything we've
12   already talked about.
13             But was there any specific proactive voter
14   education around SB-1's identification number
15   provisions that your office did in the 2022 general
16   election that we did not already talk about?
17        A.   No.
18        Q.   When your office was doing these voter
19   education efforts, did you seek feedback or approval
20   from the secretary of state's office?
21        A.   No.
22        Q.   And -- okay.  So, going back to the insert.
23   Has your office communicated with the secretary of
24   state's office about the insert?
25        A.   I think we -- we -- we talked once and I --
```



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 106

1    I think Christina asked me for it.  And then I -- and

2    then that was, like, the end of the -- the dialogue.

3    I scanned it and e-mailed it up to her.

4              But then I heard, then Secretary Scott was

5    doing an interview, and he talked about the insert

6    Bexar County did and the success of it.  So, I know

7    there had been some interaction at that point but not

8    with us.

9        Q.   Did you consult with the secretary of

10   state's office during the revisions that you made to

11   the insert?

12       A.   No.

13       Q.   You mentioned the secretary of state's

14   office had their own version of a ballot insert that

15   they had offered to counties.  Did they offer that

16   insert again in the 2022 general election?

17       A.   I'm not sure, but I would think so.

18       Q.   Would you ever consider using that insert

19   in Bexar County?

20       A.   No.

21       Q.   Why not?

22       A.   It was -- please, I don't want to offend

23   the three of you, but it was too legalese.  It -- it

24   wasn't in plain language.  And we just see the

25   disconnect there because we fill the voters up with



```
 1   so much legalese.  As you heard me say before, we

 2   have to put those papers in and this is the law and

 3   you have to do that, and we want to reach our voters

 4   on a different level.

 5        Q.   Earlier we discussed a court case that your

 6   office, one, related to the language that is on

 7   election materials about the ID provision from Senate

 8   Bill 1.  Can you explain more about that court case.

 9             THE WITNESS:  Lisa, that will be you.

10             MS. CUBRIEL:  (Shakes head in a

11   side-to-side motion.)

12             THE WITNESS:  No?  I don't know what Senate

13   Bill 1 --

14             MS. CUBRIEL:  I'm not sure what you're

15   talking about.

16             THE WITNESS:  I don't know either.  I don't

17   know which one you want.  I mean -- I'm -- I'm sorry.

18   The stack on my desk of lawsuits, I'm not sure which

19   one we're talking about.

20        Q.   BY MS. PAIKOWSKY:  I'm happy to clarify.

21        A.   Please, Dana.  Please.

22        Q.   So earlier, it is my understanding that

23   SB-1's ballot identification provisions require

24   certain language beyond applications for ballots by

25   mail --
```



 1          A.    Yes.

 2          Q.    -- or BBMs and carrier envelopes that asks

 3    voters to put either a Texas driver's license or

 4    other ID or an SSN --

 5          A.    Correct.

 6          Q.    -- for.  It is my understanding that your

 7    office was engaged in litigation about that language;

 8    is that correct?

 9          A.    That -- I -- I -- I think what you're

10    referring to is, we were a party to it but it was the

11    secretary of state's office.  Because -- and I

12    don't -- I think they lost that one because that's

13    when the language on the back of the carrier

14    envelopes had to change.

15               And that's what, again, made us all crazy

16    because we had just done that.  We had just gone

17    through an election, you know, telling the people

18    this is what we need, and then the State said, well,

19    now you have to redact this -- there were, like, two

20    sentences on -- on the back of whatever -- and I'm

21    sorry, I don't know the specifics on that lawsuit.

22               But I know that we got the directive from

23    the State saying, here's your envelope and you can

24    redact, you can take a Sharpie and black it out.  And

25    at that point, we didn't know if we were going to



1    have 40 or if we were going to have a hundred.

2            So, we went back to our vendor and we -- we

3    asked Aaron, is there any way -- let me rephrase

4    that.  We know there was a way and we were willing to

5    ask him would he, please, take all the stock we had

6    back, and for him to overlay a spray on it so that it

7    would be nice and neat and let him redact them from

8    us.

9            And so he said, yes.  And so, we -- we sent

10   him back all of our stock.  It was, like, 30,000 or

11   something that we had and he reprinted them.  I -- I

12   can't tell the specifics, but he overlaid.  So when

13   we got them back, the part of that lawsuit that said

14   they had to remove that language was miraculously

15   taken out and we paid three cents more a ballot -- I

16   mean, an envelope to have it done.

17        Q.   What specific language was redacted from

18   the ballot envelope?

19        A.   I'm sorry.  I don't -- I -- I vaguely

20   remember that it had something to do with the

21   assistance part of it, if that's -- is that what it

22   is?  You know the answer; right?

23        Q.   I cannot answer questions here, but I

24   appreciate the answer.  To your knowledge --

25   actually, withdrawn.



```
 1              In the 2022 November general election, did
 2    the ABBM forms that Bexar County used include the
 3    and/or language with respect to IDs, the -- the SB-1
 4    ID provision?
 5         A.   From the State, the new ones that we had to
 6    get --
 7         Q.   Uh-huh.
 8         A.     -- yes.
 9         Q.   In the 2022 November general election, did
10    you -- do you believe voters were confused by that
11    language?
12         A.   Oh, absolutely.
13         Q.   In the November 2022 general election, did
14    Bexar County's carrier envelopes include the and/or
15    language from SB-1's mail ballot ID provision as
16    well?
17         A.   Yes.  It was from the secretary of state.
18    We used exactly what they sent us.
19         Q.   In the November 2022 general election, were
20    voters confused by that and/or language?
21         A.   I'm sure they were.
22              MR. BRYANT:  Objection to form.
23              MR. GENECIN:  Calls for speculation.
24         Q.   BY MS. PAIKOWSKY:  So, I'm going to
25    backtrack a little bit.  Again, to voter education
```



 1    efforts, which I want to specify include things like

 2    creating the ballot insert and -- and everything

 3    you've discussed previously.  How much money did

 4    Bexar County spend on voter education efforts you

 5    described?

 6         A.   Out of the election -- my budget.  The

 7    general fund budget.  We spent -- I spent $40,000

 8    which was, you know, minimal.  But that was all

 9    towards the voter education part.  I spoke previously

10    about two commissioners on the -- on the court that

11    got involved and they set a budget of 200,000 that

12    they spent.

13         Q.   How do those numbers, the 40,000 and

14    200,000, compare to like elections?

15         A.   Again, prior to that, the court was not

16    involved.  And when it's a like election, thank you,

17    we have and I do have a media person that comes on

18    that manages social media, setting up the -- the

19    media, you know, press conferences and all of that.

20    So, that has stayed the same for, like, the last

21    10 years.

22         Q.   As compared to the November 2022 general

23    election and the amount of money the county expended

24    on voter education, was it more or less than in -- or

25    the same as in other like elections?



1    A.   Well, again, this -- this one cost more

2  because we had to pay for the insert, you know,

3  numerous times.  So, we had them, you know, put away

4  the first version, put away the second version.  And,

5  you know, I mean at that, we're -- we're just talking

6  a couple thousand dollars to have -- to have sheets

7  printed and -- and cut.

8         And then, again, other than, as I said,

9  when we sent all of our remaining stock back to our

10  printer to have those redacted, you know, we had a

11  bill from them.

12    Q.   Were there any other resources that your

13  office devoted to voter education efforts related to

14  the ID provision, the ballot ID provision, in the

15  2022 general election?

16    A.   No.

17    Q.   In the November 2022 general election, did

18  your office expend any resources to educate your

19  employees about implementing the ID provision of

20  Senate Bill 1?

21    A.   Okay.  I mean, we had in-house training.  I

22  don't know if that counts as expending, but we had

23  numerous in-house trainings.  We have -- when we deal

24  with our election officials for their training and

25  for their -- when we trained all of our judges and



1   all of our workers, the early voting -- our early

2   voting crews, not necessarily did we train them for

3   early bal- -- for the ballot -- mail ballot.

4           But we had to bring them up and give them

5   the knowledge of it because voters were going to be

6   coming in.  So, you know, did -- it was minimal what

7   we expended, but we made sure that they all had

8   copies of the insert, that they had copies of this

9   carrier envelope if they saw exactly what was needed

10  so that if somebody came in and asked, or was

11  starting to carry on a conversation with them, that

12  they wouldn't feel like, what are they talking about.

13          And so, every time we had a training

14  session we entered into that.  But again, I don't

15  know how to quantify that.

16      Q.   From your experience in the November 2022

17  general election, do you anticipate continuing with

18  the same efforts you've already described?

19      A.   Yes.

20      Q.   I'm going to switch gears a little bit and

21  ask you about mail ballot processing and absentee

22  ballot -- ABBM processing.  So, for the November 2022

23  general election, did your office hire employees or

24  contractors in order to facilitate, support or assist

25  with mail voting and the implementation of



1   Senate Bill 1's identification requirements?

2          A.   Absolutely.  But let me, please, speak to

3   that.  I think when David asked me earlier on in the

4   day, I mean, my staff is 20 in number.  And so, we

5   have a fantastic mail -- we call them the mail room

6   people who are full-time temps that -- now -- I don't

7   want -- permanent temps, because they'll come and

8   work with us through an election and then they go

9   away and they'll come back and work.

10          And so, we have two strong leads, one from

11  each party.  They are full-time temps and they manage

12  that, and then we bring in temps for them.  Again, we

13  bring in temps to answer phones.  I mean, we bring in

14  temps to handle that work flow.

15          As you heard me say before, every piece of

16  paper that comes in our office is scanned, and it's

17  scanned into that database.  And so, yes, we -- we do

18  bring in -- we bring in tons of temps.  We couldn't

19  do it without our faithful temps.

20          Q.   Was the staffing needs of the November 2022

21  general election -- actually, withdrawn.

22          You mentioned that your office hires

23  temporary staff around election time.

24          A.   Yes, ma'am.

25          Q.   Were your staffing needs greater for the



1    November 2022 general election with respect to

2    staffing or processing mail ballots and implementing

3    Senate Bill 1 than they had been in like elections

4    for mail voting needs?

5         A.   Yes.

6         Q.   Why was that?

7         A.   Again, because of the additional -- that

8    perforated flap that -- that I was speaking of.  In

9    March, in the -- in the primaries, we didn't have the

10   ability or didn't understand that SB-1 allowed us to

11   take that flap down.

12             And so, when we turned over the early

13   ballot board and, you know, took -- but as we got

14   into this, we understood that we could facilitate

15   things by taking just one of -- we were allowed to

16   take, like, the top perf down so that it fell down

17   but it wasn't completely removed and very

18   time-consuming because that had to be a one-by-one

19   person with a letter opener.  I mean -- and so, yes,

20   we did have additional temps brought on board in

21   November of 2022.

22        Q.   Do you bring in temp -- temporary staff or

23   additional hiring to assist with the processing of

24   ABBMs as well?

25        A.   Yes.



 1        Q.   Were the staffing needs for the

 2   November 2022 general election, with respect to

 3   hiring temporary staff or additional workers, greater

 4   than like elections, with respect to processing

 5   ABBMs?

 6        A.   We probably added one -- one or two more.

 7   Because with SB-1, the -- the usual -- or the

 8   routine, I guess is the word I'm looking for, prior

 9   to SB-1, you know, they would scan it, they would

10   look at it.  Was -- you know, was it all correctly

11   filled out.  Did it have a precinct number.  Was it

12   signed.  And then it would be like, okay, accept it

13   and it would go into the cyber space so that we,

14   then, would be able to print a ballot for it.

15             But with SB-1, that process took longer.

16   Because now, not only would they scan it in put it

17   in, yes, do you have -- this is the name.  This is

18   the signature.  That's the address we have.  This is

19   the precinct.

20             Now they had to stop and look at the TDL or

21   the SSN and bring up the voter registration card that

22   we had scanned to make sure that we had that number

23   there.  And so, not only -- how do I say this because

24   I'm -- I'm not technical.  Please understand me.

25             But in the past when we had these people



 1   doing this, they had one computer and one screen.

 2   But to facilitate the voter registration, we now gave

 3   them a second screen so that they could -- does that

 4   make sense?  Do you understand?  Okay.  That's -- and

 5   so, yes, it took longer.  And so, yes, we had to get

 6   more temps.

 7         Q.   For the additional staffing that your

 8   office had to hire during the 2022 general election

 9   to assist with mail ballot and ABBM processing,

10   approximately how much did that cost?

11         A.   I actually barely know that number.  It

12   costs us about $218,000.

13         Q.   Is $218,000 an unusual -- unusually high

14   expense for temporary staff and additional workers as

15   compared to like elections?

16         A.   For this one, yes, it was.  It got my

17   attention.

18         Q.   Given your experience in the November 2022

19   general election, do you anticipate your needs to

20   hire temporary staff and additional employees to

21   process mail ballots will remain higher in the future

22   than it has been in the past?

23         A.   Yes.

24         Q.   Where does the money come from -- or excuse

25   me.  Withdrawn.



1            In the November 2022 general election,

2    where did your office get the money to hire these

3    additional employees?

4       A.    From the general fund.  From Bexar County's

5    general fund, my office budget.

6       Q.    What impact, if any, did the county's

7    funding of these additional staff members have on the

8    budgets of your other programs?

9       A.    In the long run, I would say it had

10   none because the county judge was very specific in

11   addressing the fact that we -- we were to be granted

12   whatever we needed for getting this done because he

13   was very, very understanding.

14      Q.    What impact, if any, did the county's

15   funding of your additional program have on other

16   programs or county initiatives?

17      A.    Again, I wouldn't know that.

18      Q.    Do you believe that there is anything

19   further your office could do beyond what it did in

20   November 2022 to bring down rejection rates further?

21   Excuse me.  Withdrawn.

22            Do you believe that there's anything your

23   office could do beyond what it did in November -- in

24   the November 2022 general election to bring down

25   rejection rates further because people were unable to



 1  comply with the ID provisions in Senate Bill 1?

 2      A.   I foresee us doing exactly what we've been

 3  doing, from the inserts, to the media, to whatever.

 4      Q.   Is there anything additional you believe

 5  you could do?

 6      A.   That's a tough -- that's a tough question.

 7  I -- I hope and I pray that some of my smarter

 8  counterparts have developed things like this, and

 9  that when we get together we share and that we can

10  assist from different -- I'm hoping someone has

11  looked at it from a different angle and helps do

12  that.

13          But again, like, we had our 40,000 people

14  vote by mail or applications, and when we look back,

15  that's basically the same pool that we had vote in

16  2018.  And so, then they are already educated and

17  they -- they understand this.

18          And I think, again, for this May election,

19  our upcoming election and for November, we'll have a

20  much smaller turnout.  And so, it will be our heart

21  and true, it's going to be the core of our -- our

22  voters.  And I think through this year they -- they

23  get it.  They get it, because they lived through

24  March of last year and -- and November.  And so, I

25  see us doing the exact same thing this year.



1          And as I said, just to meet with

2   counterparts, there's got to be smarter and better

3   ideas out there as we ramp up to '24, because that's

4   where we'll see people who have not done this before,

5   and we'll have to go back into a major push.

6          Q.   From your experiences implementing SB-1's

7   Senate -- ID provision in the November 2022 election,

8   do you believe you will ever be able to get the

9   rejection rate to zero?

10         A.   No.

11         Q.   Why not?

12         A.   Human nature.  Human nature.  There --

13  there's somebody that just is sure that they've done

14  everything and filled it out correctly and haven't

15  signed it.  I mean, we -- we get -- we get ballots

16  where on the outside it's -- it's -- it's perfect.

17  The numbers are there.  The signatures are there, but

18  then when they open it -- when it goes to the early

19  ballot board and they open it, there's no ballot in

20  it.  They forgot to put the ballot in.  I mean, I --

21  I'm sorry, that's our -- that's the reality we live

22  in.

23         Q.   To your knowledge, in the November 2022

24  general election, were any eligible voters prevented

25  from voting because of Senate Bill 1's ID provisions?



1        A.   I would say, no, with a little bit of a

2   reservation.  One of the difficulties that we had

3   with the curing process was, we -- we -- they'd send

4   it back, they'd notify them and they could, then,

5   hand-deliver their ballot back to our office; okay?

6             And so, they would bring the ballot back to

7   us.  And they can bring that ballot back on election

8   day.  So, in the morning -- and, again, I don't want

9   to ramble, but in -- in the morning the first couple

10  ones that came in, we would have a husband come in

11  and he would have the two ballots.  He would have his

12  and his wife's.  Well, we could only accept his.  We

13  could not accept his wife's because they had to

14  hand -- hand-deliver it, show their photo ID, sign it

15  in.

16            And the gentlemen -- the first couple, they

17  were angry, as -- as they should be, as they should

18  have been.  And so, those few in the morning, that --

19  that wife, spouse, her ballot was not turned in.  And

20  you know, we explained, go ahead and vote in person.

21  Okay.

22            So, did they?  I don't know.  But I know

23  by, like, 10:00 that morning it was becoming obvious

24  that this was a problem.  And so, we're really

25  blessed because right across the street from --



 1   across the freeway from us is our post office.

 2           So, I mean, I literally got money out of my

 3   wallet and had a staff member run over there and buy

 4   books of stamps so that if this happened again and

 5   again, which it did, we were giving them -- you know,

 6   probably shouldn't tell people this, but we were

 7   giving them a stamp to put on that ballot and take it

 8   directly across the street and mail it and make sure

 9   it was time stamped.

10           Because, again, our legislation has said if

11   the ballot is date stamped by 7 o'clock on election

12   day it can be delivered the next day.  And so, that

13   was, like, an on-the-fly, we did it.  We -- we

14   managed to do that.  But I can't account for those

15   first hours.  So, I hope that makes sense to you.

16       Q.   Is it possible that in the 2022 general

17   election some eligible voters were prevented from

18   voting because they were not able to cure ballot

19   defects that arose under Senate Bill 1's ID

20   provisions?

21       A.   I'm sure.  Excuse me.

22       Q.   Okay.  So, I'm going to ask you a couple of

23   process questions.  And I think the point of these

24   questions is to ascertain if anything has changed

25   since the last time you were deposed.



Jacquelyn Callanen                                    February 28, 2023
                                                      Page 123

1          So, since the November 2022 election, has

2   anything changed about the way your office processes

3   incoming ABBMs with respect to the voter ID

4   provision?

5          A.   No.

6          Q.   Similarly, has anything changed in your

7   office with respect to the process by which you

8   receive and intake a ballot to determine compliance

9   with SB-1's mail identification provision in the

10  November 2022 election?

11         A.   Well, we haven't had an election since

12  November 2022, so we haven't brought any in, but we

13  brought the ABBMs in, and we're doing the -- you

14  know, the same thing, the same processing, the two

15  screens, making sure we have the numbers.  But I'm

16  sorry, I can't go to the ballots.

17         Q.   No.  I -- I got turned around.  So, since

18  the March primaries, has anything changed about the

19  way your office receives and processes ballots to

20  determine compliance with SB-1's mail identification

21  provisions?

22         A.   Sure.  I mean, very proudly say, you know,

23  we've actually gotten into the rhythm.  We -- we've

24  gotten so that, as far as the temps and training,

25  it's gone a lot smoother.  So, I mean, we -- we



1   had -- we jokingly said we had the 18 by November,

2   because they knew how to look for it and what to look

3   for.  And so, from that standpoint, it -- it did

4   cycle down.

5        Q.   In your previous testimony, you mentioned

6   when a ballot, or ABBM comes in, a staffer who

7   receives it would often type in the first name or a

8   date of birth in order to pull up the record and

9   identify the voter.  Is that still your process?

10       A.   Yes, ma'am.

11       Q.   Earlier you testified that your office does

12  not make phone calls or send e-mails to cure ballot

13  defects for ID -- ID ballot defects.

14       A.   Correct.

15       Q.   Does your office use phone calls or e-mails

16  to notify people of issues with their ABBMs failure

17  to comply with SP-1's identification provision?

18       A.   Yes, ma'am.  Yes, ma'am.  If -- if they've

19  given us that information.

20       Q.   How long has your office -- excuse me.  Has

21  your -- withdrawn.

22            Has your office changed its process for

23  notifying voters about ID issues with their ABBMs

24  since the March primary?

25       A.   No.



```
 1        Q.    Okay.   I am going to show you a document
 2    which, I believe --
 3              MS. PAIKOWSKY:   Are we on JCS3 3; is that
 4    right?
 5              MR. BRYANT:   3, 3?
 6              MS. PAIKOWSKY:   So, you had done -- you had
 7    done two exhibits.   One was marked JCS1 -- one was
 8    marked JCS2 and the other one was 13.
 9              THE WITNESS:   That was from --
10              MR. BRYANT:   And I also -- I also added 9.
11              MS. PAIKOWSKY:   And you added 9.
12              MR. BRYANT:   But I believe that the -- I
13    assume you're trying to keep the -- not duplicate
14    exhibit --
15              MS. PAIKOWSKY:   Yeah, numbers.   Should I
16    just start --
17              MR. BRYANT:   -- numbers.   And I believe the
18    last one that I have marked is 13.
19              MS. PAIKOWSKY:   13.
20              MR. BRYANT:   So, if you start with -- yours
21    with 14, we ought to be okay.
22              (Exhibit 14 was marked.)
23              MS. PAIKOWSKY:   All right.   So, we're going
24    to call this JCS3, 14.   There you go.
25              THE WITNESS:   Thank you, ma'am.
```



```
 1            MS. PAIKOWSKY:  I have copies for you both,
 2    and a copy for you as well.
 3            MS. CUBRIEL:  Thank you.
 4       Q.   BY MS. PAIKOWSKY:  Okay.  Do you recognize
 5    this document?
 6       A.   Yes, ma'am.
 7       Q.   So, I will represent that this document is
 8    well over a thousand pages long, so what we have here
 9    is an excerpt.  It is the first page and the 840th
10    page.  Can you explain to me what this document is.
11       A.   Sure.  This is a list -- well, by code of
12    the people who requested a mail ballot app- -- a mail
13    ballot from May 25th, which was after the primary
14    runoff until 10/28, which was the deadline for
15    accepting applications for the November 2022
16    election.
17       Q.   Can I have you look at the fourth name from
18    the bottom.
19       A.   On what page?
20       Q.   On the -- on page 840 of -- again, this is
21    Exhibit JCS3 14.
22       A.   I'm going to go to George Rigley?
23       Q.   Yes.
24       A.   Yes.
25       Q.   Okay.  And can you explain to me what V3
```



```
 1   status means?
 2        A.   Huh-uh.  I'm sorry.  V3?  No, I don't have
 3   the list of codes with me.  I'm sorry.
 4        Q.   That's okay.
 5        A.   No, it's not.  I apologize.  I feel badly.
 6        Q.   Yeah, we can -- we can perhaps leave a
 7   space in the transcript, and if you want to provide
 8   that information --
 9        A.   Okay.  Cool.
10        Q.    -- on the back end; is that okay?
11        A.   Uh-huh.
12             MR. BRYANT:  Yeah.
13             MS. PAIKOWSKY:  Wonderful.  Okay.
14   INFORMATION REQUESTED:_____
15   _____
16             MS. CUBRIEL:  Can we go off -- go off the
17   record real quick?
18             THE VIDEOGRAPHER:  The time is 12:57 p.m.
19   and we are off the record.
20             (Off-the-record discussion.)
21             THE VIDEOGRAPHER:  The time is 12:59 p.m.
22   and we are on the record.
23        Q.   BY MS. PAIKOWSKY:  Okay.  Has your office
24   ever referred a voter whose ABBM or carrier envelope
25   did not match -- actually, withdrawn.
```



```
 1                Since the March primary, has your office
 2    ever referred a voter whose ABBM or carrier envelope
 3    did not match their TEAM record, or their ID did not
 4    match, to the office of the secretary of state as a
 5    potential case for voter fraud?
 6         A.   No.
 7         Q.   Has your office ever made a similar
 8    referral to the AG's office?
 9         A.   For this year?
10         Q.   Correct.  For the reason --
11         A.   Right.  Yeah.
12         Q.   Have you ever referred -- withdrawn.
13                Has your office ever referred a voter
14    because their ID number on their ABBM or carrier
15    envelope did not match their TEAM record to the AG's
16    office as a potential case of voter fraud?
17         A.   No.
18         Q.   Has your office ever referred a voter
19    who -- whose ID number on their ABBM or carrier
20    envelope did not match their TEAM record to the
21    county DA's office as a potential case of voter
22    fraud?
23         A.   No.
24         Q.   Why not?
25         A.   Because you -- usually when we see that,
```



1   when -- when we see that, it's -- it's usually a

2   human error where either the voter, as they were

3   putting it down, transposed two numbers.  Or as we

4   say, as the processor entering it, fat-fingered it

5   and -- and put in a different number.

6            So, I mean, they get a second look if they

7   don't, and that's where we catch the -- the human

8   error.

9       Q.   Did your office make any referrals for any

10  other instances of potential voter fraud to any of

11  the groups mentioned: the secretary of state, the

12  attorney general or county DA or any other law

13  enforcement during the November 2022 general

14  election?

15      A.   No.

16      Q.   Sound of silence, crossing out questions.

17  So, hopefully that's a good thing.

18           So based on your experiences in the

19  November 2022 general election, do you have concerns

20  about implementing SB-1's identification provisions

21  during a presidential cycle?

22      A.   Yes.

23      Q.   Why is that?

24      A.   Because we will be dealing with a new group

25  of potential voters who are not familiar with the



1   process.

2        Q.   From your experiences implementing

3   Senate Bill 1's identification provisions in the

4   November 2022 election, do you believe that the size

5   of an election can impact the burden of

6   administrating that ID provision?

7        A.   Yes.

8        Q.   In what ways?

9        A.   The -- the -- I don't want to say the

10  larger the election but, like, the higher profile,

11  let's maybe say that, with the candidates and the

12  more candidates.  What we find -- and -- and again,

13  I'm speaking for a large county, for -- for a large

14  county, and while, again, SB-1 has tied our hands in

15  the ability to distribute the state ABBMs, or our --

16  our -- our form, they've tied our hands.

17            And so, many more consultants that the

18  candidates hire have started to fill that void.  And

19  it's an education process for the consultants where

20  we've brought them in.  Because for so many years

21  their format was the same.  You know, the glossy

22  picture here, and then down at the bottom it would

23  have a vote-by-mail card with someone's name and then

24  a blank one to give to someone.

25            Well, they can't do that anymore because



 1   now it's under SB-1.  It's a huge concern for

 2   identity theft because now we're giving them the

 3   name, the address, the birth date, signature and an

 4   identifier.  And so, the consultants have had to

 5   figure out a way to do that in a tri-fold,

 6   something -- they just have to redesign it, which is

 7   more expensive, obviously, for them and for the

 8   candidates.

 9         And so, to answer your question, I foresee

10   that there will be a lot more need to educate from

11   the consultant standpoint.  And -- and what I mean by

12   the SB-1, the one thing that has drastically tied our

13   hands is the provision in there that we are -- we are

14   only allowed to give one ABBM out to the person who

15   requested it.

16         And that's -- again, it's -- it's muddied

17   the waters.  Because before, we would hand out 25 to

18   somebody or, you know, let them work their precinct,

19   let them work -- and -- and we can't do that anymore.

20   But yet we knew when we had the ability to provide

21   that ABBM, it was everything we needed, everything

22   was protected.  It would come back to us.

23         So, again, we're watching this morph over

24   to where it's becoming a more, dare I say, commercial

25   venue for consultants and printers and -- and



 1    everything else, so.

 2         Q.   Would you say that -- withdrawn.

 3              So if I understand your testimony, it is

 4    that after SB-1, consultants and others play a larger

 5    role in disseminating ABBMs; is that right?

 6         A.   That's -- yes.  That's why -- the smart

 7    way.  Thank you.  You worded it well.

 8         Q.   Do you believe that the fact that these

 9    consultants are now having to play a larger role in

10    disseminating ABBMs hinders your ability to engage in

11    voter education efforts?

12         A.   No.  I think we'll just have to be more

13    proactive.

14         Q.   Would you say the fact that your office

15    cannot disseminate ABBMs yourself adds confusion to

16    the process for voters who are trying to comply with

17    SB-1's identification provisions?

18              MR. BRYANT:  Objection to form.

19              THE WITNESS:  It's just a matter of them

20    getting the form from us.

21         Q.   BY MS. PAIKOWSKY:  Okay.  Did your office

22    receive any communications from voters indicating

23    that they did not plan to vote by mail in the

24    November 2022 general election but otherwise would

25    have liked to?



1        A.    Yes.   There were -- I mean, there were --
2   again, there were phone calls, and that's mainly
3   how -- we have one of those automatic phone systems,
4   and I know everybody hates those.  What do they call
5   them, the tree?  Push this number.  Push this number.
6   Push this number.
7             And ours has been very successful because
8   it's 24/7, and it has a little mailbox in it that
9   says, if you're requesting a mail ballot application,
10  please leave your name and your number and address
11  and we'll mail it out.
12            And so, I have a staff member every morning
13  and they come in and they're going to take all the
14  information out off that mailbox.  It could be a
15  hundred.  It can be 200 names.  And, I mean, they'll
16  spend the morning just addressing these.
17            Well, now, because of the confusion that we
18  can only send one, you know, this -- this is David,
19  you know, 2:00 in the morning, would you please send
20  three applications to my home.  Here's the address
21  blah, blah, blah, blah, for my wife, myself and my
22  son.  Can only send one.
23            So when we send one, or if they're on the
24  phone and actually speaking with someone and they
25  say, I need an application for myself, my son and my



 1   daughter, there's -- there's a tendency at times for

 2   the voters to flair.  They're -- they're angry at us.

 3   We're -- we're complicating their lives.

 4           And I will share with you, I -- I don't --

 5   I can't quantify it.  I can't give you a number.  But

 6   it became so -- so, very, very emotionally charged.

 7   I -- I'm trying to say this correctly.  But for the

 8   first time in -- in -- in my elections administration

 9   and with my staff, some of whom have been with me for

10   20 years, I was able to instruct my staff this time

11   to tell people on the phone dealing with this

12   situation that I don't deserve to be spoken to like

13   that.  I'm ending this call.  Never in my existence

14   have I had to say that.

15           But when my staff is being denigrated and

16   being spoken to in such ugly, ugly words.  You know,

17   God doesn't love you anymore.  You know, you're the

18   spawn of the devil.  I mean, the -- the terms that

19   they had to live through.  So, yes, it happened.  I

20   can't quantify it, but that's a direct result of

21   SB-1.

22       Q.   Compared with the 2018 mid-term election,

23   did the number of ABBMs you received during the

24   November 2022 elections increase, decrease or stay

25   about the same?



1      A.   They were about the same.

2      Q.   So, earlier you mentioned that VOTEC tracks

3 slightly different data with respect to ABBMs and

4 carrier envelopes than does TEAM.  What fields

5 relevant to SB-1's identification provision are

6 different between VOTEC and -- and TEAM?

7      A.   Again, I can't specify exactly what numbers

8 they are.  But we know that we would be sending up

9 information that we had this many people apply, we

10 were sending them -- that we have this many ballots

11 back.  Or, you know, that this application failed or

12 was rejected, and it was not flowing into their

13 ballot tracker.

14           And many of the large counties had this

15 same feeling.  And the State was putting a lot of

16 emphasis, and they did a whole lot of outreach, for

17 people to use the ballot tracker.  Use the ballot

18 tracker.  But the ballot tracker didn't work for

19 the -- we call ourselves the offline counties.

20 There's online counties and then there's offline

21 counties.

22           And then that became, again, a little

23 bit -- they fixed it a little bit.  As I said, when

24 we did, I think you used the word synch, David, where

25 we received some TDLs and that from the State from



1  DPS when they worked with DPS and -- and then they

2  pushed them back down to us.

3        So, again, there's just a lot of

4  information and due diligence between the vendors and

5  TEAM.  Everybody's working to do a great job.  And

6  it's just, they're finding out that when we have this

7  code and this one says, one, two, three, and you're

8  saying, four, five, six, and when we send it up to

9  have it happen overnight digitally, they're not

10 matching.

11      Q.   You mentioned earlier that voters in

12 Bexar County could use Bexar County's ballot tracking

13 system.  In the November 2022 general election, is it

14 your understanding that Bexar County voters could

15 access the State ballot tracking system and cure

16 portal?

17      A.   They were told to do that, yes.  They were

18 told to do that.  But it was mainly, they were

19 unsuccessful.  In the course of the ballot tracker,

20 the State's ballot tracker.  In the course of the

21 November 2022, we -- we were notified -- okay.

22        The -- the State doesn't notify -- I -- I

23 used that word wrong, because they don't notify us.

24 Part of the -- the symbiotic relationship we have is

25 that, again, we export, it goes up there, based on



1    what the vendor says, and then we import it based on

2    what they say.  And then every day, every single day,

3    we -- I and two of my staff members, sign into the

4    secretary of state TEAM portal.  We -- we have

5    administrative.  And so, you get in there and say,

6    okay.

7              And they call it the dashboard.  Okay.  And

8    the dashboard is there and it lists probably 20 or 25

9    different functions.  And it will give us a number

10   in -- in the dashboard of how many people -- okay.  I

11   got -- I try this every single day, and the first

12   number you see is how many canceled.  Well, we send

13   them up, and they were canceled from other counties.

14             And so, we get a list of that.  Ours is

15   usually around 4,000.  Then it's -- you have a list

16   of possible felons.  You have a list of possible

17   deceased.  You have a possible rejected.  They're

18   not -- they're not going to go.  You have a -- you

19   have numbers that they miss live check, that when

20   they sent it through DPS and SSN, it was rejected,

21   none of those numbers.

22             And so, that's what the staff works on.

23   You pull this down every day.  And these are the

24   exceptions.  We may send up 10,000 records and

25   they'll say, okay, we'll accept 6,000.  Push them in.



 1  Go work these and find out what's wrong.  And so, in

 2  the election, the first capture at the top is ballot

 3  cures.  Here's their ballot tracker and they put that

 4  at the very top of the dashboard.

 5            And in the course of the November 2022

 6  election, we only got 16 ballot tracker numbers that

 7  people had worked in there and cured them, and then

 8  they actually sent us those, but we know we had a

 9  whole lot more people trying it.  And so, that's my

10  indication.

11            But, again, it's -- they don't come to us

12  and actively do this.  I hope I'm making myself

13  clear.  If -- you know, we have to do it every day.

14  And if we don't do it, or we skip a day or somebody's

15  busy, okay.  But it's -- it's called the dashboard,

16  and it's part of your daily -- your daily checks and

17  balances if you're an offline county.

18       Q.   Earlier we discussed that a ballot could be

19  rejected for multiple reasons.  Do you have a sense

20  of how common multiple defects are?

21       A.   Not multiple.  Not -- not multiple.  It's

22  usually just one before we -- before we saw SB-1, you

23  know, because now it could be no identifies, no

24  signature.  Oh, no, this and, you know.  And so,

25  it's -- it's -- SB-1 brings us multiple.



1        Q.   Even after SB-1, how frequent would you say

2   multiple ballot defects are?

3        A.   Very rare.

4        Q.   Is there a way that we could find out the

5   frequency from your own internal tracking?

6        A.   No.  Because, again, our -- our internal

7   tracking, much like the State's, we don't have a box

8   for multiple.  And -- and, you know, once we open

9   that up and we say, okay, no signature (whoosh

10  sound), it's gone.  It doesn't stay there so that you

11  could say, okay, no ID.  Does that make sense?  And

12  so, I -- I don't have a function that I could say

13  multiple.

14       Q.   I'm wondering, earlier you described a

15  neutral form that you said had many check boxes on

16  it.

17       A.   Uh-huh.

18       Q.   Is that a way that you can record multiple

19  defects?

20       A.   Yes.

21       Q.   And is that document something that's been

22  disclosed in discovery?

23       A.   No, because we don't keep copies of it.

24       Q.   I see.

25       A.   I mean, so -- but somebody sits here and



 1   you say, okay, this is it.  I have yours, check,

 2   check, check, fold it up, put it in the envelope and

 3   it's gone.  Or you know -- or -- or if

 4   that's necessary, then maybe that's what we're going

 5   to have start doing.  I mean, you know, it can be

 6   done.  It's going to be another step.  It's going to

 7   be another...

 8           But, again, you know, we have -- her name's

 9   Lisa.  Lisa sits at the reject table, and -- and as

10   they work through the ABBMs, or they work through the

11   ballot, they give it to Lisa.  She's got her generic

12   form.  She goes dah dah dah, folds it up, puts it in

13   the envelope.  We don't keep that.  But, you know, if

14   I -- if I'm seeing a need...

15        Q.   You do review those paper forms with the

16   checks on it, though, internally?

17        A.   No, Lisa does it.

18        Q.   The -- the royal you.  So, the office of

19   the Bexar County Election Administrator does review

20   these neutral forms that can record how often

21   multiple defects exist?

22        A.   Correct.

23           MS. CUBRIEL:  She's not referring to me, by

24   the way.

25           THE WITNESS:  Royal?



