**Index of Exhibits**

Plaintiffs' Response in Opposition to Defendant Harris County District Attorney Kim Ogg's Motion for Summary Judgment

*La Unión del Pueblo Entero, et al., v. State of Texas, et al.* (Case No. 5:21-CV-844-XR)

| Exhibit | Description | Pages |
| --- | --- | --- |
| A | Defendant Ogg's First Amended Responses to OCA-GH's Second Set of Interrogatories | 000001 – 000009 |
| B | Defendant Ogg's Responses to LULAC Plaintiffs' Discovery Requests | 000010 – 000025 |
| C | Order Denying Defendant Ogg's Motion to Stay Discovery by Fifth Circuit Motions Panel | 000026 – 000032 |
| D | HAUL 30(b)(6) Deposition Excerpts | 000033 – 000043 |
| E | Arc of Texas 30(b)(6) Deposition Excerpts | 000044 – 000051 |
| F | Delta Sigma Theta 30(b)(6) Deposition Excerpts | 000052 – 000061 |
| G | MFV 30(b)(6) Deposition Excerpts | 000062 – 000068 |
| H | OCA Plaintiffs' Response Appendix | 000069 – 000195 |