# EXHIBIT H (Cont.)

000132

# Exhibit 9

**000133**

Deborah Chen                                                      March 28, 2022

```
 1              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION


 3
     LA UNIÓN DEL PUEBLO          §      Case No.
 4   ENTERO, et al.,              §      5:21-cv-844-XR
          Plaintiffs,             §
 5                                §
     v.                           §
 6                                §
     GREGORY W. ABBOTT, et        §
 7   al.,                         §
          Defendants.             §
 8                                §
                                  §
 9                                §
     OCA-GREATER HOUSTON, et      §      Case No.
10   al.,                         §      1:21-cv-780-XR
          Plaintiffs,             §
11                                §
     v.                           §
12                                §
     JOHN SCOTT, et al.,          §
13        Defendants.             §
                                  §
14                                §
                                  §
15   HOUSTON JUSTICE, et al.,     §      Case No.
          Plaintiffs,             §      5:21-cv-848-XR
16                                §
     v.                           §
17                                §
     GREGORY WAYNE ABBOTT, et     §
18   al.,                         §
          Defendants.             §
19                                §
                                  §
20                                §
     LULAC TEXAS, et al.,         §      Case No.
21        Plaintiffs,             §      1:21-cv-0786-XR
                                  §
22   v.                           §
                                  §
23   JOHN SCOTT, et al.,          §
          Defendants.             §
24                                §
                                  §
25                                §
     MI FAMILIA VOTA, et al.,     §      Case No.
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                        210-697-3408

```
 1        Plaintiffs,           §        5:21-cv-0920-XR
                                §
 2   v.                         §
                                §
 3   GREG ABBOTT, et al.,       §
          Defendants.           §
 4                              §
                                §
 5                              §
     UNITED STATES OF AMERICA,  §        Case No.
 6        Plaintiff,            §        5:21-cv-1085-XR
                                §
 7   v.                         §
                                §
 8   THE STATE OF TEXAS, et     §
     al.,                       §
 9        Defendants.
```

10

11                ORAL AND VIDEOTAPED DEPOSITION OF
                              DEBORAH CHEN
12                          MARCH 28, 2022

13

14

15        ORAL AND VIDEOTAPED DEPOSITION OF DEBORAH CHEN,

16   produced as a witness at the instance of the Defendants

17   and duly sworn, was taken in the above styled and

18   numbered cause on Monday, March 28, 2022, from

19   10:31 a.m. to 7:24 p.m., before DONNA QUALLS, Notary

20   Public in and for the State of Texas, reported by

21   computerized stenotype machine, at the offices of the

22   Houston Chinese Community Center, 9800 Town Park Drive,

23   Houston, Texas, pursuant to the Federal Rules of Civil

24   Procedure, and any provisions stated on the record or

25   attached hereto.

```
 1                    A P P E A R A N C E S

 2

    FOR THE PLAINTIFF, OCA-GREATER HOUSTON:
 3        ZACHARY DOLLING
          HANI MIRZA
 4        TEXAS CIVIL RIGHTS PROJECT
          1405 Montopolis Drive
 5        Austin, Texas  78741
          (512) 474-5073
 6        zachary@texascivilrightsproject.org
          hani@texascivilrightsproject.org
 7

 8

    FOR THE PLAINTIFFS, OCA-GREATER HOUSTON:
 9        SUSANA LORENZO-GIGUERE
          ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION
10        FUND
          99 Hudson Street, 12th Floor
11        New York, New York  10013
          (212) 966-5932
12        slorenzo-giguere@aaldef.org

13

14  FOR THE PLAINTIFFS, LULAC TEXAS:
          NOAH BARON (Remotely)
15        ELIAS LAW GROUP
          10 G. Street NE, Suite 600
16        Washington, District of Columbia  20002
          (202) 968-4556
17        nbaron@elias.law

18

19  FOR THE DEFENDANT, OFFICE OF THE ATTORNEY GENERAL:
          KATHLEEN T. HUNKER
20        ARISTOTLE HERBERT (Remotely)
          OFFICE OF THE ATTORNEY GENERAL
21        P.O. BOX 12548 (MC-009)
          AUSTIN, TEXAS  78711-2548
22        (512) 463-2100
          kathleen.hunker@oag.texas.gov
23

24

25
```

```
 1   FOR THE DEFENDANTS, BEXAR COUNTY DISTRICT ATTORNEY'S
     OFFICE:
 2        LISA V. CUBRIEL (Remotely)
          BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
 3        101 West Nueva Street, 7th Floor
          San Antonio, Texas 78205
 4        (210) 335-2142
          lisa.cubriel.bexar.org
 5


 6
     Also Present (Remotely):
 7        Georgina Yeomans (LDF)
          Jason S. Kanterman
 8        Jon Bash
          Lia Sifuentes Davis
 9        Leigh Tognetti
          Kevin Zhen (FF)
10        Jennifer Yun (DOJ)
          Julia Longoria
11        Savannah Kumar
          Ari Herbert
12        Wendy Olson
          Tiffany Bingham
13        Jerry Vattamala - AALDEF
          Tony Nelson - Travis County
14        Josephine Ramirez
          Ciara Sisco - NAACP LDF
15        Katelynn Lujan, KTA Videographer
          Kamesha Archie, KTA Videographer (In person)
16

17

18

19

20

21

22   Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
     210-697-3400                                                 210-697-3408
23

24

25
```

OCA-RESPONSE-APPX-067

**000137**

```
1                              INDEX

2                                                              PAGE

3
     Appearances...................................   3
4

5  DEBORAH CHEN

6  Examination by Ms. Hunker.....................    7
   Examination by Mr. Dolling....................  268
7  Further Examination by Ms. Hunker.............  274

8
     Signature Waived
9

10   Reporter's Certificate.........................  281

11
                           EXHIBIT INDEX
12
```

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| Exhibit 1 | Notice of Deposition | 13 |
| Exhibit 2 | Plaintiff's Second Amended Complaint | 17 |
| Exhibit 3 | Plaintiff OCA-Greater Houston's Amended Objections and Responses to State Defendants' First Set of Interrogatories | 34 |
| Exhibit 5 | Enrolled Bill, SB 1 | 130 |
| Exhibit 6 | Tweet | 210 |
| Exhibit 9 | Election Code Title 1, Chapter 1 | 233 |
| Exhibit 10 | Statement | 238 |
| Exhibit 11 | November 3rd, 2020, General and Special Elections Early Voting Schedule for Harris County | 81 |
| Exhibit 12 | News Article | 127 |

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                             210-697-3408

```
 1                    THE REPORTER:  We are on the record.
 2   Today's date is Monday, March 28, 2022.  The time is
 3   10:31 a.m.  This is the oral and videotaped deposition
 4   of Deborah Chen, and it is being conducted in person and
 5   remotely by agreement of the parties.
 6                    My name is Donna Qualls with Kim Tindall &
 7   Associates.  I am the court reporter.  I will be
 8   administering the oath and reporting the deposition
 9   remotely by stenographic means.
10                    Would counsels please state their name and
11   appearance for the record.
12                    MS. HUNKER:  Kathleen Hunker from the
13   State.  I am accompanied by my cocounsel, Aristotle
14   Herbert, who is participating remotely.
15                    MS. GIGUERE:  For OCA-GH, this is Susanna
16   Lorenzo-Giguere from the Asian American Legal Defense
17   and Education Fund.
18                    MR. DOLLING:  I'm Zach Dolling for
19   OCA-Greater Houston, and I am with the Texas Civil
20   Rights Project.
21                    MR. MIRZA:  For OCA-Greater Houston, my
22   name is Hani Mirza.  I'm with the Texas Civil Rights
23   Project.
24                    THE REPORTER:  Did anybody else online want
25   to introduce themselves?
```

 1  says this is all you can do, which basically restricts

 2  us from helping someone.

 3      Q.  And you've not sought to see whether or not

 4  there's a limiting construction or any type of guidance

 5  that was issued by another -- like a state organization

 6  or entity, correct?

 7      A.  I haven't seen anything.

 8      Q.  Okay.  And no member, volunteer, or staff

 9  person of OCA-Greater Houston has been, I'll say,

10  prosecuted or have the threat of prosecution in regards

11  to this provision?

12      A.  Not yet.

13      Q.  Now, what is the harm that is specifically

14  directed at members or suffered by members?

15              MR. DOLLING:  Objection; calls for legal

16  conclusion.

17              You can answer.

18      A.  I would say it's the harm to members who want

19  to be good citizens and want to be volunteers and want

20  to encourage people to go out and vote.  This

21  potentially makes them criminals if they do an

22  inadvertent mistake.  This is a deterrence for people

23  to -- to get involved and do community service for

24  members and community at large members who are, you

25  know, just regular voters.  This potentially means they

000140

```
 1       A.  Yes.

 2       Q.  Does this section directly regulate OCA-Greater

 3  Houston?

 4              MR. DOLLING:  Objection; calls for a legal

 5  conclusion.

 6              You can answer.

 7       A.  Potentially, yes.

 8       Q.  (BY MS. HUNKER)  Okay.  And what is the

 9  specific harm suffered by OCA-Greater Houston with

10  respect to Section -- section point -- 6.06?

11              MR. DOLLING:  Objection; calls for a legal

12  conclusion.

13              You can answer.

14       A.  The time and resources spent on trying to

15  understand what can or cannot be done under this

16  provision and how it impacts our work and the time and

17  resources spent on training people.  And this is very

18  overly broad.  Frankly, I'm not sure if -- even if we,

19  you know, are providing bottled water to people, if

20  that's some kind of compensation because everything has

21  an economic value.  And this is an economic benefit.

22       Q.  (BY MS. HUNKER)  So I am going to hand you

23  what's State Exhibit 6.

24       A.  Thank you.

25              (Exhibit No. 6 was marked.)
```

Deborah Chen                                                    March 28, 2022
                                                                Page 211

 1        Q.  (BY MS. HUNKER)  And this is a tweet taken off

 2   of the OCA-Greater Houston Twitter handle.

 3              Have I identified the Twitter handle

 4   correctly?

 5        A.  Yes.

 6        Q.  And it says (As read):  "Join our canvassing

 7   team.  Help get out the vote.  Competitive pay, 17 to

 8   $20, based on experience; leadership experience as team

 9   lead; gas reimbursement."

10              Did I give a general description of that

11   tweet correctly?

12        A.  Yes.

13        Q.  Okay.  And what was this in relation to?

14        A.  This was for our canvassing efforts during the

15   March primary for 2022.

16        Q.  And so this was during the March primary.  It

17   was when SB 1 had already taken effect, correct?

18        A.  Correct.

19        Q.  And you are still offering compensation to

20   canvassing members; is that correct?

21        A.  Yes.

22        Q.  And so that has not changed, correct?

23        A.  Well, a canvasser isn't somebody who's

24   providing assistance at a poll site.

25        Q.  Okay.  So you view this as being separate?

