# Appendix 5

## VERIFICATION

STATE OF TEXAS             §
                           §
COUNTY OF TRAVIS           §

BEFORE ME, the undersigned notary public, on this day personally appeared Jonathan White, who has proven to me to be the person whose name is subscribed to the foregoing instrument, and after being duly sworn by me, stated under oath that he has read the answers to Interrogatories 4 and 5 that are contained in Defendants' Objections and Responses to the United States' Second Set of Interrogatories. He is familiar with the facts stated therein and confirms, to the best of his knowledge and based on his own reasonable research efforts as the corporate representative of the Office of the Texas Attorney General ("OAG"), that the investigations listed in responses 4 and 5 are an accurate subset of cases derived from the chart maintained by the Elections Integrity Division that has been produced in this litigation. These investigations were resolved with a plea of guilt, a finding of guilt, or admission of guilt, but do not include pleas of nolo contendere. Cases involving an OAG prosecution diversion program were included in these responses because the program requires the suspect to acknowledge engaging in the alleged conduct, be informed of the law governing the conduct, and agree to abide by the law going forward. In his role as corporate representative for OAG, he further confirms that the answers to Interrogatories 4 and 5, except to the extent that they set forth legal contentions, are true and correct based on his knowledge or information provided to him by other persons.[2]

---

[2] The United States has included "The State of Texas" as a party. *See* ECF 131 at ¶ 12; *see also* 52 U.S.C. § 10101(c). Without waiving any objection or argument to the contrary, the signatory to this verification is also verifying on behalf of the State of Texas insofar as the State of Texas is named as a party by virtue of authority prescribed by federal statute.

_____
JONATHAN WHITE
Division Chief, Election Integrity Division
Office of the Texas Attorney General

SWORN TO AND SUBSCRIBED BEFORE ME on this 11th day of May 2022, to certify which witness my hand and seal of office.

NICOLE CLOUTIER
Notary Public, State of Texas
Comm. Expires 02-24-2023
Notary ID 128534727

_____
Notary Public, State of Texas

14