# Appendix 6

# Transcript of the Testimony of

# Jacquelyn Callanen

**Date:**

April 20, 2022

**Case:**

LA UNION DEL PUEBLO ENTERO vs GREGORY W. ABBOTT

1    Q.   Have you had a similar question posed to you by
2  an election worker and a campaign worker asking whether
3  a campaign worker telling a voter where they can drop
4  off a ballot amounts to vote harvesting, what would you
5  tell them?
6              MS. HUNKER:  Objection, form.
7              THE WITNESS:  I would have no knowledge of
8  that.
9    Q.   (By Mr. White) Are you aware of any instances
10 of voter fraud in connection with vote harvesting prior
11 to Senate Bill-1?
12   A.   Again, am I aware, I am as aware of anybody who
13 watched the news with Rachel -- Raquel Rodriguez, the
14 Veritas thing that they did here in Bexar County.  I
15 don't know that that has gone anywhere.  That is what
16 that woman was talking about yesterday in court.
17             Again, there was a -- I don't know what
18 you want to call it but it was that Veritas and they had
19 this woman who drove the cameraman -- well, the reporter
20 and showed her, showed the reporter how she vote
21 harvested and she has been arrested.
22             But again, I don't know if anything has
23 gone further.  But that would be the only very open one
24 that we knew.
25   Q.   And this is something that you learned about

```
 1  through media reports?
 2      A.   Media, yes, sir.
 3      Q.   Are you aware of any instances of fraud in
 4  connection with vote harvesting that you learned about
 5  through your official responsibilities as elections
 6  administrator?
 7      A.   No, sir.
 8      Q.   I just want to take a step back and ask about
 9  your views about SB-1 as it was being -- going through
10  the legislative process.  Did you take a position either
11  supporting or opposing SB-1 as it was being considered
12  by the Texas Legislature?
13      A.   Yes.
14      Q.   And what was that position?
15      A.   It depends on what the section was at the time.
16      Q.   Okay.
17      A.   You know, that we were working on, was quite
18  vocal on getting the numbers on the back of the voter's
19  card, on the application and the by mail, was very vocal
20  on the original SB-1 where it gave very very broad
21  advantages to the poll watcher which had -- has since
22  been tempered and brought back down, was very very vocal
23  and still am on the mandatory video livestream camera of
24  our office during an election.
25               It just, you know, for that, the main
```

1   thing for us was unfunded mandates and the short time
2   turn around on a lot of this.  But those seem to have
3   been like three of the really top ones, the very very
4   strenuous.
5        Q.   Okay.  And you say -- so you said you were
6   vocal about these.  I want to be a little more specific
7   about them and what sort of direction.  So starting with
8   the last issue, you mentioned about the mandatory video
9   livestream.  Was that something that you supported or
10  opposed?
11       A.   Opposed.
12       Q.   And the provisions regarding expanded rights
13  for poll watchers, is that something you supported or
14  opposed?
15       A.   Opposed.
16       Q.   And I'm sorry.  Can you repeat the first
17  provision that you said you were vocal about
18  regarding --
19       A.   Just the mechanics on the whole mail process,
20  by having to use the two TDL or the SSN.
21       Q.   And these were provisions that you supported or
22  opposed?
23       A.   Opposed.
24       Q.   And you opposed them while SB-1 was being
25  debated?