# Appendix 9

# Transcript of the Testimony of

# Yvonne Ramon

## Date:

May 10, 2022

## Case:

LA UNION DEL PUEBLO ENTERO vs STATE OF TEXAS

1  direct them to -- for the voter to read the ballot, for
2  the voter to mark the ballot.
3              So they're there to assist the voter as
4  the voter necessitates, the need.
5       Q    Are there any policies and procedures that
6  you've had to implement in response these changes to the
7  oath?
8       A    We've not.  I mean, the fact that it's added
9  the verbiage to what we've always been -- we've always
10 had, which we are not here to coerce or influence the
11 voter in any way.
12             So reading the ballot, marking the ballot,
13 perhaps translating -- if the voter is -- is with an
14 English ballot and maybe doesn't understand a term, we
15 are not to give explanations of any kind.  We've never
16 been allowed to do that.
17             We can perhaps translate the word, if need
18 be.  But what does that mean?  It's not part of what we
19 should be doing.  Because now it becomes subjective.
20 Now it becomes my interpretation.  And that's not what
21 we're allowed to do.
22      Q    Are there any interests of Hidalgo County that
23 are served by these changes to the oath?
24             MR. HERBERT:  Objection, form.
25             MS. RAMIREZ:  Objection, form.

```
 1      A    No.
 2      Q    (BY MR. WHITE) All right.  And the last
 3 provision I just want to ask you about is Section 7.04
 4 on page -- at the very bottom of page 58 and continuing
 5 on to page 59.
 6             If you wouldn't mind taking a second to
 7 read through that.  Actually I'll just say I think on
 8 page 59 you can just read lines 1 through 10.  I think
 9 this goes on for a few pages.
10      A    Okay.
11      Q    Are you familiar with this provision of Senate
12 Bill 1?
13      A    Yes.
14      Q    And what does this provision do?
15      A    It outlines again that a person cannot and
16 should not be compensated for assisting voters if they
17 are, in turn, then benefiting from that assistance.
18      Q    Has this provision changed anything that you do
19 as an elections administrator?
20      A    No.
21      Q    Are there are any new policies and procedures
22 that you've had to implement in response to this
23 provision?
24      A    Not yet, no.
25      Q    Are there any interests of Hidalgo County that
```

```
 1  are served by this provision?
 2              MR. HERBERT:  Objection, form.
 3              MS. RAMIREZ:  Objection, form.
 4      A    No.
 5              MR. WHITE:  Okay.  I think now would be a
 6  good time for a break.  We've been going for about
 7  90 minutes.  If that sounds good with everyone.
 8              MS. RAMIREZ:  Sure.
 9              THE VIDEOGRAPHER:  Going off the record.
10  The time is 10:26 a.m.
11              (Break taken.)
12              THE VIDEOGRAPHER:  We are back on the
13  record.  The time is 10:46 a.m.
14      Q    (BY MR. WHITE) All right.  Ms. Ramon, I wanted
15  to do jump back in by asking a few questions about
16  Senate Bill 1 as it was being enacted, as it was sort of
17  going through the website processing, your actions and
18  statements during that time.
19              Did you take a position on Senate Bill 1
20  as it was being considered by the Texas Legislature?
21      A    I was trying to remember.  I'm a past president
22  of the Texas Association of Elections Administrators.
23  And I was not president, of course, last year.  And it's
24  already been maybe five years.  So I was part of the
25  legislative committee.  Because after president, you
```

```
 1  become the legislative committee chair.  So I was being
 2  co-chair.
 3              And I think my name was added to a letter
 4  to the legislator about Senate Bill 1.  But, honestly,
 5  it was just the board that was added, and I don't really
 6  recall what was on the letter.
 7       Q    Okay.
 8       A    The concerns that were outlined, I wouldn't be
 9  able to tell you.  But I do remember that one incident,
10  and I was fine with adding my name.  I just don't recall
11  everything to do with that letter.
12       Q    Sure.  Do you know if this letter is something
13  that you produced in discovery in this case?
14       A    I don't know.  I don't know if I even have a
15  copy.  I think I was asking if I even had a copy.  But
16  I'm sure it's somewhere.
17       Q    And you said you don't recall the specific
18  issues that were discussed in the letter.  Do you
19  know -- are there any details that you can add that you
20  recall about the contents of the letter?
21       A    There are because, you know, there were various
22  bills that we were trying to address and learn -- from
23  1598, of course, on the retrofitting of the equipment.
24  That was really going to affect a county like Hidalgo
25  County.  And 11-11 with all the changes.
```