IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, *et al.*,

    *Plaintiffs*,

v.

STATE OF TEXAS, *et al.*,

    *Defendants*

Case No. 5:21-CV-844-XR
(consolidated cases)

**INDEX OF EXHIBITS TO HAUL AND MFV PLAINTIFFS' OPPOSITION TO INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Title | Date |
|---|---|---|
| A | Expert Report by Franita Tolson | 2/28/22 |
| B | Expert Report by Prof. Douglas L. Kruse | 2/28/22 |
| C | Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)) | 4/26/22 |
| D | Excerpts from Deposition of Bridgette Escobedo | 5/11/22 |
| E | Excerpts from Deposition of Jacquelyn Callanen | 4/4/22 |
| F | Excerpts from Deposition of Jacquelyn Callanen | 2/28/23 |
| G | Excerpts from Deposition of Alan Vera | 2/27/23 |
| H | Excerpts from Deposition of Jacquelyn Callanen | 4/20/22 |
| I | Declaration of Jeffrey Clemmons | 6/22/23 |
| J | Excerpts from Deposition of Rachelle Obakozuwa | 3/21/23 |
| K | Excerpts from Deposition of Jeffrey Clemmons | 4/1/22 |
| L | Excerpts from Deposition of Bob Kafka | 4/7/22 |
| M | Excerpts from Deposition of Jennifer Martinez | 4/12/22 |
| N | Excerpts from Deposition of Maria Gomez | 4/25/23 |
| O | Excerpts from Deposition of Michelle Brown | 4/23/22 |
| P | Excerpts from Deposition of Juanita Valdez-Cox | 3/4/22 |
| Q | Excerpts from Deposition of Ray Shackelford | 4/29/22 |

2

| R | Excerpts from Deposition of Grace Chimene | 4/26/22 |
|---|---|---|
| S | Excerpts from Deposition of Angelica Razo | 4/5/22 |
| T | Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332) | |
| U | Excerpts from Deposition of Toby Cole | 6/28/22 |
| V | Declaration of Jodi Lydia Nunez Landry | 6/22/23 |
| W | Declaration of Nancy Crowther | 6/21/23 |
| X | Declaration of Teri Saltzman | 5/2023 |
| Y | Declaration of Laura Halvorson | 5/24/23 |
| Z | Declaration of Amy Litzinger | 6/21/23 |