# Exhibit E

```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3   LA UNION DEL PUEBLO ENTERO, )
     ET AL                       )
 4                               )
     vs.                         )   CASE NO. 5:21-CV-844-XR
 5                               )
     GREGORY W. ABBOTT, ET AL    )
 6   _____
     OCA-GREATER HOUSTON, ET AL  )
 7                               )
     vs.                         )   CASE NO. 1:23-CV-780-XR
 8                               )
     JOHN SCOTT, ET AL           )
 9   _____
     HOUSTON JUSTICE, ET AL      )
10                               )
     vs.                         )   CASE NO. 5:21-CV-848-XR
11                               )
     GREGORY WAYNE ABBOTT, ET AL )
12   _____
     LULAC TEXAS, ET AL  )
13                               )
     vs.                         )   CASE NO. 1:21-CV-0786-XR
14                               )
     JOHN SCOTT, ET AL           )
15   _____
     MIFAMILIA VOTA, ET AL       )
16                               )
     vs.                         )   CASE NO. 5:21-CV-0920-XR
17                               )
     GREG ABBOTT, ET AL          )
18   _____
     UNITED STATES OF AMERICA   )
19                               )
     vs.                         )   CASE NO. 5:21-CV-1085-XR
20                               )
     THE STATE OF TEXAS, ET AL   )
21   _____

22              ORAL VIDEOTAPED DEPOSITION

23                 JACQUELYN CALLANEN

24                   APRIL 4, 2022

25
```

```
 1        ORAL VIDEOTAPED DEPOSITION OF JACQUELYN CALLANEN,

 2   produced as a witness at the instance of the Defendant

 3   and duly sworn, was taken in the above-styled and

 4   numbered cause on the 4TH day of April, 2022, from

 5   9:11 a.m. to 4:38 p.m., before Sarah A. Prugh          ,

 6   Certified Shorthand Reporter in and for the State of

 7   Texas, reported by machine shorthand at the Offices of

 8   The Texas Attorney General, Consumer Protection

 9   Division, San Antonio Regional Office, 112 E. Pecan,

10   Suite 735, San Antonio, Texas, pursuant to the Federal

11   Rules of Civil Procedure and the provisions stated on

12   the record or attached hereto.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jacquelyn Callanen                                              April 04, 2022
                                                                    Page 161

 1   were told the reason it was rejected.  You know, this

 2   form, the form that we have is a -- it is basically a

 3   checklist where all of the items are listed and then the

 4   staff member just checks you were rejected because you

 5   didn't have your -- one of these numbers.  It was

 6   rejected because you didn't sign it.  It was rejected

 7   because your assistant on it did not give their address.

 8   It was assigned -- there is all of these different

 9   reasons that we have used in the past.

10        Q.   And is all you did mail it, mail them the

11   rejection and send it back to them?

12        A.   Yes.  And again, this letter tells them we need

13   to have it back, you know, in-house and the date they

14   had to have it back to us.

15        Q.   And do you know how many actually sent it back

16   corrected?

17        A.   No.

18        Q.   Did you call or email any of these people

19   regarding their applications?

20        A.   We did not call or email on the applications

21   but we did call/email/send notices on the actual ballot.

22        Q.   Were you permitted to call and email people who

23   had submitted applications with errors with the numbers

24   provided?

25        A.   Probably.  I mean I know we have done it case

Jacquelyn Callanen                                    April 04, 2022
                                                         Page 186

1       Q.    So is it fair to say that the poll watchers are

2   reporting back to the candidates, not to you?

3       A.    Correct, or to the parties.

4       Q.    Are you aware that SB-1 required poll watchers

5   to complete training?

6       A.    Yes.

7       Q.    What do you know about that training?

8       A.    It is a joke.

9       Q.    Why do you say that?

10      A.    It is set up on the Secretary of State's web

11  site.  You can click through it.  There is no

12  timing/time limit.  You just have to click through the

13  pages, get to the last page and print your certificate.

14  The Secretary of State has managed for many years a

15  wonderful program where the election officials can go

16  for training.  And they have to go through their modules

17  and modules and modules and then they are required to

18  take a test.  And if they don't pass the test, well then

19  they don't get their certificate.  But there is no such

20  requirement for the poll watchers.  They just have to

21  sit there and click through the program themselves and

22  they can print their certificate.  And so from that

23  standpoint, we have no -- absolutely no standing to know

24  if they have taken the training, if they in fact

25  themselves took the raining or someone else didn't sign

Jacquelyn Callanen

April 04, 2022
Page 187

1  in for them to get a certificate.

2      Q.    What does the certificate say on it?

3      A.    It just says -- I have one.  Of course I wanted

4  to see how this was.  I first-hand went onto the system

5  and took the training and printed out my certificate.

6  And I made copies and made sure that every one of my

7  election officials at every poll site had a copy of that

8  certificate so they knew what it would look like.  And

9  so it just says Jackie Callanen has been appointed as a

10  poll watcher for the State of Texas.  And this one is

11  effective August -- and I don't -- I want to say it is

12  August 1st of 2022.  So they all have to go in and play

13  this game again for the November ballot.

14            It was given for -- I don't know -- like

15  six months, eight months.  But it expires in August of

16  2022.

17      Q.    Are the poll watchers now required to take an

18  oath?

19      A.    Yes, they always had to.

20      Q.    What was the change to the oath in SB-1?

21      A.    Now it says -- it is more of a constitutional

22  oath.  And I think this one now says that they don't

23  have any cameras or recording devices with them.

24            (Exhibit 7 marked)

25      Q.    (By Mr. Jeff White) Let me hand you another