# Exhibit F

Jacquelyn Callanen                                    February 28, 2023

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3

    LA UNION DEL PUEBLO        )
 4  ENTERO, ET AL.,            )
                               )
 5          Plaintiffs,        )
                               ) Case No. 5:21-CV-844-XR
 6  vs.                        )
                               )
 7  GREGORY W. ABBOTT, ET AL.,)
                               )
 8          Defendants.        )
    _____)
 9  OCA-GREATER HOUSTON,       )
    ET AL.,                    )
10                             )
            Plaintiffs,        )
11                             ) Case No. 1:21-CV-780-XR
    vs.                        )
12                             )
    JANE NELSON, ET AL.,       )
13                             )
            Defendants.        )
14  _____)
    HOUSTON JUSTICE, ET AL.,   )
15                             )
            Plaintiffs,        )
16                             ) Case No. 5:21-CV-848-XR
    vs.                        )
17                             )
    GREGORY WAYNE ABBOTT,      )
18  ET AL.,                    )
                               )
19          Defendants.        )
    _____)
20  LULAC TEXAS, ET AL.,       )
                               )
21          Plaintiffs,        )
                               ) Case No. 1:21-CV-0786-XR
22  vs.                        )
                               )
23  JANE NELSON, ET AL.,       )
                               )
24          Defendants.        )
    _____)
25  MI FAMILIA VOTA, ET AL.,   )
                               )
```



Jacquelyn Callanen                                    February 28, 2023
                                                              Page 2

```
 1            Plaintiffs,      )
                               )
 2   vs.                       )
                               ) Case No. 5:21-CV-0920-XR
 3   GREG ABBOTT, ET AL.,      )
                               )
 4            Defendants.      )
     _____)
 5   UNITED STATES OF AMERICA, )
                               )
 6            Plaintiff,       )
                               )
 7   vs.                       )
                               ) Case No. 5:21-CV-1085-XR
 8   THE STATE OF TEXAS,       )
     ET AL.,                   )
 9                             )
              Defendants.      )
10   _____)

11

12        *************************************

13        ORAL AND VIDEOTAPED DEPOSITION OF

14              JACQUELYN CALLANEN

15               FEBRUARY 28, 2023

16        *************************************

17

18        THE ORAL AND VIDEOTAPED DEPOSITION of

19   JACQUELYN CALLANEN, produced as a witness at the

20   instance of the Defendant, and duly sworn, was taken

21   in the above styled and numbered cause on Tuesday,

22   the 28th day of February, 2023 from 9:10 a.m. to

23   3:51 p.m., before PAMELA SUE PETERSON, Certified

24   Shorthand Reporter in and for the State of Texas,

25   reported by stenographic and computer-aided
```



1   transcription, at the Office of the Texas Attorney

2   General, Weston Centre, 112 East Pecan Street,

3   3rd Floor, San Antonio, Texas 78205, pursuant to the

4   Federal Rules of Civil Procedure and the provisions

5   stated on the record or attached hereto.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1    quantify how many left and then came back?

 2         A.    No, sir.

 3         Q.    Okay.  Now, focusing for a moment on poll

 4    watchers.  Do you believe that there were any issues

 5    of fraud in the 2022 general election that poll

 6    watchers exposed in Bexar County?

 7         A.    No.

 8         Q.    I believe you testified last year that you

 9    considered the training that was provided to poll

10    watchers to be a joke.

11         A.    Correct.

12         Q.    Do you remember that testimony?

13         A.    Oh, absolutely.

14         Q.    And in preparation for the general

15    election, was the same training given to poll

16    watchers?

17         A.    No, they -- they did adapt it.

18         Q.    And was the poll watcher training still a

19    joke?

20         A.    Yes, sir.

21         Q.    And why was that, in your view?

22         A.    Again, the first time it was just them

23    listen -- listening to -- or it's not a PowerPoint.

24    I don't know what it's called, but it has sound.  But

25    it's -- the sense of it, was just, like, a video they
```



Jacquelyn Callanen

February 28, 2023
Page 151

1    listened and no qualifiers did -- did they complete

2    it and there -- it was nothing.  They just had their

3    certificate.

4           And then when we made our feelings known,

5    the -- they updated the PowerPoint to, then, ask some

6    questions after the -- whatever, like, the segment

7    and then there would be a couple questions, there

8    would be a segment and a couple questions.  But at no

9    time did it have to pass -- you know, you have to

10   have a 70, you have to have a 75.  There was -- there

11   was absolutely no metrics with it, that -- it's,

12   like, okay if we sat here and completed it, here's

13   your certificate.  So, it still was not anything that

14   we compared to our election officials.

