# Exhibit G

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TEXAS
                 SAN ANTONIO DIVISION


LA UNION DEL PUEBLO ENTERO,   )
et al.,                       )
                              )
      Plaintiffs,             )   Civil Action
                              )   No. SA-21-CV-00844-XR
vs.                           )
                              )
GREGORY W. ABBOTT, et al.,    )
                              )
      Defendants.             )
                              )
```

---

ORAL DEPOSITION OF

ALAN VERA

FEBRUARY 27, 2023

---

ORAL DEPOSITION OF ALAN VERA, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on February 27, 2023, from 10:00 a.m. to 3:37 p.m., Nilda Codina, Notary in and for the State of Texas, recorded by machine shorthand, from Javier N. Maldonado & Associates, P.C., 1415 North Loop W., Suite 600, Houston, Texas, County of Harris pursuant to the Federal Rules of Civil Procedure, and the provisions stated on the record or attached hereto.

```
 1   1 says can even inspect the ballot.  That's not true
 2   when the voter's being assisted by their own chosen
 3   assistant.
 4         Q.    So how -- you know if a watcher asks you how
 5   close can I be in order to perform that function and
 6   you say being right there, how close is right there in
 7   a numerical sense?
 8         A.    We are still referring to a voter being
 9   assisted by an election worker, I've told the poll
10   watchers they can be right there at the polling booth
11   to be able to see every action made by the election
12   worker and hear every instruction given by the voter to
13   the election worker, close enough to see and hear.
14         Q.    Okay.  And how far is that in terms of
15   distance?
16         A.    It depends how good the poll watchers vision
17   and hearing is.
18         Q.    Okay.  So let's say it's not great, but the
19   poll watcher still capable of seeing and hearing, if
20   the poll watcher says can I stand one foot from the
21   voter, would you say that's okay?
22         A.    I would tell the vote poll watcher if you
23   need to stand one foot from the voter to see and hear
24   everything, yes.  Do not make contact with the voter or
25   the election worker.
```

```
 1  checks in.
 2                 So if the election worker, by shifting
 3  his body to block the screen or making the table so
 4  close to the wall the poll watcher can't stand there,
 5  those are things that the election workers could do
 6  that would prohibit the -- the poll watcher from being
 7  able to see and hear all the transactions.
 8       Q.   Okay.  Describe for me actions by a poll
 9  worker that would distance the watcher from the
10  activity or procedure to be observed in a manner that
11  would make observation not reasonably effective with
12  respect to activities that involve the voter?
13       A.   The most blatant example of that is an
14  election judge, the presiding judge of a polling place
15  telling the voter they cannot move any closer than this
16  distance.
17       Q.   Or telling the watcher?
18       A.   Right, telling the watcher they cannot be any
19  closer than this distance.
20       Q.   Okay.  So for example saying you can't get
21  closer than three feet to the poll worker assisting the
22  voter and casting the ballot?
23       A.   Correct.
24       Q.   Okay.  Is it within the scope of what a poll
25  watcher can do to write down the names of voters as
```