# Exhibit J

```
 1           IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION

 3
     LA UNION DEL PUEBLO         §
 4   ENTERO, et al.,             §
          Plaintiffs,            §
 5                               §
     v.                          §  Case No. 5:21-cv-844-XR
 6                               §
     GREGORY W. ABBOTT, et       §
 7   al.,                        §
          Defendants,            §
 8                               §
     _____ §
 9                               §
     OCA-GREATER HOUSTON, et     §
10   al.,                        §
          Plaintiffs,            §
11                               §
     v.                          §  Case No. 1:21-cv-780-XR
12                               §
     JANE NELSON, et. al.,       §
13        Defendants,            §
                                 §
14   _____ §
                                 §
15   HOUSTON JUSTICE, et         §
     al.,                        §
16        Plaintiffs,            §
                                 §
17   v.                          §  Case No. 5:21-cv-848-XR
                                 §
18   GREGORY WAYNE ABBOTT,       §
     et al.,                     §
19        Defendants,            §
                                 §
20   _____ §
                                 §
21   LULAC Texas, et al.,        §
          Plaintiffs,            §
22                               §
     v.                          §  Case No. 1:21-cv-0786-XR
23                               §
     JANE NELSON, et al.,        §
24        Defendants,            §
                                 §
25   _____ §
```



MAGNA
LEGAL SERVICES

```
 1   MI FAMILIA VOTA, et        §
     al.,                       §
 2        Plaintiffs,           §
                                §
 3   v.                         §   Case No. 5:21-cv-0920-XR
                                §
 4   GREG ABBOTT, et al.,       §
          Defendants.           §
 5

 6

 7

 8

 9            ORAL AND VIDEOTAPED DEPOSITION OF

10                  RACHELLE OBAKOZUWA

11                     MARCH 21, 2023

12

13

14

15        ORAL AND VIDEOTAPED DEPOSITION OF RACHELLE

16   OBAKOZUWA, produced as a witness at the instance of the

17   Defendants and duly sworn, was taken in the above styled

18   and numbered cause on Tuesday, March 21, 2023, from

19   3:51 p.m. to 6:44 p.m., before DONNA QUALLS, Notary

20   Public in and for the State of Texas, reported by

21   computerized stenotype machine, at the offices of Harris

22   County Attorney's Office, 1019 Congress Street, 15th

23   Floor, Houston, Texas, pursuant to the Federal Rules of

24   Civil Procedure, and any provisions stated on the record

25   or attached hereto.
```



```
 1        Q.  So why do you think the rejection rate was
 2   higher in November 2022 than in the past elections shown
 3   here?
 4              MS. HUNKER:  Objection; form.
 5        A.  SB1 has brought challenges to mail voting that
 6   were not part of any of the other elections --
 7   elections.
 8              MS. PAIKOWSKY:  I think I am ready to pass
 9   the witness.
10                         EXAMINATION
11   BY MS. HOLMES:
12        Q.  Good afternoon.  My name is Jennifer Holmes,
13   and I represent the -- and now I have a microphone.
14              Good afternoon.  My name is Jennifer
15   Holmes, and I represent the HAUL plaintiffs in this
16   case.  Thank you for bearing with us today.
17              You testified earlier that your office had
18   engaged in increased efforts to recruit election
19   workers; is that correct?
20        A.  Yes.
21        Q.  And I believe you also testified that there was
22   some relation between SB1 and difficulty in retaining
23   election workers; is that correct?
24        A.  Yes.
25        Q.  And what is the relationship between SB1 and
```



```
 1   the difficulty retaining election workers?
 2        A.   After SB1, we received a lot of phone calls
 3   from election workers that, particularly judges, that
 4   they were concerned at the way that laws were being
 5   written that make it more challenging for them where
 6   they would be concerned that they could do something
 7   wrong.  And so they -- we had a lot more declines,
 8   people declining to work for those reasons.
 9        Q.   Okay.  And specifically for the November 2022
10   election, can you quantify the number of people that
11   declined to work?
12        A.   There were almost 600 people that declined to
13   work, 600 judges that declined to work Election Day in
14   November 2022.
15        Q.   And do you know how many of those election
16   judges, those 600, declined and cited reasons as part of
17   the reason SB1?
18        A.   I couldn't quantify that.
19        Q.   Have any election judges who declined to work
20   or are concerned about working communicated what
21   specifically about SB1 raises concerns?
22        A.   That poll watchers at the voting location can
23   be a challenge to work with and that they don't know
24   when they are doing something that would get them in
25   trouble with a poll watcher.
```



```
 1        Q.   And in connection with the November 2022
 2   election, what instructions did you give election
 3   workers at those training concerning where poll watchers
 4   are permitted to move around within polling places?
 5        A.   They are permitted -- we instructed them that
 6   they are permitted to move around anywhere in the
 7   polling place that -- they are not allowed to inspect a
 8   voter's ballot unless an election worker is assisting
 9   that worker.
10        Q.   Okay.  And did you provide any instructions
11   about how -- whether or not a poll watcher is permitted
12   to, say, stand behind a voter who is at -- at a voting
13   booth?
14        A.   Not that granular other than just stating that
15   they can't monitor a voter's ballot without an --
16   without the election worker assisting.
17        Q.   Do you have an understanding of whether a poll
18   watcher can, you know, stand directly behind a voter
19   who's at a voting booth?
20             MS. HUNKER:  Objection; form.
21        A.   What my understanding is is that, if a -- if a
22   poll watcher is monitoring a voter's ballot or close
23   enough that they are monitoring a voter's ballot, then
24   that would be an interference or breaking of the policy.
25        Q.   (BY MS. HOLMES)  And in training election
```



