# Exhibit M

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   LA UNION DEL PUEBLO            )
     ENTERO, et al,                 )
 4                                  )
              Plaintiffs,           )
 5                                  ) CIVIL ACTION
     VS.                            )
 6                                  ) NO.: 5:21-cv-844-XR
     GREGORY W. ABBOTT, et al,      )
 7                                  )
              Defendants.           )
 8                                  )

 9         ----------------------------------

10          ORAL AND VIDEOTAPED DEPOSITION OF

11                  JENNIFER MARTINEZ

12                   APRIL 12, 2022

13         ----------------------------------

14      ORAL AND VIDEOTAPED DEPOSITION OF JENNIFER

15   MARTINEZ, produced as a witness at the instance of the

16   DEFENDANTS, and duly sworn, was taken in the

17   above-styled and numbered cause on April 12, 2022, from

18   10:12 a.m. to 1:46 p.m. before Miah Parson, CSR in and

19   for the State of Texas, reported by oral stenography, at

20   the law offices of Reed Smith LLP, 401 Congress Avenue,

21   Suite 1800, Austin, Texas 78701, pursuant to the Federal

22   Rules of Civil Procedure and the provisions stated on

23   the record or attached hereto.

24

25
```

```
 1   Otherwise, I'd prefer that you not instruct the witness
 2   on how she should answer things.
 3              MS. LOPEZ:  That's fine.
 4        A.   We -- we contend that the voter assistance
 5   issue would impact Ms. Litzinger.  There is a chilling
 6   effect on folks who are looking to support folks with
 7   disabilities.  If they are asked to sign a form that
 8   says that they are -- could be criminally prosecuted for
 9   helping a person erroneously.  There's also not the
10   opportunity for her to be fully supported.  I don't know
11   what Ms. Litzinger needs, but it could be additional
12   support, cueing, navigating the poling place,
13   translation services.  Any of those that the Arc of
14   Texas is concerned that would be limited in how she is
15   supported and her assister would be likely to assist her
16   in voting because of their concern about filling out a
17   form that could have criminal penalties.
18        Q.   Do you know whether Ms. Litzinger voted in
19   person in the March 22nd primary?
20        A.   I do not.
21        Q.   Do you know whether Ms. Litzinger voted at all
22   in the March 22 primary?
23        A.   I do not.
24        Q.   Do you know whether Ms. Litzinger has ever
25   voted in an election?
```

```
 1   developmental disabilities?
 2        A.   Without the appropriate supports that's a
 3   possibility.
 4        Q.   Let's move onto Section 6.05 which is at
 5   Page 53.  What is the Arc of Texas' factual contention
 6   for how Ms. Litzinger is harmed by Section 6.05?
 7        A.   We believe that a barrier is placed in front of
 8   anybody with a disability who is looking to vote when
 9   there is a criminal penalty for filling out a form
10   incorrectly that's a concern and is a barrier in our
11   minds.
12        Q.   You understand that Section 6.05 applies to a
13   person who assists not the person voting, right?
14        A.   Correct.
15        Q.   So I guess what I'm trying to get at is, what
16   is the factual contention about how this impacts the
17   person with the disability?
18        A.   The person with the disability could be
19   impacted by an assister because they are concerned about
20   a criminal penalty.  Not receiving the appropriate
21   supports and assistance that they need to successfully
22   vote.
23        Q.   Does Arc of Texas have any examples that you
24   can give me today of an assister who has declined to
25   provide assistance on account of criminal penalties in
```