# Exhibit N

Maria Gomez                                                                                      April 25, 2023

```
 1              IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3

 4   LA UNION DEL PUEBLO ENTERO,    )(
     et al.                         )(
 5           Plaintiffs             )(
                                    )(
 6   VS.                            )(    CASE NO.
                                    )(    5:21-cv-844-XR
 7                                  )(    (LEAD CASE)
     GREGORY W. ABBOTT, et al.      )(
 8           Defendants             )(
     _____
 9
     OCA-GREATER HOUSTON, et al.    )(
10           Plaintiffs             )(
                                    )(    CASE NO.
11   VS.                            )(    1:21-cv-780-XR
                                    )(
12   JANE NELSON, et al.            )(
             Defendants             )(
13   _____

14   HOUSTON AREA URBAN LEAGUE,     )(
     et al.                         )(
15           Plaintiffs             )(
                                    )(    CASE NO.
16   VS.                            )(    5:21-cv-848-XR
                                    )(
17   GREGORY WAYNE ABBOTT, et al.   )(
             Defendants             )(
18   _____

19   LULAC TEXAS, et al.            )(
             Plaintiffs             )(
20                                  )(
                                    )(    CASE NO.
21   VS.                            )(    1:21-cv-0786-XR
                                    )(
22   JANE NELSON, et al.            )(
             Defendants             )(
23   _____

24

25
```



```
 1  _____
 2   MIFAMILIA VOTA, et al.          )(
           Plaintiffs                )(
 3                                   )(  CASE NO.
     VS.                             )(  5:21-cv-0920-XR
 4                                   )(
     GREG ABBOTT, et al.             )(
 5        Defendants                 )(
    _____
 6
     UNITED STATES OF AMERICA        )(
 7        Plaintiff                  )(
                                     )(  CASE NO.
 8   VS.                             )(  5:21-cv-1085-XR
                                     )(
 9   THE STATE OF TEXAS, et al.      )(
          Defendants                 )(
10  _____
11
                   ORAL AND VIDEOTAPED DEPOSITION OF
12                            MARIA GOMEZ
                            APRIL 25, 2023
13  _____
14
15         ORAL AND VIDEOTAPED DEPOSITION OF MARIA GOMEZ,
16   produced as a witness at the instance of the State
17   Defendants, taken in the above-styled and numbered
18   cause on APRIL 25, 2023, between the hours of
19   10:07 a.m. and 12:17 p.m., reported stenographically by
20   DONNA McCOWN, Certified Court Reporter No. 6625, in and
21   for the State of Texas, at La Union Del Pueblo Entero,
22   1601 US 83 Business, San Juan, Texas, pursuant to the
23   Federal Rules of Civil Procedure and any provisions
24   stated on the record or attached therein.
25
```



```
 1   vote, but you felt worried about the law and that's why
 2   you stopped helping people vote; is that correct?
 3              MS. SERNA URIBE:  Same objections.
 4      A.   I decided.
 5      Q.   Why -- how did you come to that decision?
 6              MS. SERNA URIBE:  Objection, vague; and
 7   objection, calls for speculation.
 8      Q.   You can answer.
 9      A.   What was the question I need to answer?
10      Q.   How did you come to that decision to stop
11   helping people vote?
12              MS. SERNA URIBE:  Same objections.
13      Q.   You can answer.
14      A.   Because of the restrictions and then under oath
15   and so many things that I didn't understand.
16      Q.   Were you -- have you ever read the law -- or
17   the SB 1 law?
18      A.   I have heard of it.
19      Q.   When you say you've heard of it, where have you
20   heard of it?
21              MS. SERNA URIBE:  Objection, vague.
22      Q.   You can answer.
23      A.   Well, on TV, on the radio, with people.
24      Q.   When you went to trainings or meetings with
25   LUPE, did they ever discuss the law?
```



```
 1              MS. SERNA URIBE:  Objection, vague.
 2       A.  I don't remember.
 3       Q.  Did you ever communicate your concerns about
 4  assisting voters with anybody within LUPE's management
 5  or any community organizers or anybody else?
 6              MS. SERNA URIBE:  Objection, vague.
 7       Q.  You can answer.
 8       A.  What's the question?
 9       Q.  Did you --
10       A.  I'm sorry.
11       Q.  It's okay.  Did you ever share any of your
12  concerns regarding the SB 1 law with anybody in LUPE,
13  any community organizers, any staff?
14              MS. SERNA URIBE:  Same objections.  Also
15  objection for compound question.
16       A.  I don't remember.
17       Q.  Before 2021, you used to help people vote; is
18  that correct?
19              MS. SERNA URIBE:  Objection, vague.
20       A.  Yes.
21       Q.  Did those people ever contact you after 2021 to
22  seek your assistance?
23              MS. SERNA URIBE:  Objection, vague.
24       A.  I don't remember.
25       Q.  Did you ever communicate to any people you
```



