# Exhibit O

Michelle Brown                                                          April 23, 2022

```
 1            IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
 2                  SAN ANTONIO DIVISION

 3   LA UNIÓN DEL PUEBLO ENTERO,    *
     et al.,                        *
 4          Plaintiffs,             *
                                    *
 5   VS.                            *  Case No. 5:21-cv-844-XR
                                    *
 6   GREGORY W. ABBOTT, et al.,     *
            Defendants.             *
 7   _____*
                                    *
 8   OCA-GREATER HOUSTON, et al.,   *
            Plaintiffs,             *
 9                                  *
     VS.                            *  Case No. 1:21-cv-780-XR
10                                  *
     JOHN SCOTT, et al.,            *
11          Defendants.             *
     _____*
12                                  *
     DELTA SIGMA THETA, et al.,     *
13          Plaintiffs,             *
                                    *
14   VS.                            *  Case No. 5:21-cv-848-XR
                                    *
15   GREGORY W. ABBOTT, et al.,     *
            Defendants.             *
16   _____*
                                    *
17   LULAC TEXAS, et al.,           *
            Plaintiffs,             *
18                                  *
     VS.                            *  Case No. 1:21-cv-0786-XR
19                                  *
     JOHN SCOTT, et al.,            *
20          Defendants.             *
     _____*
21                                  *
     MI FAMILIA VOTA, et al.,       *
22          Plaintiffs,             *
                                    *
23   VS.                            *  Case No. 5:21-cv-0920-XR
                                    *
24   GREGORY ABBOTT, et al.,        *
            Defendants.             *
25   _____*
```

```
 1
 2
 3    ****************************************************
 4              ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
                    DELTA SIGMA THETA SORORITY, INC.,
                 THROUGH ITS DESIGNATED REPRESENTATIVE,
 5                           MICHELLE BROWN
                             APRIL 23, 2022
 6
      ****************************************************
 7
 8
 9
10
11
12
13              DEPOSITION of MICHELLE BROWN, produced
14    as a witness at the instance of the Defendants, and
15    duly sworn, was taken in the above-styled and
16    numbered cause on the 22nd day of April, 2022, from
17    10:08 a.m. to 4:08 p.m., before Christy R. Sievert,
18    CSR, RPR, in and for the State of Texas, reported by
19    machine shorthand, at the offices of Reed Smith,
20    LLP, 2850 N. Harwood Street, Suite 1500, Dallas,
21    Texas pursuant to the Mississippi Rules of Civil
22    Procedure and the provisions stated on the record or
23    attached hereto.
24
25
```

Michelle Brown            April 23, 2022
Page 86

1   Q.   All right.  In those statements you made
2   about convenience, that those who use the 24-hour
3   polling, that is equally true for Asians, Latinos,
4   black voters, white voters, they also would not be
5   allowed to use the 24-hour polling stations,
6   correct?
7   A.   Correct.
8   Q.   Okay.  It applies to everyone, right?
9   A.   It does.
10  Q.   There's -- there's no language in here that
11  differentiates -- the language doesn't differentiate
12  between different groups, does it?
13  A.   Correct.  But by removing those options to
14  vote, there are more difficult- -- more difficulty
15  for some of our communities because they have -- in
16  order to get to the polls or to drop their ballots
17  off at election offices, they have to drive long --
18  you know, especially in Harris County, one of our
19  members stated that from where she lives to the
20  election -- nearest election office is 27 miles.  So
21  27 miles there and then 27 miles back home.
22       So you -- I mean, the majority of the
23  communities that we serve are impoverished
24  communities.  They don't have transportation, some
25  of them.  And they certainly don't have gas to drive

```
 1    27 miles to cast a ballot.  So by taking away those
 2    options of drive-by where they could possibly catch
 3    a ride at midnight on their way home from work or
 4    something, then it just took away the opportunity
 5    and the -- and the options that they have to -- to
 6    vote.
 7         Q.   Okay.  Now, you would agree that person
 8    that lives 27 miles away would have the entirety of
 9    the week, evening until -- under -- under this rule,
10    they would -- they could -- assuming the county
11    wanted to employ it, they could vote as late as
12    10:00 p.m.  There's two weeks in advance of an
13    election that they could vote, including Saturdays,
14    and then there's election day.  All of those
15    opportunities are available for that person that
16    lives 27 miles away, correct?
17         A.   Correct.
18         Q.   All right.
19         A.   But those are not the people we're talking
20    about that have the transportation.  We're talking
21    about those that don't have the transportation to
22    get to those polls or have two and three jobs and
23    they're just looking for just one opportunity to get
24    to the polls.
25         Q.   Okay.  Now, are you saying there's someone
```

```
 1    may intimidate them?
 2         A.   Right.  And, also, you were just talking
 3    about the poll watcher part or the entire section?
 4         Q.   Well, right now just the poll watcher, but
 5    we'll get to the other, yeah.
 6         A.   Yes.
 7         Q.   Anything else on the poll watcher
 8    provision?
 9         A.   Not anything else pertaining to what's
10    actually written here.
11         Q.   Okay.  So then the next provision under
12    Section 6.01 is that, "A person who simultaneously
13    assists seven or more voters voting under this
14    section by providing the voters with transportation
15    to the polling place must complete and sign a form
16    provided by an election officer that contains the
17    person's name and address and whether the person is
18    providing assistance solely under this section or
19    under both this section and subchapter B."
20              Do you have concerns about that section?
21         A.   We do.  Providing transportation to the
22    polling place is -- is definitely something that
23    members in our chapters do, and our chapters
24    arrange -- one of our chapters actually has
25    participated in the past in caravans to the polls.
```

```
 1    And now we're adding -- this -- this particular
 2    section is adding additional burdens on those who
 3    drive individuals to the polls by subjecting them to
 4    have to complete the name and address and all of
 5    this information, which they did not have to do in
 6    the past.  If I'm just driving you to the poll and
 7    dropping you off so that you can vote, we're not
 8    understanding why this is -- this -- you know, this
 9    added information is necessary.  It's just a burden
10    on the individuals.
11            Also, it means that for us, we're
12    having -- this is another part of the -- of the
13    retraining that we're going to have to do because
14    what's most concerning to us is that if they make a
15    mistake, if they don't list all of the people that
16    they have brought to the polls, that they're
17    subjected possibly to criminal penalties.  So we
18    want to make sure that our volunteers and our
19    members are safe when they are providing a service
20    to voters who otherwise would not be able to get to
21    the polls.
22         Q.   Okay.  And the -- but the oath -- do you --
23    are you familiar with what the oath forms say?
24         A.   Which oath -- what oath form are we talking
25    about?
```

