Exhibit Q

                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
                      SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO,    )
ET AL.,                        )
          Plaintiffs,          )
                               )
vs.                            ) Case No. 5:21-CV-844-XR
                               )
GREGORY W. ABBOTT, ET AL.,     )
          Defendants.          )
_____
OCA-GREATER HOUSTON, ET AL.,   )
          Plaintiffs,          )
                               )
vs.                            ) Case No. 1:21-CV-780-XR
                               )
JOHN SCOTT, ET AL.,            )
          Defendants.          )
_____

HOUSTON AREA URBAN LEAGUE, ET )
AL.,                           )
          Plaintiffs,          )
                               )
vs.                            ) Case No. 5:21-CV-848-XR
                               )
GREGORY WAYNE ABBOTT, ET AL., )
          Defendants.          )
_____

LULAC TEXAS, ET AL.,           )
          Plaintiffs,          )
                               )
vs.                            ) Case No. 1:21-CV-0786-XR
                               )
JOHN SCOTT, ET AL.,            )
          Defendants.          )


Job No. 824263

                    MAGNA LEGAL SERVICES
                        866.624.6221
                      www.MagnaLS.com



```
                                                              Page 2

 1                    (CASE NAMES CONT'D)

 2   _____

 3
     MI FAMILIA VOTA, ET AL.,        )
 4             Plaintiffs,           )
                                     )
 5   vs.                             ) Case No. 5:21-CV-0920-XR
                                     )
 6   GREG ABBOTT, ET AL.,            )
               Defendants            )
 7   _____

 8

 9

10

11        **************************************************

12             ORAL AND VIDEO-RECORDED DEPOSITION OF

13                      RAY SHACKELFORD

14                      April 29, 2022

15        **************************************************

16        ORAL AND VIDEO-RECORDED DEPOSITION OF RAY SHACKELFORD,
     produced as a witness at the instance of the State of
17   Texas Defendants and duly sworn, was taken in the
     above-styled and numbered cause on Friday, April 29, 2022,
18   from 10:08 a.m. to 5:22 p.m., before JAMES M. PLAIR,
     Certified Shorthand Reporter in and for the State of
19   Texas, reported by computerized stenotype machine at the
     offices of REED SMITH, L.L.P., 811 Main Street, Suite
20   1700, Houston, Texas 77002-6110, pursuant to the Federal
     Rules of Civil Procedure and the provisions stated on the
21   record or attached hereto.

22

23

24

25
```



1      A.    And so between myself, Mr. Robinson, uhm, our

2  volunteers from, uh, the YPs and the Guild, we probably

3  had about 20 to 30 people show up and we went with Common

4  and knocked on doors.

5              Uhm, and one of the stories or anecdotes I

6  tell people that's still funny to me -- because, you know,

7  we have been telling people to Get Out The Vote for weeks,

8  months or what have you, and there was this one particular

9  door over in the Cuney Homes, which is actually where

10  George Floyd grew up, which is why we took him there,

11  because of the significance of it, uhm.

12              And I remember this one door we knocked on

13  and the lady you can hear from the back yelling, like,

14  "Don't open the" bleeping "door", uhm, and her brother

15  opens the door and she's getting ready to come up there

16  and let me have it and she sees Common and her whole

17  demeanor changes; she starts smiling.

18              And he is like, you know, "How are you

19  doing?"  She is like, "I'm fine."  He's like, "Are you

20  going to go vote?"  And she's like, "Ima go vote," and

21  I'm, like, "We have been telling you how to go vote."

22              But you know what?  I was, like, "Whatever

23  gets you to the polls."  Uhm, if it a takes every now and

24  then a celebrity or somebody to encourage people to get

25  out to vote, uhm, and even that same day, there was



Page 132

1    actually an elderly woman we came across that Mr. Robinson

2    ended up taking to go help vote, uhm, and I bring that up

3    because she was somebody who was visually impaired, uhm,

4    and Mr. Robinson had to help her, like, literally tell

5    her, like, "Okay.  This is what this says.  This is what

6    this says," on her ballot, uhm, and so had it not been for

7    Mr. Robinson being present and being able to assist her,

8    which is something that now, potential -- not potentially,

9    is harmed as a result of SB 1, uh, because now people have

10    to actually sign some type of affidavit or something every

11    time, uh, they decide to help someone when they are

12    voting, uh, and we have already gotten feedback from the

13    community that we swerve, you know, in the Cuney Homes and

14    some of these other neighborhoods in the Third Ward,

15    Sunnyside and Fifth Ward, that they are intimidated by

16    things like this and so it makes they not want to, uhm,

17    help people.

18            And so it's not only a burden on the people

19    that want to provide assistance but it's a burden on the

20    voters that need assistance, because now, they don't have

21    access to as many people that otherwise would be willing

22    to help them.

23            Uhm, but, yeah, I think -- And as we're

24    talking, I'm starting to remember more things.

25      Q.   Uh-hm.



Page  133

1       A.   So that's -- that's helpful, but those are some

2   other activities that we may not have discussed, uhm,

3   earlier that would also fall under this same paragraph.

4       Q.   So you -- you told me that, uhm, you had heard

5   from some folks in your community, uhm, that they

6   didn't -- that they didn't feel comfortable signing the

7   affidavit after voter assistance.

8            Is that right?

9       A.   Uh, correct.

10      Q.   And so what -- What's their concern with that?

11      A.   Uh, well, if you're familiar with the history of

12  the Black community and the Government, it's not

13  necessarily the most trusting relationship in general,

14  based on the fact that even now and even this last

15  legislative session, there is still language from those

16  times when we were not even allowed to purchase homes in

17  certain areas in Houston, uhm, and that was actually

18  implemented by our Government here, in -- in the -- in

19  this country and in the state of Texas.

20           And so when you think about that historical

21  relationship and the harm that has been placed on the

22  community by the Government, they are not necessarily

23  running to go sign an affidavit just because they want to

24  help somebody to go vote.

25      Q.   And so what did they tell you?



1              So that is -- It makes people nervous,

2    because it's, like, "Maybe if I say something that I

3    shouldn't have said, and now, all of a sudden, I am being

4    charged with a crime"; whereas, before, that was not

5    something they were faced with.

6              And even when you look at some of the reach

7    of the poll watchers now, uhm, it's something that you can

8    be, again, charged with a crime, uh, for not cooperating

9    with partisan poll watchers specifically.

10             And so there is a great deal of anxiety

11   when it comes to that.  Uhm, it causes a burden from a

12   mental health perspective and, ultimately, when it turns

13   away people that potentially would volunteer with an

14   organization like HAUL that is very limited when you are

15   talking about staff and we depend on volunteers, and so

16   now things are putting this place -- being put in place

17   that turns our volunteers away and members of the

18   community away, it means we now have to hire more people

19   to perform these types of actions which we do not have,

20   you know, sums of money just to fund -- fund all of these

21   activities.

22      Q.    HAUL is not challenging the poll watcher

23   provisions of SB 1.

24             Is it?

25      A.    It's not -- Well, let me say this:  I don't know

