# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., and JAMES LEWIN,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE STATE OF TEXAS, JANE NELSON, in her official capacity as the Texas Secretary of State, JOHN SCOTT, in his official capacity as the interim Texas Attorney General, MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator, John Creuzot, in his official capacity as the Dallas County District Attorney, LISA WISE, in her official capacity as the El Paso County Elections Administrator, BILL D. HICKS, in his official capacity as the El Paso County District Attorney, and JOSÉ GARZA, in his official capacity as the Travis County District Attorney,<br><br>                    Defendants. | No. 5:21-cv-00844-XR |

### INDEX OF EXHIBITS IN SUPPORT OF
### LUPE AND OCA PLAINTIFFS' RESPONSE IN OPPOSITION TO
### INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Exhibit Number | Description |
|---|---|
| 1. | Keith Ingram Deposition dated April 26, 2022 |
| 2. | Isabel Longoria Morning Deposition dated April 20, 2022 |
| 3. | Angelica Razo Deposition dated April 5, 2022 |
| 4. | Michelle Brown Deposition dated April 23, 2022 |

| Exhibit Number | Description |
|---|---|
| 5. | Emily Timm Deposition dated April 22, 2022 |
| 6. | Expert Report of Dr. Allan J. Lichtman dated February 28, 2022 |
| 7. | Lisa Wise Deposition dated April 15, 2022 |
| 8. | Jacquelyn Callanen Deposition dated April 20, 2022 |
| 9. | Ray Shackelford Deposition dated April 29, 2022 |
| 10. | Toby Cole Deposition dated June 28, 2022 |
| 11. | Nancy Crowther Deposition dated June 17, 2022 |
| 12. | Jonathan White Deposition dated April 27, 2022 |
| 13. | Deborah Chen Deposition dated March 28, 2022 |
| 14. | Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022 |
| 15. | Expert Report of Henry Flores, Ph.D. dated February 28, 2022 |
| 16. | James Lewin Deposition dated April 27, 2022 |
| 17. | Declaration of James Lewin dated June 22, 2023 |
| 18. | Juanita Valdez-Cox Deposition dated March 4, 2022 |
| 19. | Maria Gomez Deposition dated April 25, 2023 |
| 20. | Tania Chavez Deposition dated June 15, 2023 |
| 21. | Amatullah Contractor Deposition dated July 20, 2022 |
| 22. | Supplemental Declaration of Deborah Chen dated June 22, 2023 |
| 23. | Grace Chimene Deposition dated April 26, 2022 |
| 24. | Declaration of Richard Ertel dated June 23, 2023 |
| 25. | Declaration of Tanesa Lee dated June 22, 2023 |
| 26. | Alan Vera Deposition dated February 27, 2023 |
| 27. | Rachelle Obakozuwa Deposition dated March 21, 2023 |

| Exhibit Number | Description |
|---|---|
| 28. | Jonathan White Deposition dated May 5, 2022 |
| 29. | Isabel Longoria Afternoon Deposition dated April 20, 2022 |

Dated: June 23, 2023                                    */s/ Elizabeth Y. Ryan*
                                                        Elizabeth Y. Ryan