*EXHIBIT 4*

Michelle Brown                                                                April 23, 2022

```
 1            IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
 2                  SAN ANTONIO DIVISION

 3   LA UNIÓN DEL PUEBLO ENTERO,   *
     et al.,                       *
 4         Plaintiffs,             *
                                   *
 5   VS.                           *  Case No. 5:21-cv-844-XR
                                   *
 6   GREGORY W. ABBOTT, et al.,    *
           Defendants.             *
 7   _____*
                                   *
 8   OCA-GREATER HOUSTON, et al.,  *
           Plaintiffs,             *
 9                                 *
     VS.                           *  Case No. 1:21-cv-780-XR
10                                 *
     JOHN SCOTT, et al.,           *
11         Defendants.             *
     _____*
12                                 *
     DELTA SIGMA THETA, et al.,    *
13         Plaintiffs,             *
                                   *
14   VS.                           *  Case No. 5:21-cv-848-XR
                                   *
15   GREGORY W. ABBOTT, et al.,    *
           Defendants.             *
16   _____*
                                   *
17   LULAC TEXAS, et al.,          *
           Plaintiffs,             *
18                                 *
     VS.                           *  Case No. 1:21-cv-0786-XR
19                                 *
     JOHN SCOTT, et al.,           *
20         Defendants.             *
     _____*
21                                 *
     MI FAMILIA VOTA, et al.,      *
22         Plaintiffs,             *
                                   *
23   VS.                           *  Case No. 5:21-cv-0920-XR
                                   *
24   GREGORY ABBOTT, et al.,       *
           Defendants.             *
25   _____*
```

Michelle Brown April 23, 2022
Page 2

```
1

2
       ***************************************************
3
              ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
4                  DELTA SIGMA THETA SORORITY, INC.,
               THROUGH ITS DESIGNATED REPRESENTATIVE,
5                           MICHELLE BROWN
                            APRIL 23, 2022
6
       ***************************************************
7

8

9

10

11

12

13              DEPOSITION of MICHELLE BROWN, produced

14     as a witness at the instance of the Defendants, and

15     duly sworn, was taken in the above-styled and

16     numbered cause on the 22nd day of April, 2022, from

17     10:08 a.m. to 4:08 p.m., before Christy R. Sievert,

18     CSR, RPR, in and for the State of Texas, reported by

19     machine shorthand, at the offices of Reed Smith,

20     LLP, 2850 N. Harwood Street, Suite 1500, Dallas,

21     Texas pursuant to the Mississippi Rules of Civil

22     Procedure and the provisions stated on the record or

23     attached hereto.

24

25
```

Michelle Brown April 23, 2022
Page 33

```
 1        Q.   All right.  Have your members -- and
 2   they're continuing to register, the 200 or so, in
 3   Fort Worth?
 4        A.   Yes.
 5        Q.   Okay.  And they're continuing both of those
 6   activities?
 7        A.   Yes.
 8        Q.   Okay. All right.  Then another thing that
 9   it says is -- is voter education programs, that
10   you -- you serve and you work on voter education
11   programs in addition to voter registration.  Let's
12   talk about that a little bit.  Okay.
13             Tell me what that has typically involved.
14        A.   Candidate forums.  Candidate forums where
15   we bring together candidates of both parties to talk
16   about the issues for our members.  We normally have
17   worked in conjunction with the League of Women
18   Voters, NAACP, to provide those type of candidate
19   forums for local elections.
20             We also provide educational awareness
21   programs for the community and our members on how to
22   vote, where to vote, and discussing the ballot, what
23   it looks like and how to -- how to vote and making
24   sure that they are aware and educated on the issues
25   that are at hand for each local election, and
```

```
 1   national election for that matter.
 2       Q.   Okay.  That's helpful.
 3            Candidate forums.  Then so what level of
 4   forums?  Are we talking about statewide elections?
 5   Are we talking about regional?
 6       A.   Local elections for the most part, yes.
 7       Q.   So tell me in -- in March, we had a big
 8   primary.  Were there -- did you do candidate forums
 9   in -- for the March election?
10       A.   Yes.
11       Q.   Okay.  What ones do you recall?
12       A.   Definitely recall my chapter did the -- did
13   a forum for the mayor's race.
14       Q.   Is that mayor of Fort Worth?
15       A.   Yes.
16       Q.   Okay.
17       A.   And I'm sure that other chapters did the
18   same for whatever local elections.  That's just a
19   staple part of what we do.
20       Q.   Okay. And you -- you've done that in prior
21   elections, these --
22       A.   Yes.
23       Q.   -- local candidate forums.  And you've
24   continued to do it and --
25       A.   Yes, we have.
```

Michelle Brown April 23, 2022
Page 37

```
 1        Q.   Okay.  And it's the case that you did that
 2   for the March election?
 3        A.   Yes.
 4        Q.   Okay.  All of that?
 5        A.   Yes.
 6        Q.   So from phone banks, that was still in
 7   March.
 8        A.   Uh-huh.
 9        Q.   The brochures were done in March?
10        A.   Yes.
11        Q.   Okay.
12        A.   Also March, we were in the middle of Covid,
13   right?  Weren't we in Covid in --
14        Q.   Some still were, yeah.
15        A.   Which is a pre- -- okay.  Yeah.
16        Q.   So I'm talking about March of 2022, yeah.
17   Just last month, yeah.
18        A.   Okay.  So we did a lot of events via Zoom.
19        Q.   Okay.  You did the events because of Covid.
20        A.   I'm sorry, I said pre.  Yeah, because of
21   Covid.  The majority of our activities ended up
22   because of Covid via Zoom.  Forums were via Zoom.
23   Educational seminars were via Zoom.
24        Q.   Okay.  And was that the case -- I mean, I'm
25   thinking back.  November of 2020, we were in the
```

```
 1    midst of Covid.  Were y'all also during that time
 2    doing these activities more remotely?
 3         A.   Yeah, more remotely.  Especially after the
 4    first of the year, definitely we went more -- more
 5    virtual.
 6         Q.   Okay.  All right.  So -- and that was the
 7    same, then, for March of 2022?
 8         A.   Right.
 9         Q.   Okay.  So as far as the -- what we have
10    gone through right now, the voter registration
11    efforts and the voting education efforts that we've
12    discussed, those -- those have gone a pace, the same
13    in '22 as 2020?
14         A.   Let me say because of Covid, now, the voter
15    registration -- and I do apologize because I -- I
16    thought you meant pre-pre any of SB1 information
17    coming out.  But preCovid, we were definitely out in
18    the community constantly.  So voter registration was
19    high.  We continued what voter registration efforts
20    we could after Covid until we went totally virtual
21    at some point, yeah.
22         Q.   Okay.  Got it.  So what -- in other words,
23    when you were in Covid in '20, so that would have
24    just been the November election, and what the --
25    activities that occurred in November of '20 are the
```

Michelle Brown                                                         April 23, 2022
                                                                              Page 214

```
 1   information into the chat, your name, firm and
 2   e-mail, that would be helpful for the reporter and
 3   I.
 4             If there is nothing else for the record,
 5   we are off the record at 4:08 p.m.
 6                (Deposition concluded at 4:08 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Kim Tindall and Associates, LLC  16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                               210-697-3408