*EXHIBIT 10*

```
 1              UNITED STATES DISTRICT COURT
                         FOR THE
 2               WESTERN DISTRICT OF TEXAS

 3
     LA UNION DEL PUEBLO        §
 4   ENTERO, ET AL.             §
                                §
 5        Plaintiff             §
                                § Civil Action No.
 6   V.                         § 5:21-cv-00844-XR
                                §
 7   GREGORY W. ABBOTT, ET      §
     AL.                        §
 8                              §
          Defendant.            §
 9

10

11

12

13              ORAL DEPOSITION OF
                     TOBY COLE
14                JUNE 28, 2022

15

16

17      ORAL DEPOSITION OF TOBY COLE, produced as a witness

18   at the instance of the Defendant and duly sworn, was

19   taken in the above styled and numbered cause on Tuesday,

20   June 28, 2022, from 9:16 a.m. to 10:42 a.m., before

21   DONNA QUALLS, Notary Public in and for the State of

22   Texas, by computerized stenotype machine, at the offices

23   of Cole Law Firm, 1616 South Voss Road, Houston, Texas,

24   pursuant to the Federal Rules of Civil Procedure and any

25   provisions stated on the record or attached hereto.
```

1  whoever helps me could be violating that.  I could be
2  putting them in trouble.  SB 1 has restricted the
3  ability for people to vote, and that is even harder on
4  people with disabilities.
5       Q.   So let's talk about some of the provisions of
6  Senate Bill 1.  This will be marked as Exhibit 2.
7              (Exhibit No. 2 was marked.)
8       Q.   (BY MR. WASSDORF)  Let's turn to page 52.  We
9  are looking at Section 6.04 of the bill.  So that starts
10 on line 20.
11              Now, this is the oath provision that you've
12 discussed just a moment ago.  So could you go ahead and
13 read through that.  I believe it starts on line 20 of
14 page 52 and continues through line 14 on page 53.
15      A.   Section 6.04 --
16      Q.   You don't have to read it out loud.
17      A.   Oh, got it.
18      Q.   Just familiarize yourself with, and then we can
19 discuss.
20      A.   (Witness complies.)  Okay.
21      Q.   Now, Section 6.04 here, it doesn't impose a
22 specific requirement on voters themselves, does it?
23      A.   I don't understand what you mean.
24      Q.   This provision is about the oath, and the
25 assister must take.  But it does not impose any

Toby Cole   June 28, 2022
Page 22

```
 1   requirement on the voter themselves.
 2        A.   It absolutely does.
 3        Q.   How so?
 4        A.   Because I have to pick the assister.  I have to
 5   have an assister that is willing to take this oath, and
 6   I have to have an assister that's willing to be subject
 7   of prosecution if something of this oath goes amiss.  So
 8   absolutely it definitely put an onerous on me.
 9        Q.   So can you -- in this provision in the language
10   of the oath, can you point out specifically what
11   sections that you believe harm you?
12        A.   Well, let's -- let's start with "I swear or
13   affirm under penalty of perjury," right?  So when we
14   started my deposition, what did you remind me of?
15        Q.   That you were under oath.
16        A.   That I was under oath under the penalty of
17   perjury, right?  And how many times have you taken a
18   deposition or I've taken a deposition where halfway
19   through the deposition you remind the witness that it is
20   the penalty of perjury and that they can go to jail and
21   that -- and that this is something that could put them
22   in harm's way.  And this is not for those folks to vote.
23   This is so that person can help me.  So, yeah, that
24   right there -- that right there is very difficult.
25        Q.   I mean, do you believe that someone taking this
```

1  issue because I can't vote the way I vote now.  So I did
2  it, but I shouldn't have.  My misunderstanding of what
3  Senate Bill 1 was was not good.
4       Q.  And do you believe that is going to prevent you
5  from voting in the future?
6       A.  Yes, absolutely.
7       Q.  Are you still going to try?
8       A.  If I can.  But I don't know.  I mean, do I --
9  am I going to put somebody in legal jeopardy?  I got to
10 make that decision.  Do I lose my right to vote, or do
11 I -- do I expose somebody to committing a felony?  It's
12 kind of a shitty choice.
13           MR. WASSDORF:  Okay.  I think that's it for
14 me.  Pass the witness.
15           THE WITNESS:  Okay.
16           MS. DAVIS:  I don't have any questions.
17           MS. PAIKOWSKY:  None for me.
18           THE REPORTER:  Off the record at 10:41.
19           (Proceedings adjourned at 10:42 a.m.)