*EXHIBIT 20*

Tania Chavez                                                          June 15, 2023

```
              CONFIDENTIAL - ATTORNEYS EYES ONLY
 1               UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION

 3   LA UNION DEL PUEBLO ENTERO, }
     et al,                      }
 4            Plaintiffs,        }   Case No: 5:21-cv-844-XR
                                 }         [LEAD CASE]
 5   v.                          }
                                 }
 6   GREGORY W. ABBOTT, et al,   }
              Defendants.        }
 7   _____

 8   OCA-GREATER HOUSTON, et al, }
              Plaintiffs,        }   Case No: 1:21-cv-780-XR
 9                               }
     v.                          }
10                               }
     JANE NELSON, et al,         }
11            Defendants.        }
     _____
12
     HOUSTON AREA URBAN LEAGUE,  }
13   et al,                      }
              Plaintiffs,        }   Case No: 5:21-cv-848-XR
14                               }
     v.                          }
15                               }
     GREGORY WAYNE ABBOTT, et al,}
16            Defendants.        }
     _____
17
     LULAC TEXAS, et al,         }
18            Plaintiffs,        }   Case No: 1:21-cv-0786-XR
                                 }
19   v.                          }
                                 }
20   JANE NELSON, et al,         }
              Defendants.        }
21   _____

22   MI FAMILIA VOTA, et al      }
              Plaintiffs,        }   Case No: 5:21-cv-0920-XR
23                               }
     v.                          }
24                               }
     GREG ABBOTT, et al,         }
25            Defendants.        }
```



```
 1   UNITED STATES OF AMERICA,   }
              Plaintiff,         }    Case No: 5:21-cv-1085-XR
 2                               }
     v.                          }
 3                               }
     THE STATE OF TEXAS, et al,  }
 4            Defendants.        }

 5

 6

 7
     ---------------------------------------------------------
 8
                  ORAL AND VIDEOTAPED DEPOSITION OF
 9
                            TANIA CHAVEZ
10
                            JUNE 15, 2023
11
     ---------------------------------------------------------
12

13

14

15        ORAL AND VIDEOTAPED DEPOSITION OF TANIA CHAVEZ,

16   produced as a witness at the instance of the State

17   Defendants, and duly sworn, was taken in the

18   above-styled and numbered cause on the 15th day of June,

19   2023, from 10:06 a.m. to 12:24 p.m., before Tracie L.

20   Carbajal, CSR, in and for the State of Texas, reported

21   by machine shorthand, at the offices of La Union Del

22   Pueblo Entero, located at 1601 U.S. Business 83, San

23   Juan, Texas, pursuant to the Federal Rules of Civil

24   Procedure, and the provisions stated on the record or

25   attached hereto.
```



```
 1    effort to be able to do outreach to inform elderly
 2    community members that they were -- they're no longer
 3    enrolled to be able to do -- vote by mail.
 4        Q.  Okay.  I'll talk to you more about that, but are
 5    there any other areas that -- in which LUPE has suffered
 6    damage or injury because of the passage of SB 1?
 7        A.  We've had to reallocate resources in order to
 8    compensate for the additional work that SB 1 has
 9    resulted in the community.
10        Q.  Let me try to understand that a little bit
11    better.  If I understood you correctly, one -- one type
12    of effort that has required additional resources is
13    outreach to elderly members regarding mail-in votes.
14    Are there other areas where you had to provide
15    additional services to compensate for SB 1?
16        A.  We've had to work a lot closer with the community
17    as a result of SB 1 to be able to clarify their fears in
18    helping voters at the poll or assisting voters at the
19    poll.  And in addition to that, we've had to triage
20    circumstances in which community members have either
21    been denied the opportunity to be assisted or encourage
22    them with information that would allow them to go cast
23    their vote lawfully since they were fearful of doing so
24    as a result of the SB 1 legislation.
25        Q.  Okay.  Does that encompass all of the ways in
```



