*EXHIBIT 21*

```
 1                 UNITED STATES DISTRICT COURT
                             FOR THE
 2                   WESTERN DISTRICT OF TEXAS

 3
     LA UNION DEL PUEBLO          §
 4   ENTERO, ET AL.               §
                                  §
 5        Plaintiff               §
                                  § Civil Action No.
 6   V.                           § 5:21-cv-00844-XR
                                  §
 7   GREGORY W. ABBOTT, ET        §
     AL.                          §
 8        Defendant.              §

 9

10
                         ORAL DEPOSITION OF
11
                         AMATULLAH CONTRACTOR
12
                            JULY 20, 2022
13

14

15

16       ORAL DEPOSITION OF AMATULLAH CONTRACTOR, produced

17   as a witness at the instance of the Defendant and duly

18   sworn, was taken in the above styled and numbered cause

19   on Wednesday, July 20, 2022, from 10:26 a.m. to

20   1:13 p.m., before DONNA QUALLS, Notary Public in and for

21   the State of Texas, reported by computerized stenotype

22   machine, at the offices of the Texas Justice Center,

23   4900 Fournace Place, Houston, Texas, pursuant to the

24   Federal Rules of Civil Procedure and any provisions

25   stated on the record or attached hereto.
```



```
 1        Q.   Is that the only aspect of the oath that you
 2   believe has harmed you?
 3        A.   Another aspect of this oath is determining
 4   eligibility, which falls on the voter assistant, but
 5   like I have testified before, I believe that if someone
 6   asks for assistance, then they should be eligible, and I
 7   would not be able to determine eligibility just based
 8   off of reading this bill.
 9             Because -- because my mom is able to read
10   the English language, but that does not mean she is able
11   to comprehend it, and I was not able to assist
12   adequately because I'm only limited to reading the
13   ballot.
14        Q.   So how -- how does the eligibility requirement
15   harm you in any ways?
16        A.   Because I'm taking an oath under penalty of
17   perjury.
18        Q.   Let's read that section.  It starts on line 12
19   of page 53.  "And I understand that if assistance is
20   provided to a voter who is not eligible to vote for
21   assistance" -- or -- that is --
22             Let me start over.  "And I understand that
23   if assistance is provided to a voter who is not eligible
24   for assistance, the voter's ballot may not be counted."
25             So the impact of providing assistance to a
```



Amatullah Contractor                                                July 20, 2022
                                                                        Page 70

```
 1        Q.   Okay.
 2                  MR. WASSDORF:  Pass the witness.
 3                  MS. CHEN:  We have no questions.
 4                  THE REPORTER:  Anybody else?
 5                  Before we go off the record, I just need to
 6   know, does anybody here need a copy of the transcript?
 7                  MS. CHEN:  Yes.  And we'd also like to
 8   review and correct.
 9                  THE REPORTER:  Okay.  Off the record at
10   1:13 p.m.
11                  (Proceedings adjourned at 1:13 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

