*EXHIBIT 22*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs,*<br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,<br>*Plaintiffs,*<br>v.<br><br>JANE NELSON, et al.,<br>*Defendants.* | 1:21-cv-0780-XR |

## SUPPLEMENTAL DECLARATION OF DEBORAH CHEN

My name is Deborah Chen. I am over the age of 18 and capable of making this declaration. The facts stated herein are within my personal knowledge.

1. I am a lawyer and the Civic Engagement Programs Director for OCA-Greater Houston (OCA-GH). OCA-GH is the Greater Houston arm of the national organization OCA – Asian Pacific American Advocates. I am also the Executive Vice President of OCA – Asian Pacific American Advocates.

2. I previously submitted a declaration in this case. *See* ECF No. 611-1, Ex. 38. The facts in my first declaration remain true and this second declaration is intended only to supplement the first, which is incorporated by reference here. Some of the facts set out in the first declaration are repeated here for ease of reading.

1

3. As an organization dedicated to serving the Asian American and Pacific Islander ("AAPI") community, a substantial portion of which is elderly and/or has limited English proficiency ("LEP"), OCA-GH was acutely aware of the debates around and eventual passage of SB 1, including SB 1 Section 6.06's broadening of the criminal prohibition on compensation for mail-in voting assistance (Texas Election Code § 86.0105) and SB 1 Section 7.04's criminal prohibition on compensation for "vote harvesting" (Texas Election Code § 276.015).

4. Before SB 1's passage, OCA-GH would routinely send out information to Chinese language newspapers to inform the public about its election-related community events, as well as encourage Chinese language newspapers to write articles about those events. OCA-GH would also have Chinese-language translations of voter information— how to find out where to go vote, or to complete a mail-in ballot— at candidate forums and other places frequented by the Chinese-speaking and immigrant community, such as the Chinatown post office or the Shabu House restaurant, as well as in public locations. OCA-GH is well-known in the Greater Houston AAPI community for its Get Out the Vote efforts, its election-related community events, and its historical practice of providing voter assistance, particularly to elderly and LEP voters.

5. For example, before SB 1's passage, OCA-GH arranged and publicized in-person candidate forums at several locations frequented by the AAPI community, like the Chinese Community Center and the library. Attendance at these forums varied from approximately 100 to 400 or more people. OCA-GH would set up a table at these candidate forums and provide voting assistance to any OCA-GH member or

community member seeking assistance for any reason, including due to a language barrier (typically Chinese speakers), to low vision, to being unfamiliar with the voting process as a first-time AAPI voter. This included helping voters complete their applications for a ballot by mail (ABBMs), mail ballots, and registration forms, as well as explaining the election process and what was on the ballot.

6. Before SB 1's passage, OCA-GH routinely hosted non-partisan "meet and greets" to create a space for the AAPI community to interact with AAPI candidates for political office, whom OCA-GH invited from all sides of the political spectrum. OCA-GH provided catered dinners at these events, which were typically attended by approximately 250 to 300 people. OCA-GH would set up tables during these events to interact with voters and to provide assistance to any voter who sought it, including mail-in voting assistance to those who brought their ABBMs or mail-in ballots, which occurred regularly.

7. Before SB 1's passage, OCA-GH maintained a presence at the Tracy Gee Community Center, and at early voting centers, to provide mail-in voting assistance to AAPI seniors—frequently LEP or low vision voters—who sought out OCA-GH's help. OCA-GH would also provide transportation services for seniors who needed help getting to the polling site to vote in person.

8. Before SB 1's passage, OCA-GH routinely held in-person mail-in voting training sessions at which it would explain how to obtain an ABBM and vote by mail to OCA-GH members and community members.

9. Before SB 1's passage, OCA-GH routinely conducted voting machine demonstrations and trainings at which it would provide the same sorts of assistance

described above with ABBMs and mail-in ballots to any OCA-GH member or community member who brought their materials to the demonstration.

10. Before SB 1's passage, OCA-GH routinely set up exit polling tables and conducted exit polling surveys at polling locations around Houston. While doing so OCA-GH would provide mail-in voting assistance to any voter who requested it.

11. Before SB 1's passage, OCA-GH routinely conducted door knocking, canvassing, and other field campaigns. During these activities OCA-GH members regularly provided ABBM or mail-in ballot assistance to any voter who requested it. For example, many of these voters had already obtained their ABBMs or mail-in ballots and would bring those materials to the door to receive on-the-spot assistance.

12. The voters who sought assistance with their ABBMs or mail-in ballots during the above-listed activities were frequently limited English proficiency ("LEP") voters, elderly voters, or low-vision voters, or some combination of the three.

