# *EXHIBIT 23*

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   LA UNION DEL PUEBLO           )
     ENTERO, et al,                )
 4                                 )
              Plaintiffs,          )
 5                                 ) CIVIL ACTION
     VS.                           )
 6                                 ) NO.: 5:21-cv-844-XR
     GREGORY W. ABBOTT, et al,     )
 7                                 )
              Defendants.          )
 8                                 )

 9          -----------------------------------

10          ORAL AND VIDEOTAPED DEPOSITION OF

11                     GRACE CHIMENE

12   Designated Representative of League of Woman Voters of

13                         Texas

14                    APRIL 26, 2022

15          -----------------------------------

16       ORAL AND VIDEOTAPED DEPOSITION OF GRACE CHIMENE,

17   produced as a witness at the instance of the DEFENDANTS,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on April 26, 2022, from 10:14 a.m. to

20   5:13 p.m. before Miah Parson, CSR in and for the State

21   of Texas, reported by oral stenography, at the

22   Disability Rights Texas offices, 2222 W. Braker Lane,

23   Austin, Texas 78758, pursuant to the Federal Rules of

24   Civil Procedure and the provisions stated on the record

25   or attached hereto.
```

```
 1  but also I think it may limit our -- or restrict the way
 2  we currently hold candidate forms and do in-person
 3  contact with voters who may have a ballot because of the
 4  vagueness of the bill, my concern is that members and
 5  volunteers may feel like they're going to get into
 6  trouble and the criminal -- and be accused of vote
 7  harvesting when actually they're just guiding people
 8  through the vote process and they happen to have a
 9  ballot with them.  So I just wanted to be clear there
10  was a little addition, addendum.
11      Q.  Yeah, I'd like to understand the addendum.  Are
12  you aware that the vote harvesting provision of SB1
13  applies only to actions intended to deliver votes for a
14  specific candidate or measure?
15            MR. CLANCY:  Objection; form.
16      A.  Yes.
17      Q.  (BY MR. THOMPSON)  When the League hosts a Lake
18  candidate forum, for example, is it intending to deliver
19  voted for a specific candidate or measure?
20      A.  It is not intending to, but what the perception
21  is occasionally is that people may think we are
22  supporting one candidate over another per se because
23  certain candidates don't show up at the candidate forum
24  and so the perception may be there and because of the
25  vagueness of the law I am very concerned about our
```

```
 1  members getting accused of something about -- regarding
 2  vote harvesting.
 3      Q.  Right.  I want to -- I want to make sure I
 4  understand the concern --
 5      A.  Okay.
 6      Q.  It sounds like the concern is that the League
 7  and its members could be falsely accused of violating
 8  the vote harvesting provision, correct?
 9              MR. CLANCY:  Objection to the extent it
10  misstates the testimony or calls for a legal conclusion.
11      A.  I'm not a lawyer.  I don't understand it
12  completely.  I -- I am concerned about the impact of our
13  work, educating voters may be construed as some people
14  say sometimes that we are trying to promote one
15  candidate over another.
16      Q.  (BY MR. THOMPSON)  Let me try to reword again.
17      A.  Okay.
18      Q.  Is it a concern you're describing a concern
19  that the League and it's members would be accused of
20  violating the vote harvesting provisions of SB1, even
21  though they do not intend to deliver votes for a
22  specific candidate or measure?
23              MR. CLANCY:  Objection; form.
24      A.  Can you just say it again.
25      Q.  (BY MR. THOMPSON)  Sure.  Is the concern that
```

```
 1  you're describing a concern that the League and its
 2  members would be accused of violating the vote
 3  harvesting provisions of SB1, even though they do not
 4  intend to deliver votes for a specific candidate or
 5  measure?
 6       A.   Yes.
 7       Q.   Okay.  So will it be okay if I treat that as a
 8  fifth way in which the vote harvesting provisions --
 9       A.   Sure.  Thank you.
10       Q.   Then our favorite time, we'll just go back
11  through 1 through 5 again and hopefully this time I'll
12  get them correct.  Okay.  We're talking about the 5 ways
13  you've testified that the League contends the vote
14  harvesting provisions of SB1 frustrates its mission.
15  First, the League contends that the vote harvesting
16  provisions of SB1 prevent some voters from participating
17  in elections, right?
18       A.   Right.
19       Q.   Second, the League tries to address that
20  problem by shifting resources from other activities to
21  educating people potentially subject to the vote
22  harvesting provisions about the vote harvesting
23  provisions, correct?
24       A.   Yes.
25       Q.   Third, despite the League's efforts, the League
```

1                THE VIDEOGRAPHER:  This concludes the
2    deposition for today.  We are going off the record.
3    The. Time is 5:13 p.m.