# *EXHIBIT 26*

```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
                   SAN ANTONIO DIVISION


LA UNION DEL PUEBLO ENTERO,    )
et al.,                        )
                               )
     Plaintiffs,               )  Civil Action
                               )  No. SA-21-CV-00844-XR
vs.                            )
                               )
GREGORY W. ABBOTT, et al.,     )
                               )
     Defendants.               )
                               )
```
___

ORAL DEPOSITION OF

ALAN VERA

FEBRUARY 27, 2023
___

ORAL DEPOSITION OF ALAN VERA, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on February 27, 2023, from 10:00 a.m. to 3:37 p.m., Nilda Codina, Notary in and for the State of Texas, recorded by machine shorthand, from Javier N. Maldonado & Associates, P.C., 1415 North Loop W., Suite 600, Houston, Texas, County of Harris pursuant to the Federal Rules of Civil Procedure, and the provisions stated on the record or attached hereto.

1  1 says can even inspect the ballot.  That's not true
2  when the voter's being assisted by their own chosen
3  assistant.
4       Q.   So how -- you know if a watcher asks you how
5  close can I be in order to perform that function and
6  you say being right there, how close is right there in
7  a numerical sense?
8       A.   We are still referring to a voter being
9  assisted by an election worker, I've told the poll
10 watchers they can be right there at the polling booth
11 to be able to see every action made by the election
12 worker and hear every instruction given by the voter to
13 the election worker, close enough to see and hear.
14      Q.   Okay.  And how far is that in terms of
15 distance?
16      A.   It depends how good the poll watchers vision
17 and hearing is.
18      Q.   Okay.  So let's say it's not great, but the
19 poll watcher still capable of seeing and hearing, if
20 the poll watcher says can I stand one foot from the
21 voter, would you say that's okay?
22      A.   I would tell the vote poll watcher if you
23 need to stand one foot from the voter to see and hear
24 everything, yes.  Do not make contact with the voter or
25 the election worker.

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                      SAN ANTONIO DIVISION

 3   LA UNION DEL PUEBLO ENTERO,   )
     et al.,                       )
 4                                 )
           Plaintiffs,             )  Civil Action
 5                                 )  No. SA-21-CV-00844-XR
     vs.                           )
 6                                 )
     GREGORY W. ABBOTT, et al.,    )
 7                                 )
           Defendants.             )
 8                                 )

 9                    REPORTER'S CERTIFICATE
                     DEPOSITION OF ALAN VERA
10                      FEBRUARY 27, 2023

11          I, Nilda Codina, Notary in and for the State

12   of Texas, hereby certify to the following:

13          That the witness, ALAN VERA, was duly sworn

14   by the officer and that the transcript of the oral

15   deposition is a true record of the testimony given by

16   the witness;

17          I further certify that pursuant to FRCP Rule

18   30(f)(1) that the signature of the deponent:

19          _____ was requested by the deponent or a

20   party before the completion of the deposition and

21   returned within 30 days from date of receipt of the

22   transcript.  If returned, the attached Changes and

23   Signature Page contains any changes and the reasons

24   therefor;

25          __X___ was not requested by the deponent or a
```

1  party before the completion of the deposition.

2         I further certify that I am neither attorney
3  nor counsel for, related to, nor employed by any of the
4  parties to the action in which this testimony was
5  taken.

6         Further, I am not a relative or employee of
7  any attorney of record in this cause, nor do I have a
8  financial interest in the action.

9         Subscribed and sworn to on this the 8th day
10 of March, 2023.

11                           _____
                             NILDA CODINA
12                           Notary Public in and
                              For the State of Texas
13                           My Commission No. 12878135-3
                             Expires:  10/24/2023
14
                             INTEGRITY LEGAL SUPPORT
15                           Firm Registration No. 528
                             9901 Brodie Lane
16                           Suite 160-400
                             Austin, TX 78748
17                           Phone:(512)320-8690

18

19

20

21

22

23

24

25