# *EXHIBIT 27*

```
 1              IN THE UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
 2                      SAN ANTONIO DIVISION

 3
    LA UNION DEL PUEBLO              §
 4  ENTERO, et al.,                  §
         Plaintiffs,                 §
 5                                   §
    v.                               §   Case No. 5:21-cv-844-XR
 6                                   §
    GREGORY W. ABBOTT, et            §
 7  al.,                             §
         Defendants,                 §
 8                                   §
    _____      §
 9                                   §
    OCA-GREATER HOUSTON, et          §
10  al.,                             §
         Plaintiffs,                 §
11                                   §
    v.                               §   Case No. 1:21-cv-780-XR
12                                   §
    JANE NELSON, et. al.,            §
13       Defendants,                 §
                                     §
14  _____      §
                                     §
15  HOUSTON JUSTICE, et              §
    al.,                             §
16       Plaintiffs,                 §
                                     §
17  v.                               §   Case No. 5:21-cv-848-XR
                                     §
18  GREGORY WAYNE ABBOTT,            §
    et al.,                          §
19       Defendants,                 §
                                     §
20  _____      §
                                     §
21  LULAC Texas, et al.,             §
         Plaintiffs,                 §
22                                   §
    v.                               §   Case No. 1:21-cv-0786-XR
23                                   §
    JANE NELSON, et al.,             §
24       Defendants,                 §
                                     §
25  _____      §
```



```
 1   MI FAMILIA VOTA, et       §
     al.,                      §
 2        Plaintiffs,          §
                               §
 3   v.                        §   Case No. 5:21-cv-0920-XR
                               §
 4   GREG ABBOTT, et al.,      §
          Defendants.          §
 5

 6

 7

 8

 9              ORAL AND VIDEOTAPED DEPOSITION OF

10                     RACHELLE OBAKOZUWA

11                       MARCH 21, 2023

12

13

14

15       ORAL AND VIDEOTAPED DEPOSITION OF RACHELLE

16   OBAKOZUWA, produced as a witness at the instance of the

17   Defendants and duly sworn, was taken in the above styled

18   and numbered cause on Tuesday, March 21, 2023, from

19   3:51 p.m. to 6:44 p.m., before DONNA QUALLS, Notary

20   Public in and for the State of Texas, reported by

21   computerized stenotype machine, at the offices of Harris

22   County Attorney's Office, 1019 Congress Street, 15th

23   Floor, Houston, Texas, pursuant to the Federal Rules of

24   Civil Procedure, and any provisions stated on the record

25   or attached hereto.
```



```
 1        Q.  So why do you think the rejection rate was
 2   higher in November 2022 than in the past elections shown
 3   here?
 4               MS. HUNKER:  Objection; form.
 5        A.  SB1 has brought challenges to mail voting that
 6   were not part of any of the other elections --
 7   elections.
 8               MS. PAIKOWSKY:  I think I am ready to pass
 9   the witness.
10                         EXAMINATION
11   BY MS. HOLMES:
12        Q.  Good afternoon.  My name is Jennifer Holmes,
13   and I represent the -- and now I have a microphone.
14               Good afternoon.  My name is Jennifer
15   Holmes, and I represent the HAUL plaintiffs in this
16   case.  Thank you for bearing with us today.
17               You testified earlier that your office had
18   engaged in increased efforts to recruit election
19   workers; is that correct?
20        A.  Yes.
21        Q.  And I believe you also testified that there was
22   some relation between SB1 and difficulty in retaining
23   election workers; is that correct?
24        A.  Yes.
25        Q.  And what is the relationship between SB1 and
```



1  the difficulty retaining election workers?
2      A.  After SB1, we received a lot of phone calls
3  from election workers that, particularly judges, that
4  they were concerned at the way that laws were being
5  written that make it more challenging for them where
6  they would be concerned that they could do something
7  wrong.  And so they -- we had a lot more declines,
8  people declining to work for those reasons.
9      Q.  Okay.  And specifically for the November 2022
10 election, can you quantify the number of people that
11 declined to work?
12     A.  There were almost 600 people that declined to
13 work, 600 judges that declined to work Election Day in
14 November 2022.
15     Q.  And do you know how many of those election
16 judges, those 600, declined and cited reasons as part of
17 the reason SB1?
18     A.  I couldn't quantify that.
19     Q.  Have any election judges who declined to work
20 or are concerned about working communicated what
21 specifically about SB1 raises concerns?
22     A.  That poll watchers at the voting location can
23 be a challenge to work with and that they don't know
24 when they are doing something that would get them in
25 trouble with a poll watcher.



```
 1                  MS. HUNKER:  That description aligns with
 2     how I understood our discussion.
 3                  I think, then, we can close the deposition
 4     unless any of the counsel on Zoom have questions or
 5     points that they need to raise.
 6                  Hearing none, I think we can close it.
 7                  THE VIDEOGRAPHER:  We are going off the
 8     record on March 21st, 2023 at 6:44 p.m.
 9                  (Proceedings adjourned at 6:44 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

