# *EXHIBIT 28*

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                      SAN ANTONIO DIVISION

 3   LA UNION DEL PUEBLO           )
     ENTERO, et al,                )
 4                                 )
              Plaintiffs,          )
 5                                 ) CIVIL ACTION
     VS.                           )
 6                                 ) NO.: 5:21-cv-844(XR)
     STATE OF TEXAS, et al,        ) (Consolidated Cases)
 7                                 )
              Defendants.          )
 8                                 )

 9   -----------------------------------

10               ORAL DEPOSITION OF

11                 JONATHAN WHITE

12   Designated Representative for the Office of the Texas

13               Attorney General

14                 MAY 5, 2022

15   -------------------------------------

16      ORAL DEPOSITION OF JONATHAN WHITE, produced as a

17   witness at the instance of the DEFENDANTS, and duly

18   sworn, was taken in the above-styled and numbered cause

19   on May 5, 2022, from 10:02 a.m. to 4:06 p.m. before Miah

20   Parson, CSR in and for the State of Texas, reported by

21   oral stenography, at the Offices of the Attorney General

22   300 W. 15th Street Austin, Texas 78701, pursuant to the

23   Federal Rules of Civil Procedure and the provisions

24   stated on the record or attached hereto.

25
```

1  conference.
2      Q.  Okay.  When was it created?
3      A.  I couldn't tell you.
4      Q.  Okay.  No problem.  Can you please turn to Page
5  054634?
6      A.  Yes, sir.
7      Q.  So at the top of this page it says, Most Common
8  Offenses and lists vote harvesting or mail ballot fraud
9  assistance fraud and illegal voting; is that correct?
10     A.  Yes, sir.
11     Q.  Is it still accurate to say that the OAG's
12 three most prosecuted types of offenses under the
13 election code are these three?
14     A.  I think that's fair and I would consider these
15 categories --
16     Q.  Okay.
17     A.  -- of offenses.
18     Q.  Okay.  Are mail ballot related crimes a top
19 priority for the OAG?
20     A.  What I can say is that mail ballot fraud cases
21 comprised are more common than any other form of
22 election fraud case.  So we're responsive obviously to
23 the prevalence of those offenses.
24     Q.  Okay.  Are voter assistance related crimes a
25 top priority for the OAG?

1  questions and we have checked with our colleagues who
2  are on by Zoom and they don't -- they indicate that they
3  have no further questions.  So it's my understanding the
4  private Plaintiffs have concluded their examination of
5  Mr. White during the 30(b)(6) deposition of the Office
6  of the Attorney General.
7              MR. HUDSON:  We will request a read and
8  sign and we'll reserve.
9              THE REPORTER:  The time is 4:06 p.m. and we
10 are off the record.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25