**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP-WEST BAPTIST CHURCH, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., and JAMES LEWIN, | |
| Plaintiffs, | No. 5:21-CV-00844-XR |
| v. | |
| THE STATE OF TEXAS, JANE NELSON, in her official capacity as the Texas Secretary of State, JOHN SCOTT, in his official capacity as the interim Texas Attorney General, MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator, JOHN CREUZOT, in his official capacity as the Dallas County District Attorney, LISA WISE, in her official capacity as the El Paso County Elections Administrator, BILL D. HICKS, in his official capacity as the El Paso County District Attorney, and JOSÉ GARZA, in his official capacity as the Travis County District Attorney, | |
| Defendants. | |

### [PROPOSED] ORDER DENYING INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pending before the Court is Intervenor-Defendants' Motion for Summary Judgment, ECF No. 608. After reviewing the briefing and relevant evidence in the record, the motion is DENIED in its entirety.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE