IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| *v.* | § | Case No. 5:21-cv-844-XR |
| | § | |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

---

STATE DEFENDANTS' BRIEF IN RESPONSE TO
THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

# APPENDIX NN



# The State of Texas

John B. Scott
Secretary of State

Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

## ELECTION ADVISORY
## NO. 2022-12

TO:        Election Officials

FROM:    Keith Ingram, Director, Elections Division

DATE:    February 11, 2022

RE:        Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail or Carrier Envelope

---

In our continued efforts to provide advice and assistance on the changes in law made by Senate Bill 1 (87th Leg., 2nd C.S., 2021), the Secretary of State is issuing additional guidance regarding the process for voters to correct certain defects in an application for ballot by mail (ABBM) or carrier envelope. This advisory is intended to be read in conjunction with Election Advisory No. 2022-08, issued on January 28, 2022.

All statutory references in this advisory are to the Texas Election Code ("the Code"), unless otherwise indicated.

## Processing Applications for Ballot by Mail

In Election Advisory No. 2022-08, we identified several scenarios that early voting clerks may encounter in reviewing ABBMs. We also outlined the actions that early voting clerks should take in each scenario. Based on feedback that we received from early voting clerks following the issuance of Election Advisory No. 2022-08, we are providing further guidance regarding one of the scenarios (Scenario 2).

In Scenario 2, a voter provides a DPS-issued driver's license number on their ABBM but the early voting clerk is unable to validate this number because the voter registration record only contains the voter's social security number. As we indicated in our prior advisory, the early voting clerk must reject the ABBM and provide notice of the rejection, which must include information explaining how to correct or add information to cure the defect. (Sec. 86.001(f-1)).

In this scenario, if the voter's voter registration record contains only one personal identification number, the voter can also update their record—by submitting a new voter registration application to the registrar or by validating their information on texas.gov—to add the missing number in addition to or in lieu of submitting a new ABBM. Accordingly, the early voting clerk should provide a voter in Scenario 2 with the Notice of Rejected Application for Ballot by Mail – Missing or Incorrect Personal Identification Number (Form 6-3) or the Notice of Rejected Application for

STATE001469

Ballot by Mail – Required Personal Identification Number Not Associated with Voter Record (Form 6-4). The early voting clerk should also consider sending both a blank ABBM and a blank voter registration application to the voter so that they can include the additional personal identification number on the ABBM or submit a new voter registration application to update their record with both numbers. Updating the voter registration record will also reduce the likelihood that any future ABBMs or carrier envelopes submitted by the voter will contain identification information that does not match the voter's record.

> **NOTE**: As we stated in Election Advisory No. 2022-08, if a voter in Scenario 2 has not provided the required personal identification information by the 11th day before election day, the ABBM will be finally rejected, but the voter may still vote in person if otherwise eligible. (Sec. 84.007(c)).

## EVBB/SVC Mailing of Defective Carrier Envelope to Voter

In Election Advisory No. 2022-08, we outlined detailed procedures regarding the methods of correcting defects in a carrier envelope, including the process for the SVC or EVBB to return a carrier envelope to the voter by mail. As a reminder, if the SVC or EVBB determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the SVC or EVBB must mail the original defective carrier envelope to the voter. This determination must be made not later than the second business day after the SVC or EVBB discovers a defect, and before the SVC or EVBB decides whether to accept or reject a timely delivered mail ballot. (Secs. 87.0271(b), 87.0411(b)).

In addition to the procedures identified in our earlier advisory, if the EVBB/SVC mails a defective carrier envelope to the voter, the EVBB/SVC can also call or email a voter to notify them that the carrier envelope has been returned to the voter. If the EVBB/SVC opts to provide this additional notice by phone or email, the EVBB/SVC must apply these procedures uniformly to all voters in similar circumstances. (Secs. 87.0271(d), 87.0411(d)).

## Missing or Incorrect Personal Identification Information on Carrier Envelope – Updating Voter Registration Record

If an SVC/EVBB discovers that a voter's personal identification information is missing or incorrect on the carrier envelope, and the SVC/EVBB determines there is not enough time to return the carrier envelope to the voter, the SVC/EVBB may notify the voter of the defect by phone or email. (Secs. 87.0271(c), 87.0411(c)). If the voter's voter registration record only contains one of the required identification numbers, the SVC/EVBB may also notify the voter that they can add the missing number to their record by submitting a new voter registration application or by updating their registration at texas.gov. Updating the voter registration record to include the missing personal identification number may provide the SVC/EVBB with the information needed to accept the carrier envelope. Additionally, once the voter updates their record, the voter will be able to access the SOS's Ballot by Mail Tracker in any future election for which they apply to vote by mail.

## Early Voting Clerk Notification to Voter of Defects in Carrier Envelope

As we explained in Election Advisory No. 2022-08, if an early voting clerk receives a timely carrier envelope that does not comply with the applicable requirements of the Code, Section 86.011(d) of the Code authorizes the clerk to deliver the carrier envelope in person or by mail to the voter

STATE001470

so that the voter may correct the defect.  The early voting clerk also may notify the voter of the defect by phone and advise the voter that they may come to the early voting clerk's office to correct the defect or cancel their ABBM and vote in person.  Section 86.011(d) directs the SOS to prescribe any procedures necessary to implement this subsection.

## Removing the Secrecy Flap on Carrier Envelope

The early voting clerk is authorized to remove the secrecy flap on a returned carrier envelope to facilitate the processing and review of voted mail ballots.  If, in removing the secrecy flap, the early voting clerk discovers that the voter did not fully seal the carrier envelope, the clerk may take actions such as taping or sealing the flap to ensure that the envelope containing the ballot is not separated from the carrier envelope.

## Returning the Carrier Envelope to Voter

If the early voting clerk discovers that the carrier envelope is missing the voter's signature, has an incomplete signature, has missing or incomplete witness or assistant information, or has missing or incorrect personal identification information, the early voting clerk may deliver the carrier envelope in person or by mail to the voter so that the voter may correct the defect.  If the early voting clerk sends the carrier envelope to the voter by mail, the clerk should include a notice explaining the defect and provide instructions on how the voter can correct and return the carrier envelope or cancel their ABBM and vote in person.  The early voting clerk may provide their own letter to the voter explaining these defects.

If an early voting clerk delivers the carrier envelope to the voter in person, the clerk should document this delivery.  This hand-delivery option must be applied uniformly to all voters in similar circumstances.  In addition, poll watchers are entitled to follow the early voting worker when making the delivery and observe the correction process.  Upon receipt of the carrier envelope, the voter may correct the defect immediately and surrender the carrier envelope to the early voting clerk personnel, who would return to the clerk's office with the corrected carrier envelope.  Alternatively, the early voting worker could leave the carrier envelope in the voter's possession and allow the voter to either make the correction on their own and mail the ballot to the early voting clerk or cancel their mail ballot and vote in person.

The early voting clerk may return defective carrier envelopes by mail under Section 86.011(d) up until the point when SVC/EVBB begins notifying voters of defects by phone or email.  The early voting clerk should determine this cutoff date in coordination with the SVC/EVBB.  At that point, the early voting clerk should not provide these notifications, as the SVC/EVBB has additional options to contact voters of defective carrier envelopes—and voters notified of such defects by the SVC/EVBB have until the 6th day after election day to correct the defect in person at the early voting clerk's office.

## Deadline to Return Carrier Envelope to the Early Voting Clerk

As the carrier envelope was returned to the voter prior to review by the early voting ballot board, the regular delivery deadlines for carrier envelopes apply.  These deadlines are listed in the Secretary of State's election law calendars.  Any carrier envelopes returned to the early voting clerk after the regular return deadlines will not be sent to the EVBB for review, as they were not timely returned.  (Sec. 86.011(c)).

STATE001471



KEN PAXTON
ATTORNEY GENERAL of TEXAS

# Election Integrity

Jonathan White
Division Chief
Election Integrity Division

Views expressed are those of the presenters, do not constitute legal advice, and are not official opinions of the Office of the Texas Attorney General

STATE054622



# Election Integrity Prosecutions
What offenses does the OAG prosecute?

STATE054632

18.009 UNLAWFUL USE OF INFORMATION ON REGISTRATION LIST
13.046 HIGH SCHOOL DEPUTY REGISTRARS
13.044 PURPORTEDLY ACTING AS VOLUNTEER DEPUTY REGISTRAR
18.012 SECRETARY OF STATE TO APPROVE COMPUTER SERVICES CONTRACTS
13.145 UNLAWFUL DELIVERY OF CERTIFICATE
13.005 UNLAWFULLY ACTING AS AGENT
64.036 UNLAWFUL ASSISTANCE 13.043 FAILURE TO DELIVER APPLICATION
18.067 UNLAWFUL USE OF STATEWIDE COMPUTERIZED VOTER REGISTRATION LIST
15.085 UNLAWFUL USE OF INFORMATION ON SUSPENSE LISTS
43.033 CONSIDERATION FOR USE OF PUBLIC BUILDING AS POLLING PLACE
13.006 PURPORTEDLY ACTING AS AGENT 87.031 ACCEPTING VOTER
51.010 FAILURE TO DISTRIBUTE OR DELIVER SUPPLIES

# 100+ Election Offenses

61.003 ELECTIONEERING AND LOITERING NEAR POLLING PLACE
33.061 UNLAWFULLY OBSTRUCTING WATCHER 36.02 BRIBERY
61.001 BYSTANDERS EXCLUDED; UNLAWFUL PRESENCE OF CANDIDATE
52.0063 UNLAWFUL PREPARATION OF BALLOTS
61.006 UNLAWFULLY DIVULGING VOTE 64.012 ILLEGAL VOTING
61.005 SECURITY OF BALLOTS, BALLOT BOXES, AND ENVELOPES
61.008 UNLAWFULLY INFLUENCING VOTER 85.036 ELECTIONEERING
64.012 ILLEGAL VOTING; ATTEMPT 31.093 DUTY TO CONTRACT
63.012 UNLAWFULLY ACCEPTING OR REFUSING TO ACCEPT VOTER
61.010 WEARING NAME TAG OR BADGE IN POLLING PLACE
61.064 UNLAWFUL OPERATION OF SOUND AMPLIFICATION DEVICE OR SOUND TRUCK
62.013 UNAUTHORIZED POSTING OF SIGNS PROHIBITED

STATE054633

 **Most Common Offenses**

- Vote Harvesting (or Mail Ballot Fraud)

- Assistance Fraud

- Illegal Voting

STATE054634



# Vote Harvesting
## Mail Ballot Fraud

STATE054635


# Vote Harvesting

**Vote harvesting** generally consists of two phases:

**Seeding** & **Harvesting**

STATE054636



**Vote harvesting** generally consists of two phases:

Seeding & Harvesting

STATE054637



# Vote Harvesting

**Vote harvesting** generally consists of two phases:

**Seeding** & **Harvesting**

ABBMs are proliferated by any means possible to create a pool of ballots that can be harvested from vulnerable targets, often elderly or disabled voters.

STATE054638



STATE054639

# Seeding: Application Fraud

## Application for Ballot by Mail (ABBM) Seeding Activity



STATE054640



# Seeding: Signs of ABBM Fraud



Similar Handwriting



Forged Signature



Eligibility Fraud



Pre-Filled Applications



"Professional" Assistants



ABBM Batches from One Source

STATE054641

 Examples: Signs of ABBM Fraud

## Similar Handwriting

NAME: Vera Brown
ADDRESS: 1104 Elmwood Ave.
CITY: Ft. Worth, TX. — 76104

NAME: Evangelyn Allen
ADDRESS: 3201 Illinose Ave
CITY: Ft. Worth, TX. — 76110

NAME: Charles Washington
ADDRESS: 1125 E. Pulaski St.
CITY: Ft. Worth, TX. — 76104

NAME: James Hornsby
ADDRESS: 1105 Vicki Ln.
CITY: Ft. Worth, TX. — 76104

NAME: James Cortez.
ADDRESS: 4629 Quails Ln.
CITY: Ft. Worth, TX. — 76119

NAME: Margie Brazzile
ADDRESS: 5604 Comer Dr.
CITY: Ft. Worth, TX. — 76134

NAME: Rossie Barrett
ADDRESS: 4225 Eastland St.
CITY: Ft. Worth, TX. — 76119

NAME: Dorothy Carey
ADDRESS: 4133 Burke Rd.
CITY: Ft. Worth, TX. — 76119

STATE054642

 # Examples: Signs of ABBM Fraud

## Forged Signatures/Print

**SIGNATURE OF VOTER (FIRMA DEL VOTANTE)**

X *Maria D. Guevara*

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (*Certifico que la boleta aquí adjunta da a conocer mis deseos y no obedece las indicaciones ni influencias indebidas de otras personas.*)

---

10 "I certify that the information given in this application is true, and I understand that this application is a crime."

X *Maria Guevara*

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the

---

**SIGNATURE OF VOTER (FIRMA DEL VOTANTE)**

X *José D. Guevara*

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (*Certifico que la boleta aquí adjunta da a conocer mis deseos y no obedece las indicaciones ni influencias indebidas de otras personas.*)

---

10 "I certify that the information given in this application is true, and I understand that giving false information this application is a crime."

X *Jose Guevara*

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Boxes #11a-b.

STATE054643

## Examples: Signs of ABBM Fraud

### Signature Appears Electronic



STATE054644

# Examples: Signs of ABBM Fraud

## Multiple Electronic or Typed ABBMs
- Especially those coming from the same precincts



STATE054645

# Examples: Signs of ABBM Fraud

## Frequent Flyer Assistants/Witnesses (not family members)



STATE054646

# Harvesting: Mail Ballot Fraud

## Ballot/Carrier Envelope Fraud



STATE054647



STATE054648



# Where Does Vote Harvesting Occur?

- No Geographical Limitations

.

STATE054649

 **Where Does Vote Harvesting Occur?**

- No Geographical Limitations
- Primary Targets:
  - Locals, Primaries, Special Districts

STATE054650



## Where Does Vote Harvesting Occur?

- No Geographical Limitations

- Primary Targets:
    - Locals, Primaries, Special Districts

- Rule of Thumb:
    - The lower the turnout, and smaller the margins between candidates, the better the chances of success for harvesting.

STATE054651



## What Should I Do If I Find This?

If you receive a bulk shipment of ABBMs:



- Preserve Box/Envelope

- Make a copy of original batch of ABBMs

- Contact DA & OAG and provide copy of the batch

- Process ABBMs normally

STATE054652



STATE061321





Case 5:21-cv-00844-XR Document 645-7 Filed 06/24/23 Page 28 of 283

TEXAS SECRETARY OF STATE

# Reviewing ABBMs

1/18/2022 Texas Secretary of State Elections Division 3

TEXAS SECRETARY OF STATE

# Reviewing an ABBM

**Box 1: Personal Identification Numbers – Voter must provide:**

- Texas Driver's License, Texas Personal Identification Number, or Election Identification Certificate Number issued by DPS, OR
- Last four digits of SSN, OR
- An indication that they have not been issued either number.

- **The number provided by the voter on the ABBM MUST be validated off of the voter's voter registration record. If the number is missing or incorrect on the ABBM, the voter will have the opportunity to correct the defect either by submitting a new ABBM or by validating their identification number in the Ballot by Mail Tracker.**

1/18/2022 Texas Secretary of State Elections Division 4

STATE061322

TEXAS SECRETARY OF STATE

## If a voter uses an old ABBM form, should I reject the ABBM?

- Yes. If a voter uses an outdated ABBM form that does not contain the personal identification number box and does not provide one of the identification numbers required under Section 84.002(a)(1-a), the ABBM must be rejected.

- You must send the voter a Notice of Rejected Application for Ballot by Mail – Missing or Incorrect Personal Identification Number (Form 6-3), which informs the voter how they can correct or add information to cure the defect.



1/18/2022          Texas Secretary of State Elections Division          5

---

TEXAS SECRETARY OF STATE

## What if a voter provides only a driver's license number on the ABBM, but the voter registration record does not contain a driver's license number?

- The ABBM must be rejected.
- You must send the voter a Notice of Rejected Application for Ballot by Mail – Missing or Incorrect Personal Identification Number (Form 6-3).



1/18/2022          Texas Secretary of State Elections Division          6

---

STATE061323

TEXAS SECRETARY OF STATE

**If a voter provides both types of identification numbers on the ABBM (ex: driver's license AND last four digits of SSN), do both numbers have to match the voter registration record?**

- No. If one number matches the voter registration record (and the voter is otherwise eligible to vote by mail), you must accept the ABBM.

- Your obligation in reviewing the identification numbers on an ABBM is to determine if the information provided by the voter on the ABBM identifies the same voter identified on the applicant's voter registration record. (Sec. 86.001(f)).



1/18/2022          Texas Secretary of State Elections Division          7

---

TEXAS SECRETARY OF STATE

**What if a voter provides the last four digits of the SSN, but the voter registration record shows both a driver's license and an SSN?**

- If the last four digits of the SSN provided by the voter on the ABBM matches the voter record (and the voter is otherwise eligible to vote by mail), you must accept the ABBM.

1/18/2022          Texas Secretary of State Elections Division          8

---

STATE061324

# March 1, 2022 Primary Election Law Calendar

- Downloadable PDF

**Note:** For deadlines affecting all candidates, refer to our online 2022 Candidates' Guide Important Dates calendar.  Remember that under Section 41.007(d) of the Texas Election Code, no other elections may be conducted on primary or runoff primary election day.

# Notes

1. Campaign Information
2. Statutory and Administrative Code References
3. Web Posting Requirements
4. Notice of Elections
5. Regular Days and Hours for Voting at the Main Early Voting Location
6. Extended Early Voting Hours and Weekend Early Voting
7. Temporary Branch Locations
8. Joint Primaries
9. Testing Tabulating and Electronic Voting Equipment
10. Conventions of Parties Holding Primary Elections
11. Party Electoral Rules
12. Accepting Voters With Certain Disabilities
13. Faxed or Emailed ABBMs or FPCAs
14. Opportunity to Correct Defects in Mail Ballots
15. Deadlines for Vacancies and Replacement Nominees for the General Election for State and County Officers (Primary Appendices)

**NOTE REGARDING CERTAIN STATUTES AND GOVERNMENTAL ACTIONS THAT RELATE TO THE FEDERAL CENSUS: Pursuant to HB 2025 (2021, R.S.), the population figures from the 2010 federal census will continue to apply with respect to a statute that applies to a political subdivision having a certain population according to the most recent federal census until September 1, 2023. The bill specifies that a statute does not apply to a political subdivision to which the statute did not apply under the 2010 federal census, regardless of whether the political subdivision has the population prescribed by the statute according to the 2020 federal census.**

## 1. Note on Campaign Information

Under Title 15 of the Texas Election Code, candidates running for office must file campaign contribution and expenditure reports. For further information and all questions about such disclosure filings, campaign finance, and political advertising, please contact the Texas Ethics Commission at 201 E. 14th, 10th Floor, Austin, Texas 78701; call 512-463-5800; or access their website. Candidates filing for federal offices should contact the Federal Elections Commission toll-free at 1-800-424-9530 or visit their website.

## 2. Note on Statutory and Administrative Code References

Unless otherwise indicated, all references are to the Texas Election Code. The county election officer is either the county clerk, the county elections administrator, or the county tax assessor-collector, depending

STATE062358

on the actions of the county commissioners court. (Secs. 31.031, 31.071 & 31.091). The county voter registrar is either the county clerk, the county elections administrator, or the county tax assessor-collector, depending on the actions of the county commissioners court. (Secs. 12.001, 12.031, 31.031 & 31.071).

Any references to the Texas Administrative Code are cited to the relevant section of the "T.A.C."

## 3. Note on Web Posting Requirements

In the 2021 Regular Session, the 87th Legislature enacted SB 1116, which created additional requirements regarding information that a county must post on its website for elections held by a county or elections for any local political subdivision in which the county has contracted to provide election services.  While these statutory web posting requirements do not specifically apply to primary elections, **we strongly recommend that you post this information for any primary election in which the county has contracted to provide election services.**

Not later than the 21st day before election day, a county that provides election services for a primary election should post the following information related to that upcoming primary election:

- The date of the election;
- The location of each polling place;
- Each candidate for an elected office on the ballot; and
- Each measure on the ballot. (Sec. 4.009).

In addition**,** a county that provides election services for a primary election should post the following information **as soon as practicable after the election.**  This information should be accessible without having to make more than two selections or view more than two network locations after accessing the county's home page.  The information on the website should include:

- the results of each election;
- the total number of votes cast;
- the total number of votes cast for each candidate or for or against each measure;
- the total number of votes cast by personal appearance on election day;
- the total number of votes cast by personal appearance or mail during the early voting period; and
- the total number of counted and uncounted provisional ballots cast. (Sec. 65.016).

## 4. Note on Notice of Elections

**NOTE: There is no order of election in a primary election.**  The primary election occurs automatically as a matter of law on the primary election dates outlined in the Texas Election Code.

The county clerk must post a notice of election on or before the 21st day before the election. (Secs. 4.003(b), 172.1112). (**NOTE:** There is no requirement to publish notice of the primary or runoff primary elections in a newspaper, and the cost of any such publication will not be reimbursed with primary funds.) For the Tuesday, March 1, 2022 Primary Election, this notice must be posted on the county's website (or, if the county does not have a website, on the commissioners court bulletin board) on or before Tuesday, February 8, 2022. For the Tuesday, May 24, 2022 Runoff Primary Election, the notice must be posted on or before Tuesday, May 3, 2022.

This notice **must** include:

1. The type and date of the election;
2. The location of the main early voting polling place, **including the street address, room number, and building name. The notice must designate which location is the main early voting polling place**;
3. The location of each polling place, **including the street address, room number, and building name**;

2

STATE062359

4. The hours the polls will be open;
5. The regular dates and hours for early voting by personal appearance;
6. The dates and hours of any Saturday or Sunday early voting;
7. The early voting clerk's official mailing address or street address at which the clerk may receive delivery by common or contract carrier, if different, phone number, e-mail address, and the Internet website, if the early voting clerk has an Internet website;
8. We **recommend** that the information regarding branch early voting locations be included as part of your notice; and
9. Any other information required by law.

(Secs. 4.004, 83.010, 85.004, 85.007).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 4.004 of the Code to require the notice of election to include the Internet website of the authority conducting the election. (Sec. 4.004(a)).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 83.010 of the Code to require the election notice to state the early voting clerk's official mailing address or street address at which the clerk may receive delivery by common or contract carrier, if different, phone number, e-mail address, and the Internet website, if the early voting clerk has an Internet website. (Sec. 83.010).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 85.004 of the Code to provide that an election notice must designate which location is the main early voting polling place. (Sec. 85.004).

**NOTE –** ANY notice of polling locations must include more detailed information regarding the polling locations including: the polling location's street address, any applicable suite or room number, and any applicable building name. (Sec. 1.021).

**Note regarding branch early voting locations**: The branch early voting locations are no longer a required part of the notice under the Texas Election Code. However, the early voting clerk must post a schedule stating the location of those branch early voting locations and the dates and hours that temporary branch voting will be conducted. That schedule must be posted on the county's website if the county has a website; otherwise, it must be posted on the commissioners court bulletin board. (Secs. 4.004, 85.067, 85.068).

**Notice for Consolidated Precincts**. If precincts are to be consolidated for the election, a notice of consolidated precincts must also be posted and may be included on the Notice of Election. (Secs. 4.003, 172.1112).

**Notice of Changed Polling Place**: If a different polling place is being used from the previous election held by the same authority, notice must be posted at the entrance of the previous polling place informing voters of the current polling place location, if possible, no later than the day before election day. (Sec. 43.062).

**Notice of Nearest Polling Places in Countywide Election:** EACH countywide polling place must post a notice, at that location, of the four nearest locations, by driving distance. (Sec. 43.007(o)). Notice of Four Nearest Countywide Polling Place Locations (PDF).

**NOTE:** The county must post a copy of the election notice on the county's website, if the county maintains a website. If the county does not maintain a website, then the county clerk will post a copy of the election notice on the bulletin board used for commissioners court meetings. (Sec. 4.003(b)).

**NOTE:** Notice of the early voting dates and hours must be posted continuously for 72 hours on the county's website before voting begins. If the county does not maintain a website, then the county clerk will post a copy of the election notice on the bulletin board used for commissioners court meetings. (Sec. 85.007).

**NOTE:** The county must post the notice of election and notice of consolidated precincts on the county's website if the county maintains a website. Under a prior version of the law, the notice was required to be posted on the party's website. (Sec. 172.1112).

STATE062360

## 5. Note on Regular Days and Hours for Voting at the Main Early Voting Location

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 85.005 to modify the required days and hours for early voting by personal appearance at the main early voting location.

For elections in which the county is serving as the early voting clerk, early voting must be conducted at the main early voting location on each weekday that is not a legal state holiday for a period of at least **nine (9) hours**. Voting may not be conducted earlier than 6:00 AM or later than 10:00 PM.

## 6. Note on Extended Early Voting Hours and Weekend Early Voting

The county election officer may also order early voting on a Saturday or Sunday, and determine the hours for such Saturday or Sunday early voting. This must be done by written order (PDF). Notice (PDF) of Saturday or Sunday early voting must be posted for at least 72 hours immediately preceding the first hour that voting will be conducted.

> **NOTE**: The election notice must be subsequently amended to include voting later ordered for ANY Saturday or Sunday and must be posted on the county's website, if maintained. (Sec. 85.007).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Sections 85.005 and 85.006 to modify the requirements relating to extended early voting hours and weekend early voting in a primary election.

**In a county with a population of 55,000 or more**:

- Voting in a primary election or general election for state and county officers shall be conducted at the main early voting location for at least 12 hours on each weekday of the last week of the early voting period. Voting may not be conducted earlier than 6:00 AM or later than 10:00 PM.
- Voting in a primary election or general election for state and county officers shall be conducted at the main early voting location on the last Saturday of the early voting period for at least 12 hours. Voting may not be conducted earlier than 6:00 AM or later than 10:00 PM.
- Voting in a primary election or general election for state and county officers shall be conducted at the main early voting location on the last Sunday of the early voting period for at least six hours. Voting may not be conducted earlier than 9:00 AM or later than 10:00 PM.

**In a county with a population of less than 55,000**:

- Voting in a primary election or general election for state and county officers shall be conducted at the main early voting location for at least 12 hours on each weekday of the last week of the early voting period if the early voting clerk receives a written request (PDF) submitted by at least 15 registered voters of the county requesting extended weekday hours. Voting may not be conducted earlier than 6:00 AM or later than 10:00 PM. The request must be submitted in time to enable compliance with Sec. 85.067. *See* Notice of Extended Weekday Voting at Main Early Voting Location for County Elections (PDF).
- On receipt of a written request submitted by at least 15 registered voters, voting shall be conducted at the main early voting location on the last Saturday of the early voting period for at least 12 hours. Voting may not be conducted earlier than 6:00 AM or later than 10:00 PM.
- On receipt of a written request submitted by at least 15 registered voters, voting shall be conducted at the main early voting location on the last Sunday of the early voting period for at least six hours. Voting may not be conducted earlier than 9:00 AM or later than 10:00 PM.

## 7. Note on Temporary Branch Locations

In a primary election, a certain number of temporary branch locations must be established depending on the population size of the county:

STATE062361

1.  in a county with a population of 400,000 or more, the commissioners court **must** establish one or more temporary polling places, other than the main early voting polling place, in each state representative district containing territory covered by the election.

2.  in a county with a population of 120,000 or more but less than 400,000, the commissioners court **must** establish one or more temporary polling places, other than the main early voting polling place, in each commissioners precinct containing territory covered by the election.

3.  in a county with a population of 100,000 or more but less than 120,000, the early voting clerk **must** establish one or more early voting polling places in each commissioners precinct for which the early voting clerk receives a **timely filed written request by at least 15 registered voters of that precinct**.

    The temporary polling place(s) must remain open for each weekday of the early voting period that the main early voting polling place will be open.  The temporary branch polling place(s) must be open at least nine hours each day.  (Secs. 85.062, 85.064).

    **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 85.062 to provide that the location of temporary branch polling places in an election in which countywide polling places are used must be determined with the same methodology that is used for the location of countywide polling places.

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 85.064 and created Section 85.065 to modify the required dates and hours for temporary branch locations based on the population size of the county.

**Note for Counties with a Population of 100,000 or More:** Early voting at any temporary branch polling place **MUST** be conducted on the same days that voting is required to be conducted at the main early voting polling place under Section 85.005 of the Code and **MUST** remain open for at least eight hours each day. Early voting must be conducted for at least 12 hours on the last Saturday and at least 6 hours on the last Sunday of the early voting period at the mandatory temporary branch locations established under Section 85.062(d). (Secs. 85.005, 85.064).

    **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 85.068 of the Code to provide that if the early voting clerk is a county election officer, the clerk must post notice (PDF) for each election stating any dates and the hours that voting on Saturday or Sunday will be conducted under Sections 85.064(d) or 85.065(b). (Sec. 85.068).

**Note for Counties with a Population of Less than 100,000:** Early voting at any temporary branch polling place may be conducted on any days and during any hours of the period for early voting by personal appearance, as determined by the authority establishing the branch. However, voting at a temporary branch polling place must be conducted on at least two consecutive business days and for at least eight consecutive hours on each of those days. The authority authorized under Section 85.006 of the Code to order early voting on a Saturday or Sunday may also order, in the manner prescribed by that section, early voting to be conducted on a Saturday or Sunday at any one or more of the temporary branch polling places. The schedules for conducting voting are not required to be uniform among the temporary branch polling places. (Sec. 85.065).

    **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 85.068 of the Code to provide that if the early voting clerk is a county election officer, the clerk must post notice (PDF) for each election stating any dates and the hours that voting on Saturday or Sunday will be conducted under Sections 85.064(d) or 85.065(b). (Sec. 85.068).

    **NOTE**: There is no petition process to require weekend early voting at temporary branch locations in counties with a population of less than 100,000.  However, the early voting clerk may voluntarily order weekend early voting at those temporary branch locations by written order if they choose to do so.

## 8. Note on Joint Primaries

STATE062362

In many Texas counties, the commissioners court, the county election officer, and the county chair of each political party holding a primary election in the county will sign a joint resolution agreeing to hold a joint primary. (Sec. 172.126(a)).

Joint primary elections are held in many Texas counties, with the political parties sharing election equipment, polling places, and a team of election workers in each polling place composed of an even number of workers from each political party. (Sec. 172.126; 1 T.A.C. Ch. 81, Subch. G).

The entries in this calendar are generally written in terms of primary elections being held separately rather than jointly. Unless indicated to the contrary, entries in this calendar are applicable whether a primary election is held separately or jointly. However, in a joint primary, the authority responsible for carrying out many of the activities associated with conducting an election will be the county election officer. (Sec. 172.126).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 31.124 of the Code to provide that the mandatory meeting between the county election officer and the county chair of each political party holding primary elections in the county must now include a discussion of whether to hold a joint primary election in the county. (Sec. 31.124).

## 9. Note on Testing Tabulating and Electronic Voting Equipment

### Note on Ballot Testing:

Once all candidate filing deadlines have passed, we recommend that you proof and test your ballot programming as soon as possible. Early testing will allow adequate time to locate any errors and make any necessary corrections in ballot programming. We also strongly suggest that you have candidates proof their names and offices before finalizing the ballot to avoid the necessity for last minute ballot corrections.

### Note on Logic and Accuracy Test:

We recommend establishing a date to perform the first test of your electronic voting equipment (L&A, or Logic and Accuracy Test) as soon as possible. We recommend that this test be performed on a date that allows time to correct programming and retest, if necessary. A notice of this test must be published by the custodian of the electronic voting equipment at least 48 hours before the date of the test. That notice must be posted on the county's website if the county maintains a website; otherwise, it must be posted on the commissioners court bulletin board. (Sec. 129.023; Tex. Sec'y of State Election Advisory No. 2019-23). Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test. The L&A test must be conducted not later than 48 hours before voting begins on a voting system. (Sec. 129.023).

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) provides that if logic and accuracy testing is being conducted for a primary election, the general custodian of election records shall notify the county chair of the test at least 48 hours before the date of the test. The county chair must confirm receipt of the notice. (Sec. 129.023(b-1)).

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the general custodian of election records to demonstrate, using a representative sample of voting system equipment, that the source code of the equipment has not been altered. (Sec. 129.023(c-1)).

### Note on Testing Tabulating Equipment:

The automatic tabulating equipment used for counting ballots at a central counting station must be tested three times for each election. (Ch. 127, Subch. D). We recommend you test the equipment as soon as possible; early testing will allow adequate time to locate any errors and make any necessary corrections in programming. However, the first test **must be conducted at least 48 hours before** the automatic tabulating equipment is used to count ballots voted in the election. The second test shall be conducted immediately before the counting of ballots with the equipment begins. The third test must be conducted

STATE062363

immediately after the counting of ballots with the equipment is completed. Please note that the custodian of the automatic tabulating equipment must publish <u>notice</u> of the date, hour, and place of the first test in a newspaper at least 48 hours before the date of the test. Additionally, in a primary election, the custodian must notify the county chair 48 hours prior to the time of the test. (Sec. 127.096). The electronic files created from the L&A testing are what must be used for testing the tabulating equipment. (<u>Tex. Sec'y of State Election Advisory No. 2019-23</u>).

Precinct tabulators must also be tested in accordance with the procedures set forth in Chapter 127, Subchapter D of the Texas Election Code to the extent those procedures can be made applicable. (Sec. 127.152; <u>Tex. Sec'y of State Election Advisory No. 2019-23</u>).

Our recommendation is that both L&A testing and testing of the automatic tabulating equipment take place prior to ballots by mail being sent out. However, should there be a reason to delay testing, please be advised that L&A testing must be conducted at least 48 hours before voting begins on a voting system. This means that L&A testing should be completed before early voting and possibly, before election day, if your election day system is different than your early voting system. Additionally, the automatic tabulating equipment may not be used to count ballots voted in the election until a test is successful.  (See Chapters 127 and 129, Election Code.)

For more information on testing tabulating equipment used at the central counting station, please see Chapter 127, Subchapter D of the Election Code and <u>Tex. Sec'y of State Election Advisory No. 2019-23</u>. See Chapter 129, Subchapter B of the Election Code and <u>Tex. Sec'y of State Election Advisory No. 2019-23</u> **for other types of testing such as functionality tests, logic and accuracy tests, tests for central accumulators, etc.** Please see <u>Tex. Sec'y of State Election Advisory No. 2019-23</u> for additional information regarding voting system equipment access, security and preservation, and chain of custody.

## 10. Note on Conventions of Parties Holding Primary Elections

### Precinct Conventions

Time and Place. Section 174.022 of the Texas Election Code provides that precinct conventions may be held at a time and place determined by rules adopted by the state executive committee of a political party. If precinct conventions are held on general primary election day, the hour set for convening the conventions may not be earlier than 7:00 PM or later than 9:00 PM, but a convention may not convene until the last voter has voted at the precinct polling place. If precinct conventions are held on a day other than general primary election day, the county executive committee must set the hour for convening or a time frame in which the convention must convene. (Secs. 174.021 & 174.022).

> **NOTE:** Section 174.021(b) allows a political party to hold their precinct conventions during the county convention and at the same place as the county convention.

Notice Required: Section 174.023(a) requires the county chair to post a notice of the date, hour, and place for convening each precinct convention on the county or state party's Internet website or other Internet location easily found through a search engine. If the county party does not maintain an Internet website, the chair shall post the notice on the county commissioners court bulletin board. The notice must remain posted continuously for the 10 days immediately preceding the date of the convention. Because the convention times are not yet determined, this calendar does not show any deadlines for posting such notices. (Sec. 174.023(b)).

> **NOTE:** The county chair is no longer required to deliver written notice to the county clerk of the date, time and place of each precinct convention by the 10th day before the date of the conventions.

### County and Senatorial Conventions

Time and Place: Section 174.063(a) provides that the state executive committee by rule specifies the date the county and senatorial conventions will be held. Under Section 174.021 of the Texas Election Code, a

STATE062364

political party may by rule allow a county to hold precinct conventions before or during the county convention on the same day and at the same place as the county convention.

> **NOTE:** Section 174.021(b) allows a political party to hold their precinct conventions during the county convention and at the same place as the county convention.

Notice Required: Section 174.064(a) requires notice of the hour and date for convening each county convention to be posted electronically on the county or state party's Internet website or on the bulletin board used for posting notice of meetings of the commissioners court. The notice must remain posted continuously for the 10 days immediately preceding the date of the convention. Because the convention times are not yet determined, this calendar does not show any deadlines for posting such notices.

> **NOTE:** The county chair is no longer required to deliver written notice to the county clerk of the date, time and place of each precinct convention by the 10th day before the date of the conventions.

**State Conventions**

Section 174.092(a) of the Texas Election Code provides that the biennial state convention must be convened on a date selected by the state executive committee. The state convention date is no longer limited to one in June or July. Section 174.092(b) of the Texas Election Code continues to provide that the state executive committee must set the date of the state convention not later than the date the state chair delivers to the county chairs the certification of names for placement on the primary election ballot. *See* entry at <u>Wednesday, December 22, 2021</u>. Accordingly, this calendar does not show any deadline or time frame for holding the state convention. Notice of the date, hour, and place for convening the state convention must be posted by the state chair on the party's Internet website before the date of the party's precinct conventions under Section 174.093 of the Texas Election Code.

## 11. Note on Party Electoral Rules

Section 163.006(a) of the Texas Election Code provides that a rule on electoral affairs that is to become effective in a year in which the party will hold precinct conventions must be posted on the party's Internet website, as well as filed with Secretary of State, **not later than the 30th day before the date the party convenes its earliest precinct conventions**. It should be noted that the date of precinct conventions is no longer fixed by statute. (*See* <u>**Note 10**</u> above.) Accordingly, this calendar does not show any deadline for the posting or filing of such electoral rules.

## 12. Note on Accepting Voters with Certain Disabilities

An election officer may accept a person with a mobility problem that substantially impairs a person's ability to ambulate who is offering to vote before accepting others offering to vote at the polling place who arrived **before** the person. "Mobility problem that substantially impairs a person's ability to ambulate" has the meaning assigned by Section 681.001, Transportation Code. A person assisting an individual with a mobility problem may also, at the individual's request, be given voting order priority. <u>Notice</u> of the priority given to persons with a mobility problem that substantially impairs a person's ability to ambulate **shall** be posted:

1. at one or more locations in each polling place where it can be read by persons waiting to vote;
2. on the website of the Secretary of State; **and**
3. on each website relating to elections maintained by a county. (Sec. 63.0015).

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) provides that a qualified individual with a disability may request a reasonable accommodation or modification to any election standard, practice, or procedure mandated by law or rule that the individual is entitled to request under federal or state law. (Sec. 1.022).

The voting order priority notice required under Section 63.0015 **must** read as follows:

STATE062365

"Pursuant to Section 63.0015, Election Code, an election officer may give voting order priority to individuals with a mobility problem that substantially impairs the person's ability to move around. A person assisting an individual with a mobility problem may also, at the individual's request, be given voting order priority. Disabilities and conditions that may qualify you for voting order priority include paralysis, lung disease, the use of portable oxygen, cardiac deficiency, severe limitation in the ability to walk due to arthritic, neurological, or orthopedic condition, wheelchair confinement, arthritis, foot disorder, the inability to walk 200 feet without stopping to rest, or use of a brace, cane, crutch, or other assistive device."

The *recommended* time to include the voting order priority notice on a county website is when the Notice of Election is also posted on the website. (Sec 85.007(d)). See Note 4 regarding Notice of Elections.

## 13. Note Regarding Faxed or Emailed ABBMs and Faxed FPCAs

If an ABBM is faxed or emailed or if an FPCA is faxed, then the applicant **must** submit the ORIGINAL application BY MAIL to the early voting clerk so that the early voting clerk **receives the original no later than the 4th business day after receiving the emailed or faxed ABBM or faxed FPCA.** If the early voting clerk does not receive the original ABBM or FPCA by that deadline, then the emailed or faxed ABBM or faxed FPCA will be considered incomplete, and the early voting clerk may NOT send the applicant a ballot. The early voting clerk should retain a copy of the FPCA for their own records, but should send the FPCA submitted by the voter to the Voter Registrar for registration purposes. (Sec. 84.007).

If a voter faxes or emails the ABBM or faxes the FPCA, the date the early voting clerk receives the fax or email is considered the date of submission. Essentially, the faxed or emailed form serves as a place-holder for the voter. Therefore, a voter whose application was faxed or emailed by the 11th day before election day (the deadline), and whose original application is received on or before the 4th business day after that date, would still be entitled to receive a ballot for the election (if otherwise eligible). The early voting clerk will have to hold the faxed or emailed ABBM or faxed FPCA until the clerk receives the original, and would only send the voter a ballot if the original is received by the 4th business day after the faxed or emailed ABBM or faxed FPCA was received. See Tex. Sec'y of State Election Advisory No. 2018-02.

The requirement to mail the original application does not apply to an **emailed** FPCA, but does apply to a faxed FPCA.

NOTE – NEW LAW: HB 3107 (2021, R.S.) amended Section 101.001 of the Code regarding FPCAs. Effective September 1, 2021, a member of the Texas National Guard or the National Guard of another state or a member of a reserve component of the armed forces of the United States serving on active duty under an order of the President of the United States or activated on state orders, or the spouse or dependent of a member, may submit an FPCA. (Sec. 101.001).

NOTE – NEW LAW: HB 3107 (2021, R.S.) amended Section 101.052 of the Code regarding FPCAs. Effective September 1, 2021, an FPCA may be submitted by in-person delivery by the voter in accordance with Section 84.008 of the Code or by common or contract carrier. (Sec. 101.052).

NOTE – NEW LAW: HB 3107 (2021, R.S.) amended Section 84.008 of the Code to provide that an applicant for a ballot to be voted by mail may submit the application by delivering it in person to the early voting clerk if the application is submitted not later than the deadline provided by Section 84.007(c) of the Code. This means that effective September 1, 2021, voters may now personally deliver their ABBM or FPCA to the early voting clerk not later than the close of regular business in the early voting clerk's office or 12 noon, whichever is later, on the 11th day before election day (unless that day is a Saturday, Sunday, or legal state or national holiday, in which case the last day is the first preceding regular business day). (Sec. 84.008).

## 14. Note on Opportunity to Correct Defects in Mail Ballots

NEW LAW: Pursuant to SB 1 (2021, 2nd C.S.), effective December 2, 2021, the early voting ballot board, or signature verification committee (if one is appointed), will need to provide voters voting a

STATE062366

ballot by mail the opportunity to correct certain defects in the voter's carrier envelope containing the voter's ballot.

**Early Voting Ballot Board:** Section 87.0411 provides a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after an early voting ballot board discovers the defect and before the board decides whether to accept or reject a timely delivered ballot under Section 87.041, the board shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the board determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day. If the board determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the board may notify the voter of the defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the board takes one of the actions described above, the board must take that action with respect to each ballot in the election that to which these options apply. Poll watchers are entitled to observe these activities by the early voting ballot board.

**Signature Verification Committee (if appointed):** Section 87.0271 provides a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after a signature verification committee discovers the defect and before the committee decides whether to accept or reject a timely delivered ballot under Section 87.027, the committee shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the committee determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day. If the committee determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the signature verification committee may notify the voter of the defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the signature verification committee takes one of the actions described above, the committee must take that action with respect to each ballot in the election that to which these options apply. Poll watchers are entitled to observe these activities by the signature verification committee.

The Secretary of State is authorized to prescribe any procedures necessary to implement Sections 87.0271 and 87.0411. (Secs. 87.0271(f), 87.0411(f)). The Secretary of State will issue such procedures prior to the March 2022 primary.

## 15. Note on Deadlines for Vacancies and Replacement Nominees for the General Election for State and County Officers (Primary Appendices)

While most public offices are filled at the expiration of the term for that office, vacancies will occasionally occur in the middle of a term of office. The Election Code outlines specific procedures that determine whether that office will be placed on the ballot in the following November general election for state and county officers, and if so, whether the party's nominees for that office will be selected through the primary election process or whether nominations will be made by the party executive committees.

In addition, certain candidacy issues during the primary election process may result in situations where the party's nominee for a public office becomes vacant before the November general election for state and county officers. The Election Code outlines specific rules for when and how those vacancies in nomination may be filled by a political party.

For more information on these rules and deadlines, please see our advisory on Deadlines for Vacancies and Replacement Nominees for the General Election for State and County Officers (Primary Calendar Appendices).

## Calendar of events

STATE062367

## September

### Wednesday, September 1, 2021

*Recommended* date that the voter registrar forwards a list of voters who have indicated an interest in working as an election judge to the county chair. (Sec. 13.004(c-1)).

### Tuesday, September 14, 2021 (90th day before regular filing deadline)

First day to file an application (PDF) for the office of precinct chair. (Sec. 172.023(b)). County chair must review each application within five days after the date the application is received. If the application is rejected, the chair must immediately deliver written notice of the reason for the rejection to the candidate. (Sec. 141.032).

**NOTE – NEW LAW:** SB 13 (2021, 2nd C.S.) provides that the election for the office of precinct chair in 2022 will be held on the same date as the runoff primary election. SB 13 further states that precinct chairs will be elected by plurality vote (rather than majority vote) in 2022. SB 13 also directs the Secretary of State to set the dates of the filing period for precinct chair elections. SB 13 takes effect on December 2, 2021. Before that date, the Texas Election Code's existing provisions regarding the opening of the precinct chair candidate filing period remain in place. Accordingly, the office of precinct chair will have a split filing period in accordance with Section 172.023 of the Texas Election Code and SB 13. Candidates for the office of precinct chair may file their application during the first filing period (September 14, 2021 – December 1, 2021) or during the second filing period (dates to be announced in a future advisory).

## October

### October 2021

Secretary of State must email each state and county chair that has provided an email address rules regarding primary election financing. The Secretary of State will also post these rules on the Secretary of State's website. (Sec. 173.010).

## November

### Saturday, November 13, 2021 (30th day before statutory regular filing deadline)

First day to file an application for a place on the primary ballot (PDF) for an office other than precinct chair. (Sec. 172.023(b)).

**NOTE – NEW LAW:** HB 4555 (2021, R.S.) amended Sections 141.031 and 141.039 of the Code by modifying the application requirements related to a candidate's final felony conviction status and what must be included on the candidate application form. Specifically, effective September 1, 2021, candidates will need to provide an indication on their candidate application that the candidate has either not been finally convicted of a felony, or if so convicted, has been pardoned or otherwise released from the resulting disabilities. A person who has been convicted of a felony will need to include with the application proof that the person has been pardoned or otherwise released from the resulting disabilities. The application form must include a statement informing candidates of the requirement to submit this information. Further, the official application form will need to include a statement informing candidates that knowingly providing false information on their application related to their final felony conviction status is a Class B misdemeanor. (Secs. 141.031, 141.039).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Sections 143.004 and 144.003 of the Code to provide that candidate applications, other than those that must be accompanied by a filing fee, may be filed via email. The application must be a scanned copy of the candidate application and must be sent to the filing authority's designated email address for accepting applications. (Secs. 143.004, 144.003).

STATE062368

First day to file a <u>Declaration of Intent to Run as an Independent Candidate (PDF)</u> with appropriate filing authority. (Sec. 142.002).

**Saturday, November 20, 2021 (30th day before write-in candidate filing deadline)**

First day to file a Declaration of Write-in Candidacy for the Office of County and/or Precinct Chair as a write-in candidate for the office of precinct chair or county chair, if the county executive committee has decided to authorize write-in candidates. (Secs. 171.0231, 146.025).

**Friday, November 26, 2021 (72 hours before meeting date of county election officer and county chairs)**

Deadline to provide notice of meeting under Section 31.124, if the meeting is to be held on Monday, November 29, 2021, as recommended. The county election officer must deliver written notice of time and place of meeting between county election officer and county chair on or before this date. *See* entry under <u>Monday, November 29, 2021</u>. Notice may be delivered by U.S. mail, electronic mail, or other method of written communication. (Sec. 31.124).

**Monday, November 29, 2021**

*Recommended* day by which the county election officer in each county should hold the mandatory meeting with the county chair of each political party to discuss for the primary election whether a joint primary election will be held and the plan for implementation of Subchapters A, B, C, and D of Chapter 87 concerning the establishment of the early voting ballot board, the delivery of materials to the early voting ballot board, the acceptance of mail ballots, the manual counting of early voting ballots. (Sec. 31.124).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 31.124 to require that the mandatory meeting between the county election officer and the county chair include a discussion of whether to hold a joint primary election in the county.

*Recommended* date by which county chairs who wish to conduct a joint primary should meet with the county election officer to determine whether to enter into a joint resolution to conduct the primary, and if the determination is in the affirmative, to discuss potential consolidation or combination of election precincts, to determine the estimated number of election judges and clerks, members of the early voting ballot board, and central counting station personnel to be appointed from the parties, and to decide which voting system and ballot formats are to be used. (Sec. 172.126).

*Recommended* date by which county chairs should meet with the county election officer to discuss whether a contract for election services should be entered into, even if a joint primary will not be conducted. The terms of such a contract, potential consolidation or combination of election precincts, the estimated number of election judges and clerks, members of the early voting ballot board, and central counting station personnel that will be needed and how they will be obtained, and which voting system and ballot formats will be used should be discussed. (Secs. 31.092, 31.094 & 172.1113).

*Recommended* date by which county chairs should submit names of persons eligible to serve as deputy early voting clerks for the primary election. (Sec. 85.0091).  The early voting clerk will select elections officers for the main and branch early voting polling places from lists provided by the county chair. However, the early voting clerk will set the actual deadline for the submission of those lists. This recommended deadline serves to provide adequate time for chairs to compile lists and the election officials to be notified.

## December

**Wednesday, December 1, 2021 (day before effective date of SB 13 and SB 1)**

Last day to file application for a place on the ballot for the office of precinct chair during the first filing period. (Secs. 172.023, 41.0075).

STATE062369

**NOTE – NEW LAW:** SB 13 (2021, 2nd C.S.) provides that the election for the office of precinct chair in 2022 will be held on the same date as the runoff primary election.  SB 13 further states that precinct chairs will be elected by plurality vote (rather than majority vote) in 2022.  SB 13 also directs the Secretary of State to set the dates of the filing period for precinct chair elections.  SB 13 takes effect on December 2, 2021. Before that date, the Texas Election Code's existing provisions regarding the opening of the precinct chair candidate filing period remain in place.  Accordingly, the office of precinct chair will have a split filing period in accordance with Section 172.023 of the Texas Election Code and SB 13.  Candidates for the office of precinct chair may file their application during the first filing period (September 14, 2021 – December 1, 2021) or during the second filing period (dates to be announced in a future advisory).

## Saturday, December 4, 2021 (day after 10th day before date of regular filing deadline)

If a vacancy for an unexpired term in an office of the state or county government occurs after the 10th day before the date of the regular filing deadline, but on or before the 5th day before the date of the regular filing deadline (on or after December 4 and on or before December 8), an application for the unexpired term is subject to an extended filing deadline.  *See* entry at **Monday, December 20, 2021**. (Sec. 202.004(a), (c)).

## Wednesday, December 8, 2021 (5th day before regular filing deadline)

Last day a vacancy for an unexpired term in an office of the state or county government may occur and appear on the primary ballot. (Sec. 202.004(a)).  An application for such a vacancy is subject to an extended filing deadline.  *See* entry at **Monday, December 20, 2021**. (Sec. 202.004(a), (c)).

## Thursday, December 9, 2021

*Recommended* time frame in which the commissioners court should approve resolution to have a joint primary. *See* entry under Monday, November 29, 2021. (Sec. 172.126(a)).

## Sunday, December 12, 2021 (last day before regular filing deadline)

Deadline for the county chair (or secretary of the county executive committee) **to post on the political party's Internet website or in the location where a candidate files for a place on the ballot** a notice (PDF) containing the address at which the county chair and secretary of the county executive committee will be available to receive applications on the last day for filing an application. This deadline is not extended under Section 1.006. (Sec.172.022(b)).

**NOTE:** If the party secretary is accepting applications at a second location in addition to the county chair, the notice must include both locations.

## Monday, December 13, 2021 (2nd Monday in December)

6:00 PM – Deadline for applications for a place on the general primary election ballot to be **received** by the state or county chair, as applicable to the office. (Secs. 172.022(a), 172.023(a)).  Postmark by this deadline without actual receipt by the state or county chair is **not** sufficient. (Sec. 172.021(c)).

**NOTE – NEW LAW:** HB 4555 (2021, R.S.) amended Sections 141.031 and 141.039 of the Code by modifying the application requirements related to a candidate's final felony conviction status and what must be included on the candidate application form. Specifically, effective September 1, 2021, candidates will need to provide an indication on their candidate application that the candidate has either not been finally convicted of a felony, or if so convicted, has been pardoned or otherwise released from the resulting disabilities. A person who has been convicted of a felony will need to include with the application proof that the person has been pardoned or otherwise released from the resulting disabilities. The application form must include a statement informing candidates of the requirement to submit this information. Further, the official application form will need to include a statement informing candidates that knowingly providing false information on their application related to their final felony conviction status is a Class B misdemeanor. (Secs. 141.031, 141.039).

STATE062370

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Sections 143.004 and 144.003 of the Code to provide that candidate applications, other than those that must be accompanied by a filing fee, may be filed via email. The application must be a scanned copy of the candidate application and must be sent to the filing authority's designated email address for accepting applications. (Secs. 143.004, 144.003).

**NOTE:** This deadline is also applicable to applications for a place on the primary election ballot to fill a vacancy for an unexpired term in an office of the state or county government that occurred on or before the 10th day before the date of the regular filing deadline (December 3, 2021). (Sec. 202.004(b)).

6:00 PM – Deadline for minor party candidates to file applications to be nominated by convention. (Sec. 181.033(a)).

6:00 PM – Deadline for independent candidates to file declaration of independent candidacy with appropriate filing authority. (Sec. 142.002).

Deadline for each party chair to deliver lists of names of election judges and clerks, early voting ballot board members, and central counting station personnel (if applicable) to the county election officer if joint primary election is going to be conducted. (Sec. 172.126(c); 1 T.A.C. § 81.148).

**Tuesday, December 14, 2021 (1st day after the regular filing deadline)**

If a candidate withdraws, dies or is declared ineligible by this date, their name is omitted from the primary ballot. (Secs. 172.057 & 172.058(a)).

**Monday, December 20, 2021 (7th day after regular filing deadline)**

6:00 PM – Deadline for the state or county chair, as applicable, to **receive** applications for a place on the general primary election ballot for an unexpired term for a vacancy in an office of the state or county government that occurs after the 10th day (December 3, 2021) before the date of the regular filing deadline, but on or before the 5th day (December 8, 2021) before the date of the regular filing deadline. (Secs. 1.006 & 202.004(a), (c)). (The deadline is extended to the next regular business day which is Monday, December 20, 2021 due to the **5th day after the regular candidate filing deadline falling on Saturday, December 18, 2021. (Sec. 1.006).**)

6:00 PM – Extended deadline for the state or county chair to receive an application for a place on the general primary election ballot for an office if a candidate who has made an application that complies with the applicable requirements (Sec. 172.054(b)):

- dies on or after the fifth day before the date of the regular filing deadline (December 8, 2021) and on or before the first day after the date of the regular filing deadline (December 14, 2021);
- holds the office for which the application was made and withdraws or is declared ineligible on the date of the regular filing deadline (December 13, 2021) or on the first day after the date of the regular filing deadline (December 14, 2021); or
- withdraws or is declared ineligible on the date of the regular filing deadline (December 13, 2021) or on the first day after the date of the regular filing deadline (December 14, 2021), and at the time of the withdrawal or declaration of ineligibility no other candidate has made an application that complies with the applicable requirements for the office sought by the withdrawn or ineligible candidate.

(The deadline is extended to the next regular business day which is Monday, December 20, 2021 due to the **5th day after the regular candidate filing deadline falling on Saturday, December 18, 2021. (Sec. 1.006).**)

**NOTE:** An application filed by mail with the state chair in a situation where the deadline is extended due to death, withdrawal, or ineligibility of a candidate under the circumstances outlined above is not timely if received later than 5:00 PM on the extended deadline. (Sec. 172.054(b)).

STATE062371

6:00 PM – Deadline to file a declaration of write-in candidacy for county chair or precinct chair if authorized by the county executive committee. (Secs. 171.0231, 1.006).

**Tuesday, December 21, 2021 (8th day after regular filing deadline)**

Deadline for county and state chairs to electronically submit candidate information and status for posting on the Secretary of State's website.

Recommended deadline for each state chair to certify to Secretary of State for placement on the general primary election ballot the name of each candidate who files with the chair an application that complies with Section 172.021(b). (Sec. 172.028(a)).

**Wednesday, December 22, 2021 (9th day after regular filing deadline)**

Deadline for state chair to notify county chair in each county in which the candidate's name is to appear on the ballot that the certification of candidates has been posted by the Secretary of State. (Sec. 172.028(b)).

Date by which Secretary of State anticipates posting on Secretary of State's Internet website that is viewable by the public the certified list of candidates who filed, provided by each chair. (Sec. 172.028(a)).

Deadline for chair to post notice on the party's website 24 hours preceding the date, hour, and place of ballot drawing if ballot drawing is conducted on December 23, 2021. If the party does not maintain an Internet website, the party must post notice on the commissioners court bulletin board. All candidates who provide an email address on their filing form must be notified electronically of drawing. (Sec. 172.082(e)).

Deadline for state executive committee to set date, hour, and place for convening state convention. (Sec. 174.092(b)). (*See* **Note 10** prior to Calendar of Events.)

**Thursday, December 23, 2021 (10th day after regular filing deadline)**

Deadline for county chair or county chair's designee to conduct drawing for candidate order on ballot (unless committee provides by resolution that the county executive committee is to conduct drawing). (Sec. 172.082(c)).

> **NOTE:** Section 172.082(b) allows the county chair to designate another individual to conduct the ballot drawing. To be eligible to act as the county chair's designee, the individual must be a member of the county executive committee. If no member of the county executive committee is available, then a resident of the county who is affiliated with the same political party may serve as the county chair's designee.

**Wednesday, December 29, 2021 (62nd day before election day)**

Recommended date for county chair to submit the ballot format to primary committee for its approval, if primary committee has been established. (Sec. 172.083).

Recommended date for primary committee to approve ballot format, if primary committee has been established.

Recommended date for county chair to order ballots.

Recommended last day to order election supplies (other than ballots).

Recommended date to order the lists of registered voters from the county voter registrar. (Sec. 18.006).

**Friday, December 31, 2021 (60th day before primary election day; New Year's Eve)**

STATE062372

Deadline for printers/vendors to register with the Secretary of State to print primary ballots. (Sec. 51.013).

Recommended last day for the county chair of each political party to appoint presiding and alternate judges for each precinct in which the primary election will be held in the county, presiding judge and alternate presiding judge for the early voting ballot board, presiding judge of the central counting station, and personnel for the central counting station. (Secs. 32.006, 32.008, 87.002 & 127.002-127.005). Written notice of the appointments must be given to the judges. (Sec. 32.009).

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 87.002 to require the early voting ballot board to have an alternate judge. The alternate judge is appointed in the same manner as the presiding judge.

Recommended last day for the county election officer to appoint presiding and alternate judges from the lists provided by each county chair and to appoint the election clerks in a **joint primary** election. (Sec. 172.126(c)). Written notice of the appointments must be given to the judges. (Sec. 32.009).

**NOTE:** General eligibility requirements for election judges and clerks are found in Subchapter C, Chapter 32 of the Texas Election Code. General eligibility requirements for central counting station personnel are found in Sections 127.002-127.006 of the Texas Election Code. The presiding judge appoints the clerks, but not more than the maximum set by the political party, consistent with Secretary of State's primary finance rules; however, the alternate judge must serve as one of the clerks. (Secs. 32.031, 32.032, & 32.033; 1 T.A.C. § 81.117).

## January

**Saturday, January 1, 2022 (59th day before election day; New Year's Day)**

First day for voters to submit a **regular application** for ballot by mail for an election in 2022. The application is considered submitted at the time of receipt. (Secs. 84.001(e), 84.007).

First day for voters to submit an **annual application** for ballot by mail for all elections in calendar year 2022. The voter must be 65 years of age or older on election day or disabled in order to submit an annual application. The application is considered submitted at the time of receipt. (Secs. 84.001(e), 84.007, 86.0015).

**Monday, January 10, 2022 (50th day before election day)**

Last day to publish notice for testing of automatic tabulation equipment testing and logic and accuracy testing (L&A testing) of a voting system if test will be completed by recommended deadline of Wednesday, January 12, 2022. Notice of the public tests must be published at least 48 hours before the test begins. The notice must be posted on the county's website if the county maintains a website.  If the county does not maintain a website, the notice must be posted on the commissioners court bulletin board.  Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test.  The county chair must confirm receipt of the notice. (Secs. 127.093, 127.096, 129.022, 129.023).

Recommended deadline for county chair of party holding a primary election to procure from voter registrar a set of precinct lists of registered voters (also supplemental lists and correction lists, if necessary) to deliver to county election officer for use in conducting early voting by mail and in person in the party's general primary. (Secs. 18.001(d) & 18.002-18.004).

Deadline to challenge the filing of an application for a place on the ballot as to form, content, and procedure.  (Sec. 172.0223).

**Wednesday, January 12, 2022 (48th day before election day)**

STATE062373

*Recommended* date to conduct the first test of the automatic tabulating equipment and for logic and accuracy (L&A test) test on voting system. (Secs. 127.093, 127.096. 129.022, 129.023). The SOS recommends you complete your first round of testing prior to mailing your mail ballots if those ballots will be counted using automatic tabulation equipment. If you conduct your first round of testing by this date, you must publish notice of the test 48 hours prior to testing. See Note 9, above.

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) provides that if logic and accuracy testing is being conducted for a primary election, the general custodian of election records shall notify the county chair of the test at least 48 hours before the date of the test. The county chair must confirm receipt of the notice. (Sec. 129.023(b-1)).

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the general custodian of election records to demonstrate, using a representative sample of voting system equipment, that the source code of the equipment has not been altered. (Sec. 129.023(c-1)).

**Saturday, January 15, 2022 (45th day before primary election day)**

Deadline to mail ballots to military or overseas voters who already submitted their ballot requests via a federal postcard application (FPCA) or via a standard application for ballot by mail (ABBM) and indicated that they are outside the United States. If the early voting clerk cannot meet this 45th-day deadline, the clerk **must** notify the Secretary of State within 24 hours. (Sec. 86.004(b)).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.052 of the Code regarding FPCAs. Effective September 1, 2021, an FPCA may be submitted by in-person delivery by the voter in accordance with Section 84.008 of the Code or by common or contract carrier. (Sec. 101.052).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.001 of the Code regarding FPCAs. Effective September 1, 2021, a member of the Texas National Guard or the National Guard of another state or a member of a reserve component of the armed forces of the United States serving on active duty under an order of the President of the United States or activated on state orders, or the spouse or dependent of a member, may submit an FPCA. (Sec. 101.001).

**NOTE: The 45th Day deadline under Section 86.004(b) is *not* extended by Section 1.006 to the next business day. The ballots covered by Section 86.004(b) should be sent out on or before Saturday, January 15, 2022.**

**Reminder Regarding FPCAs and Overseas ABBMs:** If the early voting clerk receives an FPCA (from a military or non-military voter) or an ABBM from an overseas voter after the 45th day deadline, then the ballot **must** be mailed within seven days after the early voting clerk **receives** the FPCA or ABBM. (Secs. 86.004(b), 101.104).

> **Reminder:** In regards to mail ballots for other voters (not military voters using an FPCA or overseas voters using an FPCA or ABBM), the early voting clerk **must** mail a ballot not later than the 7th day after the later of: (1) the date the early voting clerk has accepted a voter's application for a ballot by mail or (2) the date the ballots become available for mailing. However, if the 7th day falls earlier than the 37th day before election day, the voter's mail ballot must be mailed no later than the 30th day before election day. (Sec. 86.004(a)). This means that for every application that comes in before the 37th day before election day, the balloting materials must be mailed by the 30th day before election day. Any application that comes in after the 37th day before election day will follow the 7-day timeline in Sec. 86.004.

**NOTE:** Information on the early voting roster for both early voting in person and early voting by mail must be made available for public inspection and on the county's website if the county clerk or elections administrator is serving as the early voting clerk. The early voting roster shall be posted by 11:00 AM on the day after the information is entered on the roster (for early voting in person) or by 11:00 AM on the day after the early voting clerk receives a ballot voted by mail. (Sec. 87.121).

STATE062374

**NOTE – NEW LAW:** HB 1622 (2021, R.S.) amended Section 87.121 of the Code to provide that if an early voting clerk fails to post their early voting rosters in accordance with Section 87.121, a person registered to vote in the county where the early voting clerk is conducting early voting may file a complaint with the Secretary of State regarding the early voting clerk's noncompliance. The Secretary of State by rule shall create and maintain a system for receiving and recording these complaints. (Sec. 87.121).

**Monday, January 17, 2022 (43rd day before primary election day; MLK Day)**

**Tuesday, January 18, 2022 (42nd day before primary election day)**

Deadline for state chairs and county chairs to submit itemized estimate and request for state funds to cover general primary expenses. (Sec. 173.081(c)(2)). Notice of consolidation of county election precincts, if any, must accompany the itemized estimate. (Sec. 173.081(f)). (The deadline is extended to the next regular business day, due to the **45th day before primary election day falling on Saturday, January 15, 2022 and due to the fact that Monday, January 17, 2022 is MLK Day, a legal holiday**. (Sec. 1.006).)

**NOTE:** The state chair (or the state chair's designee) may submit this statement on behalf of the county chair if the county chair (1) requests the state chair to submit the statement on the county chair's behalf, or (2) fails to submit the statement by the deadline. (Sec. 173.081(g)).

**Friday, January 28, 2022 (32nd day before primary election day and 12th day before first day signature verification committee may convene)**

Recommended date for early voting clerk to issue order calling for appointment of signature verification committee for the primary election, if the early voting clerk determines that a committee is to be appointed. (Sec. 87.027).

If the signature verification committee will start meeting on Wednesday, February 9, 2022, **recommended date** early voting clerk should post copy of the order calling for appointment of the signature verification committee. (Saturday, January 29, and Sunday, January 30, 2022 are the 10th and 11th days before the first day the committee may meet.) The notice must remain posted continuously for at least 10 days before the first day the committee meets. The notice must be posted on the county's website if the county maintains a website. If the county does not maintain a website, the notice must be posted on the commissioners court bulletin board. (Sec. 87.027).

**Monday, January 31, 2022 (29th day before primary election day)**

Last day to register to vote or make a change of address effective for the Tuesday, March 1, 2022 primary election. (Secs. 13.143, 15.025).

**NOTE** - A Federal Postcard Application (FPCA) also serves as an application for **permanent** registration under Texas law **unless the voter marked "my intent to return is uncertain" (2019 form), or "my return is uncertain" (2017 form)**. The early voting clerk should make a copy (for mailing ballots, keeping records, etc.), then should forward the original to the county voter registrar, as soon as practicable. (Sec. 101.055; 1 T.A.C. § 81.40(a), (c)(2)).

## February

**Wednesday, February 2, 2022 (5th day after recommended date to order signature verification committee)**

If the early voting clerk issues order calling for appointment of signature verification committee, this is the deadline for the county chair to appoint the members to the committee. *See* entry under <u>Friday, January 28, 2022</u>. (Sec. 87.027).

STATE062375

**Tuesday, February 8, 2022 (21st day before primary election day)**

Last day for county clerk to post notice of the general primary election on the county's website. The notice must also be posted on the party's website if the party maintains a website.  If the party does not maintain a website, the notice must be posted on the commissioners court bulletin board. (Secs. 4.003 & 172.1112).

> **NOTE:** Section 172.1112 requires the county to post the notice of election and notice of consolidated precincts on the county's website if the county maintains a website.  Under the prior version of the law, the notice was required to be posted on the party's website.

> **NOTE:** Section 172.1112 requires that the **county clerk**, rather than the county chair, post the notice of election for the primary election.

**NOTE – NEW LAW:** SB 1116 (2021, R.S.) created additional requirements regarding information that a county must post on its website for elections held by a county or elections for any local political subdivision in which the county has contracted to provide election services.   While these statutory web posting requirements do not specifically apply to primary elections, **we strongly recommend that you post this information for any primary election in which the county has contracted to provide election services.**  Accordingly, the following information should be posted on the county's website not later than the 21st day before election day:

- The date of the election;
- The location of each polling place;
- Each candidate for an elected office on the ballot; and
- Each measure on the ballot. (Sec. 4.009).

**Wednesday, February 9, 2022 (20th day before primary election day; 5th day before the first day of early voting)**

Deadline for a person who is not permanently registered to vote to submit a postmarked FPCA, in order to receive a full ballot by mail for the March 1, 2022 primary election. A person who is **not** permanently registered to vote and submits a postmarked FPCA after this date (20th day) and before the deadline to submit an application for ballot by mail, is not entitled to receive a ballot for any non-federal election. *See* Monday, February 14, 2022 entry for timeliness of an FPCA received without a postmark. (Secs. 101.052(e), 101.052(i)(2)).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.052 of the Code regarding FPCAs. Effective September 1, 2021, an FPCA may be submitted by in-person delivery by the voter in accordance with Section 84.008 of the Code or by common or contract carrier. (Sec. 101.052)

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.001 of the Code regarding FPCAs. Effective September 1, 2021, a member of the Texas National Guard or the National Guard of another state or a member of a reserve component of the armed forces of the United States serving on active duty under an order of the President of the United States or activated on state orders, or the spouse or dependent of a member, may submit an FPCA. (Sec. 101.001)

> **NOTE:** Be sure to check the list of registered voters for permanent registration status. Also, state law authorizes an FPCA to also serve as an application for **permanent registration**; therefore, the person might be permanently registered based on a prior FPCA. Even if the FPCA arrives too late for a particular election, the early voting clerk will still need to forward the original FPCA to the county voter registrar, after making a copy for your early voting clerk's use (mailing ballots, etc.) and records **unless the voter marked "my intent to return is uncertain" (2019 form), or "my return is uncertain" (2017 form)**, in which case, it will not serve as a permanent registration. (Sec. 101.055; 1 T.A.C. § 81.40).

> **NOTE: Overseas (non-military) voters** marking the FPCA **"my intent to return is uncertain"** (2019 form), **or "my return is uncertain" (2017 form)** receive a federal ballot **only** regardless of the date filed. (Chapter 114).

STATE062376

Last day to publish notice of L&A test if test will be held on Friday, February 11, 2022, if testing was not already completed by January 12, 2022. Notice of the public L&A Test must be published at least 48 hours before the test begins. The notice must be posted on the county's website if the county maintains a website. If the county does not maintain a website, the notice must be posted on the commissioners court bulletin board. Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test. The county chair is required to confirm receipt of the notice. (Secs. 129.001, 129.023). See Note 9, above.

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) provides that if logic and accuracy testing is being conducted for a primary election, the general custodian of election records shall notify the county chair of the test at least 48 hours before the date of the test. The county chair must confirm receipt of the notice. (Sec. 129.023(b-1)).

First day that the signature verification committee, if one is appointed, may begin operating. (Sec. 87.027).

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) added Section 87.0271 to provide a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after a **signature verification committee** discovers the defect and before the committee decides whether to accept or reject a timely delivered ballot under Section 87.027, the committee shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the committee determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day. If the committee determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the signature verification committee may notify the voter of the defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the signature verification committee takes one of the actions described above, the committee must take that action with respect to each ballot in the election that to which these options apply. (Sec. 87.0271). *See* Note 14.

Last day to post branch early voting schedule, which should be posted continuously from the fifth day before the start of the early voting period until the last day of the early voting period. The schedule must include the location of each permanent and temporary branch early voting location, and the dates and hours that voting will be conducted at temporary branch locations. The schedule may also include the dates and hours of any weekend or extended early voting that will be conducted at permanent or temporary branch locations. (Sec. 85.067).

> **NOTE:** This schedule may be amended after posting to include additional temporary branch locations or additional dates and hours at those locations. If any locations, dates, or hours are added, then the amended schedule must be posted at least five days before the start of voting at those additional locations or at least five days before the additional or extended hours at existing locations. (Sec. 85.067).

**Thursday, February 10, 2022 — Friday, February 18, 2022 (19th — 11th day before primary election day)**

A person submitting an FPCA during this period who is **not** registered to vote is not entitled to receive a full ballot for the March 1, 2022 primary election, meaning that a person submitting an FPCA during this period is entitled to receive a federal ballot only (no state, district, or county offices), if not already a permanent registered voter. (Secs. 101.052(f), 114.002, 114.004). *See* entry below under Monday, February 14, 2022 (FPCA without a postmark). (Secs. 101.052(f) & 114.004(c)).

The early voting clerk is required to maintain a copy of this application since it may be used for other elections and forward the original to the voter registrar. (Secs. 84.007, 101.052(e), (f)).

20

**NOTE** - Be sure to check the list of registered voters for permanent registration status. Also, state law authorizes an FPCA to also serve as an application for **permanent registration**; therefore, the person might be permanently registered based on a prior FPCA. Even if the FPCA arrives too late for a particular election, the early voting clerk will still need to forward the original FPCA to the county voter registrar, after making a copy for your early voting clerk's use (mailing ballots, etc.) and records unless the voter marked "**my intent to return is uncertain**" (2019 form), or "**my return is uncertain**" (2017 form) in which case, it will not serve as a permanent registration. (Sec. 101.055, 1 T.A.C. § 81.40).

**NOTE - Overseas (non-military) voters** marking the FPCA "**my intent to return is uncertain**" (2019 form), or "**my return is uncertain**" (2017 form) receive a federal ballot **only** regardless of the date filed. (Chapter 114).

**Friday, February 11, 2022 (18th day before primary election; last business day 48 hours before start of early voting in person)**

Last day to conduct public L&A test of a voting system. We highly *recommend* that this test is done on an earlier date to allow time for corrections to programming, if necessary. (See Note 9, above). Per Section 129.023, the L&A test shall be conducted not later than 48 hours before voting begins on such voting systems, assuming that the voting system will first be used for early voting in person.

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the general custodian of election records to demonstrate, using a representative sample of voting system equipment, that the source code of the equipment has not been altered. (Sec. 129.023(c-1)).

If a **defective application to vote early by mail** is received on or before this date, the early voting clerk must mail the applicant a new application with explanation of defects and instructions for submitting the new application. For defective applications received after this date and before the end of early voting by personal appearance, the early voting clerk must mail only the Notice of Rejected Application for Ballot by Mail and a statement that the voter is not entitled to vote early by mail unless he or she submits a sufficient application by the deadline, which is Friday, February 18, 2022. (Secs. 84.007(c), 86.008).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 86.001 to provide that if the information required by Section 84.002(a)(1-a) included on the application does not identify the same voter identified on the applicant's voter registration application, the clerk shall reject the application. (Sec. 86.001(f)). If an application is rejected under Section 86.001(f), the clerk shall provide notice of the rejection. The notice must include information regarding the ability to correct or add the required information through the online ballot by mail tracker described in Section 86.015(c). (Sec. 86.001(f-1)). If the applicant corrects the application for ballot by mail online and that application subsequently identifies the same voter identified on the applicant's voter registration application, the clerk shall provide a ballot to the voter. (Sec. 86.001(f-2)).

**Monday, February 14, 2022 (15th day before primary election day)**

First day to vote early in person. (Sec. 85.001(a)).

**NOTE:** The early voting period for the general primary election begins 17 days prior to election day, but because the first day of the early voting period falls on a weekend (Saturday, February 12, 2022), it is extended to the next regular business day, Monday, February 14, 2022. (Sec. 85.001(c)).

In a primary election, a certain number of temporary branch locations must be established depending on the population size of the county:

1. in a county with a population of 400,000 or more, the commissioners court **must** establish one or more temporary polling places, other than the main early voting polling place, in each state representative district containing territory covered by the election.

STATE062378

2.  in a county with a population of 120,000 or more but less than 400,000, the commissioners court **must** establish one or more temporary polling places, other than the main early voting polling place, in each commissioners precinct containing territory covered by the election.

3.  in a county with a population of 100,000 or more but less than 120,000, the early voting clerk **must** establish one or more early voting polling places in each commissioners precinct for which the early voting clerk receives a **timely filed written request by at least 15 registered voters of that precinct**.

    The temporary polling place(s) must remain open for each weekday of the early voting period that the main early voting polling place will be open.  The temporary branch polling place(s) must be open at least eight hours each day.  (Secs. 85.062, 85.064).

    **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 85.062 to provide that the location of temporary branch polling places in an election in which countywide polling places are used must be determined with the same methodology that is used for the location of countywide polling places.

**NOTE – NEW LAW**: (SB 1, 2nd C.S.) amended Section 85.005 to provide that early voting in person must be conducted at the main early voting location on each weekday of the early voting period that is not a legal state holiday and for a period of at least **nine (9) hours**, except that voting may not be conducted earlier than 6:00 AM or later than 10:00 PM. (Sec. 85.005(a)).

**NOTE – NEW LAW: Temporary Branch Locations**: Effective September 1, 2021, the rules for temporary branch locations differ based on the population size of the county. *See* Note 7 for additional information regarding temporary branch location days and hours.

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 61.002 to provide that immediately before the opening of the polls on the first day of early voting and on election day, the presiding judge or alternate judge shall confirm that the public counters on each voting machine are set to zero and shall print the tape that shows that there are zero votes for each candidate or measure on the ballot. Each election judge and alternate judge shall sign the printed tapes. (Sec. 61.002).

If early voting by personal appearance is required to be conducted for extended hours or for weekend hours, the county voter registrar's office is required to remain open for providing voter registration information during the extended hours or weekend hours that the main early voting polling place is open for voting. (Secs. 12.004(d), 85.005(c) & 85.006(e)).

**NOTE:** The notice of precinct conventions must be posted continuously during the early voting period.  Prior to opening the polls, the presiding judge of each precinct must post at each entrance to the building a notice of the time and place for convening the precinct, county, senatorial and state conventions. This notice must remain posted continuously during the early voting period and on election day. (Sec. 172.1111).

Deadline to receive an FPCA **without** a postmark. If an FPCA is received by this date **without** a postmark to prove mailing date, the early voting clerk will accept the FPCA and mail the applicant a full ballot even if the applicant is **not** a permanently registered voter but meets the requirements under Title 2 of the Election Code (unless the voter marks the FPCA form indicating **"my intent to return is uncertain"** (2019 form), **or "my return is uncertain"** (2017 form), in which case the voter receives a federal-only ballot. (Sec. 101.052(i)). *See* Note under entry for Wednesday, February 9, 2022.

Last day to notify election judges of duty to hold election (Writ of Election). The Writ of Election must be given to each presiding judge and include:

1.  The judge's duty to hold the election;
2.  The type and date of election;
3.  The polling place location at which the judge will serve;
4.  The polling place hours; and
5.  The maximum number of clerks the judge may appoint.

STATE062379

(Sec. 4.007).

**NOTE – NEW LAW:** *Recommended date* for a signature verification committee (if appointed) that has discovered a defect in a voter's carrier envelope to return the voted ballot in the carrier envelope to the voter. (Sec. 87.0271).

> **NOTE:** If the committee determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the signature verification committee may notify the voter of the defect by **phone or email** and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. (Sec. 87.0271). *See* Note 14.

**Tuesday, February 15, 2022 (14th day before primary election day)**

Deadline to file a petition (PDF) to require the county early voting clerk in a county with a population less than 55,000 to conduct extended early voting on Saturday, February 19, 2022. Notice of weekend voting (PDF) must be posted beginning no later than Wednesday, February 16, 2022, and continuing through Friday, February 18, 2022. (Secs. 85.006(d), 85.007(c)).

**Wednesday, February 16, 2022 (72 hours preceding first hour Saturday early voting will be conducted; 13th day before primary election day)**

Deadline to post notice of Saturday early voting on county website. The notice must be posted continuously for at least 72 hours preceding the first hour that early voting on Saturday, February 19, 2022 will be conducted. (Sec. 85.007(b), (c)).

In counties with a population of 100,000 or more, deadline to post notice of Saturday early voting at any required temporary branch locations (created under Section 85.062(d) of the Texas Election Code). The notice must be posted continuously for at least 72 hours preceding the first hour that early voting on Saturday, February 19, 2022 will be conducted. (Secs. 85.006(e), 85.007(c), 85.062(d), 85.064(d), 85.068).

> **NOTE:** There is no petition process to require a county with a population less than 100,000 to conduct weekend early voting at temporary branch locations. However, the early voting clerk may voluntarily order weekend early voting at temporary branch locations by written order if they choose to do so.

Deadline to file a petition (PDF) to require the county early voting clerk to conduct extended early voting on Sunday, February 20, 2022. Notice of weekend voting (PDF) must be posted beginning no later than Thursday, February 17, 2022, and continuing through Saturday, February 19, 2022. (Secs. 85.006(d), 85.007(c)).

**Note for Counties with Population of Less than 55,000: Extended Early Voting Hours - Notice Requirement**: Deadline for counties with populations of less than 55,000 to post the Notice of Extended Hours (PDF) for the general primary election if the early voting clerk received a timely **petition** for early voting to be conducted at the main early voting location for 12 hours on each weekday of the last week of the early voting period. The notice must be posted beginning no later than Wednesday, February 16, 2022, and continuing through Sunday, February 20, 2022. For additional information, *see* Note 6 regarding extended early voting hours.

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) modified the days and hours for extended early voting by personal appearance. In counties with a population of 55,000 or more, early voting in a primary election shall be conducted at the main early voting location for least 12 hours on each weekday of the last week of the early voting period. Voting may not be conducted earlier than 6:00 AM or later than 10:00 PM. (Sec. 85.005(c)).

**Thursday, February 17, 2022 (72 hours preceding first hour Sunday early voting will be conducted; 12th day before primary election day)**

STATE062380

Deadline to post notice of Sunday early voting on county website. The notice must be posted continuously for at least 72 hours preceding the first hour that early voting on Sunday, February 20, 2022 will be conducted. (Sec. 85.007(b), (c)).

In counties with a population of 100,000 or more, deadline to post notice of Sunday early voting at any required temporary branch locations (created under Section 85.062(d) of the Texas Election Code). The notice must be posted continuously for at least 72 hours preceding the first hour that early voting on Sunday, February 20, 2022 will be conducted (Secs. 85.006(e), 85.007(c), 85.062(d), 85.064(d)).

> **NOTE:** There is no petition process to require a county with a population less than 100,000 to conduct weekend early voting at temporary branch locations. However, the early voting clerk may voluntarily order weekend early voting at temporary branch locations by written order if they choose to do so.

First day a voter who becomes sick or disabled on or after this date may submit an application for a late ballot if the sickness or physical condition prevents the voter from appearing at the polling place without the likelihood of needing personal assistance or of injuring his or her health. (Sec. 102.001). *See* Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability (PDF). Applications may continue to be submitted until 5:00 PM on Election Day. (Sec. 102.003).

First day that counties with a population of 100,000 or more may convene their early voting ballot board and deliver ballot materials to begin processing and qualifying mail ballots; however, the mail ballots may not be counted until (i) the polls open on election day, or (ii) in a county with a population of 100,000 or more, the end of the period for early voting in person. (Secs. 87.0222, 87.0241). The early voting clerk shall continuously post notice for 24 hours preceding each delivery of voting materials that is to be made before the time for opening the polls on election day. (Sec. 87.0222). **NOTE: results may not be released until the polls close on election day.**

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) added Section 87.0411 to provide a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after an **early voting ballot board** discovers the defect and before the board decides whether to accept or reject a timely delivered ballot under Section 87.041, the board shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the board determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day. If the board determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the board may notify the voter of the defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the ballot board takes one of the actions described above, the board must take that action with respect to each ballot in the election that to which these options apply. (Sec. 87.0411). *See* Note 14.

**Friday, February 18, 2022 (11th day before primary election day)**

Last day for early voting clerk to receive applications for a ballot to be voted by mail. (Sec. 84.007(c)). All applications to vote by mail must be received by the early voting clerk before the close of regular business or 12 noon, **whichever is later**. Applications to vote by mail must be submitted by mail, common or contract carrier, fax (if a fax machine is available in the office of the early voting clerk) or by electronic submission of a scanned application with an original signature. The early voting clerk's designated e-mail address for the receipt of applications for ballot by mail must be posted on the Secretary of State's website. (Sec. 84.007(c)).

Last day to receive an FPCA from a voter. If the voter is **not** registered in the county (or the voter marked **"my intent to return is uncertain"** (2019 form), **or "my return is uncertain"** (2017 form)), the voter is eligible for a ballot containing federal offices only. (Secs. 101.052(f) & 114.004(c)).

STATE062381

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.001 of the Code regarding FPCAs. Effective September 1, 2021, a member of the Texas National Guard or the National Guard of another state or a member of a reserve component of the armed forces of the United States serving on active duty under an order of the President of the United States or activated on state orders, or the spouse or dependent of a member, may submit an FPCA. (Sec. 101.001).

**NOTE**: If an ABBM is faxed or emailed or if an FPCA is faxed, then the applicant must submit the ORIGINAL application BY MAIL to the early voting clerk so that the early voting clerk **receives the original no later than the 4th business day after receiving the emailed or faxed ABBM or faxed FPCA.** If the early voting clerk does not receive the original ABBM or FPCA by that deadline, then the emailed or faxed ABBM or faxed FPCA will be considered incomplete, and the early voting clerk may NOT send the applicant a ballot. The requirement to mail the original application does not apply to an **emailed** FPCA. For additional information, please *see* Note 13, above.

An applicant for a ballot to be voted by mail (ABBM or FPCA) may submit the application by delivering it in person to the early voting clerk if the application is submitted not later than the close of regular business in the clerk's office on Friday, February 18, 2022. (Sec. 84.008).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.052 of the Code regarding FPCAs. Effective September 1, 2021, an FPCA may be submitted by in-person delivery by the voter in accordance with Section 84.008 of the Code or by common or contract carrier. (Sec. 101.052).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 84.008 of the Code to provide that an applicant for a ballot to be voted by mail may submit the application by delivering it in person to the early voting clerk if the application is submitted not later than the deadline provided by Section 84.007(c) of the Code. This means that effective September 1, 2021, voters may now personally deliver their ABBM or FPCA to the early voting clerk not later than the close of regular business in the early voting clerk's office or 12 noon, whichever is later, on the 11th day before election day (unless that day is a Saturday, Sunday, or legal state or national holiday, in which case the last day is the first preceding regular business day).

**Saturday, February 19, 2022 (10th day before primary election day)**

In counties with a population of 55,000 or more, early voting must be conducted for at least 12 hours on the last Saturday of the early voting period at the main early voting polling place. In counties with a population less than 55,000, early voting must be conducted for this same number of hours at the main early voting polling place upon receipt of a petition submitted by at least 15 registered voters of the county. (Sec. 85.006(e)).

In counties with a population of 100,000 or more, early voting must be conducted for at least 12 hours on the last Saturday of the early voting period at any required temporary branch locations (created under Section 85.062(d) of the Texas Election Code). (Secs. 85.006(e), 85.062(d), 85.064(d)).

**NOTE:** There is no petition process to require a county with a population less than 100,000 to conduct weekend early voting at temporary branch locations. However, the early voting clerk may voluntarily order weekend early voting at temporary branch locations by written order if they choose to do so.

**Sunday, February 20, 2022 (9th day before primary election day)**

In counties with a population of 55,000 or more, early voting must be conducted for at least six hours on the last Sunday of the early voting period at the main early voting polling place. In counties with a population less than 55,000, early voting must be conducted for this same number of hours at the main early voting polling place upon receipt of a petition submitted by at least 15 registered voters of the county. (Sec. 85.006(e)).

STATE062382

In counties with a population of 100,000 or more, early voting must be conducted for at least six hours on the last Sunday of the early voting period at any required temporary branch locations (created under Section 85.062(d) of the Texas Election Code).  (Secs. 85.006(e), 85.062(d), 85.064(d)).

> **NOTE:** There is no petition process to require a county with a population less than 100,000 to conduct weekend early voting at temporary branch locations.  However, the early voting clerk may voluntarily order weekend early voting at temporary branch locations by written order if they choose to do so.

**Monday, February 21, 2022 (Presidents' Day; 8th day before primary election day)**

**Because Monday, February 21, 2022 is Presidents' Day, which is a legal holiday, early voting will not be conducted on this date.  (Sec. 85.005).**

**Tuesday, February 22, 2022 — Friday, February 25, 2022 (7th day — 4th day before primary election day)**

In counties with a population of 55,000 or more, the early voting clerk must keep the main early voting polling place open for at least 12 hours each day between February 22 and February 25, 2022. Early voting must be conducted at permanent branch locations for at least 12 hours each day.   (Secs. 85.005(c) & 85.067).

In counties with a population of less than 55,000, the early voting clerk must keep the main early voting polling place open for at least 12 hours each weekday of the last week of the early voting period for the primary election if 15 or more registered voters petition the county for the extended 12-hour schedule. (Secs. 85.005(c) & 85.067).

**Tuesday, February 22, 2022 (7th day before primary election day)**

If county election precincts are consolidated, county clerk must post at the polling place used in the preceding general election for state and county officers a notice of consolidation and location of the polling place. For purposes of conducting a primary election, the "preceding general election" is the preceding primary election. (Secs. 4.003(b) & 172.1112). (The deadline is extended to the next regular business day which is Tuesday, February 22, 2022 due to the 10th day falling on Saturday, February 19, 2022 and due to the fact that Monday, February 21, 2022 is Presidents' Day, a legal holiday. (Sec. 1.006).)

> **NOTE:** Section 172.1112 provides that the **county clerk** is required to post the notice of consolidation, if polling places are consolidated. The notice of consolidation should be posted on the county's website.

> **NOTE:** Section 172.1112 requires the county to post the notice of election and notice of consolidated precincts on the county's website if the county maintains a website.  Under the prior version of the law, the notice was required to be posted on the party's website.

**Wednesday, February 23, 2022 (4th business day before primary election day)**

Last day for Secretary of State to receive a Request for Election Inspectors for the general primary election. The request must be a written request by 15 or more registered voters of the county for which the inspector is requested. (Sec. 34.001).

**Thursday, February 24, 2022 (day before the last day of early voting in person)**

A voter is eligible to vote a late ballot if they will be out of the county of residence on election day due to a death in the immediate family (related within 2nd degree of consanguinity or affinity) that occurs on or after this day. The voter may submit the Application for Emergency Early Ballot Due to Death in Family starting Saturday, February 26, 2022 (the day after early voting in person ends). (Secs. 103.001, 103.003(b)). An application may be submitted after the last day of the period for early voting by personal appearance and before the close of business on the day before election day. (Sec. 103.003).

STATE062383

Early voting clerk must post <u>Notice of Delivery of Early Voting Balloting Materials</u> to the early voting ballot board if materials are to be delivered to the board on Friday, February 25, 2022. Notice must be posted continuously for 24 hours preceding each delivery to the board. (Secs. 87.0221, 87.0222, 87.023, 87.024, 87.0241).

> **NOTE**: The Notice of Delivery of Early Voting Balloting Materials serves as notice of the convening of the early voting ballot board. This notice should be posted every time the early voting ballot board reconvenes.

**Friday, February 25, 2022 (4th day before primary election day)**

**Last day to vote early in person.** (Sec. 85.001(a)).

Last day to publish notice of public test of automatic tabulating equipment, if test will be held on Sunday, February 27, 2022, and testing was not already completed. The public notice of the test of automatic tabulating equipment must be published at least 48 hours before the test begins. Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test. (Sec. 127.096).

> **NOTE**: Section 127.096 requires that for a primary election, the custodian of election records must give the county chair 48 hours of notice prior to the test. The county chair is required to confirm receipt of the notice.

**After the polls close at the end of early voting**, the ballot board and/or central counting station may convene to perform the following activities, depending on the population size of the county:

**Counties with a population of 100,000 or more:**

> First day those counties may convene their early voting ballot board and/or central counting station and begin **counting** ballots; **however, the results may not be announced until after the polls close on election day.** (Secs. 87.0222, 87.0241).

> **NOTE** - If a county with a population of 100,000 or more is convening their early voting ballot board and/or central counting station early to begin **counting** ballots, the test of the tabulation equipment will need to be completed at least 48 hours before the equipment is used to count ballots. (Secs. 87.0222, 87.0241, 127.096).

**Counties with a population less than 100,000:**

> First day those counties may convene their early voting ballot board for processing and qualifying mail ballots, but cannot begin counting the ballots until the polls open on election day. The early voting clerk shall continuously post notice for 24 hours preceding each delivery of voting materials that is to be made before the time for opening the polls on election day. (Secs. 87.0221, 87.023, 87.024, 87.0241).
> *See* <u>Notice of Delivery of Early Voting Balloting Materials (PDF)</u>.

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) added Section 87.0411 to provide a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after an **early voting ballot board** discovers the defect and before the board decides whether to accept or reject a timely delivered ballot under Section 87.041, the board shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the board determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day. If the board determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the board may notify the voter of the defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the ballot board

STATE062384

takes one of the actions described above, the board must take that action with respect to each ballot in the election that to which these options apply. (Sec. 87.0411). *See* Note 14.

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 127.1232 to provide that in counties with a population of 100,000 or more, the general custodian of election records shall implement a video surveillance system that retains a record of all areas containing voted ballots: (1) from the time the voted ballots are delivered to the central counting station until the canvass of the precinct election returns ; and (2) from the time the voted ballots are delivered to the signature verification committee or early voting ballot board until the canvass of precinct election returns. Video from the surveillance system shall be made available to the public by live stream. The recorded video is considered an election record and shall be retained by the general custodian until the end of the calendar year in which an election is held or until an election contest filed in the county has been resolved, whichever is later. (Sec. 127.1232).

**Saturday, February 26, 2022 (day after last day of early voting in person; 3rd day before primary election day)**

First day to submit an Application for Emergency Early Ballot Due to Death in Family because of a death in the immediate family that occurred on or after Thursday, February 24, 2022 ("the day before the last day of the period for early voting by personal appearance"), and will require absence from the county of residence on election day.  The application may be submitted through the close of business on Monday, February 28, 2022, the day before primary election day. (Secs. 103.001 & 103.003(b)).

**Sunday, February 27, 2022 (2nd day before primary election day)**

Last day to conduct public test of automatic tabulation equipment. Per Section 127.093, the test shall be conducted at least 48 hours before the automatic tabulating equipment is used to count ballots voted in an election and was not previously tested. We highly *recommend* that this test is done on an earlier date to allow time for corrections to programming, if necessary. (See Note 9, above).

**Monday, February 28, 2022 (day before primary election day)**

Last day for early voting clerk to mark the precinct list of registered voters with a notation beside each name of voter who voted early, and deliver the list to election judges. The early voting clerk must also deliver the precinct early voting list.  The list may be delivered electronically if the county will be using an electronic pollbook. (Sec. 87.122).

Last day to submit Application for Emergency Early Ballot Due to Death in Family and vote a late ballot by personal appearance due to death in immediate family that occurred on or after Thursday, February 24, 2022. (Sec. 103.003).

Deadline for county chair to post notices of changed polling places.  The notice must be posted at the entrance of the polling place used in the last primary election and must provide the location of the new polling place.  (Sec. 43.062).

**Delivery of Provisional Ballots and Forms**: If the voter registrar wants to take possession of the provisional ballots and forms on election night, the voter registrar must inform the custodian of the election records and post a Notice of Election Night Transfer no later than Monday, February 28, 2022, 24 hours before election day. (1 T.A.C. § 81.174(d)(3)).

   **NOTE:** Under this type of delivery, the county voter registrar **must** go to the office of the custodian of election records and pick up the provisional ballots and forms.

   **NOTE:** The general custodian of election records (or the early voting clerk, if applicable) must also post a Notice of Delivery of Provisional Ballots at least 24 hours before delivery will occur. (1 T.A.C. § 81.174(b)(1)).

**March**

STATE062385

**Tuesday, March 1, 2022, PRIMARY ELECTION DAY (Sec. 41.007(a), (c)).**

Prior to opening the polls, the presiding judge of each precinct must post at each entrance to the building a notice of the time and place for convening the precinct, county, senatorial and state conventions. This notice must remain posted continuously during the early voting period and on election day. (Sec. 172.1111).

| 7:00 AM – 7:00 PM | Polls are open. (Sec. 41.031(a)). |
| --- | --- |
| | Voter registrar's office is open. (Sec. 12.004(c)). |
| | Early voting clerk's office is open for early voting activities.  A voter may deliver a marked ballot by mail to the early voting clerk's office while the polls are open on election day.  The voter must provide an acceptable form of identification under Section 63.0101 upon delivery. The identification procedure is the same as that used for personal appearance voting. (Secs. 63.0101, 83.011, 86.006). |
| | A voter may vote at the main early voting polling place if **voting machines** are used at regular polling place(s) on election day <u>and</u> the voter has a sickness or physical condition that prevents the voter from voting in the regular manner without personal assistance or a likelihood of injuring the voter's health. (Secs. 104.001 & 104.003). However, if the early voting ballots by mail are processed at a location other than the main early voting polling place, the early voting clerk may require the voting to be conducted at that location. (Sec. 104.003). |
| 5:00 PM | Deadline for receiving <u>Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability</u> for late ballots to be voted by persons who became sick or disabled on or after Thursday, February 17, 2022 (12th day before election day). (Sec. 102.003(b)). *See* entry at <u>Thursday, February 17, 2022</u>. |
| 7:00 PM | Regular deadline for receiving **early voting ballots** by mail. **BUT see** <u>entry</u> for Thursday, March 3, 2022 on "late domestic ballots," and <u>entry</u> for Monday, March 7, 2022 on other "late" ballots. |
| | This is also the deadline to receive **late ballots cast by voters who became sick or disabled** on or after Thursday, February 17, 2022 (12th day before election day).  (Secs. 86.007(a) & 102.006(c)). *See* entry at <u>Thursday, February 17, 2022</u>. |
| 7:00 PM | County election officer begins transmitting results to Secretary of State and transmits continuously until results are final. (Sec. 68.034). |

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 61.002 to provide that immediately before the opening of the polls on election day, the presiding judge or alternate judge shall confirm that the public counters on each voting machine are set to zero and shall print the tape that shows that there are zero votes for each candidate or measure on the ballot. Immediately after the closing of the polls on election day, the presiding judge or alternate judge shall print the tape to show the number of votes cast for each candidate or measure. Each election judge and alternate judge shall sign the printed tapes. (Sec. 61.002).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the presiding judge of the central counting station to provide and attest to a written reconciliation of votes and voters at the close of tabulation for election day and again after the central counting station meets for the last time to process late-arriving ballots by mail and provisional ballots. (Sec. 127.131).

**NOTE: Receipt of Mail Ballots**: All early voting ballots sent by mail from inside the United States that are received by 7:00 PM on election day, Tuesday, March 1, 2022, **must be counted on election night**. If the

STATE062386

carrier envelope does not bear a cancellation mark or a receipt mark, the ballot must arrive before the time the polls are required to close **on election day**. (Sec. 86.007(a)(1)). If the early voting clerk cannot determine whether a ballot arrived before that deadline, the ballot is considered to have arrived at the time the place at which the carrier envelopes are deposited was last inspected for removal of returned ballots. (Sec. 86.007(b)). The early voting clerk **must** check the mailbox for early voting mail ballots at least once after the time for regular mail delivery. (Sec. 86.007(b)).

**NOTE: An early voting mail ballot that is not received by 7:00 pm on election day may not be counted unless the ballot may be counted late, which applies to late domestic ballots (Sec. 86.007(a)(2)), ballots mailed from outside the United States (Sec. 86.007(d)), and ballots from members of the armed forces and merchant marine of the United States, Texas National Guard or the National Guard of another state or members of the Reserves, as well as their spouses and dependents (Sec. 101.057). See** entry **for Thursday, March 3, 2022, and** entry **for Monday, March 7, 2022.**  *See* Tex. Sec'y of State Election Advisory No. 2018-02.

**Note on Delivery of Early Voting by Personal Appearance and Mail Ballots:** The early voting clerk delivers the voted ballots, the key to the double locked ballot box, etc., to the early voting ballot board at the time or times specified by the presiding judge of the early voting ballot board, during the hours on election day that the polls are open or as soon after the polls close as practicable. (Secs. 87.021, 87.022). The custodian of the key to the second lock of the double locked early voting ballot box delivers his or her key to the presiding judge of the early voting ballot board on request of the presiding judge. (Secs. 85.032(d) & 87.025). **The custodian is the sheriff for county elections, elections ordered by the governor, or a primary election** (or the county judge in a year when the office of sheriff is on the ballot). (Sec. 66.060).

> **NOTE:** If ballots are to be delivered before election day, the early voting clerk must post Notice of Delivery at least 24 hours before each delivery at the main early voting polling place. (Secs. 87.021, 87.022).

**Note on Manual Examination of Ballots Before Processing on Automatic Counting Equipment:** The central counting station manager shall direct the manual examination of all electronic voting system ballots to ascertain whether the ballots can be processed in the usual manner or if the ballots need to be duplicated to clearly reflect the voter's intent. (Sec. 127.125).

**Note on Testing Tabulating Equipment: The second test of automatic tabulating equipment** used for counting ballots at a central counting station must be conducted immediately before the counting of ballots with equipment begins. The **third test** must be conducted immediately after the counting is completed. (Secs. 127.093, 127.097 & 127.098).

After the polling place is officially closed and the last person has voted, the presiding judge may from time to time make an unofficial announcement of the total number of votes counted for each candidate and/or for or against each proposition in the order that they appear on the ballot. (Sec. 65.015(a)). The announcement shall be made at the entrance to the polling place. (Sec. 65.015(c)).

> **NOTE:** The authority conducting the election may require or prohibit such announcements. (Sec. 65.015(b)). Unofficial election results must be released by the central counting station as soon as they are available after the polls close, but the presiding judge of the central counting station, in cooperation with the county election officer, may choose to withhold the release of vote totals until the last voter has voted. (Sec. 127.1311).

**Note on Precinct Election Returns:** Precinct election returns are delivered to the appropriate authorities after completion. (Secs. 66.053(a), 127.065, 127.066 & 127.067).

**Transfer of Provisional Ballots to Voter Registrar on Election Night:** The county voter registrar may take possession of the ballot box(es) or transfer case(s) containing the provisional ballots (or provisional ballot affidavits when DRE systems are used) on election night (instead of on the next business day) by informing the custodian of election records and posting a notice of such election night transfer no later than 24 hours before election day. Under this type of delivery, the voter registrar must go to the office of the

STATE062387

custodian and pick up the ballot box(es) or transfer case(s) and associated forms. (Sec. 65.052; 1 T.A.C.§§ 81.172 – 81.174 & 81.176).

**NOTE – NEW LAW:** SB 1116 (2021, R.S.) created additional requirements regarding information that a county must post on its website for elections held by a county or elections for any local political subdivision in which the county has contracted to provide election services.   While these statutory web posting requirements do not specifically apply to primary elections, **we strongly recommend that you post this information for any primary election in which the county has contracted to provide election services.**   Accordingly, the following information should be posted on the county's website **as soon as practicable after the election.**  This information should be accessible without having to make more than two selections or view more than two network locations after accessing the county's home page.   The information on the website should include:

1. the results of each election;
2. the total number of votes cast;
3. the total number of votes cast for each candidate or for or against each measure;
4. the total number of votes cast by personal appearance on election day;
5. the total number of votes cast by personal appearance or mail during the early voting period; and
6. the total number of counted and uncounted provisional ballots cast. (Sec. 65.016).

**Wednesday, March 2, 2022 (Texas Independence Day)**

**Thursday, March 3, 2022 (1st business day after primary election day)**

**5:00** PM **–** Deadline to receive "**late domestic ballots"** mailed **within** the United States from **non-military voters and from any military voters** who submitted an **Application for Ballot by Mail** ("ABBM") (not a Federal Postcard Application – "FPCA"), if the carrier envelope was placed for delivery by mail or common or contract carrier **AND** bears a cancellation mark of a postal service or a receipt mark of a common or contract carrier or a courier indicating a time not later than **7:00** PM at the location of the election on election day, March 1, 2022.  (Sec. 86.007(a)(2)).  A late domestic ballot **cannot be counted** if it does **not** bear a cancellation mark or a receipt mark.  (Sec. 86.007(c), (e), & (f)).   The deadline is extended to the next regular business day which is Thursday, March 3, 2022 due to the 1st day after election day falling on a legal holiday, Texas Independence Day, March 2, 2022. (Sec. 86.007(d-1)).

NOTE:  This deadline does not apply to ballots sent by non-military voters who are overseas but applied for a ballot using an ABBM; these voters have until the 5th day after primary election day to return their ballots (or the next business day if the 5th day falls on a weekend or legal state or federal holiday). This deadline also does not apply to ballots mailed (domestically or from overseas) by certain members of the military who applied for a ballot using an FPCA; those voters have until the 6th day after primary election day to return their ballots.  See entry for March 7, 2022.

Unless the county voter registrar has already taken possession of the provisional ballots prior to this date, the general custodian of election records must deliver the ballot box(es) or transfer case(s) containing the provisional ballots (or provisional ballot affidavits when DRE systems are used), along with the Summary of Provisional Ballots and the List of Provisional Voters for each precinct to the voter registrar by this day. The general custodian of election records makes this delivery to the voter registrar during the voter registrar office's regular business hours. (Secs. 65.052, 65.053; 1 T.A.C. §§ 81.172 – 81.174 & 81.176).

NOTE: For the primary election, if the voter registrar wants to take possession of the provisional ballots and forms on election night (Tuesday, March 1, 2022), the voter registrar must inform the custodian of the election records and post a notice of the election night transfer no later than 24 hours before election day. However, under this type of delivery, the voter registrar **must** go to the office of the custodian of election records and pick up the provisional ballots and forms. Also, note that the voter registrar may take possession of provisional ballots prior to election night if ballots are kept separate and may be provided without unlawful entry into ballot box. (1 T.A.C. §§ 81.172 – 81.174).

**Friday, March 4, 2022 (3rd day after primary election day)**

STATE062388

Last day to begin the **partial manual count** for entities using electronic voting systems for the counting of ballots. This is the last day to **begin** manual recount of ballots in three precincts or one percent of precincts, whichever is greater. (Sec. 127.201(a), (g)). The count must be completed not later than the 21st day after election day. Results of the manual count must be delivered to the Secretary of State not later than the 3rd day after the manual count is completed. (Sec. 127.201(e)). No partial manual count needs to be done of ballots cast on DRE voting machines, but partial manual count must be completed for mail ballots. (Sec. 127.201(g)).

**NOTE:** For information on how to begin the partial manual count, please see Tex. Sec'y of State Election Advisory No. 2018-30.

**Monday, March 7, 2022 (6th day after primary election day)**

Last day to receive ballots from **non-military and any military voters** casting ballots from outside of the United States, who submitted an **ABBM** (not an FPCA) **AND** who placed their ballots in delivery by 7:00 PM on primary election day, Tuesday, March 1, 2022, as evidenced by a postal service cancellation mark or a receipt mark of a common or contract carrier or a courier. (Sec. 86.007(d)). A late overseas ballot sent by a voter who applied for a ballot using an ABBM (not an FPCA) **cannot be counted** if it does **not** bear a cancellation mark or a receipt mark. (Sec. 86.007(c), (e), & (f)). The deadline is extended to the next regular business day which is Monday, March 7, 2022 due to the 5th day falling on a Sunday. (Sec. 86.007(d-1)).

> **NOTE:** The delivery is considered timely if the carrier envelope or, if applicable, the envelope containing the carrier envelope is properly addressed with postage or handling charges prepaid **and** bears a cancellation mark of a recognized postal service or a receipt mark of a common or contract carrier or a courier indicating a time **by 7:00 PM** on primary election day.

Last day to receive ballots from **non-military voters** casting ballots from overseas, who submitted a **FPCA, AND** who placed their ballots in delivery by 7:00 PM on primary election day, Tuesday, March 1, 2022. (Sec. 86.007(d) & (e)). The deadline is extended to the next regular business day which is Monday, March 7, 2022 due to the 5th day falling on a Sunday. (Sec. 86.007(d-1)).

Last day to receive carrier envelopes mailed domestically (within the United States) OR overseas from voters who submitted a **FPCA AND** who are members of the armed forces of the United States, or the spouse or a dependent of a member of the armed forces, members of the merchant marines of the United States, or the spouse or a dependent of a member of the merchant marine, members of the Texas National Guard, or the spouse or a dependent of a member of the Texas National Guard, a member of the National Guard of another state, or the spouse or a dependent of a member of the National Guard of another state, or members of the Reserves, or the spouse or a dependent of a member of the Reserves. (Secs. 101.057 and 101.001).

> **NOTE -** Section 101.057 provides that carrier envelopes mailed domestically or overseas from certain **military voters** (members of the armed forces of the United States, or the spouse or a dependent of a member of the armed forces, members of the merchant marines of the United States, or the spouse or a dependent of a member of the merchant marine, members of the Texas National Guard, or the spouse or a dependent of a member of the Texas National Guard, a member of the National Guard of another state, or the spouse or a dependent of a member of the National Guard of another state, or members of the Reserves, or the spouse or a dependent of a member of the Reserves) who submitted a **Federal Post Card Application (FPCA)** may arrive on or before the 6th day after election day. (Secs. 86.007, 101.057 and 101.001).

> **NOTE: The carrier envelope or, if applicable, the envelope containing the carrier envelope sent by the military members listed above who applied to vote by mail using the FPCA does NOT need to bear a cancellation or receipt mark in order to be counted.**

Last day to post notice of the county chair (or county chair's designee) and at least one member of the county executive committee's canvass of the returns for the primary election because canvass must take

STATE062389

place on Thursday, March 10, 2022. This notice must be posted at least 72 hours before the scheduled time of the meeting. (Sec. 172.116; Secs. 551.002, 551.041 & 551.043, Texas Government Code).

**NOTE:** Section 172.116 provides that a county chair may designate another individual to conduct the local canvass on the county chair's behalf.  That designee must be a member of the county executive committee. If no member of the county executive committee is available to act as the county chair's designee, then any individual who is a resident of the county and is affiliated with the same political party may act as the county chair's designee.

Deadline for ID related provisional voter to: (1) present acceptable photo identification to county voter registrar; or (2) if the voter does not possess and cannot reasonably obtain acceptable photo identification, follow the Reasonable Impediment Declaration procedure at the county voter registrar; or (3) execute an affidavit relative to "natural disaster" or "religious objection" in presence of county voter registrar, if applicable; or (4) qualify for the disability exemption, if applicable, with the county voter registrar. (Secs. 65.054, 65.0541).

Deadline for county voter registrar to complete the review of provisional ballots. (1 T.A.C. §§ 81.175 & 81.176).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.): Last day a voter may come to the early voting clerk's office in person to correct certain defects in their carrier envelope. (Secs. 87.0271, 87.0411). *See* Note 14.

**Tuesday, March 8, 2022 (7th day after primary election day; 2nd Tuesday in March)**

Precinct conventions held for parties nominating by convention. (Secs. 181.061(c) & 182.005).

Deadline for custodian of election records or presiding judge of the early voting ballot board to retrieve provisional ballots from county voter registrar. (1 T.A.C. §§ 81.175 & 81.176).

**Thursday, March 10, 2022 (2nd Thursday after primary election day, 9th day after Primary Election Day)**

Last day for **early voting ballot board** to convene to qualify and count:

1. any late **domestic** ballots (from non-military and from any military voters who submitted an ABBM) that bear a cancellation mark or receipt mark indicating they were placed for delivery by mail or common or contract carrier not later than 7:00 PM on election day, March 1, 2022, and were received not later than 5:00 PM on the first business day after election day, Thursday, March 3, 2022. (Secs. 86.007(a) & (d-1), 87.125(a)).

2. any late ballots that were submitted from outside the United States by voters who applied for the ballot using an ABBM or by non-military voters who applied for the ballot using an FPCA, and which were received by the 5th day after election day, Monday, March 7, 2022. (Secs. 86.007(d) & (d-1), 87.125(a)).

3. any ballots received by the 6th day after election day, Monday, March 7, 2022, from voters who are members of the armed forces of the United States, or the spouse or a dependent of a member of the armed forces, members of the merchant marines of the United States, or the spouse or a dependent of a member of the merchant marine, members of the Texas National Guard, or the spouse or a dependent of a member of the Texas National Guard, a member of the National Guard of another state, or the spouse or a dependent of a member of the National Guard of another state, or members of the Reserves, or the spouse or a dependent of a member of the Reserves, and who applied for a ballot using an FPCA. (Secs. 101.057, 87.125(a)).

4. any provisional ballots that have been reviewed by the voter registrar. (Sec. 65.051(a)).

**NOTE:** Ballots that do not qualify under 1-3 above should be treated as ballots not timely returned and should not be delivered to the ballot board.  (Sec. 86.007).

STATE062390

> **NOTE:** If the early voting ballot board needs to meet after this date, it will require a court order to do so.

The time the board reconvenes is set by the presiding judge of the early voting ballot board. (Secs. 86.007(d), 87.125).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the presiding judge of the central counting station to provide and attest to a written reconciliation of votes and voters at the close of tabulation for election day and again after the central counting station meets for the last time to process late-arriving ballots by mail and provisional ballots. (Sec. 127.131).

**Local canvass** of the general primary election by county chair (or county chair's designee) and at least one member of the county executive committee must be conducted on this date. (Sec. 172.116(b)).

> **NOTE:** Section 172.116 provides that a county chair may designate another individual to conduct the local canvass on the county chair's behalf. That designee must be a member of the county executive committee. If no member of the county executive committee is available to act as the county chair's designee, then any individual who is a resident of the county and is affiliated with the same political party may act as the county chair's designee.

**NOTE:** Section 172.084(a) requires that the order of candidates on the ballot for the runoff primary election be the same as the order of candidates on the ballot for the general primary election. Therefore, a second ballot drawing for ballot order for the runoff primary election is no longer required.

Last day to post notice of state executive committee's meeting to canvass returns of primary election because state canvass must take place on Sunday, March 13, 2022. This notice must be posted at least 72 hours before the scheduled time of the meeting. (Sec. 172.120; Secs. 551.002, 551.041 & 551.043, Texas Government Code).

**Friday, March 11, 2022 (10th day after primary election day; 24 hours after local canvass)**

The presiding judge of the EVBB shall mail a Notice of Rejected Ballot (PDF) to voters whose mail ballots were rejected no later than the 10th day after election day or as soon as practicable, depending on when the EVBB last convenes. (Sec. 87.0431).

> **NOTE:** Section 87.0431 requires notice to also be provided to email address of an overseas mail ballot voter if ballot was transmitted to the voter by email under Section 101.102.

Deadline for state chairs and county chairs to submit itemized estimate and request for state funds to cover runoff primary expenses. (Sec. 173.081(e)). Notice of consolidation of county precincts, if any, must accompany the itemized estimate. (Sec. 173.081(f)).

**Saturday, March 12, 2022 (1st Saturday after 2nd Tuesday in March)**

County convention for minor parties that are nominating candidates for single-county district, county, or precinct offices. (Sec. 181.061(c)).

**Sunday, March 13, 2022 (2nd Sunday after the primary election day)**

Deadline for state executive committee to conduct state canvass for all races with potential runoffs (races with three or more candidates). See entry under Wednesday, March 23, 2022. State chair must certify these candidates for statewide and district offices for placement on runoff primary election ballot to county chair as soon as practicable after canvass is completed. The certification will be posted to the Secretary of State's website. (Secs. 172.120(b)(1) & 172.121).

STATE062391

**NOTE**: Section 172.121 requires the state chair to certify runoff candidates for state or district offices by posting the candidates and their respective outcomes to the Secretary of State's website.

**NOTE**: Section 172.084(a) requires that the order of candidates on the ballot for the runoff primary election be the same as the order of candidates on the ballot for the general primary election. Therefore, a second ballot drawing for ballot order for the runoff primary election is not required.

## Wednesday, March 16, 2022 (3rd day after state canvass of races with potential runoffs; 15th day after general primary election day)

5:00 PM — Last day runoff primary candidates may withdraw from ballot. (Sec. 172.059(a)).

Election records from the general primary election must be available in an electronic format no later than this day, for a fee of not more than $50.00. (Sec. 1.012(e)).

## Thursday, March 17, 2022 (4th day after state canvass of races with potential runoffs; 68th day before runoff primary election day)

Recommended date for primary committee to approve runoff primary ballot format. (Sec. 172.083).

Recommended date for county chair to order runoff primary election ballots. (Sec. 172.083).

## Monday, March 21, 2022 (64th day before runoff primary election day, 11th day after local canvass)

Deadline for the presiding judge of the early voting ballot board to notify provisional voters whether their ballots were counted and if not, the reason why they were not counted. (Sec. 65.059; 1 T.A.C. §§ 81.176(e)). (The deadline is extended to the next regular business day which is Monday, March 21, 2022 due to the **10th day falling on Sunday, March 20, 2022**. (Sec. 1.006).)

## Wednesday, March 23, 2022 (22nd day after primary election day)

Deadline for state chair to conduct the state canvass for races with no potential runoff.  (Sec. 172.120(b)(2)). (*See* entry under Sunday, March 13, 2022).

## Friday, March 25, 2022 (60th day before runoff primary election)

Deadline for printers/vendors to register with the Secretary of State to print runoff primary ballots. (Sec. 51.013).

Recommended last day to order any additional election supplies necessary for the runoff primary election.

Recommended last day for the county chair of each political party to appoint presiding and alternate judges for each precinct in which the primary runoff election will be held in the county, presiding judge and alternate presiding judge for the early voting ballot board, presiding judge of the central counting station, and personnel for the central counting station, if judges have not been appointed for the primary runoff election. (Secs. 32.006, 32.008, 87.002 & 127.002-127.005). Written notice of the appointments must be given to the judges in accordance with Section 32.009 of the Texas Election Code.

**NOTE – NEW LAW**: SB 1 (2021, 2nd C.S.) amended Section 87.002 to require the early voting ballot board to have an alternate judge. The alternate judge is appointed in the same manner as the presiding judge.

Recommended last day for the county election officer to appoint presiding and alternate judges from the lists provided by each county chair and to appoint the election clerks in a **joint primary** election. (Sec. 172.126(c)). Written notice of the appointments must be given to the judges in accordance with Section 32.009 of the Texas Election Code.

NOTE: General eligibility requirements for election judges and clerks are found in Subchapter C, Chapter 32 of the Texas Election Code. General eligibility requirements for central counting station personnel are found in Sections 127.002-127.005 of the Texas Election Code. The presiding judge appoints the clerks, but not more than the maximum set by the political party, consistent with Secretary of State's primary finance rules; however, the alternate judge must serve as one of the clerks. (Secs. 32.032 & 32.033).

Recommended date to order the lists of registered voters from the county voter registrar. (Sec. 18.006).

**Wednesday, March 30, 2022 (20th day after local canvass of primary election)**

Deadline for county chair to post notice on the Secretary of State's website of the names of the persons elected as county chair for the county. (Sec. 172.118).

> NOTE: Section 172.118 does not require the county chair to provide written notice to the state chair and county clerk of new party officers. Instead, the county chair will post this information on the Secretary of State's website.

**Thursday, March 31, 2022 (30th day after primary election day)**

Deadline for county clerk to deliver to Secretary of State precinct returns of primary election for all offices other than party offices, including precinct-by-precinct returns for early voting.  The report must include early voting votes cast by mail and early voting votes cast by personal appearance.  That delivery to SOS must be made through the electronic system for submission of the report. (Secs. 67.017 & 172.124).

> NOTE: Sections 67.017 and 172.124 require this report to include all offices other than party offices in the precinct-by-precinct reports under this section.  That report must include separate totals for early voting votes by mail and early voting votes by personal appearance.

## April

**Monday, April 4, 2022 (50th day before runoff primary election day)**

Recommended deadline for county chair of party holding a runoff primary election to procure from voter registrar a set of precinct lists of registered voters (also supplemental lists and correction lists, if necessary) to deliver to county election officer for use in conducting early voting by mail and in person in the party's runoff primary. (Secs. 18.001(d) & 18.002-18.004).

Last day to publish notice for testing of automatic tabulation equipment testing and logic and accuracy testing (L&A testing) of a voting system if test will be completed by recommended deadline of Wednesday, April 6, 2022. Notice of the public tests must be published at least 48 hours before the test begins. The notice must be posted on the county's website if the county maintains a website.  If the county does not maintain a website, the notice must be posted on the commissioners court bulletin board.  Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test.  The county chair must confirm receipt of the notice. (Secs. 127.093, 127.096, 129.022, 129.023).

> NOTE – NEW LAW: SB 1 (2021, 2nd C.S.) provides that if logic and accuracy testing is being conducted for a primary election, the general custodian of election records shall notify the county chair of the test at least 48 hours before the date of the test. The county chair must confirm receipt of the notice. (Sec. 129.023(b-1)).

**Wednesday, April 6, 2022 (48th day before runoff primary election day)**

*Recommended* date to conduct the first test of the automatic tabulating equipment and for logic and accuracy (L&A test) test on voting system.  (Secs. 127.093, 127.096, 129.022, 129.023). The SOS recommends you complete your first round of testing prior to mailing your mail ballots if those ballots will

STATE062393

be counted using automatic tabulation equipment. If you conduct your first round of testing by this date, you must publish notice of the test 48 hours prior to testing. See Note 9, above.

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the general custodian of election records to demonstrate, using a representative sample of voting system equipment, that the source code of the equipment has not been altered. (Sec. 129.023(c-1)).

**Saturday, April 9, 2022 (45th day before runoff primary election day; 2nd Saturday in April)**

Deadline to mail ballots to military or overseas voters who already submitted their ballot requests via a federal postcard application (FPCA) or via a standard application for ballot by mail (ABBM) and indicated that they are outside the United States. If the early voting clerk cannot meet this 45th-day deadline, the clerk **must** notify the Secretary of State within 24 hours. (Sec. 86.004(b)).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.052 of the Code regarding FPCAs. Effective September 1, 2021, an FPCA may be submitted by in-person delivery by the voter in accordance with Section 84.008 of the Code or by common or contract carrier. (Sec. 101.052)

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.001 of the Code regarding FPCAs. Effective September 1, 2021, a member of the Texas National Guard or the National Guard of another state or a member of a reserve component of the armed forces of the United States serving on active duty under an order of the President of the United States or activated on state orders, or the spouse or dependent of a member, may submit an FPCA. (Sec. 101.001).

**NOTE: The 45th-day deadline under Section 86.004(b) is *not* extended by Section 1.006 to the next business day. The ballots covered by Section 86.004(b) should be sent out on or before Saturday, April 9, 2022.**

> **Reminder Regarding FPCAs and Overseas ABBMs:** If the early voting clerk receives an FPCA (from a military or non-military voter) or an ABBM from an overseas voter after the 45th day deadline, then the ballot **must** be mailed within seven days after the early voting clerk **receives** the FPCA or ABBM. (Secs. 86.004(b), 101.104).

> **Reminder:** In regards to mail ballots for other voters (not military voters using an FPCA or overseas voters using an FPCA or ABBM), the early voting clerk **must** mail a ballot not later than the 7th day after the later of: (1) the date the early voting clerk has accepted a voter's application for a ballot by mail or (2) the date the ballots become available for mailing. However, if the 7th day falls earlier than the 37th day before election day, the voter's mail ballot must be mailed no later than the 30th day before election day. (Sec. 86.004(a)). This means that for every application that comes in before the 37th day before election day, the balloting materials must be mailed by the 30th day before election day. Any application that comes in after the 37th day before election day will follow the 7-day timeline in Sec. 86.004.

**NOTE:** Information on the early voting roster for both early voting in person and early voting by mail must be made available for public inspection and on the county's website if the county clerk or elections administrator is serving as the early voting clerk. The early voting roster shall be posted by 11:00 AM on the day after the information is entered on the roster (for early voting in person) or by 11:00 AM on the day after the early voting clerk receives a ballot voted by mail. If the entity does not maintain a website, the information must be on the bulletin board used for posting notices. (Sec. 87.121).

> **NOTE – NEW LAW:** HB 1622 (2021, R.S.) amended Section 87.121 of the Code to provide that if an early voting clerk fails to post their early voting rosters in accordance with Section 87.121, a person registered to vote in the county where the early voting clerk is conducting early voting may file a complaint with the Secretary of State regarding the early voting clerk's noncompliance. The Secretary of State by rule shall create and maintain a system for receiving and recording these complaints. (Sec. 87.121).

State convention for minor party that is nominating candidates for statewide offices. (Sec. 181.061(a)).

STATE062394

**Friday, April 15, 2022 (39th day before runoff primary election day; Good Friday)**

**Thursday, April 21, 2022 (33rd day before runoff primary election day; San Jacinto Day)**

**Friday, April 22, 2022 (32nd day before runoff primary election day and 12th day before first day signature verification committee may convene)**

Recommended date for early voting clerk to issue order calling for appointment of signature verification committee for the runoff primary election, if the early voting clerk determines that a committee is to be appointed. (Sec. 87.027).

If the signature verification committee will start meeting on Wednesday, May 4, 2022, **recommended date** early voting clerk should post copy of the order calling for appointment of the signature verification committee. (Saturday, April 23, and Sunday, April 24, 2022 are the 10th and 11th days before the first day the committee may meet.) The notice must remain posted continuously for at least 10 days before the first day the committee meets. The notice must be posted on the county's website if the county maintains a website. If the county does not maintain a website, the notice must be posted on the commissioners court bulletin board. (Sec. 87.027).

**Monday, April 25, 2022 (29th day before runoff primary election day)**

Last day to register to vote or make a change of address effective for the Tuesday, May 24, 2022 primary runoff election. (Secs. 13.143, 15.025).

> **NOTE** - A Federal Postcard Application (FPCA) also serves as an application for **permanent** registration under Texas law **unless the voter marked "my intent to return is uncertain" (2019 form), or "my return is uncertain" (2017 form)**. The early voting clerk should make a copy (for mailing ballots, keeping records, etc.), then should forward the original to the county voter registrar, as soon as practicable. (Sec. 101.055; 1 T.A.C. § 81.40(a), (c)(2)).

**Wednesday, April 27, 2022 (5th day after recommended date to order signature verification committee)**

If the early voting clerk issues order calling for appointment of signature verification committee on the recommended date for issuing that order (Friday, April 22, 2022), this is the deadline for the county chair to appoint the members to the committee. *See* entry under <u>Friday, April 22, 2022</u>. (Sec. 87.027).

## May

**Sunday, May 1, 2022 (61st day after primary election day)**

First day the general custodian of election records may (1) require a person who has possession of a key that operates the lock on a ballot box containing voted ballots to return the key to the custodian; and (2) unlock the ballot box and transfer the voted ballots to another secure container for the remainder of the preservation period. (Sec. 66.058(b)). **Please note that the custodian is not required by law to do this on Sunday, May 1, 2022; the custodian may choose to transfer the voted ballots to another secure container for the remainder of the preservation period on Monday, May 2, 2022 or a later date**.

**Tuesday, May 3, 2022 (21st day before runoff primary election day)**

Last day for county clerk to post notice of the runoff primary election on the county's website. The notice must also be posted on the county's website if the county maintains a website. If the county does not maintain a website, the notice must be posted on the commissioners court bulletin board. (Secs. 4.003 & 172.1112).

STATE062395

NOTE: Section 172.1112 requires the county to post the notice of election and notice of consolidated precincts on the county's website if the county maintains a website. Under the prior version of the law, the notice was required to be posted on the party's website.

NOTE: Section 172.1112 requires that the county clerk, rather than the county chair, post the notice of election for the primary election.

**NOTE – NEW LAW:** SB 1116 (2021, R.S.) created additional requirements regarding information that a county must post on its website for elections held by a county or elections for any local political subdivision in which the county has contracted to provide election services.   While these statutory web posting requirements do not specifically apply to primary elections, **we strongly recommend that you post this information for any primary election in which the county has contracted to provide election services.**   Accordingly, the following information should be posted on the county's website not later than the 21st day before election day:

- The date of the election;
- The location of each polling place;
- Each candidate for an elected office on the ballot; and
- Each measure on the ballot. (Sec. 4.009).

**Wednesday, May 4, 2022 (20th day before runoff primary election day)**

Deadline for a person who is not permanently registered to vote to submit a postmarked FPCA, in order to receive a full ballot by mail for the May 24, 2022 primary runoff election. A person who is **not** permanently registered to vote and submits a postmarked FPCA after this date (20th day) and before the deadline to submit an application for ballot by mail, is not entitled to receive a ballot for any non-federal election. *See* Monday, May 9, 2022 entry for timeliness of an FPCA received without a postmark. (Secs. 101.052(e), 101.052(i)(2)).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.052 of the Code regarding FPCAs. Effective September 1, 2021, an FPCA may be submitted by in-person delivery by the voter in accordance with Section 84.008 of the Code or by common or contract carrier. (Sec. 101.052).

**NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.001 of the Code regarding FPCAs. Effective September 1, 2021, a member of the Texas National Guard or the National Guard of another state or a member of a reserve component of the armed forces of the United States serving on active duty under an order of the President of the United States or activated on state orders, or the spouse or dependent of a member, may submit an FPCA. (Sec. 101.001).

NOTE: Be sure to check the list of registered voters for permanent registration status. Also, state law authorizes an FPCA to also serve as an application for **permanent registration**; therefore, the person might be permanently registered based on a prior FPCA. Even if the FPCA arrives too late for a particular election, the early voting clerk will still need to forward the original FPCA to the county voter registrar, after making a copy for your early voting clerk's use (mailing ballots, etc.) and records **unless the voter marked "my intent to return is uncertain" (2019 form), or "my return is uncertain" (2017 form)**, in which case, it will not serve as a permanent registration. (Sec. 101.055; 1 T.A.C. § 81.40).

NOTE: **Overseas (non-military) voters** marking the FPCA **"my intent to return is uncertain" (2019 form), or "my return is uncertain" (2017 form)** receive a federal ballot **only** regardless of the date filed. (Chapter 114).

First day that the signature verification committee, if one is appointed, may begin operating. (Sec. 87.027).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) added Section 87.0271 to provide a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after a **signature verification committee** discovers the defect and before the committee decides whether to accept or reject a timely delivered ballot under Section 87.027, the

STATE062396

committee shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the committee determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day. If the committee determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the signature verification committee may notify the voter of the defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the signature verification committee takes one of the actions described above, the committee must take that action with respect to each ballot in the election that to which these options apply. (Sec. 87.0271). *See* Note 14.

**Thursday, May 5, 2022 — Friday, May 13, 2022 (19th — 11th day before runoff primary election day)**

A person submitting an FPCA during this period who is **not** registered to vote is not entitled to receive a full ballot for the May 24, 2022 primary runoff election, meaning that a person submitting an FPCA during this period is entitled to receive a federal ballot only (no state, district, or county offices), if not already a permanent registered voter. (Secs. 101.052(f), 114.002, 114.004). *See* entry below under Monday, May 9, 2022 (FPCA without a postmark). (Secs. 101.052(f) & 114.004(c)).

> **NOTE** - The early voting clerk is required to maintain a copy of this application since it may be used for other elections and forward the original to the voter registrar. (Secs. 84.007; 101.052(e), (f)).

> **NOTE** - Be sure to check the list of registered voters for permanent registration status. Also, state law authorizes an FPCA to also serve as an application for **permanent registration**; therefore, the person might be permanently registered based on a prior FPCA. Even if the FPCA arrives too late for a particular election, the early voting clerk will still need to forward the original FPCA to the county voter registrar, after making a copy for your early voting clerk's use (mailing ballots, etc.) and records unless the voter marked "**my intent to return is uncertain**" (2019 form), or "**my return is uncertain**" (2017 form (PDF)) in which case, it will not serve as a permanent registration. (Sec. 101.055; 1 T.A.C. § 81.40).

> **NOTE - Overseas (non-military) voters** marking the FPCA "**my intent to return is uncertain**" (2019 form), or "**my return is uncertain**" (2017 form) receive a federal ballot **only** regardless of the date filed. (Chapter 114).

**Friday, May 6, 2022 (18th day before runoff primary election day)**

If a **defective application to vote early by mail** is received on or before this date, the early voting clerk must mail the applicant a new application with explanation of defects and instructions for submitting the new application. For defective applications received after this date and before the end of early voting by personal appearance, the early voting clerk must mail only the Notice of Rejected Application for Ballot by Mail and a statement that the voter is not entitled to vote early by mail unless he or she submits a sufficient application by the deadline, which is Friday, May 13, 2022. (Secs. 84.007(c), 86.008).

> **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 86.001 to provide that if the information required by Section 84.002(a)(1-a) included on the application does not identify the same voter identified on the applicant's voter registration application, the clerk shall reject the application. (Sec. 86.001(f)). If an application is rejected under Section 86.001(f), the clerk shall provide notice of the rejection. The notice must include information regarding the ability to correct or add the required information through the online ballot by mail tracker described in Section 86.015(c). (Sec. 86.001(f-1)). If the applicant corrects the application for ballot by mail online and that application subsequently identifies the same voter identified on the applicant's voter registration application, the clerk shall provide a ballot to the voter. (Sec. 86.001(f-2)).

**Monday, May 9, 2022 (15th day before runoff primary election day)**

STATE062397

Deadline to receive an FPCA **without** a postmark. If an FPCA is received by this date **without** a postmark to prove mailing date, the early voting clerk will accept the FPCA and mail the applicant a full ballot even if the applicant is **not** a permanently registered voter but meets the requirements under Title 2 of the Election Code (unless the voter marks the FPCA form indicating **"my intent to return is uncertain"** (2019 form), **or "my return is uncertain"** (2017 form), in which case the voter receives a federal-only ballot). (Sec. 101.052(i)). *See* Note under entry for Wednesday, May 4, 2022.

Last day to notify election judges of duty to hold election (Writ of Election). The Writ of Election must be given to each presiding judge and include:

1. The judge's duty to hold the election;
2. The type and date of election;
3. The polling place location at which the judge will serve;
4. The polling place hours; and
5. The maximum number of clerks the judge may appoint.

(Sec. 4.007).

**Wednesday, May 11, 2022 (13th day before runoff primary election day)**

Last day to publish notice of L&A test if test is to be conducted on Friday, May 13, 2022, if testing has was not already completed by Wednesday, April 6, 2022.  Notice of the public L&A Test must be published at least 48 hours before the test begins.  The notice must be posted on the county's website.  Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test.  The county chair is required to confirm receipt of the notice. (Secs. 129.001, 129.023). See Note 9, above.

   **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) provides that if logic and accuracy testing is being conducted for a primary election, the general custodian of election records shall notify the county chair of the test at least 48 hours before the date of the test.  The county chair must confirm receipt of the notice.  (Sec. 129.023(b-1)

**Thursday, May 12, 2022 (day before the last day to apply for a ballot by mail; 12th day before runoff primary election day)**

First day a voter who becomes sick or disabled on or after this date may submit an application for a late ballot if the sickness or physical condition prevents the voter from appearing at the polling place without the likelihood of needing personal assistance or of injuring his or her health. (Sec. 102.001). *See* Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability (PDF). Applications may continue to be submitted until 5:00 PM on Election Day. (Sec. 102.003).

First day that counties with a population of 100,000 or more may convene their early voting ballot board and deliver ballot materials to begin processing and qualifying mail ballots; however, the mail ballots may not be counted until (i) the polls open on election day, or (ii) in a county with a population of 100,000 or more, the end of the period for early voting in person. (Secs. 87.0222, 87.0241). The early voting clerk shall continuously post notice for 24 hours preceding each delivery of voting materials that is to be made before the time for opening the polls on election day. (Sec. 87.0222).  **NOTE: results may not be released until the polls close on election day.**

   **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) added Section 87.0411 to provide a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after an **early voting ballot board** discovers the defect and before the board decides whether to accept or reject a timely delivered ballot under Section 87.041, the board shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the board determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day.  If the board determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the board may notify the voter of the

STATE062398

defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the ballot board takes one of the actions described above, the board must take that action with respect to each ballot in the election that to which these options apply. (Sec. 87.0411). *See* Note 14.

**Friday, May 13, 2022 (11th day before runoff primary election; last business day 48 hours before start of early voting in person)**

Last day for early voting clerk to receive applications for a ballot to be voted by mail.  (Sec. 84.007(c)).  All applications to vote by mail must be received by the early voting clerk before the close of regular business or 12 noon, **whichever is later**. Applications to vote by mail must be submitted by mail, common or contract carrier, fax (if a fax machine is available in the office of the early voting clerk) or by electronic submission of a scanned application with an original signature. The early voting clerk's designated e-mail address for the receipt of applications for ballot by mail must be posted on the Secretary of State's website. (Sec. 84.007(c)).

Last day to receive a FPCA from a voter.   If the voter is **not** registered in the county (or the voter marked **"my intent to return is uncertain"** (2019 form), **or "my return is uncertain"** (2017 form)), the voter is eligible for a ballot containing federal offices only. (Secs. 101.052(f) & 114.004(c)).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.001 of the Code regarding FPCAs. Effective September 1, 2021, a member of the Texas National Guard or the National Guard of another state or a member of a reserve component of the armed forces of the United States serving on active duty under an order of the President of the United States or activated on state orders, or the spouse or dependent of a member, may submit an FPCA. (Sec. 101.001).

**NOTE**: If an ABBM is faxed or emailed or if an FPCA is faxed, then the applicant must submit the ORIGINAL application BY MAIL to the early voting clerk so that the early voting clerk **receives the original no later than the 4th business day after receiving the emailed or faxed ABBM or faxed FPCA.** If the early voting clerk does not receive the original ABBM or FPCA by that deadline, then the emailed or faxed ABBM or faxed FPCA will be considered incomplete, and the early voting clerk may NOT send the applicant a ballot. The requirement to mail the original application does not apply to an **emailed** FPCA. For additional information, please *see* Note 13, above.

An applicant for a ballot to be voted by mail (ABBM or FPCA) may submit the application by delivering it in person to the early voting clerk if the application is submitted not later than the close of regular business in the clerk's office on Friday, May 13, 2022. (Sec. 84.008).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 101.052 of the Code regarding FPCAs. Effective September 1, 2021, an FPCA may be submitted by in-person delivery by the voter in accordance with Section 84.008 of the Code or by common or contract carrier. (Sec. 101.052).

> **NOTE – NEW LAW:** HB 3107 (2021, R.S.) amended Section 84.008 of the Code to provide that an applicant for a ballot to be voted by mail may submit the application by delivering it in person to the early voting clerk if the application is submitted not later than the deadline provided by Section 84.007(c) of the Code. This means that effective September 1, 2021, voters may now personally deliver their ABBM or FPCA to the early voting clerk not later than the close of regular business in the early voting clerk's office or 12 noon, whichever is later, on the 11th day before election day (unless that day is a Saturday, Sunday, or legal state or national holiday, in which case the last day is the first preceding regular business day).

Last day to conduct public L&A test of a voting system.  We highly ***recommend*** that this test is done on an earlier date to allow time for corrections to programming, if necessary. (See Note 9, above). Per Section 129.023, the L&A test shall be conducted not later than 48 hours before voting begins on such voting systems, assuming that the voting system will first be used for early voting in person.

STATE062399

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the general custodian of election records to demonstrate, using a representative sample of voting system equipment, that the source code of the equipment has not been altered. (Sec. 129.023(c-1)).

**Monday, May 16, 2022 — Friday, May 20, 2022 (8th — 4th day before runoff primary election day)**

In counties with a population of 55,000 or more, the early voting clerk must keep the main early voting polling place open for at least 12 hours each day between May 16, 2022 and May 20, 2022. Early voting must be conducted at permanent branch locations for at least 12 hours each day. (Secs. 85.005(c) & 85.067).

In counties with a population of less than 55,000, the early voting clerk must keep the main early voting polling place open for at least 12 hours each weekday of the last week of the early voting period for the runoff primary election if 15 or more registered voters petition the county for the extended 12-hour schedule. (Secs. 85.005(c) & 85.067).

**Monday, May 16, 2022 (8th day before runoff primary election day)**

First day to vote early in person. (Sec. 85.001(b)).

**NOTE:** The early voting period for the runoff primary election begins 10 days prior to election day, but because the first day of the early voting period falls on a weekend (Saturday, May 14, 2022), it is extended to the next regular business day, Monday, May 16, 2022. (Sec. 85.001(b), (c)).

In a primary election, a certain number of temporary branch locations must be established depending on the population size of the county:

1.  in a county with a population of 400,000 or more, the commissioners court **must** establish one or more temporary polling places, other than the main early voting polling place, in each state representative district containing territory covered by the election.

2.  in a county with a population of 120,000 or more but less than 400,000, the commissioners court **must** establish one or more temporary polling places, other than the main early voting polling place, in each commissioners precinct containing territory covered by the election.

3.  in a county with a population of 100,000 or more but less than 120,000, the early voting clerk **must** establish one or more early voting polling places in each commissioners precinct for which the early voting clerk receives a **timely filed written request by at least 15 registered voters of that precinct**.

    The temporary polling place(s) must remain open for each weekday of the early voting period that the main early voting polling place will be open. The temporary branch polling place(s) must be open at least eight hours each day. (Secs. 85.062, 85.064).

    **NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 85.062 to provide that the location of temporary branch polling places in an election in which countywide polling places are used must be determined with the same methodology that is used for the location of countywide polling places.

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 85.005 to provide that early voting in person must be conducted at the main early voting location on each weekday of the early voting period that is not a legal state holiday and for a period of at least **nine (9) hours**, except that voting may not be conducted earlier than 6:00 AM or later than 10:00 PM. (Sec. 85.005(a)).

**NOTE – NEW LAW: Temporary Branch Locations**: Effective September 1, 2021, the rules for temporary branch locations differ based on the population size of the county. *See* Note 7 for additional information regarding temporary branch location days and hours.

STATE062400

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 61.002 to provide that immediately before the opening of the polls on the first day of early voting and on election day, the presiding judge or alternate judge shall confirm that the public counters on each voting machine are set to zero and shall print the tape that shows that there are zero votes for each candidate or measure on the ballot. Each election judge and alternate judge shall sign the printed tapes. (Sec. 61.002).

If early voting by personal appearance is required to be conducted for extended hours, the county voter registrar's office is required to remain open for providing voter registration information during the extended hours that the main early voting polling place is open for voting. (Secs. 12.004(d), 85.005(c) & 85.006(e)).

If county election precincts are consolidated, county clerk must post at the polling place used in the preceding general election for state and county officers a notice of consolidation and location of the polling place. For purposes of conducting a runoff primary election, the "preceding general election" is the **preceding primary election**. (Secs. 4.003(b) & 172.1112). (The deadline is extended to the next regular business day which is Monday, May 16, 2022 due to the 10th day falling on Saturday, May 14, 2022. (Sec. 1.006).)

> **NOTE:** Section 172.1112 requires that the county clerk, rather than the county chair, post the notice of consolidation. The notice should be posted on the county's website if the county maintains a website. If the county does not maintain a website, then it should be posted on the commissioners court bulletin board.

> **NOTE:** Section 172.1112 requires the county to post the notice of election and notice of consolidated precincts on the county's website if the county maintains a website. Under the prior version of the law, the notice was required to be posted on the party's website.

**Wednesday, May 18, 2022 (4th business day before runoff primary election day)**

Last day for Secretary of State to receive a Request for Election Inspectors for the runoff primary election. The request must be a written request by 15 or more registered voters of the county for which the inspector is requested. (Sec. 34.001).

**Thursday, May 19, 2022 (day before the last day of early voting in person; 5th day before runoff primary)**

A voter is eligible to vote a late ballot if they will be out of the county of residence on election day due to a death in the immediate family (related within 2nd degree of consanguinity or affinity) that occurs on or after this day. The voter may submit the Application for Emergency Early Ballot Due to Death in Family starting Saturday, May 21, 2022 (the day after early voting in person ends). (Secs. 103.001, 103.003(b)). An application may be submitted after the last day of the period for early voting by personal appearance and before the close of business on the day before election day. (Sec. 103.003).

Early voting clerk must post Notice of Delivery of Early Voting Balloting Materials to the early voting ballot board if materials are to be delivered to the board on Friday, May 20, 2022. Notice must be posted continuously for 24 hours preceding each delivery to the board. (Secs. 87.0221, 87.0222, 87.023, 87.024, 87.0241).

> **NOTE:** The Notice of Delivery of Early Voting Balloting Materials serves as notice of the convening of the early voting ballot board. This notice should be posted every time the early voting ballot board reconvenes.

**Friday, May 20, 2022 (4th day before runoff primary election day)**

**Last day to vote early in person in the runoff primary election.** (Sec. 85.001(b)).

First day for voter registrar or elections administrator to return the list of registered voters used in first primary to the county chair if it is to be used for the runoff primary election. (Sec. 172.115(b)).

STATE062401

Deadline to publish notice of the first test of the automatic tabulating equipment, if the test is to be conducted as recommended on Sunday, May 22, 2022. The notice must be published at least 48 hours before the test. Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test.  The county chair must confirm receipt of the notice. (Secs. 127.093 & 127.096).

**After the polls close at the end of early voting**, the ballot board and/or central counting station may convene to perform the following activities, depending on the population size of the county:

**Counties with a population of 100,000 or more:**

First day those counties may convene their early voting ballot board and/or central counting station and begin **counting** ballots; **however, the results may not be announced until after the polls close on election day.** (Secs. 87.0222, 87.0241).

**NOTE** - If a county with a population of 100,000 or more is convening their early voting ballot board and/or central counting station early to begin **counting** ballots, the test of the tabulation equipment will need to be completed at least 48 hours before the equipment is used to count ballots. (Secs. 87.0222, 87.0241, 127.096).

**Counties with a population less than 100,000:**

First day those counties and political subdivisions may convene their early voting ballot board for **processing** and **qualifying** mail ballots, but cannot begin counting the ballots until the polls open on election day. The early voting clerk shall continuously post notice for 24 hours preceding each delivery of voting materials that is to be made before the time for opening the polls on election day. (Secs. 87.0221, 87.023, 87.024, 87.0241). *See* Notice of Delivery of Early Voting Balloting Materials (PDF).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) added Section 87.0411 to provide a procedure by which a voter can correct certain defects in their carrier envelope containing their voted ballot. Not later than the second business day after an **early voting ballot board** discovers the defect and before the board decides whether to accept or reject a timely delivered ballot under Section 87.041, the board shall: (1) determine if it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day; and (2) return the carrier envelope to the voter by mail, if the board determines that it would be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day. If the board determines that it would not be possible for the voter to correct the defect and return the carrier envelope before the time the polls are required to close on election day, the board may notify the voter of the defect by phone or email and inform the voter that the voter may cancel their mail ballot in accordance with Section 84.032 or come to the early voting clerk's office in person not later than the sixth day after election day to correct the defect. If the ballot board takes one of the actions described above, the board must take that action with respect to each ballot in the election that to which these options apply. (Sec. 87.0411). *See* Note 14.

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 127.1232 to provide that in counties with a population of 100,000 or more, the general custodian of election records shall implement a video surveillance system that retains a record of all areas containing voted ballots: (1) from the time the voted ballots are delivered to the central counting station until the canvass of the precinct election returns; and (2) from the time the voted ballots are delivered to the signature verification committee or early voting ballot board until the canvass of precinct election returns. Video from the surveillance system shall be made available to the public by live stream. The recorded video is considered an election record and shall be retained by the general custodian until the end of the calendar year in which an election is held or until an election contest filed in the county has been resolved, whichever is later. (Sec. 127.1232).

**Saturday, May 21, 2022 (day after last day of early voting in person; 3rd day before runoff primary election day)**

First day to **submit an application for and vote** a late ballot because of a death in the immediate family that occurred on or after Thursday, May 19, 2022 ("the day before the last day of the period for early voting

STATE062402

by personal appearance"), and will require absence from the county of residence on election day. The application may be submitted through the close of business on May 23, 2022, the day before runoff primary election day. (Secs. 103.001 & 103.003(b)).

Last day to publish notice of the public L&A test of a voting system that will be used for the first time on election day, if test will be held on Monday, May 23, 2022. The last date to perform this test for voting systems that will be used for the first time on election day is Monday, May 23, 2022. Notice of the public L&A test must be published at least 48 hours before the test begins. The notice must be posted on the county's website if the county maintains a website. If the county does not maintain a website, the notice must be posted on the commissioners court bulletin board. Additionally, for a primary election, the custodian must notify the county chair of the test 48 hours prior to the test. The county chair must confirm receipt of the notice. (Secs. 1.006, 129.001 & 129.023).

**Sunday, May 22, 2022 (2nd day before primary election day)**

Last day to conduct first test of automatic tabulating equipment, if not done already. The test must be conducted at least 48 hours before ballots will be counted. The notice of the test must be published at least 48 hours before the test. (Secs. 127.093 & 127.096).

**Monday, May 23, 2022 (day before runoff primary election day)**

Last day to submit an Application for Emergency Early Ballot Due to Death in Family and vote a late ballot by personal appearance due to death in immediate family that occurred on or after Thursday, May 19, 2022. (Sec. 103.003).

Last day for early voting clerk to mark the precinct list of registered voters with a notation beside each name of voter who voted early, and deliver the list to election judges. The early voting clerk must also deliver the precinct early voting list. The list may be delivered electronically if the county will be using an electronic pollbook. (Sec. 87.122).

Deadline for county chair to post notices of changed polling places. The notice must be posted at the entrance of the polling place used in the last primary election and must provide the location of the new polling place. (Sec. 43.062).

**Delivery of Provisional Ballots and Forms**: If the voter registrar wants to take possession of the provisional ballots and forms on election night, the voter registrar must inform the custodian of the election records and post a Notice of Election Night Transfer no later than Monday, May 23, 2022, 24 hours before election day. (1 T.A.C. § 81.174(d)(3)).

> **NOTE:** Under this type of delivery, the county voter registrar **must** go to the office of the custodian of election records and pick up the provisional ballots and forms.

> **NOTE:** The general custodian of election records (or the early voting clerk, if applicable) must also post a Notice of Delivery of Provisional Ballots at least 24 hours before delivery will occur. (1 T.A.C. § 81.174(b)(1)).

Deadline for minor party chairs to submit petitions and precinct convention lists to Secretary of State and to the appropriate county clerk (or other county election official) for placement on the ballot. (Secs. 181.005(a), 181.006(b)(3), 182.003, 182.004). (The deadline is extended to the next regular business day which is Monday, May 23, 2022 due to the 75th day after the precinct conventions falling on Sunday, May 22, 2022. (Sec. 1.006).)

**Tuesday, May 24, 2022 (4th Tuesday in May) RUNOFF PRIMARY ELECTION DAY (Sec. 41.007(b)).**

STATE062403

| 7:00 AM – 7:00 PM | Polls are open. (Sec. 41.031(a)).<br><br>Voter registrar's office is open. (Sec. 12.004(c)).<br><br>Early voting clerk's office is open for early voting activities.  A voter may deliver a marked ballot by mail to the early voting clerk's office while the polls are open on election day. The voter must provide an acceptable form of identification under Section 63.0101 upon delivery. The identification procedure is the same as that used for personal appearance voting. (Secs. 63.0101, 83.011, 86.006).<br><br>A voter may vote at the main early voting polling place if **voting machines** are used at regular polling place(s) on election day <u>and</u> the voter has a sickness or physical condition that prevents the voter from voting in the regular manner without personal assistance or a likelihood of injuring the voter's health. (Secs. 104.001 & 104.003). However, if the early voting ballots by mail are processed at a location other than the main early voting polling place, the early voting clerk may require the voting to be conducted at that location. (Sec. 104.003). |
| 5:00 PM | Deadline for receiving <u>Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability</u> for late ballots to be voted by persons who became sick or disabled on or after Thursday, May 12, 2022 (12th day before election day). (Sec. 102.003(b)). *See* entry at <u>Thursday, May 12, 2022</u>. |
| 7:00 PM | Regular deadline for receiving **early voting ballots** by mail. **BUT see** <u>entry</u> **for Wednesday, May 25, 2022 on "late domestic ballots," and** <u>entry</u> **for Tuesday, May 31, 2022 on other "late" ballots.**<br><br>This is also the deadline to receive **late ballots cast by voters who became sick or disabled** on or after Thursday, May 12, 2022 (12th day before election day). (Secs. 86.007(a) & 102.006(c)). *See* entry at <u>Thursday, May 12, 2022</u>. |
| 7:00 PM | County election officer begins transmitting results to Secretary of State and transmits continuously until results are final. (Sec. 68.034). |

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 61.002 to provide that immediately before the opening of the polls on election day, the presiding judge or alternate judge shall confirm that the public counters on each voting machine are set to zero and shall print the tape that shows that there are zero votes for each candidate or measure on the ballot. Immediately after the closing of the polls on election day, the presiding judge or alternate judge shall print the tape to show the number of votes cast for each candidate or measure. Each election judge and alternate judge shall sign the printed tapes. (Sec. 61.002).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the presiding judge of the central counting station to provide and attest to a written reconciliation of votes and voters at the close of tabulation for election day and again after the central counting station meets for the last time to process late-arriving ballots by mail and provisional ballots. (Sec. 127.131).

**NOTE: Receipt of Mail Ballots**: All early voting ballots sent by mail from inside the United States that are received by 7:00 PM on election day, Tuesday, May 24, 2022, **must be counted on election night**. If the carrier envelope does not bear a cancellation mark or a receipt mark, the ballot must arrive before the time the polls are required to close **on election day**. (Sec. 86.007(a)(1)). If the early voting clerk cannot determine whether a ballot arrived before that deadline, the ballot is considered to have arrived at the time the place at which the carrier envelopes are deposited was last inspected for removal of returned ballots. (Sec. 86.007(b)). The early voting clerk **must** check the mailbox for early voting mail ballots at least once after the time for regular mail delivery. (Sec. 86.007(b)).

STATE062404

**NOTE: An early voting mail ballot that is not received by 7:00 pm on election day may not be counted unless the ballot may be counted late, which applies to late domestic ballots (Sec. 86.007(a)(2)), ballots mailed from outside the United States (Sec. 86.007(d)), and ballots from members of the armed forces and merchant marine of the United States, Texas National Guard or the National Guard of another state or members of the Reserves, as well as their spouses and dependents (Sec. 101.057). See** entry **for Wednesday, May 25, 2022, and** entry **for Tuesday, May 31, 2022.** See **Tex. Sec'y of State Election** Advisory No. 2018-02**.**

**Note on Delivery of Early Voting by Personal Appearance and Mail Ballots**: The early voting clerk delivers the voted ballots, the key to the double-locked ballot box, etc., to the early voting ballot board at the time or times specified by the presiding judge of the early voting ballot board, during the hours on election day that the polls are open or as soon after the polls close as practicable. (Secs. 87.021, 87.022). The custodian of the key to the second lock of the double-locked early voting ballot box delivers his or her key to the presiding judge of the early voting ballot board on request of the presiding judge. (Secs. 85.032(d) & 87.025). **The custodian is the sheriff for county elections, elections ordered by the governor, and a primary election** (or the county judge in a year when the office of sheriff is on the ballot). (Sec. 66.060).

**NOTE:** If ballots are to be delivered before election day, the early voting clerk must post Notice of Delivery at least 24 hours before each delivery at the main early voting polling place. (Secs. 87.021, 87.022).

**Note on Manual Examination of Ballots Before Processing on Automatic Counting Equipment**: The central counting station manager shall direct the manual examination of all electronic voting system ballots to ascertain whether the ballots can be processed in the usual manner or if the ballots need to be duplicated to clearly reflect the voter's intent. (Sec. 127.125).

**Note on Testing Tabulating Equipment: The second test of automatic tabulating equipment** used for counting ballots at a central counting station must be conducted immediately before the counting of ballots with equipment begins. The **third test** must be conducted immediately after the counting is completed. (Secs. 127.093, 127.097 & 127.098).

After the polling place is officially closed and the last person has voted, the presiding judge may from time to time make an unofficial announcement of the total number of votes counted for each candidate and/or for or against each proposition in the order that they appear on the ballot. (Sec. 65.015(a)). The announcement shall be made at the entrance to the polling place. (Sec. 65.015(c)).

**NOTE:** The authority conducting the election may require or prohibit such announcements. (Sec. 65.015(b)) Unofficial election results must be released by the central counting station as soon as they are available after the polls close, but the presiding judge of the central counting station, in cooperation with the county election officer, may choose to withhold the release of vote totals until the last voter has voted. (Sec. 127.1311).

**Note on Precinct Election Returns:** Precinct election returns are delivered to the appropriate authorities after completion. (Secs. 66.053(a), 127.065, 127.066 & 127.067).

**Transfer of Provisional Ballots to Voter Registrar on Election Night:** The county voter registrar may take possession of the ballot box(es) or transfer case(s) containing the provisional ballots (or provisional ballot affidavits when DRE systems are used) on election night (instead of on the next business day) by informing the custodian of election records and posting a notice of such election night transfer no later than 24 hours before election day.  Under this type of delivery, the voter registrar must go to the office of the custodian and pick up the ballot box(es) or transfer case(s) and associated forms. (Sec. 65.052; 1 T.A.C.§§ 81.172 – 81.174 & 81.176).

**NOTE – NEW LAW:** SB 1116 (2021, R.S.) created additional requirements regarding information that a county must post on its website for elections held by a county or elections for any local political subdivision in which the county has contracted to provide election services.  While these statutory web posting requirements do not specifically apply to primary elections, **we strongly recommend that you post this information for any primary election in which the county has contracted to provide election**

STATE062405

**services.** Accordingly, the following information should be posted on the county's website **as soon as practicable after the election.** This information should be accessible without having to make more than two selections or view more than two network locations after accessing the county's home page. The information on the website should include:

1. the results of each election;
2. the total number of votes cast;
3. the total number of votes cast for each candidate or for or against each measure;
4. the total number of votes cast by personal appearance on election day;
5. the total number of votes cast by personal appearance or mail during the early voting period; and
6. the total number of counted and uncounted provisional ballots cast. (Sec. 65.016).

**Wednesday, May 25, 2022 (1st business day after runoff primary election day)**

**5:00 PM –** Deadline to receive "**late domestic ballots**" mailed **within** the United States from **non-military voters and from any military voters** who submitted an **Application for Ballot by Mail** ("ABBM") (**not** a Federal Postcard Application – "FPCA"), if the carrier envelope was placed for delivery by mail or common or contract carrier **AND** bears a cancellation mark of a postal service or a receipt mark of a common or contract carrier or a courier indicating a time not later than **7:00 PM** at the location of the election on runoff primary election day, May 24, 2022. (Sec. 86.007(a)(2)). A late domestic ballot **cannot be counted** if it does **not** bear a cancellation mark or a receipt mark. (Sec. 86.007(c), (e), & (f)).

> **NOTE:** This deadline does not apply to ballots sent by non-military voters who are overseas but applied for a ballot using an ABBM; these voters have until the 5th day after election day to return their ballots (or the next business day if the 5th day falls on a weekend or legal state or federal holiday). This deadline also does not apply to ballots mailed (domestically or from overseas) by certain members of the military who applied for a ballot using an FPCA; those voters have until the 6th day after election day to return their ballots. See entry for May 31, 2022.

Unless the county voter registrar has already taken possession of the provisional ballots prior to this date, the general custodian of election records must deliver the ballot box(es) or transfer case(s) containing the provisional ballots (or provisional ballot affidavits when DRE systems are used), along with the Summary of Provisional Ballots and the List of Provisional Voters for each precinct to the voter registrar by this day. The general custodian of election records makes this delivery to the voter registrar during the voter registrar office's regular business hours. (Secs. 65.052, 65.053; 1 T.A.C. §§ 81.172 – 81.174, 81.176).

> **NOTE:** If the voter registrar wants to take possession of the provisional ballots and forms on election night (Tuesday, May 24, 2022), the voter registrar must inform the custodian of the election records and post a notice of the election night transfer no later than 24 hours before election day. However, under this type of delivery, the voter registrar **must** go to the office of the custodian of election records and pick up the provisional ballots and forms. Also, note that the voter registrar may take possession of provisional ballots prior to election night if ballots are kept separate and may be provided without unlawful entry into ballot box. (1 T.A.C. §§ 81.172 – 81.174).

**Friday, May 27, 2022 (3rd day after primary election day)**

Last day to begin the **partial manual count** for entities using electronic voting systems for the counting of ballots. This is the last day to **begin** manual recount of ballots in three precincts or one percent of precincts, whichever is greater. (Sec. 127.201(a), (g)). The count must be completed not later than the 21st day after election day. Results of the manual count must be delivered to the Secretary of State not later than the 3rd day after the manual count is completed. (Sec. 127.201(e)). No partial manual count needs to be done of ballots cast on DRE voting machines, but partial manual count must be completed for mail ballots. (Sec. 127.201(g)).

> **NOTE:** For information on how to begin the partial manual count, please see Tex. Sec'y of State Election Advisory No. 2018-30.

STATE062406

**Monday, May 30, 2022 (Memorial Day)**

**Tuesday, May 31, 2022 (7th day after runoff primary election day)**

Last day to receive ballots from **non-military and any military voters** casting ballots from outside of the United States, who submitted an **ABBM** (not an FPCA) **AND** who placed their ballots in delivery by 7:00 PM on runoff primary election day, Tuesday, May 24, 2022, as evidenced by a postal service cancellation mark or a receipt mark of a common or contract carrier or a courier. (Sec. 86.007(d)). A late overseas ballot sent by a voter who applied for a ballot using an ABBM (not an FPCA) **cannot be counted** if it does **not** bear a cancellation mark or a receipt mark. (Sec. 86.007(c), (e), & (f)). The deadline is extended to the next regular business day which is Tuesday, May 31, 2022, due to the **5th day falling on Sunday, May 29, 2022 and due to the fact that Monday, May 30, 2022 is Memorial Day, a legal holiday. (Sec. 86.007(d-1))**.

> **NOTE:** The delivery is considered timely if the carrier envelope or, if applicable, the envelope containing the carrier envelope is properly addressed with postage or handling charges prepaid **and** bears a cancellation mark of a recognized postal service or a receipt mark of a common or contract carrier or a courier indicating a time **by 7:00 PM** on runoff primary election day.

Last day to receive ballots from **non-military voters** casting ballots from <u>overseas</u>, who submitted a **FPCA, AND** who placed their ballots in delivery by 7:00 PM on runoff primary election day, Tuesday, May 24, 2022. (Sec. 86.007(d) & (e)). The deadline is extended to the next regular business day which is Tuesday, May 31, 2022 due to the **5th day falling on Sunday, May 29, 2022 and due to the fact that Monday, May 30, 2022 is Memorial Day, a legal holiday. (Sec. 86.007(d-1))**.

Last day to receive carrier envelopes mailed domestically (within the United States) OR overseas from voters who submitted a **FPCA AND** who are members of the armed forces of the United States, or the spouse or a dependent of a member of the armed forces, members of the merchant marines of the United States, or the spouse or a dependent of a member of the merchant marine, members of the Texas National Guard, or the spouse or a dependent of a member of the Texas National Guard, a member of the National Guard of another state, or the spouse or a dependent of a member of the National Guard of another state, or members of the Reserves, or the spouse or a dependent of a member of the Reserves. (Secs. 101.057 and 101.001). The deadline is extended to the next regular business day which is Tuesday, May 31, 2022 due to the **6th day falling on Monday, May 30, 2022, Memorial Day, a legal holiday. (Sec. 86.007(d-1))**.

> **NOTE -** Section 101.057 provides that carrier envelopes mailed domestically or overseas from certain **military voters** (members of the armed forces of the United States, or the spouse or a dependent of a member of the armed forces, members of the merchant marines of the United States, or the spouse or a dependent of a member of the merchant marine, members of the Texas National Guard, or the spouse or a dependent of a member of the Texas National Guard, a member of the National Guard of another state, or the spouse or a dependent of a member of the National Guard of another state, or members of the Reserves, or the spouse or a dependent of a member of the Reserves) who submitted a **Federal Post Card Application (FPCA)** may arrive on or before the 6th day after election day. (Secs. 86.007, 101.057 and 101.001).

> **NOTE: The carrier envelope or, if applicable, the envelope containing the carrier envelope sent by the military members listed above who applied to vote by mail using the FPCA does <u>NOT</u> need to bear a cancellation or receipt mark in order to be counted.**

Last day to post notice of county chair (or county chair's designee) and at least one member of county executive committee's canvass of the returns for the runoff primary election because canvass must take place on Thursday, June 2, 2022. This notice must be posted at least 72 hours before the scheduled time of the meeting. (Sec. 172.116; Secs. 551.002, 551.041 & 551.043, Texas Government Code).

> **NOTE:** Section 172.116 provides that a county chair may designate another individual to conduct the local canvass on the county chair's behalf. That designee must be a member of the county executive committee. If no member of the county executive committee is available to act as the county chair's

STATE062407

designee, then any individual who is a resident of the county and is affiliated with the same political party may act as the county chair's designee.

Deadline for ID related provisional voter to: (1) present acceptable photo identification to county voter registrar; or (2) if the voter does not possess and cannot reasonably obtain acceptable photo identification, follow the Reasonable Impediment Declaration procedure at the county voter registrar; or (3) execute an affidavit relative to "natural disaster" or "religious objection" in presence of county voter registrar, if applicable; or (4) qualify for the disability exemption, if applicable, with the county voter registrar. (Secs. 65.054, 65.0541).

Deadline for county voter registrar to complete the review of provisional ballots. (1 T.A.C. §§ 81.175 & 81.176).

Deadline for custodian of election records or presiding judge of the early voting ballot board to retrieve provisional ballots from county voter registrar. (1 T.A.C. §§ 81.172 – 81.175 & 81.176).

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.): Last day a voter may come to the early voting clerk's office in person to correct certain defects in their carrier envelope. (Secs. 87.0271, 87.0411). *See* Note 14.

## June

**Thursday, June 2, 2022 (9th day after runoff primary election day; 2nd Thursday after runoff primary election day)**

Last day for **early voting ballot board** to convene to qualify and count:

1. any late **domestic** ballots (from non-military and from any military voters who submitted an ABBM) that bear a cancellation mark or receipt mark indicating they were placed for delivery by mail or common or contract carrier not later than 7:00 PM on election day, May 24, 2022, and were received not later than 5:00 PM on the first business day after election day, Wednesday, May 25, 2022. (Secs. 86.007(a), 87.125(a)).

2. any late ballots that were submitted from outside the United States by voters who applied for the ballot using an ABBM or by non-military voters who applied for the ballot using an FPCA, and which were received by the 5th day after election day, Tuesday, May 31, 2022. (Secs. 86.007(d) & (d-1), 87.125(a)).

3. any ballots received by the 6th day after election day, Tuesday, May 31, 2022, from voters who are members of the armed forces of the United States, or the spouse or a dependent of a member of the armed forces, members of the merchant marines of the United States, or the spouse or a dependent of a member of the merchant marine, members of the Texas National Guard, or the spouse or a dependent of a member of the Texas National Guard, a member of the National Guard of another state, or the spouse or a dependent of a member of the National Guard of another state, or members of the Reserves, or the spouse or a dependent of a member of the Reserves, and who applied for a ballot using an FPCA. (Secs. 101.057, 87.125(a)).

4. any provisional ballots that have been reviewed by the voter registrar. (Secs. 65.051(a)).

**NOTE:** Ballots that do not qualify under 1-3 above should be treated as ballots not timely returned and should not be delivered to the ballot board. (Sec. 86.007).

**NOTE:** If the early voting ballot board needs to meet after this date, it will require a court order to do so.

The time the board reconvenes is set by the presiding judge of the early voting ballot board. (Secs. 86.007(d), 87.125).

STATE062408

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) requires the presiding judge of the central counting station to provide and attest to a written reconciliation of votes and voters at the close of tabulation for election day and again after the central counting station meets for the last time to process late-arriving ballots by mail and provisional ballots. (Sec. 127.131).

**Local canvass** of the runoff primary election by county chair (or county chair's designee) and at least one member of the county executive committee must be conducted on this date. (Sec. 172.116(b)).

> **NOTE:** Section 172.116 provides that a county chair may designate another individual to conduct the local canvass on the county chair's behalf. That designee must be a member of the county executive committee. If no member of the county executive committee is available to act as the county chair's designee, then any individual who is a resident of the county and is affiliated with the same political party may act as the county chair's designee.

**Friday, June 3, 2022 (10th day after runoff primary election day; 24 hours after local canvass)**

The presiding judge of the EVBB shall mail a Notice of Rejected Ballot (PDF) to voters whose mail ballots were rejected no later than the 10th day after election day or as soon as practicable, depending on when the EVBB last convenes. (Sec. 87.0431).

> **NOTE:** Sec. 87.0431 requires notice to also be provided to email address of an overseas mail ballot voter if ballot was transmitted to the voter by email under Section 101.102.

**Wednesday, June 8, 2022 (15th day after runoff primary election day)**

Election records from the runoff primary election must be available in an electronic format no later than this day, for a fee of not more than $50.00. (Sec. 1.012(e)).

**Saturday, June 11, 2022 (3rd Saturday after runoff primary election day)**

Deadline for state executive committee to conduct **state canvass**. (Sec. 172.120).

**Monday, June 13, 2022 (11th day after local canvass; 20th day after runoff primary election day)**

Deadline for the presiding judge of the early voting ballot board to notify provisional voters whether their ballots were counted and if not, the reason why they were not counted. (Sec. 65.059; 1 T.A.C. § 81.176). (The deadline is extended to the next regular business day which is Monday, June 13, 2022 due to the **10th day falling on Sunday, June 12, 2022.** (Sec. 1.006).)

New party officers take office. (Sec. 171.022(c)).

**Wednesday, June 22, 2022 (20th day after local canvass)**

Deadline for county chair to post notice to the Secretary of State's website of the names of the persons elected as county chair and precinct chairs for the county. The notice must include (1) each party officer's address, (2) each precinct chair's precinct number, and (3) each precinct officer's phone number and email address, if supplied by the officer. (Sec. 172.118).

**Thursday, June 23, 2022 (30th day after runoff primary election day)**

Deadline for county clerk to deliver to Secretary of State precinct returns of primary election for all offices other than party offices, including precinct-by-precinct returns for early voting. The report must include early voting votes cast by mail and early voting votes cast by personal appearance. That delivery to SOS must be made through the electronic system for submission of the report. (Secs. 67.017 & 172.124).

STATE062409

**NOTE:** Sections 67.017 and 172.124 require this report to include all offices other than party offices in the precinct-by-precinct reports under this section. That report must include separate totals for early voting votes by mail and early voting votes by personal appearance.

## July

**Wednesday, July 13, 2022 (30th day after term of party office starts)**

Deadline by which former county chair must transfer party bank accounts and records to new county chair; it is a **Class C misdemeanor** if the former county chair fails to transfer the records. (Sec. 171.028).

**Sunday, July 24, 2022 (61st day after runoff primary election day)**

First day the general custodian of election records may (1) require a person who has possession of a key that operates the lock on a ballot box containing voted ballots to return the key to the custodian; and (2) unlock the ballot box and transfer the voted ballots to another secure container for the remainder of the preservation period. (Sec. 66.058(b)). **Please note that the custodian is not required by law to do this on Sunday, July 24, 2022; the custodian may choose to transfer the voted ballots to another secure container for the remainder of the preservation period on Monday, July 25, 2022 or a later date**.

## August

**Wednesday, August 31, 2022**

Deadline for county chair to file report of the actual expenses of the general primary election and runoff primary election (Final Cost Report) with the Secretary of State. (Sec. 173.084). Any surplus remaining in a county primary fund account after payment of approved expenses must be remitted to the Secretary of State on request. (Sec. 173.0851). The county chair is not entitled to final payment unless precinct-by-precinct returns have been received by the Secretary of State.

## 2023

## January

**January 1, 2023 (1st day after end of calendar year 2022)**

**NOTE – NEW LAW:** SB 1 (2021, 2nd C.S.) amended Section 127.1232 to provide that in counties with a population of 100,000 or more, the general custodian of election records shall implement a video surveillance system that retains a record of all areas containing voted ballots: (1) from the time the voted ballots are delivered to the central counting station until the canvass of the precinct election returns; and (2) from the time the voted ballots are delivered to the signature verification committee or early voting ballot board until the canvass of precinct election returns. Video from the surveillance system shall be made available to the public by live stream. The recorded video is considered an election record and shall be retained by the general custodian until the end of the calendar year in which an election is held or until an election contest filed in the county has been resolved, whichever is later. (Sec. 127.1232).

## 2024

**January 2024 (Twenty-two (22) months after 2022 primary election day)**

Contents of ballot box(es) may be destroyed **IF** no contest or criminal investigation has arisen (Secs. 1.013, 66.058), and **IF** no open records request has been filed (Tex. Att'y Gen. ORD-505 (1988)).

    **All** election records must be preserved for 22 months from election day, even when there is no federal office on the ballot. (Sec. 66.058).

STATE062410

**Notable Exceptions:**

> **Permanent Records**: Election results must be permanently maintained in the election register. (Sec. 67.006).

> **Electronic Voting Systems**: See advisories on our website for preservation procedures for electronic voting systems. (*See* Tex. Sec'y of State Election Advisory No. 2019-23.)

**March 2024 (Twenty-two (22) months after 2022 runoff primary election day; two years after 2022 primary election day)**

Contents of ballot box(es) may be destroyed **IF** no contest or criminal investigation has arisen (Secs. 1.013; 66.058), and **IF** no open records request has been filed (Tex. Att'y Gen. ORD-505 (1988)).

**All** election records must be preserved for 22 months from election day, even when there is no federal office on the ballot. (Sec. 66.058).

**Notable Exceptions:**

> **Permanent Records**: Election results must be permanently maintained in the election register. (Sec. 67.006).

> **Electronic Voting Systems**: See advisories on our website for preservation procedures for electronic voting systems. (See Tex. Sec'y of State Election Advisory No. 2019-23.)

Candidate applications must be retained by the county chair for two years (24 months) after date of primary election. (Sec. 141.036).

STATE062411



# Building Confidence in U.S. Elections

## REPORT OF THE COMMISSION ON FEDERAL ELECTION REFORM

   

SEPTEMBER 2005

ORGANIZED BY
Center for Democracy and Election Management
American University

SUPPORTED BY
Carnegie Corporation of New York
The Ford Foundation
John S. and James L. Knight Foundation
Omidyar Network

RESEARCH BY
Electionline.org/The Pew Charitable Trusts

STATE097647





# Building Confidence in U.S. Elections

## REPORT OF THE COMMISSION ON FEDERAL ELECTION REFORM

### SEPTEMBER 2005

**ORGANIZED BY**
Center for Democracy and Election Management
American University

**SUPPORTED BY**
Carnegie Corporation of New York
The Ford Foundation
John S. and James L. Knight Foundation
Omidyar Network

**RESEARCH BY**
Electionline.org / The Pew Charitable Trusts

STATE097648

## 4.2 VOTE BY MAIL

A growing number of Americans vote by mail. Oregon moved entirely to a vote-by-mail system in 1998, and the practice of casting ballots by mail has continued to expand nationwide as voters and election officials seek alternatives to the traditional system of voting at polling stations. The state legislatures of California and of Washington state have considered legislation to expand the use of vote by mail, and in 24 states no excuse is required to vote absentee.

The impact of vote by mail is mixed. Proponents argue that vote by mail facilitates participation among groups that experience low voter turnout, such as elderly Americans and Native Americans.

While vote by mail appears to increase turnout for local elections, there is no evidence that it significantly expands participation in federal elections.[40] Moreover, it raises concerns about privacy, as citizens voting at home may come under pressure to vote for certain candidates, and it increases the risk of fraud. Oregon appears to have avoided significant fraud in its vote-by-mail elections by introducing safeguards to protect ballot integrity, including signature verification. Vote by mail is, however, likely to increase the risks of fraud and of contested elections in other states, where the population is more mobile, where there is some history of troubled elections, or where the safeguards for ballot integrity are weaker.



An Oregon voter drops off his mail ballot (AP Photo/Rick Bowmer)

The case of King County, Washington, is instructive. In the 2004 gubernatorial elections, when two in three ballots there were cast by mail, authorities lacked an effective system to track the number of ballots sent or returned. As a result, King County election officials were unable to account for all absentee ballots. Moreover, a number of provisional ballots were accepted without signature verification.[41] The failures to account for all absentee ballots and to verify signatures on provisional ballots became issues in the protracted litigation that followed Washington state's 2004 gubernatorial election.

Vote by mail is popular but not a panacea for declining participation. While there is little evidence of fraud in Oregon, where the entire state votes by mail, absentee balloting in other states has been one of the major sources of fraud. Even in Oregon, better precautions are needed to ensure that the return of ballots is not intercepted.

The evidence on "early" voting is similar to that of vote by mail. People like it, but it does not appear to increase voter participation, and there are some drawbacks. It allows a significant portion of voters to cast their ballot before they have all of the information that will become available to the rest of the electorate. Crucial information about candidates may emerge in the final weeks or even days of an election campaign. Early and convenience voting also detracts from the collective expression of citizenship that takes place on Election

STATE097689

Day. Moreover, the cost of administering elections and of running campaigns tends to increase when early and mail-in voting is conducted in addition to balloting on Election Day. Early voting should commence no earlier than 15 days prior to the election, so that all voters will cast their ballots on the basis of largely comparable information about the candidates and the issues.

---

### Recommendation on Vote by Mail

**4.2.1**  The Commission encourages further research on the pros and cons of vote by mail and of early voting.

---

## 4.3  VOTE CENTERS

Another alternative to voting at polling stations is the innovation of "vote centers," pioneered by Larimer County, Colorado. Vote centers are larger in size than precincts but fewer in number. They are dispersed throughout the jurisdiction, but close to heavy traffic routes, larger residential areas, and major employers. These vote centers allow citizens to vote anywhere in the county rather than just at a designated precinct. Because these vote centers employ economies of scale, fewer poll workers are required, and they tend to be more professional. Also, the vote centers are reported to use more sophisticated technology that is more accessible to voters with disabilities. Vote centers eliminate the incidence of out-of-precinct provisional ballots, but they need to have a unified voter database that can communicate with all of the other centers in the county to ensure that eligible citizens vote only once.

While vote centers appear to have operated effectively in Larimer County, further research is needed to determine if the costs of establishing vote centers are offset by the savings of eliminating traditional polling sites. Moreover, because vote centers replace traditional voting at precincts, which are generally closer to a voter's home, it is not clear that citizens actually view them as more convenient.

---

### Recommendations on Vote Centers

**4.3.1**  States should modify current election law to allow experimentation with voting centers. More research, however, is needed to assess whether voting centers expand voter participation and are cost effective.

**4.3.2**  Voting centers need a higher quality, computer-based registration list to assure that citizens can vote at any center without being able to vote more than once.

---

STATE097690

## INDICTMENT

CAUSE NO. _50949-B_

## THE STATE OF TEXAS vs. MARLENA ROSANNE JACKSON
### DOB: 11/29/1969

OFFENSE:   COUNT ONE: ENGAGING IN ORGANIZED ELECTION
FRAUD (F1)
COUNT TWO: ILLEGAL VOTING (F2)
COUNTS THREE: THIRTY-THREE - FRAUDULENT USE
OF MAIL BALLOT APPLICATION ENHANCED (F3)
COUNTS THIRTY-FOUR – FORTY: UNLAWFUL
POSSESSION OF BALLOT/BALLOT ENVELOPE
ENHANCED (SJF)
COUNTS FORTY-ONE – SEVENTY-ONE: ELECTION
FRAUD ENHANCED (SJF)
COUNTS SEVENTY-TWO – NINETY-SEVEN:
TAMPERING WITH A GOVERNMENTAL RECORD
WITH INTENT TO HARM OR DEFRAUD (SJF)

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS, duly selected, empaneled, sworn, charged, and organized as such for the County of Gregg, State of Texas, at the July-December, 2020 term of the 188th District Court for said County, upon their oaths present in and to said Court that from on or about the 22nd day of January A.D., 2018 and continuing until on or about the 6th day of March A.D., 2018, and anterior to the presentment of this Indictment, in the County and State aforesaid, MARLENA ROSANNE JACKSON, hereinafter called Defendant, did then and there,

COUNT ONE
**Engaging in Organized Election Fraud (F1)**

with the intent to establish, maintain, and participate in a vote harvesting organization, said organization consisting of Shannon Brown, Marlena Jackson, Dewayne Ward, and Charlie Burns, who collaborated in carrying on election offenses under Titles 1 through 7 of the Texas Election Code, knowingly commit the offenses of illegal voting, unlawful assistance, fraudulent use of a mail ballot application multiple times in the same election, unlawful possession of a ballot or carrier envelope of another multiple times in the same election, and unlawfully assisting a voter voting a ballot by mail, by committing said offenses as the primary actor or by acting with the intent to promote or assist the commission of said offenses by soliciting, encouraging, directing, aiding, or attempting to aid members of said organization to commit said offenses,

Page **1** of **21** – Marlena Jackson

STATE097980

## COUNT TWO
### Illegal Voting (F2)

And further that Defendant, on or about the 13th day of February A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas did then and there knowingly mark Andrew Erwin's ballot, without specific direction from Andrew Erwin on how to mark the ballot,

## COUNT THREE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Corby Martin, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT FOUR
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Linda Carrier, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT FIVE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Davonia Bradley, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT SIX
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Rayford Jordan, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT SEVEN
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Victoria Miller-Burns, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

STATE097981

COUNT EIGHT
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Lorine Bagley, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT NINE
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Eric Taylor, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT TEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Yolita Johnson, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT ELEVEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Lorenzo Washington, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT TWELVE
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Terri Thomas, specifically: Defendant indicated by signature that she assisted the voter in completing an application for ballot by mail, when in fact Shannon Brown, a candidate on the ballot in the upcoming election, assisted the voter with said application,

COUNT THIRTEEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 23rd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Robert Harvey Jr., specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

STATE097982

COUNT FOURTEEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Roceta Anderson, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT FIFTEEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Kaylon Earl, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT SIXTEEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Ricardo Pencheon, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT SEVENTEEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Shannon Martin, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT EIGHTEEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Jennifer Martin, specifically: Defendant indicated by signature the she assisted the voter in completing an application for ballot by mail, when in fact Shannon Brown, a candidate on the ballot in the upcoming election, assisted the voter with said application,

COUNT NINETEEN
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Mary Lynn Odom, specifically: Defendant indicated by signature that she assisted the voter in completing an application for ballot by mail, when in fact another person assisted the voter with said application,

STATE097983

## COUNT TWENTY
### Fraudulent Use of Mail Ballot Application Enhanced (F3)
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Tiesean McCray, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT TWENTY-ONE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas did then and there knowingly provide false information on an application for ballot by mail for a voter, Otis Jones, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT TWENTY-TWO
### Fraudulent Use of Mail Ballot Application Enhanced (F3)
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Kenneth Pierson, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT TWENTY-THREE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on application for ballot by mail for a voter, Athena Johnson, specifically: Defendant indicated by signature that she assisted the voter in completing an application for ballot by mail, when in fact another person assisted the voter with said application,

## COUNT TWENTY-FOUR
### Fraudulent Use of Mail Ballot Application Enhanced (F3)
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Roderick Smith, specifically: Defendant indicated by signature that she assisted the voter in completing an application for ballot by mail, when in fact another person assisted the voter with said application,

## COUNT TWENTY-FIVE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)
And further that Defendant, on or about the 1st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas did then and there knowingly provide false information on an application for ballot by mail for a voter, Beshad Faggans, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

STATE097984

## COUNT TWENTY-SIX
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 1st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Veronica Moore, specifically: Defendant indicated by signature that she assisted the voter in completing an application for ballot by mail, when in fact Shannon Brown, a candidate on the ballot in the upcoming election, assisted the voter with said application,

## COUNT TWENTY-SEVEN
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 2nd day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Coby Johnson, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT TWENTY-EIGHT
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 2nd day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Cason Johnson, specifically: Defendant marked the application to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT TWENTY-NINE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 14th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Keyianna Lister, specifically: Defendant indicated by signature that she assisted the voter in completing an application for ballot by mail, when in fact Shannon Brown, a candidate on the ballot in the upcoming election, assisted the voter with said application,

## COUNT THIRTY
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 14th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly provide false information on an application for ballot by mail for a voter, Tamika Buchanan, specifically: Defendant indicated by signature that she assisted the voter in completing an application for ballot by mail, when in fact Shannon Brown, a candidate on the ballot in the upcoming election, assisted the voter with said application,

STATE097985

COUNT THIRTY-ONE
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Andrew Erwin, specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

COUNT THIRTY-TWO
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Elizabeth Choice, specifically: Defendant caused a forged signature of the voter to be appear on her application for ballot by mail,

COUNT THIRTY-THREE
**Fraudulent Use of Mail Ballot Application Enhanced (F3)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly submit an application for ballot by mail for voter Kaylon Earl without the voter's knowledge and authorization, specifically: Defendant submitted an application that purported to be a request by the voter to receive ballots by mail for the Democratic Party for elections occurring in 2018, when in fact the voter did not wish to make such a request,

And it is further alleged that Defendant committed the offenses described in Counts Three through Thirty-Three in the March 6, 2018 Democratic primary election,

COUNT THIRTY-FOUR
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**
And further that Defendant, on or about the 12th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Linda Carrier,

COUNT THIRTY-FIVE
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**
And further that Defendant, on or about the 13th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Robert Harvey Jr,

COUNT THIRTY-SIX
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**
And further, that Defendant, on or about the 13th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Andrew Erwin,

Page **7** of **21** – Marlena Jackson

## COUNT THIRTY-SEVEN
### Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)

And further that Defendant, on or about the 15th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Rayford Jordan,

## COUNT THIRTY-EIGHT
### Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)

And further that Defendant, on or about the 20th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Coby Johnson,

## COUNT THIRTY-NINE
### Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)

And further that Defendant, on or about the 20th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Cason Johnson,

## COUNT FORTY
### Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)

And further that Defendant, on or about the 21st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Ricky Johnson,

And it is further alleged that Defendant committed the offenses described in Counts Thirty-Four through Forty in the March 6, 2018 Democratic primary election,

## COUNT FORTY-ONE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 12th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there, while in the presence of the ballot and during the voting process, knowingly make an effort to influence the independent exercise of the vote of Linda Carrier, specifically: Defendant influenced Linda Carrier to vote for candidate Shannon Brown for Gregg County Commissioner, Precinct 4,

## COUNT FORTY-TWO
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Yolita Johnson, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Yolita Johnson's mail ballot application to be marked "disability," when Yolita Johnson was in fact not disabled and was not eligible to vote by mail,

STATE097987

## COUNT FORTY-THREE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Corby Martin, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Corby Martin's mail ballot application to be marked "disability," when Coby Martin was in fact not disabled and was not eligible to vote by mail,

## COUNT FORTY-FOUR
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Lorine Bagley, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Lorine Bagley's mail ballot application to be marked "disability," when Lorine Bagley was in fact not disabled and was not eligible to vote by mail,

## COUNT FORTY-FIVE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Eric Taylor, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Eric Taylor's mail ballot application to be marked "disability," when Eric Taylor was in fact not disabled and was not eligible to vote by mail,

## COUNT FORTY-SIX
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Davonia Bradley, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Davonia Bradley's mail ballot application to be marked "disability," when Davonia Bradley was in fact not disabled and was not eligible to vote by mail,

## COUNT FORTY-SEVEN
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Linda Carrier, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Linda Carrier's mail ballot application to be marked "disability," when Linda Carrier was in fact not disabled and was not eligible to vote by mail,

## COUNT FORTY-EIGHT
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Victoria Miller-Burns, to obtain a ballot under false pretenses, specifically:

STATE097988

Defendant caused the eligibility reason on Victoria Miller-Burns' mail ballot application to be marked "disability," when Victoria Miller-Burns was in fact not disabled and was not eligible to vote by mail,

## COUNT FORTY-NINE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Rayford Jordan, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Rayford Jordon's mail ballot application to be marked "disability," when Rayford Johnson was in fact not disabled and was not eligible to vote by mail,

## COUNT FIFTY
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Terri Thomas, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Terri Thomas' mail ballot application to be marked "disability," when Terri Thomas was in fact not disabled and was not eligible to vote by mail,

## COUNT FIFTY-ONE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Andrew Erwin, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Andrew Erwin's mail ballot application to be marked "disability," when Andrew Erwin was in fact not disabled and was not eligible to vote by mail,

## COUNT FIFTY-TWO
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 23rd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Robert Harvey Jr., to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Robert Harvey Jr.'s mail ballot application to be marked "disability," when Robert Harvey Jr. was in fact not disabled and was not eligible to vote by mail,

## COUNT FIFTY-THREE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Roceta Anderson to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Roceta Anderson's mail ballot application to be marked "disability," when Roceta Anderson was in fact not disabled and was not eligible to vote by mail,

STATE097989

### COUNT FIFTY-FOUR
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Shannon Martin to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Shannon Martin's mail ballot application to be marked "disability," when Shannon Martin was in fact not disabled and was not eligible to vote by mail,

### COUNT FIFTY-FIVE
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Jennifer Martin to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Jennifer Martin's mail ballot application to be marked "disability," when Jennifer Martin was in fact not disabled and was not eligible to vote by mail,

### COUNT FIFTY-SIX
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Ricardo Pencheon to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Ricardo Pencheon's mail ballot application to be marked "disability," when Ricardo Pencheon was in fact not disabled and was not eligible to vote by mail,

### COUNT FIFTY-SEVEN
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Kaylon Earl to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Kaylon Earl's mail ballot application to be marked "disability," when Kaylon Earl was in fact not disabled and was not eligible to vote by mail,

### COUNT FIFTY-EIGHT
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Mary Lynn Odom to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Mary Lynn Odom's mail ballot application to be marked "disability," when Mary Lynn Odom was in fact not disabled and was not eligible to vote by mail,

### COUNT FIFTY-NINE
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Roderick Smith, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Roderick Smith's mail ballot application to be marked

STATE097990

"disability," when Roderick Smith was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Athena Johnson, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Athena Johnson's mail ballot application to be marked "disability," when Athena Johnson was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-ONE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Loretta Faggans to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Loretta Faggans' mail ballot application to be marked "disability," when Loretta Faggans was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-TWO
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Tiesean McCray, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Tiesean McCray's mail ballot application to be marked "disability," when Tiesean McCray was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-THREE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Otis Johnson, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Otis Johnson's mail ballot application to be marked "disability," when Otis Johnson was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-FOUR
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Kenneth Pierson, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Kenneth Pierson's mail ballot application to be marked "disability," when Kenneth Pierson was in fact not disabled and was not eligible to vote by mail,

STATE097991

## COUNT SIXTY-FIVE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 1st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Veronica Moore, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Veronica Moore's mail ballot application to be marked "disability," when Veronica Moore was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-SIX
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 1st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Aubrey Durham, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Aubrey Durham's mail ballot application to be marked "disability," when Aubrey Durham was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-SEVEN
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 1st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Beshad Faggans, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Beshad Faggans' mail ballot application to be marked "disability," when Beshad Faggans was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-EIGHT
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 2nd day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Coby Johnson, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Coby Johnson's mail ballot application to be marked "disability," when Coby Johnson was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTY-NINE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 2nd day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Cason Johnson, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Cason Johnson's mail ballot application to be marked "disability," when Cason Johnson was in fact not disabled and was not eligible to vote by mail,

## COUNT SEVENTY
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 14th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Keyannia Lister, to obtain a ballot under false pretenses, specifically: Defendant

STATE097992

caused the eligibility reason on Keyannia Lister's mail ballot application to be marked "disability," when Keyannia Lister was in fact not disabled and was not eligible to vote by mail,

## COUNT SEVENTY-ONE
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 14th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Tamika Buchanan, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Tamika Buchanan's mail ballot application to be marked "disability," when Tamika Buchanan was in fact not disabled and was not eligible to vote by mail,

And it is further alleged that Defendant committed the offenses described in Counts Forty-One through Seventy-One in the March 6, 2018 Democratic primary election,

## COUNT SEVENTY-TWO
### Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Corby Martin, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT SEVENTY-THREE
### Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Terri Thomas, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT SEVENTY-FOUR
### Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Davonia Bradley, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

STATE097993

## COUNT SEVENTY-FIVE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Victoria Miller-Burns, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT SEVENTY-SIX
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Rayford Jordan, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT SEVENTY-SEVEN
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Lorine Bagley, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT SEVENTY-EIGHT
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Eric Taylor, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT SEVENTY-NINE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for

STATE097994

voter Lorenzo Washington, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT EIGHTY
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Yolita Johnson, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT EIGHTY-ONE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Andrew Erwin, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT EIGHTY-TWO
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 23rd day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Robert Harvey Jr., with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT EIGHTY-THREE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Shannon Martin, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

STATE097995

COUNT EIGHTY-FOUR

**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**

And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Jennifer Martin, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

COUNT EIGHTY-FIVE

**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**

And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Roceta Anderson, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

COUNT EIGHTY-SIX

**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**

And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Kaylon Earl, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

COUNT EIGHTY-SEVEN

**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**

And further that Defendant, on or about the 25th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority, and candidate Kasha Williams, an application for ballot by mail for voter Ricardo Pencheon, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

COUNT EIGHTY-EIGHT

**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**

And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud a voter, Elizabeth Choice, the Gregg County election authority, and candidate Kasha Williams, an

STATE097996

application for ballot by mail for voter Elizabeth Choice, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: Defendant forged the voter's signature on an application for ballot by mail before submitting it to the election office,

## COUNT EIGHTY-NINE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Tiesen McCray, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT NINETY
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Otis Jones, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT NINETY-ONE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Athena Johnson, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT NINETY-TWO
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 26th day of January A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Kenneth Pierson, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

STATE097997

## COUNT NINETY-THREE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 1st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Veronica Moore, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT NINETY-FOUR
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 1st day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud, the Gregg County election authority and candidate Kasha Williams an application for ballot by mail for voter Beshad Faggans, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT NINETY-FIVE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 2nd day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Coby Johnson, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT NINETY-SIX
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 2nd day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Cason Johnson, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT NINETY-SEVEN
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 14th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for

Page **19** of **21** – Marlena Jackson

STATE097998

voter Tamika Buchanan, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_Sherri Tucker_
Foreperson of the Grand Jury

Page **20** of **21** – Marlena Jackson

STATE097999

THE STATE OF TEXAS
COUNTY OF GREGG

I, Trey Hattaway, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. _____50949-B____, of the State of Texas vs. MARLENA ROSANNE JACKSON as now on file in this office.

IN TESTIMONY WHEREOF I hereto set my hand and seal, this _____23rd_____ day of _____Sept._____, A.D. 20 _20_.


By _____
   Deputy

_____
Trey Hattaway
Clerk of the District Court
Gregg County, Texas


WITNESSES

_____

_____

_____

_____


Page **21** of **21** – Marlena Jackson

STATE098000

# INDICTMENT

CAUSE NO. _50953-B_

THE STATE OF TEXAS vs. SHANNON EVERETTE BROWN

DOB: 10/20/1970

OFFENSE:   COUNT ONE: ENGAGING IN ORGANIZED ELECTION
FRAUD (F2)
COUNTS TWO – EIGHT: FRAUDULENT USE OF MAIL
BALLOT APPLICATION ENHANCED (F3)
COUNTS NINE – TEN: UNLAWFUL POSSESSION OF
BALLOT/BALLOT ENVELOPE ENHANCED (SJF)
COUNTS ELEVEN – EIGHTEEN: ELECTION FRAUD
ENHANCED (SJF)
COUNTS NINETEEN – TWENTY-THREE: TAMPERING
WITH A GOVERNMENTAL RECORD WITH INTENT
TO HARM OR DEFRAUD (SJF)

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS, duly selected, empaneled, sworn, charged, and organized as
such for the County of Gregg, State of Texas, at the July-December, 2020 term of the
188th District Court for said County, upon their oaths present in and to said Court
that from on or about the 22nd day of January A.D., 2018 and continuing until on or
about the 6th day of March A.D., 2018, and anterior to the presentment of this
Indictment, in the County and State aforesaid, SHANNON EVERETTE BROWN,
hereinafter called Defendant, did then and there,

COUNT ONE
**Engaging in Organized Election Fraud (F2)**
with the intent to establish, maintain, and participate in a vote harvesting
organization, said organization consisting of Shannon Brown, Marlena Jackson,
Dewayne Ward, and Charlie Burns, who collaborated in committing election offenses
under Titles 1 through 7 of the Texas Election Code, knowingly commit the offenses of
illegal voting, unlawful assistance, fraudulent use of a mail ballot application multiple
times in the same election, unlawful possession of a ballot or carrier envelope of
another multiple times in the same election, and unlawfully assisting a voter voting a
ballot by mail, by committing said offenses as the primary actor or by acting with the
intent to promote or assist the commission of said offenses by soliciting, encouraging,
directing, aiding, or attempting to aid members of said organization to commit said
offenses,

Page **1** of **7** – Shannon Everette Brown

## COUNT TWO
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Davonia Bradley, specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT THREE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Yolita Johnson, specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT FOUR
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Terri Thomas, specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT FIVE
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Ricky Johnson, specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT SIX
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Eric Taylor, specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT SEVEN
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

And further that Defendant, on or about the 23rd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Robert Harvey Jr., specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

## COUNT EIGHT
### Fraudulent Use of Mail Ballot Application Enhanced (F3)

Page **2** of **7** – Shannon Everette Brown

And further that Defendant, on or about the 1st day of February A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there intentionally cause false information to be provided on an application for ballot by mail for a voter, Veronica Moore, specifically: Defendant caused the application to be marked to reflect that the voter was disabled, when in fact the voter was not disabled,

And it is further alleged that Defendant committed the offenses described in Counts Two through Eight in the same election,

COUNT NINE
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**
And further that Defendant, on or about the 17th day of February A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or carrier envelope of a voter, Davonia Bradley,

COUNT TEN
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**
And further that Defendant, on or about the 6th day of March A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or carrier envelope of a voter, Tamika Buchanan,

And it is further alleged that Defendant committed the offenses described in Counts Nine and Ten in the same election,

COUNT ELEVEN
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 12th day of February A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there, while in the presence of the ballot and during the voting process, knowingly make an effort to influence the independent exercise of the vote of Linda Carrier, specifically: Defendant influenced Linda Carrier to vote for candidate Shannon Brown for Gregg County Commissioner, Precinct 4,

COUNT TWELEVE
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Yolita Johnson, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Yolita Johnson's mail ballot application to be marked "disability," when Yolita Johnson was in fact not disabled and was not eligible to vote by mail,

COUNT THIRTEEN
**Election Fraud Enhanced (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Terri Thomas, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Terri Thomas' mail ballot application to be marked "disability," when Terri Thomas was in fact not disabled and was not eligible to vote by mail,

Page **3** of **7** – Shannon Everette Brown

STATE098003

## COUNT FOURTEEN
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Davonia Bradley to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Davonia Bradley's mail ballot application to be marked "disability," when Davonia Bradley was in fact not disabled and was not eligible to vote by mail,

## COUNT FIFTEEN
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Eric Taylor, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Eric Taylor's mail ballot application to be marked "disability," when Eric Taylor was in fact not disabled and was not eligible to vote by mail,

## COUNT SIXTEEN
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 23rd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Robert Harvey Jr., to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Robert Harvey Jr's mail ballot application to be marked "disability," when Robert Harvey Jr. was in fact not disabled and was not eligible to vote by mail,

## COUNT SEVENTEEN
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 1st day of February 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Veronica Moore, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Veronica Moore's mail ballot application to be marked "disability," when Veronica Moore was in fact not disabled and was not eligible to vote by mail,

## COUNT EIGHTEEN
### Election Fraud Enhanced (SJF)

And further that Defendant, on or about the 14th day of February A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there cause Tamika Buchanan, to obtain a ballot under false pretenses, specifically: Defendant caused the eligibility reason on Tamika Buchanan's mail ballot application to be marked "disability," when Tamika Buchanan was in fact not disabled and was not eligible to vote by mail,

And it is further alleged that Defendant committed the offenses described in Counts Eleven through Eighteen in the same election,

STATE098004

## COUNT NINETEEN
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Terri Thomas, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT TWENTY
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Yolita Johnson, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNTY TWENTY-ONE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams an application for ballot by mail for voter Davonia Bradley, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled.

## COUNT TWENTY-TWO
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 23rd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for voter Robert Harvey Jr., with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

## COUNT TWENTY-THREE
**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**
And further that Defendant, on or about the 14th day of February A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams, an application for ballot by mail for

STATE098005

voter Tamika Buchanan, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

AGAINST THE PEACE AND DIGNITY OF THE STATE.


_____

Foreperson of the Grand Jury

Page **6** of **7** -- Shannon Everette Brown

STATE098006

THE STATE OF TEXAS
COUNTY OF GREGG

I, Trey Hattaway, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. _50953-B_ , of the State of Texas vs. SHANNON EVERETTE BROWN as now on file in this office.

IN TESTIMONY WHEREOF I hereto set my hand and seal, this _23rd_ day of _Sept._ , A.D. 20_20_ .

By _____
Deputy

_____
Trey Hattaway
Clerk of the District Court
Gregg County, Texas

WITNESSES

_____

_____

_____

Page **7** of **7** – Shannon Everette Brown

STATE098007

# INDICTMENT

CAUSE NO. **50951-B**

## THE STATE OF TEXAS vs. CHARLIE BURNS, JR.

DOB: 06/09/1936

OFFENSE:   COUNT ONE - ENGAGING IN ORGANIZED ELECTION
FRAUD (F3)
COUNT TWO - FRAUDULENT USE OF APPLICATION
FOR BALLOT BY MAIL (SJF)
COUNTS THREE – SEVEN - POSSESSION OF A
BALLOT OR CARRIER ENVELOPE ENHANCED
(SJF)
COUNT EIGHT - TAMPERING WITH A
GOVERNMENTAL RECORD WITH INTENT TO
HARM OR DEFRAUD (SJF)

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS, duly selected, empaneled, sworn, charged, and organized as
such for the County of Gregg, State of Texas, at the July-December, 2020 term of the
188th District Court for said County, upon their oaths present in and to said Court
that from on or about the 22nd day of January A.D., 2018 and continuing until on or
about the 6th day of March A.D., 2018, and anterior to the presentment of this
Indictment, in the County and State aforesaid, CHARLIE BURNS, JR., hereinafter
called Defendant, did then and there

### COUNT ONE
#### Engaging in Organized Election Fraud (F3)

with the intent to establish, maintain, and participate in a vote harvesting
organization, said organization consisting of Shannon Brown, Marlena Jackson,
Dewayne Ward, and Charlie Burns, who collaborated in carrying on election offenses
under Titles 1 through 7 of the Texas Election Code, knowingly commit the offenses of
fraudulent use of a mail ballot application and possessing a ballot or carrier envelope
of another multiple times in the same election, by acting with the intent to promote or
assist the commission of said offense by soliciting, encouraging, directing, aiding, or
attempting to aid members of said organization to commit said offense,

### COUNT TWO
#### Fraudulent Use of Application for Ballot by Mail (SJF)

And further that Defendant, on or about the 22nd day of January A.D., 2018 and
before the presentment of this indictment, in Gregg County, Texas, did then and there
intentionally cause false information to be provided on an application for ballot by
mail for a voter, Davonia Bradley, specifically: Defendant caused the application to be
marked to reflect that the voter was disabled, when in fact the voter was not disabled,

Page **1** of **4** – Charlie Burns, Jr.

STATE098008

## COUNT THREE
### Possession of a Ballot or Carrier Envelope Enhanced (SJF)

And further that Defendant, on or about the 16th of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Otis Jones,

## COUNT FOUR
### Possession of a Ballot or Carrier Envelope Enhanced (SJF)

And further that Defendant, on or about the 17th of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Natasha Bush,

## COUNT FIVE
### Possession of a Ballot or Carrier Envelope Enhanced (SJF)

And further that Defendant, on or about the 17th of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Davonia Bradley,

## COUNT SIX
### Possession of a Ballot or Carrier Envelope Enhanced (SJF)

And further that Defendant, on or about the 17th of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Veronica Moore,

## COUNT SEVEN
### Possession of a Ballot or Carrier Envelope Enhanced (SJF)

And further that Defendant, on or about the 22nd day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Roceta Anderson,

And it is further alleged that Defendant committed the offenses described in Counts Three through Seven in the March 6, 2018 Democratic primary election,

STATE098009

COUNT EIGHT

**Tampering with a Governmental Record with Intent to Harm or Defraud (SJF)**

And further that Defendant, on or about the 22nd day of January A.D., 2018, and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly make, present, or use, with intent to harm or defraud the Gregg County election authority and candidate Kasha Williams an application for ballot by mail for voter Davonia Bradley, with knowledge of its falsity and with the intent that it be taken by the election authority as a genuine governmental record, specifically: the application was false in that the eligibility reason on the application was marked "disability," when in fact the voter was not disabled,

AGAINST THE PEACE AND DIGNITY OF THE STATE.


_Sherrie Tucker_
Foreperson of the Grand Jury

Page **3** of **4** – Charlie Burns, Jr.

STATE098010

THE STATE OF TEXAS
COUNTY OF GREGG

I, Trey Hattaway, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. _50951-B_, of the State of Texas vs. CHARLIE BURNS, JR. as now on file in this office.

IN TESTIMONY WHEREOF I hereto set my hand and seal, this _23rd_ day of _Sept._, A.D. 20 _20_.

By _____
Deputy

_____
Trey Hattaway
Clerk of the District Court
Gregg County, Texas

WITNESSES

_____

_____

_____

_____

Page **4** of **4** – Charlie Burns, Jr.

STATE098011

# INDICTMENT

CAUSE NO. _50947-B_

## THE STATE OF TEXAS vs. DEWAYNE WARD
### DOB: 09/28/1961

OFFENSE:   COUNT ONE - ENGAGING IN ORGANIZED ELECTION
                      FRAUD (F1)
                 COUNT TWO - UNLAWFUL POSSESSION OF
                      BALLOT/BALLOT ENVELOPE WITHOUT REQUEST
                      OF VOTER ENHANCED (F2)
                 COUNTS THREE – SIX - UNLAWFUL POSSESSION OF
                      BALLOT/BALLOT ENVELOPE (SJF)

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS, duly selected, empaneled, sworn, charged, and organized as such for the County of Gregg, State of Texas, at the July-December, 2020 term of the 188th District Court for said County, upon their oaths present in and to said Court that from on or about the 22nd day of January A.D., 2018 and continuing until on or about the 6th day of March A.D., 2018, and anterior to the presentment of this Indictment, in the County and State aforesaid, DEWAYNE WARD, hereinafter called Defendant, did then and there

### COUNT ONE
### Engaging in Organized Election Fraud (F1)

DEWAYNE WARD, hereinafter styled Defendant, from on or about the 22nd day of January A.D., 2018 and continuing until on or about the 6th day of March A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there, with the intent to establish, maintain, and participate in a vote harvesting organization, said organization consisting of Shannon Brown, Marlena Jackson, Dewayne Ward, and Charlie Burns, who collaborated in carrying on election offenses under Titles 1 through 7 of the Texas Election Code, knowingly commit, multiple times in the same election, the offenses of unlawful possession of a ballot or carrier envelope without the request of the voter and unlawful possession of a ballot or carrier envelope of another, by committing said offenses as the primary actor or by acting with intent to promote or assist the commission of said offenses by soliciting, encouraging, directing, aiding, or attempting to aid members of said organization to commit said offenses,

### COUNT TWO
### Unlawful Possession of Ballot/Ballot Envelope without Request of Voter Enhanced (F2)

And further that Defendant, on or about the 6th day of March A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Tamika Buchanan, without the request of the voter,

Page **1** of **3** – Dewayne Ward

STATE098012

### COUNT THREE
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**

And further that Defendant, on or about the 24th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Mary Lynn Odom,

### COUNT FOUR
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**

And further that Defendant, on or about the 26th day of February A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Aubrey Durham,

### COUNT FIVE
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**

And further that Defendant, on or about the 6th day of March A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Keyannia Lister,

### COUNT SIX
**Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF)**

And further that Defendant, on or about the 6th day of March A.D., 2018 and before the presentment of this indictment, in Gregg County, Texas, did then and there knowingly possess the official ballot or official carrier envelope of a voter, Roderick Smith,

And it is further alleged that Defendant committed the offenses described in Counts Two through Six in the March 6, 2018 Democratic primary election,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_Sherri Tucker_

Foreperson of the Grand Jury

Page **2** of **3** – Dewayne Ward

STATE098013

THE STATE OF TEXAS
COUNTY OF GREGG

I, Trey Hattaway, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. _50947-B_, of the State of Texas vs. DEWAYNE WARD as now on file in this office.

IN TESTIMONY WHEREOF I hereto set my hand and seal, this _23rd_ day of _Sept._, A.D. 20_20_.

By _____
Deputy

Trey Hattaway
Clerk of the District Court
Gregg County, Texas

WITNESSES

Page **3** of **3** – Dewayne Ward

# HOUSE JOURNAL

## EIGHTIETH LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

SIXTIETH DAY — MONDAY, APRIL 23, 2007

The house met at 10 a.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 590).

Present — Mr. Speaker; Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Farrar; Flores; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Absent, Excused — King, S.; Moreno.

The invocation was offered by Steve Doles, director, Pray Lubbock, as follows:

Our Heavenly Father, your servant, Moses, not only brought law and order to his people, but provided the foundation upon which laws are established today. May each member of the house breathe in a fresh sense of divinely ordained duty and their stamina renewed as they consider legislation regarding the affairs of our state. May their noble work bring forth laws which will protect our freedoms, enhance life for individuals, and insure rule and order in our society.

We thank you that you have created the men and women in this room with passion about their opinions on appropriate governing policy. I pray that you will endow these representatives, whether on the debate floor or in the committee room, with self-control and honorable statesmanship equal to their passion allowing true corporate wisdom to prevail in this 80th Legislature.

Absent — Cook, R.; King, S.; Woolley.

## STATEMENT OF VOTE

When Record No. 617 was taken, my vote failed to register. I would have voted yes.

Woolley

## HB 218 - REMARKS

REPRESENTATIVE ANCHIA: Members, I´m going to be brief, this has been a long day. The debate has gone on for, oh boy, about six hours and this is what we learned. We´ve learned that the authors of this bill have provided not one shred of evidence of voter impersonation, which is the type of voter fraud this bill gets at. We have learned that upwards of two million Texans may be disenfranchised by this bill. We have learned that the sense of this body is not to prosecute the offenders and not to set up and devote resources to engage a prosecuting voter impersonation.

So, let me tell you what I know it´s not about. This is clearly not about voter fraud, it´s not about voter impersonation, it´s not about expanding the franchise, it´s not about protecting those that are least vulnerable in our society, and it´s not about making sure that elections are more secure, and I´ll tell you why. I´ve been saving this wonderful nugget for you guys until the end. If you look at the list of documents that you can offer up, it includes employee identification. No matter how much training you do with poll workers, no matter how much training you do of election judges and election officials, it will be impossible for them to discern what is a valid employment identification and what is an invalid employment identification. Mr. Talton probably has an identification for his law firm. It would be impossible for me to tell whether it was valid or invalid or whether Joe Deshotel´s face was on it or whether it was correct or not. In fact, you can go down to Kinko´s and have a bogus little ID made and say that you´re an employee of whatever organization you want to be for about five dollars. In fact, this bill, rather than increasing the integrity of elections, makes sure that there´s a huge loophole that you can drive a train through to increase voter fraud that was what was crossing the mind of a particular person.

We know that there´s no evidence of it, but if this body wants to create an opportunity for voter fraud then vote for **HB 218**. In fact, that Section 3 part (a) of **HB 218** creates a wonderful opportunity for people at a low cost to be able to impersonate someone else by saying that this is a valid employee ID and no poll worker, no election worker, no election judge will be able to discern a valid from an invalid ID. Furthermore, there´s another wonderful loophole in this bill that creates a glaring weakness. It essentially allows vote by mail to continue without photo identification. Vote by mail, that we know, is the greatest source of voter fraud in this state. In fact, all of the prosecutions by the attorney general—I shouldn´t say all, but a great majority of the prosecutions by the attorney general occur with respect to vote by mail.

So ladies and gentlemen, you have a pig on your hands. It´s an ugly bill. It creates more of an opportunity for voter fraud than current law, and I will tell you that if you vote for this without any commensurate enforcement like what was

STATE098261

offered up in Representative Strama's bill, you are voting for a pig with no lipstick, and it's going to be nasty. So I urge you, members of this body, to please vote against the loopholes that this bill creates and vote against the opportunities of voter fraud that this creates and vote against **HB 218**.

REPRESENTATIVE BURNAM: I particularly want to thank Rafael Anchia for the leadership role he's taken, both on the Elections Committee and today, and I'm only going to add a few words from my hometown daily paper, the Star-Telegram today. The opening paragraph, "An insidious scheme to turn back the clock on voting rights in Texas tragically has once again made it's way to the state house floor. The architects of this idea pitched as a noble effort to prevent voter fraud cannot be allowed to succeed with what is surely one of the greatest assaults on the right to vote in this state since the passage of The Federal Voting Rights Act in 1965." Racism is racism, xenophobia is xenophobia. It's too bad that we're going to see it enacted on the house floor again.

### REMARKS ORDERED PRINTED

Representative Thompson moved to print all closing remarks on **HB 218**.

The motion prevailed.

REPRESENTATIVE VEASEY:  Mr. Speaker, members, thank you very much. I'll be very brief.  I want to start off by thanking some of the folks that have helped bring attention to this voter ID, or what I call a voter suppression bill. First of all, I'd like to thank the Baptist General Convention of Texas.  They put out a pamphlet, a flier today asking members to please oppose this bill.  I think that's significant because the Civil Rights Movement back when we were going through a lot of these issues that we're facing today—and don't be mistaken about it—this is a Civil Rights issue that we are debating today. But back during the  60s the black ministers and everyone else that marched for freedom, that marched for voting rights, rarely did any of the white pastors from the South join in, and the fact that the Baptist General Convention joined in shows that we are making some progress in this country on racial harmony.

Unfortunately, this bill sets us back.  We have heard absolutely no evidence of any voter impersonation today, absolutely none.  I think that Representative Strama and Representative Anchia pointed that out very eloquently.  All of the amendments and everything that Ms. Brown has offered you today is asking you to vote for this bill based on generalizations, and based on stereotypes, and based on things that are untrue.  There has been absolutely not one shred of evidence, and we're voting for this bill today.  It makes absolutely no sense, and especially in light of what's going on with the attorney general in the State of Texas. They were trying to force U.S. attorneys to say that there was voting fraud going on in their respective districts in there respective states so they could produce convictions that would prove voter impersonation.  The panel, the U.S. panel who looked into this, found none.  They had to help doctor some of the findings to make their findings more compelling. And I think that it's time that—instead of 15 or 20 years from now—because, you know, when we look down the road this is going to be embarrassing that we even voted for this. But right now people are

STATE098262

☰ 🏛 An official website of the United States government. Here's how you know

Submit Search .search-icon-link { fill: #ffffff; } Search

FBI

# SAN ANTONIO

News | Wanted By The FBI | Community Outreach

**U.S. Department of Justice**

Twitter    Facebook    Email

December 1, 2014

# Campaign Manager Pleads Guilty to Conspiracy to Buy Votes in a Donna, Texas School Board Election

WASHINGTON—A campaign manager pleaded guilty today in the Southern District of Texas for conspiring with others to pay voters to vote in a Donna, Texas, school board election, announced Assistant Attorney General Leslie R. Caldwell of the Justice Department's Criminal Division and U.S. Attorney Kenneth Magidson of the Southern District of Texas. Five campaign workers have already pleaded guilty to vote-buying charges in connection with this election.

Francisco "Frankie" Garcia, 47, of Donna, Texas, pleaded guilty to one count of conspiring to buy votes and one count of vote-buying in connection with the November 2012 general election. Garcia's sentencing hearing is scheduled for Feb. 24, 2015, before Chief Judge Ricardo H. Hinojosa of the U.S. District Court for the Southern District of Texas.

At his plea hearing, Garcia admitted that a general election was held on Nov. 6, 2012, in Donna, Texas, which included candidates for the presidential election, as well as candidates for various state, county and local offices, including members of the Donna School Board. Garcia worked as a campaign manager for four school board candidates, and he and others agreed to pay voters with cash and cocaine to vote for those candidates.

This case was investigated by the FBI and is being prosecuted by Trial Attorneys Monique Abrishami and Maria Lerner of the Criminal Division's Public Integrity Section and Assistant U.S. Attorney Leo J. Leo of the Southern District of Texas.

STATE107785

## Most Wanted

Ten Most Wanted

Fugitives

Terrorism

Kidnappings / Missing Persons

Seeking Information

Bank Robbers

ECAP

ViCAP

## About

Mission & Priorities

Leadership & Structure

Partnerships

Community Outreach

FAQs

## News

Stories

Videos

Press Release

Speeches

Testimony

Podcasts and Radio

Photos

Español

Apps

## Resources

Law Enforcement

Businesses

STATE107786

Victim Assistance

Reports & Publications

## What We Investigate

Terrorism

Counterintelligence

Cyber Crime

Public Corruption

Civil Rights

Organized Crime

White-Collar Crime

Violent Crime

WMD

## Contact Us

Field Offices

FBI Headquarters

Overseas Offices

## Services

CJIS

CIRG

Laboratory Services

Training Academy

Operational Technology

Information Management

## FBI Jobs

Submit a Tip

Crime Statistics

History

FOIPA

Scams & Safety

STATE107787

FBI Kids

FBI Tour

## Additional Resources

Accessibility

eRulemaking

Freedom of Information / Privacy Act

Legal Notices

Legal Policies & Disclaimers

Privacy Policy

USA.gov

White House

No FEAR Act

Equal Opportunity

# FBI

## FEDERAL BUREAU OF INVESTIGATION

FBI.gov Contact Center

STATE107788

United States Department of Justice

Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE

SOUTHERN DISTRICT *of* TEXAS

HOME   ABOUT   NEWS   U.S. ATTORNEY   DIVISIONS   PROGRAMS   EMPLOYMENT   CONTACT US

U.S. Attorneys » Southern District of Texas » News

### Department of Justice

#### U.S. Attorney's Office

#### Southern District of Texas

SHARE

FOR IMMEDIATE RELEASE                     Thursday, June 5, 2014

## Campaign Worker Pleads Guilty To Buying Votes In Donna School Board Election

McALLEN, Texas – A campaign worker pleaded guilty today for paying voters to vote in the November 2012 Donna school board election, announced U.S. Attorney Kenneth Magidson and Assistant Attorney General Leslie R. Caldwell of the Justice Department's Criminal Division.

Guadalupe Escamilla, 72, of Weslaco, pleaded guilty to one count of vote-buying before Chief U.S. District Judge Ricardo Hinojosa. She faces a maximum penalty of five years in prison and a $10,000 fine. Sentencing is set for Aug. 29, 2014.

According to a factual statement read during the plea hearing, a general election was held on or about Nov. 6, 2012, in Donna, which included candidates for the presidential election, as well as various state, county and local offices, including the members of the Donna School Board. Escamilla assisted in the campaign to elect candidates to the Donna School Board. In the course of that work, Escamilla knowingly and willfully paid and offered to pay voters for voting in this election. In addition, she indicated during the plea hearing that at least two candidates gave her money to pay to voters for voting in the election.

Two other campaign workers, Rebecca Gonzalez, 44, and Diana Balderas Castaneda, 48, of Donna, have pleaded guilty to the same charge. They are awaiting sentencing.

This case was investigated by the FBI. Assistant U.S. Attorney Leo J. Leo and Trial Attorneys Monique Abrishami and Jennifer Blackwell of the Public Integrity Section in the Justice Department's Criminal Division are prosecuting the case.

### Component(s):

USAO - Texas, Southern

Updated April 30, 2015



FIND **YOUR** LOCAL VOTING RESOURCES

**REPORT COVID-19 CRIME**
Contact the National Center for Disaster Fraud Hotline: 866-720-5721 or Justice.gov/DisasterComplaintForm

JUSTICE 101

**VWA**
VICTIM
WITNESS
ASSISTANCE
LEARN MORE

**Civil Rights Enforcement**
LEARN MORE

APPLY NOW
We are currently accepting applications for Law Student Interns. Click for more info.

STATE107844

project **safe** childhood

Help us combat the
proliferation of sexual
exploitation crimes
against children.

LEARN MORE

HOME   ABOUT   NEWS   U.S.
ATTORNEY

Leadership
History
Former USAs

DIVISIONS

Appellate
Division
Branch
Offices
Civil Division
Criminal
Division

PROGRAMS

Community
Outreach
Law
Enforcement
Coordination
Victim
Witness
Assistance
Project Safe
Childhood
Project Safe
Neighborhoods
HTRA

EMPLOYMENT   CONTACT
US

AUSAs
Support Staff
Law Student
Interns

Report a
Crime
Procurement

U.S. DEPARTMENT OF
JUSTICE

Accessibility      Justice.gov

FOIA             USA.gov

Privacy Policy    Vote.gov

Legal Policies &
Disclaimers

STATE107845

**FBI** FEDERAL BUREAU OF INVESTIGATION

*San Antonio Division*

Home • San Antonio • Press Releases • 2013 • Former Cameron County Woman Convicted of Voter Fraud

## Former Cameron County Woman Convicted of Voter Fraud

| **U.S. Attorney's Office** | **Southern District of Texas** |
|---|---|
| November 04, 2013 | (713) 567-9000 |

BROWNSVILLE, TX—Sonia Leticia Solis, 55, has entered a plea of guilty to voting more than once in connection with the 2012 primary runoff election held in Cameron County on July 31, 2012, announced United States Attorney Kenneth Magidson.

The election included candidates running for the U.S. House of Representatives.

Solis resided in Brownsville during the election and obtained multiple mail-in ballots by forging applications on behalf of individuals she represented to be disabled.

U.S. District Judge Hilda Tagle, who accepted the guilty plea, has set sentencing for February 5, 2014, at which time Solis faces a possible federal prison sentence of up to five years and a maximum $10,000 fine.

This case was investigated by the FBI and is being prosecuted by Assistant United States Attorney Bill Hagen.

This content has been reproduced from its original source.

**San Antonio Division Links**

**San Antonio Home**

Contact Us
- Overview
- Territory/Jurisdiction

News and Outreach
- Press Room | Stories
- In Your Community

About Us
- Our People & Capabilities
- What We Investigate
- Our Partnerships
- San Antonio History

**Wanted by the FBI - San Antonio**

**FBI Jobs**

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close

STATE107789

# The Detroit News

NATION

# Four charged with vote harvesting in Texas

**The Associated Press**
Published 9:55 a.m. ET Sept. 27, 2020 | Updated 9:57 a.m. ET Sept. 27, 2020

*Longview, Texas* — An East Texas county commissioner and three other people have been indicted on charges that they fraudulently solicited mail-in votes from able-bodied voters by claiming they were disabled, often without the voters' knowledge or consent.

Gregg County Commissioner Shannon Brown and three paid workers of Brown's 2018 Democratic primary campaign — Marlena Jackson, Charlie Burns, and DeWayne Ward — were charged in a 35-page, 134-count indictment returned last week with multiple counts of election-related fraud and record tampering.

The case arises from the Precinct 4 commissioner's primary race between Brown and his opponent, Kasha Williams, a race that drew more than 2,000 votes. According to the Gregg County District Attorney Tom Watson, more than 360 mail-in ballots were requested claiming voter disability. By comparison, fewer than 15 mail-in ballots were requested for the Precincts 1, 2, and 3 commissioners' races combined due to voter disability. In live voting, Williams led Brown by more than 20 percentage points. However, 74% of the mail-in ballots were for Brown and gave him a four-vote victory

In a statement, the Texas Attorney General's Office said Brown's group, to increase the pool of ballots needed to swing the race in Brown's favor, targeted young, able-bodied voters to cast ballots by mail by fraudulently claiming the voters were "disabled," in most cases without the voters' knowledge or consent. Under Texas election law, mail ballots based on disability are specifically reserved for those who are physically ill and cannot vote in-person as a result.

Penalties for the various violations range from up to 99 years in prison for first-degree felony engaging in organized election fraud alleged against Brown, Jackson and Ward to up to two years in state jail for election fraud and records tampering counts faced by the four.

STATE107791

All four defendants have been released on $25,000 bond each. Court records listed no attorneys for the four on Saturday. Brown has no published telephone number and could not be reached for comment, and telephone numbers for the other three were not accepting calls.

The prosecution comes amid an ongoing campaign by Republicans, in Texas and the nation, to portray voting-by-mail as vulnerable to fraud.

Texas Republican Attorney General Ken Paxton has been waging ongoing court battles to limit voting by mail, and President Donald Trump has tried to fan skepticism of mail voting, baselessly claiming that its widespread use will lead to fraud.

Trump has warned that mail voting could lead to so many people voting that "you'd never have a Republican elected in this country again." That is despite assertions by experts, including from FBI Director Christopher Wray, that no evidence exists that voting by mail was fraud-prone. "Now, we have not seen, historically, any kind of coordinated national voter fraud effort in a major election, whether it's by mail or otherwise," Wray told the Senate. "We have seen voter fraud at the local level from time to time,"

STATE107792



# Senate Select Committee on Election Security

## Interim Report

## December 2018

STATE108344



December 3, 2018

The Honorable Dan Patrick
Lieutenant Governor of the State of Texas
Capitol Building, Room 2E.13
Austin, Texas 78701

Dear Lieutenant Governor Patrick:

You charged the Senate Select Committee on Election Security with reviewing the integrity of elections in our State.  We submit this report in response to that charge.   In the midst of changing voting technology and evolving threats to election security, we have a fixed and unalterable commitment to preserve the fundamental franchise rights of every Texan.  We humbly offer the recommendations contained herein to strengthen the integrity of the ballot box and to give the citizens of our State renewed confidence that they are the makers of their own government.

Respectfully submitted,

_____
Bryan Hughes, Chair

_____
Brian Birdwell

_____
Bob Hall

_____
Don Huffines

_____
Joan Huffman

_____
Borris L. Miles

_____
Judith Zaffirini

STATE108345



Vice Chair, Natural Resources
and Economic Development
Texas Judicial Council
Chair, Eagle Ford Shale
Legislative Caucus

Committees
Administration
Business and Commerce
State Affairs

## Judith Zaffirini

### State Senator, District 21
President Pro Tempore, 1997

December 3, 2018

The Honorable
Bryan Hughes, Chair
Senate Select Committee
   on Election Security
P.O. Box 12068
Austin, TX 78711

Dear Chair Hughes:

Thank you for your leadership as Chair of the Senate Select Committee on Election Security. It is my privilege to serve with you, and I appreciate the opportunity to share my perspective regarding the Committee's Interim Report to the 86th Legislature. The report includes numerous good recommendations, and I am delighted to sign it. This letter, however, is to record my concerns regarding the need to (1.) provide concrete recommendations to address mail-in ballot fraud and (2.) reflect that Texas lags behind much of the nation in modernizing and simplifying the registration process, which is critical in offering adequate opportunities for all Texans to register to vote.

During the last several sessions many legislators have focused on voter ID laws intended to prevent in-person voter fraud, but not on the increasingly serious problem of mail-in ballot fraud. Our Committee heard troubling testimony regarding the state of election security related to the latter. The report's recommendation that the Legislature needs to find a solution to the "vexing issue" of mail-in ballot fraud at nursing homes and assisted living facilities is a good start, but we must take all possible steps to address voting irregularities caused by fraudulent mail-in ballots.

The report also states that current federal and state laws governing Texas' voter registration system "create a broad base of opportunity for registration for all Texans" and describes how eligible persons may register to vote. It does not mention, however, that we have not adopted secure voter registration reforms that

STATE108349

Letter to Chair Bryan Hughes
December 3, 2018
Page 2 of 2

many other states have. Texas, for example, is one of only thirteen states that does not offer online registration. The Legislature should consider this and other secure methods to facilitate voter registration.

Thank you for your dedication to the many important issues we examined during the 85th Interim. I look forward to continuing to work with you and other members of the committee during our next legislative session.

May God bless you.

Very truly yours,

Judith Zaffirini

Z/ah

STATE108350

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegations | Election Involved | Court/Case Number | # Offenses Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|
| Bee | Melva Kay Ponce | Illegal Voting | 2004 General Election | B-05-2101-0-CR-B | 1 count illegal voting - voter impersonation | 1 | 07/26/05 | EC 64.012 | Pled guilty to 1 count attempted illegal voting. 2 years deferred adjudication, $1500 fine w/$500 probated |
| Hardeman | Johnny Wayne Akers | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Possession of an official ballot by another | 2004 Primary Election | 013449 | 6 counts possession of official ballot or carrier envelope of another | 6 | 11/04/05 | EC 86.006 | Pled guilty to possession of official ballot or carrier envelope of another.  2 years probation, $2000 fine |
| Nueces | Virginia Ramos Garza | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9806-4 | 4 counts possessing an official ballot or carrier envelope of another | 4 | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Elida Garza Flores | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9805-4 | 1 count possessing an official ballot or carrier envelope of another | 1 | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Isabel Lisa Rios Gonzalez | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9808-3 | 2 counts possessing an official ballot or carrier envelope of another | 2 | 03/22/06 | EC 86.006 | Pled nolo contendere to 2 counts of possessing an official ballot or carrier envelope of another.  1 year deferred adjudication, $500 fine, 12 months community supervision |
| Nueces | Josefina Marinas Suarez | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9807-1 | 1 count illegally possessing an official carrier envelope of another | 1 | 05/04/06 | EC 86.006 | Pled guilty to 1 count of illegally possessing an official carrier envelope of another.  1 year deferred adjudication, $500 fine, 12 months community supervision |
| Reeves | Trine Villalobos | Vote Harvesting/Mail Ballot Fraud - Method of returning marked ballot | 2004 Primary Election | 25,185 | 4 counts possession of an official ballot or official carrier envelope of another | 4 | 06/27/06 | EC 86.006 | Found guilty by jury of 4 counts of possession of an official ballot or official carrier envelope of another.  10 days jail / probated for 6 months |
| Bowie | Willie Howard Ray | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M1309-CCL | 7 counts possessing an official ballot or carrier envelope of another | 7 | 07/17/06 | EC 86.006 | Pled guilty to possession of an official ballot or official carrier envelope of another. 8 months deferred adjudication, $200 fine. Original indictment dismissed. |
| Bowie | Jamillah Johnson | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0302-CCL | 2 counts possessing an official ballot or carrier envelope of another | 2 | 07/17/06 | EC 86.006 | 6 months deferred adjudication, $200 fine |
| Bowie | Melinda Hunter | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0301-CCL | 7 counts possessing an official ballot or carrier envelope of another | 7 | 07/17/06 | EC 86.006 | 6 months pre-trial diversion |
| Nueces | Maria Dora Flores | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud/Illegal Voting - Unlawful assistance, unlawfully influencing voter | 2006 Primary Election | 06-CR-2166-B | 2 counts illegal voting-(4) marking a ballot without voter's consent | 2 | 08/04/06 | EC 64.012 | Pled guilty to 2 counts illegal voting.  2 years deferred adj probation, $750 fine |
| Reeves | Anita Baeza | Vote Harvesting/Mail Ballot Fraud - Method of returning marked ballot | 2004 Primary Election | 25,186 | 5 counts illegally possessing ballots for another person | 5 | 08/28/06 | EC 86.006 | 6 months pre-trial diversion |

**CONFIDENTIAL**

STATE112177

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegations | Election Involved | Cause/Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Calhoun | Debra Briseno | Illegal voting, fraudulent registrations, and vote harvesting/mail ballot fraud | 2006 Primary Election | 2006-8-6465, 2006-8-6466, 2006-8-6467, 2006-8-6468, 2006-8-6469 | 3 counts illegal voting-(1) ineligible voter non-citizen, 1 count unlawful assistance, 11 counts possessing an official ballot or carrier envelope of another, 6 counts tampering with a governmental record, 6 counts false statement on a registration application | 27 | 06/25/07 | EC 64.012 / PC 37.10 | Jury verdict of guilty on 2 counts illegal voting, 1 count tampering with a government record.  5 years TDCJ |
| Refugio | Raymond Villarreal | Illegal Voting, Tampering | 2006 Primary Election | 2007-2-4809, 2007-2-4810 | 4 counts illegal voting, 3 count tampering with governmental record | 7 | 10/09/07 | PC 37.10 | Pled guilty to tampering with government record. 2 years TDCJ suspended for 5 years community supervision, $1,500 fine, 90 days jail, $2,090 restitution |
| Starr/ Brooks | Noelia Lopez | Illegal voting | 2006 General Election | 07-07-09767 CR | 1 count illegal voting | | 01/24/08 | EC 64.012 | Dism'd |
| Hays | Mark Littlefield | Forgery, tampering with a government document | 2006 Special Election | 89,288 | Possession of forged instrument | 1 | 02/01/08 | PC 32.21 | 1 year pre-trial diversion, $300 donation |
| Starr/ Brooks | Jose Rene Gomez | Illegal voting | 2006 General Election | 07-05-09743 CR | 1 count illegal voting-(2) voting more than once | 1 | 05/01/08 | EC 64.012 | Pled guilty to illegal voting. 2 years deferred adjudication, $300 fine, 2 years community supervision (Motion to Adjudicate) |
| Starr/ Brooks | Oscar Luis Rios | Vote Harvesting/Mail Ballot Fraud | 2006 Primary Election | 07-05-09741 CR | 12 counts possessing a ballot without the voter's consent | 12 | 05/01/08 | EC 86.006 | Pled guilty to 12 counts possessing a ballot without the voter's consent.  2 years deferred adjudication, $300 fine, 2 years community supervision |
| Potter | Michael C. Shumate | Unlawfully accepting campaign donations, bribery | 2008 Primary Election | 56732-B, 56733-B,   56734 B | 1 count unlawfully accepting contribution, 1 count organized criminal activity,1 count unlawfully accepting contribution, | 3 | 06/12/08 | PC 71.02 | Jury verdict of guilty on engaging in organized criminal activity.  10 years confinement, suspended for 8 years, community supervision with 180 days jail as a condition, $5,000 fine |
| Duval/ Brooks | Lydia Molina | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09864, 11479 | 6 counts possession of official ballot or carrier envelope of another | 6 | 10/02/08 | EC 86.006 | Pled guilty to possession of official ballot or carrier envelope of another.  1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/ Brooks | Maria Soriano | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09863, 11480 | 6 counts possession of official ballot or carrier envelope of another | 6 | 10/02/08 | EC 86.006 | Pled guilty to possession of official ballot or carrier envelope of another.  1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/ Brooks | Elva Gutierrez Lazo | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09865, 11482 | 3 counts possession of official ballot or carrier envelope of another | 3 | 10/02/08 | EC 86.006 | Pled guilty to possession of official ballot or carrier envelope of another.  1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/ Brooks | Maria Adelina Trigo | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09866, 11481 | 2 counts possession of official ballot or carrier envelope of another | 2 | 10/02/08 | EC 86.006 | Pled guilty to possession of official ballot or carrier envelope of another.  1 year deferred adjudication, $300 fine, 12 months community supervision |
| Goliad | Jami Parkinson Billings | Unlawfully divulged voting results prior to the closing of polls | 2008 Municipal Election | 08-8-8967 CR | 1 count unlawfully revealing information before polls close | 1 | 11/12/08 | EC 61.007 | Pled nolo contendere to 1 count unlawfully revealing information before polls close.  2 years deferred adjudication, $3,000 fine, 2 years community supervision |
| Starr/ Brooks | Guadalupe Rios | Vote Harvesting/Mail Ballot Fraud | 2006 Municipal Election | 08-08-09945 CR | 11 counts possessing a ballot without the voter's consent | 11 | 03/16/09 | EC 86.006 | Pled guilty to 11 counts possessing a ballot without the voter's consent.  2 years probated for 4 years probation, $500 fine, 60 days house arrest |
| Starr/ Brooks | Oralia Frausto | Illegal Voting/Vote Harvesting/Mail Ballot Fraud/Assistance Fraud | 2006 Primary Election | 07-05-09738 CR | 15 counts of possessing a ballot without the voter's consent | 15 | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| Starr/ Brooks | Maria Gonzalez | Illegal Voting/Vote Harvesting/Mail Ballot Fraud/Assistance Fraud | 2006 Primary Election | 07-05-09742 CR | 5 counts of possessing a ballot without the voter's consent | 5 | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| Aransas/ Travis | Gallaher, Todd | Misrepresentation of identity - intent to manipulate election or injure candidate | 2008 Primary Election | C08999934 | Misrepresentation of identity | 1 | 05/21/09 | E.C. 255.005 | Pre-trial diversion for 1 year, 60 hours of community service, completed early. |
| Hidalgo | Paulito Nilo | Illegal Voting - Felon | 2008 Municipal Election | CR-2622-09-F | 1 count of illegal voting-(1) ineligible voter felon | 1 | 09/29/09 | E.C. 64.012 | Pled guilty for 5 years TDCJ, probated for 5 years of community supervision, 1 day in Jail, $500 fine |
| Hill | Leland Mac Coffman | Divulged election results prior to the closing of polls on election day; made false report to peace officer about divulging results | 2007 School District and Municipal Election | M0593-09 | 3 counts false report to peace officer | 3 | 10/14/09 | PC 37.08 | Pled guilty to 3 counts of false report to a peace officer. 2 years probation, $2000 fine, 90 days in jail, probated |

Information as of 7/15/2022

CONFIDENTIAL

STATE112178

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause/Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Outcome/Result(s) |
|---|---|---|---|---|---|---|---|---|---|
| Harris | Jack Carol Crowder | Illegal Voting - Impersonation of deceased voter | 2008 Primary Election | 1215818 | 1 count illegal voting-(3) voter impersonation at polling place | 1 | 10/06/09 | EC 64.012 | Pled guilty to 1 count fraudulent use of identifying information, 1 year deferred adjudication, $200 fine |
| Starr/Brooks | Raul Reyna | Illegal Voting - Felon | 2007 Municipal and School Election | 09-04-09980 CR | 2 counts illegal voting-(1) ineligible voter felon | 2 | 11/05/09 | EC 64.012 | Pled guilty to illegal voting, 2 years TDCJ, $500 fine |
| Starr/Brooks | Cynthia Pena | Illegal Voting - Felon | 2007 Municipal and School Election | 09-04-09881 CR | 2 counts illegal voting-(1) ineligible voter felon | 2 | 11/05/09 | EC 64.012 | Pled guilty to illegal voting, 10 years TDCJ-suspended, 4 years community supervision, $500 fine |
| Starr/Brooks | Elizabeth Martinez | Illegal Voting - Felon | 2007 Primary Election | 09-04-09982 CR | 1 count illegal voting-(1) ineligible voter felon | 1 | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 5 years TDCJ |
| Panola | Drew Nixon | Official oppression; voting | 2006 Special Election | 2007-C-0193 | 2 counts of official oppression | 2 | 01/28/10 | PC 39.03 | Dismissed Indictment. Defense motion for collateral estoppel granted. |
| Dimmit/ LaSalle | Maria Mendoza Garcia | Vote Harvesting/Mail Ballot Fraud | 2006 Primary Election | 08-11-00052 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 7 | 04/15/10 | EC 84.0041 | 12 months pre-trial diversion, $60 supervision fee, 80 hours of community service |
| Dimmit/ LaSalle | Estela Cruz Saenz | Vote Harvesting/Mail Ballot Fraud | 2006 Primary Election | 08-12-00063 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 7 | 04/15/10 | EC 84.0041 | 6 months pre-trial diversion, $60 supervision fee |
| Jim Wells/ Live Oak | Zaida Cantu Bueno | Vote Harvesting/Mail Ballot Fraud | 2008 Primary Election | 20068 | 4 counts of method of returned marked ballot (less than 10) | 4 | 06/24/10 | EC 86.006 | Pled guilty to unlawful possession of ballot, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/ Live Oak | Norma Lopez | Vote Harvesting/Mail Ballot Fraud | 2008 Primary Election | 20067 | 8 counts of method of returned marked ballot (less than 10) | 8 | 06/24/10 | EC 86.006 | Pled guilty to unlawful possession of ballot, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/ Live Oak | Cynthia Lopez | Vote Harvesting/Mail Ballot Fraud | 2008 Primary Election | 20066 | 3 counts of method of returned marked ballot (less than 10) | 3 | 06/24/10 | EC 86.006 | Pled guilty to unlawful possession of ballot, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Hidalgo/ Brooks | Ruben Trevino Garcia | Illegal voting - felon, bribery, and official misconduct | 2008 School District Election | 09-09-10116 CR | 1 count illegal voting-(1) ineligible voter felon | 1 | 06/17/10 | EC 64.012 | Pled guilty, 8 years TDCJ-ID suspended for 8 years community supervision, $500 fine |
| Starr | Raul Pena, Jr. | Vote Harvesting/Mail Ballot Fraud - Unlawful possession of 56 mail-in ballots by candidate | 2010 Primary Election | CR-10-371 | 1 count of carrier envelope action by another person other than voter | 1 | 06/22/10 | EC 86.0051 | Pled guilty, 6 months community supervision, 180 days in jail (suspended), $500 fine |
| Starr/Brooks | Mary Lou Garza | Vote Harvesting/Mail Ballot Fraud - Providing fraudulent registration cards to vote harvesters | 2006 Primary Election | 07-07-09768 CR | 1 count of unlawful delivery of a certificate | 1 | 09/15/10 | EC 13.145 | Jury trial resulting in hung jury, dism'd |
| Hidalgo/ Brooks | Mario Manuel Medrano | Illegal voting - felon, bribery, and official misconduct | 2008 School District Election | 09-09-10117 CR | 1 count illegal voting-(1) ineligible voter felon | 1 | 11/10/10 | EC 64.012 | Pled guilty, 2 years TDCJ-ID |
| Duval/Live Oak | Christina Lichtenberger | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud | 2008 Primary Election | 20080, 20081 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 2 | 12/14/10 | EC 64.036, 86.006 | Pled guilty to Possession of a Ballot and Unlawful Assistance, and received 1 year deferred adjudication, and paid a $1000 fine and court costs |
| Duval/Live Oak | Andrea Campos Bierstedt | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud | 2008 Primary Election | 20082, 20083 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 2 | 12/14/10 | EC 64.036, 86.006 | Pre-trial diversion 6 months, $3,500 donation to the county |
| Duval/Live Oak | Alicia Pena Perez | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud | 2008 Primary Election | 20084, 20085, 20086, 20087, 20088, 20089, 20090, 20091 | 4 counts of unlawful assistance, 4 counts of method of returned marked ballot | 8 | 12/14/10 | EC 64.036, 86.006 | Pled guilty to 4 counts of Possession of a Ballot and 4 counts of Unlawful Assistance, and received 1 year jail, probated for 12 months, and paid a $1000 fine and court costs |
| Smith | Ronald Marsh | Illegal Voting | 2009 Municipal Election - Local Option | 241-1682-11 | 1 count of Illegal Voting-(1) ineligible voter | 1 | 03/23/11 | E.C. 64.012 | Pled guilty, received four years of deferred adjudication, a $1,000 fine, and 100 hours of community service hours |
| Smith | Ann Marie Marsh | Illegal Voting | 2009 Municipal Election - Local Option | 241-1681-11 | 1 count of Illegal Voting-(1) ineligible voter | 1 | 03/23/11 | E.C. 64.012 | Plea bargain in 241-1682-11 for guilty plea to def'd adj resulting in dismissal. |
| Bexar | Ester Sandoval Martinez-Moreno | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting | 2010 Primary Election | 2010-W-0375 | 1 count of tampering of a governmental record | 1 | 03/23/11 | P.C. 37.10 | Pled guilty to one count of misdemeanor Tampering, 1 year probation |
| Dallas/ Rockwall | Delores McMillian | Illegal Voting - Voter Impersonation | 2010 Primary Election | 11082011CCL-A | 2 counts of attempted illegal voting-(3) voter impersonation at polling place | 2 | 06/16/11 | E.C. 64.012 | Pled guilty to attempted illegal voting for impersonating a voter, 1 year probation, paid $227 court costs |
| Duval/ Jim Wells | Regino Cantu Salinas | Illegal Voting - Felon | 2008 Primary Election | 11-02-13251-CR | 1 count illegal voting-(1) ineligible voter felon | 1 | 08/31/11 | E.C. 64.012 | Pled guilty for 2 years probation, 90 days in jail, and a $2000 fine |

CONFIDENTIAL                                   STATE112179

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Court/Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Disposition/Sentence |
|---|---|---|---|---|---|---|---|---|---|
| Hidalgo/ Brooks | Reyna Almanza | Illegal voting | 2009 School District Election | 10-03-10342-CR | 1 count of illegal voting- (3) voter impersonation | 1 | 12/01/11 | E.C. 64.012 | Convicted by a jury on 11/16/11, sentenced to 2 years TCDJ, suspended for 5 years on probation, 90 days in County Jail as a condition of probation, $313 court costs |
| Bexar | Mary Comparin | Voter impersonation (voting for 20 years using the identity of a deceased voter still on voter rolls, while voting herself by mail ballot), benefits fraud (receiving SS benefits for herself and a deceased individual) | 2008 General Election | 2011-CR-7939 | 2 counts of illegal voting - voter impersonation | 2 | | E.C. 64.012 (a) 3 | Statute of limitations tolled by filing of indictment on 9/18/11.  Defendant declared incompetent to stand trial.  Cause 2011-CR-7939 closed, case left pending. |
| Brazos | Shank, Christine Thomas | Unlawfully Influencing Voter | 2010 General Election | 11-05590-CRM-CCL1 | 1 count of Unlawful Assistance | 1 | 02/06/12 | E.C. 64.036 | Pled guilty, 1 year deferred adjudication community supervision, 20 hours community service, $332.00 court costs, $500.00 fine, prohibited from offering assistance in the election process to anyone |
| Dallas/ Rockwall | Name Removed | Aggravated perjury in connection with Illegal Voting | 2010 Primary Election | | 4 counts of aggravated perjury | 4 | 02/16/12 | E.C. 64.012 | Expunged |
| Dallas/ Rockwall | Name Removed | Illegal voting | 2010 Primary Election | | 1 count of illegal voting - ineligible voter | 1 | 02/16/12 | E.C. 64.012 | Expunged |
| Dallas/ Rockwall | Name Removed | Illegal Voting | 2010 Primary Election | | 3 counts of illegal voting - ineligible voter | 3 | 02/16/12 | E.C. 64.012 | Expunged |
| Dallas/ Rockwall | Name Removed | Illegal Voting | 2010 Primary Election | | 3 counts of illegal voting - ineligible voter | 3 | 02/16/12 | E.C. 64.012 | Expunged |
| Dallas/ Rockwall | Carlos Medrano | Illegal Voting | 2010 Primary Election | 2-11-418 | 2 counts of illegal voting - ineligible voter | 2 | 02/27/12 | E.C. 64.012 | Elected Justice of the Peace convicted at bench trial of illegal voting - ineligible voter, 5 years TDCJ, probated for 5 years, 180 days in Jail as a condition of probation, $2500 fine, removed from office |
| Dallas/ Rockwall | Robert Edward Medrano | Illegal Voting | 2010 Primary Election | 2-11-420 | 3 counts of illegal voting - ineligible voter | 3 | 02/16/12 | E.C. 64.012 | In exchange for acknowledgement of offense and cooperating testimony at trial, charges dism'd |
| Dallas/ Rockwall | Rolando Medrano | Illegal Voting, aggravated perjury | 2010 Primary Election | 2-11-416 | 6 counts of aggravated perjury | 6 | 02/29/12 | P.C. 37.03 | Pled guilty to two counts of aggravated perjury, 4 years TDCJ probated for 4 years community supervision, $5,000 fine, $219 Court Coust., 45 days in jail as a condition of probation, work release day for day |
| Dallas/ Rockwall | Raquel Medrano | Illegal Voting, aggravated perjury | 2010 Primary Election | 2-11-108, 2-11-414 | 1 count of illegal voting - ineligible voter, 5 counts of aggravated perjury | 6 | 02/28/12 | E.C. 64.012, P.C. 37.03 | Dism'd upon conviction of defendant in 2-11-418 |
| Dallas/ Rockwall | Gilda Hernandez | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Influencing Voter | 2010 Primary Election | 11082011CCL-B | 4 counts of possession of an official ballot or carrier envelope, 3 counts of unlawful assistance (influencing voter), 2 counts Failure to Provide identifying info while assisting voter | 9 | 04/05/12 | E.C. 86.006, 64.036. 86.010 | Pled guilty to two counts of Unlawful Assistance, two counts of Possession of a Ballot, and two counts of Failure to Provide Identifying Information While Assisting a Voter, and received one year of deferred adjudication and a $250. |
| Hidalgo/ Brooks | Jose De Jesus Cano | Illegal voting - felon, bribery | 2008 School District Election | 09-09-10115 CR | 1 count illegal voting-(1) ineligible voter felon | 1 | 06/14/12 | EC 64.012 | Pled guilty, received 10 years TDCJ, probated for 10 years, $1,000 fine, and $313 court costs |
| Henderson/ Smith | Frank Ross | Illegal Voting | 2009 Municipal Election | 241-1683-11 | 1 count of Illegal Voting-(1) ineligible voter | 1 | 06/19/12 | E.C. 64.012 | Dism'd |
| Hidalgo | Angel Trujillo | Illegal Voting - Felon | 2010 Municipal and School District Election | CR-1914-12-E | 2 counts illegal voting by ineligible voter | 2 | 08/10/12 | E.C. 64.012 | Pled guilty to illegal voting (1 ct), sentenced to 3 years TDCJ-probated for community supervision, $750 fine. |
| Hidalgo[c] | Baudelia Zapata Rojas | Unlawfully revealing information before the polls close | 2008 Municipal Election | 12-03529 | Unlawfully Revealing Information before polls close | | 12/27/12 | E.C 61.007 | No Bill |
| Hidalgo[c] | Sylvia Salas Vela | Illegal Voting | 2008 Municipal Election | 12-03519 | Illegal Voting | | 12/27/12 | E.C. 64.012 | No Bill |
| Hidalgo[c] | Salvador Vela | Mail in ballot violation | 2008 Municipal Election | 12-03528 | Method of returning marked ballot | | 12/27/12 | E.C. 86.006 | No Bill |
| Hidalgo[c] | Fermina Castillo | Illegal Voting | 2010 General Election | CR-1913-12-I | 1 count of Illegal Voting-(1) ineligible voter felon | 1 | 01/17/13 | E.C. 64.012 | Pled guilty to illegal voting, sentenced to 2 years deferred with community supervison and $100 fine. |
| Cameron | Margarita Rangel Ozuna | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud; Influencing Voter | 2010 Primary Election | 2013-DCR-00484 | 1 count Unlawfully Assisting Voter | 1 | 05/30/13 | E.C. 86.010 | Pled no contest to Unlawfully Assisting Voter (Class A Misdemeanor) 12 month county jail, probated for 12 month community service, $250.00 fine. |

Information as of 7/15/2022

CONFIDENTIAL

STATE112180

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Court / Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Results / Outcome |
|---|---|---|---|---|---|---|---|---|---|
| Hidalgo/ Brooks | Lorenzo Antonio Almanza | Illegal Voting - Voter Impersonation | 2009 School District Election | 10-03-10343-CR | 2 counts of illegal voting-(3) voter impersonation at polling place | 2 | 06/24/13 | E.C. 64.012 | Pled guilty to Illegal Voting - voter impersonation, Illegal Voting - voting twice, sentenced to 2 years TDCJ on both counts, run concurrently,  $313 court costs |
| Montgomery | James Alan Jenkins | Illegal Voting - Residency | 2010 Special Election | 12-03-025479-CR | 1 count of illegal voting - ineligible voter | 1 | 06/28/13 | E.C 64.012 | Convicted during a jury trial, 1 count of illegal voting (1) ineligible voter, 3 years TDCJ, $10,000 fine and $364.00 in court costs reversed/remanded by 14th COA, pending new trial |
| Montgomery | Peter Joseph Goeddertz | False statement on application, illegal voting | 2010 Special Election | 12-03-02581-CR | 1 count of illegal voting - ineligible voter | 1 | 07/12/13 | E.C. 64.012 | 1 year Probation - Pre-trial Diversion Program |
| Montgomery | Adrian Heath | False statement on application, illegal voting | 2010 Special Election | 12-03-025480-CR | 1 count of illegal voting - ineligible voter | 1 | 10/31/13 | E.C 64.012 | Convicted during a jury trial, 1 count of illegal voting (1) ineligible voter. Sentenced to 3 years TDCJ and $10,000 fine, $334.00 in court costs. |
| Montgomery | Sybil Lea Doyle | False statement on application, illegal voting | 2010 Special Election | 12-03-02583-CR | 2 counts of illegal voting - ineligible voter | 2 | 04/02/14 | E.C 64.012 | Convicted at jury trial, 1 count of illegal voting (1) ineligible voter. Sentenced by deferred agreement, 3 years TDCJ, probated for 5 years, $5,000 fine and $359.00 in court costs. |
| Montgomery | Roberta Margaret Cook | False statement on application, illegal voting | 2010 Special Election | 12-03-02585-CR | 1 count of illegal voting - ineligible voter | 1 | 04/02/14 | E.C 64.012 | Convicted at bench trial, 1 count of illegal voting (1) ineligible voter. Sentenced by deferred agreement, 3 years TDCJ, probated for 5 years, $5000 fine. |
| Cameron | Garza, Israel | Illegal Voting - Felon | 2010 Municipal Election | 2013-DCR-00957 | 1 count of illegal voting - ineligible voter (felon) | 1 | 04/10/13 | E.C 64.012 | Pled guilty to illegal voting attempted  (felon voter) Class A misdemeanor. Sentenced to 10 months confinement, 2 years probation, fine $2500. |
| Montgomery | Name Removed | False statement on application, illegal voting | 2010 Special Election | 12-03-xxxxx-CR | 1 count of illegal voting - ineligible voter | 1 | 05/15/14 | E.C. 64.012 | 1 year Deferred Prosecution Probation.  Eligible for expunction after serving 12 mos probation. |
| Montgomery | William Mervin Berntsen | False statement on application, illegal voting | 2010 Special Election | 12-03-02586-CR | 1 count of illegal voting - ineligible voter | 1 | 10/23/14 | E.C.64.012 | 3 years Deferred Adjudication, $2,500.00 fine, $334.00 in court costs |
| Cameron | Tomasa Chavez | Vote Harvesting/Mail Ballot Fraud/Assistance Voter; Influencing Voter | 2012 Primary Election Runoff | 14-CCR-02977-A/14-CCR-02983-A/14-CCR-02984-A/14-CCR-02985-A/14-CCR-02987-A/14-CCR-02989-A/14-CCR-02991-A/14-CCR-02993-A/14-CCR-02995-A/14-CCR-02996-A/14-CCR-02997-A/14-CCR-02999-A/14-CCR-03003-A | 3 counts - Carrier Envelope Action: Person Other than voter (Misd B), 3 counts - Assisting Voter Violation (Misd A), 3 counts - Method of Returning Marked Ballot (Misd B), 4 count - Unlawful Assistance to Voter (Misd A) | 13 | 01/22/15 | E.C 86.0051 / E.C 86.010 /  E.C 86.006 /  E.C 64.036 | Pled guilty to unlawful assistance of voter, 6 month confinement, probated for 1 year of community supervision, fine $250. |
| Jim Wells | Benito Aranda Jr. | Illegal Voting - Felon | 2012 Primary Election | 14-07-13904-CR | Indicted 1 count of illegal voting(1) ineligible voter felon, 2nd Felony | 1 | 02/18/15 | E.C 64.012 | Pled guilty to illegal voting (felon) Sentenced to 10 years confinement, probated for 10 years of community supervision. |
| Jim Wells | Mark Homero Almaraz | Illegal Voting - Felon | 2012 Primary Election | 14-07-13903-CR | Indicted 1 count of illegal voting(1) ineligible voter felon, 2nd Felony | 1 | 02/18/15 | E.C 64.012 | Pled guilty to illegal voting (felon) Sentenced to 10 years confinement, probated for 10 years of community supervision. |
| Hidalgo | Jorge Luis Martinez | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2623-09-B | 12 counts of illegal voting | 12 | 02/25/15 | E.C.64.012 | Pled guilty to counts 1-6 for attempted Illegal Voting (Class A).  Three years community supervision. Counts 7-12 were dismissed |
| Cameron | Facunda Garcia | Vote Harvesting/Mail Ballot Fraud/Assistance Voter; Influencing Voter | 2012 Primary Election Runoff | 14-CCR-02980-A | 1 Count - Unlawful Assistance to Voter (Misd. A) | 1 | 03/19/15 | E.C 64.036 | Pled guilty to unlawful assistance of a voter. Sentenced to 3 day confinement in county jail and $250.00 fine. |
| Cameron | Bernice Garcia | Vote Harvesting/Mail Ballot Fraud/Assistance Voter; Influencing Voter | 2012 Primary Election Runoff | 14-CCR-02979-A/14-CCR-03010-A/14-CCR-03011-A | 1 count - Carrier Envelope Action: Person Other than voter (Misd B), 1 Count - Method of Returning Marked Ballot (Misd B), 1 count - Unlawful Assistance to Voter (Misd A) | 3 | 04/08/15 | E.C 86.0051 / E.C 86.006 /  E.C 64.036 | 1 year probation under diversion program (Deferred Pros.) for offense of unlawfully assisting voter. |
| Cameron | Rafael Angel Elizondo | Vote Harvesting/Mail Ballot Fraud - Method of Returning Marked Ballot | 2012 Primary Election Runoff | 2015-DCR-00269-D | 1 Count - Method of Returning Marked Ballot more than 10 but less than 20 offical ballots/carrier envelopes.  ( 3rd Degree Felony) | 1 | 06/12/15 | E.C. 86.006 | Pled no contest to Method of Returning Marked Ballot =10<20, (Class A). Sentenced to three days in county jail. and taken into custody. |

CONFIDENTIAL

STATE112181

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation(s) | Election Involved | Count/Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Cameron | Jose Angel Garcia | Vote Harvesting/Mail Ballot Fraud - Method of Returning Marked Ballot | 2012 Primary Election Runoff | 2015-DCR-00270-D | 5 Counts -Method of Returning Marked Ballot fewer than 10 offical ballots/carrier envelopes (SJF) | 5 | 06/12/15 | E.C. 86.006 | Pled guilty to Method of Returning Marked Ballot <10 (Class B).  Sentenced to two days county jail. |
| Cameron | Margarita Ozuna | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud; Influencing Voter | 2012 Primary Election Runoff | 14-CCR-02981-B/14-CCR-02986-B/14-CCR-02988-B/14-CCR-02990-B/14-CCR-02992-B/14-CCR-02994-B | 3 Count - Carrier Envelope Action: Person Other than voter (Misd B), 3 counts - Method of Returning Marked Ballot (Misd B) | 6 | 08/10/15 | E.C 86.0051 / E.C 86.006 | Pled guilty to Carrier Envelope Action by Person Other than Voter. Sentenced to 15 days county jail and $250.00 fine/court cost. |
| Cameron | Vicenta Verino | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud; Influencing Voter | 2012 Primary Election Runoff | 14-CCR-02978-C/14-CCR-02998-C/14-CCR-03000-C/14-CCR-03001-C/14-CCR-03002-C/14-CCR-03004-C/14-CCR-03005-C/14-CCR-03006-C/14-CCR-03007-C/14-CCR-03008-C | 1 count - Unlawful Assistance to Voter (Misd A), 1 count - Assisting Voter Violation (Misd A) ,4 counts - Carrier Envelope Action: Person Other than voter (Misd. B), 4 counts - Method of Returning Marked Ballot (Misd. B) | 10 | 08/19/15 | E.C 64.036/ E.C 86.010/ E.C 86.0051/ E.C 86.006 | Pled guilty to Class A misdemeanor Unlawful Assistance of a Voter. 12 months of deferred adjudication, $250 fine, and refraining from handling mail ballots and assisting voters. |
| Harris[c] | Avery Ayers | Forgery/Tampering with peitition for candidacy - forged signatures | 2014 General Election | 1476757 | 1 Count of Tampering w / a Governmental Record (SJF) | 1 | 10/06/15 | P.C. 32.21 | Waived a jury trial and pled guilty to one count of 3rd degree felony Forgery. Court convicted defendant and sentenced him to five (5) years TDCJ-Institutional Division. No fine, court costs or restitution. |
| Cameron | Sarah Perales | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud; Influencing Voter | 2012 Primary Election Runoff | 14-CCR-02982-C 14-CCR-03009-C | 1 Count - Carrier Envelope Action: Person Other than voter (Misd. B), 1 Count - Method of Returning Marked Ballot (Misd. B) | 2 | 10/28/15 | E.C. 86.006 | Pled guilty to Class B misdemeanor Method or Returning Ballot. Court sentenced her to one year of community supervision-deferred adjudication, plus a fine of $150 and court costs. Defendant was ordered to refrain from assisting voters or other politiquera activity. |
| Edwards | Michael Scotch | Illegal voting (residency) | 2013 Municipal Election 2014 Primary Election | 6053 | 1 Count Illegal Voting (Municipal) 2 Counts of Tamper w/ a Gov't rec  1 Count of Illegal Voting (Primary) | 4 | 12/07/15 | E.C 64.012 | Pled no contest to Count 1 of the Indictment - Illegal voting (ineligible voter-non resident) in a plea bargain agreement. State to dismiss counts 2, 3 & 4. Sentenced to 24 months of deferred adjudication community supervision, $500 fine. |
| Edwards | Tamara Scotch | Illegal voting (residency) | 2013 Municipal Election 2014 Primary Election | 6054 | 1 Count Illegal Voting (Municipal) 2 Counts of Tamper w/ a Gov't rec  1 Count of Illegal Voting (Primary) | 4 | 12/07/15 | E.C 64.012 | Pled no contest to Count 1 of the Indictment - Illegal voting (ineligible voter-non resident) in a plea bargain agreement. State to dismiss counts 2, 3 & 4. Sentenced to 24 months of deferred adjudication community supervision, $500 fine. |
| Hidalgo | Guadalupe "Lupe" Rivera, Jr. | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud; Influencing Voter | 2013 Municipal Election | CR-15-08765-B, CR-15-08766-B | 1 Count Carrier Envelope Action: Person Other than Voter, 1 count Method of Returning Marked Ballot <10 | 2 | 07/11/16 | E.C. 86.0051   E.C 86.006 | Co-defendant accepted criminal responsibility for these offenses in plea resolving causes CR-15-08767-E, CR-15-08768-E, CR-15-08769-E, CR-15-08770-E, CR-15-08771-E, CR-15-08772-E, CR-15-08773-E, CR-15-08774-E, CR-15-08775-E, CR-15-08776-E, CR-15-08777-E, CR-15-08778-E, CR-15-08779-E, CR-15-08780-E, CR-15-08781-E, and CR-15-08782-E. |
| Hidalgo | Guadalupe "Lupe" Rivera, Sr. | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud; Influencing Voter | 2013 Municipal Election | CR-15-08767-E CR-15-08768-E CR-15-08769-E CR-15-08770-E CR-15-08771-E CR-15-08772-E CR-15-08773-E CR-15-08774-E CR-15-08775-E CR-15-08776-E CR-15-08777-E CR-15-08778-E CR-15-08779-E CR-15-08780-E CR-15-08781-E | 1 Count Unlawful Assistance to Voter, 6 counts Carrier Envelope Action: Person Other than Voter, 6 counts Method of Returning Marked Ballot <10, 3 counts Assisting Voter Violation | 16 | 07/11/16 | E.C. 64.036 | Pled guilty to Unlawful Assistance to a Voter, Class A misdemeanor. Sentenced to 365 days in jail, probated for one year of community supervision with a $500 fine. |

CONFIDENTIAL

STATE112182

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegations | Election Involved | Cause/Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Hidalgo | Graciela Sanchez | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud; Influencing Voter | 2013 Municipal Election | CR-15-08761-B     CR 15-08762-B     CR-15-08763-B     CR-15-08764-B | 2 counts Carrier Envelope Action: Person Other than Voter, 2 counts Method of Returning Marked Ballot <10 | 4 | 07/11/16 | E.C. 86.0051 | Pled guilty to Carrier Envelope Action: Person Other than Voter, Class B misdemeanor. Pre-trial diversion for a period of two years of community supervision, pay court and probations fees, complete 24 hours of community service. Other charges dismissed. |
| Dallas/ Tarrant | Rosa Maria Ortega | Illegal Voting - Non-Citizen | 2012 General Election, 2014 Primary Run-Off Election | 1434155 | 2 counts of illegal voting - ineligible voter (non citizen) | 2 | 02/09/17 | E.C. 64.012 | Convicted by jury on both counts of Illegal Voting - Non citizen. Jury sentenced her to a period of eight (8) years in the Texas Department of Criminal Justice Institutional Division on each count, sentences to run concurrently. $5,000.00 fine and $329.00 in court costs. |
| Edwards | Manuel Rodriguez III | Illegal Voting - voter impersonation, Illegal Voting - ineligible voter (felon, unregistered voter) | 2014 General Election | 1730 | 2 counts of illegal voting, ineligible voter (felon, unregistered), voted as 99-yr-old grandfather | 2 | 2/27/2017 | E.C. 64.012 (a) 1 | Convicted of illegal voting (2nd deg. felony). Sentenced to two (2) years in the Texas Department of Criminal Justice Institutional Division. |
| Edwards | Rita Renee Johnson | Illegal Voting- ineligible voter (non-resident) | Nov. 2014 general election; May 2015 RISD election, May 2015 City of Rocksprings election, March 2016 primary election, May 2016 City of Rocksprings election, Nov. 2016 general election, and May 2017 City of Rocksprings election | CX7779096408 | 7 counts of illegal voting - ineligible voter (non-resident) - 2nd degree Felony | 7 | 12/20/17 | E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 7 counts Illegal Voting |
| Webb | Angel Antonio De Leon, Jr. | Illegal Voting- ineligible voter (convicted felon, on paper) | Special COL Dist. 2 - 2/13/2016; Special COL Dist. 2 Runoff - 4/2/2016; Joint Primary Runoff - 5/24/2016; November 2016 General Election | CX8826260117 | 4 counts of illegal voting - ineligible voter (felon) - 2nd degree Felony | 4 | 01/29/18 | E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 4 counts Illegal Voting |
| Webb | Arturo Garcia, Jr. | Illegal Voting- ineligible voter (convicted felon, on paper) | Nov. 2014 general election; March 2016 Democratic primary; May 2016 Democratic runoff | CX8140980101 | 3 counts of illegal voting - ineligible voter (felon) - 2nd degree Felony | 3 | 01/29/18 | E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 3 counts Illegal Voting |
| Medina | Patricia Barton | Unlawfully Influencing Voter in Polling Place; Electioneering | Mar. 2018 Primary Election | CX4240437617 | 2 counts of unlawfully influencing voter in polling place; 1 count electioneering | 3 | 04/26/18 | E.C. 61.008; E.C. 61.003 | Prosecution Diversion Program - stipulation of guilt to 2 counts unlawfully influencing voter; 1 count electioneering |
| Hill | Aaron Torres | Unlawfully Revealing Information Before the Polls Close | 2018 Primary Runoff | CX7954393300 | 1 count unlawfully revealing information before the polls close | 1 | 05/30/18 | E.C. 61.007 | Prosecution Diversion Program - stipulation of guilt to 1 count unlawfully revealing information before the polls close |
| Dallas | Shirley Brown | Unlawfully Accepting a Voter not eligible to vote, by election judge | 2016 General Election | CX3852040670 | 3 counts unlawfully accepting a voter | 3 | 05/31/18 | E.C. 63.012 | Prosecution Diversion Program - stipulation of guilt to 3 counts unlawfully accepting a voter |
| Kenedy | Chriselda Olvera | Illegal voting; Election Fraud; False Statement on Registration Application | Mar. 2018 Primary Election | CX3920309473 | Count 1 – illegal voting, 2nd Degree Felony; Count 2 - election fraud, Cl A; Count 3 - false statement on a registration application, Cl B | 3 | 07/02/18 | E.C. 64.012; 276.013; 13.007 | Prosecution Diversion Program - stipulation of guilt to 1 count illegal voting, 1 count election fraud, and 1 count false statement on a registration application |
| Kenedy | Martin Olvera | Illegal voting; Election Fraud; False Statement on Registration Application | Mar. 2018 Primary Election | CX8890196392 | Count 1 – illegal voting, 2nd Degree Felony; Count 2 - election fraud, Cl A; Count 3 - false statement on a registration application, Cl B | 3 | 06/27/18 | E.C. 64.012; 276.013; 13.007 | Prosecution Diversion Program - stipulation of guilt to 1 count illegal voting, 1 count election fraud, and 1 count false statement on a registration application |

CONFIDENTIAL

STATE112183

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County* | Defendant | Allegations | Election Involved | Cause/Case Number? | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Disposition? |
|---|---|---|---|---|---|---|---|---|---|
| Kenedy | Heather Lauren Miller | Illegal voting; Election Fraud; False Statement on Registration Application | Mar. 2018 Primary Election | CX4641286029 | Count 1 – illegal voting, 2nd Degree Felony; Count 2 – election fraud, Cl A; Count 3 – false statement on a registration application, Cl B | 3 | 06/05/18 | E.C. 64.012; 276.013; 13.007 | Prosecution Diversion Program - stipulation of guilt to 1 count illegal voting, 1 count election fraud, and 1 count false statement on a registration application |
| Nueces/ San Patricio | Rosita Torres Flores | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud/Illegal voting | Robstown 2016 General | S-18-3065-CR; 18-CR-83358 | Count 1 – illegal voting, 2nd Degree Felony; Count 2 – method of returning marked ballot, SJF 1 count misdemeanor unlawful assisting, Cl A | 3 | 6/12/2018 | E.C. 64.012; 86.006; 64.036 | Convicted of unlawfully assisting/influencing voter with mail ballot (E.C. 64.036); 12 months jail, probated for 18 months; $1000 fine; 10 days confinement in county jail served day for day as condition of probation |
| Frio | Consuelo Barrientos Cantu | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud | 2016 Primary Runoff | CX3772923814 | 2 Counts Unlawful Assistance | 2 | 6/15/2018 | E.C. 64.036 | Prosecution Diversion Program - stipulation of guilt to 2 Counts unlawful assistance to voters with their mail ballots |
| Frio | Maria Delcarmen Vela | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud | 2016 Primary Runoff | CX3772923814 | 6 Counts Unlawful Assistance | 6 | 6/15/2018 | E.C. 64.036 | Prosecution Diversion Program - stipulation of guilt to 6 Counts unlawful assistance to voters with their mail ballots |
| Starr | Miguel Moreno | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail | Mar. 2016 Primary Election | CX4341881207 | 1 Count Fraudulent Use of Application for Ballot by Mail | 1 | 6/26/2018 | E.C. 84.0041 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail |
| Starr | Veronica Flores Vega | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail | 2016 Primary; 2016 Primary Runoff Election | CX2819749616 | 1 Count Fraudulent Use of Application for Ballot by Mail | 1 | 6/25/2018 | E.C. 84.0041 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail |
| Starr | Abigail Estrada | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail | 2016 Primary; 2016 Primary Runoff Election | CX7915417228 | 1 Count Fraudulent Use of Application for Ballot by Mail | 1 | 6/25/2018 | E.C. 84.0041 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail |
| Starr | Dora Barrera | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail | 2016 Primary; 2016 Primary Runoff Election | CX4783488382 | 1 Count Fraudulent Use of Application for Ballot by Mail | 1 | 6/25/2018 | E.C. 84.0041 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail |
| Starr | Nitzia Marbella Flores | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 Primary; 2016 Primary Runoff Election | CX0192300090 | 1 Count Fraudulent Use of Application for Ballot by Mail; 2 Counts Illegal Voting | 3 | 6/25/2018 | E.C. 84.0041; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail and 2 Counts Illegal Voting |
| Starr | Eusebio Lopez | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 Primary; 2016 Primary Runoff Election | CX6220705016 | 1 Count Fraudulent Use of Application for Ballot by Mail; 1 Count Illegal Voting | 2 | 6/26/2018 | E.C. 84.0041; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail and 1 Count Illegal Voting |
| Starr | Adelaida Lopez | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 Primary; 2016 Primary Runoff Election | CX1897927803 | 1 Count Fraudulent Use of Application for Ballot by Mail; 2 Counts Illegal Voting | 3 | 6/26/2018 | E.C. 84.0041; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail and 2 Counts Illegal Voting |
| Starr | Alayssa Lopez | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 Primary; 2016 Primary Runoff Election | CX9033550035 | 1 Count Fraudulent Use of Application for Ballot by Mail; 2 Counts Illegal Voting | 3 | 6/26/2018 | E.C. 84.0041; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail and 2 Counts Illegal Voting |
| Starr | Zeida S. Maldonado | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 Primary; 2016 Primary Runoff Election | CX9693226046 | 1 Count Fraudulent Use of Application for Ballot by Mail; 2 Counts Illegal Voting | 3 | 6/25/2018 | E.C. 84.0041; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail and 2 Counts Illegal Voting |
| Starr | Jose Guadalupe Garcia | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail | 2016 Primary; 2016 Primary Runoff Election | CX0876257916 | 1 Count Fraudulent Use of Application for Ballot by Mail | 1 | 6/25/2018 | E.C. 84.0041 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail |
| Starr | Andrea Martinez | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail | 2016 Primary; 2016 Primary Runoff Election | CX5913948503 | 1 Count Fraudulent Use of Application for Ballot by Mail | 1 | 6/25/2018 | E.C. 84.0041 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail |
| Starr | Rudolfo A. Trevino | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail | 2016 Primary; 2016 Primary Runoff Election | CX4183309968 | 1 Count Fraudulent Use of Application for Ballot by Mail | 1 | 6/26/2018 | E.C. 84.0041 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail |
| Starr | Raul Lozano Jr. | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 Primary; 2016 Primary Runoff Election | CX6361275996 | 1 Count Fraudulent Use of Application for Ballot by Mail; 1 Count Illegal Voting | 2 | 6/26/2018 | E.C. 84.0041; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail and 1 Count Illegal Voting |
| Starr | Deyla Maria Garcia | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 Primary; 2016 Primary Runoff Election | CX2635106999 | 1 Count Fraudulent Use of Application for Ballot by Mail; 1 Count Illegal Voting | 2 | 6/26/2018 | E.C. 84.0041; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count fraudulent use of application for ballot by mail and 1 Count Illegal Voting |
| Kenedy | Lariah Saenz | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2018 March Democratic Primary | CX9041380477 | 1 Count False Statement on Application; 1 Count Illegal Voting | 2 | 7/17/2018 | E.C. 13.007; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count False Statement on Application and 1 Count Illegal Voting |

CONFIDENTIAL

STATE112184

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegations | Election Involved | Court/Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Kenedy | Juan Vela | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2018 March Democratic Primary | CX2940077682 | 1 Count False Statement on Application; 3 Counts Illegal Voting | 4 | 7/17/2018 | E.C. 13.007; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count False Statement on Application and 3 Counts Illegal Voting |
| Kenedy | Leticia Munoz Vela | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2018 March Democratic Primary | CX8789204507 | 1 Count False Statement on Application; 5 Counts Illegal Voting | 6 | 7/17/2018 | E.C. 13.007; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count False Statement on Application and 5 Counts Illegal Voting |
| Starr | Guadalupe Garza | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 March Democratic Primary | CX8930944834 | 1 Count False statement on application; 2 Counts False information on application for ballot by mail; 2 Counts Tampering with a governmental record; 1 Count Illegal Voting | 6 | 7/25/2018 | E.C. 13.007; E.C. 84.0041; P.C. 37.10; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count False statement on application; 2 Counts False information on application for ballot by mail; 2 Counts Tampering with a governmental record; 1 Illegal Voting |
| Starr | Brandon Lee Garza | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 March Democratic Primary | CX6232993804 | 1 Count False statement on application; 2 Counts False information on application for ballot by mail; 2 Counts Tampering with a governmental record; 1 Count Illegal Voting | 6 | 7/25/2018 | E.C. 13.007; E.C. 84.0041; P.C. 37.10; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count False statement on application; 2 Counts False information on application for ballot by mail; 2 Counts Tampering with a governmental record; 1 Illegal Voting |
| Nueces/ San Patricio | Cynthia Kay Gonzales | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud/Illegal voting | Robstown 2016 Primary Runoff | 18-CR-83109; 18-CR-83110; 18-CR-83111 | Count 1 – carrier envelope action, SJF; Count 2 – method of returning marked ballot, SJF; Count 3 – assisting voter, SJF; and Count 4 – illegal voting, 2nd Degree Felony | 4 | 8/14/2018 | E.C. 86.0051; 86.006; 64.036; 64.012 | Convicted of unlawful possession of a ballot (86.006); carrier envelope action other than voter (86.0051); and unlawfully assisting voter with a mail ballot (86.010); sentenced to 180 days jail probated for 540 days, 180 days probated for 540 days, and 365 days probated for 540 days and a $500 fine, respectively. Sentenced to served 5 days county jail, day for day, as condition of probation. |
| Harris/ Montgomery | Laura Janeth Garza AKA Angie Yadira Zamora | Illegal Voting (non-citizen); Impersonation of a U.S. Citizen | 2016 General Election | 18-05-06033; 18-05-06032 | Cause 1 – illegal voting - voter impersonation; Cause 2 - Illegal voting (non-citizen) | 2 | 9/13/2018 | E.C. 64.012 | Convicted of two counts of Illegal Voting for impersonating a voter and voting when she was not eligible to vote (noncitizen); 10 years TDCJ probated for 10 years, with 180 days in jail as condition, $10,000 fine probated for 10 years. |
| Starr | Artemio Lopez | Vote Harvesting/Mail Ballot Fraud - Fraudulent Use of Application for Ballot by Mail; Illegal Voting | 2016 March Democratic Primary | CX8019112853 | 1 Count False statement on application; 2 Counts False information on application for ballot by mail; 2 Counts Tampering with a governmental record; 3 Counts Illegal Voting | 8 | 9/17/2018 | E.C. 13.007; E.C. 84.0041; P.C. 37.10; E.C. 64.012 | Prosecution Diversion Program - stipulation of guilt to 1 Count False statement on application; 2 Counts False information on application for ballot by mail; 2 Counts Tampering with a governmental record; 2 Counts Illegal Voting |
| Tarrant | Charles Jackson | False Statement on Application Mail Ballot Fraud/Vote Harvesting  - Forged Voter's Signature | 2016 Democratic Primary Election | 1565412 | False Statement on Mail Ballot Application | 1 | 4/6/2019 | E.C. 84.0041 | Convicted of False Statement on Mail Ballot Application; sentenced to 10 days county jail. |
| Polk | William Williams | Tampering with a Governmental Record; Illegal Voting (voting ballot of another); Election Fraud - Mail Ballot | 2018 General Election | CX1976897707 | 2 Counts - Tampering with a Governmental Record; 2 Counts - Illegal Voting (voting mail ballot of another); 2 Counts - Election Fraud | 6 | 8/5/2019 | P.C. 37.10; E.C. 64.012; E.C. 276.013 | Prosecution Diversion Program - stipulation of guilt to 2 Counts Tampering with a Governmental Record; 2 Counts Illegal Voting (voting mail ballot of another); 2 Counts Election Fraud |
| Starr/Hidalgo | Bernice Garza | Illegal Voting/Mail Ballot Fraud Impersonation of deceased voter, Mail ballot application fraud, Mail ballot cast for voter who was dead 9 years | 2016 Democratic Primary Election | CR-0115-19-J | Counts 1-2 - Illegal voting Count 3 - False Statement on Mail Ballot Application | 3 | 1/24/2019 | E.C. 64.012; E.C. 84.0041 | Dism'd for lack of evidence and in exchange for Defendant's cooperation with the State and an ongoing investigation by the Texas Rangers. |
| Harris | John Alsup | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election | CX8794422517 | 1 Count – False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/17/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |

CONFIDENTIAL

STATE112185

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Court/Case Number | Charge(s) | # Offense Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Harris | Betty Anderson | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election; 2019 Special Election; 2020 Primary | CX8794422517 | 1 Count - False Statement on Application, 3 Counts Illegal Voting; 1 Count Tampering with a Government Record, 1 Count Election Fraud | 6 | 8/14/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 3 Counts Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | James Core | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/18/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Michael Debello | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election | CX8794422517 | 1 Count - False Statement on Application, 1 Count Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 4 | 8/12/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Name Removed | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election | CX87944225-- | 1 Count - False Statement on Application, 1 Count Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 4 | 8/17/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count1 Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Brian Hoffner | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election; 2018 Primary Runoff | CX8794422517 | 1 Count - False Statement on Application, 2 Counts Illegal Voting; 1 Count Tampering with a Government Record, 1 Count Election Fraud | 5 | 8/14/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 2 Counts Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Micaela Ladet | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/18/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | David Levy | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/14/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Kyle Levy | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/14/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Name Removed | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2019 Special Election | CX8794422517 | 1 Count - False Statement on Application, 2 Counts Illegal Voting, 1 Count Tampering with a Government Record, 2 Counts Election Fraud | 6 | 8/11/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 2 Counts Illegal Voting; 1 Count Tampering with a Government Record; 2 Counts Election Fraud |
| Harris | Barnett Pate | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election | CX8794422517 | 1 Count - False Statement on Application, 1 Count Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 4 | 8/18/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | John Scott | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/19/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |

CONFIDENTIAL

STATE112186

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause/Case Number | Charge(s) | # Offenses Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Harris | Aaron Sprecher | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/20/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Justin Thomas | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/12/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Name Removed | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/21/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Judith Zimmerman | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 9/2/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Antonia McClammy | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election; 2019 Special Election | CX8794422517 | 1 Count - False Statement on Application, 2 Counts Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 5 | 8/21/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 2 Counts Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Luis Cruz | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election | CX8794422517 | 1 Count - False Statement on Application, 1 Count Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 4 | 8/20/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Medina | A. Hitzfelder | Unlawfully Assisting Voters with Mail Ballot Applications | 2020 Presidential Election | CX8093477769 | 10 Counts Unlawfully Assisting Applicant | 10 | 05/19/21 | E.C. 84.003 | Prosecution Diversion Program - stipulation to the commission of 10 Counts Unlawfully Assisting Applicant |
| Lubbock | Christopher Donayre | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud | 2018 General Election | CX8764358848 | 1 Count - False Statement on Application, 1 Count Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 4 | 09/02/21 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Guadalupe | Gregory Gilcrease | Illegal Voting; Election Fraud; False Statement on Registration Application; Tampering with a Government Record | 2018 General Election; 2020 General Election | CX3419210173 | 2 Counts - Illegal Voting, 1 Count - Election Fraud, 1 Count - False Statement on Registration Application, 1 Count Tampering with a Government Record | 5 | 10/28/21 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 2 Counts Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Gregg[c] | Shannon Everette Brown | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50953-B | 1 count of Engaging in Organized Election Fraud (F2), 7 counts of Fraudulent Use of an Application for Ballot by Mail (F3), 2 counts of Unlawful Possession of Ballot/Ballot Envelope (SJF), 8 counts of Election Fraud (SJF), and 5 counts of Tampering with a Governmental Record (SJF) | 23 | 1/20/2022 | E.C. 276.011; 84.0041; 86.006; 276.013; PC 37.10 | Convicted of E.C. 276.013 Election Fraud, and sentenced to 1 yr county jail, probated for 1 yr. and $2,000 fine. Public apology required as condition of plea deal. |

CONFIDENTIAL

STATE112187

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Court/Case Number[c] | # Offenses Charged | Resolution Date | Statute Violated | Disposition[B] |
|---|---|---|---|---|---|---|---|---|
| Gregg[c] | Marlena Roseanne Jackson | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50949-B | 97 | 1/20/2022 | E.C. 276.011; 64.012; 84.0041; 86.006; 276.013; PC 37.10 | Convicted of E.C. 276.013 Election Fraud, and sentenced to 1 yr county jail, probated for 1 yr. and $2,000 fine. Public apology required as condition of plea deal. |
| Gregg[c] | Charlie Burns, Jr. | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50951-B | 8 | 1/27/2022 | E.C. 276.011; 84.0041; 86.006; 276.013; PC 37.10 | Convicted of E.C. 86.006 Unlawful Possession of Ballot with Intent to Defraud. Sentenced to 1 yr county jail, probated for 1 yr. |
| Gregg[c] | DeWayne Ward | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50947-B | 6 | 1/31/2022 | E.C. 276.011; 86.006 | Convicted of E.C. 86.006 Unlawful Possession of Ballot with Intent to Defraud. Sentenced to 1 yr county jail, probated for 1 yr. |
| Bexar | Ozuki Trevino | Illegal Voting | 2018 Republican Primary | CR-21-0000047 | 1 | 3/8/2022 | E.C. 64.012(b) | Prosecution Diversion Program - 1 count Illegal Voting |
| Guadalupe | Stan "Stosh" Boyle | Tampering with Government Record - Application for Candidacy - Felony Conviction/Ineligible for Office | 2017 City of Cibolo Election; 2019 City of Cibolo Election | 19-2108-CR-C; CCL-19-0809 | 3 | 4/12/2022 | P.C. 37.03; P.C. 37.10 | Pled Guilty to 1 count Aggravated Perjury (F3) and 1 count Tampering with a Government Record with Intent to Defraud (SJF). Placed on 4-year deferred adjudication probation. |

| | | | |
|---|---|---|---|
| **Total Counts/ Offenses Prosecuted** | **691** | | |
| Number of offenses related to cases involving: | Mail Ballot Fraud | 444 | 64% |
| | Assistance Fraud | 169 | 24% |
| | Illegal Voting | 189 | 27% |

Note: significant overlap in fraud activity involving (two or more) of mail ballot fraud, assistance fraud, and illegal voting in the same case may result in totals > 100%.

**2015-present** **429**

[a] County offense occurred/County offense prosecuted. | [B] For complete information on disposition, see judgment and sentence. Prosecution Diversion Program includes an acknowledgment of the commission of offense/s.
[c] Prosecuted by or with assistance of local district/county attorney. | [d] Cause number, where available; otherwise, OAG investigation or prosecution case number.
**This document is not a summary of all election violations in this state. This document does not record or report offenses handled exclusively by local law enforcement, district or county attorneys, or federal authorities. This document only reflects cases investigated and/or prosecuted by the OAG.**

**CONFIDENTIAL**                                                                                    **STATE112188**

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Elections Involved | Cause Number | Charge(s) | # Counts Charged | Date Charged | Statute Violated |
|--------|-----------|-----------|-------------------|--------------|-----------|-----------------|--------------|-----------------|
| Jefferson/ Chambers | Zena Collins Stephens | Bribery, unlawfully accepting a cash contribution ($5,000/$1,000), tampering with a campaign finance report | 2016 General Election | 18DCR0152 | Count 1 - tampering with an election record; Count 2 - unlawfully accepting a cash contribution; Count 3 - unlawfully accepting a cash contribution | 3 | 4/26/2018 | P.C. 37.10; E.C. 253.033 |
| Jefferson/ Chambers | Ray Elliott Beck | Bribery, unlawfully accepting a cash contribution | 2016 General Election | 18DCR0153 | Count 1 - unlawfully accepting a cash contribution; Count 2 - failure to return a political contribution | 2 | 4/26/2018 | E.C. 253.033; 254.034 |
| Jefferson/ Chambers | Joseph Sterling Stevenson | Bribery, unlawfully accepting a cash contribution | 2016 Democratic Primary Election | 18DCR0154 | Unlawfully accepting a cash contribution | 1 | 4/26/2018 | E.C. 253.033 |
| Hidalgo | Marcela Gutierrez | Unlawfully assisting/influencing voters; illegal voting | 2016 City of Hidalgo Runoff Election | CR-18-08298-G; CR-18-08299-G; CR-18-08300-G; CR-18-08301-G; CR-18-08302-G; CR-18-08303-G; CR-18-08304-G; CR-18-08305-G; CR-18-08306-G; CR-18-08307-G | Misdemeanor cases 1-10 - Unlawfully Assisting/influencing Voters; Felony count 1 - Illegal Voting | 11 | 6/1/2018 | E.C. 64.036; 64.012 |
| Hidalgo | Sara Ornelas | Unlawfully assisting/influencing voters | 2016 City of Hidalgo Runoff Election | CR-18-08296-A; CR-18-08297-A; CR-18-08170-A | Counts 1-3 - unlawfully assisting/influencing voters | 3 | 5/31/2018 | E.C. 64.036 |
| Hidalgo | Sylvia Arjona | Unlawfully assisting/influencing voters | 2016 City of Hidalgo Runoff Election | CR-18-08167-H; CR-18-08168-H; CR-18-08169-H; CR-18-08295-H | Counts 1-4 - unlawfully assisting/influencing voters | 4 | 5/31/2018 | E.C. 64.036 |
| Tarrant | Leticia Sanchez | Illegal Voting - voting another's ballot; Vote Harvesting/Mail Ballot Fraud False Statement on Mail Ballot Application | 2016 Democratic Primary Election | 1565416 | Count 1 - Illegal voting Counts 2-17 - False Statement on Mail Ballot Application | 17 | 10/10/2018 | E.C. 64.012 (a) 4; E.C. 84.0041 |
| Tarrant | Leticia Sanchez Tepichin | False Statement on Mail Ballot Application; Vote Harvesting/Mail Ballot Fraud | 2016 Democratic Primary Election | 1565415 | Counts 1-9 - False Statement on Mail Ballot Application | 9 | 10/10/2018 | E.C. 84.0041 |
| Tarrant | Maria Rosa Solis | False Statement on Mail Ballot Application; Vote Harvesting/Mail Ballot Fraud | 2016 Democratic Primary Election | 1565413 | Counts 1-2 - False Statement on Mail Ballot Application | 2 | 10/10/2018 | E.C. 84.0041 |
| Tarrant | Laura Parra | False Statement on Mail Ballot Application; Vote Harvesting/Mail Ballot Fraud | 2016 Democratic Primary Election | 1565155 | Counts 1 - False Statement on Mail Ballot Application | 1 | 10/10/2018 | E.C. 84.0041 |

CONFIDENTIAL

STATE112189

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | # Counts Charged | Date Charged | Statutes Violated |
|---|---|---|---|---|---|---|---|---|
| Navarro[c] | Marites Curry | Illegal Voting – Non-Citizen | 2016 Presidential Election | D38883-CR | Illegal Voting | 1 | 12/20/2018 | E.C. 64.012 |
| Harris[c] | Anthony Rodriguez | Election Fraud – False Statement to Election Official | 2018 General Election | 1629438 | Counts 1-2 – Election Fraud | 2 | 4/26/2019 | E.C. 276.013 |
| Hidalgo[c] | Ricardo Molina | Organized Election Fraud – Illegal Voting | 2017 City of Edinburg Election | CR-2056-19-A | Count 1 – Engaging in Organized Election Fraud Counts 2-12 – Illegal Voting | 12 | 6/6/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Dalia Molina | Organized Election Fraud – Illegal Voting | 2017 City of Edinburg Election | CR-2057-19-A | Count 1 – Engaging in Organized Election Fraud Counts 2-3 – Illegal Voting | 3 | 6/6/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Julio Carranza | Organized Election Fraud – Illegal Voting | 2017 City of Edinburg Election | CR-2058-19-A | Count 1 – Engaging in Organized Election Fraud Counts 2-3 – Illegal Voting | 3 | 6/6/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Araceli Gutierrez | Organized Election Fraud – Illegal Voting | 2017 City of Edinburg Election | CR-3349-19-A | Count 1 – Engaging in Organized Election Fraud Count 2 – Illegal Voting | 2 | 8/22/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Alyssa Cano | Illegal Voting | 2017 City of Edinburg Election | CR-3493-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo[c] | Belinda Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3343-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Brenda Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3344-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Crystal Lee Ponce | Illegal Voting | 2017 City of Edinburg Election | CR-3341-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Cynthia Tamez | Illegal Voting | 2017 City of Edinburg Election | CR-3339-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |

CONFIDENTIAL

STATE112190

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | # Counts Charged | Date Charged | Statute Violated |
|--------|-----------|------------|-------------------|--------------|-----------|------------------|--------------|------------------|
| Hidalgo[c] | Daniel Castillo | Illegal Voting | 2017 City of Edinburg Election | CR-3494-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo[c] | Felisha Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3346-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Francisco Tamez, Jr. | Illegal Voting | 2017 City of Edinburg Election | CR-3348-19-A | Counts 1-2 - Illegal Voting | 2 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Guadalupe Garza | Illegal Voting | 2017 City of Edinburg Election | CR-3342-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Jose Martinez | Illegal Voting | 2017 City of Edinburg Election | CR-3347-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Jose Vela | Illegal Voting | 2017 City of Edinburg Election | CR-3491-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo[c] | Ludivina Leal | Illegal Voting | 2017 City of Edinburg Election | CR-3492-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo[c] | Maria Aleman | Illegal Voting | 2017 City of Edinburg Election | CR-3338-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Rosendo Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3345-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Ruby Tamez | Illegal Voting | 2017 City of Edinburg Election | CR-3340-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Veronica Vela Saenz | Illegal Voting | 2017 City of Edinburg Election | CR-3337-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Guadalupe | Stan "Stosh" Boyle | Tampering with Government Record - Application for Candidacy - Felony Conviction/Ineligible for Office | 2017 City of Cibolo Election; 2019 City of Cibolo Election | 19-2108-CR-C; CCL-19-0809 | 1 count of Aggravated Perjury, 1 count of Tampering w/Government Record with Intent to Defraud, 1 count of Tampering with a Government Record | 3 | 9/5/19; 7/26/19 | P.C. 37.03; P.C. 37.10 |
| Limestone[c] | Kelly Reagan Brunner | Voter Registration Fraud - Vote Harvesting | 2020 Presidential Election | 15126-A | 67 counts Purportedly Acting as Agent (F3), 67 counts Election Fraud (SJF) | 134 | 10/21/2020 | E.C. 13.006; 276.013 |

CONFIDENTIAL

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | # Counts Charged | Date Charged | Statute Violated |
|---|---|---|---|---|---|---|---|---|
| Medina/ Bandera[a] | Eva Ann Martinez | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-022 | 1 count Engaging in Organized Election Fraud (F1); 9 counts Illegal Voting (F2); 15 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 3 counts Purportedly Acting as an Agent (F3); 5 counts Tampering Government Document w/Intent to Harm or Defraud (SJF); 14 counts Election Fraud Enhanced (SJF); 4 counts Fraudulent Use of Mail Ballot Application Enhanced (F3); 13 counts Unlawfully Assisting Voter Voting Ballot by Mail Enhanced (F3) | 64 | 2/9/2021 | E.C. 276.011; E.C. 64.012; E.C. 86.006; E.C. 13.006; P.C. 37.10; E.C. 276.013; E.C. 84.0041; E.C. 86.010 |
| Medina/ Bandera[a] | Leonor Rivas Garza | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-019 | 1 count Engaging in Organized Election Fraud (F1); 2 counts Illegal Voting (F2); 8 counts of Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 2 counts Election Fraud Enhanced (SJF); 5 counts Fraudulent Use of Mail Ballot Application Enhanced (F3) | 18 | 2/9/2021 | E.C. 276.011; E.C. 64.012; E.C. 86.006; E.C. 276.013; E.C. 84.0041 |
| Medina/ Bandera[a] | Mary Jane Balderrama | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-020 | 1 count Engaging in Organized Election Fraud (F1); 9 counts Illegal Voting (F2); 2 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 1 count Fraudulent Use of Mail Ballot Application Enhanced (F3); 2 Counts Unlawfully Assisting Voter Voting Ballot by Mail Enhanced (F3); 2 counts Tampering w/Government Document with Intent to Harm or Defraud (SJF); 8 counts Election Fraud Enhanced (SJF) | 25 | 2/9/2021 | E.C. 276.011; E.C. 64.012; E.C. 86.006; P.C. 37.10; E.C. 276.013; E.C. 84.0041; E.C. 86.010 |
| Medina/ Bandera[a] | Tomas Ramirez | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-021 | 1 count Engaging in Organized Election Fraud (F1); 17 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 17 counts Unlawfully Assisting Voter Voting Ballot by Mail Enhanced (F3) | 35 | 2/9/2021 | E.C. 276.011; E.C. 86.006; E.C. 86.010 |
| Victoria | Monica Mendez | Vote Harvesting, Assistance Fraud, Illegal Voting, Election Fraud | 2018 Victoria Co Water District Election | 21-06-32996-A | 3 counts Illegal Voting (F2); 7 counts Unlawful Possession of Vote by Mail Enhanced (F3); 8 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 8 counts Election Fraud Enhanced (SJF) | 26 | 7/15/2021 | E.C. 64.012; E.C. 86.006; E.C. 86.010; E.C. 276.013 |
| Bexar/ Kendall[a] | Rachel "Raquel" Rodriguez | Vote Harvesting, Assistance Fraud, Illegal Voting, Election Fraud | 2020 Presidential Election | 8231; 21-078-CR | 1 count Illegal Voting (F2); 1 count Unlawful Possession of Ballot w/ intent to defraud, victim over 65 (SJF); 1 count Unlawful Assistance (Cl A); 1 count Election Fraud (Cl A) | 4 | 3/1/2021 | E.C. 64.012; E.C. 86.006; E.C. 64.036; E.C. 276.013 |
| Harris/ Montgomery[a] | Hervis Earl Rogers | Illegal Voting | 2020 Primary Election; 2018 General and Special Elections | 21-06-08801-CR | 2 counts Illegal Voting (F2) | 2 | 6/24/2021 | E.C. 64.012 |

Information as of 7/15/2022

**CONFIDENTIAL**

STATE112192

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County[a] | Defendant | Offense(s) | Election Involved | Cause Number | Charge(s) | # Counts Charged | Date Charged | Statutes Violated |
|---|---|---|---|---|---|---|---|---|
| Harris/ Montgomery[a] | Ignacio Gonzalez Beltran | Illegal Voting - Impersonation of a U.S. Citizen, Document Fraud; ref'd by Diplomatic Security Services - U.S. State Dept. | Multiple Elections | 21-06-08808 | 4 counts Illegal Voting (F2) | 4 | 6/24/2021 | E.C. 64.012 |
| Nolan[c] | Kenneth Ray Teaff | Fraudulent Use of Ballot Application - Deceased Voter Impersonation, Tampering with Gov't Record | 2020 Presidential Election | 13853; 13854 | 1 count Fraudulent Use of Application for Ballot by Mail, enhanced (F3); 1 count Tampering with Gov't Record (SJF) | 2 | 8/17/2021 | E.C. 84.0041; P.C. 37.10 |
| Hildago | Bianca Moron | Illegal Voting | 2019 City of La Villa Municpal Election | CR-1890-22-H | 1 count Illegal Voting (F2) | 1 | 4/28/2022 | E.C. 64.012 |
| Hildago | Roberto Alonzo Perez | Illegal Voting | 2019 City of La Villa Municpal Election | CR-1888-22-H | 1 count Illegal Voting (F2) | 1 | 4/28/2022 | E.C. 64.012 |
| Hildago | Anabel Rios | Illegal Voting | 2019 City of La Villa Municpal Election | CR-1889-22-H | 1 count Illegal Voting (F2) | 1 | 4/28/2022 | E.C. 64.012 |

| | | |
|---|---|---|
| **Total Counts/ Offenses Pending Prosecution** | **413** | |

| Number of offenses related to cases involving: | | |
|---|---|---|
| | Mail Ballot Fraud | 287 | 69% |
| | Assistance Fraud | 18 | 4% |
| | Illegal Voting | 70 | 17% |

[a] County offense occurred/County offense prosecuted. | [b] Investigated by local law enforcement and referred to OAG for prosecution | [c] Prosecuted by or with assistance of local district/county attorney.

**This document is not a summary of all election violations in this state. This document does not record or report offenses handled exclusively by local law enforcement, district or county attorneys, and federal authorities. This document only reflects cases investigated and/or prosecuted by the OAG.**

CONFIDENTIAL

STATE112193

# Alabama

www.alabamavotes.gov/

## Federal Election Deadlines

|  | General Election<br>November 8, 2022 |
|---|---|
| Registration | Postmarked by<br>October 24, 2022 |
| Ballot Request | Received by<br>November 1, 2022 |
| Ballot Return | Postmarked by*<br>November 8, 2022 |

*Postmarked ballots must still be received by the 7th day after the election.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

## Important information

| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
|---|---|
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| What is a runoff election? | A runoff election is an election held if the state requires a candidate to receive a certain percentage of the votes in order to advance to a general election or take public office. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | No. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | No. |

| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://myinfo.alabamavotes.gov/voterview |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/alabama |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| Section 1 | Select the category that best describes you.

Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.

Your date of birth is required.

You must provide **either** an Alabama-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Alabama-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your |

absentee ballot online, you must provide your email address.

| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online".

B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You **must mail** your signed FPCA to your election official. Addresses can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the state absentee ballot by **mail** or **online\***.

Contact information can be found in the "Local Election Offices" section. If you do not have access to a fax machine to fax your election official directly, you may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the

**STATE115061**

general election ballot. Additional information about this label can be found in the "Important Information" section.

**\*Online only if you requested your absentee ballot by email or online and are located outside the territorial limits of the United States. Instructions for this option will be provided when your state absentee ballot is transmitted to you electronically.**

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

You **must** be registered to vote and have already requested a state absentee ballot in order to use the Federal Write-In Absentee Ballot (FWAB).

You can use the FWAB to vote in all elections for federal, state and local offices, including ballot measures.

## Complete the following sections of the FWAB's voter information page

| Section 1 | Select the category that best describes you. |
| --- | --- |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide **either** an Alabama-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Alabama-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official |

can contact you if they need additional information from you in order to accept your FWAB.

| Section 5 | A. Do not check "Yes" or "No." **The FWAB cannot be used for voter registration or as a ballot request.** |
| --- | --- |
| | B. Do not make a selection. If you want to receive voting materials you must submit an FPCA to your election office. |
| | C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. |
| | **This form must have two witness signatures.** |
| Section 7 | Sign and date the form. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

If you are voting in Alabama's primary election, please note that the **primary** is Ranked Choice Voting for federal offices. You will be able to rank federal candidates in order of preference. Since there may be more than one candidate registered as affiliated with a political party or group in each race, to make sure your ballot can be counted, it is important that you write the candidate name and NOT the political party or group. For more information, visit http://www.alabamavotes.gov/.

## How and where to submit your FWAB

The FWAB **must be mailed** to your election official. Addresses can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official. Overseas Uniformed Service members can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about

this label can be found in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

# Local election offices for county

| County | Mailing Address |
|--------|-----------------|
| Autauga | Autauga County Absentee Elections Manager<br>134 N Court St.<br>Prattville, AL 36067<br>Phone: 334-358-6808<br>Email: debra.hill@alacourt.gov |
| Baldwin | Baldwin County Circuit Clerk<br>312 Courthouse Square, Ste 10<br>Bay Minette, AL 36507<br>Phone: 251-937-0379<br>Email: absentee.elections@baldwincountyal.gov |
| Barbour | Barbour County Absentee Elections Manager<br>303 East Broad Street Room 201<br>Eufaula, AL 36027<br>Phone: 334-689-2713<br>Email: paige.smith@alacourt.gov |
| Bibb | Bibb County Absentee Elections Manager<br>35 Court Square East<br>Centreville, AL 35042<br>Phone: 205-926-3103<br>Email: kayla.cooner@alacourt.gov |
| Blount | Blount County Circuit Clerk<br>220 2nd Ave, Ste 208<br>Oneonta, AL 35121<br>Phone: 205-625-4153<br>Email: droybal@blountcountyal.gov |
| Bullock | Bullock County Circuit Clerk<br>PO Box 230<br>Union Springs, AL 36089<br>Phone: 334-738-2280<br>Email: rashawn.harris@alacourt.gov |
| Butler | Butler County Circuit Clerk<br>PO Box 236<br>Greenville, AL 36037<br>Phone: 334-382-3521<br>Email: mattie.gomillion@alacourt.gov |
| Calhoun | Calhoun County Absentee Elections Manager<br>1702 Noble St., Suite 111<br>Anniston, AL 36201<br>Phone: 256-241-2822<br>Email: splatt@calhouncounty.org |
| Chambers | Chambers County Circuit Clerk<br>2 Lafayette Street S, Ste B-114<br>Lafayette, AL 36862<br>Phone: 334-864-4348<br>Email: lisa.burdette@alacourt.gov |
| Cherokee | Cherokee County Circuit Clerk<br>100 Main Street, Room 203<br>Centre, AL 35960<br>Phone: 256-927-3637<br>Email: dwayne.amos@alacourt.gov |
| Chilton | Chilton County Circuit Clerk<br>PO Box 1946<br>Clanton, AL 35046<br>Phone: 205-755-4275<br>Email: glenn.mcgriff@alacourt.gov |
| Choctaw | Choctaw County Circuit Clerk<br>117 S Mulberry St Ste 10<br>Butler, AL 36904<br>Phone: 205-459-2155<br>Email: candace.jenkins@alacourt.gov |
| Clarke | Clarke County Circuit Court<br>PO Box 921<br>Grove Hill, AL 36451<br>Phone: 251-275-3363<br>Email: summer.padgett@alacourt.gov |

STATE115063

**Alabama**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Clay** | Clay County Circuit Clerk<br>PO Box 816<br>Ashland, AL 36251<br>Phone: 256-354-7926<br>Email: julie.poe@alacourt.gov | **Etowah** | Etowah County Circuit Clerk<br>801 Forrest Avenue, Suite 202<br>Gadsen, AL 35901<br>Phone: 256-549-2174<br>Phone: 256-549-5355<br>Email: cassandra.johnson@alacourt.gov |
| **Cleburne** | Cleburne County Circuit Clerk<br>120 Vickery Street, Room 202<br>Heflin, AL 36264<br>Phone: 256-463-2651<br>Email: warreng.sarrell@alacourt.gov | **Fayette** | Fayette County Circuit Clerk<br>PO Box 906<br>Fayette, AL 35555<br>Phone: 205-932-4617<br>Email: samantha.howard@alacourt.gov |
| **Coffee** | Coffee County Absentee Elections Manager<br>PO Box 427<br>New Brockton, AL 36351<br>Phone: 334-894-1100<br>Email: debbie.kinsaul@vote.alabama.gov | **Franklin** | Franklin County Circuit Clerk<br>PO Box 160<br>Russellville, AL 35653<br>Phone: 256-332-8865<br>Email: anita.scott@alacourt.gov |
| **Colbert** | Colbert County Circuit Clerk<br>PO Box 740370<br>Tuscumbia, AL 35674<br>Phone: 256-386-8511<br>Email: mark.eady@alacourt.gov | **Geneva** | Geneva County Circuit Clerk<br>PO Box 86<br>Geneva, AL 36340<br>Phone: 334-684-5620<br>Email: gale.laye@alacourt.gov |
| **Conecuh** | Conecuh County Circuit Clerk<br>111 Court Street Room 203<br>Evergreen, AL 36401<br>Phone: 251-578-7012<br>Email: david.jackson@alacourt.gov | **Greene** | Greene County Circuit Clerk<br>PO Box 307<br>Eutaw, AL 35462<br>Phone: 205-372-3598<br>Email: veronica.jones@alacourt.gov |
| **Coosa** | Coosa County Judge of Probate<br>PO Box 218<br>Rockford, AL 35136<br>Phone: 256-377-4919 x1<br>Phone: 256-377-4919 x2<br>Email: CoosaCountyProbate@outlook.com | **Hale** | Hale County Circuit Clerk<br>PO Box 69<br>Greensboro, AL 36744<br>Phone: 334-624-4334<br>Email: catrinna.perry@alacourt.gov |
| **Covington** | Covington County Circuit Clerk<br>1-K North Court Square<br>Andalusia, AL 36420<br>Phone: 334-428-2520<br>Email: amy.jones@alacourt.gov | **Henry** | Henry County Circuit Clerk<br>101 Court Square, Suite J<br>Abbeville, AL 36310<br>Phone: 334-585-2753<br>Email: shirlene.vickers@alacourt.gov |
| **Crenshaw** | Crenshaw County Absentee Elections Manager<br>P.O. Box 263<br>Luverne, AL 36049<br>Phone: 334-335-6568<br>Email: s.berry@vote.alabama.gov | **Houston** | Houston County Circuit Clerk<br>PO Drawer 6406<br>Dothan, AL 36302<br>Phone: 334-671-8700<br>Email: carla.woodall@alacourt.gov |
| **Cullman** | Cullman County Circuit Clerk<br>500 Second Ave SW, Room 303<br>Cullman, AL 35055<br>Phone: 256-775-4654<br>Email: lisa.mcswain@alacourt.gov | **Jackson** | Jackson County Circuit Clerk<br>PO Box 459<br>Scottsboro, AL 35768<br>Phone: 256-574-9380<br>Email: bart.buchanan@alacourt.gov |
| **Dale** | Dale County Circuit Clerk<br>PO Box 1350<br>Ozark, AL 36361<br>Phone: 334-774-5003<br>Email: delores.woodham@alacourt.gov | **Jefferson - Bessemer** | Jefferson - Bessemer County Circuit Clerk<br>1851 2nd Ave. N.<br>Bessemer, AL 35020<br>Phone: 205-497-8510<br>Email: karen.dunnburks@alacourt.gov |
| **Dallas** | Dallas County Circuit Clerk<br>PO Box 327<br>Selma, AL 36702<br>Phone: 334-874-2536<br>Email: lynnethia.robinson@alacourt.gov | **Jefferson - Birmingham** | Jefferson - Birmingham County Circuit Clerk<br>716 Richard Arrington Jr. Blvd N, Room 500<br>Birmingham, AL 35203-0102<br>Phone: 205-325-5313<br>Email: jackie.smith@alacourt.gov |
| **DeKalb** | DeKalb County Circuit Clerk<br>PO Box 681149<br>Fort Payne, AL 35968<br>Phone: 256-845-8525<br>Email: todd.greeson@alacourt.gov | **Lamar** | Lamar County Circuit Clerk<br>PO Box 434<br>Vernon, AL 35592<br>Phone: 205-695-7193<br>Email: mary.jones@alacourt.gov |
| **Elmore** | Elmore County Circuit Clerk<br>PO Box 310<br>Wetumpka, AL 36092<br>Phone: 334-514-3116<br>Email: michael.dozier@alacourt.gov | **Lauderdale** | Lauderdale County Circuit Clerk<br>PO Box 795<br>Florence, AL 35631<br>Phone: 256-760-5728<br>Email: missy.homan@alacourt.gov |
| **Escambia** | Escambia County Circuit Clerk<br>PO Box 856<br>Brewton, AL 36427<br>Phone: 251-867-0225 x225<br>Email: john.fountain@alacourt.gov | **Lawrence** | Lawrence County Circuit Clerk<br>14451 Market Street, Suite 300<br>Moulton, AL 35650<br>Phone: 256-974-2438<br>Email: sandra.ligon@alacourt.gov |

**STATE115064**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Lee** | Lee County Circuit Clerk<br>PO Box 1616<br>Opelika, AL 36803<br>Phone: 334-737-3490 | **Pike** | Pike County Circuit Clerk<br>120 West Church Street<br>Troy, AL 36081<br>Phone: 334-566-5113<br>Email: jamie.scarbrough@alacourt.gov |
| **Limestone** | Limestone County Circuit Clerk<br>200 Washington Street W.<br>Athens, AL 35611<br>Phone: 256-216-3875<br>Email: brad.curnutt@alacourt.gov | **Randolph** | Randolph County Circuit Clerk<br>PO Box 328<br>Wedowee, AL 36278<br>Phone: 256-357-4551<br>Email: Chris.May@alacourt.gov |
| **Lowndes** | Lowndes County Absentee Elections Manager<br>PO Box 235<br>Hayneville, AL 36040<br>Phone: 334-201-1213<br>Email: Johnniekng55@gmail.com | **Russell** | Russell County Circuit Clerk<br>501 14th Street<br>Phenix City, AL 36867<br>Phone: 334-298-0516 x2343<br>Email: jody.sellers@alacourt.gov |
| **Macon** | Macon County Circuit Clerk<br>PO Box 830723<br>Tuskegee, AL 36083<br>Phone: 334-724-2614<br>Email: david.love@alacourt.gov | **Shelby** | Shelby County Circuit Clerk<br>PO Box 1810<br>Columbiana, AL 35051<br>Phone: 205-669-3779<br>Email: mary.harris@alacourt.gov |
| **Madison** | Madison County Circuit Clerk<br>1918 North Memorial Parkway<br>Huntsville, AL 35801<br>Phone: 256-532-3684<br>Email: debra.kizer@alacourt.gov | **St. Clair** | St. Clair County Circuit Clerk<br>1815 Cogswell Ave, Ste 205<br>Pell City, AL 35125<br>Phone: 205-884-2395 x3<br>Email: kcrowe@stclairco.com |
| **Marengo** | Marengo County Probate/AEM<br>PO Box 480668<br>Linden, AL 36748<br>Phone: 334-295-2210<br>Email: marengoprobate@gmail.com | **Sumter** | Sumter County Circuit Clerk<br>PO Box 936<br>Livingston, AL 35470<br>Phone: 205-652-2333<br>Email: devon.james@alacourt.gov |
| **Marion** | Marion County Circuit Clerk<br>PO Box 1595<br>Hamilton, AL 35570<br>Phone: 205-921-7451<br>Email: Denise.Mixon@alacourt.gov | **Talladega** | Talladega County Circuit Clerk<br>PO Box 6137<br>Talladega, AL 35161<br>Phone: 256-761-2102 x1208<br>Email: brian.york@alacourt.gov |
| **Marshall** | Marshall County Circuit Clerk<br>424 Blount Avenue, Suite 201<br>Guntersville, AL 35976<br>Phone: 256-571-7790<br>Email: angie.johnson@alacourt.gov | **Tallapoosa** | Tallapoosa County Circuit Clerk<br>125 N Broadnax St<br>Dadeville, AL 36853<br>Phone: 256-825-1059<br>Email: patrick.craddock@alacourt.gov |
| **Mobile** | Mobile County Absentee Elections Manager<br>PO Box 7<br>Mobile, AL 36601<br>Phone: 251-574-6400<br>Email: abarnett@mobile-county.net | **Tuscaloosa** | Tuscaloosa County Circuit Clerk<br>714 Greensboro Avenue Rm 214<br>Tuscaloosa, AL 35401<br>Phone: 205-464-8259<br>Email: magaria.bobo@alacourt.gov |
| **Monroe** | Monroe County Circuit Clerk<br>65 North Alabama Avenue<br>Monroeville, AL 36460<br>Phone: 251-743-2283<br>Email: wesley.hines@alacourt.gov | **Walker** | Walker County Circuit Clerk<br>1803 3rd Ave Ste 205<br>Jasper, AL 35501<br>Phone: 205-384-7025<br>Email: susan.odom@alacourt.gov |
| **Montgomery** | Montgomery County Circuit Clerk<br>PO Box 1667<br>Montgomery, AL 36102<br>Phone: 334-832-1281<br>Email: gina.ishman@alacourt.gov | **Washington** | Washington County Circuit Clerk<br>PO Box 548<br>Chatom, AL 36518<br>Phone: 251-847-2239<br>Email: valerie.knapp@alacourt.gov |
| **Morgan** | Morgan County Circuit Clerk<br>PO Box 668<br>Decatur, AL 35602<br>Phone: 256-351-4794<br>Email: chris.priest@alacourt.gov | **Wilcox** | Wilcox County Circuit Clerk<br>PO Box 608<br>Camden, AL 36726<br>Phone: 334-682-6313<br>Email: carolyn.posey@alacourt.gov |
| **Perry** | Perry County Circuit Clerk<br>PO Box 508<br>Marion, AL 36756<br>Phone: 334-683-6106<br>Email: mia.turner@alacourt.gov | **Winston** | Winston County Circuit Clerk<br>PO Box 220<br>Double Springs, AL 35553<br>Phone: 205-489-5533<br>Email: john.snoddy@alacourt.gov |
| **Pickens** | Pickens County Circuit Clerk<br>PO Box 418<br>Carrollton, AL 35447<br>Phone: 205-367-2050<br>Email: keith.cox@alacourt.gov | | |

STATE115065

# Florida

www.dos.myflorida.com/elections/

## Federal Election Deadlines

|  | State Primary<br>August 23, 2022 | General Election<br>November 8, 2022 |
|---|---|---|
| Registration | Postmarked by<br>July 25, 2022 | Postmarked by<br>October 11, 2022 |
| Ballot Request | Request Mail Ballot: Received by<br>August 13, 2022<br>Request Email/Online or Fax Ballot:<br>Received by<br>August 23, 2022 | Request Mail Ballot: Received by<br>October 29, 2022<br>Request Email/Online or Fax Ballot: Received<br>by<br>November 8, 2022 |
| Ballot Return | Within the U.S.<br>Return by Mail: Received by<br>August 23, 2022<br>Outside the U.S.<br>Return by Mail: Postmarked by<br>August 23, 2022<br>Outside the U.S.<br>Return by Fax: Received by<br>August 23, 2022 | Within the U.S.<br>Return by Mail: Received by<br>November 8, 2022<br>Outside the U.S.<br>Return by Mail: Postmarked by*<br>November 8, 2022<br>Outside the U.S.<br>Return by Fax: Received by<br>November 8, 2022 |

*Ballot Return: Ballots must still be received by the 10th day after the election.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

## Important information

| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
|---|---|
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |

STATE115066

| | |
|---|---|
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | No. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | No. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://www.dos.myflorida.com/elections/for-voters/check-your-voter-status-and-polling-place/vote-by-mail-ballot-information-and-status-lookup/ |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/florida |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that best describes you.

Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.

Your date of birth is required.

You must provide your Florida driver license number **or** Florida-issued ID number **or** the last four digits of your Social Security Number. If you do not have any of these numbers you must enter in Section 6: "I do not have a Social Security Number, Florida driver license number, or Florida-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, or fax, you must provide your email address or fax number. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".

B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting |

STATE115067

| | |
|---|---|
| | an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

### How and where to submit your FPCA

If you are using the FPCA to **register to vote**, you **must mail** the form. Addresses can be found in the "Local Election Offices" section or online at FVAP.gov.

If you are already registered and are using the FPCA to **request** an absentee ballot, you can **mail, email** or **fax** your signed form to your election official. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

## Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines provided in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the state absentee ballot by **mail** or **fax\***.

Contact information can be found in the "Local Election Offices" section. If you do not have access to

a fax machine to fax your election official directly, you may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

**\*Fax only if you are outside of the U.S.**

## Haven't received your ballot? Use the Federal Write-In Absentee Ballot

You **must** be registered to vote and have already requested a state absentee ballot in order to use the Federal Write-In Absentee Ballot (FWAB).

You can use the FWAB to vote in all elections for federal, state and local offices.

### Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that best describes you.

Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.

Provide your Florida driver license number **or** Florida-issued ID number **or** the last four digits of your Social Security Number. If you do not have any of these numbers you must enter in Section 6: "I do not have a Social Security Number, Florida driver license number, or Florida-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional |

STATE115068

| | |
|---|---|
| | information from you in order to accept your FWAB. |
| Section 5 | A. Do not check "Yes" or "No." **The FWAB cannot be used for voter registration or as a ballot request.**<br><br>B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. |
| Section 7 | Sign and date the form. No witness signature required. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

## How and where to submit your FWAB

You can submit the FWAB by **mail** or **fax***. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**\*Fax only if you are outside the U.S.**

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

**Fax your FWAB:** *(fax only if you are outside of the U.S.)* Once your FWAB is complete, sign and date the "Voter Information" page. Fax the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, directly to your election official. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". You may

use the DoD Fax Service to fax your FWAB toll-free if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

STATE115069

# Local election offices for county

| County | Mailing Address |
|---|---|
| **Alachua** | Alachua Supervisor of Elections<br>515 N. Main St., Suite 300<br>Gainesville, FL 32601<br>Phone: 352-374-5252<br>Fax: 352-374-5264<br>Email: kbarton@alachuacounty.us |
| **Baker** | Baker Supervisor of Elections<br>PO Box 505<br>Macclenny, FL 32063<br>Phone: 904-259-6339<br>Fax: 904-259-2799<br>Email: vote@bakercountyfl.org |
| **Bay** | Bay County Supervisor of Elections<br>830 West 11th Street<br>Panama City, FL 32401<br>Phone: 850-784-6100<br>Fax: 850-767-3450<br>Email: absenteereg@bayvotes.org |
| **Bradford** | Bradford Supervisor of Elections<br>PO Box 58<br>Starke, FL 32091<br>Phone: 904-966-6266<br>Fax: 904-966-6165<br>Email: Bradsoe@bradfordcountyfl.gov |
| **Brevard** | Brevard Supervisor of Elections<br>PO Box 410819<br>Melbourne, FL 32941<br>Phone: 321-633-2127<br>Fax: 321-637-5460<br>Email: mailballot@votebrevard.gov |
| **Broward** | Broward Supervisor of Elections<br>115 S. Andrews Avenue, Room 102<br>Fort Lauderdale, FL 33301<br>Phone: 954-357-7050<br>Fax: 954-357-7033<br>Email: elections@browardvotes.gov |
| **Calhoun** | Calhoun Supervisor of Elections<br>20859 Central Avenue East, Room 117<br>Blountstown, FL 32424<br>Phone: 850-674-8568<br>Fax: 850-674-2449<br>Email: soe@votecalhoun.com |
| **Charlotte** | Charlotte Supervisor of Elections<br>226 Taylor Street, Unit 120<br>Punta Gorda, FL 33950<br>Phone: 941-833-5400<br>Fax: 941-833-5434<br>Email: soe@soecharlottecountyfl.gov |
| **Citrus** | Citrus Supervisor of Elections<br>PO Box 1870<br>Lecanto, FL 34460-1870<br>Phone: 352-564-7120<br>Fax: 352-564-7121<br>Email: vote@votecitrus.gov |
| **Clay** | Clay Supervisor of Elections<br>500 N. Orange Ave.<br>Green Cove Springs, FL 32043<br>Phone: 904-269-6350<br>Fax: 904-541-5343<br>Email: VBMrequests@clayelections.gov |
| **Collier** | Collier Supervisor of Elections<br>Rev Dr MLK Bldg, 3750 Enterprise Ave<br>Naples, FL 34104<br>Phone: 239-252-8683<br>Fax: 239-774-9468<br>Email: mailballot@CollierVotes.gov |

| County | Mailing Address |
|---|---|
| **Columbia** | Columbia Supervisor of Elections<br>971 W. Duval Street, Suite 102<br>Lake City, FL 32055<br>Phone: 386-758-1026<br>Fax: 386-758-2194<br>Email: election@votecolumbia.com |
| **DeSoto** | DeSoto Supervisor of Elections<br>201 East Oak Street, Suite 104<br>Arcadia, FL 34265<br>Phone: 863-993-4871<br>Fax: 863-993-4875<br>Email: mnegley@votedesoto.com |
| **Dixie** | Dixie Supervisor of Elections<br>229 NE 351 Hwy., Suite A<br>Cross City, FL 32628<br>Phone: 352-498-1216<br>Fax: 352-498-1218<br>Email: elections@dixievotes.com |
| **Duval** | Duval Supervisor of Elections<br>105 East Monroe Street<br>Jacksonville, FL 32202<br>Phone: 904-255-8683<br>Fax: 904-301-3867<br>Email: duvaluocava@coj.net |
| **Escambia** | Escambia Supervisor of Elections<br>PO Box 12601<br>Pensacola, FL 32591<br>Phone: 850-595-3900<br>Fax: 850-595-3914<br>Email: soe@escambiavotes.com |
| **Flagler** | Flagler Supervisor of Elections<br>1769 E. Moody Blvd., Building 2, Suite 101<br>Bunnell, FL 32110<br>Phone: 386-313-4170<br>Fax: 386-313-4171<br>Email: info@flaglerelections.com |
| **Franklin** | Franklin Supervisor of Elections<br>47 Avenue F<br>Apalachicola, FL 32320<br>Phone: 850-653-9520<br>Fax: 850-653-9092<br>Email: Heather@votefranklin.com |
| **Gadsden** | Gadsden Supervisor of Elections<br>16 South Madison Street<br>Quincy, FL 32351<br>Phone: 850-627-9910<br>Fax: 850-627-6144<br>Email: info@gadsdensoe.com |
| **Gilchrist** | Gilchrist Supervisor of Elections<br>112 South Main Street, Room 137<br>Trenton, FL 32693<br>Phone: 352-463-3194<br>Fax: 352-463-3196<br>Email: elections@gilchrist.fl.us |
| **Glades** | Glades Supervisor of Elections<br>PO Box 668<br>Moore Haven, FL 33471<br>Phone: 863-946-6005<br>Fax: 863-946-0313<br>Email: vote@voteglades.com |
| **Gulf** | Gulf Supervisor of Elections<br>401 Long Ave.<br>Port St Joe, FL 32456<br>Phone: 850-229-6117<br>Fax: 850-229-8975<br>Email: gulfsoe@votegulf.com |
| **Hamilton** | Hamilton Supervisor of Elections<br>1153 US Hwy 41 NW Suite 1<br>Jasper, FL 32052<br>Phone: 386-792-1426<br>Fax: 386-792-3205<br>Email: elect@hamiltonvotes.com |

STATE115070

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Hardee** | Hardee Supervisor of Elections<br>311 N. 6th Ave.<br>Wauchula, FL 33873<br>Phone: 863-773-6061<br>Fax: 863-773-6813<br>Email: email@hardeecountyelections.com | **Leon** | Leon Supervisor of Elections<br>PO Box 8600<br>Tallahassee, FL 32314-8600<br>Phone: 850-606-8683<br>Fax: 850-606-8602<br>Email: vbm@leonvotes.gov |
| **Hendry** | Hendry Supervisor of Elections<br>PO Box 174<br>LaBelle, FL 33975<br>Phone: 863-675-5230<br>Fax: 863-675-7803<br>Email: supervisor@hendryelections.org | **Levy** | Levy Supervisor of Elections<br>421 South Court Street<br>Bronson, FL 32621<br>Phone: 352-486-5163<br>Fax: 352-486-5146<br>Email: elections@votelevy.gov |
| **Hernando** | Hernando Supervisor of Elections<br>20 North Main Street, Room 165<br>Brooksville, FL 34601<br>Phone: 352-754-4125<br>Fax: 352-754-4425<br>Email: Elections@hernandovotes.com | **Liberty** | Liberty Supervisor of Elections<br>10818 NW SR 20<br>Bristol, FL 32321<br>Phone: 850-643-5226<br>Fax: 850-643-5648<br>Email: vote@libertyelections.com |
| **Highlands** | Highlands Supervisor of Elections<br>580 South Commerce Ave, Room A201<br>Sebring, FL 33871<br>Phone: 863-402-6655<br>Fax: 863-402-6657<br>Email: soe@votehighlands.com | **Madison** | Madison Supervisor of Elections<br>229 SW Pinckney St.<br>Madison, FL 32340<br>Phone: 850-973-6507<br>Fax: 850-973-3780<br>Email: hdriggers@votemadison.com |
| **Hillsborough** | Hillsborough Supervisor of Elections<br>2514 N. Falkenburg Rd.<br>Tampa, FL 33619<br>Phone: 813-744-5900<br>Fax: 813-612-4199<br>Email: votebymail@votehillsborough.gov | **Manatee** | Manatee Supervisor of Elections<br>600 301 Blvd. W., Suite 108<br>Bradenton, FL 34206<br>Phone: 941-741-3823<br>Fax: 941-741-8788<br>Email: info@votemanatee.gov |
| **Holmes** | Holmes Supervisor of Elections<br>201 North Oklahoma Street, Ste 102<br>Bonifay, FL 32425<br>Phone: 850-547-1107<br>Fax: 850-547-4168<br>Email: therisa@holmeselections.com | **Marion** | Marion Supervisor of Elections<br>PO Box 308<br>Ocala, FL 34478<br>Phone: 352-620-3290<br>Fax: 352-620-3286<br>Email: votebymail@votemarion.gov |
| **Indian River** | Indian River Supervisor of Elections<br>4375 43rd Avenue<br>Vero Beach, FL 32967<br>Phone: 772-226-4700<br>Fax: 772-770-5367<br>Email: votebymail@voteindianriver.gov | **Martin** | Martin Supervisor of Elections<br>135 SE Martin Luther King, Jr. Blvd.<br>Stuart, FL 34995<br>Phone: 772-288-5637<br>Fax: 772-288-5765<br>Email: elections@martinvotes.com |
| **Jackson** | Jackson Supervisor of Elections<br>2851 Jefferson Street<br>Marianna, FL 32448<br>Phone: 850-482-9652<br>Fax: 850-482-9102<br>Email: email@jacksoncountysoe.com | **Miami-Dade** | Miami-Dade Supervisor of Elections<br>PO Box 521250<br>Miami, FL 33152-1250<br>Phone: 305-499-8444<br>Fax: 305-499-8401<br>Email: votebymail@miamidade.gov |
| **Jefferson** | Jefferson Supervisor of Elections<br>1175 W. Washington St.<br>Monticello, FL 32344<br>Phone: 850-997-3348<br>Fax: 850-997-6958<br>Email: soe@jeffersoncountyfl.gov | **Monroe** | Monroe Supervisor of Elections<br>530 Whitehead Street, Suite 101<br>Key West, FL 33040<br>Phone: 305-292-3416<br>Fax: 305-292-3406<br>Email: info@keys-elections.org |
| **Lafayette** | Lafayette Supervisor of Elections<br>PO Box 76<br>Mayo, FL 32066<br>Phone: 386-294-1261<br>Fax: 386-294-2164<br>Email: travis@lafayettevotes.com | **Nassau** | Nassau Supervisor of Elections<br>96135 Nassau Place, Suite 3<br>Yulee, FL 32097<br>Phone: 904-491-7500<br>Fax: 904-432-1417<br>Email: info@votenassau.com |
| **Lake** | Lake Supervisor of Elections<br>PO Box 457<br>Tavares, FL 32778<br>Phone: 352-343-9734<br>Fax: 352-253-1422<br>Email: mailballots@lakevotes.com | **Okaloosa** | Okaloosa Supervisor of Elections<br>302 Wilson St N., Suite 102<br>Crestview, FL 32536<br>Phone: 850-689-5600<br>Fax: 850-689-5644<br>Email: plux@myokaloosa.com |
| **Lee** | Lee Supervisor of Elections<br>PO Box 2545<br>Fort Myers, FL 33902<br>Phone: 239-533-8683<br>Fax: 239-533-6322<br>Email: votebymail@lee.vote | **Okeechobee** | Okeechobee Supervisor of Elections<br>304 NW 2nd Street, Rm 144<br>Okeechobee, FL 34972<br>Phone: 863-763-4014<br>Fax: 863-763-0152<br>Email: SOE@voteokeechobee.com |

STATE115071

**Florida**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Orange** | Orange Supervisor of Elections<br>PO Box 562003<br>Orlando, FL 32856-2003<br>Phone: 407-836-8683<br>Fax: 407-254-6577<br>Email: vbmrequest@ocfelections.gov | **St. Johns** | St. Johns Supervisor of Elections<br>4455 Avenue A, Suite 101<br>St. Augustine, FL 32095<br>Phone: 904-823-2238<br>Fax: 904-823-2249<br>Email: elections@votesjc.gov |
| **Osceola** | Osceola Supervisor of Elections<br>2509 E Irlo Bronson Memorial Hwy<br>Kissimmee, FL 34744<br>Phone: 407-742-6000<br>Fax: 407-742-6179<br>Email: vbm@voteosceola.com | **St. Lucie** | St. Lucie Supervisor of Elections<br>4132 Okeechobee Rd<br>Fort Pierce, FL 34947<br>Phone: 772-462-1500<br>Fax: 772-462-1534<br>Email: votebymail@slcelections.com |
| **Palm Beach** | Palm Beach Supervisor of Elections<br>240 South Military Trail<br>West Palm Beach, FL 33415<br>Phone: 561-656-6200<br>Fax: 561-656-6287<br>Email: info@pbcelections.org | **Sumter** | Sumter County Supervisor of Elections<br>316 E. Anderson Ave.<br>Bushnell, FL 33513<br>Phone: 352-569-1540<br>Fax: 352-569-1541<br>Email: electioninfo@sumtercountyfl.gov |
| **Pasco** | Pasco Supervisor of Elections<br>PO Box 300<br>Dade City, FL 33526-0300<br>Phone: 800-851-8754<br>Fax: 352-521-4127<br>Email: vbm@pascovotes.gov | **Suwannee** | Suwannee Supervisor of Elections<br>302 Pine Avenue SW<br>Live Oak, FL 32064<br>Phone: 386-362-2616<br>Fax: 386-364-5185<br>Email: suwanneesoe@suwanneevotes.com |
| **Pinellas** | Pinellas Supervisor of Elections<br>13001 Starkey Road<br>Largo, FL 33773<br>Phone: 727-464-8683<br>Fax: 727-464-7636<br>Email: election@votePinellas.gov | **Taylor** | Taylor Supervisor of Elections<br>433 U.S. 19 N<br>Perry, FL 32347<br>Phone: 850-838-3515<br>Fax: 850-838-3516<br>Email: taylorelections@gtcom.net |
| **Polk** | Polk Supervisor of Elections<br>250 South Broadway Avenue<br>Bartow, FL 33831<br>Phone: 863-534-5888<br>Fax: 863-845-2719<br>Email: votebymail@polkelections.com | **Union** | Union Supervisor of Elections<br>175 West Main Street<br>Lake Butler, FL 32054<br>Phone: 386-496-2236<br>Fax: 386-496-1535<br>Email: debbie.osborne@unionflvotes.com |
| **Putnam** | Putnam Supervisor of Elections<br>2509 Crill Ave, Suite 900<br>Palatka, FL 32177<br>Phone: 386-329-0224<br>Fax: 386-329-0455<br>Email: electionsoffice@putnam-fl.com | **Volusia** | Volusia Supervisor of Elections<br>1750 S. Woodland Blvd.<br>DeLand, FL 32720<br>Phone: 386-736-5930<br>Fax: 386-822-5715<br>Email: elections@volusia.org |
| **Santa Rosa** | Santa Rosa Supervisor of Elections<br>6495 Caroline Street, Suite F<br>Milton, FL 32570<br>Phone: 850-983-1900<br>Fax: 850-983-1829<br>Email: villane@santarosa.fl.gov | **Wakulla** | Wakulla Supervisor of Elections<br>PO Box 305<br>Crawfordville, FL 32326<br>Phone: 850-926-7575<br>Fax: 850-926-8104<br>Email: wakullacountysoe@wakullaelection.com |
| **Sarasota** | Sarasota Supervisor of Elections<br>P.O. Box 4194<br>Sarasota, FL 34230<br>Phone: 941-861-8618<br>Fax: 941-861-8617<br>Email: votebymail@sarasotavotes.com | **Walton** | Walton Supervisor of Elections<br>571 US Hwy 90 E<br>DeFuniak Springs, FL 32433<br>Phone: 850-892-8112<br>Fax: 850-892-8113<br>Email: BBeasley@votewalton.com |
| **Seminole** | Seminole Supervisor of Elections<br>1500 East Airport Blvd.<br>Sanford, FL 32773<br>Phone: 407-585-8683<br>Fax: 407-708-7705<br>Email: Elections@VoteSeminole.org | **Washington** | Washington Supervisor of Elections<br>1331 South Blvd, Suite 900<br>Chipley, FL 32428<br>Phone: 850-638-6230<br>Fax: 850-638-6238<br>Email: crudd@wcsoe.org |

STATE115072

This page intentionally left blank.

STATE115073

# Georgia

sos.ga.gov/

## Federal Election Deadlines

| | General Election<br>November 8, 2022 | General Runoff<br>December 6, 2022 |
|---|---|---|
| Registration | By Mail, Email or Fax: Received by<br>October 11, 2022 | By Mail, Email or Fax: Received by<br>November 7, 2022 |
| Ballot Request | Received by<br>October 28, 2022 | Received by<br>November 25, 2022 |
| Ballot Return | Postmarked by*<br>November 8, 2022 | Postmarked by*<br>December 6, 2022 |

*Ballot Return: Ballots must still be received by the 3rd day after the election.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

**STATE115074**

# Important information

| | |
|---|---|
| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| What is a runoff election? | A runoff election is an election held if the state requires that a candidate receive a certain percentage of the votes in order to advance to a general election or take public office. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | A U.S. citizen who has never resided in the U.S. and has a parent or legal guardian who was last registered in Georgia, is eligible to vote in Georgia. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | No. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: http://www.mvp.sos.ga.gov/MVP/mvp.do |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/georgia |

STATE115075

**Georgia**

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that best describes you. |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide your Georgia driver's license number **or** Georgia-issued ID number. If you do not have either of these numbers, provide the last four digits of your Social Security Number. If you do not have any of these numbers, you must enter in Section 6: "I do not have a Social Security Number, Georgia driver's license, or Georgia-issued ID number". |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, you must provide your email address. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online". |
| | B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by **mail, email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

With your ballot package, you will receive a primary/general election ballot and a ranked-choice runoff ballot. Follow the instructions included in your ballot package to vote and return your ballot. The primary/general election ballot must be returned according to the applicable deadlines provided in the "Federal Election Deadlines" chart for the State Primary or

**STATE115076**

General Election. The ranked-choice runoff ballot must be returned according to the applicable deadlines for the Primary Runoff or General Runoff. For special federal elections, visit FVAP.gov for specific deadlines.

The state absentee ballot **must be mailed** to your election official. The address of your election official can be found in the "Local Election Offices" section. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

The Federal Write-In Absentee Ballot (FWAB) can be used to register to vote. If you are using the FWAB to register to vote, it **must** be received by the registration deadline listed in the "Federal Election Deadlines" chart.

You can use the FWAB to vote in federal, state and local elections, including ballot measures.

## Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that best describes you. |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide your Georgia driver's license number **or** Georgia-issued ID number. If you do not have either of these numbers, provide the last four digits of your Social Security Number. If you do not have any of these numbers, you must enter in Section 6: "I do not have a Social Security Number, Georgia driver's license, or Georgia-issued ID number". |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to |

| | |
|---|---|
| | describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. If you want to receive your absentee ballot by email or online, you must provide your email address. |
| Section 5 | A. Check "Yes" if you would like to register to vote, otherwise check "No." You cannot use this form to request a ballot. |
| | B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online". |
| | C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

In runoff elections where a federal candidate appears on the ballot, you can use the FWAB for Ranked Choice Voting. Ranked Choice Voting is only allowed for use in runoff elections where a federal candidate appears on the runoff ballot. When using a FWAB, you should indicate your order of preference on the Official Backup Ballot page for each candidate for each office to be voted on in a runoff, by writing the name and offices of candidates you wish to vote for and their rank. Place a numeral "1" next to the name of the candidate who is your first choice, the numeral "2" next to the name of the candidate who is your

**STATE115077**

second choice, and so forth. For more information, visit www.sos.ga.gov.

## How and where to submit your FWAB

The FWAB **must be mailed** to your election official. Addresses can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

# Local election offices for county

| County | Mailing Address |
|--------|-----------------|
| Appling | Appling Registrar Office<br>83 South Oak Street<br>Baxley, GA 31513<br>Phone: (912) 367-8113<br>Fax: (912) 367-5377<br>Email: shonda@applingco.com |
| Atkinson | Atkinson County Election Superintendent<br>P.O. Box 1234<br>Pearson, GA 31642-1234<br>Phone: (912) 422-3003<br>Fax: (912) 422-6710<br>Email: atcoelections@hotmail.com |
| Bacon | Bacon County Election Superintendent<br>P.O. Box 375<br>Alma, GA 31510<br>Phone: (912) 632-5551<br>Fax: (912) 632-0232<br>Email: arussell@baconcounty.org |
| Baker | Baker County Board of Elections<br>P.O. Box 335<br>Newton, GA 39870<br>Phone: (229) 734-3019<br>Fax: (229) 734-0889<br>Email: bd.elect@bakercountyga.com |
| Baldwin | Baldwin County Voter Registrar<br>P.O. Box 1804<br>Milledgeville, GA 31061-5756<br>Phone: (478) 445-4526<br>Fax: (478) 445-5756<br>Email: baldwinuocava@baldwincountyga.com |
| Banks | Banks County Registrars<br>226 Candler St<br>Homer, GA 30547<br>Phone: (706) 677-6260<br>Fax: (888) 294-0416<br>Email: registrars@co.banks.ga.us |
| Barrow | Barrow County Board of Elections and Registration<br>233 E Broad St<br>Winder, GA 30680<br>Phone: (770) 307-3110<br>Fax: (770) 307-1054<br>Email: mfranklin@barrowga.org |
| Bartow | Bartow County Elections and Voter Registration<br>135 W Cherokee Ave, Box 106<br>Cartersville, GA 30120-3182<br>Phone: (770) 387-5098<br>Fax: (770) 606-2245<br>Email: billardc@bartowga.org |
| Ben Hill | Ben Hill Board of Elections and Voter Registration<br>602 S. Grant St.<br>Fitzgerald, GA 31750<br>Phone: (229) 922-0241<br>Phone: (229) 426-5151<br>Fax: (229) 233-6162<br>Email: electionsbenhill@aol.com |
| Berrien | Berrien County Board of Elections and Registration<br>201 N Davis St, Room 142<br>Nashville, GA 31639<br>Phone: (229) 686-6160<br>Fax: (229) 686-9495<br>Email: belections@windstream.net |
| Bibb | Bibb County Board of Elections<br>P.O. Box 6297<br>Macon, GA 31208<br>Phone: (478) 621-6622<br>Fax: (478) 621-6119<br>Email: bibbcogauocava@maconbibb.us |

STATE115078

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Bleckley** | Bleckley County Chief Registrar<br>112 N Second St<br>Cochran, GA 31014<br>Phone: (478) 934-3200<br>Fax: (478) 298-6830<br>Email: bleckleyvr@bleckley.org | **Charlton** | Charlton County Board of Elections and Registration<br>1520 3rd St, Ste C<br>Folkston, GA 31537-8961<br>Phone: (912) 496-2607<br>Fax: (912) 496-2608<br>Email: bhodges@charltoncountyga.gov |
| **Brantley** | Brantley County Board of Elections and Registrations<br>P.O. Box 326<br>Nahunta, GA 31553-0326<br>Phone: (912) 462-6159<br>Fax: (912) 462-6197<br>Email: bcelections@btconline.net | **Chatham** | Chatham County Voter Registration<br>P.O. Box 13757<br>Savannah, GA 31416<br>Phone: (912) 790-1520<br>Fax: (912) 790-1519<br>Email: voter@chathamcounty.org |
| **Brooks** | Brooks County Election Supervisor<br>P.O. Box 5030<br>Quitman, GA 31643-5030<br>Phone: (229) 263-9939<br>Fax: (229) 263-5372<br>Email: brookscoelections@windstream.net | **Chattahoochee** | Chattahoochee County Chief Deputy Registrar<br>215 McNaughton St.<br>Cusseta, GA 31805<br>Phone: (706) 989-3249<br>Fax: (706) 989-2013<br>Email: taxassessor@ugoccc.com |
| **Bryan** | Bryan County Voter Registration<br>P.O. Box 1526<br>Pembroke, GA 31321-1526<br>Phone: (912) 653-3859<br>Fax: (912) 653-3895<br>Email: cindyreynolds@bryan-county.org | **Chattooga** | Chattooga County Registrar<br>P.O. Box 165<br>Summerville, GA 30747-0165<br>Phone: (706) 857-0739<br>Fax: (706) 857-0739<br>Email: Chattoogaregistrar@gmail.com |
| **Bulloch** | Bulloch County Board of Elections<br>113 N Main St, Ste 201<br>Statesboro, GA 30458<br>Phone: (912) 764-6502<br>Fax: (912) 764-8167<br>Email: bullochuocava@bullochcounty.net | **Cherokee** | Cherokee County Elections & Registration<br>2782 Marietta Hwy, Suite 100<br>Canton, GA 30114<br>Phone: (770) 479-0407<br>Fax: (678) 493-4703<br>Email: jrodgers@cherokeega.com |
| **Burke** | Burke County Board of Elections and Registration<br>P.O. Box 923<br>Waynesboro, GA 30830-0923<br>Phone: (706) 554-7457<br>Fax: (706) 554-8764<br>Email: burkereg@burkecounty-ga.gov | **Clarke** | Athens-Clarke County Board of Elections<br>P.O. Box 1828<br>Athens, GA 30603<br>Phone: (706) 613-3150<br>Fax: (706) 613-3840<br>Email: paula.williams@accgov.com |
| **Butts** | Butts County Board of Elections and Registration<br>625 W. Third St, Ste 5<br>Jackson, GA 30233-1965<br>Phone: (770) 775-8202<br>Fax: (770) 775-2765<br>Email: bschreiner@buttscounty.org | **Clay** | Clay County Election Superintendent<br>210 S. Washington St, Ste 4<br>Fort Gaines, GA 39851<br>Phone: (229) 768-2445<br>Fax: (229) 768-3028<br>Email: ccbregistrars@gmail.com |
| **Calhoun** | Calhoun County Election Superintendent<br>P.O. Box 101<br>Morgan, GA 39866<br>Phone: (229) 849-2972<br>Fax: (229) 849-0071<br>Email: cc.registrar@windstream.net | **Clayton** | Clayton County Board of Elections and Registration<br>121 S McDonough St, Annex II<br>Jonesboro, GA 30236-3636<br>Phone: (770) 477-3372<br>Fax: (770) 477-4521<br>Email: claytonuocava@claytoncountyga.gov |
| **Camden** | Camden County Election Superintendent<br>P.O. Box 608<br>Woodbine, GA 31569<br>Phone: (912) 576-3245<br>Fax: (912) 576-8176<br>Email: ddfelix@co.camden.ga.us | **Clinch** | Clinch County Board of Elections and Registration<br>25 Court Sq, Ste A<br>Homerville, GA 31634-2150<br>Phone: (912) 487-3656<br>Fax: (912) 487-5162<br>Email: clinchelections@clinchcountyga.gov |
| **Candler** | Candler County Board of Registration<br>1075 E. Hiawatha Street, Suite A<br>Metter, GA 30439<br>Phone: (912) 685-6687<br>Fax: (912) 685-2189<br>Email: kharris@candlerco-ga.gov | **Cobb** | Cobb County Board of Elections and Registration<br>736 Whitlock Ave., Ste. 400<br>Marietta, GA 30064<br>Phone: (770) 528-2581<br>Fax: (770) 528-2519<br>Email: absentee@cobbcounty.org |
| **Carroll** | Carroll County Election and Registration Supervisor<br>P.O. Box 338<br>Carrollton, GA 30112<br>Phone: (770) 830-5823<br>Fax: (770) 214-3594<br>Email: elections@carrollcountyga.com | **Coffee** | Coffee County Elections and Registration<br>224 W Ashley St<br>Douglas, GA 31533<br>Phone: (912) 384-7018<br>Fax: (912) 384-1343<br>Email: james.barnes@coffeecounty-ga.gov |
| **Catoosa** | Catoosa County Board of Elections and Registration<br>5238 Evitt Street<br>Ringgold, GA 30736-2301<br>Phone: (706) 935-3990<br>Fax: (706) 935-2538<br>Email: catoosaelections@catoosa.com | **Colquitt** | Colquitt County Board of Registrars<br>P.O. Box 517<br>Moultrie, GA 31776-0517<br>Phone: (229) 616-7056<br>Fax: (229) 616-7058<br>Email: colquittuocava@ccboc.com |

**STATE115079**

**Georgia**

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Columbia** | Columbia County Board of Elections<br>P.O. Box 919<br>Evans, GA 30809-0919<br>Phone: (706) 868-3355<br>Fax: (706) 868-3358<br>Email: vote@columbiacountyga.gov | **Douglas** | Douglas County Voter Registration<br>8700 Hospital Drive<br>Douglasville, GA 30134-2264<br>Phone: (770) 920-7217<br>Fax: (770) 920-7583<br>Email: voterreg@co.douglas.ga.us |
| **Cook** | Cook County Board of Elections and Registration<br>1200 S Hutchinson Ave<br>Adel, GA 31620<br>Phone: (229) 896-7925<br>Fax: (229) 896-1194<br>Email: cookelections@windstream.net | **Early** | Early County Board of Registrars<br>17 McDonald Ave<br>Blakely, GA 39823<br>Phone: (229) 723-4522<br>Fax: (229) 723-4532<br>Email: elections@earlycounty.org |
| **Coweta** | Coweta County Election Superintendent<br>22 E Broad Street<br>Newnan, GA 30263-1973<br>Phone: (770) 254-2615 x8936<br>Fax: (770) 683-2800<br>Email: agay@coweta.ga.us | **Echols** | Echols County Election Superintendent<br>P.O. Box 118<br>Statenville, GA 31648-0118<br>Phone: (229) 559-7526<br>Fax: (229) 559-8128<br>Email: echolscoregistrar2@gmail.com |
| **Crawford** | Crawford County Board of Elections<br>P.O. Box 732<br>Roberta, GA 31078<br>Phone: (478) 836-1877<br>Fax: (478) 836-1879<br>Email: b.peacock@crawfordcountyga.org | **Effingham** | Effingham County Board of Elections and Registration<br>284 GA Hwy 119 S<br>Springfield, GA 31329<br>Phone: (912) 754-8030<br>Fax: (912) 754-8408<br>Email: boe@effinghamcounty.org |
| **Crisp** | Crisp County Election Supervisor<br>Crisp County Government Ctr, 210 S 7th St, Rm 103<br>Cordele, GA 31015<br>Phone: (229) 276-2611<br>Fax: (229) 276-2735<br>Email: elections@crispcounty.com | **Elbert** | Elbert County Board of Registrars<br>Government Complex, 45 Forest Ave<br>Elberton, GA 30635<br>Phone: (706) 283-2012<br>Fax: (706) 283-9668<br>Email: votems@elberton.net |
| **Dade** | Dade County Board of Elections and Registration<br>P.O. Box 970<br>Trenton, GA 30752<br>Phone: (706) 657-8170<br>Fax: (706) 657-2048<br>Email: tvaughan@dadecounty-ga.gov | **Emanuel** | Emanuel County Elections and Registration<br>105 S Main St<br>Swainsboro, GA 30401<br>Phone: (478) 237-3471<br>Fax: (478) 237-5998<br>Email: E@emanuelco-ga.gov |
| **Dawson** | Dawson County Election Supervisor<br>96 Academy Ave<br>Dawsonville, GA 30534<br>Phone: (706) 344-3640<br>Fax: (706) 344-3642<br>Email: gferguson@dawsoncounty.org | **Evans** | Evans County Board of Registrars<br>P.O. Box 652<br>Claxton, GA 30417-0652<br>Phone: (912) 739-0708<br>Fax: (912) 739-4425<br>Email: chiefregistrar@evanscounty.org |
| **Decatur** | Decatur County Board of Elections<br>P.O. Box 7428<br>Bainbridge, GA 39818-7428<br>Phone: (229) 243-2087<br>Fax: (229) 248-3743<br>Email: elections@decaturcountyga.gov | **Fannin** | Fannin County Board of Elections and Voter Registration<br>400 W Main St, Ste 301<br>Blue Ridge, GA 30513-8593<br>Phone: (706) 632-7740<br>Fax: (706) 258-5164<br>Email: elections@fannincountyga.org |
| **DeKalb** | DeKalb County Board of Registration and Elections<br>4380 Memorial Dr, Ste 300<br>Decatur, GA 30032-1239<br>Phone: 404-297-4442<br>Fax: 404-298-4038<br>Email: uocava@dekalbcountyga.gov | **Fayette** | Fayette County Board of Elections and Voter Registration<br>140 Stonewall Ave W, Ste 208<br>Fayetteville, GA 30214<br>Phone: (770) 305-5408<br>Fax: (770) 719-5589<br>Email: tbass@fayettecountyga.gov |
| **Dodge** | Dodge County Elections Office<br>5016 Courthouse Circle, Ste B<br>Eastman, GA 31023<br>Phone: (478) 374-8123<br>Fax: (478) 374-8124<br>Email: dc.registrar.ga@hotmail.com | **Floyd** | Floyd County Board of Elections and Voter Registration<br>12 E Fourth Ave, Ste 20<br>Rome, GA 30161-9313<br>Phone: (706) 291-5168<br>Fax: (706) 233-0019<br>Email: waddellv@floydcountyga.org |
| **Dooly** | Dooly County Election & Registration<br>P.O. Box 322<br>Vienna, GA 31092-0304<br>Phone: (229) 268-9023<br>Fax: (229) 268-9325<br>Email: dooly.county.elections@gmail.com | **Forsyth** | Forsyth County Board of Elections and Voter Registration<br>1201 Sawnee Drive<br>Cumming, GA 30040<br>Phone: (770) 781-2118<br>Fax: (770) 886-2825<br>Email: Voter@forsythco.com |
| **Dougherty** | Dougherty County Election Supervisor<br>P.O. Box 1827<br>Albany, GA 31702-1827<br>Phone: (229) 431-3247<br>Fax: (229) 438-3975<br>Email: DOCOVoterRegElections@dougherty.ga.us | | |

**STATE115080**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| Franklin | Franklin County Elections and Registration Office<br>P.O. Box 313<br>Carnesville, GA 30521<br>Phone: (706) 384-4390<br>Fax: (706) 384-3506<br>Email: glk@franklincountyga.gov | Hancock | Hancock County Board of Registrars<br>P.O. Box 118<br>Sparta, GA 31087-0118<br>Phone: (706) 444-5259<br>Fax: (706) 444-0989<br>Email: boer.deputy@hancockcountyga.gov |
| Fulton | Fulton County Board of Registration and Elections<br>130 Peachtree St SW, Ste 2186<br>Atlanta, GA 30303-3460<br>Phone: 404-612-3816<br>Fax: 404-612-3697<br>Email: elections.absentee@fultoncountyga.gov | Haralson | Haralson County Board of Elections and Voter Registration<br>P.O. Box 1119<br>Buchanan, GA 30113-1119<br>Phone: (770) 646-2010<br>Fax: (770) 646-1523<br>Email: peppar.head@haralsoncountyga.gov |
| Gilmer | Gilmer County Board of Voter Registration<br>1 Broad St., Ste 107<br>Ellijay, GA 30540<br>Phone: (706) 635-4617<br>Fax: (706) 635-4647<br>Email: registrar@gilmercounty-ga.gov | Harris | Harris County Board of Elections and Voter Registration<br>P.O. Box 123<br>Hamilton, GA 31811-0123<br>Phone: (706) 628-5210<br>Fax: (706) 628-4223<br>Email: sjarrett@harriscountyga.gov |
| Glascock | Glascock County Board of Registrars<br>P.O. Box 68<br>Gibson, GA 30810<br>Phone: (706) 598-2811<br>Fax: (706) 598-3638<br>Email: voting@glascockcountyga.com | Hart | Hart County Board of Registrars<br>P.O. Box 426<br>Hartwell, GA 30643-0426<br>Phone: (706) 376-8911<br>Fax: (706) 376-1694<br>Email: registrar@hartcountyga.org |
| Glynn | Glynn County Board of Elections and Voter Registration<br>1815 Gloucester St<br>Brunswick, GA 31520<br>Phone: (912) 554-7060<br>Fax: (888) 870-1374<br>Email: glynncountyUOCAVA@glynncounty-ga.gov | Heard | Heard County Board of Registrars<br>P.O. Box 427<br>Franklin, GA 30217-0427<br>Phone: (706) 675-3907<br>Fax: (706) 675-2134<br>Email: tadams@heardcountyga.com |
| Gordon | Gordon County Board of Elections and Voter Registration<br>P.O. Box 715<br>Calhoun, GA 30703-0715<br>Phone: (706) 629-7781<br>Fax: (706) 629-7198<br>Email: shicks@gordoncounty.org | Henry | Henry County Elections and Registration<br>40 Atlanta St.<br>McDonough, GA 30253<br>Phone: (770) 288-6448<br>Fax: (770) 288-6468<br>Email: henryuocava@co.henry.ga.us |
| Grady | Grady County Board of Registrars<br>250 N. Broad St. Suite 3<br>Cairo, GA 39828<br>Phone: (229) 377-1897<br>Fax: (229) 377-4127<br>Email: malinda.butler@gradycountyga.gov | Houston | Houston County Board of Elections and Voter Registration<br>P.O. Box 945<br>Perry, GA 31069-0945<br>Phone: (478) 987-1973<br>Fax: (478) 988-0699<br>Email: elections.houstonga@gmail.com |
| Greene | Greene County Board of Elections and Registration<br>1180 C. Weldon Smith Dr., Ste 120<br>Greensboro, GA 30642<br>Phone: (706) 453-1108<br>Fax: (706) 453-9438<br>Email: bkilgore@greenecountyga.org | Irwin | Irwin County Board of Elections & Registration<br>507 N Irwin Ave, Ste C<br>Ocilla, GA 31774<br>Phone: (229) 468-0081<br>Fax: (229) 468-0089<br>Email: electionsirwincounty@aol.com |
| Gwinnett | Gwinnett County Voter Registration and Elections<br>455 Grayson Hwy, Ste 200<br>Lawrenceville, GA 30046<br>Phone: (678) 226-7210<br>Fax: (678) 226-7208<br>Email: UniformedandOverseasCitizensAbsenteeVotingAct@gwinnettcounty.com | Jackson | Jackson County Voter Registration<br>441 Gordon Street<br>Jefferson, GA 30549<br>Phone: (706) 367-6377<br>Fax: (706) 367-1193<br>Email: jelogan@jacksoncountygov.com |
| Habersham | Habersham County Elections & Registration<br>130 Jacob's Way, Ste 101<br>Clarkesville, GA 30523<br>Phone: (706) 839-0170<br>Fax: (706) 754-5836<br>Email: lellison@habershamga.com | Jasper | Jasper County Board of Registrars<br>126 W Greene St, Ste 3<br>Monticello, GA 31064<br>Phone: (706) 468-4908<br>Fax: (706) 468-1485<br>Email: cnorris@jaspercountyga.org |
| Hall | Hall County Board of Elections and Voter Registration<br>2875 Browns Bridge Rd (Lower level)<br>Gainesville, GA 30504<br>Phone: (770) 531-6945<br>Fax: (770) 531-3931<br>Email: ymack@hallcounty.org | Jeff Davis | Jeff DavisCounty Board of Elections & Registrars<br>P.O. Box 552<br>Hazlehurst, GA 31539<br>Phone: (912) 375-6635<br>Fax: (912) 379-0340<br>Email: jeffdaviselections@gmail.com |

STATE115081

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Jefferson** | Jefferson County Board of Registrars<br>415 Green St<br>Louisville, GA 30434<br>Phone: (478) 625-8357<br>Fax: (478) 625-7124<br>Email: sgray@jeffersoncountyga.gov | **Lowndes** | Lowndes County Board of Elections<br>P.O. Box 10130<br>Valdosta, GA 31604<br>Phone: (229) 671-2850<br>Fax: (229) 333-5199<br>Email: elections@lowndescounty.com |
| **Jenkins** | Jenkins County Board of Registrars<br>P.O. Box 510<br>Millen, GA 30442-0510<br>Phone: (478) 982-3985<br>Fax: (478) 982-4380<br>Email: jenkinscountyreg@bellsouth.net | **Lumpkin** | Lumpkin County Election and Voter Registration Office<br>56 Short St<br>Dahlonega, GA 30533<br>Phone: (706) 864-6279<br>Fax: (706) 864-0731<br>Email: elections@lumpkincounty.gov |
| **Johnson** | Johnson County Board of Elections and Voter Registration<br>P.O. Box 255<br>Wrightsville, GA 31096-0255<br>Phone: (478) 864-4019<br>Fax: (478) 864-2019<br>Email: dkillingsworth@johnsonco.us | **Macon** | Macon County Board of Elections and Voter Registration<br>P.O. Box 415<br>Oglethorpe, GA 31068-0415<br>Phone: (478) 472-8520<br>Fax: (478) 472-8522<br>Email: macoboer@windstream.net |
| **Jones** | Jones County Board of Elections and Voter Registration<br>P.O. Box 1417<br>Gray, GA 31032-1417<br>Phone: (844) 986-3222<br>Fax: 478-986-9682<br>Email: marion.hatton@jonescountyga.org | **Madison** | Madison County Board of Elections & Registration<br>P.O. Box 328<br>Danielsville, GA 30633-0328<br>Phone: (706) 795-6335<br>Fax: (706) 795-2233<br>Email: tdean@madisonco.us |
| **Lamar** | Lamar County Board of Elections and Registration<br>408 Thomaston St, Ste D<br>Barnesville, GA 30204-1684<br>Phone: (770) 358-5235<br>Fax: (770) 358-5445<br>Email: lamarcountyregistrars@yahoo.com | **Marion** | Marion County Board of Elections and Registration<br>P.O. Box 444<br>Buena Vista, GA 31803-0444<br>Phone: (229) 649-9838<br>Fax: (229) 649-3928<br>Email: marioncountyelect@gmail.com |
| **Lanier** | Lanier County Board of Registrars<br>162 W Thigpen Ave Suite C<br>Lakeland, GA 31635<br>Phone: (229) 363-9260<br>Email: elections@laniercountyboc.com | **McDuffie** | McDuffie County Board of Elections and Registration<br>P.O. Box 600<br>Thomson, GA 30824-0600<br>Phone: 706-595-2105<br>Fax: (706) 595-0460<br>Email: fiona.roberts@thomson-mcduffie.net |
| **Laurens** | Laurens County Board of Registrars<br>P.O. Box 2130<br>Dublin, GA 31040-2130<br>Phone: (478) 272-2841<br>Fax: (478) 277-2933<br>Email: registrars@dlcga.com | **McIntosh** | McIntosh County Board of Elections and Registrations<br>P.O. Box 1987<br>Darien, GA 31305-0571<br>Phone: (912) 437-6605<br>Fax: (912) 437-5041<br>Email: egale@darientel.net |
| **Lee** | Lee County Board of Elections and Voter Registration<br>P.O. Box 326<br>Leesburg, GA 31763-0326<br>Phone: (229) 759-6002<br>Fax: (229) 759-3348<br>Email: vjohnson@lee.ga.us | **Meriwether** | Meriwether County Board of Elections and Voter Registration<br>P.O. Box 219<br>Greenville, GA 30222<br>Phone: (706) 672-9433<br>Fax: (706) 672-9584<br>Email: p.threadgill@meriwethercountyga.gov |
| **Liberty** | Liberty County Board of Elections and Voter Registration<br>100 Main Street, Suite 1600<br>Hinesville, GA 31313<br>Phone: (912) 876-3310<br>Fax: (912) 876-2538<br>Email: elections@libertycountyga.com | **Miller** | Miller County Board of Registrars<br>155 S First St, Suite 113<br>Colquitt, GA 39837<br>Phone: (229) 758-4118<br>Fax: (229) 758-8133<br>Email: millercoregistrar@gmail.com |
| **Lincoln** | Lincoln County Board of Elections<br>P.O. Box 1419<br>Lincolnton, GA 30817-1419<br>Phone: (706) 359-6126<br>Fax: (706) 359-7396<br>Email: lbolton@lincolncountyga.com | **Mitchell** | Mitchell County Board of Registrars<br>P.O. Box 1009<br>Camilla, GA 31730<br>Phone: 229-336-2018<br>Fax: 229-336-4928<br>Email: tross@mitchellcountyga.net |
| **Long** | Long County Elections and Registrar<br>P.O. Box 669<br>Ludowici, GA 31316<br>Phone: (912) 545-2234<br>Fax: (912) 545-3446<br>Email: longcountyelections@gmail.com | **Monroe** | Monroe County Board of Elections and Registration<br>P.O. Box 1245<br>Forsyth, GA 31029<br>Phone: (478) 994-7622<br>Fax: (478) 994-7624<br>Email: kwarren@monroecoga.org |

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| Montgomery | Montgomery County Board of Registrars<br>P.O. Box 363<br>Mount Vernon, GA 30445-0363<br>Phone: (912) 583-4296<br>Fax: (912) 583-4343<br>Email: montgomeryuocava@yahoo.com | Pike | Pike County Board of Elections and Registrars<br>P.O. Box 1032<br>Zebulon, GA 30295-1032<br>Phone: (770) 567-2003<br>Fax: (770) 567-7280<br>Email: lvickers@pikecoga.com |
| Morgan | Morgan County Board of Elections and Registration<br>237 North Second St<br>Madison, GA 30650<br>Phone: (706) 342-2508<br>Email: uocava@morgancountyga.gov | Polk | Polk County Board of Elections and Registration<br>144 W Ave, Ste D<br>Cedartown, GA 30125<br>Phone: (770) 749-2103<br>Fax: (770) 749-2194<br>Email: UOCAVA@polkga.org |
| Murray | Murray County Board of Elections and Registration<br>P.O. Box 1015<br>Chatsworth, GA 30705-1015<br>Phone: (706) 695-1983<br>Fax: (706) 695-9755<br>Email: vote@murraycountyga.gov | Pulaski | Pulaski County Board of Elections<br>P.O. Box 1375<br>Hawkinsville, GA 31036<br>Phone: (478) 783-0828<br>Fax: (478) 783-0696<br>Email: vote@pulaskico.com |
| Muscogee | Muscogee County Board of Elections and Voter Registration<br>P.O. Box 1340<br>Columbus, GA 31902-1340<br>Phone: (706) 653-4392<br>Fax: (706) 225-4394<br>Email: muscogeeelectionsandregistration@columbusga.gov | Putnam | Putnam County Board of Elections and Registration<br>117 Putnam Drive Suite D<br>Eatonton, GA 31024<br>Phone: (706) 485-8683<br>Fax: (706) 485-9684<br>Email: berlaseter@gmail.com |
| Newton | Newton County Board of Elections and Voter Registration<br>P.O. Box 1274<br>Covington, GA 30015-1274<br>Phone: (770) 784-2055<br>Fax: (770) 784-2057<br>Email: elections@co.newton.ga.us | Quitman | Quitman County Board of Registrars<br>P.O. Box 447<br>Georgetown, GA 39854<br>Phone: (229) 234-3123<br>Email: quitco8@gqc-ga.org |
| Oconee | Oconee County Board of Elections and Voter Registration<br>P.O. Box 958<br>Watkinsville, GA 30677<br>Phone: (706) 769-3958<br>Fax: (706) 310-3486<br>Email: jstone@oconee.ga.us | Rabun | Rabun County Board of Elections and Registration<br>184 S. Main St, Suite 102<br>Clayton, GA 30525<br>Phone: (706) 782-1878<br>Fax: (706) 782-3754<br>Email: twhitmire@rabuncounty.ga.gov |
| Oglethorpe | Oglethorpe County Board of Elections and Registration<br>P.O. Box 190<br>Lexington, GA 30648<br>Phone: (706) 743-8954<br>Fax: (706) 743-3514<br>Email: smccannon@oglethorpecountyga.gov | Randolph | Randolph County Board of Registrars<br>P.O. Box 532<br>Cuthbert, GA 39840<br>Phone: (229) 732-5220<br>Fax: (229) 732-3616<br>Email: rcc.boe@gmail.com |
| Paulding | Paulding County Board of Elections and Registration<br>Watson Government Complex, 240 Constitution Blvd., 1st fl<br>Dallas, GA 30132<br>Phone: (678) 224-4047<br>Fax: (678) 224-4447<br>Email: absenteerequest@paulding.gov | Richmond | Richmond County Board of Elections<br>535 Telfair Street, Suite 500<br>Augusta, GA 30901<br>Phone: (706) 821-2340<br>Fax: (706) 821-2814<br>Email: richmondelections@augustaga.gov |
| Peach | Peach County Board of Elections and Registration<br>205 W Church St, Ste 102<br>Fort Valley, GA 31030-0853<br>Phone: (478) 825-3514<br>Fax: (478) 825-2187<br>Email: adrienne-ray@peachcounty.net | Rockdale | Rockdale County Board of Elections and Voter Registration<br>1261 Commercial Dr SW, Ste B<br>Conyers, GA 30094<br>Phone: (770) 278-7333<br>Fax: (770) 785-6932<br>Email: absentee@rockdalecountyga.gov |
| Pickens | Pickens County Board of Elections and Voter Registration<br>83 Pioneer Rd.<br>Jasper, GA 30143<br>Phone: (706) 253-8781<br>Fax: (706) 253-8782<br>Email: jroberts@pickenscountyga.gov | Schley | Schley County Board of Registrars<br>P.O. Box 385<br>Ellaville, GA 31806-0385<br>Phone: (229) 937-2689<br>Fax: (229) 937-5010<br>Email: registrars_schley@yahoo.com |
| Pierce | Pierce County Board of Elections and Registration<br>312 Nichols St., Ste 2<br>Blackshear, GA 31516<br>Phone: (912) 449-2028<br>Fax: (912) 807-9940<br>Email: elections@piercecountyga.gov | Screven | Screven County Board of Registrars<br>Screven County Courthouse, 216 Mims Road, Rm 114<br>Sylvania, GA 30467-2026<br>Phone: (912) 564-2153<br>Fax: (912) 564-5617<br>Email: dorothyhglisson@yahoo.com |
|  |  | Seminole | Seminole County Board of Registrars<br>P.O. Box 684<br>Donalsonville, GA 39845<br>Phone: 229-524-5256<br>Fax: (229) 524-8644<br>Email: seminoleprobate@gmail.com |

STATE115083

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Spalding** | Spalding County Board of Elections and Voter Registration<br>P.O. Box 1087<br>Griffin, GA 30224<br>Phone: (770) 467-4245<br>Fax: (770) 467-4278<br>Email: mridley@spaldingcounty.com | **Tift** | Tift County Board of Elections and Voter Registration<br>P.O. Box 1867<br>Tifton, GA 31793-1867<br>Phone: (229) 386-7915<br>Fax: (229) 386-7996<br>Email: leila.dollison@tiftcounty.org |
| **Stephens** | Stephens County Board of Elections and Voter Registration<br>P.O. Box 1557<br>Toccoa, GA 30577-1557<br>Phone: (706) 886-8954<br>Email: aroberts@stephenscountyga.gov | **Toombs** | Toombs County Board of Election and Registration<br>P.O. Box 897<br>Lyons, GA 30436<br>Phone: (912) 526-8226<br>Fax: (912) 526-9420<br>Email: cachenbach.toombs.elections@gmail.com |
| **Stewart** | Stewart County Board of Elections and Voter Registration<br>P.O. Box 713<br>Lumpkin, GA 31815-0713<br>Phone: (229) 838-6769 x210<br>Fax: (229) 838-4489<br>Email: ahudson@stewartcountyga.gov | **Towns** | Towns County Board of Registrars<br>67 Lakeview Circle, Suite A<br>Hiawassee, GA 30546<br>Phone: (706) 896-4353<br>Fax: (706) 896-2689<br>Email: tcelections@townscountyga.com |
| **Sumter** | Sumter County Board of Elections and Voter Registration<br>P.O. Box 1263<br>Americus, GA 31709<br>Phone: (229) 928-4580<br>Fax: (229) 928-4589<br>Email: Rhoward@sumtercountyga.us | **Treutlen** | Treutlen County Board of Registrars<br>Courthouse Annex, 650 Second St, Ste 104<br>Soperton, GA 30457<br>Phone: (912) 529-3098<br>Fax: (912) 529-3262<br>Email: keri.hedgecock@treutlengov.us |
| **Talbot** | Talbot County Board of Elections & Registration<br>P.O. Box 8<br>Talbotton, GA 31827-0008<br>Phone: (706) 665-8270<br>Fax: (706) 665-2152<br>Email: elections-registration@talbotcountyorg.org | **Troup** | Troup County Board of Elections and Registration<br>100 Ridley Ave.<br>LaGrange, GA 30241<br>Phone: (706) 883-1745<br>Fax: (706) 883-1692<br>Email: elections@troupcountyga.gov |
| **Taliaferro** | Taliaferro County Board of Registrars<br>P.O. Box 9<br>Crawfordville, GA 30631-0009<br>Phone: (706) 456-3563<br>Fax: (706) 456-2904<br>Email: registrars131@yahoo.com | **Turner** | Turner County Board of Elections and Voter Registration<br>1807 U.S Hwy 41 North<br>Sycamore, GA 31790<br>Phone: (229) 567-2909<br>Fax: (229) 567-9624<br>Email: jwinter@turnercountygeorgia.com |
| **Tattnall** | Tattnall County Board of Elections and Voter Registration<br>P.O. Box 1098<br>Reidsville, GA 30453-1098<br>Phone: (912) 557-6417<br>Fax: (912) 557-3005<br>Email: tattnall_elections_24@yahoo.com | **Twiggs** | Twiggs County Board of Elections and Voter Registration<br>P.O. Box 130<br>Jeffersonville, GA 31044-0130<br>Phone: (478) 945-3639<br>Fax: (478) 945-3477<br>Email: dstephens@twiggscounty.us |
| **Taylor** | Taylor County Board of Registrars<br>P.O. Box 2044<br>Butler, GA 31006-2044<br>Phone: (478) 862-3997<br>Fax: (478) 862-3992<br>Email: votetaylorga@gmail.com | **Union** | Union County Board of Registrars<br>65 Courthouse St, Ste 9<br>Blairsville, GA 30512<br>Phone: (706) 439-6016<br>Fax: (706) 439-6015<br>Email: ucregistrar@uniongov.com |
| **Telfair** | Telfair County Board of Registrars<br>91 Telfair Avenue Annex Bldg. #3<br>McRae Helena, GA 31055<br>Phone: (229) 868-2023<br>Fax: (229) 868-2266<br>Email: telfair.registrar@hotmail.com | **Upson** | Upson County Board of Elections and Voter Registration<br>P.O. Box 547<br>Thomaston, GA 30286<br>Phone: (706) 647-6259<br>Fax: (706) 646-3168<br>Email: kking@upsoncountyga.org |
| **Terrell** | Terrell County Board of Elections and Voter Registration<br>P.O. Box 715<br>Dawson, GA 39842<br>Phone: (229) 995-5066<br>Fax: (229) 995-6537<br>Email: terrelluocava@hotmail.com | **Walker** | Walker County Board of Elections and Voter Registration<br>P.O. Box 1105<br>LaFayette, GA 30728-1105<br>Phone: (706) 638-4349<br>Fax: (706) 639-3346<br>Email: elections@walkerga.us |
| **Thomas** | Thomas County Board of Elections<br>P.O. Box 110<br>Thomasville, GA 31799-0110<br>Phone: (229) 225-4101<br>Fax: (229) 225-3133<br>Email: patsy.dekle@thomascountyga.gov | **Walton** | Walton County Board of Elections and Registration<br>303 S Hammond Dr., Dept 465<br>Monroe, GA 30655<br>Phone: (770) 267-1337<br>Fax: (770) 267-1408<br>Email: lisa.clark@co.walton.ga.us |

| County | Mailing Address |
|--------|-----------------|
| **Ware** | Ware County Board of Elections and Registration<br>408 Tebeau Street<br>Waycross, GA 31501<br>Phone: (912) 287-4363<br>Fax: (912) 287-4364<br>Email: wareuocava@warecounty.com |
| **Warren** | Warren County Board of Registrars<br>P.O. Box 186<br>Warrenton, GA 30828-0186<br>Phone: (706) 465-1993<br>Fax: (706) 465-2576<br>Email: voting@warrencountyga.gov |
| **Washington** | Washington County Board of Elections and Registration<br>P.O. Box 5856<br>Sandersville, GA 31082<br>Phone: (478) 552-5239<br>Fax: (478) 640-9961<br>Email: clhagans@washingtoncountyga.gov |
| **Wayne** | Wayne County Board of Registrars<br>P.O. Box 1092<br>Jesup, GA 31598-1092<br>Phone: (912) 427-5950<br>Fax: (912) 588-0184<br>Email: snash@waynecountyga.us |
| **Webster** | Webster County Board of Elections and Voter Registration<br>P.O. Box 29<br>Preston, GA 31824-0029<br>Phone: (229) 828-5775<br>Fax: (229) 828-2105<br>Email: websterfinance@windstream.net |
| **Wheeler** | Wheeler County Board of Registrars<br>16 W. Forest Avenue, Ste 101<br>Alamo, GA 30411<br>Phone: (912) 568-0095<br>Fax: (912) 568-0097<br>Email: wcregistrars@windstream.net |

| County | Mailing Address |
|--------|-----------------|
| **White** | White County Board of Elections and Voter Registration<br>1241 Helen Hwy, Ste 210-A<br>Cleveland, GA 30528<br>Phone: (706) 865-7812<br>Fax: (706) 219-1511<br>Email: lmanning@whitecounty.net |
| **Whitfield** | Whitfield County Board of Elections and Voter Registration<br>205 N Selvidge St, Ste K<br>Dalton, GA 30720<br>Phone: (706) 278-7183 x1542<br>Fax: (706) 226-0792<br>Email: whitfielduocava@whitfieldcountyga.com |
| **Wilcox** | Wilcox County Board of Registrars<br>377 College St.<br>Abbeville, GA 31001<br>Phone: (229) 467-2111<br>Fax: (229) 467-2115<br>Email: wilcox2115@windstream.net |
| **Wilkes** | Wilkes County Board of Registrars<br>23 E Court St, Ste 113<br>Washington, GA 30673-1570<br>Phone: (706) 678-1850<br>Fax: (706) 678-3458<br>Email: wilkescovoter@wilkescountyga.org |
| **Wilkinson** | Wilkinson County Board of Elections and Registration<br>P.O. Box 186<br>Irwinton, GA 31042-0186<br>Phone: (478) 946-2188<br>Fax: (478) 946-4388<br>Email: elections@wilkinsoncounty.net |
| **Worth** | Worth County Board of Elections and Voter Registration<br>201 N Main St, Rm 10<br>Sylvester, GA 31791<br>Phone: (229) 776-8208<br>Fax: (229) 776-8258<br>Email: wcboe.supervisor@gmail.com |

STATE115085

# Hawaii

www.elections.hawaii.gov/

## Federal Election Deadlines

|  | State Primary<br>August 13, 2022 | General Election<br>November 8, 2022 |
|---|---|---|
| Registration | Postmarked by*<br>August 3, 2022 | Postmarked by*<br>October 31, 2022 |
| Ballot Request | Received by<br>4:30 PM, August 6, 2022 | Received by<br>4:30 PM, November 1, 2022 |
| Ballot Return | Received by<br>7 PM, August 13, 2022 | Received by<br>7 PM, November 8, 2022 |

*Registration: The FWAB must be received by the 10th day before the election if used for registration.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

STATE115086

# Important information

| | |
|---|---|
| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is 'temporary registration'? | The FPCA will only temporarily register you to vote. This means that you will be registered and can vote in the elections in which the FPCA allows you to do so. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | A U.S. citizen who has never resided in the U.S., and has a parent or legal guardian who was last domiciled in Hawaii, is eligible to vote in Hawaii. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot by contacting your election official. Contact information can be found in the "Local Election Offices" section. |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/hawaii |

STATE115087

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) temporarily registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide a Hawaii-issued ID number. If you do not have a Hawaii-issued ID number, provide the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Hawaii-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or fax, you must provide your email address or fax number. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>B. Political party is not required. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by **mail, email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the state absentee ballot by **mail, email** or **fax**.

Contact information can be found in the "Local Election Offices" section. If you do not have access to a fax machine to fax your election official directly, you

**STATE115088**

may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

You **must** be registered to vote and have already requested a state absentee ballot in order to use the Federal Write-In Absentee Ballot (FWAB).

You can use the FWAB to vote in federal elections.

## Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that best describes you. |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide a Hawaii-issued ID number. If you do not have a Hawaii-issued ID number, provide the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Hawaii-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. |
| Section 5 | A. Do not check "Yes" or "No." **The FWAB cannot be used for voter registration or as a ballot request.** |
| | B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax". |
| | C. Political party is not required. |
| Section 6 | Provide any information that may assist the election official in accepting this form. |
| Section 7 | Sign and date the form. No witness signature required. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

## How and where to submit your FWAB

You can submit the FWAB by **mail**, **email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

**Email your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Scan the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, into your computer. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". Email this ballot package directly to your election official.

**Fax your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fax the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, directly to your election official. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FWAB toll-free if you do not have access to a fax machine to fax your

STATE115089

election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

# Local election offices for county

| County | Mailing Address |
|---|---|
| Hawaii | Hawaii County Clerk<br>25 Aupuni St, Rm 1502<br>Hilo, HI 96720-4245<br>Phone: (808) 961-8277<br>Fax: (808) 961-8673<br>Email: hiloabm@hawaiicounty.gov |
| Honolulu | Honolulu County Clerk<br>530 S King St, Rm 100<br>Honolulu, HI 96813-3077<br>Phone: (808) 768-3800<br>Fax: (808) 768-3835<br>Email: elections@honolulu.gov |
| Kauai | Kauai County Clerk<br>4386 Rice St, Rm 101<br>Lihue, HI 96766-1819<br>Phone: (808) 241-4800<br>Fax: (808) 241-6207<br>Email: elections@kauai.gov |
| Maui | Maui County Clerk<br>200 S High St<br>Wailuku, HI 96793-9920<br>Phone: (808) 270-7749<br>Fax: (808) 270-7171<br>Email: elections@mauicounty.us |

STATE115090

This page intentionally left blank.

STATE115091

# Louisiana

www.sos.la.gov/ElectionsAndVoting/Pages/default.aspx

## Federal Election Deadlines

|  | General Election<br>November 8, 2022 | General Runoff<br>December 10, 2022 |
|---|---|---|
| Registration | **Return by Mail: Postmarked by**<br>October 10, 2022<br>**Return by Email or Fax: Received by**<br>October 10, 2022<br>**Return by Online: Received by**<br>October 18, 2022 | **Return by Mail: Postmarked by**<br>November 9, 2022<br>**Return by Email or Fax: Received by**<br>November 9, 2022<br>**Return by Online: Received by**<br>November 19, 2022 |
| Ballot Request | **Received by**<br>November 7, 2022 | **Received by**<br>December 9, 2022 |
| Ballot Return | **Received by**<br>8 PM, November 8, 2022 | **Received by**<br>8 PM, December 10, 2022 |

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

STATE115092

# Important information

| | |
|---|---|
| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| What is a runoff election? | A runoff election is an election held if the state requires that a candidate receive a certain percentage of the votes in order to advance to a general election or take public office. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | No. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://voterportal.sos.la.gov/ |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/louisiana |

**STATE115093**

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide **either** a Louisiana-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Louisiana-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or fax, you must provide your email address or fax number. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can |

choose to receive your absentee ballot by "mail", "email or online", or "fax".

B. Political party affiliation is not required if requesting an absentee ballot for other primary elections or general elections.

| | |
|---|---|
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by **mail, email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the state absentee ballot by **mail** or **fax**.

Contact information can be found in the "Local Election Offices" section. If you do not have access to

**STATE115094**

a fax machine to fax your election official directly, you may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

You **must** be registered to vote and have already requested a state absentee ballot in order to use the Federal Write-In Absentee Ballot (FWAB).

You can use the FWAB to vote in federal elections.

## Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that best describes you. |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide **either** a Louisiana-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Louisiana-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. |

| | |
|---|---|
| Section 5 | A. Do not check "Yes" or "No." **The FWAB cannot be used for voter registration or as a ballot request.** |
| | B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax". |
| | C. Political party affiliation is not required if voting an absentee ballot in other primary elections and all general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. |
| Section 7 | Sign and date the form. No witness signature required. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

Louisiana's general election system is Ranked Choice Voting. Please list your candidates in order of preference. Since there may be more than one candidate registered as affiliated with a political party or group in each race, to make sure your ballot can be counted, it is important that you write the candidate name and NOT the political party or group. For more information, visit GeauxVote.com.

## How and where to submit your FWAB

You can submit the FWAB by **mail** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FWAB (Hardcopy Instructions):** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official.

**Mail your FWAB (Printed PDF Instructions):** If you are using a printed version of the FWAB you will need **two envelopes for your ballot to be accepted by Louisiana.** One envelope must be marked "Official Ballot" envelope and the other envelope will be used as the mailing envelope. Place and seal the completed "Official Backup Ballot" into the envelope marked "Official Ballot". Then place that envelope and the

**STATE115095**

"Voter Information" page into the mailing envelope and mail your FWAB directly to your election official.

*Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

**Fax your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fax the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, directly to your election official. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FWAB toll-free if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

# Local election offices for parish

| Parish | Mailing Address |
|---|---|
| **Acadia** | Acadia Parish Registrar of Voters<br>568 NW Ct Cir<br>Crowley, LA 70526-4363<br>Phone: (337) 788-8841<br>Fax: (337) 788-3571<br>Email: acadiarov@sos.la.gov |
| **Allen** | Allen Parish Registrar of Voters<br>P.O. Box 150<br>Oberlin, LA 70655-0150<br>Phone: (337) 639-4966<br>Fax: (337) 639-4101<br>Email: allenrov@sos.la.gov |
| **Ascension** | Ascension Parish Registrar of Voters<br>828 S Irma Blvd, Rm 205<br>Gonzales, LA 70737-3631<br>Phone: (225) 621-5780<br>Fax: (225) 621-5783<br>Email: ascensionrova@sos.la.gov |
| **Assumption** | Assumption Parish Registrar of Voters<br>P.O. Box 578<br>Napoleonville, LA 70390-0578<br>Phone: (985) 369-7347<br>Fax: (985) 369-2976<br>Email: assumptionrov@sos.la.gov |
| **Avoyelles** | Avoyelles Parish Registrar of Voters<br>312 N Main St, Ste E<br>Marksville, LA 71351-2409<br>Phone: (318) 253-7129<br>Fax: (318) 253-0359<br>Email: avoyellesrov@sos.la.gov |
| **Beauregard** | Beauregard Parish Registrar of Voters<br>P.O. Box 952<br>DeRidder, LA 70634-0952<br>Phone: (337) 463-7955<br>Fax: (337) 463-7986<br>Email: beauregardrov@sos.la.gov |
| **Bienville** | Bienville Parish Registrar of Voters<br>P.O. Box 697<br>Arcadia, LA 71001-0697<br>Phone: (318) 263-7407<br>Fax: (318) 263-4101<br>Email: bienvillerov@sos.la.gov |
| **Bossier** | Bossier Parish Registrar of Voters<br>P.O. Box 635<br>Benton, LA 71006-0635<br>Phone: (318) 965-2301<br>Fax: (318) 965-3760<br>Email: bossierrov@sos.la.gov |
| **Caddo** | Caddo Parish Registrar of Voters<br>P.O. Box 1253<br>Shreveport, LA 71163-1253<br>Phone: (318) 226-6891<br>Fax: (318) 226-6969<br>Email: caddorov@sos.la.gov |
| **Calcasieu** | Calcasieu Parish Registrar of Voters<br>1000 Ryan St, Rm 7<br>Lake Charles, LA 70601-5250<br>Phone: (337) 721-4000<br>Fax: (337) 437-3389<br>Email: calcasieurov@sos.la.gov |
| **Caldwell** | Caldwell Parish Registrar of Voters<br>P.O. Box 1107<br>Columbia, LA 71418-1107<br>Phone: (318) 649-7364<br>Fax: (318) 649-7320<br>Email: caldwellrov@sos.la.gov |

STATE115096

| Parish | Mailing Address | Parish | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Cameron** | Cameron Parish Registrar of Voters<br>P.O. Box 1<br>Cameron, LA 70631<br>Phone: (337) 775-5493<br>Fax: (337) 775-8014<br>Email: cameronrov@sos.la.gov | **Iberville** | Iberville Parish Registrar of Voters<br>P.O. Box 554<br>Plaquemine, LA 70765-0554<br>Phone: (225) 687-5201<br>Fax: (225) 687-5235<br>Email: ibervillerov@sos.la.gov |
| **Catahoula** | Catahoula Parish Registrar of Voters<br>P.O. Box 215<br>Harrisonburg, LA 71340-0215<br>Phone: (318) 744-5745<br>Fax: (318) 744-2010<br>Email: catahoularov@sos.la.gov | **Jackson** | Jackson Parish Registrar of Voters<br>500 E Court St, Rm 102<br>Jonesboro, LA 71251-3400<br>Phone: (318) 259-2486<br>Fax: (318) 259-5671<br>Email: jacksonrov@sos.la.gov |
| **Claiborne** | Claiborne Parish Registrar of Voters<br>507 W Main St, Ste 1<br>Homer, LA 71040-3914<br>Phone: (318) 927-3332<br>Fax: (318) 927-3345<br>Email: claibornerov@sos.la.gov | **Jefferson** | Jefferson Parish Registrar of Voters<br>P.O. Box 10494<br>Jefferson, LA 70181-0494<br>Phone: (504) 736-6191<br>Fax: (504) 736-6197<br>Email: jeffersonrov@sos.la.gov |
| **Concordia** | Concordia Parish Registrar of Voters<br>4001 Carter St, Ste K<br>Vidalia, LA 71373-3021<br>Phone: (318) 336-7770<br>Fax: (318) 336-9906<br>Email: concordiarov@sos.la.gov | **Jefferson Davis** | Jefferson Davis Parish Registrar of Voters<br>302 N Cutting Ave<br>Jennings, LA 70546-5361<br>Phone: (337) 824-0834<br>Fax: (337) 824-0821<br>Email: jeffersondavisrov@sos.la.gov |
| **DeSoto** | DeSoto Parish Registrar of Voters<br>104 Crosby St.<br>Mansfield, LA 71052-2046<br>Phone: (318) 872-1149<br>Fax: (318) 872-1153<br>Email: desotorov@sos.la.gov | **Lafayette** | Lafayette Parish Registrar of Voters<br>1010 Lafayette, Ste 313<br>Lafayette, LA 70501-6885<br>Phone: (337) 291-7140<br>Fax: (337) 291-7143<br>Email: lafayetterov@sos.la.gov |
| **East Baton Rouge** | E Baton Rouge Parish Registrar of Voters<br>222 St. Louis St., Rm 201<br>Baton Rouge, LA 70802-5860<br>Phone: (225) 389-3940<br>Fax: (225) 389-5340<br>Email: eastbatonrougerova@sos.la.gov | **Lafourche** | Lafourche Parish Registrar of Voters<br>307 W 4th St<br>Thibodaux, LA 70301-3105<br>Phone: (985) 447-3256<br>Fax: (985) 447-3277<br>Email: lafourcherova@sos.la.gov |
| **East Carroll** | E Carroll Parish Registrar of Voters<br>P.O. Box 708<br>Lake Providence, LA 71254-0708<br>Phone: (318) 559-2015<br>Fax: (318) 559-5110<br>Email: eastcarrollrov@sos.la.gov | **LaSalle** | LaSalle Parish Registrar of Voters<br>P.O. Box 2439<br>Jena, LA 71342-2439<br>Phone: (318) 992-2254<br>Fax: (318) 992-7309<br>Email: lasallerov@sos.la.gov |
| **East Feliciana** | E Feliciana Parish Registrar of Voters<br>P.O. Box 488<br>Clinton, LA 70722-0488<br>Phone: (225) 683-3105<br>Fax: (225) 683-9464<br>Email: eastfelicianarov@sos.la.gov | **Lincoln** | Lincoln Parish Registrar of Voters<br>100 W Texas Ave, #10<br>Ruston, LA 71270-4463<br>Phone: (318) 251-5110<br>Fax: (318) 251-5126<br>Email: lincolnrov@sos.la.gov |
| **Evangeline** | Evangeline Parish Registrar of Voters<br>200 Court St, Ste 102<br>Ville Platte, LA 70586-4463<br>Phone: (337) 363-5538<br>Fax: (337) 363-5530<br>Email: evangelinerov@sos.la.gov | **Livingston** | Livingston Parish Registrar of Voters<br>P.O. Box 968<br>Livingston, LA 70754-0968<br>Phone: (225) 686-3054<br>Fax: (225) 686-3055<br>Email: livingstonrov@sos.la.gov |
| **Franklin** | Franklin Parish Registrar of Voters<br>6560 Main St<br>Winnsboro, LA 71295-2750<br>Phone: (318) 435-4489<br>Fax: (318) 435-4416<br>Email: franklinrov@sos.la.gov | **Madison** | Madison Parish Registrar of Voters<br>100 N Cedar St<br>Tallulah, LA 71282-3892<br>Phone: (318) 574-2193<br>Fax: (318) 574-2193<br>Email: madisonrov@sos.la.gov |
| **Grant** | Grant Parish Registrar of Voters<br>200 Main St, Courthouse Bldg.<br>Colfax, LA 71417-1828<br>Phone: (318) 627-9938<br>Fax: (318) 627-9940<br>Email: grantrov@sos.la.gov | **Morehouse** | Morehouse Parish Registrar of Voters<br>129 N Franklin St<br>Bastrop, LA 71220-3815<br>Phone: (318) 281-1434<br>Fax: (318) 281-0929<br>Email: morehouserov@sos.la.gov |
| **Iberia** | Iberia Parish Registrar of Voters<br>300 S Iberia St, Ste 110<br>New Iberia, LA 70560-4543<br>Phone: (337) 369-4407<br>Fax: (337) 369-4409<br>Email: iberiarov@sos.la.gov | **Natchitoches** | Natchitoches Parish Registrar of Voters<br>P.O. Box 677<br>Natchitoches, LA 71458-0677<br>Phone: (318) 357-2211<br>Fax: (318) 357-2212<br>Email: natchitochesrov@sos.la.gov |

STATE115097

| Parish | Mailing Address | Parish | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Orleans** | Orleans Parish Registrar of Voters<br>1300 Perdido St, Rm 1W24<br>New Orleans, LA 70112-2127<br>Phone: (504) 658-8300<br>Fax: (504) 658-8315<br>Email: orleansrov@sos.la.gov | **St John the Baptist** | St John the Baptist Registrar of Voters<br>1811 W Airline Hwy<br>LaPlace, LA 70068-3344<br>Phone: (985) 359-0179<br>Fax: (985) 359-0335<br>Email: st.johnrova@sos.la.gov |
| **Ouachita** | Ouachita Parish Registrar of Voters<br>1650 Desiard St, Rm 125<br>Monroe, LA 71201<br>Phone: (318) 327-1436<br>Fax: (318) 327-1337<br>Email: ouachitarov@sos.la.gov | **St Landry** | St Landry Parish Registrar of Voters<br>P.O. Box 818<br>Opelousas, LA 70571-0818<br>Phone: (337) 948-0572<br>Fax: (337) 948-0575<br>Email: st.landryrov@sos.la.gov |
| **Plaquemines** | Plaquemines Parish Registrar of Voters<br>P.O. Box 989<br>Port Sulphur, LA 70083-0989<br>Phone: (504) 934-3620<br>Fax: (504) 934-3625<br>Email: plaqueminesrov@sos.la.gov | **St Martin** | St Martin Parish Registrar of Voters<br>415 Saint Martin St<br>St Martinville, LA 70582<br>Phone: (337) 394-2204<br>Fax: (337) 394-2204<br>Email: st.martinrov@sos.la.gov |
| **Pointe Coupee** | Pointe Coupee Parish Registrar of Voters<br>1919 Hospital Rd, Ste 1<br>New Roads, LA 70760-3661<br>Phone: (225) 638-5537<br>Fax: (225) 638-5545<br>Email: pointecoupeerov@sos.la.gov | **St Mary** | St Mary Parish Registrar of Voters<br>500 Main St, Courthouse, Rm 301<br>Franklin, LA 70538-6144<br>Phone: (337) 828-4100 x360<br>Fax: (337) 829-9901<br>Email: st.maryrova@sos.la.gov |
| **Rapides** | Rapides Parish Registrar of Voters<br>701 Murray St<br>Alexandria, LA 71301-8099<br>Phone: (318) 473-6770<br>Fax: (318) 473-6601<br>Email: rapidesrov@sos.la.gov | **St Tammany** | St Tammany Parish Registrar of Voters<br>701 N Columbia St<br>Covington, LA 70433<br>Phone: (985) 809-5500<br>Fax: (985) 809-5508<br>Email: st.tammanyrova@sos.la.gov |
| **Red River** | Red River Parish Registrar of Voters<br>P.O. Box 432<br>Coushatta, LA 71019-0432<br>Phone: (318) 932-5027<br>Fax: (318) 932-5086<br>Email: redriverov@sos.la.gov | **Tangipahoa** | Tangipahoa Parish Registrar of Voters<br>P.O. Box 895<br>Amite, LA 70422-0895<br>Phone: (985) 748-3215<br>Fax: (985) 748-3839<br>Email: tangipahoarova@sos.la.gov |
| **Richland** | Richland Parish Registrar of Voters<br>P.O. Box 368<br>Rayville, LA 71269-0368<br>Phone: (318) 728-3582<br>Fax: (318) 728-7028<br>Email: richlandrov@sos.la.gov | **Tensas** | Tensas Parish Registrar of Voters<br>P.O. Box 183<br>St Joseph, LA 71366-0183<br>Phone: (318) 766-3931<br>Fax: (318) 766-3933<br>Email: tensasrov@sos.la.gov |
| **Sabine** | Sabine Parish Registrar of Voters<br>400 Capitol St, #107<br>Many, LA 71449-3099<br>Phone: (318) 256-3697<br>Fax: (318) 256-5944<br>Email: sabinerov@sos.la.gov | **Terrebonne** | Terrebonne Parish Registrar of Voters<br>8026 Main St, Ste 101<br>Houma, LA 70360<br>Phone: (985) 873-6533<br>Fax: (985) 873-6834<br>Email: terrebonnerov@sos.la.gov |
| **St Bernard** | St Bernard Parish Registrar of Voters<br>8201 W Judge Perez Dr, Rm 104<br>Chalmette, LA 70043-1696<br>Phone: (504) 278-4231<br>Fax: (504) 277-0470<br>Email: st.bernardrov@sos.la.gov | **Union** | Union Parish Registrar of Voters<br>P.O. Box 235<br>Farmerville, LA 71241-0235<br>Phone: (318) 368-8660<br>Fax: (318) 368-8660<br>Email: unionrov@sos.la.gov |
| **St Charles** | St Charles Parish Registrar of Voters<br>P.O. Box 315<br>Hahnville, LA 70057-0315<br>Phone: (985) 783-5120<br>Fax: (985) 783-5121<br>Email: st.charlesrov@sos.la.gov | **Vermilion** | Vermilion Parish Registrar of Voters<br>100 N State St, Ste 120<br>Abbeville, LA 70510<br>Phone: (337) 898-4324<br>Fax: (337) 898-4326<br>Email: vermilionrov@sos.la.gov |
| **St Helena** | St Helena Parish Registrar of Voters<br>P.O. Box 543<br>Greensburg, LA 70441-0543<br>Phone: (225) 222-4440<br>Fax: (225) 222-3040<br>Email: st.helenarov@sos.la.gov | **Vernon** | Vernon Parish Registrar of Voters<br>P.O. Box 626<br>Leesville, LA 71496-0626<br>Phone: (337) 239-3690<br>Fax: (337) 238-0634<br>Email: vernonrov@sos.la.gov |
| **St James** | St James Parish Registrar of Voters<br>P.O. Box 179<br>Convent, LA 70723-0179<br>Phone: (225) 562-2330<br>Fax: (225) 562-2331<br>Email: st.jamesrov@sos.la.gov | **Washington** | Washington Parish Registrar of Voters<br>900 Washington St, #105<br>Franklinton, LA 70438-1719<br>Phone: (985) 839-7850<br>Fax: (985) 839-7851<br>Email: washingtonrov@sos.la.gov |

STATE115098

| Parish | Mailing Address | Parish | Mailing Address |
|--------|-----------------|--------|-----------------|
| Webster | Webster Parish Registrar of Voters<br>P.O. Box 674<br>Minden, LA 71058-0674<br>Phone: (318) 377-9272<br>Fax: (318) 377-9917<br>Email: websterrov@sos.la.gov | West Feliciana | W Feliciana Parish Registrar of Voters<br>P.O. Box 2490<br>St Francisville, LA 70775-2490<br>Phone: (225) 635-6161<br>Fax: (225) 635-6161<br>Email: westfelicianarov@sos.la.gov |
| West Baton Rouge | W Baton Rouge Parish Registrar of Voters<br>P.O. Box 31<br>Port Allen, LA 70767-0031<br>Phone: (225) 336-2421<br>Fax: (225) 387-3222<br>Email: westbatonrougerov@sos.la.gov | Winn | Winn Parish Registrar of Voters<br>119 W Main St, Rm 105<br>Winnfield, LA 71483-3238<br>Phone: (318) 628-6133<br>Fax: (318) 628-6142<br>Email: winnrov@sos.la.gov |
| West Carroll | W Carroll Parish Registrar of Voters<br>P.O. Box 71<br>Oak Grove, LA 71263-0071<br>Phone: (318) 428-2381<br>Fax: (318) 428-9253<br>Email: westcarrollrov@sos.la.gov | | |

STATE115099

**Mississippi**

# Mississippi

www.sos.ms.gov/Vote/Pages/default.aspx

## Federal Election Deadlines

|  | State Primary Runoff<br>June 28, 2022 | General Election<br>November 8, 2022 |
|---|---|---|
| Registration | By Mail: Received by<br>June 18, 2022<br>By Email or Fax: Received by<br>June 18, 2022 | By Mail: Received by<br>October 29, 2022<br>By Email or Fax: Received by<br>October 29, 2022 |
| Ballot Request | No Deadline | No Deadline |
| Ballot Return | By Mail: Postmarked by*<br>June 28, 2022<br>By Email or Fax: Received by<br>7 PM, June 28, 2022 | By Mail: Postmarked by*<br>November 8, 2022<br>By Email or Fax: Received by<br>7 PM, November 8, 2022 |

*Ballot Return: Ballots must still be received by the 5th day after the election.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

STATE115100

# Important information

| | |
|---|---|
| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| What is a runoff election? | A runoff election is an election held if the state requires that a candidate receive a certain percentage of the votes in order to advance to a general election or take public office. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | No. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot by contacting your election official. Contact information can be found in the "Local Election Offices" section. |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/mississippi |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that best describes you. |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide **either** a Mississippi-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Mississippi-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want your election materials sent to a different address or have a forwarding address, use the forwarding space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, or fax, you must provide your email address or fax number. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax". |
| | B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by **mail**, **email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it **must** be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the state absentee ballot by **mail**, **email** or **fax**.

**STATE115102**

Contact information can be found in the "Local Election Offices" section. If you do not have access to a fax machine to fax your election official directly, you may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

The Federal Write-In Absentee Ballot (FWAB) can be used to register to vote. If you are using the FWAB to register to vote, it **must** be received by the registration deadline listed in the "Federal Elections Deadlines" chart.

You can use the FWAB to vote in federal, state and local elections, including ballot measures.

## Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide **either** a Mississippi-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Mississippi-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. If you want to receive your absentee ballot by email or online, or fax, you must provide your email address or fax number. |
| Section 5 | A. Check "Yes" if you would like to register to vote and/or request an absentee ballot, otherwise check "No."<br><br>B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

Mississippi provides Ranked Choice Voting for *UOCAVA* voters. Please list your candidates in order of preference. Since there may be more than one candidate registered as affiliated with a political party or group in each race, to make sure your ballot can be counted, it is important that you write the candidate name and NOT the political party or group. For more information, visit https://www.sos.ms.gov/yall-vote.

## How and where to submit your FWAB

You can submit the FWAB by **mail, email** or **fax.** Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope

**STATE115103**

and mail your FWAB directly to your election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

**Email your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Scan the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, into your computer. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". Email this ballot package directly to your election official.

**Fax your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fax the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, directly to your election official. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FWAB toll-free if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

## Local election offices for county

| County | Mailing Address |
|---|---|
| **Adams** | Adams County Registrar<br>115 S. Wall Street<br>Natchez, MS 39120<br>Phone: (601) 446-6326<br>Fax: (601) 445-7955<br>Email: UOCAVA.Adams@sos.gov |
| **Alcorn** | Alcorn County Registrar<br>P. O. Box 430<br>Corinth, MS 38835<br>Phone: (662) 286-7740<br>Fax: (662) 286-7767<br>Email: UOCAVA.Alcorn@sos.ms.gov |
| **Amite** | Amite County Registrar<br>P. O. Box 312<br>Liberty, MS 39645<br>Phone: (601) 657-8932<br>Fax: (601) 657-1082<br>Email: UOCAVA.Amite@sos.ms.gov |
| **Attala** | Attala County Registrar<br>100 Courthouse Ste 1<br>Kosciusko, MS 39090<br>Phone: (662) 289-1471<br>Fax: (662) 289-7666<br>Email: UOCAVA.Attala@sos.ms.gov |
| **Benton** | Benton County Registrar<br>P. O. Box 262<br>Ashland, MS 38603<br>Phone: (662) 224-6310<br>Fax: (662) 224-6312<br>Email: UOCAVA.Benton@sos.ms.gov |
| **Bolivar** | Bolivar County Registrar<br>200 S. Court St., P. O. Box 670<br>Cleveland, MS 38732-0670<br>Phone: (662) 843-2061<br>Fax: (662) 846-2943<br>Email: UOCAVA.Bolivar@sos.ms.gov |
| **Calhoun** | Calhoun County Registrar<br>P. O. Box 25<br>Pittsboro, MS 38951<br>Phone: (662) 412-3101<br>Fax: (662) 412-3103<br>Email: UOCAVA.Calhoun@sos.ms.gov |
| **Carroll** | Carroll County Registrar<br>P. O. Box 6<br>Vaiden, MS 39176<br>Phone: (662) 464-5476<br>Fax: (662) 464-5407<br>Email: UOCAVA.Carroll@sos.ms.gov |
| **Chickasaw** | Chickasaw County Registrar<br>1 Pinson Sq Rd Rm 2<br>Houston, MS 38851<br>Phone: (662) 456-2331<br>Fax: (662) 456-4831<br>Email: UOCAVA.Chickasaw@sos.ms.gov |
| **Choctaw** | Choctaw County Registrar<br>P. O. Box 34<br>Ackerman, MS 39735<br>Phone: (662) 285-6245<br>Fax: (662) 285-2196<br>Email: UOCAVA.Choctaw@sos.ms.gov |
| **Claiborne** | Claiborne County Registrar<br>P. O. Box 549<br>Port Gibson, MS 39150<br>Phone: (601) 437-5841<br>Fax: (601) 437-4543<br>Email: UOCAVA.Claiborne@sos.ms.gov |

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| Clarke | Clarke County Registrar<br>P. O. Box 216<br>Quitman, MS 39355<br>Phone: (601) 776-3111<br>Fax: (601) 776-1001<br>Email: UOCAVA.Clarke@sos.ms.gov | Harrison | Harrison County Registrar<br>P. O. Box 998<br>Gulfport, MS 39502<br>Phone: (228) 865-4051<br>Fax: (228) 865-4099<br>Email: UOCAVA.Harrison@sos.ms.gov |
| Clay | Clay County Registrar<br>P. O. Box 364<br>West Point, MS 39773<br>Phone: (662) 494-3384<br>Fax: (662) 495-2057<br>Email: UOCAVA.Clay@sos.ms.gov | Hinds | Hinds County Registrar<br>P. O Box 327<br>Jackson, MS 39205<br>Phone: (601) 968-6628<br>Fax: (601) 973-5547<br>Email: UOCAVA.Hinds@sos.ms.gov |
| Coahoma | Coahoma County Registrar<br>P. O. Drawer 849<br>Clarksdale, MS 38614<br>Phone: (662) 624-3014<br>Fax: (662) 624-3075<br>Email: UOCAVA.Coahoma@sos.ms.gov | Holmes | Holmes County Registrar<br>P. O. Box 718<br>Lexington, MS 39095<br>Phone: (662) 834-2476<br>Fax: (662) 834-3870<br>Email: UOCAVA.Holmes@sos.ms.gov |
| Copiah | Copiah County Registrar<br>P. O. Box 467<br>Hazelhurst, MS 39083-0467<br>Phone: (601) 894-1241<br>Fax: (601) 894-3026<br>Email: UOCAVA.Copiah@sos.ms.gov | Humphreys | Humphreys County Registrar<br>P. O. Box 696<br>Belzoni, MS 39038<br>Phone: (662) 247-3065<br>Fax: (662) 247-3906<br>Email: UOCAVA.Humphreys@sos.ms.gov |
| Covington | Covington County Registrar<br>P. O. Box 667<br>Collins, MS 39428<br>Phone: (601) 765-6506<br>Fax: (601) 765-5012<br>Email: UOCAVA.Covington@sos.ms.gov | Issaquena | Issaquena County Registrar<br>P. O. Box 27<br>Mayersville, MS 39113<br>Phone: (662) 873-2761<br>Fax: (601) 873-2061<br>Email: UOCAVA.Issaquena@sos.ms.gov |
| DeSoto | DeSoto County Registrar<br>2535 Hwy 51 S, Room 201<br>Hernando, MS 38632<br>Phone: (662) 469-8007<br>Fax: (662) 469-8370<br>Email: UOCAVA.Desoto@sos.ms.gov | Itawamba | Itawamba County Registrar<br>201 W Main St<br>Fulton, MS 38843<br>Phone: (662) 862-3511<br>Fax: (662) 862-4006<br>Email: UOCAVA.Itawamba@sos.ms.gov |
| Forrest | Forrest County Registrar<br>P. O. Box 992<br>Hattiesburg, MS 39403-0992<br>Phone: (601) 582-3213<br>Fax: (601) 545-6065<br>Email: UOCAVA.Forrest@sos.ms.gov | Jackson | Jackson County Registrar<br>P. O. Box 998<br>Pascagoula, MS 39568<br>Phone: (228) 769-3040<br>Fax: (228) 769-3180<br>Email: UOCAVA.Jackson@sos.ms.gov |
| Franklin | Franklin County Registrar<br>P. O. Box 267<br>Meadville, MS 39653<br>Phone: (601) 384-2320<br>Fax: (601) 384-8244<br>Email: UOCAVA.Franklin@sos.ms.gov | Jasper | Jasper County Registrar<br>27 W. 8th Ave., P.O. Box 447<br>Bay Springs, MS 39422-0447<br>Phone: (601) 764-2245<br>Fax: (601) 764-3078<br>Email: UOCAVA.Jasper@sos.ms.gov |
| George | George County Registrar<br>355 Cox St , Ste C<br>Lucedale, MS 39452<br>Phone: (601) 947-4881<br>Fax: (601) 947-8804<br>Email: UOCAVA.George@sos.ms.gov | Jefferson | Jefferson County Registrar<br>P. O. Box 305<br>Fayette, MS 39069<br>Phone: (601) 786-3422<br>Fax: (601) 786-9676<br>Email: UOCAVA.Jefferson@sos.ms.gov |
| Greene | Greene County Registrar<br>P. O. Box 310<br>Leakesville, MS 39451<br>Phone: (601) 394-2379<br>Fax: (601) 394-2334<br>Email: UOCAVA.Greene@sos.ms.gov | Jefferson Davis | Jefferson Davis County Registrar<br>P. O. Box 1090<br>Prentiss, MS 39474<br>Phone: (601) 792-4231<br>Fax: (601) 792-4957<br>Email: UOCAVA.JeffersonDavis@sos.ms.gov |
| Grenada | Grenada County Registrar<br>P. O. Box 1517<br>Grenada, MS 38902-1517<br>Phone: (662) 226-1941<br>Fax: (662) 227-2865<br>Email: UOCAVA.Grenada@sos.ms.gov | Jones | Jones County Registrar<br>P. O. Box 1336<br>Laurel, MS 39441<br>Phone: (601) 425-2556<br>Fax: (601) 399-4774<br>Email: UOCAVA.Jones@sos.ms.gov |
| Hancock | Hancock County Registrar<br>152 Main St, Ste B<br>Bay Saint Louis, MS 39520<br>Phone: (228) 467-5265<br>Fax: (228) 467-2779<br>Email: UOCAVA.Hancock@sos.ms.gov | Kemper | Kemper County Registrar<br>P. O. Box 130<br>DeKalb, MS 39328<br>Phone: (601) 743-2224<br>Fax: (601) 743-4173<br>Email: UOCAVA.Kemper@sos.ms.gov |

STATE115105

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Lafayette** | Lafayette County Registrar<br>1 Courthouse Sq , Ste 101<br>Oxford, MS 38655<br>Phone: (662) 234-4951<br>Fax: (662) 236-0238<br>Email: UOCAVA.Lafayette@sos.ms.gov | **Monroe** | Monroe County Registrar<br>P. O. Box 843<br>Aberdeen, MS 39730<br>Phone: (662) 369-8695<br>Fax: (662) 369-3684<br>Email: UOCAVA.Monroe@sos.ms.gov |
| **Lamar** | Lamar County Registrar<br>P. O. Box 369<br>Purvis, MS 39475<br>Phone: (601) 794-3470<br>Fax: (601) 794-3905<br>Email: UOCAVA.Lamar@sos.ms.gov | **Montgomery** | Montgomery County Registrar<br>P. O. Box 765<br>Winona, MS 38967<br>Phone: (662) 283-4161<br>Fax: (662) 283-3363<br>Email: UOCAVA.Montgomery@sos.ms.gov |
| **Lauderdale** | Lauderdale County Registrar<br>P. O. Box 1005<br>Meridian, MS 39302-1005<br>Phone: (601) 482-9731<br>Fax: (601) 482-9734<br>Email: UOCAVA.Lauderdale@sos.ms.gov | **Neshoba** | Neshoba County Registrar<br>401 E. Beacon St , Ste 110<br>Philadelphia, MS 39350<br>Phone: (601) 656-4781<br>Fax: (601) 650-3997<br>Email: UOCAVA.Neshoba@sos.ms.gov |
| **Lawrence** | Lawrence County Registrar<br>P. O. Box 1249<br>Monticello, MS 39654<br>Phone: (601) 587-4791<br>Fax: (601) 587-4405<br>Email: UOCAVA.Lawrence@sos.ms.gov | **Newton** | Newton County Registrar<br>P. O. Box 447<br>Decatur, MS 39327<br>Phone: (601) 635-2368<br>Fax: (601) 635-3210<br>Email: UOCAVA.Newton@sos.ms.gov |
| **Leake** | Leake County Registrar<br>P. O. Box 67<br>Carthage, MS 39051<br>Phone: (601) 267-8357<br>Fax: (601) 267-8889<br>Email: UOCAVA.Leake@sos.ms.gov | **Noxubee** | Noxubee County Registrar<br>505 Jefferson St., #3, P. O. Box 431<br>Macon, MS 39341<br>Phone: (662) 726-5737<br>Fax: (662) 726-6041<br>Email: UOCAVA.Noxubee@sos.ms.gov |
| **Lee** | Lee County Registrar<br>P. O. Box 762<br>Tupelo, MS 38802<br>Phone: (662) 432-2300<br>Fax: (662) 680-6079<br>Email: UOCAVA.Lee@sos.ms.gov | **Oktibbeha** | Oktibbeha County Registrar<br>108 W. Main St , Ste 118<br>Starkville, MS 39759<br>Phone: (662) 323-1356<br>Fax: (662) 323-1121<br>Email: UOCAVA.Oktibbeha@sos.ms.gov |
| **Leflore** | Leflore County Registrar<br>P. O. Box 1953<br>Greenwood, MS 38935<br>Phone: (662) 453-1435<br>Fax: (662) 455-1278<br>Email: UOCAVA.LeFlore@sos.ms.gov | **Panola** | Panola County Registrar<br>P. O. Box 346<br>Batesville, MS 38606<br>Phone: (662) 563-6210<br>Fax: (662) 563-8233<br>Email: UOCAVA.Panola@sos.ms.gov |
| **Lincoln** | Lincoln County Registrar<br>301 S First St, Rm 205<br>Brookhaven, MS 39602<br>Phone: (601) 835-3435<br>Fax: (601) 835-3482<br>Email: UOCAVA.Lincoln@sos.ms.gov | **Pearl River** | Pearl River County Registrar<br>P. O. Box 530<br>Poplarville, MS 39470<br>Phone: (601) 403-2328<br>Fax: (601) 403-2327<br>Email: UOCAVA.PearlRiver@sos.ms.gov |
| **Lowndes** | Lowndes County Registrar<br>P. O. Box 31<br>Columbus, MS 39703<br>Phone: (662) 329-5900<br>Fax: (662)329-5935<br>Email: UOCAVA.Lowndes@sos.ms.gov | **Perry** | Perry County Registrar<br>P. O. Box 198<br>New Augusta, MS 39462<br>Phone: (601) 964-8663<br>Fax: (601) 964-8740<br>Email: UOCAVA.Perry@sos.ms.gov |
| **Madison** | Madison County Registrar<br>P. O. Drawer 1626<br>Canton, MS 39046<br>Phone: (601) 859-4365<br>Fax: (601) 859-8555<br>Email: UOCAVA.Madison@sos.ms.gov | **Pike** | Pike County Registrar<br>P. O Drawer 31<br>Magnolia, MS 39652<br>Phone: (601) 783-2581<br>Fax: (601) 783-6322<br>Email: UOCAVA.Pike@sos.ms.gov |
| **Marion** | Marion County Registrar<br>250 Broad St , Ste 1<br>Columbia, MS 39429<br>Phone: (601) 736-8246<br>Fax: (601) 731-6344<br>Email: UOCAVA.Marion@sos.ms.gov | **Pontotoc** | Pontotoc County Registrar<br>P. O Box 428<br>Pontotoc, MS 38863<br>Phone: (662) 489-3908<br>Fax: (662) 489-2318<br>Email: UOCAVA.Pontotoc@sos.ms.gov |
| **Marshall** | Marshall County Registrar<br>P. O. Box 459<br>Holly Springs, MS 38635<br>Phone: (662) 252-3434<br>Fax: (662) 252-5951<br>Email: UOCAVA.Marshall@sos.ms.gov | **Prentiss** | Prentiss County Registrar<br>P. O Box 727<br>Booneville, MS 38829<br>Phone: (662) 728-4611<br>Fax: (662) 728-2006<br>Email: UOCAVA.Prentiss@sos.ms.gov |

STATE115106

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Quitman** | Quitman County Registrar<br>220 Chestnut St, Ste 4<br>Marks, MS 38646<br>Phone: (662) 326-8003<br>Fax: (662) 326-8004<br>Email: UOCAVA.Quitman@sos.ms.gov | **Tunica** | Tunica County Registrar<br>P. O. Box 184<br>Tunica, MS 38676<br>Phone: (662) 363-2842<br>Fax: (662) 363-2413<br>Email: UOCAVA.Tunica@sos.ms.gov |
| **Rankin** | Rankin County Registrar<br>P. O. Box 1599<br>Brandon, MS 39043<br>Phone: (601) 825-1466<br>Fax: (601) 825-1465<br>Email: UOCAVA.Rankin@sos.ms.gov | **Union** | Union County Registrar<br>P. O. Box 298<br>New Albany, MS 38652<br>Phone: (662) 534-1910<br>Fax: (662) 534-2059<br>Email: UOCAVA.Union@sos.ms.gov |
| **Scott** | Scott County Registrar<br>P. O. Box 371<br>Forest, MS 39074<br>Phone: (601) 469-3601<br>Fax: (601) 469-5188<br>Email: UOCAVA.Scott@sos.ms.gov | **Walthall** | Walthall County Registrar<br>200 Ball Ave<br>Tylertown, MS 39667<br>Phone: (601) 876-5677<br>Fax: (601) 876-4077<br>Email: UOCAVA.Walthall@sos.ms.gov |
| **Sharkey** | Sharkey County Registrar<br>P. O. Box 218<br>Rolling Fork, MS 39159<br>Phone: (662) 873-2755<br>Fax: (662) 873-6045<br>Email: UOCAVA.Sharkey@sos.ms.gov | **Warren** | Warren County Registrar<br>P. O. Box 351<br>Vicksburg, MS 39181<br>Phone: (601) 636-3961<br>Fax: (601) 630-4100<br>Email: UOCAVA.Warren@sos.ms.gov |
| **Simpson** | Simpson County Registrar<br>P. O. Box 307<br>Mendenhall, MS 39114<br>Phone: (601) 847-2474<br>Fax: (601) 847-4011<br>Email: UOCAVA.Simpson@sos.ms.gov | **Washington** | Washington County Registrar<br>P. O Box 1276<br>Greenville, MS 38702<br>Phone: (662) 378-2747<br>Fax: (662) 334-2698<br>Email: UOCAVA.Washington@sos.ms.gov |
| **Smith** | Smith County Registrar<br>P. O. Box 517<br>Raleigh, MS 39153<br>Phone: (601) 782-4751<br>Fax: (601) 782-4007<br>Email: UOCAVA.Smith@sos.ms.gov | **Wayne** | Wayne County Registrar<br>P. O. Box 428<br>Waynesboro, MS 39367<br>Phone: (601) 735-1171<br>Fax: (601) 735-6261<br>Email: UOCAVA.Wayne@sos.ms.gov |
| **Stone** | Stone County Registrar<br>323 E. Cavers Ave.<br>Wiggins, MS 39577<br>Phone: (601) 928-5246<br>Fax: (601) 928-5248<br>Email: UOCAVA.Stone@sos.ms.gov | **Webster** | Webster County Registrar<br>P. O. Box 308<br>Walthall, MS 39771<br>Phone: (662) 258-6287<br>Fax: (662) 258-7686<br>Email: UOCAVA.Webster@sos.ms.gov |
| **Sunflower** | Sunflower County Registrar<br>P. O. Box 880<br>Indianola, MS 38751<br>Phone: (662) 887-1252<br>Fax: (662) 887-7077<br>Email: UOCAVA.Sunflower@sos.ms.gov | **Wilkinson** | Wilkinson County Registrar<br>P. O. Box 327<br>Woodville, MS 39669<br>Phone: (601) 888-6697<br>Fax: (601) 888-6984<br>Email: UOCAVA.Wilkinson@sos.ms.gov |
| **Tallahatchie** | Tallahatchie County Registrar<br>P. O. Box 86<br>Charleston, MS 38921<br>Phone: (662) 647-8758<br>Fax: (662) 647-8490<br>Email: UOCAVA.Tallahatchie@sos.ms.gov | **Winston** | Winston County Registrar<br>P. O. Drawer 785<br>Louisville, MS 39339<br>Phone: (662) 773-3581<br>Fax: (662) 773-7192<br>Email: UOCAVA.Winston@sos.ms.gov |
| **Tate** | Tate County Registrar<br>201 Ward St<br>Senatobia, MS 38668<br>Phone: (662) 562-5211<br>Fax: (662) 562-7486<br>Email: UOCAVA.Tate@sos.ms.gov | **Yalobusha** | Yalobusha County Registrar<br>14400 Main St., P. O. Box 260<br>Coffeeville, MS 38922<br>Phone: (662) 675-8187<br>Fax: (662) 675-8004<br>Email: UOCAVA.Yalobusha@sos.ms.gov |
| **Tippah** | Tippah County Registrar<br>102-A N. Main<br>Ripley, MS 38663<br>Phone: (662) 837-7370<br>Fax: (662) 837-1030<br>Email: UOCAVA.Tippah@sos.ms.gov | **Yazoo** | Yazoo County Registrar<br>P. O Box 108<br>Yazoo City, MS 39194<br>Phone: (662) 746-1872<br>Fax: (662) 716-0113<br>Email: UOCAVA.Yazoo@sos.ms.gov |
| **Tishomingo** | Tishomingo County Registrar<br>1008 Battleground Dr<br>Iuka, MS 38852<br>Phone: (662) 423-7026<br>Fax: (662) 423-1667<br>Email: UOCAVA.Tishomingo@sos.ms.gov | | |

STATE115107

# New Jersey

nj.gov/state/elections/index.html

## Federal Election Deadlines

|  | General Election<br>November 8, 2022 |
|---|---|
| Registration | **By Mail: Received by**<br>October 18, 2022<br>**By Email or Fax: Received by**<br>October 18, 2022 |
| Ballot Request | **By Mail: Received by**<br>November 1, 2022<br>**By Email or Fax: Received by**<br>November 4, 2022 |
| Ballot Return | **Postmarked by\***<br>November 8, 2022 |

\*Ballots must still be received by the 6th day after the election.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

## Important information

| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
|---|---|
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |

STATE115108

| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | Yes. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://voter.njsvrs.com/PublicAccess/servlet/ com.saber.publicaccess.control.PublicAccessNavigationServlet? USERPROCESS=PublicSearch |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/new-jersey |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| Section 1 | Select the category that best describes you. |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide **either** a New Jersey-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or New Jersey-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |

| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, or fax, you must provide your email address or fax number. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax". |
| | B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

STATE115109

## How and where to submit your FPCA

You can submit the FPCA by **mail, email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

## Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the ballot by **mail, email** or **fax.** If you send it by email or fax you **must** also immediately mail your ballot to the Board of Election.

Contact information can be found in the "Local Election Offices" section. If you do not have access to a fax machine to fax your election official directly, you may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

## Haven't received your ballot? Use the Federal Write-In Absentee Ballot

You **must** be registered to vote and have already requested a state absentee ballot in order to use the Federal Write-In Absentee Ballot (FWAB).

**U.S. citizens residing outside the United States whose return is not certain,** can use the FWAB to vote in all elections for federal office.

**All other** *UOCAVA* **voters** can use the FWAB to vote in all elections for federal, state and local offices, including ballot measures.

## Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide **either** a New Jersey-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or New Jersey-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. |
| Section 5 | A. Do not check "Yes" or "No." **The FWAB cannot be used for voter registration or as a ballot request.** |

STATE115110

| | B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
|---|---|
| Section 6 | Provide any information that may assist the election official in accepting this form. |
| Section 7 | Sign and date the form. No witness signature required. |

## Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

### How and where to submit your FWAB

The FWAB can be submitted by **mail, email** or **fax.** If you send it by email or fax you **must** also immediately mail your FWAB to the Board of Election.

Contact information can be found in the "Local Election Offices" section.

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

**Email your FWAB:** *(The FWAB must also be mailed).* Once your FWAB is complete, sign and date the "Voter Information" page. Scan the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, into your computer. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". Email this ballot package directly to your election official.

**Fax your FWAB:** *(The FWAB must also be mailed).* Once your FWAB is complete, sign and date the "Voter Information" page. Fax the signed "Voter Information" page, the "Official Backup Ballot" and

the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, directly to your election official. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FWAB toll-free if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

STATE115111

# Local election offices for county

| County | Mailing Address |
|---|---|
| Atlantic | Atlantic County Clerk - FPCA<br>5901 Main St<br>Mays Landing, NJ 08330<br>Phone: (609) 909-5842<br>Fax: (609) 909-5111<br>Email: sommers_mike@aclink.org |
| Atlantic | Atlantic County Board of Elections - FWAB<br>5903 Main St<br>Mays Landing, NJ 08330<br>Phone: (609) 645-5867<br>Fax: (609) 645-5875<br>Email: evote_submit@aclink.org |
| Bergen | Bergen County Clerk - FPCA<br>1 Bergen County Plaza, Rm 130<br>Hackensack, NJ 07601<br>Phone: (201) 336-7020<br>Fax: (201) 336-7005<br>Email: electionsclerk@co.Bergen.nj.us |
| Bergen | Bergen County Board of Elections - FWAB<br>1 Bergen County Plaza, Rm 310<br>Hackensack, NJ 07601<br>Phone: (201) 336-6230<br>Fax: (201) 336-6242<br>Email: electionsclerk@co.Bergen.nj.us |
| Burlington | Burlington County Clerk - FPCA<br>50 Rancocas Rd, 3rd Floor P.O. Box 6000<br>Mount Holly, NJ 08060<br>Phone: (609) 265-5122<br>Fax: (609) 265-0696<br>Email: osballot@co.burlington.nj.us |
| Burlington | Burlington County Board of Elections - FWAB<br>50 Rancocas Rd, 1st Floor<br>Mount Holly, NJ 08060<br>Phone: (609) 265-5062<br>Fax: (609) 265-3131<br>Email: osreturn@co.burlington.nj.us |
| Camden | Camden County Clerk - FPCA<br>100 University Court, P.O. Box 218<br>Blackwood, NJ 08012<br>Phone: (856) 225-7219<br>Fax: (856) 374-6398<br>Email: electdiv@camdencounty.com |
| Camden | Camden County Board of Elections - FWAB<br>100 University Court P.O. Box 258<br>Blackwood, NJ 08012<br>Phone: (856) 401-8683<br>Fax: (856) 401-8689<br>Email: vote@camdencounty.com |
| Cape May | Cape May County Clerk - FPCA<br>7 N Main St, P.O. Box 5000<br>Cape May Courthouse, NJ 08210<br>Phone: (609) 465-1013<br>Fax: (609) 463-0966<br>Email: clerk.elections@co.cape-may.nj.us |
| Cape May | Cape May County Board of Elections - FWAB<br>10 W. Mechanic St<br>Cape May Courthouse, NJ 08210<br>Phone: (609) 465-1050<br>Fax: (609) 465-1639<br>Email: clerk@co.cape-may.nj.us |
| Cumberland | Cumberland County Clerk - FPCA<br>P.O. Box 100<br>Bridgeton, NJ 08302<br>Phone: (856) 453-4860<br>Fax: (856) 455-1410<br>Email: ccclerknj@co.cumberland.nj.us |

| County | Mailing Address |
|---|---|
| Cumberland | Cumberland County Board of Elections - FWAB<br>555 Shiloh Pike<br>Bridgeton, NJ 08302<br>Phone: (856) 453-5801<br>Fax: (856) 451-3172<br>Email: votebymailreturn@co.cumberland.nj.us |
| Essex | Essex County Clerk - FPCA<br>P.O. Box 690<br>Newark, NJ 07101-0690<br>Phone: (973) 621-4921<br>Fax: (973) 621-4640<br>Email: jferry@clerk.essexcountynj.org |
| Essex | Essex County Board of Elections - FWAB<br>465 Dr. Martin Luther King, Jr. Blvd., 4th Fl, Rm 411<br>Newark, NJ 07102<br>Phone: (973) 621-5071<br>Fax: (973) 621-4640<br>Email: ballotreturn2020@clerk.essexcountynj.org |
| Gloucester | Gloucester County Clerk - FPCA<br>P.O. Box 129<br>Woodbury, NJ 08096<br>Phone: (856) 384-4532<br>Fax: (856) 251-1646<br>Email: ccelections@co.gloucester.nj.us |
| Gloucester | Gloucester County Board of Elections - FWAB<br>P.O. Box 352<br>Woodbury, NJ 08096<br>Phone: (856) 384-4500<br>Fax: (856) 251-1645<br>Email: boe@co.gloucester.nj.us |
| Hudson | Hudson County Clerk - FPCA<br>257 Cornelison Ave - 4th Fl<br>Jersey City, NJ 07302<br>Phone: (201) 369-3470 x6<br>Fax: (201) 369-3478<br>Email: vote@hcnj.us |
| Hudson | Hudson County Board of Elections - FWAB<br>257 Cornelison Ave - 4th Fl<br>Jersey City, NJ 07302<br>Phone: (201) 369-3435<br>Fax: (201) 369-3436<br>Email: eballot@hcnj.us |
| Hunterdon | Hunterdon County Clerk - FPCA<br>Hall of Records, 71 Main St<br>Flemington, NJ 08822<br>Phone: (908) 788-1214<br>Fax: (908) 782-4068<br>Email: countyclerk@co.hunterdon.nj.us |
| Hunterdon | Hunterdon County Board of Elections - FWAB<br>P.O. Box 2900<br>Flemington, NJ 08822<br>Phone: (908) 788-1190<br>Fax: (908) 806-4686<br>Email: eballot@co.hunterdon.nj.us |
| Mercer | Mercer County Clerk - FPCA<br>209 S. Broad St., 2nd Floor, P.O. Box 8068<br>Trenton, NJ 08650<br>Phone: (609) 989-6494<br>Fax: (609) 394-8785<br>Email: vote@mercercounty.org |
| Mercer | Mercer County Board of Elections - FWAB<br>930 Spruce St.<br>Lawrence, NJ 08648<br>Phone: (609) 989-6522<br>Fax: (609) 278-2713<br>Email: returnballot@mercercounty.org |
| Middlesex | Middlesex County Clerk - FPCA<br>75 Bayard St P.O. Box 1110<br>New Brunswick, NJ 08901<br>Phone: (732) 745-4202<br>Fax: (732) 745-2170<br>Email: request.absentee@co.middlesex.nj.us |

STATE115112

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Middlesex** | Middlesex County Board of Elections - FWAB<br>11 Kennedy Blvd.<br>East Brunswick, NJ 08816-1250<br>Phone: (732) 745-3471<br>Fax: (732) 296-6560<br>Email: elections@co.middlesex.nj.us | **Salem** | Salem County Board of Elections - FWAB<br>110 Fifth St, Ste 1000<br>Salem, NJ 08079<br>Phone: (856) 935-7510 x8330<br>Fax: (856) 935-6725<br>Email: overseasballot@salemcountynj.gov |
| **Monmouth** | Monmouth County Clerk - FPCA<br>300 Halls Mill Rd<br>Freehold, NJ 07728-8835<br>Phone: (732) 431-7790<br>Fax: (732) 409-4887<br>Email: eballotapp@co.monmouth.nj.us | **Somerset** | Somerset County Clerk - FPCA<br>P.O. Box 3000<br>Somerville, NJ 08876<br>Phone: (908) 231-7013<br>Fax: (908) 575-3930<br>Email: mailinvoting@co.somerset.nj.us |
| **Monmouth** | Monmouth County Board of Elections - FWAB<br>300 Halls Mill Rd<br>Freehold, NJ 07728-8834<br>Phone: (732) 431-7802 x7150<br>Fax: (732) 303-7648<br>Email: eballotvote@co.monmouth.nj.us | **Somerset** | Somerset County Board of Elections - FWAB<br>P.O. Box 3000<br>Somerville, NJ 08876<br>Phone: (908) 231-7084<br>Fax: (908) 231-9465<br>Email: federalvoter@co.somerset.nj.us |
| **Morris** | Morris County Clerk - FPCA<br>P.O. Box 315<br>Morristown, NJ 07963-0315<br>Phone: (973) 285-6066<br>Fax: (973) 285-5233<br>Email: morriscountyclerkelections@co.morris.nj.us | **Sussex** | Sussex County Clerk - FPCA<br>83 Spring St, Ste 304<br>Newton, NJ 07860<br>Phone: (973) 579-0900<br>Fax: (973) 383-7493<br>Email: ballot@sussex.nj.us |
| **Morris** | Morris County Board of Elections - FWAB<br>P.O. Box 900<br>Morristown, NJ 07693-0900<br>Phone: (973) 285-6715<br>Fax: (973) 285-5208<br>Email: ballotsubmission@co.morris.nj.us | **Sussex** | Sussex County Board of Elections - FWAB<br>83 Spring St, Ste 305<br>Newton, NJ 07860<br>Phone: (973) 579-0950<br>Fax: (973) 579-0955<br>Email: voter@sussex.nj.us |
| **Ocean** | Ocean County Clerk - FPCA<br>118 Washington St, Rm 107<br>Toms River, NJ 08754<br>Phone: (732) 929-2018<br>Fax: (732) 349-4336<br>Email: oceancountyUOCAVA@co.ocean.nj.us | **Union** | Union County Clerk - FPCA<br>2 Broad St, Rm 113<br>Elizabeth, NJ 07201-2299<br>Phone: (908) 527-4996<br>Fax: (908) 558-3592<br>Email: ucvote@ucnj.org |
| **Ocean** | Ocean County Board of Elections - FWAB<br>129 Hooper Ave, P.O. Box 2006<br>Toms River, NJ 08754<br>Phone: (732) 929-2167<br>Fax: (732) 506-5110<br>Email: ocevaballot@co.ocean.nj.us | **Union** | Union County Board of Elections - FWAB<br>271 N. Broad St<br>Elizabeth, NJ 07208<br>Phone: (908) 527-4123<br>Fax: (908) 527-4127<br>Email: ucboe@ucnj.org |
| **Passaic** | Passaic County Clerk - FPCA<br>401 Grand St, Rm 130<br>Paterson, NJ 07505<br>Phone: (973) 881-4127 x2235<br>Fax: (973) 742-5744<br>Email: hanak@passaiccountynj.org | **Warren** | Warren County Clerk - FPCA<br>413 Second St<br>Belvidere, NJ 07823<br>Phone: (908) 475-6211<br>Fax: (908) 475-6208<br>Email: hmackey@co.warren.nj.us |
| **Passaic** | Passaic County Board of Elections - FWAB<br>401 Grand St, Rm 123<br>Paterson, NJ 07505<br>Phone: (973) 881-4527<br>Fax: (973) 523-9121<br>Email: return-ballots@passaiccountynj.org | **Warren** | Warren County Board of Elections - FWAB<br>202 Mansfield St<br>Belvidere, NJ 07823<br>Phone: (908) 475-6313<br>Fax: (908) 475-6221<br>Email: wduffy@co.warren.nj.us |
| **Salem** | Salem County Clerk - FPCA<br>110 Fifth St, Ste 200<br>Salem, NJ 08079<br>Phone: (856) 935-7510 x8454<br>Fax: (856) 935-8882<br>Email: overseasballot@salemcountynj.gov | | |

**STATE115113**

# North Carolina

www.ncsbe.gov/ncsbe/

## Federal Election Deadlines

|  | Federal Primary Runoff<br>July 26, 2022 | General Election<br>November 8, 2022 |
|---|---|---|
| Registration | Received by<br>5 PM, July 25, 2022 | Received by<br>5 PM, November 7, 2022 |
| Ballot Request | Received by<br>5 PM, July 25, 2022 | Received by<br>5 PM, November 7, 2022 |
| Ballot Return* | Return by Email/Online or Fax: Received by<br>7:30 PM ET, July 26, 2022<br>Return by Mail: Received by<br>5 PM ET, August 4, 2022 | Return by Email/Online or Fax: Received by<br>7:30 PM ET, November 8, 2022<br>Return by Mail: Received by<br>5 PM ET, November 17, 2022 |

*If your ballot is received after 7:30 PM ET on Election Day, it will not be timely unless you transmitted the ballot by 12:01 AM on the day of the election at the place where you completed the ballot, and it is received by the "Return by Mail" receipt deadline above.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

STATE115120

# Important information

| | |
|---|---|
| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| What is a runoff election? | A runoff election is an election held if the state requires that a candidate receive a certain percentage of the votes in order to advance to a general election or take public office. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | A U.S. citizen who has never resided in the U.S., and has a parent or legal guardian who was last domiciled in North Carolina, is eligible to vote in North Carolina. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://www.ncsbe.gov/voting/voter-tools-and-forms |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/north-carolina |

STATE115121

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) temporarily registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide **either** a North Carolina-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or North Carolina-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, or fax, you must provide your email address or fax number. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by **mail, email,** or **fax** or use the **North Carolina Military and Overseas Absentee Ballot portal,** available at https://votebymail.ncsbe.gov/app/uocava.

Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines"

STATE115122

chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the state absentee ballot by **mail, email, online\*** or **fax**.

Contact information can be found in the "Local Election Offices" section. If you do not have access to a fax machine to fax your election official directly, you may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

**\*You can receive, mark, and return your absentee ballot online using the North Carolina Military and Overseas Absentee Ballot portal, available at https://votebymail.ncsbe.gov/app/uocava.**

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

The Federal Write-In Absentee Ballot (FWAB) can be used to register to vote. If you are using the FWAB to register to vote, it **must** be received by the registration deadline listed in the "Federal Election Deadlines" chart.

You can use the FWAB to vote in federal, state and local elections, including ballot measures.

## Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide **either** a North Carolina-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or North Carolina-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an |

absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence.

| | |
|---|---|
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. If you want to receive your absentee ballot by email or online, or fax, you must provide your email address or fax number. |
| Section 5 | A. Check "Yes" if you would like to register to vote and/or request an absentee ballot, otherwise check "No."<br><br>B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

## How and where to submit your FWAB

You can submit the FWAB by **mail, email** or **fax**. Contact information can be found in the "Local Election Offices" section. or online at FVAP.gov.

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope.

STATE115123

Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

**Email your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Scan the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, into your computer. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". Email this ballot package directly to your election official.

**Fax your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fax the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, directly to your election official. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FWAB toll-free if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

# Local election offices for county

| County | Mailing Address |
|--------|-----------------|
| **Alamance** | Alamance County Board of Elections<br>115 South Maple Street<br>Graham, NC 27253<br>Phone: (336) 570-6755<br>Fax: (336) 570-6757<br>Email: Alamance.BOElections@alamance-nc.com |
| **Alexander** | Alexander County Board of Elections<br>PO Box 326<br>Taylorsville, NC 28681<br>Phone: (828) 632-2990<br>Fax: (828) 632-1381<br>Email: elections@alexandercountync.gov |
| **Alleghany** | Alleghany County Board of Elections<br>PO Box 65<br>Sparta, NC 28675<br>Phone: (336) 372-4557<br>Fax: (336) 372-5435<br>Email: elections@alleghanycounty-nc.gov |
| **Anson** | Anson County Board of Elections<br>PO Box 768<br>Wadesboro, NC 28170<br>Phone: (704) 994-3223<br>Fax: (704) 694-2443<br>Email: smelton@ansoncountync.gov |
| **Ashe** | Ashe County Board of Elections<br>150 Government Circle, Suite 2100<br>Jefferson, NC 28640<br>Phone: (336) 846-5570<br>Fax: (336) 846-5574<br>Email: johnshepherd@ashecountygov.com |
| **Avery** | Avery County Board of Elections<br>PO Box 145<br>Newland, NC 28657<br>Phone: (828) 733-8282<br>Fax: (828) 733-8283<br>Email: sheila.ollis@averycountync.gov |
| **Beaufort** | Beaufort County Board of Elections<br>PO Box 1016<br>Washington, NC 27889<br>Phone: (252) 946-2321<br>Fax: (252) 974-2962<br>Email: BEAUFORT.boe@co.beaufort.nc.us |
| **Bertie** | Bertie County Board of Elections<br>PO Box 312<br>Windsor, NC 27983<br>Phone: (252) 794-5306<br>Fax: (252) 794-5368<br>Email: elections@bertie.nc.gov |
| **Bladen** | Bladen County Board of Elections<br>PO Box 512<br>Elizabethtown, NC 28337<br>Phone: (910) 862-6951<br>Fax: (910) 862-7820<br>Email: elections@bladenco.org |
| **Brunswick** | Brunswick County Board of Elections<br>PO Box 2<br>Bolivia, NC 28422<br>Phone: (910) 253-2620<br>Fax: (910) 253-2618<br>Email: absentee@brunswickcountync.gov |
| **Buncombe** | Buncombe County Board of Elections<br>PO Box 7468<br>Asheville, NC 28802<br>Phone: (828) 250-4200<br>Fax: (828) 250-6262<br>Email: elections@buncombecounty.org |

STATE115124

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Burke** | Burke County Board of Elections<br>PO Box 798<br>Morganton, NC 28680<br>Phone: (828) 764-9010<br>Fax: (828) 764-9011<br>Email: BURKE.boe@burkenc.org | **Columbus** | Columbus County Board of Elections<br>PO Box 37<br>Whiteville, NC 28472<br>Phone: (910) 640-6609<br>Fax: (910) 640-0916<br>Email: Columbus.BOE@columbusco.org |
| **Cabarrus** | Cabarrus County Board of Elections<br>PO Box 1315<br>Concord, NC 28026<br>Phone: (704) 920-2860<br>Fax: (704) 920-2831<br>Email: cabarrus.boe@cabarruscounty.us | **Craven** | Craven County Board of Elections<br>406 CRAVEN STREET<br>New Bern, NC 28560<br>Phone: (252) 636-6610<br>Fax: (252) 636-6687<br>Email: cravenboe@cravencountync.gov |
| **Caldwell** | Caldwell County Board of Elections<br>PO Box 564<br>Lenoir, NC 28645<br>Phone: (828) 757-1326<br>Fax: (828) 757-1195<br>Email: elections@caldwellcountync.org | **Cumberland** | Cumberland County Board of Elections<br>227 Fountainhead Lane, Suite 101<br>Fayetteville, NC 28301<br>Phone: (910) 678-7733<br>Fax: (910) 678-7738<br>Email: boardofelections@co.cumberland.nc.us |
| **Camden** | Camden County Board of Elections<br>PO Box 206<br>Camden, NC 27921<br>Phone: (252) 338-5530<br>Fax: (252) 338-1271<br>Email: ELECTIONS@CAMDENCOUNTYNC.GOV | **Currituck** | Currituck County Board of Elections<br>PO Box 177<br>Currituck, NC 27929<br>Phone: (252) 232-2525<br>Fax: (252) 232-2427<br>Email: currituck.boe@currituckcountync.gov |
| **Carteret** | Carteret County Board of Elections<br>1702 Live Oak Street, Suite 200<br>Beaufort, NC 28516<br>Phone: (252) 728-8460<br>Fax: (252) 728-8571<br>Email: boemail@carteretcountync.gov | **Dare** | Dare County Board of Elections<br>PO Box 1000<br>Manteo, NC 27954<br>Phone: (252) 475-5631<br>Fax: (252) 475-1223<br>Email: elections@darenc.com |
| **Caswell** | Caswell County Board of Elections<br>PO Box 698<br>Yanceyville, NC 27379<br>Phone: (336) 694-4010<br>Fax: (336) 694-9924<br>Email: help@caswellelections.com | **Davidson** | Davidson County Board of Elections<br>PO Box 1084<br>Lexington, NC 27293<br>Phone: (336) 242-2190<br>Fax: (336) 242-2199<br>Email: DAVIDSON.boe@davidsoncountync.gov |
| **Catawba** | Catawba County Board of Elections<br>PO Box 132<br>Newton, NC 28658<br>Phone: (828) 464-2424<br>Fax: (828) 464-9832<br>Email: elections@catawbacountync.gov | **Davie** | Davie County Board of Elections<br>161 Poplar Street, Suite 102<br>Mocksville, NC 27028<br>Phone: (336) 753-6072<br>Fax: (336) 751-0185<br>Email: tparrish@daviecountync.gov |
| **Chatham** | Chatham County Board of Elections<br>PO Box 111<br>Pittsboro, NC 27312<br>Phone: (919) 545-8500<br>Fax: (919) 542-6430<br>Email: elections@chathamcountync.gov | **Duplin** | Duplin County Board of Elections<br>PO Box 975<br>Kenansville, NC 28349<br>Phone: (910) 296-2170<br>Fax: (910) 296-2167<br>Email: dcboe@duplincountync.com |
| **Cherokee** | Cherokee County Board of Elections<br>40 Peachtree Street<br>Murphy, NC 28906<br>Phone: (828) 837-6670<br>Fax: (828) 837-7998<br>Email: ccboe@cherokeecounty-nc.gov | **Durham** | Durham County Board of Elections<br>PO Box 868<br>Durham, NC 27702<br>Phone: (919) 560-0700<br>Fax: (919) 560-0688<br>Email: absentee@dconc.gov |
| **Chowan** | Chowan County Board of Elections<br>PO Box 133<br>Edenton, NC 27932<br>Phone: (252) 482-4010<br>Fax: (252) 482-5920<br>Email: chowan.boelections@chowan.nc.gov | **Edgecombe** | Edgecombe County Board of Elections<br>PO Box 10<br>Tarboro, NC 27886<br>Phone: (252) 641-7852<br>Fax: (252) 641-1740<br>Email: jerryspruell@edgecombeco.com |
| **Clay** | Clay County Board of Elections<br>54 Church Street<br>Hayesville, NC 28904<br>Phone: (828) 389-6812<br>Fax: (828) 389-3757<br>Email: rhall@claync.us | **Forsyth** | Forsyth County Board of Elections<br>201 N. Chestnut Street<br>Winston Salem, NC 27101<br>Phone: (336) 703-2800<br>Fax: (336) 727-2893<br>Email: fcvotes@forsyth.cc |
| **Cleveland** | Cleveland County Board of Elections<br>PO Box 1299<br>Shelby, NC 28151<br>Phone: (704) 484-4858<br>Fax: (704) 484-4958<br>Email: CLEVELAND.boe@clevelandcounty.com | **Franklin** | Franklin County Board of Elections<br>PO Box 180<br>Louisburg, NC 27549<br>Phone: (919) 496-3898<br>Fax: (919) 496-7418<br>Email: mchavis@franklincountync.us |

STATE115125

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Gaston** | Gaston County Board of Elections<br>PO Box 1396<br>Gastonia, NC 28053<br>Phone: (704) 852-6005<br>Fax: (704) 852-6011<br>Email: elections@gastongov.com | **Hyde** | Hyde County Board of Elections<br>PO Box 152<br>Swan Quarter, NC 27885<br>Phone: (252) 926-4194<br>Fax: (252) 926-3707<br>Email: elections@hydecountync.gov |
| **Gates** | Gates County Board of Elections<br>PO Box 621<br>Gatesville, NC 27938<br>Phone: (252) 357-1780<br>Fax: (252) 357-4341<br>Email: elections@gatescountync.gov | **Iredell** | Iredell County Board of Elections<br>203 STOCKTON ST.<br>Statesville, NC 28677<br>Phone: (704) 878-3140<br>Fax: (704) 832-2312<br>Email: sjordan@co.iredell.nc.us |
| **Graham** | Graham County Board of Elections<br>PO Box 1239<br>Robbinsville, NC 28771<br>Phone: (828) 479-7969<br>Fax: (828) 479-4264<br>Email: teresa.garland@grahamcounty.org | **Jackson** | Jackson County Board of Elections<br>876 Skyland Drive, Suite 1<br>Sylva, NC 28779<br>Phone: (828) 586-7538<br>Fax: (828) 586-1951<br>Email: LisaLovedahl@jacksonnc.org |
| **Granville** | Granville County Board of Elections<br>PO Box 83<br>Oxford, NC 27565<br>Phone: (919) 693-2515<br>Fax: (919) 690-0245<br>Email: vote@granvillecounty.org | **Johnston** | Johnston County Board of Elections<br>PO Box 1172<br>Smithfield, NC 27577<br>Phone: (919) 989-5095<br>Fax: (919) 989-5142<br>Email: elections@johnstonnc.com |
| **Greene** | Greene County Board of Elections<br>PO Box 583<br>Snow Hill, NC 28580<br>Phone: (252) 747-5921<br>Fax: (252) 747-2426<br>Email: vote@greenecountync.gov | **Jones** | Jones County Board of Elections<br>367-B HWY 58-S<br>Trenton, NC 28585<br>Phone: (252) 448-3921<br>Fax: (252) 448-1040<br>Email: jking@jonescountync.gov |
| **Guilford** | Guilford County Board of Elections<br>PO Box 3427<br>Greensboro, NC 27402<br>Phone: (336) 641-6876<br>Fax: (336) 641-4454<br>Email: absentee@guilfordcountync.gov | **Lee** | Lee County Board of Elections<br>PO Box 1443<br>Sanford, NC 27331<br>Phone: (919) 718-4646<br>Fax: (919) 718-4629<br>Email: elections@leecountync.gov |
| **Halifax** | Halifax County Board of Elections<br>PO Box 101<br>Halifax, NC 27839<br>Phone: (252) 583-4391<br>Fax: (252) 583-1068<br>Email: elections@halifaxnc.com | **Lenoir** | Lenoir County Board of Elections<br>PO Box 3503<br>Kinston, NC 28502<br>Phone: (252) 523-0636<br>Fax: (252) 523-3472<br>Email: shines@co.lenoir.nc.us |
| **Harnett** | Harnett County Board of Elections<br>PO Box 356<br>Lillington, NC 27546<br>Phone: (336) 641-4454<br>Fax: (910) 893-4655<br>Email: harnettboe@harnett.org | **Lincoln** | Lincoln County Board of Elections<br>451 Salem Church Road Lincolnton, NC 28092<br>Lincolnton, NC 28092<br>Phone: (704) 736-8480<br>Fax: (704) 736-8804<br>Email: lincolnboe@lincolncounty.org |
| **Haywood** | Haywood County Board of Elections<br>63 Elmwood Way, Suite A<br>Waynesville, NC 28786<br>Phone: (828) 452-6633<br>Fax: (828) 452-6750<br>Email: elections@haywoodcountync.gov | **Macon** | Macon County Board of Elections<br>5 WEST MAIN ST<br>Franklin, NC 28734<br>Phone: (828) 349-2034 x2035<br>Fax: (828) 349-2557<br>Email: mthibault@maconnc.org |
| **Henderson** | Henderson County Board of Elections<br>PO Box 2090<br>Hendersonville, NC 28793<br>Phone: (828) 697-4970<br>Fax: (828) 697-4590<br>Email: hcelections@hendersoncountync.gov | **Madison** | Madison County Board of Elections<br>PO Box 142<br>Marshall, NC 28753<br>Phone: (828) 649-3731<br>Fax: (828) 649-0187<br>Email: MADISON.boe@madisoncountync.gov |
| **Hertford** | Hertford County Board of Elections<br>PO Box 355<br>Ahoskie, NC 27910<br>Phone: (252) 358-7812<br>Fax: (252) 513-8454<br>Email: elections@hertfordcountync.gov | **Martin** | Martin County Board of Elections<br>PO Box 801<br>Williamston, NC 27892<br>Phone: (252) 789-4317<br>Fax: (252) 789-4319<br>Email: vote@martincountyncgov.com |
| **Hoke** | Hoke County Board of Elections<br>PO Box 1565<br>Raeford, NC 28376<br>Phone: (910) 875-8751 x1550<br>Fax: (910) 875-9084<br>Email: elections@hokecounty.org | **McDowell** | McDowell County Board of Elections<br>PO Box 1509<br>Marion, NC 28752<br>Phone: (828) 659-0834<br>Fax: (828) 659-3294<br>Email: elections@mcdowellgov.com |

STATE115126

**North Carolina**

| County | Mailing Address |
|--------|-----------------|
| Mecklenburg | Mecklenburg County Board of Elections<br>PO Box 31788<br>Charlotte, NC 28231<br>Phone: (704) 336-2133<br>Fax: (704) 343-0537<br>Email:<br>kristin.mavromatis@mecklenburgcountync.gov<br>Email: Edwin.terrell@mecklenburgcountync.gov |
| Mitchell | Mitchell County Board of Elections<br>11 N. Mitchell Avenue, Room 108<br>Bakersville, NC 28705<br>Phone: (828) 688-3101<br>Fax: (828) 688-1651<br>Email: roycene.jones@mitchellcounty.org |
| Montgomery | Montgomery County Board of Elections<br>PO Box 607<br>Troy, NC 27371<br>Phone: (910) 572-2024<br>Fax: (910) 576-2118<br>Email: rhonda.johnson@montgomerycountync.com |
| Moore | Moore County Board of Elections<br>PO Box 787<br>Carthage, NC 28327<br>Phone: (910) 947-3868<br>Fax: (910) 947-2389<br>Email: elections@moorecountync.gov |
| Nash | Nash County Board of Elections<br>PO Box 305<br>Nashville, NC 27856<br>Phone: (252) 459-1350<br>Fax: (252) 459-1371<br>Email: info@nashcountyboe.com |
| New Hanover | New Hanover County Board of Elections<br>1241A Military Cutoff Road<br>Wilmington, NC 28405<br>Phone: (910) 798-7330<br>Fax: (910) 798-7295<br>Email: newhanover.boe@nhcgov.com |
| Northampton | Northampton County Board of Elections<br>PO Box 603<br>Jackson, NC 27845<br>Phone: (252) 534-5681 x679<br>Fax: (252) 534-1202<br>Email: elections@nhcnc.net |
| Onslow | Onslow County Board of Elections<br>246 Georgetown Road<br>Jacksonville, NC 28540<br>Phone: (910) 455-4484<br>Fax: (910) 455-1390<br>Email: onslowBOE@onslowcountync.gov |
| Orange | Orange County Board of Elections<br>PO Box 220<br>Hillsborough, NC 27278<br>Phone: (919) 245-2350<br>Fax: (919) 644-3318<br>Email: vote@orangecountync.gov |
| Pamlico | Pamlico County Board of Elections<br>PO Box 464<br>Bayboro, NC 28515<br>Phone: (252) 745-4821<br>Fax: (252) 745-4114<br>Email: pamlico.boe@pamlicocounty.org |
| Pasquotank | Pasquotank County Board of Elections<br>PO Box 1797<br>Elizabeth City, NC 27906<br>Phone: (252) 335-1739<br>Fax: (252) 331-2560<br>Email: boe@co.pasquotank.nc.us |

| County | Mailing Address |
|--------|-----------------|
| Pender | Pender County Board of Elections<br>PO Box 1232<br>Burgaw, NC 28425<br>Phone: (910) 259-1220<br>Fax: (910) 259-1269<br>Email: PenderBOE@pendercountync.gov |
| Perquimans | Perquimans County Board of Elections<br>PO Box 336<br>Hertford, NC 27944<br>Phone: (252) 426-5598<br>Fax: (252) 426-5068<br>Email:<br>perquimanscountyboe@perquimanscountync.gov |
| Person | Person County Board of Election<br>331 South Morgan Street<br>Roxboro, NC 27573<br>Phone: (336) 597-1727<br>Fax: (336) 598-0300<br>Email: personboe@personcountync.gov |
| Pitt | Pitt County Board of Elections<br>PO Box 56<br>Greenville, NC 27835<br>Phone: (252) 902-3300<br>Fax: (252) 830-1157<br>Email: pittelections@pittcountync.gov |
| Polk | Polk County Board of Elections<br>PO Box 253<br>Columbus, NC 28722<br>Phone: (828) 894-8181<br>Fax: (828) 894-3565<br>Email: polkboe@polknc.org |
| Randolph | Randolph County Board of Elections<br>1457 N. Fayetteville St.<br>Asheboro, NC 27203<br>Phone: (336) 318-6900<br>Fax: (336) 318-6903<br>Email: elections@randolphcountync.gov |
| Richmond | Richmond County Board of Elections<br>PO Box 1843<br>Rockingham, NC 28380<br>Phone: (910) 997-8253<br>Fax: (910) 417-4900<br>Email: richmond.boe@richmondnc.com |
| Robeson | Robeson County Board of Elections<br>PO Box 2159<br>Lumberton, NC 28359<br>Phone: (910) 671-3080<br>Fax: (910) 671-3089<br>Email: robeson.boe@co.robeson.nc.us |
| Rockingham | Rockingham County Board of Elections<br>PO Box 22<br>Wentworth, NC 27375<br>Phone: (336) 342-8107<br>Fax: (336) 342-8228<br>Email: rcboe@co.rockingham.nc.us |
| Rowan | Rowan County Board of Elections<br>1935 Jake Alexander Blvd. W., Suite D10<br>Salisbury, NC 28147<br>Phone: (704) 216-8140<br>Fax: (704) 216-8145<br>Email: rowan.boe@rowancountync.gov |
| Rutherford | Rutherford County Board of Elections<br>PO Box 927<br>Rutherfordton, NC 28139<br>Phone: (828) 287-6030<br>Fax: (828) 287-6140<br>Email: elections@rutherfordcountync.gov |
| Sampson | Sampson County Board of Elections<br>120 County Complex Road, Suite 110<br>Clinton, NC 28328<br>Phone: (910) 592-5796<br>Fax: (910) 592-3918<br>Email: nrayner@sampsonnc.com |

STATE115127

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Scotland** | Scotland County Board of Elections<br>231 East Cronly Street, Suite 305<br>Laurinburg, NC 28352<br>Phone: (910) 277-2595<br>Fax: (910) 277-2928<br>Email: Elections@scotlandcounty.org | **Wake** | Wake County Board of Elections<br>PO Box 695<br>Raleigh, NC 27602<br>Phone: 919-404-4040<br>Fax: (919) 231-5737<br>Email: absentee@wakegov.com |
| **Stanly** | Stanly County Board of Elections<br>PO Box 1309<br>Albemarle, NC 28002<br>Phone: (704) 986-3647<br>Fax: (704) 986-3798<br>Email: elections@stanlycountync.gov | **Warren** | Warren County Board of Elections<br>PO Box 803<br>Warrenton, NC 27589<br>Phone: (252) 257-2114<br>Fax: (252) 257-5232<br>Email: DebbieFormyduval@warrencountync.gov |
| **Stokes** | Stokes County Board of Elections<br>PO Box 34<br>Danbury, NC 27016<br>Phone: (336) 593-2409<br>Fax: (336) 593-4022<br>Email: vote@co.stokes.nc.us | **Washington** | Washington County Board of Elections<br>PO Box 1007<br>Plymouth, NC 27962<br>Phone: (252) 793-6017<br>Fax: (252) 793-5801<br>Email: elections@washconc.org |
| **Surry** | Surry County Board of Elections<br>PO Box 372<br>Dobson, NC 27017<br>Phone: (336) 401-8225<br>Fax: (336) 401-8228<br>Email: elections@co.surry.nc.us | **Watauga** | Watauga County Board of Elections<br>PO Box 528<br>Boone, NC 28607<br>Phone: (828) 265-8061<br>Fax: (828) 265-8068<br>Email: matthew.snyder@watgov.org |
| **Swain** | Swain County Board of Elections<br>PO Box 133<br>Bryson City, NC 28713<br>Phone: (828) 488-6177<br>Fax: (828) 488-6463<br>Email: jallman@swaincountync.gov | **Wayne** | Wayne County Board of Elections<br>309 E. Chestnut Street<br>Goldsboro, NC 27530<br>Phone: (919) 731-1411<br>Fax: (919) 731-1409<br>Email: elections@waynegov.com |
| **Transylvania** | Transylvania County Board of Elections<br>PO Box 868<br>Brevard, NC 28712<br>Phone: (828) 884-3114<br>Fax: (828) 884-8682<br>Email: Transylvania.boe@tconc.org | **Wilkes** | Wilkes County Board of Elections<br>110 North Street, Room 315<br>Wilkesboro, NC 28697<br>Phone: (336) 651-7339<br>Fax: (336) 651-7560<br>Email: elections@wilkescounty.net |
| **Tyrrell** | Tyrrell County Board of Elections<br>PO Box 449<br>Columbia, NC 27925<br>Phone: (252) 796-0775<br>Fax: (252) 796-5375<br>Email: elections@tyrrellcounty.net | **Wilson** | Wilson County Board of Elections<br>PO Box 2121<br>Wilson, NC 27894<br>Phone: (252) 399-2836<br>Fax: (252) 399-2838<br>Email: elections@wilson-co.com |
| **Union** | Union County Board of Elections<br>PO Box 1106<br>Monroe, NC 28111<br>Phone: (704) 283-3809<br>Fax: (704) 282-1083<br>Email: union.boe@unioncountync.gov | **Yadkin** | Yadkin County Board of Elections<br>PO Box 877<br>Yadkinville, NC 27055<br>Phone: (336) 849-7907<br>Fax: (336) 849-7927<br>Email: YCBOE@yadkincountync.gov |
| **Vance** | Vance County Board of Elections<br>300 S. Garnett Street, Suite C<br>Henderson, NC 27536<br>Phone: (252) 492-3730<br>Fax: (252) 430-7370<br>Email: mvaughan@vancecounty.org | **Yancey** | Yancey County Board of Elections<br>PO Box 763<br>Burnsville, NC 28714<br>Phone: (828) 682-3950<br>Fax: (828) 682-2209<br>Email: boe@yanceycountync.gov |

STATE115128

This page intentionally left blank.

STATE115129

# Pennsylvania

www.dos.pa.gov

## Federal Election Deadlines

| | General Election<br>November 8, 2022 |
|---|---|
| Registration | **By Mail: Received by**<br>October 24, 2022<br>**By Email or Fax: Received by**<br>11:59 PM, October 24, 2022 |
| Ballot Request | **Received by**<br>November 7, 2022 |
| Ballot Return | **Signed by***<br>11:59 PM, November 7, 2022 |

*Ballot Return: Ballots must still be received by 5:00 PM on the 7th day after the election.

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

## Important information

| | |
|---|---|
| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |

STATE115136

| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | No. |
|---|---|
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://www.pavoterservices.pa.gov/ |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/pennsylvania |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide **either** a Pennsylvania-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Pennsylvania-issued ID number." |
|---|---|
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online. If you want your election materials sent to a different address or have a forwarding address, |

use the forwarding address space to provide this information.

| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, you must provide your email address. |
|---|---|
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online".<br><br>B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for special or general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by **mail, email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission

**STATE115137**

Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

The state absentee ballot **must be mailed** to your election official. The address of your election official can be found in the "Local Election Offices" section. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

If you are a **Uniformed Service member or eligible family member**, you can use the Federal Write-In Absentee Ballot (FWAB) to register to vote and vote in all elections for federal, state and local offices, including ballot measures. If you are using the FWAB to register to vote, it **must** be received by the registration deadline listed in the "Federal Election Deadlines" chart.

If you are an **overseas citizen** and have already requested an absentee ballot, you may use the FWAB to vote in all elections for federal, state and local offices, including ballot measures. If not, you can only use the FWAB to vote in elections for federal office.

## Complete the following sections of the FWAB's voter information page

| Section 1 | Select the category that best describes you. |
|---|---|
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide **either** a Pennsylvania-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or Pennsylvania-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. If you want to receive your absentee ballot by email or online, you must provide your email address. |
| Section 5 | A. Check "Yes" if you would like to register to vote and/or request an absentee ballot, otherwise check "No" (Uniformed Service members only). |
| | B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online". |
| | C. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for special or general elections. |

**STATE115138**

**Pennsylvania**

| Section 6 | Provide any information that may assist the election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
|---|---|
| Section 7 | Sign and date the form. No witness signature required. |

## Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

### How and where to submit your FWAB

The FWAB **must be mailed** to your election official. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FWAB (Hardcopy Instructions):** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official.

**Mail your FWAB (Printed PDF Instructions):** If you are using a printed version of the FWAB you will need **two envelopes for your ballot to be accepted by Pennsylvania**. One envelope must be marked "Official Ballot" and the other envelope will be used as the mailing envelope. Place and seal the completed "Official Backup Ballot" into the envelope marked "Official Ballot". Then place that envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official.

*Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

## Local election offices for county

| County | Mailing Address |
|---|---|
| **Adams** | Adams County Board of Elections<br>Adams County Courthouse<br>Gettysburg, PA 17325-2313<br>Phone: (717) 337-9832<br>Fax: (717) 337-9830<br>Email: acrouse@adamscounty.us |
| **Allegheny** | Allegheny County Board of Elections<br>542 Forbes Ave, Ste 604<br>Pittsburgh, PA 15219-2953<br>Phone: (412) 350-4500<br>Fax: (412) 350-5697<br>Email: Military/OverseasVoting@AlleghenyCounty.us |
| **Armstrong** | Armstrong County Board of Elections<br>450 E Market St, Ste 207<br>Kittanning, PA 16201-1429<br>Phone: (724) 548-3222<br>Fax: (724) 548-3714<br>Email: aspoole@co.armstrong.pa.us |
| **Beaver** | Beaver County Board of Elections<br>810 Third St.<br>Beaver, PA 15009-2139<br>Phone: (724) 770-4440<br>Fax: (724) 728-9318<br>Email: csisk@beavercountypa.gov |
| **Bedford** | Bedford County Board of Elections<br>200 S Juliana St<br>Bedford, PA 15522-0166<br>Phone: (814) 623-4807<br>Fax: (814) 623-0991<br>Email: dbrown@bedfordcountypa.org |
| **Berks** | Berks County Board of Elections<br>633 Court St., 1st Floor<br>Reading, PA 19601-4302<br>Phone: (610) 478-6490<br>Fax: (610) 478-6218<br>Email: elections@countyofberks.com |
| **Blair** | Blair County Board of Elections<br>297 Loop Rd.<br>Hollidaysburg, PA 16648-9978<br>Phone: (814) 693-3150<br>Fax: (814) 693-3144<br>Email: sseymour@blairco.org |
| **Bradford** | Bradford County Board of Elections<br>6 Court St, Ste 2<br>Towanda, PA 18848-1878<br>Phone: (570) 265-1717<br>Fax: (570) 265-1738<br>Email: smithkorsr@bradfordco.org |
| **Bucks** | Bucks County Board of Elections<br>55 E. Court St.<br>Doylestown, PA 18901-4318<br>Phone: (215) 348-6154<br>Fax: (215) 348-6287<br>Email: cmmaloney@buckscounty.org |
| **Butler** | Butler County Board of Elections<br>124 West Diamond St. P.O. Box 1208<br>Butler, PA 16001<br>Phone: (724) 284-5308<br>Fax: (724) 284-5311<br>Email: asheasle@co.butler.pa.us |
| **Cambria** | Cambria County Board of Elections<br>200 S. Center St<br>Ebensburg, PA 15931-1947<br>Phone: (814) 472-1464<br>Fax: (814) 472-9642<br>Email: mdillon@co.cambria.pa.us |

**STATE115139**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Cameron** | Cameron County Board of Elections<br>20 E. 5th St<br>Emporium, PA 15834-1469<br>Phone: (814) 486-9321<br>Fax: (814) 486-3176<br>Email: elections@cameroncountypa.com | **Elk** | Elk County Board of Elections<br>300 Center St P.O. Box 448<br>Ridgway, PA 15853-0448<br>Phone: (814) 776-5337<br>Fax: (814) 776-5362<br>Email: kfrey@countyofelkpa.com |
| **Carbon** | Carbon County Board of Elections<br>76 Susquehanna St. P.O. Box 170<br>Jim Thorpe, PA 18229-0170<br>Phone: (570) 325-4801<br>Fax: (570) 732-0040<br>Email: lisadart@carboncounty.net | **Erie** | Erie County Board of Elections<br>140 W. 6th St, Rm 112<br>Erie, PA 16501-1029<br>Phone: (814) 451-6276<br>Fax: (814) 451-7007<br>Email: tfernandez@eriecountypa.gov |
| **Centre** | Centre County Board of Elections<br>420 Holmes St<br>Bellefonte, PA 16823-1488<br>Phone: (814) 355-6703<br>Fax: (814) 355-6857<br>Email: elections@centrecountypa.gov | **Fayette** | Fayette County Board of Elections<br>Fayette County Public Service Building 22 E. Main St.<br>Uniontown, PA 15401-3412<br>Phone: (724) 430-1289<br>Fax: (724) 430-4948<br>Email: mbkuznik@fayettepa.org |
| **Chester** | Chester County Board of Elections<br>601 Westtown Road, Ste 150 P.O. Box 2747<br>West Chester, PA 19380-0990<br>Phone: (610) 344-6410<br>Fax: (610) 344-5682<br>Email: ccfpca@chesco.org | **Forest** | Forest County Board of Elections<br>526 Elm St. - Unit #3<br>Tionesta, PA 16353-9724<br>Phone: (814) 755-3537<br>Fax: (814) 755-8837<br>Email: jahitchcock@co.forest.pa.us |
| **Clarion** | Clarion County Board of Elections<br>330 Main St<br>Clarion, PA 16214-1093<br>Phone: (814) 226-4000<br>Fax: (814) 226-8069<br>Email: ccallihan@co.clarion.pa.us | **Franklin** | Franklin County Board of Elections<br>272 North Second Street<br>Chambersburg, PA 17201-1824<br>Phone: (717) 261-3886<br>Fax: (717) 261-3131<br>Email: voter@franklincountypa.gov |
| **Clearfield** | Clearfield County Board of Elections<br>212 E. Locust St., Ste 106<br>Clearfield, PA 16830-2448<br>Phone: (814) 765-2642 x5053<br>Fax: (814) 765-2642<br>Email: elections@clearfieldco.org | **Fulton** | Fulton County Board of Elections<br>116 W. Market St, Ste 205<br>McConnelsburg, PA 17233-1018<br>Phone: (717) 485-6864<br>Fax: (717) 485-9411<br>Email: electionsdirector@co.fulton.pa.us |
| **Clinton** | Clinton County Board of Elections<br>2 Piper Way<br>Suite 309, PA 17745-0928<br>Phone: (570) 893-4019<br>Fax: (570) 893-4041<br>Email: mboileau@clintoncountypa.com | **Greene** | Greene County Board of Elections<br>County Office Building 93 E. High St., Rm 102<br>Waynesburg, PA 15370-1839<br>Phone: (724) 852-5304<br>Fax: (724) 852-5320<br>Email: jsnyder@co.greene.pa.us |
| **Columbia** | Columbia County Board of Elections<br>11 W. Main St., P.O. Box 380<br>Bloomsburg, PA 17815-0380<br>Phone: (570) 389-5640<br>Fax: (570) 784-0257<br>Email: mrepasky@columbiapa.org | **Huntingdon** | Huntingdon County Board of Elections<br>233 Penn St<br>Huntingdon, PA 16652-1486<br>Phone: (814) 643-3091 x205<br>Fax: (814) 643-8152<br>Email: tthompson@huntingdoncounty.net |
| **Crawford** | Crawford County Board of Elections<br>Crawford County Courthouse 903 Diamond Park<br>Meadville, PA 16335-2678<br>Phone: (814) 333-7307<br>Fax: (814) 337-0457<br>Email: jmcfarland@co.crawford.pa.us | **Indiana** | Indiana County Board of Elections<br>825 Philadelphia St<br>Indiana, PA 15701-3934<br>Phone: (724) 465-3852<br>Fax: (724) 465-2935<br>Email: dstreams@indianacountypa.gov |
| **Cumberland** | Cumberland County Board of Elections<br>1601 Ritner Highway<br>Carlisle, PA 17013<br>Phone: (717) 240-6385<br>Fax: (717) 240-7759<br>Email: bureauofelections@ccpa.net | **Jefferson** | Jefferson County Board of Elections<br>155 Main St, 2nd Fl<br>Brookville, PA 15825-1269<br>Phone: (814) 849-1603<br>Fax: (814) 849-4084<br>Email: klupone@jeffersoncountypa.com |
| **Dauphin** | Dauphin County Board of Elections<br>P.O. Box 1295<br>Harrisburg, PA 17108-1295<br>Phone: (717) 780-6360<br>Fax: (717) 780-6478<br>Email: election@dauphinc.org | **Juniata** | Juniata County Board of Elections<br>Juniata County Courthouse 1 North Main Streets<br>P.O. Box 68<br>Mifflintown, PA 17059<br>Phone: (717) 436-7706<br>Fax: (717) 436-7756<br>Email: eweyrich@juniataco.org |
| **Delaware** | Delaware County Bureau of Elections<br>2501 Seaport Drive, Suite 120<br>Chester, PA 19013<br>Phone: (610) 891-4673<br>Fax: (610) 892-0641<br>Email: UOCAVA@co.delaware.pa.us | **Lackawanna** | Lackawanna County Board of Elections<br>123 Wyoming Avenue, 2nd Floor<br>Scranton, PA 18503<br>Phone: (570) 963-6737<br>Fax: (570) 963-6691<br>Email: hopkinse@lackawannacounty.org |

STATE115140

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Lancaster** | Lancaster County Board of Elections<br>150 N. Queen St, Ste 117<br>Lancaster, PA 17603-3562<br>Phone: (717) 299-8293<br>Fax: (717) 209-3076<br>Email: voter@co.lancaster.pa.us | **Montour** | Montour County Board of Elections<br>Montour County Courthouse 435 E Front St<br>Danville, PA 17821-1999<br>Phone: (570) 271-3000<br>Fax: (570) 271-3088<br>Email: hbrandon@montourco.org |
| **Lawrence** | Lawrence County Board of Elections<br>Lawrence County Government Center, 430 Court Street<br>New Castle, PA 16101-3593<br>Phone: (724) 656-2161<br>Fax: (724) 656-1987<br>Email: lcvote@co.lawrence.pa.us | **Northampton** | Northampton County Board of Elections<br>669 Washington St., Room 1211<br>Easton, PA 18042-4101<br>Phone: (610) 829-6260<br>Fax: (610) 559-3736<br>Email: election@northamptoncounty.org |
| **Lebanon** | Lebanon County Board of Elections<br>Municipal Building, Rm 209 400 S. 8th St.<br>Lebanon, PA 17042-6794<br>Phone: (717) 228-4428<br>Fax: (717) 675-2669<br>Email: voter@lebcnty.org | **Northumberland** | Northumberland County Board of Elections<br>320 N. Second St. Ste 1<br>Sunbury, PA 17801-2360<br>Phone: (570) 988-4208<br>Fax: (570) 988-4306<br>Email: nathan.savidge@norrycopa.net<br>Email: Lindsay.phillips@norrycopa.net |
| **Lehigh** | Lehigh County Board of Elections<br>Lehigh County Government Center 17 S. 7th St.<br>Allentown, PA 18101-2401<br>Phone: (610) 782-3194<br>Fax: (610) 770-3845<br>Email: timothybenyo@lehighcounty.org | **Perry** | Perry County Board of Elections<br>25 W Main St<br>New Bloomfield, PA 17068-0037<br>Phone: (717) 582-2131 x4110<br>Fax: (717) 582-5162<br>Email: bdelancey@perryco.org |
| **Luzerne** | Luzerne County Board of Elections<br>20 N. Pennsylvania Ave, Ste 207<br>Wilkes-Barre, PA 18701-3505<br>Phone: (570) 825-1715<br>Fax: (570) 820-6399<br>Email: elections@luzernecounty.org | **Philadelphia** | Philadelphia County Board of Elections<br>City Hall, Room 142<br>Philadelphia, PA 19107<br>Phone: (215) 686-3469<br>Fax: (215) 686-3398<br>Email: phillyelection@phila.gov |
| **Lycoming** | Lycoming County Board of Elections<br>48 W. Third St<br>Williamsport, PA 17701-0536<br>Phone: (570) 327-2267<br>Fax: (570) 320-2117<br>Email: flehman@lyco.org | **Pike** | Pike County Board of Elections<br>506 Broad St<br>Milford, PA 18337-1535<br>Phone: (570) 296-3426<br>Fax: (570) 296-6055<br>Email: nmanzoni@pikepa.org |
| **McKean** | McKean County Board of Elections<br>McKean County Courthouse 500 W. Main St.<br>Smethport, PA 16749-1149<br>Phone: (814) 887-3203<br>Fax: (814) 887-2242<br>Email: lmpratt@mckeancountypa.org | **Potter** | Potter County Board of Elections<br>1 N Main St., Ste. 204<br>Coudersport, PA 16915-1690<br>Phone: (814) 274-8467<br>Fax: (814) 274-7395<br>Email: slewis@pottercountypa.net |
| **Mercer** | Mercer County Board of Elections<br>5 Courthouse<br>Mercer, PA 16137-1227<br>Phone: (724) 662-7542<br>Fax: (724) 662-1530<br>Email: thall@mcc.co.mercer.pa.us | **Schuylkill** | Schuylkill County Board of Elections<br>420 N. Center St<br>Pottsville, PA 17901<br>Phone: (570) 628-1467<br>Fax: (570) 628-1466<br>Email: agricoski1@co.schuylkill.pa.us |
| **Mifflin** | Mifflin County Board of Elections<br>Mifflin County Courthouse 20 N. Wayne St.<br>Lewistown, PA 17044-1770<br>Phone: (717) 248-6571<br>Fax: (717) 242-5455<br>Email: VoterRegistration@MifflinCO.org | **Snyder** | Snyder County Board of Elections<br>9 W Market St P.O. Box 217<br>Middleburg, PA 17842-0217<br>Phone: (570) 837-4286<br>Fax: (570) 837-4282<br>Email: sguyer@snydercounty.org |
| **Monroe** | Monroe County Board of Elections<br>Monroe County Administration Offices One Quaker Plaza, Rm 105<br>Stroudsburg, PA 18360-2170<br>Phone: (570) 517-3165<br>Fax: (570) 517-3856<br>Email: smay-silfee@monroecountypa.gov | **Somerset** | Somerset County Board of Elections<br>300 N. Center Ave, Ste 340<br>Somerset, PA 15501-1472<br>Phone: (814) 445-1549<br>Fax: (814) 445-7991<br>Email: voter@co.somerset.pa.us |
| **Montgomery** | Montgomery County Board of Elections<br>PO Box 311<br>Norristown, PA 19404-0311<br>Phone: (610) 278-3275<br>Fax: (610) 292-4527<br>Email: ksisler@montcopa.org | **Sullivan** | Sullivan County Board of Elections<br>245 Muncy St. P.O. Box 157<br>Laporte, PA 18626-0157<br>Phone: (570) 946-5201<br>Fax: (570) 946-4421<br>Email: elections@sullivancounty-pa.us |

STATE115141

**Pennsylvania**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| **Susquehanna** | Susquehanna County Board of Elections<br>Susquehanna County Courthouse, 105 Maple St.,<br>P.O. Box 218 31 Lake Ave.<br>Montrose, PA 18801-0218<br>Phone: (570) 278-4600<br>Fax: (570) 278-9268<br>Email: vrs@susqco.com | **Washington** | Washington County Board of Elections<br>100 W. Beau St, Suite 206<br>Washington, PA 15301-4432<br>Phone: (724) 228-6750<br>Fax: (724) 250-6422<br>Email: melanie.ostrander@co.washington.pa.us |
| **Tioga** | Tioga County Board of Elections<br>118 Main St<br>Wellsboro, PA 16901-0589<br>Phone: (570) 723-8230<br>Fax: (570) 724-9124<br>Email: pwhipple@tiogacountypa.us | **Wayne** | Wayne County Board of Elections<br>Wayne County Courthouse Annex 925 Court St.<br>Honesdale, PA 18431-1996<br>Phone: (570) 253-5978<br>Fax: (570) 253-5432<br>Email: cfurman@waynecountypa.gov |
| **Union** | Union County Board of Elections<br>155 N. 15th St<br>Lewisburg, PA 17837-8822<br>Phone: (570) 524-8681<br>Fax: (570) 524-8627<br>Email: gradel@unionco.org | **Westmoreland** | Westmoreland County Board of Elections<br>2 N. Main St, Ste 109<br>Greensburg, PA 15601-2405<br>Phone: (724) 830-3150<br>Fax: (724) 830-3152<br>Email: election@co.westmoreland.pa.us |
| **Venango** | Venango County Board of Elections<br>Courthouse Annex P.O. Box 831 1174 Elk St.<br>Franklin, PA 16323-0831<br>Phone: (814) 437-9514<br>Fax: (814) 432-4741<br>Email: mbailey@co.venango.pa.us | **Wyoming** | Wyoming County Board of Elections<br>Wyoming County Courthouse Annex 1 Courthouse Sq<br>Tunkhannock, PA 18657-1216<br>Phone: (570) 996-2224<br>Fax: (570) 836-5797<br>Email: fkellet@wycopa.org |
| **Warren** | Warren County Board of Elections<br>Warren County Courthouse 204 Fourth Ave.<br>Warren, PA 16365-2399<br>Phone: (814) 728-3406<br>Fax: (814) 728-3419<br>Email: lzuck@warren-county.net | **York** | York County Board of Elections<br>28 E Market St<br>York, PA 17401-1579<br>Phone: (717) 771-9604<br>Fax: (717) 771-4387<br>Email: evr@yorkcountypa.gov |

STATE115142

This page intentionally left blank.

STATE115143

# South Dakota

sdsos.gov/elections-voting/default.aspx

## Federal Election Deadlines

|  | General Election<br>November 8, 2022 |
|---|---|
| **Registration** | **Received by**<br>5 PM, October 24, 2022 |
| **Ballot Request** | **Received by**<br>5 PM, November 7, 2022 |
| **Ballot Return** | **Received by**<br>7 PM, November 8, 2022 |

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

## Important information

| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
|---|---|
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| What is a runoff election? | A runoff election is an election held if the state requires that a candidate receive a certain percentage of the votes in order to advance to a general election or take public office. |

STATE115144

| | |
|---|---|
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | A U.S. citizen who has never resided in the U.S., and has a parent or spouse who was last domiciled in South Dakota, is eligible to vote in South Dakota as long as he or she has not registered or voted in another state. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://vip.sdsos.gov/VIPLogin.aspx |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/south-dakota |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide your South Dakota driver's license number **or** South Dakota-issued ID number **or** the last four digits of your Social Security Number. If you do not have any of these numbers you must enter in Section 6: "I do not have a Social Security Number, South Dakota driver's license, or South Dakota-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want |

your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information.

| | |
|---|---|
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email, you must provide your email address. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online".<br><br>B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

If you are using the FPCA to **register to vote**, you **must mail** the form.

If you are already registered and are using the FPCA to **request** an absentee ballot, you can **mail, email** or **fax** your signed form to your election official. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**STATE115145**

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your local election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your local election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your local election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your local election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your local election official. Your local election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

The state absentee ballot **must be mailed** to your local election official. The address of your local election official can be found in the "Local Election Offices" section. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

You **must** be registered to vote and have already requested a state absentee ballot in order to use the Federal Write-In Absentee Ballot (FWAB).

You can use the FWAB to vote in federal elections.

## Complete the following sections of the FWAB's voter information page

| Section 1 | Select the category that best describes you. |
|---|---|
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. |
| Section 5 | A. Do not check "Yes" or "No." **The FWAB cannot be used for voter registration or as a ballot request.** |
| | B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online". |
| | C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
| Section 6 | Provide any information that may assist the local election official in accepting this form. |
| Section 7 | Sign and date the form. No witness signature required. |

## Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

### How and where to submit your FWAB

The FWAB **must be mailed** to your local election official. Addresses can be found in the "Local Election Offices" section or online at FVAP.gov.

**STATE115146**

**South Dakota**

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your local election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

# Local election offices for county

| County | Mailing Address |
|---|---|
| Aurora | Aurora County Auditor<br>P.O. Box 397<br>Plankinton, SD 57368-0397<br>Phone: (605) 942-7752<br>Fax: (605) 942-7746<br>Email: susan.urban@state.sd.us |
| Beadle | Beadle County Auditor<br>450 3rd St SW, Ste 201<br>Huron, SD 57350-1868<br>Phone: (605) 353-8400<br>Fax: (605) 353-8402<br>Email: auditor@beadlesd.org |
| Bennett | Bennett County Auditor<br>P.O. Box 460<br>Martin, SD 57551-0460<br>Phone: (605) 685-6931<br>Fax: (605) 685-6311<br>Email: bcauditor@gwtc.net |
| Bon Homme | Bon Homme County Auditor<br>P.O. Box 605<br>Tyndall, SD 57066-0605<br>Phone: (605) 589-4212<br>Fax: (605) 589-4202<br>Email: tamara.brunken@state.sd.us |
| Brookings | Brookings County Auditor<br>520 3rd St, Ste 100<br>Brookings, SD 57006-2024<br>Phone: (605) 696-8250<br>Fax: (605) 696-8259<br>Email: lschultz@brookingscountysd.gov |
| Brown | Brown County Auditor<br>25 Market St, Ste 1<br>Aberdeen, SD 57401-4293<br>Phone: (605) 626-7110<br>Fax: (605) 626-4010<br>Email: Cathy.McNickle@browncounty.sd.gov |
| Brule | Brule County Auditor<br>300 S Courtland, Ste 103<br>Chamberlain, SD 57325-1599<br>Phone: (605) 234-4430<br>Fax: (605) 234-4430<br>Email: brulaud@midstatesd.net |
| Buffalo | Buffalo County Auditor<br>P.O. Box 146<br>Gann Valley, SD 57341-0146<br>Phone: (605) 293-3217<br>Fax: (605) 293-3240<br>Email: buffalo.aud@midstatesd.net |
| Butte | Butte County Auditor<br>117 5th Avenue<br>Belle Fourche, SD 57717-1139<br>Phone: (605) 892-4485<br>Fax: (605) 723-0057<br>Email: auditor@buttesd.org |
| Campbell | Campbell County Auditor<br>P.O. Box 37<br>Mound City, SD 57646-0037<br>Phone: (605) 955-3366<br>Fax: (605) 955-3308<br>Email: campbellcommission@yahoo.com |
| Charles Mix | Charles Mix County Auditor<br>P.O. Box 490<br>Lake Andes, SD 57356-0490<br>Phone: (605) 487-7131<br>Fax: (605) 487-7221<br>Email: ddavenport@charlesmix.org |

STATE115147

**South Dakota**

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| Clark | Clark County Auditor<br>P.O. Box 294<br>Clark, SD 57225-0294<br>Phone: (605) 532-5921<br>Fax: (605) 532-5931<br>Email: christine.tarbox@state.sd.us | Faulk | Faulk County Auditor<br>P.O. Box 309<br>Faulkton, SD 57438-0309<br>Phone: (605) 598-6224<br>Fax: (605) 598-6680<br>Email: faulkaud@venturecomm.net |
| Clay | Clay County Auditor<br>211 W Main St, Ste 200<br>Vermillion, SD 57069-2039<br>Phone: (605) 677-7120<br>Fax: (605) 677-7109<br>Email: carri.crum@claycountysd.org | Grant | Grant County Auditor<br>210 E Fifth Ave<br>Milbank, SD 57252-2499<br>Phone: (605) 432-6711<br>Fax: (605) 432-9004<br>Email: karen.layher@grantcountysd.us |
| Codington | Codington County Auditor<br>14 First Ave SE<br>Watertown, SD 57201-3611<br>Phone: (605) 882-6297<br>Fax: (605) 882-6288<br>Email: cbrugman@codington.org | Gregory | Gregory County Auditor<br>P.O. Box 437<br>Burke, SD 57523-0413<br>Phone: (605) 775-2664<br>Fax: (605) 775-2596<br>Email: Julie.Bartling@state.sd.us |
| Corson | Corson County Auditor<br>P.O. Box 255<br>McIntosh, SD 57641-0255<br>Phone: (605) 273-4229<br>Fax: (605) 273-4233<br>Email: corsonauditor@sdplains.com | Haakon | Haakon County Auditor<br>P.O. Box 698<br>Philip, SD 57567-0698<br>Phone: (605) 859-2800<br>Fax: (605) 859-2801<br>Email: haakon@gwtc.net |
| Custer | Custer County Auditor<br>420 Mt Rushmore Rd<br>Custer, SD 57730-1934<br>Phone: (605) 673-8173<br>Fax: (605) 673-8121<br>Email: countyauditors@custercountysd.com | Hamlin | Hamlin County Auditor<br>P.O. Box 237<br>Hayti, SD 57241-0237<br>Phone: (605) 783-3201<br>Fax: (605) 783-3201<br>Email: dixie.opdahl@state.sd.us |
| Davison | Davison County Auditor<br>200 E 4th St<br>Mitchell, SD 57301-2692<br>Phone: (605) 995-8608<br>Fax: (605) 995-8618<br>Email: auditor@davisoncounty.org | Hand | Hand County Auditor<br>415 W First Ave<br>Miller, SD 57362-1346<br>Phone: (605) 853-2182<br>Fax: (605) 853-2769<br>Email: auditor@handcountysd.org |
| Day | Day County Auditor<br>711 W 1st St<br>Webster, SD 57274-1364<br>Phone: (605) 345-9500<br>Fax: (605) 345-9515<br>Email: auditor@daycounty.org | Hanson | Hanson County Auditor<br>P.O. Box 500<br>Alexandria, SD 57311-0500<br>Phone: (605) 239-4714<br>Fax: (605) 239-4296<br>Email: lesa.trabing@state.sd.us |
| Deuel | Deuel County Auditor<br>P.O. Box 616<br>Clear Lake, SD 57226-0616<br>Phone: (605) 874-2312<br>Fax: (605) 874-1306<br>Email: dcaud1@itctel.com | Harding | Harding County Auditor<br>P.O. Box 26<br>Buffalo, SD 57720-0026<br>Phone: (605) 375-3313<br>Fax: (605) 375-3318<br>Email: kathy.glines@state.sd.us |
| Dewey | Dewey County Auditor<br>P.O. Box 277<br>Timber Lake, SD 57656-0277<br>Phone: (605) 865-3672<br>Fax: (605) 865-3691<br>Email: auditor@deweycounty.biz | Hughes | Hughes County Auditor<br>104 E Capitol Ave<br>Pierre, SD 57501-2591<br>Phone: (605) 773-7451<br>Fax: (605) 773-7479<br>Email: Jane.Naylor@co.hughes.sd.us |
| Douglas | Douglas County Auditor<br>P.O. Box 159<br>Armour, SD 57313-0159<br>Phone: (605) 724-2423<br>Fax: (605) 724-2204<br>Email: phyllis.barker@state.sd.us | Hutchinson | Hutchinson County Auditor<br>140 Euclid, Rm 128<br>Olivet, SD 57052-0128<br>Phone: (605) 387-4212<br>Fax: (605) 387-4209<br>Email: dmurtha@hutchinsoncounty.org |
| Edmunds | Edmunds County Auditor<br>P.O. Box 97<br>Ipswich, SD 57451-0097<br>Phone: (605) 426-6762<br>Fax: (605) 426-6164<br>Email: kschurr@midco.net | Hyde | Hyde County Auditor<br>P.O. Box 379<br>Highmore, SD 57345-0379<br>Phone: (605) 852-2519<br>Fax: (605) 852-3178<br>Email: hydeaud@venturecomm.net |
| Fall River | Fall River County Auditor<br>906 N River St<br>Hot Springs, SD 57747-1398<br>Phone: (605) 745-5130<br>Fax: (605) 745-6835<br>Email: sue.ganje@state.sd.us | Jackson | Jackson County Auditor<br>P.O. Box 280<br>Kadoka, SD 57543-0280<br>Phone: (605) 837-2422<br>Fax: (605) 837-2447<br>Email: vicki.wilson@state.sd.us |

STATE115148

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| Jerauld | Jerauld County Auditor<br>P.O. Box 422<br>Wessington Springs, SD 57382-0422<br>Phone: (605) 539-9301<br>Fax: (605) 539-9125<br>Email: cindy.peterson@state.sd.us | Miner | Miner County Auditor<br>P.O. Box 86<br>Howard, SD 57349-0086<br>Phone: (605) 772-4671<br>Fax: (605) 772-4821<br>Email: minerauditor@minercountysd.org |
| Jones | Jones County Auditor<br>P.O. Box 307<br>Murdo, SD 57559-0307<br>Phone: (605) 669-7100<br>Fax: (605) 669-7120<br>Email: jonesaud@goldenwest.net | Minnehaha | Minnehaha County Auditor<br>415 N Dakota Ave<br>Sioux Falls, SD 57104-2465<br>Phone: (605) 367-4220<br>Fax: (605) 367-7409<br>Email: bkyte@minnehahacounty.org |
| Kingsbury | Kingsbury County Auditor<br>P.O. Box 196<br>Desmet, SD 57231-0196<br>Phone: (605) 854-3832<br>Fax: (605) 854-3833<br>Email: aud1@kingsburycountysd.org | Moody | Moody County Auditor<br>101 E Pipestone Ave, Ste D<br>Flandreau, SD 57028-1750<br>Phone: (605) 997-3161<br>Fax: (605) 997-9996<br>Email: mcaud1@moodycounty.net |
| Lake | Lake County Auditor<br>200 E Center<br>Madison, SD 57042-2941<br>Phone: (605) 256-7600<br>Fax: (605) 256-7622<br>Email: lakeauditor@lake.sd.gov | Oglala Lakota | Oglala Lakota County Auditor<br>906 N River St<br>Hot Springs, SD 57747-1398<br>Phone: (605) 745-5130<br>Fax: (605) 745-6835<br>Email: sue.ganje@state.sd.us |
| Lawrence | Lawrence County Auditor<br>P.O. Box F<br>Deadwood, SD 57732-0678<br>Phone: (605) 578-1941<br>Fax: (605) 578-1065<br>Email: voters@lawrence.sd.us | Pennington | Pennington County Auditor<br>130 Kansas City St. Suite 230<br>Rapid City, SD 57701<br>Phone: (605) 394-2153<br>Fax: (605) 394-6840<br>Email: elections@pennco.org |
| Lincoln | Lincoln County Auditor<br>104 N Main, Ste 110<br>Canton, SD 57013-1703<br>Phone: (605) 764-2581<br>Fax: (605) 764-0134<br>Email: Auditor@lincolncountysd.org | Perkins | Perkins County Auditor<br>P.O. Box 126<br>Bison, SD 57620-0126<br>Phone: (605) 244-5624<br>Fax: (605) 231-5560<br>Email: pkaud@sdplains.com |
| Lyman | Lyman County Auditor<br>P.O. Box 38<br>Kennebec, SD 57544-0038<br>Phone: (605) 869-2247<br>Fax: (605) 869-2247<br>Email: auditor@lymancounty.org | Potter | Potter County Auditor<br>201 S Exene<br>Gettysburg, SD 57442-1521<br>Phone: (605) 765-9408<br>Fax: (605) 765-2332<br>Email: pcaudit@venturecomm.net |
| Marshall | Marshall County Auditor<br>P.O. Box 130<br>Britton, SD 57430-0130<br>Phone: (605) 448-2401<br>Fax: (605) 448-2116<br>Email: mcauditor@venturecomm.net | Roberts | Roberts County Auditor<br>411 2nd Ave E<br>Sisseton, SD 57262-1495<br>Phone: (605) 698-7336<br>Fax: (605) 698-4277<br>Email: dawn.sattler@state.sd.us |
| McCook | McCook County Auditor<br>P.O. Box 190<br>Salem, SD 57058-0190<br>Phone: (605) 425-2791<br>Fax: (605) 425-2534<br>Email: mccookaud@triotel.net | Sanborn | Sanborn County Auditor<br>P.O. Box 7<br>Woonsocket, SD 57385-0007<br>Phone: (605) 796-4513<br>Fax: (605) 796-4509<br>Email: kamim@sanborncounty.net |
| McPherson | McPherson County Auditor<br>P.O. Box 390<br>Leola, SD 57456-0448<br>Phone: (605) 439-3314<br>Fax: (605) 439-3394<br>Email: mcphersonaud@valleytel.net | Spink | Spink County Auditor<br>210 E 7th Ave, Ste 5<br>Redfield, SD 57469-1266<br>Phone: (605) 472-4580<br>Fax: (605) 472-4582<br>Email: spinkcoauditor@nrctv.com |
| Meade | Meade County Auditor<br>1300 Sherman St, Ste 126<br>Sturgis, SD 57785<br>Phone: (605) 347-2360<br>Fax: (605) 720-6624<br>Email: auditor@meadecounty.org | Stanley | Stanley County Auditor<br>P.O. Box 595<br>Fort Pierre, SD 57532-0595<br>Phone: (605) 223-7780<br>Fax: (605) 223-7791<br>Email: scauditor@midconetwork.com |
| Mellette | Mellette County Auditor<br>P.O. Box C<br>White River, SD 57579-0403<br>Phone: (605) 259-3291<br>Fax: (605) 259-3194<br>Email: mellettecounty@gmail.com | Sully | Sully County Auditor<br>P.O. Box 265<br>Onida, SD 57564-0265<br>Phone: (605) 258-2541<br>Fax: (605) 258-2884<br>Email: sullyaud@venturecomm.net |

STATE115149

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| **Todd** | Todd County Auditor<br>200 East 3rd<br>Winner, SD 57580-1806<br>Phone: (605) 842-3727<br>Fax: (605) 842-3621<br>Email: bdesersa@trippcounty.us | **Walworth** | Walworth County Auditor<br>P.O. Box 199<br>Selby, SD 57472-0199<br>Phone: (605) 649-7878<br>Fax: (605) 649-7867<br>Email: ecagnones@walworthco.org |
| **Tripp** | Tripp County Auditor<br>200 East 3rd<br>Winner, SD 57580-1806<br>Phone: (605) 842-3727<br>Fax: (605) 842-1116<br>Email: bdesersa@trippcounty.us | **Yankton** | Yankton County Auditor<br>321 W 3rd St, Ste 100<br>Yankton, SD 57078-0137<br>Phone: (605) 260-4436<br>Fax: (605) 260-4494<br>Email: patty@co.yankton.sd.us |
| **Turner** | Turner County Auditor<br>P.O. Box 370<br>Parker, SD 57053-0370<br>Phone: (605) 297-3153<br>Fax: (605) 297-5556<br>Email: turcoaud@iw.net | **Ziebach** | Ziebach County Auditor<br>P.O. Box 68<br>Dupree, SD 57623-0068<br>Phone: (605) 365-5157<br>Fax: (605) 365-5204<br>Email: ziebachauditor@lakotanetwork.com |
| **Union** | Union County Auditor<br>209 E Main St, Ste 200<br>Elk Point, SD 57025-2327<br>Phone: (605) 356-2101<br>Fax: (605) 356-3047<br>Email: ucauditor@unioncountysd.org | | |

**STATE115150**

This page intentionally left blank.

STATE115151

# West Virginia

www.wvsos.com

## Federal Election Deadlines

| | General Election<br>November 8, 2022 |
|---|---|
| **Registration** | **Received by**<br>October 18, 2022 |
| **Ballot Request** | **Received by**<br>November 2, 2022 |
| **Ballot Return** | **Return by Email or Fax: Received by**<br>November 8, 2022<br>**Return by Mail: Received by**<br>November 14, 2022 |

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

## Important information

| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
|---|---|
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11- DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |

STATE115204

| | |
|---|---|
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | A U.S. citizen who has never resided in the U.S. and has a parent or legal guardian who was last domiciled in West Virginia, is eligible to vote in West Virginia. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | No. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://services.sos.wv.gov/Elections/Voter/AbsenteeBallotTracking |
| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/west-virginia |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| | |
|---|---|
| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area.<br><br>Your date of birth is required.<br><br>You must provide **either** a West Virginia-issued ID number **or** the last four digits of your Social Security Number. If you do not have either of these numbers you must enter in Section 6: "I do not have a Social Security Number or West Virginia-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online, or fax. If you want your election materials sent to a |

different address or have a forwarding address, use the forwarding address space to provide this information.

| | |
|---|---|
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, or fax, you must provide your email address or fax number. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by **mail**, **email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

**Mail your FPCA:** Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

**Email your FPCA:** Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission

STATE115205

Cover Sheet". Email this package directly to your election official.

**Fax your FPCA:** Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines" chart. For special federal elections, visit FVAP.gov for specific deadlines.

You can submit the state absentee ballot by **mail, email, online** or **fax**.

Contact information can be found in the "Local Election Offices" section. If you do not have access to a fax machine to fax your election official directly, you may use the DoD Fax Service to fax your ballot. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

# Haven't received your ballot? Use the Federal Write-In Absentee Ballot

You **must** be registered to vote and have already requested a state absentee ballot in order to use the Federal Write-In Absentee Ballot (FWAB).

You can use the FWAB to vote in all elections for federal, state and local offices, including ballot measures.

## Complete the following sections of the FWAB's voter information page

| Section 1 | Select the category that best describes you.<br><br>Enter your current name (Last, First). If you are registered under a different |
|---|---|

name, provide this information in the previous name area.

Your date of birth is required.

| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
|---|---|
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. |
| Section 5 | A. Do not check "Yes" or "No." **The FWAB cannot be used for voter registration or as a ballot request.**<br><br>B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail", "email or online", or "fax".<br><br>C. To vote in primary elections, you must enter the name of the party primary in which you are voting. Political party affiliation is not required if voting an absentee ballot in general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. |
| Section 7 | Sign and date the form. No witness signature required. |

# Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

## How and where to submit your FWAB

You can submit the FWAB by **mail, email** or **fax**. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

STATE115206

**Mail your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

**Email your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Scan the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, into your computer. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". Email this ballot package directly to your election official.

**Fax your FWAB:** Once your FWAB is complete, sign and date the "Voter Information" page. Fax the signed "Voter Information" page, the "Official Backup Ballot" and the "Transmission Cover Sheet", found at the end Chapter 1 or online at FVAP.gov, directly to your election official. Be sure to also sign the secrecy waiver on the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FWAB toll-free if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

## Local election offices for county

| County | Mailing Address |
|---|---|
| Barbour | Barbour Clerk of the County Commission<br>26 N. Main St., Ste. 104<br>Philippi, WV 26416<br>Phone: (304) 457-2232<br>Fax: (304) 457-5983<br>Email: barbourcounty@wvsos.com |
| Berkeley | Berkeley Clerk of the County Commission<br>400 W. Stephen St., Suite 106<br>Martinsburg, WV 25401<br>Phone: (304) 264-1989<br>Fax: (304) 260-4882<br>Email: berkeleycounty@wvsos.com |
| Boone | Boone Clerk of the County Commission<br>200 State St.<br>Madison, WV 25130<br>Phone: (304) 369-7330<br>Fax: (304) 369-7329<br>Email: boonecounty@wvsos.com |
| Braxton | Braxton Clerk of the County Commission<br>300 Main St., PO Box 486<br>Sutton, WV 26601<br>Phone: (304) 765-2833<br>Fax: (304) 765-2093<br>Email: braxtoncounty@wvsos.com |
| Brooke | Brooke Clerk of the County Commission<br>632 Main St.<br>Wellsburg, WV 26070<br>Phone: (304) 737-3661<br>Fax: (304) 737-4023<br>Email: barbetta@mail.wvnet.edu |
| Cabell | Cabell Clerk of the County Commission<br>750 5th Ave, Ste. 108<br>Huntington, WV 25701<br>Phone: (304) 526-8625<br>Fax: (304) 526-8632<br>Email: psmith@cabellcountyclerk.org |
| Calhoun | Calhoun Clerk of the County Commission<br>363 Main St., Ste. 201, PO Box 230<br>Grantsville, WV 26147<br>Phone: (304) 354-6725<br>Fax: (304) 354-6447<br>Email: calhouncounty@wvsos.com |
| Clay | Clay Clerk of the County Commission<br>246 Main St., P.O. Box 190<br>Clay, WV 25043<br>Phone: (304) 587-4259<br>Fax: (304) 587-4202<br>Email: claycounty@wvsos.com |
| Doddridge | Doddridge Clerk of the County Commission<br>108 Court St.<br>West Union, WV 26456<br>Phone: (304) 873-2631<br>Fax: (304) 873-1840<br>Email: doddridgecounty@wvsos.com |
| Fayette | Fayette Clerk of the County Commission<br>100 Court St., Ste. 1, P.O. Box 569<br>Fayetteville, WV 25840<br>Phone: (304) 574-4225<br>Fax: (304) 574-4335<br>Email: fayettecounty@wvsos.com |
| Gilmer | Gilmer Clerk of the County Commission<br>10 Howard St.<br>Glenville, WV 26351<br>Phone: (304) 462-7641<br>Fax: (304) 462-8855<br>Email: gilmercounty@wvsos.com |

STATE115207

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| Grant | Grant Clerk of the County Commission<br>5 Highland Ave.<br>Petersburg, WV 26847<br>Phone: (304) 257-4550<br>Fax: (304) 257-4207<br>Email: grantcounty@wvsos.com | Marion | Marion Clerk of the County Commission<br>219 Adams St., PO Box 1267<br>Fairmont, WV 26555<br>Phone: (304) 367-5445<br>Fax: (304) 367-5448<br>Email: marioncounty@wvsos.com |
| Greenbrier | Greenbrier Clerk of the County Commission<br>912 Court St. N., PO Box 506<br>Lewisburg, WV 24901<br>Phone: (304) 647-6602<br>Fax: (304) 647-6694<br>Email: greenbriercounty@wvsos.com | Marshall | Marshall Clerk of the County Commission<br>600 7th St., P.O. Box 459<br>Moundsville, WV 26041<br>Phone: (304) 845-1220<br>Fax: (304) 845-5891<br>Email: marshallcounty@wvsos.com |
| Hampshire | Hampshire Clerk of the County Commission<br>19 East Main St., PO Box 806<br>Romney, WV 26757<br>Phone: (304) 822-5112<br>Fax: (304) 822-4039<br>Email: hampshirecounty@wvsos.com | Mason | Mason Clerk of the County Commission<br>200 Sixth St.<br>Point Pleasant, WV 25550<br>Phone: (304) 675-1997<br>Fax: (304) 675-2521<br>Email: masoncounty@wvsos.com |
| Hancock | Hancock Clerk of the County Commission<br>102 North Court St., PO Box 367<br>New Cumberland, WV 26047<br>Phone: (304) 564-3311<br>Fax: (304) 564-5941<br>Email: hancockcounty@wvsos.com | McDowell | McDowell Clerk of the County Commission<br>90 Wyoming St., Ste. 109<br>Welch, WV 24801<br>Phone: (304) 436-8544<br>Fax: (304) 436-8576<br>Email: mcdowellcounty@wvsos.com |
| Hardy | Hardy Clerk of the County Commission<br>204 Washington St., Room 111<br>Moorefield, WV 26836<br>Phone: (304) 530-0250<br>Fax: (304) 530-0251<br>Email: hardycounty@wvsos.com | Mercer | Mercer Clerk of the County Commission<br>1501 West Main St., Ste. 121<br>Princeton, WV 24740<br>Phone: (304) 487-8338<br>Fax: (304) 425-4851<br>Email: mercercounty@wvsos.com |
| Harrison | Harrison Clerk of the County Commission<br>306B Washington Ave.<br>Clarksburg, WV 26301<br>Phone: (304) 624-8613<br>Fax: (304) 626-1090<br>Email: harrisoncounty@wvsos.com | Mineral | Mineral Clerk of the County Commission<br>150 Armstrong St.<br>Keyser, WV 26726<br>Phone: (304) 788-3924<br>Fax: (304) 788-4109<br>Email: mineralcounty@wvsos.com |
| Jackson | Jackson Clerk of the County Commission<br>100 Court St. North, P.O. Box 800<br>Ripley, WV 25271<br>Phone: (304) 373-2250<br>Fax: (304) 372-1107<br>Email: cheryl.bright@jacksoncountywv.com | Mingo | Mingo Clerk of the County Commission<br>78 East 2nd Ave., Room 125<br>Williamson, WV 25661<br>Phone: (304) 235-0330<br>Fax: (304) 235-0565<br>Email: mingocounty@wvsos.com |
| Jefferson | Jefferson Clerk of the County Commission<br>100 East Washington St., P.O. Box 208<br>Charles Town, WV 25414<br>Phone: 304-728-3246<br>Fax: 304-728-1957<br>Email: jeffersoncounty@wvsos.com | Monongalia | Monongalia Clerk of the County Commission<br>243 High St., Room 123<br>Morgantown, WV 26505<br>Phone: (304) 291-7230<br>Fax: (304) 291-7233<br>Email: monongaliacounty@wvsos.com |
| Kanawha | Kanawha Clerk of the County Commission<br>415 Quarrier St.<br>Charleston, WV 25301<br>Phone: (304) 357-0130<br>Fax: (304) 357-0585<br>Email: veramccormick@kanawha.us | Monroe | Monroe Clerk of the County Commission<br>350 Main St., P.O. Box 350<br>Union, WV 24983<br>Phone: (304) 772-3096<br>Fax: (304) 772-4191<br>Email: jmeadows@monroecountywv.net |
| Lewis | Lewis Clerk of the County Commission<br>110 Center Ave.<br>Weston, WV 26452<br>Phone: (304) 269-8215<br>Fax: (304) 269-8202<br>Email: lewiscounty@wvsos.com | Morgan | Morgan Clerk of the County Commission<br>77 Fairfax St., Room 102<br>Berkeley Springs, WV 25411<br>Phone: (304) 258-8547<br>Fax: (304) 258-8545<br>Email: knickles@morgancountywv.gov |
| Lincoln | Lincoln Clerk of the County Commission<br>8000 Court Ave., P.O. Box 497<br>Hamlin, WV 25523<br>Phone: (304) 824-3336<br>Fax: (304) 824-2444<br>Email: lincolncounty@wvsos.com | Nicholas | Nicholas Clerk of the County Commission<br>700 Main St., Ste. 2<br>Summersville, WV 26651<br>Phone: (304) 872-7820<br>Fax: (304) 872-9600<br>Email: nicholascounty@wvsos.com |
| Logan | Logan Clerk of the County Commission<br>300 Stratton St., Room 102<br>Logan, WV 25601<br>Phone: (304) 792-8600<br>Fax: (304) 792-8246<br>Email: logancounty@wvsos.com | Ohio | Ohio County Elections Clerk<br>1500 Chapline St., Room 215<br>Wheeling, WV 26003<br>Phone: (304) 234-3750<br>Fax: (304) 234-3827<br>Email: tchieffalo@ohiocountywv.gov |

STATE115208

| County | Mailing Address | County | Mailing Address |
|--------|-----------------|--------|-----------------|
| Pendleton | Pendleton Clerk of the County Commission<br>100 South Main St., P.O. Box 1167<br>Franklin, WV 26807<br>Phone: (304) 358-2505<br>Fax: (304) 358-2473<br>Email: pendletoncounty@wvsos.com | Taylor | Taylor Clerk of the County Commission<br>128 W. Main St., Annex 2<br>Grafton, WV 26354<br>Phone: (304) 265-1401<br>Fax: (304) 265-2889<br>Email: taylorcounty@wvsos.com |
| Pleasants | Pleasants Clerk of the County Commission<br>301 Court Lane<br>St. Marys, WV 26170<br>Phone: (304) 684-3542<br>Fax: (304) 684-7569<br>Email: pleasantscounty@wvsos.com | Tucker | Tucker Clerk of the County Commission<br>211 First St., Ste. 204<br>Parsons, WV 26287<br>Phone: (304) 478-2414<br>Fax: (304) 478-2217<br>Email: tuckercounty@wvsos.com |
| Pocahontas | Pocahontas Clerk of the County Commission<br>900-C 10th Ave.<br>Marlinton, WV 24954<br>Phone: (304) 799-4549<br>Fax: (304) 799-6947<br>Email: pocahontascounty@wvsos.com | Tyler | Tyler Clerk of the County Commission<br>121 Main St., P.O. Box 66<br>Middlebourne, WV 26149<br>Phone: (304) 758-2102<br>Fax: (304) 758-2126<br>Email: tylercounty@wvsos.com |
| Preston | Preston Clerk of the County Commission<br>106 West Main St., Ste. 103<br>Kingwood, WV 26537<br>Phone: (304) 329-0070<br>Fax: (304) 329-0198<br>Email: prestoncounty@wvsos.com | Upshur | Upshur Clerk of the County Commission<br>40 W. Main St., Room 101<br>Buckhannon, WV 26201<br>Phone: (304) 472-1068<br>Fax: (304) 472-1029<br>Email: upshurcounty@wvsos.com |
| Putnam | Putnam Clerk of the County Commission<br>12093 Winfield Road, Ste. 3<br>Winfield, WV 25213<br>Phone: (304) 586-0202<br>Fax: (304) 204-1408<br>Email: bwood@putnamwv.org | Wayne | Wayne Clerk of the County Commission<br>700 Hendricks St., P.O. Box 248<br>Wayne, WV 25570<br>Phone: (304) 272-6362<br>Fax: (304) 272-5318<br>Email: waynecounty@wvsos.com |
| Raleigh | Raleigh Clerk of the County Commission<br>215 Main St.<br>Beckley, WV 25802<br>Phone: (304) 252-8681<br>Fax: (304) 252-8698<br>Email: raleighcounty@wvsos.com | Webster | Webster Clerk of the County Commission<br>2 Court Square, Room G1<br>Webster Springs, WV 26288<br>Phone: (304) 847-2508<br>Fax: (304) 847-7755<br>Email: webstercounty@wvsos.com |
| Randolph | Randolph Clerk of the County Commission<br>2 Randolph Ave.<br>Elkins, WV 26241<br>Phone: (304) 636-0543<br>Fax: (304) 636-0544<br>Email: randolphcounty@wvsos.com | Wetzel | Wetzel Clerk of the County Commission<br>200 Main St., PO Box 156<br>New Martinsville, WV 26155<br>Phone: (304) 455-8224<br>Fax: (304) 455-5256<br>Email: wetzelcounty@wvsos.com |
| Ritchie | Ritchie Clerk of the County Commission<br>115 East Main St., Room. 201<br>Harrisville, WV 26362<br>Phone: (304) 643-2164<br>Fax: (304) 643-2906<br>Email: tdmcdona@clerk.state.wv.us | Wirt | Wirt Clerk of the County Commission<br>19 Washington St., Rm 102, P.O. Box 53<br>Elizabeth, WV 26143<br>Phone: (304) 275-4271<br>Fax: (304) 275-3418<br>Email: wirtcounty@wvsos.com |
| Roane | Roane Clerk of the County Commission<br>200 Main St.<br>Spencer, WV 25276<br>Phone: (304) 927-2860<br>Fax: (304) 927-2489<br>Email: roanecounty@wvsos.com | Wood | Wood Clerk of the County Commission<br>1 Court Square, PO Box 1474<br>Parkersburg, WV 26101<br>Phone: (304) 424-1850<br>Fax: (304) 424-1982<br>Email: woodcounty@wvsos.com |
| Summers | Summers Clerk of the County Commission<br>120 Ballengee Street., Ste. 106, PO Box 97<br>Hinton, WV 25951<br>Phone: (304) 466-7104<br>Fax: (304) 466-7146<br>Email: summerscounty@wvsos.com | Wyoming | Wyoming Clerk of the County Commission<br>24 Main Ave., PO Box 309<br>Pineville, WV 24874<br>Phone: (304) 732-8000<br>Fax: (304) 732-9659<br>Email: wyomingcounty@wvsos.com |

STATE115209

| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|---|---|---|---|
| Anderson | 88 | 2 | 2.22% |
| Andrews | 3 | 0 | 0.00% |
| Angelina | 253 | 24 | 8.66% |
| Aransas | 91 | 19 | 17.27% |
| Archer | 16 | 0 | 0.00% |
| Armstrong | 4 | 0 | 0.00% |
| Atascosa | 141 | 9 | 6.00% |
| Austin | 79 | 0 | 0.00% |
| Bailey | 6 | 0 | 0.00% |
| Bandera | 59 | 13 | 18.06% |
| Bastrop | 466 | 46 | 8.98% |
| Baylor | 4 | 0 | 0.00% |
| Bee | 152 | 7 | 4.40% |
| Bell | 833 | 6 | 0.72% |
| Bexar | 9757 | 2797 | 22.28% |
| Blanco | 50 | 9 | 15.25% |
| Borden | 1 | 0 | 0.00% |
| Bosque | 42 | 6 | 12.50% |
| Bowie | 307 | 21 | 6.40% |
| Brazoria | 884 | 42 | 4.54% |
| Brazos | 470 | 31 | 6.19% |
| Brewster | 101 | 1 | 0.98% |
| Briscoe | 11 | 0 | 0.00% |
| Brooks | 117 | 2 | 1.68% |
| Brown | 57 | 3 | 5.00% |
| Burleson | 58 | 16 | 21.62% |
| Burnet | 249 | 9 | 3.49% |
| Caldwell | 157 | 13 | 7.65% |
| Calhoun | 80 | 2 | 2.44% |
| Callahan | 18 | 0 | 0.00% |
| Cameron | 1292 | 130 | 9.14% |
| Camp | 61 | 2 | 3.17% |
| Carson | 7 | 0 | 0.00% |
| Cass | 122 | 3 | 2.40% |
| Castro | 12 | 0 | 0.00% |
| Chambers | 62 | 5 | 7.46% |
| Cherokee | 109 | 9 | 7.63% |
| Childress | 2 | 0 | 0.00% |
| Clay | 18 | 2 | 10.00% |
| Cochran | 3 | 0 | 0.00% |
| Coke | 10 | 0 | 0.00% |
| Coleman | 7 | 0 | 0.00% |

2022 Democratic Primary

STATE115581

| | | | |
|---|---|---|---|
| Collin | 2027 | 330 | 14.00% |
| Collingsworth | 1 | 0 | 0.00% |
| Colorado | 72 | 24 | 25.00% |
| Comal | 687 | 96 | 12.26% |
| Comanche | 32 | 1 | 3.03% |
| Concho | 11 | 0 | 0.00% |
| Cooke | 67 | 6 | 8.22% |
| Coryell | 139 | 2 | 1.42% |
| Cottle | 4 | 0 | 0.00% |
| Crane | 5 | 0 | 0.00% |
| Crockett | 4 | 1 | 20.00% |
| Crosby | 20 | 0 | 0.00% |
| Culberson | 14 | 0 | 0.00% |
| Dallam | 7 | 0 | 0.00% |
| Dallas | 7269 | 557 | 7.12% |
| Dawson | 11 | 0 | 0.00% |
| Deaf Smith | 27 | 0 | 0.00% |
| Delta | 26 | 5 | 16.13% |
| Denton | 1943 | 238 | 10.91% |
| Dewitt | 23 | 1 | 4.17% |
| Dickens | 6 | 0 | 0.00% |
| Dimmit | 116 | 0 | 0.00% |
| Donley | 3 | 0 | 0.00% |
| Duval | 367 | 2 | 0.54% |
| Eastland | 48 | 0 | 0.00% |
| Ector | 210 | 0 | 0.00% |
| Edwards | 2 | 0 | 0.00% |
| El Paso | 3609 | 762 | 17.43% |
| Ellis | 368 | 58 | 13.62% |
| Erath | 61 | 5 | 7.58% |
| Falls | 47 | 0 | 0.00% |
| Fannin | 119 | 1 | 0.83% |
| Fayette | 129 | 6 | 4.44% |
| Fisher | 30 | 3 | 9.09% |
| Floyd | 5 | 2 | 28.57% |
| Foard | 1 | 0 | 0.00% |
| Fort Bend | 2822 | 383 | 11.95% |
| Franklin | 23 | 0 | 0.00% |
| Freestone | 40 | 3 | 6.98% |
| Frio | 231 | 33 | 12.50% |
| Gaines | 14 | 0 | 0.00% |
| Galveston | 1270 | 187 | 12.83% |
| Garza | 5 | 1 | 16.67% |
| Gillespie | 146 | 1 | 0.68% |

2022 Democratic Primary

STATE115582

| | | |
|---|---|---|
| Glasscock | 2 | 0 | 0.00% |
| Goliad | 31 | 3 | 8.82% |
| Gonzales | 53 | 3 | 5.36% |
| Gray | 39 | 0 | 0.00% |
| Grayson | 353 | 46 | 11.53% |
| Gregg | 426 | 63 | 12.88% |
| Grimes | 67 | 29 | 30.21% |
| Guadalupe | 548 | 96 | 14.91% |
| Hale | 46 | 7 | 13.21% |
| Hall | 13 | 0 | 0.00% |
| Hamilton | 17 | 0 | 0.00% |
| Hansford | 4 | 0 | 0.00% |
| Hardeman | 10 | 0 | 0.00% |
| Hardin | 108 | 6 | 5.26% |
| Harris | 17784 | 3814 | 17.66% |
| Harrison | 163 | 70 | 30.04% |
| Hartley | 6 | 0 | 0.00% |
| Haskell | 12 | 0 | 0.00% |
| Hays | 1560 | 127 | 7.53% |
| Hemphill | 3 | 0 | 0.00% |
| Henderson | 251 | 26 | 9.39% |
| Hidalgo | 2001 | 488 | 19.61% |
| Hill | 60 | 2 | 3.23% |
| Hockley | 28 | 0 | 0.00% |
| Hood | 160 | 19 | 10.61% |
| Hopkins | 98 | 11 | 10.09% |
| Houston | 102 | 8 | 7.27% |
| Howard | 64 | 6 | 8.57% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 136 | 16 | 10.53% |
| Hutchinson | 14 | 1 | 6.67% |
| Irion | 2 | 0 | 0.00% |
| Jack | 17 | 0 | 0.00% |
| Jackson | 41 | 1 | 2.38% |
| Jasper | 98 | 1 | 1.01% |
| Jeff Davis | 5 | 0 | 0.00% |
| Jefferson | 1367 | 152 | 10.01% |
| Jim Hogg | 206 | 0 | 0.00% |
| Jim Wells | 163 | 119 | 42.20% |
| Johnson | 305 | 37 | 10.82% |
| Jones | 45 | 0 | 0.00% |
| Karnes | 89 | 22 | 19.82% |
| Kaufman | 195 | 34 | 14.85% |
| Kendall | 154 | 1 | 0.65% |

2022 Democratic Primary

STATE115583

| | | |
|---|---|---|
| Kenedy | 3 | 2 | 40.00% |
| Kent | 0 | 0 | 0.00% |
| Kerr | 232 | 20 | 7.94% |
| Kimble | 5 | 0 | 0.00% |
| King | 0 | 0 | 0.00% |
| Kinney | 12 | 0 | 0.00% |
| Kleberg | 178 | 4 | 2.20% |
| Knox | 2 | 0 | 0.00% |
| Lamar | 131 | 1 | 0.76% |
| Lamb | 32 | 5 | 13.51% |
| Lampasas | 65 | 1 | 1.52% |
| Lasalle | 289 | 21 | 6.77% |
| Lavaca | 102 | 11 | 9.73% |
| Lee | 60 | 5 | 7.69% |
| Leon | 52 | 0 | 0.00% |
| Liberty | 120 | 3 | 2.44% |
| Limestone | 70 | 4 | 5.41% |
| Lipscomb | 13 | 1 | 7.14% |
| Live Oak | 34 | 0 | 0.00% |
| Llano | 202 | 18 | 8.18% |
| Loving | 0 | 0 | 0.00% |
| Lubbock | 618 | 27 | 4.19% |
| Lynn | 6 | 0 | 0.00% |
| Madison | 19 | 2 | 9.52% |
| Marion | 58 | 17 | 22.67% |
| Martin | 3 | 0 | 0.00% |
| Mason | 16 | 0 | 0.00% |
| Matagorda | 114 | 10 | 8.06% |
| Maverick | 145 | 29 | 16.67% |
| Mcculloch | 33 | 0 | 0.00% |
| Mclennan | 847 | 57 | 6.31% |
| Mcmullen | 2 | 0 | 0.00% |
| Medina | 158 | 23 | 12.71% |
| Menard | 12 | 0 | 0.00% |
| Midland | 134 | 35 | 20.71% |
| Milam | 88 | 0 | 0.00% |
| Mills | 8 | 0 | 0.00% |
| Mitchell | 9 | 0 | 0.00% |
| Montague | 27 | 0 | 0.00% |
| Montgomery | 1553 | 85 | 5.19% |
| Moore | 11 | 0 | 0.00% |
| Morris | 42 | 0 | 0.00% |
| Motley | 4 | 0 | 0.00% |
| Nacogdoches | 263 | 4 | 1.50% |

2022 Democratic Primary

STATE115584

| | | | |
|---|---|---|---|
| Navarro | 82 | 12 | 12.77% |
| Newton | 38 | 7 | 15.56% |
| Nolan | 30 | 2 | 6.25% |
| Nueces | 1955 | 0 | 0.00% |
| Ochiltree | 4 | 0 | 0.00% |
| Oldham | 3 | 0 | 0.00% |
| Orange | 288 | 11 | 3.68% |
| Palo Pinto | 55 | 12 | 17.91% |
| Panola | 50 | 1 | 1.96% |
| Parker | 301 | 59 | 16.39% |
| Parmer | 9 | 1 | 10.00% |
| Pecos | 63 | 7 | 10.00% |
| Polk | 187 | 17 | 8.33% |
| Potter | 252 | 28 | 10.00% |
| Presidio | 23 | 0 | 0.00% |
| Rains | 24 | 1 | 4.00% |
| Randall | 347 | 20 | 5.45% |
| Reagan | 0 | 0 | 0.00% |
| Real | 1 | 0 | 0.00% |
| Red River | 40 | 0 | 0.00% |
| Reeves | 92 | 2 | 2.13% |
| Refugio | 46 | 4 | 8.00% |
| Roberts | 3 | 0 | 0.00% |
| Robertson | 74 | 8 | 9.76% |
| Rockwall | 186 | 5 | 2.62% |
| Runnels | 17 | 0 | 0.00% |
| Rusk | 130 | 25 | 16.13% |
| Sabine | 28 | 0 | 0.00% |
| San Augustine | 34 | 1 | 2.86% |
| San Jacinto | 93 | 3 | 3.13% |
| San Patricio | 323 | 48 | 12.94% |
| San Saba | 7 | 0 | 0.00% |
| Schleicher | 7 | 0 | 0.00% |
| Scurry | 13 | 0 | 0.00% |
| Shackelford | 4 | 0 | 0.00% |
| Shelby | 41 | 7 | 14.58% |
| Sherman | 2 | 0 | 0.00% |
| Smith | 686 | 68 | 9.02% |
| Somervell | 15 | 0 | 0.00% |
| Starr | 94 | 204 | 68.46% |
| Stephens | 8 | 1 | 11.11% |
| Sterling | 0 | 0 | 0.00% |
| Stonewall | 8 | 0 | 0.00% |
| Sutton | 4 | 0 | 0.00% |

2022 Democratic Primary

STATE115585

| | | |
|---|---:|---:|
| Swisher | 32 | 1 | 3.03% |
| Tarrant | 4892 | 856 | 14.89% |
| Taylor | 259 | 4 | 1.52% |
| Terrell | 15 | 0 | 0.00% |
| Terry | 20 | 3 | 13.04% |
| Throckmorton | 1 | 0 | 0.00% |
| Titus | 84 | 7 | 7.69% |
| Tom Green | 324 | 50 | 13.37% |
| Travis | 8737 | 673 | 7.15% |
| Trinity | 31 | 0 | 0.00% |
| Tyler | 51 | 0 | 0.00% |
| Upshur | 131 | 0 | 0.00% |
| Upton | 5 | 0 | 0.00% |
| Uvalde | 167 | 65 | 28.02% |
| Val Verde | 204 | 0 | 0.00% |
| Van Zandt | 83 | 14 | 14.43% |
| Victoria | 485 | 59 | 10.85% |
| Walker | 176 | 19 | 9.74% |
| Waller | 120 | 39 | 24.53% |
| Ward | 24 | 0 | 0.00% |
| Washington | 89 | 1 | 1.11% |
| Webb | 575 | 31 | 5.12% |
| Wharton | 145 | 12 | 7.64% |
| Wheeler | 11 | 0 | 0.00% |
| Wichita | 226 | 54 | 19.29% |
| Wilbarger | 44 | 1 | 2.22% |
| Willacy | 65 | 5 | 7.14% |
| Williamson | 2208 | 269 | 10.86% |
| Wilson | 251 | 14 | 5.28% |
| Winkler | 2 | 0 | 0.00% |
| Wise | 140 | 11 | 7.28% |
| Wood | 119 | 0 | 0.00% |
| Yoakum | 3 | 0 | 0.00% |
| Young | 0 | 0 | 0.00% |
| Zapata | 57 | 9 | 13.64% |
| Zavala | 83 | 0 | 0.00% |
| **Statewide Totals** | **96464** | **14281** | **12.90%** |

2022 Democratic Primary

| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|---|---|---|---|
| Anderson | 72 | 0 | 0.00% |
| Andrews | 42 | 0 | 0.00% |
| Angelina | 220 | 27 | 10.93% |
| Aransas | 78 | 10 | 11.36% |
| Archer | 35 | 0 | 0.00% |
| Armstrong | 29 | 0 | 0.00% |
| Atascosa | 112 | 9 | 7.44% |
| Austin | 116 | 0 | 0.00% |
| Bailey | 35 | 2 | 5.41% |
| Bandera | 171 | 13 | 7.07% |
| Bastrop | 346 | 31 | 8.22% |
| Baylor | 9 | 0 | 0.00% |
| Bee | 70 | 4 | 5.41% |
| Bell | 1345 | 11 | 0.81% |
| Bexar | 4326 | 1108 | 20.39% |
| Blanco | 74 | 14 | 15.91% |
| Borden | 12 | 0 | 0.00% |
| Bosque | 82 | 16 | 16.33% |
| Bowie | 359 | 23 | 6.02% |
| Brazoria | 1479 | 93 | 5.92% |
| Brazos | 740 | 111 | 13.04% |
| Brewster | 23 | 0 | 0.00% |
| Briscoe | 39 | 0 | 0.00% |
| Brooks | 3 | 1 | 25.00% |
| Brown | 365 | 7 | 1.88% |
| Burleson | 100 | 37 | 27.01% |
| Burnet | 689 | 53 | 7.14% |
| Caldwell | 90 | 5 | 5.26% |
| Calhoun | 30 | 1 | 3.23% |
| Callahan | 101 | 31 | 23.48% |
| Cameron | 260 | 28 | 9.72% |
| Camp | 23 | 1 | 4.17% |
| Carson | 31 | 1 | 3.13% |
| Cass | 242 | 5 | 2.02% |
| Castro | 23 | 0 | 0.00% |
| Chambers | 105 | 17 | 13.93% |
| Cherokee | 85 | 9 | 9.57% |
| Childress | 25 | 0 | 0.00% |
| Clay | 34 | 0 | 0.00% |
| Cochran | 23 | 0 | 0.00% |
| Coke | 72 | 2 | 2.70% |
| Coleman | 35 | 0 | 0.00% |

2022 Republican Primary

STATE115587

| County | | | |
|---|---:|---:|---:|
| Collin | 3200 | 449 | 12.30% |
| Collingsworth | 15 | 0 | 0.00% |
| Colorado | 49 | 16 | 24.62% |
| Comal | 1511 | 326 | 17.75% |
| Comanche | 77 | 8 | 9.41% |
| Concho | 35 | 0 | 0.00% |
| Cooke | 154 | 3 | 1.91% |
| Coryell | 296 | 3 | 1.00% |
| Cottle | 5 | 0 | 0.00% |
| Crane | 21 | 0 | 0.00% |
| Crockett | 9 | 0 | 0.00% |
| Crosby | 26 | 0 | 0.00% |
| Culberson | 0 | 0 | 0.00% |
| Dallam | 51 | 0 | 0.00% |
| Dallas | 2768 | 159 | 5.43% |
| Dawson | 64 | 2 | 3.03% |
| Deaf Smith | 116 | 2 | 1.69% |
| Delta | 86 | 10 | 10.42% |
| Denton | 2560 | 539 | 17.39% |
| Dewitt | 94 | 0 | 0.00% |
| Dickens | 34 | 0 | 0.00% |
| Dimmit | 2 | 0 | 0.00% |
| Donley | 14 | 0 | 0.00% |
| Duval | 2 | 0 | 0.00% |
| Eastland | 162 | 0 | 0.00% |
| Ector | 386 | 11 | 2.77% |
| Edwards | 5 | 4 | 44.44% |
| El Paso | 178 | 35 | 16.43% |
| Ellis | 260 | 29 | 10.03% |
| Erath | 96 | 9 | 8.57% |
| Falls | 67 | 0 | 0.00% |
| Fannin | 154 | 4 | 2.53% |
| Fayette | 161 | 2 | 1.23% |
| Fisher | 17 | 0 | 0.00% |
| Floyd | 32 | 4 | 11.11% |
| Foard | 0 | 0 | 0.00% |
| Fort Bend | 1320 | 185 | 12.29% |
| Franklin | 56 | 0 | 0.00% |
| Freestone | 66 | 4 | 5.71% |
| Frio | 9 | 2 | 18.18% |
| Gaines | 46 | 0 | 0.00% |
| Galveston | 1812 | 248 | 12.04% |
| Garza | 37 | 2 | 5.13% |
| Gillespie | 348 | 9 | 2.52% |

2022 Republican Primary

STATE115588

| | | | |
|---|---|---|---|
| Glasscock | 15 | 1 | 6.25% |
| Goliad | 22 | 2 | 8.33% |
| Gonzales | 84 | 6 | 6.67% |
| Gray | 228 | 13 | 5.39% |
| Grayson | 604 | 85 | 12.34% |
| Gregg | 301 | 19 | 5.94% |
| Grimes | 169 | 92 | 35.25% |
| Guadalupe | 526 | 184 | 25.92% |
| Hale | 96 | 10 | 9.43% |
| Hall | 19 | 0 | 0.00% |
| Hamilton | 24 | 0 | 0.00% |
| Hansford | 69 | 0 | 0.00% |
| Hardeman | 3 | 0 | 0.00% |
| Hardin | 273 | 5 | 1.80% |
| Harris | 12153 | 3100 | 20.32% |
| Harrison | 54 | 14 | 20.59% |
| Hartley | 44 | 2 | 4.35% |
| Haskell | 12 | 0 | 0.00% |
| Hays | 763 | 164 | 17.69% |
| Hemphill | 56 | 0 | 0.00% |
| Henderson | 238 | 11 | 4.42% |
| Hidalgo | 179 | 31 | 14.76% |
| Hill | 92 | 3 | 3.16% |
| Hockley | 89 | 0 | 0.00% |
| Hood | 275 | 41 | 12.97% |
| Hopkins | 82 | 9 | 9.89% |
| Houston | 74 | 3 | 3.90% |
| Howard | 136 | 9 | 6.21% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 425 | 93 | 17.95% |
| Hutchinson | 90 | 9 | 9.09% |
| Irion | 6 | 0 | 0.00% |
| Jack | 64 | 1 | 1.54% |
| Jackson | 42 | 3 | 6.67% |
| Jasper | 46 | 0 | 0.00% |
| Jeff Davis | 14 | 0 | 0.00% |
| Jefferson | 142 | 18 | 11.25% |
| Jim Hogg | 1 | 0 | 0.00% |
| Jim Wells | 7 | 2 | 22.22% |
| Johnson | 771 | 110 | 12.49% |
| Jones | 71 | 0 | 0.00% |
| Karnes | 160 | 11 | 6.43% |
| Kaufman | 146 | 50 | 25.51% |
| Kendall | 649 | 9 | 1.37% |

2022 Republican Primary

STATE115589

| | | |
|---|---|---|
| Kenedy | 0 | 0 | 0.00% |
| Kent | 0 | 0 | 0.00% |
| Kerr | 636 | 76 | 10.67% |
| Kimble | 57 | 3 | 5.00% |
| King | 3 | 0 | 0.00% |
| Kinney | 2 | 1 | 33.33% |
| Kleberg | 32 | 0 | 0.00% |
| Knox | 12 | 0 | 0.00% |
| Lamar | 202 | 1 | 0.49% |
| Lamb | 46 | 10 | 17.86% |
| Lampasas | 174 | 16 | 8.42% |
| Lasalle | 5 | 0 | 0.00% |
| Lavaca | 188 | 87 | 31.64% |
| Lee | 118 | 21 | 15.11% |
| Leon | 152 | 0 | 0.00% |
| Liberty | 231 | 9 | 3.75% |
| Limestone | 102 | 12 | 10.53% |
| Lipscomb | 72 | 0 | 0.00% |
| Live Oak | 21 | 1 | 4.55% |
| Llano | 470 | 77 | 14.08% |
| Loving | 1 | 0 | 0.00% |
| Lubbock | 685 | 6 | 0.87% |
| Lynn | 2 | 0 | 0.00% |
| Madison | 61 | 1 | 1.61% |
| Marion | 12 | 3 | 20.00% |
| Martin | 14 | 0 | 0.00% |
| Mason | 38 | 0 | 0.00% |
| Matagorda | 51 | 3 | 5.56% |
| Maverick | 2 | 1 | 33.33% |
| Mcculloch | 60 | 1 | 1.64% |
| Mclennan | 1137 | 102 | 8.23% |
| Mcmullen | 4 | 0 | 0.00% |
| Medina | 232 | 36 | 13.43% |
| Menard | 32 | 1 | 3.03% |
| Midland | 493 | 70 | 12.43% |
| Milam | 152 | 1 | 0.65% |
| Mills | 39 | 0 | 0.00% |
| Mitchell | 13 | 5 | 27.78% |
| Montague | 73 | 4 | 5.19% |
| Montgomery | 3272 | 232 | 6.62% |
| Moore | 92 | 2 | 2.13% |
| Morris | 43 | 0 | 0.00% |
| Motley | 23 | 0 | 0.00% |
| Nacogdoches | 464 | 7 | 1.49% |

2022 Republican Primary

STATE115590

| | | | |
|-----------|------|-----|--------|
| Navarro | 55 | 8 | 12.70% |
| Newton | 34 | 6 | 15.00% |
| Nolan | 16 | 4 | 20.00% |
| Nueces | 346 | 0 | 0.00% |
| Ochiltree | 73 | 1 | 1.35% |
| Oldham | 19 | 0 | 0.00% |
| Orange | 212 | 10 | 4.50% |
| Palo Pinto | 201 | 76 | 27.44% |
| Panola | 110 | 4 | 3.51% |
| Parker | 619 | 191 | 23.58% |
| Parmer | 38 | 1 | 2.56% |
| Pecos | 18 | 1 | 5.26% |
| Polk | 332 | 25 | 7.00% |
| Potter | 609 | 116 | 16.00% |
| Presidio | 2 | 0 | 0.00% |
| Rains | 70 | 0 | 0.00% |
| Randall | 1454 | 114 | 7.27% |
| Reagan | 11 | 2 | 15.38% |
| Real | 2 | 0 | 0.00% |
| Red River | 55 | 4 | 6.78% |
| Reeves | 8 | 0 | 0.00% |
| Refugio | 12 | 0 | 0.00% |
| Roberts | 24 | 0 | 0.00% |
| Robertson | 62 | 1 | 1.59% |
| Rockwall | 453 | 63 | 12.21% |
| Runnels | 31 | 7 | 18.42% |
| Rusk | 203 | 38 | 15.77% |
| Sabine | 64 | 0 | 0.00% |
| San Augustine | 25 | 1 | 3.85% |
| San Jacinto | 178 | 4 | 2.20% |
| San Patricio | 122 | 7 | 5.43% |
| San Saba | 22 | 0 | 0.00% |
| Schleicher | 13 | 6 | 31.58% |
| Scurry | 61 | 13 | 17.57% |
| Shackelford | 46 | 0 | 0.00% |
| Shelby | 141 | 12 | 7.84% |
| Sherman | 11 | 7 | 38.89% |
| Smith | 549 | 77 | 12.30% |
| Somervell | 19 | 1 | 5.00% |
| Starr | 25 | 12 | 32.43% |
| Stephens | 90 | 3 | 3.23% |
| Sterling | 4 | 0 | 0.00% |
| Stonewall | 24 | 0 | 0.00% |
| Sutton | 16 | 0 | 0.00% |

2022 Republican Primary

STATE115591

| | | | |
|---|---|---|---|
| Swisher | 56 | 4 | 6.67% |
| Tarrant | 5446 | 27 | 0.49% |
| Taylor | 350 | 14 | 3.85% |
| Terrell | 4 | 0 | 0.00% |
| Terry | 62 | 1 | 1.59% |
| Throckmorton | 14 | 0 | 0.00% |
| Titus | 88 | 9 | 9.28% |
| Tom Green | 433 | 73 | 14.43% |
| Travis | 1915 | 260 | 11.95% |
| Trinity | 30 | 0 | 0.00% |
| Tyler | 196 | 7 | 3.45% |
| Upshur | 155 | 0 | 0.00% |
| Upton | 8 | 0 | 0.00% |
| Uvalde | 25 | 0 | 0.00% |
| Val Verde | 74 | 0 | 0.00% |
| Van Zandt | 79 | 9 | 10.23% |
| Victoria | 1221 | 109 | 8.20% |
| Walker | 206 | 11 | 5.07% |
| Waller | 61 | 26 | 29.89% |
| Ward | 56 | 0 | 0.00% |
| Washington | 148 | 8 | 5.13% |
| Webb | 18 | 0 | 0.00% |
| Wharton | 132 | 4 | 2.94% |
| Wheeler | 35 | 0 | 0.00% |
| Wichita | 180 | 26 | 12.62% |
| Wilbarger | 105 | 0 | 0.00% |
| Willacy | 2 | 1 | 33.33% |
| Williamson | 1582 | 264 | 14.30% |
| Wilson | 255 | 7 | 2.67% |
| Winkler | 11 | 1 | 8.33% |
| Wise | 358 | 45 | 11.17% |
| Wood | 224 | 0 | 0.00% |
| Yoakum | 22 | 0 | 0.00% |
| Young | 4 | 0 | 0.00% |
| Zapata | 3 | 0 | 0.00% |
| Zavala | 0 | 0 | 0.00% |
| **Statewide Totals** | **77420** | **10355** | 11.80% |

2022 Republican Primary

STATE115592

| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|---|---|---|---|
| Anderson | 169 | 0 | 0.00% |
| Andrews | 42 | 0 | 0.00% |
| Angelina | 397 | 63 | 13.70% |
| Aransas | 188 | 2 | 1.05% |
| Archer | 50 | 0 | 0.00% |
| Armstrong | 13 | 0 | 0.00% |
| Atascosa | 221 | 11 | 4.74% |
| Austin | 217 | 0 | 0.00% |
| Bailey | 44 | 0 | 0.00% |
| Bandera | 196 | 3 | 1.51% |
| Bastrop | 853 | 19 | 2.18% |
| Baylor | 13 | 0 | 0.00% |
| Bee | 199 | 4 | 1.97% |
| Bell | 1623 | 340 | 17.32% |
| Bexar | 18361 | 231 | 1.24% |
| Blanco | 167 | 6 | 3.47% |
| Borden | 9 | 1 | 10.00% |
| Bosque | 152 | 1 | 0.65% |
| Bowie | 614 | 26 | 4.06% |
| Brazoria | 2041 | 63 | 2.99% |
| Brazos | 1058 | 36 | 3.29% |
| Brewster | 127 | 0 | 0.00% |
| Briscoe | 45 | 0 | 0.00% |
| Brooks | 69 | 0 | 0.00% |
| Brown | 373 | 0 | 0.00% |
| Burleson | 204 | 3 | 1.45% |
| Burnet | 802 | 15 | 1.84% |
| Caldwell | 237 | 4 | 1.66% |
| Calhoun | 100 | 3 | 2.91% |
| Callahan | 153 | 0 | 0.00% |
| Cameron | 1602 | 31 | 1.90% |
| Camp | 84 | 0 | 0.00% |
| Carson | 39 | 1 | 2.50% |
| Cass | 354 | 0 | 0.00% |
| Castro | 25 | 0 | 0.00% |
| Chambers | 157 | 0 | 0.00% |
| Cherokee | 216 | 19 | 8.09% |
| Childress | 23 | 0 | 0.00% |
| Clay | 56 | 0 | 0.00% |
| Cochran | 50 | 3 | 5.66% |
| Coke | 95 | 0 | 0.00% |
| Coleman | 53 | 0 | 0.00% |

2022 Constitutional Amendment

STATE115593

| | | | |
|---|---|---|---|
| Collin | 5148 | 109 | 2.07% |
| Collingsworth | 0 | 0 | 0.00% |
| Colorado | 185 | 5 | 2.63% |
| Comal | 2407 | 77 | 3.10% |
| Comanche | 107 | 7 | 6.14% |
| Concho | 48 | 0 | 0.00% |
| Cooke | 210 | 0 | 0.00% |
| Coryell | 436 | 4 | 0.91% |
| Cottle | 11 | 0 | 0.00% |
| Crane | 26 | 0 | 0.00% |
| Crockett | 16 | 0 | 0.00% |
| Crosby | 50 | 0 | 0.00% |
| Culberson | 11 | 0 | 0.00% |
| Dallam | 57 | 0 | 0.00% |
| Dallas | 10649 | 382 | 3.46% |
| Dawson | 99 | 0 | 0.00% |
| Deaf Smith | 127 | 0 | 0.00% |
| Delta | 101 | 0 | 0.00% |
| Denton | 4964 | 155 | 3.03% |
| Dewitt | 135 | 0 | 0.00% |
| Dickens | 31 | 0 | 0.00% |
| Dimmit | 109 | 8 | 6.84% |
| Donley | 10 | 0 | 0.00% |
| Duval | 161 | 1 | 0.62% |
| Eastland | 217 | 0 | 0.00% |
| Ector | 577 | 0 | 0.00% |
| Edwards | 9 | 4 | 30.77% |
| El Paso | 3582 | 490 | 12.03% |
| Ellis | 754 | 28 | 3.58% |
| Erath | 181 | 13 | 6.70% |
| Falls | 33 | 0 | 0.00% |
| Fannin | 267 | 0 | 0.00% |
| Fayette | 286 | 5 | 1.72% |
| Fisher | 39 | 0 | 0.00% |
| Floyd | 29 | 7 | 19.44% |
| Foard | 0 | 0 | 0.00% |
| Fort Bend | 4368 | 101 | 2.26% |
| Franklin | 68 | 0 | 0.00% |
| Freestone | 112 | 3 | 2.61% |
| Frio | 167 | 23 | 12.11% |
| Gaines | 55 | 1 | 1.79% |
| Galveston | 3177 | 66 | 2.04% |
| Garza | 39 | 0 | 0.00% |
| Gillespie | 520 | 10 | 1.89% |

2022 Constitutional Amendment

STATE115594

| | | |
|---|---|---|
| Glasscock | 2 | 0 | 0.00% |
| Goliad | 46 | 0 | 0.00% |
| Gonzales | 134 | 0 | 0.00% |
| Gray | 234 | 1 | 0.43% |
| Grayson | 965 | 33 | 3.31% |
| Gregg | 711 | 24 | 3.27% |
| Grimes | 349 | 17 | 4.64% |
| Guadalupe | 1370 | 32 | 2.28% |
| Hale | 130 | 2 | 1.52% |
| Hall | 35 | 0 | 0.00% |
| Hamilton | 0 | 0 | 0.00% |
| Hansford | 58 | 0 | 0.00% |
| Hardeman | 0 | 0 | 0.00% |
| Hardin | 363 | 1 | 0.27% |
| Harris | 31306 | 3193 | 9.26% |
| Harrison | 267 | 17 | 5.99% |
| Hartley | 46 | 0 | 0.00% |
| Haskell | 28 | 0 | 0.00% |
| Hays | 2460 | 67 | 2.65% |
| Hemphill | 31 | 0 | 0.00% |
| Henderson | 455 | 28 | 5.80% |
| Hidalgo | 2244 | 91 | 3.90% |
| Hill | 169 | 0 | 0.00% |
| Hockley | 103 | 0 | 0.00% |
| Hood | 384 | 87 | 18.47% |
| Hopkins | 176 | 8 | 4.35% |
| Houston | 175 | 0 | 0.00% |
| Howard | 273 | 4 | 1.44% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 689 | 12 | 1.71% |
| Hutchinson | 129 | 0 | 0.00% |
| Irion | 9 | 0 | 0.00% |
| Jack | 75 | 0 | 0.00% |
| Jackson | 74 | 0 | 0.00% |
| Jasper | 145 | 0 | 0.00% |
| Jeff Davis | 11 | 0 | 0.00% |
| Jefferson | 1477 | 75 | 4.83% |
| Jim Hogg | 90 | 0 | 0.00% |
| Jim Wells | 110 | 33 | 23.08% |
| Johnson | 1093 | 5 | 0.46% |
| Jones | 104 | 0 | 0.00% |
| Karnes | 220 | 4 | 1.79% |
| Kaufman | 355 | 94 | 20.94% |
| Kendall | 636 | 33 | 4.93% |

2022 Constitutional Amendment

STATE115595

| | | |
|---|---|---|
| Kenedy | 1 | 0 | 0.00% |
| Kent | 0 | 0 | 0.00% |
| Kerr | 883 | 49 | 5.26% |
| Kimble | 61 | 0 | 0.00% |
| King | 0 | 0 | 0.00% |
| Kinney | 0 | 0 | 0.00% |
| Kleberg | 207 | 0 | 0.00% |
| Knox | 22 | 0 | 0.00% |
| Lamar | 272 | 10 | 3.55% |
| Lamb | 56 | 0 | 0.00% |
| Lampasas | 226 | 5 | 2.16% |
| Lasalle | 71 | 11 | 13.41% |
| Lavaca | 338 | 0 | 0.00% |
| Lee | 156 | 5 | 3.11% |
| Leon | 170 | 0 | 0.00% |
| Liberty | 305 | 10 | 3.17% |
| Limestone | 165 | 2 | 1.20% |
| Lipscomb | 79 | 0 | 0.00% |
| Live Oak | 45 | 1 | 2.17% |
| Llano | 658 | 54 | 7.58% |
| Loving | 0 | 0 | 0.00% |
| Lubbock | 1585 | 77 | 4.63% |
| Lynn | 2 | 0 | 0.00% |
| Madison | 90 | 4 | 4.26% |
| Marion | 82 | 3 | 3.53% |
| Martin | 12 | 0 | 0.00% |
| Mason | 36 | 0 | 0.00% |
| Matagorda | 168 | 7 | 4.00% |
| Maverick | 108 | 0 | 0.00% |
| Mcculloch | 92 | 0 | 0.00% |
| Mclennan | 1817 | 102 | 5.32% |
| Mcmullen | 6 | 0 | 0.00% |
| Medina | 422 | 23 | 5.17% |
| Menard | 42 | 0 | 0.00% |
| Midland | 634 | 24 | 3.65% |
| Milam | 231 | 0 | 0.00% |
| Mills | 49 | 0 | 0.00% |
| Mitchell | 25 | 0 | 0.00% |
| Montague | 82 | 0 | 0.00% |
| Montgomery | 4492 | 34 | 0.75% |
| Moore | 84 | 0 | 0.00% |
| Morris | 80 | 0 | 0.00% |
| Motley | 20 | 0 | 0.00% |
| Nacogdoches | 594 | 12 | 1.98% |

2022 Constitutional Amendment

STATE115596

| | | | |
|---|---|---|---|
| Navarro | 122 | 22 | 15.28% |
| Newton | 51 | 8 | 13.56% |
| Nolan | 49 | 2 | 3.92% |
| Nueces | 2167 | 2 | 0.09% |
| Ochiltree | 64 | 5 | 7.25% |
| Oldham | 18 | 0 | 0.00% |
| Orange | 566 | 7 | 1.22% |
| Palo Pinto | 358 | 2 | 0.56% |
| Panola | 138 | 0 | 0.00% |
| Parker | 1023 | 41 | 3.85% |
| Parmer | 42 | 0 | 0.00% |
| Pecos | 85 | 0 | 0.00% |
| Polk | 452 | 16 | 3.42% |
| Potter | 902 | 29 | 3.11% |
| Presidio | 13 | 3 | 18.75% |
| Rains | 104 | 1 | 0.95% |
| Randall | 1674 | 54 | 3.13% |
| Reagan | 14 | 0 | 0.00% |
| Real | 0 | 0 | 0.00% |
| Red River | 92 | 0 | 0.00% |
| Reeves | 98 | 1 | 1.01% |
| Refugio | 50 | 3 | 5.66% |
| Roberts | 11 | 0 | 0.00% |
| Robertson | 122 | 2 | 1.61% |
| Rockwall | 576 | 14 | 2.37% |
| Runnels | 42 | 3 | 6.67% |
| Rusk | 339 | 2 | 0.59% |
| Sabine | 75 | 0 | 0.00% |
| San Augustine | 32 | 0 | 0.00% |
| San Jacinto | 208 | 7 | 3.26% |
| San Patricio | 418 | 24 | 5.43% |
| San Saba | 28 | 0 | 0.00% |
| Schleicher | 18 | 2 | 10.00% |
| Scurry | 59 | 1 | 1.67% |
| Shackelford | 55 | 0 | 0.00% |
| Shelby | 104 | 29 | 21.80% |
| Sherman | 21 | 4 | 16.00% |
| Smith | 1259 | 85 | 6.32% |
| Somervell | 32 | 0 | 0.00% |
| Starr | 121 | 40 | 24.84% |
| Stephens | 98 | 0 | 0.00% |
| Sterling | 6 | 0 | 0.00% |
| Stonewall | 11 | 0 | 0.00% |
| Sutton | 17 | 0 | 0.00% |

2022 Constitutional Amendment

STATE115597

| | | | |
|---|---|---|---|
| Swisher | 90 | 0 | 0.00% |
| Tarrant | 9106 | 1583 | 14.81% |
| Taylor | 620 | 3 | 0.48% |
| Terrell | 1 | 1 | 50.00% |
| Terry | 67 | 1 | 1.47% |
| Throckmorton | 12 | 0 | 0.00% |
| Titus | 131 | 0 | 0.00% |
| Tom Green | 885 | 72 | 7.52% |
| Travis | 11158 | 410 | 3.54% |
| Trinity | 55 | 1 | 1.79% |
| Tyler | 222 | 5 | 2.20% |
| Upshur | 233 | 0 | 0.00% |
| Upton | 1 | 2 | 66.67% |
| Uvalde | 169 | 0 | 0.00% |
| Val Verde | 209 | 14 | 6.28% |
| Van Zandt | 187 | 4 | 2.09% |
| Victoria | 1686 | 42 | 2.43% |
| Walker | 354 | 15 | 4.07% |
| Waller | 250 | 2 | 0.79% |
| Ward | 0 | 0 | 0.00% |
| Washington | 253 | 6 | 2.32% |
| Webb | 455 | 13 | 2.78% |
| Wharton | 278 | 0 | 0.00% |
| Wheeler | 40 | 0 | 0.00% |
| Wichita | 579 | 0 | 0.00% |
| Wilbarger | 159 | 0 | 0.00% |
| Willacy | 44 | 0 | 0.00% |
| Williamson | 4280 | 122 | 2.77% |
| Wilson | 485 | 19 | 3.77% |
| Winkler | 0 | 0 | 0.00% |
| Wise | 520 | 13 | 2.44% |
| Wood | 369 | 0 | 0.00% |
| Yoakum | 23 | 0 | 0.00% |
| Young | 0 | 0 | 0.00% |
| Zapata | 20 | 5 | 20.00% |
| Zavala | 111 | 0 | 0.00% |
| **Statewide Totals** | **178054** | **9420** | **5.02%** |

2022 Constitutional Amendment

STATE115598

| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|--------|-------------------------:|-------------------------:|-----------:|
| Anderson | 82 | 0 | 0.00% |
| Andrews | 3 | 0 | 0.00% |
| Angelina | 212 | 18 | 7.83% |
| Aransas | 73 | 0 | 0.00% |
| Archer | 16 | 0 | 0.00% |
| Armstrong | 4 | 0 | 0.00% |
| Atascosa | 163 | 9 | 5.23% |
| Austin | 62 | 0 | 0.00% |
| Bailey | 4 | 0 | 0.00% |
| Bandera | 60 | 0 | 0.00% |
| Bastrop | 453 | 9 | 1.95% |
| Baylor | 4 | 0 | 0.00% |
| Bee | 132 | 2 | 1.49% |
| Bell | 624 | 49 | 7.28% |
| Bexar | 11712 | 80 | 0.68% |
| Blanco | 55 | 0 | 0.00% |
| Borden | 0 | 0 | 0.00% |
| Bosque | 50 | 0 | 0.00% |
| Bowie | 265 | 20 | 7.02% |
| Brazoria | 749 | 12 | 1.58% |
| Brazos | 413 | 7 | 1.67% |
| Brewster | 98 | 0 | 0.00% |
| Briscoe | 0 | 0 | 0.00% |
| Brooks | 60 | 0 | 0.00% |
| Brown | 38 | 0 | 0.00% |
| Burleson | 70 | 0 | 0.00% |
| Burnet | 202 | 7 | 3.35% |
| Caldwell | 134 | 1 | 0.74% |
| Calhoun | 53 | 0 | 0.00% |
| Callahan | 21 | 0 | 0.00% |
| Cameron | 1323 | 21 | 1.56% |
| Camp | 59 | 0 | 0.00% |
| Carson | 5 | 0 | 0.00% |
| Cass | 119 | 0 | 0.00% |
| Castro | 10 | 0 | 0.00% |
| Chambers | 48 | 1 | 2.04% |
| Cherokee | 103 | 9 | 8.04% |
| Childress | 2 | 0 | 0.00% |
| Clay | 17 | 0 | 0.00% |
| Cochran | 5 | 0 | 0.00% |
| Coke | 8 | 2 | 20.00% |
| Coleman | 5 | 0 | 0.00% |

2022 Democratic Primary Runoff

| | | | |
|---|---|---|---|
| Collin | 1969 | 20 | 1.01% |
| Collingsworth | 0 | 0 | 0.00% |
| Colorado | 90 | 0 | 0.00% |
| Comal | 672 | 7 | 1.03% |
| Comanche | 28 | 0 | 0.00% |
| Concho | 0 | 0 | 0.00% |
| Cooke | 59 | 0 | 0.00% |
| Coryell | 113 | 1 | 0.88% |
| Cottle | 4 | 0 | 0.00% |
| Crane | 3 | 0 | 0.00% |
| Crockett | 3 | 1 | 25.00% |
| Crosby | 16 | 0 | 0.00% |
| Culberson | 12 | 0 | 0.00% |
| Dallam | 7 | 0 | 0.00% |
| Dallas | 7274 | 243 | 3.23% |
| Dawson | 13 | 1 | 7.14% |
| Deaf Smith | 19 | 0 | 0.00% |
| Delta | 23 | 0 | 0.00% |
| Denton | 1916 | 36 | 1.84% |
| Dewitt | 15 | 0 | 0.00% |
| Dickens | 4 | 0 | 0.00% |
| Dimmit | 191 | 25 | 11.57% |
| Donley | 1 | 0 | 0.00% |
| Duval | 435 | 69 | 13.69% |
| Eastland | 47 | 0 | 0.00% |
| Ector | 149 | 0 | 0.00% |
| Edwards | 2 | 0 | 0.00% |
| El Paso | 3797 | 264 | 6.50% |
| Ellis | 357 | 4 | 1.11% |
| Erath | 0 | 0 | 0.00% |
| Falls | 53 | 0 | 0.00% |
| Fannin | 94 | 4 | 4.08% |
| Fayette | 119 | 1 | 0.83% |
| Fisher | 29 | 0 | 0.00% |
| Floyd | 9 | 0 | 0.00% |
| Foard | 0 | 0 | 0.00% |
| Fort Bend | 2719 | 139 | 4.86% |
| Franklin | 17 | 0 | 0.00% |
| Freestone | 40 | 1 | 2.44% |
| Frio | 267 | 19 | 6.64% |
| Gaines | 9 | 1 | 10.00% |
| Galveston | 1232 | 29 | 2.30% |
| Garza | 4 | 0 | 0.00% |
| Gillespie | 159 | 6 | 3.64% |

2022 Democratic Primary Runoff

STATE115600

| County | | | |
|---|---:|---:|---:|
| Glasscock | 1 | 0 | 0.00% |
| Goliad | 16 | 0 | 0.00% |
| Gonzales | 42 | 0 | 0.00% |
| Gray | 26 | 0 | 0.00% |
| Grayson | 323 | 7 | 2.12% |
| Gregg | 418 | 9 | 2.11% |
| Grimes | 77 | 3 | 3.75% |
| Guadalupe | 678 | 8 | 1.17% |
| Hale | 23 | 2 | 8.00% |
| Hall | 14 | 0 | 0.00% |
| Hamilton | 0 | 0 | 0.00% |
| Hansford | 1 | 0 | 0.00% |
| Hardeman | 0 | 0 | 0.00% |
| Hardin | 78 | 1 | 1.27% |
| Harris | 17951 | 1125 | 5.90% |
| Harrison | 182 | 19 | 9.45% |
| Hartley | 3 | 0 | 0.00% |
| Haskell | 12 | 0 | 0.00% |
| Hays | 1448 | 33 | 2.23% |
| Hemphill | 4 | 0 | 0.00% |
| Henderson | 221 | 11 | 4.74% |
| Hidalgo | 1902 | 117 | 5.79% |
| Hill | 49 | 0 | 0.00% |
| Hockley | 19 | 0 | 0.00% |
| Hood | 134 | 14 | 9.46% |
| Hopkins | 75 | 2 | 2.60% |
| Houston | 87 | 3 | 3.33% |
| Howard | 60 | 0 | 0.00% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 165 | 2 | 1.20% |
| Hutchinson | 18 | 0 | 0.00% |
| Irion | 0 | 0 | 0.00% |
| Jack | 14 | 0 | 0.00% |
| Jackson | 27 | 0 | 0.00% |
| Jasper | 74 | 1 | 1.33% |
| Jeff Davis | 4 | 0 | 0.00% |
| Jefferson | 1425 | 64 | 4.30% |
| Jim Hogg | 171 | 0 | 0.00% |
| Jim Wells | 117 | 30 | 20.41% |
| Johnson | 279 | 9 | 3.13% |
| Jones | 40 | 0 | 0.00% |
| Karnes | 91 | 0 | 0.00% |
| Kaufman | 170 | 20 | 10.53% |
| Kendall | 156 | 6 | 3.70% |

2022 Democratic Primary Runoff

STATE115601

| | | |
|---|---|---|
| Kenedy | 6 | 0 | 0.00% |
| Kent | 0 | 0 | 0.00% |
| Kerr | 209 | 5 | 2.34% |
| Kimble | 6 | 0 | 0.00% |
| King | 0 | 0 | 0.00% |
| Kinney | 0 | 0 | 0.00% |
| Kleberg | 166 | 0 | 0.00% |
| Knox | 4 | 0 | 0.00% |
| Lamar | 110 | 4 | 3.51% |
| Lamb | 28 | 0 | 0.00% |
| Lampasas | 61 | 0 | 0.00% |
| Lasalle | 145 | 27 | 15.70% |
| Lavaca | 94 | 1 | 1.05% |
| Lee | 43 | 2 | 4.44% |
| Leon | 40 | 0 | 0.00% |
| Liberty | 107 | 3 | 2.73% |
| Limestone | 60 | 1 | 1.64% |
| Lipscomb | 11 | 0 | 0.00% |
| Live Oak | 0 | 0 | 0.00% |
| Llano | 176 | 2 | 1.12% |
| Loving | 0 | 0 | 0.00% |
| Lubbock | 571 | 19 | 3.22% |
| Lynn | 2 | 0 | 0.00% |
| Madison | 20 | 0 | 0.00% |
| Marion | 59 | 1 | 1.67% |
| Martin | 2 | 0 | 0.00% |
| Mason | 7 | 0 | 0.00% |
| Matagorda | 107 | 1 | 0.93% |
| Maverick | 101 | 4 | 3.81% |
| Mcculloch | 23 | 1 | 4.17% |
| Mclennan | 773 | 34 | 4.21% |
| Mcmullen | 1 | 0 | 0.00% |
| Medina | 147 | 14 | 8.70% |
| Menard | 0 | 0 | 0.00% |
| Midland | 150 | 1 | 0.66% |
| Milam | 76 | 0 | 0.00% |
| Mills | 7 | 0 | 0.00% |
| Mitchell | 8 | 1 | 11.11% |
| Montague | 19 | 0 | 0.00% |
| Montgomery | 1306 | 5 | 0.38% |
| Moore | 5 | 0 | 0.00% |
| Morris | 0 | 0 | 0.00% |
| Motley | 1 | 0 | 0.00% |
| Nacogdoches | 230 | 3 | 1.29% |

2022 Democratic Primary Runoff

STATE115602

| | | | |
|---|---|---|---|
| Navarro | 75 | 6 | 7.41% |
| Newton | 7 | 2 | 22.22% |
| Nolan | 26 | 0 | 0.00% |
| Nueces | 1628 | 3 | 0.18% |
| Ochiltree | 1 | 0 | 0.00% |
| Oldham | 0 | 0 | 0.00% |
| Orange | 247 | 0 | 0.00% |
| Palo Pinto | 52 | 0 | 0.00% |
| Panola | 48 | 0 | 0.00% |
| Parker | 301 | 9 | 2.90% |
| Parmer | 8 | 0 | 0.00% |
| Pecos | 46 | 6 | 11.54% |
| Polk | 143 | 1 | 0.69% |
| Potter | 233 | 7 | 2.92% |
| Presidio | 6 | 4 | 40.00% |
| Rains | 20 | 0 | 0.00% |
| Randall | 281 | 6 | 2.09% |
| Reagan | 0 | 0 | 0.00% |
| Real | 0 | 0 | 0.00% |
| Red River | 37 | 0 | 0.00% |
| Reeves | 90 | 0 | 0.00% |
| Refugio | 39 | 0 | 0.00% |
| Roberts | 2 | 0 | 0.00% |
| Robertson | 57 | 0 | 0.00% |
| Rockwall | 162 | 1 | 0.61% |
| Runnels | 14 | 0 | 0.00% |
| Rusk | 126 | 0 | 0.00% |
| Sabine | 23 | 0 | 0.00% |
| San Augustine | 22 | 0 | 0.00% |
| San Jacinto | 77 | 3 | 3.75% |
| San Patricio | 286 | 6 | 2.05% |
| San Saba | 4 | 0 | 0.00% |
| Schleicher | 4 | 0 | 0.00% |
| Scurry | 11 | 0 | 0.00% |
| Shackelford | 0 | 0 | 0.00% |
| Shelby | 31 | 0 | 0.00% |
| Sherman | 1 | 0 | 0.00% |
| Smith | 585 | 30 | 4.88% |
| Somervell | 14 | 0 | 0.00% |
| Starr | 73 | 24 | 24.74% |
| Stephens | 9 | 0 | 0.00% |
| Sterling | 0 | 0 | 0.00% |
| Stonewall | 4 | 0 | 0.00% |
| Sutton | 4 | 0 | 0.00% |

2022 Democratic Primary Runoff

STATE115603

| | | | |
|---|---|---|---|
| Swisher | 22 | 0 | 0.00% |
| Tarrant | 4664 | 409 | 8.06% |
| Taylor | 246 | 1 | 0.40% |
| Terrell | 5 | 0 | 0.00% |
| Terry | 16 | 0 | 0.00% |
| Throckmorton | 0 | 0 | 0.00% |
| Titus | 75 | 0 | 0.00% |
| Tom Green | 318 | 22 | 6.47% |
| Travis | 7849 | 193 | 2.40% |
| Trinity | 20 | 0 | 0.00% |
| Tyler | 19 | 0 | 0.00% |
| Upshur | 99 | 4 | 3.88% |
| Upton | 0 | 1 | 100.00% |
| Uvalde | 156 | 9 | 5.45% |
| Val Verde | 1 | 3 | 75.00% |
| Van Zandt | 69 | 4 | 5.48% |
| Victoria | 478 | 4 | 0.83% |
| Walker | 153 | 8 | 4.97% |
| Waller | 137 | 4 | 2.84% |
| Ward | 0 | 0 | 0.00% |
| Washington | 69 | 0 | 0.00% |
| Webb | 750 | 33 | 4.21% |
| Wharton | 144 | 5 | 3.36% |
| Wheeler | 7 | 0 | 0.00% |
| Wichita | 262 | 1 | 0.38% |
| Wilbarger | 42 | 0 | 0.00% |
| Willacy | 40 | 0 | 0.00% |
| Williamson | 2100 | 42 | 1.96% |
| Wilson | 246 | 4 | 1.60% |
| Winkler | 0 | 0 | 0.00% |
| Wise | 117 | 3 | 2.50% |
| Wood | 93 | 0 | 0.00% |
| Yoakum | 2 | 0 | 0.00% |
| Young | 0 | 0 | 0.00% |
| Zapata | 2 | 0 | 0.00% |
| Zavala | 132 | 1 | 0.75% |
| **Statewide Totals** | **94092** | **3592** | **3.68%** |

2022 Democratic Primary Runoff

| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|---|---|---|---|
| Anderson | 79 | 0 | 0.00% |
| Andrews | 38 | 0 | 0.00% |
| Angelina | 190 | 27 | 12.44% |
| Aransas | 80 | 5 | 5.88% |
| Archer | 34 | 0 | 0.00% |
| Armstrong | 20 | 0 | 0.00% |
| Atascosa | 117 | 0 | 0.00% |
| Austin | 136 | 1 | 0.73% |
| Bailey | 25 | 0 | 0.00% |
| Bandera | 147 | 2 | 1.34% |
| Bastrop | 381 | 8 | 2.06% |
| Baylor | 9 | 0 | 0.00% |
| Bee | 54 | 0 | 0.00% |
| Bell | 1092 | 98 | 8.24% |
| Bexar | 5858 | 50 | 0.85% |
| Blanco | 112 | 11 | 8.94% |
| Borden | 3 | 0 | 0.00% |
| Bosque | 99 | 0 | 0.00% |
| Bowie | 286 | 15 | 4.98% |
| Brazoria | 1307 | 50 | 3.68% |
| Brazos | 713 | 44 | 5.81% |
| Brewster | 35 | 0 | 0.00% |
| Briscoe | 30 | 0 | 0.00% |
| Brooks | 2 | 0 | 0.00% |
| Brown | 391 | 1 | 0.26% |
| Burleson | 129 | 1 | 0.77% |
| Burnet | 626 | 19 | 2.95% |
| Caldwell | 90 | 3 | 3.23% |
| Calhoun | 27 | 0 | 0.00% |
| Callahan | 141 | 5 | 3.42% |
| Cameron | 290 | 7 | 2.36% |
| Camp | 29 | 0 | 0.00% |
| Carson | 33 | 0 | 0.00% |
| Cass | 214 | 1 | 0.47% |
| Castro | 24 | 0 | 0.00% |
| Chambers | 88 | 2 | 2.22% |
| Cherokee | 97 | 10 | 9.35% |
| Childress | 20 | 0 | 0.00% |
| Clay | 45 | 0 | 0.00% |
| Cochran | 33 | 4 | 10.81% |
| Coke | 65 | 1 | 1.52% |
| Coleman | 42 | 0 | 0.00% |

2022 Republican Primary Runoff

STATE115605

| | | | |
|---|---|---|---|
| Collin | 3368 | 49 | 1.43% |
| Collingsworth | 0 | 0 | 0.00% |
| Colorado | 83 | 7 | 7.78% |
| Comal | 1842 | 35 | 1.86% |
| Comanche | 88 | 1 | 1.12% |
| Concho | 1 | 0 | 0.00% |
| Cooke | 170 | 0 | 0.00% |
| Coryell | 270 | 0 | 0.00% |
| Cottle | 11 | 0 | 0.00% |
| Crane | 15 | 0 | 0.00% |
| Crockett | 12 | 0 | 0.00% |
| Crosby | 32 | 0 | 0.00% |
| Culberson | 0 | 0 | 0.00% |
| Dallam | 48 | 0 | 0.00% |
| Dallas | 3247 | 130 | 3.85% |
| Dawson | 76 | 1 | 1.30% |
| Deaf Smith | 102 | 0 | 0.00% |
| Delta | 78 | 0 | 0.00% |
| Denton | 3030 | 74 | 2.38% |
| Dewitt | 69 | 0 | 0.00% |
| Dickens | 32 | 0 | 0.00% |
| Dimmit | 0 | 0 | 0.00% |
| Donley | 10 | 0 | 0.00% |
| Duval | 1 | 0 | 0.00% |
| Eastland | 176 | 0 | 0.00% |
| Ector | 396 | 0 | 0.00% |
| Edwards | 8 | 0 | 0.00% |
| El Paso | 284 | 23 | 7.49% |
| Ellis | 333 | 4 | 1.19% |
| Erath | 2 | 0 | 0.00% |
| Falls | 68 | 0 | 0.00% |
| Fannin | 131 | 13 | 9.03% |
| Fayette | 189 | 1 | 0.53% |
| Fisher | 11 | 0 | 0.00% |
| Floyd | 32 | 1 | 3.03% |
| Foard | 0 | 0 | 0.00% |
| Fort Bend | 1481 | 70 | 4.51% |
| Franklin | 41 | 0 | 0.00% |
| Freestone | 68 | 1 | 1.45% |
| Frio | 8 | 2 | 20.00% |
| Gaines | 53 | 2 | 3.64% |
| Galveston | 1714 | 42 | 2.39% |
| Garza | 42 | 0 | 0.00% |
| Gillespie | 348 | 10 | 2.79% |

2022 Republican Primary Runoff

STATE115606

| | | | |
|---|---|---|---|
| Glasscock | 12 | 0 | 0.00% |
| Goliad | 27 | 0 | 0.00% |
| Gonzales | 80 | 0 | 0.00% |
| Gray | 174 | 0 | 0.00% |
| Grayson | 569 | 10 | 1.73% |
| Gregg | 315 | 6 | 1.87% |
| Grimes | 214 | 9 | 4.04% |
| Guadalupe | 751 | 24 | 3.10% |
| Hale | 106 | 2 | 1.85% |
| Hall | 18 | 0 | 0.00% |
| Hamilton | 0 | 0 | 0.00% |
| Hansford | 57 | 0 | 0.00% |
| Hardeman | 0 | 0 | 0.00% |
| Hardin | 232 | 0 | 0.00% |
| Harris | 13879 | 1169 | 7.77% |
| Harrison | 65 | 4 | 5.80% |
| Hartley | 40 | 0 | 0.00% |
| Haskell | 11 | 0 | 0.00% |
| Hays | 971 | 42 | 4.15% |
| Hemphill | 48 | 2 | 4.00% |
| Henderson | 229 | 17 | 6.91% |
| Hidalgo | 180 | 3 | 1.64% |
| Hill | 106 | 0 | 0.00% |
| Hockley | 77 | 2 | 2.53% |
| Hood | 275 | 46 | 14.33% |
| Hopkins | 88 | 1 | 1.12% |
| Houston | 87 | 3 | 3.33% |
| Howard | 176 | 1 | 0.56% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 497 | 11 | 2.17% |
| Hutchinson | 105 | 0 | 0.00% |
| Irion | 6 | 0 | 0.00% |
| Jack | 51 | 2 | 3.77% |
| Jackson | 43 | 0 | 0.00% |
| Jasper | 48 | 0 | 0.00% |
| Jeff Davis | 14 | 0 | 0.00% |
| Jefferson | 162 | 11 | 6.36% |
| Jim Hogg | 0 | 0 | 0.00% |
| Jim Wells | 9 | 0 | 0.00% |
| Johnson | 796 | 14 | 1.73% |
| Jones | 68 | 0 | 0.00% |
| Karnes | 161 | 3 | 1.83% |
| Kaufman | 156 | 55 | 26.07% |
| Kendall | 599 | 20 | 3.23% |

2022 Republican Primary Runoff

STATE115607

| | | |
|---|---|---|
| Kenedy | 0 | 0 | 0.00% |
| Kent | 0 | 0 | 0.00% |
| Kerr | 679 | 26 | 3.69% |
| Kimble | 64 | 0 | 0.00% |
| King | 0 | 0 | 0.00% |
| Kinney | 0 | 0 | 0.00% |
| Kleberg | 34 | 0 | 0.00% |
| Knox | 12 | 0 | 0.00% |
| Lamar | 157 | 6 | 3.68% |
| Lamb | 38 | 0 | 0.00% |
| Lampasas | 187 | 4 | 2.09% |
| Lasalle | 4 | 0 | 0.00% |
| Lavaca | 237 | 0 | 0.00% |
| Lee | 99 | 1 | 1.00% |
| Leon | 147 | 0 | 0.00% |
| Liberty | 200 | 2 | 0.99% |
| Limestone | 109 | 1 | 0.91% |
| Lipscomb | 60 | 0 | 0.00% |
| Live Oak | 0 | 0 | 0.00% |
| Llano | 473 | 29 | 5.78% |
| Loving | 0 | 0 | 0.00% |
| Lubbock | 938 | 40 | 4.09% |
| Lynn | 4 | 0 | 0.00% |
| Madison | 73 | 0 | 0.00% |
| Marion | 16 | 0 | 0.00% |
| Martin | 11 | 0 | 0.00% |
| Mason | 26 | 0 | 0.00% |
| Matagorda | 52 | 6 | 10.34% |
| Maverick | 3 | 0 | 0.00% |
| Mcculloch | 69 | 0 | 0.00% |
| Mclennan | 1133 | 72 | 5.98% |
| Mcmullen | 6 | 0 | 0.00% |
| Medina | 240 | 12 | 4.76% |
| Menard | 0 | 0 | 0.00% |
| Midland | 523 | 12 | 2.24% |
| Milam | 139 | 0 | 0.00% |
| Mills | 45 | 0 | 0.00% |
| Mitchell | 22 | 0 | 0.00% |
| Montague | 72 | 0 | 0.00% |
| Montgomery | 3035 | 39 | 1.27% |
| Moore | 56 | 0 | 0.00% |
| Morris | 0 | 0 | 0.00% |
| Motley | 19 | 0 | 0.00% |
| Nacogdoches | 389 | 9 | 2.26% |

2022 Republican Primary Runoff

STATE115608

| | | | |
|---|---|---|---|
| Navarro | 69 | 4 | 5.48% |
| Newton | 23 | 4 | 14.81% |
| Nolan | 23 | 0 | 0.00% |
| Nueces | 394 | 2 | 0.51% |
| Ochiltree | 42 | 0 | 0.00% |
| Oldham | 0 | 0 | 0.00% |
| Orange | 254 | 1 | 0.39% |
| Palo Pinto | 307 | 1 | 0.32% |
| Panola | 102 | 0 | 0.00% |
| Parker | 795 | 29 | 3.52% |
| Parmer | 30 | 0 | 0.00% |
| Pecos | 22 | 3 | 12.00% |
| Polk | 268 | 20 | 6.94% |
| Potter | 609 | 22 | 3.49% |
| Presidio | 1 | 0 | 0.00% |
| Rains | 77 | 0 | 0.00% |
| Randall | 1376 | 17 | 1.22% |
| Reagan | 14 | 1 | 6.67% |
| Real | 0 | 0 | 0.00% |
| Red River | 44 | 0 | 0.00% |
| Reeves | 7 | 0 | 0.00% |
| Refugio | 9 | 0 | 0.00% |
| Roberts | 12 | 0 | 0.00% |
| Robertson | 55 | 0 | 0.00% |
| Rockwall | 444 | 6 | 1.33% |
| Runnels | 32 | 1 | 3.03% |
| Rusk | 240 | 2 | 0.83% |
| Sabine | 50 | 0 | 0.00% |
| San Augustine | 14 | 0 | 0.00% |
| San Jacinto | 147 | 1 | 0.68% |
| San Patricio | 117 | 0 | 0.00% |
| San Saba | 18 | 0 | 0.00% |
| Schleicher | 18 | 2 | 10.00% |
| Scurry | 55 | 1 | 1.79% |
| Shackelford | 46 | 0 | 0.00% |
| Shelby | 83 | 0 | 0.00% |
| Sherman | 16 | 3 | 15.79% |
| Smith | 635 | 51 | 7.43% |
| Somervell | 23 | 1 | 4.17% |
| Starr | 4 | 0 | 0.00% |
| Stephens | 93 | 0 | 0.00% |
| Sterling | 0 | 0 | 0.00% |
| Stonewall | 9 | 0 | 0.00% |
| Sutton | 12 | 0 | 0.00% |

2022 Republican Primary Runoff

STATE115609

| | | |
|---|---:|---:|
| Swisher | 54 | 0 | 0.00% |
| Tarrant | 4873 | 689 | 12.39% |
| Taylor | 401 | 2 | 0.50% |
| Terrell | 11 | 0 | 0.00% |
| Terry | 61 | 0 | 0.00% |
| Throckmorton | 12 | 0 | 0.00% |
| Titus | 92 | 0 | 0.00% |
| Tom Green | 566 | 24 | 4.07% |
| Travis | 2164 | 90 | 3.99% |
| Trinity | 23 | 0 | 0.00% |
| Tyler | 184 | 6 | 3.16% |
| Upshur | 142 | 4 | 2.74% |
| Upton | 0 | 1 | 100.00% |
| Uvalde | 23 | 0 | 0.00% |
| Val Verde | 0 | 1 | 100.00% |
| Van Zandt | 92 | 5 | 5.15% |
| Victoria | 1152 | 16 | 1.37% |
| Walker | 222 | 7 | 3.06% |
| Waller | 110 | 0 | 0.00% |
| Ward | 0 | 0 | 0.00% |
| Washington | 168 | 0 | 0.00% |
| Webb | 17 | 0 | 0.00% |
| Wharton | 129 | 0 | 0.00% |
| Wheeler | 40 | 0 | 0.00% |
| Wichita | 201 | 3 | 1.47% |
| Wilbarger | 101 | 0 | 0.00% |
| Willacy | 3 | 0 | 0.00% |
| Williamson | 1807 | 63 | 3.37% |
| Wilson | 251 | 8 | 3.09% |
| Winkler | 1 | 0 | 0.00% |
| Wise | 340 | 14 | 3.95% |
| Wood | 0 | 0 | 0.00% |
| Yoakum | 20 | 0 | 0.00% |
| Young | 0 | 0 | 0.00% |
| Zapata | 1 | 0 | 0.00% |
| Zavala | 0 | 0 | 0.00% |
| **Statewide Totals** | **81924** | **3652** | **4.27%** |

| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|---|---|---|---|
| Anderson | 370 | 0 | 0.00% |
| Andrews | 62 | 0 | 0.00% |
| Angelina | 854 | 35 | 3.94% |
| Aransas | 391 | 11 | 2.74% |
| Archer | 89 | 0 | 0.00% |
| Armstrong | 37 | 1 | 2.63% |
| Atascosa | 464 | 10 | 2.11% |
| Austin | 367 | 4 | 1.08% |
| Bailey | 61 | 1 | 1.61% |
| Bandera | 368 | 8 | 2.13% |
| Bastrop | 1363 | 8 | 0.58% |
| Baylor | 28 | 0 | 0.00% |
| Bee | 386 | 4 | 1.03% |
| Bell | 3593 | 209 | 5.50% |
| Bexar | 30401 | 361 | 1.17% |
| Blanco | 271 | 6 | 2.17% |
| Borden | 15 | 1 | 6.25% |
| Bosque | 250 | 2 | 0.79% |
| Bowie | 1097 | 37 | 3.26% |
| Brazoria | 3802 | 60 | 1.55% |
| Brazos | 2221 | 64 | 2.80% |
| Brewster | 219 | 0 | 0.00% |
| Briscoe | 65 | 0 | 0.00% |
| Brooks | 144 | 2 | 1.37% |
| Brown | 610 | 2 | 0.33% |
| Burleson | 299 | 8 | 2.61% |
| Burnet | 1422 | 32 | 2.20% |
| Caldwell | 450 | 17 | 3.64% |
| Calhoun | 213 | 1 | 0.47% |
| Callahan | 203 | 10 | 4.69% |
| Cameron | 3156 | 43 | 1.34% |
| Camp | 165 | 0 | 0.00% |
| Carson | 58 | 1 | 1.69% |
| Cass | 572 | 0 | 0.00% |
| Castro | 62 | 0 | 0.00% |
| Chambers | 261 | 0 | 0.00% |
| Cherokee | 439 | 20 | 4.36% |
| Childress | 46 | 0 | 0.00% |
| Clay | 100 | 1 | 0.99% |
| Cochran | 55 | 0 | 0.00% |
| Coke | 128 | 1 | 0.78% |
| Coleman | 113 | 2 | 1.74% |
| Collin | 11943 | 112 | 0.93% |
| Collingsworth | 1 | 0 | 0.00% |
| Colorado | 314 | 14 | 4.27% |

2022 General Election

STATE115611

| | | | |
|---|---|---|---|
| Comal | 3763 | 75 | 1.95% |
| Comanche | 190 | 3 | 1.55% |
| Concho | 65 | 3 | 4.41% |
| Cooke | 407 | 0 | 0.00% |
| Coryell | 720 | 0 | 0.00% |
| Cottle | 18 | 0 | 0.00% |
| Crane | 35 | 1 | 2.78% |
| Crockett | 4 | 0 | 0.00% |
| Crosby | 92 | 0 | 0.00% |
| Culberson | 18 | 0 | 0.00% |
| Dallam | 74 | 0 | 0.00% |
| Dallas | 18714 | 336 | 1.76% |
| Dawson | 150 | 1 | 0.66% |
| Deaf Smith | 201 | 0 | 0.00% |
| Delta | 144 | 0 | 0.00% |
| Denton | 10199 | 172 | 1.66% |
| Dewitt | 228 | 3 | 1.30% |
| Dickens | 34 | 0 | 0.00% |
| Dimmit | 203 | 0 | 0.00% |
| Donley | 0 | 1 | 100.00% |
| Duval | 403 | 101 | 20.04% |
| Eastland | 356 | 1 | 0.28% |
| Ector | 873 | 62 | 6.63% |
| Edwards | 23 | 1 | 4.17% |
| El Paso | 4036 | 559 | 12.17% |
| Ellis | 1540 | 69 | 4.29% |
| Erath | 370 | 12 | 3.14% |
| Falls | 181 | 0 | 0.00% |
| Fannin | 532 | 11 | 2.03% |
| Fayette | 470 | 7 | 1.47% |
| Fisher | 68 | 0 | 0.00% |
| Floyd | 65 | 0 | 0.00% |
| Foard | 6 | 0 | 0.00% |
| Fort Bend | 9831 | 524 | 5.06% |
| Franklin | 113 | 0 | 0.00% |
| Freestone | 192 | 1 | 0.52% |
| Frio | 357 | 3 | 0.83% |
| Gaines | 73 | 0 | 0.00% |
| Galveston | 5270 | 98 | 1.83% |
| Garza | 48 | 0 | 0.00% |
| Gillespie | 802 | 8 | 0.99% |
| Glasscock | 23 | 0 | 0.00% |
| Goliad | 95 | 6 | 5.94% |
| Gonzales | 262 | 1 | 0.38% |
| Gray | 353 | 1 | 0.28% |
| Grayson | 1821 | 32 | 1.73% |
| Gregg | 1519 | 19 | 1.24% |

2022 General Election

STATE115612

| | | | |
|----------|-------|------|--------|
| Grimes | 517 | 32 | 5.83% |
| Guadalupe | 2502 | 80 | 3.10% |
| Hale | 210 | 0 | 0.00% |
| Hall | 0 | 0 | 0.00% |
| Hamilton | 98 | 3 | 2.97% |
| Hansford | 21 | 0 | 0.00% |
| Hardeman | 8 | 0 | 0.00% |
| Hardin | 580 | 8 | 1.36% |
| Harris | 59708 | 2791 | 4.47% |
| Harrison | 539 | 27 | 4.77% |
| Hartley | 71 | 1 | 1.39% |
| Haskell | 62 | 0 | 0.00% |
| Hays | 4527 | 196 | 4.15% |
| Hemphill | 70 | 0 | 0.00% |
| Henderson | 1016 | 17 | 1.65% |
| Hidalgo | 4920 | 98 | 1.95% |
| Hill | 331 | 0 | 0.00% |
| Hockley | 178 | 0 | 0.00% |
| Hood | 1098 | 92 | 7.73% |
| Hopkins | 285 | 5 | 1.72% |
| Houston | 311 | 0 | 0.00% |
| Howard | 350 | 12 | 3.31% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 1164 | 28 | 2.35% |
| Hutchinson | 211 | 1 | 0.47% |
| Irion | 16 | 0 | 0.00% |
| Jack | 127 | 0 | 0.00% |
| Jackson | 143 | 12 | 7.74% |
| Jasper | 309 | 1 | 0.32% |
| Jeff Davis | 32 | 1 | 3.03% |
| Jefferson | 2841 | 158 | 5.27% |
| Jim Hogg | 249 | 0 | 0.00% |
| Jim Wells | 436 | 83 | 15.99% |
| Johnson | 1920 | 0 | 0.00% |
| Jones | 223 | 0 | 0.00% |
| Karnes | 320 | 10 | 3.03% |
| Kaufman | 811 | 33 | 3.91% |
| Kendall | 1201 | 32 | 2.60% |
| Kenedy | 8 | 0 | 0.00% |
| Kent | 4 | 0 | 0.00% |
| Kerr | 1436 | 10 | 0.69% |
| Kimble | 97 | 1 | 1.02% |
| King | 3 | 0 | 0.00% |
| Kinney | 0 | 0 | 0.00% |
| Kleberg | 405 | 2 | 0.49% |
| Knox | 36 | 0 | 0.00% |
| Lamar | 554 | 8 | 1.42% |

2022 General Election

STATE115613

| | | | |
|---|---|---|---|
| Lamb | 160 | 0 | 0.00% |
| Lampasas | 382 | 13 | 3.29% |
| Lasalle | 162 | 2 | 1.22% |
| Lavaca | 507 | 0 | 0.00% |
| Lee | 245 | 11 | 4.30% |
| Leon | 294 | 1 | 0.34% |
| Liberty | 510 | 10 | 1.92% |
| Limestone | 300 | 1 | 0.33% |
| Lipscomb | 100 | 2 | 1.96% |
| Live Oak | 129 | 4 | 3.01% |
| Llano | 191 | 10 | 4.98% |
| Loving | 0 | 0 | 0.00% |
| Lubbock | 2656 | 78 | 2.85% |
| Lynn | 1 | 0 | 0.00% |
| Madison | 152 | 3 | 1.94% |
| Marion | 165 | 14 | 7.82% |
| Martin | 29 | 0 | 0.00% |
| Mason | 73 | 0 | 0.00% |
| Matagorda | 346 | 14 | 3.89% |
| Maverick | 222 | 14 | 5.93% |
| Mcculloch | 0 | 0 | 0.00% |
| Mclennan | 3760 | 121 | 3.12% |
| Mcmullen | 12 | 1 | 7.69% |
| Medina | 696 | 28 | 3.87% |
| Menard | 56 | 0 | 0.00% |
| Midland | 407 | 20 | 4.68% |
| Milam | 372 | 2 | 0.53% |
| Mills | 74 | 7 | 8.64% |
| Mitchell | 51 | 0 | 0.00% |
| Montague | 200 | 2 | 0.99% |
| Montgomery | 8943 | 43 | 0.48% |
| Moore | 126 | 0 | 0.00% |
| Morris | 132 | 10 | 7.04% |
| Motley | 34 | 0 | 0.00% |
| Nacogdoches | 968 | 9 | 0.92% |
| Navarro | 314 | 19 | 5.71% |
| Newton | 100 | 9 | 8.26% |
| Nolan | 119 | 0 | 0.00% |
| Nueces | 6784 | 2 | 0.03% |
| Ochiltree | 99 | 0 | 0.00% |
| Oldham | 35 | 1 | 2.78% |
| Orange | 910 | 18 | 1.94% |
| Palo Pinto | 487 | 11 | 2.21% |
| Panola | 247 | 1 | 0.40% |
| Parker | 1837 | 22 | 1.18% |
| Parmer | 58 | 0 | 0.00% |
| Pecos | 159 | 5 | 3.05% |

2022 General Election

STATE115614

| | | | |
|---|---|---|---|
| Polk | 2643 | 45 | 1.67% |
| Potter | 1356 | 54 | 3.83% |
| Presidio | 69 | 4 | 5.48% |
| Rains | 174 | 0 | 0.00% |
| Randall | 2559 | 33 | 1.27% |
| Reagan | 16 | 0 | 0.00% |
| Real | 54 | 0 | 0.00% |
| Red River | 157 | 0 | 0.00% |
| Reeves | 146 | 1 | 0.68% |
| Refugio | 95 | 0 | 0.00% |
| Roberts | 24 | 0 | 0.00% |
| Robertson | 207 | 6 | 2.82% |
| Rockwall | 1186 | 19 | 1.58% |
| Runnels | 120 | 0 | 0.00% |
| Rusk | 634 | 3 | 0.47% |
| Sabine | 165 | 1 | 0.60% |
| San Augustine | 87 | 1 | 1.14% |
| San Jacinto | 421 | 1 | 0.24% |
| San Patricio | 842 | 10 | 1.17% |
| San Saba | 50 | 0 | 0.00% |
| Schleicher | 69 | 0 | 0.00% |
| Scurry | 125 | 4 | 3.10% |
| Shackelford | 92 | 0 | 0.00% |
| Shelby | 252 | 14 | 5.26% |
| Sherman | 25 | 0 | 0.00% |
| Smith | 2637 | 72 | 2.66% |
| Somervell | 69 | 1 | 1.43% |
| Starr | 449 | 157 | 25.91% |
| Stephens | 133 | 2 | 1.48% |
| Sterling | 7 | 0 | 0.00% |
| Stonewall | 34 | 0 | 0.00% |
| Sutton | 33 | 0 | 0.00% |
| Swisher | 124 | 1 | 0.80% |
| Tarrant | 21751 | 558 | 2.50% |
| Taylor | 1333 | 35 | 2.56% |
| Terrell | 0 | 0 | 0.00% |
| Terry | 108 | 1 | 0.92% |
| Throckmorton | 24 | 1 | 4.00% |
| Titus | 243 | 6 | 2.41% |
| Tom Green | 1653 | 62 | 3.62% |
| Travis | 19993 | 473 | 2.31% |
| Trinity | 128 | 0 | 0.00% |
| Tyler | 319 | 4 | 1.24% |
| Upshur | 450 | 5 | 1.10% |
| Upton | 27 | 0 | 0.00% |
| Uvalde | 395 | 20 | 4.82% |
| Val Verde | 0 | 0 | 0.00% |

2022 General Election

STATE115615

| | | | |
|---|---:|---:|---:|
| Van Zandt | 448 | 16 | 3.45% |
| Victoria | 2355 | 11 | 0.46% |
| Walker | 682 | 4 | 0.58% |
| Waller | 485 | 1 | 0.21% |
| Ward | 121 | 0 | 0.00% |
| Washington | 488 | 5 | 1.01% |
| Webb | 1064 | 23 | 2.12% |
| Wharton | 501 | 3 | 0.60% |
| Wheeler | 77 | 0 | 0.00% |
| Wichita | 1232 | 10 | 0.81% |
| Wilbarger | 229 | 0 | 0.00% |
| Willacy | 127 | 12 | 8.63% |
| Williamson | 8273 | 184 | 2.18% |
| Wilson | 840 | 9 | 1.06% |
| Winkler | 42 | 0 | 0.00% |
| Wise | 847 | 20 | 2.31% |
| Wood | 757 | 0 | 0.00% |
| Yoakum | 35 | 5 | 12.50% |
| Young | 0 | 0 | 0.00% |
| Zapata | 81 | 0 | 0.00% |
| Zavala | 166 | 2 | 1.19% |
| **Statewide Totals** | **336349** | **9348** | **2.70%** |

2022 General Election

STATE115616

```
*********************************************************

                  TRANSCRIPTION OF

        Senate Committee on State Affairs

                     (PART II)

                 August 9, 2021

               2:15 p.m., E1.004

                 In Re: SB1

*********************************************************
```

TRANSCRIPTION DATE: March 3, 2023

STATE155409

94

1 think that's because you have seen a significant
2 expansion of voting by mail without the safeguards.  For
3 example, when you go to vote in person, the requirement
4 for an identification, or you have to sign that
5 reasonable declaration form and, essentially, vote
6 provisionally.
7          Bringing mail-in ballots up to that same
8 standard is very important, especially, as people use it
9 more and more and as Texas appears to be reluctant to
10 put in any reasonable brake on people just cavalierly
11 checking the disability box so they could vote from
12 home.  I know in previous iterations of this legislation
13 there was, for example, an affirmation that if you check
14 that box you were affirming under penalty of law that
15 you were, in fact, not able to get to the polls without
16 endangering your health or putting yourself in danger.
17 And that's been removed, I understand, in this current
18 iteration.  But because of that, you're likely to see,
19 Senator, continued increasing use of mail-in ballots and
20 without that safeguard of an ID, I think that's just a
21 huge loophole that we're leaving open.
22          SENATOR BETTENCOURT:  Right.
23          And I think Chairman Hughes has expressed
24 this multiple times in layouts of this bill.  But in one
25 of his counties, Greg County, there's multiple

95

1 indictments, okay, on what is voter harvesting.  There
2 apparently is multiple indictments of voter harvesting
3 in Bear County and, somehow, is SB 1's cracking down on
4 voter harvesting voter suppression?
5          MR. DEVORE:  Well, I certainly wouldn't
6 look at it that way.  Again, we've heard some
7 declarations that there is no voter fraud in Texas.  I
8 know I've said in the past before this body that you
9 don't find what you don't look for.
10          I was able to do some comparative analysis
11 prior to this hearing just to try to size things for the
12 members to provide a bit of a better analogy.  If you
13 look at the IRS and tax fraud, there's about 10,000 IRS
14 auditors nationwide.  Proportionally, there'd be about
15 900 in the State of Texas.  There were about 2500
16 convictions for tax fraud, that's individual and
17 corporate last year.  About 225 would be in Texas.  That
18 compares to roughly 47 current cases for voter fraud, or
19 election fraud here in Texas.  And what I find
20 interesting, Senator, is that, currently, your Attorney
21 General team that looks into election fraud is composed
22 of 11 individuals.  You have two prosecutors and nine
23 investigators.  So you have 11 people looking for voter
24 fraud in a state of 30 million people, versus 225 IRS
25 auditors looking tax fraud in the State of Texas.

96

1          And if you look at the production rate, it
2 takes about four auditors to get one conviction on tax
3 fraud.  If you look at our Attorney General's team, it
4 takes about one member of that team to generate four
5 convictions on election fraud.  So they're about 16
6 times more productive per individual.  And so, again, if
7 you want to -- if you want to look -- and if you
8 believe, you know, improperly or illegally evading your
9 federal income taxes, if you think that's a bad thing,
10 and you want to apply more resources to ensure that
11 people and corporations pay their proper taxes, that's
12 great.  But similarly we ought to consider our elections
13 to be certainly as important as our tax revenue, and
14 perhaps apply some additional resources in that area as
15 well.
16          SENATOR BETTENCOURT:  Thank you for your
17 testimony.
18          CHAIRMAN HUGHES:  Senators, any other
19 questions for the witness?
20          Thanks for being here.
21          MR. DEVORE:  Thank you.
22          CHAIRMAN HUGHES:  Members, we have as a
23 resource from the Attorney General's office, Jonathan
24 White.  We're going to call him at this time, and he
25 testified in the first special session and has handled

97

1 these cases.  And we're going to get -- have him
2 available to answer some questions while he's here.
3          Welcome back.  Introduce yourself.  Tell us
4 who you represent, and we'll maybe have some questions
5 for you.
6          MR. WHITE:  Good afternoon.  I'm Jonathan
7 White with the Attorney General's Office.  I'm the Chief
8 of Election Integrity.
9          CHAIRMAN HUGHES:  As Chief of Election
10 Integrity, what do you do?
11          MR. WHITE:  Well, we -- we're kind of the
12 receiving point for complaints involving criminal
13 violations of the election code and the election laws of
14 the State of Texas.  Our investigators will review those
15 complaints.  They will go out in the field after
16 gathering election documents and analyzing them and do
17 -- do interviews and determine whether an offense was
18 committed.  And then we will evaluate those for
19 potential prosecution.
20          CHAIRMAN HUGHES:  How many investigators do
21 you have?
22          MR. WHITE:  I believe we have nine.
23          CHAIRMAN HUGHES:  And how many lawyers do
24 you have?
25          MR. WHITE:  I currently have two lawyers

STATE155433

98

1  working for me.
2         CHAIRMAN HUGHES:  So total lawyers in the
3  office would be you, plus two?
4         MR. WHITE:  That's correct.
5         CHAIRMAN HUGHES:  Very good.
6         You testified in the first special session,
7  the previous session, about you had categories for the
8  types of cases that you see and you prosecute.  And I
9  think you put them into, I want to say, three buckets
10  and you ranked them for us.  But walk us through that.
11  If you're going to categorize the types of cases that
12  you handle, how would you describe them and how would
13  you rank them in terms of volume?
14         MR. WHITE:  Sure.
15         The three main areas that we see election
16  violations occur in mail ballot fraud, also known as
17  vote harvesting, illegal voting, and then voter
18  assistance fraud.  The largest of those, by far, would
19  be mail ballot fraud, which, depending on what you're
20  looking at, whether it's cases we've resolved in the
21  past or that we have pending, can be somewhere around
22  two-thirds of our cases in the Department of mail ballot
23  fraud.  Perhaps 25 percent percent or so of our cases
24  may involve an illegal vote.  And then maybe another
25  20 percent or 15 percent might involve assistance fraud.

99

1  And there is some overlap in those categories.
2         CHAIRMAN HUGHES:  And so assistance fraud,
3  were you here earlier when I read the testimony from the
4  trial where Ms. Cavazos testified about how she thought
5  someone was helping her, but, in fact, was voting on her
6  behalf and against her will?
7         MR. WHITE:  Yes, Chairman.
8         CHAIRMAN HUGHES:  Are you familiar with
9  that case?
10         MR. WHITE:  I am.
11         CHAIRMAN HUGHES:  And do you handle cases
12  like that, and is that -- give us -- give -- tell me, is
13  that what we're talking about when we think about
14  illegal assistance or --
15         MR. WHITE:  That's correct.
16         And, you know, unlawful assistance can
17  involve anything from assisting a voter who's not
18  eligible for assistance, to suggesting to the voter how
19  they should vote, or worst -- worst case scenario is
20  when the will of the voter is totally overcome by the,
21  quote, unquote, assistant who's usually a professional
22  campaign worker in the cases that we see.  Who have
23  overridden the voter's will to vote and put their own
24  vote on the ballot.
25         CHAIRMAN HUGHES:  And so, in those cases

100

1  and in the cases of ballot harvesting, we're not talking
2  about a voter who is trying to cheat.  We're talking
3  about someone who's trying to get in between the voter
4  and their ballot, in between the voter and her right to
5  cast her own ballot.  Is that fair to say?
6         MR. WHITE:  That's exactly right.  Yes.
7         CHAIRMAN HUGHES:  I think you told us last
8  time about where these cases occurred.  That is in one
9  election.  So, help me with this.  Let's say we have the
10  general election in the fall, then we have the primary
11  election, and then we also have city and school
12  elections and those are all important.  Help us rank
13  among those, and other categories I have forgotten,
14  where you see the most cases.
15         MR. WHITE:  We see the most cases in
16  elections where there's low voter turnout.  And,
17  typically, those happen in cities -- city or municipal
18  elections, special districts.  They also happen in
19  primary elections.  They don't often -- as often happen
20  in general elections, unless in that general election we
21  may have a city or a special election that happens then
22  as well.  So, typically, you know, May elections, March
23  elections to a lesser extent, and November elections.
24         CHAIRMAN HUGHES:  You mention those were --
25  the highest propensity was in those elections with lower

101

1  voter turnout.  This may be axiomatic, but in an
2  election with lower voter turnout, does it take less
3  fraud to affect the outcome of the election?
4         MR. WHITE:  That's right.  It seems there
5  is a calculus in there to -- if the margin of vote is
6  small enough that you can actually go out and impact
7  that and turn the election toward a specific candidate
8  by using vote harvesting, for example.  That would be
9  the type of election that would be targeted.  And it
10  wouldn't make economic sense to do that in, say, a
11  November general in an even year.
12         CHAIRMAN HUGHES:  That makes sense.
13         When you say economic sense, we're talking
14  about these political or other interests who are trying
15  to cheat, trying to influence an election their way
16  using money, using illegal means.  Is that the idea?
17         MR. WHITE:  That's correct.
18         CHAIRMAN HUGHES:  I see what you're saying.
19  Why would you waste your money if you can't make a
20  difference?  But you want to influence the election in
21  that way.
22         Do you know of cases where the outcome of
23  an election has been affected by this type of fraud?
24         MR. WHITE:  Yes, sir.
25         CHAIRMAN HUGHES:  Cases in Texas?

STATE155434

102

1    MR. WHITE: Yes, sir.
2    CHAIRMAN HUGHES: Have you personally been
3  involved in cases, investigated cases, where the outcome
4  of the election was affected by voter fraud? And when I
5  say voter fraud, I'm talking about ballot harvesting,
6  illegal assistance, and illegal voting.
7    MR. WHITE: Correct. I can think of at
8  least one we have pending in court right now.
9    CHAIRMAN HUGHES: In addition to that one,
10  are there other cases that have been disposed of where
11  the election outcome was changed -- was affected because
12  of the violations?
13    MR. WHITE: Yes, sir.
14    CHAIRMAN HUGHES: In Texas?
15    MR. WHITE: In Texas.
16    CHAIRMAN HUGHES: Thank you. That's all
17  I've got right now.
18    Members, any questions for the witness?
19    Senator Powell.
20    SENATOR POWELL: Can you tell us how many
21  of those cases? And how --
22    MR. WHITE: Where elections have been
23  overturned?
24    SENATOR POWELL: Yes.
25    MR. WHITE: Or -- or have been affected?

103

1    SENATOR POWELL: Mm-hmm.
2    MR. WHITE: Specifically? I can't. I
3  don't know exactly how many elections have been reversed
4  through election contests, but that's typically where
5  you'll see them actually overturned and that's a civil
6  suit, which my office has nothing to do with. We have
7  no authority. But those -- those would be a matter of
8  public record.
9    And they're -- they're pretty difficult to
10  -- to succeed in an election contest because of the
11  short timeframe a candidate has to get information
12  together and determine what happened. It's ten days
13  after canvas for a primary election or a special
14  district election, and 30 days in a general election
15  from the canvas that you have to actually have
16  everything together, figure out what happened, and file
17  the case. So it's -- it's fairly difficult. But there
18  have been cases where elections have been overturned.
19  Yes.
20    SENATOR POWELL: Are you saying it's a
21  significant number?
22    MR. WHITE: No. I would think it's -- it's
23  probably a fairly small number, Senator.
24    SENATOR POWELL: Thank you, sir.
25    MR. WHITE: Yes, ma'am.

104

1    CHAIRMAN HUGHES: Senators, any other
2  questions?
3    Senator Zaffirini.
4    SENATOR ZAFFIRINI: Thank you, Mr.
5  Chairman.
6    Sir, does this bill in any way impact the
7  definition of residency? You may recall that when
8  President Bush was registered at a hotel in Houston, I
9  believe it was challenged in court, and the decision was
10  that residency is a state of mind. And so that was
11  perfectly fine and that any voter can decide where his
12  or her permanent residency is. Does this impact the
13  definition of residency in any way?
14    MR. WHITE: While I don't recall that being
15  the decision of a court, specifically, I don't believe
16  the definition of residency is impacted significantly by
17  this bill.
18    SENATOR ZAFFIRINI: Would it impact a
19  student, for example, who wanted to register, say a
20  student who lived in San Antonio but came to school in
21  Austin and went to register in Austin? Could that
22  student choose where to register, whether at the
23  parental home in San Antonio or the university home in
24  Austin?
25    MR. WHITE: No, ma'am. I don't think the

105

1  bill impacts that in any way. But students are free
2  under the existing law to determine where it is they
3  intend to return. And if that's their home, or if they
4  don't intend to return there, the address where they're
5  currently living is their residence. And they have the
6  ability to make that determination.
7    SENATOR ZAFFIRINI: Thank you, sir.
8    MR. WHITE: Yes, ma'am.
9    SENATOR ZAFFIRINI: Thank you, Mr.
10  Chairman.
11    CHAIRMAN HUGHES: Senator Bettencourt.
12    SENATOR BETTENCOURT: Thank you for your
13  testimony.
14    The legislature passed Senate Bill 1111,
15  which basically restricts addresses from impossible -- I
16  mean voter registration from impossible addresses, true.
17  And I believe you're aware of that.
18    MR. WHITE: Yes.
19    SENATOR BETTENCOURT: There's a -- is this
20  (inaudible) however, the state's not party to, I
21  believe, at this point questioning that. But with the
22  legislative intent of SB 1111, it's clearly that we're
23  trying to not have residency be a state of mind but --
24  and not have residency-based impossible addresses like a
25  two-inch by three-inch post post office box. True?

STATE155435

106

1      MR. WHITE:  Yes.  That's my understanding.
2      SENATOR BETTENCOURT:  Okay.  Thank you.
3      MR. WHITE:  Yes, sir.
4      CHAIRMAN HUGHES:  Members, any other
5  questions?
6      Thank you, Mr. White.  You're excused.
7      MR. WHITE:  Thank you, Chairman.
8      CHAIRMAN HUGHES:  I'm going to ask the
9  following folks to make your way down front so we can
10  hear from you:  Emily Eby, Susan Carranza, Alex Cogan,
11  Maggie Stern, Tanya Coleman.  Once again, I'm going to
12  ask Emily Eby, Susan Carranza, Alex Cogan, Maggie Stern,
13  and Tanya Coleman to make your way down to the front.
14      MS. EBY:  I'm Emily Eby.
15      CHAIRMAN HUGHES:  I recognize you now.
16  Thank you.  Welcome.
17      MS. EBY:  Lower that a bit.
18      CHAIRMAN HUGHES:  Introduce yourself.  Give
19  us your testimony.
20      MS. EBY:  Hi, I'm Emily Eby.  I'm a staff
21  attorney at the Texas Civil Rights Project, and I'm here
22  representing TCRP and myself in opposition to SB 1.
23      I am here to oppose SB 1 still and again.
24  This may be my only chance to do so, since this body has
25  adopted rules seeming to limit testimony to one hearing

107

1  on an elections bill.  I want to start by correcting
2  some of the record from earlier that poll watchers, they
3  must be given a manual or handbook.  But they do not --
4  they are not required to read it.  They are not required
5  to be tested on it.  They can use it as a doorstop for
6  all the code cares.
7      I want to talk mainly today about
8  drive-through and extended hours voting, which force
9  Texans to choose between their lives and their votes.
10  Over and over again, TCRP and our other organizations
11  have testified that it is racially discriminatory to
12  eliminate drive-through voting and extended hours
13  voting.
14      Voters of color in Harris County, as you've
15  heard, use both methods more than white voters did in
16  2020.  And I have charts attached to my written
17  testimony to that effect.  If the legislature still
18  enacts these provisions after so much proof, the only
19  reasonable explanation is discriminatory intent.  This
20  disparate racial impact is not an unfortunate side
21  effect of SB 1, it is the primary and intended purpose
22  of this legislature.  In other words, you now have too
23  much information on your hands to be racist by accident.
24      I'm happy to defend that word choice,
25  especially, since if this body wanted to convince us

108

1  that there was not racism in it, perhaps Senator
2  Bettencourt should not have used the anti-somatic dog
3  whistle Zuckerbucks to reference the trope of Jewish
4  Americans influencing elections with money.
5      On July 14th, Representative Clardy told
6  NPR that steps like extended hours voting and
7  drive-through were just COVID 19 safety measures.  I've
8  heard this line several times from various legislators.
9  And, if that's true, there's no reason to get rid of
10  them now.  On the contrary, COVID is surging in every
11  Tex -- in nearly every Texas metropolitan county.
12  Drive-through and extended hours options protect Texans
13  from catching COVID-19 while voting.  Safe and healthy
14  access to voting must be a priority in Texas.  These
15  provisions take us in the wrong direction.
16      CHAIRMAN HUGHES:  Members, are there any
17  questions for Ms. Eby?
18      Thanks for your testimony.
19      MS. EBY:  Thank you.
20      CHAIRMAN HUGHES:  And, Ms. Carranza.  Did
21  Ms. -- there she is.  Ms. Carranza, come on up.  You
22  pick.  Either microphone.  Up to you.  Left or right.
23  That's not a loaded choice -- loaded question.
24      And, Ms. Carranza, welcome.  Get situated
25  there and we'll let you get ready.

109

1      Did Alex Cogan -- did Alex Cogan make it?
2  How about Maggie Stern?  Please take a position there,
3  Ms. Stern, so you'll be ready when we hear from Ms.
4  Carranza.
5      Thank you.
6      Ms. Carranza, you go ahead whenever you're
7  ready.  You've got two minutes --
8      MS. CARRANZA:  All right.
9      CHAIRMAN HUGHES:  -- once you get started.
10  We'll let you get set.
11      MS. CARRANZA:  All right.  I'm ready.
12      CHAIRMAN HUGHES:  Go ahead.  Go ahead.
13  Thanks.
14      MS. CARRANZA:  I'm Susana Carranza
15  testifying as a member and on behalf of The League of
16  Women Voters of Texas in opposition to Senate Bill 1.
17      I speak for many members across Texas who
18  are listening and are very concerned about their voting
19  rights.  First of all, I would like to state our strong
20  support of the testimony of Jeff Miller and Chase
21  Bearden, which we heard before recess regarding
22  accommodations for voters with disabilities.  We
23  supplied our written testimony, which was also submitted
24  previously.  Please read it to get our full comments.
25      We oppose multiple sections of this bill,