**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| *v.* | § | Case No. 5:21-cv-844-XR |
| | § | |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF IN RESPONSE TO OCA-GH PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pending before the Court is State Defendants' Unopposed Motion for Enlargement of Time to File Brief in Response to OCA-Greater Houston Plaintiffs' Motion for Summary Judgment. ECF 646. Upon review of this request, the motion is GRANTED.

SIGNED this _____ day of _____, 2023.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE