**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>　　*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>　　*Defendants.* | §<br>§<br>§<br>§　Case No. 5:21-cv-844-XR<br>§<br>§<br>§ |

## [PROPOSED] ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF IN RESPONSE TO PLAINTIFF UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pending before the Court is State Defendants' Unopposed Motion for Enlargement of Time to File Brief in Response to Plaintiff United States' Motion for Summary Judgment. ECF 645. Upon review of this request, the motion is GRANTED.

SIGNED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE