IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs* | § § | SA-21-CV-00844-XR |
| -vs- | § § § | |
| GREGORY W. ABBOTT, *et al.*, *Defendants* | § § § | |

## ORDER

On this date, the Court considered the LUPE Plaintiffs' motion to compel. ECF No. 630. Plaintiffs ask the Court to compel the production of documents from Defendants Jane Nelson and John Scott, in their capacities as Texas Secretary of State and Acting Attorney General of the State of Texas, respectively. *Id.*

The motion is **RE-SET** for an in-person hearing on **Tuesday, July 11, 2023**, **at 1:30 p.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance.

It is so **ORDERED**.

**SIGNED** this 26th day of June, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE