| | |
|---|---|
| **From:** | Zachary Berg |
| **To:** | jmgore@jonesday.com; cetroberts@jonesday.com; lcapozzi@jonesday.com; scrosland@jonesday.com; skenny@jonesday.com; jean.gill@bexar.org; lisa.cubriel@bexar.org; lroberson@bexar.org; maryann.ortegon@bexar.org; noelle.butler@bexar.org; barbara.nicholas@dallascounty.org; ben.stool@dallascounty.org; cecily.fazzino@dallascounty.org; jason.schuette@dallascounty.org; kim.barr@dallascounty.org; clebel@cooley.com; ghabell@cooley.com; jpalaganas@cooley.com; khartnett@cooley.com; kspector@cooley.com; mejiab@cooley.com; nfelsen@cooley.com; oarmon@cooley.com; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; attorney@rodriguezfirm.com; eric.nichols@butlersnow.com; mckenna.tansey@butlersnow.com; victoria.giese@butlersnow.com; jacqueline.bauerband@harriscountytx.gov; jonathan.fombonne@harriscountytx.gov; tiffany.bingham@harriscountytx.gov; josephine.ramirez@da.co.hidalgo.tx.us; leigh.tognetti@da.co.hidalgo.tx.us; jacqueline.villarreal@da.co.hidalgo.tx.us; michaelj.garza@da.co.hidalgo.tx.us; gabe.hodge@traviscountytx.gov; leslie.dippel@traviscountytx.gov; patrick.pope@traviscountytx.gov; tony.nelson@traviscountytx.gov; daniel.freeman@usdoj.gov; dana.paikowsky@usdoj.gov; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; richard.dellheim@usdoj.gov; tiffani.soo-tim@usdoj.gov; lauren.putnam@usdoj.gov; berryp@brennan.law.nyu.edu; monzona@brennan.law.nyu.edu; morales-doyles@brennan.law.nyu.edu; sandersr@brennan.law.nyu.edu; singhj@brennan.law.nyu.edu; sweren-beckere@brennan.law.nyu.edu; tulinl@brennan.law.nyu.edu; jason.kanterman@friedfrank.com; kevin.zhen@friedfrank.com; michael.keats@friedfrank.com; rebecca.martin@friedfrank.com; fmenendez@maldef.org; jlongoria@maldef.org; nperales@maldef.org; liz.ryan@weil.com; megan.cloud@weil.com; asavomatthews@elias.law; cdodge@elias.law; dlorenzo@elias.law; erodriguezarmenta@elias.law; mjones@elias.law; mmcqueen@elias.law; mogara@elias.law; nbaron@elias.law; oalerasool@elias.law; unkwonta@elias.law; jvattamala@aaldef.org; pstegemoeller@aaldef.org; rpatel@aaldef.org; slorenzo-giguere@aaldef.org; acepedaderieux@aclu.org; asavitzky@aclu.org; dcampbell-harris@aclu.org; smizner@aclu.org; aharris@aclutx.org; esaldivar@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; lromano@drtx.org; lsnead@drtx.org; mmcnair@drtx.org; phofer@drtx.org; abernstein@jenner.com; apeterson@jenner.com; atrepp@jenner.com; gwashington@jenner.com; jamunson@jenner.com; chris@texascivilrightsproject.org; hani@texascivilrightsproject.org; schen@texascivilrightsproject.org; veronikah@texascivilrightsproject.org; zachary@texascivilrightsproject.org; bradley.prowant@stoel.com; elijah.watkins@stoel.com; jackie.franolich@stoel.com; laura.rosenbaum@stoel.com; mark.bieter@stoel.com; wendy.olson@stoel.com; bwilliams@naacpldf.org; jholmes@naacpldf.org; ksadasivan@naacpldf.org; usheikh@naacpldf.org; vgenecin@naacpldf.org; dlopez@reedsmith.com; kbroughton@reedsmith.com; kpippin@reedsmith.com; sarah.stewart@reedsmith.com; rusciano@thearc.org; wakschlag@thearc.org; dlang@gravitystack.com; jtolbert@gravitystack.com |
| **Cc:** | Christopher Hilton; Ryan Kercher; Jameson Joyce; Kathleen Hunker; Will Wassdorf; Amy Hilton; David Bryant; Zachary Berg; Jameson Joyce; Ethan Szumanski; Sharon Murray; SB12021 |
| **Subject:** | LUPE v. Texas, No. 5:21-cv-844-XR – State Defendants" 6/16/23 Supplemental Privilege Log |
| **Date:** | Friday, June 16, 2023 9:48:14 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Counsel,

During a 6/12/23 meet and confer regarding privilege logs produced in response to their 2nd RFP, LUPE Plaintiffs requested that State Defendants supplement those logs to provide additional detail. Please use the following link to download defendants' 6/16/23 supplemental privilege log, which lists the documents raised by the LUPE Plaintiffs, as well as those documents' privileged family members:

> https://txoag.box.com/s/pyi7yi0pgn8l6f6z894p439sispk3ds8

During preparation of the 6/16/23 supplemental privilege log, State Defendants unprivileged four documents, previously privileged for investigative privilege and/or attorney-client privilege. These documents will be produced with State Defendants' next rolling production.

If accessing Box for the first time:

1. Click the link above
2. At the next screen, choose "Not a part of Texas Office of the Attorney General"



3. If you already have a Box account, enter your email address and click next. If you do not have a Box account, click the "Reset Password" link and continue to Step 4.



4. Enter your email address and click the "Reset Password" button. The Box system will send an email with further instructions to create your account. The account is free. Please follow the Box instructions to setup your account and then click the link above again.



If you encounter any difficulty downloading the production from our Box system, you may contact Adrian Skinner at the following address:

    Adrian Skinner, CEDS
    eDiscovery Project Manager
    Office of the Attorney General - Texas

adrian.skinner@oag.texas.gov

Thank you.

*Zachary W. Berg*
Special Counsel
Office of the Texas Attorney General
209 W 14th Street, 7th Floor
Austin, Texas 78701
512.936.1808