| | |
|---|---|
| **From:** | Accellion Admin |
| **To:** | daniel.freeman@usdoj.gov; nperales@maldef.org; jamunson@jenner.com; jvattamala@aaldef.org; ben.stool@dallascounty.org; johnhardin@perkinscoie.com; hani@texascivilrightsproject.org; chris@texascivilrightsproject.org; zachary@texascivilrightsproject.org; lsnead@drtx.org; leslie.dippel@traviscountytx.gov; sherine.thomas@traviscountytx.gov; jonathan.fombonne@cao.hctx.net; umittal@jenner.com; slorenzo-giguere@aaldef.org; jlongoria@maldef.org; abadat@naacpldf.org; jholmes@naacpldf.org; tbuser-clancy@aclutx.org; acepedaderieux@aclu.org; kspector@cooley.com; ksadasivan@naacpldf.org; liz.ryan@weil.com; michael.keats@friedfrank.com; ghabell@cooley.com; leigh.tognetti@da.co.hidalgo.tx.us; sosaki@aclu.org; gyeomans@naacpldf.org; wakschlag@thearc.org; kbroughton@reedsmith.com; sweren-beckere@brennan.law.nyu.edu; kdulaney@reedsmith.com; sameer.birring@cao.hctx.net; oarmon@cooley.com; wendy.olson@stoel.com; skumar@aclutx.org; khartnett@cooley.com; elijah.watkins@stoel.com; mejiab@cooley.com; rebecca.martin@friedfrank.com; ssong@cooley.com; unkwonta@elias.law; christine@statesuniteddemocracy.org; barbara.nicholas@dallascounty.org; ranjana@statesuniteddemocracy.org; gwhite@elias.law; kim.barr@dallascounty.org; singhj@brennan.law.nyu.edu; morales-doyles@brennan.law.nyu.edu; ldavis@drtx.org; laura.rosenbaum@stoel.com; chostetler@freespeechforpeople.org; patrick.pope@traviscountytx.gov; michael.stewart3@usdoj.gov; dana.paikowsky@usdoj.gov; jennifer.yun@usdoj.gov; jason.schuette@dallascounty.org; mmcqueen@elias.law; mjones@elias.law; nbaron@elias.law; lauren.putnam@usdoj.gov; tiffani.soo-tim@usdoj.gov; berryp@brennan.law.nyu.edu; breanna.williams@friedfrank.com; lromano@drtx.org; megan.cloud@weil.com; richard.dellheim@usdoj.gov; lisa.cubriel@bexar.org; jacqueline.bauerband@cao.hctx.net; maryann.ortegon@bexar.org; jackie.franolich@stoel.com; mark.bieter@stoel.com; bradley.prowant@stoel.com; pstegemoeller@aaldef.org; josephine.ramirez@da.co.hidalgo.tx.us; mmcnair@drtx.org; atrepp@jenner.com; tiffany.bingham@cao.hctx.net; dahlrich@reedsmith.com; sarah.stewart@reedsmith.com; aharris@aclutx.org; schen@texascivilrightsproject.org; jtolbert@reedsmith.com; kevin.zhen@friedfrank.com; jason.kanterman@friedfrank.com; gspencer@naacpldf.org; christina.beeler@cao.hctx.net; gabe.hodge@traviscountytx.gov; nmatteo@cooley.com; clebel@cooley.com; marina@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; meera.aiyer@traviscountytx.gov; tony.nelson@traviscountytx.gov; wilderw@brennan.law.nyu.edu; dlouk@cooley.com; asavitzky@aclu.org; dlang@reedsmith.com; victoria.filoso@butlersnow.com; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; skenny@jonesday.com; scrosland@jonesday.com; cetroberts@jonesday.com; jmgore@jonesday.com; cdodge@elias.law; erodriguezarmenta@elias.law; kpippin@reedsmith.com; vgenecin@naacpldf.org; csisco@naacpldf.org; michaelj.garza@da.co.hidalgo.tx.us; scai@jenner.com; noelle.butler@bexar.org; attorney@rodriguezfirm.com; lroberson@bexar.org; jacqueline.villarreal@da.co.hidalgo.tx.us; jean.gill@bexar.org; smizner@aclu.org |
| **Cc:** | Elizabeth Saunders; Jessica Yvarra; Patrick Sweeten; Kathleen Hunker; Will Thompson; Will Wassdorf; Gabriel Galindo; Jack DiSorbo; Zachary Berg; Ari Herbert; Aaron Barnes |
| **Subject:** | LUPE, et al. v. Texas, et al., No. 5:21-cv-844-XR (Lead Case); United States v. Texas, et al., No. 5:21-cv-1085 (Consolidated Case) |
| **Date:** | Thursday, July 14, 2022 4:57:12 PM |

## Adrian Skinner sent you a secure message

**Access message**

Counsel,

Please use the link provided within this email to download defendants' production of documents bearing Bates numbers STATE109995 - STATE110975. These documents are being produced in

response to Private Plaintiffs' Request for Production, although some portion of the documents are likely to be responsive to the United States Second Requests for Production as well.

Also included are six "PRIV RELEASE" documents that are now being produced in their complete, unredacted form. These documents are being produced after additional review was conducted pursuant to the production of our most recent privilege log on July 12.

Documents produced as "Confidential" may contain personally identifiable information. These documents are being produced pursuant to the terms of the Stipulated Confidentiality and Protective Order (ECF 237) in the above-captioned case.

If accessing Kiteworks SecureSpace for the first time, please enter your email address, click next, and then click the "Forgot Password?" link to receive an initial password to access the system.

If you encounter any difficulty downloading the production from our system, please let us know.

Thank you.



Attachments expire on Aug 13, 2022

**4 compressed files**
STATE PROD_20220714.zip, STATE PROD_20220322 PRIV RELEASE 20220714.zip, STATE PROD_20220329 PRIV RELEASE 20220714.zip, STATE PROD_20220401 PRIV RELEASE 20220714.zip

This message requires that you sign in to access the message and any file attachments.