| | |
|---|---|
| **From:** | Accellion Admin |
| **To:** | daniel.freeman@usdoj.gov; nperales@maldef.org; jamunson@jenner.com; jvattamala@aaldef.org; ben.stool@dallascounty.org; johnhardin@perkinscoie.com; hani@texascivilrightsproject.org; chris@texascivilrightsproject.org; zachary@texascivilrightsproject.org; lsnead@drtx.org; leslie.dippel@traviscountytx.gov; sherine.thomas@traviscountytx.gov; jonathan.fombonne@cao.hctx.net; umittal@jenner.com; slorenzo-giguere@aaldef.org; jlongoria@maldef.org; abadat@naacpldf.org; jholmes@naacpldf.org; tbuser-clancy@aclutx.org; acepedaderieux@aclu.org; kspector@cooley.com; ksadasivan@naacpldf.org; liz.ryan@weil.com; michael.keats@friedfrank.com; ghabell@cooley.com; leigh.tognetti@da.co.hidalgo.tx.us; sosaki@aclu.org; gyeomans@naacpldf.org; wakschlag@thearc.org; kbroughton@reedsmith.com; sweren-beckere@brennan.law.nyu.edu; kdulaney@reedsmith.com; sameer.birring@cao.hctx.net; oarmon@cooley.com; wendy.olson@stoel.com; skumar@aclutx.org; khartnett@cooley.com; elijah.watkins@stoel.com; mejiab@cooley.com; rebecca.martin@friedfrank.com; ssong@cooley.com; unkwonta@elias.law; christine@statesuniteddemocracy.org; barbara.nicholas@dallascounty.org; ranjana@statesuniteddemocracy.org; gwhite@elias.law; kim.barr@dallascounty.org; singhj@brennan.law.nyu.edu; morales-doyles@brennan.law.nyu.edu; laura.rosenbaum@stoel.com; chostetler@freespeechforpeople.org; patrick.pope@traviscountytx.gov; michael.stewart3@usdoj.gov; dana.paikowsky@usdoj.gov; jennifer.yun@usdoj.gov; jason.schuette@dallascounty.org; mmcqueen@elias.law; mjones@elias.law; nbaron@elias.law; lauren.putnam@usdoj.gov; tiffani.soo-tim@usdoj.gov; berryp@brennan.law.nyu.edu; breanna.williams@friedfrank.com; lromano@drtx.org; megan.cloud@weil.com; richard.dellheim@usdoj.gov; lisa.cubriel@bexar.org; jacqueline.bauerband@cao.hctx.net; maryann.ortegon@bexar.org; jackie.franolich@stoel.com; mark.bieter@stoel.com; bradley.prowant@stoel.com; pstegemoeller@aaldef.org; josephine.ramirez@da.co.hidalgo.tx.us; mmcnair@drtx.org; atrepp@jenner.com; tiffany.bingham@cao.hctx.net; dahlrich@reedsmith.com; sarah.stewart@reedsmith.com; aharris@aclutx.org; schen@texascivilrightsproject.org; jtolbert@reedsmith.com; kevin.zhen@friedfrank.com; jason.kanterman@friedfrank.com; gspencer@naacpldf.org; christina.beeler@cao.hctx.net; gabe.hodge@traviscountytx.gov; nmatteo@cooley.com; clebel@cooley.com; marina@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; meera.aiyer@traviscountytx.gov; tony.nelson@traviscountytx.gov; wilderw@brennan.law.nyu.edu; dlouk@cooley.com; asavitzky@aclu.org; dlang@reedsmith.com; victoria.filoso@butlersnow.com; eric.nichols@butlersnow.com; karson.thompson@butlersnow.com; skenny@jonesday.com; scrosland@jonesday.com; cetroberts@jonesday.com; jmgore@jonesday.com; cdodge@elias.law; erodriguezarmenta@elias.law; kpippin@reedsmith.com; vgenecin@naacpldf.org; csisco@naacpldf.org; michaelj.garza@da.co.hidalgo.tx.us; scai@jenner.com; noelle.butler@bexar.org; attorney@rodriguezfirm.com; lroberson@bexar.org; jacqueline.villarreal@da.co.hidalgo.tx.us; jean.gill@bexar.org; smizner@aclu.org; capolonio@elias.law; dlorenzo@elias.law; sarah.beverly@butlersnow.com |
| **Cc:** | Elizabeth Saunders; Jessica Yvarra; Patrick Sweeten; Kathleen Hunker; Will Thompson; Will Wassdorf; Gabriel Galindo; Jack DiSorbo; Zachary Berg; Ari Herbert; Aaron Barnes |
| **Subject:** | LUPE, et al. v. Texas, et al., No. 5:21-cv-844-XR (Lead Case); United States v. Texas, et al., No. 5:21-cv-1085 (Consolidated Case) |
| **Date:** | Friday, July 29, 2022 2:24:27 PM |



# Adrian Skinner sent you a secure message

**Access message**

Counsel,

Please use the link provided within this email to download State Defendants' production of two documents related to the Federal Bureau of Investigation. One document was listed on our most recent privilege

log as DOC_0508027 and was previously withheld while the FBI determined whether its email communication with the Office of the Texas Secretary of State was subject to investigative privilege. The FBI has now informed State Defendants through counsel that it does not wish to assert investigative privilege over this communication, so it is being produced with Bates numbers STATE110976 - STATE110976.

The other document was inadvertently produced at bates range STATE076578 - STATE076579. That document also involves a communication between the FBI and Texas SOS. State Defendants discovered the inadvertent disclosure when the document was introduced as an exhibit in last week's deposition of Christina Adkins. The FBI has informed State Defendants through counsel that it wishes to assert investigative privilege on that document, so we are producing placeholder pages to replace the documents we requested be deleted or destroyed in an email earlier today.

If accessing Kiteworks SecureSpace for the first time, please enter your email address, click next, and then click the "Forgot Password?" link to receive an initial password to access the system.

If you encounter any difficulty downloading the production from our system, please let us know.

Thank you



Attachments expire on Aug 28, 2022

2 compressed files
STATE PROD_20220408 CLAWBACK 20220729.zip, STATE PROD_20220729.zip

This message requires that you sign in to access the message and any file attachments.