**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants.*<br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-00844-XR<br>[Lead Case] |

**LUPE PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS JANE NELSON AND JOHN SCOTT (DKT. 630)**

LUPE Plaintiffs respectfully request an extension, to July 7, 2023, of their deadline to file a reply in support of their motion to compel the production of documents from Defendants Jane Nelson and John Scott. See Dkt. 630. This motion is unopposed.

LUPE Plaintiffs filed their motion to compel on June 21, 2023. *Id.* That same day, the Court directed Defendants Nelson and Scott ("State Defendants") to file a response by June 26, 2023, and directed LUPE Plaintiffs to file a reply, if any, by June 28, 2023. Dkt. 631. The motion has been set for an in-person hearing on July 11, 2023. Dkt. 649.

On June 26, 2023, State Defendants filed their response. Dkt. 650. In that response, State Defendants stated that they "agreed to produce certain documents in redacted form that should hopefully resolve much, if not all of [LUPE] Plaintiffs' concerns" regarding documents withheld on the basis of the attorney-client privilege. *See id.* at 12. In addition, State Defendants indicated

that "four documents were unprivileged and would be included in State Defendants' next rolling production." *Id.* at 5.

LUPE Plaintiffs have not yet received the documents that State Defendants stated they will produce. Because this information may narrow the scope of the disputes for the Court's consideration, LUPE Plaintiffs respectfully seek an extension for the deadline to file their reply in support of their motion to compel. Accordingly, LUPE Plaintiffs respectfully request that their unopposed motion be granted, and that their deadline to file their reply in support of their motion to compel be extended to July 7, 2023. *See* Dkt. 630.

Dated: June 28, 2023

Respectfully Submitted,

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry (NY Bar No. 5723135)
Jasleen K. Singh (CA. Bar No. 316596)
Eliza Sweren-Becker (NY Bar No. 5424403)
Andrew B. Garber (NY Bar No. 5684147)
Leah J. Tulin (MD No. 0812180236)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu
tulinl@brennan.law.nyu.edu

Paul R. Genender (TX Bar No. 00790758)
Elizabeth Y. Ryan (TX Bar No. 24067758)
Matthew Berde (TX Bar No. 24094379)
Megan Cloud (TX Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300

New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

***Attorneys for Plaintiffs***
**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC**

**Admitted pro hac vice*

Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com
megan.cloud@weil.com

**COUNSEL FOR FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA, TEXAS IMPACT, JAMES LEWIN**

**Admitted pro hac vice*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on June 27, 2023, counsel for LUPE Plaintiffs emailed counsel for State Defendants and Defendant Intervenors regarding the instant motion. Counsel for State Defendants and Defendant Intervenors indicated that they do not oppose the motion.

/s/ *Nina Perales*
Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 28th day of June 2023.

/s/ *Nina Perales*
Nina Perales