# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br> *Intervenor-Defendants.* | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

### [PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS JANE NELSON AND JOHN SCOTT (DKT. 630)

Pending before the Court is LUPE Plaintiffs' Unopposed Motion to Extend Deadline to File a Reply in Support of Their Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE