IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al*, <br>    *Plaintiffs* <br><br> -vs- <br><br> GREGORY W. ABBOTT, *et al* <br>    *Defendants* | §§§§§§§§§ <br><br> 21-CV-00844-XR |

## **ORDER**

In this latest discovery dispute Plaintiffs seek various documents and the Texas Secretary of State (SOS) and Office of the Attorney General (OAG) object to the production of approximately 927 documents alleging they are protected under the deliberative process, investigative privilege, or attorney-client privileges. Plaintiffs have filed a motion to compel. Dkt. No. 630.

It is uncertain whether the dispute still involves 927 documents or some smaller subset.

This case is set for a hearing on **July 11, 2023**. The SOS and OAG are **ORDERED** to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log.

The Court further notes that the SOS and OAG previously argued to this Court that the Plaintiffs lacked standing to pursue any claims against them because they had no authority to enforce SB1. *See* Dkt. No. 54. The SOS and OAG should be prepared to discuss how considering their previous arguments any privilege (especially investigative privilege) can be applicable in this case.

It is so **ORDERED**.

**SIGNED** this 7th day of July, 2023.

                                                                      Xavier Rodriguez
                                                                       United States District Judge