IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § |
| *Plaintiffs,* | § § § |
| vs. | §  Case No. 5:21-CV-0844-XR |
| GREGORY W. ABBOTT, et al., | § § § |
| *Defendants.* | § § § |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW
MEGAN CLOUD AS COUNSEL**

Pursuant to Local Court Rule AT-3, Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin file this Unopposed Motion to Withdraw Megan Cloud as Counsel in this matter.

Ms. Cloud has accepted employment outside of Weil, Gotshal & Manges LLP and will thus no longer be employed by the Firm. The undersigned counsel of record will continue to represent Friendship-West Baptist Church, Texas Impact, and James Lewin in this matter. Ms. Cloud's withdrawal will not delay any proceedings.

For the reasons stated above, Friendship-West Baptist Church, Texas Impact, and James Lewin respectfully request that the Court grant this unopposed motion to withdraw Megan Cloud as their counsel of record and remove her from further electronic notifications in this case.

Dated:  July 7, 2023                                             Respectfully submitted,

                                                                 */s/ Elizabeth Y. Ryan*

Sean Morales-Doyle                                               Paul R. Genender
Eliza Sweren-Becker*                                             Texas State Bar No. 00790758
Patrick A. Berry*                                                Elizabeth Y. Ryan
Andrew B. Garber*                                                Texas State Bar No. 24067758
Jasleen K. Singh*                                                WEIL, GOTSHAL & MANGES LLP
Robyn N. Sanders*                                                200 Crescent Court, Suite 300
*BRENNAN CENTER FOR JUSTICE AT*                                  Dallas, Texas 75201
*NYU SCHOOL OF LAW*                                              Telephone: (214) 746-8158
120 Broadway, Suite 1750                                         Facsimile: (214)746-7777
New York, NY 10271                                               Liz.Ryan@weil.com
Telephone: (646) 292-8310                                        Paul.Genender@weil.com
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu                                       **Attorneys for Plaintiffs:**
eliza.sweren-becker@nyu.edu                                      *FRIENDSHIP-WEST BAPTIST*
patrick.berry@nyu.edu                                            *CHURCH*
andrew.garber@nyu.edu                                            *TEXAS IMPACT*
rs8592@nyu.edu                                                   *JAMES LEWIN*

Leah J. Tulin*
*BRENNAN CENTER FOR JUSTICE AT NYU*
*SCHOOL OF LAW*
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu


* Admitted pro hac vice

**CERTIFICATE OF CONFERENCE**

I certify that on July 6, 2023, I conferred via e-mail with counsel for all parties regarding the contents of this Motion and none are opposed.

                                      */s/ Elizabeth Y. Ryan*
                                        Elizabeth Y. Ryan

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 7, 2023, the foregoing document was filed electronically with the United States District Court for the Western District of Texas via CM/ECF. As such, this Motion was served on all counsel who have consented to electronic service.

                                        */s/ Elizabeth Y. Ryan*
                                        Elizabeth Y. Ryan