IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> GREGORY W. ABBOTT, et al., <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 5:21-CV-0844-XR |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL

On this date, the Court considered Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin's Unopposed Motion to Withdraw Megan Cloud as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that Megan Cloud is withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin.

Date: July __, 2023

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE