# REPLY EXHIBIT A

*The State's June 16, 2023 Supplemental Privilege Log*

LUPE v. Texas, No. 5:21-cv-844-XR - Supplemental Privilege Log June 16, 2023

| ID Number | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805430 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Texas Midterm Elections | Laura Gutierrez | aflacjuliekellog@gmail.com | Electionintegrity2022; elections@sos.texas.gov; Director TX | 2022 Texas Midterm Elections (1).msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance by politiqueras, and acceptance of out-of-state identification in 2022 General Election. |
| DOC_0805431 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc2.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance by politiqueras, and acceptance of out-of-state identification in 2022 General Election. |
| DOC_0805432 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Texas Midterm Elections | Laura Gutierrez | aflacjuliekellogg@gmail.com | elections@sos.texas.gov; Electionintegrity2022 | 2022 Texas Midterm Elections .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance, use of curbside voting by many people who were likely illegible, and improper checking of voter identification in 2022 General Election. |
| DOC_0805433 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc3.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance, use of curbside voting by many people who were likely illegible, and improper checking of voter identification in 2022 General Election. |
| DOC_0805434 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Voter Midterm Elections | Laura Gutierrez | aflacjuliekellog@gmail.com | Electionintegrity2022; elections@sos.texas.gov; Director TX | 2022 Voter Midterm Elections .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 regarding improper removal of a poll watcher by an election judge in Hidalgo County in 2022 General Election. |
| DOC_0805435 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc1.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/22 regarding improper removal of a poll watcher by an election judge in Hidalgo County in 2022 General Election. |
| DOC_0805436 | Texas OAG | 11/2/2022 | Outlook Email | AMIGOS DEL VALLE DONNA TX | AI | Julie Kellogg (RNC Election Integrity Team) | Electionintegrity2022; elections@sos.texas.gov; jkellogg@texasgop.org; karen@monicaforcongress.us | AMIGOS DEL VALLE DONNA TX.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 by poll watcher regarding potential voter intimidation, improper assistance by politiqueras, lying on assistance form, mall ballot fraud, and ineligible curbside voting in 2022 General Election. |
| DOC_0805437 | Texas OAG | 11/2/2022 | Microsoft Word 2016 | | user | | | 2022 POLL WATCHING AMIGOS DEL VALLE DONN TX.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 by poll watcher regarding potential voter intimidation, improper assistance by politiqueras, lying on assistance form, mall ballot fraud, and ineligible curbside voting in 2022 General Election. |
| DOC_0805463 | Texas OAG | 11/16/2022 | Adobe Acrobat (PDF) | | RCQ | | | Case Opening Form - 2022 Harris County.pdf | Privileged - Withhold | Investigative | OAG Criminal Investigations Division Case Opening Memorandum dated 11/16/22 regarding potential election code violation in Harris County during 2022 General Election. |
| DOC_0806433 | Andre Montgomery | 2/15/2023 | Outlook Email | FW: Potential Double voter in 2020 GE in Rockland County, NY and Washington County, TX | LegalTeam | Kate Fisher | | 00000000D6F7F69918E72D4690913DF65E800258E4AE2000.msg | Privileged - Withhold | Investigative | Email with election complaint dated 2/15/23 alleging double voter fraud in Rockland County, NY and Washington County, TX in 2020 General Election. |
| DOC_0806434 | Andre Montgomery | 3/24/2023 | Adobe Acrobat (PDF) | | | | | Chamakala Santhamma NY Info.pdf | Privileged - Withhold | Investigative | Election complaint dated 2/15/23 alleging double voter fraud in Rockland County, NY and Washington County, TX in 2020 General Election. |
| DOC_0806435 | Andre Montgomery | 3/24/2023 | Adobe Acrobat (PDF) | | | | | Chamakala Santhamma SOS TX Complaint.pdf | Privileged - Withhold | Investigative | Election complaint dated 2/15/23 alleging double voter fraud in Rockland County, NY and Washington County, TX in 2020 General Election. |
