# REPLY EXHIBIT B

*The State's June 30, 2023 Supplemental Privilege Log*

| Challenge | ID Number | BegBates | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Privilege Treatment | Privilege Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Improper Investigative | DOC_0805438 | STATE184983 | Texas OAG | 10/27/2022 | Microsoft Outlook Message Mail | Dear Election Integrity Team | Jackie Hunt Schiff | Electionintegrity2022 | Movin-OnTX ; Jackie Hunt Schiff | Dear Election Integrity Team.msg | | | |
| Improper Investigative | DOC_0805439 | STATE184984 | Texas OAG | 10/27/2022 | MS Office (2016) Word | | Jackie Hunt Schiff | | | Oct 26 GT CityHall Pollwatching.docx | | | |
| Improper Investigative | DOC_0805440 | STATE184986 | Texas OAG | 11/29/2022 | Microsoft Outlook Message Mail | Election Complaint- Deborah Lindstrom- Pt 2 of 3 | Debbie Lindstrom | elections@sos.texas.gov ; Electionintegrity2022 | | Election Complaint- Deborah Lindstrom- Pt 2 of 3.msg | | | |
| Improper Investigative | DOC_0805441 | STATE184987 | Texas OAG | 11/29/2022 | Adobe Acrobat (PDF) | | | | | VoterSuppression-DeborahLindstrom-Pt2.pdf | | | |
| Improper Investigative | DOC_0805444 | STATE185002 | Texas OAG | 11/17/2022 | Microsoft Outlook Message Mail | Election Complaint to SOS | John Clark | elections@sos.texas.gov ; Electionintegrity2022 ; election@texasgop.org ; Debbie Adams ; RNC Election Integrity Team ; julie@truetexasproject.com ; Sam Brannon ; TrueTexasElections@starmail.com | | Election Complaint to SOS.msg | | | |
| Improper Investigative | DOC_0805445 | STATE185003 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | | | | Mary.pdf | | | |
| Improper Investigative | DOC_0805446 | STATE185009 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | Jclar | | | Page 2 and 3.pdf | | | |
| Improper Investigative | DOC_0805447 | STATE185011 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | | | | Sig page.pdf | | | |
| Improper Investigative | DOC_0805448 | STATE185012 | Texas OAG | 12/9/2022 | Microsoft Outlook Message Mail | Fw: Election Complaint- Deborah Lindstrom- Pt 2 of 3 | Debbie Lindstrom | elections@sos.texas.gov ; Electionintegrity2022 | | Fw_ Election Complaint- Deborah Lindstrom- Pt 2 of 3.msg | | | |
| Improper Investigative | DOC_0805449 | STATE185013 | Texas OAG | 12/9/2022 | Adobe Acrobat (PDF) | | | | | VoterSuppression-DeborahLindstrom-Pt2.pdf | | | |
| Improper Investigative | DOC_0805451 | STATE185028 | Texas OAG | 11/17/2022 | Microsoft Outlook Message Mail | Hays Co-John Clark-PW Obstruction Election Complaint to SOS | Kathy Haigler (RNC Election Integrity Team) | JOHN CLARK | Debbie Adams ; elections@sos.texas.gov ; Electionintegrity2022 ; Election Integrity ; Julie ; Sam Brannon ; Truetexaselections | Hays Co-John Clark-PW Obstruction Election Complaint to SOS.msg | | | |
| Improper Investigative | DOC_0805458 | STATE185029 | Texas OAG | 11/3/2022 | Microsoft Outlook Message Mail | Re: Obstruction of Poll Watchers at Hays Co. Gov't Bldg. | Charles Walts | Electionintegrity2022 ; STAT Team: Republican Party of TX ; SOS Poll Worker Training ; laura.pressley.truetexaselections@startmail.com ; paul.bettencourt@senate.texas.gov ; Donna Campbell ; Gary Cutler ; Sen. Jane Nelson ; Bob Hall ; info@danpatrick.org ; info@gregabbott.com ; Tedcruz Info ; True Texas Project ; Angela Paxton ; Rep. Andy Biggs ; Lucy Trainor ; bosslady1961@icloud.com ; Dawn Buckingham ; letters@empowertexans.com ; chairmanrinaldi@texasgop.org ; EveryLegalVote On Behalf of The Truth and Freedom Initiative ; Catherine Engelbrecht ; elections@sos.texas.gov ; DonaldJTrump.com ; Hays Constitutional Republicans ; | | Re_ Obstruction of Poll Watchers at Hays Co_ Gov't Bldg_.msg | | | |
| Improper Investigative | DOC_0805459 | STATE185032 | Texas OAG | 10/28/2022 | Microsoft Outlook Message Mail | Re: Great job everyone!!! | Sam Brannon | Susie Carter ; bosslady1961@icloud.com ; Lucy Trainor ; laura.pressley.truetexaselections@startmail.com ; Electionintegrity2022 ; Bob Hall ; Sen. Jane Nelson ; paul.bettencourt@senate.texas.gov ; Gary Cutler | | Re_ Great job everyone!!!.msg | | | |
