# AMENDED

# EXHIBIT I

*Improper Assertions of the*
*Attorney-Client Privilege (No Client)*

| ID Number | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0806487 | | Andre Montgomery | 12/22/2022 | Outlook Email | Legislative Report on CWPP | Andre Montgomery | Christina Adkins; Heidi Martinez | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication between SOS attorneys regarding draft Legislative report on November 2020 election |
| DOC_0806885 | | Andre Montgomery | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Lena Proft | Elections-Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversation between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 |
| DOC_0806901 | | Andre Montgomery | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Lena Proft | Heidi Martinez; Charles Pinney; Elections-Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversation between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 |
| DOC_0806927 | | Andre Montgomery | 3/3/2023 | Outlook Email | Re DRAFT email to Ellis County re Farmers Branch | Charles Pinney | Lena Proft; Elections Attorneys | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email conversations between SOS attorney and SOS legal regarding draft response email to Ellis County elections admin question on election procedures |
| DOC_0809364 | | Christina Adkins | 1/10/2023 | Outlook Email | Portions of Code that impact SOS | Heidi Martinez | Christina Adkins | | | Privileged - Withhold | Attorney Client | Email communication between SOS attorneys regarding portions of election code that impact SOS duties |
| DOC_0815319 | | Heidi Martinez | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | Heidi Martinez | Lena Proft | | | Privileged - Withhold | Attorney Client | Emails among SOS attorneys regarding edits to a draft email to Ellis County regarding election procedures |
| DOC_0829571 | | Lena Proft | 3/3/2023 | Outlook Email | RE DRAFT email to Ellis County re Farmers Branch | | | | | Privileged - Withhold | Attorney Client | Email communication between SOS attorneys regarding Ellis County inquiry on election procedures |
| DOC_0805973 | | Andre Montgomery | 8/8/2022 | Outlook Email | 2020 Election Results E-mails | Andre Montgomery | Heidi Martinez | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication between SOS attorneys regarding election results emails |