# AMENDED EXHIBIT J

*Improper Assertions of the Deliberative Process Privilege*

| ID Number | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0808748 | | Christina Adkins | 2/16/2023 | Outlook Email | Fwd  Alexa's Edits to RLA Document | Christina Adkins | Adam Bitter | | | Privileged - Withhold | Attorney Client; Deliberative Process | Email communication Elections Division staff and SOS attorney regarding what to include in its recommendation to the Legislature for the election audit |
| DOC_0808749 | | Christina Adkins | 2/27/2023 | Microsoft Word 2016 | | Alexa Buxkemper | | | Updated V2 Draft Report - Alexa's edits docx | Privileged - Withhold | Deliberative Process | Draft changes to risk-limiting audit pilot report 2022 |