## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br> *Plaintiffs,* <br><br> *v.* <br><br> GREGORY W. ABBOTT, et al., <br> *Defendants.* | § § § § § § § | Case No. 5:21-cv-844-XR |

## STATE DEFENDANTS' NOTICE OF LEAD COUNSEL

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, John Scott, in his official capacity as Provisional Attorney General of Texas ("State Defendants"), file this Notice to alert the Court that Ryan G. Kercher will appear as lead counsel in the above-captioned case. Mr. Kercher filed an appearance on April 11, 2023, is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Date: July 11, 2023

Respectfully submitted.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney
General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

/s/ RYAN G. KERCHER
RYAN G. KERCHER
Tex. State Bar No. 24060998
Deputy Chief, General Litigation Division

KATHLEEN HUNKER
Special Counsel
Tex. State Bar No. 24118415

WILLIAM WASSDORF
Assistant Attorney General
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
william.wassdorf@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 11, 2023, and that all counsel of record were served by CM/ECF.

/s/ RYAN G. KERCHER
RYAN G. KERCHER