# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
JUL 10 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

July 10, 2023

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

> No. 22-50435    LULAC Texas v. Hughes
>                 USDC No. 5:21-CV-844-XR
>                 USDC No. 1:21-CV-786

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
Mr. Jonathan Backer
Mr. William Francis Cole
Mr. Christopher D. Dodge
Mr. Uzoma Nkem Nkwonta
Ms. Lanora Christine Pettit
 Alisa Philo
Ms. Bonnie Ilene Robin-Vergeer
Mr. William Thomas Thompson
Ms. Colleen Tran