IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs,* v. JANE NELSON, et al., *Defendants.* | 1:21-CV-0780-XR |

**OCA PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE XAVIER RODRIGUEZ, U.S. DISTRICT JUDGE:

OCA Plaintiffs filed a 55 page motion for partial summary judgment in this case. ECF No. 611. State Defendants responded with a 53 page brief in opposition, ECF No. 646, and Intervenor-Defendants responded with a 15 page brief in opposition, ECF No. 635.

The default page limit for OCA Plaintiffs' reply to each of Defendants' responses is 30 pages. *See* Fact Sheet for Judge Xavier Rodriguez, at 6 ¶ 31.[1] Instead of replying separately to each, OCA Plaintiffs intend to file a single consolidated brief addressing both the State and Intervenor- Defendants' arguments together. Accordingly, OCA Plaintiffs respectfully request this Court extend the page limit for their consolidated reply by 10 pages, for a total of 40 pages.

---

[1] *Available at* https://www.txwd.uscourts.gov/wp-content/uploads/2019/11/Court20Facts20for20US20District20Judge20Rodriguez-1.pdf.

1

OCA Plaintiffs have conferred with counsel for State Defendants and for Intervenor-Defendants and neither oppose this requested extension. The request is made in good faith and not for the purpose of delay. OCA Plaintiffs therefore respectfully request the Court extend the page limit, so that they may file a consolidated reply in support of their motion for summary judgment, to 40 pages.

Dated: July 13, 2023                                    /s/ Zachary Dolling

                                            Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
Veronikah Warms*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org

skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No. 24033013
PETER HOFER
Texas State Bar No. 09777275
CHRISTOPHER MCGREAL
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org

cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

*COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.*
*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On July 13, 2023, I filed the foregoing using the CM/ECF system of the Western District of Texas, which will send notification of this filing to counsel of record.

/s/ *Zachary Dolling*

## CERTIFICATE OF CONFERENCE

On July 11, 2023, and July 13, 2023, counsel for OCA Plaintiffs conferred with counsel for State Defendants and counsel for Intervenor-Defendants. Neither oppose the requested page extension.

/s/ *Zachary Dolling*