**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

LA UNIÓN DEL PUEBLO ENTERO, et al.,
*Plaintiffs,*

     v.

GREGORY W. ABBOTT, et al.,
*Defendants.*

5:21-cv-844-XR

OCA-GREATER HOUSTON, et al.,
*Plaintiffs,*

     v.

JANE NELSON, et al.,
*Defendants.*

1:21-CV-0780-XR

**[PROPOSED] ORDER GRANTING OCA PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND PAGE LIMIT FOR CONSOLIDATED REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT**

After consideration, the Court **GRANTS** OCA Plaintiffs' Unopposed Motion to Extend

Page Limit for Consolidated Reply in Support of Motion for Summary Judgment. Accordingly,

the Court **ORDERS** that the page limit for OCA Plaintiffs' consolidated reply in support of their

motion for summary judgment is extended to 40 pages.

SIGNED this _____ day of July, 2023.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE