**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, ET AL., <br>   Plaintiffs, <br> v. <br> GREGORY W. ABBOTT, ET AL., <br>   Defendants. | No. 5:21-cv-844-XR |

### STATE DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Angela Colmenero, in her official capacity as Provisional Attorney General of Texas ("State Defendants"), file this Notice of Appearance of Counsel and hereby notifies the Court that Zachary Berg will appear as counsel in the above-captioned case along with counsel listed below. Zachary Berg is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block:

Date: July 14, 2023

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLYOD
Deputy Attorney General for Civil Litigation

Respectfully submitted.

RYAN G. KERCHER
Deputy Chief, General Litigation Division
Tex. State Bar No. 24060998

KATHLEEN HUNKER
Special Counsel
Tex. State Bar No. 24118415

*/s/ Zachary Berg*
ZACHARY BERG
Special Counsel
Tex. State Bar. 24107706

WILLIAM D. WASSDORF
Assistant Attorney General
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Kercher@oag.texas.gov
Kathleen.Hunker@oag.texas.gov
Zachary.Berg@oag.texas.gov
William.Wassdorf@oag.texas.gov

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 14, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Zachary Berg*
ZACHARY BERG