IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| *Defendants.* | § | |

## DECLARATION OF WESLEY HENSLEY SUPPORTING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

I, Wesley Hensley, pursuant to 28 U.S.C. 1746, am executing this declaration. I declare under penalty of perjury that the facts stated below are true and correct to the best of my personal knowledge and belief.

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge and experience.

2. I currently serve as a Major in the Criminal Investigations Division in the Office of the Attorney General of Texas and submit this Declaration in support of the State's Response to Plaintiffs' Motion to Compel in the above-captioned case.

3. The Criminal Investigations Division receives referrals of suspected criminal conduct related to elections from the Office of the Secretary of State of Texas, Texas counties, as well as individuals. The Criminal Investigations Division then investigates the suspected conduct to determine whether the case should be referred to local officials for prosecution.

4. As a Major in the Criminal Investigations Division, I can search the Division's files to determine whether criminal investigations arising from the referrals received by our office remain active and ongoing or have been closed.



5. Based on my review of the files of the Criminal Investigations Division, the following documents relate to active and ongoing criminal investigations being conducted by this Division:

| | | | | |
|---|---|---|---|---|
| DOC_0805430 | DOC_0805463 | DOC_0805511 | DOC_0805526 | DOC_0805541 |
| DOC_0805431 | DOC_0805497 | DOC_0805512 | DOC_0805527 | DOC_0805542 |
| DOC_0805432 | DOC_0805498 | DOC_0805513 | DOC_0805528 | DOC_0805543 |
| DOC_0805433 | DOC_0805499 | DOC_0805514 | DOC_0805529 | DOC_0805544 |
| DOC_0805434 | DOC_0805500 | DOC_0805515 | DOC_0805530 | DOC_0805545 |
| DOC_0805435 | DOC_0805501 | DOC_0805516 | DOC_0805531 | DOC_0805546 |
| DOC_0805436 | DOC_0805502 | DOC_0805517 | DOC_0805532 | DOC_0805547 |
| DOC_0805437 | DOC_0805503 | DOC_0805518 | DOC_0805533 | DOC_0805548 |
| DOC_0805450 | DOC_0805504 | DOC_0805519 | DOC_0805534 | DOC_0805549 |
| DOC_0805452 | DOC_0805505 | DOC_0805520 | DOC_0805535 | DOC_0805550 |
| DOC_0805453 | DOC_0805506 | DOC_0805521 | DOC_0805536 | DOC_0805551 |
| DOC_0805454 | DOC_0805507 | DOC_0805522 | DOC_0805537 | DOC_0805552 |
| DOC_0805455 | DOC_0805508 | DOC_0805523 | DOC_0805538 | DOC_0805553 |
| DOC_0805456 | DOC_0805509 | DOC_0805524 | DOC_0805539 | DOC_0805554 |
| DOC_0805457 | DOC_0805510 | DOC_0805525 | DOC_0805540 | |

Executed on July 14, 2023.

Wesley Hensley
Major
Criminal Investigations Division
Office of the Attorney General of Texas