**EXHIBIT A**

| | |
|---|---|
| **From:** | Zachary Berg |
| **To:** | jmgore@jonesday.com; cetroberts@jonesday.com; lcapozzi@jonesday.com; scrosland@jonesday.com; skenny@jonesday.com; jean.gill@bexar.org; lisa.cubriel@bexar.org; lroberson@bexar.org; maryann.ortegon@bexar.org; noelle.butler@bexar.org; barbara.nicholas@dallascounty.org; ben.stool@dallascounty.org; cecily.fazzino@dallascounty.org; jason.schuette@dallascounty.org; kim.barr@dallascounty.org; clebel@cooley.com; ghabell@cooley.com; jpalaganas@cooley.com; khartnett@cooley.com; kspector@cooley.com; mejiab@cooley.com; nfelsen@cooley.com; oarmon@cooley.com; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; attorney@rodriguezfirm.com; eric.nichols@butlersnow.com; mckenna.tansey@butlersnow.com; victoria.giese@butlersnow.com; jacqueline.bauerband@harriscountytx.gov; jonathan.fombonne@harriscountytx.gov; tiffany.bingham@harriscountytx.gov; josephine.ramirez@da.co.hidalgo.tx.us; leigh.tognetti@da.co.hidalgo.tx.us; jacqueline.villarreal@da.co.hidalgo.tx.us; michaelj.garza@da.co.hidalgo.tx.us; gabe.hodge@traviscountytx.gov; leslie.dippel@traviscountytx.gov; patrick.pope@traviscountytx.gov; tony.nelson@traviscountytx.gov; daniel.freeman@usdoj.gov; dana.paikowsky@usdoj.gov; michael.stewart3@usdoj.gov; jennifer.yun@usdoj.gov; richard.dellheim@usdoj.gov; tiffani.soo-tim@usdoj.gov; lauren.putnam@usdoj.gov; berryp@brennan.law.nyu.edu; monzona@brennan.law.nyu.edu; morales-doyles@brennan.law.nyu.edu; sandersr@brennan.law.nyu.edu; singhj@brennan.law.nyu.edu; sweren-beckere@brennan.law.nyu.edu; tulinl@brennan.law.nyu.edu; jason.kanterman@friedfrank.com; kevin.zhen@friedfrank.com; michael.keats@friedfrank.com; rebecca.martin@friedfrank.com; fmenendez@maldef.org; jlongoria@maldef.org; nperales@maldef.org; liz.ryan@weil.com; megan.cloud@weil.com; kparreno@maldef.org; asavomatthews@elias.law; cdodge@elias.law; dlorenzo@elias.law; erodriguezarmenta@elias.law; mjones@elias.law; mmcqueen@elias.law; mogara@elias.law; nbaron@elias.law; oalerasool@elias.law; unkwonta@elias.law; jvattamala@aaldef.org; pstegemoeller@aaldef.org; rpatel@aaldef.org; slorenzo-giguere@aaldef.org; acepedaderieux@aclu.org; asavitzky@aclu.org; dcampbell-harris@aclu.org; smizner@aclu.org; aharris@aclutx.org; esaldivar@aclutx.org; tbuser-clancy@aclutx.org; skumar@aclutx.org; lromano@drtx.org; lsnead@drtx.org; mmcnair@drtx.org; phofer@drtx.org; abernstein@jenner.com; apeterson@jenner.com; atrepp@jenner.com; gwashington@jenner.com; jamunson@jenner.com; chris@texascivilrightsproject.org; hani@texascivilrightsproject.org; schen@texascivilrightsproject.org; veronikah@texascivilrightsproject.org; zachary@texascivilrightsproject.org; bradley.prowant@stoel.com; elijah.watkins@stoel.com; jackie.franolich@stoel.com; laura.rosenbaum@stoel.com; mark.bieter@stoel.com; wendy.olson@stoel.com; bwilliams@naacpldf.org; jholmes@naacpldf.org; ksadasivan@naacpldf.org; usheikh@naacpldf.org; vgenecin@naacpldf.org; dlopez@reedsmith.com; kbroughton@reedsmith.com; kpippin@reedsmith.com; sarah.stewart@reedsmith.com; rusciano@thearc.org; wakschlag@thearc.org; dlang@gravitystack.com; jtolbert@gravitystack.com |
| **Cc:** | Christopher Hilton; Ryan Kercher; Kathleen Hunker; Will Wassdorf; Amy Hilton; David Bryant; Jameson Joyce; Ethan Szumanski; Sharon Murray; SB12021; Adrian Skinner |
| **Subject:** | LUPE v. Texas, No. 5:21-cv-844-XR – State Defendants" 7/14/23 Supplemental Production |
| **Date:** | Friday, July 14, 2023 4:47:57 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Counsel,

Today's supplemental production is responsive to LUPE Plaintiffs' 2nd RFP. The four documents being produced were among those at issue in LUPE Plaintiffs' Motion to Compel Documents from State Defendants (ECF 630). These four documents were previously withheld but are now being produced without redactions.

One document, DOC_0822384, originally appeared on State Defendants' May 12th, 2023, log. Two documents, DOC_0805497 and DOC_0805531, appeared on State Defendants' May 19, 2023, privilege log. One document, DOC_0814783, appeared on State Defendants' June 16, 2023, Privilege Log. Please use the following link to access these documents:

https://txoag.box.com/s/l5m4j6lchhrzv9v8rabiv2tc3fde3vrp

If accessing Box for the first time:

1. Click the link above
2. At the next screen, choose "Not a part of Texas Office of the Attorney General"



**EXHIBIT A**



3. If you already have a Box account, enter your email address and click next.  If you do not have a Box account, click the "Reset Password" link and continue to Step 4.



4. Enter your email address and click the "Reset Password" button.  The Box system will send an email with further instructions to create your account.  The account is free.  Please follow the Box instructions to setup your account and then click the link above again.



If you encounter any difficulty downloading the production from our Box system, you may contact Adrian Skinner at the following address:

> Adrian Skinner, CEDS
> eDiscovery Project Manager
> Office of the Attorney General - Texas

**EXHIBIT A**

adrian.skinner@oag.texas.gov

Thank you.

*Zachary W. Berg*
Special Counsel
Office of the Texas Attorney General
209 W 14th Street, 7th Floor
Austin, Texas 78701
512.936.1808