# EXHIBIT 6

Toby Cole                                                      June 28, 2022

```
 1                UNITED STATES DISTRICT COURT
                            FOR THE
 2                  WESTERN DISTRICT OF TEXAS

 3
     LA UNION DEL PUEBLO        §
 4   ENTERO, ET AL.             §
                                §
 5       Plaintiff              §
                                §  Civil Action No.
 6   V.                         §  5:21-cv-00844-XR
                                §
 7   GREGORY W. ABBOTT, ET      §
     AL.                        §
 8                              §
         Defendant.             §
 9

10

11

12

13                    ORAL DEPOSITION OF
                           TOBY COLE
14                       JUNE 28, 2022

15

16

17      ORAL DEPOSITION OF TOBY COLE, produced as a witness

18   at the instance of the Defendant and duly sworn, was

19   taken in the above styled and numbered cause on Tuesday,

20   June 28, 2022, from 9:16 a.m. to 10:42 a.m., before

21   DONNA QUALLS, Notary Public in and for the State of

22   Texas, by computerized stenotype machine, at the offices

23   of Cole Law Firm, 1616 South Voss Road, Houston, Texas,

24   pursuant to the Federal Rules of Civil Procedure and any

25   provisions stated on the record or attached hereto.
```

```
 1        Q.  And when you -- when you do vote, do you vote
 2   in person?
 3        A.  Yes.
 4        Q.  Have you ever voted by mail?
 5        A.  No.
 6        Q.  Have you ever applied to vote by mail?
 7        A.  No.
 8        Q.  Do you vote early or on election day?
 9        A.  I've done both.  I've done both.  More
10   recently, I try to early vote more, but I've done both.
11        Q.  And do you use an assistant to vote?
12        A.  Always.
13        Q.  Did you vote in the 2020 election?
14        A.  I did.
15        Q.  And what elections have you voted in in 2022?
16        A.  I think I voted -- I believe I voted twice.  I
17   don't know if they were in 2022, but I voted once in the
18   primary.  And then once we had -- I don't know if they
19   call it a special election, but we had some votes to
20   change the constitution.  So I think I voted twice.
21        Q.  So I think there was the March 1st primary.
22   Then there was a May 7th local and constitutional
23   amendment election?
24        A.  Yeah.
25        Q.  And then there was a May 24th primary runoff.
```