# EXHIBIT 113

S.B. No. 1599

1                          AN ACT

2  relating to ballots voted by mail.

3         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4         SECTION 1.  Section 66.026, Election Code, is amended to

5  read as follows:

6         Sec. 66.026.  CONTENTS OF BALLOT BOX NO. 4.  Ballot box no. 4

7  must contain:

8               (1)  the original of the ballot register;

9               (2)  the register of spoiled ballots;

10              (3)  any spoiled ballots;

11              (4)  any ballot to be voted by mail returned at the

12  polling place;

13              (5)  [(4)]  any defectively printed ballots;

14              (6)  [(5)]  any  envelope  containing  cancellation

15  requests and canceled ballots; and

16              (7)  [(6)]  any other unused ballots.

17         SECTION 2.  Section 84.032, Election Code, is amended by

18  adding Subsection (d-1) to read as follows:

19              (d-1)  An election officer shall maintain a register of

20  ballots to be voted by mail returned at a polling place under

STATE182732

S.B. No. 1599

1      SECTION 3.  Section 84.036, Election Code, is amended to

2  read as follows:

3      Sec. 84.036.  DISPOSITION OF RETURNED BALLOT.  (a)  If an

4  early voting ballot sent to an applicant whose application is

5  canceled is returned to the early voting clerk as a marked ballot,

6  the ballot shall be treated as a marked ballot not timely returned.

7      (b)  After making the appropriate entry on a register

8  maintained under Section 84.032(d-1), an election officer shall

9  deposit a ballot to be voted by mail returned at a polling place

10  under Section 84.032(d) in ballot box no. 4.

11      SECTION 4.  Section 86.008, Election Code, is amended to

12  read as follows:

13      Sec. 86.008.  OPPORTUNITY TO CORRECT DEFECT: [DEFECTIVE]

14  APPLICATION.  (a)  This section applies to an application for a

15  ballot to be voted by mail for which the applicant failed to comply

16  with a requirement provided by Section 84.002, 84.0021, or

17  84.003(a) in a manner that would lead, if not corrected, to the

18  rejection of the applicant's application.

19      (a-1)  Not later than the second day after the early voting

20  clerk discovers a defect described by Subsection (a), the early

21  voting clerk shall:

22      (1)  determine if it would be possible for the

23  applicant to correct the defect and return an application form by

S.B. No. 1599

1  application form before the deadline provided by Section 84.007(c)

2  or 86.0015(b-1), either return the application to the applicant or

3  [If on reviewing an application for a ballot to be voted by mail

4  that was received on or before the 18th day before election day the

5  early voting clerk determines that the application does not fully

6  comply with the applicable requirements prescribed by this title,

7  the clerk shall mail or otherwise] deliver an official application

8  form to the applicant.

9      (b)  The clerk shall include with the returned application or

10 an application form [mailed or] delivered to the applicant under

11 Subsection (a-1)(2) a written notice containing:

12         (1)  a  brief  explanation  of  each  defect  in  the

13 noncomplying application;

14         (2)  a statement informing the voter that the voter is

15 not entitled to vote an early voting ballot unless the application

16 complies with all legal requirements; and

17         (3)  instructions  for  submitting  the  corrected  or

18 second application.

19      (c)  If the early voting clerk determines that it would not

20 be possible for the applicant to correct the defect and return an

21 application form by mail before the deadline provided by Section

22 84.007(c) or 86.0015(b-1), as applicable, [an application that does

23 not fully comply with the applicable requirements prescribed by

STATE182734

S.B. No. 1599

1  Subsection (b), and inform the applicant that the applicant may

2  come to the early voting clerk's office before the deadline

3  provided by Section 84.007(c) or 86.0015(b-1), as applicable, and

4  correct the defect in person [~~shall mail or otherwise deliver a~~

5  ~~notice to the voter containing the information prescribed by~~

6  ~~Subdivisions (1) and (2) of Subsection (b), including a statement~~

7  ~~that the application was late, if applicable~~].

8      (c-1)  The clerk shall:

9          (1)  in addition to returning an application or

10  providing an application form under Subsection (a-1)(2) or

11  notifying an applicant under Subsection (c), notify the applicant

12  of a defect discovered under this section and provide the

13  information required to be included under Subsection (b) using the

14  online tool described by Section 86.015; and

15          (2)  if possible, permit the applicant to correct a

16  defect using the online tool described by Section 86.015.

