IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | | [Lead Case] |
| *Defendants.* | | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | | |
| *Intervenor-Defendants.* | | |

**LUPE PLAINTIFFS' MOTION TO EXTEND DEADLINE
TO FILE ADVISORY REGARDING MOTION TO COMPEL**

LUPE Plaintiffs ("Plaintiffs") respectfully request a two-day extension of their deadline to file an advisory regarding their motion to compel the production of documents (Dkt. 630), such that they may file an advisory by July 19, 2023.  Plaintiffs were unable to learn Defendants' position on the motion before filing.

Pursuant to the Court's order at the July 11, 2023 hearing, Plaintiffs' deadline to file an advisory regarding the motion to compel is July 17, 2023.  *See* Transcript of Motion to Compel Proceedings at 37:16-38-7.  Plaintiffs seek the extension of time in order to review and respond to the three amended and supplemental declarations filed by State Defendants on Friday, July 14, 2023 and properly inform the Court of the effect of those declarations on the present dispute. Plaintiffs do not seek an extension to delay these proceedings, and a short extension will not prejudice Defendants.

Accordingly, Plaintiffs respectfully request that their motion be granted, and that their deadline to file an advisory regarding motion to compel (Dkt. 630) be extended to July 19, 2023.

1

Dated:  July 17, 2023

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*
**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS**

Respectfully Submitted,

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry (NY Bar No. 5723135)
Jasleen K. Singh (CA. Bar No. 316596)
Eliza Sweren-Becker (NY Bar No. 5424403)
Andrew B. Garber (NY Bar No. 5684147)
Leah J. Tulin (MD No. 0812180236)
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu
tulinl@brennan.law.nyu.edu

Paul R. Genender (TX Bar No. 00790758)
Elizabeth Y. Ryan (TX Bar No. 24067758)
Matthew Berde (TX Bar No. 24094379)
Megan Cloud (TX Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com
megan.cloud@weil.com

**COUNSEL FOR
FRIENDSHIP-WEST BAPTIST
CHURCH, ANTI-DEFAMATION
LEAGUE AUSTIN, SOUTHWEST, AND
TEXOMA, TEXAS IMPACT, JAMES
LEWIN**

| | |
|---|---|
| **ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC** | *Admitted pro hac vice* |

*Admitted pro hac vice*

## CERTIFICATE OF CONFERENCE

I hereby certify that, at 3:21pm on July 17, 2023, counsel for LUPE Plaintiffs emailed counsel for State Defendants regarding the instant motion. Counsel for State Defendants did not respond prior to the filing of this motion.

/s/ *Nina Perales*
Nina Perales

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 17th day of July 2023.

/s/ *Nina Perales*
Nina Perales