IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión del Pueblo Entero, *et al.*, § § § *Plaintiffs,* § § v. § § Greg Abbott, *et al.*, § § *Defendants.* § § Harris County Republican Party, *et al.*, § § § *Intervenor-Defendants.* | | Case No. 5:21-cv-00844-XR [Lead Case] |

## [PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE ADVISORY REGARDING MOTION TO COMPEL

Pending before the Court is LUPE Plaintiffs' Motion to Extend Deadline to File Advisory Regarding Motion to Compel. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE