IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión Del Pueblo Entero, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Gregory W. Abbott, *et al.*, <br><br> *Defendants*. | No. 5:21-cv-00844-XR |

**INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
<u>STEPHEN J. KENNY AS COUNSEL</u>**

Pursuant to Local Rule AT-3, Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee file this Unopposed Motion to Withdraw Stephen J. Kenny as their attorney in this matter. Mr. Kenny is leaving Jones Day, and Intervenor-Defendants respectfully request that he be withdrawn as counsel. Intervenor-Defendants will continue to be represented by co-counsel listed below. The withdrawal will not delay any proceedings. This motion is unopposed.

| | |
|---|---|
| July 19, 2023 | Respectfully submitted, |
| | |
| | /s/ John M. Gore |
| | John M. Gore |
| | E. Stewart Crosland* |
| | Stephen J. Kenny* |
| | Charles E.T. Roberts |
| | Louis J. Capozzi III* |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001 |
| | Phone: (202) 879-3939 |
| | Fax: (202) 626-1700 |
| | jmgore@jonesday.com |
| | scrosland@jonesday.com |
| | skenny@jonesday.com |
| | cetroberts@jonesday.com |
| | lcapozzi@jonesday.com |
| | |
| | *Counsel for Intervenor-Defendants* |
| | |
| | *Pro hac vice |

**CERTIFICATE OF CONFERENCE**

 I hereby certify that on July 19, 2023, I conferred with all counsel by email, and none were opposed to the motion.

*/s/ John M. Gore*
John M. Gore

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ John M. Gore*
John M. Gore
