IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión Del Pueblo Entero, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Gregory W. Abbott, *et al.*, <br><br> *Defendants.* | No. 5:21-cv-00844-XR |

**[PROPOSED] ORDER**

On this date, the Court considered Intervenor-Defendants' Unopposed Motion to Withdraw Stephen J. Kenny As Counsel. After considering the Motion, it is hereby ORDERED that the Motion be GRANTED.

SO ORDERED and SIGNED this _____ day of _____, 2023.

_____

Hon. Xavier Rodriguez
United States District Judge

1