# EXHIBIT B

List of Contested Documents (Dkt. 667-2) with Privilege Challenges

| ID Number | Redacted or Withheld in Full | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement | Atty-Client Privilege (Primary Purpose) | Atty-Client Privilege (Underlying Facts) | Atty-Client Privilege (No Client) | Deliberative Process Privilege | Investigative Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805430 | Withheld in Full | | Texas OAG | 11/21/22 | Outlook Email | 2022 Midterm Elections | Laura Gutierrez | aflacjulielkellog@gma il.com | Electionintegrity202 2; elections@sos.texas.g ov; Director TX | 2022 Texas Midterm Elections (1).msg | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance by politiquarns, and acceptance of out-of-state identification in 2022 General Election. | | | | | X |
| DOC_0805431 | Withheld in Full | | Texas OAG | 11/21/22 | Microsoft Word 2016 | | Microsoft Office User | | | Doc2.docx | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance by politiquarns, and acceptance of out-of-state identification in 2022 General Election. | | | | | X |
| DOC_0805432 | Withheld in Full | | Texas OAG | 11/21/22 | Outlook Email | 2022 Texas Midterm Elections | Laura Gutierrez | aflacjulielkellog@gm ail.com | elections@sos.texas.g ov; Electionintegrity202 2 | 2022 Texas Midterm Elections .msg | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance, use of curbside voting by many people who were likely illegible, and improper checking of voter identification in 2022 General Election. | | | | | X |
| DOC_0805433 | Withheld in Full | | Texas OAG | 11/21/22 | Microsoft Word 2016 | | Microsoft Office User | | | Doc3.docx | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 by a poll watcher regarding potential fraud in Hidalgo County involving improper voter assistance, use of curbside voting by many people who were likely illegible, and improper checking of voter identification in 2022 General Election. | | | | | X |
| DOC_0805434 | Withheld in Full | | Texas OAG | 11/21/22 | Outlook Email | 2022 Voter Midterm Elections | Laura Gutierrez | aflacjulielkellog@gma il.com | Electionintegrity202 2; elections@sos.texas.g ov; Director TX | 2022 Voter Midterm Elections .msg | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 regarding improper removal of a poll watcher by an election judge in Hidalgo County in 2022 General Election. | | | | | X |
| DOC_0805435 | Withheld in Full | | Texas OAG | 11/21/22 | Microsoft Word 2016 | | Microsoft Office User | | | Doc1.docx | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 regarding improper removal of a poll watcher by an election judge in Hidalgo County in 2022 General Election. | | | | | X |
| DOC_0805436 | Withheld in Full | | Texas OAG | 11/2/22 | Outlook Email | AMIGOS DEL VALLE DONNA TX | AI | Julie Kellogg (RNC Election Integrity Team) | Electionintegrity202 2; elections@sos.texas.g ov; Jkellogg@texasgop.or g; karen@monicaferon gross.us | AMIGOS DEL VALLE DONNA TX.msg | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 by poll watcher regarding potential voter intimidation, improper assistance by politiquarns, lying on assistance form, mail ballot fraud, and ineligible curbside voting in 2022 General Election. | | | | | X |
| DOC_0805437 | Withheld in Full | | Texas OAG | 11/2/22 | Microsoft Word 2016 | | user | | | 2022 POLL WATCHING AMIGOS DEL VALLE DONN TX.docx | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 by poll watcher regarding potential voter intimidation, improper assistance by politiquarns, lying on assistance form, mail ballot fraud, and ineligible curbside voting in 2022 General Election. | | | | | X |
| DOC_0805452 | Withheld in Full | | Texas OAG | 11/10/22 | Outlook Email | General Election Edinburg Elections Annex Building | Laura Gutierrez | elections@sos.texas.g ov; Electionintegrity202 2; Director TX; Julie Kellogg | General Election Edinburg Elections Annex Building .msg | Privileged - Withheld | Investigative | Election complaint submitted 11/11/22 regarding potential curbside voting by ineligible voters in 2022 General Election. | | | | | X |
| DOC_0805452 | Withheld in Full | | Texas OAG | 11/1/22 | Outlook Email | Incident Report | Laura Gutierrez | elections@sos.texas.g ov; Director TX; Jkellogg@texasgop.or g; Electionintegrity202 2 | Incident Report .msg | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. | | | | | X |
| DOC_0805453 | Withheld in Full | | Texas OAG | 11/2/22 | Outlook Email | Poll Watcher Report | Laura Gutierrez | elections@sos.texas.g ov; Electionintegrity202 2; Director TX | Jkellogg@texasgop.or g | Poll Watcher Report .msg | Privileged - Withheld | Investigative | Election complaint submitted 11/3/22 regarding potential improper voter assistance in 2022 General Election. | | | | | X |
| DOC_0805454 | Withheld in Full | | Texas OAG | 11/2/22 | Outlook Email | POLL WATCHING AT THE SAN JUAN CITY LIBRARY (MEMORIAL) - UNETHICS | AI | Julie Kellogg (RNC Election Integrity Team); Electionintegrity202 2; elections@sos.texas.g ov; karen@monicaferon gross.us; Jkellogg@texasgop.or g | POLL WATCHING AT THE SAN JUAN CITY LIBRARY (MEMORIAL) - UNETHICS.msg | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential improper conduct of poll watcher in 2022 General Election. | | | | | X |
| DOC_0805455 | Withheld in Full | | Texas OAG | 11/2/22 | Microsoft Word 2016 | | user | | | 2022 POLL WATCHING SAN JUAN CITY LIBRARY.docx | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. | | | | | X |
| DOC_0805456 | Withheld in Full | | Texas OAG | 11/2/22 | Outlook Email | POLL WATCHING THE EDINBURG ANNEX EDINBURG TX | AI | blep@tx.protectthevo te.com | Jkellogg@texasgop.or g; Electionintegrity202 2; elections@sos.texas.g ov; karen@monicaferon gross.us | POLL WATCHING THE EDINBURG ANNEX EDINBURG TX.msg | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential improper assistance in 2022 General Election. | | | | | X |
| DOC_0805457 | Withheld in Full | | Texas OAG | 11/2/22 | Microsoft Word 2016 | | user | | | POLLWATCHER EARLY VOTING.docx | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential improper voter assistance in 2022 General Election. | | | | | X |
| DOC_0805463 | Withheld in Full | | Texas OAG | 11/10/22 | Adobe Acrobat (PDF) | | BCQ | | | Case Opening Form - 2022 Harris County.pdf | Privileged - Withheld | Investigative | OAG Criminal Investigations Division Case Opening Memorandum dated 11/10/22 regarding potential election code violation in Harris County. | | | | | X |
