IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No: 5:21-cv-00844-XR |
| GREGORY W. ABBOTT, et al., | § § § | |
| *Defendants.* | § § § § § § | |

**DEFENDANT LISA WISE'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendant El Paso County Elections Administrator, Lisa Wise, pursuant to the Second Amended Scheduling Order entered on March 30, 2023 (ECF No. 579), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, makes her pretrial disclosures. Defendant Wise reserves the right to amend her disclosures to include witnesses or exhibits that she could not have reasonably anticipated to be necessary, or to respond to amendments to the other parties' disclosures made under Rule 26(a)(3)(A)(i)-(iii).

A.   WITNESSES (Rule 26(a)(3)(A)(i))

**Witnesses Defendant Wise expects to present:**

None

**Witnesses Defendant Wise will call if the need arises:**

None.

The following witnesses will testify, if necessary, regarding attorneys' fees and costs:

Jed Untereker
Christina Sanchez
Erica Rosales

El Paso County Attorney's Office
500 E. San Antonio
El Paso, TX 79901
(915) 546-2000

Ranjana Natarajan
States United Democracy Center
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
(323) 422-8578

Kathleen Hartnett
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2000

Orion Armon
Cooley LLP
1144 15th Street
Suite 2300
Denver, CO 80202-2686
(720) 566-4000

**B.**   **DESIGNATIONS OF DEPOSITION TESTIMONY (Rule 26(a)(3)(A)(ii))**

None.  However, Defendant Wise reserves the right to offer portions of the deposition of any witness that the opposing parties may designate pursuant to Rule 26(a)(3)(A)(ii).  *See* Fed. R. Civ. P. 32(a)(6).

**C.**   **DOCUMENTS AND OTHER EXHIBITS (Rule 26(a)(3)(A)(iii))**

**Documents and other exhibits Defendant Wise expects to offer:**

None.

**Documents and other exhibits Defendant Wise will offer if the need arises:**

None

Dated:  July 28, 2023

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Kathleen Hartnett*
Kathleen Hartnett
