IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

## JOINT NOTICE REGARDING TRIAL PROCEDURES

Pursuant to this Court's direction at the July 11 status conference, the parties have met and conferred regarding trial procedures in this case. The parties jointly propose the following procedures, which they will incorporate in the proposed Final Joint Pretrial Order to be filed by August 22, 2023. *See* 2d Am. Scheduling Order at 2, ECF No. 579.

1. **Opening Statements**

The parties will present opening statements of no more than 40 minutes per side. The United States and Private Plaintiffs will divide 40 minutes between their presentations, as will State Defendants, Intervenor Defendants, and any County Defendants offering an opening statement.

2. **Admission of Exhibits**

In lieu of moving individual exhibits into evidence during trial, the parties agree that disclosure of exhibits shall constitute a request to move such exhibits into evidence. The parties further agree to the use of disclosed exhibits during trial subject to oral and written objections,

and that the Court will rule on oral objections when made and on written objections prior to the close of evidence.

3. **Expert Testimony**

To facilitate succinct presentation of expert evidence, the parties stipulate to admission of expert reports under Federal Rule of Evidence 807, subject to any further objections in open court, if the expert testifies live or by trial deposition and adopts the statements in the report while under oath and subject to cross examination.

4. **Standing Testimony**

The parties agree that testimony solely for the purpose of establishing a plaintiff's standing may be offered via out of court statements, except with respect to any testimony for the purpose of establishing standing for a claim against Harris County District Attorney Ogg.  Any such testimony may be subject to live cross-examination, upon any party's request.  The parties agree to meet and confer further regarding the appropriate medium for such testimony (*e.g.*, deposition designations, declarations, or pre-filed written direct examinations).

5. **Witness Appearance and Timing**

The parties agree that witnesses with disabilities who may have problems traveling to San Antonio may testify via Zoom or an alternative video conferencing solution.  The parties also agree to provide at least 24 hours' notice concerning the witnesses who will be called for examination on a subsequent trial day.

The parties agree to provide at least 48 hours' notice to County Defendants prior to being called for examination, regardless of whether the County Defendants testify in person or via Zoom or an alternative video conferencing solution.

Pursuant to ECF No. 576, County Defendants shall testify on one day, unless testimony the following day is necessitated by the end of proceedings on the day that the relevant County Defendant was called to testify. A County Defendant shall be examined by all parties at the time the official is called to testify (including direct examination, cross examination, and rebuttal), and the official shall not be recalled to testify during the remainder of the trial by any party, absent Court order. To the extent any County Defendant is recalled to testify pursuant to Court order, and subject to the Court's approval, the County Defendants reserve the right to provide any such later-in-time testimony over Zoom or an alternative video communication method.

**6. Trial Attendance for County Defendants**

Subject to the Court's approval, counsel for County Defendants reserve the right to appear/attend the trial via Zoom or via an alternative video conferencing solution, except for when counsel's respective individual county official(s) is or are testifying in person in San Antonio, in which case counsel will also appear in person in San Antonio.

Subject to the Court's approval, the parties agree that County party representatives and County Defendants' counsel need not attend/appear in person for the entire length of the trial.

**7. Matters On Which the Parties Continue to Confer**

The parties have agreed to continue to meet and confer regarding the following additional matters:

- Following the disclosure of witness lists, the United States and Private Plaintiffs have agreed to provide State Defendants, Intervenor Defendants, and County Defendants with an estimate of the time needed for presentation of their affirmative cases and cross-examination of defense witnesses by August 11. The parties will notify the Court shortly

thereafter of the estimated total time needed to try this case, absent resolution of some or all claims via summary judgment.

- The non-county parties will confer with counsel for individual county officials concerning the feasibility of testifying in person in San Antonio and to discuss any potential need to testify via Zoom or an alternative video conferencing solution.

- The parties will confer concerning deadlines for disclosure of demonstratives.

- The parties will confer regarding any additional trial procedures that will streamline the presentation of evidence and the Court's consideration of this matter.

