IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

### UNITED STATES' PRETRIAL DISCLSOURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Second Amended Scheduling Order, ECF No. 579, as amended at the July 11 hearing, the United States hereby submits its pretrial disclosures.

- The United States' Witness List is attached hereto as Exhibit 1.
- The United States' Deposition Designations are attached hereto as Exhibit 2.
- The United States' Exhibit List is attached hereto as Exhibit 3.

Respectfully Submitted,

Date:  July 28, 2023

                                           KRISTEN CLARKE
                                           Assistant Attorney General

                                           */s/ Daniel J. Freeman*
                                           T. CHRISTIAN HERREN, JR.
                                           RICHARD A. DELLHEIM
                                           DANIEL J. FREEMAN
                                           DANA PAIKOWSKY
                                           MICHAEL E. STEWART
                                           JENNIFER YUN
                                           Attorneys, Voting Section
                                           Civil Rights Division
                                           U.S. Department of Justice
                                           950 Pennsylvania Avenue NW
                                           Washington, D.C. 20530
                                           (800) 253-3931
                                           voting.section@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

      */s/ Daniel J. Freeman*
      Daniel J. Freeman
      Civil Rights Division
      U.S. Department of Justice
      950 Pennsylvania Ave, NW
      Washington, DC 20530
      (202) 305-4355
      daniel.freeman@usdoj.gov