IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.,

Plaintiffs,

v.

GREGORY W. ABBOTT, et al.,

Defendants.

Civil Action No. 5:21-cv-844 (XR)
(consolidated cases)

**UNITED STATES' WITNESS LIST**

| WILL CALL | MAY CALL | |
| --- | --- | --- |
| 1. Roberto Benavides | 1. Christina Adkins | 8. Charlie Johnson |
| 2. Jacquelyn Callanen | 2. Jennifer Colvin | 9. Rachelle Obakozuma |
| 3. Remi Garza | 3. Dana DeBeauvoir | 10. Frank Phillips |
| 4. Pamiel Gaskin | 4. Bridgette Escobedo | 11. Tacoma Phillips |
| 5. Dr. Eitan Hersh | 5. Kristi Hart | 12. Michael Scarpello |
| 6. Tammy Patrick | 6. Daniel Hayes | 13. J. Scott Wiedmann |
|  | 7. Keith Ingram | 14. Lisa Wise |

The United States also incorporates by reference all witnesses identified in any other party's witness list and any amendments thereto.

Date:  July 28, 2023