IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.,

Plaintiffs,

v.

GREGORY W. ABBOTT, et al.,

Defendants.

Civil Action No. 5:21-cv-844 (XR)
(consolidated cases)

**UNITED STATES' DEPOSITION DESIGNATIONS**

# Table of Contents

1.  Adkins, Christina – 7/20/2022                                    4

2.  Adkins, Christina – 4/11/2023                                   6

3.  Benavides, Roberto – 3/30/2023                                 7

4.  Callanen, Jacquelyn – 4/4/2022                                 8

5.  Callanen, Jacquelyn: Bexar 30(b)(6) – 4/20/2022                9

6.  Callanen, Jacquelyn: Bexar 30(b)(6) – 2/28/2022               10

7.  Colvin, Jennifer: Harris 30(b)(6) – 3/21/2023                 11

8.  DeBeauvoir, Dana – 5/2/2022                                   12

9.  Doyer, Jacqueline – 3/29/2023                                 13

10. Escobedo, Bridgette: Travis 30(b)(6) – 5/11/2022              14

11. Escobedo, Bridgette: Travis 30(b)(6) – 3/29/2023              15

12. Garza, Remi – 5/9/2022                                        16

13. Gaskin, Pamiel – 6/29/2022                                    17

14. Gipson, Sheri – 4/20/2022                                     18

15. Hart, Kristi – 6/30/2022                                      19

16. Hayes, Daniel: Travis 30(b)(6) – 5/11/2022                    21

17. Hayes, Daniel: Travis 30(b)(6) – 3/29/2023                    22

18. Hoekstra, Mark – 5/25/2022                                    23

19. Hoekstra, Mark – 4/26/2023                                    24

20. **Hollins, Christopher – 5/6/2022**                           **25**

21. **Ingram, Keith – 4/28/2022**                                 **26**

22. **Ingram, Keith – 3/28/2023**                                 **29**

23. **Ingram, Keith: SOS 30(b)(6) – 4/26/2022**                   **32**

24. **Ingram, Keith: SOS 30(b)(6) – 5/6/2022**                    **34**

25. **Ingram, Keith: SOS 30(b)(6) – 3/28/2023**                   **35**

26. **Ingram, Keith: SOS 30(b)(6) – 3/29/2023**                   **36**

27. **Johnson, Charlie: Travis 30(b)(6) – 3/29/2023**             **37**

28. **Johnson, Charlton: Travis 30(b)(6) – 5/11/2022**            **39**

29. **Longoria, Isabel: by Defendants – 4/20/2022**               **40**

30. **Longoria, Isabel: by Plaintiffs – 4/20/2022**               **41**

31. **Longoria, Isabel – 4/22/2022**                              **42**

32. **Obakozuwa, Rachelle: Harris 30(b)(6) – 3/21/2023**          **43**

33. **Phillips, Frank – 3/31/2023**                               **44**

34. **Ramon, Yvonne – 4/21/2022**                                 **46**

35. **Ramon, Yvonne: Hidalgo 30(b)(6) – 5/10/2022**               **47**

36. **Salinas, Hilda: Hidalgo 30(b)(6) – 4/20/2023**              **48**

37. **Scarpello, Michael – 5/4/2022**                             **49**

38. **Scarpello, Michael: Dallas 30(b)(6) – 4/29/2022**           **50**

39. **Scarpello, Michael: Dallas 30(b)(6) – 4/13/2023**           **51**

40. **Taylor, Samuel: SOS 30(b)(6) – 3/29/2023**                  **52**

41. **White, Jonathan – 4/27/2022**                                     **53**

42. **White, Jonathan: OAG 30(b)(6) – 5/5/2022**                        **54**

43. **Wise, Lisa – 4/13/2022**                                         **55**

44. **Wise, Lisa: El Paso 30(b)(6) – 4/15/2022**                       **57**

45. **Wise, Lisa: El Paso 30(b)(6) – 4/18/2023**                       **58**

46. **Phillips, Tacoma: Dallas 30(b)(6) – 4/29/2022**                  **60**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [7/20/2022] Adkins, Christina 30b1 (SOS) 20220720
**Issue Filter:** United States' Affirmative Designation

**Pg: 7 Ln: 4 - 5**

**Pg: 7 Ln: 14 - 16**

**Pg: 10 Ln: 19 - 24**

**Pg: 16 Ln: 19 - Pg: 17 Ln: 21**

**Pg: 19 Ln: 1 - 20**

**Pg: 29 Ln: 22 - Pg: 30 Ln: 4**

**Pg: 32 Ln: 3 - 8**

**Pg: 32 Ln: 11 - Pg: 34 Ln: 14**

**Pg: 34 Ln: 17 - Pg: 35 Ln: 15**

**Pg: 35 Ln: 18 - 23**

**Pg: 36 Ln: 23 - Pg: 37 Ln: 15**

**Pg: 37 Ln: 23 - Pg: 38 Ln: 20**

**Pg: 40 Ln: 12 - Pg: 41 Ln: 4**

**Pg: 41 Ln: 5 - Pg: 42 Ln: 9**

**Pg: 43 Ln: 6 - 22**

**Pg: 44 Ln: 6 - 16**

**Pg: 45 Ln: 2 - 8**

**Pg: 52 Ln: 3 - 17**

**Pg: 60 Ln: 22 - Pg: 61 Ln: 2**

**Pg: 65 Ln: 18 - Pg: 66 Ln: 15**

**Pg: 69 Ln: 6 - 19**

**Pg: 69 Ln: 23 - Pg: 70 Ln: 7**

**Pg: 71 Ln: 1 - 19**

**Pg: 78 Ln: 11 - 25**

**Pg: 79 Ln: 6 - 15**

**Pg: 80 Ln: 10 - 20**

# TextMap Annotation Digest Report

**Case Name:**  LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [7/20/2022] Adkins, Christina 30b1 (SOS) 20220720
**Issue Filter:**  United States' Affirmative Designation

**Pg: 91 Ln: 11 - Pg: 92 Ln: 11**

**Pg: 93 Ln: 8 - Pg: 94 Ln: 22**

**Pg: 96 Ln: 19 - Pg: 97 Ln: 6**

**Pg: 99 Ln: 22 - 25**

**Pg: 101 Ln: 16 - Pg: 102 Ln: 16**

**Pg: 140 Ln: 25 - Pg: 142 Ln: 7**

**Pg: 156 Ln: 24 - Pg: 157 Ln: 18**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/11/2023] Adkins, Christina 30b1 (SOS) 20230411
**Issue Filter:**  United States' Affirmative Designation

**Pg: 5 Ln: 2 - 15**

**Pg: 5 Ln: 20 - 24**

**Pg: 8 Ln: 24 - Pg: 9 Ln: 7**

**Pg: 10 Ln: 2 - 15**

**Pg: 21 Ln: 13 - 19**

**Pg: 24 Ln: 6 - 22**

**Pg: 24 Ln: 24 - Pg: 26 Ln: 12**

**Pg: 26 Ln: 13 - Pg: 27 Ln: 21**

**Pg: 27 Ln: 22 - Pg: 28 Ln: 8**

**Pg: 29 Ln: 16 - Pg: 30 Ln: 7**

**Pg: 32 Ln: 4 - 15**

**Pg: 33 Ln: 14 - 18**

**Pg: 35 Ln: 25 - Pg: 38 Ln: 14**

**Pg: 38 Ln: 18 - Pg: 40 Ln: 9**

**Pg: 41 Ln: 2 - 8**

**Pg: 49 Ln: 14 - 25**

**Pg: 57 Ln: 6 - 13**

**Pg: 58 Ln: 19 - Pg: 59 Ln: 16**

**Pg: 64 Ln: 20 - Pg: 65 Ln: 8**

**Pg: 65 Ln: 23 - Pg: 66 Ln: 10**

**Pg: 66 Ln: 11 - 24**

**Pg: 66 Ln: 25 - Pg: 67 Ln: 3**

**Pg: 76 Ln: 23 - Pg: 77 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott, No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/30/2023] Benavides, Roberto 30b1 20230330
**Issue Filter:** United States' Affirmative Designation