```
 1            MR. BRYANT:  Let the record reflect.

 2            MS. CUBRIEL:  Well, you keep saying "Lisa."

 3            THE WITNESS:  Lisa.

 4            MS. CUBRIEL:  I'm assuming you're referring

 5       to a Lisa within your office.

 6            THE WITNESS:  Yeah, I have two Lisas, and I

 7       have a guardian angel here, Lisa, yes.  Yeah, I'm

 8       sorry.  I didn't even think of that.  I had my back

 9       to you.  I won't do that anymore.  I can see Lisa.

10       She sits right there at that table in the corner.

11       Q.   BY MS. PAIKOWSKY:  So, just for the record,

12       the Bexar County Election Administrator's office does

13       review these forms that can account for how often

14       multiple defects arise and did so during the November

15       of 2022 general election?

16       A.   I don't have a copy of those.

17       Q.   Now, all --

18       A.   Lisa -- Lisa checked them, yes.

19       Q.   Wonderful.  Thank you.  Okay.  So, are you

20       aware of what the statewide rejection rate was?

21       A.   No.  No, ma'am.  What was it?

22       Q.   Would you be surprised to learn that the

23       statewide rejection rate was reported as 2.7 percent?

24            MR. BRYANT:  Objection as to form.

25            THE WITNESS:  No.
```



1      Q.   BY MS. PAIKOWSKY:   Why do you think your

2   county's rejection rate was lower than the statewide

3   rate?

4      A.   Because I'm proud of our insert and the

5   work we did.

6      Q.   Do you think that other counties have the

7   same level of resources and expertise as Bexar County

8   to implement the kinds of interventions you

9   discussed?

10          MS. CUBRIEL:   Objection; form.

11          THE WITNESS:   I had made reference to that

12   before that, you know, prior to 2020, I would have

13   answered, yes.   But since we've had such a turnover

14   in election leadership, I -- I think it's really hard

15   for a new person to get all the nuances and

16   understand how you have to touch your voters.

17      Q.   BY MS. PAIKOWSKY:   Do economic resources

18   factor into county's ability to implement the kinds

19   of solutions you did in Bexar County in November of

20   2022?

21      A.   I would say absolutely.

22      Q.   So, earlier, you mentioned that the

23   November 2022 general election ran more smoothly than

24   the November 2020 election.   Can you describe more

25   about why that was.



```
 1        A.    Again, just sheer numbers.  It -- it -- it

 2  basically was just a numbers thing.  Because as we

 3  talked about mainly, you know, the mail ballots, when

 4  you're dealing with 124,000 going out and 92,000

 5  coming back, our office, because we do, we handle

 6  everything in house, every single piece of it is

 7  handled in house, in 2020 my office, we were -- we

 8  were working two shifts.  We didn't have to do that

 9  in 2022.

10             In 2020, we were, I think, since you had

11  asked, we did, like, 1,200 voters that we had --

12  workers that we had to put out there.  Well, in

13  2022 -- or 2020, because we expected more voters, we

14  had more workers.  And so we were, like, at 1,800.

15             And so, that's what I'm speaking to, the

16  more complexities, it's -- takes longer to get 1,800

17  people than it does to get 1,200.  It takes longer to

18  do 124 applications than it does to do 40.

19        Q.    And in the differences between the

20  November '22 general election and the November '20

21  general election, would you say that COVID-19 also

22  impacted the smoothness of one election as compared

23  to the other?

24        A.    No, because we had that figured out prior

25  to that November.
```



 1          Q.   Do you believe that the November 2022

 2     general election was smoother than the 2018 general

 3     election?

 4          A.   No.  They were the same.

 5          Q.   Okay.  As compared to the 2018 general

 6     election, was mail voting more difficult in the 2022

 7     general election?  And I'm referring to both

 8     processing mail ballots and voter education.

 9          A.   Yes.

10          Q.   Why is that?

11          A.   With the ID requirement.  The new -- you

12     know, the new -- relatively new ID requirement that

13     we didn't have in prior elections.

14          Q.   Was there any information that would have

15     been useful to administering mail voting in the

16     general election that was not captured in the TEAM

17     database?

18          A.   No.  My initial reaction would be, no.  But

19     in hindsight, during this back and forth -- I mean,

20     if -- if you were looking for multiples, you know,

21     maybe we would open up that for multiples.  But as an

22     administrator doing the election at the time, no.

23          Q.   Does your county keep any data on ABBM

24     rejections that is not reflected in TEAM?

25          A.   No.



1          Q.   Does your county keep any data on carrier

2    envelope rejections that is not reflected in TEAM?

3          A.   No.

4          Q.   I think that is all my questions.

5               MS. PAIKOWSKY:  I would like to go off the

6    record if that's okay for just maybe five minutes and

7    we can chat and then come back on.

8               THE VIDEOGRAPHER:  The time is 1:27 p.m.

9    and we are off the record.

10              (A brief recess was taken.)

11              THE VIDEOGRAPHER:  The time is 1:33 p.m.

12   and we are on the record.

13              MS. PAIKOWSKY:  And I am going to pass the

14   witness at this time.

15              MR. GENECIN:  Thank you.

16

17                        EXAMINATION

18   BY MR. GENECIN:

19         Q.   Good afternoon, Miss Callanen.

20         A.   Good afternoon, sir.

21         Q.   My name is Victor Genecin.

22         A.   Victor.  I said, "Dennis."  I'm sorry.

23         Q.   And I've got a few questions for you.  Just

24   a little while ago, when you were answering

25   Ms. Paikowsky's questions, you cited the number



```
 1    $218,000.  And am I correct that that's the amount of
 2    additional funds that your office had to spend on the
 3    general election in 2022 to deal with issues related
 4    to mail-in voting?
 5         A.    Correct.
 6         Q.    And that additional expenditure was
 7    occasioned by the ID provisions of SB-1; is that
 8    right?
 9         A.    Yes, that -- that was part of it.  Yes,
10    sir.
11         Q.    And is -- is there any other part of it?
12         A.    No.  We -- we had the equipment.  I mean,
13    as I said, we -- everybody got two screens --
14         Q.    Uh-huh.
15         A.     -- but we happened to have those, so we
16    were okay on that.
17         Q.    So, you didn't have to spend --
18         A.    Technology.
19         Q.     -- extra on the two screens.  The 218 was
20    how much you had to spend on personnel; is that --
21         A.    Yes, sir.
22         Q.    Yeah.  And do you anticipate having to make
23    similar expenditures, similar additional
24    expenditures, in future elections in connection with
25    those ID provisions?
```



```
 1          A.   Yes, sir.
 2          Q.   And so, those -- that expenditure would be
 3   higher in a presidential election year?  Does that --
 4   would that be fair to say?
 5          A.   Yes, sir.
 6               MR. BRYANT:  Objection; form.
 7          Q.   BY MR. GENECIN:  And would it be fair to
 8   say that that -- that that might be a lower amount
 9   than an off year?
10          A.   Yes.
11          Q.   Okay.  Was there a fraud problem with
12   mail-in ballots in Bexar County that, in your mind,
13   justified the need to spend an additional $218,000 or
14   so in each future election?
15          A.   No, sir.
16          Q.   Were you aware of a fraud problem with
17   applications for mail-in ballots in Bexar County at
18   all?
19          A.   No, sir.
20          Q.   And back before SB-1, when you had the
21   ability to give out multiple applications for ballots
22   by mail, was there a problem with fraud with that?
23          A.   Not to my --
24               MR. BRYANT:  Objection to form.
25               THE WITNESS:  Not to my knowledge.
```



 1        Q.   BY MR. GENECIN:  Was there any problem of
 2   fraud in Bexar County that you believe was addressed
 3   by any provision of SB-1.
 4             MR. BRYANT:  Objection; form.
 5             THE WITNESS:  Not to my knowledge.
 6        Q.   BY MR. GENECIN:  Now, I understand that for
 7   the 2020 election you did not adopt 24-hour voting in
 8   any of your centers; is that right?
 9        A.   That's right.
10             MR. BRYANT:  Objection as to the scope of
11   the question not being limited to the general
12   election.
13        Q.   BY MR. GENECIN:  Would you want to be free
14   to adopt 24-hour voting if you thought that the
15   voters of Bexar County needed it?
16             MR. BRYANT:  Same objection.
17             THE WITNESS:  No, sir.  No, sir.
18        Q.   BY MR. GENECIN:  Okay.  And why not?
19        A.   Because I have much, much respect for our
20   election officials, and it would be an undue burden
21   for our officials.
22        Q.   Okay.  Now, you mentioned that there were
23   voters who were unable to vote in the general
24   election in 2022 because they presented their
25   driver's license on their cell phone.



1    A.   Yes, sir.

2    Q.   And I believe you said that there was, I

3 forget what the word was you used, but there was

4 friction between your election workers and young

5 people who wanted to present their ID on -- on cell

6 phones; is that right?

7    A.   To a point.  I did -- I -- I take exception

8 when you said they did not get to vote.  They voted

9 provisionally.

10    Q.   Okay.

11    A.   So, I -- I would like to correct it so

12 that -- that we understand that.

13    Q.   So -- so, people who presented their ID on

14 cell phones were -- were given provisional ballots?

15    A.   Yes, if -- if -- if -- between the

16 dialogue, if they were not willing to go back home

17 and get their original or go out to their car to get

18 their original and they wanted to vote right then,

19 then the only way to vote was a provisional.  But --

20 but some of them just said, oh, okay, I'll go get and

21 come back.

22    Q.   And do you have a sense of how many left

23 without -- without voting a provisional ballot?

24    A.   No, I can't quantify that.

25    Q.   Okay.  And could you -- are you able to



Jacquelyn Callanen

February 28, 2023
Page 150

1    quantify how many left and then came back?

2         A.   No, sir.

3         Q.   Okay.  Now, focusing for a moment on poll

4    watchers.  Do you believe that there were any issues

5    of fraud in the 2022 general election that poll

6    watchers exposed in Bexar County?

7         A.   No.

8         Q.   I believe you testified last year that you

9    considered the training that was provided to poll

10   watchers to be a joke.

11        A.   Correct.

12        Q.   Do you remember that testimony?

13        A.   Oh, absolutely.

14        Q.   And in preparation for the general

15   election, was the same training given to poll

16   watchers?

17        A.   No, they -- they did adapt it.

18        Q.   And was the poll watcher training still a

19   joke?

20        A.   Yes, sir.

21        Q.   And why was that, in your view?

22        A.   Again, the first time it was just them

23   listen -- listening to -- or it's not a PowerPoint.

24   I don't know what it's called, but it has sound.  But

25   it's -- the sense of it, was just, like, a video they



1    listened and no qualifiers did -- did they complete

2    it and there -- it was nothing.  They just had their

3    certificate.

4              And then when we made our feelings known,

5    the -- they updated the PowerPoint to, then, ask some

6    questions after the -- whatever, like, the segment

7    and then there would be a couple questions, there

8    would be a segment and a couple questions.  But at no

9    time did it have to pass -- you know, you have to

10   have a 70, you have to have a 75.  There was -- there

11   was absolutely no metrics with it, that -- it's,

12   like, okay if we sat here and completed it, here's

13   your certificate.  So, it still was not anything that

14   we compared to our election officials.

15        Q.   So, it's your understanding that a person

16   could take the poll-watcher training and respond to

17   the questions, and respond to the questions

18   incorrectly and still pass the poll watcher?

19        A.   Keep going.  Yes, sir.

20        Q.   In connection with the general election,

21   did you lose election judges because of concerns

22   about poll watchers?

23        A.   Yes, sir.

24        Q.   Did you lose other election employees?

25        A.   No, not full-time staff.  No.



1          Q.    Did you lose poll workers?

2          A.    Yes.

3          Q.    So, is it your testimony that there were

4    people who were experienced election judges,

5    experienced alternates, experienced election clerks,

6    who stopped working with you during the 2022 election

7    because they were concerned about poll workers?

8          A.    Yes, sir.

9          Q.    About poll watchers?

10         A.    Yes, sir.

11         Q.    And were there individuals who had been

12   election judges, alternates and election clerks who

13   ultimately did not decide not to work with you but

14   who needed persuasion and encouragement in order to

15   stay with you?

16         A.    Yes.

17         Q.    And are you able to estimate the amount of

18   time that you needed to put in to encouraging people

19   to remain with you despite the poll watcher

20   provision?

21         A.    Again, I can't quantify it, but it was very

22   necessary, on a one-on-one basis.  I mean, when you

23   have one of your better election officials tell you

24   that they're not -- no longer going to work now

25   because the poll watcher is going to be following



 1  them back in at night or be following them on early

 2  voting and they're not going to be run off the road

 3  by somebody.  I mean, that is a longer

 4  conversation --

 5       Q.   Yeah.

 6       A.    -- that you have to have.

 7       Q.   Now, the conversation about being followed

 8  after leaving the polling site, was that a

 9  conversation that occurred before or after the 2022

10  general election?

11       A.   It -- it occurred before because their

12  experience in March colored their -- the perception

13  to be able to work in November.

14       Q.   And so, would you say that the practice of

15  poll watchers following election judges, alternates,

16  election clerks after the day's work was over was the

17  principle problem that your election officials had?

18       A.   No.

19            MR. BRYAN:  Objection --

20       Q.   BY MR. GENECIN:  No?  What was it --

21            MR. BRYANT:  -- and that the question

22  doesn't distinguish about the time as to whether it

23  pertains to the general election or some prior

24  election.

25            THE WITNESS:  The -- the following of the



 1  poll watcher -- the poll watcher following, that's

 2  been on the books for -- forever.  But it's because

 3  we have much more astute, I hate to say activist poll

 4  watchers, that were engaging -- trying to engage

 5  voters in -- in the polls.

 6          And, again, the biggest thing we heard was

 7  from our officials at night where they felt like we

 8  were going to get angry with them because it was

 9  taking them longer to come in because they were being

10  held up by the poll watchers who were demanding to

11  see this and write this serial number down and do

12  this.  And so, that was the larger of the complaints.

13      Q.   BY MR. GENECIN:  How were the poll watchers

14  trying to engage with voters?

15      A.   Again, everything I'm able to say is

16  ancedotally when we would have our After Action

17  Report.  But we would have judges tell us that the

18  poll watchers in some -- I mean, again, this is not

19  everything.  This is just in -- in a room with them

20  sharing their stories that, you know, make sure and

21  check that you've got the right -- right -- your

22  ballot says exactly who you wanted because you know

23  these machines have been messing up, and things like

24  that and just intimidating them and making them

25  frightened.



 1          And so -- and the election officials would
 2     tell them, you know, you can't talk to the voters.
 3     You're not supposed to talk to voters.  But by then,
 4     no harm, no foul.  It's already happened, and so.
 5          Q.   Right.  What instructions did you give your
 6     election judges, alternates, election clerks in
 7     connection with the general election of -- of 2022
 8     concerning where poll watchers were permitted to be
 9     within the polling places?
10          A.   Well, again, the information -- the printed
11     information they had their election judges handbook
12     from the secretary of state.  We provided them with a
13     poll worker -- poll watcher handbook so that they
14     could see any of the -- the laws up close and
15     personal.
16          And here in Bexar County, we have what's
17     referred to, and I'm very proud of it, is we call it
18     the pink note.  It's Jackie's Pink Note, Lessons
19     Learned, which we hand to every election official on
20     election day from the lessons learned in early
21     voting.
22          So, we give them tips.  Be careful of this.
23     Make sure you watch this.  And so, at numerous times,
24     we go over and tell them again, this -- this is
25     changed.  They now can -- can -- can do this.  They



 1   can now watch this.  Because, again, prior to SB-1,

 2   the rule was, they could sit or stand quietly to

 3   observe.

 4             But after that, it's been, they can move

 5   around and observe wherever they want.  And that --

 6   that was difficult for some of our tried and true

 7   election officials who had been with us for a long

 8   time.

 9       Q.   And when you say they could move around,

10   were they able to move around in the area where

11   voters were voting?

12       A.   Yes, sir.

13       Q.   And before -- before I forget, I'm going to

14   ask you two different questions.  Before I forget,

15   the -- your -- your pink note --

16       A.   My pink note.

17       Q.   Your pink note for the November general

18   election, has that been produced?

19       A.   I don't think so.  I don't know.  I -- I --

20   y'all would have to check.

21       Q.   All right.

22             MR. GENECIN:  Well, Lisa, if it hasn't

23   been, I'll make the request that --

24             MS. CUBRIEL:  I don't think it was -- I

25   don't know that it was specifically asked for.  I



 1   didn't know of its existence --

 2            THE WITNESS:  I don't know.

 3            MS. CUBRIEL:  -- until you told me about it

 4   just now in this deposition, so.

 5            MR. GENECIN:  All right.

 6            THE WITNESS:  I'm sorry.  We always get

 7   pink notes.  Okay.  So, you want the November 2022

 8   pink note?

 9       Q.   BY MR. GENECIN:  Yes, please.

10       A.   Okay.

11       Q.   And now I'm going to ask you if you would

12   describe what the setup looks like in a -- in a

13   polling place in terms of -- of machines.  Are there

14   what I would think of as voting booths?  That is a

15   place you go in and you close the curtain around you,

16   nobody can see you.

17       A.   I wish, no.

18       Q.   Okay.  You wish.  So, you don't have those?

19       A.   No, sir.

20       Q.   What -- what do you have, in terms of the

21   setup for -- for voters?

22       A.   Okay.  They -- when the voter enter, they

23   go to the qualifying table that we had talked about.

24   And that has the laptops and it has the printers and

25   it has where they sign in and it's all the forms, all



 1   the legalese, everything that has to happen before

 2   they can go vote.

 3            Then they go around the corner and we

 4   provide tables.  And they're approximately -- well,

 5   this -- this smaller table, they're not quite this

 6   long, and it takes two of our -- we have express

 7   votes, and we tell the voters and everybody, it's

 8   just a big pencil.  All it's doing is marking your

 9   ballot.

10            And that express vote is tilted back and

11   it's large and it has a nice screen on it.  And then

12   it has a -- a bonnet.  We call it a bonnet, which is

13   the privacy shield that -- that sits around it.  But

14   it -- it's not the curtain.  It's not a complete

15   privacy.

16            And so, the election officials will put two

17   of these on a table, separate them, put them on a

18   table side-by-side.  And then, as I had said before,

19   sometimes we'll have eight in a room.  And so,

20   they'll put four tables around with two and two and

21   two with the bonnets.

22            They try and turn the -- the screens, like,

23   to the wall so nobody out here can see what they're

24   doing so that they have that privacy.  And like --

25   like here, they would be here and then walk that way



1    (indicating).

2              And so -- and then at -- per -- and by the

3    exit, they would go out is the actual voting machine.

4    It's a large -- it's called a DS 200.  It has the

5    tabulator on top.  And I get in trouble all the time,

6    because I call it a big trash can.  It looks exactly

7    like the big trash cans we use here in Bexar County,

8    and they insert their ballot.  The ballot, then, is

9    actually tabulated and it falls down in the bottom

10   into a locked area, and then they exit the -- the

11   poll site.

12        Q.   Okay.  So --

13        A.   Three steps.

14        Q.   So, in terms of that step two, the express

15   vote is essentially, it's a -- a computer kind of

16   machine?

17        A.   Uh-huh.

18        Q.   And it's got a bonnet over it?

19        A.   Yes, sir.

20        Q.   And there are two on a table.  So, if a

21   person is sitting at one of them and another voter is

22   sitting at the other one, they can't look over each

23   other's shoulders --

24        A.   Correct.

25        Q.    -- and see what they -- what -- what --



 1  who they're --

 2       A.   Hopefully, so.

 3       Q.   Hopefully, because they're not completely

 4  screened?

 5       A.   Correct.

 6       Q.   Okay.  And is it possible for the poll

 7  watchers to walk behind these voters?

 8       A.   It is now.  Yes, sir.

 9       Q.   And is that permitted?

10       A.   Yes, sir.  It is now.

11       Q.   And have you had voter complaints about

12  poll watchers looming behind them?

13       A.   Yes, sir, we have.

14       Q.   Do you know about how many?

15       A.   Again, you know, I -- I've taken -- believe

16  me, I've taken some very angry people, phone calls.

17  But, again, you know everything -- we -- when we do

18  our after actions, it's an informal after action.

19            And so, you know, our officials will tell

20  us -- somebody will make that statement and then

21  all of a sudden all these other hands go up and, you

22  know, they're -- they're ready to tell us their

23  experience and then their experience.  But then at

24  some time we're like, okay, we -- we get that part.

25  Let's move on, you know.



1           And so, again, I -- I -- I hate that I have
2     to keep saying I can't quantify anything.  But I have
3     an implicit trust in my poll workers and in our
4     election officials.  Some you just feel like they're
5     family they've been there so long and you trust them,
6     and it's difficult to have them be uneasy.
7           Q.   Okay.  And these after actions, do your
8     election workers submit any written reports to you in
9     connection with those after actions?
10          A.   Very rarely.
11          Q.   Okay.
12          A.   Very rarely.
13          Q.   And the after action meetings themselves,
14    does somebody take notes of what's being said?
15          A.   No.  I mean, all of these things, you know,
16    I -- I -- I feel inadequate because I never --
17    it's -- it's never crossed my mind to take minutes or
18    to videotape them or to make copies of our rejection
19    sheets.  I mean, it's -- it's -- it really is -- I
20    guess that's a word I can say, is I feel inadequate
21    because that's not what we're doing it.
22          We're doing it in -- in an -- in an
23    atmosphere where we trust them, they trust us.  We
24    joke.  We say, you know, what's said here -- it's
25    like Las Vegas, what -- what's said here, it stays



1  here.  And so, everybody is very, very outgoing, and

2  they're in a nonthreatening venue.  They are among

3  friends and people who would consider family.

4           So, our goal is to capture as much

5  information as we can to be able to say in the pink

6  note, or it's -- at the next election, please be

7  aware, you'll have people trying to cross your

8  100-foot mark.  Please be aware you have, you know,

9  overactive campaign workers.  Please be aware, and

10 that kind of stuff.

11      Q.   So, in -- in terms of -- of where

12 information that you have gained in those after

13 action meetings gets turned into writing, it would be

14 in the pink note?

15      A.   Yes, sir.

16      Q.   Anyplace else?

17      A.   No.

18      Q.   Okay.

19      A.   I mean, you know, handwritten notes as

20 you're sitting there talking but then they get thrown

21 away.

22      Q.   Okay.  Do you know how many election judges

23 you lost before the 2022 general election because of

24 those individual's concerns about poll watchers?

25      A.   Probably -- probably close to 20 percent



Jacquelyn Callanen

February 28, 2023
Page 163

```
 1   because we did -- we also -- again, please
 2   understand, we have our early voting sites.
 3        Q.   Uh-huh.
 4        A.   And again, per the code, as a vote center
 5   county, if we have this building as a -- as an early
 6   voting center, then it's required to be an election
 7   day site.  So, if you've been there for two weeks,
 8   12 days, then the voters know to go there, so you
 9   have to be there.
10             And I had -- I -- we had a -- had a couple
11   of our election officials in November specifically
12   that completed early voting and then let us know at
13   the end that they weren't going to do election day.
14   They -- they -- they couldn't take it anymore.  They
15   just -- they -- they were exhausted, mentally and
16   physically stressed.  They weren't going to do it.
17   So, you know, we -- we put somebody else in there.
18        Q.   And that -- when you say "a couple," was
19   it -- was it two?  Or was it more than two?
20        A.   It was a few more.
21        Q.   Okay.  And those individuals, were they
22   judges, alternates or clerks?
23        A.   The way it usually happens, sir, is that
24   those groups are really tight-knit.  They trust each
25   other.  They know how to handle it.  So, if the
```



 1   election judge says they're not working, nobody else

 2   will work.

 3           Q.   So --

 4           A.   So -- so when you lose one, it's -- you

 5   know, if the clerk says they're not working, we can

 6   put in another clerk.  But normally, if the head

 7   judge says, I -- I -- I can't, I can't, I can't, then

 8   we'll lose that entire crew.

 9           Q.   So, at the end of early voting, how many

10   election centers did you have where you had to

11   replace the whole crew because they all left?

12           A.   I think in November we had four.

13           Q.   Four.  And was the reason that was given to

14   you concerning those four the same reason for all

15   four or was it different reasons?

16           A.   They -- the same with a few little

17   differences.

18           Q.   Okay.  And what was the reason?

19           A.   Again, they were physically and emotionally

20   exhausted is -- is the bottom line on it, that --

21   that it was -- it was too much.

22           Q.   And what about it was too much for them?

23           A.   For them it was the additional poll watcher

24   that -- that -- that caused a number of them to

25   really -- because normally, they'll go in and is --



 1   you know, and we say they all have their specific

 2   job.  They watch this.  They watch that.  And now all

 3   of a sudden while they're doing this job they have to

 4   keep watching this person that's roaming around.

 5           And it just -- it -- it doesn't take them

 6   off task, but I think you understand what I'm saying.

 7   It's adding an additional stress to them.

 8       Q.   Right.

 9       A.   And they just said -- and, you know, of

10   course, we respect that and we tell them they've done

11   their duty, they've done, you know, a great job for

12   us and we respect that and we'll see you next time.

13           Because that prefaces it first.  Because

14   while they want to take election day off because they

15   feel they just can't handle it on election day, they

16   don't want to lose their spots.  They don't want to

17   leave us hanging.  There -- there's that real core

18   group.  We're a family.  And that discussion comes

19   first.  You know, that's how they start the

20   discussion, I don't want to let you down but I don't

21   see how I can -- and we're like, we respect that.

22       Q.   And how about in advance of the

23   commencement of early voting for 2022, did you have

24   people who were your experienced poll watchers who

25   said, just can't do it this time?



```
 1          A.   No, but our experienced ones, to your
 2   point, asked us, can we have extra people --
 3          Q.   Uh-huh.
 4          A.   -- going into this.  We know we're going
 5   to need extra people.  I'm going to -- I know I'm
 6   going to have to stand somebody by that exit.  I know
 7   I'm going to have to.  And we're like, fine.  We'll
 8   support you however we can, and they know that
 9   happens.
10          Q.   So, would it be fair to say that for an
11   election the size of 2022 you had more people
12   staffing the centers --
13          A.   Yes.
14          Q.   -- than you had in earlier like elections?
15          A.   In the last like election, yes, sir --
16          Q.   Yeah.
17          A.   -- we did.
18          Q.   And that was because of SB-1?
19          A.   Yes, because the poll work -- poll watcher
20   part of SB-1.
21          Q.   And did you have people, election judges,
22   alternates, clerks come to you after the election was
23   over and say to you in substance, Jackie, I didn't
24   want to let you down.  I went through the whole
25   election but now I'm done.  I can't do it anymore?
```



```
 1        A.   Yes --
 2             MR. BRYANT:  Objection to form.
 3             THE WITNESS:  -- we did.
 4        Q.   BY MR. GENECIN:  People you were sorry to
 5   lose?
 6        A.   Absolutely.  Anyone who we lose we are
 7   sorry to lose.
 8        Q.   And about how many of those were there?
 9        A.   A handful.
10        Q.   But all together, I think you said a few
11   minutes ago that -- that you lost about 20 percent of
12   your election judges?
13        A.   Yes.
14        Q.   And that -- to the poll watcher provision;
15   is that right?
16        A.   To -- again, to poll watcher provisions, to
17   the campaign workers outside, to the -- how do I word
18   it?  Some voters came in and they were already angry
19   that they -- that -- just the whole perception of the
20   national narrative, they were coming in angry, and
21   they hadn't had to deal with this before.
22             And that was an unusual piece of this
23   election.  The angst that it produced took a toll on
24   the people who were there and, you know, smiled and
25   wanted to welcome these people and help these people,
```



```
 1    and then all of a sudden you're getting somebody,
 2    argh, argh, argh, argh, that's growling at them as
 3    they're handing their, you know, ID over to them.
 4    So, again, it -- it had a different tone.
 5         Q.    And -- so now to change the topic just a
 6    little.  You testified back a year ago, little less
 7    than a year ago, that the secretary of state's office
 8    had not provided a handbook for election judges.
 9         A.    It's true.
10         Q.    Did they -- did that office get a handbook
11    to you for election judges in advance of the 2022
12    general election?
13         A.    Yes.
14         Q.    Okay.  But am I correct that that handbook
15    did not include material concerning poll watchers?
16         A.    It had -- it had a synopsis.  But again,
17    that's why we -- I felt compelled to give them the
18    complete handbook of the poll watcher.  These are the
19    rules that they should have, so take a minute to read
20    these, you know.
21         Q.    Did you give your election judges any
22    guidance concerning how close a poll watcher could
23    get to a voter?
24         A.    No.
25         Q.    And did you give them any guidance
```



Jacquelyn Callanen

February 28, 2023
Page 169

```
 1    concerning how to deal with the problem of poll
 2    watchers walking behind voters?
 3         A.   Again, we tried -- we tried to give them
 4    best practices when -- when we saw them.
 5         Q.   Have you had any communications with the
 6    secretary of state's office concerning the poll
 7    watcher problems that you heard about from your
 8    election judges and election workers?
 9         A.   No.
10         Q.   Has the secretary of state's office reached
11    out to you and sought your input on the poll watcher
12    issue?
13         A.   No.
14         Q.   Does Bexar County collect any data
15    concerning the race of voters?
16         A.   No, sir.
17         Q.   And am I correct that the State does not
18    either?
19         A.   Maybe.  Sort of.
20         Q.   Okay.
21         A.   We disagree with the methodology, and I
22    don't want to keep sounding negative.  But there are
23    consultants that -- we talked about the consultants
24    that campaigns have.  They have fantastic databases
25    where they do ethnic and language and all this.
```



 1              But the secretary of state's office once

 2    every two -- two years, and we have the

 3    constitutional amendment election that will come up

 4    this November, the odd number year in November, and

 5    when those amendments are proposed and, again, we --

 6    we use the phrase legalese, the language of them is

 7    legalese, the secretary of state's office is mandated

 8    to send a translation of the amendments in -- in a --

 9    in a -- in a little booklet that says, if there's

10    three pros, then there's three cons against this

11    amendment, if there's three and three.

12              But they are required to send that in

13    Spanish to Spanish households.  And so, they have

14    some group, some program, I couldn't tell you the

15    name of it, where it gathers the Hispanic last names,

16    the surnames, and that's who they mail them to.

17    Which, again, is -- is not a good system.  Because

18    when we -- then that goes out and we get calls, why

19    did somebody mail me this in Spanish.  I don't read

20    Spanish.  I don't know Spanish.  Why did blah, blah,

21    blah, blah.

22              So -- but there is some kind of program

23    that the State -- now, whether they would use that to

24    follow voting trends, I -- I can't speak to that.

25    But I know that once every two years they do mail to



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 171

```
 1    Hispanic surnames through some kind of program
 2    that -- that needed translations.
 3         Q.   And other than the identification of voters
 4    who have Spanish surnames, is there any other data
 5    collected by the State concerning the race of voters?
 6         A.   Not to my knowledge.
 7         Q.   Okay.
 8         A.   We don't collect it when we put it in the
 9    voter registration card.
10         Q.   Okay.  Now, you testified in April of last
11    year that your office has written ADA policies?
12         A.   Uh-huh.
13         Q.   Does your office still have written ADA
14    policies and practices and procedures?
15         A.   Yes.
16         Q.   Okay.  And you testified back then that
17    those policies included how to handle a request for
18    reasonable modifications?
19         A.   Yes.
20         Q.   Do you remember that testimony?
21         A.   Yes.
22         Q.   Do your ADA policies, practices or
23    procedures still include how to handle requests for
24    modifications?
25         A.   Yes.
```