```
1        A.  Correct.

2        Q.  Okay.  And has your canvassing team generally

3   been the same over the last few years?

4             Obviously, the pandemic might have thrown a

5   wrench in that.

6        A.  About a quarter to a third are repeat people

7   from 2019/2020.

8        Q.  Okay.

9        A.  To now.

10       Q.  And so you haven't seen any discouragement out

11  of the -- outside the normal retention rates?

12       A.  Discouragement in -- in relation to what?

13       Q.  Just in general.  Like you -- any people who

14  have left have left because of general attrition as

15  opposed to anything specific that you can recall?

16       A.  Yes.  I would say, though, that 2020 and 2021,

17  you had a -- the added stress related to COVID that

18  impacted your normal attrition rates for --

19       Q.  Okay.

20       A.  -- people doing this type of work.

21       Q.  So what forms of conversation have you

22  refrained from doing as a result of SB 1?

23             MR. DOLLING:  Just objection; calls for a

24  legal conclusion.

25             You can answer.
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                            210-697-3408
                        OCA-RESPONSE-APPX-073

                                                                        000143

```
 1      A.  Off the top of my head, we did not recruit
 2  to -- to pay anyone to be an assister or translator at
 3  any poll site.
 4      Q.  (BY MS. HUNKER)  Okay.
 5      A.  We just said we're not going to do that because
 6  that would somehow make them into a criminal,
 7  potentially.
 8           We weren't even sure whether or not if we
 9  just provide, you know, food and, you know, water, which
10  was something --
11           (Telephone interruption.)
12      A.  -- that we normally do for anyone who comes to
13  volunteer with OCA-Greater Houston.
14           We provide, you know, drinks, bottled
15  water, Gatorade, sodas, a variety of snack food.  It can
16  be a long, boring day standing at a poll site.
17      Q.  Uh-huh.
18      A.  We usually have lots of variety of candy.
19  Lately, we've had more healthy, like nuts and stuff.
20  And that -- that's -- that's all money.  So we -- we
21  basically did not do a callout for -- for volunteers.
22  We did not do a callout to our community partners to see
23  if they could bring staff to do this, especially after I
24  got the e-mail from Hyunja where they were pretty much
25  freaked out about, like, what they could or could not do
```

1   under SB 1.

2       Q.  (BY MS. HUNKER)  So when you were making the

3   determination of what you could or could not do.

4       A.  Yeah.

5       Q.  Did you consult anyone like the election

6   administrator of Harris County?

7       A.  We did not.

8       Q.  And you did not contact the secretary of state,

9   correct?

10      A.  We did not.

11      Q.  And you did not contact the DA of Harris County

12  or the DA's office, correct?

13      A.  Correct.

14      Q.  And can you think of a member off the top of

15  your head while you're sitting here who was injured by

16  Section 6.06?

17              MR. DOLLING:  Objection; calls for a legal

18  conclusion.

19              You can answer.

20      A.  I'm not aware of any member who is facing some

21  kind of criminal prosecution under this Section 6.06.

22      Q.  (BY MS. HUNKER)  Okay.  Then let's move to the

23  final section that you are challenging which is 7.04.

24      A.  Just to clarify, are we looking at just

25  strictly 276.015 or all the way through 276.019?

 1                It's all the way through -19.

 2       Q.  Yeah, this one's unfortunately a long section.

 3  But...

 4       A.  Just making sure.

 5       Q.  Yeah.  I guess -- let's start, I guess, with

 6  Section 20 -- 276.015.

 7       A.  Okay.

 8       Q.  Since 276.016 seems to be directed towards a

 9  public official, and that is not what OCA-Greater

10  Houston is.

11       A.  Yeah.

12       Q.  So, yeah, let's focus on that first part.  Good

13  question.

14       A.  Okay.

15       Q.  276.015.

16                And if you can just let me know when you're

17  done.

18       A.  Yes.

19       Q.  All right.  So this section is in regards to

20  vote harvesting.  And talks about a benefit being (As

21  read):  "Anything reasonably regarded as a gain or

22  advantage, including a promise or offer of employment

23  or political favor, or an official act of discretion,

24  whether to a person or another party whose welfare of an

25  interest to the person."

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                  210-697-3408

000146

1              It also says "A person commits an offense

2    if the person, directly or through a third party,

3    knowingly provides or" -- "or offers to provide vote

4    harvesting services in exchange for compensation or

5    other benefits."

6              Is that an accurate summation so far of the

7    section?

8        A.  Yes.

9        Q.  And then it says "A person commits an offense

10   if a person, directly or through a third party,

11   knowingly provides or offers to provide compensation or

12   other benefit to another person in exchange for vote

13   harvesting services."

14             Is that a accurate summation of that

15   provision?

16       A.  Yes.

17       Q.  Okay.  And then it says an -- "An offense under

18   this section is a felony of the third degree.  If

19   conduct that constitutes an offense under this section

20   also constitutes an offense under any other law, the

21   actor may be prosecuted under this section, the other

22   law, or both."

23             Is that an accurate summation of the

24   remainder portion of the subsection?

25       A.  Yes.

1      Q.  Does this subsection or section directly

2   regulate S- -- OCA-Greater Houston?

3                  MR. DOLLING:  Objection; calls for a legal

4   conclusion.

5                  You can answer.

6      A.  It directly impacts the work that we do.

7      Q.  (BY MS. HUNKER)  Okay.  Can you give me a short

8   summation of how?

9      A.  It makes it potentially more difficult for us

10  to do our education and assistance work.  It makes our

11  activities that we can do potentially have to be

12  curtailed, example being our candidate forum.  It

13  required us to be much more careful about how we're

14  doing canvassing or, frankly, doing any, you know,

15  assistance type of events.

16                  We haven't done -- we -- we basically just

17  decided we're not even going to attempt to do community

18  information sessions where people could come and, you

19  know, potentially get assistance.  Normally, we might

20  have, you know, contacted the Harris County elections

21  office to come and do a demonstration of the machines,

22  especially with the new machines.  That would have been

23  a prime opportunity, frankly, to get people to come out.

24  But it also meant that people might come with questions

25  with their mail-in ballots.  And so we just said, okay,

 1  we're -- we're not going to run that risk at all.

 2      Q.  So what is the basis for your belief that

 3  you're exchanging a compensation or benefit to another

 4  person in exchange --

 5              MR. DOLLING:  Objection; calls --

 6      Q.  (BY MS. HUNKER)  -- for these --

 7              MR. DOLLING:  I'm sorry.

 8      Q.  (BY MS. HUNKER)  -- activities?

 9              MR. DOLLING:  Objection.

10      A.  I'm sorry.  Could you repeat that?

11      Q.  (BY MS. HUNKER)  Yes.

12              What is your basis for deciding that you

13  are offering a benefit or compensation to another person

14  in exchange for the activities that you were just

15  describing?

16              MR. DOLLING:  Objection; calls for a legal

17  conclusion.

18              You can answer.

19              THE WITNESS:  Okay.

20      A.  Just common sense that, you know, everything

21  has some kind of economic value.  So, you know, if we're

22  providing, you know, refreshments or snacks or meals,

23  right?  Sometimes for community events, we have catered

24  in, like, you know, box lunches or, you know, meal boxes

25  or trays of food.  That all has a -- some kind of

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408
OCA-RESPONSE-APPX-079

000149

1  economic benefit -- or rather it has an economic value.

2  So I am just not sure if that would qualify because an

3  economic benefit to me means there's some kind of value

4  or we are receiving something of some kind of value.

5      Q.  (BY MS. HUNKER)  And again, your understanding

6  of this is based on your reading of the text as opposed

7  to any type of investigation that you conducted,

8  correct?

9      A.  Correct.

10      Q.  And so you did not consult with the DA of

11  Harris County, correct?

12      A.  Correct.

13      Q.  Or the election administrator of Harris County,

14  correct?

15      A.  Correct.

16      Q.  Or the secretary of state's office, correct?

17      A.  Correct.

18      Q.  Or any other state agency?

19      A.  Yeah.  I did not reach out to -- to speak with

20  anybody.

21      Q.  And what is the specific harm that your members

22  suffer as a result of this provision?

23              MR. DOLLING:  Objection; calls for a legal

24  conclusion.