15      Q.   So, it's your understanding that a person

16   could take the poll-watcher training and respond to

17   the questions, and respond to the questions

18   incorrectly and still pass the poll watcher?

19      A.   Keep going.  Yes, sir.

20      Q.   In connection with the general election,

21   did you lose election judges because of concerns

22   about poll watchers?

23      A.   Yes, sir.

24      Q.   Did you lose other election employees?

25      A.   No, not full-time staff.  No.



Jacquelyn Callanen                                    February 28, 2023
                                                           Page 152

```
 1        Q.   Did you lose poll workers?
 2        A.   Yes.
 3        Q.   So, is it your testimony that there were
 4   people who were experienced election judges,
 5   experienced alternates, experienced election clerks,
 6   who stopped working with you during the 2022 election
 7   because they were concerned about poll workers?
 8        A.   Yes, sir.
 9        Q.   About poll watchers?
10        A.   Yes, sir.
11        Q.   And were there individuals who had been
12   election judges, alternates and election clerks who
13   ultimately did not decide not to work with you but
14   who needed persuasion and encouragement in order to
15   stay with you?
16        A.   Yes.
17        Q.   And are you able to estimate the amount of
18   time that you needed to put in to encouraging people
19   to remain with you despite the poll watcher
20   provision?
21        A.   Again, I can't quantify it, but it was very
22   necessary, on a one-on-one basis.  I mean, when you
23   have one of your better election officials tell you
24   that they're not -- no longer going to work now
25   because the poll watcher is going to be following
```



1   here.  And so, everybody is very, very outgoing, and

2   they're in a nonthreatening venue.  They are among

3   friends and people who would consider family.

4            So, our goal is to capture as much

5   information as we can to be able to say in the pink

6   note, or it's -- at the next election, please be

7   aware, you'll have people trying to cross your

8   100-foot mark.  Please be aware you have, you know,

9   overactive campaign workers.  Please be aware, and

10  that kind of stuff.

11       Q.  So, in -- in terms of -- of where

12  information that you have gained in those after

13  action meetings gets turned into writing, it would be

14  in the pink note?

15       A.  Yes, sir.

16       Q.  Anyplace else?

17       A.  No.

18       Q.  Okay.

19       A.  I mean, you know, handwritten notes as

20  you're sitting there talking but then they get thrown

21  away.

22       Q.  Okay.  Do you know how many election judges

23  you lost before the 2022 general election because of

24  those individual's concerns about poll watchers?

25       A.  Probably -- probably close to 20 percent



Jacquelyn Callanen

February 28, 2023
Page 163

 1   because we did -- we also -- again, please

 2   understand, we have our early voting sites.

 3        Q.   Uh-huh.

 4        A.   And again, per the code, as a vote center

 5   county, if we have this building as a -- as an early

 6   voting center, then it's required to be an election

 7   day site.  So, if you've been there for two weeks,

 8   12 days, then the voters know to go there, so you

 9   have to be there.

10             And I had -- I -- we had a -- had a couple

11   of our election officials in November specifically

12   that completed early voting and then let us know at

13   the end that they weren't going to do election day.

14   They -- they -- they couldn't take it anymore.  They

15   just -- they -- they were exhausted, mentally and

16   physically stressed.  They weren't going to do it.

17   So, you know, we -- we put somebody else in there.

18        Q.   And that -- when you say "a couple," was

19   it -- was it two?  Or was it more than two?

20        A.   It was a few more.

21        Q.   Okay.  And those individuals, were they

22   judges, alternates or clerks?

23        A.   The way it usually happens, sir, is that

24   those groups are really tight-knit.  They trust each

25   other.  They know how to handle it.  So, if the



1    and then all of a sudden you're getting somebody,

2    argh, argh, argh, argh, that's growling at them as

3    they're handing their, you know, ID over to them.

4    So, again, it -- it had a different tone.

5         Q.   And -- so now to change the topic just a

6    little.  You testified back a year ago, little less

7    than a year ago, that the secretary of state's office

8    had not provided a handbook for election judges.

9         A.   It's true.

10        Q.   Did they -- did that office get a handbook

11   to you for election judges in advance of the 2022

12   general election?

13        A.   Yes.

14        Q.   Okay.  But am I correct that that handbook

15   did not include material concerning poll watchers?

16        A.   It had -- it had a synopsis.  But again,

17   that's why we -- I felt compelled to give them the

18   complete handbook of the poll watcher.  These are the

19   rules that they should have, so take a minute to read

20   these, you know.

21        Q.   Did you give your election judges any

22   guidance concerning how close a poll watcher could

23   get to a voter?

24        A.   No.

25        Q.   And did you give them any guidance