Rachelle Obakozuwa               March 21, 2023
Page 70

```
 1   workers, are you given instructions about how close that
 2   would be if a poll watcher would be able to monitor a
 3   voter's ballot?
 4        A.   No.
 5        Q.   Do you have an understanding of how close that
 6   would be?
 7        A.   No.
 8        Q.   Is there a reason that in the trainings you
 9   don't kind of specify how close a poll watcher could be
10   to a voter -- sorry.  I'll just end the question there.
11   Let me start over.
12             In the -- in training election workers, is
13   there a reason why you do not give them instructions
14   about if there is a distance that a poll watcher must
15   maintain from a voter who is at a voting booth?
16        A.   Two reasons.  One is the state doesn't
17   prescribe a distance.  And the second is that the law is
18   written in a way that tells the election worker not to
19   interfere with a -- a poll watcher having free movement
20   in the location.
21        Q.   And have any election workers communicated
22   confusion about how they are supposed to apply that rule
23   about free movement for poll watchers?
24        A.   I'm not sure that they have expressed
25   confusion, but they have asked about certain situations.
```



1    Q.  Can you give me any examples?
2    A.  There was a complaint of a poll watcher that
3  was too close.  They -- the election judge thought the
4  poll watcher was too close to the voter, that they could
5  see the voter's ballot.  So they called into our help
6  line who attempted to get the election judge to find out
7  if the poll watcher was inspecting the ballot.
8    Q.  And do you know how that was resolved?
9    A.  The judge -- it's my understanding and it
10 was -- I don't believe this was written in the ticket.
11 But what would have been procedure would be to tell the
12 judge to ask the poll watcher.
13   Q.  To ask the poll watchers what exactly?
14   A.  Right.  If they were inspecting the ballot.
15   Q.  Okay.  Can you describe what a typical setup
16 looks like in a polling place in Harris County during
17 the November 2022 election in terms of the placement of
18 the voting machines?
19   A.  It can range.
20   Q.  Okay.
21   A.  But there is controller where a qualifying
22 clerk will stand or sit and check in voters.  And
23 attached to that controller is a line of Duos, Duo
24 voting machines, and they are to be placed in a way
25 where the cords are underneath the machines and out of