1    previously helped vote that you were no longer going to
2    assist them vote?
3              MS. SERNA URIBE:  Objection, vague.
4         Q.   You can answer.
5         A.   Yes, they did ask me.
6         Q.   And what was your response?
7         A.   I told them that I was not trained anymore to
8    be able to help them.
9         Q.   Okay.  Ms. Gomez, I want to narrow down what
10   you were no longer trained for.  You no longer received
11   any training after SB 1 was passed.  Is that your
12   testimony?
13             MS. SERNA URIBE:  Objection, vague.
14        Q.   You can answer.
15             MS. SERNA URIBE:  Objection,
16   mischaracterizes the prior testimony.
17        A.   I don't remember.
18        Q.   You said you loved helping people or
19   volunteering for LUPE; is that correct?
20        A.   Yes.
21        Q.   So deciding not to help people vote is a big
22   decision; is that correct?
23             MS. SERNA URIBE:  Objection, vague;
24   objection, mischaracterizes prior testimony.
25        Q.   You can answer.



```
 1        A.   I think that more than anything, it was the
 2   fear that that law would be hurting me for me helping
 3   people to vote.
 4        Q.   But what was -- what was the basis of that
 5   fear?
 6             MS. SERNA URIBE:  Objection, vague;
 7   objection, calls for speculation.
 8        A.   I believe to hear the negative things about
 9   this law.
10        Q.   To your understanding, what were the negative
11   things about the law?
12             MS. SERNA URIBE:  Objection, vague; and
13   objection, calls for speculation.
14        A.   I don't remember right now, but yes, but I
15   don't remember.
16        Q.   Would you go help people to go vote today if
17   you could?
18             MS. SERNA URIBE:  Objection, vague;
19   objection, calls for speculation.
20        Q.   You can answer.
21        A.   Can you ask me again?
22        Q.   Would you go help people today to go vote if
23   you could?
24             MS. SERNA URIBE:  Same objections.
25        A.   If I could, I would think so.  Without fear,
```



Maria GomezApril 25, 2023
Page 21

```
 1   yes.
 2      Q.  So what is stopping you?  What is the fear
 3   stopping you today?
 4             MS. SERNA URIBE:  Objection, vague.
 5      A.  The fear that this law is going to affect me
 6   personally.
 7      Q.  Is that -- strike that.
 8             When you say this law will affect -- the
 9   fear that this law will affect you personally, is that
10   in regards to mail-in voting?
11             MS. SERNA URIBE:  Objection, vague.
12      A.  Part of it.
13      Q.  What parts of the mail-in voting portions of
14   SB 1 worry you?
15             MS. SERNA URIBE:  Objection, vague.
16      A.  It was a drastic change.  We didn't get the
17   voting card to vote through mail.  And several people
18   cannot go and vote at the voting polls.  That's one of
19   my fears.
20      Q.  Your fear is that people were no longer getting
21   mail-in ballots?
22             MS. SERNA URIBE:  Objection,
23   mischaracterizes the testimony.
24      A.  Yes.
25      Q.  Do you know of anybody that requested a mail-in
```



```
 1        Q.   As a volunteer.
 2             MS. SERNA URIBE:  Objection, vague.
 3        A.   I take people.
 4        Q.   You took people to the voting location?
 5        A.   Some.
 6        Q.   Did you -- did they ever request help voting?
 7             MS. SERNA URIBE:  Objection, vague;
 8   objection, calls for speculation.
 9        A.   I have always told them that they have the
10   right to vote, that that's their right.  But they know
11   who they vote for -- to vote for.
12        Q.   About how many people did you take to the
13   voting locations?
14        A.   I don't remember.
15        Q.   More than five?
16        A.   I think.
17        Q.   More than ten?
18        A.   I don't remember.
19        Q.   So you know it was more than five, but you
20   don't know if it was more than ten?
21        A.   Well, I didn't count them.
22        Q.   How would you take them to the polling
23   location?
24             MS. SERNA URIBE:  Objection, vague.
25        Q.   You can answer.
```