Michelle Brown                                                    April 23, 2022
                                                                      Page 145

```
 1        Q.   The oath forms that are being discussed in
 2   this subsection.
 3        A.   I would have to read it again.
 4        Q.   Okay.  And we'll get to -- there's a
 5   section called "Oath," 6.034.
 6             Now, let me just ask you:  Were there oath
 7   forms before SB1 that had to -- had to be signed by
 8   some sisters?
 9        A.   Not for transportation.
10        Q.   Okay.  And tell me about the -- this -- you
11   talked about a caravan.
12        A.   Uh-huh.
13        Q.   Are you familiar with -- give me an example
14   under -- where Delta Sigma Theta, as an
15   organization, did a -- performed a caravan to the
16   polls.
17        A.   Dallas alumnae chapter is one where they
18   have done that for a few years, where they just
19   simply -- they have a meeting place where they
20   gather and caravan to the polls so that everyone can
21   vote.
22        Q.   Okay.  And so by "caravan," I'm hearing
23   there are multiple vehicles?
24        A.   Multiple vehicles.
25        Q.   So, like, if I -- if I were a member of
```

```
 1     Delta Sigma Theta, I would take my car and put in --
 2     and take --
 3         A.   Other individuals that possibly don't have
 4     transportation.
 5         Q.   And that's happened in the past?
 6         A.   Yes.
 7         Q.   And when that's happened, who were the
 8     individuals that group, the Dallas group I think you
 9     said, is taking to the polls?
10         A.   Members and other members of the community.
11         Q.   Okay.  And where is the typical meeting
12     place for the Dallas group?
13         A.   I can't be quite sure.
14         Q.   And --
15         A.   I couldn't answer that.
16         Q.   So you have -- must have to have in this
17     caravan, you must have multiple drivers taking those
18     folks to the polls, correct?
19         A.   Yes.
20         Q.   And so those -- the people involved in that
21     caravan are taking the number of people who will fit
22     in their car to the polls, correct?
23         A.   Correct.
24         Q.   And so are you saying that any of those
25     cars were -- carried over more than seven people?
```

1      A.    It could, if they were driving an SUV.
2      Q.    Okay.  And would there be some concern with
3   that person basically signing an oath saying that
4   they didn't provide any unlawful assistance?
5      A.    Well, the issue is because this is so new
6   and this is not something that's been done before,
7   if they make a minor mistake, then they are
8   subjected to criminal penalties, and that's what
9   we're concerned about.
10     Q.    Okay.  And what -- what kinds of mistakes
11  would you call minor that are the concern?
12     A.    Perhaps go drop a group off, fill out
13  the -- the names and what -- and forget one of the
14  persons that they had transported or something like
15  that.  We don't know.  It's just burdensome to know
16  that this is something that our volunteers and our
17  members are going to have to be subjected to.
18     Q.    Has -- has Delta Sigma Theta, have they --
19  have they expended funds as a result of this
20  provision?
21     A.    Absolutely, in re-educating the members so
22  that they understand what the obligations are and
23  what the penalties are in terms of not following
24  this new provision.  We want them to understand so
25  that they -- we can mitigate the possibility of any

1    criminal penalties against any of our members or
2    volunteers.
3         Q.    Okay.  Like the other provisions that we
4    have talked about, are you slotting those
5    educational programs into existing educational
6    programs?
7         A.    No, these are new educational programs
8    because these are new provisions.  This is a new
9    law.
10        Q.    So they're within the same -- you said that
11   there were existing educational programs and that --
12        A.    We're having to -- sorry.
13        Q.    -- these would be brought -- and that these
14   would be brought up in the course of those on the
15   previous provisions.  Are you -- are you now saying
16   that there are additional educational programs that
17   have to be created in terms of --
18        A.    Absolutely.  There are several chapters who
19   have created educational webinars specifically --
20   specifically geared towards SB1.  In fact, I can
21   think of one, the Houston alumnae chapter is doing a
22   program called "Navigating SB1 In the Election
23   Process," or something like that.
24              So it's specifically to that, which is
25   educating our community, our members, and our