1   which LUPE has been injured or damaged from the passage
2   of SB 1 that you're personally aware of?
3       A.  No.  It has also affected the way that we do our
4   events and being cautious around taking community
5   members to curbside voting, especially the elderly one.
6   We've also had to work with community members who are
7   fearful of the oath -- any oath and make them aware of
8   the different forms that they need to sign.
9       Q.  Okay.  Are there any other types of injury or
10  damage that LUPE has suffered as a result of SB 1 that
11  you can think of?
12      A.  I'm sure there are many.  At the moment, this is
13  what I can share with you.
14      Q.  Okay.  One of the areas of SB 1 that you
15  mentioned was mail-in voting, and you indicated that
16  LUPE had to deploy additional resources to provide
17  assistance to elderly members regarding voting by mail.
18  Was it necessary to hire anybody new for that purpose,
19  or was it simply deploying existing resources within
20  LUPE to provide that assistance to your elderly members?
21      A.  No.  We had to hire additional staff.
22      Q.  Approximately, how many?
23      A.  Two.
24      Q.  Do those persons have additional duties besides
25  helping elderly members during the voting period?



```
 1       A.   Yes.
 2       Q.   What other types of responsibilities do those two
 3   employees have?
 4       A.   All related to GOTV activities.
 5       Q.   And when you say GOTV, you're referring to Get
 6   Out The Vote?
 7       A.   That is correct.
 8       Q.   I assume those two persons are still employed
 9   with -- with LUPE --
10       A.   Yes, they are.
11       Q.   -- now, in the middle of 2023, even though this
12   is not a state election year?
13       A.   That is correct because community members still
14   need to be able to register to vote.
15       Q.   Okay.  So are those two employees engaged
16   full-time in voter registration efforts?
17       A.   Yes, they are.
18       Q.   Now, my recollection is that SB 1 went into
19   effect around the end of 2021, or the very beginning of
20   2022, but before the primary election season.  Is that
21   your recollection, also?
22       A.   Yes.
23       Q.   Okay.  And because it was a new law, did that
24   require some special education efforts on the part of
25   LUPE towards its members?
```