13. During all of these activities OCA-GH would also seek to substantively engage with voters to raise awareness of issues of importance to the AAPI community, such as participating in the census, and would provide a translated League of Women Voters of Texas voter guide, or a link to the online translation of that guide, which contained information about measures on the ballot and explained candidate positions, with the goal of encouraging the AAPI community to go vote.[1] If a ballot measure was particularly impactful to the AAPI community, OCA-GH would seek to educate voters about it and to advocate for or against it.

---

[1] OCA-GH has not and does not endorse particular candidates.

14. In Harris (but not Ford Bend) County some voting materials are translated into Chinese and Vietnamese. However, LEP voters still often need an extra hand to get through the whole process, either with their ABBMs and mail-in ballots, with registration and voting procedures, or if voting in person, with navigating the polling place or the voting machines. Sometimes they have bad eyesight and need someone to read everything out loud, or need help with the mail-in voting materials or in-person process because their Chinese first and last names are in "reverse order" compared to in English, which can create confusing interactions with poll workers. OCA-GH therefore provided these LEP voters with help in these various processes, and in communications with non-Chinese speaking poll workers even when the mail-in or in-person materials were in the voters' native language, or when there may not be an adequate number of available or trained Chinese speaking poll workers, or if they spoke a different dialect than the voter.

15. Additionally, in Harris County, there are many Korean-speaking voters, but no Korean ballots or Korean-speaking voter assistance made available by the county. Before SB 1's passage, OCA-GH coordinated with other AAPI groups to help provide Korean-speaking voters with Korean language assistance.

16. Before SB 1's passage, OCA-GH paid its staff and members competitive wages for their work during these in-person candidate forums, voting machine demonstrations, door knocking and field campaigns, exit polling, and other activities, as well as provided staff and members with bottled water, sports drinks, snacks, and other forms of refreshment in exchange for their services. OCA-GH also provided food and refreshments to *all* attendees at its election-related

community events, to encourage staff, member, and other attendee participation; to make things easier on attendees who might be pressed for time; to show appreciation for the community; and because providing food and refreshment is a common cultural courtesy.

17. Following SB 1's passage, OCA-GH has not stopped paying staff and members, or providing food and drinks to staff, members, and the public. Instead, as set out below, it has ceased providing mail-in voting assistance, as well as severely scaled back the scope of its communications during activities at which mail-in ballots may be present, due to the fear of criminal prosecution pursuant to SB 1 Sections 6.06 and 7.04. OCA-GH fears that by paying its staff and members, or by supplying them with food or drinks, for providing mail-in voting assistance or engaging in OCA-GH's other election-related activities, it or its members will be placed at risk of prosecution under SB 1.

18. OCA-GH does not want to expose its members to potential prosecution for engaging in OCA-GH election-related activities, nor does it have the resources to legally defend a member put in that position. This is of particular concern to OCA-GH because many of its canvassers and door knockers are young college students, and OCA-GH's mission is to grow new leaders in the community, not place them at risk of a criminal prosecution that will follow them for the rest of their lives.

19. For example, OCA-GH did not hold any in-person candidate forums ahead of the March 2022 primary due to a fear that community members would, as they had in the past, bring their ABBMs or mail ballots to the event seeking assistance, potentially causing OCA-GH or its members to run afoul of both SB 1 Sections

6.06 and 7.04—even though one of its own AAPI members was running for local office. And while OCA-GH did co-host an in-person candidate forum ahead of the November 2022 election, it limited its role strictly to promoting the forum, and did not set up a table to provide assistance with mail-in voting or otherwise engage with the community, despite its historical practice of doing so.

20. OCA-GH has also not held an AAPI candidate "meet and greet" since passage of SB 1, in large part due to the same fears; community members have brought their mail-in ballots to these events in the past, and OCA-GH is unsure whether hosting an event for AAPI candidates which does not feature any non-AAPI competitors could constitute an action "intended to deliver voters for a specific candidate or measure" in violation of SB 1 Section 7.04.

21. OCA-GH has also ceased conducting in-person trainings on how to use voting machines, as well as in-person trainings on the vote by mail process, again due to fears that community members would, as they have in the past, bring their ABBMs or mail ballots to the trainings seeking assistance, and that OCA-GH or its members would be accused of attempting to influence a vote by providing materials explaining candidate positions and ballot measures, or of receiving compensation for providing assistance. OCA-GH similarly no longer provides voters with assistance with their ABBMs or mail-in ballots at the Tracy Gee Community Center, early voting centers, or during its exit survey activities, due to the same fears.