| DOC_0806436 | Andre Montgomery | 3/24/2023 | Adobe Acrobat (PDF) | | | | | Chamakala Santhamma TX Info.pdf | Privileged - Withhold | Investigative | Election complaint dated 2/15/23 alleging double voter fraud in Rockland County, NY and Washington County, TX in 2020 General Election. |
| DOC_0806447 | Andre Montgomery | 9/2/2022 | Outlook Email | FW: Complaint - Perjury - Hannah Marie Christian | Elections Internet | LegalTeam | | 00000000D6F7F69918E72D4690913DF65E80025844B12000.msg | Privileged - Withhold | Investigative | Email with election complaint dated 9/2/22 alleging voter registration fraud via Statement of Residence in 2020 General Election. |
| DOC_0806448 | Andre Montgomery | 10/24/2022 | Adobe Acrobat (PDF) | | | | | Election Complaint to the SOS_HannahMarieChristian.pdf | Privileged - Withhold | Investigative | Email with election complaint dated 9/2/22 alleging voter registration fraud via Statement of Residence in 2020 General Election. |
| DOC_0806449 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | Mail&More_Address.jpg | Privileged - Withhold | Investigative | Email with election complaint dated 9/2/22 alleging voter registration fraud via Statement of Residence in 2020 General Election. |
| DOC_0806450 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | Mail&MoreSte160.jpg | Privileged - Withhold | Investigative | Email with election complaint dated 9/2/22 alleging voter registration fraud via Statement of Residence in 2020 General Election. |
| DOC_0806451 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | Signature_on_Complaint.jpg | Privileged - Withhold | Investigative | Email with election complaint dated 9/2/22 alleging voter registration fraud via Statement of Residence in 2020 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Supplemental Privilege Log June 16, 2023

| ID Number | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0806452 | Andre Montgomery | 10/24/2022 | JPEG File Interchange | | | | | TravisSOR_Hannah MarieChristian.jpg | Privileged - Withhold | Investigative | Email with election complaint dated 9/2/22 alleging voter registration fraud via Statement of Residence in 2020 General Election. |
| DOC_0806537 | Andre Montgomery | 5/31/2022 | Outlook Email | FW: Message from 307-52981-9124206 | English option 4 (8184008485) | LegalTeam | Charles Pinney | | 00000000D6F7F69918E72D4690913DF65E80025864CF2000.msg | Privileged - Withhold | Attorney Client;Investigative | Email conversation between SOS attorneys regarding status of election fraud complaint from Denton County. |
| DOC_0806538 | Andre Montgomery | 5/31/2022 | Outlook Email | Message from 307-52981-9124206 | English option 4 (8184008485) | Cisco Unity Connection Messaging System | 91251@voip.dir.texas.gov | | Message from 307-52981-9124206 _ English option 4 (8184008485).msg | Privileged - Withhold | Investigative | Email with voicemail regarding election fraud complaint from Denton County. |
| DOC_0806539 | Andre Montgomery | 7/2/2022 | Windows Sound | | | | | VoiceMessage.wav | Privileged - Withhold | Investigative | Voicemail regarding election fraud complaint from Denton County. |
| DOC_0806655 | Andre Montgomery | 5/31/2022 | Outlook Email | FW: Message from 307-52981-9124206 | English option 4 (8184008485) | Elections Internet | LegalTeam | Kate Fisher | 00000000D6F7F69918E72D4690913DF65E80025884092100.msg | Privileged - Withhold | Investigative | Email coversation between SOS attorneys regarding election complaint voicemail received 5/31/22 regarding election fraud in Denton County. |
| DOC_0806656 | Andre Montgomery | 5/31/2022 | Outlook Email | Message from 307-52981-9124206 | English option 4 (8184008485) | Cisco Unity Connection Messaging System | 91251@voip.dir.texas.gov | | Message from 307-52981-9124206 _ English option 4 (8184008485).msg | Privileged - Withhold | Investigative | Email with voicemail received 5/31/22 regarding election fraud complaint from Denton County. |
| DOC_0806657 | Andre Montgomery | 7/25/2022 | Windows Sound | | | | | VoiceMessage.wav | Privileged - Withhold | Investigative | Voicemail received 5/31/22 regarding election fraud complaint from Denton County. |
| DOC_0807646 | Christina Adkins | 2/10/2023 | Outlook Email | Fwd: Corrective Action Items Requested | Christina Adkins | Kristi Hart | | 00000000B568CE6BC779D94A8F57C6A281C38D1424232200.msg | Privileged - Withhold | Legislative | Email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1. |