| Improper Investigative | DOC_0805460 | STATE185035 | Texas OAG | 10/28/2022 | Adobe Acrobat (PDF) | | | | | TEC - Sec 33.056 33.061.pdf | | | |
| Improper Investigative | DOC_0805461 | STATE185036 | Texas OAG | 11/16/2022 | Microsoft Outlook Message Mail | Watchers Rejected at Polls, Elections Division, Clarification please... | Sam Brannon | Bob Hall ; Jacey.Jetton@house.texas.gov ; Tori.MacFarlan@House.Texas.Gov Cc: Bryan.Hughes@senate.texas.gov ; drew.tedford@senate.texas.gov ; James.Brase@senate.texas.gov ; Jane.Nelson@Senate.texas.gov ; Paul.Bettencourt@Senate.Texas.Gov ; Charles.Schwertner@Senate.Texas.gov ; Brian.Birdwell@Seate.Texas.Gov ; Donna.Campbell@Senate.Texas.Gov ; Electionintegrity2022 ; STAT Team: Republican Party of | Laura.Pressley.TrueTexasElections@Startmail.com ; HCR-A CARTER SUSIE ; bosslady1961@icloud.com ; Esther Schneider | Watchers Rejected at Polls_ Elections Division_ Clarification please___.msg | | | |

| Challenge | ID Number | BegBates | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Privilege Treatment | Privilege Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Improper Investigative | DOC_0805462 | STATE185038 | Texas OAG | 11/16/2022 | Adobe Acrobat (PDF) | | | | | CID Supplemental Report 11.15.2022 - with Attachments.pdf | | | |
| Improper Investigative | STATE177462 | STATE177462 | Heidi Martinez | 9/15/2022 | Microsoft Outlook Message Mail | FW: 246. Frank Borden Complaint | Keith Ingram | Kate Fisher ; Kristi Hart ; Heidi Martinez | | 000000005E91D44C8 8845B47A7503F481E 71F72EC4162100.msg | | | |
| | STATE177463 | STATE177463 | Heidi Martinez | 11/2/2022 | Adobe Acrobat (PDF) | | | | | 246. Frank Borden Complaint.pdf | | | |
| | DOC_0822105 | STATE185242 | Keith Ingram | 11/7/2022 | Microsoft Outlook Message Mail | 344. Brian Whelan Complaint | Kate Fisher | Keith Ingram | Heidi Martinez ; Kristi Hart | 344. Brian Whelan Complaint.msg | | | |
| | DOC_0822106 | STATE185243 | Keith Ingram | 12/26/2022 | Adobe Acrobat (PDF) | | | | | 344. Brian Whelan Complaint.pdf | | | |
| | DOC_0833778 | STATE185334 | Chuck Pinney | 6/6/2022 | Adobe Acrobat (PDF) | | | Louri O'Leary | | 98. Hernandez - SOS Response.pdf | | | |
| | DOC_0833782 | STATE185356 | Chuck Pinney | 6/6/2022 | Adobe Acrobat (PDF) | | | Louri O'Leary | | 98. Hernandez - SOS Response.pdf | | | |
| Improper AC - Primary Purpose;Improper AC - Facts and Non-Legal;Improper Investigative | DOC_0833968 | STATE185390 | Chuck Pinney | 5/5/2022 | Microsoft Outlook Message Mail | 98. Bernett Hernandez Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 98. Bernett Hernandez Complaint - Assignment (CP).msg | | | |
| Improper Investigative | DOC_0833969 | STATE185392 | Chuck Pinney | 7/22/2022 | Adobe Acrobat (PDF) | | | | | Bernett Hernandez Complaint.pdf | | | |
| Improper AC - Primary Purpose;Improper AC - Facts and Non-Legal;Improper Investigative | DOC_0833970 | STATE185412 | Chuck Pinney | 4/27/2022 | Microsoft Outlook Message Mail | FW: Supplemental Report R. Gonzales | LegalTeam | Kate Fisher | | FW_ Supplemental Report R. Gonzales.msg | | | |
| Improper Investigative | DOC_0833971 | STATE185413 | Chuck Pinney | 7/22/2022 | Adobe Acrobat (PDF) | | | | | Rebecca Gonzales Supplemental Documentation.pdf | | | |
| Improper Investigative | DOC_0833972 | STATE185434 | Chuck Pinney | 7/22/2022 | Adobe Acrobat (PDF) | | | | | Rebecca Gonzales Supplemental Documentation.pdf | | | |
| Improper Investigative | DOC_0820947 | STATE185144 | Keith Ingram | 5/31/2022 | Microsoft Outlook Message Mail | RE: Dimmit County | | Lena Proft | | 00000000D78BFEA2 13036548A30A76976 201441AA4572100.msg | Privileged - Redact | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County. |
| Improper Investigative | DOC_0829382 | STATE185293 | Lena Proft | 5/31/2022 | Microsoft Outlook Message Mail | RE: Dimmit County | Keith Ingram | Lena Proft | Kate Fisher | 00000000F47316CF8 A40FA49AB7C75E1 B38E4C0F84252000.msg | Privileged - Redact | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County. |