17      (d)  Notwithstanding any other provisions of this code, the

18  clerk may deliver in person to the voter a second application if the

19  defective original application is timely and may receive, before

20  the deadline, the corrected application in person from the voter.

21  If a procedure authorized by this subsection is used, it must be

22  applied uniformly to all applications covered by this subsection.

23  The clerk shall enter a notation on the application indicating any

S.B. No. 1599

1  subsection including requirements for posting notice of any

2  deliveries.

3      SECTION 5.  Sections 86.015(a) and (b), Election Code, are

4  amended to read as follows:

5      (a)  The secretary of state shall develop or otherwise

6  provide an online tool to each early voting clerk [~~that enables a~~

7  ~~person who submits an application for a ballot to be voted by mail~~

8  ~~to track the location and status of the person's application and~~

9  ~~ballot~~] on the secretary's Internet website and on the county's

10 Internet website if the early voting clerk is the county clerk of a

11 county that maintains an Internet website that enables a person who

12 submits an application for a ballot to be voted by mail to:

13         (1) track the location and status of the person's

14 application and ballot; and

15         (2) receive notice of and, if possible, correct a

16 defect in the person's application and ballot under Sections

17 86.008(c-1), 87.0271(e-1), and 87.0411(e-1).

18     (b)  The online tool developed or provided under Subsection

19 (a) must require the voter to provide, before permitting the voter

20 to access information described by that subsection:

21         (1)  the voter's name and date of birth [~~registration~~

22 ~~address~~] and the last four digits of the voter's social security

23 number; and

STATE182736

S.B. No. 1599

1    SECTION 6.  Section 87.0222, Election Code, is amended to

2  read as follows:

3    Sec. 87.0222.  TIME OF DELIVERY: BALLOTS VOTED BY MAIL.  (a)

4  Except as provided by Subsection (a-1), not later than the ninth day

5  before election day [Notwithstanding Section 87.024, in an election

6  conducted by an authority of a county with a population of 100,000

7  or more, or conducted jointly with such a county or conducted with

8  such a county through a contract for election services], the jacket

9  envelopes containing [the] early voting ballots voted by mail shall

10  [may] be delivered to the board [between the end of the ninth day

11  before the last day of the period for early voting by personal

12  appearance and the closing of the polls on election day, or as soon

13  after closing as practicable, at the time or times specified by the

14  presiding judge of the board].

15    (a-1)  Any jacket envelopes of early voting ballots voted by

16  mail returned after delivery of the ballots under Subsection (a)

17  may be delivered to the presiding judge of the early voting ballot

18  board between the end of the ninth day before election day and the

19  closing of the polls on election day, or as soon after closing as

20  practicable, at the time or times specified by the presiding judge.

21    (b)  The early voting clerk shall post notice of each

22  delivery of balloting materials under this section that is to be

23  made before the time for opening the polls on election day.  The

STATE182737

S.B. No. 1599

1  time for opening the polls on election day, the early voting clerk

2  shall notify the county chair of each political party having a

3  nominee on the ballot of the time the delivery is to be made.

4      SECTION 7.  Sections 87.0241(a) and (c), Election Code, are

5  amended to read as follows:

6      (a)  The early voting ballot board  shall make its

7  determination [may determine] whether to accept early voting

8  ballots voted by mail in accordance with Section 87.041 [at any

9  time] after the ballots are delivered to the board.

10      (c)  The secretary of state shall prescribe any procedures

11  necessary for implementing this section [in regard to elections

12  described by Subsection (b)(2)].

13      SECTION 8.  Section 87.0271, Election Code, is amended by

14  amending Subsections (b) and (c) and adding Subsections (b-1),

15  (c-1), and (e-1) to read as follows:

16      (b)  Not later than the second [business] day after a

17  signature verification committee discovers a defect described by

18  Subsection (a) and before the committee decides whether to accept

19  or reject a timely delivered ballot under Section 87.027, the

20  committee shall  send the voter a notice of the defect and a

21  corrective action form developed by the secretary of state under

22  Subsection (c-1) by mail or by common or contract carrier[:

23          [(1)  determine if it would be possible for the voter to

**STATE182738**

S.B. No. 1599

1  ~~to correct the defect and return the carrier envelope before the~~

2  ~~time the polls are required to close on election day~~].