| DOC_0805498 | Withheld in Full | | Texas OAG | 11/7/22 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805499 | Withheld in Full | | Texas OAG | 11/9/22 | Portable Network Graphics Format | | | | | absentee ballot received on voter cuartos aleman.PNG | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805500 | Withheld in Full | | Texas OAG | 11/7/22 | Adobe Acrobat (PDF) | | Eli Garcia | | | Case Opening Form - Starr Cnty22.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0805501 | Withheld in Full | | Texas OAG | 11/7/22 | Adobe Acrobat (PDF) | | | | | CFS 1456074 - STARR COUNTY.PDF | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805502 | Withheld in Full | | Texas OAG | 2/22/23 | Microsoft Word 2016 | | Michael Barner | | | evidentiary warrant draft.docx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805503 | Withheld in Full | | Texas OAG | 2/22/23 | Microsoft Word 2016 | | Michael Barner | | | evidentiary warrant.docx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805501 | Withheld in Full | | Texas OAG | 11/15/22 | Outlook Email | PW: Preservation Letter related to the November 8, 2022 General Election | Michael Barner | arodriguez@tx.starr.t x.us | | PW: Preservation Letter related to the November 8 2022 General Election email filed with business affidavit.msg | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805505 | Withheld in Full | | Texas OAG | 11/15/22 | Microsoft Word 2016 | | Velma Ferdinando | | | OAG Letterhead 2022.docx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805506 | Withheld in Full | | Texas OAG | 2/22/23 | Microsoft Word 97/98 | | Diane Beckham | | | endesta search warrant .doc | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805507 | Withheld in Full | | Texas OAG | 11/14/22 | Microsoft Word 2016 | | Velma Ferdinando | | | OAG Letterhead 2022.docx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805508 | Withheld in Full | | Texas OAG | 2/28/23 | Microsoft PowerPoint 2016 | | Michael Barner | | | PIN CHART FOR STARR COUNTY POWERPOINT.pptx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0805509 | Withheld in Full | | Texas OAG | 11/7/22 | Adobe Acrobat (PDF) | | Eli Garcia | | | Referral.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |

| ID Number | Redacted or Withheld in Full | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement | Atty-Client Privilege (Primary Purpose) | Atty-Client Privilege (Underlying Facts) | Atty-Client Privilege (No Client) | Deliberative Process Privilege | Investigative Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0865510 | Withheld in Full | | Texas OAG | 12/21/22 | Microsoft Word 2016 | | Michael Burner | | | BOI (AutoRecovered).docx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865511 | Withheld in Full | | Texas OAG | 11/9/22 | Portable Network Graphics Format | | Michael Burner | | | Teams search of voter listed on complaint.PNG | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in 2022 General Election. | | | | | X |
| DOC_0865512 | Withheld in Full | | Texas OAG | 2/24/23 | Microsoft Word 2016 | | Michael Burner | | | THE STATE OF TEXAS return.docx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865513 | Withheld in Full | | Texas OAG | 11/7/22 | Adobe Acrobat (PDF) | | Eli Garcia | | | webFax 1106674 2022 Starr County.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865514 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | 20221128_Completed by Early Voting Cleric.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865515 | Withheld in Full | | Texas OAG | 11/10/22 | Adobe Acrobat (PDF) | | | | | ALEMAN, Basebio - CLEAR 11102022.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865516 | Withheld in Full | | Texas OAG | 11/17/22 | Adobe Acrobat (PDF) | | Keri Kagawa | | | ALEMAN, Basebio - TWC Personal Info 11172022.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865517 | Withheld in Full | | Texas OAG | 11/17/22 | Adobe Acrobat (PDF) | | Keri Kagawa | | | ALEMAN, Basebio - TWC Wage Detail 11172022.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865518 | Withheld in Full | | Texas OAG | 11/10/22 | Adobe Acrobat (PDF) | | | | | ALEMAN, Basebio Martinez - Whoscter 11102022.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865519 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | application for a ballot by mail for Aleman Basebio dated 012020.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865520 | Withheld in Full | | Texas OAG | 11/18/22 | Adobe Acrobat (PDF) | | Carly Desmond | | | CCHW.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in 2022 General Election. | | | | | X |
| DOC_0865521 | Withheld in Full | | Texas OAG | 11/18/22 | Adobe Acrobat (PDF) | | Carly Desmond | | | DL PHOTO + INFO + HISTORY.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865522 | Withheld in Full | | Texas OAG | 11/10/22 | Adobe Acrobat (PDF) | | | | | MARTINEZ Aleman, Basebio - TLO 11102022.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865523 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | Texas Voter Registration Application for Basebio Aleman 020714.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865524 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | voter registration application 031202.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865525 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | MFA-EBT archive-04 01-2022_08-24-2022.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865526 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE 112222_Redacted.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865527 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE 112222-pg 2 Redacted.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865529 | Withheld in Full | | Texas OAG | 11/28/22 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE 112222-pg 3 Redacted.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865529 | Withheld in Full | | Texas OAG | 11/7/22 | Outlook Email | FW: 276. Wayne Hamilton Complaint OAG Referral (1 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 276_ Wayne Hamilton Complaint OAG Referral (1 of 3).msg | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865530 | Withheld in Full | | Texas OAG | 11/7/22 | Adobe Acrobat (PDF) | | Information Technology | | | 276. Wayne Hamilton - OAG Referral.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. | | | | | X |
| DOC_0865531 | Withheld in Full | | Texas OAG | 11/7/22 | Adobe Acrobat (PDF) | | | | | 276. Wayne Hamilton Complaint.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting by candidate in 2022 General Election. | | | | | X |