Respectfully submitted,

Date:  July 28, 2023

| For the United States: | For Mi Familia Vota Plaintiffs: |
|---|---|
| KRISTEN CLARKE<br>Assistant Attorney General<br><br>*/s/ Daniel J. Freeman*<br>T. CHRISTIAN HERREN, JR.<br>RICHARD A. DELLHEIM<br>DANIEL J. FREEMAN<br>DANA PAIKOWSKY<br>MICHAEL E. STEWART<br>JENNIFER YUN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>(800) 253-3931<br>voting.section@usdoj.gov | */s/ Wendy J. Olson*<br>Wendy J. Olson*<br>Laura E. Rosenbaum*<br>Elijah Watkins*<br>Mark Bieter*<br>Bradley Prowant*<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>(503) 224-3380<br>wendy.olson@stoel.com<br>laura.rosenbaum@stoel.com<br>elijah.watkins@stoel.com<br>mark.bieter@stoel.com<br>bradley.prowant@stoel.com<br><br>Sean Lyons<br>Clem Lyons<br>LYONS & LYONS, P.C.<br>237 W. Travis Street, Suite 100<br>San Antonio, TX 78205<br>(210) 225-5251<br>sean@lyonsandlyons.com<br>clem@lyonsandlyons.com<br><br>Courtney Hostetler*<br>Ron Fein*<br>John Bonifaz*<br>Ben Clements*<br>FREE SPEECH FOR PEOPLE<br>1320 Centre Street, Suite 405<br>Newton, MA 02459<br>(617) 249-3015<br>chostetler@freespeechforpeople.org<br>rfein@freespeechforpeople.org<br>jbonifaz@freespeechforpeople.org<br>bclements@freespeechforpeople.org |

**For OCA Greater Houston Plaintiffs:**

*/s/ Zachary Dolling*
Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395

LUCIA ROMANO
Texas State Bar No. 24033013
LISA A. SNEAD
Texas State Bar No. 24062204
PETER HOFER
Texas State Bar No. 09777275
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100

| For LUPE Plaintiffs: | For HAUL Plaintiffs: |
|---|---|
| /s/ Nina Perales<br>Nina Perales<br>Julia R. Longoria<br>MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br>110 Broadway, Suite 300<br>San Antonio, TX 78205<br>Telephone: (210) 224-5476<br>Facsimile: (210 224-5382<br>nperales@maldef.org<br>jlongoria@maldef.org<br><br>Michael C. Keats*<br>Rebecca L. Martin*<br>Jason S. Kanterman*<br>Kevin Zhen*<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br><br>/s/ Sean Morales-Doyle<br>Sean Morales-Doyle<br>Patrick A. Berry*<br>Andrew B. Garber*<br>Jasleen K. Singh*<br>Robyn N. Sanders*<br>BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>(646) 292-8310<br>sean.morales-doyle@nyu.edu<br><br>Leah J. Tulin*<br>BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW<br>1140 Connecticut Avenue NW, Suite 1150<br>Washington, DC 20036<br>(202) 650-6397<br><br>* Admitted *pro hac vice* | /s/ Jennifer A. Holmes<br>Jennifer A. Holmes*<br>NAACP Legal Defense and Educational Fund, Inc.<br>700 14th Street NW, Suite 600<br>Washington, DC 20005<br>(202) 682-1300<br>jholmes@naacpldf.org<br><br>Amir Badat*<br>Victor Genecin*<br>Breanna Williams*<br>NAACP Legal Defense and Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br> (212) 965-2200<br><br>Kenneth E. Broughton<br>J. Keely Pippin*<br>Reed Smith LLP<br>811 Main Street, Suite 1700<br>Houston, TX 77002-6110<br> (713) 469-3800<br><br>Sarah Cummings Stewart<br>Reed Smith LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>(469) 680-4200<br><br>Shira Wakschlag*<br>The Arc of the United States, Inc.<br>1825 K Street, NW, Suite 1200<br>Washington, DC 20006<br> (202) 534-3708<br><br>J. Michael Showalter*<br>ARENTFOX SCHIFF LLP<br>South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>(312) 258-5561<br><br>*Admitted *pro hac vice* |