**Pg: 6 Ln: 15 - 16**

**Pg: 10 Ln: 9 - 23**

**Pg: 13 Ln: 5 - 19**

**Pg: 13 Ln: 25 - Pg: 14 Ln: 7**

**Pg: 14 Ln: 22 - 24**

**Pg: 15 Ln: 9 - 18**

**Pg: 15 Ln: 19 - 24**

**Pg: 17 Ln: 14 - Pg: 18 Ln: 9**

**Pg: 20 Ln: 18 - Pg: 22 Ln: 2**

**Pg: 22 Ln: 7 - 13**

**Pg: 22 Ln: 14 - Pg: 23 Ln: 5**

**Pg: 23 Ln: 14 - Pg: 24 Ln: 10**

**Pg: 24 Ln: 16 - Pg: 25 Ln: 8**

**Pg: 25 Ln: 12 - Pg: 26 Ln: 1**

**Pg: 26 Ln: 8 - Pg: 27 Ln: 11**

**Pg: 27 Ln: 12 - 24**

**Pg: 27 Ln: 25 - Pg: 28 Ln: 7**

**Pg: 29 Ln: 3 - Pg: 30 Ln: 20**

**Pg: 33 Ln: 24 - Pg: 35 Ln: 2**

**Pg: 42 Ln: 22 - Pg: 45 Ln: 13**

**Pg: 45 Ln: 16 - Pg: 46 Ln: 19**

**Pg: 47 Ln: 22 - Pg: 48 Ln: 3**

**Pg: 48 Ln: 4 - Pg: 50 Ln: 4**

**Pg: 51 Ln: 7 - Pg: 52 Ln: 9**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/4/2022] Callanen, Jacquelyn 30b1 (Bexar) 20220404
**Issue Filter:**  United States' Affirmative Designation

**Pg: 9 Ln: 4 - 5**

**Pg: 9 Ln: 8 - 15**

**Pg: 11 Ln: 13 - 21**

**Pg: 15 Ln: 15 - Pg: 16 Ln: 12**

**Pg: 58 Ln: 17 - Pg: 60 Ln: 11**

**Pg: 62 Ln: 21 - Pg: 63 Ln: 25**

**Pg: 83 Ln: 13 - Pg: 85 Ln: 11**

**Pg: 85 Ln: 12 - 23**

**Pg: 101 Ln: 23 - Pg: 103 Ln: 7**

**Pg: 110 Ln: 2 - 11**

**Pg: 116 Ln: 4 - Pg: 118 Ln: 1**

**Pg: 122 Ln: 25 - Pg: 125 Ln: 3**

**Pg: 125 Ln: 4 - Pg: 126 Ln: 5**

**Pg: 126 Ln: 6 - Pg: 127 Ln: 3**

**Pg: 131 Ln: 6 - Pg: 134 Ln: 14**

**Pg: 135 Ln: 1 - Pg: 136 Ln: 15**

**Pg: 138 Ln: 12 - Pg: 139 Ln: 9**

**Pg: 139 Ln: 13 - Pg: 140 Ln: 2**

**Pg: 142 Ln: 20 - Pg: 143 Ln: 12**

**Pg: 144 Ln: 17 - Pg: 145 Ln: 5**

**Pg: 156 Ln: 15 - Pg: 157 Ln: 21**

**Pg: 157 Ln: 22 - Pg: 159 Ln: 3**

**Pg: 160 Ln: 19 - Pg: 161 Ln: 14**

**Pg: 166 Ln: 8 - Pg: 167 Ln: 8**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/20/2022] Callanen, Jacquelyn 30b6 (Bexar) 20220420
**Issue Filter:** United States' Affirmative Designation

**Pg: 8 Ln: 22 - 23**

**Pg: 9 Ln: 2 - 12**

**Pg: 11 Ln: 14 - 25**

**Pg: 127 Ln: 10**

**Pg: 127 Ln: 20 - Pg: 129 Ln: 8**

**Pg: 132 Ln: 7 - Pg: 133 Ln: 8**

**Pg: 135 Ln: 20 - Pg: 136 Ln: 5**

**Pg: 138 Ln: 1 - 5**

**Pg: 139 Ln: 3 - 22**

**Pg: 141 Ln: 5 - 17**

**Pg: 141 Ln: 18 - Pg: 143 Ln: 15**

**Pg: 212 Ln: 21 - Pg: 214 Ln: 8**

**Pg: 215 Ln: 7 - 15**

**Pg: 216 Ln: 12 - 20**

**Pg: 274 Ln: 20 - Pg: 275 Ln: 17**

**Pg: 278 Ln: 23 - 25**

**Pg: 280 Ln: 16 - Pg: 281 Ln: 8**

**Pg: 281 Ln: 13 - Pg: 282 Ln: 3**

**Pg: 282 Ln: 9 - 11**

**Pg: 289 Ln: 3 - Pg: 290 Ln: 19**

**Pg: 311 Ln: 1 - Pg: 313 Ln: 7**

**Pg: 314 Ln: 5 - 15**

**Pg: 314 Ln: 16 - Pg: 315 Ln: 13**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [2/28/2023] Callanen, Jacquelyn 30b6 (Bexar) 20230228
**Issue Filter:** United States' Affirmative Designation

**Pg: 11 Ln: 13 - 14**

**Pg: 12 Ln: 10 - 13**

**Pg: 13 Ln: 19 - Pg: 14 Ln: 4**

**Pg: 47 Ln: 15 - 18**

**Pg: 51 Ln: 4 - 8**

**Pg: 56 Ln: 3 - Pg: 57 Ln: 12**

**Pg: 60 Ln: 6 - 10**

**Pg: 64 Ln: 16 - Pg: 65 Ln: 8**

**Pg: 85 Ln: 6 - 12**

**Pg: 110 Ln: 1 - 21**

**Pg: 110 Ln: 24 - Pg: 111 Ln: 12**

**Pg: 113 Ln: 16 - 19**

**Pg: 116 Ln: 1 - Pg: 117 Ln: 23**

**Pg: 120 Ln: 6 - 10**

**Pg: 122 Ln: 16 - 21**

**Pg: 124 Ln: 5 - 10**

**Pg: 128 Ln: 1 - 6**

**Pg: 128 Ln: 13 - Pg: 129 Ln: 8**

**Pg: 132 Ln: 21 - Pg: 134 Ln: 21**

**Pg: 138 Ln: 18 - Pg: 139 Ln: 3**

**Pg: 142 Ln: 17 - 21**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/21/2023] Colvin, Jennifer 30b6 (Harris) 20230321
**Issue Filter:** United States' Affirmative Designation

**Pg: 6 Ln: 24 - 25**

**Pg: 7 Ln: 5 - 11**

**Pg: 9 Ln: 19 - Pg: 10 Ln: 21**

**Pg: 13 Ln: 3 - 21**

**Pg: 17 Ln: 19 - Pg: 18 Ln: 16**

**Pg: 18 Ln: 17 - Pg: 19 Ln: 1**

**Pg: 21 Ln: 5 - Pg: 22 Ln: 2**

**Pg: 38 Ln: 8 - Pg: 39 Ln: 18**

**Pg: 41 Ln: 8 - Pg: 42 Ln: 9**

**Pg: 48 Ln: 4 - 20**

**Pg: 48 Ln: 25 - Pg: 49 Ln: 10**

**Pg: 49 Ln: 17 - Pg: 50 Ln: 8**

**Pg: 51 Ln: 14 - Pg: 52 Ln: 3**

**Pg: 54 Ln: 15 - Pg: 56 Ln: 8**

**Pg: 56 Ln: 9 - Pg: 57 Ln: 25**

**Pg: 60 Ln: 18 - Pg: 61 Ln: 7**

**Pg: 66 Ln: 16 - Pg: 67 Ln: 3**

**Pg: 68 Ln: 4 - 11**

**Pg: 69 Ln: 2 - Pg: 70 Ln: 3**

**Pg: 81 Ln: 2 - Pg: 82 Ln: 2**

**Pg: 82 Ln: 25 - Pg: 83 Ln: 23**

**Pg: 87 Ln: 12 - 22**

**Pg: 89 Ln: 13 - Pg: 91 Ln: 2**

**Pg: 91 Ln: 3 - 6**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [5/2/2022] DeBeauvoir, Dana 30b1 (Travis) 20220502
**Issue Filter:**  United States' Affirmative Designation

**Pg: 7 Ln: 6 - 7**

**Pg: 7 Ln: 10 - 13**

**Pg: 7 Ln: 14 - 16**

**Pg: 64 Ln: 25 - Pg: 65 Ln: 3**

**Pg: 77 Ln: 20 - Pg: 78 Ln: 11**

**Pg: 94 Ln: 20 - Pg: 95 Ln: 2**

**Pg: 107 Ln: 7 - 16**

**Pg: 130 Ln: 12 - Pg: 132 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**    [3/29/2023] Doyer, Jacqueline 30b1 (SOS) 20230329
**Issue Filter:**  United States' Affirmative Designation

**Pg: 4 Ln: 23 - 24**

**Pg: 5 Ln: 6 - 16**

**Pg: 9 Ln: 5 - 12**

**Pg: 9 Ln: 23 - Pg: 10 Ln: 5**

**Pg: 19 Ln: 23 - Pg: 20 Ln: 6**

**Pg: 20 Ln: 9 - 11**

**Pg: 20 Ln: 12 - 15**

**Pg: 21 Ln: 20 - Pg: 22 Ln: 1**

**Pg: 22 Ln: 23 - Pg: 23 Ln: 3**

**Pg: 23 Ln: 4 - 15**

**Pg: 23 Ln: 19 - Pg: 24 Ln: 2**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [5/11/2022] Escobedo, Bridgette 30b6 (Travis) 20220511
**Issue Filter:**  United States' Affirmative Designation