```
1         Q.   Okay.  Have your policies, your ADA
2    policies, changed since your deposition in April of
3    2022?
4         A.   No, but yes --
5         Q.   Okay.
6         A.   -- because we had that lawsuit.  That --
7    that would be the only thing.  And I don't know how
8    that would fit into the answer for you.  But we did
9    send by e-mail those three ballots --
10        Q.   Uh-huh.
11        A.   -- to the visually impaired.  But that's
12   not in our policy because it's not approved by the
13   State of Texas.  So, it's not Texas election code, it
14   came from the federal judge to do this, but until
15   that goes further or we hear again, remember I said
16   it's not over yet --
17        Q.   Right.
18        A.   -- it's not policy.  So, I don't -- I
19   don't want to give you the wrong answer, but --
20        Q.   Right.  So, you have- --
21        A.   -- it's in flux.
22        Q.   Right.  Apart from that issue, there have
23   been no changes; is that fair?
24        A.   Correct.
25        Q.   Okay.  Do you train your staff on your
```



1   office's ADA's -- ADA policies, practices and

2   procedures?

3        A.   Yes, sir.

4        Q.   And how often do you conduct that training?

5        A.   Probably once a year.

6        Q.   All right.  And what was -- when was the

7   last time you did a training?

8        A.   It would have been before the November

9   election.

10        Q.   Okay.  Do you recall --

11        A.   October, probably.  Beginning of October.

12        Q.   Okay.  And what training do your employees

13   receive for dealing with a reasonable modification

14   that's requested for the vote-by-mail process?

15        A.   We haven't had those.

16        Q.   Okay.  So, you haven't had a request?

17        A.   No, sir.

18        Q.   Okay.

19        A.   I mean, the -- the application has the --

20   the space for them to request a mail ballot due to

21   disability, but they don't have to tell us what the

22   disability is.  There's -- there's -- there's

23   absolutely no other piece.  They don't have to send

24   us anything or prove it.  They just mark disability

25   and we send them the mail ballot just like we do



 1   anyone else.  So, it's not an accommodation.  It's an

 2   awareness, I guess.

 3        Q.   You haven't had requests from people to

 4   allow them to apply for a mail-in ballot some other

 5   way than by --

 6        A.   No, sir.

 7        Q.    -- providing you with a form?  Okay.

 8             And how about training concerning your ADA

 9   policies, practices and procedures for the voting

10   process itself?

11        A.   We handle that --

12             MR. BRYANT:  Objection; form.

13             THE WITNESS:  -- through the elect --

14   through our training.

15        Q.   BY MR. GENECIN:  Okay.  And are employees

16   trained concerning denials of requests for

17   modification in the voting process?

18        A.   No.  I don't -- no.

19        Q.   Okay.  Now, when you were deposed back

20   in -- in April of 2022, you testified that your

21   office's written ADA policy -- policies, practices

22   and procedures didn't include how to identify what

23   discrimination against a disabled person looks like.

24   Do you recall that testimony?

25        A.   Correct.



1      Q.   And have your written ADA policies,

2  practices or procedures changed since your last

3  deposition to add information regarding information

4  to identify discrimination against persons with

5  disabilities?

6      A.   No, sir.

7      Q.   Okay.  And in your testimony in April of

8  2022, you testified that you didn't know if your

9  office's written ADA policies included handling

10  grievances or complaints regarding the ADA.  Do you

11  recall that testimony?

12      A.   Correct.

13      Q.   And do you know now if you're...

14      A.   We haven't made any changes to it.  No.

15      Q.   Okay.  And -- and this is a question,

16  though, that goes to your -- your knowledge of what

17  the policies contain.  So, are you -- you're still

18  not sure what -- what -- what the policies say

19  about -- about handling grievances?

20      A.   Right.

21      Q.   Okay.  In April of 2022 you testified that

22  your office did not have an elections ADA

23  coordinator.

24      A.   Correct.

25      Q.   Since your deposition, has your office



1    hired or named a person --

2         A.    No, sir.

3         Q.     -- for that role?

4         A.    No, sir.

5         Q.    And you said in April of 2022 that you were

6    the person in your office responsible for monitoring

7    compliance with the ADA.  Is that still true?

8         A.    Yes, sir.

9         Q.    Do you provide any training concerning the

10   ADA to election judges, clerks or other poll workers?

11        A.    Yes, sir.

12        Q.    And when was the last such training done?

13        A.    2020, before -- before 20- -- Novem- --

14   general of 2020.

15        Q.    Okay.  So, you haven't given any ADA

16   training to your election judges, alternates or

17   election clerks since 2020?

18        A.    Correct.

19        Q.    Okay.  And between 2020 and the general

20   election of 2022, are there new people in the jobs of

21   election judge, alternate and election clerk?

22        A.    Sure.  We had between, like we talked

23   about, attrition and those that didn't...

24        Q.    So those new -- the new people in those

25   roles have not had ADA training?



Jacquelyn Callanen                              February 28, 2023
                                                         Page 177

 1          A.    That's fair to say.  Yes.

 2          Q.    Okay.  All right.  And -- and you testified

 3    in -- in April of 2022 that you made inquiries to the

 4    secretary of state about providing modifications to

 5    election policies, practices and procedures for

 6    voters with disabilities.  Do you recall that

 7    testimony?

 8          A.    Yes.

 9          Q.    And since April of 2022, have you made any

10    further inquiries to the secretary of state?

11          A.    No.

12          Q.    Has the secretary of state provided any

13    guidance to you in writing regarding the ADA since

14    March of 2022?

15          A.    No.

16          Q.    And in advance of the November 2022

17    election, did your office receive requests for

18    reasonable modifications from voters with

19    disabilities?

20          A.    Again, I -- I had said we -- we made -- had

21    appointments made for our ASL, our Deaf Link, and we

22    had numerous appointments made during early voting

23    and election day.  And you know, I'm -- I'm sitting

24    here -- I'm still uncomfortable with the part for our

25    ADA training.



1        I -- I need to remind you, or bring --
2    bring to your attention that the voting system we
3    have, the ES&S system, anyone who works with us, for
4    us has to go through equipment training.
5        Q.    Uh-huh.
6        A.    Okay.  Well, the equipment training, a
7    majority of that is spent on ADA accommodations
8    because the system that we have has so many
9    enhancements on it.
10        So, I don't want to lead you just, well,
11    we're ignoring that.  We're not, because it's part of
12    it because they have to be trained on, here's where
13    the headsets go in.  Look, here's the button if you
14    want to enlarge the font.  Look, here's -- here's the
15    Braille.  Here's -- I mean.  So, all of that is
16    brought to their mind.  I mean, in every piece that
17    they're doing.
18        And then we have -- as i said before, we
19    have the whole process where we take the curbside
20    unit out to the car for the disabled.  And so, again,
21    while we're not giving them the total disabled --
22        In -- in -- in 2020, before the
23    presidential, what we do, what we call our disabled
24    training, we go out to our community and we -- we
25    bring in disabled people for our training sessions.



 1   And they're the ones that speak to them --

 2        Q.   Uh-huh.

 3        A.    -- as far as as how to guide them, where

 4   to handle them, where to touch their elbow, how to

 5   speak to them, how to get down on this level --

 6        Q.   Uh-huh.

 7        A.    -- not to talk to the aide.  I mean, we --

 8   we do all of that in person.  So -- so, we have that

 9   right before the presidentials.  But maybe I'm

10   hearing you say we should do it every -- every year.

11        But it seems like I said, since we got the

12   new equipment in 2019, because it has all the

13   enhancements on it, it feels like we're doing a lot

14   of that in our equipment training --

15        Q.   Right.

16        A.    -- because this has just so many more, that

17   word, enhancements.

18        Q.   Okay.  Good.  And -- and so, now focusing

19   on the question of requests for accommodations.

20   You've told me about the accommodation that was

21   requested by deaf voters and -- and the way that your

22   office made arrangements for them to have

23   interpretation by appointment.

24        A.   Well, that was for the visually imp- -- no,

25   ASL.  You're right.



1        Q.   Right.

2        A.   That was for the deaf.  Yep.

3        Q.   And -- and so now, I guess my question is,

4   were there any other requests for modifications from

5   any other groups of disabled persons in advance --

6        A.   Well, again --

7        Q.    -- of 2022?

8        A.    -- the -- the -- the lawsuit that was

9   filed in the district court from the visually

10  impaired, that wanted the e-mail ballots so that they

11  could screen scrape it --

12       Q.   Right.

13       A.    -- and vote in there.  So, that would be

14  the other one that I know.

15       Q.   Right.

16       A.   And that's still ongoing.

17       Q.   And as far as you know there are no others?

18       A.   Yes.

19       Q.   Okay.  And in advance of the November 2022

20  general election, did you put out any notices or

21  other communications to the public pertaining

22  specifically to the effects of SB-1 on voters with

23  disabilities?

24       A.   No, sir.

25       Q.   Okay.  Are you aware of voters with



 1   disabilities whose application to vote by mail in the

 2   November election were rejected?

 3        A.    No.

 4        Q.    And have any ADA grievances been filed with

 5   your office since you last testified in April of

 6   2022?

 7        A.    I don't think so.  I mean, if a grievance

 8   is a lawsuit, I -- I don't know what -- what your

 9   differentiation would be.

10        Q.    Okay.  But the -- the lawsuit is the one

11   that -- the one that you might characterize as a

12   grievance that you know about?

13        A.    Yes, sir.

14        Q.    Okay.  Did your office notify voters who

15   put in an absentee ballot when that ballot was

16   rejected, that it was finally rejected?

17        A.    Yes.

18        Q.    And how did you notify them of that?

19        A.    Again, that is a function of the early

20   ballot board.  The -- that team of party people --

21        Q.    Uh-huh.

22        A.     -- they were the ones -- again, like I

23   said, they made the final determination on rejecting

24   a ballot.  And so, they are then charged with sending

25   out the letters and the notices and they have,



 1   basically, up to two weeks after the election, per

 2   the code, to send those final notices out.

 3           And so, again, I don't -- I can't speak to

 4   how many they sent.  That's a separate group.  We

 5   have a special room for them.  They're in there and I

 6   think that's sort of like the best part of the whole

 7   election code.

 8           Our office is charged with processing and

 9   sending them out, and then we don't touch them, as

10   far as except -- you know, the -- except the early

11   ballot board, and that's when they reject them

12   because they are the instrument that rejected them,

13   then they are the ones that are charged with sending

14   the notice.

15       Q.   And does the early ballot board keep its

16   own records?

17       A.   Yes.

18       Q.   And so, is -- is that entity known as the

19   early ballot board of Bexar County?

20       A.   Yes, sir.  Yes, sir.

21       Q.   And do they have records of notification

22   sent to individuals who's to tell them that their

23   effort to cure in 2022 was ineffective?

24       A.   I would hope so.

25       Q.   Okay.  Are you aware of any voters who were



 1   dissuaded from voting by mail because of the

 2   identification provisions in SB-1?

 3            MR. BRYANT:  Object to the extent that

 4   is -- covers a period other than the general election

 5   in 2020.

 6            MR. GENECIN:  Thank you, sir.  I appreciate

 7   that.

 8       Q.   BY MR. GENECIN:  Yes, in connection with

 9   the general election in 2022, are you aware of any

10   voters who were dissuaded from voting by mail because

11   of the identification provisions of SB-1?

12       A.   Yes.  But I -- like, I -- I -- I couldn't

13   identify them because -- for instance, what comes to

14   mind when you ask that -- that question, Victor, is,

15   those phone calls where we would take the phone call

16   and someone would say, send me an -- please send me

17   an application for myself and my -- my wife, or

18   please send me one for my husband and we'd say, well,

19   we can only send you one.  May we speak with them on

20   the phone?  Well, they're not here.  You can't speak.

21   We need to hear them ask for it.

22            And then they would yell at us that it was

23   our fault and we weren't going to do anything and

24   that they're not going to vote anyhow, and they'd

25   slam down the phone.  So, again, that -- we can't



 1   quantify that.  But did it happen?  Absolutely, it

 2   happened.

 3        Q.   And to shift the focus again, I'm sorry to

 4   do that, but -- but to shift the focus again, I

 5   believe you testified that -- that -- that you

 6   couldn't say whether there were poll watcher issues

 7   in all 41 of your voting centers?

 8        A.   Correct.

 9        Q.   Are you able to estimate how many of the

10   centers had poll watchers?

11        A.   Well, I think all of the sites had poll

12   watchers at -- at one time.

13        Q.   Uh-huh.

14        A.   Again, because of the law in early voting,

15   they can come and go as they want.  And so, we know

16   that -- like, you would be a poll watcher, you would

17   be assigned to three sites.  And so, in the course of

18   the day, or maybe you wouldn't hit that next site the

19   next day.

20             But every site at some point had a poll

21   watcher.  Every site did not have a poll watcher the

22   entire time it was open.  Does that make sense?

23        Q.   Right.  I mean, but I would hope that --

24   that if the poll watcher were me, there wouldn't be

25   any poll watcher problems and you wouldn't be getting



```
 1   calls about it.
 2       A.   Right.
 3       Q.   So the question sort of goes to the issue
 4   of -- of the poll watcher problems that you are aware
 5   of.  Were you aware of poll watcher problems at
 6   certain sites?
 7       A.   Yes.
 8       Q.   And what -- what were those sites?
 9       A.   And again, they would be our busier sites.
10   They -- they -- this -- this -- it's an economy of
11   scale.  If -- if -- like, Brookhollow is our main
12   site and they have a wrapped around and they know
13   they're going to be there, well, then they're going
14   to have a poll watcher all -- all day, all the
15   time.
16           If you go to East Central, where they do a
17   hundred people a day, you're -- you're going to have
18   a poll watcher there for part of the day, but then
19   they're not going to be there.  They're going to, you
20   know, either go up or spell somebody.
21           So, it -- not only -- it -- everybody --
22   every day we publish, we're required to publish, how
23   many voted at every site.  And so, the candidates who
24   appoint the poll watchers are astute.  I mean, they
25   know, well, this site's going to have a lot more
```



1    voters.  So, if they're going to be busier, you need

2    to be there.

3         Q.   Did you get calls about poll watcher

4    problems at Brookhollow?

5         A.   No.

6         Q.   Can you tell me which polling places you

7    received calls about poll watcher problems?

8         A.   McCreless Library jumps -- jumps into --

9    Las Palmas library, jumps into my mind immediately.

10   Great Northwest, they -- they had problems, but they

11   made a couple phone calls to us.  And I think

12   Great Northwest, Las Palmas, McCreless and, oh, God,

13   Schaefer.  Schaefer's that other one.  Schaefer

14   Library.

15        Q.   Okay.  Let's -- let's take them one at a

16   time.  What were the problems that you recall being

17   reported to you by your election workers at McCreless

18   Library?

19             MR. BRYANT:  Objection.  Can we -- are all

20   of these questions related only to the general

21   election --

22             MR. GENECIN:  Yes, sir.

23             MR. BRYANT:  -- of 2022?

24             MR. GENECIN:  Yes.

25        Q.   BY MR. GENECIN:  Let's -- let me -- let me



 1   just state with -- as a preface to this, that if I

 2   fail to say with regard to the 2022 election, I

 3   intend to -- to -- to limit the question to that

 4   period.

 5          So, first with regard to the McCreless

 6   Library, what were the problems during the 2022

 7   election that were reported to you by the poll

 8   watchers?

 9       A.   Before I get into the -- the detail,

10   detail, I'd like to just sort of back up a little

11   bit.  Because the first and second day of early

12   voting, we received tons of calls from our early

13   voting sites questioning the appointment, the actual

14   certificate, that the poll workers were coming in

15   with.

16       Q.   Is that the poll workers or poll watchers?

17       A.   Poll watchers.

18       Q.   Okay.

19       A.   When the poll watcher appears for service,

20   they have a certificate that has their name appointed

21   at the top, and then the candidate who was appointing

22   them and the candidate's signature.  And then at the

23   bottom, when they -- when they come into a -- like I

24   said, to appear for service, they are to take that

25   certificate and sign it in front of the election



 1   official to prove that that's the validation, that it

 2   matches the signatures that at the top where they

 3   were appointed.

 4          Well, the first day and the second day we

 5   were inundated with calls because it was a statewide

 6   candidate that had appointed the poll watchers.  And

 7   all of these were copies.  None of these were

 8   originals.

 9          And so, our election officials were, this

10   isn't a wet signature.  Can I accept it?  Should I

11   accept it?  It's not -- it's a fax.  It's a fax copy.

12   Can I accept it?  Can I accept it?

13          And at that point, again, to remind me, I

14   did call up to the State and say, we're getting

15   these.  And they were like, no, no, take them.

16   They're fine.  But that --

17       Q.   Who was that, by the way, that you called?

18       A.   That -- that would have been Christina.  I

19   would have asked for Christina Adkins.

20       Q.   Christina Adkins at the secretary of

21   state's office?

22       A.   Yes, yes, because that was new to us,

23   because they were getting -- you know, the -- and we

24   saw that then through election day, because this same

25   candidate had -- had just blanketed Bexar County.



1       Q.   And who was that candidate?

2       A.   I knew as soon as I said that -- Evans.

3   Evans.  And probably 40 percent of the poll watchers

4   we had in Bexar County were appointed by Evans.

5       Q.   Uh-huh.

6       A.   And so, once that settled down and we told

7   them, then -- then that was okay, that -- that they

8   could -- they could accept that.  Then we got into

9   the phone calls later on about, well, they're

10  talking -- they're -- they're talking to the voters.

11  You know, the ones where they asked to see the voters

12  vote, make sure you check it.  Make sure because that

13  machine's been messing up.

14          Those kinds of issues started with -- at --

15  at those particular sites where they were interacting

16  with the voters.  Las Palmas has an awful lot of

17  Spanish-speaking voters there.  And so, that was part

18  of -- part of the problem there.

19      Q.   What was the problem?

20      A.   Them asking to have some -- the poll

21  watcher was asking the election official to translate

22  for them to the voter, where they're not supposed to

23  have any interaction with the voter anyhow.

24          And so, they were going to the election

25  officials because the election officials speak



1  Spanish and asking them, well, you -- you need to go

2  over there and check and you need to go tell him

3  that, blah, blah, blah, blah, blah.

4           And so it was like, we're not doing this.

5  And so then they would call us and ask us for help.

6  And it was -- it was things like that.

7       Q.   Uh-huh.  Anything else that you remember

8  about any of these polling places?

9       A.   No, other than, again, we -- we did have

10  some of our -- I don't want to say -- okay.  2020 --

11  November 2022, we were what we thought free of the

12  COVID.  We still provided all the PPE and all of that

13  for our election officials.

14           And so, we had -- one of the sites that

15  they felt very strongly that they were going to have

16  their masks on and they were going to have their face

17  shields on, and they were very upset that the poll

18  watchers were not respecting the six-foot mark.

19  They -- they wouldn't stay six feet away from them.

20  And so, we were taking continuous calls from that

21  site.

22       Q.   Which site was that?

23       A.   And so, again, the -- the poll watchers

24  were just -- you know, they were right there.

25  That -- that was our -- McCreless.  They -- and,



1   again, I have to respect my election officials if

2   that's -- and we told them, you don't have to use the

3   PPE, but we're providing it for you.  It's at your

4   own discretion.

5          And -- but they didn't feel there was that

6   respect of them.  Is that -- is that a way to word

7   it?  And so, you know, they -- they took issues.

8          Q.   So, you described a little bit about the

9   demographics of Las Palmas.  Can you summarize the

10  demographics of the other three polling places that

11  you told me about?

12         A.   McCreless, I would say would be somewhat

13  Hispanic, not -- not -- not like Las Palmas.

14  Las Palms is the heart of the Democratic party

15  Hispanic -- Hispanic people.  And East Central -- did

16  I give you East Central?

17         Q.   You didn't.

18         A.   And we need to add Converse to that because

19  Converse is the one where Candy said that she wasn't

20  going to be able to judge anymore because they were

21  going to run her off the road coming in.  And

22  Converse is in northeast Bexar County.  So, I don't

23  know the demographics.  I mean, I just know where we

24  have a real concentration of the Spanish-speaking

25  ones.



```
 1          Q.    Okay.  And who is Candy?

 2          A.    She was -- she was the judge at the --

 3    Converse.

 4          Q.    And what is her full name?

 5          A.    I knew as soon as I said it I was, like,

 6    Jackie, you screwed up.  I have no idea right now

 7    what her last name is.  I can --

 8          Q.    Can we leave a blank in the transcript and

 9    you can fill it in.

10          A.    Okay.

11    INFORMATION REQUESTED:_____

12    _____

13          MS. CUBRIEL:  Those are the other two --

14          THE WITNESS:  Yeah.

15          MS. CUBRIEL:  -- that you mentioned out of

16    the four?

17          THE WITNESS:  Yeah.  Okay.  I'm sorry.

18    Schaefer is -- again, it's on the east side and

19    mainly -- mainly one of our open spaces, ranches.  I

20    mean, you know, there -- it's not a whole lot of

21    residential by it.  And then the Great Northwest is

22    in the west side of town.  So, obviously northwest.

23    And the demographics are, I would say mainly Anglo.

24    But again, they -- they were not respecting the COVID

25    because they were -- they were managing that also.
```



```
 1          Q.   BY MR. GENECIN:  Okay.

 2               (Exhibit 15 was marked.)

 3               MR. GENECIN:  I'm going to ask the reporter

 4     to mark this as JC3, I believe we are up to

 5     Exhibit 15?

 6               (Off-the-record discussion.)

 7               MR. GENECIN:  We will pass this.  Do you

 8     need to mark it or?

 9               THE REPORTER:  Oh, no, that's -- it's fine.

10     I'll just get it later.

11               MR. GENECIN:  Okay.  And I'll pass these

12     down to counsel.  And I'm sorry, Lisa, if you want to

13     have a look.

14               THE WITNESS:  This is that one where they

15     put seven in a car, seven or more.  Yeah.

16          Q.   BY MR. GENECIN:  Yeah.  Okay.  Do you

17     remember this form?

18          A.   Uh-huh.

19          Q.   Look -- look at it carefully, please.

20          A.   Uh-huh.

21          Q.   And just tell me if you remember this form.

22          A.   Absolutely.

23          Q.   And what is it?

24          A.   It's the new form that came out right

25     before the November election about getting the
```



1    information of the person who was driving the van to

2    bring voters to the poles.

3           Q.   All right.

4           A.   And it's for seven or more.

5           Q.   And --

6           A.   I think we talked about this earlier too.

7           Q.   Right.  Do you remember your office using

8    this form?

9           A.   Absolutely.

10          Q.   Did you provide training about the use of

11   this form?

12          A.   Absolutely.  And again the training was --

13   and it threw us.  If -- if you look at the form it

14   says, "A person that provides transportation to seven

15   or more voters to a polling place."  It doesn't say

16   at one time.

17          Q.   Uh-huh.

18          A.   And that's what -- what threw us.  But I --

19   I have two of these forms that said they -- they did

20   provide seven or more but they took that as one time.

21          Q.   And -- and --

22          A.   With, like, a big van.  One of those big --

23   big -- big vans.

24          Q.   Did the two that you have, have you

25   produced those?



 1        A.    No.

 2        Q.    Well, again, we will request that they be

 3   produced.  Now, there's something -- something about

 4   this form that I'd like you to have a look at.  Does

 5   it say anything about curbside voting?

 6        A.    No, it does not.

 7        Q.    And am I correct that the rule about

 8   filling in this form is limited to people who are

 9   providing transportation to seven or more for

10   curbside voting?

11        A.    That's our understanding.

12        Q.    Okay.  So, this form would appear to

13   suggest that anyone who's transporting seven or more

14   for any voting should have to fill it out?

15        A.    Right.

16        Q.    And did you have any issues or -- or -- or

17   problems about requests to fill out the form for

18   people who were transporting seven or more people but

19   not for curbside?

20        A.    Not to my knowledge.

21              (Exhibit 16 was marked.)

22        Q.    BY MR. GENECIN:  I'm going to show you what

23   I've marked as Exhibit -- Exhibit JC3, 16.

24        A.    This is a different -- this is the original

25   form, and then they changed it.  This one was what



```
 1  they put out immediately after.  And this says for

 2  curbside voters.  The first one --

 3             MS. CUBRIEL:  Okay.

 4             THE WITNESS:  -- and then they changed it

 5  into curbside out.  I'm sorry.  I'm talking to her.

 6  I apologize.

 7        Q.   BY MR. GENECIN:  Well, why don't you say to

 8  us what -- what -- what you said to -- to Lisa.

 9             MR. BRYANT:  Excuse me.  Could you please

10  pass a copy to me.

11             MR. GENECIN:  Oh -- oh, I'm sorry.  Here

12  you go.

13             MR. BRYANT:  Thank you.

14             MR. GENECIN:  There you go.

15             MS. PAIKOWSKY:  It's fine.

16        Q.   BY MR. GENECIN:  Okay.  What's the

17  difference between Exhibit JC3, 15 and Exhibit 16?

18        A.   15 is the updated version of 16.  And the

19  way you can tell, every form we get from the

20  secretary of state has up in the upper left-hand

21  corner the date that it was put into existence.  And

22  so, 16 came January of 2022.  And then it was

23  replaced with seven of 2022.

24             And if you look at the two documents, in

25  the original document it has a person who
```



 1  simultaneously provides transportation to seven or

 2  more curbside voters.

 3          And then this -- this one they redid, the

 4  bottom of it says, "A person that provides

 5  transportation to seven or more voters to the polling

 6  site."  It -- it's removed the word "curbside."

 7      Q.   So, if I'm following you, the secretary of

 8  state's office got the form right originally?

 9      A.   Correct.

10      Q.   And then in July they changed it and got it

11  wrong?

12      A.   Well, again, that's our understanding.  I

13  can't -- I can't go quite that far and say that, but

14  I can tell you that it's been amended.

15      Q.   All right.  And -- and the amendment does

16  not mention curbside voting?

17      A.   Correct.

18      Q.   Right.  Do you know why this form was

19  amended?

20      A.   No, sir.  I have no knowledge of that.

21      Q.   Have you had any discussion with anybody at

22  the secretary of state's office about the amendment?

23      A.   No, sir.

24      Q.   Do you know which version of this form you

25  used in the general election of 2022?



1    A.    I'm going to pray that we used the updated

2  version, but I can't guarantee that without going

3  back and checking.  I apologize.  But, yeah,

4  that's -- that's -- again, it looks the same at the

5  top.  It has the same prescribed by and the same

6  sections, but the dates are different.

7    Q.    Okay.

8    A.    We have a 1/2022 and a two and -- and

9  they've changed the bottom of it.  Every --

10  everything else -- no, I take that back.  They did

11  change -- they -- they did change the -- the -- the

12  block up here in the beginning because this one has

13  Chapter 64, Subchapter (b).

14    Q.    When you say, "this one," which one are you

15  talking about?

16    A.    Oh, I'm sorry.  I'm sorry, sir.  The

17  January one, the original one in -- in the block.

18    Q.    Okay.  The original one is Exhibit 16;

19  right?

20    A.    Yes.  Yes, sir.  And it says, "Assistance

21  to a voter under," and then it lists that Chapter 64,

22  Subsection (b) in addition to.  That's the language

23  that we had to take off of the mail ballot envelopes.

24  That's -- that's whatever that lawsuit was that they

25  had to make a new one.



```
 1              So, they've taken that off.  And that
 2   language is not here, the -- the Exhibit 15, they've
 3   stricken the part Subchapter (b) off of that.
 4        Q.   Okay.
 5        A.   Because this -- this -- the newer
 6   version says, under Section 64.034.  But the older
 7   version has Chapter 64, Subchapter (b) in it.  And
 8   so, I defer to all you attorneys that you would know
 9   what happened and why that changed.  But that was the
10   change, sir.
11        Q.   And then, I would like to show you a
12   document that was marked earlier today as JC3,
13   Exhibit 2, and that's the election reconciliation --
14        A.   Okay.
15        Q.    -- official totals document.  Put that
16   back in front of you.
17        A.   Okay.  I have a copy here.
18        Q.   Oh, okay.
19        A.   Excuse me.
20        Q.   Now -- and this document shows the total
21   voters at Box E and the total ballots counted at
22   Box M; is that right?
23        A.   Yes.
24        Q.   Yes.  And so, would it be fair to describe
25   the Box E amount as turnout?
```



```
 1        A.   Yes.
 2        Q.   Okay.  And how does that turnout for the
 3   November general election compare to the most recent
 4   like election?
 5        A.   Fairly close.
 6        Q.   All right.  And this document does not
 7   show -- and -- and when you say "fairly close," I --
 8   I think you may have the numbers for us.  Can you
 9   tell us what those were for 2018?
10        A.   I didn't add them up.  I'm sorry.  No,
11   the -- I only have the by-mail.  That -- that --
12        Q.   Oh.
13        A.   I don't have -- I can -- I can go online.
14   We have all of this online.
15        Q.   All right.  Well, there's no need to do
16   that now.  But the -- the by-mail --
17        A.   Excuse me.
18        Q.    -- the by-mail turnout --
19        A.   Uh-huh.
20        Q.    -- for 2022 was 39,655 voters?
21        A.   Ballots mailed out.
22        Q.   Right.
23        A.   And 32,564 counted.
24        Q.   Counted.  And how does that compare to
25   2018?
```



```
 1          A.    We mailed out 44,000 and counted 39,000.
 2          Q.    Now, this form doesn't show the total
 3    applications --
 4          A.    Correct.
 5          Q.     -- from ballots by mail; is that right?
 6          A.    Correct.
 7          Q.    Okay.  And so, it doesn't give an
 8    indication of how many applications for ballot by
 9    mail were rejected?
10          A.    Correct.
11          Q.    Okay.  Do you know how many applications
12    for ballot by mail were rejected --
13          A.    No, sir.
14          Q.     -- in November of 2022?
15          A.    No, sir.
16          Q.    Okay.  Why not?
17          A.    They didn't go into the system.  They --
18    we -- we didn't have a code to put them in the
19    system.
20          Q.    Who was responsible for rejecting those
21    applications?
22          A.    The -- the -- the mail staff, the temporary
23    mail staff as they came in.
24          Q.    And did they notify the voters that their
25    application for --
```



```
 1        A.   If possible.

 2        Q.   -- was --

 3        A.   If possible.

 4             MR. GENECIN:  Okay.  If we could take a

 5   brief break, we'll see if there's anymore.  Let's go

 6   off the record.

 7             THE VIDEOGRAPHER:  The time is 2:52 p.m.

 8   and we are off the record.

 9             (A brief recess was taken.)

10             THE VIDEOGRAPHER:  The time is 3:05 p.m.

11   and we are on the record.

12             MR. GENECIN:  Miss Callanen thanks very

13   much for your testimony today.  I will pass the

14   witness.

15             MS. PAIKOWSKY:  And on the record, the

16   United States will just state that we have conferred

17   with the other parties in the room and consented to

18   file Exhibit JC3, 14 under seal.

19             THE WITNESS:  Thank you.

20             THE REPORTER:  Are you asking a few more

21   questions, Victor?

22             MR. BRYANT:  Yes, I do have a few more

23   questions.  I'm going to exchange places with counsel

24   and then we'll get those done.