25              You can answer.

OCA-RESPONSE-APPX-080

000150

```
 1        A.  The most immediate harm for our members and,

 2  you know, any community member is the lack of ability

 3  for them to actually get assistance, right, to have a --

 4  a place that -- or -- or a group in the community that

 5  is known for being able to provide information and not

 6  having that opportunity to come and -- and get

 7  information, you know, and to meet with people who can

 8  speak their own language or their own dialect.

 9        Q.  (BY MS. HUNKER)  So in this case, are you

10  describing the harm as being associational as opposed to

11  being a limitation on voting?

12             MR. DOLLING:  Objection; calls --

13        A.  I'm sorry.  I don't understand that.

14             What -- what does that mean,

15  "associational"?

16        Q.  (BY MS. HUNKER)  In having to do with how you

17  interact with people, how you express yourself as

18  opposed to, let's say, voting.

19             MR. DOLLING:  Objection; calls for legal

20  conclusion.

21             You can answer.

22        A.  I'm sorry.  Could you repeat the question?

23        Q.  (BY MS. HUNKER)  Yes.  I'm trying to understand

24  how you would characterize your harm based on the

25  summary you gave me.
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                           210-697-3408
Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                           210-697-3408

OCA-RESPONSE-APPX-081

000151

Deborah Chen
Deborah Chen

Case 5:21-cv-00844-XR   Document 638-4   Filed 06/23/23   Page 21 of 64

March 28, 2022
March 28, 2022
Page 221

1                       And I'm trying to figure out is it

2    something to do with associational, like your ability to

3    associate with people, members, if they have to

4    associate with each other; or are you concerned that it

5    restricts their ability to vote?

6                       MR. DOLLING:  Objection; calls for legal

7    conclusion.

8                       You can answer.

9          A.  My concern is, I guess, multiple.

10                      One is our ability to -- to do our -- our

11   job, to accomplish our mission to educate and assist

12   people, to encourage them to actually go and vote.

13                      My other concern is for members and

14   community members who may need assistance and who are

15   not able to -- to get that assistance because we're

16   constrained by this law.

17                      And then, third, you know, I'm concerned

18   about potential and -- and loss of volunteers.  It's

19   very difficult to get people to come out and volunteer

20   to do civic engagement type of work.  It's not sexy.

21   It's not fun.  Really, it's not fun for young people.

22   So you have the loss of those opportunities to engage

23   with people for them to actually come and -- and -- and

24   do something and -- and do some kind of community

25   service.

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                          210-697-3408
Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                          210-697-3408

OCA-RESPONSE-APPX-082

000152

1               Then they'll find something else

2    potentially to fill that time which means a loss to us

3    of somebody who could have been developed into --

4    essentially into our pipeline of volunteerism around

5    civic engagement work whereas, because they don't have

6    the opportunity to do this with us, you know, they'll go

7    and do their community service hours somewhere else.

8    And then, potentially, you know, we lose that

9    opportunity to have that relationship.

10       Q.  (BY MS. HUNKER)  And you even mentioned earlier

11   in the deposition that you chose not to recruit

12   volunteers, correct?

13       A.  Yes.

14       Q.  And so you don't have any experience of

15   individuals choosing not to volunteer so much as you

16   declined to solicit volunteers; is that accurate?

17       A.  Correct.

18       Q.  And as with the other provisions, you did not

19   segregate the harm, determining how much harm was the

20   result of one provision as opposed to the other,

21   correct?

22       A.  Correct.

23       Q.  And sitting here before me, you don't know of a

24   single voter and/or member who is unable to vote as a

25   result of Section 7.04; is that correct?

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                    210-697-3408
                        OCA-RESPONSE-APPX-083

                                                                    000153

 1  weren't filled out properly or they were missing

 2  information.

 3       Q.  And that missing information was the

 4  information that was required under SB 1, to your

 5  knowledge?

 6       A.  Correct.

 7            MS. HUNKER:  Objection; speculation.

 8       Q.  (BY MR. DOLLING)  Okay.  I'd like to just go

 9  back to a couple of things we were talking about earlier

10  in the deposition just to clarify.

11            So, earlier, you were talking to counsel

12  for the State about how you would -- currently are

13  directing people to Harris County's elections website or

14  other government materials rather than handing out the

15  information yourselves in physical form like flyers.

16            Do you remember that?

17       A.  Yes.

18       Q.  And why did you make -- why are you making that

19  distinction between flyers versus sending people to the

20  website?

21       A.  Because it removes us from being in an

22  in-person situation where we're physically there,

23  distributing information or giving information or

24  opening the opportunity for questions that would put us,

25  our staff, or volunteers at risk of somehow -- some kind

1   of criminal violation versus if we just say go -- go

2   look at the -- go online.  Here is the website.  Go look

3   at it.  And one would hope that, if there are new

4   policies or new changes, that, you know, the government

5   website will update that and have the most, you know,

6   current information available.

7             We -- we basically don't want to put

8   ourselves and our volunteers in a position where

9   somebody has, you know, criminal liability, potentially.

10       Q.  Okay.  Sort of in that same vein, earlier, you

11  were talking with counsel for the State about sort of

12  where your fear of prosecution under the various

13  provisions of SB 1 came from.

14             Do you remember that?

15       A.  Yes.

16       Q.  When we were going through each provision one

17  by one.

18       A.  Yes.

19       Q.  And the question that was often asked was did

20  your understanding of that come from a plain reading of

21  the statute, or had you done a full investigation?

22         Do you remember that?

23       A.  I remember that -- that line of questioning.

24             It -- it's a combination of just the plain

25  reading of the statute and just the general environment

000155

```
 1   COUNTY OF HARRIS )

 2   STATE  OF  TEXAS )

 3

 4                  REPORTER'S CERTIFICATION

 5

 6        I, Donna Qualls, Notary Public in and for the State

 7   of Texas, hereby certify that this transcript is a true

 8   record of the testimony given and that the witness was

 9   duly sworn by the notary.

10        I further certify that I am neither attorney nor

11   counsel for, related to, nor employed by any of the

12   parties to the action in which this testimony was taken.

13        Further, I am not a relative or employee of any

14   attorney of record in this cause, nor do I have a

15   financial interest in the action.

16        Subscribed and sworn to on this the 11th day of

17   April, 2022.

18

19

20

21                   _____
                     DONNA QUALLS
22                   Notary Public in and for
                     The State of Texas
23                   My Commission expires 11/02/2022