Maria Gomez                                                                 April 25, 2023
                                                                            Page 40

1    A.  In my car.
2    Q.  How many people fit in your car?
3    A.  I don't know.
4    Q.  What kind of car do you have?
5    A.  Right now, I have a small van.
6    Q.  Is that the same van that you had at the --
7    during the last election?
8    A.  No.
9    Q.  What car did you have during the last election?
10   A.  A different one.
11   Q.  What kind?
12   A.  A van, but I don't know what kind.
13   Q.  Do you know how many people fit inside that van
14   at one time?
15   A.  You can fit, like, five or six, but I never
16   took that many at the same time.
17   Q.  But you made multiple trips.  Is that fair?
18   A.  On different days.
19   Q.  Did you ever have problems transporting anybody
20   to vote?
21           MS. SERNA URIBE:  Objection, vague.
22   Q.  You can answer.
23   A.  No.
24   Q.  Back before 2021, you mentioned that you felt
25   at liberty to help people vote; is that correct?



```
 1        A.   Yes.
 2        Q.   And you enjoyed helping people to vote?
 3        A.   Yes.
 4        Q.   And did you do that for the whole ten years
 5   while you were working for LUPE?
 6        A.   What do you mean?
 7        Q.   Did you help people vote for the ten years that
 8   you worked at LUPE?
 9        A.   On my free time.
10        Q.   And when you became a volunteer for around
11   eight years, did you help people vote as a volunteer at
12   LUPE?
13        A.   Sometimes.
14        Q.   So is it fair to say for around at least
15   18 years, you've been helping people vote prior to
16   2021?
17        A.   Not fully.
18        Q.   For around -- around how long ago did you start
19   helping people vote?
20        A.   I don't remember.
21        Q.   Ten years ago?
22        A.   I believe that before, but I wasn't working nor
23   for LUPE nor for La Union.
24        Q.   So it's fair to say, then, it's been over
25   25 years that you've been helping people vote?
```



```
 1                  MS. SERNA URIBE:  Objection, vague.
 2       A.   More or less.
 3       Q.   And it's your testimony now that because of
 4  SB 1 you can no longer do something that you've been
 5  doing for over 25 years?
 6                  MS. SERNA URIBE:  Objection,
 7  mischaracterizes the testimony.
 8       Q.   You can answer.
 9       A.   I think that also -- I mean, I take a lot under
10  consideration my age to be able to help people to vote,
11  my age and the fear for me to do something wrong
12  because of the changes in the law.
13       Q.   But you don't know what changes in the law --
14  or you can't point to the changes in law that incites
15  that fear; is that correct?
16       A.   Well, those that you have heard, right?
17       Q.   Could you describe one of those fears?
18       A.   Well, right now, I don't remember one.  But my
19  fear right now is about the changes in the law, and
20  that's the one I fear.
21       Q.   The fear is strong enough to make you stop
22  helping people vote, and that's something you've been
23  doing for over 25 years; is that correct?
24       A.   Well, yes.
25       Q.   And what efforts did you take to familiarize
```



```
 1   yourself with those -- with the law and the
 2   restrictions -- alleged restrictions?
 3        A.   I don't understand the question.
 4        Q.   What did you do to familiarize yourself with
 5   the law and the alleged restrictions that prohibited
 6   you and incited fear in you to help people vote?
 7        A.   I feel that part of it is me, but the fear is
 8   about the laws that they changed and the fear of me not
 9   being able to understand them because I don't know
10   enough English.
11        Q.   Did you talk to anybody at LUPE about the
12   changes and overcoming your fear?
13             MS. SERNA URIBE:  Objection, vague.
14        A.   Maybe so.
15        Q.   And what did they say?
16        A.   That's the problem, that I don't remember many
17   of the things that we talked about.  And that's why I
18   don't want to go and help the people, because of the
19   same reason.
20        Q.   Did -- you said you did not vote by mail in the
21   last election; is that correct?
22             MS. SERNA URIBE:  Objection,
23   mischaracterizes testimony.
24        A.   I did not vote because I can still go and
25   exercise the right to vote there at the polling place.
```