1        A.   Yes, it did.
2        Q.   And, generally, what do you recall that you
3   personally were aware of in that regard?
4        A.   We were briefed on the changes that happened as a
5   result of the legislation, and canvassers were trained
6   on how to approach community members.  I was not present
7   at the trainings, but I do know that they took place.
8        Q.   Do you know approximately how much money LUPE
9   spent on that training prior to the 2022 primaries?
10       A.   I do not know.
11       Q.   Did you personally observe any problems related
12  to the March 2022 primaries among LUPE members?
13            MS. PERALES:  Objection; vague as to
14  problems.
15            You may answer if you understand.
16       A.   Could you clarify your question?
17       Q.   Sure.  I don't mean to be technical about it.
18  I'm just really asking you about any situations in which
19  people had unusual difficulties voting or in getting
20  their votes counted rather than rejected.
21       A.   Particularly in the primaries of 2022, we had a
22  lot of community members confused about their ballot by
23  mail, particularly community members complaining that
24  they had not yet received their ballot by mail.  And so
25  we had to inform them of the circumstances of SB 1 and



```
 1       A.   Mostly Hidalgo county.
 2       Q.   Mostly?  There are some in one of the other
 3   counties, as well?
 4       A.   I do not know.
 5       Q.   Okay.  Approximately, how many are there?
 6       A.   Maybe less than ten.
 7       Q.   Do you personally donate to any county or local
 8   officials in terms of election campaigns in Hidalgo,
 9   Starr or Cameron Counties?
10       A.   No, I do not.
11       Q.   Ms. Chavez, do you have any reason to believe
12   that the requirements of SB 1 are not applied equally
13   all over the State of Texas?
14       A.   I don't know that I have the knowledge to be able
15   to explain whether or not they are being applied equally
16   over the State of Texas, but I can tell you how it's
17   affected our community.
18       Q.   And I'll ask you about that, but this question is
19   just, do you have any reason to believe that they're not
20   being applied equally all over Texas?
21       A.   We do not serve counties beyond the Rio Grande
22   Valley, so I would not be able to answer your question.
23       Q.   Do you have any reason to believe that the
24   requirements of SB 1 are not applied equally to Latino
25   citizens as compared with other citizens of Texas?
```



```
 1          A.   I do.
 2          Q.   What is that?
 3          A.   We have seen community members -- for example, in
 4     Pharr, Texas, there was a community member specifically
 5     who is a Spanish speaker and who is disabled, and asked
 6     that we accompany them to the polls, or a staff member
 7     join him at the polls.  And when he asked that he be
 8     allowed to have an assistant to help him to vote, he was
 9     denied that opportunity after much insistence from our
10     staff member and the community member himself.
11               She was eventually allowed to go take the oath
12     inside the building.  This was curbside voting they were
13     attempting to do, or the gentleman was attempting to do.
14     When our staff member came back from taking the oath,
15     which they could have taken at the curbside voting but
16     chose not to do so, the -- and, also, the community
17     member who was monolingual Spanish speaker was not
18     allowed -- and disabled, was not allowed his assister of
19     choice.
20               The election worker continuously said that he
21     couldn't be helped and that he didn't need any
22     assistance.  I think that by knowing a community member
23     for two or three minutes, you wouldn't know what the
24     limitations of that community member will be.  Yet, this
25     election worker chose to say that the community member
```



```
 1   didn't need any assistance.
 2          When she eventually let our staff member go and
 3   get the oath, and she returned after several minutes,
 4   our -- the voter was already being -- was already voting
 5   with assistance of the poll worker.  When the community
 6   member -- when our staff member returned and witnessed
 7   this, obviously, challenged this because our community
 8   member had the right to choose his assister of choice,
 9   and that right was denied to him.
10          In that moment, the poll worker actually called
11   the police, and the policeman stood there and eventually
12   ended up finishing helping this gentleman to vote.  He
13   was highly intimidated.  He's a monolingual Spanish
14   speaker.  And, so, yes, Latino/Hispanic community
15   members are -- who may require language assistance are
16   often subject to harassment as we can see from this
17   example.
18          There was no need to have called the police.
19   And, also, our staff member should have been allowed to
20   take the oath of office and help the community member
21   because that is his right to have a chose -- an assister
22   of his choice, and he was denied that right.
23      Q.   Okay.  I'm going to ask you more about that
24   information.  But aside from that, are you aware of any
25   reason to believe that the requirements of SB 1 are not
```



```
 1                MR. BRYANT:  Strike that.
 2   BY MR. BRYANT:
 3       Q.  In Hidalgo County, for example, are most of the
 4   poll workers not Hispanic?
 5       A.  I wouldn't know.
 6       Q.  Do you have any reason to believe that SB 1 was
 7   passed with an intention of discriminating against
 8   Latino or Hispanic citizens?
 9       A.  Could you repeat the question?
10       Q.  Sure.
11                MR. BRYANT:  Could you read that back,
12   please?
13                THE REPORTER:  (Reporter complies.)
14       A.  Yes, in that whenever you do not allow community
15   members to have assisters of their choice, who are
16   monolingual Spanish speakers, it immediately
17   discriminates towards minorities and people of color who
18   do not speak English, whether that is Latino, Hispanic,
19   Chinese, you name it.
20            But whenever you do not have the ability --
21   whenever you suppress the abilities of somebody to have
22   an assister of their choice, whether that is because
23   there's a new oath of office that could put them in jail
24   or whether that is because we have limitations as to how
25   many people we can take to the polls, it limits the
```



1   ability for community members who work with color to be
2   able to assist voters.
3       Q.  Okay.  Is there anything else that you would add
4   to that answer as to any reason to believe that the bill
5   was passed with the intention to discriminate?
6       A.  The bill was definitely passed with the intention
7   to discriminate for minorities and disabled community
8   members.  That is my belief.
9       Q.  Okay.  What's the reason or basis for that belief
10  aside from what you've already told me?
11      A.  Well, I have provided examples that have led me
12  to believe such.
13      Q.  When you refer to examples, are you referring to
14  the two incidents you testified about, one in Pharr and
15  one with ████████, or are you referring to other
16  things?
17      A.  ████████ and Pharr.  We talked about the
18  mail-in ballots.  We talked about it -- earlier about
19  elderly community members not being able to -- who
20  are -- the majority of them disabled, not being able to
21  receive their ballot by mail, all the incidents that we
22  discussed over this past hour.
23      Q.  Okay.  I understand that -- that many of the
24  mail-in voters in Texas are elderly people and that if
25  you're elderly, it can be difficult to understand new