22. OCA-GH has also modified how it carries out its field campaigns to reduce the chance that communications during canvassing or door knocking can be construed

as "vote harvesting," given that voters answering the door may have their mail-in ballot within the "physical presence" of the interaction. OCA-GH has instructed its canvassers not to engage substantively with voters by discussing issues of importance to the AAPI community or providing materials explaining candidate positions and ballots measures, but instead merely hand out voter awareness flyers.[2] OCA-GH has also instructed its members not to provide any voter assistance when carrying out these activities. Thus, when asked questions about the voting process, or for assistance with an ABBM or mail-in ballot—all common occurrences—OCA-GH canvassers merely instruct voters to go to the county's website, rather than providing the sort of spontaneous assistance they would have previously.

23. Following SB 1, OCA-GH has faced significant uncertainty about whether it can advocate for or against issues that impact the AAPI community during activities at which mail ballots might be present. For example, OCA-GH took a stance against SB 147—which passed the Senate, but not the House, and would have banned all property ownership by Chinese citizens in Texas—during the last legislative session. While SB 147 did not arise as an issue until after the 2022 election season, OCA-GH anticipates that some form of the bill may return in the future, whether in a special session or during the next regular session. In that event, OCA-GH would want to educate and mobilize the AAPI community against any such bill during its election-related activities. As of now, however, OCA-GH remains unsure whether it will engage in such advocacy given that community

---

[2] *See* Attachment A (voter awareness flyers distributed by OCA-GH during its 2022 canvassing efforts).

8

members might happen to bring their mail ballots to any such activities. As a result, OCA-GH has not yet decided whether it can safely engage in such advocacy.

24. This sort of SB 1-risk assessment must be carried out with respect to each of OCA-GH's programs and it constitutes a substantial drain on OCA-GH's resources. Upper-level staff have been required to analyze SB 1's impact on each OCA-GH program, decide which community events to cancel, modify field campaign scripts to ensure members do not say anything that could violate SB 1, and train canvassers and door knockers to follow those instructions—to *not* provide mail-in voting assistance despite OCA-GH's historical practice of doing so. The same is true of preparing materials for field bags; it is a process that must be repeated each time a program is assessed, to determine what will fit on the paper and accomplish OCA-GH's mission as best as possible while not violating SB 1. This forces OCA-GH to spend less time on its normal programming efforts and will continue to require substantial staff time whenever a new program or activity must be assessed for risk.

25. As a result of SB 1, OCA-GH has been demonstrably unable to provide the LEP voters whom it has historically assisted—its own members, members of the AAPI community, or members of the community more broadly—with any sort of mail-in voting assistance. For example, OCA-GH has routinely provided mail-in voting assistance to Chinese-speaking LEP voters in the Sugar Land region of Fort Bend County and the Alief and Sharpstown regions of Harris County while canvassing, hosting candidate forums, and operating exit surveys. In 2022, however, OCA-GH did not provide any of these voters whom it had previously assisted—or any voters at all—with any kind of mail-in voting assistance.

26. Additionally, pre-COVID, OCA-GH used to go to the senior center retirement home next to the Sharpstown Mall to serve lunch to LEP and non-LEP Asian seniors, as well as non-Asian seniors, twice a year around Lunar New Year/Martin Luther King Day and in the fall around Labor Day. During these times, particularly during the fall, OCA-GH would assist these seniors with mail-in voting. OCA-GH initially ceased carrying out this practice due to COVID restrictions but would likely have returned to it after those restrictions were lifted if not for SB 1. OCA-GH is now weighing whether, given its limited resources, it should return to that practice as part of its community outreach. If it does, it has already decided it will not provide mail-in voting assistance due to SB 1.

27. OCA-GH's mission is frustrated by the way it has been forced to divert its resources and to curtail its activities due to SB 1 Sections 6.06 and 7.04. OCA-GH previously focused its resources on repeated, in-depth, in-person voter interactions and assistance at events in community centers and other places where community members would frequent, as well as on in-depth interactions and assistance during canvassing and door knocking campaigns, which was often followed up by contact at one of those community events. This sort of repeated one-on-one contact had a high success rate in motivating people to go vote. Due to SB 1, however, OCA-GH has been forced to pivot its time, energy, and resources away from its prior focus on in-depth voter outreach interactions to instead attempting to generate as many surface-level interactions (*i.e.*, which do not run afoul of SB 1) as possible, which do not have as great an impact as before. This ensures that repeated in-depth contact with potential voters does not occur. OCA-GH's forced inability to provide mail-

in voter assistance and voter information is contrary to its mission to encourage voter participation.

28. OCA-GH desires to provide mail-in voter assistance and to engage with the community in the ways it did prior to SB 1's passage. However, so long as SB 1 Sections 6.06 and 7.04 remain in effect, it is afraid to do so.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 22, 2023.