| DOC_0807647 | Christina Adkins | 2/10/2023 | Adobe Acrobat (PDF) | | | | | 88R 1781.pdf | Privileged - Withhold | Legislative | Attachment to email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1. 88R1781 MLH-D . |
| DOC_0807648 | Christina Adkins | 2/10/2023 | Adobe Acrobat (PDF) | | | | | Floor Amendment (SB1) Cure Replacement 8-9-21.pdf | Privileged - Withhold | Legislative | Attachment to email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1. |
| DOC_0807649 | Christina Adkins | 2/10/2023 | Adobe Acrobat (PDF) | | O0600NH | | | SB 1 Amendment [87S2 1290].pdf | Privileged - Withhold | Legislative | Attachment to email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1.  21.238.167 MTB. |
| DOC_0807993 | Christina Adkins | 2/10/2023 | Outlook Email | RE: Corrective Action Items Requested | Allison Heinrich | Christina Adkins | Adam Bitter; Keith Ingram | 00000000B568CE6BC779D94A8F57C6A281C38D1444562300.msg | Privileged - Withhold | Legislative | Email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1. |
| DOC_0807994 | Christina Adkins | 2/10/2023 | Adobe Acrobat (PDF) | | | | | 88R 1781.pdf | Privileged - Withhold | Legislative | Attachment to email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1. 88R1781 MLH-D. |
| DOC_0807995 | Christina Adkins | 2/10/2023 | Adobe Acrobat (PDF) | | | | | Floor Amendment (SB1) Cure Replacement 8-9-21.pdf | Privileged - Withhold | Legislative | Attachment to email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1. |
| DOC_0807996 | Christina Adkins | 2/10/2023 | Adobe Acrobat (PDF) | | O0600NH | | | SB 1 Amendment [87S2 1290].pdf | Privileged - Withhold | Legislative | Attachment to email communication between legislative staff of Rep. John Bucy and SOS Elections Division, where Rep. Bucy's office is requesting information and advice about prospective legislation to amend SB1. 21.238.167 MTB |
| STATE177217 | Christina Adkins | 11/14/2022 | Outlook Email | FW: Election fraud | Heidi Martinez | Christina Adkins | | 00000000B568CE6BC779D94A8F57C6A281C38D14E49F2300.msg | Privileged - Redact | Attorney Client | Email communication between SOS attorneys regarding election fraud complaint alleging poll pad added voters in Dallas, TX. |
| DOC_0808148 | Christina Adkins | 7/17/2022 | Outlook Email | FW: Election Fraud Complaint - Dave Jones | Elections Internet | Kate Fisher | Christina Adkins | 00000000B568CE6BC779D94A8F57C6A281C38D14642A2000.msg | Privileged - Withhold | Investigative | Email communicating election complaint about alleged voter registration fraud via ABBM during November 2022 election. |
| DOC_0808149 | Christina Adkins | 7/17/2022 | Adobe Acrobat (PDF) | | | | | TX SOS Election Complaint.pdf | Privileged - Withhold | Investigative | Election complaint alleged voter registration fraud via ABBM during November 2022 election. |
| DOC_0808338 | Christina Adkins | 2/14/2023 | Outlook Email | FW: Potential Double voter in 2020 GE in Harnett County, NC and Bell County, TX | Elections Internet | Kate Fisher | Christina Adkins | 00000000B568CE6BC779D94A8F57C6A281C38D14E4282200.msg | Privileged - Withhold | Investigative | Election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Supplemental Privilege Log June 16, 2023

| ID Number | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0808339 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee NC Info History.pdf | Privileged - Withhold | Investigative | Spoorting documents to election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. |
| DOC_0808340 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee SOS TX Complaint.pdf | Privileged - Withhold | Investigative | Election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. |
| DOC_0808341 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee TX Info.pdf | Privileged - Withhold | Investigative | Supporting document to election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. |
| DOC_0808348 | Christina Adkins | 3/10/2023 | Outlook Email | FW: Potential Double voter in 2020 GE in Harris County, TX and Wakulla County, FL | Elections Internet | Kate Fisher | Christina Adkins | 00000000B568CE6BC779D94A8F57C6A281C38D14A4322200.msg | Privileged - Withhold | Investigative | Election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. |
| DOC_0808349 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | | | | Schaefer TX SOS Complaint.pdf | Privileged - Withhold | Investigative | Election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. |