| Improper Investigative | DOC_0829441 | STATE185302 | Lena Proft | 5/31/2022 | Microsoft Outlook Message Mail | RE: Dimmit County | Lena Proft | Keith Ingram | | 00000000F47316CF8 A40FA49AB7C75E1 B38E4C0F84542000.msg | Privileged - Redact | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County. |
| Improper Investigative | DOC_0829486 | STATE185304 | Lena Proft | 5/31/2022 | Microsoft Outlook Message Mail | RE: Dimmit County | | Keith Ingram | | 00000000F47316CF8 A40FA49AB7C75E1 B38E4C0F848B2000.msg | Privileged - Redact | Attorney Client;Investigative | Email conversation among SOS attorneys regarding voter fraud investigation in Dimmit County. |
| Improper Investigative | DOC_0829517 | STATE185306 | Lena Proft | 5/31/2022 | Microsoft Outlook Message Mail | Re: Dimmit County | Keith Ingram | Lena Proft | | 00000000F47316CF8 A40FA49AB7C75E1 B38E4C0F04A72000.msg | Privileged - Redact | Attorney Client;Investigative | Email conversation between SOS attorneys and head of elections division regarding voter registration fraud investigation in Dimmit County involving a deceased person's identity. |
| Improper AC - Primary Purpose;Improper AC - Facts and Non-Legal;Improper Investigative | DOC_0833916 | STATE185358 | Chuck Pinney | 6/8/2022 | Microsoft Outlook Message Mail | Re: 133. Billy Wright Complaint - Assignment (CP) | Charles Pinney | Kate Fisher ; Keith Ingram | | 000000001CD1480C5 F966348AACA6D4E1 9E8EDEA44502000.msg | Privileged - Redact | Attorney Client;Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex. Elec. Code Sec. 61.008 in Elkhart, TX. |
| Improper AC - Primary Purpose;Improper AC - Facts and Non-Legal;Improper Investigative | DOC_0833917 | STATE185360 | Chuck Pinney | 5/24/2022 | Microsoft Outlook Message Mail | 140. James Sheridan Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 140. James Sheridan Complaint - Assignment (CP).msg | Privileged - Redact | Attorney Client;Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex. Elec. Code Sec. 61.008 in Elkhart, TX. |
| Improper Investigative | DOC_0806435 | STATE185060 | Andre Montgomery | 3/24/2023 | Adobe Acrobat (PDF) | | | | | Chamakala Santhamma SOS TX Complaint.pdf | Privileged - Redact | Investigative | complaint dated 2/15/23 alleging double voter fraud in Rockland County, NY and Washington County, TX in 2020 General Election. |
| Improper Investigative | DOC_0806436 | STATE185066 | Andre Montgomery | 3/24/2023 | Adobe Acrobat (PDF) | | | | | Chamakala Santhamma TX Info.pdf | Privileged - Redact | Investigative | complaint dated 2/15/23 alleging double voter fraud in Rockland County, NY and Washington County, TX in 2020 General Election. |
| Improper Investigative | DOC_0806448 | STATE185067 | Andre Montgomery | 10/24/2022 | Adobe Acrobat (PDF) | | | | | Election Complaint to the SOS_HannahMarieC hristian.pdf | Privileged - Redact | Investigative | Email with election complaint dated 9/2/22 alleging voter registration fraud via Statement of Residence in Travis County during 2020 General Election. |
| Improper Investigative | DOC_0806537 | STATE185073 | Andre Montgomery | 5/31/2022 | Microsoft Outlook Message Mail | FW: Message from 307-52981-9124206 | English option 4 (8184008485) | LegalTeam | Charles Pinney | | 00000000D6F7F6991 8E72D4690913DF65 E80025864CF2000.msg | Privileged - Redact | Investigative | Email conversation between SOS attorneys regarding status of election fraud complaint from Denton County. |
| Improper Investigative | DOC_0806538 | STATE185074 | Andre Montgomery | 5/31/2022 | Microsoft Outlook Message Mail | Message from 307-52981-9124206 | English option 4 (8184008485) | Cisco Unity Connection Messaging System | 91251@voip.dir.texas.gov | | Message from 307-52981-9124206 _ English option 4 (8184008485).msg | Privileged - Redact | Investigative | Email with voicemail regarding election fraud complaint from Denton County. |