3       (b-1)  The  signature  verification  committee  shall  include

4  with the notice delivered to the voter under Subsection (b):

5            (1)  a  brief  explanation  of  each  defect  in  the

6  noncomplying ballot; and

7            (2)  a notice that the voter may:

8                 (A)  cancel  the  voter's  application  to  vote  by

9  mail in the manner described by Section 84.032; or

10                 (B)  correct the defect in the voter's ballot by:

11                      (i)  submitting  a  corrective  action  form

12  developed  and  made  available  by  the  secretary  of  state  under

13  Subsection (c-1) by mail or by common or contract carrier; or

14                      (ii)  coming  to  the  early  voting  clerk's

15  office not later than the sixth day after election day.

16       (c)  If  the  signature  verification  committee  determines

17  [~~under Subsection (b)(1)~~] that  it  would  not  be  possible  for  the

18  voter  to  receive the notice of defect within a reasonable time to

19  correct  the  defect  [~~and return the carrier envelope before the time~~

20  ~~the polls are required to close on election day~~],  the  committee  may

21  notify  the  voter  of  the  defect  by  telephone  or  e-mail  and  inform  the

22  voter  that  the  voter  may  request  to  have  the  voter's  application  to

23  vote  by  mail  canceled  in  the  manner  described  by  Section  84.032,

STATE182739

S.B. No. 1599

1    (c-1)  The secretary of state shall develop a corrective

2 action form that may be completed and submitted to a signature

3 verification committee under this section to correct a defect.

4    (e-1)  The committee shall:

5    (1)  in addition to sending the voter a notice of the

6 defect under Subsection (b) or notifying the voter of the defect by

7 telephone or e-mail under Subsection (c), notify the voter of a

8 defect discovered under this section using the online tool

9 described by Section 86.015; and

10    (2)  if possible, permit the voter to correct a defect

11 using the online tool described by Section 86.015.

12    SECTION 9.  Section 87.041(d-1), Election Code, is amended

13 to read as follows:

14    (d-1)  If a voter provides the information required under

15 Section 86.002(g) and it identifies the same voter identified on

16 the voter's application for voter registration under Section

17 13.002(c)(8), the signature on the ballot application and on the

18 carrier envelope certificate shall be rebuttably presumed to be the

19 signatures of the voter.  The board shall compare signatures in

20 making a determination under Subsection (b)(2) regardless of

21 whether the presumption provided by this subsection exists.

22    SECTION 10.  Section 87.0411, Election Code, is amended by

23 amending Subsections (b) and (c) and adding Subsections (b-1),

**STATE182740**

S.B. No. 1599

1  delivered ballot under Section 87.041, the board shall <u>send the</u>

2  <u>voter a notice of the defect and a corrective action form developed</u>

3  <u>by the secretary of state under Subsection (c-1) by mail or by</u>

4  <u>common or contract carrier</u>[~~+~~

5       [~~(1)  determine if it would be possible for the voter to~~

6  ~~correct the defect and return the carrier envelope before the time~~

7  ~~the polls are required to close on election day; and~~

8       [~~(2)  return the carrier envelope to the voter by mail,~~

9  ~~if the board determines that it would be possible for the voter to~~

10 ~~correct the defect and return the carrier envelope before the time~~

11 ~~the polls are required to close on election day~~].

12     <u>(b-1)  The early voting ballot board shall include with the</u>

13 <u>notice delivered to the voter under Subsection (b):</u>

14          <u>(1)  a  brief  explanation  of  each  defect  in  the</u>

15 <u>noncomplying ballot; and</u>

16          <u>(2)  a notice that the voter may:</u>

17               <u>(A)  cancel the voter's application to vote by</u>

18 <u>mail in the manner described by Section 84.032; or</u>

19               <u>(B)  correct the defect in the voter's ballot by:</u>

20                    <u>(i)  submitting  a  corrective  action  form</u>

21 <u>developed  and  made  available  by  the  secretary  of  state  under</u>

22 <u>Subsection (c-1) by mail or by common or contract carrier; or</u>

23                    <u>(ii)  coming  to  the  early  voting  clerk's</u>

S.B. No. 1599

1   defect [and return the carrier envelope before the time the polls
2   are required to close on election day], the board may notify the
3   voter of the defect by telephone or e-mail and inform the voter that
4   the voter may request to have the voter's application to vote by
5   mail canceled in the manner described by Section 84.032, submit a
6   corrective action form developed by the secretary of state under
7   Subsection (c-1) by mail or by common or contract carrier, or come
8   to the early voting clerk's office in person not later than the
9   sixth day after election day to correct the defect.