| DOC_0865532 | Withheld in Full | | Texas OAG | 11/7/22 | Outlook Email | FW: 276. Wayne Hamilton Complaint OAG Referral (2 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 276_ Wayne Hamilton Complaint OAG Referral (2 of 3).msg | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865533 | Withheld in Full | | Texas OAG | 11/7/22 | MPEG-4 file | | | | | IMG_3095.MP4 | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865534 | Withheld in Full | | Texas OAG | 11/7/22 | Outlook Email | FW: 276. Wayne Hamilton Complaint OAG Referral (3 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 276_ Wayne Hamilton Complaint OAG Referral (3 of 3).msg | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865536 | Withheld in Full | | Texas OAG | 11/7/22 | MPEG-4 file | | | | | IMG_3096.MP4 | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865537 | Withheld in Full | | Texas OAG | 2/24/23 | Outlook Email | Roma red election site | Clarissa Alvarez | Michael Burner | | Roma red election site .msg | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865539 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne - CCH neg hit 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865539 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - Clearview AI 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865540 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne - N- DRs neg hit 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865541 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne I - CLEAR 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865542 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne Ivette - DLIR 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865543 | Withheld in Full | | Texas OAG | 2/27/23 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne Ivette - DLIR supporting docs 02252023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865544 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne Ivette - Whoscter 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0865545 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FotCEN BCTRs 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |

| ID Number | Redacted or Withheld in Full | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement | Atty-Client Privilege (Primary Purpose) | Atty-Client Privilege (Underlying Facts) | Atty-Client Privilege (No Client) | Deliberative Process Privilege | Investigative Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0905546 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN CTRs 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905547 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN SARs 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in 2022 General Election. | | | | | X |
| DOC_0905549 | Withheld in Full | | Texas OAG | 2/24/23 | Microsoft Word 2016 | | Xochitl Galazara | | | HHSC Request CX7509510471 GARCIA.docx | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905549 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | Kerri Kagawa | | | GARCIA, Ivonne I - TWC Claims neg hit 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905550 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | Kerri Kagawa | | | GARCIA, Ivonne I - TWC Payments neg hit 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905551 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | Kerri Kagawa | | | GARCIA, Ivonne I - TWC Profile 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905552 | Withheld in Full | | Texas OAG | 2/24/23 | Adobe Acrobat (PDF) | | Kerri Kagawa | | | GARCIA, Ivonne I - TWC Wage Detail 02242023.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905553 | Withheld in Full | | Texas OAG | 11/28/22 | Internet HTML | | | | | Encrypted Message.htm | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905554 | Withheld in Full | | Texas OAG | 11/22/22 | Outlook HTML | [ENCRYPTED] Texas Attorney General's Office RFI | Kerri Kagawa | oig_git@hac.state.tx. us | Michael Barner | ENCRYPTED Texas Attorney General's Office RFI.msg | Privileged - Withheld | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. | | | | | X |
| DOC_0905973 | Withheld in Full | | Andre Montgomery | 8/8/22 | Outlook Email | 2020 Election Results E-mails | Andre Montgomery | Heidi Martinez | | | Privileged - Withheld | Attorney Client | Email communication between SOS attorneys regarding election results emails | X | X | X | | |
| DOC_0906487 | Withheld in Full | | Andre Montgomery | 12/22/22 | Outlook Email | Legislative Report on CWFP | Andre Montgomery | Christina Adkins; Heidi Martinez | | | Privileged - Withheld | Attorney Client | Email communication between SOS attorneys regarding draft Legislative report on November 2020 election | X | X | X | | |
| DOC_0906539 | Withheld in Full | | Andre Montgomery | 7/2/22 | Windows Sound | | | | | VoiceMessage.wav | Privileged - Withheld | Investigative | Voicemail regarding election fraud complaint from Denton County. | | | | | X |
| DOC_0906655 | Withheld in Full | | Andre Montgomery | 5/31/22 | Outlook Email | FW: Message from 507-32991-01242061 English option 1 (6184008485) | Elections Internet | LegalTeam | Kate Fisher | 00000000D6F7E9991 8E72D46069115DF65 E88025864092100.m sg | Privileged - Withheld | Investigative | Email conversation between SOS attorneys regarding election complaint voicemail received 5/31/22 regarding election fraud in Denton County. | | | | | X |
| DOC_0906657 | Withheld in Full | | Andre Montgomery | 7/25/22 | Windows Sound | | | | | VoiceMessage.wav | Privileged - Withheld | Investigative | Voicemail received 5/31/22 regarding election fraud complaint from Denton County | | | | | X |
| DOC_0906985 | Withheld in Full | | Andre Montgomery | 3/3/23 | Outlook Email | RE: DRAFT email to Ellis County re Farmers Branch | Lena Proft | Elections-Attorneys | | | Privileged - Withheld | Attorney Client | Email conversation between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 | X | | X | | |
| DOC_0906901 | Withheld in Full | | Andre Montgomery | 3/3/23 | Outlook Email | RE: DRAFT email to Ellis County re Farmers Branch | Lena Proft | Heidi Martinez; Charles Pinney; Elections-Attorneys | | | Privileged - Withheld | Attorney Client | Email communication between SOS attorneys discussing draft email to Ellis County regarding implementation of SB1 | X | | X | | |
| DOC_0906927 | Withheld in Full | | Andre Montgomery | 3/3/23 | Outlook Email | Re: DRAFT email to Ellis County re Farmers Branch | Charles Pinney | Lena Proft; Elections Attorneys | | | Privileged - Withheld | Attorney Client | Email conversations between SOS attorney and SOS legal regarding draft response email to Ellis County elections admin question on election procedures | X | | X | | |
| DOC_0907069 | Withheld in Full | | Christina Adkins | 2/13/23 | Microsoft Excel 2016 Workbook | | Tamara Schoenmaker | | | 2022 Complaints - Need Status.xlsx | Privileged - Withheld | Investigative | List and status of active election complaints | | | | | X |
| DOC_0907078 | Withheld in Full | | Christina Adkins | 10/19/22 | Outlook Email | RE: CC/EA/VR List | Adam Bitter | Kristi Hart | Keith Ingram; Christina Adkins | | Privileged - Withheld | Attorney Client | Email communication between SOS general counsel and SOS elections division employees regarding CC/EA/VR list. | X | X | | | |
| DOC_0907080 | Withheld in Full | | Christina Adkins | 10/19/22 | Outlook Email | RE: CC/EA/VR List | Kristi Hart | Adam Bitter | Keith Ingram; Christina Adkins | | Privileged - Withheld | Attorney Client | Email exchange between SOS general counsel and Elections Division staff concerning question from OAG about election officials | X | X | | | |