**For LULAC Plaintiffs:**

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Noah B. Baron*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
nbaron@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law
*Admitted *Pro Hac Vice*

| For State Defendants: | For Intervenor-Defendants |
|---|---|
| ANGELA COLMENERO<br>Provisional Attorney General | */s/ John M. Gore*<br>John M. Gore<br>E. Stewart Crosland (pro hac vice)<br>Charles E.T. Roberts |
| BRENT WEBSTER<br>First Assistant Attorney General | JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Phone: (202) 879-3939<br>Fax: (202) 626-1700 |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | jmgore@jonesday.com<br>scrosland@jonesday.com<br>cetroberts@jonesday.com |

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Deputy Chief, General Litigation Division
Tex. State Bar No. 24060998

*Counsel for Intervenor-Defendants*

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

WILLIAM D. WASSDORF
Assistant Attorney General
Tex. State Bar No. 24103022

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**For Defendant El Paso County Election Administrator:**

/s/ Kathleen Hartnett
COOLEY LLP
Kathleen Hartnett (CA SNB 314267)
Beatriz Mejia* (CA SBN 190948)
Sharon Song* (CA SBN 313535)
Kelsey Spector* (CA SBN 321488)
Germaine Habell* (CA SBN 333090)
Caroline A. Lebel* (CA SBN 340067)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
415 693-2000

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
720 566-4000

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
1 615 574-9108

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
(323) 422-8578

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
(240) 600-1316

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Admitted pro hac vice*

**For Defendant Harris County Election Administrator:**

/s/ Tiffany S. Bingham
**CHRISTIAN D. MENEFEE**
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@harriscountytx.gov
**JONATHAN G.C. FOMBONNE**
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**TIFFANY S. BINGHAM**
Managing Counsel, Affirmative Litigation Division
Texas Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

**For Defendant Bexar County Election Administrator:**

JOE D. GONZALES
Bexar County Criminal District Attorney

*/s/ Lisa V. Cubriel*
**LISA V. CUBRIEL**
State Bar No. 24045731
Assistant District Attorney – Civil Division
**LARRY L. ROBERSON**
Civil Section Chief
Bexar County District Attorney's Office
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone: (210) 335-2142
Lisa.Cubriel@bexar.org
lroberson@bexar.org

**For Defendant Hidalgo County Election Administrator:**

TORIBIO "TERRY" PALACIOS
Hidalgo County Criminal District Attorney

*/s/ Josephine Ramirez-Solis*
Josephine Ramirez-Solis
Assistant District Attorney
Texas Bar No. 24007894
josephine.ramirez@da.co.hidalgo.tx.us
Leigh Ann Tognetti
Assistant District Attorney
Texas Bar No. 24083975
leigh.tognetti@da.co.hidalgo.tx.us
100 E. Cano, First Floor
Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
(956) 292-7609

**For Defendants Travis County Clerk and District Attorney:**

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:     (512) 854-9513

By: */s/ Tony Nelson*

LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
AMY YBARRA
State Bar No. 24013573
amy.ybarra@traviscountytx.gov

**For Defendants Dallas County Elections Administrator and District Attorney:**

JOHN CREUZOT
District Attorney
Dallas County, Texas

*/s/ Ben L. Stool*
Ben L. Stool
Assistant District Attorney
Texas Bar No. 19312500
ben.stool@dallascounty.org

Barbara S. Nicholas
Assistant District Attorney
Texas Bar No. 24032785
barbara.nicholas@dallascounty.org

Civil Division
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-7358

**For Defendant Harris County DA Kim Ogg:**

 */s/ Eric J.R. Nichols*
ERIC J.R. NICHOLS
CORY R. LIU
VICTORIA A. GIESE
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
(737) 802-1800
eric.nichols@butlersnow.com
cory.liu@butlersnow.com
victoria.giese@butlersnow.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

      */s/ Daniel J. Freeman*
Daniel J. Freeman
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-4355
daniel.freeman@usdoj.gov