**Pg: 8 Ln: 3 - 5**

**Pg: 8 Ln: 8 - 12**

**Pg: 10 Ln: 5 - Pg: 11 Ln: 11**

**Pg: 13 Ln: 9 - 16**

**Pg: 25 Ln: 12 - 23**

**Pg: 27 Ln: 7 - Pg: 28 Ln: 2**

**Pg: 31 Ln: 5 - Pg: 32 Ln: 18**

**Pg: 34 Ln: 16 - 24**

**Pg: 36 Ln: 8 - 19**

**Pg: 36 Ln: 20 - 23**

**Pg: 36 Ln: 24 - Pg: 37 Ln: 15**

**Pg: 38 Ln: 10 - 18**

**Pg: 39 Ln: 3 - Pg: 40 Ln: 3**

**Pg: 41 Ln: 17 - 22**

**Pg: 42 Ln: 15 - Pg: 43 Ln: 4**

**Pg: 43 Ln: 5 - 10**

**Pg: 46 Ln: 5 - 13**

**Pg: 47 Ln: 6 - 11**

**Pg: 48 Ln: 5 - 8**

**Pg: 112 Ln: 21 - Pg: 113 Ln: 8**

**Pg: 113 Ln: 25 - Pg: 114 Ln: 19**

**Pg: 127 Ln: 8 - 15**

**Pg: 162 Ln: 14 - Pg: 163 Ln: 7**

**Pg: 203 Ln: 24 - Pg: 204 Ln: 7**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [3/29/2023] Escobedo, Bridgette 30b6 (Travis) 20230329
**Issue Filter:**  United States' Affirmative Designation

**Pg: 7 Ln: 1 - 3**

**Pg: 7 Ln: 5 - 10**

**Pg: 9 Ln: 4 - Pg: 10 Ln: 22**

**Pg: 17 Ln: 9 - 19**

**Pg: 18 Ln: 20 - 24**

**Pg: 19 Ln: 4 - 7**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [5/9/2022] Garza, Remi 30b1 (Cameron) 20220509
**Issue Filter:** United States' Affirmative Designation

**Pg: 5 Ln: 19 - 20**

**Pg: 5 Ln: 25 - Pg: 6 Ln: 5**

**Pg: 11 Ln: 19 - Pg: 12 Ln: 6**

**Pg: 118 Ln: 7 - 21**

**Pg: 118 Ln: 22 - Pg: 119 Ln: 18**

**Pg: 142 Ln: 24 - Pg: 143 Ln: 11**

**Pg: 247 Ln: 11 - Pg: 250 Ln: 4**

**Pg: 253 Ln: 14 - 23**

**Pg: 254 Ln: 15 - Pg: 255 Ln: 16**

**Pg: 257 Ln: 18 - Pg: 259 Ln: 3**

**Pg: 259 Ln: 21 - Pg: 260 Ln: 6**

**Pg: 261 Ln: 19 - Pg: 262 Ln: 4**

**Pg: 262 Ln: 5 - Pg: 263 Ln: 10**

**Pg: 266 Ln: 25 - Pg: 267 Ln: 23**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [6/29/2022] Gaskin, Pamiel 30b1 20220629
**Issue Filter:**  United States' Affirmative Designation

**Pg: 6 Ln: 1 - 2**

**Pg: 6 Ln: 11 - 15**

**Pg: 15 Ln: 13 - 16**

**Pg: 18 Ln: 9 - 17**

**Pg: 18 Ln: 25 - Pg: 19 Ln: 14**

**Pg: 20 Ln: 22 - Pg: 24 Ln: 6**

**Pg: 24 Ln: 25 - Pg: 25 Ln: 15**

**Pg: 28 Ln: 18 - Pg: 29 Ln: 22**

**Pg: 30 Ln: 8 - 19**

**Pg: 31 Ln: 7 - 13**

**Pg: 31 Ln: 16 - Pg: 33 Ln: 2**

**Pg: 34 Ln: 6 - Pg: 35 Ln: 12**

**Pg: 36 Ln: 13 - 16**

**Pg: 36 Ln: 20 - Pg: 37 Ln: 5**

**Pg: 37 Ln: 6 - 13**

**Pg: 41 Ln: 24 - Pg: 42 Ln: 23**

**Pg: 48 Ln: 18 - Pg: 49 Ln: 8**

**Pg: 70 Ln: 13 - Pg: 71 Ln: 2**

**Pg: 77 Ln: 4 - 17**

**Pg: 78 Ln: 11 - Pg: 79 Ln: 7**

**Pg: 79 Ln: 18 - Pg: 80 Ln: 3**

**Pg: 123 Ln: 16 - Pg: 124 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/20/2022] Gipson, Sheri 30b1 (DPS) 20220420
**Issue Filter:** United States' Affirmative Designation

---

**Pg: 5 Ln: 1**

**Pg: 5 Ln: 18 - 19**

**Pg: 5 Ln: 22 - Pg: 6 Ln: 6**

**Pg: 7 Ln: 17 - Pg: 8 Ln: 6**

**Pg: 14 Ln: 5 - Pg: 15 Ln: 24**

**Pg: 16 Ln: 18 - Pg: 17 Ln: 9**

**Pg: 33 Ln: 21 - Pg: 34 Ln: 20**

**Pg: 38 Ln: 10 - 15**

**Pg: 39 Ln: 21 - Pg: 40 Ln: 14**

**Pg: 40 Ln: 15 - Pg: 41 Ln: 3**

**Pg: 42 Ln: 7 - 19**

**Pg: 54 Ln: 17 - 23**

**Pg: 59 Ln: 8 - 20**

**Pg: 59 Ln: 21 - Pg: 61 Ln: 1**

**Pg: 61 Ln: 2 - 12**

**Pg: 63 Ln: 2 - Pg: 64 Ln: 6**

**Pg: 68 Ln: 25 - Pg: 69 Ln: 7**

**Pg: 72 Ln: 23 - Pg: 73 Ln: 1**

**Pg: 80 Ln: 1 - Pg: 81 Ln: 8**

**Pg: 81 Ln: 12 - Pg: 82 Ln: 8**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [6/30/2022] Hart, Kristi 30b1 20220630
**Issue Filter:**  United States' Affirmative Designation

**Pg: 8 Ln: 19 - Pg: 9 Ln: 6**

**Pg: 9 Ln: 11 - 16**

**Pg: 13 Ln: 3 - Pg: 14 Ln: 2**

**Pg: 18 Ln: 17 - 24**

**Pg: 21 Ln: 23 - Pg: 23 Ln: 16**

**Pg: 24 Ln: 12 - 17**

**Pg: 25 Ln: 3 - 16**

**Pg: 25 Ln: 17 - 23**

**Pg: 26 Ln: 3 - 13**

**Pg: 27 Ln: 7 - 12**

**Pg: 28 Ln: 3 - Pg: 29 Ln: 1**

**Pg: 34 Ln: 3 - 18**

**Pg: 40 Ln: 5 - 11**

**Pg: 46 Ln: 6 - 15**

**Pg: 47 Ln: 4 - 10**

**Pg: 47 Ln: 16 - Pg: 48 Ln: 19**

**Pg: 55 Ln: 18 - Pg: 56 Ln: 3**

**Pg: 56 Ln: 16 - 21**

**Pg: 57 Ln: 24 - Pg: 58 Ln: 22**

**Pg: 58 Ln: 23 - Pg: 60 Ln: 24**

**Pg: 61 Ln: 5 - 13**

**Pg: 79 Ln: 21 - Pg: 80 Ln: 8**

**Pg: 80 Ln: 14 - 21**

**Pg: 82 Ln: 8 - 21**

**Pg: 83 Ln: 25 - Pg: 85 Ln: 18**

**Pg: 99 Ln: 10 - 13**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [6/30/2022] Hart, Kristi 30b1 20220630
**Issue Filter:**  United States' Affirmative Designation

**Pg: 107 Ln: 8 - 13**

**Pg: 132 Ln: 25 - Pg: 133 Ln: 2**

**Pg: 133 Ln: 21 - Pg: 134 Ln: 15**

**Pg: 134 Ln: 25 - Pg: 135 Ln: 12**

**Pg: 137 Ln: 4 - 12**

**Pg: 137 Ln: 25 - Pg: 139 Ln: 11**

**Pg: 157 Ln: 17 - Pg: 158 Ln: 14**

# TextMap Annotation Digest Report

**Case Name:**  LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [5/11/2022] Hayes, Daniel 30b6 (Travis) 20220511
**Issue Filter:**  United States' Affirmative Designation

---

**Pg: 6 Ln: 5 - 7**

**Pg: 6 Ln: 10 - 14**

**Pg: 8 Ln: 17 - Pg: 9 Ln: 22**

**Pg: 11 Ln: 4 - 5**

**Pg: 11 Ln: 14 - 17**

**Pg: 42 Ln: 24 - Pg: 43 Ln: 10**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/29/2023] Hayes, Daniel 30b6 (Travis) 20230329
**Issue Filter:** United States' Affirmative Designation