25
```



```
 1                    FURTHER EXAMINATION
 2   BY MR. BRYANT:
 3        Q.   Miss Callanen we looked a moment ago at
 4   what had been marked as JC3, Exhibits 15 and 16.  Do
 5   you recall that?
 6        A.   Yes, sir.  Is that the one from January to
 7   July?
 8        Q.   Right.
 9        A.   Okay.
10        Q.   Do you recall that there was a further
11   revision of this form by the secretary of state that
12   was sent to you and other election authorities in
13   Texas in approximately October of 2022?
14        A.   I can't speak to that.  I'm not -- I'm not
15   sure.  I can go back and look.  But in October, we
16   are going guns to the wall.
17        Q.   Okay.  And do you know whether or not the
18   form that is JC3, 15, which has the date up in the
19   upper left-hand corner of 7/2022 --
20        A.   Uh-huh.
21        Q.    -- was or was not used in the general
22   election in 2022?
23        A.   I can't swear to it, but I would assume --
24   I hate that word -- that we did use that seven --
25   that 7/22 form.  Because by October, we have all of
```



1  our kits made and all -- and all of that and early

2  voting opened up, you know, by the 20th of October,

3  the 19th of October.  So, I -- I would be pretty sure

4  that we used the 7/22.

5       Q.   Okay.  Is your answer there based on a

6  recollection or --

7       A.   Right.

8       Q.   -- on logic as to what was going on in

9  October?

10      A.   Logic.

11      Q.   Okay.  All right.  And --

12      A.   Did the one in October go back and say

13  curbside?

14      Q.   I'm advised that -- that it went back and

15  said curbside in October of -- of --

16      A.   '22.

17      Q.   -- '22.  But, obviously, I have no -- no

18  knowledge and can't testify to that myself.  Okay.

19  We looked at JCF [sic], Exhibit 2 --

20      A.   Yes, sir.

21      Q.   -- which was the election reconciliation

22  form --

23      A.   Yes, sir.

24      Q.   -- for the general election in 2022.  To

25  the best of your knowledge, are the numbers that are



1  on that exhibit correct?

2       A.    Yes, sir.

3       Q.    Can you identify the signature that is

4  about two-thirds of the way down on the left --

5       A.    Sure.

6       Q.    -- on Exhibit 2.

7       A.    That's the presiding judge of the central

8  counting station, Ms. Rosemary Dehoyos.

9             (Exhibit 3 was marked.)

10      Q.    BY MR. BRYANT:  I'd like for you to look at

11  what's been marked as Exhibit JCS [sic] 3.  Can you

12  tell me what that is.

13      A.    It's the secretary of state list of the

14  counties.  I don't see where it starts with Bexar.

15  It starts with a C, and I -- it doesn't have a first

16  page, so I can't tell.

17      Q.    I think --

18      A.    But it's some kind of percentages.  Like,

19  it has 314 and then 14.  So, maybe it's the list of

20  provisional ballots that each county had? I don't

21  know, but it doesn't have a first page on it, sir.

22      Q.    Okay.  And I'll tell you that that is

23  because of poor stapling by me.  And somewhere down

24  there the -- it has -- we have a complete one.  So --

25      A.    Was I right?  Was it provisional ballots?



Jacquelyn Callanen                                      February 28, 2023
                                                             Page 206

 1    No.

 2         Q.   No.

 3         A.   No.  I tried.

 4              (Exhibit 3A was marked.)

 5         Q.   BY MR. BRYANT:   I'm going to remark this

 6    as JC3, 3A and hand you Exhibit JC3, 3A.  Can you

 7    tell me what that is.

 8         A.   Ballots by mail accepted, ballots by mail

 9    rejected off of the TEAM system.

10         Q.   And did you see -- do you see Bexar

11    County --

12         A.   I do.

13         Q.   -- on that?  And is the information

14    reflected as Bexar County correct for --

15         A.   Yes, it is.

16         Q.   -- the general election in 2022?

17         A.   Yes, sir.

18         Q.   Thank you.  All right.

19              (Exhibit 4 was marked.)

20         Q.   BY MR. BRYANT:  Let me show you what has

21    been marked as --

22         A.   I never looked at this.

23         Q.   -- Exhibit JCF -- JC3, 4.

24         A.   I'm sorry.  You know what, where did you

25    find this?  I want to get a copy of this.  One county



```
 1   had one mail ballot.  I'm sorry.  I'm sorry.
 2        Q.   Okay.
 3        A.   Yeah.  Yes.
 4        Q.   Can you identify the Exhibit JC3,
 5   Exhibit 4?
 6        A.   Yes, sir.  This is an adv- --
 7        Q.   What is that?
 8        A.   It's an advisory from the secretary of
 9   state's office, Keith Ingram, the director,
10   January 21st.  It's marked January 21st.
11        Q.   Of what year?
12        A.   Of 2022.  I'm sorry.  This is --
13        Q.   Okay.  Is that an advisory that you or your
14   office received sometime in 2022?
15        A.   Yes, sir.
16        Q.   Do you recall any actions that your office
17   took in response to or as a result of receiving that
18   advisory?
19        A.   I'd have to go through it.  But obviously
20   we -- we would have had to work on some -- work on
21   some of this.
22        Q.   Well, I do want to give you a chance to
23   look through the exhibit.  I hadn't -- you haven't
24   had that chance yet.
25        A.   (Witness complies.)  Okay.  This talks
```



```
 1   about the seven people curbside.  This is 2022.
 2   Okay.  Yeah.  I mean, this we -- yeah.  We didn't
 3   have temporaries.  All right.  I think... okay.
 4   Okay, we're good.
 5        Q.   Okay.  Do you recall any use that your
 6   office made of that in connection with the general
 7   election in 2022?
 8        A.   No, we -- we were good on this.  We --
 9   we -- we -- that didn't affect us, I should say.
10        Q.   Okay.  When you say you were "good on it,"
11   you mean that --
12        A.   We were in compliance with everything.
13        Q.    -- you had already complied with the
14   items --
15        A.   Yes.
16        Q.    -- in Exhibit 4?
17        A.   Yes, sir.
18             (Exhibit 5 was marked.)
19        Q.   BY MR. BRYANT:  Let me hand you what's been
20   marked as Exhibit JC3, 5.  Can you --
21        A.   This is -- this is six days later.
22        Q.   Can you --
23        A.   Oh, this is the by-mail one.  Uh-huh.
24        Q.   Can you identify that document?
25        A.   Yes, sir.  It's an advisory that comes down
```



 1   from the secretary of state's office, again,

 2   Keith Ingram director, and this was six days later,

 3   and it was the -- the scenarios and the possible

 4   scenarios about the new SB-1 for the rejection of the

 5   ABBM, all the requirements -- the new comparison

 6   requirements for the early ballot board, as we talked

 7   about, who gets to send out, who gets to open,

 8   timelines.

 9          Yes.  Yes, we -- we worked a lot with this

10   advisory.  This -- this had a lot of changes for us.

11   Yes, sir.

12      Q.   Did you or your office use Exhibit 5 in

13   connection with the general elections in 2022?

14      A.   Yes, sir.

15      Q.   And could you describe what you did in that

16   regard?

17      A.   Again, this was the completely new process

18   that we were brought into based on SB-1 where we had

19   to make all the accomodations for the identifiers,

20   the SSNs, TDLs, and where we could only send out, you

21   know, one application.

22          This talked about bringing in your early

23   ballot board earlier, that they had the ones to cure.

24   This talked about the ballot corrective -- ballot

25   tractor -- ballot tracker, early voting ballot board



1  corrective action.  It talked about -- I think we

2  talked previously about them mailing out the -- the

3  reject letters.  It's that the voter could come and

4  cure things at the office if they were notified by

5  phone or if they got their letter or by e-mail.

6          So, yes, this -- this had a -- a huge -- a

7  huge impact on what we had done previously.  And

8  verifying your -- the IDs on the carrier envelopes.

9  It just -- yeah, absolutely, this -- this was sort of

10  our Bible to institute all the new policies we had

11  for SB-1.

12      Q.   And is this similar to Exhibit 4 in that by

13  the time of the general election in 2022 your office

14  was good with respect --

15      A.   In compliance.

16      Q.    -- to these procedures and in compliance

17  with them?

18      A.   Yes, sir.  And we had -- you know,

19  obviously had time to tweak them and to -- lessons

20  learned.

21          (Exhibit 6 was marked.)

22      Q.   BY MR. BRYANT:  Let me show you what's been

23  marked as Exhibit 6, JC3, Exhibit 6.  Can you

24  identify that one?

25      A.   Here's one that came two weeks later.  It's



 1  from the secretary of state's office, Keith Ingram,

 2  director.  And this is a clearing up a little bit

 3  more of the questions that the 22nd one brought when

 4  we -- when we saw the first directives for the mail

 5  ballots and the advent of S- -- SB-1.  This one

 6  followed up about two weeks later what was verifying

 7  questions.  It was the 28th.  I'm sorry.  I misspoke.

 8       Q.   Okay.  So, when you refer to the --

 9       A.   And so then this came in --

10       Q.    -- 22nd one, were you referring to --

11       A.   Jan- --

12       Q.    -- Exhibit 5?

13       A.   Yes, sir.

14       Q.   Okay.

15       A.   And so, that was the 28th.  And so, then

16  they sent out, basically, a -- an updated or a

17  corrective advisory to -- to answer some questions

18  that -- that -- that had arisen from when they sent

19  a -- the one on January 28th.

20       Q.   And did your office use Exhibit 6 in

21  connection with the general election in 2022?

22       A.   Yes, sir.

23       Q.   And was it also true that by the time of

24  that general election in 2022, your office was,

25  quote, "good," unquote, and in compliance with



```
 1   Exhibit 6?

 2        A.   Yes, sir.

 3             (Exhibit 7 was marked.)

 4        Q.   BY MR. BRYANT:  Let me show you what's been

 5   marked as JC3, Exhibit 7.

 6        A.   Okay.  April.  We went from February to

 7   April.  Again, additional ballot by mail procedures

 8   for the May election.  Now, this is for the May

 9   spring uniform election date, which is not --

10   obviously, this was for the primary in March.

11        Q.   When you say "this," are you referring to

12   Exhibit 6?

13        A.   Both of these, yes.  These were --

14        Q.   5 and 6?

15        A.   Yes.  These were first instituted for the

16   primary in March.  And then we have a May spring

17   election, a uniform election date, the first Saturday

18   in May.  And so this was additional informaiton for

19   us, for the -- the local entities.  Because it -- it

20   can become a little bit confusing.

21             But because our entities contract with us,

22   we were under the exact same provisions here.  This

23   was here for a city that does not contract with the

24   county who -- like, we -- we're -- because we had the

25   primary, we also had possession of the ABBMs.  We
```



 1  knew the good ones and that.

 2          When you hold a May election, if you have a

 3  city or school district, water district, that does

 4  not contract with the county, then this explains that

 5  our responsibility, the county's responsibility,

 6  would be to get the ABBMs to get the good

 7  applications for ballot by mail to that entity so

 8  that they can mail their ballots to that person.

 9          And so, that's what this is.  That you --

10  you -- you have to work -- work with the -- the city,

11  school district, MUD, whatever to make sure.  And

12  since we were the keeper of it, this tells them how

13  to do that.

14      Q.   When you say "this," you're referring to

15  Exhibit 7?

16      A.   7.  Yes, sir.

17      Q.   Okay.  Now, did you make any use of

18  Exhibit 7 in connection with the general election?

19      A.   No.  I mean, we -- we looked at

20  everything -- again, it -- it all played into it.  It

21  was just a little bit more if you have a reject

22  because it dealt with the cities returning the

23  information to us.  So, we would front the cities.

24  If they didn't contract, we didn't -- this didn't

25  affect us at all because everyone contracts with us.



```
 1            But if you had an entity that was going to
 2    do it on their own, this dealt with that.  And then
 3    at the end of that, that entity is supposed to get
 4    back with you so that voting history and all of
 5    that's been fixed.
 6        Q.   Okay.  Was the advisory that's Exhibit 7
 7    applicable at all to the general election in 2022?
 8        A.   Probably, but not -- not like the other one
 9    was.
10        Q.   Okay.
11            (Exhibit 8 was marked.)
12        Q.   BY MR. BRYANT:  Let me hand you what's been
13    marked as Exhibit JC3 --
14        A.   It's a lawsuit.
15        Q.    -- 8.
16        A.   It's a lawsuit.  Is this this one, Lisa?
17            MS. CUBRIEL:  Yes.
18            THE WITNESS:  Is it this one?
19            MS. CUBRIEL:  You should look at all the
20    pages of what he's handed you.
21            THE WITNESS:  Okay.  Oh, no, this is
22    different.  This is -- okay.  This is the question
23    and answers.  Oh, I'd like to read this.
24        Q.   BY MR. BRYANT:  Please take your -- as much
25    time as you want to read it.
```



```
 1        A.   This is -- this is -- oh, we just signed
 2   this yesterday.  I see what this is.  Okay.  This is
 3   when they're asking for other stuff, and this is the
 4   one we objected to and we denied; right?
 5             MS. CUBRIEL:  Yes.
 6             THE WITNESS:  Okay.  Okay.
 7        Q.   BY MR. BRYANT:  So, can you -- can you tell
 8   us what Exhibit 8 is.
 9        A.   I guess this is the -- the answer.  Is
10   that -- I don't know the word that you use.
11             MS. CUBRIEL:  I would advise you to flip to
12   Page 2 and read the title.
13             THE WITNESS:  Okay.  "Defendant Bexar
14   County Elections Administrator Jacquelyn Callanen's
15   Responses to the State Defendants First Request for
16   Admissions and the First Set of Interrogatories."
17   Okay.  That's what this is.
18        Q.   BY MR. BRYANT:  Okay.  And so, are those --
19        A.   February.
20        Q.    -- responses and answers that you --
21        A.   This year.
22        Q.    -- through your counsel provided in this
23   case?
24        A.   Yes.
25        Q.   Okay.  And you're correct, that most of --
```



 1  most of the responses were objections, but there were

 2  a couple of questions -- a few questions that were

 3  answered at the back regarding, for example, a

 4  request for an admission, Number 17, "Admit that

 5  30,401 ballots by mail were accepted in Bexar County

 6  during the November 8th, 2022."

 7      A.   Oh, okay.  Uh-huh.

 8      Q.   And the response was denied.  Interrogatory

 9  asks, well, if you deny it, could you explain why.

10  And you quoted the number from the reconciliation

11  form which is JCF [sic] --

12      A.   Uh-huh.

13      Q.   -- 2.

14      A.   Right.

15      Q.   And I just wanted to again ask you to

16  confirm that -- that the numbers that appear on JC3,

17  Exhibit 2 --

18      A.   Uh-huh.

19      Q.   -- are the -- the very best numbers that

20  are the ones that you used in your interrogatory

21  answers?

22      A.   Right.  May I explain?

23      Q.   Certainly.

24      A.   Okay.  Again, there's so many different

25  pieces to the elections.  This, on the ballots, we



 1    haven't -- we haven't touched on, and I know it's

 2    probably in there somewhere, the limited ballots.

 3    And a limited ballot is a ballot that's cast at the

 4    main early voting site during early voting by

 5    citizens who have moved within Texas into Bexar

 6    County, and they haven't registered to vote in Bexar

 7    County.  They were moving in or whatever.

 8              And so, they can come down to us.  We check

 9    to see that, in fact, they were registered in Collin

10    County, or you know.  And then the paperwork they do

11    cancels their registration in that other county.  We

12    register them immediately here and they get to vote

13    on things that would have been on their ballot in

14    Collin County.

15              So, they would have gotten to vote for the

16    State offices, you know, some of the same district

17    offices, but no local offices.  But then those are

18    processed.  And so, they come through on these --

19    these numbers.

20         Q.   So, those -- those --

21         A.   So those other additions --

22         Q.    -- types of limited votes --

23         A.   Yes.

24         Q.    -- that ultimately appear --

25         A.   On our master list.



 1        Q.    -- are included within the reconciliation
 2   that's Exhibit 2?
 3        A.    Yes, sir.
 4        Q.    Are there any other wrinkles like that
 5   that --
 6        A.    No, 'cause I think we've talked about
 7   provisionals and we've talked about the late ballots
 8   and the military and then but the limiteds we hadn't
 9   talked about.
10             (Exhibit 10 was marked.)
11        Q.    BY MR. BRYANT:  Let me hand you what's been
12   marked as Exhibit JC3, Exhibit 10.
13        A.    Oh, uh-huh.  Good.  This is the one we
14   talked about.  Uh-huh.
15        Q.    Okay.  Could you --
16        A.    Our generic --
17        Q.    -- explain for the record what that is.
18        A.    I'm sorry.  This is the rejected -- this is
19   our notice of rejected application for ballot by
20   mail.  This is where I spoke about it being the
21   generic one where Lisa sits there and just fills out
22   why, why, why, and then sends it out with a new
23   application.
24        Q.    So, this is -- this is the form that
25   Bexar County uses that might include multiple --



```
 1        A.    Correct.

 2        Q.     -- reasons for --

 3        A.    They were asked previously.

 4        Q.     -- rejection of a mail-in ballot?

 5        A.    Yes, sir.

 6        Q.    Okay.  Could you tell me whether that form

 7   bears a date at the upper left-hand corner?

 8        A.    Yes, sir.  January of '22.

 9        Q.    Okay.  Do you know if that form was in use

10   in the general elections in 2022?

11        A.    Yes, sir, it was.

12        Q.    Okay.  Let me --

13              MS. CUBRIEL:  You don't have a copy for me,

14   do you?

15              MR. BRYANT:  I do, down there somewhere.

16   And I will -- we can take a break and I get it -- can

17   get it now, or we can get it when we do take a break.

18   I'm not going to ask significant additional questions

19   about it.

20        Q.    BY MR. BRYANT:  Miss Callanen, let me first

21   of all give you whatever time you -- you would like

22   to have to review Exhibit 10; although, I'm not going

23   to ask you any additional questions about it.

24        A.    Okay.

25        Q.    But if you see something on there that you
```



1    think needs to be explained, I appreciate the

2    explanation.

3         A.   Thank you.

4              (Exhibit 11 was marked.)

5         Q.   BY MR. BRYANT:  Okay.  I want to hand you

6    what's been marked as Exhibit JC3, 11.

7         A.   Again, January twenty sec- -- January 2022.

8         Q.   Okay.  What is that, Exhibit 11?

9         A.   Again, notice of rejected application for a

10   ballot by mail.

11        Q.   Okay.

12        A.   So --

13        Q.   Can you explain the -- the reason that

14   Exhibit 10 is different from Exhibit 11.

15        A.   Again, this one is -- 10 -- I'm sorry.  10

16   is the generic one that I spoke to that you can check

17   multiples on.  11 is the one that deals, basically,

18   strictly with your personal ID information was

19   missing.  And so, this -- this one was -- was

20   required.  And this one had much more detail on it

21   than, obviously, the space could allow for this one.

22   More in-depth.  But again, this -- this one drills

23   down to your TDL, your voter registration number.

24        Q.   To what extent was Exhibit 11 used by

25   Bexar County in connection with the -- the general



1    election in 2022?

2         A.    Again, it was included with -- with this.

3    If one of --

4         Q.    With Exhibit 10?

5         A.    If one of the reasons was the missing

6    identifiers, then this was included.  But if it was a

7    signature or something else, multiple, then this one

8    was used.  We're going to go through that whole

9    stack.

10              (Exhibit 12 was marked.)

11        Q.    BY MR. BRYANT:  Let me hand you what's been

12   marked as Exhibit JC3, Exhibit 12.

13        A.    I know -- I know your plan now.

14              MS. CUBRIEL:  Did you skip 9?

15              MR. BRYANT:  Number 9 is the insert --

16              THE WITNESS:  Okay.

17              MR. BRYANT:  -- that we talked about

18   earlier.  So, I got to Exhibit 9 earlier out of

19   order.

20              THE WITNESS:  You're good, Lisa.  Uh-huh.

21        Q.    BY MR. BRYANT:  Miss Callanen, can you

22   identify what Exhibit 12 is.

23        A.    Sure.  This is -- this is the current

24   secretary of state handbook for a poll watcher.  It's

25   the poll watcher guide.



```
 1          Q.   Okay.  Was that Exhibit 12 in use in

 2   Bexar County during the 2022 general election?

 3          A.   Yes, sir.

 4          Q.   And what use was made of it in connection

 5   with the general election in 2022?

 6          A.   Well, as I said previously, I made sure

 7   that all of our election officials had a copy of this

 8   so that they could prepare themselves since the poll

 9   watcher function had changed considerably.

10          Q.   Okay.  And approximately when was

11   Exhibit 12 made available to you and your office?

12          A.   It was updated January of 2022.

13          Q.   And was it made --

14          A.   So --

15          Q.    -- available to you shortly after that or

16   was it later in the year?

17          A.   I want to say shortly after this because we

18   really rushed to get it out for the primary.

19               (Exhibit 17 was marked.)

20          Q.   BY MR. BRYANT:  Okay.  Let me show you

21   what's been marked as Exhibit JC3, 13.  Can you

22   identify that?

23          A.   Yes, sir.  It's the handbook, the secretary

24   of state's handbook, that was revised in July of

25   2022.
```



```
 1              THE REPORTER:  I just want to know is that
 2     the 13 we marked at the beginning of the deposition?
 3     That you went out of -- you said the last -- you
 4     marked a 13 at the beginning of the deposition.  Is
 5     that...
 6              MS. PAIKOWSKY:  I think Exhibit 13 was
 7     this -- was the insert.
 8              THE REPORTER:  Yeah, I think you marked the
 9     insert as 13.
10              MR. BRYANT:  Okay.
11              THE REPORTER:  I marked it down.
12              (Off-the-record discussion.)
13              MR. BRYANT:  Unless there's an objection
14     from counsel, I will remark the document as 17?
15              MS. PAIKOWSKY:  Sounds good.
16              MR. BRYANT:  Okay.
17         Q.  BY MR. BRYANT:  In different ink even.  So,
18     I'm going to hand you again what has been marked as
19     Exhibit JC3, Exhibit 17 and ask you to identify that.
20         A.  Yes, sir.
21         Q.  And what is that exhibit?
22         A.  This is the current election judge
23     handbook.
24         Q.  Was Exhibit 17 in use in Bexar County in
25     the general election of 2022?
```



```
 1        A.   Yes, sir.
 2        Q.   Is that a document that you testified
 3   earlier in your -- about earlier in your testimony
 4   today?
 5        A.   Yes, sir.
 6        Q.   And what use was made of that Exhibit 17 by
 7   your office in connection with the November 2022
 8   general election?
 9        A.   Well, again, a copy of this was given to
10   all of the election officials.  These went out
11   as a -- as a matched set.
12        Q.   When you say "these" are you referring
13   to --
14        A.   The poll watcher guide.
15        Q.   Okay.
16        A.    -- 12, and then 7 -- 17.
17        Q.   17?  And were those provided to your office
18   about the same time in 2022?
19        A.   Yes.  Yes, sir.
20        Q.   Okay.  I'm going to ask you some different
21   questions.  I recall or having read that in your
22   April 2022 depositions that there were some problems
23   of communication between the VOTEC system and the
24   TEAM system in the first half of '22 -- 2022.  Do you
25   recall that?
```



```
 1          A.    Yes.
 2          Q.    Were those problems resolved by the time of
 3   the general election in 2022?
 4          A.    Yes, sir.  But again, we're still -- we
 5   talked about requesting additional codes.
 6          Q.    Yes.
 7          A.    Because we -- we don't have a code for
 8   multiples for instance.  And so, as -- as we worked
 9   our way through it.  But, yes --
10          Q.    Okay.  When you --
11          A.     -- it was mainly corrected for the
12   November 2022.
13          Q.    Okay.  And when you refer to "multiples,"
14   could you explain for the record what you mean by
15   that?
16          A.    Well, again, today we've been speaking
17   about, you know, if -- if -- if something would be
18   rejected, was it rejected because there was no
19   signature.  And that would check.  But overlook, oh,
20   look, they didn't put their IDs either.  And so, it
21   could be in either one of those categories.
22              And again, the way the system was set up
23   is, if we pushed the button, or if we filled in the
24   box for no signature, it -- that's all it took and it
25   went away so that we didn't have the opportunity to
```



 1   make multiples, which has been a question that's been

 2   asked here numerous times.

 3          Q.   Okay.

 4          A.   Excuse me.

 5          Q.   Earlier in your testimony today, I think in

 6   response to some questions by Victor, you testified

 7   that instances in which there were multiple reasons

 8   to reject a -- a mail-in ballot were reviewed within

 9   your office?

10          A.   Yes, sir.

11          Q.   When you say "reviewed," are you talking

12   about a review process that involved one person or

13   multiple people?

14          A.   Well, again, the way -- my understanding,

15   the way it's set up is that if it was rejected, it

16   went to a higher, like, a manager and that -- in the

17   mail room to reject it, that the data processing

18   person would reject it, but then it was looked at

19   again a second time by a seasoned person, if -- if

20   that's the phrase you use.

21          Q.   Okay.

22          A.   Excuse me.

23          Q.   I also wanted to be sure I understood your

24   testimony earlier today about how, in general, poll

25   watchers were distributed within Bexar County in



1   connection with the general election in 2022.  Did I

2   understand you to testify correctly that the poll

3   watchers generally were concentrated more at the

4   polling locations with the highest numbers of voters?

5        A.   Yes, that's -- that's how it -- yes.

6        Q.   Okay.  Was there -- was there any -- strike

7   that.

8             Was that true regardless of whether or not

9   the polling place had more or fewer Hispanic or

10  Spanish-speaking voters?

11       A.   I'm sorry.  Ask me that again.

12       Q.   Okay.  My understanding is that the poll

13  watchers were concentrated at the locations that had

14  the larger numbers of voters?

15       A.   Yes.

16       Q.   And my question is:  Was that true

17  regardless of whether those locations were heavily

18  Spanish-speaking locations?

19       A.   No.  Like, Las Palmas would not fall in the

20  category of a high turnout poll site.  It -- it -- it

21  didn't -- it didn't rise to that.

22       Q.   Okay.  And did it nevertheless have a

23  higher concentration of poll workers?

24       A.   Yes, sir.  Poll watchers.

25       Q.   Poll watchers.  Excuse me.



1        A.   Poll watchers.  Yes, sir.

2        Q.   Okay.  Okay.  You testified earlier about

3   the inserts that you used in Bexar County in 2022 as

4   compared with the inserts that were made available by

5   the secretary of state.  Do you recall that

6   testimony?

7        A.   Yes, sir.  Yes, sir.

8        Q.   Did you use a different insert for the

9   general election in 2022?

10       A.   Yes, sir.

11       Q.   Did you use a different insert for all of

12  the elections in 2022 than the secretary of state

13  provided?

14       A.   Yes, sir.

15       Q.   I think you testified earlier that you had

16  amended the insert that was used in Bexar County at

17  least once?

18       A.   Yes, sir.

19       Q.   But I think multiple times.  Were those

20  amendments all within 2022?

21       A.   Yes, sir.

22       Q.   And did you make a change in the insert

23  between the election in May of 2022 and the general

24  election in November of 2022?

25       A.   Yes, sir.



1       Q.    And why did you make that change?

2       A.    Again, to make it clearer and cleaner, not

3   to confuse people.

4       Q.    Did you make the secretary of state's

5   office aware of the change in the insert that Bexar

6   County made for the general election in 2022?

7       A.    I don't think so.

8       Q.    Okay.  Earlier in your deposition you

9   testified that you -- that your office expended more

10  money for additional staff in response to SB-1.  Do

11  you recall that?

12      A.    Yes, sir.

13      Q.    And was that the first unfunded change of

14  law that the Texas legislature has imposed on your

15  elections office?

16      A.    No.

17      Q.    Could you describe how the -- the other

18  times that come to mind in which that has been done.

19           MS. CUBRIEL:  Objection.  I think this is

20  going beyond the amended scheduling order, unless

21  we're limited to the year 2022.

22           THE WITNESS:  Okay.  But what immediately

23  came to mind, am I allowed to answer?

24           MS. CUBRIEL:  You can answer if you know.

25           THE WITNESS:  Okay.  What immediately



Jacquelyn Callanen                                    February 28, 2023
                                                             Page 230

 1   came -- came to mind is, as the legislature for -- to

 2   answer your question on unfunded mandates.  They do

 3   come down.  When the State moved to voter ID, that

 4   required a complete do-over of -- of manuals and

 5   signage and large signage and more media and more of

 6   all that, and that was an unfunded mandate.  That one

 7   come immediately to mind, so.

 8        Q.   BY MR. BRYANT:  Are there others?

 9        A.   Yes, sir.

10        Q.   We talked about the rejection rate of 1.7,

11   and I believe you were asked if you could ever bring

12   the rejection rate down to zero.  Do you have any --

13   any view as to what's the -- kind of the lower limit

14   of a rejection rate that you could reasonably

15   achieve?

16        A.   Again, I'm very proud of the -- the

17   November 2022 number.  So, if we could match that

18   each time, that would be terrific.

19        Q.   I believe that you testified that the

20   secretary of state's office did some updating of its

21   training of poll watchers, but that you -- you

22   thought that there's still room for improvement.

23   Have you communicated your -- your views on that

24   subject to the secretary of state's office in 2022 or

25   in 2023 to date?



```
 1        A.    No, sir.
 2        Q.    We talked a little bit about the issue of
 3   poll watchers standing behind voters during the
 4   process in which the voter is preparing to cast or is
 5   casting their ballot.  Do you recall that testimony?
 6        A.    Yes, sir.
 7        Q.    Are you aware of a secretary of state
 8   advisory 2022-09 that states, "While the poll watcher
 9   may be present if an election worker is assisting a
10   voter, a poll watcher may not be present at the
11   voting station when a voter is preparing the voter's
12   ballot or is being assisted by a person of the
13   voter's choice, including by a person serving as an
14   interpreter at the voting station."  Does -- do you
15   recall that?
16        A.    That's standard.  That's been there for a
17   very long time.  Yes, sir.
18        Q.    Okay.  So, were there any of the instances
19   that were reported to you in connection with the
20   general election in 2022 when poll watchers stood
21   behind the voters on an occasion when an election
22   worker was assisting the voter?
23        A.    Yes.
24        Q.    Did the ability for poll watchers to be
25   present at the voting station when the voter is being
```



Jacquelyn Callanen

February 28, 2023
Page 232

```
 1  assisted by an election officer exist prior to SB-1?
 2       A.   Yes, sir.
 3       Q.   Are you aware of any instance in which an
 4  election judge, in connection with the general
 5  election in 2022, attempted to remove a poll watcher
 6  but was unable to do so?
 7       A.   Not to my knowledge.
 8       Q.   You mentioned that you replaced the
 9  personnel at four polling locations in connection
10  with the general election in 2022; is that correct?
11       A.   Yes.  But I hate to hear it worded like
12  that because it sounds like we removed and replaced
13  them for a cause.
14       Q.   Right.
15       A.   And we didn't --
16       Q.   I didn't --
17       A.   Okay.
18       Q.   I didn't intend to apply that.
19       A.   So, please --
20       Q.   As a matter of fact, my understanding was
21  that you had the new crew because the old crew was no
22  longer --
23       A.   Chose not to --
24       Q.   Was not going to be there.
25       A.   Correct.  Correct.
```



 1          Q.   Okay.

 2          A.   I just wanted to make sure that that stays

 3    in the record.

 4          Q.   Very good.  And that's four polling

 5    locations out of how many?

 6          A.   302.

 7          Q.   Is it typical to see some level of

 8    attrition among election judges and poll workers from

 9    year to year?

10          A.   Oh, sure.  Absolutely.

11          Q.   Okay.  To your knowledge, did Bexar County

12    or anybody in your office engage in any kind of

13    racial discrimination in connection with the general

14    election in 2022?

15          A.   No, sir.

16          Q.   Had you become aware of that, would you

17    have taken immediate corrective action?

18          A.   Absolutely.

19          Q.   Okay.

20               MR. BRYANT:  I'll pass the witness.

21               MS. PAIKOWSKY:  United States has no

22    more -- United States has no further questions for

23    this witness.

24               MR. GENECIN:  And the -- all Plaintiffs

25    have no further questions.  Thank the witness very



```
 1   much.

 2             THE WITNESS:  Sure.  Bless you.  Thank you.

 3             MR. BRYANT:  Thank you.

 4             MS. CUBRIEL:  Do we have to open it up to

 5   everybody online?

 6             THE WITNESS:  Oh, dear God.

 7             THE VIDEOGRAPHER:  The time is 3:51 p.m.

 8   and this concludes today's deposition.  We are off

 9   the record.

10   (Whereupon, the proceedings were concluded at

11   3:51 p.m.)

12                          -oOo-

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                          ERRATA SHEET

2                     CHANGES AND SIGNATURE

3           Oral Deposition of: JACQUELYN CALLANEN

4           Date:      FEBRUARY 28, 2023

5           PAGE LINE              CHANGE            REASON

6

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24

25                          Date



Jacquelyn Callanen                                    February 28, 2023
                                                             Page 236

1          I, JACQUELYN CALLANEN, have read the

2     foregoing deposition and hereby affix my signature

3     that same is true and correct, except as noted above.

4

5

6                    _____
                          JACQUELYN CALLANEN
7

8          STATE OF TEXAS:

9          COUNTY OF BEXAR:

10         Before me, _____,
      on this day personally appeared JACQUELYN CALLANEN,
11    known to me, or proved to me under oath or through ID
      or other document, to be the person whose name is
12    subscribed to the foregoing instrument and
      acknowledged to me that they executed the same for
13    the purposes and consideration therein expressed.

14         Given under my hand and seal of office this
      _____ day of _____, A.D., 2023.
15

16

17

18                    _____
                          NOTARY PUBLIC IN AND FOR
19                        THE STATE OF TEXAS

20

21

22         My Commission Expires:_____

23

24

25



Jacquelyn Callanen                                    February 28, 2023
                                                      Page 237

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3
    LA UNION DEL PUEBLO            )
 4  ENTERO, ET AL.,               )
                                  )
 5            Plaintiffs,         )
                                  ) Case No. 5:21-CV-844-XR
 6  vs.                           )
                                  )
 7  GREGORY W. ABBOTT, ET AL.,)
                                  )
 8            Defendants.         )
    _____)
 9  OCA-GREATER HOUSTON,          )
    ET AL.,                       )
10                                )
              Plaintiffs,         )
11                                ) Case No. 1:21-CV-780-XR
    vs.                           )
12                                )
    JANE NELSON, ET AL.,          )
13                                )
              Defendants.         )
14  _____)
    HOUSTON JUSTICE, ET AL.,      )
15                                )
              Plaintiffs,         )
16                                ) Case No. 5:21-CV-848-XR
    vs.                           )
17                                )
    GREGORY WAYNE ABBOTT,         )
18  ET AL.,                       )
                                  )
19            Defendants.         )
    _____)
20  LULAC TEXAS, ET AL.,          )
                                  )
21            Plaintiffs,         )
                                  ) Case No. 1:21-CV-0786-XR
22  vs.                           )
                                  )
23  JANE NELSON, ET AL.,          )
                                  )
24            Defendants.         )
    _____)
25  MI FAMILIA VOTA, ET AL.,      )
                                  )
```



Jacquelyn Callanen

February 28, 2023
Page 238

```
 1          Plaintiffs,     )
                            )
 2   vs.                    )
                            ) Case No. 5:21-CV-0920-XR
 3   GREG ABBOTT, ET AL.,   )
                            )
 4          Defendants.     )
     _____)
 5   UNITED STATES OF AMERICA, )
                            )
 6          Plaintiff,      )
                            )
 7   vs.                    )
                            ) Case No. 5:21-CV-1085-XR
 8   THE STATE OF TEXAS,    )
     ET AL.,                )
 9                          )
            Defendants.     )
10   _____)

11     **********************************************

12             REPORTER'S CERTIFICATE

13         ORAL AND VIDEOTAPED DEPOSITION OF

14             JACQUELYN CALLANEN

15              FEBRUARY 28, 2023

16     **********************************************

17          I, PAMELA SUE PETERSON, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20          That the witness, JACQUELYN CALLANEN, was

21   duly sworn by the officer and that the transcript of

22   the deposition is a true record of the testimony

23   given by the witness;

24          That the original deposition transcript was

25   delivered to _____,
```



Jacquelyn Callanen                                    February 28, 2023
                                                      Page 239

```
 1              That a copy of this certificate was served

 2   on all parties and/or the witness shown herein on

 3   _____.

 4              I further certify that pursuant to FRCP

 5   Rule 30(f)(1) that the signature of the deponent:

 6              _____ was requested by the deponent or

 7   a party before the completion of the deposition and

 8   that the signature is to be before any notary public

 9   and returned within 30 days from date of receipt of

10   the transcript.  If returned, the attached Changes

11   and Signature Page contains any changes and the

12   reasons therefore:

13              _____ was not requested by the deponent

14   or a party before the completion of the deposition.

15              I further certify that I am neither counsel

16   for, related to, nor employed by any of the parties

17   or attorneys in the action in which this proceeding

18   was taken, and further that I am not financially or

19   otherwise interested in the outcome of the action.