24                   Magna Legal Services
                     Firm Registration No. 633
25                   16414 San Pedro, Suite 900
                     San Antonio, Texas 78232
                     (210)  697-3400
```

# Exhibit 10

000157

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs,*<br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,<br>*Plaintiffs,*<br>v.<br><br>JANE NELSON, et al.,<br>*Defendants.* | 1:21-cv-0780-XR |

## SUPPLEMENTAL DECLARATION OF DEBORAH CHEN

My name is Deborah Chen. I am over the age of 18 and capable of making this declaration. The facts stated herein are within my personal knowledge.

1. I am a lawyer and the Civic Engagement Programs Director for OCA-Greater Houston (OCA-GH). OCA-GH is the Greater Houston arm of the national organization OCA – Asian Pacific American Advocates. I am also the Executive Vice President of OCA – Asian Pacific American Advocates.

2. I previously submitted a declaration in this case. *See* ECF No. 611-1, Ex. 38. The facts in my first declaration remain true and this second declaration is intended only to supplement the first, which is incorporated by reference here. Some of the facts set out in the first declaration are repeated here for ease of reading.

1

OCA-RESPONSE-APPX-088

3. As an organization dedicated to serving the Asian American and Pacific Islander ("AAPI") community, a substantial portion of which is elderly and/or has limited English proficiency ("LEP"), OCA-GH was acutely aware of the debates around and eventual passage of SB 1, including SB 1 Section 6.06's broadening of the criminal prohibition on compensation for mail-in voting assistance (Texas Election Code § 86.0105) and SB 1 Section 7.04's criminal prohibition on compensation for "vote harvesting" (Texas Election Code § 276.015).

4. Before SB 1's passage, OCA-GH would routinely send out information to Chinese language newspapers to inform the public about its election-related community events, as well as encourage Chinese language newspapers to write articles about those events. OCA-GH would also have Chinese-language translations of voter information— how to find out where to go vote, or to complete a mail-in ballot— at candidate forums and other places frequented by the Chinese-speaking and immigrant community, such as the Chinatown post office or the Shabu House restaurant, as well as in public locations. OCA-GH is well-known in the Greater Houston AAPI community for its Get Out the Vote efforts, its election-related community events, and its historical practice of providing voter assistance, particularly to elderly and LEP voters.

5. For example, before SB 1's passage, OCA-GH arranged and publicized in-person candidate forums at several locations frequented by the AAPI community, like the Chinese Community Center and the library. Attendance at these forums varied from approximately 100 to 400 or more people. OCA-GH would set up a table at these candidate forums and provide voting assistance to any OCA-GH member or

2

community member seeking assistance for any reason, including due to a language barrier (typically Chinese speakers), to low vision, to being unfamiliar with the voting process as a first-time AAPI voter. This included helping voters complete their applications for a ballot by mail (ABBMs), mail ballots, and registration forms, as well as explaining the election process and what was on the ballot.

6. Before SB 1's passage, OCA-GH routinely hosted non-partisan "meet and greets" to create a space for the AAPI community to interact with AAPI candidates for political office, whom OCA-GH invited from all sides of the political spectrum. OCA-GH provided catered dinners at these events, which were typically attended by approximately 250 to 300 people. OCA-GH would set up tables during these events to interact with voters and to provide assistance to any voter who sought it, including mail-in voting assistance to those who brought their ABBMs or mail-in ballots, which occurred regularly.

7. Before SB 1's passage, OCA-GH maintained a presence at the Tracy Gee Community Center, and at early voting centers, to provide mail-in voting assistance to AAPI seniors—frequently LEP or low vision voters—who sought out OCA-GH's help. OCA-GH would also provide transportation services for seniors who needed help getting to the polling site to vote in person.

8. Before SB 1's passage, OCA-GH routinely held in-person mail-in voting training sessions at which it would explain how to obtain an ABBM and vote by mail to OCA-GH members and community members.

9. Before SB 1's passage, OCA-GH routinely conducted voting machine demonstrations and trainings at which it would provide the same sorts of assistance

3

OCA-RESPONSE-APPX-090

**000160**

described above with ABBMs and mail-in ballots to any OCA-GH member or community member who brought their materials to the demonstration.

10. Before SB 1's passage, OCA-GH routinely set up exit polling tables and conducted exit polling surveys at polling locations around Houston. While doing so OCA-GH would provide mail-in voting assistance to any voter who requested it.

11. Before SB 1's passage, OCA-GH routinely conducted door knocking, canvassing, and other field campaigns. During these activities OCA-GH members regularly provided ABBM or mail-in ballot assistance to any voter who requested it. For example, many of these voters had already obtained their ABBMs or mail-in ballots and would bring those materials to the door to receive on-the-spot assistance.

12. The voters who sought assistance with their ABBMs or mail-in ballots during the above-listed activities were frequently limited English proficiency ("LEP") voters, elderly voters, or low-vision voters, or some combination of the three.

13. During all of these activities OCA-GH would also seek to substantively engage with voters to raise awareness of issues of importance to the AAPI community, such as participating in the census, and would provide a translated League of Women Voters of Texas voter guide, or a link to the online translation of that guide, which contained information about measures on the ballot and explained candidate positions, with the goal of encouraging the AAPI community to go vote.[1] If a ballot measure was particularly impactful to the AAPI community, OCA-GH would seek to educate voters about it and to advocate for or against it.

---

[1] OCA-GH has not and does not endorse particular candidates.

4

14. In Harris (but not Ford Bend) County some voting materials are translated into Chinese and Vietnamese. However, LEP voters still often need an extra hand to get through the whole process, either with their ABBMs and mail-in ballots, with registration and voting procedures, or if voting in person, with navigating the polling place or the voting machines. Sometimes they have bad eyesight and need someone to read everything out loud, or need help with the mail-in voting materials or in-person process because their Chinese first and last names are in "reverse order" compared to in English, which can create confusing interactions with poll workers. OCA-GH therefore provided these LEP voters with help in these various processes, and in communications with non-Chinese speaking poll workers even when the mail-in or in-person materials were in the voters' native language, or when there may not be an adequate number of available or trained Chinese speaking poll workers, or if they spoke a different dialect than the voter.

15. Additionally, in Harris County, there are many Korean-speaking voters, but no Korean ballots or Korean-speaking voter assistance made available by the county. Before SB 1's passage, OCA-GH coordinated with other AAPI groups to help provide Korean-speaking voters with Korean language assistance.

16. Before SB 1's passage, OCA-GH paid its staff and members competitive wages for their work during these in-person candidate forums, voting machine demonstrations, door knocking and field campaigns, exit polling, and other activities, as well as provided staff and members with bottled water, sports drinks, snacks, and other forms of refreshment in exchange for their services. OCA-GH also provided food and refreshments to *all* attendees at its election-related

5

000162

community events, to encourage staff, member, and other attendee participation; to make things easier on attendees who might be pressed for time; to show appreciation for the community; and because providing food and refreshment is a common cultural courtesy.

17. Following SB 1's passage, OCA-GH has not stopped paying staff and members, or providing food and drinks to staff, members, and the public. Instead, as set out below, it has ceased providing mail-in voting assistance, as well as severely scaled back the scope of its communications during activities at which mail-in ballots may be present, due to the fear of criminal prosecution pursuant to SB 1 Sections 6.06 and 7.04. OCA-GH fears that by paying its staff and members, or by supplying them with food or drinks, for providing mail-in voting assistance or engaging in OCA-GH's other election-related activities, it or its members will be placed at risk of prosecution under SB 1.

18. OCA-GH does not want to expose its members to potential prosecution for engaging in OCA-GH election-related activities, nor does it have the resources to legally defend a member put in that position. This is of particular concern to OCA-GH because many of its canvassers and door knockers are young college students, and OCA-GH's mission is to grow new leaders in the community, not place them at risk of a criminal prosecution that will follow them for the rest of their lives.

19. For example, OCA-GH did not hold any in-person candidate forums ahead of the March 2022 primary due to a fear that community members would, as they had in the past, bring their ABBMs or mail ballots to the event seeking assistance, potentially causing OCA-GH or its members to run afoul of both SB 1 Sections

6

OCA-RESPONSE-APPX-093

6.06 and 7.04—even though one of its own AAPI members was running for local office. And while OCA-GH did co-host an in-person candidate forum ahead of the November 2022 election, it limited its role strictly to promoting the forum, and did not set up a table to provide assistance with mail-in voting or otherwise engage with the community, despite its historical practice of doing so.

20. OCA-GH has also not held an AAPI candidate "meet and greet" since passage of SB 1, in large part due to the same fears; community members have brought their mail-in ballots to these events in the past, and OCA-GH is unsure whether hosting an event for AAPI candidates which does not feature any non-AAPI competitors could constitute an action "intended to deliver voters for a specific candidate or measure" in violation of SB 1 Section 7.04.

21. OCA-GH has also ceased conducting in-person trainings on how to use voting machines, as well as in-person trainings on the vote by mail process, again due to fears that community members would, as they have in the past, bring their ABBMs or mail ballots to the trainings seeking assistance, and that OCA-GH or its members would be accused of attempting to influence a vote by providing materials explaining candidate positions and ballot measures, or of receiving compensation for providing assistance. OCA-GH similarly no longer provides voters with assistance with their ABBMs or mail-in ballots at the Tracy Gee Community Center, early voting centers, or during its exit survey activities, due to the same fears.

22. OCA-GH has also modified how it carries out its field campaigns to reduce the chance that communications during canvassing or door knocking can be construed

7

OCA-RESPONSE-APPX-094

as "vote harvesting," given that voters answering the door may have their mail-in ballot within the "physical presence" of the interaction. OCA-GH has instructed its canvassers not to engage substantively with voters by discussing issues of importance to the AAPI community or providing materials explaining candidate positions and ballots measures, but instead merely hand out voter awareness flyers.[2] OCA-GH has also instructed its members not to provide any voter assistance when carrying out these activities. Thus, when asked questions about the voting process, or for assistance with an ABBM or mail-in ballot—all common occurrences—OCA-GH canvassers merely instruct voters to go to the county's website, rather than providing the sort of spontaneous assistance they would have previously.

23. Following SB 1, OCA-GH has faced significant uncertainty about whether it can advocate for or against issues that impact the AAPI community during activities at which mail ballots might be present. For example, OCA-GH took a stance against SB 147—which passed the Senate, but not the House, and would have banned all property ownership by Chinese citizens in Texas—during the last legislative session. While SB 147 did not arise as an issue until after the 2022 election season, OCA-GH anticipates that some form of the bill may return in the future, whether in a special session or during the next regular session. In that event, OCA-GH would want to educate and mobilize the AAPI community against any such bill during its election-related activities. As of now, however, OCA-GH remains unsure whether it will engage in such advocacy given that community

---

[2] *See* Attachment A (voter awareness flyers distributed by OCA-GH during its 2022 canvassing efforts).

OCA-RESPONSE-APPX-095

000165

members might happen to bring their mail ballots to any such activities. As a result, OCA-GH has not yet decided whether it can safely engage in such advocacy.

24. This sort of SB 1-risk assessment must be carried out with respect to each of OCA-GH's programs and it constitutes a substantial drain on OCA-GH's resources. Upper-level staff have been required to analyze SB 1's impact on each OCA-GH program, decide which community events to cancel, modify field campaign scripts to ensure members do not say anything that could violate SB 1, and train canvassers and door knockers to follow those instructions—to *not* provide mail-in voting assistance despite OCA-GH's historical practice of doing so. The same is true of preparing materials for field bags; it is a process that must be repeated each time a program is assessed, to determine what will fit on the paper and accomplish OCA-GH's mission as best as possible while not violating SB 1. This forces OCA-GH to spend less time on its normal programming efforts and will continue to require substantial staff time whenever a new program or activity must be assessed for risk.

25. As a result of SB 1, OCA-GH has been demonstrably unable to provide the LEP voters whom it has historically assisted—its own members, members of the AAPI community, or members of the community more broadly—with any sort of mail-in voting assistance. For example, OCA-GH has routinely provided mail-in voting assistance to Chinese-speaking LEP voters in the Sugar Land region of Fort Bend County and the Alief and Sharpstown regions of Harris County while canvassing, hosting candidate forums, and operating exit surveys. In 2022, however, OCA-GH did not provide any of these voters whom it had previously assisted—or any voters at all—with any kind of mail-in voting assistance.

9

26. Additionally, pre-COVID, OCA-GH used to go to the senior center retirement home next to the Sharpstown Mall to serve lunch to LEP and non-LEP Asian seniors, as well as non-Asian seniors, twice a year around Lunar New Year/Martin Luther King Day and in the fall around Labor Day. During these times, particularly during the fall, OCA-GH would assist these seniors with mail-in voting. OCA-GH initially ceased carrying out this practice due to COVID restrictions but would likely have returned to it after those restrictions were lifted if not for SB 1. OCA-GH is now weighing whether, given its limited resources, it should return to that practice as part of its community outreach. If it does, it has already decided it will not provide mail-in voting assistance due to SB 1.

27. OCA-GH's mission is frustrated by the way it has been forced to divert its resources and to curtail its activities due to SB 1 Sections 6.06 and 7.04. OCA-GH previously focused its resources on repeated, in-depth, in-person voter interactions and assistance at events in community centers and other places where community members would frequent, as well as on in-depth interactions and assistance during canvassing and door knocking campaigns, which was often followed up by contact at one of those community events. This sort of repeated one-on-one contact had a high success rate in motivating people to go vote. Due to SB 1, however, OCA-GH has been forced to pivot its time, energy, and resources away from its prior focus on in-depth voter outreach interactions to instead attempting to generate as many surface-level interactions (*i.e.*, which do not run afoul of SB 1) as possible, which do not have as great an impact as before. This ensures that repeated in-depth contact with potential voters does not occur. OCA-GH's forced inability to provide mail-