1    ballot by mail, and, subsequently, the county will send
2    them the ballots.
3        Q.   You mentioned earlier in your testimony that LUPE
4    had a concern about the oath that could put assisters in
5    jail.
6        A.   Uh-huh.
7        Q.   And I wanted to follow up and ask you if LUPE has
8    any concerns about making some kind of mistake in voter
9    assistance that could lead to investigation and
10   prosecution?
11       A.   Yes.
12            MR. BRYANT:   Objection; form.
13   BY MS. PERALES:
14       Q.   Could you elaborate on that, please?
15       A.   Yes.  One of the challenges that we have with the
16   oath is that it states, under penalty something or
17   other, and so -- which brings about the risk for them to
18   be prosecuted.  The biggest challenge or concern that we
19   have is that if an election worker, a poll watcher
20   believes that the person who did the oath is not abiding
21   by, that that could result on their incarceration as a
22   result of this.
23            Another incident that we have concerns of is the
24   ability for us as an entity to be able to support ballot
25   measures because once we have mail-in ballots of



Tania Chavez                                                June 15, 2023
                                                                Page 56

```
 1   people's homes, there's really no way for us to be able
 2   to do GOTV at the doors.  I mean, it's not like we're
 3   going to knock on the door and say, like, "Hello.  Do
 4   you have a mail-in ballot because, otherwise, I can't
 5   talk to you about what I'm about to talk to you."
 6           I mean, that's just not how it works.  You're
 7   supposed to be able to knock on the door and talk to
 8   folks on a measure that you are supporting, for us that
 9   we do, and for structural work that we do, drainage
10   work, pave roads, healthcare access, education.  There
11   could be a number of measures that we could support and
12   the inability to do this freely in the presence of a
13   ballot.  It brings about challenges that our staff could
14   potentially face jail time or us, an employer, or me as
15   an executive director that may pay the consequences of
16   that if somebody accidentally makes -- makes a mistake.
17           And then, really, like the biggest challenge that
18   we have seen is the inability to assist community
19   members on their ballot by -- by mail, given that we're
20   unable to compensate staff members to assist community
21   members to -- to assist in the ballot by mail.  And so
22   if -- if any of these incidents occur, which may result
23   in prosecution, which is a reason why we have spent
24   additional -- additional resources on doing training for
25   canvassers and staff during Get Out The Vote efforts.
```



1              MR. BRYANT:  Objection, nonresponsive.
2      BY MS. PERALES:
3         Q.  One final question.  When you were talking about
4      the incident involving the curbside voter in Pharr, you
5      mentioned that the assistance form and oath of
6      assistance could have been brought out to the car for
7      the assister but that it was not.
8         A.  Uh-huh.
9         Q.  Whose decision was it not to bring the -- those
10     forms out to the car?
11        A.  The poll workers.
12              MS. PERALES:  I pass the witness.
13                          EXAMINATION
14     BY MR. BRYANT:
15        Q.  Ms. Chavez, you testified earlier about the
16     intent behind the SB 1, and I believe you used the term
17     people of color.  What do you mean by that term?
18              MS. PERALES:  I'm going to let the witness
19     answer, but I want to object.  It's outside the scope of
20     the redirect.
21              You may answer.
22        A.  People who -- I mean, you're asking what I mean
23     by people of color?  People who are brown, black or
24     anything whose racial ethnicity is other than Caucasian,
25     white.



```
 1   waive the reading of the Rules, which we should have
 2   done at the beginning, but with Mr. Bryant's consent, we
 3   can waive the reading of the Rules now.
 4               MR. BRYANT:  I so consent.
 5               THE VIDEOGRAPHER:  Okay.  Off the record at
 6   12:24 p.m.
 7               (Proceedings concluded at 12:24 p.m.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