Deborah Chen

# Attachment A

## Upcoming Events

 5/1 - 6/19

 6/2-19

OCAHOUSTON.ORG

 

# VIRTUAL
# CITIZENSHIP FORUMS

Are you a green card holder who would like FREE assistance preparing your citizenship application (N-400)?

Drop in via Zoom on the **1st Saturday** of every month to have us look over your application!

Link to Join:
### tinyurl.com/citzOCAGH

**PROTECT YOURSELF!
GET YOUR CITIZENSHIP!**
FREE | SECURE | ACCURATE | EASY

 SAVE & COME BACK   ONLINE LEGAL HELP    CONNECT WITH EXPERTS



DON'T WAIT. GO ONLINE TODAY @
citizenshipworks.org/portal/houston

  

---

## Upcoming Events

 5/1 - 6/19

 6/2-19

OCAHOUSTON.ORG

 

# VIRTUAL
# CITIZENSHIP FORUMS

Are you a green card holder who would like FREE assistance preparing your citizenship application (N-400)?

Drop in via Zoom on the **1st Saturday** of every month to have us look over your application!

Link to Join:
### tinyurl.com/citzOCAGH

**PROTECT YOURSELF!
GET YOUR CITIZENSHIP!**
FREE | SECURE | ACCURATE | EASY

 SAVE & COME BACK   ONLINE LEGAL HELP    CONNECT WITH EXPERTS

DON'T WAIT. GO ONLINE TODAY @
citizenshipworks.org/portal/houston

  

---

## Upcoming Events

 5/1 - 6/19

 6/2-19

OCAHOUSTON.ORG

 

# VIRTUAL
# CITIZENSHIP FORUMS

Are you a green card holder who would like FREE assistance preparing your citizenship application (N-400)?

Drop in via Zoom on the **1st Saturday** of every month to have us look over your application!

Link to Join:
### tinyurl.com/citzOCAGH

**PROTECT YOURSELF!
GET YOUR CITIZENSHIP!**
FREE | SECURE | ACCURATE | EASY

 SAVE & COME BACK   ONLINE LEGAL HELP    CONNECT WITH EXPERTS

DON'T WAIT. GO ONLINE TODAY @
citizenshipworks.org/portal/houston

  

# 2022 PRIMARY ELECTION

**VOTE** in this primary election to ensure the **AAPI voice** is heard on issues & concerns affecting our community.

✓ State Offices  ✓ Local Offices
✓ Judicial Districts

## VOTING INFORMATION

Find your sample ballot, polling locations & times

**Harris County** - HarrisVotes.com

### KEY DATES

**EARLY VOTING**

- **February 14–19:** 7 a.m. – 7 p.m.
- **February 20:** 12 p.m. – 7 p.m.
- **February 21:** No Voting
- **February 22–23:** 7 a.m. – 7 p.m.
- **February 24:** 7 a.m. – 10 p.m.
- **February 25:** 7 a.m. – 7 p.m.

**LAST DAY TO APPLY TO VOTE BY MAIL**

**FEBRUARY 18**

Applications must be delivered to: 1001 Preston Street, 4th floor office, Houston, TX 77002

**INFO:** (713) 755-6965

**ELECTION DAY**

**MARCH 1**

7 a.m. – 7 p.m.

*also deadline for mail-in ballots

 

Partner Organizations:
**One APIA Texas**
**ACDC Texas**

---

# 2022 PRIMARY ELECTION

**VOTE** in this primary election to ensure the **Asian American voice** is heard on issues & concerns affecting our community.

✓ State Offices  ✓ Local Offices
✓ Judicial Districts

## VOTING INFORMATION

Find your sample ballot, polling locations & times

**Harris County** - HarrisVotes.com

### KEY DATES

**EARLY VOTING**

- **February 14–19:** 7 a.m. – 7 p.m.
- **February 20:** 12 p.m. – 7 p.m.
- **February 21:** No Voting
- **February 22–23:** 7 a.m. – 7 p.m.
- **February 24:** 7 a.m. – 10 p.m.
- **February 25:** 7 a.m. – 7 p.m.

**LAST DAY TO APPLY TO VOTE BY MAIL**

**FEBRUARY 18**

Applications must be delivered to: 1001 Preston Street, 4th floor office, Houston, TX 77002

**INFO:** (713) 755-6965

**ELECTION DAY**

**MARCH 1**

7 a.m. – 7 p.m.

*also deadline for mail-in ballots

 

Partner Organizations:
**One APIA Texas**
**ACDC Texas**

---

# 2022 PRIMARY ELECTION

**VOTE** in this primary election to ensure the **Asian American voice** is heard on issues & concerns affecting our community.