| DOC_0808350 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | | Terri Gierer | | Thomas E Schaefer_TX info.pdf | Privileged - Withhold | Investigative | Supporting document to election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. |
| DOC_0808351 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | | Terri Gierer | | Thomas E Schaefer_TX info_county.pdf | Privileged - Withhold | Investigative | Supporting document to Election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. |
| DOC_0814469 | Heidi Martinez | 10/26/2022 | Outlook Email | RE: Vela 5 of 5 | Kate Fisher | Heidi Martinez | | 000000005E91D44C88845B47A7503F481E71F72E044C2000.msg | Privileged - Withhold | Investigative | Election complaint received 10/21/22 for ballot harvesting and referred to OAG. |
| DOC_0814782 | Heidi Martinez | 11/3/2022 | Outlook Email | FW: SoS Supplement | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | 000000005E91D44C88845B47A7503F481E71F72E64612100.msg | Privileged - Withhold | Investigative | Election complaint supplement received 11/3/22 that was forwarded to OAG in connection with ballot harvesting investigation. |
| DOC_0814783 | Heidi Martinez | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 8th day campaign finance report Eloy Vera.pdf | Privileged - Withhold | Investigative | Election complaint supplement received 11/3/22 that was forwarded to OAG in connection with ballot harvesting investigation. |
| STATE177642 | Heidi Martinez | 8/18/2022 | Outlook Email | 132. John Browning Complaint - Assignment (LP) | Kate Fisher | Lena Proft | Heidi Martinez | 000000005E91D44C88845B47A7503F481E71F72E648B2100.msg | Privileged - Redact | Attorney Client | Email communication between SOS attorneys and Elections Division employee regarding complaint of denial of provisional ballot and possible election contest. |
| DOC_0820947 | Keith Ingram | 5/31/2022 | Outlook Email | RE: Dimmit County | | Lena Proft | | 00000000D78BFEA213036548A30A76976201441AA4572100.msg | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys and Elections Division regarding voter registration fraud investigation of potential deceased voter in Dimmit County. |
| DOC_0820953 | Keith Ingram | 11/10/2022 | Outlook Email | FW: 159. Lawrence Traw Complaint | | | | 00000000D78BFEA213036548A30A76976201441AA4592100.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. |
| DOC_0820954 | Keith Ingram | 12/12/2022 | Adobe Acrobat (PDF) | | | | | 159. Lawrence Traw Complaint.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. |
| DOC_0820960 | Keith Ingram | 5/25/2022 | Rich Text Format | | | | | TXT.rtf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. |
| DOC_0820961 | Keith Ingram | 5/25/2022 | Portable Network Graphics Format | | | | | unknown.png | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Supplemental Privilege Log June 16, 2023

| ID Number | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0820966 | Keith Ingram | 5/25/2022 | Rich Text Format | | | | | TXT.rtf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. |
| DOC_0820967 | Keith Ingram | 5/25/2022 | Portable Network Graphics Format | | | | | unknown.png | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election. |
| DOC_0820972 | Keith Ingram | 5/25/2022 | Rich Text Format | | | | | TXT.rtf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. |
| DOC_0820973 | Keith Ingram | 5/25/2022 | Portable Network Graphics Format | | | | | unknown.png | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. |
| DOC_0820978 | Keith Ingram | 8/10/2022 | Outlook Email | FW: George Chamberlain 2020 General County Emails | Keith Ingram | Shamika Fehr; Nathan Goggin | | 00000000D78BFEA213036548A30A76976201441AA45C2100.msg | Privileged - Withhold | Attorney Client | Email communication between SOS general counsel and and Elections Division employees regarding how to respond to emails sent to various counties alleging voter fraud via hacking of the TEAM system. |
| DOC_0823823 | Keith Ingram | 3/23/2023 | Outlook Email | 2022 Complaints for Referral to OAG | Kate Fisher | Keith Ingram | | 00000000D78BFEA213036548A30A76976201441AC42E2200.msg | Privileged - Withhold | Attorney Client;Investigative | Email between SOS attorney and Elections Division employee regarding five complaints that were determined to be referred to OAG. Crimes alleged include ballot harvesting, residency fraud, voter intimidation, and improper assistance. |