| Improper Investigative | DOC_0806656 | STATE185075 | Andre Montgomery | 5/31/2022 | Microsoft Outlook Message Mail | Message from 307-52981-9124206 | English option 4 (8184008485) | Cisco Unity Connection Messaging System | 91251@voip.dir.texas.gov | | Message from 307-52981-9124206 _ English option 4 (8184008485).msg | Privileged - Redact | Investigative | Email with voicemail received 5/31/22 regarding election fraud complaint from Denton County. |

| Challenge | ID Number | BegBates | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Privilege Treatment | Privilege Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Improper Investigative | DOC_0808148 | STATE185076 | Christina Adkins | 7/17/2022 | Microsoft Outlook Message Mail | FW: Election Fraud Complaint - Dave Jones | Elections Internet | Kate Fisher | Christina Adkins | 00000000B568CE6BC779D94A8F57C6A281C38D14642A2000.msg | Privileged - Redact | Investigative | Email communicating election complaint about alleged voter registration fraud via ABBM during November 2022 election. |
| Improper Investigative | DOC_0808149 | STATE185077 | Christina Adkins | 7/17/2022 | Adobe Acrobat (PDF) | | | | | TX SOS Election Complaint.pdf | Privileged - Redact | Investigative | Election complaint alleged voter registration fraud via ABBM during November 2022 election. |
| Improper Investigative | DOC_0808340 | STATE185082 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee SOS TX Complaint.pdf | Privileged - Redact | Investigative | Election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. |
| Improper Investigative | DOC_0808341 | STATE185088 | Christina Adkins | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Lee TX Info.pdf | Privileged - Redact | Investigative | Election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. |
| Improper Investigative | DOC_0808349 | STATE185089 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | | | | Schaefer TX SOS Complaint.pdf | Privileged - Redact | Investigative | Election complaint about alleged double voter in Harris County and Florida during November 2020 election. |
| Improper Investigative | DOC_0808350 | STATE185095 | Christina Adkins | 3/10/2023 | Adobe Acrobat (PDF) | | Terri Gierer | | | Thomas E Schaefer_TX info.pdf | Privileged - Redact | Investigative | Supporting document to election complaint about alleged voter fraud during November 2020 election. |
| Improper Investigative | DOC_0814467 | STATE185096 | Heidi Martinez | 11/2/2022 | Microsoft Outlook Message Mail | FW: 318. Monica Flores-Rolater Complaint | Keith Ingram | Kate Fisher ; Kristi Hart ; Heidi Martinez | | 000000005E91D44C88845B47A7503F481E71F72EC4462000.msg | Privileged - Redact | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance in Plano, TX. |
| Improper Investigative | DOC_0814468 | STATE185097 | Heidi Martinez | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 318. Monica Flores-Rolater Complaint.pdf | Privileged - Redact | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance in Plano, TX. |
| Improper Investigative | DOC_0814620 | STATE185104 | Heidi Martinez | 12/7/2022 | Microsoft Outlook Message Mail | RE: 318. Monica Flores-Rolater Complaint - Assignment (CP) | Keith Ingram | Charles Pinney ; Kate Fisher | Heidi Martinez | 000000005E91D44C88845B47A7503F481E71F72EA4BA2000.msg | Privileged - Redact | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance that was referred to OAG. |
| Improper Investigative | DOC_0814621 | STATE185106 | Heidi Martinez | 12/7/2022 | Microsoft Outlook Message Mail | Re: 318. Monica Flores-Rolater Complaint - Assignment (CP) | Charles Pinney | Kate Fisher ; Keith Ingram | Heidi Martinez | 000000005E91D44C88845B47A7503F481E71F72E64BB2000.msg | Privileged - Redact | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance that was referred to OAG. |