10          (c-1)  The secretary of state shall develop a corrective
11  action form that may be completed and submitted to an early voting
12  ballot board under this section to correct a defect.

13          (e-1)  The early voting ballot board shall:

14          (1)  in addition to sending the voter notice of the
15  defect under Subsection (b) or notifying the voter of the defect by
16  telephone or e-mail under Subsection (c), notify the voter of a
17  defect discovered under this section using the online tool
18  described by Section 86.015; and

19          (2)  if possible, permit the voter to correct a defect
20  using the online tool described by Section 86.015.

21          SECTION 11.  The change in law made by this Act applies only
22  to an application for a ballot to be voted by mail submitted on or
23  after the effective date of this Act.  An application for a ballot

STATE182742

S.B. No. 1599

1   to an election held on or after the effective date of this Act.  An
2   election held before the effective date of this Act is governed by
3   the  law  in  effect  when  the  election  was  held,  and  that  law  is
4   continued in effect for that purpose.
5          SECTION 13.  This Act takes effect September 1, 2023.


_____     _____
      President of the Senate              Speaker of the House

     I  hereby  certify  that  S.B.  No.  1599  passed  the  Senate  on
April 17, 2023, by the following vote:  Yeas 31, Nays 0; and that
the  Senate  concurred  in  House  amendment  on  May 21, 2023,  by  the
following vote:  Yeas 31, Nays 0.


                                    _____
                                          Secretary of the Senate

     I  hereby  certify  that  S.B.  No.  1599  passed  the  House,  with
amendment,  on  May 18, 2023,  by  the  following  vote:   Yeas  144,
Nays 0, one present not voting.


                                    _____
                                          Chief Clerk of the House


Approved:

_____

STATE182743

EXHIBIT
114

H.B. No. 357

1                        AN ACT

2 relating to the requirements to access the online tracker of an

3 application for a ballot to be voted by mail and to the date of

4 runoff elections.

5        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

6        SECTION 1.  Section  2.025,  Election  Code,  is  amended  by

7 amending  Subsection  (a)  and  adding  Subsection  (e)  to  read  as

8 follows:

9        (a)  Except  as  provided  by  Subsection  (d)  or  as  otherwise

10 provided by this code, a runoff election shall be held on a Saturday

11 designated by the secretary of state [not earlier than the 20th or

12 later than the 45th day after the date the final canvass of the main

13 election is completed].

14        (e)  A date designated by the secretary of state under this

15 section for a runoff election:

16             (1)  must be:

17                  (A)  not earlier than the 30th day after the date

18 of the main election; and

19                  (B)  not later than the 45th day after the date of

STATE182637

H.B. No. 357

1  national or state holiday under Section 1.006(f).

2      SECTION 2.  Section 86.015(b), Election Code, is amended to

3  read as follows:

4      (b)  The online tool developed or provided under Subsection

5  (a) must require the voter to provide, before permitting the voter

6  to access information described by that subsection:

7          (1)  the voter's name and date of birth [registration

8  address] and the last four digits of the voter's social security

9  number; and

10          (2)  the voter's:

11              (A)  driver's license number; or

12              (B)  personal identification card number issued

13  by the Department of Public Safety.

14      SECTION 3.  Section 2.025(b), Election Code, is repealed.

15      SECTION 4.  This Act takes effect September 1, 2023.

STATE182638

H.B. No. 357

_____          _____

President of the Senate                    Speaker of the House

     I certify that H.B. No. 357 was passed by the House on April 27, 2023, by the following vote:  Yeas 145, Nays 0, 1 present, not voting; that the House refused to concur in Senate amendments to H.B. No. 357 on May 25, 2023, and requested the appointment of a conference committee to consider the differences between the two houses; and that the House adopted the conference committee report on H.B. No. 357 on May 28, 2023, by the following vote:  Yeas 140, Nays 0, 2 present, not voting.

                                       _____

                                       Chief Clerk of the House

STATE182639

H.B. No. 357

I certify that H.B. No. 357 was passed by the Senate, with amendments, on May 21, 2023, by the following vote:  Yeas 31, Nays 0; at the request of the House, the Senate appointed a conference committee to consider the differences between the two houses; and that the Senate adopted the conference committee report on H.B. No. 357 on May 28, 2023, by the following vote:  Yeas 31, Nays 0.