| DOC_0908338 | Withheld in Full | | Christina Adkins | 2/14/23 | Outlook Email | FW: Potential Double voter in 2020 GE in Harnett County, NC and Bell County, TX | Elections Internet | Kate Fisher | Christina Adkins | 00000000B568CE6B C776D64A8F57C6A2 81C38D14E42E2200. msg | Privileged - Withheld | Investigative | Election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. | | | | | X |
| DOC_0908339 | Withheld in Full | | Christina Adkins | 2/14/23 | Adobe Acrobat (PDF) | | | | | Lee NC Info History.pdf | Privileged - Withheld | Investigative | Supporting documents to election complaint received 2/14/23 with alleged double voter fraud in in Harnett County, NC and Bell County, TX during November 2020 election. | | | | | X |
| DOC_0908348 | Withheld in Full | | Christina Adkins | 3/10/23 | Outlook Email | FW: Potential Double voter in 2020 GE in Harris County, TX and Wakulla County, FL | Elections Internet | Kate Fisher | Christina Adkins | 00000000B568CE6B C776D64A8F57C6A2 81C38D14A4322200. msg | Privileged - Withheld | Investigative | Election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. | | | | | X |
| DOC_0908351 | Withheld in Full | | Christina Adkins | 3/10/23 | Adobe Acrobat (PDF) | | Terri Garrer | | | Thomas E Schaefer_TX info_county.pdf | Privileged - Withheld | Investigative | Supporting document to Election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. | | | | | X |
| DOC_0908576 | Withheld in Full | | Christina Adkins | 3/9/23 | Microsoft Excel 2016 Workbook | | Tamara Schoenmaker | | | 2022 Complaints - Need Status.xlsx | Privileged - Withheld | Investigative | Log of still-pending election complaints submitted to Secretary of State | | | | | X |
| DOC_0908749 | Withheld in Full | | Christina Adkins | 2/16/23 | Outlook Email | Fwd: Alexa's Edits to RLA Document | Christina Adkins | Adam Bitter | | | Privileged - Withheld | Attorney Client; Deliberative Process | Email communication Elections Division staff and SOS attorney regarding what to include in its recommendation to the Legislature for the election audit | X | X | | X | |
| DOC_0908749 | Withheld in Full | | Christina Adkins | 2/27/23 | Microsoft Word 2016 | | Alexa Bankemper | | | Updated V2 Draft Report - Alexa's edits.docx | Privileged - Withheld | Deliberative Process | Draft changes to risk-limiting audit pilot report 2022 | | | | X | |
| DOC_0908939 | Withheld in Full | | Christina Adkins | 12/6/22 | Outlook Email | My response to Travis County VR | | Elec Legal | | | Privileged - Withheld | Attorney Client | Email communication between SOS attorney and Election Legal with draft communication to Travis County voter registrar's office regarding election procedures | X | X | | | |
| DOC_0909364 | Withheld in Full | | Christina Adkins | 1/10/23 | Outlook Email | Portions of Code that impact SOS | Heidi Martinez | Christina Adkins | | | Privileged - Withheld | Attorney Client | Email communication between SOS attorneys regarding portion of Texas code that impact SOS duties | X | X | | | |
| DOC_0914400 | Withheld in Full | | Heidi Martinez | 10/26/22 | Outlook Email | RE: Vela 5 of 5 | Kate Fisher | Heidi Martinez | | 00000000E5915D64C8 8845B47A7503F481E 71F72E064C2000.ms g | Privileged - Withheld | Investigative | Election complaint received 10/21/22 for ballot harvesting and referred to OAG. | | | | | X |
| DOC_0914792 | Withheld in Full | | Heidi Martinez | 11/3/22 | Outlook Email | FW: SoS Supplement | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | 00000000E5915D64C8 8845B47A7503F481E 71F72E64612100.ms g | Privileged - Withheld | Investigative | Election complaint supplement received 11/3/22 that was forwarded to OAG in connection with ballot harvesting investigation. | | | | | X |
| DOC_0914821 | Withheld in Full | | Heidi Martinez | 11/3/22 | Outlook Email | RE: SoS Supplement | Kate Fisher | Keith Ingram; Kristi Hart; Heidi Martinez | Lena Proft | | Privileged - Withheld | Investigative | Election complaint supplement submitted 11/3/22 regarding potential violations of § 276.015(b) and (d) Was referred to OAG | | | | | X |
| DOC_0914900 | Withheld in Full | | Heidi Martinez | 6/6/22 | Outlook Email | RE: Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withheld | Investigative | Email communication regarding 6/3/22 regarding potential ABBM fraud that was referred to OAG | | | | | X |
| DOC_0915310 | Withheld in Full | | Heidi Martinez | 3/3/23 | Outlook Email | RE: DRAFT email to Ellis County re Farmers Branch | Heidi Martinez | Lena Proft | | | Privileged - Withheld | Attorney Client | Emails among SOS attorneys regarding edits to a draft email to Ellis County regarding election procedures | X | X | X | | |

| ID Number | Redacted or Withheld in Full | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement | Atty-Client Privilege (Primary Purpose) | Atty-Client Privilege (Underlying Facts) | Atty-Client Privilege (No Client) | Deliberative Process Privilege | Investigative Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0819541 | Withheld in Full | | Joe Esparza | 5/12/23 | Outlook Email | ELA Report - Current Draft | Adam Bitter | Joe Esparza; Sam Taylor | Adam Bitter | | Privileged - Withheld | Attorney Client | Email from SOS general counsel to SOS executives discussing draft of Risk Limiting Audit Report | X | X | | | |
| DOC_0820953 | Withheld in Full | | Keith Ingram | 11/10/22 | Outlook Email | FW: 159; Lawrence Truss Complaint | | | | 00000000D7NBFEA2 1303654BA30A5697620 1441AA492100.msg | Privileged - Withheld | Investigative | Election complaint submitted 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. | | | | | X |
| DOC_0820960 | Withheld in Full | | Keith Ingram | 5/25/22 | Rich Text Format | | | | | TXT.rtf | Privileged - Withheld | Investigative | Election complaint submittal 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. | | | | | X |
| DOC_0820961 | Withheld in Full | | Keith Ingram | 5/25/22 | Portable Network Graphics Format | | | | | unknown.png | Privileged - Withheld | Investigative | Election complaint submittal 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. | | | | | X |
| DOC_0820966 | Withheld in Full | | Keith Ingram | 5/25/22 | Rich Text Format | | | | | TXT.rtf | Privileged - Withheld | Investigative | Election complaint submittal 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. | | | | | X |
| DOC_0820967 | Withheld in Full | | Keith Ingram | 5/25/22 | Portable Network Graphics Format | | | | | unknown.png | Privileged - Withheld | Investigative | Election complaint submittal 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election | | | | | X |
| DOC_0820972 | Withheld in Full | | Keith Ingram | 5/25/22 | Rich Text Format | | | | | TXT.rtf | Privileged - Withheld | Investigative | Election complaint submittal 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. | | | | | X |