**Pg: 7 Ln: 2 - 3**

**Pg: 7 Ln: 14 - 18**

**Pg: 9 Ln: 18 - Pg: 10 Ln: 21**

**Pg: 13 Ln: 1 - 7**

**Pg: 27 Ln: 1 - 6**

**Pg: 27 Ln: 16 - Pg: 28 Ln: 4**

**Pg: 30 Ln: 11 - Pg: 31 Ln: 4**

**Pg: 31 Ln: 5 - 9**

**Pg: 31 Ln: 20 - Pg: 32 Ln: 17**

**Pg: 33 Ln: 1 - 15**

**Pg: 33 Ln: 21 - Pg: 34 Ln: 12**

**Pg: 34 Ln: 13 - Pg: 35 Ln: 16**

**Pg: 35 Ln: 17 - Pg: 36 Ln: 4**

**Pg: 36 Ln: 12 - 22**

**Pg: 36 Ln: 23 - Pg: 37 Ln: 4**

**Pg: 51 Ln: 20 - Pg: 52 Ln: 17**

**Pg: 53 Ln: 3 - 9**

**Pg: 57 Ln: 10 - 21**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [5/25/2022] Hoekstra, Mark 20220525
**Issue Filter:** United States' Affirmative Designation

**Pg: 4 Ln: 5 - 12**

**Pg: 5 Ln: 16 - 21**

**Pg: 8 Ln: 24 - Pg: 9 Ln: 4**

**Pg: 10 Ln: 1 - 9**

**Pg: 71 Ln: 23 - Pg: 72 Ln: 10**

**Pg: 91 Ln: 11 - 19**

**Pg: 104 Ln: 3 - 9**

**Pg: 105 Ln: 9 - 15**

**Pg: 106 Ln: 2 - 11**

**Pg: 106 Ln: 12 - 16**

**Pg: 109 Ln: 25 - Pg: 110 Ln: 13**

**Pg: 156 Ln: 5 - 8**

**Pg: 158 Ln: 23 - Pg: 159 Ln: 4**

**Pg: 159 Ln: 16 - 20**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/26/2023] Hoekstra, Mark 20230426
**Issue Filter:** United States' Affirmative Designation

**Pg: 6 Ln: 7 - 14**

**Pg: 7 Ln: 18 - 22**

**Pg: 9 Ln: 25 - Pg: 10 Ln: 14**

**Pg: 57 Ln: 4 - 12**

**Pg: 67 Ln: 9 - 20**

**Pg: 76 Ln: 25 - Pg: 77 Ln: 6**

**Pg: 83 Ln: 19 - Pg: 84 Ln: 6**

**Pg: 88 Ln: 11 - 14**

**Pg: 91 Ln: 5 - Pg: 92 Ln: 12**

**Pg: 92 Ln: 13 - 18**

**Pg: 111 Ln: 23 - Pg: 112 Ln: 3**

**Pg: 132 Ln: 7 - 12**

**Pg: 132 Ln: 13 - 18**

**Pg: 210 Ln: 20 - Pg: 211 Ln: 1**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [5/6/2022] Hollins, Christopher 20220506
**Issue Filter:** United States' Affirmative Designation

**Pg: 10 Ln: 18 - 22**

**Pg: 23 Ln: 22 - Pg: 24 Ln: 12**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/28/2022] Ingram, Keith 30b1 20220428
**Issue Filter:** United States' Affirmative Designation

**Pg: 7 Ln: 1 - 8**

**Pg: 16 Ln: 6 - 14**

**Pg: 16 Ln: 15 - 20**

**Pg: 17 Ln: 14 - Pg: 18 Ln: 23**

**Pg: 19 Ln: 1 - 10**

**Pg: 19 Ln: 11 - 13**

**Pg: 19 Ln: 15 - 21**

**Pg: 20 Ln: 4 - 11**

**Pg: 21 Ln: 17 - 21**

**Pg: 23 Ln: 16 - 20**

**Pg: 24 Ln: 3 - 6**

**Pg: 25 Ln: 2 - 8**

**Pg: 25 Ln: 24 - Pg: 26 Ln: 3**

**Pg: 26 Ln: 4 - 10**

**Pg: 27 Ln: 19 - 22**

**Pg: 27 Ln: 23 - Pg: 28 Ln: 3**

**Pg: 41 Ln: 11 - 20**

**Pg: 64 Ln: 25 - Pg: 65 Ln: 3**

**Pg: 79 Ln: 15 - 22**

**Pg: 81 Ln: 21 - Pg: 82 Ln: 5**

**Pg: 82 Ln: 22 - Pg: 83 Ln: 7**

**Pg: 84 Ln: 1 - 6**

**Pg: 84 Ln: 9 - 18**

**Pg: 85 Ln: 13 - 21**

**Pg: 85 Ln: 22 - Pg: 87 Ln: 1**

**Pg: 87 Ln: 20 - 23**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/28/2022] Ingram, Keith 30b1 20220428
**Issue Filter:**  United States' Affirmative Designation

---

**Pg: 87 Ln: 25 - Pg: 88 Ln: 10**

**Pg: 88 Ln: 23 - Pg: 89 Ln: 7**

**Pg: 89 Ln: 9 - 11**

**Pg: 91 Ln: 22 - Pg: 93 Ln: 2**

**Pg: 93 Ln: 3 - 8**

**Pg: 93 Ln: 10 - 11**

**Pg: 93 Ln: 12 - 17**

**Pg: 93 Ln: 24 - Pg: 94 Ln: 3**

**Pg: 94 Ln: 4 - 19**

**Pg: 94 Ln: 25 - Pg: 95 Ln: 13**

**Pg: 95 Ln: 15 - Pg: 96 Ln: 14**

**Pg: 96 Ln: 15 - 23**

**Pg: 96 Ln: 24 - Pg: 97 Ln: 5**

**Pg: 99 Ln: 15 - 19**

**Pg: 101 Ln: 7 - 20**

**Pg: 102 Ln: 4 - 8**

**Pg: 103 Ln: 11 - 18**

**Pg: 104 Ln: 8 - 12**

**Pg: 108 Ln: 5 - 10**

**Pg: 111 Ln: 18 - 25**

**Pg: 112 Ln: 1 - 9**

**Pg: 117 Ln: 18 - 22**

**Pg: 118 Ln: 19 - Pg: 119 Ln: 6**

**Pg: 119 Ln: 9 - 11**

**Pg: 119 Ln: 14 - 19**

**Pg: 119 Ln: 20 - 23**

---

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/28/2022] Ingram, Keith 30b1 20220428
**Issue Filter:** United States' Affirmative Designation

**Pg: 120 Ln: 14 - 19**

**Pg: 120 Ln: 25 - Pg: 121 Ln: 2**

**Pg: 121 Ln: 3 - 4**

**Pg: 121 Ln: 5 - 14**

**Pg: 121 Ln: 15 - 20**

**Pg: 121 Ln: 21 - 25**

**Pg: 122 Ln: 9 - 15**

**Pg: 122 Ln: 19 - Pg: 123 Ln: 1**

**Pg: 124 Ln: 5 - 9**

**Pg: 124 Ln: 19 - Pg: 125 Ln: 13**

**Pg: 126 Ln: 9 - 23**

**Pg: 126 Ln: 24 - Pg: 127 Ln: 5**

**Pg: 127 Ln: 6 - 9**

**Pg: 128 Ln: 7 - Pg: 129 Ln: 6**

**Pg: 129 Ln: 18 - Pg: 130 Ln: 5**

**Pg: 131 Ln: 1 - 9**

**Pg: 131 Ln: 22 - Pg: 132 Ln: 6**

**Pg: 137 Ln: 19 - 25**

**Pg: 175 Ln: 16 - Pg: 176 Ln: 3**

**Pg: 198 Ln: 19 - Pg: 202 Ln: 15**

**Pg: 203 Ln: 21 - 25**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/28/2023] Ingram, Keith 30b1 20230328
**Issue Filter:** United States' Affirmative Designation