20              Certified to by me on this 12th day of

21   March, 2023.

22              _____
                PAMELA SUE PETERSON, CSR
23              Texas CSR 8924 - Expires 10-31-23
                Firm Registration No. 633
24              Magna Legal Services
                16414 San Pedro, Suite 900
25              San Antonio, Texas 78232
                (210) 697-3400
```



Jacquelyn Callanen                                    February 28, 2023
                                                      Page 240

1        COUNTY OF BEXAR        )?
                                )
2   STATE OF TEXAS              )

3

4            I hereby certify that the witness was

5   notified on _____ that the witness

6   has 30 days or (_____ days per agreement of

7   counsel) after being notified by the officer that the

8   transcript is available for review by the witness and

9   if there are changes in the form or substance to be

10  made, then the witness shall sign a statement

11  reciting such changes and the reasons given by the

12  witness for making them:

13           That the witness' signature was/was not

14  returned as of _____.

15           Subscribed and sworn to on this, the

16  _____ day of _____, 2023.

17

18

19                    _____

20                    PAMELA SUE PETERSON, CSR
                      Texas CSR 8924 - Expires 10-31-23
21                    Firm Registration No. 633
                      Magna Legal Services
22                    16414 San Pedro, Suite 900
                      San Antonio, Texas 78232
23                    (210) 697-3400

24

25



Jacquelyn Callanen

February 28, 2023
Index: $218,000..2024

| | | |
|---|---|---|
| **$** | **11:50** 104:13,15 | **2005** 12:13 |
| **$218,000** 117:12,13 146:1 147:13 | **11th** 41:15 | **2018** 18:20 100:7,16,19 101:15,21 119:16 134:22 144:2,5 200:9,25 |
| **$40,000** 111:7 | **12** 163:8 221:10,12,22 222:1,11 224:16 | **2019** 18:12 179:12 |
| **(** | **124** 143:18 | **2020** 16:18 17:8,16,17,24 43:15 51:14,15,18 52:5 53:17 101:14 102:2,21 103:1,9 142:12,24 143:7, 10,13 148:7 176:13,14,17,19 178:22 183:5 190:10 |
| **(b)** 198:13,22 199:3,7 | **124,000** 43:16 51:18 52:15 65:4 102:9 143:4 | |
| **-** | **129** 95:22 | **2021** 73:4,17,22 |
| **-o0o-** 234:12 | **12:20** 104:17 | **2022** 12:16 16:10,15,24 17:1,8,9, 19,24 18:2 19:19,25 20:4 21:23 22:14,19,23 23:3,7,13 24:24 25:4 26:21,25 28:2,9,11 29:16,21 31:6, 23 32:23 33:2,6,12,19 34:5,6,11,16 35:25 36:4,10,15 37:11,12,23 38:22 40:20 41:1,4 43:9,15,22,24 44:4,5 45:21 51:6,18 53:15 54:11 56:9 60:10,20 61:11 62:6,20 63:9, 23 64:12 65:19 68:13 69:11 70:8, 23 71:4 72:7,23 73:13,21,23,25 74:7 75:9,15,16 77:5 78:21 79:1,11 81:5,13,19 83:12 84:1,5 85:9,21 86:1,20 87:7,14 88:1,12,17 89:9 90:3,8 91:8,12,14 92:21,22 95:15 100:5,19 101:7,10,13,18 102:2,17 103:18,20 105:10,15 106:16 110:1, 9,13,19 111:22 112:15,17 113:16, 22 114:20 115:1,21 116:2 117:8,18 118:1,20,24 120:7,23 122:16 123:1,10,12 126:15 129:13,19 130:4 132:24 134:24 136:13,21 138:5 141:15 142:20,23 143:9,13 144:1,6 146:3 148:24 150:5 152:6 153:9 155:7 157:7 162:23 165:23 166:11 168:11 172:3 174:20 175:8, 21 176:5,20 177:3,9,14,16 180:7, 19 181:6 182:23 183:9 186:23 187:2,6 190:11 196:22,23 197:25 200:20 201:14 203:13,22 204:24 206:16 207:12,14 208:1,7 209:13 210:13 211:21,24 214:7 216:6 219:10 220:7 221:1 222:2,5,12,25 223:25 224:7,18,22,24 225:3,12 227:1 228:3,9,12,20,23,24 229:6, 21 230:17,24 231:20 232:5,10 233:14 |
| **1** | **12:23** 104:20,22 | |
| **1** 14:20,22 15:24 88:7 107:8,13 112:20 115:3 119:1 | **12:57** 127:18 | |
| **1's** 114:1 120:25 122:19 130:3 | **12:59** 127:21 | |
| **1,200** 13:18 143:11,17 | **13** 39:12 60:5,8 61:4 125:8,18,19 222:21 223:2,4,6,9 | |
| **1,800** 143:14,16 | **14** 125:21,22,24 126:21 202:18 205:19 | |
| **1.7** 45:22,24 51:7 53:14 57:17 100:4 230:10 | **15** 26:10 35:3 79:20 193:2,5 196:17,18 199:2 203:4,18 | |
| **1/2022** 198:8 | **16** 138:6 195:21,23 196:17,18,22 198:18 203:4 | |
| **10** 21:1 26:9 45:1 76:3 111:21 218:10,12 219:22 220:14,15 221:4 | **17** 216:4 222:19 223:14,19,24 224:6,16,17 | |
| **10,000** 137:24 | **18** 55:9 124:1 | |
| **10/28** 126:14 | **19th** 204:3 | |
| **100** 95:20 | **1:27** 145:8 | |
| **100-foot** 29:20 30:1,6,10,13,17 162:8 | **1:33** 145:11 | |
| **10:00** 17:13 21:4,17 121:23 | **1st** 87:23 | **2022-09** 231:8 |
| **10:21** 64:4 | **2** | **2023** 10:1,11 54:11 230:25 |
| **10:28** 64:5 | **2** 27:21 88:21 90:11,14,19 91:6,14 96:6 97:23 199:13 204:19 205:6 215:12 216:13,17 218:2 | **2024** 65:2,8,10 103:4 |
| **10:38** 64:7 | **2.7** 141:23 | |
| **11** 56:15 220:4,6,8,14,17,24 | **20** 13:13 39:10 114:4 134:10 137:8 143:20 162:25 167:11 | |
| **112** 10:13 | **20-** 176:13 | |
| **11:02** 80:21 | **200** 133:15 159:4 | |
| **11:03** 80:24 | **200,000** 111:11,14 | |
| **11:33** 99:10 | **2002** 49:3 | |
| **11:43** 99:13 | | |



MAGNA
LEGAL SERVICES

Jacquelyn Callanen

February 28, 2023
Index: 20th..ABBM

**20th** 204:2

**218** 146:19

**21st** 207:10

**22** 28:9 55:9 60:21 75:4 77:10,11
143:20 204:16,17 219:8 224:24

**22nd** 87:19 91:14 92:22 211:3,10

**23** 54:11

**24** 120:3

**24-hour** 148:7,14

**24/7** 133:8

**24th** 39:3

**25** 18:19 37:20 131:17 137:8

**254** 49:4

**25th** 126:13

**274** 96:8,16,17 97:3

**28** 10:1,11

**28th** 211:7,15,19

**2:00** 133:19

**2:52** 202:7

---

**3**

**3** 125:3,5 205:9,11

**3,060** 97:25

**30** 20:24

**30(b)(6)** 13:20

**30,000** 44:20 109:10

**30,401** 216:5

**30-** 44:20

**302** 233:6

**305** 18:15

**30s** 28:24

**31** 50:21,22

**314** 205:19

**32,000** 44:20 96:17

**32,564** 200:23

**326** 96:24

**39,000** 201:1

**39,655** 96:9,15 200:20

**396** 96:21

**3:05** 202:10

**3:51** 234:7,11

**3A** 206:4,6

---

**4**

**4** 206:19,23 207:5 208:16 210:12

**4,000** 137:15

**40** 103:7 109:1 143:18 189:3

**40,000** 43:14 44:18 51:17 65:3
111:13 119:13

**41** 70:13 184:7

**44,000** 201:1

**45** 63:16 87:18

**45-day** 63:19 87:12 89:22

**474** 95:14

---

**5**

**5** 49:3 89:18 208:18,20 209:12
211:12 212:14

**50** 20:14 53:25 74:6

**500** 27:7

**521CV844XR** 10:10

---

**6**

**6** 210:21,23 211:20 212:1,12,14

**6,000** 137:25

**64** 198:13,21 199:7

**64.034** 199:6

**68** 39:5

**6:00** 22:3

**6:30** 22:3

**6th** 14:12 55:25

---

**7**

**7** 122:11 212:3,5 213:15,16,18
214:6 224:16

**7,000** 97:20

**7,091** 97:22

**7/2022** 203:19

**7/22** 203:25 204:4

**70** 151:10

**75** 49:7 151:10

**7:00** 17:25 22:7,13 46:25 86:14
91:20

**7:30** 22:11

---

**8**

**8** 22:1,11 91:12 214:11,15 215:8

**80,000** 65:5

**800** 19:9

**840** 126:20

**840th** 126:9

**854** 55:24

**8:00** 17:14

**8A** 90:13

**8th** 216:6

---

**9**

**9** 58:17,21 60:12 125:10,11 221:14,
15,18

**92,000** 52:16 143:4

**9:10** 10:2,12

---

**A**

**a.m.** 10:2,12 64:5,7 80:21,24
99:10,13 104:13,15

**Aaron** 109:3

**AARP** 63:1

**ABBM** 42:2,7 110:2 113:22 117:9



124:6 127:24 128:2,14,19 131:14,
21 144:23 209:5

**ABBMS** 115:24 116:5 123:3,13
124:16,23 130:15 132:5,10,15
134:23 135:3 140:10 212:25 213:6

**Abbot** 10:7

**abide** 30:18 63:15

**ability** 22:21 115:10 130:15 131:20
132:10 142:18 147:21 231:24

**absentee** 113:21 181:15

**absolutely** 16:5,12,16 21:20 23:14
51:12 59:13 61:14 63:22,24 79:9
90:5 92:23 95:16 110:12 114:2
142:21 150:13 151:11 167:6
173:23 184:1 193:22 194:9,12
210:9 233:10,18

**accept** 29:7 91:21 116:12 121:12,
13 137:25 188:10,11,12 189:8

**accepted** 206:8 216:5

**accepting** 92:14 126:15

**access** 31:12 40:3 69:24 136:15

**accessible** 83:20

**accident** 35:12

**accommodation** 39:24 103:9
174:1 179:20

**accommodations** 77:23 81:18
82:3 83:10 103:22 178:7 179:19

**accomodations** 83:25 209:19

**accomplished** 73:16

**accomplishing** 73:16

**account** 122:14 141:13

**achieve** 230:15

**Act** 63:15,16 87:18 89:21,22 90:3

**action** 10:10 20:10 71:16 154:16
160:18 161:13 162:13 210:1
233:17

**actions** 160:18 161:7,9 207:16

**actively** 138:12

**activist** 154:3

**actual** 24:18 159:3 187:13

**ADA** 40:8 171:11,13,22 172:1

173:1 174:8,21 175:1,9,10,22
176:7,10,15,25 177:13,25 178:7
181:4

**ADA's** 173:1

**adamant** 93:15

**adapt** 150:17

**add** 18:19 37:5,17,19 175:3 191:18
200:10

**added** 97:19 116:6 125:10,11

**adding** 165:7

**addition** 16:20 66:12 198:22

**additional** 21:6,12 27:9,14,17 28:7
115:7,20,23 116:3 117:7,14,20
118:3,7,15 119:4 146:2,6,23
147:13 164:23 165:7 212:7,18
219:18,23 225:5 229:10

**additions** 217:21

**address** 46:19 93:19 116:18 131:3
133:10,20

**addressed** 148:2

**addressing** 118:11 133:16

**adds** 132:15

**Adkins** 188:19,20

**administering** 144:15

**administrating** 130:6

**administration** 37:4 49:1 93:7
134:8

**administrative** 137:5

**administrator** 10:19,23 12:12,20
140:19 144:22 215:14

**Administrator's** 141:12

**administrators** 74:4,8,23

**admission** 216:4

**Admissions** 215:16

**Admit** 216:4

**adopt** 148:7,14

**adv-** 207:6

**advance** 165:22 168:11 177:16
180:5,19

**advantage** 32:14 78:16

**advent** 211:5

**advise** 215:11

**advised** 204:14

**advisories** 12:23 88:22 89:1,2,4,7,
8,15

**advisory** 207:8,13,18 208:25
209:10 211:17 214:6 231:8

**affect** 101:24 208:9 213:25

**affected** 89:16 102:2,7,20

**affidavits** 79:6,15 81:2,9,15

**afternoon** 27:21 104:19 105:3,4
145:19,20

**AG's** 128:8,15

**ahead** 121:20

**aide** 179:7

**alleged** 29:14 31:22 34:9

**allowed** 74:12 115:10,15 131:14
229:23

**allowing** 18:24 31:11

**alternate** 27:6 38:15 176:21

**alternates** 152:5,12 153:15 155:6
163:22 166:22 176:16

**amazed** 94:11

**amended** 54:22 100:13 197:14,19
228:16 229:20

**amendment** 170:3,11 197:15,22

**amendments** 170:5,8 228:20

**amends** 39:21

**American** 77:16,21

**amount** 54:9 111:23 146:1 147:8
152:17 199:25

**ancedotally** 154:16

**and/or** 110:3,14,20

**anecdotally** 61:17

**angel** 141:7

**angle** 119:11

**Anglo** 192:23

**angry** 32:5 121:17 134:2 154:8
160:16 167:18,20



**angst** 40:17 167:23

**annual** 54:9,16 55:5,6,16,17 73:24

**annually** 54:7

**answering** 145:24

**answers** 214:23 215:20 216:21

**anticipate** 64:16 113:17 117:19 146:22

**Antonio** 10:1,9 20:6 38:2,5

**anxious** 25:15 41:16 72:12

**anymore** 130:25 131:19 134:17 141:9 163:14 166:25 191:20 202:5

**Anyplace** 162:16

**apologize** 127:5 196:6 198:3

**app-** 126:12

**appearances** 10:17

**appears** 15:25 187:19

**applicable** 214:7

**application** 88:10 133:9,25 135:11 173:19 181:1 183:17 201:25 209:21 218:19,23 220:9

**applications** 41:20 43:15 52:25 54:6,10,17 55:5,6,16,18 107:24 119:14 126:15 133:20 143:18 147:17,21 201:3,8,11,21 213:7

**apply** 34:25 135:9 174:4 232:18

**appoint** 76:7 185:24

**appointed** 53:4 76:13,16 187:20 188:3,6 189:4

**appointing** 187:21

**appointment** 179:23 187:13

**appointments** 77:25 177:21,22

**approval** 105:19

**approved** 172:12

**approximately** 13:10,18 18:6 35:19 51:7,17 70:6 95:3 117:10 158:4 203:13 222:10

**April** 171:10 172:2 174:20 175:7, 21 176:5 177:3,9 181:5 212:6,7 224:22

**Arc** 11:9

**area** 11:7 32:9 91:1,4 156:10 159:10

**argh** 168:2

**arise** 141:14

**arisen** 211:18

**arose** 88:15 122:19

**arrangements** 179:22

**arrive** 22:3 46:24 79:6

**arrived** 91:22

**arrives** 47:16

**as-needed** 27:24

**ascertain** 122:24

**asks** 95:3 108:2 216:9

**ASL** 177:21 179:25

**assign** 19:4 24:1 27:8,16 49:22 76:9

**assigned** 23:18 24:9 76:12 78:2 184:17

**assigning** 18:17

**assist** 113:24 115:23 117:9 119:10

**assistance** 61:23 77:9 78:20,25 82:15 103:13 109:21 198:20

**assistant** 80:2

**assisted** 231:12 232:1

**assisting** 231:9,22

**assume** 27:22 125:13 203:23

**assuming** 141:4

**astronomical** 74:5

**astute** 55:15 154:3 185:24

**atmosphere** 161:23

**attempt** 47:9

**attempted** 47:6 232:5

**attention** 28:13 45:22 117:17 178:2

**attention-getting** 57:15

**attestation** 91:12

**attorney** 10:21 11:1 105:8 129:12

**attorneys** 10:25 99:6,8 199:8

**attrition** 176:23 233:8

**attuned** 65:6

**August** 73:3

**authorities** 203:12

**authority** 66:5

**automatic** 133:3

**avenue** 65:24 98:10

**aware** 29:16 31:21 34:8 36:7 38:20,25 40:18 69:17 71:2 72:21 77:8 78:19 86:25 141:20 147:16 162:7,8,9 180:25 182:25 183:9 185:4,5 229:5 231:7 232:3 233:16

**awareness** 174:2

**awful** 94:7 189:16

**awkward** 100:25

## B

**back** 14:7,8,18 15:24 21:3 25:17 29:8 32:2 35:5 38:9,14 40:2,12 42:8,11 44:23 45:7,12,15 46:11,12, 15,20,21 47:4,6 49:2,24 52:17 53:1,2 60:25 66:1,9,15,17 69:19 79:20 82:7,25 83:3,6 93:24 94:15 97:8,17 98:19,20 101:2 105:22 108:13,20 109:2,6,10,13 112:9 114:9 119:14 120:5 121:4,5,6,7 127:10 131:22 135:11 136:2 141:8 143:5 144:19 145:7 147:20 149:16, 21 150:1 153:1 158:10 168:6 171:16 174:19 187:10 198:3,10 199:16 203:15 204:12,14 214:4 216:3

**backtrack** 110:25

**backup** 25:23

**bad** 71:14

**badge** 70:17

**badly** 127:5

**bal-** 113:3

**balances** 138:17

**ballot** 24:2,3,6,18 37:8 43:15,21 44:10 45:1,2,3,12,13,16 46:4,5,6, 10,11 47:8,12,15,25 48:3,9 50:25 51:22,23 53:3,4 55:15 56:18 66:6, 15,24 67:8,18 76:1,20 82:13 84:14,



19,21 85:8,22 89:25 92:4,10,20
93:3,20,25 94:19,22,23 95:9,24,25
96:9 97:8,9,10,11 98:2,5,7,11,12,
13,14,15,18,20,21,23,25 101:11,
18,21 106:14 107:23 109:15,18
110:15 111:2 112:14 113:3,21,22
115:13 116:14 117:9 120:19,20
121:5,6,7,19 122:7,11,18 123:8
124:6,12,13 126:12,13 133:9
135:13,17,18 136:12,15,19,20
138:2,3,6,18 139:2 140:11 149:23
154:22 158:9 159:8 173:20,25
174:4 181:15,20,24 182:11,15,19
198:23 201:8,12 207:1 209:6,23,
24,25 212:7 213:7 217:3,13 218:19
219:4 220:10 226:8 231:5,12

**ballot's** 84:15

**balloting** 44:16 62:19

**ballots** 13:3 18:3,18,25 19:4,10,16,
20 40:23 41:2,17,19 43:14 44:19
45:5 46:24 50:2 52:16,24 56:13,14
60:10 63:17 65:14,22,23 66:4 67:3
68:14 70:25 82:6,9,19,20 83:2
84:11 85:14 87:17 90:7,25 91:22
92:5,7,25 93:11 95:1 96:8,15 97:2,
20,22 102:9 103:1 107:24 115:2
117:21 120:15 121:11 123:16,19
135:10 143:3 144:8 147:12,17,21
149:14 172:9 180:10 199:21
200:21 201:5 205:20,25 206:8
211:5 213:8 216:5,25 217:2 218:7

**barely** 117:11

**based** 51:19 129:18 136:25 137:1
204:5 209:18

**basically** 27:15 63:13 91:4 119:15
143:2 182:1 211:16 220:17

**basis** 152:22

**BBMS** 108:2

**bears** 219:7

**beat** 42:11

**beginning** 49:16 66:14 87:22
173:11 198:12 223:2,4

**begins** 10:5

**behalf** 10:18 14:3

**behavior** 70:22 102:20

**beneficial** 73:19

**benefit** 87:5,9

**Beta** 11:8

**Bexar** 10:19,20,22 12:11 13:17,24
16:10,25 18:10 19:24 20:3,16
21:22 22:17,23 23:5,11 24:23 25:5
26:19,23 28:9,11 29:15 31:5,23
32:21,25 33:5,18 34:3,10,13 35:23
36:4,13,19 37:10 39:4,13 40:20
41:2 43:24 44:7 48:13 50:23 51:5,
14 52:4 53:14 54:10,17 56:6 58:2
61:10 62:10,21 63:19 64:18 69:11
70:8 71:5 74:21 75:3,8,12,22 76:17
77:2,6,11 78:22,24 81:6,12,17
83:12,24 84:6 85:8,19,23 86:24
87:5,15,25 88:13 90:2 91:9 94:16
95:14 96:9 97:21 98:9 100:5,7
103:10 106:6,19 110:2,14 111:4
118:4 136:12,14 140:19 141:12
142:7,19 147:12,17 148:2,15 150:6
155:16 159:7 169:14 182:19
188:25 189:4 191:22 205:14
206:10,14 215:13 216:5 217:5,6
218:25 220:25 222:2 223:24
226:25 228:3,16 229:5 233:11

**Bible** 210:10

**big** 38:18 49:6 74:22 83:18 158:8
159:6,7 194:22,23

**biggest** 154:6

**bill** 107:8,13 112:11,20 114:1 115:3
119:1 120:25 122:19 130:3

**birth** 124:8 131:3

**bit** 31:21 61:2 79:24,25 88:14
92:25 110:25 113:20 121:1 135:23
187:11 191:8 211:2 212:20 213:21
231:2

**black** 43:2 56:25 58:25 60:15
108:24

**blah** 133:21 170:20,21 190:3

**blank** 130:24 192:8

**blanketed** 188:25

**Bless** 234:2

**blessed** 19:12 121:25

**blessing** 43:8

**block** 198:12,17

**board** 46:6,10 53:3,4 66:6,24 76:1,
20 84:19 92:10 98:20 115:13,20

120:19 181:20 182:11,15,19 209:6,
23,25

**body** 53:7

**bond** 37:3 38:5

**bonnet** 158:12 159:18

**bonnets** 158:21

**book** 24:16 25:9,10

**booklet** 170:9

**books** 23:21 122:4 154:2

**booths** 157:14

**bottom** 126:18 130:22 159:9
164:20 187:23 197:4 198:9

**box** 95:6,7 139:7 199:21,22,25
225:24

**boxes** 139:15

**boys** 49:6 74:22

**Braille** 178:15

**brakes** 34:25

**break** 64:1,3,10 80:18,20 88:13
99:5 104:7,10 202:5 219:16,17

**breaking** 91:25

**breath** 35:4

**briefly** 88:3 89:5

**bring** 53:1 93:24 96:5 113:4
114:12,13,18 115:22 116:21
118:20,24 121:6,7 178:1,2,25
194:2 230:11

**bringing** 209:22

**brings** 138:25

**broader** 62:11

**Brookhollow** 185:11 186:4

**brought** 52:17 57:23 58:4 59:21
75:24 79:16 81:4 115:20 123:12,13
130:20 178:16 209:18 211:3

**BRYAN** 153:19

**Bryant** 10:24 11:17 14:21 15:6,11,
15,17,20 36:7 54:16,19,25 55:2
57:24 58:10,13,16,18 59:13,15,25
60:3,6 64:2,9 65:9 80:11,14,19
81:1 83:9 90:12 99:15 100:3,15
102:13,19,24 103:8,19 104:2,3,11



Jacquelyn Callanen

February 28, 2023
Index: budget..Christina

110:22 125:5,10,12,17,20 127:12
132:18 141:1,24 147:6,24 148:4,
10,16 153:21 167:2 174:12 183:3
186:19,23 196:9,13 202:22 203:2
205:10 206:5,20 208:19 210:22
212:4 214:12,24 215:7,18 218:11
219:15,20 220:5 221:11,15,17,21
222:20 223:10,13,16,17 230:8
233:20 234:3

**budget** 111:6,7,11 118:5

**budgets** 118:8

**building** 28:20 37:5 49:13 163:5

**bunch** 31:18

**burden** 130:5 148:20

**busier** 185:9 186:1

**busy** 138:15

**button** 63:14,18 77:17 178:13
225:23

**buy** 122:3

**by-mail** 200:11,16,18 208:23

---

**C**

---

**cadre** 27:15

**calendar** 12:23

**call** 20:11 24:9 29:17 30:5,14 31:18
32:13,14 46:17 49:6 73:1 77:25
97:17 114:5 125:24 133:4 134:13
135:19 137:7 155:17 158:12 159:6
178:23 183:15 188:14 190:5

**Callanen** 10:6,22 11:13,18 57:22
58:18 59:16 60:7 64:9 81:1 99:15
105:3 145:19 202:12 203:3 219:20
221:21

**Callanen's** 215:14

**called** 29:23 49:11 50:13 70:15
77:15 84:12 90:21 138:15 150:24
159:4 188:17

**calling** 27:13 30:3 76:14

**calls** 32:3 34:1 40:9 46:16 61:22
110:23 124:12,15 133:2 160:16
170:18 183:15 185:1 186:3,7,11
187:12 188:5 189:9 190:20

**campaign** 29:25 30:13 162:9
167:17

**campaigns** 169:24

**campus** 20:6 22:20

**cancel** 97:11 98:3

**canceled** 137:12,13

**canceling** 98:5

**cancels** 217:11

**candidate** 187:21 188:6,25 189:1

**candidate's** 187:22

**candidates** 55:12,13 130:11,12,18
131:8 185:23

**Candy** 191:19 192:1

**cans** 159:7

**canvas** 13:8

**capacity** 12:14

**capture** 50:11 138:2 162:4

**captured** 144:16

**captures** 50:24

**car** 29:9 32:10 83:19 149:17
178:20 193:15

**card** 20:19 24:6 42:4,8 93:22 95:4,
5 116:21 130:23 171:9

**careful** 155:22

**carefully** 193:19

**carrier** 108:2,13 110:14 113:9
127:24 128:2,14,19 135:4 145:1
210:8

**carry** 113:11

**cars** 72:18

**case** 11:1,20 14:24 42:23 58:20
101:13 107:5,8 128:5,16,21 215:23

**cast** 85:7 92:18 94:18,22 95:23
217:3 231:4

**casting** 24:18 70:24 94:3 231:5

**catch** 67:1 129:7

**catch-22** 57:7

**categories** 225:21

**category** 227:20

**caused** 35:2 41:15 99:23 164:24

**cell** 28:18,25 29:5,6 148:25 149:5,
14

**center** 18:13 25:25 163:4,6

**centers** 18:10,12,20 26:1 27:13
36:19 37:10 38:23 94:16 148:8
164:10 166:12 184:7,10

**central** 90:22,24 92:14 185:16
191:15,16 205:7

**cents** 109:15

**certificate** 151:3,13 187:14,20,25

**certify** 76:8

**chain** 19:14 38:10 41:9

**chairman** 75:24 76:10

**challenge** 88:11,19,24

**chance** 22:15 207:22,24

**change** 73:7 75:21 102:3 108:14
168:5 198:11 199:10 228:22 229:1,
5,13

**changed** 31:10 42:25 50:22 61:2
122:24 123:2,6,18 124:22 155:25
172:2 175:2 195:25 196:4 197:10
198:9 199:9 222:9

**Chapter** 198:13,21 199:7

**characterize** 181:11

**charge** 13:6 36:17,18

**charged** 12:21 134:6 181:24
182:8,13

**chased** 29:13

**chat** 80:16 145:7

**check** 67:20 68:2,3 95:1 137:19
139:15 140:1,2 154:21 156:20
189:12 190:2 217:8 220:16 225:19

**checked** 141:18

**checking** 21:2 198:3

**checks** 138:16 140:16

**Chiodo** 78:12

**choice** 231:13

**chose** 37:20 39:14,18 82:17
232:23

**Christina** 106:1 188:18,19,20



circumstances 102:3

cited 145:25

cities 94:9 213:22,23

citizen 18:15

citizens 40:7 41:23 63:3 217:5

city 38:2,4 60:16,22 212:23 213:3, 10

Civil 10:10

civilians 87:22,25

clarify 12:7 102:15 107:20

cleaner 229:2

clear 103:20 138:13

clearer 229:2

clearing 211:2

Clemens 11:11

clerk 27:6 164:5,6 176:21

clerks 13:2 27:9,10 152:5,12 153:16 155:6 163:22 166:22 176:10,17

close 17:14 69:21 72:4,5,8 155:14 157:15 162:25 168:22 200:5,7

closest 26:1

closing 71:21,24

closings 20:2 21:22

code 12:23 28:17 67:13 126:11 136:7 163:4 172:13 182:2,7 201:18 225:7

codes 50:4,5,10 68:11 127:3 225:5

collect 169:14 171:8

collected 171:5

collection 81:19

college 93:10

colleges 37:18

Collin 217:9,14

color 59:5,23

colored 60:17 153:12

colors 57:2

column 96:7

comfort 32:10 82:10

commencement 165:23

comments 69:22

commercial 131:24

commissioner's 17:11 37:15 62:13

commissioners 111:10

committee 37:7

common 29:17 138:20

communicated 105:23 230:23

communication 224:23

communications 132:22 169:5 180:21

community 36:23 63:4,5 77:14,24 78:7,10 178:24

company 13:5 19:2 49:11 77:15

compare 17:7 51:13 53:16 55:9 100:6 111:14 200:3,24

compared 34:5 44:4 54:11 73:21 100:19 101:14 102:2 111:22 117:15 134:22 143:22 144:5 151:14 228:4

comparison 209:5

compelled 168:17

complaints 29:10,13 38:20 154:12 160:11 175:10

complete 38:11 56:14 98:3 151:1 158:14 168:18 205:24 230:4

completed 92:22 151:12 163:12

completely 115:17 160:3 209:17

completing 87:6

complexities 143:16

compliance 123:8,20 176:7 208:12 210:15,16 211:25

complicating 134:3

complied 40:5 208:13

complies 207:25

comply 32:22 33:1 35:23 36:13 63:19 72:14 78:24 81:12 83:24 90:2 119:1 124:17 132:16

computer 117:1 159:15

computers 66:8

concentrated 227:3,13

concentration 191:24 227:23

concern 131:1

concerned 152:7

concerns 129:19 151:21 162:24

concluded 234:10

concludes 234:8

conduct 70:7 173:4

conference 73:2,12,18,21,23,24, 25 74:9

conferences 62:23 111:19

conferred 202:16

confirm 216:16

confrontation 69:13

confuse 229:3

confused 110:10,20

confusing 212:20

confusion 76:13,25 132:15 133:17

connection 16:3 34:9,15 35:24 38:21 41:3 61:10 62:6,19 63:20 64:11 65:19 68:12 70:7,22 71:4 75:3,8 77:10 78:20 79:1,10 81:5, 13,19 83:11,25 84:5 85:8,14,20 86:23 87:13 88:1,16,25 89:9 90:8 91:8 95:15 103:8 146:24 151:20 155:7 161:9 183:8 208:6 209:13 211:21 213:18 220:25 222:4 224:7 227:1 231:19 232:4,9 233:13

cons 170:10

consented 202:17

considerably 222:9

considered 150:9

constant 30:19

constitutional 170:3

consult 106:9

consultant 131:11

consultants 55:13,14 130:17,19



Jacquelyn Callanen

February 28, 2023
Index: contact..cyber

131:4,25 132:4,9 169:23

**contact** 65:13 67:2

**continually** 27:17 69:23

**continue** 64:17

**continuing** 113:17

**continuous** 190:20

**contract** 13:3,4 77:14 212:21,23 213:4,24

**contractors** 113:24

**contracts** 213:25

**conversation** 113:11 153:4,7,9

**Converse** 191:18,19,22 192:3

**Cool** 127:9

**cooperation** 81:10

**coordinator** 175:23

**copies** 15:6 113:8 126:1 139:23 161:18 188:7

**copy** 65:25 88:8 126:2 141:16 188:11 196:10 199:17 206:25 219:13 222:7 224:9

**core** 119:21 165:17

**corner** 141:10 158:3 196:21 203:19 219:7

**correct** 19:18,22 48:1 51:11 52:2,3 64:14 67:11 68:19 81:7 85:12 99:18 108:5,8 124:14 128:10 140:22 146:1,5 149:11 150:11 159:24 160:5 168:14 169:17 172:24 174:25 175:12,24 176:18 184:8 195:7 197:9,17 201:4,6,10 205:1 206:14 215:25 219:1 232:10, 25

**corrected** 48:8 225:11

**Correction** 64:5

**corrective** 209:24 210:1 211:17 233:17

**correctly** 48:2 51:6 96:10 116:10 120:14 134:7 227:2

**cost** 45:5 112:1 117:10

**costs** 117:12

**Coughs** 33:16

**counsel** 10:16 15:7 58:2 104:5 193:12 202:23 215:22 223:14

**count** 44:19 46:6,23 79:21 91:21 92:1 95:8 98:25

**counted** 47:13,16 48:9 52:16 90:7 92:19,20 95:18 96:17,18,24 98:24 199:21 200:23,24 201:1

**counterparts** 119:8 120:2

**counties** 21:7 49:4,5,19 50:21 74:6 86:15 94:8,10 106:15 135:14, 19,20,21 137:13 142:6 205:14

**counting** 90:23,24 92:15 95:25 205:8

**counts** 90:25 112:22

**county** 10:19,20,23 12:11,21 13:17,24 16:10,25 18:10,16 19:2, 24 20:3,16 21:22 22:17,23 23:5,11 24:23 25:5,24,25 26:19,23 28:9,11 29:15 31:5,23 32:22 33:1,5,18 34:10,13 35:23 36:4,13,19 37:10 39:5,13 40:20 41:2 43:5,25 44:7 48:14 50:23 51:5,14 52:4 54:10,17 56:7 58:3 61:10 62:10,21 63:19 64:19 69:11 70:8 71:5 74:21 75:3, 8,12,23 76:17 77:2,6,11 78:22,24 81:6,12,17 83:12,24 84:6 85:8,19, 23 86:8,24 87:5,15,25 88:13 90:2 91:9 94:12,16 95:14 96:9 97:21 98:9 100:5,7 103:10 106:6,19 110:2 111:4,23 118:10,16 128:21 129:12 130:13,14 136:12,14 138:17 140:19 141:12 142:7,19 144:23 145:1 147:12,17 148:2,15 150:6 155:16 159:7 163:5 169:14 182:19 188:25 189:4 191:22 205:20 206:11,14,25 212:24 213:4 215:14 216:5 217:6,7,10,11,14 218:25 220:25 222:2 223:24 226:25 228:3,16 229:6 233:11

**county's** 34:3 53:14 110:14 118:4, 6,14 136:12 142:2,18 213:5

**couple** 30:7,11 60:25 112:6 121:9, 16 122:22 151:7,8 163:10,18 186:11 216:2

**court** 10:8,14 12:2 17:11 37:15 42:23 62:14 80:11 82:9 107:5,8 111:10,15 180:9

**cover** 15:2

**covers** 183:4

**COVID** 73:6,9 102:4,7,17,20 103:1 190:12 192:24

**COVID-19** 143:21

**crashed** 49:5

**crazy** 108:15

**creates** 22:5

**creating** 111:2

**crew** 164:8,11 232:21

**crews** 113:2

**Criminal** 10:21

**cross** 162:7

**crossed** 161:17

**crossing** 129:16

**cry** 96:18

**Cubriel** 10:18 15:4,9 36:5 54:15, 18,20 55:1 58:2,6,12,14 80:1,6,10, 12,15 81:25 100:2,12 102:5,18,22 103:5,25 104:9 107:10,14 126:3 127:16 140:23 141:2,4 142:10 156:24 157:3 192:13,15 196:3 214:17,19 215:5,11 219:13 221:14 229:19,24 234:4

**cued** 34:22

**curbside** 32:7,19 83:15 178:19 195:5,10,19 196:2,5 197:2,6,16 204:13,15 208:1

**cure** 50:12 65:22,23 84:25 92:8,9 94:24 97:18 122:18 124:12 136:15 182:23 209:23 210:4

**cured** 50:12 68:21 85:11 95:18 138:7

**cures** 138:3

**curing** 121:3

**current** 12:11 221:23 223:22

**curtain** 157:15 158:14

**custody** 19:14

**cut** 112:7

**cute** 32:12

**cyber** 116:13



**cycle** 124:4 129:21

---