10

000167

in voter assistance and voter information is contrary to its mission to encourage voter participation.

28. OCA-GH desires to provide mail-in voter assistance and to engage with the community in the ways it did prior to SB 1's passage. However, so long as SB 1 Sections 6.06 and 7.04 remain in effect, it is afraid to do so.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct. Executed on June _22_, 2023.

Deborah Chen

11

Attachment A

000169

## Upcoming Events

 **5/1 - 6/19**

 **6/2-19**

### OCAHOUSTON.ORG

 

## VIRTUAL
## CITIZENSHIP FORUMS

**Are you a green card holder who would like FREE assistance preparing your citizenship application (N-400)?**

**Drop in via Zoom on the 1st Saturday of every month to have us look over your application!**

Link to Join:
**tinyurl.com/citzOCAGH**

### PROTECT YOURSELF!
### GET YOUR CITIZENSHIP!

FREE | SECURE | ACCURATE | EASY

 SAVE & COME BACK   ONLINE LEGAL HELP   CONNECT WITH EXPERTS

**DON'T WAIT.  GO ONLINE TODAY @**
citizenshipworks.org/portal/houston

  

---

## Upcoming Events

 **5/1 - 6/19**

 **6/2-19**

### OCAHOUSTON.ORG

 

## VIRTUAL
## CITIZENSHIP FORUMS

**Are you a green card holder who would like FREE assistance preparing your citizenship application (N-400)?**

**Drop in via Zoom on the 1st Saturday of every month to have us look over your application!**

Link to Join:
**tinyurl.com/citzOCAGH**

### PROTECT YOURSELF!
### GET YOUR CITIZENSHIP!

FREE | SECURE | ACCURATE | EASY

 SAVE & COME BACK   ONLINE LEGAL HELP    CONNECT WITH EXPERTS

**DON'T WAIT.  GO ONLINE TODAY @**
citizenshipworks.org/portal/houston

  

OCA-RESPONSE-APPX-100

---

## Upcoming Events

 **5/1 - 6/19**

 **6/2-19**

### OCAHOUSTON.ORG

 

## VIRTUAL
## CITIZENSHIP FORUMS

**Are you a green card holder who would like FREE assistance preparing your citizenship application (N-400)?**

**Drop in via Zoom on the 1st Saturday of every month to have us look over your application!**

Link to Join:
**tinyurl.com/citzOCAGH**

### PROTECT YOURSELF!
### GET YOUR CITIZENSHIP!

FREE | SECURE | ACCURATE | EASY

 SAVE & COME BACK   ONLINE LEGAL HELP   CONNECT WITH EXPERTS

**DON'T WAIT.  GO ONLINE TODAY @**
citizenshipworks.org/portal/houston

  

## Panel 1



# 2022 PRIMARY ELECTION

**VOTE** in this primary election to ensure the **AAPI voice** is heard on issues & concerns affecting our community.

✓ State Offices  ✓ Local Offices
✓ Judicial Districts

**VOTING INFORMATION**

**Find your sample ballot, polling locations & times**
**Harris County** - HarrisVotes.com

**KEY DATES**

**EARLY VOTING**

**February 14–19:** 7 a.m. – 7 p.m.
**February 20:** 12 p.m. – 7 p.m.
**February 21:** No Voting
**February 22–23:** 7 a.m. – 7 p.m.
**February 24:** 7 a.m. – 10 p.m.
**February 25:** 7 a.m. – 7 p.m.

**LAST DAY TO APPLY TO VOTE BY MAIL**

**FEBRUARY 18**
Applications must be delivered to:
1001 Preston Street, 4th floor office, Houston, TX 77002
**INFO:** (713) 755-6965

**ELECTION DAY**

## MARCH 1
**7 a.m. – 7 p.m.**
*also deadline for mail-in ballots

 
Partner Organizations:
**One APIA Texas**
**ACDC Texas**

## Panel 2

# 2022 PRIMARY ELECTION

**VOTE** in this primary election to ensure the **Asian American voice** is heard on issues & concerns affecting our community.

✓ State Offices  ✓ Local Offices
✓ Judicial Districts

**VOTING INFORMATION**

**Find your sample ballot, polling locations & times**
**Harris County** - HarrisVotes.com

**KEY DATES**

**EARLY VOTING**

**February 14–19:** 7 a.m. – 7 p.m.
**February 20:** 12 p.m. – 7 p.m.
**February 21:** No Voting
**February 22–23:** 7 a.m. – 7 p.m.
**February 24:** 7 a.m. – 10 p.m.
**February 25:** 7 a.m. – 7 p.m.

**LAST DAY TO APPLY TO VOTE BY MAIL**

**FEBRUARY 18**
Applications must be delivered to:
1001 Preston Street, 4th floor office, Houston, TX 77002
**INFO:** (713) 755-6965

**ELECTION DAY**

## MARCH 1
**7 a.m. – 7 p.m.**
*also deadline for mail-in ballots

 
Partner Organizations:
**One APIA Texas**
**ACDC Texas**

OCA-RESPONSE-APPX-101

## Panel 3

# 2022 PRIMARY ELECTION

**VOTE** in this primary election to ensure the **Asian American voice** is heard on issues & concerns affecting our community.

✓ State Offices  ✓ Local Offices
✓ Judicial Districts

**VOTING INFORMATION**

**Find your sample ballot, polling locations & times**
**Harris County** - HarrisVotes.com

**KEY DATES**

**EARLY VOTING**

**February 14–19:** 7 a.m. – 7 p.m.
**February 20:** 12 p.m. – 7 p.m.
**February 21:** No Voting
**February 22–23:** 7 a.m. – 7 p.m.
**February 24:** 7 a.m. – 10 p.m.
**February 25:** 7 a.m. – 7 p.m.

**LAST DAY TO APPLY TO VOTE BY MAIL**

**FEBRUARY 18**
Applications must be delivered to:
1001 Preston Street, 4th floor office, Houston, TX 77002
**INFO:** (713) 755-6965

**ELECTION DAY**

## MARCH 1
**7 a.m. – 7 p.m.**
*also deadline for mail-in ballots

 
Partner Organizations:
**One APIA Texas**
**ACDC Texas**

## ELECTION DAY
## TUESDAY, NOVEMBER 8TH

OCAHOUSTON.ORG/VOTE

# VOTE EARLY

### EARLY VOTING: Oct 24 to Nov 4

Check your "My Voter Page" for early voting locations:
teamrv-mvp.sos.texas.gov/MVP/mvp.do

### PLAN AHEAD

To vote by mail, you must apply for a ballot by mail in advance. Your application must be RECEIVED (not Postmarked) by your county registrar by November 8, 2022.

**YOU ARE ELIGIBLE TO VOTE BY MAIL IN TEXAS IF:**

- YOU ARE AGE 65 OR OLDER BY ELECTION DAY
- YOU WILL BE OUTSIDE OF HARRIS COUNTY FOR ALL OF THE EARLY VOTING PERIOD AND ON ELECTION DAY
- YOU ARE CONFINED IN JAIL BUT OTHERWISE ELIGIBLE TO VOTE
- YOU HAVE A DISABILITY, WHICH INCLUDES PREGNANCY OR SICKNESS (OR A CONDITION SUCH THAT YOU RISK HARM IF YOU VOTE IN PERSON: COVID-19 CAN BE A FACTOR.)

- Bring your ID to vote (TX Driver's License, TX Personal ID, US Passport, US Citizenship Certificate with Photo, US Military ID with photo, TX Handgun License, TX Election ID Certificate).
- There is NO STRAIGHT-PARTY VOTING in Texas. You must mark your choice on your ballot separately for each race.
- Be sure to scroll through the entire ballot to see all your choices.

# BUMOTO NG MAAGA

### MAAGANG PAGBOTO: OKTUBRE 24 HANGGANG NOBYEMBRE 4

Bisitihan mo ang website "My Voter Portal" para malaman mo kung saan pwedeng magboto ng maaga: teamrv-mvp.sos.texas.gov/MVP/mvp.do

### IPLANO MO ANG IYONG PAGBOTO

Para bumoto sa pamaraan ng koreo, kailangan mo munang magparehistro sa pamaraan ng koreo. Ang iyong aplikasyon ay dapat MATANGGAP (hindi lang nalagyan ng tatak-selyo) ng rehistro ng munisipyo (tawag ay "county registrar" sa Amerika) bago ng ika-8 ng Nobyembre, 2022 (ang araw ng eleksyon).

**PUWEDE KANG MAGBOTO SA PAMARAAN NG KOREO SA TEXAS KUNG:**

- IKAW AY MAY LAMANG 65 NA TAON SAW ARAW NG ELEKSYON
- IKAW AY WALA SA HARRIS COUNTY HABANG NANG: (I) PANAHON NANG PUWEDENG MAGBOTO NG MAAGA, AT (2) ARAW NG ELEKSYON
- IKAW AY NAKAKULONG, PERO MAY KARAPATAN KA PANG MAGBOTO
- IKAW AY MAY KAPANSANAN, IKAW AY BUNTIS, O IKAW AY MAY KUNDISYON NA PUWEDENG LUMALA KAPAG MAGBOTO KA SA PERSONAL (KATULAD NG COVID-19).

Tandaan Mo!

- Magdala ng identipikasyon, katulad ng, lisensya sa pagmamaneho sa TX, identipikasyong personal sa TX, paraponteng Amerikano, sertipiko ng pagkamamamayan sa Amerika **at** ritrato mo, identipikasyong pansundalo sa Amerika **at** ritrato mo, lisensya ng baril sa TX, katibayan ng identipikasyon ng eleksyon sa TX.
- Sa Texas, hindi mo kailangang magboto sa isang partidong pampulitika lang. Kailangan mong markahan ang isat-isang pampulitikong labanan
- Siguraduhin na nasuri ang lahat ng pinili sa buong balota

# 提早投票

### 提前投票期: 10月24日至11月4日

在「我的選民專頁」查看提早投票地點:
teamrv-mvp.sos.texas.gov/MVP/mvp.do

### 提前計劃

要郵寄投票，您必須提前申請郵寄投票。您的選民登記官必須在 2022 年 11 月 8 日之前收到您的申請 (未加蓋郵戳)。

**在下列情況下，您符合合格郵寄方式投票的資格:**
- 您在選舉日將屆 65 歲或以上
- 您在整個提前投票期和選舉日都不會在您的縣里
- 您在監獄服刑但仍合資格投票
- 您行動不便，這包括懷孕或疾病 (或有染投票時受感染的風險): COVID-19
- 可能是一個因素。)

- 攜帶身分證明文件去投票 (德州駕駛執照、德州個人身分證、美國護照、有照片的美國公民身分證、有照片的美國軍人身分證、德州手槍執照、德州選民身分證)。
- 德州沒有直接政黨投票。您必須為每個比賽分別標示您的選擇。
- 請務必滾動瀏覽整個選票，以查看您的所有選擇。

# 提早投票

### 提早投票期: 10月24日至 11月4日

在「我的選民專頁」查看提早投票地點:
teamrv-mvp.sos.texas.gov/MVP/mvp.do

### 提前计划

要通過郵寄方式投票，您必須提前申請郵寄投票。您的縣註冊官必須在 2022 年 11 月 8 日之前收到您的申請 (未加蓋郵戳)。

**在下列情況下，您符合合格郵寄方式投票的資格:**
- 您在選舉日將屆 65 歲或以上
- 您在整個提前投票期和選舉日都不會在您的縣里
- 您在監獄服刑但仍合資格投票
- 您行動不便，這包括懷孕或疾病 (或染上投票時受感染的風險): COVID-19 可能是一個因素。)

- 攜帶身分證明文件去投票 (德州駕駛執照、德州個人身分證、美國護照、有照片的美國公民身分證、有照片的美國軍人身分證、德州手槍執照、德州選民身分證)。
- 德州沒有直接政黨投票。您必須為每個比賽分別標示您的選擇。
- 請務必滾動瀏覽整個選票，以查看您的所有選擇。

# BỎ PHIẾU SỚM

### BẦU CỬ SỚM: 24/10 đến 4/11

Xem trang "My Voter Page" (Trang cử tri của tôi) để biết các địa điểm bỏ phiếu sớm:
teamrv-mvp.sos.texas.gov/MVP/mvp.do

### LÊN KẾ HOẠCH TRƯỚC

Để bỏ phiếu bằng thư, bạn phải điền đơn yêu cầu trước để xin lá phiếu gửi qua thư. Đơn yêu cầu phải được NHẬN (không phải ngày đóng dấu bưu điện) bởi văn phòng đăng ký quận trước ngày 8 tháng 11, 2022.

**BẠN ĐỦ ĐIỀU KIỆN ĐỂ BỎ PHIẾU QUA ĐƯỜNG BƯU ĐIỆN TẠI TEXAS NẾU:**
- BẠN TỪ 65 TUỔI TRỞ LÊN TRƯỚC NGÀY BẦU CỬ
- BẠN SẼ Ở BÊN NGOÀI QUẬN HARRIS TRONG SUỐT THỜI GIAN BỎ PHIẾU SỚM VÀ VÀO NGÀY BẦU CỬ
- BẠN BỊ GIAM TRONG TÙ NHƯNG ĐỦ ĐIỀU KIỆN BỎ PHIẾU
- BẠN BỊ KHUYẾT TẬT, BAO GỒM MANG THAI HOẶC ỐM ĐAU (HOẶC HOẶC MỘT TÌNH TRẠNG SỨC KHỎE KHIẾN BẠN CẤP PHẢI RỦI RO NẾU TRỰC TIẾP ĐI BỎ PHIẾU: COVID-19 CÓ THỂ LÀ MỘT YẾU TỐ RỦI RO.)

- Mang theo giấy tờ tùy thân của bạn để bỏ phiếu (Giấy phép Lái xe TX, ID Cá nhân TX, Hộ chiếu Hoa Kỳ, Giấy chứng nhận Quốc tịch Hoa Kỳ có ảnh. Căn cước quân sự Hoa Kỳ có ảnh, Giấy phép Súng ngắn TX, Giấy chứng nhận ID Bầu cử TX).
- KHÔNG CÓ BỎ PHIẾU STRAIGHT-PARTY (cơ chế cho phép cử tri bỏ một lá phiếu để lựa chọn tất cả các ứng cử viên của một chính đảng trên lá phiếu đó) ở Texas. Bạn phải đánh dấu từng lựa chọn của mình trên lá phiếu cho mỗi cuộc đua.
- Hãy nhớ xem qua toàn bộ lá phiếu để xem tất cả các lựa chọn của bạn.

# 일찍 투표하세요

### 조기 투표: 10월 24일 - 11월 4일

사전 투표 장소는 "내 유권자 페이지"를 확인하십시오.
teamrv-mvp.sos.texas.gov/MVP/mvp.do

### 미리 계획을 세우세요

우편 투표를 하려면 사전에 우편 투표를 신청해야 합니다. 신청서는 2022년 11월 8일(게시되지 않음)까지 카운티 등록관에 접수되어야 합니다.

**다음의 경우 텍사스 주에서 우편으로 투표할 자격이 있습니다.**
- 선거일 기준 65세 이상
- 조기 투표 기간과 선거일 모두 해당 카운티에 소재하지 않는 경우
- 감옥에 감금 되었지만 투표 자격이 있음
- 임신이나 질병을 포함하여 장애가 있거나 직접 투표할 경우 건강에 위험이 있을 수 있는 경우. COVID-19도 요인이 될 수 있음)

- 투표하려면 신분증(텍사스 운전면허, 텍사스 신분증, 미국 여권, 사진이 있는 미국 시민권 증명서, 사진이 있는 미국 군 신분증, 텍사스 권총 면허, 텍사스 선거 신분증 증명서)를 가져오십시오.
- 텍사스에는 정당 일괄 투표가 없습니다. 투표 용지의 각 경합마다 선택 사항을 따로 표시해야 합니다.
- 투표 용지를 살펴보고 모든 선택 사항을 보십시오.

OCA-RESPONSE-APPX_001



# OCA - Asian Pacific American Advocates

EMBRACING THE HOPES AND ASPIRATIONS OF ASIAN PACIFIC AMERICANS

**AAPI ADVOCACY** | EDUCATION | YOUTH LEADERSHIP | ECONOMIC EMPOWERMENT | ARTS & CULTURE

**OCA-Greater Houston** is a volunteer-driven organization of community advocates that strives to meet the current and evolving needs of the diverse Asian American Pacific Islander (AAPI) population through a comprehensive continuum of programs focusing on **advocacy, education**, **economic empowerment**, developing **leadership**, **civic engagement** participation and **arts & cultural awareness**.

## SIGNATURE EVENTS

 



**MAY 2023**

AAPIrestaurantweeks.com



**JUNE 2023**

HAAPIFEST.com



**OCTOBER 1, 2022**

StarryNiteArtsFest.com



## SIGNATURE PROGRAMS



FREE Youth leadership & advocacy program in partnership with Mi Familia Vota. High school youth are invited to participate in leadership building workshops every 2nd Saturday of the month.



FREE monthly assistance preparing N400 Citizenship applications for individuals with Greencards (Legal Permanent Residents).  Start your application on **CitizenshipWorks.org/portal/Houston**

     

**OCAHouston.org** | /OCAHouston /OCAGreaterHouston

FOR ELECTION INFORMATION AND TO REGISTER TO VOTE VISIT OCAHOUSTON.ORG/Vote

OCA-RESPONSE-APPX-103



# 2022 ELECTIONS

## KEY DATES



**LAST DAY TO REGISTER TO VOTE**

### OCTOBER 11
Call 713-274-8200 to be assisted in English, Spanish, Vietnamese, or Chinese.



**EARLY VOTING**

## OCT 24 - NOV 4
**Find your sample ballot, polling locations & times at:**
HarrisVotes.com

**LAST DAY TO APPLY TO VOTE BY MAIL**

### OCTOBER 28
**Applications must be delivered to:**
1001 Preston Street, 4th floor office, Houston, TX 77002
**INFO:** (713) 755-6965



**ELECTION DAY**

## NOVEMBER 8
7 a.m. – 7 p.m.
*also deadline for mail-in ballots



**OCA - Asian Pacific American Advocates**
EMBRACING THE HOPES AND ASPIRATIONS OF ASIAN PACIFIC AMERICANS

# Activate YOUR power.

## ADVOCATES
In Action

### Situational Awareness Workshops

In response to the increased rise of Anti-Asian/American, xenophobic harassment, and anti-hate towards marginalized communities of color, OCA is providing educational and awareness tools to combat these types of systemic oppression.

**2022 WORKSHOP SCHEDULE**
- Sept 20
- Oct 18
- Nov 15



4:00 p.m. - 5:30 p.m. PT | 5:00 p.m. - 6:30 p.m. MT
6:00 p.m. - 7:30 p.m. CT | 7:00 p.m. - 8:30 p.m. ET

Pre-registration is required for this 1.5 hour training via Zoom.

**REGISTER at http://bit.ly/ADVOCATESINACTIONSAW2022**
**More information at ocanational.org/saw**



# REGISTER TO VOTE!

**IMPORTANT:** ONLY US CITIZENS ARE ELIGIBLE TO FILL OUT THE VOTER REGISTRATION CARD INCLUDED IN THIS PACKAGE
**重要提示：** 只有美國公民才有資格填寫此包裹中包含的选民登記卡
**중요:** 미국 시민만 이 패키지에 포함된 유권자 등록 카드를 작성할 수 있습니다.
**重要提示：** 只有美國公民才有資格填寫此包裹中包含的選民登記卡
**IMPORTANTE:** SOLO LOS CIUDADANOS DE EE. UU. SON ELEGIBLES PARA COMPLETAR LA TARJETA DE REGISTRO DE VOTANTE INCLUIDA EN ESTE PAQUETE
**QUAN TRỌNG:** CHỈ CÁC CÔNG DÂN HOA KỲ ĐỦ ĐIỀU KIỆN ĐỂ ĐIỀN THẺ ĐĂNG KÝ VOTER BAO GỒM TRONG GÓI NÀY



# DID YOU KNOW...

The American Community Survey (ACS) releases new data every year through a variety of data tables that you can access with different data tools. If you receive a letter from the U.S. Census Bureau requesting your response to the American Community Survey, please participate, it is a building block used to create statistics about communities in America.
https://www.census.gov/programs-surveys/acs



## VIRTUAL
# CITIZENSHIP FORUMS

OCA-Greater Houston provides free assistance preparing N400 Citizenship applications for individuals with Greencards (Legal Permanent Residents) each month. If you have had your Greencard for 5 years (or 3 years if based on marriage to a US Citizen), you can apply for Citizenship.

Consultas de inmigración Gratuitas - Ofrecemos a los residentes permanentes legales con casi toda la información que necesita para solicitar la Ciudadanía Estadounidense, incluyendo consultas particulares con especialistas en inmigración y abogados. Si tiene alguna pregunta favor de comunicarse al teléfono: (281) 968-9134

免費移民服務 - 我們為永久居民/綠卡持有者提供一份的免費移民服務。服務項目包括協助填寫美國公民申請表格和向移民專家和律師提供法律諮詢 聯繫電話：Mandarin: (713) 446-8430

### 1st Saturday each month
(unless holiday weekend) | 9:30am—12noon

### Register at https://tinyurl.com/OCACitizenshipForums

**Information you need to start your application on Citizenshipworks**

Fill out your draft application at *citizenshipworks.org/portal/houston* click Submit, then we will reach out to set an appointment to review the application with you!

1. Driver's License or ID card
2. Social Security Card
3. Legal Permanent Resident Card (Greencard)
4. Past and Current Passports
5. Addresses and Dates of every place you have lived at for the past 5 years (in chronological order starting with the most recent dates)
6. Company and/or School Names, Addresses and Dates of every place you have worked at for the past 5 years (in chronological order starting with the most recent dates) Also include any periods of time you were either a homemaker, student, and/or unemployed
7. List of Dates & Reason for Court Appearance for all traffic tickets or court related issues
8. List of all current and past spouses, dates of marriage and divorce, current spouse's A# if they have one or date of naturalization (citizenship date), their birthdate, and their current residence address
9. Marriage certificate if you are applying for citizenship based on marriage to your spouse for at least 3 years
10. List of all children (biological & stepchildren), their A# if they have one, their birthdate, and their current residence address
11. SNAP Award Letter if you have one and your tax return for last year if you want to us to check if you can qualify for a waiver or discount of the USCIS Application Fees

## PROTECT YOURSELF!
## GET YOUR CITIZENSHIP!
FREE | SECURE | ACCURATE | EASY





SAVE & COME BACK | ONLINE LEGAL HELP | CONNECT WITH EXPERTS

DON'T WAIT. GO ONLINE TODAY @
citizenshipworks.org/portal/houston




Visit www.citizenshipworks.org/portal/houston to start!

OCAHOUSTON.ORG | Citizenship Questions: (281) 968-9131



# GET OUT THE VOTE

## Election Day:
### Tuesday, November 8th, 2022

## Early Voting:
### October 24 – November 4

## MORE INFO? VISIT:

Harris County:
harrisvotes.com

Fort Bend County:
https://bit.ly/3Tjlwj4











OCA-RESPONSE-APPX-105

# Exhibit 11

000176