✓ State Offices  ✓ Local Offices
✓ Judicial Districts

## VOTING INFORMATION

Find your sample ballot, polling locations & times

**Harris County** - HarrisVotes.com

### KEY DATES

**EARLY VOTING**

- **February 14–19:** 7 a.m. – 7 p.m.
- **February 20:** 12 p.m. – 7 p.m.
- **February 21:** No Voting
- **February 22–23:** 7 a.m. – 7 p.m.
- **February 24:** 7 a.m. – 10 p.m.
- **February 25:** 7 a.m. – 7 p.m.

**LAST DAY TO APPLY TO VOTE BY MAIL**

**FEBRUARY 18**

Applications must be delivered to: 1001 Preston Street, 4th floor office, Houston, TX 77002

**INFO:** (713) 755-6965

**ELECTION DAY**

**MARCH 1**

7 a.m. – 7 p.m.

*also deadline for mail-in ballots

 

Partner Organizations:
**One APIA Texas**
**ACDC Texas**

# ELECTION DAY
## TUESDAY, NOVEMBER 8TH

OCAHOUSTON.ORG/VOTE

# VOTE EARLY

### EARLY VOTING: Oct 24 to Nov 4
Check your "My Voter Page" for early voting locations:
teamrv-mvp.sos.texas.gov/MVP/mvp.do

## PLAN AHEAD
To vote by mail, you must apply for a ballot by mail in advance. Your application must be RECEIVED (not Postmarked) by your county registrar by November 8, 2022.

**YOU ARE ELIGIBLE TO VOTE BY MAIL IN TEXAS IF:**
- YOU ARE AGE 65 OR OLDER BY ELECTION DAY
- YOU WILL BE OUTSIDE OF HARRIS COUNTY FOR ALL OF THE EARLY VOTING PERIOD AND ON ELECTION DAY
- YOU ARE CONFINED IN JAIL BUT OTHERWISE ELIGIBLE TO VOTE
- YOU HAVE A DISABILITY, WHICH INCLUDES PREGNANCY OR SICKNESS (OR A CONDITION SUCH THAT YOU RISK HARM IF YOU VOTE IN PERSON: COVID-19 CAN BE A FACTOR.)

- Bring your ID to vote (TX Driver's License, TX Personal ID, US Passport, US Citizenship Certificate with Photo, US Military ID with photo, TX Handgun License, TX Election ID Certificate).
- There is NO STRAIGHT-PARTY VOTING in Texas. You must mark your choice on your ballot separately for each race.
- Be sure to scroll through the entire ballot to see all your choices.

# BUMOTO NG MAAGA

### MAAGANG PAGBOTO: OKTUBRE 24 HANGGANG NOBYEMBRE 4
Bisitihan mo ang website "My Voter Portal" para malaman mo kung saan pwedeng magboto ng maaga: teamrv-mvp.sos.texas.gov/MVP/mvp.do

## IPLANO MO ANG IYONG PAGBOTO
Para bumoto sa pamaraan ng koreo, kailangan mo munang magparehistro sa pamaraan ng koreo. Ang iyong aplikasyon ay dapat MATANGGAP (hindi lang nalagyan ng tatak-selyo) ng rehistro ng munisipyo (tawag ay "county registrar" sa Amerika) bago ng ika-8 ng Nobyembre, 2022 (ang araw ng eleksyon).

**PUWEDE KANG MAGBOTO SA PAMARAAN NG KOREO SA TEXAS KUNG:**
- IKAW AY MAN LAMANG 65 NA TAON SAW ARAW NG ELEKSYON
- IKAW AY WALA SA HARRIS COUNTY HABANG NANG: (1) PANAHON NANG PUWEDENG MAGBOTO NG MAAGA, AT (2) ARAW NG ELEKSYON
- IKAW AY NAKAKULONG, PERO MAY KARAPATAN KA PANG MAGBOTO
- IKAW AY MAY KAPANSANAN, IKAW AY BUNTIS, O IKAW AY MAY KUNDISYON NA PUWEDENG LUMALA KAPAG MAGBOTO KA SA PERSONAL (KATULAD NG COVID-19).