| DOC_0823824 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | Information Technology | | | 278. Wayne Hamilton - OAG Referral.pdf | Privileged - Withhold | Investigative | Referral letter to OAG regarding possible ballot harvesting in 2022 General Election. |
| DOC_0823825 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Withhold | Investigative | Complaint referred letter to OAG regarding possible ballot harvesting in 2022 General Election. |
| DOC_0823826 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | | | | 282. Laura Warnix Complaint.pdf | Privileged - Withhold | Investigative | Complaint referred letter to OAG regarding possible voter registration fraud in 2022 General Election. |
| DOC_0823827 | Keith Ingram | 10/31/2022 | Outlook Email | 316. Revesz Complaint | Elections Internet | reveszteresa306@gmail.com | | 316. Revesz Complaint.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in 2022 General Election. |
| DOC_0823828 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | | | | 318. Monica Flores-Rolater Complaint.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in 2022 General Election. |
| DOC_0823829 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | Kate Fisher | | | 380. Elizabeth Bordelon Complaint.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential unlawful assistance in 2022 General Election. |
| DOC_0823830 | Keith Ingram | 3/23/2023 | Microsoft Excel 2016 Workbook | | Kate Fisher | | | Keith- Complaints Referred to OAG for Nov 2022 GE.xlsx | Privileged - Withhold | Investigative | List of election complaints still under investigation. |
| DOC_0829382 | Lena Proft | 5/31/2022 | Outlook Email | RE: Dimmit County | Keith Ingram | Lena Proft | Kate Fisher | 00000000F47316CF8A40FA49AB7C75E1B38E4C0F84252000.msg | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys and Elections Division regarding voter registration fraud investigation of potential deceased voter in Dimmit County. |
| DOC_0829416 | Lena Proft | 12/21/2022 | Outlook Email | FW: Election Fraud | Elections Internet | LegalTeam | | 00000000F47316CF8A40FA49AB7C75E1B38E4C0FA4382000.msg | Privileged - Withhold | Investigative | Election complaint received 12/20/22 from poll watcher regarding potential miscounting of submitted ballots in Fort Bend County in 2022 elections. |
| DOC_0829417 | Lena Proft | 2/15/2023 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22.pdf | Privileged - Withhold | Investigative | Election complaint received 12/20/22 from poll watcher regarding potential miscounting of submitted ballots in Fort Bend County in 2022 elections. |
| DOC_0829441 | Lena Proft | 5/31/2022 | Outlook Email | RE: Dimmit County | Lena Proft | Keith Ingram | | 00000000F47316CF8A40FA49AB7C75E1B38E4C0F84542000.msg | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys and Elections Division regarding voter registration fraud investigation of potential deceased voter in Dimmit County. |
| DOC_0829486 | Lena Proft | 5/31/2022 | Outlook Email | RE: Dimmit County | | Keith Ingram | | 00000000F47316CF8A40FA49AB7C75E1B38E4C0F848B2000.msg | Privileged - Withhold | Attorney Client;Investigative | Email conversation among SOS attorneys and Elections Division regarding voter registration fraud investigation of potential deceased voter in Dimmit County. |
| DOC_0829517 | Lena Proft | 5/31/2022 | Outlook Email | Re: Dimmit County | Keith Ingram | Lena Proft | | 00000000F47316CF8A40FA49AB7C75E1B38E4C0F04A72000.msg | Privileged - Withhold | Attorney Client;Investigative | Email conversation between SOS attorneys and head of elections division regarding voter registration fraud investigation in Dimmit County involving a deceased person's identity. |
| DOC_0829799 | Lena Proft | 12/21/2022 | Outlook Email | FW: Election Fraud | LegalTeam | Kate Fisher | | 00000000F47316CF8A40FA49AB7C75E1B38E4C0FA49A2100.msg | Privileged - Withhold | Investigative | Election complaint submitted 12/20/22 by a poll watcher regarding potential fraud in Fort Bend County involving pre-filled ballots and voting machine manipulation in 2022 Election. |
| DOC_0829800 | Lena Proft | 2/15/2023 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22.pdf | Privileged - Withhold | Investigative | Election complaint submitted 12/20/22 by a poll watcher regarding potential fraud in Fort Bend County involving pre-filled ballots and voting machine manipulation in 2022 Election. |