| Improper Investigative | DOC_0814713 | STATE185108 | Heidi Martinez | 11/7/2022 | Microsoft Outlook Message Mail | FW: 318. Monica Flores-Rolater Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 000000005E91D44C88845B47A7503F481E71F72E04242100.msg | Privileged - Redact | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG. |
| Improper Investigative | DOC_0814714 | STATE185110 | Heidi Martinez | 12/23/2022 | Adobe Acrobat (PDF) | | | | | 318. Monica Flores-Rolater Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG. |
| Improper Investigative | DOC_0814746 | STATE185117 | Heidi Martinez | 11/2/2022 | Microsoft Outlook Message Mail | 318. Monica Flores-Rolater Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | 000000005E91D44C88845B47A7503F481E71F72E04492100.msg | Privileged - Redact | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG. |
| Improper Investigative | DOC_0814747 | STATE185119 | Heidi Martinez | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 318. Monica Flores-Rolater Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG. |
| Improper Investigative | DOC_0820026 | STATE185126 | Keith Ingram | 10/20/2022 | Microsoft Outlook Message Mail | FW: 271. SAO Hotline Complaint | | | | 00000000D78BFEA213036548A30A76976201441A04212000.msg | Privileged - Redact | Investigative | Election complaint received from SAO Hotline Complaint regarding alleged paid ballot harvesting of homeless in Tarrant County. |
| Improper Investigative | DOC_0820027 | STATE185128 | Keith Ingram | 11/19/2022 | Adobe Acrobat (PDF) | | | | | 271. SAO Hotline Complaint.pdf | Privileged - Redact | Investigative | Election complaint received from SAO Hotline Complaint regarding alleged paid ballot harvesting of homeless in Tarrant County. |
| Improper Investigative | DOC_0820325 | STATE185130 | Keith Ingram | 11/17/2022 | Microsoft Outlook Message Mail | FW: 348. Heather Parks Complaint | | | | 00000000D78BFEA213036548A30A76976201441A248A2000.msg | Privileged - Redact | Investigative | Election complaint submitted 11/8/22 regarding potential improper voter assistance in 2022 General Election. |
| Improper Investigative | DOC_0820326 | STATE185132 | Keith Ingram | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 348. Heather Parks Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/8/22 regarding potential improper voter assistance in Harris County during the 2022 General Election. |
| Improper Investigative | DOC_0820572 | STATE185138 | Keith Ingram | 12/13/2022 | Microsoft Outlook Message Mail | Fw: 452. Paul Feeser Complaint | Keith Ingram | | | 00000000D78BFEA213036548A30A76976201441AE4D02000.msg | Privileged - Redact | Investigative | Election complaint received 12/7/22 alleging potential improper poll judge behavior in Carrollton, TX. |
| Improper Investigative | DOC_0820731 | STATE185140 | Keith Ingram | 10/19/2022 | Microsoft Outlook Message Mail | FW: 271. SAO Hotline Complaint | | | | 00000000D78BFEA213036548A30A76976201441A24072100.msg | Privileged - Redact | Investigative | Election complaint received from SAO Complaint Hotline alleging potential illegal vote harvesting in Tarrant County. |
| Improper Investigative | DOC_0820732 | STATE185142 | Keith Ingram | 11/19/2022 | Adobe Acrobat (PDF) | | | | | 271. SAO Hotline Complaint.pdf | Privileged - Redact | Investigative | Election complaint received from SAO Complaint Hotline alleging potential illegal vote harvesting in Tarrant County. |

| Challenge | ID Number | BegBates | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Privilege Treatment | Privilege Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Improper Investigative | DOC_0820954 | STATE185146 | Keith Ingram | 12/12/2022 | Adobe Acrobat (PDF) | | | | | 159. Lawrence Traw Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election.Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election |
| Improper Investigative | DOC_0821084 | STATE185166 | Keith Ingram | 10/26/2022 | Microsoft Outlook Message Mail | FW: 278. Wayne Hamilton Complaint | | | | 00000000D78BFEA213036548A30A76976201441AA4872100.msg | Privileged - Redact | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Travis County during 2022 General Election. |