_____

Secretary of the Senate

APPROVED: _____

Date

_____

Governor

STATE182640

EXHIBIT
115

# Texas Legislature Online
# History

---

**Bill:** SB 1599        **Legislative Session:** 88(R)        **Council Document:** 88R 10186 TSS-D

**Last Action:**    *06/18/2023 E Effective on 9/1/23*

**Caption Version:**   Enrolled
**Caption Text:**    Relating to ballots voted by mail.

**Author:**      Hughes

**Coauthor:**     Parker

**Sponsor:**      Bucy

**Subjects:**     
Elections--Administration (I0277)
Elections--Early Voting (I0260)
Elections--Election Officers (I0305)
Elections--General (I0310)
INTERNET (S0130)
SECRETARY OF STATE (V0042)

**Senate Committee:** State Affairs
**Status:**        Out of committee
**Vote:**         Ayes=8   Nays=2   Present Not Voting=0   Absent=1

**House Committee:** Elections
**Status:**        Out of committee
**Vote:**         Ayes=7   Nays=0   Present Not Voting=0   Absent=2

**Actions**: (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| | Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|---|
| E | Effective on 9/1/23 | | 06/18/2023 | | |
| E | Signed by the Governor | | 06/18/2023 | | 3308 |
| E | Sent to the Governor | | 05/23/2023 | | 2541 |
| H | Signed in the House | | 05/22/2023 | | 4990 |
| S | Signed in the Senate | | 05/22/2023 | | 2409 |
| H | Senate concurs in House amendment(s)-reported | | 05/22/2023 | | 4993 |
| S | Reported enrolled | | 05/21/2023 | | 2325 |
| S | Record vote | | 05/21/2023 | | 2269 |
| S | Senate concurs in House amendment(s) | | 05/21/2023 | | 2269 |
| S | Read | | 05/21/2023 | | 2269 |
| S | House amendment(s) laid before the Senate | | 05/21/2023 | | 2263 |
| S | House passage as amended reported | | 05/18/2023 | | 2069 |
| H | Statement(s) of vote recorded in Journal | | 05/18/2023 | | 4592 |
| H | Record vote | RV#1827 | 05/18/2023 | | 4592 |
| H | Passed | | 05/18/2023 | | 4592 |
| H | Read 3rd time | | 05/18/2023 | | 4592 |
| H | Statement(s) of vote recorded in Journal | | 05/17/2023 | | 4484 |
| H | Record vote | RV#1798 | 05/17/2023 | | 4484 |
| H | Passed to 3rd reading | | 05/17/2023 | | 4484 |