| DOC_0820973 | Withheld in Full | | Keith Ingram | 5/25/22 | Portable Network Graphics Format | | | | | unknown.png | Privileged - Withheld | Investigative | Election complaint submittal 11/10/22 regarding potential vote harvesting in Conroe, TX during 2022 General Election. | | | | | X |
| DOC_0820978 | Withheld in Full | | Keith Ingram | 8/10/22 | Outlook Email | FW: George Chamberlain 2020 General County Emails | Keith Ingram | Shamska Fehr; Nathan Goggin | | 00000000D7NBFEA2 1303654BA30A5697620 1441AA492100.msg | Privileged - Withheld | Attorney Client | Email communication between SOS general counsel and Elections Division employees regarding how to respond to emails sent to various counties alleging voter fraud via hacking of the TEAM system. | X | X | | | |
| DOC_0821265 | Withheld in Full | | Keith Ingram | 1/6/23 | Adobe Acrobat (PDF) | | | | | 420 Rolando Rodriguez Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 regarding potential curbside voting fraud in 2022 General Election | | | | | X |
| DOC_0822097 | Withheld in Full | | Keith Ingram | 5/31/22 | Outlook Email | FW_ Deceiving/Unfair voter registration process for spanish applicants in Texas | Kate Fisher | Kristi Hart | Lillian Eder | FW_ Deceiving_Unfair voter registration process for spanish applicants in Texas.msg | Privileged - Withheld | Investigative | Election complaint submitted 5/31/22 regarding potential discrimination against Spanish speaking voters in in 2022 Elections | | | | | X |
| DOC_0822133 | Withheld in Full | | Keith Ingram | 10/26/22 | Outlook Email | FW: Complaint Vela 1 of 5 | Keith Ingram | Kate Fisher | | | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822134 | Withheld in Full | | Keith Ingram | 12/15/22 | MPEG-4 file | | | | | IMG_3093.MP4 | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822135 | Withheld in Full | | Keith Ingram | 10/21/22 | Outlook Email | Vela 3 of 5 | Wayne Hamilton | Elections Internet | Keith Ingram; Joe Esparza | Vela 3 of 5.msg | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822136 | Withheld in Full | | Keith Ingram | 12/15/22 | MPEG-4 file | | | | | IMG_3096.MP4 | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822593 | Withheld in Full | | Keith Ingram | 11/3/22 | Outlook Email | FW  SoS Supplement | | | | | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22, and supplemented 11/3/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822757 | Withheld in Full | | Keith Ingram | 10/24/22 | Outlook Email | FW  Complaint Vela 1 of 5 | Keith Ingram | Kate Fisher | | | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822903 | Withheld in Full | | Keith Ingram | 10/24/22 | Outlook Email | FW  Complaint Vela 1 of 5 | | | | | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0826250 | Withheld in Full | | Kristi Hart | 2/23/23 | Microsoft Excel 2016 Workbook | | Tamara Schoemaker | | | 2022 Complaints - Need Status xlsx | Privileged - Withheld | Investigative | List of election complaints sent to SOS with description of what the complaint said, when it was filed, by whom, and to who the complaint was issued | | | | | X |
| DOC_0829416 | Withheld in Full | | Lena Proft | 12/21/22 | Outlook Email | FW: Election Fraud | Elections Internet | LegalTeam | | 00000000F47316CF8 A40FA49AB7C75E1 B39E4C0FA4382000.msg | Privileged - Withheld | Investigative | Election complaint received 12/20/22 from poll watcher regarding potential miscounting of submitted ballots in Fort Bend County in 2022 elections. | | | | | X |
| DOC_0829571 | Withheld in Full | | Lena Proft | 3/3/23 | Outlook Email | RE: DRAFT email to Ellis County re: Farmers Branch | | | | | Privileged - Withheld | Attorney Client | Email communication between SOS attorneys regarding Ellis County inquiry on election procedures | X | X | X | | |
| DOC_0829799 | Withheld in Full | | Lena Proft | 12/21/22 | Outlook Email | FW: Election Fraud | LegalTeam | Kate Fisher | | 00000000F47316CF8 A40FA49AB7C75E1 B39E4C0FA9A2100 .msg | Privileged - Withheld | Investigative | Election complaint submitted 12/20/22 by a poll watcher regarding potential fraud in Fort Bend County involving pre-filled ballots and voting machine manipulation in 2022 Election. | | | | | X |
| DOC_0832721 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | FW  Election Fraud | Kate Fisher | Keith Ingram; Heidi Martinez | Kristi Hart; Charles Pinney | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |
| DOC_0832776 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | FW  Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |
| DOC_0832779 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | RE  Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |
| DOC_0832780 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | FW  Election Fraud | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney; Heidi Martinez | | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |
| DOC_0832783 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | RE  Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |
| DOC_0832784 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | Re  Election Fraud | Keith Ingram | Heidi Martinez | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |
| DOC_0832910 | Withheld in Full | | Chuck Pinney | 5/18/22 | Outlook Email | FW  Elkhart Texas Election Complaint Additional Information | LegalTeam | Kate Fisher | | FW_ Elkhart Texas Election Complaint Additional Information .msg | Privileged - Withheld | Investigative | Election complaint submitted 5/18/22, alleging violation of 61 007 in Elkhart, TX | | | | | X |
| DOC_0832951 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | RE  Election Fraud | Heidi Martinez | Keith Ingram | Kate Fisher; Kristi Hart; Charles Pinney | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |
| DOC_0832967 | Withheld in Full | | Chuck Pinney | 6/6/22 | Outlook Email | Re  Election Fraud | Charles Pinney | Kate Fisher; Keith Ingram; Heidi Martinez | Kristi Hart | | Privileged - Withheld | Attorney Client;Investigative | Email communication between SOS attorneys and Elections Division regarding complaint about alleged violation of Tex  Elec  Code Sec  276 016 in Lamesa, TX | X | X | | | X |

| ID Number | Redacted or Withheld in Full | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement | Atty-Client Privilege (Primary Purpose) | Atty-Client Privilege (Underlying Facts) | Atty-Client Privilege (No Client) | Deliberative Process Privilege | Investigative Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0834491 | Withheld in Full | | Chuck Pinney | 5/25/22 | Outlook Email | Re: Travis County EVBB Notice of Defect | Charles Pinney | Lana Proft; Elec Legal | | | Privileged - Withheld | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect | X | X | | | |
| DOC_0834492 | Withheld in Full | | Chuck Pinney | 5/25/22 | Outlook Email | RE: Travis County EVBB Notice of Defect | Heidi Martinez | Charles Pinney; Lana Proft; Elec Legal | | | Privileged - Withheld | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect | X | X | | | |