**Pg: 7 Ln: 1 - 12**

**Pg: 13 Ln: 15 - Pg: 14 Ln: 1**

**Pg: 15 Ln: 5 - 12**

**Pg: 19 Ln: 9 - 21**

**Pg: 26 Ln: 10 - 15**

**Pg: 27 Ln: 13 - 18**

**Pg: 30 Ln: 12 - 23**

**Pg: 30 Ln: 24 - Pg: 31 Ln: 3**

**Pg: 31 Ln: 16 - Pg: 32 Ln: 22**

**Pg: 35 Ln: 13 - 18**

**Pg: 35 Ln: 19 - Pg: 36 Ln: 1**

**Pg: 36 Ln: 2 - 17**

**Pg: 38 Ln: 22 - Pg: 39 Ln: 4**

**Pg: 39 Ln: 12 - 16**

**Pg: 39 Ln: 17 - 22**

**Pg: 40 Ln: 8 - 15**

**Pg: 43 Ln: 3 - 9**

**Pg: 43 Ln: 10 - 19**

**Pg: 44 Ln: 9 - 21**

**Pg: 46 Ln: 15 - 19**

**Pg: 47 Ln: 18 - 22**

**Pg: 50 Ln: 7 - 10**

**Pg: 51 Ln: 24 - Pg: 52 Ln: 5**

**Pg: 52 Ln: 6 - 8**

**Pg: 53 Ln: 1 - 11**

**Pg: 55 Ln: 2 - 8**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [3/28/2023] Ingram, Keith 30b1 20230328
**Issue Filter:**  United States' Affirmative Designation

---

**Pg: 55 Ln: 9 - 16**

**Pg: 57 Ln: 12 - Pg: 58 Ln: 5**

**Pg: 60 Ln: 2 - Pg: 61 Ln: 9**

**Pg: 67 Ln: 13 - Pg: 68 Ln: 14**

**Pg: 69 Ln: 3 - 8**

**Pg: 69 Ln: 9 - 12**

**Pg: 72 Ln: 10 - 19**

**Pg: 73 Ln: 20 - 25**

**Pg: 74 Ln: 1 - 5**

**Pg: 82 Ln: 4 - 21**

**Pg: 85 Ln: 7 - 25**

**Pg: 91 Ln: 2 - 18**

**Pg: 92 Ln: 15 - 22**

**Pg: 94 Ln: 1 - 4**

**Pg: 94 Ln: 21 - 23**

**Pg: 95 Ln: 2 - 10**

**Pg: 95 Ln: 11 - 17**

**Pg: 97 Ln: 14 - 16**

**Pg: 97 Ln: 23 - Pg: 98 Ln: 14**

**Pg: 100 Ln: 2 - 6**

**Pg: 101 Ln: 25 - Pg: 102 Ln: 4**

**Pg: 103 Ln: 3 - 11**

**Pg: 104 Ln: 10 - 18**

**Pg: 104 Ln: 19 - Pg: 105 Ln: 10**

**Pg: 106 Ln: 22 - Pg: 107 Ln: 3**

**Pg: 107 Ln: 11 - 20**

---

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [3/28/2023] Ingram, Keith 30b1 20230328
**Issue Filter:**  United States' Affirmative Designation

**Pg: 108 Ln: 4 - 13**

**Pg: 109 Ln: 10 - 13**

**Pg: 111 Ln: 20 - Pg: 112 Ln: 6**

**Pg: 119 Ln: 16 - 24**

**Pg: 121 Ln: 6 - 15**

**Pg: 123 Ln: 16 - Pg: 124 Ln: 8**

**Pg: 130 Ln: 10 - Pg: 131 Ln: 6**

**Pg: 131 Ln: 14 - 22**

**Pg: 136 Ln: 16 - 20**

**Pg: 139 Ln: 16 - 20**

**Pg: 162 Ln: 15 - Pg: 163 Ln: 20**

**Pg: 164 Ln: 14 - Pg: 165 Ln: 19**

**Pg: 173 Ln: 8 - Pg: 174 Ln: 8**

**Pg: 175 Ln: 6 - 10**

**Pg: 207 Ln: 24 - Pg: 208 Ln: 9**

**Pg: 214 Ln: 11 - 17**

**Pg: 214 Ln: 25 - Pg: 215 Ln: 6**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/26/2022] Ingram, Keith 30b6 20220426
**Issue Filter:** United States' Affirmative Designation

**Pg: 10 Ln: 8 - 14**

**Pg: 11 Ln: 5 - 15**

**Pg: 13 Ln: 6 - 13**

**Pg: 15 Ln: 9 - Pg: 16 Ln: 3**

**Pg: 16 Ln: 7 - 14**

**Pg: 16 Ln: 24 - Pg: 17 Ln: 9**

**Pg: 19 Ln: 1 - 21**

**Pg: 20 Ln: 9 - 12**

**Pg: 20 Ln: 14 - Pg: 21 Ln: 6**

**Pg: 24 Ln: 24 - Pg: 25 Ln: 25**

**Pg: 26 Ln: 7 - Pg: 27 Ln: 20**

**Pg: 27 Ln: 24 - Pg: 29 Ln: 1**

**Pg: 33 Ln: 16 - 23**

**Pg: 41 Ln: 7 - 20**

**Pg: 41 Ln: 23 - Pg: 42 Ln: 18**

**Pg: 43 Ln: 4 - 12**

**Pg: 43 Ln: 13 - 25**

**Pg: 44 Ln: 1 - 23**

**Pg: 45 Ln: 6 - 21**

**Pg: 46 Ln: 16 - Pg: 47 Ln: 2**

**Pg: 47 Ln: 7 - 15**

**Pg: 48 Ln: 2 - Pg: 49 Ln: 2**

**Pg: 51 Ln: 10 - 23**

**Pg: 51 Ln: 24 - Pg: 52 Ln: 25**

**Pg: 56 Ln: 11 - 22**

**Pg: 57 Ln: 17 - Pg: 58 Ln: 15**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/26/2022] Ingram, Keith 30b6 20220426
**Issue Filter:**  United States' Affirmative Designation

**Pg: 62 Ln: 10 - Pg: 64 Ln: 10**

**Pg: 64 Ln: 18 - Pg: 66 Ln: 8**

**Pg: 66 Ln: 9 - 22**

**Pg: 68 Ln: 9 - Pg: 70 Ln: 15**

**Pg: 72 Ln: 3 - 9**

**Pg: 74 Ln: 3 - Pg: 75 Ln: 11**

**Pg: 76 Ln: 3 - Pg: 77 Ln: 11**

**Pg: 77 Ln: 14 - Pg: 80 Ln: 15**

**Pg: 88 Ln: 16 - Pg: 89 Ln: 16**

**Pg: 91 Ln: 21 - Pg: 92 Ln: 5**

**Pg: 92 Ln: 15 - Pg: 94 Ln: 3**

**Pg: 94 Ln: 4 - Pg: 95 Ln: 4**

**Pg: 95 Ln: 5 - Pg: 96 Ln: 6**

**Pg: 103 Ln: 5 - Pg: 105 Ln: 21**

**Pg: 107 Ln: 12 - Pg: 115 Ln: 18**

**Pg: 213 Ln: 15 - 25**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**    [5/6/2022] Ingram, Keith 30b6 20220506 (PP Vol 2)
**Issue Filter:**  United States' Affirmative Designation

**Pg: 234 Ln: 1 - 2**

**Pg: 237 Ln: 14 - 24**

**Pg: 238 Ln: 11 - 14**

**Pg: 255 Ln: 1 - Pg: 256 Ln: 8**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**  [3/28/2023] Ingram, Keith 30b6 20230328
**Issue Filter:**  United States' Affirmative Designation

**Pg: 7 Ln: 1 - 10**

**Pg: 9 Ln: 6 - Pg: 10 Ln: 2**

**Pg: 10 Ln: 3 - 7**

**Pg: 13 Ln: 1 - Pg: 14 Ln: 19**

**Pg: 14 Ln: 20 - Pg: 15 Ln: 14**

**Pg: 16 Ln: 7 - Pg: 17 Ln: 5**

**Pg: 19 Ln: 1 - Pg: 20 Ln: 7**

**Pg: 21 Ln: 13 - 25**

**Pg: 22 Ln: 1 - 14**

**Pg: 22 Ln: 23 - Pg: 23 Ln: 13**

**Pg: 25 Ln: 6 - 11**

**Pg: 33 Ln: 11 - Pg: 34 Ln: 15**

**Pg: 34 Ln: 16 - Pg: 35 Ln: 4**

**Pg: 35 Ln: 10 - Pg: 37 Ln: 4**

**Pg: 37 Ln: 16 - 21**

**Pg: 37 Ln: 22 - Pg: 40 Ln: 16**

**Pg: 41 Ln: 23 - Pg: 42 Ln: 1**

**Pg: 42 Ln: 10 - 16**

**Pg: 42 Ln: 17 - Pg: 43 Ln: 8**

**Pg: 43 Ln: 9 - 12**

**Pg: 59 Ln: 18 - Pg: 60 Ln: 5**

**Pg: 65 Ln: 24 - Pg: 66 Ln: 2**

**Pg: 85 Ln: 21 - Pg: 86 Ln: 13**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/29/2023] Ingram, Keith 30b6 20230329
**Issue Filter:** United States' Affirmative Designation

**Pg: 5 Ln: 3 - 7**

**Pg: 5 Ln: 9 - 10**

**Pg: 48 Ln: 16 - 21**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/29/2023] Johnson, Charlie 30b6 (Travis) 20230329
**Issue Filter:** United States' Affirmative Designation