### D

**D-E-A-F** 77:15

**DA** 129:12

**DA's** 128:21

**dah** 140:12

**daily** 49:16 70:12,14 88:19 138:16

**Dana** 11:3 105:7 107:21

**dance** 87:1

**dare** 30:16 59:8 93:5 131:24

**dashboard** 88:20 137:7,8,10
  138:4,15

**data** 52:25 53:19 135:3 144:23
  145:1 169:14 171:4 226:17

**database** 42:20 48:24 114:17
  144:17

**databases** 169:24

**date** 86:4 87:21 91:11,16 122:11
  124:8 131:3 196:21 203:18 212:9,
  17 219:7 230:25

**dated** 91:14

**dates** 96:4 198:6

**daughter** 134:1

**David** 10:14,24 57:20 63:25 95:2
  99:1 114:3 133:18 135:24

**David's** 98:21,24

**day** 13:14 17:21,24 18:1,4 19:4,24
  20:3 21:23 22:13,19 23:2,6,13
  24:10,23 25:4 26:20,24 27:11,23
  28:2,8,11 29:13,16,24 30:20 31:6,
  23 32:23 33:2,6,12,19,25 36:20
  37:19 39:14,15,19 40:15,16,19
  46:24 49:13,15,16 51:2 71:23 91:3,
  16,20,22 97:24 98:8 114:4 121:8
  122:12 137:2,11,23 138:13,14
  155:20 163:7,13 165:14,15 177:23
  184:18,19 185:14,17,18,22 187:11
  188:4,24

**day's** 153:16

**days** 16:25 17:2,12 35:21 47:16
  63:16 87:16 92:3,7 94:23 95:10
  96:1 163:8 208:21 209:2

**dead** 42:11

**deadline** 87:12,16 126:14

**deadlines** 92:12

**deaf** 77:15,24 78:7,10,13 177:21
  179:21 180:2

**deal** 86:6 112:23 146:3 167:21
  169:1

**dealing** 129:24 134:11 143:4
  173:13

**deals** 220:17

**dealt** 213:22 214:2

**dear** 234:6

**deceased** 137:17

**December** 14:14

**decide** 30:21 152:13

**decision** 53:9

**decline** 64:21

**decrease** 134:24

**deep** 14:16 35:4 61:1

**deeper** 74:17

**defects** 122:19 124:13 138:20
  139:2,19 140:21 141:14

**Defendant** 10:13,20 215:13

**Defendants** 10:25 215:15

**defer** 199:8

**define** 46:1

**definite** 56:2

**Dehoyos** 205:8

**del** 10:7

**delay** 75:9

**delayed** 19:23 20:2 21:21

**deliver** 13:5

**delivered** 122:12

**Delta** 11:8

**demanding** 154:10

**Democrat** 53:5

**Democratic** 191:14

**demographics** 191:9,10,23
  192:23

**denials** 174:16

**denied** 215:4 216:8

**denigrated** 134:15

**Dennis** 145:22

**deny** 216:9

**Department** 11:5

**deposed** 11:20,24 122:25 174:19

**deposition** 10:5,12 11:19 14:6,23,
  24 15:13 16:4 58:3,20 60:13 88:4
  104:16,20 157:4 172:2 175:3,25
  223:2,4 229:8 234:8

**depositions** 73:1 79:5 224:22

**describe** 12:18 23:15 27:2 28:15
  32:18 38:25 41:6 56:5 58:23 60:8
  61:15 62:17 65:17 71:7 75:18
  81:23 84:8 142:24 157:12 199:24
  209:15 229:17

**describing** 17:15 62:4

**description** 87:4

**deserve** 134:12

**designated** 31:12 32:9

**designed** 66:20,22

**desk** 107:18

**detail** 187:9,10 220:20

**detail's** 50:14

**details** 45:6

**determination** 181:23

**determine** 123:8,20

**developed** 23:17 44:9 90:20 119:8

**devil** 134:18

**devoted** 112:13

**dialogue** 106:2 149:16

**difference** 35:16 53:25 55:7 59:1
  96:19 196:17

**differences** 143:19 164:17

**differentiate** 50:7

**differentiation** 181:9



**difficult** 144:6 156:6 161:6

**difficulties** 121:2

**dig** 74:17

**digitally** 136:9

**diligence** 136:4

**diligently** 77:24 95:9

**direct** 134:20

**direction** 31:19 79:25

**directions** 12:22

**directive** 108:22

**directives** 211:4

**directly** 13:15 122:8

**director** 207:9 209:2 211:2

**disabilities** 83:11 103:22 175:5 177:6,19 180:23 181:1

**disability** 63:4,5 77:14 81:18 173:21,22,24

**disabled** 174:23 178:20,21,23,25 180:5

**disagree** 169:21

**disclosed** 139:22

**discomfort** 72:15

**disconnect** 106:25

**discovery** 139:22

**discretion** 191:4

**discrimination** 174:23 175:4 233:13

**discuss** 104:10

**discussed** 99:16 107:5 111:3 138:18 142:9

**discussion** 80:23 127:20 165:18, 20 193:6 197:21 223:12

**disenfranchised** 92:1

**disseminate** 132:15

**disseminating** 132:5,10

**dissuaded** 33:11 36:8 40:19 70:24 183:1,10

**distance** 29:20

**distinguish** 153:22

**distribute** 19:5 130:15

**distributed** 226:25

**distribution** 38:22

**district** 10:8,9,21 37:2 82:9 180:9 213:3,11 217:16

**districts** 39:11,12,18 40:13 94:10

**dive** 61:1

**Division** 10:9

**do-over** 230:4

**document** 57:22 90:17 91:7 125:1 126:5,7,10 139:21 196:25 199:12, 15,20 200:6 208:24 223:14 224:2

**documents** 196:24

**dollars** 112:6

**door** 65:21

**downtown** 94:24

**DPS** 42:14,17 86:6 93:15 94:4 95:1,4 136:1 137:20

**drastically** 131:12

**drills** 220:22

**drive** 94:15

**driver's** 29:3,6 48:16 108:3 148:25

**driving** 194:1

**drove** 79:19

**DS** 159:4

**due** 36:3,8 38:10 48:15 82:16 136:4 173:20

**duller** 57:1,2

**duly** 11:14

**dumbing** 59:9

**duplicate** 65:2,8 125:13

**duties** 71:20 72:13

**duty** 165:11

**dynam-** 70:3

**dynamic** 70:3

---

**E**

**e-mail** 46:18,19 65:16,24 66:8 67:4 82:6,7,9,18 85:2 172:9 180:10 210:5

**e-mailed** 82:20 83:1 106:3

**e-mails** 124:12,15

**earlier** 16:15 21:21 27:3 54:4 56:4 58:4,19,24 60:11,13 65:12 72:25 79:5 83:15 97:9 107:5,22 114:3 124:11 135:2 136:11 138:18 139:14 142:22 166:14 194:6 199:12 209:23 221:18 224:3 226:5, 24 228:2,15 229:8

**early** 17:1,5,12 18:14 20:2 25:8 33:15,18,20,21,22 34:2,4,6,10,15 35:19,24 36:3,8,14,20 37:4,18 50:2 53:3 61:25 66:5,24 70:9,23 71:21 76:1,19 77:20 84:18 86:18 87:7 91:2 92:10 97:24 98:1,20 113:1,3 115:12 120:18 153:1 155:20 163:2, 5,12 164:9 165:23 177:22 181:19 182:10,15,19 184:14 187:11,12 204:1 209:6,22,25 217:4

**easier** 43:18

**east** 10:13 185:16 191:15,16 192:18

**economic** 142:17

**economy** 43:17,18 51:16 185:10

**educate** 62:19 112:18 131:10

**educated** 119:16

**education** 62:5 64:11,19 105:10, 14,19 110:25 111:4,9,24 112:13 130:19 132:11 144:8

**effect** 31:17 44:2 77:1

**effected** 44:7

**effects** 73:19 180:22

**effort** 62:11 64:18 84:24 182:23

**efforts** 62:5,9 63:9 64:11 65:12,18 105:10,19 111:1,4 112:13 113:18 132:11

**eight-and-a-half** 56:15

**El** 49:6



**elbow** 179:4

**elect** 174:13

**election** 12:15,19,23,25 13:1,2,7,
8,14,17 14:12,17 16:9,18,24 17:8,
20,21,24 18:1,3,9,20 19:1,3,8,19,
24 20:3 21:23 22:8,13,19 23:2,6,7,
13,19,20,22 24:8,23 25:4 26:20,24
27:12 28:2,8,11,12,17,22 29:15,16,
21 30:11,20 31:5,6,9,22,23 32:4,23
33:1,2,6,12,19,25 34:4,9,15 35:13
36:10,20 37:3,11,19,24 38:5,6,21
39:14 40:15,19 41:3,10 43:10,24
44:16 45:18,20 46:24,25 48:25
51:5,20 53:15,16 54:24 55:9,24
61:11,21 62:6,20 63:10,17,21
64:12 65:19 68:13 69:11 70:8,23
71:4,19,23 72:7,11,18 73:2 74:3,23
75:4,13,15 76:5,8,10,15 77:11,20
78:21 79:2,11,16,17 81:6,14,20
83:1,12 84:1,5 85:9,20 86:18 87:14
88:1,12,17,25 89:9,13 90:4,9,21
91:3,7,8,11,15,16,20,23 92:4,8,20,
21 93:7,18,24 95:11,15 97:24 98:8
100:5,8,20 101:2,3,5,7,10,17,18,20
102:1 103:4,9,18,20 105:11,16
106:16 107:7 108:17 110:1,9,13,19
111:6,16,23 112:15,17,24 113:17,
23 114:8,21,23 115:1 116:2 117:8,
19 118:1,24 119:18,19 120:7,24
121:7 122:11,17 123:1,10,11
126:16 129:14,19 130:4,5,10
132:24 134:22 136:13 138:2,6
140:19 141:12,15 142:14,23,24
143:20,21,22 144:2,3,6,7,16,22
146:3 147:3,14 148:7,12,20,24
149:4 150:5,15 151:14,20,21,24
152:4,5,6,12,23 153:10,15,16,17,
23,24 155:1,6,7,11,19,20 156:7,18
158:16 161:4,8 162:6,22,23 163:6,
11,13 164:1,10 165:14,15 166:11,
15,21,22,25 167:12,23 168:8,11,
12,21 169:8 170:3 172:13 173:9
176:10,16,17,20,21 177:5,17,23
180:20 181:2 182:1,7 183:4,9
186:17,21 187:2,7,25 188:9,24
189:21,24,25 190:13 191:1 193:25
197:25 199:13 200:3,4 203:12,22
204:21,24 206:16 208:7 210:13
211:21,24 212:8,9,17 213:2,18
214:7 221:1 222:2,5,7 223:22,25
224:8,10 225:3 227:1 228:9,23,24
229:6 231:9,20,21 232:1,4,5,10
233:8,14

**election's** 52:23 62:12 91:19

**elections** 10:19,23 12:11,20,21
36:25 37:12 39:8 42:20 43:10,11,
12 55:10,22 60:16,23 62:15 64:14
74:4,8 75:9,16 77:5 93:7 101:14
111:14,25 115:3 116:4 117:15
134:8,24 144:13 146:24 166:14
175:22 209:13 215:14 216:25
219:10 228:12 229:15

**electronic** 23:21 25:9

**eligible** 21:19 22:7,14 24:22 28:1
95:21,25 120:24 122:17

**emotionally** 134:6 164:19

**emperor** 36:24

**emphasis** 135:16

**employees** 13:11 53:6 112:19
113:23 117:20 118:3 151:24
173:12 174:15

**Empowerment** 89:22

**enclose** 84:14 99:18

**encouragement** 152:14

**encouraging** 152:18

**encourage** 19:17

**end** 13:8 49:15 60:19,24 106:2
127:10 163:13 164:9 214:3

**ended** 25:16 40:6

**ending** 134:13

**enforcement** 129:13

**engage** 132:10 154:4,14 233:12

**engaged** 108:7

**engaging** 154:4

**enhancements** 178:9 179:13,17

**enlarge** 178:14

**enter** 52:25 95:2 157:22

**entered** 37:17 46:14 62:14 113:14

**entering** 129:4

**Entero** 10:7

**enters** 44:24

**entire** 12:25 13:16 72:7 164:8
184:22

**entities** 13:3 37:7 212:19,21

**entitled** 21:14 96:7

**entity** 182:18 213:7 214:1,3

**envelope** 46:12 57:11 59:3 66:1,
20 94:1 108:23 109:16,18 113:9
127:24 128:2,15,20 140:2,13 145:2

**envelopes** 41:11 42:25 108:2,14
110:14 135:4 198:23 210:8

**equipment** 13:6 23:23 24:13
26:20 34:14 146:12 178:4,6
179:12,14

**error** 129:2,8

**ES&S** 19:2 178:3

**essentially** 159:15

**estimate** 26:6 152:17 184:9

**et al** 10:7,8

**ethnic** 169:25

**Evans** 189:2,3,4

**events** 26:8

**Everybody's** 136:5

**Everything's** 35:10

**evil** 57:9

**exact** 18:13 119:25 212:22

**examination** 11:16 15:25 88:4
105:1 145:17 203:1

**examples** 59:18

**exception** 34:17 35:8 149:7

**exceptions** 137:24

**excerpt** 126:9

**exchange** 202:23

**excuse** 33:16 117:24 118:21
122:21 124:20 196:9 199:19
200:17 226:4,22 227:25

**exhausted** 163:15 164:20

**exhibit** 14:20,22 15:2,24 57:23
58:6,8,17,19,21 59:24 60:5,8,11,
12,13 61:4 88:7 90:11,14,19 91:6,
14 96:6 97:23 125:14,22 126:21
193:2,5 195:21,23 196:17 198:18
199:2,13 202:18 204:19 205:1,6,9,
11 206:4,6,19,23 207:4,5,23



208:16,18,20 209:12 210:12,21,23
211:12,20 212:1,3,5,12 213:15,18
214:6,11,13 215:8 216:17 218:2,
10,12 219:22 220:4,6,8,14,24
221:4,10,12,18,22 222:1,11,19,21
223:6,19,21,24 224:6

**exhibits** 61:9 125:7 203:4

**exist** 140:21 232:1

**existence** 102:20 134:13 157:1
196:21

**exit** 25:20 159:3,10 166:6

**expect** 65:7 103:3

**expectations** 65:10

**expected** 143:13

**expecting** 27:7

**expend** 112:18

**expended** 111:23 113:7 229:9

**expending** 112:22

**expenditure** 146:6 147:2

**expenditures** 146:23,24

**expense** 64:18 117:14

**expensive** 131:7

**experience** 23:11 26:19,23 34:13
69:10 76:23 77:1 101:23 113:16
117:18 153:12 160:23

**experienced** 11:19 74:21 100:4,7
152:4,5 165:24 166:1

**experiences** 120:6 129:18 130:2

**expertise** 142:7

**explain** 18:8,9 34:18 44:14 52:11
90:19 93:1 96:12 107:8 126:10,25
216:9,22 218:17 220:13 225:14

**explained** 121:20 220:1

**explaining** 14:4 21:1

**explains** 213:4

**explanation** 220:2

**export** 51:3 136:25

**exposed** 150:6

**express** 24:1 158:6,10 159:14

**extended** 17:12

**extensive** 64:13

**extent** 25:2 26:12 65:17 85:4 87:4
99:23 103:16 183:3 220:24

**extra** 45:21 58:14 59:10 146:19
166:2,5

**extreme** 30:8

---

**F**

**face** 190:16

**facilitate** 113:24 115:14 117:2

**facilities** 13:4

**fact** 29:9 39:2 63:4 69:2 83:3 86:10
118:11 132:8,14 217:9 232:20

**factor** 142:18

**fail** 187:2

**failed** 135:11

**failure** 124:16

**fair** 147:4,7 166:10 172:23 177:1
199:24

**fairly** 64:13 200:5,7

**faithful** 114:19

**fall** 57:11 86:18 87:7 227:19

**falls** 159:9

**Familia** 11:9

**familiar** 18:11 85:16 93:2 129:25

**family** 161:5 162:3 165:18

**fantastic** 38:1 114:5 169:24

**fat-fingered** 129:4

**fault** 183:23

**favorite** 71:11

**fax** 188:11

**February** 10:1,11 212:6 215:19

**federal** 63:15 77:23 82:5 172:14

**feedback** 105:19

**feel** 53:23 113:12 127:5 161:4,16,
20 165:15 191:5

**feeling** 31:9 52:19 80:13 135:15

**feelings** 151:4

**feels** 179:13

**feet** 28:19 31:2 190:19

**fell** 115:16

**felons** 137:16

**felt** 29:24,25 37:15,20 154:7
168:17 190:15

**fewer** 16:21 17:9 227:9

**field** 23:18

**fields** 135:4

**figure** 60:4 131:5

**figured** 15:17 143:24

**file** 49:24,25 202:18

**filed** 82:2 180:9 181:4

**fill** 106:25 130:18 192:9 195:14,17

**fillable** 82:13,24

**filled** 116:11 120:14 225:23

**filling** 195:8

**fills** 218:21

**final** 53:13 66:5 92:17,18 181:23
182:2

**finally** 181:16

**find** 53:20 69:5 130:12 138:1 139:4
206:25

**finding** 40:6 136:6

**fine** 39:17 166:7 188:16 193:9
196:15

**finessed** 79:24

**finished** 21:25 22:9

**fire** 82:7

**firmly** 102:8

**fit** 172:8

**fixed** 135:23 214:5

**flab** 66:23

**flair** 134:2

**flap** 59:3,6 66:20,25 115:8,11

**flip** 215:11

**floor** 35:10 57:12



**Flores** 10:14

**flow** 27:25 114:14

**flowing** 135:12

**flux** 172:21

**focus** 14:10,13 28:16 184:3,4

**focused** 65:7

**focusing** 150:3 179:18

**fold** 140:2

**folds** 140:12

**folks** 81:3

**follow** 72:17 170:24

**font** 178:14

**foresee** 119:2 131:9

**forever** 154:2

**forget** 149:3 156:13,14

**forgot** 120:20

**form** 36:5 56:16 58:4 64:23 90:18, 20,21 91:17 95:3 96:3 97:6 100:2 102:5,18,22 103:5,25 110:22 130:16 132:18,20 139:15 140:12 141:24 142:10 147:6,24 148:4 167:2 174:7,12 193:17,21,24 194:8,11,13 195:4,8,12,17,25 196:19 197:8,18,24 201:2 203:11, 18,25 204:22 216:11 218:24 219:6, 9

**format** 130:21

**forms** 110:2 140:15,20 141:13 157:25 194:19

**Fort** 90:1

**forward** 14:14 64:16

**foul** 155:4

**fourth** 126:17

**foyer** 39:25 40:2

**fraud** 128:5,16,22 129:10 147:11, 16,22 148:2 150:5

**free** 31:12 148:13 190:11

**freeway** 122:1

**frequency** 139:5

**frequent** 139:1

**friction** 149:4

**friends** 162:3

**frightened** 154:25

**front** 88:7 187:25 199:16 213:23

**frustrated** 74:18

**frustration** 73:25

**full** 37:16 192:4

**full-time** 13:10 114:6,11 151:25

**fully** 12:6 32:22 35:23 36:13 48:8 56:5 77:4 78:24 81:12 90:3

**function** 90:25 139:12 181:19 222:9

**functions** 92:18 137:9

**fund** 111:7 118:4,5

**funding** 118:7,15

**funds** 146:2

**future** 117:21 146:24 147:14

G

**gained** 162:12

**gathers** 170:15

**gave** 58:20 91:20 117:2

**gears** 113:20

**Genecin** 11:6 57:20 58:1 60:2 63:25 110:23 145:15,18,21 147:7 148:1,6,13,18 153:20 154:13 156:22 157:5,9 167:4 174:15 183:6,8 186:22,24,25 193:1,3,7,11, 16 195:22 196:7,11,14,16 202:4,12 233:24

**general** 11:1 12:15 16:9,18,24 17:8,19 19:19 23:7 36:10,20 37:11, 24 38:21 41:3 43:11,12,23 51:5 53:15,16 54:24 55:20 61:11 62:6, 20 63:10,20 64:12 65:19 68:13 69:11 70:8 71:4 75:4,9,14 77:5,11 78:21 79:1,11 81:5,13,20 83:12 84:1,5 85:9,20 86:17 87:14,16 88:1,12,17,25 89:6,9 90:4,8 91:8 92:21 95:15 100:5,7 101:7,14,18 102:1 103:9,20 105:15 106:16 110:1,9,13,19 111:7,22 112:15,17 113:17,23 114:21 115:1 116:2

117:8,19 118:1,4,5,24 120:24 122:16 129:12,13,19 132:24 136:13 141:15 142:23 143:20,21 144:2,5,7,16 146:3 148:11,23 150:5,14 151:20 153:10,23 155:7 156:17 162:23 168:12 176:14,19 180:20 183:4,9 186:20 197:25 200:3 203:21 204:24 206:16 208:6 209:13 210:13 211:21,24 213:18 214:7 219:10 220:25 222:2,5 223:25 224:8 225:3 226:24 227:1 228:9,23 229:6 231:20 232:4,10 233:13

**generally** 12:18 13:23 14:5 28:15 41:6 227:3

**generic** 67:17 140:11 218:16,21 220:16

**gentlemen** 121:16

**George** 126:22

**get all** 142:15

**give** 23:20 41:24 47:9 53:19 56:1 66:10 86:4 113:4 130:24 131:14 134:5 137:9 140:11 147:21 155:5, 22 168:17,21,25 169:3 172:19 191:16 201:7 207:22 219:21

**giving** 25:10 122:5,7 131:2 178:21

**glitches** 24:24

**glossy** 130:21

**goal** 68:8 162:4

**God** 80:7,8 134:17 186:12 234:6

**golden** 93:6

**good** 10:4 52:19 63:25 88:9 105:3, 4 129:17 145:19,20 170:17 179:18 208:4,8,10 210:14 211:25 213:1,6 218:13 221:20 223:15 233:4

**government** 82:5

**governors** 55:20

**grabs** 49:24

**granted** 118:11

**grass** 30:17

**great** 39:11,13 59:25 136:5 165:11 186:10,12 192:21

**greater** 114:25 116:3



**green** 94:1

**Gregory** 10:7

**grew** 20:22

**grievance** 181:7,12

**grievances** 175:10,19 181:4

**ground** 12:24

**group** 53:4,12 66:6,10,12 77:12
85:2 97:25 129:24 165:18 170:14
182:4

**groups** 129:11 163:24 180:5

**growling** 168:2

**Guadalupe** 94:14,15

**guarantee** 198:2

**guardian** 141:7

**gubernatorial** 43:9

**guess** 32:11 49:3 116:8 161:20
174:2 180:3 215:9

**guidance** 88:22 168:22,25 177:13

**guide** 179:3 221:25 224:14

**guns** 203:16

**gymnasium** 40:3

---

**H**

---

**half** 23:6 37:23 41:1 43:22 44:5
75:16 80:9 85:25 224:24

**hand** 14:21 25:13 29:5 92:14,19
121:14 131:17 155:19 206:6
208:19 214:12 218:11 220:5
221:11 223:18

**hand-deliver** 121:5,14

**handbook** 155:11,13 168:8,10,14,
18 221:24 222:23,24 223:23

**handbooks** 88:23

**handed** 59:16 96:2 214:20

**handful** 167:9

**handing** 60:7 168:3

**handle** 25:12 49:8 55:13 114:14
143:5 163:25 165:15 171:17,23
174:11 179:4

**handled** 143:7

**handles** 52:23

**handling** 175:9,19

**handouts** 61:24,25

**hands** 30:5 130:14,16 131:13
160:21

**handwritten** 162:19

**hanging** 165:17

**happen** 136:9 158:1 184:1

**happened** 14:19 39:20 122:4
134:19 146:15 155:4 184:2 199:9

**happy** 52:9,12 57:24 72:19,20
107:20

**harassed** 29:25

**harassment** 30:24 69:13,16

**hard** 54:2 65:25 142:14

**harm** 155:4

**Harris** 49:5

**harvests** 91:1

**hate** 14:15 38:7 154:3 161:1
203:24 232:11

**hates** 133:4

**HAVA** 48:23

**have-** 172:20

**head** 15:4,9 107:10 164:6

**headsets** 178:13

**hear** 172:15 183:21 232:11

**heard** 66:3 71:16 75:25 76:6 77:13
106:4 107:1 114:15 154:6 169:7

**hearing** 65:3 103:15 179:10

**heart** 78:16 91:24 119:20 191:14

**heavily** 63:3 227:17

**held** 73:18 74:1 154:10

**helpful** 59:22

**helpless** 80:13

**helps** 119:11

**hesitant** 94:7

**hiccups** 23:25

**high** 56:21 102:10 103:6 117:13
227:20

**higher** 44:11 51:16,19 55:11
100:11,16 101:8 102:11 103:7
117:21 130:10 147:3 226:16
227:23

**highest** 227:4

**hinders** 132:10

**hindsight** 144:19

**hire** 19:3 55:13 113:23 117:8,20
118:2 130:18

**hired** 176:1

**hires** 114:22

**hiring** 115:23 116:3

**Hispanic** 170:15 171:1 191:13,15
227:9

**historically** 24:1

**history** 18:22 214:4

**hit** 34:1 63:18 78:3 184:18

**hits** 52:14

**hold** 50:22 87:20 213:2

**holding** 37:3

**hole** 48:22

**holiday** 40:16

**home** 20:16 82:10 133:20 149:16

**Hood** 90:1

**hope** 119:7 122:15 138:12 182:24
184:23

**hoping** 40:14 68:6 119:10

**horrendous** 39:7

**horse** 42:11

**hostile** 82:7

**hour** 41:15 80:9

**hours** 16:25 17:4,9,12,20,23 91:19
122:15

**house** 143:6,7

**households** 170:13

**Houston** 11:7

**huge** 30:22 41:5 44:12 55:17 131:1



210:6,7

**huh-uh** 56:21 127:2

**human** 22:2 44:23 52:1 120:12 129:2,7

**hundred** 19:11 28:19 31:2 82:22 95:12 109:1 133:15 185:17

**hundreds** 91:23

**husband** 45:11,13 121:10 183:18

---

**I**

**ID** 29:2 41:12,13 68:16,18,20 92:6, 7 94:20,21,23,24 96:2 107:7 108:4 110:4,15 112:14,19 119:1 120:7,25 121:14 122:19 123:3 124:13,23 128:3,14,19 130:6 139:11 144:11, 12 146:7,25 149:5,13 168:3 220:18 230:3

**idea** 192:6

**ideas** 120:3

**identifiable** 70:18

**identification** 48:17 105:14 107:23 114:1 123:9,20 124:17 129:20 130:3 132:17 135:5 171:3 183:2,11

**identifier** 46:14 131:4

**identifiers** 209:19 221:6

**identifies** 138:23

**identify** 124:9 174:22 175:4 183:13 205:3 207:4 208:24 210:24 221:22 222:22 223:19

**identity** 66:22 131:2

**IDS** 110:3 210:8 225:20

**ignoring** 178:11

**image** 95:5

**immediately** 49:4 66:16 186:9 196:1 217:12 229:22,25 230:7

**imp-** 179:24

**impact** 118:6,14 130:5 210:7

**impacted** 143:22

**impaired** 82:2,8 172:11 180:10

**impairment** 103:15

**impediment** 73:15

**implement** 142:8,18

**implementation** 88:11 113:25

**implementing** 112:19 115:2 120:6 129:20 130:2

**implicit** 161:3

**import** 51:3 137:1

**important** 62:3

**imports** 49:23

**imposed** 103:23 229:14

**impossibility** 77:22

**impression** 51:9

**improvement** 230:22

**in-depth** 220:22

**in-house** 13:3 49:14 112:21,23

**in-person** 23:8 34:4,10,15 35:24 36:3 102:9

**in-service** 39:15,19 40:16

**inadequate** 161:16,20

**incidents** 69:12

**include** 15:2 56:14 110:2,14 111:1 168:15 171:23 174:22 218:25

**included** 171:17 175:9 218:1 221:2,6

**including** 33:1 231:13

**incoming** 123:3

**Incorporated** 11:9

**incorrectly** 151:18

**increase** 27:12 64:17,18 75:4 134:24

**increasing** 54:10

**independent** 53:6,7

**indicating** 132:22 159:1

**indication** 96:7 138:10 201:8

**individual** 14:2

**individual's** 162:24

**individually** 98:17

**individuals** 77:8 78:19 152:11

163:21 182:22

**ineffective** 182:23

**influx** 55:17

**informaiton** 212:18

**informal** 160:18

**information** 22:22 50:11,23 51:25 74:17 94:2 124:19 127:8,14 133:14 135:9 136:4 144:14 155:10,11 162:5,12 175:3 192:11 194:1 206:13 213:23 220:18

**informed** 95:24

**Ingram** 207:9 209:2 211:1

**inherently** 24:3

**initial** 67:3,7,15 144:18

**initially** 47:22 65:14

**initiatives** 118:16

**ink** 223:17

**input** 169:11

**inquiries** 177:3,10

**insert** 44:9 56:13 60:9 84:18 105:22,24 106:5,11,14,16,18 111:2 112:2 113:8 142:4 159:8 221:15 223:7,9 228:8,11,16,22 229:5

**inserts** 56:4,9 119:3 228:3,4

**inside** 31:11 84:18

**install** 66:7

**instance** 36:25 75:25 183:13 225:8 232:3

**instances** 67:7 79:14 81:8 83:10 84:24 129:10 226:7 231:18

**institute** 83:8 210:10

**instituted** 212:15

**instruct** 134:10

**instructions** 88:22 155:5

**instructs** 55:3

**instrument** 182:12

**intake** 123:8

**intend** 187:3 232:18

**intent** 58:7



**intentional** 35:13

**interact** 31:16

**interacting** 189:15

**interaction** 20:17 21:6 106:7
189:23

**interactions** 20:21,25

**interfering** 72:13

**interject** 80:2

**internal** 139:5,6

**internally** 140:16

**interpretation** 88:10,16 179:23

**interpreter** 231:14

**Interrogatories** 215:16

**interrogatory** 216:8,20

**interrupt** 57:21

**interrupted** 21:10

**interventions** 142:8

**interview** 106:5

**intimidating** 154:24

**inundated** 188:5

**investigation** 99:2

**involve** 101:10

**involved** 13:15 50:19 111:11,16
226:12

**issue** 20:12 35:8 36:23 40:20 41:9
68:16 102:17 169:12 172:22 185:3
231:2

**issues** 28:3 33:17 34:2 38:7,10,15
45:4 71:2,8,9,10 88:15 124:16,23
146:3 150:4 184:6 189:14 191:7
195:16

**items** 208:14

**iterations** 56:11,24

---

**J**

**Jackie** 10:22 57:9 79:18,20 166:23
192:6

**Jackie's** 80:3 155:18

**Jacquelyn** 10:6,19 11:13 215:14

**Jan-** 211:11

**January** 196:22 198:17 203:6
207:10 211:19 219:8 220:7 222:12

**JC3** 14:23 58:21 60:7,12 61:4
90:14 193:4 195:23 196:17 199:12
202:18 203:4,18 206:6,23 207:4
208:20 210:23 212:5 214:13
216:16 218:12 220:6 221:12
222:21 223:19

**JCF** 90:14 204:19 206:23 216:11

**JCS** 205:11

**JCS1** 125:7

**JCS2** 125:8

**JCS3** 125:3,24 126:21

**Jeffrey** 11:10

**job** 76:22 136:5 165:2,3,11

**jobs** 176:20

**joined** 29:11

**joint** 36:25

**joke** 150:10,19 161:24

**jokingly** 124:1

**joy** 87:1

**judge** 27:6 76:16 82:17 83:4 90:22
94:3 98:13 118:10 164:1,7 172:14
176:21 191:20 192:2 205:7 223:22
232:4

**judges** 71:19 72:3 75:14 76:14
93:6 112:25 151:21 152:4,12
153:15 154:17 155:6,11 162:22
163:22 166:21 167:12 168:8,11,21
169:8 176:10,16 233:8

**July** 73:3 197:10 203:7 222:24

**jump** 56:25 57:2,6

**jumps** 186:8,9

**Justice** 11:5,7

**justified** 147:13

---

**K**

**Kay** 78:12

**keeper** 213:12

**keeping** 30:12

**Keith** 207:9 209:2 211:1

**kicked** 83:5

**kind** 23:11 24:12 99:1 159:15
162:10 170:22 171:1 205:18
230:13 233:12

**kinds** 142:8,18 189:14

**kits** 204:1

**knew** 47:5 76:3,21,22 124:2
131:20 189:2 192:5 213:1

**knowing** 48:13 83:7

**knowledge** 22:12 28:5,10 32:21,
25 33:4 36:6,11,12 69:7 71:1 72:24
75:6,11 78:23 81:11 83:23 84:10
85:21 90:4,10 104:1 109:24 113:5