```
 1              IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3  LA UNION DEL PUEBLO ENTERO,    )
    et al,                         )
 4       Plaintiffs,               )
                                   )
 5  v.                             )    Case No. 5:21-cv-844-XR
                                   )
 6  GREGORY W. ABBOTT, et al.,     )
         Defendants.               )
 7  _____
    OCA-GREATER HOUSTON, et al.,   )
 8       Plaintiffs,               )
                                   )
 9  v.                             )    Case No. 1:21-cv-780-XR
                                   )
10  JOHN SCOTT, et al.,            )
         Defendants.               )
11  _____
    HOUSTON JUSTICE, et al.,       )
12       Plaintiffs,               )
                                   )
13  v.                             )    Case No. 5:21-cv-848-XR
                                   )
14  GREGORY WAYNE ABBOTT, et al., )
         Defendants.               )
15  _____
    LULAC TEXAS, et al.,           )
16       Plaintiffs,               )
                                   )
17  v.                             )
                                   )    Case No. 1:21-cv-0786-XR
18                                 )
    JOHN SCOTT, et al.,            )
19       Defendants.               )
    _____
20  MI FAMILIA VOTA, et al.,       )
         Plaintiffs,               )
21                                 )
    v.                             )    Case No. 5:21-cv-0920-XR
22                                 )
    GREG ABBOTT, et al.,           )
23       Defendants.               )
    _____
24