**Tandaan Mo!**
- Magdala ng identipikasyon, katulad ng: lisensya sa pagmamaneho sa TX, identipikasyong personal sa TX, paraporteng Amerikano, sertipiko ng pagkamamamayan sa Amerika **at** ritrato mo. identipikasyong pansundalo sa Amerika **at** ritrato mo, lisensya ng baril sa TX, katibayan ng identipikasyon ng eleksyon sa TX
- Sa Texas, hindi mo kailangang magboto sa isang partidong pampulitika lang. Kailangan mong markahan ang isat-isang pampulitikong labanan
- Siguraduhin na nasuri ang lahat ng pinili sa buong balota

# 提早投票

### 提前投票期：10月24日至11月4日
在「我的選民專頁」查看提早投票地點：
teamrv-mvp.sos.texas.gov/MVP/mvp.do

## 提前計劃
要邮寄投票，您必須提前申请邮寄投票。您的县注册官必須在2022年11月8日之前收到您的申请（未加盖邮戳）。

**在下列情況下，您符合在德薩斯州以郵寄方式投票的資格：**
- 您在投票日已屆 65 歲或以上
- 您在整個提早投票期和選舉日都不會在您的鄉裡
- 您在監獄服刑但符合投票資格
- 您行動不便，這包括懷孕或疾病（或親身投票有受傷害的風險；COVID-19 可能是一個因素。）

- 攜帶身分證明文件去投票（德薩斯州駕駛執照、德薩斯州個人身分證、美國護照、有照片的美國居民身分證、有照片的美國軍人身分證、德薩斯州手槍執照、德薩斯州選民身分證）。
- 德薩斯州不設直線政黨投票。您必須為每個類別在選舉上分別標示您的選擇。
- 請務必滾動瀏覽整張選票，以查看您的所有選擇。

# 提早投票

### 提早投票期：10月24日至 11月4日
在「我的選民專頁」查看提早投票地點：
teamrv-mvp.sos.texas.gov/MVP/mvp.do

## 提前计划
要通过邮寄方式投票，您必須提前申请邮寄投票。您的縣註冊官必須在 2022 年 11 月 8 日之前收到您的申請（未加蓋郵戳）。

**在下列情況下，您符合在德州以邮寄方式投票的资格：**
- 您在投票日已届 65 岁或以上
- 您在整个早投票期和选举日都不会在您的县里
- 您在监狱服刑但符合投票资格
- 您行动不便，这包括怀孕或疾病（或亲身投票有受伤害的风险；COVID-19 可能是一个因素。）

- 携带身分证明文件去投票（德州驾驶执照、德州个人身分证、美国护照、有照片的美国居民身分证、有照片的美国军人身分证、德州手枪执照、德州选民身分证）。
- 德州不设直线政党投票。您必须为每个类别在选举上分别标示您的选择。
- 请务必滚动浏览整张选票，以查看您的所有选择。

# BỎ PHIẾU SỚM

### BẦU CỬ SỚM: 24/10 đến 4/11
Xem trang "My Voter Page" (Trang cử tri của tôi) để biết các địa điểm bỏ phiếu sớm:
teamrv-mvp.sos.texas.gov/MVP/mvp.do

## LÊN KẾ HOẠCH TRƯỚC
Để bỏ phiếu bằng thư, bạn phải điền đơn yêu cầu trước để xin lá phiếu gửi qua thư. Đơn yêu cầu phải được NHẬN (không phải ngày đóng dấu bưu điện) bởi văn phòng đăng ký quận trước ngày 8 tháng 11, 2022.

**BẠN ĐỦ ĐIỀU KIỆN ĐỂ BỎ PHIẾU QUA ĐƯỜNG BƯU ĐIỆN TẠI TEXAS NẾU:**
- BẠN TỪ 65 TUỔI TRỞ LÊN TRƯỚC NGÀY BẦU CỬ
- BẠN SẼ Ở BÊN NGOÀI QUẬN HARRIS TRONG SUỐT THỜI GIAN BỎ PHIẾU SỚM VÀ VÀO NGÀY BẦU CỬ
- BẠN BỊ GIAM TRONG TÙ NHƯNG ĐỦ ĐIỀU KIỆN BỎ PHIẾU
- BẠN BỊ KHUYẾT TẬT, BAO GỒM MANG THAI HOẶC ỐM ĐAU (HOẶC HOẶC MỘT TÌNH TRẠNG SỨC KHỎE KHIẾN BẠN GẶP PHẢI RỦI RO NẾU TRỰC TIẾP ĐI BỎ PHIẾU; COVID-19 CÓ THỂ LÀ MỘT YẾU TỐ RỦI RO.)

- Mang theo giấy tờ tùy thân của bạn để bỏ phiếu (Giấy phép Lái xe TX, ID Cá nhân TX, Hộ chiếu Hoa Kỳ, Giấy chứng nhận Quốc tịch Hoa Kỳ có ảnh, Căn cước quân sự Hoa Kỳ có ảnh, Giấy phép Súng ngắn TX, Giấy chứng nhận ID Bầu cử TX).
- KHÔNG CÓ BỎ PHIẾU STRAIGHT-PARTY (Cơ chế cho phép cử tri bỏ một lá phiếu để lựa chọn tất cả các ứng cử viên của một chính đảng trên lá phiếu đó) ở Texas. Bạn phải đánh dấu từng lựa chọn của mình trên lá phiếu cho mỗi cuộc đua.
- Hãy nhớ xem qua toàn bộ lá phiếu để xem tất cả các lựa chọn của bạn.