| Improper Investigative | DOC_0821085 | STATE185168 | Keith Ingram | 11/27/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Starr County during 2022 General Election. |
| Improper Investigative | DOC_0821089 | STATE185174 | Keith Ingram | 11/17/2022 | Microsoft Outlook Message Mail | FW: 352. Linda Lee Complaint (re. Michael Brown) | | | | 00000000D78BFEA213036548A30A76976201441AE4892100.msg | Privileged - Redact | Investigative | Election complaint submitted 11/8/22 regarding potential voter registration fraud during 2022 General Election. |
| Improper Investigative | DOC_0821090 | STATE185176 | Keith Ingram | 12/19/2022 | Adobe Acrobat (PDF) | | | | | 352. Linda Lee Complaint (re. Michael Brown).pdf | Privileged - Redact | Investigative | Election complaint submitted 11/8/22 regarding potential voter registration fraud in Travis County during 2022 General Election. |
| Improper Investigative | DOC_0821095 | STATE185186 | Keith Ingram | 12/7/2022 | Microsoft Outlook Message Mail | FW: 419. John Clark Complaint | | | | 00000000D78BFEA213036548A30A76976201441AE48A2100.msg | Privileged - Redact | Investigative | Election complaint submitted 11/17/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election. |
| Improper Investigative | DOC_0821096 | STATE185188 | Keith Ingram | 1/6/2023 | Adobe Acrobat (PDF) | | | | | 419. John Clark Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/17/22 regarding potential unlawful obstruction of a poll watcher in Hays County during 2022 General Election. |
| Improper Investigative | DOC_0821109 | STATE185197 | Keith Ingram | 11/28/2022 | Microsoft Outlook Message Mail | FW: 378. Laura Gutierrez Complaint | | | | 00000000D78BFEA213036548A30A76976201441A448E2100.msg | Privileged - Redact | Investigative | Election complaint submitted 11/10/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election. |
| Improper Investigative | DOC_0821110 | STATE185199 | Keith Ingram | 12/30/2022 | Adobe Acrobat (PDF) | | | | | 378. Laura Gutierrez Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/10/22 regarding potential unlawful obstruction of a poll watcher in Hidalgo County during 2022 General Election. |
| Improper Investigative | DOC_0821284 | STATE185205 | Keith Ingram | 12/7/2022 | Microsoft Outlook Message Mail | FW: 420. Rodrigo Rodriguez Complaint | | | | 00000000D78BFEA213036548A30A76976201441AC4CD2100.msg | Privileged - Redact | Investigative | Election complaint submitted 11/21/22 regarding potential curbside voting fraud in 2022 General Election. |
| Improper Investigative | DOC_0821329 | STATE185207 | Keith Ingram | 10/19/2022 | Microsoft Outlook Message Mail | FW: 271. SAO Hotline Complaint | Keith Ingram | Information Security | | 00000000D78BFEA213036548A30A76976201441AA4D82100.msg | Privileged - Redact | Investigative | Election complaint received from SAO Complaint Hotline regarding potential ballot harvesting in Tarrant County in 2022 General Election. |
| Improper Investigative | DOC_0821330 | STATE185209 | Keith Ingram | 12/4/2022 | Adobe Acrobat (PDF) | | | | | 271. SAO Hotline Complaint.pdf | Privileged - Redact | Investigative | Election complaint received from SAO Complaint Hotline regarding potential ballot harvesting in Tarrant County in 2022 General Election. |
| Improper Investigative | DOC_0821902 | STATE185211 | Keith Ingram | 12/12/2022 | Microsoft Outlook Message Mail | FW: 441. Judith Canion Complaint | | | | 00000000D78BFEA213036548A30A76976201441AE4A32200.msg | Privileged - Redact | Investigative | Election complaint submitted 11/29/22 regarding potential curbside voting fraud in 2022 General Election. |
| Improper Investigative | DOC_0821903 | STATE185213 | Keith Ingram | 1/14/2023 | Adobe Acrobat (PDF) | | | | | 441. Judith Canion Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/29/22 regarding potential curbside voting fraud in Dallas County during the 2022 General Election. |