| H | Read 2nd time | | 05/17/2023 | | 4484 |
|---|---|---|---|---|---|
| H | Placed on General State Calendar | | 05/17/2023 | | |
| H | Considered in Calendars | | 05/15/2023 | | |
| H | Committee report sent to Calendars | | 05/15/2023 | | |
| H | Committee report distributed | | 05/12/2023 | 06:36 PM | |
| H | Comte report filed with Committee Coordinator | | 05/12/2023 | | 4327 |
| H | Reported favorably as substituted | | 05/08/2023 | | |
| H | Committee substitute considered in committee | | 05/08/2023 | | |
| H | Considered in formal meeting | | 05/08/2023 | | |
| H | Left pending in committee | | 05/04/2023 | | |
| H | Testimony taken/registration(s) recorded in committee | | 05/04/2023 | | |
| H | Considered in public hearing | | 05/04/2023 | | |
| H | Scheduled for public hearing on . . . | | 05/04/2023 | | |
| H | Referred to Elections | | 04/24/2023 | 07:06 PM | 1931 |
| H | Read first time | | 04/24/2023 | | 1931 |
| H | Received from the Senate | | 04/18/2023 | | 1633 |
| S | Reported engrossed | | 04/17/2023 | | 1007 |
| S | Record vote | | 04/17/2023 | | 993 |
| S | Passed | | 04/17/2023 | | 993 |
| S | Read 3rd time | | 04/17/2023 | | 993 |
| S | Record vote | | 04/17/2023 | | 993 |
| S | Three day rule suspended | | 04/17/2023 | | 993 |
| S | Vote recorded in Journal | | 04/17/2023 | | 993 |
| S | Passed to engrossment as amended | | 04/17/2023 | | 993 |
| S | Vote recorded in Journal | | 04/17/2023 | | 993 |
| S | Amended | | 04/17/2023 | | 993 |
| S | Amendment(s) offered | FA2 Creighton | 04/17/2023 | | 992 |
| S | Vote recorded in Journal | | 04/17/2023 | | 992 |
| S | Amended | | 04/17/2023 | | 992 |
| S | Amendment(s) offered | FA1 Miles | 04/17/2023 | | 992 |
| S | Read 2nd time | | 04/17/2023 | | 992 |
| S | Record vote | | 04/17/2023 | | 991 |
| S | Rules suspended-Regular order of business | | 04/17/2023 | | 991 |
| S | Co-author authorized | | 04/17/2023 | | 1004 |
| S | Placed on intent calendar | | 04/13/2023 | | |
| S | Committee report printed and distributed | | 04/06/2023 | 08:16 PM | |
| S | Reported favorably as substituted | | 04/06/2023 | | 852 |
| S | Vote taken in committee | | 04/03/2023 | | |
| S | Considered in public hearing | | 04/03/2023 | | |
| S | Left pending in committee | | 03/30/2023 | | |
| S | Testimony taken in committee | | 03/30/2023 | | |
| S | Considered in public hearing | | 03/30/2023 | | |
| S | Scheduled for public hearing on . . . | | 03/30/2023 | | |
| S | Referred to State Affairs | | 03/16/2023 | | 458 |
| S | Read first time | | 03/16/2023 | | 458 |
| S | Filed | | 03/03/2023 | | |
| S | Received by the Secretary of the Senate | | 03/03/2023 | | |

# EXHIBIT 116

**Texas Legislature Online**
# History

---

**Bill:** HB 357          **Legislative Session:** 88(R)                    **Council Document:** 88R 1782 DIO-D

---

**Last Action:**          *06/13/2023 E Effective on 9/1/23*

**Caption Version:**      Enrolled
**Caption Text:**         Relating to the requirements to access the online tracker of an application for a ballot to be voted by mail and to the date of runoff elections.

**Author:**               Bucy | Smith | Capriglione | Garcia

**Coauthor:**             Morales Shaw

**Sponsor:**              Hughes

**Subjects:**             Elections--Administration (I0277)
                          Electronic Information Systems (I0311)
                          SECRETARY OF STATE (V0042)

**House Committee:**      Elections
**Status:**               Out of committee
**Vote:**                 Ayes=7   Nays=0   Present Not Voting=0   Absent=2

**Senate Committee:**     State Affairs
**Status:**               Out of committee
**Vote:**                 Ayes=8   Nays=0   Present Not Voting=0   Absent=3

**House Conferees:**      Appointed (05/25/2023) Bucy (Chair) | Capriglione | González, Jessica | Manuel | Smith

**Senate Conferees:**     Appointed (05/26/2023) Hughes (Chair) | Birdwell | Menéndez | Paxton | Zaffirini

**Actions**: (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

|   | Description | Comment | Date | Time | Journal Page |
|---|-------------|---------|------|------|--------------|
| E | Effective on 9/1/23 | | 06/13/2023 | | |
| E | Signed by the Governor | | 06/13/2023 | | 6501 |
| E | Sent to the Governor | | 05/30/2023 | | 6499 |
| S | Signed in the Senate | | 05/29/2023 | | 3301 |
| H | Signed in the House | | 05/29/2023 | | 6495 |
| H | Reported enrolled | | 05/28/2023 | 09:14 PM | 6498 |
| H | Senate adopts conf. comm. report-reported | | 05/28/2023 | | 6435 |
| S | Record vote | | 05/28/2023 | | 3231 |
| S | Senate adopts conference committee report | | 05/28/2023 | | 3231 |
| S | Senate adopts resolution to go outside bounds | SR 706 | 05/28/2023 | | 3231 |
| H | House adopts conf. comm. report-reported | | 05/28/2023 | | 3192 |
| H | Statement(s) of vote recorded in Journal | | 05/28/2023 | | 6184 |
| H | Record vote | RV#2234 | 05/28/2023 | | 6184 |
| H | House adopts conference committee report | | 05/28/2023 | | 6183 |
| H | House adopts resolution to go outside bounds | HR 2435 | 05/28/2023 | | 6181 |
| H | Conf. Comm. Report distributed | | 05/27/2023 | 07:05 PM | |
| S | Conference committee report filed | | 05/27/2023 | | 3158 |