| DOC_0834531 | Withheld in Full | | Chuck Pinney | 5/25/22 | Outlook Email | RE: Travis County EVBB Notice of Defect | Melanie Best | Heidi Martinez; Charles Pinney; Lana Proft; Elec Legal | | | Privileged - Withheld | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect | X | X | | | |
| DOC_0834535 | Withheld in Full | | Chuck Pinney | 5/25/22 | Outlook Email | RE: Travis County EVBB Notice of Defect | Heidi Martinez | Lana Proft; Elec Legal | | | Privileged - Withheld | Attorney Client | Email between SOS attorneys regarding inquiry from Travis County about communicating notices of defect | X | X | | | |
| DOC_0906435 | Redacted | STATE193860 | Andre Montgomery | 3/24/23 | Adobe Acrobat (PDF) | | | | | Chmuhula Xsuthamma 3035 TX Complaint.pdf | Privileged - Withheld | Investigative | Election complaint dated 2/15/23 alleging double voter fraud in Rockland County; NY and Washington County, TX in 2020 General Election. | | | | | X |
| DOC_0906436 | Redacted | STATE193866 | Andre Montgomery | 3/24/23 | Adobe Acrobat (PDF) | | | | | Chmuhula Xsuthamma TX Info.pdf | Privileged - Withheld | Investigative | Election complaint dated 2/15/23 alleging double voter fraud in Rockland County; NY and Washington County, TX in 2020 General Election. | | | | | X |
| DOC_0906538 | Redacted | STATE193874 | Andre Montgomery | 3/31/22 | Outlook Email | Message from 307-52901-9124206 \| English option 4 (8184008485).msg | Cisco Unity Connection Messaging System | 9125@voip.dir.texas.gov | | Message from 307-52901-9124206 \| English option 4 (8184008485).msg | Privileged - Withheld | Investigative | Email with voicemail regarding election fraud complaint from Denton County. | | | | | X |
| DOC_0906656 | Redacted | STATE193875 | Andre Montgomery | 3/31/22 | Outlook Email | Message from 307-52901-9124206 \| English option 4 (8184008485).msg | Cisco Unity Connection Messaging System | 9125@voip.dir.texas.gov | | Message from 307-52901-9124206 \| English option 4 (8184008485).msg | Privileged - Withheld | Investigative | Email with voicemail received 3/31/22 regarding election fraud complaint from Denton County. | | | | | X |
| DOC_0908110 | Redacted | STATE193876 | Christina Adkins | 7/17/22 | Outlook Email | FW: Election Fraud Complaint - Dave Jones | Elections Internet | Kate Fisher | Christina Adkins | 00000000E56C3AB C779D94A8F57C6A2 81C38D1464A2B80 0.msg | Privileged - Withheld | Investigative | Email communicating election complaint about alleged voter registration fraud via ARBM during November 2022 election. | | | | | X |
| DOC_0908120 | Redacted | STATE193877 | Christina Adkins | 7/17/22 | Adobe Acrobat (PDF) | | | | | TX SOS Election Complaint.pdf | Privileged - Withheld | Investigative | Election complaint alleged voter registration fraud via ARBM during November 2022 election. | | | | | X |
| DOC_0908340 | Redacted | STATE193882 | Christina Adkins | 2/14/23 | Adobe Acrobat (PDF) | | | | | Lee SOS TX Complaint.pdf | Privileged - Withheld | Investigative | Election complaint received 2/14/23 with alleged double voter fraud in Harnett County, NC and Bell County, TX during November 2020 election. | | | | | X |
| DOC_0908311 | Redacted | STATE193888 | Christina Adkins | 2/14/23 | Outlook Email | | | | | Lee TX Info.pdf | Privileged - Withheld | Investigative | Supporting document to election complaint received 2/14/23 with alleged double voter fraud in Harnett County, NC and Bell County, TX during November 2020 election. | | | | | X |
| DOC_0908349 | Redacted | STATE193889 | Christina Adkins | 3/10/23 | Adobe Acrobat (PDF) | | | | | Schaefer TX SOS Complaint.pdf | Privileged - Withheld | Investigative | Election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. | | | | | X |
| DOC_0908350 | Redacted | STATE193895 | Christina Adkins | 3/10/23 | Adobe Acrobat (PDF) | | Terri Gierer | | | Thomas E Schaefer_TX info.pdf | Privileged - Withheld | Investigative | Supporting document to election complaint received 3/10/23 with alleged double voter fraud in Harris County, TX and Wakulla County, FL during November 2020 election. | | | | | X |
| DOC_0914497 | Redacted | STATE193896 | Heidi Martinez | 11/2/22 | Outlook Email | FW: 216 Monica Flores-Bolster Complaint | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | | Privileged - Withheld | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance in Plano, TX. | | | | | X |
| DOC_0914468 | Redacted | STATE193897 | Heidi Martinez | 12/19/22 | Adobe Acrobat (PDF) | | | | | 216 Monica Flores-Bolster Complaint.pdf | Privileged - Withheld | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance in Plano, TX. | | | | | X |
| DOC_0914620 | Redacted | STATE193104 | Heidi Martinez | 12/7/22 | Outlook Email | RE: 216 Monica Flores-Bolster Complaint - Assignment (CP) | Keith Ingram | Charles Pinney; Kate Fisher | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance that was referred to OAG | | | | | X |
| DOC_0914621 | Redacted | STATE193106 | Heidi Martinez | 12/7/22 | Outlook Email | Re: 216 Monica Flores-Bolster Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint received 11/2/22 regarding potential unlawful assistance that was referred to OAG | | | | | X |
| DOC_0914713 | Redacted | STATE193108 | Heidi Martinez | 11/7/22 | Outlook Email | FW: 216 Monica Flores-Bolster Complaint (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG | | | | | X |
| DOC_0914714 | Redacted | STATE193110 | Heidi Martinez | 12/23/22 | Adobe Acrobat (PDF) | | | | | 216 Monica Flores-Bolster Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG | | | | | X |
| DOC_0914716 | Redacted | STATE193117 | Heidi Martinez | 12/19/22 | Outlook Email | 216 Monica Flores-Bolster Complaint - Assignment (CP) | Kate Fisher | Charles Pinney | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG | | | | | X |
| DOC_0914717 | Redacted | STATE193119 | Heidi Martinez | 12/19/22 | Adobe Acrobat (PDF) | | | | | 216 Monica Flores-Bolster Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance that was referred to OAG | | | | | X |
| DOC_0920926 | Redacted | STATE195126 | Keith Ingram | 10/20/22 | Outlook Email | FW: 271 SAO Hotline Complaint | | | | | Privileged - Withheld | Investigative | Election complaint received from SAO Hotline Complaint regarding alleged paid ballot harvesting of homeless in Tarrant County | | | | | X |
| DOC_0920927 | Redacted | STATE195128 | Keith Ingram | 11/19/22 | Adobe Acrobat (PDF) | | | | | 271 SAO Hotline Complaint.pdf | Privileged - Withheld | Investigative | Election complaint received from SAO Hotline Complaint regarding alleged paid ballot harvesting of homeless in Tarrant County | | | | | X |
| DOC_0920325 | Redacted | STATE195130 | Keith Ingram | 11/17/22 | Outlook Email | FW: 349 Heather Parks Complaint | | | | | Privileged - Withheld | Investigative | Election complaint submitted 11/9/22 regarding potential improper voter assistance in 2022 General Election | | | | | X |