**Pg: 7 Ln: 1 - 2**

**Pg: 7 Ln: 11 - 15**

**Pg: 9 Ln: 9 - Pg: 10 Ln: 13**

**Pg: 13 Ln: 15 - Pg: 15 Ln: 11**

**Pg: 16 Ln: 3 - 6**

**Pg: 16 Ln: 7 - 11**

**Pg: 16 Ln: 25 - Pg: 17 Ln: 9**

**Pg: 17 Ln: 15 - Pg: 18 Ln: 5**

**Pg: 18 Ln: 6 - 10**

**Pg: 26 Ln: 19 - Pg: 27 Ln: 5**

**Pg: 27 Ln: 6 - Pg: 28 Ln: 9**

**Pg: 28 Ln: 13 - 18**

**Pg: 28 Ln: 19 - Pg: 29 Ln: 2**

**Pg: 32 Ln: 5 - 25**

**Pg: 39 Ln: 12 - Pg: 40 Ln: 7**

**Pg: 40 Ln: 8 - 13**

**Pg: 40 Ln: 14 - 23**

**Pg: 40 Ln: 24 - Pg: 41 Ln: 4**

**Pg: 41 Ln: 5 - Pg: 42 Ln: 3**

**Pg: 44 Ln: 17 - 24**

**Pg: 45 Ln: 15 - Pg: 46 Ln: 10**

**Pg: 46 Ln: 22 - Pg: 47 Ln: 11**

**Pg: 47 Ln: 17 - Pg: 48 Ln: 17**

**Pg: 48 Ln: 24 - Pg: 49 Ln: 8**

**Pg: 51 Ln: 12 - Pg: 52 Ln: 19**

**Pg: 55 Ln: 12 - 16**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/29/2023] Johnson, Charlie 30b6 (Travis) 20230329
**Issue Filter:** United States' Affirmative Designation

**Pg: 55 Ln: 20 - Pg: 56 Ln: 3**

**Pg: 57 Ln: 14 - Pg: 58 Ln: 10**

**Pg: 66 Ln: 14 - Pg: 67 Ln: 2**

**Pg: 67 Ln: 20 - Pg: 68 Ln: 19**

**Pg: 77 Ln: 3 - 12**

**Pg: 79 Ln: 5 - Pg: 82 Ln: 18**

**Pg: 89 Ln: 21 - Pg: 90 Ln: 15**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [5/11/2022] Johnson, Charlton 30b6 (Travis) 20220511
**Issue Filter:**  United States' Affirmative Designation

---

**Pg: 6 Ln: 5 - 7**

**Pg: 6 Ln: 10 - 15**

**Pg: 8 Ln: 5 - 24**

**Pg: 10 Ln: 2 - 25**

**Pg: 11 Ln: 19 - Pg: 12 Ln: 18**

**Pg: 12 Ln: 23 - Pg: 13 Ln: 17**

**Pg: 13 Ln: 18 - 21**

**Pg: 13 Ln: 18 - Pg: 14 Ln: 24**

**Pg: 15 Ln: 3 - 20**

**Pg: 15 Ln: 14 - Pg: 16 Ln: 7**

**Pg: 19 Ln: 1 - 6**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/20/2022] Longoria, Isabel 30b1 20220420 (Defs)
**Issue Filter:** United States' Affirmative Designation

**Pg: 8 Ln: 16 - 25**

**Pg: 9 Ln: 22 - Pg: 10 Ln: 1**

**Pg: 26 Ln: 22 - Pg: 32 Ln: 14**

**Pg: 38 Ln: 2 - 8**

**Pg: 46 Ln: 25 - Pg: 47 Ln: 7**

**Pg: 48 Ln: 3 - Pg: 50 Ln: 1**

**Pg: 51 Ln: 6 - Pg: 52 Ln: 8**

**Pg: 127 Ln: 13 - Pg: 128 Ln: 17**

**Pg: 131 Ln: 9 - 19**

**Pg: 142 Ln: 6 - 8**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/20/2022] Longoria, Isabel 30b1 20220420 (PI) (Vol. 1)
**Issue Filter:**  United States' Affirmative Designation

**Pg: 6 Ln: 13 - 14**

**Pg: 7 Ln: 2 - 9**

**Pg: 31 Ln: 20 - Pg: 32 Ln: 6**

**Pg: 36 Ln: 25 - Pg: 37 Ln: 8**

**Pg: 37 Ln: 9 - Pg: 38 Ln: 10**

**Pg: 38 Ln: 16 - Pg: 40 Ln: 15**

**Pg: 40 Ln: 21 - Pg: 41 Ln: 12**

**Pg: 41 Ln: 13 - Pg: 44 Ln: 7**

**Pg: 44 Ln: 11 - Pg: 45 Ln: 6**

**Pg: 55 Ln: 9 - 11**

**Pg: 56 Ln: 3 - Pg: 57 Ln: 9**

**Pg: 61 Ln: 4 - Pg: 64 Ln: 13**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/22/2022] Longoria, Isabel 30b1 20220422 (PI) (Vol. 2)
**Issue Filter:**  United States' Affirmative Designation

**Pg: 77 Ln: 1 - 5**

**Pg: 77 Ln: 21 - 23**

**Pg: 77 Ln: 24 - Pg: 78 Ln: 7**

**Pg: 107 Ln: 15 - Pg: 111 Ln: 1**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [3/21/2023] Obakozuwa, Rachelle 30b6 (Harris) 20230321
**Issue Filter:**  United States' Affirmative Designation

**Pg: 6 Ln: 24 - 25**

**Pg: 7 Ln: 5 - 11**

**Pg: 10 Ln: 1 - Pg: 11 Ln: 9**

**Pg: 12 Ln: 17 - Pg: 13 Ln: 1**

**Pg: 13 Ln: 20 - Pg: 14 Ln: 5**

**Pg: 54 Ln: 14 - Pg: 55 Ln: 12**

**Pg: 57 Ln: 1 - 12**

**Pg: 57 Ln: 13 - Pg: 58 Ln: 18**

**Pg: 62 Ln: 7 - 11**

**Pg: 64 Ln: 3 - Pg: 65 Ln: 7**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/31/2023] Phillips, Frank 30b1 (Denton) 20230331
**Issue Filter:** United States' Affirmative Designation

**Pg: 5 Ln: 6 - 8**

**Pg: 8 Ln: 5 - 11**

**Pg: 19 Ln: 1 - Pg: 22 Ln: 18**

**Pg: 25 Ln: 10 - Pg: 26 Ln: 7**

**Pg: 27 Ln: 17 - Pg: 28 Ln: 6**

**Pg: 28 Ln: 21 - Pg: 29 Ln: 6**

**Pg: 31 Ln: 3 - 21**

**Pg: 32 Ln: 17 - 24**

**Pg: 33 Ln: 21 - Pg: 35 Ln: 7**

**Pg: 36 Ln: 23 - Pg: 37 Ln: 20**

**Pg: 38 Ln: 20 - 22**

**Pg: 38 Ln: 23 - Pg: 39 Ln: 20**

**Pg: 40 Ln: 21 - Pg: 41 Ln: 18**

**Pg: 42 Ln: 18 - Pg: 43 Ln: 24**

**Pg: 45 Ln: 3 - Pg: 46 Ln: 3**

**Pg: 46 Ln: 4 - 16**

**Pg: 48 Ln: 9 - Pg: 49 Ln: 15**

**Pg: 50 Ln: 7 - Pg: 51 Ln: 4**

**Pg: 51 Ln: 12 - Pg: 52 Ln: 4**

**Pg: 52 Ln: 16 - Pg: 53 Ln: 1**

**Pg: 52 Ln: 16 - Pg: 53 Ln: 5**

**Pg: 55 Ln: 2 - 9**

**Pg: 60 Ln: 23 - Pg: 61 Ln: 8**

**Pg: 60 Ln: 23 - Pg: 61 Ln: 18**

**Pg: 66 Ln: 16 - 19**

**Pg: 66 Ln: 20 - Pg: 68 Ln: 21**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [3/31/2023] Phillips, Frank 30b1 (Denton) 20230331
**Issue Filter:**  United States' Affirmative Designation

**Pg: 70 Ln: 22 - Pg: 71 Ln: 3**

**Pg: 75 Ln: 11 - Pg: 76 Ln: 20**

**Pg: 76 Ln: 23 - Pg: 77 Ln: 7**

**Pg: 78 Ln: 6 - 10**

**Pg: 78 Ln: 19 - Pg: 79 Ln: 8**

**Pg: 80 Ln: 2 - 12**

**Pg: 81 Ln: 9 - 14**

**Pg: 90 Ln: 20 - Pg: 91 Ln: 13**

**Pg: 92 Ln: 1 - Pg: 93 Ln: 20**

**Pg: 94 Ln: 16 - Pg: 95 Ln: 11**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/21/2022] Ramon, Yvonne 30b1 (Hidalgo) 20220421
**Issue Filter:** United States' Affirmative Designation