120:23 147:25 148:5 171:6 175:16
195:20 197:20 204:18,25 232:7
233:11

---

**L**

**L-I-N-K** 77:15

**La** 10:6

**lack** 67:16

**Lamar** 11:11

**language** 41:12 42:24 77:16,21
106:24 107:6,24 108:7,13 109:14,
17 110:3,11,15,20 169:25 170:6
198:22 199:2

**laptop** 35:1 78:2

**laptops** 77:16 157:24

**large** 32:20 49:5,19 94:8 130:13
135:14 158:11 159:4 230:5

**larger** 130:10 132:4,9 154:12
227:14

**Las** 161:25 186:9,12 189:16 191:9,
13,14 227:19

**late** 41:8 47:16 73:3 83:7 218:7

**law** 12:2 17:25 22:5 25:25 28:17
29:18,19 30:21 31:10,15 42:1 48:5
73:7 77:23 107:2 129:12 184:14
229:14

**laws** 28:12 29:15 31:5,22 33:1 34:9
155:14



Jacquelyn Callanen

February 28, 2023
Index: lawsuit..mailed

**lawsuit**  82:2 108:21 109:13 172:6
180:8 181:8,10 198:24 214:14,16

**lawsuits**  107:18

**layperson**  44:21

**lead**  178:10

**leadership**  39:12,13 75:21 142:14

**leads**  114:10

**League**  11:8

**learn**  141:22

**learned**  23:17 40:11 68:10 155:19,
20 210:20

**learning**  50:17

**leave**  25:20 127:6 133:10 165:17
192:8

**leaving**  25:16 153:8

**left**  26:7 149:22 150:1 164:11
205:4

**left-hand**  97:5 196:20 203:19
219:7

**Legal**  10:15

**legalese**  56:15 106:23 107:1 158:1
170:6,7

**legally**  76:13

**legislation**  122:10

**legislative**  40:14 74:3

**legislature**  46:22 91:20 229:14
230:1

**lessening**  61:21

**lessons**  23:16 40:11 68:10
155:18,20 210:19

**letter**  115:19 210:5

**letters**  181:25 210:3

**level**  12:24 61:12 64:18,21 69:16
107:4 142:7 179:5 233:7

**libraries**  38:6

**library**  38:3,8,10,14,18 40:4 186:8,
9,14,18 187:6

**license**  29:3,6 42:18 48:16 108:3
148:25

**limit**  187:3 230:13

**limited**  33:2 148:11 195:8 217:2,3,
22 229:21

**limiteds**  218:8

**lines**  20:9 41:13

**Link**  77:15 78:13 177:21

**Lisa**  10:18 107:9 140:9,11,17
141:2,3,5,7,9,18 156:22 193:12
196:8 214:16 218:21 221:20

**Lisas**  141:6

**list**  15:23 93:14 126:11 127:3
137:14,15,16 205:13,19 217:25

**listed**  91:12 97:23

**listen**  150:23

**listened**  46:22 151:1

**listening**  18:12 150:23

**lists**  137:8 198:21

**literally**  122:2

**litigation**  108:7

**live**  120:21 134:19 137:19

**lived**  119:23

**lives**  28:25 134:3

**local**  75:22 85:22 212:19 217:17

**location**  26:9,13

**locations**  17:5 18:21 23:19 227:4,
13,17,18 232:9 233:5

**locked**  159:10

**locking**  71:21

**logic**  204:8,10

**long**  12:10 24:10 25:17 29:13,24
31:15 118:9 124:20 126:8 156:7
158:6 161:5 231:17

**longer**  19:20 20:9,18 25:3,12 40:8
89:24 116:15 117:5 143:16,17
152:24 153:3 154:9 232:22

**looked**  18:22 55:24 88:3 119:11
203:3 204:19 206:22 213:19
226:18

**lookout**  46:17,19

**looming**  160:12

**Lopez**  11:10

**lose**  151:21,24 152:1 164:4,8
165:16 167:5,6,7

**lost**  42:24 108:12 162:23 167:11

**lot**  14:13 21:1,2 24:20 40:7 44:8,
10,24 45:5 55:18 56:15 74:18
76:13 92:9 94:7,9 105:9 123:25
131:10 135:15,16 136:3 138:9
179:13 185:25 189:16 192:20
209:9,10

**love**  134:17

**lower**  97:5 102:16 142:2 147:8
230:13

**lunch**  99:6 104:7,10

**luncheon**  104:15

----

**M**

**machine**  93:23 159:3,16

**machine's**  189:13

**machines**  25:19 154:23 157:13

**made**  57:9 62:9 64:11 84:25
106:10 108:15 113:7 128:7 142:11
151:4 175:14 177:3,9,20,21,22
179:22 181:23 186:11 204:1 208:6
222:4,6,11,13 224:6 228:4 229:6

**Magna**  10:15

**mail**  41:23 43:14 44:16,19 45:1,2,
3,4 46:11,23 47:8,12,15 50:2 52:25
55:10,14,15 60:10 90:25 91:21
93:25 96:8,9,15 97:22 98:5,7,13,
14,19 102:9 107:25 110:15 113:3,
21,25 114:5 115:2,4 117:9,21
119:14 122:8 123:9,20 126:12
132:23 133:9,11 143:3 144:6,8,15
147:22 170:16,19,25 173:20,25
181:1 183:1,10 198:23 201:5,9,12,
22,23 206:8 207:1 211:4 212:7
213:7,8 216:5 218:20 220:10
226:17

**mail-in**  40:23 41:2 43:21 48:3
50:25 54:5,19 61:12 62:19 65:14
67:3,8 68:13 85:14 87:16,17 90:7
99:24 103:1 146:4 147:12,17 174:4
219:4 226:8

**mailbox**  133:8,14

**mailed**  45:8 52:16 83:2 200:21
201:1



**mailing** 87:21 210:2

**main** 20:6 28:16 185:11 217:4

**maintenance** 86:16

**major** 33:17 61:24 120:5

**majority** 178:7

**make** 23:5 24:5 30:4,9 35:16 39:14,19,21 42:21 46:16 47:6 53:9 54:6 57:15 58:8 59:1,9 70:17 77:25 95:25 96:14 103:19 116:22 117:4 122:8 124:12 129:9 139:11 146:22 154:20 155:23 156:23 160:20 161:18 184:22 189:12 198:25 209:19 213:11,17 226:1 228:22 229:1,2,4 233:2

**makes** 65:13 122:15

**making** 55:15 74:11 123:15 138:12 154:24

**malfunctions** 23:12 24:25 25:4

**manage** 43:18 114:11

**managed** 41:14 122:14

**management** 13:12 49:1

**manager** 226:16

**manages** 111:18

**managing** 192:25

**mandate** 40:15 230:6

**mandated** 17:25 41:10 170:7

**mandates** 230:2

**manner** 35:11 87:25

**manual** 52:23

**manually** 25:12

**manuals** 230:4

**map** 26:1 96:3

**March** 17:21 37:12 41:19 60:22 83:6 115:9 119:24 123:18 124:24 128:1 153:12 177:14 212:10,16

**mark** 30:1,6,10,17 57:22 60:2 82:12 162:8 173:24 190:18 193:4,8

**marked** 14:20,22,23 46:5 58:17, 19,21 60:5,7,12 90:11,14 125:7,8, 18,22 193:2 195:21,23 199:12 203:4 205:9,11 206:4,19,21 207:10 208:18,20 210:21,23 212:3,5

214:11,13 218:10,12 220:4,6 221:10,12 222:19,21 223:2,4,8,11, 18

**marker** 29:20

**markers** 24:2

**marking** 158:8

**Marla** 11:10

**Marlin** 11:10

**mash** 42:17

**masks** 190:16

**master** 217:25

**mat-** 50:15

**match** 42:3 50:15 53:11 127:25 128:3,4,15,20 230:17

**matched** 87:2 224:11

**matches** 42:21 188:2

**matching** 50:5 136:10

**material** 168:15

**materials** 107:7

**math** 96:14

**matter** 10:6 46:4 51:20 67:21 132:19 232:20

**matters** 54:23

**Mccreless** 186:8,12,17 187:5 190:25 191:12

**means** 12:24 13:21 18:14 96:17 97:7 127:1

**meantime** 24:8

**mechanical** 24:12

**mechanism** 13:16

**media** 44:8 61:24 62:4,18 65:2 111:17,18,19 119:3 230:5

**meet** 120:1

**meeting** 62:25 78:2

**meetings** 161:13 162:13

**member** 122:3 133:12

**members** 62:13 78:1 118:7 137:3

**Memorial** 38:9,14,17

**mentally** 163:15

**mention** 197:16

**mentioned** 56:4 84:3 106:13 114:22 124:5 129:11 135:2 136:11 142:22 148:22 192:15 232:8

**mess** 59:4

**messages** 80:16

**messing** 154:23 189:13

**met** 39:10 87:15

**method** 65:5

**methodology** 18:24 19:13 102:7 169:21

**metrics** 151:11

**Mi** 11:9

**mic** 80:3

**mid-term** 134:22

**middle** 63:11,13

**military** 63:15 82:3,4 84:3,4,11,25 85:7 87:13 89:19,20,21 90:7 92:2,3 99:17,24 218:8

**mind** 39:3 55:4 59:12 102:15 147:12 161:17 178:16 183:14 186:9 229:18,23 230:1,7

**mine** 71:11

**minimal** 111:8 113:6

**minimum** 27:5

**mining** 53:19

**minute** 22:4 38:13 168:19

**minutes** 21:1 26:4 35:3 79:20 145:6 161:17 167:11

**miraculously** 109:14

**miscommunication** 25:7

**misinformation** 25:22 26:17

**mismatch** 68:17,18,21

**misrepresentation** 25:7

**misrepresented** 25:18

**missing** 51:25 220:19 221:5

**misspoke** 211:7

**model** 34:2 101:2



**modification** 173:13 174:17

**modifications** 171:18,24 177:4,
18 180:4

**moment** 150:3 203:3

**money** 45:5 111:3,23 117:24
118:2 122:2 229:10

**monitoring** 176:6

**month** 86:9 87:22

**months** 14:16 60:25

**morning** 10:4 14:10 25:8 71:22
76:15 86:10,14 121:8,9,18,23
133:12,16,19

**morph** 131:23

**motion** 15:5,10 107:11

**motorized** 34:23

**mouthful** 88:13

**move** 38:18 40:10 63:15,16 87:18
89:21 90:3 156:4,9,10 160:25

**moved** 18:12 38:9 94:5 217:5
230:3

**moving** 14:14 31:13 54:13 217:7

**much-needed** 91:21

**MUD** 213:11

**muddied** 131:16

**multiple** 67:8,22,24 68:2,5,14
94:10 138:19,20,21,25 139:2,8,13,
18 140:21 141:14 147:21 218:25
221:7 226:7,13 228:19

**multiples** 144:20,21 220:17 225:8,
13 226:1

**municipal** 55:21

**muted** 80:3

**myriad** 32:1

---

**N**

**naive** 24:11 29:12

**name's** 10:24 140:8

**named** 176:1

**names** 82:20 133:15 170:15

**narrative** 167:20

**national** 167:20

**nature** 22:2 44:24 52:1 120:12

**nearest** 26:5

**neat** 109:7

**necessarily** 113:2

**needed** 19:6,15 20:16 41:10 50:8
77:10 78:20 113:9 118:12 131:21
148:15 152:14,18 171:2

**negative** 169:22

**negotiate** 74:12

**nervous** 19:9

**neutral** 139:15 140:20

**newer** 199:5

**nice** 109:7 158:11

**night** 13:8 15:12 46:25 71:21 153:1
154:7

**nobody's** 25:19

**nods** 15:4,9

**nonexistent** 55:22

**nonthreatening** 162:2

**nontimely** 47:18

**norm** 22:1

**normal** 17:14 20:10,18,23 39:16
45:18,20 46:20 86:16

**northeast** 191:22

**northwest** 186:10,12 192:21,22

**note** 15:1 155:18 156:15,16,17
157:8 162:6,14

**notes** 157:7 161:14 162:19

**notice** 15:14 88:3 182:14 218:19
220:9

**noticed** 61:21

**notices** 180:20 181:25 182:2

**notification** 182:21

**notified** 78:5 136:21 210:4

**notify** 121:4 124:16 136:22,23
181:14,18 201:24

**notifying** 124:23

**Novem-** 63:12 176:13

**November** 12:16 14:9,19 17:8,19,
24 18:1 19:19,25 20:4 21:23 22:14,
19,23 23:2,13 24:23 25:5 26:21,25
28:2,9 29:16,21 31:6,23 32:23
33:2,6,12,19 34:5,11,16 35:25
36:4,9,15 37:1 38:21 40:20 41:3
43:24 44:4,12 45:21 51:6 57:4
60:10 61:11 62:6,20 63:9,12 64:12
65:19 68:13 69:11 70:8,23 72:7
75:4,9 76:10 77:5,20 78:21 79:1,11
81:5,13,19 87:14 88:12,25 90:3,8
91:12,14 92:22 95:15 101:10,13
105:10 110:1,9,13,19 111:22
112:17 113:16,22 114:20 115:1,21
116:2 117:18 118:1,20,23,24
119:19,24 120:7,23 123:1,10,12
124:1 126:15 129:13,19 130:4
132:24 134:24 136:13,21 138:5
141:14 142:19,23,24 143:20,25
144:1 153:13 156:17 157:7 163:11
164:12 170:4 173:8 177:16 180:19
181:2 190:11 193:25 200:3 201:14
216:6 224:7 225:12 228:24 230:17

**nuances** 142:15

**number** 10:10 17:2 21:24 25:23
31:9 38:22 41:18 42:18 45:11,17
48:4,17 49:23 51:10 53:19 54:13,
16 60:4 61:18,20 64:25 66:11,25
68:17,18,21 70:20 71:19,25 72:9,
16 74:3,6 84:11 88:7,21 89:18
90:13 96:18,19 100:9,10 102:25
105:14 114:4 116:11,22 117:11
128:14,19 129:5 133:5,6,10 134:5,
23 137:9,12 145:25 154:11 164:24
170:4 216:4,10 220:23 221:15
230:17

**number's** 66:21

**numbers** 14:7,8 18:23 42:2,3,18
53:24 102:10 111:13 120:17
123:15 125:15,17 129:3 135:7
137:19,21 138:6 143:1,2 200:8
204:25 216:16,19 217:19 227:4,14

**numeric** 54:2

**numerous** 29:4,23 79:17 112:3,23
155:23 177:22 226:2



# O

**Oasis** 63:1

**oath** 12:2

**object** 54:15,18,21 100:12 183:3

**objected** 215:4

**objection** 36:5 64:23 100:2 102:5, 18,22 103:5,16,25 110:22 132:18 141:24 142:10 147:6,24 148:4,10, 16 153:19 167:2 174:12 186:19 223:13 229:19

**objections** 216:1

**observe** 61:10 156:3,5

**observed** 44:3 61:15

**obvious** 45:9 121:23

**occasion** 231:21

**occasioned** 146:7

**occur** 18:7 35:20 73:12 79:10 86:3,17

**occurred** 12:16 16:14 17:15 20:8 25:4 34:18 43:21 62:5 68:21 69:3 81:23 84:8 86:7 99:25 153:9,11

**occurrence** 70:12,14

**occurs** 67:13 91:15 98:9

**October** 34:5,11,16 35:25 36:4,9, 14 43:24 44:3 75:8 87:23 173:11 203:13,15,25 204:2,3,9,12,15

**odd** 55:21 64:25 170:4

**off-the-record** 80:23 127:20 193:6 223:12

**offend** 106:22

**offer** 106:15

**offered** 106:15

**office** 10:20 11:1 12:25 32:14 49:18,20 52:23 59:7 62:12,16 65:13 67:13 72:23 73:3 81:3 88:24 92:8 94:24 96:3 105:15,18,20,23, 24 106:10,14 107:6 108:7,11 112:13,18 113:23 114:16,22 117:8 118:2,5,19,23 121:5 122:1 123:2,7, 19 124:11,15,20,22 127:23 128:1, 4,7,8,13,16,18,21 129:9 132:14,21 140:18 141:5,12 143:5,7 146:2

**office's** 173:1 174:21 175:9

**officer** 232:1

**officers** 13:1

**offices** 101:11 217:16,17

**official** 24:8 93:25 155:19 188:1 189:21 199:15

**official's** 72:1

**officials** 19:8 20:11 22:8 23:20 25:9,11 27:12 28:22 30:11 31:9 69:19 71:17,20 72:11,18,19 73:2 74:4 75:14 76:5,8 79:18 89:14 93:19 112:24 148:20,21 151:14 152:23 153:17 154:7 155:1 156:7 158:16 160:19 161:4 163:11 188:9 189:25 190:13 191:1 222:7 224:10

**offline** 86:8,15 135:19,20 138:17

**older** 199:6

**on-site** 39:9

**on-the-fly** 122:13

**one-by-one** 115:18

**one-on-one** 152:22

**ongoing** 180:16

**online** 22:23 49:2 135:20 200:13, 14 234:5

**open** 17:5,13 21:4,16 38:2,11 46:7 84:19 92:1 98:10,25 120:18,19 139:8 144:21 184:22 192:19 209:7 234:4

**opened** 65:20,24 204:2

**opener** 115:19

**opening** 71:22 92:14

**openings** 19:23 75:10

**operation** 13:15 88:10

**opinion** 72:1

**opportunity** 21:18 47:10 84:17 104:5 225:25

**opposed** 48:16 65:25 75:15 89:20 90:7

**order** 19:20 43:3 54:22 100:14 113:24 124:8 152:14 221:19 229:20

**ordered** 17:11

**organization** 14:3 82:18 84:18

**organizations** 63:2

**organize** 77:19

**organizer** 77:19

**original** 42:3 149:17,18 195:24 196:25 198:17,18

**originally** 197:8

**originals** 188:8

**other's** 159:23

**outgoing** 162:1

**outreach** 44:8,10 62:5,13,14,18,23 63:1 64:10,19 65:2,21 135:16

**outskirts** 29:18

**over-65** 54:6

**overactive** 162:9

**overlaid** 109:12

**overlay** 109:6

**overlook** 225:19

**overnight** 136:9

**overseas** 89:19,21,25 90:6 92:3

**oversight** 29:19

# P

**p.m.** 17:13 21:17 22:7,13 104:17, 20,22 127:18,21 145:8,11 202:7,10 234:7,11

**package** 13:9

**pages** 126:8 214:20

**paid** 109:15

**Paikowsky** 11:3 15:13,16 59:12, 14,22 64:23 103:16 105:2,7 107:20 110:24 125:3,6,11,15,19,23 126:1, 4 127:13,23 132:21 141:11 142:1, 17 145:5,13 196:15 202:15 223:6,



15 233:21

**Paikowsky's** 145:25

**paint** 30:16,17

**Palmas** 186:9,12 189:16 191:9,13 227:19

**Palms** 191:14

**Pamela** 10:15

**paper** 24:4 98:5 114:16 140:15

**papers** 107:2

**paperwork** 217:10

**part** 31:15 52:23 57:8 74:11 83:21 86:16 109:13,21 111:9 136:24 138:16 146:9,11 160:24 166:20 177:24 178:11 182:6 185:18 189:17,18 199:3

**parties** 10:16 202:17

**partisan** 29:22,23 52:22 66:6 75:25

**party** 53:5 75:22,23 76:7,18 108:10 114:11 181:20 191:14

**Paso** 49:6

**pass** 58:14 104:3 145:13 151:9,18 193:7,11 196:10 202:13 233:20

**passed** 38:5 54:24 57:4 89:13 92:12

**past** 76:24 91:24 116:25 117:22

**Paul** 11:10

**pay** 112:2

**PDF** 82:13,24,25

**Pecan** 10:13

**peeled** 66:21

**pencil** 158:8

**people** 13:14 18:24 21:25 22:10 25:18,20 26:3,7,10,12 27:5,7,8,20 32:5,7,11 45:1,5 52:22 53:4 59:4 64:21 65:1,13 66:6,9 74:7,14 75:24 76:1,4,6,7,11,12,14,23 79:6,7,19, 21 81:4 82:17 91:5,25 93:6 94:11, 23 97:12,13,23 108:17 114:6 116:25 118:25 119:13 120:4 122:6 124:16 126:12 134:11 135:9,17 137:10 138:7,9 143:17 149:5,13 152:4,18 160:16 162:3,7 165:24

166:2,5,11,21 167:4,24,25 174:3 176:20,24 178:25 181:20 185:17 191:15 195:8,18 208:1 226:13 229:3

**perceive** 73:20

**perceived** 27:19

**percent** 18:19 20:14 39:5 45:1,19 49:7 51:7 52:7 53:14,25 54:1 74:6 82:22 100:4 141:23 162:25 167:11 189:3

**percentage** 47:2 48:14

**percentages** 205:18

**perception** 153:12 167:19

**perf** 41:13 46:8 66:19 115:16

**perfect** 14:15 105:7 120:16

**perforated** 115:8

**period** 36:10 63:8 93:8 94:25 183:4 187:4

**permanent** 114:7

**permission** 91:21

**permit** 28:18

**permits** 82:5

**permitted** 46:23 155:8 160:9

**person** 20:23 26:16 33:8,20,21 36:8 45:2 47:6 49:23 52:13 53:10 69:20 77:21 93:8,12,20,21,22 97:11,24 98:1,6,18 111:17 115:19 121:20 131:14 142:15 151:15 159:21 165:4 174:23 176:1,6 179:8 194:1,14 196:25 197:4 213:8 226:12,18,19 231:12,13

**personal** 155:15 220:18

**personnel** 26:24 28:3,8 34:15 146:20 232:9

**persons** 81:18 83:11 104:21 175:4 180:5

**persuasion** 152:14

**pertaining** 180:21

**pertains** 153:23

**Peterson** 10:15

**petitioned** 82:8

**philosophy** 18:13

**phone** 28:25 29:5,6 32:3 34:1 46:16 50:13 61:22 65:16,24 67:4 97:17 124:12,15 133:2,3,24 134:11 148:25 160:16 183:15,20,25 186:11 189:9 210:5

**phones** 28:18 66:7 114:13 149:6, 14

**photo** 29:2 94:21 121:14

**phrase** 14:15 15:25 65:22 83:5 100:18,22 170:6 226:20

**physically** 163:16 164:19

**picture** 130:22

**piece** 24:4 98:4 114:15 143:6 167:22 173:23 178:16

**pieces** 216:25

**pilot** 82:21

**pink** 155:18 156:15,16,17 157:7,8 162:5,14

**pinpoint** 86:22

**place** 21:16 26:7 41:2 43:23 79:6 157:13,15 194:15 227:9

**places** 18:3 19:24 20:3 21:22 22:19,22 28:4 36:18 37:10 38:23 75:10 77:5 155:9 186:6 190:8 191:10 202:23

**placing** 76:11

**plain** 106:24

**Plaintiffs** 11:7 233:24

**plan** 132:23 221:13

**planning** 56:12

**plans** 104:6

**play** 132:4,9

**played** 213:20

**pleasant** 72:12

**point** 25:16 38:15 51:11 67:22 68:7 69:6 78:3 106:7 108:25 122:23 149:7 166:2 184:20 188:13

**poles** 13:16 17:13 98:8 194:2

**policies** 14:8 76:22 171:11,14,17, 22 172:1,2 173:1 174:9,21 175:1,9, 17,18 177:5 210:10



Jacquelyn Callanen

February 28, 2023
Index: policy..profile

**policy** 76:3 172:12,18 174:21

**politics** 37:17

**poll** 13:1 19:7 20:5,18 21:3 22:3
23:21,25 24:15,16 25:8,9,10 27:3,
4,13,18,21 28:19 29:19,25 31:11,
12,13,20 39:5 69:10,13 70:22 71:3,
24 72:6,13,16,22 75:2,7,14 76:11
77:21 89:17 91:2 94:13 150:3,5,9,
15,18 151:18,22 152:1,7,9,19,25
153:15 154:1,3,10,13,18 155:8,13
159:11 160:6,12 161:3 162:24
164:23 165:24 166:19 167:14,16
168:15,18,22 169:1,6,11 176:10
184:6,10,11,16,20,21,24,25 185:4,
5,14,18,24 186:3,7 187:7,14,16,17,
19 188:6 189:3,20 190:17,23
221:24,25 222:8 224:14 226:24
227:2,12,20,23,24,25 228:1 230:21
231:3,8,10,20,24 232:5 233:8

**poll-watcher** 151:16

**polling** 18:3,21 19:24 20:3 21:16,
22 22:18,22 26:7 28:3 36:18 37:9
38:22 75:10 77:4 79:6 153:8 155:9
157:13 186:6 190:8 191:10 194:15
197:5 227:4,9 232:9 233:4

**polls** 18:16 30:7 81:5 93:12 154:5

**pollster** 69:20

**pool** 119:15

**poor** 205:23

**population** 82:5

**portal** 95:1 136:16 137:4

**portion** 39:16

**position** 12:11 66:4

**possession** 212:25

**post** 26:1 38:18 122:1

**postmarked** 46:25

**potential** 87:17 128:5,16,21
129:10,25

**Powerpoint** 150:23 151:5

**PPE** 190:12 191:3

**practice** 153:14

**practices** 169:4 171:14,22 173:1
174:9,21 175:2 177:5

**pray** 119:7 198:1

**praying** 40:15

**pre-exist** 99:21

**pre-existed** 99:22

**precinct** 93:21 116:11,19 131:18

**preface** 187:1

**prefaces** 165:13

**preparation** 150:14

**prepare** 14:6,16 222:8

**prepared** 91:7

**preparing** 16:4 18:17 101:1 231:4,
11

**prescribed** 198:5

**present** 10:16 21:18 37:21 98:14
104:21 149:5 231:9,10,25

**presentation** 62:24 74:11

**presented** 148:24 149:13

**president** 78:13

**presidential** 43:13 55:10,18 101:5
102:11 103:4 129:21 147:3 178:23

**presidentials** 179:9

**presiding** 27:6 90:22 205:7

**press** 62:22 111:19

**pretty** 204:3

**prevented** 120:24 122:17

**previous** 44:4 59:23 64:14 73:16
124:5

**previously** 11:20 22:20 23:16
66:2 69:18 91:18 93:9 111:3,9
210:2,7 219:3 222:6

**primaries** 17:1,21 34:6 41:1 43:22
75:15 115:9 123:18

**primary** 16:15 37:11 41:8 43:12
60:18,21,24 75:23 124:24 126:13
128:1 212:10,16,25 222:18

**principle** 153:17

**print** 13:2 52:24 116:14

**printed** 82:14 83:2 112:7 155:10

**printer** 25:10 112:10

**printers** 23:22 35:2 131:25 157:24

**printing** 25:13

**prior** 53:17 76:3 86:17 99:25
111:15 116:8 142:12 143:24
144:13 153:23 156:1 232:1

**privacy** 158:13,15,24

**private** 82:15

**proactive** 105:13 132:13

**problem** 35:7 48:15,17 121:24
147:11,16,22 148:1 153:17 169:1
189:18,19

**problematic** 40:8 42:12 43:1

**problems** 16:22 18:2 22:18 23:1
25:10 28:8 33:17 34:14 71:3,7
73:21 86:25 169:7 184:25 185:4,5
186:4,7,10,16 187:6 195:17 224:22
225:2

**procedure** 18:18 19:1 23:17 40:25
42:12 68:5

**procedures** 11:19 14:8 18:14 23:6
34:4 43:21,23 64:22 79:13 171:14,
23 173:2 174:9,22 175:2 177:5
210:16 212:7

**proceedings** 234:10

**process** 16:9,14,21 18:1 20:21
21:13 22:9 23:2 32:7 33:18 35:20,
25 36:14 44:16 54:5 61:9,13 62:20
63:10 86:23,25 87:6,24 88:18 93:1
116:15 117:21 121:3 122:23 123:7
124:9,22 130:1,19 132:16 173:14
174:10,17 178:19 209:17 226:12
231:4

**processed** 22:10 217:18

**processes** 123:2,19

**processing** 113:21,22 115:2,23
116:4 117:9 123:14 144:8 182:8
226:17

**processor** 129:4

**produce** 29:2

**produced** 156:18 167:23 194:25
195:3

**product** 49:12,17

**profile** 130:10



**program** 22:24 118:15 170:14,22 171:1

**programming** 13:2

**programs** 118:8,16

**progress** 50:16

**propensity** 102:21

**proper** 95:19

**properly** 15:12 85:19

**property** 22:6 26:2

**proposed** 170:5

**pros** 170:10

**protected** 131:22

**proud** 44:6 51:12 57:8 105:6 142:4 155:17 230:16

**proudly** 123:22

**prove** 173:24 188:1

**proves** 61:18

**provide** 127:7 131:20 158:4 176:9 194:10,20

**provided** 26:17 50:25 81:2,9 150:9 155:12 168:8 177:12 190:12 215:22 224:17 228:13

**providing** 174:7 177:4 191:3 195:9

**provision** 107:7 110:4,15 112:14, 19 120:7 123:4,9 124:17 130:6 131:13 135:5 148:3 152:20 167:14

**provisional** 92:5,6,7,25 93:3,11 94:19,22,23 95:8,24 98:11,12,15, 18,23 149:14,19,23 205:20,25

**provisionally** 149:9

**provisionals** 95:12 218:7

**provisions** 32:22 33:7,13 35:24 36:3,9,13 78:25 83:24 88:11,24 105:15 107:23 119:1 120:25 122:20 123:21 129:20 130:3 132:17 146:7,25 167:16 183:2,11 212:22

**public** 38:3 180:21

**publish** 185:22

**Pueblo** 10:7

**pull** 40:1 58:7 124:8 137:23

**pulled** 57:10

**push** 77:17 120:5 133:5,6 137:25

**pushed** 21:3 136:2 225:23

**pushing** 43:6

**put** 24:21 40:2 49:24 50:4 54:2 62:25 68:10 70:20 76:3 84:12 99:21 107:2 108:3 112:3,4 116:16 120:20 122:7 129:5 138:3 140:2 143:12 152:18 158:16,17,20 163:17 164:6 171:8 180:20 181:15 193:15 196:1,21 199:15 201:18 225:20

**puts** 93:22 94:2 140:12

**putting** 24:17 39:25 129:3 135:15

---

## Q

**qualifiers** 151:1

**qualifies** 35:7

**qualifying** 24:16 29:1 34:24 35:14 93:13 157:23

**quantify** 87:10 113:15 134:5,20 149:24 150:1 152:21 161:2 184:1

**quarter** 57:10

**question** 55:5 64:25 74:17 102:14 103:17 119:6 131:9 148:11 153:21 175:15 179:19 180:3 183:14 185:3 187:3 214:22 226:1 227:16 230:2

**questioning** 187:13

**questions** 12:6 31:20 69:9 74:13, 19 79:17 99:4,6,8 104:6 109:23 122:23,24 129:16 145:4,23,25 151:6,7,8,17 156:14 186:20 202:21,23 211:3,7,17 216:2 219:18,23 224:21 226:6 233:22,25

**quick** 80:18,19 127:17

**quietly** 156:2

**quote** 211:25

**quoted** 216:10

---

## R

**rabbit** 48:22

**race** 169:15 171:5

**racial** 233:13

**ramble** 121:9

**ramming** 35:13

**ramp** 120:3

**ramped** 64:13

**ramps** 27:24

**ran** 15:11 19:8 34:25 142:23

**ranches** 192:19

**range** 52:7

**rare** 139:3

**rarely** 161:10,12

**rate** 44:11,13 45:19,25 46:2,3 47:2 51:5,14,16,19 52:4,21,22 53:13,15, 16 54:1 56:21 57:18 61:18 100:4,6 120:9 141:20,23 142:2,3 230:10, 12,14

**rates** 118:20,25

**raw** 53:24

**re-** 92:11

**re-hook** 35:5

**re-supplied** 19:21

**re-supply** 19:14

**reach** 92:4 93:19 107:3

**reached** 169:10

**reaction** 144:18

**read** 56:16,19 168:19 170:19 214:23,25 215:12 224:21

**readily** 83:20

**reading** 96:10

**ready** 27:15 160:22

**real** 49:9 50:21 127:17 165:17 191:24

**reality** 120:21

**realize** 35:4 94:11

**reaped** 87:8

**reason** 67:14 68:23 70:21 93:14 97:14 128:10 164:13,14,18 220:13



Jacquelyn Callanen

**reasonable** 171:18 173:13 177:18

**reasons** 37:14,22 45:9,17 50:25 67:9,24 68:2,14 94:20 102:16 138:19 164:15 219:2 221:5 226:7

**recall** 52:5 62:18 73:8 79:8 88:15 173:10 174:24 175:11 177:6 186:16 203:5,10 207:16 208:5 224:21,25 228:5 229:11 231:5,15

**receive** 54:17 81:17 88:22 91:23 123:8 132:22 173:13 177:17

**received** 87:5,8 89:8 98:13,19 134:23 135:25 186:7 187:12 207:14

**receives** 123:19 124:7

**receiving** 207:17

**recent** 200:3

**recess** 64:6 99:12 104:15 145:10 202:9

**recognize** 126:4

**recollection** 204:6

**reconciliation** 90:18,21 91:7,16 199:13 204:21 216:10 218:1

**record** 10:5 42:5 64:5,8 80:22,25 98:4,24 99:3,11,14 104:9,12,14,23 124:8 127:17,19,22 128:3,15,20 139:18 140:20 141:1,11 145:6,9,12 202:6,8,11,15 218:17 225:14 233:3 234:9

**records** 42:9 137:24 182:16,21

**rectified** 35:11

**redact** 108:19,24 109:7

**redacted** 109:17 112:10

**redesign** 131:6

**redid** 197:3

**reevaluate** 83:6

**refer** 30:23 32:17 44:13 55:8 61:9 78:6 89:20 211:8 225:13

**reference** 89:18 142:11

**referral** 128:8

**referrals** 129:9

**referred** 13:20 85:15 127:24 128:2,12,13,18 155:17

**referring** 32:18 61:3 74:20 108:10 140:23 141:4 144:7 211:10 212:11 213:14 224:12

**reflect** 141:1

**reflected** 144:24 145:2 206:14

**refuse** 39:23

**regard** 16:8 61:16 81:24 84:9 187:2,5 209:16

**Region** 39:10

**register** 217:12

**registered** 20:15,16,19 41:23 49:7,21 93:10,15,16 94:4,6,14,17 217:6,9

**registration** 42:4,8 49:22 95:7 116:21 117:2 171:9 217:11 220:23

**registrations** 88:19

**regroup** 92:11

**regularity** 65:18

**reject** 45:19 52:20 61:18 65:25 84:20 140:9 182:11 210:3 213:21 226:8,17,18

**rejected** 41:20 42:6 45:9,14 47:7 48:3 50:25 52:20,22 65:14 66:4 67:4,8,18 68:14,22 84:4 85:10 96:7,8,16 97:3,16 99:24 135:12 137:17,20 138:19 181:2,16 182:12 201:9,12 206:9 218:18,19 220:9 225:18 226:15

**rejecting** 181:23 201:20

**rejection** 45:25 46:2,3 47:2,13,17 48:9 51:4,13,16,19 52:4 53:12,13, 15,16 54:1 56:21 57:18 67:15,17, 25 100:4,6 118:20,25 120:9 141:20,23 142:2 161:18 209:4 219:4 230:10,12,14

**rejection's** 51:20

**rejections** 47:21 48:14 144:24 145:2

**related** 54:23 107:6 112:13 146:3 186:20

**relating** 83:25

**relationship** 38:1 136:24

**relevant** 135:5

**relief** 44:12

**relinquish** 98:2

**remain** 21:16 117:21 152:19

**remaining** 104:4 112:9

**remark** 206:5 223:14

**remember** 24:14 100:18 109:20 150:12 171:20 172:15 190:7 193:17,21 194:7

**remind** 41:22 70:18 178:1 188:13

**remodeling** 38:6

**removable** 66:23

**remove** 32:8,12 109:14 232:5

**removed** 66:24 76:2 115:17 197:6 232:12

**rephrase** 109:3

**replace** 164:11

**replaced** 196:23 232:8,12

**Report** 20:10 71:16 154:17

**reported** 34:8 67:23 68:17 69:12 141:23 186:17 187:7 231:19

**reporter** 10:14 193:3,9 202:20 223:1,8,11

**reporter's** 80:11

**reports** 28:12 29:14 31:4 70:6 161:8

**represent** 10:17 11:4,7 126:7

**representative** 13:24

**reprinted** 109:11

**reprocess** 24:7

**Republican** 53:5 75:22,23 76:18

**request** 10:13 57:21 156:23 171:17 173:16,20 195:2 215:15 216:4

**requested** 83:11 98:7 103:9 126:12 127:14 131:15 173:14 179:21 192:11

**requesting** 133:9 225:5

**requests** 81:17 103:21 171:23 174:3,16 177:17 179:19 180:4 195:17



**require** 107:23

**required** 18:2 21:5 25:25 27:4
28:6 41:21,24 42:24 81:3 84:12