25
```

OCA-RESPONSE-APPX-107

**000177**

```
 1  UNITED STATES OF AMERICA,      )
          Plaintiff,              )
 2                                 )
    v.                             )      Case No. 5:21-cv-1085-XR
 3                                 )
    THE STATE OF TEXAS, ET AL.,    )
 4        Defendants               )
    _____

 5

 6

 7

 8  * * * * * * * * * * * * * * * * * * * * * * * * * * *

 9                  VIDEOTAPED ORAL DEPOSITION OF

10                          BOB KAFKA

11                        April 7, 2022

12  * * * * * * * * * * * * * * * * * * * * * * * * * * *

13

14

15          VIDEOTAPED ORAL DEPOSITION OF BOB KAFKA, produced as

16  a witness at the instance of the Office of the Attorney

17  General, and duly sworn, was taken in the above-styled and

18  numbered cause on the 7th day of April, 2022, from 10:12 a.m to

19  4:25 p.m., before Dottie Norman, Certified Shorthand Reporter

20  in and for the State of Texas, reported by machine shorthand,

21  at the Offices of Disability Rights Texas, 2222 W. Braker Lane,

22  Austin, Texas, pursuant to the Federal Rule of Civil Procedure

23  30(b)(6) and the provisions stated on the record.

24

25
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                        210-697-3408
                              OCA-RESPONSE-APPX-108

                                                                          000178

```
 1              A P P E A R A N C E S

 2  FOR DISABILITY RIGHTS TEXAS:

 3       By:  LIA SIFUENTES DAVIS
                  -and-
 4             LUCIA ROMANO
         2222 W. Braker Lane
 5       Austin, Texas  78758
         512.454.4816

 6

 7  FOR ACLU FOUNDATION OF TEXAS, INC.:

 8       By:  THOMAS BUSER-CLANCY
                   -and-
 9             SAVANNAH KUMAR (Present from 1:30 p.m. - 4:25 p.m.)
         5225 Katy Freeway, Suite 350
10       Houston, Texas  77007
         713.942.8146

11

12  FOR THE OFFICE OF THE ATTORNEY GENERAL:

13       By:  ERIC A. HUDSON, Senior Special Counsel
                  -and-
14             KATHLEEN HUNKER (Via Zoom)
         P.O. Box 12548 (MC-009)
15       Austin, Texas  78711-2548
         512.463.2100

16

17  FOR THE BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE:

18       By:  LISA V. CUBRIEL
         101 W. Nueva, 7th Floor
19       San Antonio, Texas  78205
         210.335.2311
20       (Via Zoom)

21  ALSO PRESENT:
         Manuel Martin, Videographer
22       Michael Stewart:  United States of America (via Zoom)
         Shira Wakschlag:  HAUL Plaintiffs (via Zoom)
23       Anthony Nelson:  Travis County Defendants (via Zoom)
         Courtney Hostetler:  Mi Familia Vota (via Zoom)
24       Leigh Tognetti (via Zoom)
         Sam Fishman (via Zoom)
25       Nick Adkins (via Zoom)
         Julia Longoria (via Zoom)
```

OCA-RESPONSE-APPX-109

**000179**

1                              INDEX

2                                              PAGE

Appearances  ......................................  2

3

BOB KAFKA:

4
       Examination by Mr. Hudson .......................  6

5

Correction Sheet ...................................160

6

Signature Page .....................................161

7

Reporter's Certificate .............................162

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408
                         OCA-RESPONSE-APPX-110

                                                                    000180

1                              EXHIBITS

2    NUMBER              DESCRIPTION                        PAGE

3
     Defendants' 1       Deposition Notice                    9
4
     Defendants' 2       Plaintiffs' Second Amended Complaint  39
5
     Defendants' 3       Senate Bill 1                         39
6
     Defendants' 4       Witness List August 9, 2021          47
7
     Defendants' 5       Caller Times News Article 6-14-18    56
8
     Defendants' 6       House Journal April 23, 2007         148
9
     Defendants' 7       Indictment - Marlena Rosanne Jackson 151
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408
                          OCA-RESPONSE-APPX-111

                                                                    000181

 1              THE VIDEOGRAPHER:  We are now on the record.

 2   This begins Videotape No. 1 in the deposition of Bob Kafka.

 3   Today is April 7th, 2022, and the time is 10:12 a.m.

 4              Will counsel and all parties present state their

 5   appearance and who they represent?

 6              MS. DAVIS:  Lia Sifuentes Davis for Disability

 7   Rights Texas representing REVUP.

 8              MR. BUSER-CLANCY:  Thomas Buser-Clancy with the

 9   ACLU of Texas representing REVUP in the deposition.

10              MS. ROMANO:  Lucia Romano, Disability Rights

11   Texas representing REVUP.

12              MR. HUDSON:  Eric Hudson on behalf of the State

13   defendants by way of the Office of the Attorney General.

14              I'd also note for the record that we have

15   several participants via the Zoom feature which is being used

16   to simulcast this deposition virtually.  It's my understanding

17   that no cross-notices have been filed.  That said, we have

18   asked the videographer to send through the Chat function of

19   Zoom a request for all parties who are appearing at today's

20   deposition via Zoom to submit their names and information so

21   that they can be included as having appeared at the deposition

22   today.

23                        BOB KAFKA,

24   having been first duly sworn, testified as follows:

25                        EXAMINATION

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408
                    OCA-RESPONSE-APPX-112

                                                              000182

1      A.   Yeah.  Again, I would have to go back and ask the

2  people, but we also put -- the podcast is -- excuse me.  The

3  podcast is also -- excuse me -- is also shown on the YouTube

4  channel.

5      Q.   You said you also do some hard copy documents.  You

6  have also done a webinar --

7      A.   Yeah.

8      Q.   -- training on voting?

9      A.   Right.

10      Q.   Since Senate Bill 1 passed and was signed by the

11  Governor, have you had to amend any of that?

12      A.   Well, we have had to move our focus.  You know,

13  again, when I started going through the litany of education

14  issues, a lot of that has taken a back seat since SB 1.  I

15  think about five or six of our podcasts have related directly

16  to Senate Bill 1 where our original plans was to start doing a

17  much more intensive, you know, education on those issues that I

18  mentioned previously in terms of that.  So Senate Bill 1 has

19  taken, you know, at least on the podcasts and our document

20  development, much more of our time.

21      Q.   Let me see if I can ask the question a different way

22  because I think what I'm asking is slightly different than what

23  you're answering.

24      A.   Okay.

25      Q.   Maybe I can break this out just a little bit.

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                              210-697-3408
                      OCA-RESPONSE-APPX-113

                                                              000183

1  media, both in print and, you know, all over social media.  And
2  it also has coincided with the increase of the disability vote
3  because of some of the work that we had done since our creation
4  and work that had been done not just by us, but other
5  organizations.  So, you know, the good part is that the number
6  of people who were more involved in the voting process is a
7  positive.  But then SB 1 just caused that to, you know, take up
8  a predominant amount of our time.  So it seems like it's
9  omnipresent.
10      Q.  So even today?
11      A.  Oh, yeah.  I mean, it continued in terms -- you
12  know, we are gearing up now for the -- getting people educated
13  on the runoff and so the debacle in terms of the mail-in ballot
14  in the original primary, 24,000, you know, rejections.  So
15  people are going -- we're going to be spending a lot of time
16  trying to make sure that doesn't occur again.  But, you know, I
17  think that's why we're here.
18      Q.  Well, let me ask you this:  You spent time educating
19  voters in advance of the primary, right?
20      A.  Uh-huh.
21      Q.  And you have been training them on what Senate Bill
22  1 requires, right?
23      A.  Yeah, but it was un -- even for those who had been
24  following that there was a lot of confusion about.  And the
25  Secretary of State did not issue some of the information in a

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                  210-697-3408
                        OCA-RESPONSE-APPX-114

                                                              000184

1      Q.   You have no basis to assert that early voting ballot

2  boards are operated by the Texas Office of the Attorney

3  General, right?

4      A.   Right.

5      Q.   Can you flip over to Section 6.06 of Senate Bill 1

6  on Defendants' 3?  It's at page 54.

7      A.   Okay.

8      Q.   What is REVUP's issue with Section 6.06?

9           MR. BUSER-CLANCY:  Objection; vague.

10          THE WITNESS:  It basically criminalizes, you

11  know, the potential of a community attendant who in good faith

12  is assisting a person.  And because of the narrowing of what

13  assistants can do are putting themselves in jeopardy when they

14  are potentially just assisting a person, and criminalizing

15  something when the individual in good faith signs the oath as

16  currently and then inadvertently, without knowing, setting up

17  something or not doing just the four things that are outlined

18  in Senate Bill 1 that they can do in the oath would be charged

19  with perjury.  And that criminalizes it.  And that is the

20  chilling effect, the criminalization of somebody just helping

21  somebody to vote.  And when you -- and you even said it

22  yourself.  With invisible disabilities and someone that may

23  need assistance, a deaf person, closed-head injury, uh, and

24  somebody thinks maybe even that person doesn't have a

25  disability and they are actually voting for them.  So that's

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408
                        OCA-RESPONSE-APPX-115

                                                                    000185

```
 1                    CHANGES AND SIGNATURE

 2              BOB KAFKA      April 7, 2022

 3   PAGE  LINE      CHANGE                    REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408
                          OCA-RESPONSE-APPX-116

000186

```
 1           I, BOB KAFKA, have read the foregoing deposition and

 2   hereby affix my signature that same is true and correct, except

 3   as noted above.