# 일찍 투표하세요

### 조기 투표: 10월 24일 - 11월 4일
사전 투표 장소는 "내 유권자 페이지"를 확인하십시오.
teamrv-mvp.sos.texas.gov/MVP/mvp.do
teamrv-mvp.sos.texas.gov/MVP/mvp.do

## 미리 계획을 세우세요
우편 투표를 하려면 사전에 우편 투표를 신청해야 합니다. 신청서는 2022년 11월 8일(게시되지 않음)까지 카운티 등록관에 접수되어야 합니다.

**다음의 경우 텍사스 주에서 우편으로 투표할 자격이 있습니다.**
- 선거일 기준 65세 이상
- 조기 투표 기간과 선거일 모두 해당 카운티에 소재하지 않는 경우
- 감옥에 갇혀 있지만 투표 자격이 있음
- 임신이나 질병을 포함하여 몸이 불편한 상태(또는 직접 투표할 경우 건강에 위험이 있을 수 있는 상태. COVID-19도 요인이 될 수 있음)

- 투표하려면 신분증(텍사스 운전면허, 텍사스 신분증, 미국 여권, 사진이 있는 미국 시민권 증명서, 사진이 있는 미군 신분증, 텍사스 휴대 권총 면허, 텍사스 선거 신분증 증명서)를 가져오십시오.
- 텍사스에는 정당 일괄 투표가 없습니다. 투표 용지에 각 경합마다 선택 사항을 따로 표시하여야 합니다.
- 전체 투표 용지를 살펴보고 모든 선택 사항을 보십시오.

OCAGH_00017976



# OCA - Asian Pacific American Advocates

EMBRACING THE HOPES AND ASPIRATIONS OF ASIAN PACIFIC AMERICANS

**AAPI ADVOCACY** | EDUCATION | YOUTH LEADERSHIP | ECONOMIC EMPOWERMENT | ARTS & CULTURE

**OCA-Greater Houston** is a volunteer-driven organization of community advocates that strives to meet the current and evolving needs of the diverse Asian American Pacific Islander (AAPI) population through a comprehensive continuum of programs focusing on **advocacy, education, economic empowerment**, developing **leadership**, **civic engagement** participation and **arts & cultural awareness**.

## SIGNATURE EVENTS

 


**MAY 2023**
AAPIrestaurantweeks.com


**JUNE 2023**
HAAPIFEST.com


**OCTOBER 1, 2022**
StarryNiteArtsFest.com

 

## SIGNATURE PROGRAMS

  FREE Youth leadership & advocacy program in partnership with Mi Familia Vota. High school youth are invited to participate in leadership building workshops every 2nd Saturday of the month.

  FREE monthly assistance preparing N400 Citizenship applications for individuals with Greencards (Legal Permanent Residents). Start your application on **CitizenshipWorks.org/portal/Houston**

     

**OCAHouston.org** | /OCAHouston  /OCAGreaterHouston

FOR ELECTION INFORMATION AND TO REGISTER TO VOTE VISIT OCAHOUSTON.ORG/Vote

OCAGH_00017977



# 2022 ELECTIONS

## KEY DATES

**LAST DAY TO REGISTER TO VOTE**
### OCTOBER 11
Call 713-274-8200 to be assisted in English, Spanish, Vietnamese, or Chinese.

**EARLY VOTING**
### OCT 24 - NOV 4
Find your sample ballot, polling locations & times at:
**HarrisVotes.com**

**LAST DAY TO APPLY TO VOTE BY MAIL**
### OCTOBER 28
Applications must be delivered to:
1001 Preston Street, 4th floor office, Houston, TX 77002
**INFO:** (713) 755-6965

**ELECTION DAY**
### NOVEMBER 8
7 a.m. – 7 p.m.
*also deadline for mail-in ballots



# REGISTER TO VOTE!

**IMPORTANT: ONLY US CITIZENS** ARE ELIGIBLE TO FILL OUT THE VOTER REGISTRATION CARD INCLUDED IN THIS PACKAGE

**重要提示：** 只有美国公民才有资格填写此包裹中包含的选民登记卡

**중요:** 미국 시민만 이 패키지에 포함된 유권자 등록 카드를 작성할 수 있습니다.

**重要提示：** 只有美國公民才有資格填寫此包裹中包含的選民登記卡

**IMPORTANTE:** SOLO LOS CIUDADANOS DE EE. UU. SON ELEGIBLES PARA COMPLETAR LA TARJETA DE REGISTRO DE VOTANTE INCLUIDA EN ESTE PAQUETE