| Improper Investigative | DOC_0822072 | STATE185232 | Keith Ingram | 5/26/2022 | Microsoft Outlook Message Mail | 157. Jennifer Abraham Complaint | Kate Fisher | Keith Ingram ; Heidi Martinez | Kristi Hart | 157. Jennifer Abraham Complaint.msg | Privileged - Redact | Investigative | Election complaint submitted 3/25/22 regarding potential voter harassment in 2022 Primary Election. |
| Improper Investigative | DOC_0822073 | STATE185234 | Keith Ingram | 12/26/2022 | Adobe Acrobat (PDF) | | | | | 157. Jennifer Abraham Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 3/25/22 regarding potential voter harassment in Dallas Co. during 2022 Primary Runoff Election. |
| Improper Investigative | DOC_0822096 | STATE185240 | Keith Ingram | 6/6/2022 | Microsoft Outlook Message Mail | 169. Alejandro Jimenez Martinez Complaint | Kate Fisher | Keith Ingram ; Heidi Martinez | Kristi Hart | 169. Alejandro Jimenez Martinez Complaint.msg | Privileged - Redact | Investigative | Election complaint submitted 5/31/22 regarding potential discrimination against Spanish speaking voters in 2022 Elections. |
| Improper Investigative | DOC_0822137 | STATE185253 | Keith Ingram | 12/15/2022 | Adobe Acrobat (PDF) | | | | | Vela complaintform-sos.pdf | Privileged - Redact | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Starr County during the 2022 General Election. |
| Improper Investigative | DOC_0822758 | STATE185259 | Keith Ingram | 12/12/2022 | Adobe Acrobat (PDF) | | | | | Vela complaintform-sos.pdf | Privileged - Redact | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Starr County during the 2022 General Election. |
| Improper Investigative | DOC_0822904 | STATE185265 | Keith Ingram | 11/23/2022 | Adobe Acrobat (PDF) | | | | | Vela complaintform-sos.pdf | Privileged - Redact | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Starr County during the 2022 General Election. |
| Improper Investigative | DOC_0823824 | STATE185271 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | Information Technology | | | 278. Wayne Hamilton - OAG Referral.pdf | Privileged - Redact | Investigative | Referral letter to OAG regarding possible ballot harvesting in Starr County during the 2022 General Election. |
| Improper Investigative | DOC_0823825 | STATE185273 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Redact | Investigative | Complaint referred letter to OAG regarding possible ballot harvesting in Starr County during the 2022 General Election. |

| Challenge | ID Number | BegBates | Custodian | Date Unified | Application | Subject | Author | To | CC | Filename | Privilege Treatment | Privilege Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Improper Investigative | DOC_0823827 | STATE185279 | Keith Ingram | 10/31/2022 | Microsoft Outlook Message Mail | 316. Revesz Complaint | Elections Internet | reveszteresa306@gmail.com | | 316. Revesz Complaint.msg | Privileged - Redact | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in 2022 General Election. |
| Improper Investigative | DOC_0823828 | STATE185281 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | | | | 318. Monica Flores-Rolater Complaint.pdf | Privileged - Redact | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in Collin County during the 2022 General Election. |
| Improper Investigative | DOC_0823829 | STATE185288 | Keith Ingram | 3/23/2023 | Adobe Acrobat (PDF) | | Kate Fisher | | | 380. Elizabeth Bordelon Complaint.pdf | Privileged - Redact | Investigative | Election complaint regarding potential unlawful assistance in Jefferson County during the 2022 General Election. |
| Improper Investigative | DOC_0829417 | STATE185296 | Lena Proft | 2/15/2023 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22.pdf | Privileged - Redact | Investigative | Election complaint received 12/20/22 alleging fraud and irregularities in Fort Bend County during the 2022 elections. |
| Improper Investigative | DOC_0829800 | STATE185308 | Lena Proft | 2/15/2023 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22.pdf | Privileged - Redact | Investigative | Election complaint submitted 12/20/22 by a poll watcher regarding potential fraud in Fort Bend County involving pre-filled ballots and voting machine manipulation in 2022 Election. |