| | | | | |
|---|---|---|---|---|
| H | Senate appoints conferees-reported | 05/26/2023 | | 5903 |
| H | Senate grants request for conf comm-reported | 05/26/2023 | | 5903 |
| S | Senate appoints conferees | 05/26/2023 | | 3006 |
| S | Senate grants request for conference comm. | 05/26/2023 | | 3006 |
| S | House appoints conferees-reported | 05/25/2023 | | 2799 |
| S | House requests conference committee-reported | 05/25/2023 | | 2799 |
| S | House refuses to concur-reported | 05/25/2023 | | 2799 |
| H | House appoints conferees | 05/25/2023 | | 5443 |
| H | House requests conference committee | 05/25/2023 | | 5443 |
| H | House refuses to concur in Senate amendments | 05/25/2023 | | 5443 |
| H | Senate Amendments Analysis distributed | 05/22/2023 | 03:06 PM | |
| H | Senate Amendments distributed | 05/22/2023 | 03:05 PM | |
| H | Senate passage as amended reported | 05/22/2023 | | 4994 |
| S | Record vote | 05/21/2023 | | 2309 |
| S | Passed | 05/21/2023 | | 2309 |
| S | Read 3rd time | 05/21/2023 | | 2309 |
| S | Record vote | 05/21/2023 | | 2309 |
| S | Three day rule suspended | 05/21/2023 | | 2309 |
| S | Vote recorded in Journal | 05/21/2023 | | 2309 |
| S | Read 2nd time & passed to 3rd reading | 05/21/2023 | | 2309 |
| S | Laid before the Senate | 05/21/2023 | | 2309 |
| S | Placed on local & uncontested calendar | 05/21/2023 | | |
| S | Committee report printed and distributed | 05/16/2023 | 06:17 PM | |
| S | Recommended for local & uncontested calendar | 05/16/2023 | | |
| S | Reported favorably as substituted | 05/16/2023 | | 1986 |
| S | Vote taken in committee | 05/12/2023 | | |
| S | Considered in public hearing | 05/12/2023 | | |
| S | Left pending in committee | 05/11/2023 | | |
| S | Testimony taken in committee | 05/11/2023 | | |
| S | Considered in public hearing | 05/11/2023 | | |
| S | Scheduled for public hearing on . . . | 05/11/2023 | | |
| S | Referred to State Affairs | 05/02/2023 | | 1482 |
| S | Read first time | 05/02/2023 | | 1482 |
| S | Received from the House | 05/01/2023 | | 1403 |
| H | Reported engrossed | 04/27/2023 | 03:27 PM | 2479 |
| H | Statement(s) of vote recorded in Journal | 04/27/2023 | | 2236 |
| H | Record vote | RV#612 | 04/27/2023 | 2235 |
| H | Passed | 04/27/2023 | | 2235 |
| H | Read 3rd time | 04/27/2023 | | 2235 |
| H | Nonrecord vote recorded in Journal | 04/26/2023 | | 2169 |
| H | Passed to engrossment | 04/26/2023 | | 2169 |
| H | Read 2nd time | 04/26/2023 | | 2169 |
| H | Placed on General State Calendar | 04/26/2023 | | |
| H | Considered in Calendars | 04/20/2023 | | |
| H | Committee report sent to Calendars | 04/12/2023 | | |
| H | Committee report distributed | 04/11/2023 | 07:22 PM | |
| H | Comte report filed with Committee Coordinator | 04/11/2023 | | 1395 |
| H | Reported favorably w/o amendment(s) | 03/27/2023 | | |
| H | Considered in formal meeting | 03/27/2023 | | |
| H | Left pending in committee | 03/16/2023 | | |
| H | Testimony taken/registration(s) recorded in committee | 03/16/2023 | | |
| H | Considered in public hearing | 03/16/2023 | | |
| H | Scheduled for public hearing on . . . | 03/16/2023 | | |
| H | Referred to Elections | 02/23/2023 | 04:39 PM | 316 |

| H | Read first time | 02/23/2023 | 316 |
| H | Filed | 11/14/2022 | |