| DOC_0920326 | Redacted | STATE195132 | Keith Ingram | 12/19/22 | Adobe Acrobat (PDF) | | | | | 349 Heather Parks Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/9/22 regarding potential improper voter assistance in 2022 General Election | | | | | X |
| DOC_0920572 | Redacted | STATE195138 | Keith Ingram | 12/13/22 | Outlook Email | Fw: 452 Paul Fenser Complaint | Keith Ingram | | | | Privileged - Withheld | Investigative | Election complaint received 12/7/22 alleging potential improper poll judge behavior in Carrollton, TX | | | | | X |
| DOC_0920731 | Redacted | STATE195140 | Keith Ingram | 10/19/22 | Outlook Email | FW: 271 SAO Hotline Complaint | | | | | Privileged - Withheld | Investigative | Election complaint received from SAO Complaint Hotline alleging potential illegal vote harvesting in Tarrant County | | | | | X |
| DOC_0920732 | Redacted | STATE195142 | Keith Ingram | 11/19/22 | Adobe Acrobat (PDF) | | | | | 271 SAO Hotline Complaint.pdf | Privileged - Withheld | Investigative | Election complaint received from SAO Complaint Hotline alleging potential illegal vote harvesting in Tarrant County | | | | | X |
| DOC_0920954 | Redacted | STATE195146 | Keith Ingram | 12/12/22 | Outlook Email | | | | | 159 Lawrence Truse Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/10/22 regarding multiple potential election code violations in Conroe, TX during 2022 General Election | | | | | X |
| DOC_0921094 | Redacted | STATE195104 | Keith Ingram | 10/20/22 | Outlook Email | FW: 278 Wayne Hamilton Complaint | | | | | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Travis County during 2022 General Election | | | | | X |
| DOC_0921095 | Redacted | STATE195108 | Keith Ingram | 11/27/22 | Adobe Acrobat (PDF) | | | | | 278 Wayne Hamilton Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in Travis County during 2022 General Election | | | | | X |
| DOC_0921096 | Redacted | STATE195146 | Keith Ingram | 12/7/22 | Outlook Email | FW: 419 John Clark Complaint | | | | | Privileged - Withheld | Investigative | Election complaint submitted 11/17/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election | | | | | X |
| DOC_0921096 | Redacted | STATE195108 | Keith Ingram | 1/6/23 | Adobe Acrobat (PDF) | | | | | 419 John Clark Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/17/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election | | | | | X |

| ID Number | Redacted or Withheld in Full | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement | Atty-Client Privilege (Primary Purpose) | Atty-Client Privilege (Underlying Facts) | Atty-Client Privilege (No Client) | Deliberative Process Privilege | Investigative Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0821109 | Redacted | STATE145197 | Keith Ingram | 11/28/22 | Outlook Email | FW_378 Laura Gutierrez Complaint | | | | | Privileged - Withheld | Investigative | Election complaint submitted 11/10/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election | | | | | X |
| DOC_0821110 | Redacted | STATE145199 | Keith Ingram | 12/30/22 | Adobe Acrobat (PDF) | | | | | 378_Laura Gutierrez Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/10/22 regarding potential unlawful obstruction of a poll watcher during 2022 General Election | | | | | X |
| DOC_0821284 | Redacted | STATE145205 | Keith Ingram | 12/7/22 | Outlook Email | FW_420 Rodrigo Rodriguez Complaint | | | | | Privileged - Withheld | Investigative | Election complaint submitted 11/21/22 regarding potential curbside voting fraud in 2022 General Election | | | | | X |
| DOC_0821329 | Redacted | STATE145207 | Keith Ingram | 10/19/22 | Outlook Email | FW_271 SAO Hotline Complaint | Keith Ingram | Information Security | | | Privileged - Withheld | Investigative | Election complaint received from SAO Complaint Hotline regarding potential ballot harvesting in Tarrant County in 2022 General Election | | | | | X |
| DOC_0821330 | Redacted | STATE145209 | Keith Ingram | 12/4/22 | Adobe Acrobat (PDF) | | | | | 271_SAO Hotline Complaint.pdf | Privileged - Withheld | Investigative | Election complaint received from SAO Complaint Hotline regarding potential ballot harvesting in Tarrant County in 2022 General Election | | | | | X |
| DOC_0821902 | Redacted | STATE145211 | Keith Ingram | 12/12/22 | Outlook Email | FW_441 Judith Canion Complaint | | | | | Privileged - Withheld | Investigative | Election complaint submitted 11/29/22 regarding potential curbside voting fraud in 2022 General Election | | | | | X |
| DOC_0821903 | Redacted | STATE145213 | Keith Ingram | 1/14/23 | Adobe Acrobat (PDF) | | | | | 441_Judith Canion Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/29/22 regarding potential curbside voting fraud in 2022 General Election | | | | | X |
| DOC_0822072 | Redacted | STATE145232 | Keith Ingram | 5/20/22 | Outlook Email | 157_Jennifer Abraham Complaint | Kate Fisher | Keith Ingram; Heidi Martinez | Kristi Hart | 157_Jennifer Abraham Complaint.msg | Privileged - Withheld | Investigative | Election complaint submitted 3/23/22 regarding potential voter harassment in 2022 Primary Election | | | | | X |
| DOC_0822073 | Redacted | STATE145234 | Keith Ingram | 12/20/22 | Adobe Acrobat (PDF) | | | | | 157_Jennifer Abraham Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 3/23/22 regarding potential voter harassment in 2022 Primary Election | | | | | X |
| DOC_0822090 | Redacted | STATE145240 | Keith Ingram | 6/6/22 | Outlook Email | 169_Alejandro Jimenez Martinez Complaint | Kate Fisher | Keith Ingram; Heidi Martinez | Kristi Hart | 169_Alejandro Jimenez Martinez Complaint.msg | Privileged - Withheld | Investigative | Election complaint submitted 5/31/22 regarding potential discrimination against Spanish-speaking voters in 2022 Elections | | | | | X |
| DOC_0822137 | Redacted | STATE145251 | Keith Ingram | 12/15/22 | Adobe Acrobat (PDF) | | | | | Vela complaint/form-xxx.pdf | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822759 | Redacted | STATE145259 | Keith Ingram | 5/20/22 | Adobe Acrobat (PDF) | | | | | Vela complaint/form-xxx.pdf | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0822904 | Redacted | STATE145265 | Keith Ingram | 11/23/22 | Adobe Acrobat (PDF) | | | | | Vela complaint/form- xxx.pdf | Privileged - Withheld | Investigative | Election complaint submitted 10/21/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0823924 | Redacted | STATE145271 | Keith Ingram | 3/23/23 | Adobe Acrobat (PDF) | | Information Technology | | | 278_Wayne Hamilton - OAG Referral.pdf | Privileged - Withheld | Investigative | Referral letter to OAG regarding possible ballot harvesting in 2022 General Election | | | | | X |
| DOC_0823925 | Redacted | STATE145273 | Keith Ingram | 3/23/23 | Adobe Acrobat (PDF) | | | | | 278_Wayne Hamilton Complaint.pdf | Privileged - Withheld | Investigative | Complaint referred letter to OAG regarding possible ballot harvesting in 2022 General Election | | | | | X |