**Pg: 8 Ln: 10 - 13**

**Pg: 9 Ln: 4 - 6**

**Pg: 12 Ln: 6 - 10**

**Pg: 136 Ln: 15 - Pg: 137 Ln: 2**

**Pg: 137 Ln: 12 - Pg: 138 Ln: 2**

**Pg: 140 Ln: 12 - Pg: 141 Ln: 2**

**Pg: 142 Ln: 2 - 15**

**Pg: 142 Ln: 23 - Pg: 144 Ln: 1**

**Pg: 169 Ln: 19 - 22**

**Pg: 170 Ln: 5 - 25**

**Pg: 207 Ln: 8 - 16**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [5/10/2022] Ramon, Yvonne 30b6 (Hidalgo) 20220510
**Issue Filter:** United States' Affirmative Designation

---

**Pg: 7 Ln: 5 - 7**

**Pg: 7 Ln: 13 - 23**

**Pg: 10 Ln: 11 - 15**

**Pg: 11 Ln: 8 - Pg: 12 Ln: 2**

**Pg: 15 Ln: 25 - Pg: 16 Ln: 13**

**Pg: 66 Ln: 7 - 12**

**Pg: 115 Ln: 25 - Pg: 117 Ln: 21**

**Pg: 129 Ln: 19 - Pg: 131 Ln: 14**

**Pg: 131 Ln: 15 - 24**

**Pg: 136 Ln: 9 - Pg: 137 Ln: 8**

**Pg: 137 Ln: 9 - Pg: 138 Ln: 2**

**Pg: 138 Ln: 7 - 23**

**Pg: 143 Ln: 24 - Pg: 145 Ln: 4**

**Pg: 145 Ln: 14 - Pg: 146 Ln: 8**

**Pg: 146 Ln: 16 - 21**

**Pg: 146 Ln: 24 - Pg: 147 Ln: 20**

**Pg: 147 Ln: 21 - Pg: 148 Ln: 14**

**Pg: 151 Ln: 16 - Pg: 153 Ln: 18**

**Pg: 189 Ln: 5 - Pg: 190 Ln: 13**

**Pg: 190 Ln: 14 - Pg: 191 Ln: 11**

**Pg: 191 Ln: 12 - Pg: 193 Ln: 9**

**Pg: 193 Ln: 10 - Pg: 194 Ln: 21**

**Pg: 195 Ln: 21 - Pg: 197 Ln: 6**

**Pg: 204 Ln: 18 - Pg: 207 Ln: 7**

---

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/20/2023] Salinas, Hilda 30b6 (Hidalgo) 20230420
**Issue Filter:**  United States' Affirmative Designation

**Pg: 6 Ln: 4 - 5**

**Pg: 6 Ln: 15 - 17**

**Pg: 10 Ln: 20 - Pg: 11 Ln: 14**

**Pg: 11 Ln: 19 - Pg: 12 Ln: 1**

**Pg: 68 Ln: 7 - Pg: 69 Ln: 18**

**Pg: 70 Ln: 19 - Pg: 73 Ln: 8**

**Pg: 73 Ln: 9 - Pg: 74 Ln: 4**

**Pg: 74 Ln: 10 - 20**

**Pg: 77 Ln: 18 - 23**

**Pg: 82 Ln: 1 - 20**

**Pg: 86 Ln: 7 - 17**

**Pg: 86 Ln: 18 - Pg: 87 Ln: 15**

**Pg: 148 Ln: 8 - 22**

**Pg: 152 Ln: 3 - 9**

**Pg: 156 Ln: 24 - Pg: 157 Ln: 6**

**Pg: 157 Ln: 7 - 16**

**Pg: 157 Ln: 17 - 22**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [5/4/2022] Scarpello, Michael 30b1 (Dallas) 20220504
**Issue Filter:** United States' Affirmative Designation

**Pg: 7 Ln: 15 - 23**

**Pg: 8 Ln: 9 - 11**

**Pg: 9 Ln: 3 - 5**

**Pg: 49 Ln: 23 - Pg: 50 Ln: 2**

**Pg: 68 Ln: 10 - Pg: 69 Ln: 8**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/29/2022] Scarpello, Michael 30b6 (Dallas) 20220429
**Issue Filter:** United States' Affirmative Designation

**Pg: 184 Ln: 19 - 22**

**Pg: 185 Ln: 2 - 4**

**Pg: 188 Ln: 1 - 15**

**Pg: 189 Ln: 2 - 9**

**Pg: 193 Ln: 21 - 23**

**Pg: 242 Ln: 24 - Pg: 244 Ln: 23**

**Pg: 282 Ln: 16 - Pg: 283 Ln: 1**

**Pg: 283 Ln: 16 - Pg: 284 Ln: 4**

**Pg: 292 Ln: 22 - Pg: 293 Ln: 11**

**Pg: 293 Ln: 12 - Pg: 294 Ln: 19**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [4/13/2023] Scarpello, Michael 30b6 (Dallas) 20230413
**Issue Filter:** United States' Affirmative Designation

**Pg: 7 Ln: 1 - 3**

**Pg: 7 Ln: 8 - 13**

**Pg: 12 Ln: 11 - 17**

**Pg: 16 Ln: 20 - 23**

**Pg: 19 Ln: 10 - Pg: 21 Ln: 9**

**Pg: 22 Ln: 4 - 16**

**Pg: 61 Ln: 5 - Pg: 62 Ln: 9**

**Pg: 62 Ln: 10 - 14**

**Pg: 65 Ln: 5 - 10**

**Pg: 75 Ln: 1 - 22**

**Pg: 75 Ln: 23 - Pg: 76 Ln: 7**

**Pg: 78 Ln: 11 - 24**

**Pg: 83 Ln: 22 - Pg: 84 Ln: 21**

**Pg: 84 Ln: 22 - Pg: 85 Ln: 3**

**Pg: 86 Ln: 24 - Pg: 87 Ln: 5**

**Pg: 87 Ln: 25 - Pg: 88 Ln: 13**

**Pg: 132 Ln: 22 - Pg: 133 Ln: 7**

**Pg: 134 Ln: 6 - 24**

**Pg: 135 Ln: 24 - Pg: 136 Ln: 4**

**Pg: 144 Ln: 12 - 25**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [3/29/2023] Taylor, Samuel 30b6 (SOS) 20230329
**Issue Filter:** United States' Affirmative Designation

**Pg: 4 Ln: 24 - 25**

**Pg: 5 Ln: 3 - 24**

**Pg: 8 Ln: 16 - Pg: 9 Ln: 13**

**Pg: 11 Ln: 21 - Pg: 13 Ln: 3**

**Pg: 14 Ln: 20 - 22**

**Pg: 32 Ln: 21 - Pg: 33 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/27/2022] White, Jonathan 30b1 (OAG) 20220427
**Issue Filter:**  United States' Affirmative Designation

---

**Pg: 7 Ln: 1 - 2**

**Pg: 7 Ln: 7 - 19**

**Pg: 11 Ln: 18 - Pg: 12 Ln: 3**

**Pg: 45 Ln: 23 - Pg: 46 Ln: 9**

**Pg: 78 Ln: 24 - Pg: 79 Ln: 12**

**Pg: 81 Ln: 11 - 18**

**Pg: 86 Ln: 20 - Pg: 87 Ln: 5**

**Pg: 87 Ln: 6 - Pg: 89 Ln: 3**

**Pg: 89 Ln: 9 - Pg: 90 Ln: 6**

**Pg: 91 Ln: 25 - Pg: 92 Ln: 17**

**Pg: 107 Ln: 21 - 24**

**Pg: 108 Ln: 2 - Pg: 109 Ln: 3**

**Pg: 109 Ln: 4 - 22**

**Pg: 216 Ln: 2 - Pg: 217 Ln: 17**

**Pg: 217 Ln: 18 - Pg: 218 Ln: 7**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:** [5/5/2022] White, Jonathan 30b6 (OAG) 20220505
**Issue Filter:** United States' Affirmative Designation

**Pg: 4 Ln: 20 - 21**

**Pg: 5 Ln: 2 - 4**

**Pg: 7 Ln: 2 - Pg: 8 Ln: 16**

**Pg: 10 Ln: 3 - 6**

**Pg: 51 Ln: 11 - Pg: 52 Ln: 10**

**Pg: 134 Ln: 24 - Pg: 135 Ln: 8**

**Pg: 172 Ln: 2 - 17**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/13/2022] Wise, Lisa 30b1 (El Paso) 20220413
**Issue Filter:**  United States' Affirmative Designation