86:9 163:6 170:12 185:22 220:20
230:4

**requirement** 41:12 63:20 79:5
99:17,20 144:11,12

**requirements** 41:13 81:14
103:11,23 114:1 209:5,6

**reservation** 121:2

**reserve** 99:7 104:4

**residence** 68:25

**resident** 21:7

**residential** 192:21

**resides** 49:13

**resolved** 225:2

**resources** 112:12,18 142:7,17

**respect** 12:15 23:12 34:4 36:14
41:1 56:9 63:9 78:25 85:19 87:24
88:16 102:3 103:14 110:3 115:1
116:2,4 123:3,7 135:3 148:19
165:10,12,21 191:1,6 210:14

**respectful** 39:2

**respecting** 190:18 192:24

**respond** 151:16,17

**response** 207:17 216:8 226:6
229:10

**responses** 215:15,20 216:1

**responsibilities** 12:15

**responsibility** 12:19 213:5

**responsible** 176:6 201:20

**rest** 97:3

**result** 21:12 26:8 87:6 134:20
207:17

**results** 86:11

**resumed** 104:17,20

**resupply** 18:3

**return** 45:2

**returned** 97:22

**returning** 213:22

**review** 14:18 16:3 67:19 140:15,19
141:13 219:22 226:12

**reviewed** 14:7 226:8,11

**revised** 222:24

**revision** 203:11

**revisions** 72:21 106:10

**rhythm** 123:23

**Rigley** 126:22

**rise** 69:15 227:21

**road** 83:5 153:2 191:21

**roaming** 165:4

**robust** 30:12 32:7 42:20 82:4

**role** 132:5,9 176:3

**roles** 176:25

**rolled** 41:7 56:12

**rollout** 42:12

**room** 66:7 90:25 98:19 114:5
154:19 158:19 182:5 202:17
226:17 230:22

**Rosemary** 205:8

**round** 96:21

**routine** 72:2 116:8

**rovers** 19:4

**royal** 140:18,25

**rule** 13:20 93:7 156:2 195:7

**rules** 168:19

**run** 19:17 76:2 118:9 122:3 153:2
191:21

**running** 71:23

**runoff** 60:18,24 126:14

**rushed** 222:18

**Rutledge** 11:10

──────────────

**S**

**S-** 211:5

**S-Y-N-C-H** 85:23

**safe** 39:22

**sample** 45:3 97:10

**San** 10:1,9 20:6 38:2,5

**sat** 151:12

**satisfaction** 51:10

**Saturday** 60:23 212:17

**SB-1** 32:22 33:2,6,13 35:23 36:3,9,
13 41:7,10,21 46:11,16 50:11
56:12 65:20 78:25 81:14 83:24
88:11,16,24 90:20 99:21,25
103:11,23 110:3 115:10 116:7,9,15
130:14 131:1,12 132:4 134:21
138:22,25 139:1 146:7 147:20
148:3 156:1 166:18,20 180:22
183:2,11 209:4,18 210:11 211:5
229:10 232:1

**SB-1's** 105:14 107:23 110:15
120:6 123:9,20 129:20 132:17
135:5

**scale** 43:17,18 51:17 185:11

**scan** 53:1 116:9,16

**scanned** 106:3 114:16,17 116:22

**scanners** 23:22 91:1

**scenarios** 209:3,4

**Schaefer** 186:13 192:18

**Schaefer's** 186:13

**schedules** 38:8

**scheduling** 54:22 100:14 229:20

**school** 37:2 39:11,12,18 40:13,16
60:16,22 94:9 213:3,11

**schools** 39:5,6

**scooter** 34:24 35:12

**scope** 54:21 100:13 103:18 148:10

**Scott** 106:4

**scrape** 180:11

**scrapers** 82:11,23,24

**scream** 56:10

**screen** 82:11,23 117:1,3 158:11
180:11

**screened** 160:4

**screens** 123:15 146:13,19 158:22



Jacquelyn Callanen

February 28, 2023
Index: screwed..sir

**screwed** 192:6

**seal** 202:18

**seasoned** 226:19

**sec-** 220:7

**seconds** 20:24

**secretary** 12:22 49:18,20 56:12 72:22 73:3 74:10 88:23 105:20,23 106:4,9,13 108:11 110:17 128:4 129:11 137:4 155:12 168:7 169:6, 10 170:1,7 177:4,10,12 188:20 196:20 197:7,22 203:11 205:13 207:8 209:1 211:1 221:24 222:23 228:5,12 229:4 230:20,24 231:7

**Section** 199:6

**sections** 198:6

**secure** 15:12

**Security** 48:17

**seek** 105:19

**segment** 151:6,8

**selection** 36:18 75:13

**Senate** 101:17,20 107:7,12 112:20 114:1 115:3 119:1 120:7,25 122:19 130:3

**send** 24:7 27:14,17 30:8 42:7,8 44:16,18 46:4 47:12,23,25 66:1,17 69:23 85:3 95:4 97:17 121:3 124:12 133:18,19,22,23 136:8 137:12,24 170:8,12 172:9 173:23, 25 182:2 183:16,18,19 209:7,20

**sending** 56:17 65:25 135:8,10 181:24 182:9,13

**sends** 47:8,15 218:22

**senior** 40:7 41:23 63:2

**sense** 96:14 117:4 122:15 138:19 139:11 149:22 150:25 184:22

**sentences** 108:20

**separate** 24:15,19 62:15 158:17 182:4

**September** 63:11,13 87:19

**serial** 72:9 154:11

**servers** 49:13

**service** 187:19,24

**Services** 10:16

**serving** 231:13

**session** 40:14 104:19 113:14

**sessions** 178:25

**set** 32:8 66:8 93:11,18 111:11 215:16 224:11 225:22 226:15

**setting** 12:21 111:18

**settled** 189:6

**setup** 157:12,21

**shakes** 107:10

**share** 119:9 134:4

**sharing** 154:20

**Sharpie** 43:2 108:24

**sheer** 143:1

**sheet** 57:10 67:17 84:13,20,22 85:3

**sheets** 112:6 161:19

**shelf** 27:15 52:18

**sheriff** 30:9

**shield** 158:13

**shields** 190:17

**shift** 184:3,4

**shifts** 143:8

**shoot** 49:18

**shooting** 39:4,7

**shortage** 27:18

**shortages** 26:19,23 28:7

**shortcomings** 48:5,7

**shortly** 222:15,17

**shoulders** 159:23

**show** 14:23 44:9 58:18 70:10 90:13 94:24 121:14 125:1 195:22 199:11 200:7 201:2 206:20 210:22 212:4 222:20

**showed** 60:12

**showing** 76:15

**shows** 98:8 199:20

**sic** 85:15,18 204:19 205:11 216:11

**side** 28:17 192:18,22

**side-by-side** 158:18

**side-to-side** 107:11

**Sigma** 11:8

**sign** 32:15,16,20 38:18 45:10 46:12 50:8 51:22,23 53:10 66:1,17 77:16,21 84:13 121:14 137:3 157:25 187:25

**signage** 230:5

**signature** 45:15 46:7,9 47:5,9,13, 25 48:15 50:4 53:10,11 68:16,23 84:12,14,16,20,22 85:3 95:5 98:4, 21 99:18,19 116:18 131:3 138:24 139:9 187:22 188:10 205:3 221:7 225:19,24

**signatures** 67:1 120:17 188:2

**signed** 45:10,13 66:16 79:15 91:17 116:12 120:15 215:1

**significant** 22:18 23:1 28:7 34:13 219:18

**significantly** 53:22 101:6

**signs** 32:4,8,12,17,18 94:2,3

**silence** 129:16

**similar** 103:3 128:7 146:23 210:12

**Similarly** 123:6

**simple** 59:9

**simpler** 61:1

**simply** 98:8

**simultaneously** 197:1

**single** 26:5 48:24 92:19 137:2,11 143:6

**sip-and-puffs** 82:11

**sir** 11:22 12:4,17 13:22 14:4 15:19, 22 16:2,7,23 17:3,6,18,22,25 18:5 21:10,11,15 22:16,24 23:4,10 25:1 26:22 31:3 32:24 33:3,14 34:7,12, 17 36:1,11,16,22 37:13 38:1,24 47:11,14,18 48:6,10,12,18 51:8 54:8 59:19 60:9,21 61:5 62:8 64:15 65:11,20 67:10,12 69:1 73:11,14 74:16,22,24 75:17,21 77:7 79:12 81:16,22 83:15 84:2,7 85:17 86:2, 19 88:2,18 91:10 95:16 97:7 99:19, 22 100:1,24 101:8,19,22,25 103:2



145:20 146:10,21 147:1,5,15,19
148:17 149:1 150:2,20 151:19,23
152:8,10 156:12 157:19 159:19
160:8,10,13 162:15 163:23 166:15
169:16 173:3,17 174:6 175:6
176:2,4,8,11 180:24 181:13 182:20
183:6 186:22 197:20,23 198:16,20
199:10 201:13,15 203:6 204:20,23
205:2,21 206:17 207:6,15 208:17,
25 209:11,14 210:18 211:13,22
212:2 213:16 218:3 219:5,8,11
222:3,23 223:20 224:1,5,19 225:4
226:10 227:24 228:1,7,10,14,18,
21,25 229:12 230:9 231:1,6,17
232:2 233:15

**sit**  43:2 52:18 68:9 156:2

**site**  20:5 21:3 26:4 27:4 28:19
31:13 37:4 38:1,15 40:6 89:17
153:8 159:11 163:7 184:18,20,21
185:12,23 190:21,22 197:6 217:4
227:20

**site's**  185:25

**sites**  13:1 19:3,7,15 23:19,25
24:15 25:8 26:5 29:19 30:11 33:22
37:16,18,20,23 39:5,16,20 62:1
70:14 76:11 91:2 163:2 184:11,17
185:6,8,9 187:13 189:15 190:14

**sits**  139:25 140:9 141:10 158:13
218:21

**sitting**  27:15 36:24 159:21,22
162:20 177:23

**situation**  78:18 134:12

**six-day**  94:25

**six-foot**  190:18

**size**  130:4 166:11

**skip**  138:14 221:14

**slam**  183:25

**slightly**  100:11,16 135:3

**slowed**  20:21

**slowing**  72:1

**small**  57:9 95:11

**smaller**  16:19,20 43:13 119:20
158:5

**smart**  132:6

**smarter**  119:7 120:2

**smiled**  167:24

**smoother**  16:17,21 123:25 144:2

**smoothly**  142:23

**smoothness**  143:22

**social**  48:16 111:18

**software**  48:20 50:24 68:18

**solid**  66:11

**solutions**  142:19

**somebody's**  63:18 138:14

**someone's**  77:18 130:23

**son**  133:22,25

**Sorority**  11:8

**sort**  27:25 28:16,22 34:20 36:22
43:6 57:7 62:1 70:7 91:24 169:19
182:6 185:3 187:10 210:9

**sought**  169:11

**sound**  74:1 129:16 139:10 150:24

**sounded**  64:12

**sounding**  169:22

**sounds**  223:15 232:12

**SP-1's**  124:17

**space**  116:13 127:7 173:20 220:21

**spaces**  192:19

**Spanish**  170:13,19,20 171:4 190:1

**Spanish-speaking**  189:17
191:24 227:10,18

**spawn**  134:18

**speak**  66:5 74:12 75:25 114:2
170:24 179:1,5 182:3 183:19,20
189:25 203:14

**speaking**  33:20 115:8 130:13
133:24 143:15 225:16

**special**  182:5

**specific**  18:21 50:24 105:13
109:17 118:10 165:1

**specifically**  54:23 57:7,9 62:10
100:6 156:25 163:11 180:22

**specifics**  108:21 109:12

**speculation**  110:23

**spell**  185:20

**spend**  111:4 133:16 146:2,17,20
147:13

**spent**  111:7,12 178:7

**spike**  103:3

**spiked**  103:1

**spoke**  20:11 92:2 111:9 218:20
220:16

**spoken**  92:11 93:9 134:12,16

**spots**  165:16

**spouse**  121:19

**spray**  30:16,17 109:6

**spring**  212:9,16

**SSN**  41:21,25 50:5 51:24 66:23
97:16 108:4 116:21 137:20

**SSNS**  209:20

**stack**  107:18 221:9

**staff**  20:18 30:15 49:15 51:12
66:13,14 67:2 72:3 77:4 78:1 95:9
98:16 114:4,23 115:22 116:3
117:14,20 118:7 122:3 133:12
134:9,10,15 137:3,22 151:25
172:25 201:22,23 229:10

**staffer**  124:6

**staffing**  114:20,25 115:2 116:1
117:7 166:12

**stage**  28:21

**stamp**  122:7

**stamped**  122:9,11

**stamps**  122:4

**stand**  156:2 166:6

**standard**  231:16

**standing**  69:20 231:3

**standpoint**  124:3 131:11

**staples**  15:12

**stapling**  205:23

**start**  56:22 87:21 125:16,20 140:5
165:19

**started**  63:11 86:14 130:18 189:14



**starting** 113:11

**startled** 35:15

**starts** 205:14,15

**state** 10:16,25 25:24 42:14,24
48:24 49:8 50:15 51:1 56:13 67:24
68:4,9 74:10 86:5 98:12 108:18,23
110:5,17 128:4 129:11 130:15
135:15,25 136:15,22 137:4 155:12
169:17 170:23 171:5 172:13 177:4,
10,12 187:1 188:14 196:20 202:16
203:11 205:13 215:15 217:16
221:24 228:5,12 230:3 231:7

**state's** 12:22 49:18,20 72:22 73:3
88:23 105:20,24 106:10,13 108:11
136:20 139:7 168:7 169:6,10
170:1,7 188:21 197:8,22 207:9
209:1 211:1 222:24 229:4 230:20,
24

**State-prescribed** 55:6

**stated** 73:23

**statement** 68:25 160:20

**states** 10:8 11:4,5 48:23 105:8
202:16 231:8 233:21,22

**statewide** 101:11 141:20,23 142:2
188:5

**station** 90:23,24 92:15 205:8
231:11,14,25

**stationary** 49:25

**status** 127:1

**stay** 22:8 65:6,7 69:24 134:24
139:10 152:15 190:19

**stayed** 111:20

**staying** 30:9

**stays** 161:25 233:2

**step** 29:1 93:12 140:6 159:14

**steps** 95:25 159:13

**stock** 109:5,10 112:9

**stood** 231:20

**stop** 13:7 89:7 116:20

**stopped** 152:6

**stops** 29:19

**stories** 154:20

**street** 121:25 122:8

**strenuous** 43:19

**stress** 41:16 76:21,25 165:7

**stressed** 163:16

**stricken** 199:3

**strictly** 220:18

**strike** 227:6

**strong** 114:10

**strongly** 190:15

**structure** 78:4,6,8

**stuck** 24:4,6

**student** 21:1

**students** 20:13,14 21:5 39:9,15,
19,22 93:10

**stuff** 56:18 57:11 162:10 215:3

**style** 93:21

**Subchapter** 198:13 199:3,7

**subject** 56:3 65:10 81:15 230:24

**submit** 161:8

**Subsection** 198:22

**substance** 166:23

**suburban** 94:9

**success** 44:11,13 82:22 106:6

**successful** 16:11,14,17 133:7

**successfully** 83:1

**sudden** 160:21 165:3 168:1

**suggest** 195:13

**summarize** 191:9

**summer** 86:18 87:7

**sundry** 94:20 97:14

**supervision** 13:11

**supplies** 26:20 34:14

**supply** 19:2 38:10 41:9

**support** 113:24 166:8

**supposed** 155:3 189:22 214:3

**surnames** 170:16 171:1,4

**surprised** 141:22

**swear** 93:14 94:18 203:23

**switch** 113:20

**sworn** 11:14

**symbiotic** 136:24

**synch** 85:23 86:7,9 135:24

**synching** 86:23

**synopsis** 168:16

**system** 24:17,18 49:1,2,8 50:3,14,
16 68:2,3 69:8 85:25 86:24 93:18
136:13,15 170:17 178:2,3,8
201:17,19 206:9 224:23,24 225:22

**systems** 24:15,16,20 133:3

---

T

**T-E-A-M** 48:25

**table** 29:1 34:24 35:1,14 93:13
140:9 141:10 157:23 158:5,17,18
159:20

**tables** 158:4,20

**tablets** 83:18

**tabulated** 159:9

**tabulation** 13:6

**tabulator** 159:5

**takes** 25:12 89:24 92:17 143:16,17
158:6

**taking** 20:25 25:17 78:1 115:15
154:9 190:20

**talk** 24:19 30:1 33:15 40:23 68:9
92:24 105:16 155:2,3 179:7

**talked** 27:3 33:24 55:7 83:15 86:5
87:12 92:6 96:20 97:9,15 100:3
105:9,12,25 106:5 143:3 157:23
169:23 176:22 194:6 209:6,22,24
210:1,2 218:6,7,9,14 221:17 225:5
230:10 231:2

**talking** 30:24 31:1 43:11 51:17
78:8 107:15,19 112:5 113:12
162:20 189:10 196:5 198:15
226:11

**talks** 207:25



**tallies** 93:24

**tallying** 91:5

**tapes** 71:23

**task** 165:6

**TDL** 41:21,25 46:13 50:5 51:24 66:23 97:16 116:20 220:23

**TDLS** 42:18 86:6 87:2 135:25 209:20

**teal** 59:3,4 60:18

**team** 48:25 50:21 86:9,24 89:6 128:3,15,20 135:4,6 136:5 137:4 144:16,24 145:2 181:20 206:9 224:24

**TEAM's** 85:25

**technical** 42:16 116:24

**technically** 27:18 30:22

**technician** 19:3 24:9

**technicians** 19:2,13 23:18 30:15

**technology** 23:12,13,21 24:13,21, 24 25:3 28:18 29:11 34:14 85:13, 19 146:18

**telling** 108:17

**tells** 78:17 213:12

**temp** 115:22

**temporaries** 208:3

**temporary** 114:23 115:22 116:3 117:14,20 201:22

**temps** 114:6,7,11,12,13,14,18,19 115:20 117:6 123:24

**tended** 19:8

**tendency** 134:1

**term** 67:17 101:4

**terms** 134:18 157:13,20 159:14 162:11

**terrific** 230:18

**testified** 11:14 51:4 65:12 73:1 81:2,20 83:13 87:15 99:16 103:14 124:11 150:8 168:6 171:10,16 174:20 175:8,21 177:2 181:5 184:5 224:2 226:6 228:2,15 229:9 230:19

**testify** 12:3 204:18 227:2

**testifying** 14:2,3 64:10

**testimony** 48:2 54:4 56:4 67:6 73:8 79:4,8 102:25 124:5 132:3 150:12 152:3 171:20 174:24 175:7, 11 177:7 202:13 224:3 226:5,24 228:6 231:5

**Texas** 10:1,9 11:2,9 12:23 20:6 21:9 27:4 28:17 29:2,18 32:6 48:16,25 108:3 172:13 203:13 217:5 229:14

**text** 80:2

**theft** 66:22 131:2

**thing** 51:24 93:4 119:25 123:14 129:17 131:12 143:2 154:6 172:7

**things** 14:19 32:2 34:19 45:11 55:25 72:1 111:1 115:15 119:8 154:23 161:15 190:6 210:4 217:13

**third-party** 49:10 50:18

**thorn** 28:16

**thought** 38:13 94:5 148:14 190:11 230:22

**thousand** 27:8 112:6 126:8

**thousands** 97:13

**threatened** 29:24

**threatening** 30:2

**threats** 30:24

**three-quarters** 91:13

**threw** 62:1 194:13,18

**thrown** 162:20

**tied** 30:5 130:14,16 131:12

**tight-knit** 163:24

**tilted** 158:10

**time** 10:11 12:5 19:16 21:12 28:7 31:17 35:21 38:8,12 42:19 44:18 45:5 46:10,13,15 49:9 50:21 51:23, 24 52:2 54:14 59:2 63:5,8 64:1,4,7, 20 73:13 78:2 80:21,24 86:22 92:17 99:7,10,13 103:24 104:4,13, 22 113:13 114:23 122:9,25 127:18, 21 134:8,10 144:22 145:8,11,14 150:22 151:9 152:18 153:22 156:8 159:5 160:24 165:12,25 173:7 184:12,22 185:15 186:16 194:16, 20 202:7,10 210:13,19 211:23

214:25 219:21 224:18 225:2 226:19 230:18 231:17 234:7

**time-consuming** 115:18

**timelines** 209:8

**timeliness** 82:17

**timely** 35:11 87:25

**times** 11:20,23 18:6 22:18,22 24:11 75:5 95:6 96:4 112:3 134:1 155:23 226:2 228:19 229:18

**tips** 155:22

**title** 215:12

**today** 10:11 12:3 13:19 14:6 16:4 55:23 199:12 202:13 224:4 225:16 226:5,24

**today's** 234:8

**told** 31:14 136:17,18 157:3 179:20 189:6 191:2,11

**toll** 167:23

**tone** 168:4

**tons** 29:10 114:18 187:12

**top** 15:25 115:16 138:2,4 159:5 187:21 188:2 198:5

**topic** 88:9 168:5

**topics** 15:24 88:4

**total** 13:9 178:21 199:20,21 201:2

**totals** 199:15

**touch** 72:10 142:16 179:4 182:9

**touched** 23:3 217:1

**tough** 119:6

**town** 192:22

**track** 68:7

**tracker** 85:22 135:13,17,18 136:19,20 138:3,6 209:25

**tracking** 136:12,15 139:5,7

**tracks** 135:2

**tractor** 209:25

**train** 76:8 113:2 172:25

**trained** 25:12 112:25 174:16 178:12



MAGNA

LEGAL SERVICES

Jacquelyn Callanen

February 28, 2023
Index: training..venue

**training** 13:1 72:22 75:13 81:16
89:11 93:6 112:21,24 113:13
123:24 150:9,15,18 151:16 173:4,
7,12 174:8,14 176:9,12,16,25
177:25 178:4,6,24,25 179:14
194:10,12 230:21

**trainings** 88:23 112:23

**transcript** 127:7 192:8

**translate** 18:23 189:21

**translation** 170:8

**translations** 171:2

**transportation** 13:5 194:14 195:9
197:1,5

**transporting** 195:13,18

**transposed** 129:3

**trash** 159:6,7

**tree** 133:5

**trends** 170:24

**tri-fold** 131:5

**trouble** 30:12 75:19 159:5

**true** 17:7 47:22 89:15 101:9 119:21
156:6 168:9 176:7 211:23 227:8,16

**trust** 72:4 161:3,5,23 163:24

**TUESDAY** 10:1

**turn** 53:8 98:3 158:22

**turned** 49:4 53:2 97:8 115:12
121:19 123:17 162:13

**turnout** 101:8,24 102:1,6,12,17
119:20 199:25 200:2,18 227:20

**turnover** 74:4,6 142:13

**tweak** 210:19

**twenty** 220:7

**two-thirds** 205:4

**type** 82:24 124:7

**types** 217:22

**typical** 233:7

**typically** 101:23

---

### U

**U.S.** 101:17,20

**ugly** 134:16

**uh-huh** 40:24 58:5,22 81:16 88:6
90:18 110:7 127:11 139:17 146:14
159:17 163:3 166:3 171:12 172:10
178:5 179:2,6 181:21 184:13 189:5
190:7 193:18,20 194:17 200:19
203:20 208:23 216:7,12,18 218:13,
14 221:20

**ultimately** 26:17 47:14 85:7 95:17
97:23 152:13 217:24

**unable** 21:13 24:22 28:2 33:5 36:2
40:18 85:7 90:6 118:25 148:23
232:6

**unacceptable** 56:21

**unbelievably** 29:22

**uncomfortable** 31:10 177:24

**understand** 12:1,6 13:23 14:11
20:15 27:24 37:6 48:2 51:6 52:21
55:12 56:6 64:21,24 71:10 85:13
102:24 103:12 115:10 116:24
117:4 119:17 132:3 142:16 148:6
149:12 163:2 165:6 227:2

**understanding** 13:21 48:8 61:12
82:16,23 91:15 107:22 108:6
118:13 136:14 151:15 195:11
197:12 226:14 227:12 232:20

**understood** 67:16 115:14 226:23

**undertaken** 63:9 65:18

**undue** 148:20

**uneasy** 161:6

**unfunded** 229:13 230:2,6

**unified** 48:23

**uniform** 212:9,17

**Union** 10:6

**unit** 24:7 178:20

**United** 10:8 11:4,5 105:8 202:16
233:21,22

**units** 83:18

**universities** 37:19

---

**University** 20:6

**unmuted** 80:4

**unquote** 211:25

**unsuccessful** 136:19

**unusual** 117:13 167:22

**unusually** 117:13

**up-and-down** 15:4,9

**up-ended** 35:1

**upcoming** 119:19

**update** 42:9 50:10

**updated** 58:9 151:5 196:18 198:1
211:16 222:12

**updating** 230:20

**upped** 18:25

**upper** 196:20 203:19 219:7

**upset** 190:17

**upwards** 27:9

**Urban** 11:8

**usual** 116:7

**utilizing** 37:16

**UTSA** 20:5,12 22:20

**Uvalde** 39:4,7

---

### V

**V3** 126:25 127:2

**vaguely** 109:19

**validation** 188:1

**van** 79:19 194:1,22

**vans** 194:23

**variables** 56:2

**Vegas** 161:25

**vehicle** 79:7

**vendor** 48:20 49:10 50:1,10 68:1,9
109:2 137:1

**vendors** 50:18 136:4

**venue** 131:25 162:2



MAGNA
LEGAL SERVICES

**verified** 95:18

**verifying** 210:8 211:6

**versa** 45:13

**version** 58:4,9,24 59:23 106:14
112:4 196:18 197:24 198:2 199:6,7

**versus** 10:7

**vice** 45:13

**Victor** 11:6 145:21,22 183:14
202:21 226:6

**video** 150:25

**videotape** 161:18

**view** 150:21 230:13

**views** 230:23

**violation** 30:20

**violations** 28:12 29:15 31:5,8,22
34:9

**visual** 103:15

**visually** 82:2,8 172:11 179:24
180:9

**VOA** 49:22

**void** 130:18

**Vota** 11:9

**vote** 18:10,12,13,20 20:20 21:14,
18 22:7,13,15 24:2,23 25:3,25 26:1
27:13 28:2 32:9 33:5 36:2,19 37:10
38:23 40:19 45:2 47:7,10 49:21
52:13 68:22 70:10 82:4 83:1,3,19
85:1 91:5 93:8,17,21 94:6,16,17
97:10 98:6,9,11 102:21 119:14,15
121:20 132:23 148:23 149:8,18,19
158:2,10 159:15 163:4 180:13
181:1 183:24 189:12 217:6,12,15

**vote-by-mail** 130:23 173:14

**VOTEC** 49:11 135:2,6 224:23

**voted** 26:12,17 93:16 97:24 98:1,
22 149:8 185:23

**voter** 18:15 20:17 24:7,17 25:2
32:9 42:3,7 46:17 48:23 49:22 52:2
61:12 62:5 64:10,19 70:20 77:9
78:25 93:13 94:2 95:7 97:22 98:7,
12 101:24 102:1 103:10,13 105:9,
13,18 110:25 111:4,9,24 112:13
116:21 117:2 123:3 124:9 127:24

128:2,5,13,16,18,21 129:2,10
132:11 144:8 157:22 159:21
160:11 168:23 171:9 189:22,23
198:21 210:3 220:23 230:3 231:4,
10,11,22,25

**voter's** 102:20 231:11,13

**voters** 19:20 21:17 22:21 24:2
28:1,6,18,23 29:5,23 31:16 34:22
38:17 41:16,18,23 42:17,19 49:7
54:6,19 56:16 62:19 67:3 69:14,19,
25 70:10,24 77:2 83:22,25 84:3,4,
25 85:7,20 86:7 87:3,13,17 90:6,8
95:23 96:2,9 99:17 106:25 107:3
108:3 110:10,20 113:5 119:22
120:24 122:17 124:23 129:25
132:16,22 134:2 136:11,14 142:16
143:11,13 148:15,23 154:5,14
155:2,3 156:11 157:21 158:7 160:7
163:8 167:18 169:2,15 171:3,5
177:6,18 179:21 180:22,25 181:14
182:25 183:10 186:1 189:10,11,16,
17 194:2,15 196:2 197:2,5 199:21
200:20 201:24 227:4,10,14 231:3,
21

**votes** 24:1 84:4 91:2 93:8,22 95:21
99:24 158:7 217:22

**voting** 17:1,5,12,20,23 18:14
20:13 21:25 23:2,8,12 25:20 32:7,
19 33:12,15,18,20,21,22 34:2,5,10,
16 35:19,25 36:8,14,19,21 37:4,10,
18 40:6,19 50:3 61:12,25 69:21
70:1,9,24 71:21 77:9,20 82:4,15
83:16 89:19,20,22 91:2 113:1,2,25
115:4 120:25 122:18 144:6,15
146:4 148:7,14 149:23 153:2
155:21 156:11 157:14 159:3 163:2,
6,12 164:9 165:23 170:24 174:9,17
177:22 178:2 182:1,10 184:7,14
187:12,13 195:5,10,14 197:16
204:2 209:25 214:4 217:4 231:11,
14,25

**Votracker** 85:15,18

---

**W**

**wait** 19:20 22:18,22 25:3 28:6 75:4,
5

**walk** 40:8 158:25 160:7

**walking** 169:2

**wall** 38:16 158:23 203:16

**wallet** 122:3

**wanted** 37:16 59:9 77:10,20 78:20
149:5,18 154:22 167:25 180:10
216:15 226:23 233:2

**wanting** 98:8

**watch** 27:12 155:23 156:1 165:2

**watcher** 150:18 151:18 152:19,25
154:1 155:13 164:23 166:19
167:14,16 168:18,22 169:7,11
184:6,16,21,24,25 185:4,5,14,18
186:3,7 187:19 189:21 221:24,25
222:9 224:14 231:8,10 232:5

**watchers** 31:11,12,21 69:10,13
70:22 71:3,24 72:6,13,16,22 75:2,7
150:4,6,10,16 151:22 152:9 153:15
154:4,10,13,18 155:8 160:7,12
162:24 165:24 168:15 169:2
184:10,12 185:24 187:8,16,17
188:6 189:3 190:18,23 226:25
227:3,13,24,25 228:1 230:21
231:3,20,24

**watching** 131:23 165:4

**water** 213:3

**waters** 131:17

**ways** 130:8

**week** 62:23

**weekend** 35:22

**weeks** 163:7 182:1 210:25 211:6

**well-attended** 83:21

**well-promoted** 83:21

**west** 38:15 192:22

**Western** 10:9

**wet** 84:13 188:10

**white** 56:25 58:25 60:15

**whoosh** 139:9

**wife** 45:11 121:19 133:21 183:17

**wife's** 45:13 121:12,13

**withdrawn** 109:25 114:21 117:25
118:21 124:21 127:25 128:12
132:2

**woman** 34:23 78:12

**wonderful** 50:3 127:13 141:19



**wondering** 139:14

**word** 38:7 71:9,11 76:21 92:9
116:8 135:24 136:23 149:3 161:20
167:17 179:17 191:6 197:6 203:24
215:10

**worded** 132:7 232:11

**words** 134:16

**work** 13:11 35:6 38:11 42:14
49:12,17 50:16 77:13 82:24 85:19
92:13 114:8,9,14 131:18,19 135:18
138:1 140:10 142:5 152:13,24
153:13,16 164:2 166:19 207:20
213:10

**worked** 19:6 40:12 42:13 43:7
58:11 62:25 63:1,3 77:24 85:22
86:5 136:1 138:7 209:9 225:8

**worker** 27:21 155:13 231:9,22

**workers** 27:10,18 29:25 30:13
75:14 113:1 116:3 117:14 143:12,
14 149:4 152:1,7 161:3,8 162:9
167:17 169:8 176:10 186:17
187:14,16 227:23 233:8

**working** 27:23 50:9 63:5 136:5
143:8 152:6 164:1,5

**works** 25:14 95:9 137:22 178:3

**world** 14:15 41:9 94:8

**wrap** 49:17

**wrapped** 185:12

**wrinkles** 218:4

**writ** 76:9,14

**write** 154:11

**writing** 162:13 177:13

**written** 42:1 61:8,9 72:9 161:8
171:11,13 174:21 175:1,9

**wrong** 50:20 136:23 138:1 172:19
197:11

**wrote** 56:13 59:2

---

### Y

---

**y'all** 156:20

**ye-** 102:11

**year** 43:13 55:18,20,21 64:25

89:10 119:22,24,25 128:9 147:3,9
150:8 168:6,7 170:4 171:11 173:5
179:10 207:11 215:21 222:16
229:21 233:9

**years** 38:4 41:24 46:23 53:17
73:17 74:2 76:3 101:5,6 102:11
111:21 130:20 134:10 170:2,25

**yell** 183:22

**yesterday** 215:2

**young** 29:4 149:4

**younger** 28:22 29:4

---

### Z

---

**zone** 52:10,12 82:7

**Zoom** 80:13