 4                        _____

 5

     STATE OF TEXAS          )
 6
     COUNTY OF TRAVIS         )
 7

 8           Before me _____ on this day

 9   personally appeared BOB KAFKA, known to me or proved to me

10   under oath or through _____ (description of

11   identity card or other document) to be the person whose name is

12   subscribed to the foregoing instrument and acknowledged to me

13   that they executed the same for the purposes and consideration

14   therein expressed.

15           Given under my hand and seal of office this _____

16   day of _____, 2022.

17

18

19

20                        _____
                          NOTARY PUBLIC IN AND FOR
21                        THE STATE OF TEXAS

22

23

24

25
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                              210-697-3408
                          OCA-RESPONSE-APPX-117

                                                              000187

```
 1              IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3  LA UNION DEL PUEBLO ENTERO,    )
    et al,                         )
 4        Plaintiffs,              )
                                   )
 5  v.                             )    Case No. 5:21-cv-844-XR
                                   )
 6  GREGORY W. ABBOTT, et al.,     )
          Defendants.              )
 7  _____
    OCA-GREATER HOUSTON, et al.,   )
 8        Plaintiffs,              )
                                   )
 9  v.                             )    Case No. 1:21-cv-780-XR
                                   )
10  JOHN SCOTT, et al.,            )
          Defendants.              )
11  _____
    HOUSTON JUSTICE, et al.,       )
12        Plaintiffs,              )
                                   )
13  v.                             )    Case No. 5:21-cv-848-XR
                                   )
14  GREGORY WAYNE ABBOTT, et al., )
          Defendants.              )
15  _____
    LULAC TEXAS, et al.,           )
16        Plaintiffs,              )
                                   )
17  v.                             )
                                   )    Case No. 1:21-cv-0786-XR
18                                 )
    JOHN SCOTT, et al.,            )
19        Defendants.              )

20  MI FAMILIA VOTA, et al.,       )
          Plaintiffs,              )
21                                 )
    v.                             )    Case No. 5:21-cv-0920-XR
22                                 )
    GREG ABBOTT, et al.,           )
23        Defendants.              )
                                   )
24  _____

25
```

OCA-RESPONSE-APPX-118

**000188**

```
 1  UNITED STATES OF AMERICA,    )
           Plaintiff,            )
 2                               )
    v.                           )    Case No. 5:21-cv-1085-XR
 3                               )
    THE STATE OF TEXAS, ET AL.,  )
 4         Defendants            )
   _____

 5
                    REPORTER'S CERTIFICATION
 6              VIDEOTAPED ORAL DEPOSITION OF
                          BOB KAFKA
 7                     April 7, 2022

 8                  I, DOTTIE NORMAN, Certified Shorthand Reporter

 9  in and for the State of Texas, hereby certify to the following:

10                  That the witness, BOB KAFKA, was duly sworn by

11  the officer and that the transcript of the oral deposition is a

12  true record of the testimony given by the witness;

13                  I further certify that pursuant to FRCP Rule

14  30(f)(1) that the signature of the deponent:

15                  X       was requested by the deponent or a party

16  before completion of the deposition and returned within 30 days

17  from date of receipt of the transcript.  If returned, the

18  attached Changes and Signature Page contains any changes and

19  the reasons therefor;

20                  _____ was not requested by the deponent or a

21  party before the completion of the deposition.

22                  I further certify that I am neither attorney nor

23  counsel for, related to, nor employed by any of the parties to

24  the action in which this testimony was taken.  Further, I am

25  not a relative or employee of any attorney of record in this
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                  210-697-3408
                          OCA-RESPONSE-APPX-119

                                                                  000189

1 | cause, nor am I financially or otherwise interested in the

2 | outcome of the action.

3 |             Subscribed and sworn to on this the _____ day

4 | of _____, 2022.

5

6

7    _____

8    DOTTIE NORMAN, Texas CSR 2283
     Expiration Date:  8/31/2023
9    Magna Legal Services
     Firm Registration No. 633
     16414 San Pedro, Suite 900
10   San Antonio, Texas  78232
     866.672.7880

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OCA-RESPONSE-APPX-120

**000190**

# Exhibit 12

OCA-RESPONSE-APPX-121

000191

DocuSign Envelope ID: 416EB0E3-FA15-43E1-B07B-7F8495F33AB9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

---

## SUPPLEMENTAL DECLARATION OF BOB KAFKA

My name is Bob Kafka. I am over the age of 21 and fully competent to make this declaration. I previously submitted a declaration in this case. *See* ECF 611-1, Ex. 41. The facts in my first declaration remain true and this second declaration is intended only to supplement the first, which is incorporated by reference here. Some of the facts set out in the first declaration are repeated here for ease of reading. Under penalty of perjury, I declare the following based on my personal knowledge:

1.      I am the coordinator of REVUP-Texas ("REVUP"), as well as one of three Board members.

2.      REVUP stands for Register, Educate, Vote, Use Power.

3.      REVUP is a statewide, non-partisan, nonprofit grassroots organization that was formed in 2015.

4.      REVUP is a member-based organization whose members are primarily individuals with disabilities.  REVUP currently has about 500 members spread out across Texas. REVUP members with disabilities participate in and help guide the direction of REVUP's efforts.

OCA-RESPONSE-APPX-122

DocuSign Envelope ID: 416EB0E3-FA15-43E1-B07B-7F8495F33AB9

5.      REVUP's members include voters who are eligible to vote by mail.

6.      Since its inception, REVUP's mission has been to empower persons with disabilities through voter registration and assistance, issue advocacy, mobilization and organizing.  REVUP typically engages in a variety of advocacy efforts on behalf of its members, which includes supporting certain policies at local and state legislative bodies, as well as outreach to members to support these policies.  This advocacy involves outreach to its members and others in the disability community through in-person events and trainings.

7.      A primary focus of accomplishing REVUP's mission is registering persons with disabilities, and their allies, to vote. REVUP, therefore, spends significant time to get as many of these individuals registered to vote as it can.  A corollary focus is educating REVUP members and the broader disability community about issues that impact their lives.

8.      To further REVUP's mission to register persons with disabilities, REVUP participates in National Voter Registration Day, and National Disability Voter Registration Week, which is coordinated nationwide by the American Association of People with Disabilities.

9.      To further REVUP's mission to educate its members and the disability community about registering to vote and about issues that impact them, REVUP has a dedicated website, a podcast series entitled "Use Your Power," and a presence on social media (e.g., Facebook, Instagram, and Twitter).

10.      REVUP also produces PSAs to educate and inform its members and the broader disability community about voter registration and issues that impact their lives.

11.      SB 1's passage, however, forced REVUP to shift its focus away from its established voter registration and education efforts and instead focus on educating voters about SB 1's changes to the mail-in-voting process, changes that place new barriers on getting a mail-in ballot.

000193

DocuSign Envelope ID: 416EB0E3-FA15-43E1-B07B-7F8495F33AB9

12.     Prior to SB 1's enactment, REVUP's plans were to devote substantial time and resources on educating its members and the disability community about issues that affect their lives.  Instead, much time and resources were diverted to producing and disseminating podcasts and informational materials focused on SB 1, including changes and barriers in the new vote-by-mail process.

 13.     Educating REVUP's members and others about the risks of improper rejection of a mail-in ballot hampers REVUP's mission of expanding voter registration and increasing voter turnout of persons with disabilities.

14.     REVUP has very limited resources—members do not pay dues—so that time and resources spent producing and disseminating informational materials and podcasts, answering calls and emails, and updating its website to explain the changes and barriers to mail-in-voting, are resources it would otherwise spend elsewhere.

15.     REVUP's voter registration and get out the vote efforts, as well as its goal of empowering the disability community to become a constituency, are undercut when persons with disabilities vote –by mail but have their ballots or applications rejected due to an immaterial identification issue.

16.     Because of SB 1 and its changes to the mail-in voting process, REVUP has had to expend some of its extremely limited financial resources on getting its website updated and for American Sign Language interpreters for its SB 1 podcasts and trainings.

17.     Unless and until SB 1's vote-by-mail requirements are changed, REVUP's voter registration and get out the vote efforts and its policy advocacy will continue to suffer because REVUP will need to continue to spend time and resources educating and warning its members about these onerous and immaterial requirements.

OCA-RESPONSE-APPX-124

000194

DocuSign Envelope ID: 416EB0E3-FA15-43E1-B07B-7F8495F33AB9

18.     REV UP continues to have concerns and diverts resources to address voter assistance restrictions imposed by SB 1. Because SB 1 also imposes criminal penalties for receiving assistance to vote by mail, REV UP is concerned about these restrictions making it harder for persons with disabilities to vote who do not rely on attendants and caregivers, but rather friends who they would need to compensate for their time helping them vote by mail. REV UP also remains concerned about the oath assistors must make under penalty of perjury and the deterring effect this has on assistors and individuals with disabilities not wanting to expose their assistors to an oath.

19.     In the past year, REV UP has had to continue to divert its outreach and  office time  to continue to answer questions about the assistor requirements and penalties imposed by SB 1 as there remains much confusion in the disability voting community. This has taken time away from REV UP's core mission of voter registration and trying to reach new populations so that individuals with disabilities can become registered and vote for the first time.

20.     Additionally, REV UP hosts and will continue to host monthly  meetings of its 10 regional coordinators. The monthly sessions will focus on  issues facing the organization, share information with, and collect feedback from our regional coordinators. While REV UP would want to focus all or most of the session on our core mission of voter registration, we will, unfortunately, need to re-direct and arrange for several portions of these sessions to be devoted to mail-in voting and voter assistance restrictions imposed by SB 1.


This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.  Executed on _____, at Austin, Texas.

June 16, 2023 | 2:19 PM CDT

*Bob Kafka*

17C999BCDC824AC...

Bob Kafka

OCA-RESPONSE-APPX-125

000195