**QUAN TRỌNG:** CHỈ CÁC CÔNG DÂN HOA KỲ ĐỦ ĐIỀU KIỆN ĐỂ ĐIỀN THẺ ĐĂNG KÝ VOTER BAO GỒM TRONG GÓI NÀY



## DID YOU KNOW...

The American Community Survey (ACS) releases new data every year through a variety of data tables that you can access with different data tools. If you receive a letter from the U.S. Census Bureau requesting your response to the American Community Survey, please participate, it is a building block used to create statistics about communities in America.
**https://www.census.gov/programs-surveys/acs**

---

**OCA - Asian Pacific American Advocates**
EMBRACING THE HOPES AND ASPIRATIONS OF ASIAN PACIFIC AMERICANS

## VIRTUAL CITIZENSHIP FORUMS

OCA-Greater Houston provides free assistance preparing N400 Citizenship applications for individuals with Greencards (Legal Permanent Residents) each month. If you have had your Greencard for 5 years (or 3 years if based on marriage to a US Citizen), you can apply for Citizenship.

Consultas de Inmigración Gratuitas - Ofrecemos a los residentes permanentes legales con casi toda la información que necesita para solicitar la Ciudadanía Estadounidense, incluyendo consultas particulares con especialistas en inmigración y abogados. Si tiene alguna pregunta favor de comunicarse al teléfono: (281) 968-9134

免費移民服務 - 我們為永久居民(綠卡持有者)提供一對一的免費移民服務. 服務項目包括協助填寫美國公民申請表格和向移民專家和律師提供法律諮詢 聯繫電話: Mandarin: (713) 446-8430

### 1st Saturday each month
(unless holiday weekend) | 9:30am—12noon

### Register at https://tinyurl.com/OCACitizenshipForums

**Information you need to start your application on Citizenshipworks**

*Fill out your draft application at* **citizenshipworks.org/portal/houston**

*click Submit, then we will reach out to set an appointment to review the application with you!*

1. Driver's License or ID card
2. Social Security Card
3. Legal Permanent Resident Card (Greencard)
4. Past and Current Passports
5. Addresses and Dates of every place you have lived at for the past 5 years (in chronological order starting with the most recent dates)
6. Company and/or School Names, Addresses and Dates of every place you have worked at for the past 5 years (in chronological order starting with the most recent dates) Also include any periods of time you were either a homemaker, student, and/or unemployed
7. List of Dates & Reason for Court Appearance for all traffic tickets or other court related issues
8. List of all current and past spouses, dates of marriage and divorce, current spouse's A# if they have one or date of naturalization (citizenship date), their birthdate, and their current residence address
9. Marriage certificate if you are applying for citizenship based on marriage to your spouse for at least 3 years
10. List of all children (biological & stepchildren), their A# if they have one, their birthdate, and their current residence address
11. SNAP Award Letter if you have one and your tax return for last year if you want us to check if you can qualify for a waiver or discount of the USCIS Application Fees

**PROTECT YOURSELF! GET YOUR CITIZENSHIP!**
FREE | SECURE | ACCURATE | EASY

SAVE & COME BACK | ONLINE LEGAL HELP | CONNECT WITH EXPERTS

**DON'T WAIT. GO ONLINE TODAY @ citizenshipworks.org/portal/houston**





**Visit www.citizenshipworks.org/portal/houston to start!**

**OCAHOUSTON.ORG** | Citizenship Questions: (281) 968-9131

---

**OCA - Asian Pacific American Advocates**
EMBRACING THE HOPES AND ASPIRATIONS OF ASIAN PACIFIC AMERICANS

## Activate YOUR power.

### ADVOCATES In Action
### Situational Awareness Workshops

In response to the increased rise of Anti-Asian/American, xenophobic harassment, and anti-hate towards marginalized communities of color, OCA is providing educational and awareness tools to combat these types of systemic oppression.

**2022 WORKSHOP SCHEDULE**
- Sept 20
- Oct 18
- Nov 15



4:00 p.m. - 5:30 p.m. PT | 5:00 p.m. - 6:30 p.m. MT
6:00 p.m. - 7:30 p.m. CT | 7:00 p.m. - 8:30 p.m. ET

Pre-registration is required for this 1.5 hour training via Zoom.

**REGISTER at http://bit.ly/ADVOCATESINACTIONSAW2022**
More information at ocanational.org/saw

OCAGH_00017978



# GET OUT THE VOTE

## Election Day:
### Tuesday, November 8th, 2022

## Early Voting:
### October 24 - November 4

## MORE INFO? VISIT:

**Harris County:** harrisvotes.com

**Fort Bend County:** https://bit.ly/3Tjlwj4










OCAGH_00017979