| Improper Investigative | DOC_0833777 | STATE185314 | Chuck Pinney | 6/6/2022 | Adobe Acrobat (PDF) | | | | | 98. Bernett Hernandez Complaint.pdf | Privileged - Redact | Investigative | Election Complaint alleging ballot harvesting in Lamesa, TX during the 2022 elections. |
| Improper Investigative | DOC_0833781 | STATE185336 | Chuck Pinney | 6/6/2022 | Adobe Acrobat (PDF) | | | | | 98. Bernett Hernandez Complaint.pdf | Privileged - Redact | Investigative | Election Complaint alleging ballot harvesting in Lamesa, TX during the 2022 elections. |
| Improper Investigative | DOC_0833918 | STATE185362 | Chuck Pinney | 7/25/2022 | Adobe Acrobat (PDF) | | | | | 140. James Sheridan Complaint.pdf | Privileged - Redact | Investigative | Election complaint about alleged violations of Tex. Elec. Code Sec. 31.051, 61.003, 61.007, and 61.008 during May 2022 Local Election. |
| Improper Investigative | DOC_0833920 | STATE185385 | Chuck Pinney | 5/19/2022 | Microsoft Outlook Message Mail | Re: 140. James Sheridan Complaint | Keith Ingram | Kate Fisher ; Kristi Hart ; Heidi Martinez | | Re_ 140. James Sheridan Complaint.msg | Privileged - Redact | Investigative | Election complaint received 5/16/22, alleging violation of 61.007 in Elkhart, TX. Referred to OAG. |
| Improper Investigative | DOC_0833921 | STATE185388 | Chuck Pinney | 7/25/2022 | MS Office (2016) Word | | Louri O'Leary | | | Billy Wright - AG Referral.docx | Privileged - Redact | Investigative | Draft referral letter to Criminal Investigations at Office of Attorney General about election complaint alleging violation of Tex. Elec. Code Sec. 61.007 in Elkhart, TX. |
| Improper Investigative | DOC_0834221 | STATE185455 | Chuck Pinney | 12/8/2022 | Microsoft Outlook Message Mail | Re: 271. SAO Hotline Complaint - Assignment (CP) | Charles Pinney | Kate Fisher ; Keith Ingram | Heidi Martinez | 000000001CD1480C5F966348AACA6D4E19E8EDEA246B2000.msg | Privileged - Redact | Investigative | Election complaint received SAO Complaint Hotline regarding potential vote harvesting in Tarrant County. |
| Improper Investigative | DOC_0834222 | STATE185457 | Chuck Pinney | 12/8/2022 | Microsoft Word 97/98 | | Information Technology | | | Duane Sedge (SAO) - NR.doc | Privileged - Redact | Investigative | Election complaint received SAO Complaint Hotline regarding potential vote harvesting in Tarrant County. |
| Improper Investigative | DOC_0834229 | STATE185458 | Chuck Pinney | 12/7/2022 | Microsoft Outlook Message Mail | Re: 318. Monica Flores-Rolater Complaint - Assignment (CP) | Charles Pinney | Kate Fisher ; Keith Ingram | Heidi Martinez | 000000001CD1480C5F966348AACA6D4E19E8EDEA046F2000.msg | Privileged - Redact | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election. |
| Improper Investigative | DOC_0834316 | STATE185460 | Chuck Pinney | 12/7/2022 | Microsoft Outlook Message Mail | Re: 318. Monica Flores-Rolater Complaint - Assignment (CP) | Charles Pinney | Kate Fisher ; Keith Ingram | Heidi Martinez | 000000001CD1480C5F966348AACA6D4E19E8EDEA04A82000.msg | Privileged - Redact | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election. |
| Improper Investigative | DOC_0834317 | STATE185462 | Chuck Pinney | 12/7/2022 | MS Office (2016) Word | | Charles Pinney | | | Monica Flores-Rolater - Unlawful Assistance - AG.docx | Privileged - Redact | Investigative | Draft letter to the Director of Law Enforcement at the Office of Attorney General referring election complaint. |
| Improper Investigative | DOC_0834319 | STATE185464 | Chuck Pinney | 12/7/2022 | Microsoft Outlook Message Mail | RE: 318. Monica Flores-Rolater Complaint - Assignment (CP) | Keith Ingram | Charles Pinney ; Kate Fisher | Heidi Martinez | 000000001CD1480C5F966348AACA6D4E19E8EDEA04A92000.msg | Privileged - Redact | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election. |