| DOC_0823927 | Redacted | STATE145279 | Keith Ingram | 10/21/22 | Outlook Email | 316_Breona Complaint | Elections Internet | vereartirema306@gm.ail.com | | | Privileged - Withheld | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0823929 | Redacted | STATE145281 | Keith Ingram | 3/23/23 | Adobe Acrobat (PDF) | | | | | 319_Montia Flores-Bolster Complaint.pdf | Privileged - Withheld | Investigative | Election complaint submitted 11/28/22 regarding potential vote harvesting in 2022 General Election | | | | | X |
| DOC_0823929 | Redacted | STATE145298 | Keith Ingram | 3/23/23 | Adobe Acrobat (PDF) | | Kate Fisher | | | 380_Elizabeth Breddon Complaint.pdf | Privileged - Withheld | Investigative | Election complaint regarding potential unlawful assistance in 2022 General Election | | | | | X |
| DOC_0829417 | Redacted | STATE145296 | Lana Pmll | 2/15/23 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22.pdf | Privileged - Withheld | Investigative | Election complaint received 12/20/22 from poll watcher regarding potential miscounting of submitted ballots in Fort Bend County in 2022 elections. | | | | | X |
| DOC_0829800 | Redacted | STATE145308 | Lana Pmll | 2/15/23 | Adobe Acrobat (PDF) | | | | | KW SoS Form 12-20-22.pdf | Privileged - Withheld | Investigative | Election complaint submitted 12/20/22 by a poll watcher regarding potential fraud in Fort Bend County involving pre-filled ballots and voting machine manipulation in 2022 Election. | | | | | X |
| DOC_0833777 | Redacted | STATE145514 | Chuck Pinney | 6/6/22 | Adobe Acrobat (PDF) | | | | | 98_Berneri Hernandez Complaint.pdf | Privileged - Withheld | Investigative | Election complaint alleging candidate in Lamesa violated Election Code Sec. 276.016 | | | | | X |
| DOC_0833781 | Redacted | STATE145516 | Chuck Pinney | 6/6/22 | Adobe Acrobat (PDF) | | | | | 98_Berneri Hernandez Complaint.pdf | Privileged - Withheld | Investigative | Election complaint about alleged violation of Tex Elec Code Sec 276.016 in Lamesa, TX | | | | | X |
| DOC_0833910 | Redacted | STATE145358 | Chuck Pinney | 6/8/22 | Outlook Email | Re_133_Billy Wright Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | | | Privileged - Withheld | Attorney Client; Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex_Elec_Code Sec 81.008 in Elkhart, TX | X | X | | | |
| DOC_0833917 | Redacted | STATE145360 | Chuck Pinney | 5/24/22 | Outlook Email | 140_James Sheridan Complaint - Assignment (CP).msg | Kate Fisher | Charles Pinney | Heidi Martinez | 140_James Sheridan Complaint - Assignment (CP).msg | Privileged - Withheld | Attorney Client; Investigative | Email communication between SOS attorneys and Election Division staff on election complaint about potential violation of Tex_Elec_Code Sec 81.008 in Elkhart, TX | X | X | | | |
| DOC_0833918 | Redacted | STATE145362 | Chuck Pinney | 7/25/22 | Adobe Acrobat (PDF) | | | | | 140_James Sheridan Complaint.pdf | Privileged - Withheld | Investigative | Election complaint about alleged violations of Tex Elec_Code Sec 51.051, 61.002, 61.007, and 61.008 during May 2022 Local Election | | | | | X |
| DOC_0833920 | Redacted | STATE145365 | Chuck Pinney | 5/19/22 | Outlook Email | Re_140 James Sheridan Complaint | Keith Ingram | Kate Fisher; Kristi Hart; Heidi Martinez | | Re_140 James Sheridan Complaint.msg | Privileged - Withheld | Investigative | Election complaint received 5/16/22, alleging violation of 61.007 in Elkhart, TX. Referred to OAG | | | | | X |
| DOC_0833921 | Redacted | STATE145396 | Chuck Pinney | 7/25/22 | Microsoft Word 2016 | | Lowri O'Leary | | | Billy Wright - AG Referral.docx | Privileged - Withheld | Investigative | Draft referral letter to Criminal Investigations at Office of Attorney General about election complaint alleging violation of Tex_Elec_Code Sec 61.007 in Elkhart, TX | | | | | X |
| DOC_0834221 | Redacted | STATE145455 | Chuck Pinney | 12/8/22 | Microsoft Word 97/98 | Re_271_SAO Hotline Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint received SAO Complaint Hotline regarding potential vote harvesting in Tarrant County | | | | | X |
| DOC_0834222 | Redacted | STATE145457 | Chuck Pinney | 12/8/22 | Microsoft Word 97/98 | | Information Technology | | | Duane Hodge (SAO) - NR.doc | Privileged - Withheld | Investigative | Election complaint received SAO Complaint Hotline regarding potential vote harvesting in Tarrant County | | | | | X |
| DOC_0834229 | Redacted | STATE145459 | Chuck Pinney | 12/7/22 | Outlook Email | Re_318_Monica Flores-Bolster Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election | | | | | X |
| DOC_0834316 | Redacted | STATE145460 | Chuck Pinney | 12/7/22 | Outlook Email | Re_318_Monica Flores-Bolster Complaint - Assignment (CP) | Charles Pinney | Kate Fisher; Keith Ingram | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election | | | | | X |
| DOC_0834317 | Redacted | STATE145462 | Chuck Pinney | 12/7/22 | Microsoft Word 2016 | | Charles Pinney | | | Monica Flores-Bolster - Unlawful Assistance - AG.docx | Privileged - Withheld | Investigative | Draft letter to the Director of Law Enforcement at the Office of Attorney General referring election complaint | | | | | X |
| DOC_0834319 | Redacted | STATE145464 | Chuck Pinney | 12/7/22 | Outlook Email | RE_318_Monica Flores-Bolster Complaint - Assignment (CP) | Keith Ingram | Charles Pinney; Kate Fisher | Heidi Martinez | | Privileged - Withheld | Investigative | Election complaint submitted 11/2/22 regarding potential unlawful assistance in 2022 General Election | | | | | X |
| STATE177217 | Redacted | | Christina Adkins | 11/14/22 | Outlook Email | FW_Election final | Heidi Martinez | Christina Adkins | | 00000000N56CE4B C77929644F57C6A2 81C36D14E49F2300.msg | Privileged - Redact | Attorney Client | Email communication between SOS attorneys regarding election final complaint alleging poll pad added voters in Dallas, TX. | X | X | | | |
| STATE177009 | Redacted | | Heidi Martinez | 11/7/22 | Outlook Email | 300_Maria Gonzalez Complaint (re_Gilberto Aguilar) - Assignment (HM) | Kate Fisher | Heidi Martinez | | | Privileged - Redact | Attorney Client | Email communication between SOS attorneys and Elections Division employees regarding complaint that alleges violation of Election Code 276.019 | X | X | | | |

| ID Number | Redacted or Withheld in Full | Produced Bates Stamp | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement | Atty-Client Privilege (Primary Purpose) | Atty-Client Privilege (Underlying Facts) | Atty-Client Privilege (No Client) | Deliberative Process Privilege | Investigative Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE775461 | Redacted | | Kristi Hart | 10/7/22 | Outlook Email | RE: List of Individuals who Complete Poll Watcher Training | Adam Bitter | Kate Fisher | GeneralCounsel; Kristi Hart | | Privileged - Redact | Attorney-Client | Email communication between SOS general counsel and SOS Elections Division employee regarding Bastrop, TX inquiry on poll watcher training | X | X | | | |