**Pg: 11 Ln: 3 - 4**

**Pg: 11 Ln: 7 - 12**

**Pg: 12 Ln: 23 - Pg: 13 Ln: 2**

**Pg: 32 Ln: 12 - Pg: 33 Ln: 11**

**Pg: 71 Ln: 8 - 21**

**Pg: 77 Ln: 22 - Pg: 78 Ln: 14**

**Pg: 117 Ln: 12 - 22**

**Pg: 117 Ln: 23 - Pg: 118 Ln: 21**

**Pg: 119 Ln: 15 - Pg: 120 Ln: 1**

**Pg: 120 Ln: 13 - Pg: 121 Ln: 13**

**Pg: 122 Ln: 14 - Pg: 123 Ln: 2**

**Pg: 127 Ln: 20 - Pg: 128 Ln: 8**

**Pg: 128 Ln: 16 - Pg: 129 Ln: 6**

**Pg: 131 Ln: 3 - 22**

**Pg: 133 Ln: 14 - Pg: 134 Ln: 11**

**Pg: 139 Ln: 1 - 8**

**Pg: 142 Ln: 13 - Pg: 143 Ln: 16**

**Pg: 146 Ln: 20 - Pg: 147 Ln: 20**

**Pg: 147 Ln: 25 - Pg: 148 Ln: 14**

**Pg: 149 Ln: 4 - 7**

**Pg: 150 Ln: 11 - Pg: 151 Ln: 4**

**Pg: 151 Ln: 9 - 25**

**Pg: 153 Ln: 20 - Pg: 154 Ln: 3**

**Pg: 161 Ln: 5 - 20**

**Pg: 161 Ln: 21 - Pg: 162 Ln: 9**

**Pg: 174 Ln: 7 - 24**

# TextMap Annotation Digest Report

**Case Name:**  LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/13/2022] Wise, Lisa 30b1 (El Paso) 20220413
**Issue Filter:**  United States' Affirmative Designation

**Pg: 207 Ln: 24 - Pg: 208 Ln: 3**

**Pg: 212 Ln: 3 - 10**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/15/2022] Wise, Lisa 30b6 (El Paso) 20220415
**Issue Filter:**  United States' Affirmative Designation

**Pg: 9 Ln: 10 - 17**

**Pg: 9 Ln: 25 - Pg: 10 Ln: 1**

**Pg: 13 Ln: 16 - Pg: 14 Ln: 20**

**Pg: 15 Ln: 11 - 15**

**Pg: 33 Ln: 2 - Pg: 35 Ln: 5**

**Pg: 39 Ln: 1 - 20**

**Pg: 45 Ln: 16 - Pg: 46 Ln: 4**

**Pg: 46 Ln: 5 - 17**

**Pg: 99 Ln: 1 - 16**

**Pg: 99 Ln: 17 - Pg: 100 Ln: 17**

**Pg: 100 Ln: 18 - Pg: 102 Ln: 9**

**Pg: 102 Ln: 10 - 14**

**Pg: 105 Ln: 6 - Pg: 106 Ln: 14**

**Pg: 107 Ln: 15 - Pg: 110 Ln: 1**

**Pg: 110 Ln: 2 - 20**

**Pg: 111 Ln: 6 - 19**

**Pg: 112 Ln: 8 - Pg: 114 Ln: 25**

**Pg: 115 Ln: 1 - 6**

**Pg: 115 Ln: 7 - Pg: 116 Ln: 17**

**Pg: 117 Ln: 7 - Pg: 118 Ln: 2**

**Pg: 118 Ln: 3 - 12**

**Pg: 136 Ln: 11 - 16**

**Pg: 136 Ln: 17 - 22**

**Pg: 139 Ln: 17 - 24**

**Pg: 242 Ln: 19 - Pg: 243 Ln: 11**

**Pg: 247 Ln: 4 - 12**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/18/2023] Wise, Lisa 30b6 (El Paso) 20230418
**Issue Filter:**  United States' Affirmative Designation

---

**Pg: 7 Ln: 6 - 8**

**Pg: 7 Ln: 15 - 21**

**Pg: 12 Ln: 4 - 25**

**Pg: 13 Ln: 1 - 25**

**Pg: 36 Ln: 19 - Pg: 37 Ln: 8**

**Pg: 39 Ln: 23 - Pg: 40 Ln: 15**

**Pg: 43 Ln: 3 - 13**

**Pg: 50 Ln: 21 - Pg: 52 Ln: 5**

**Pg: 56 Ln: 2 - 19**

**Pg: 58 Ln: 11 - 23**

**Pg: 59 Ln: 12 - Pg: 60 Ln: 9**

**Pg: 60 Ln: 23 - Pg: 61 Ln: 16**

**Pg: 65 Ln: 12 - 25**

**Pg: 79 Ln: 19 - Pg: 80 Ln: 7**

**Pg: 89 Ln: 12 - Pg: 90 Ln: 3**

**Pg: 93 Ln: 9 - Pg: 94 Ln: 8**

**Pg: 94 Ln: 14 - Pg: 95 Ln: 16**

**Pg: 97 Ln: 10 - 22**

**Pg: 97 Ln: 23 - Pg: 99 Ln: 1**

**Pg: 99 Ln: 2 - 6**

**Pg: 105 Ln: 1 - 23**

**Pg: 106 Ln: 2 - 18**

**Pg: 109 Ln: 1 - 6**

**Pg: 109 Ln: 7 - 14**

**Pg: 109 Ln: 15 - 22**

**Pg: 109 Ln: 23 - Pg: 110 Ln: 4**

---

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/18/2023] Wise, Lisa 30b6 (El Paso) 20230418
**Issue Filter:** United States' Affirmative Designation

**Pg: 110 Ln: 5 - 11**

**Pg: 110 Ln: 12 - 18**

**Pg: 110 Ln: 19 - 25**

**Pg: 112 Ln: 6 - 21**

**Pg: 120 Ln: 9 - Pg: 121 Ln: 14**

**Pg: 124 Ln: 7 - Pg: 125 Ln: 22**

**Pg: 126 Ln: 4 - Pg: 127 Ln: 18**

**Pg: 129 Ln: 10 - Pg: 131 Ln: 1**

**Pg: 132 Ln: 23 - Pg: 133 Ln: 1**

**Pg: 133 Ln: 8 - Pg: 134 Ln: 17**

**Pg: 135 Ln: 9 - 18**

**Pg: 137 Ln: 22 - Pg: 139 Ln: 2**

**Pg: 139 Ln: 16 - Pg: 140 Ln: 1**

**Pg: 149 Ln: 16 - 25**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**  [4/29/2022] Phillips, Tacoma 30b6 (Dallas) 20220429
**Issue Filter:**  United States' Affirmative Designation

**Pg: 68 Ln: 5 - 17**

**Pg: 69 Ln: 6 - 7**

**Pg: 73 Ln: 18 - Pg: 74 Ln: 1**

**Pg: 74 Ln: 20 - Pg: 75 Ln: 1**

**Pg: 75 Ln: 18 - 19**

**Pg: 83 Ln: 1 - Pg: 85 Ln: 7**

**Pg: 89 Ln: 21 - Pg: 90 Ln: 13**

**Pg: 90 Ln: 14 - Pg: 91 Ln: 13**

**Pg: 93 Ln: 15 - Pg: 94 Ln: 7**

**Pg: 96 Ln: 3 - 7**

**Pg: 96 Ln: 12 - 15**

**Pg: 100 Ln: 14 - 17**

**Pg: 104 Ln: 1 - 16**

**Pg: 104 Ln: 21 - 25**

**Pg: 108 Ln: 8 - 12**

**Pg: 108 Ln: 20 - 25**

**Pg: 109 Ln: 9 - 13**

**Pg: 110 Ln: 1 - 19**

**Pg: 110 Ln: 20 - Pg: 111 Ln: 8**

**Pg: 115 Ln: 2 - Pg: 116 Ln: 11**

**Pg: 116 Ln: 18 - Pg: 117 Ln: 22**

**Pg: 119 Ln: 11 - Pg: 120 Ln: 2**

**Pg: 120 Ln: 3 - 6**

**Pg: 120 Ln: 19 - Pg: 121 Ln: 11**

**Pg: 135 Ln: 16 - 22**

**Pg: 135 Ln: 23 - Pg: 136 Ln: 3**

# TextMap Annotation Digest Report

**Case Name:** LUPE v. Abbott,  No. 5:21-cv-844 (W.D. Tex.)
**Transcript:**   [4/29/2022] Phillips, Tacoma 30b6 (Dallas) 20220429
**Issue Filter:**  United States' Affirmative Designation

**Pg: 136 Ln: 4 - 19**

**Pg: 137 Ln: 12 - 20**

**Pg: 151 Ln: 2 - Pg: 152 Ln: 11**

**Pg: 153 Ln: 3 - Pg: 154 Ln: 4**

**Pg: 155 Ln: 18 - Pg: 156 Ln: 7**

**Pg: 156 Ln: 8 - 15**

**Pg: 156 Ln: 16 - 23**

**Pg: 178 Ln: 14 - Pg: 179 Ln: 2**

**Pg: 180 Ln: 3 - 15**

**Pg: 180 Ln: 16 - 21**