IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

## UNITED STATES' EXHIBIT LIST

| # | Exhibit | Bates Range | Date Identified | Admitted or Withdrawn |
|---|---|---|---|---|
| 1 | SB 1 Enrolled | US00006690-US00006765 | 7/28/23 | |
| 2 | Criminal Justice Impact Statement: HB 3 (87th Legislature, 1st Called Session) (2021) | TXLEG_0000028 | 7/28/23 | |
| 3 | County and District Clerk's Association: Election Officials' Concerns with HB 3 (2021) | STATE035238 | 7/28/23 | |
| 4 | Texas Association of Elections Administrators: Comments on SB 7 (2021) | TXLEG_0000046-TXLEG_0000048 | 7/28/23 | |
| 5 | Fiscal Note: SB 1 (87th Legislature, 2d Called Session) (2021) | TXLEG_0000071-TXLEG_0000072 | 7/28/23 | |
| 6 | SB 1599 Enrolled | STATE182732-STATE182743 | 7/28/23 | |
| 7 | HB 357 Enrolled | STATE182637-STATE182640 | 7/28/23 | |
| 8 | HB 357 Introduced | STATE182642 | 7/28/23 | |
| 9 | SB 975 Introduced | US00006766-US00006767 | 7/28/23 | |
| 10 | Revised Civil Statutes of the State of Texas art. 2956 (1925) | US00006878-US00006884 | 7/28/23 | |

| 11 | Senate Select Committee on Election Security: Interim Report (Dec. 2018) | STATE108344-STATE108365 | 7/28/23 | |
|----|---|---|---|---|
| 12 | Report to the 88th Legislature on the Implementation of Educational Programs to Help Voters with Disabilities Understand How to Use Voting Systems | STATE137752-STATE137756 | 7/28/23 | |
| 13 | Application for a Ballot by Mail (Form 5-15) (Jan. 2022) | STATE031879-STATE031880 | 7/28/23 | |
| 14 | Application for a Ballot by Mail (Form 5-15) (Dec. 2017) | STATE094382-STATE094383 | 7/28/23 | |
| 15 | Application for a Ballot by Mail (Form 5-15) (undated) | STATE053284-STATE053285 | 7/28/23 | |
| 16 | Application for Emergency Early Voting Ballot Due to Death in the Family (Form 5-16) (Jan. 2022) | STATE138167-STATE138168 | 7/28/23 | |
| 17 | Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability (Form 5-18) (Jan. 2022) | STATE138169-STATE138170 | 7/28/23 | |
| 18 | Ballot Envelope Instructions (Form 5-21) (July 2022) | US00005541-US00005542 | 7/28/23 | |
| 19 | Notice of Rejected Application for Ballot by Mail (Form 6-2) (Jan. 2022) | STATE031641-STATE031642 | 7/28/23 | |
| 20 | Notice of Rejected Application for Ballot by Mail - Missing or Incorrect Personal Identification Number (Form 6-3) (Jan. 2022) | STATE031643-STATE031644 | 7/28/23 | |
| 21 | Notice of Rejected Application for Ballot by Mail - Required Personal Identification Number is Not Associated with Your Voter Record (Form 6-4) (Jan. 2022) | STATE031645-STATE031646 | 7/28/23 | |
| 22 | Request to Cancel Ballot by Mail for Use in the Early Voting Clerk's Office (Form 6-6) (Jan. 2022) | STATE001280-STATE001281 | 7/28/23 | |
| 23 | Request to Cancel Ballot by Mail for Use in the Polling Place (Form 6-7) (Jan. 2022) | STATE001285 | 7/28/23 | |
| 24 | Notice of Carrier Defect Issued by the Early Voting Clerk - Defective Carrier Envelope Returned (Form 6-11) (Apr. 2022) | STATE087675-STATE087677 | 7/28/23 | |
| 25 | Notice of Carrier Defect Issued by the Early Voting Clerk - Your Ballot by Mail Is Being Held (Form 6-12) (Apr. 2022) | STATE087681-STATE087683 | 7/28/23 | |
| 26 | Notice of Surrendered Ballot by Mail (Form 6-13) (Jan. 2022) | STATE019840 | 7/28/23 | |

| 27 | Corrective Action Form for Defective Carrier Envelope (Form 6-14) (Jan. 2022) | STATE019841 | 7/28/23 | |
|----|----|----|----|----|
| 28 | Official Carrier Envelope (Form 6-15) (July 2022) | STATE134228-STATE134230 | 7/28/23 | |
| 29 | Official Carrier Envelope (Form 6-15) (May 2022) | STATE132937-STATE132939 | 7/28/23 | |
| 30 | Official Carrier Envelope (Form 6-15) (Dec. 2021) | STATE032017-STATE032019 | 7/28/23 | |
| 31 | Official Carrier Envelope (Form AW5-22) (Dec. 2017) | STATE035247-STATE035250 | 7/28/23 | |
| 32 | Official Carrier Envelope Information (Form 6-15) (Nov. 2021) | STATE040172 | 7/28/23 | |
| 33 | Information About Returning Your Carrier Envelope (Form 6-17) (Jan. 2022) | STATE031647-STATE031648 | 7/28/23 | |
| 34 | Dear Voter Letter (Form 6-19) (Mar. 2022) | STATE138226-STATE138227 | 7/28/23 | |
| 35 | Dear Voter Letter (Form 6-19) (Jan. 2022) | STATE043735-STATE043737 | 7/28/23 | |
| 36 | Information About Returning Your Carrier Envelope (Form AW5-22) (Sept. 2013) | US00006846-US00006847 | 7/28/23 | |
| 37 | Carrier Envelope (FPCA) (Form 6-35) (July 2022) | STATE171171-STATE171173 | 7/28/23 | |
| 38 | Information About Returning Your FPCA Carrier Envelope (Form 6-36) (Jan. 2022) | STATE032366-STATE032367 | 7/28/23 | |
| 39 | Signature Sheet for FPCA Voters (Form 6-37) (July 2022) | STATE113735-STATE113736 | 7/28/23 | |
| 40 | Signature Sheet for FPCA Voters (Form 6-37) (Dec. 2021) | STATE040053-STATE040054 | 7/28/23 | |
| 41 | Confidential Voter Registration Form and Early Voting Ballot Application (Form 6-40) (Oct. 2022) | STATE179489 | 7/28/23 | |
| 42 | Notice of Rejected Ballot (Form 8-15) (Jan. 2022) | STATE150492-STATE150493 | 7/28/23 | |
| 43 | Roster of Voters with Defective Carrier Envelopes - Returned to the Voter by Mail (Form 8-20) (Jan. 2022) | STATE061142 | 7/28/23 | |
| 44 | Roster of ABBM Voters with Defective Carrier Envelopes - Notified by Phone or Email (Form 8-21) (Jan. 2022) | STATE046360 | 7/28/23 | |

| 45 | Roster of FCPA Voters with Defective Carrier Envelopes (Form 8-22) (Jan. 2022) | STATE019844 | 7/28/23 | |
| 46 | Notice of Carrier Defect - Carrier Envelope Returned to the Voter by Mail (Form 8-23) (Jan. 2022) | STATE019845-STATE019846 | 7/28/23 | |
| 47 | Notice of Carrier Defect - Voter Notified of Carrier Envelope Defect by Phone or Email (Form 8-24) (Jan. 2022) | STATE019847-STATE019848 | 7/28/23 | |
| 48 | Texas Voter Registration Application (Form 17-38) (Oct. 2017) | STATE040495 | 7/28/23 | |
| 49 | Texas Voter Registration Application (Mills County) (Form VR17.2021E.I3) (undated) | STATE110577-STATE110578 | 7/28/23 | |
| 50 | Federal Post Card Application (Sept. 2021) | US00005690-US00005691 | 7/28/23 | |
| 51 | Texas Driver License or Identification Card Application (Adult) (Form DL-14A) (June 2022) | US00006844-US00006845 | 7/28/23 | |
| 52 | Bexar County Mail Ballot Insert | US00005549 | 7/28/23 | |
| 53 | Denton County Mail Ballot Insert | STATE151977 | 7/28/23 | |
| 54 | Kleberg County Mail Ballot Insert | STATE151559 | 7/28/23 | |
| 55 | Harris County Mail Ballot Insert | Longoria_003383 | 7/28/23 | |
| 56 | Navarro County Mail Ballot Insert | STATE151943 | 7/28/23 | |
| 57 | Travis County Mail Ballot Insert | STATE151937-STATE151938 | 7/28/23 | |
| 58 | Hardin County Dear Voter Letter (Feb. 7, 2022) | STATE079259 | 7/28/23 | |
| 59 | Additional Information Sheet (Temporary Carrier Envelope Supplement) | STATE047292-STATE047294 | 7/28/23 | |
| 60 | VoteTexas.gov, Track My Ballot and Correct ID Information (July 13, 2023 capture) | US00006872 | 7/28/23 | |
| 61 | VoteTexas.gov, Ballot by Mail Tracker Login (July 19, 2023 capture) | US00005543 | 7/28/23 | |
| 62 | Texas.gov, Voter Name and Address Changes (July 13, 2023 capture) | US00006862 | 7/28/23 | |
| 63 | Texas.gov, Voter Name and Address Changes Login (July 18, 2023 capture) | US00006315 | 7/28/23 | |
| 64 | VoteTexas.gov, Voting by Mail (July 13, 2023 capture) | US00006872-US00006873 | 7/28/23 | |
| 65 | Working with the SOS (undated) | STATE053898-STATE053923 | 7/28/23 | |

| 66* | ABBMS: The TEAM Process (July 2020) | STATE087194-STATE087232 | 7/28/23 | |
|---|---|---|---|---|
| 67 | Updates from the Secretary of State's Office (Jan. 2021) | STATE039343-STATE039392 | 7/28/23 | |
| 68 | An Overview of TEAM (Aug. 2021) | STATE057078-STATE057102 | 7/28/23 | |
| 69 | Voter Registration Overview (Aug. 5, 2021) | STATE057132-STATE057162 | 7/28/23 | |
| 70 | Forms, Forms, and More Forms (Jan. 4, 2022) | STATE000643-STATE000688 | 7/28/23 | |
| 71 | Ballot By Mail: The TEAM Process (Jan. 20, 2022) | STATE070171-STATE070202 | 7/28/23 | |
| 72 | Reviewing Your ABBMs (Jan. 28, 2022) | STATE001667-STATE001712 | 7/28/23 | |
| 73 | FAQs on Applications for Ballot by Mail (ABBMs) (Jan. 28, 2022) | STATE001713-STATE001743 | 7/28/23 | |
| 74 | Opportunity to Correct Defects on ABBM and Carrier Envelope (Feb. 1, 2022) | STATE044166-STATE044201 | 7/28/23 | |
| 75 | Opportunity to Correct Defects on ABBM and Carrier Envelope: Chat Questions (Feb. 1, 2022) | STATE033257-STATE033265 | 7/28/23 | |
| 76 | FAQs with the Election Division (Feb. 7, 2022) | STATE046453-STATE046463 | 7/28/23 | |
| 77 | Training for EVBB/SVC Members on New Ballot by Mail Procedures (Primary Focused) (Feb. 8, 2022) | STATE034515-STATE034564 | 7/28/23 | |
| 78 | Training for EVBB/SVC Members on New Ballot by Mail Procedures (Primary Focused): Chat Questions (Feb. 8, 2022) | STATE075317-STATE075319 | 7/28/23 | |
| 79 | FAQs with the Elections Division 2/17/2022 (Feb. 17, 2022) | STATE001224-STATE001232 | 7/28/23 | |
| 80 | FAQs with the Elections Division 2/24/22 (Feb. 24, 2022) | STATE019510-STATE019519 | 7/28/23 | |
| 81 | Early Voting Ballot Board & Signature Verification Committee (Apr. 12, 2022) | STATE132901-STATE132930 | 7/28/23 | |
| 82 | Training for EVBB/SVC Members on New Ballot by Mail Procedures (Apr. 14, 2022) | STATE087687-STATE087737 | 7/28/23 | |

* May offer pending agreement under Stipulated Confidentiality and Protective Order, ECF No. 232

| 83 | Building Your Own Form Kits (Aug. 2022) | STATE180336-STATE180374 | 7/28/23 | |
|----|----|----|----|----|
| 84 | Corrective Action Process for Early Voting Clerks (Aug. 18, 2022) | STATE111279-STATE111304 | 7/28/23 | |
| 85 | Reviewing ABBMs and FPCAs (Sept. 20, 2022) | STATE112456-STATE112504 | 7/28/23 | |
| 86 | Corrective Action Process Early Voting Clerk Actions (Sept. 27, 2022) | STATE112276-STATE112301 | 7/28/23 | |
| 87 | Web Posting Requirements (Sept. 29, 2022) | STATE112360-STATE112369 | 7/28/23 | |
| 88 | Training for EVBB/SVC Members on New Ballot by Mail Procedures (Oct. 11, 2022) | STATE152426-STATE152451 | 7/28/23 | |
| 89 | Corrective Action Process for EVBB/SVC Members (Oct. 25, 2022) | STATE112302-STATE112333 | 7/28/23 | |
| 90 | Early Voting by Mail (ABBM and FPCA) (Feb. 21, 2023) | US00005618-US00005666 | 7/28/23 | |
| 91 | Communicating Legislative Changes: ID Requirements for Voting by Mail (Feb. 17, 2023) | STATE174015-STATE174037 | 7/28/23 | |
| 92 | Texas Secretary of State Training and Education Resources Website | US00006863-US00006870 | 7/28/23 | |
| 93 | Early Voting Ballot Board & Signature Verification Committee: Handbook for Election Judges and Clerks 2022 | STATE001325-STATE001375 | 7/28/23 | |
| 94 | Early Voting Ballot Board & Signature Verification Committee: Handbook for Election Judges and Clerks 2020 | STATE000982-STATE001031 | 7/28/23 | |
| 95 | Handbook for Election Judges and Clerks: Qualifying Voters on Election Day 2022 | STATE001377-STATE001457 | 7/28/23 | |
| 96 | Handbook for Election Judges and Clerks: Qualifying Voters on Election Day 2022 (rev. July 2022) | STATE110976-STATE111056 | 7/28/23 | |
| 97 | Election Advisory No. 2020-14 (Apr. 2, 2020) | STATE110207-STATE110215 | 7/28/23 | |
| 98 | Election Advisory No. 2021-24 (Dec. 22, 2021) | STATE046227-STATE046234 | 7/28/23 | |
| 99 | Election Advisory No. 2022-02 (Jan. 10, 2022) | STATE040059-STATE040064 | 7/28/23 | |
| 100 | Election Advisory No. 2022-03 (Jan. 10, 2022) | STATE034974-STATE034977 | 7/28/23 | |

| 101 | Election Advisory No. 2022-08 (Jan. 28, 2022) | STATE019849-STATE019876 | 7/28/23 | |
| 102 | Election Advisory No. 2022-12 (Feb. 11, 2022) | STATE001469-STATE001473 | 7/28/23 | |
| 103 | Election Advisory No. 2022-18 (Apr. 26, 2022) | STATE087989-STATE087992 | 7/28/23 | |
| 104 | Federal Voting Assistance Program: 2022-23 Voting Assistance Guide: Texas (Jan. 2022) | STATE115176-STATE115191 | 7/28/23 | |
| 105 | Texas Office of the Attorney General Opinion No. KP-0411 (Aug. 17, 2022) | US00006852-US00006858 | 7/28/23 | |
| 106 | LWV of Texas, Tips for Voters - New Election Laws (Dec. 2, 2021) | STATE046118 | 7/28/23 | |
| 107* | HB 2512 Process (June 16, 2016) | STATE072497-STATE072499 | 7/28/23 | |
| 108* | HB 2512 Process (June 21, 2016) | STATE088963-STATE088967 | 7/28/23 | |
| 109* | SSN Update Counts Spreadsheet (2016) | STATE072509 | 7/28/23 | |
| 110 | Shared All County Workbook, Sheet: All County List (Jan. 2021) | STATE053246 | 7/28/23 | |
| 111 | List of VR Team Duties (Feb. 19, 2021) | STATE066242-STATE066244 | 7/28/23 | |
| 112 | Purchase Order for SB 1 TEAM Updates (Oct. 4, 2021) | STATE180779-STATE180781 | 7/28/23 | |
| 113 | SB 1 Technical Specifications (TEAM System) (Oct. 10, 2021) | STATE052309-STATE052310 | 7/28/23 | |
| 114 | SB 1 Requirements (Oct. 10, 2021) | STATE070228 | 7/28/23 | |
| 115 | RFP for Voter Education and Outreach Opportunities for 2022 Elections | STATE137757-STATE137837 | 7/28/23 | |
| 116 | SOS 2022 Democratic Primary Ballots Accepted/Rejected by County | STATE087300-STATE087305 | 7/28/23 | |
| 117 | SOS 2022 Republican Primary Ballots Accepted/Rejected by County | STATE087306-STATE087311 | 7/28/23 | |
| 118 | SOS 2022 Constitutional Amendment Election Ballots Accepted/Rejected by County | STATE110691 | 7/28/23 | |
| 119 | SOS 2022 March and May Elections Ballots Accepted/Rejected by County | STATE110692 | 7/28/23 | |

* May offer pending agreement under Stipulated Confidentiality and Protective Order, ECF No. 232

| 120 | SOS 2022 All Elections Ballots Accepted/Rejected by County | STATE115581-STATE115616 | 7/28/23 | |
|-----|-----------------------------------------------------------|--------------------------|---------|---|
| 121 | Individual Mail Application Rejected (2022 General Elections) | STATE182525 | 7/28/23 | |
| 122 | Individual Mail Ballot Rejected (2022 General Election) | STATE182526 | 7/28/23 | |
| 123 | Mail Application Rejected by County (2022 General Election) | STATE182529 | 7/28/23 | |
| 124 | Mail Ballot Rejected by County (2022 General Election) | STATE182530 | 7/28/23 | |
| 125 | Official Canvass Report 2022 March 1st Republican Primary (May 6, 2022) | US00006372-US00006446 | 7/28/23 | |
| 126 | Official Canvass Report 2022 March 1st Democratic Primary (Mar. 21, 2022) | US00006319-US00006371 | 7/28/23 | |
| 127 | Official Canvass Report 2022 November 8th General Election (Feb. 1, 2023) | US00006447-US00006533 | 7/28/23 | |
| 128 | DPS Create Voter Registration Information Extract Files (undated) | STATE081269-STATE081272 | 7/28/23 | |
| 129 | Bexar County Democratic Primary Mail Ballot Numbers | US00005556 | 7/28/23 | |
| 130 | Bexar County Republican Primary Mail Ballot Numbers | US00005557 | 7/28/23 | |
| 131 | Bexar County Election Reconciliation Official Totals (Nov. 8, 2022) | US00005489 | 7/28/23 | |
| 132 | Dallas County Absentee Labels Printed/Countable Summary Report (Dec. 21, 2021) | STATE078529 | 7/28/23 | |
| 133 | Dallas County Elections, Legislative Summary 2021 - Special Sessions | MS015724-MS015751 | 7/28/23 | |
| 134 | El Paso County Election Reconciliation Official Totals (Nov. 8, 2022) | US00005490 | 7/28/23 | |
| 135 | Harris County Elections Administration Office: Post Election Report 2022 | STATE170230-STATE170283 | 7/28/23 | |
| 136 | Hidalgo County Roster of ABBM Voters with Defective Carrier Envelopes (2022 Primary Runoff) | RFP29_008575-RFP29_008581 | 7/28/23 | |
| 137 | Hidalgo County Absentee Rejection Letter List (Mar. 21, 2022) | US00005491-US00005497 | 7/28/23 | |
| 138 | Hidalgo County Absentee Rejection Letter List (Dec. 13, 2022) | RFP11_001409-RFP11_001416 | 7/28/23 | |

| 139 | Election Assistance Commission, A Guide to the Election Administration and Voting Survey (July 20, 2022) | US00005603-US00005617 | 7/28/23 | |
|---|---|---|---|---|
| 140 | Election Assistance Commission, Election Administration and Voting Survey 2022 Comprehensive Report (2023) | US00005681-US00005687 | 7/28/23 | |
| 141 | Election Assistance Commission, Election Administration and Voting Survey 2020 Comprehensive Report (2021) | US00005675-US00005680 | 7/28/23 | |
| 142 | Election Assistance Commission, Election Administration and Voting Survey 2018 Comprehensive Report (2019) (excerpt) | US00005671-US00005674 | 7/28/23 | |
| 143 | Election Assistance Commission, Election Administration and Voting Survey 2016 Comprehensive Report (2017) (excerpt) | US00005667-US00005670 | 7/28/23 | |
| 144 | Report of Dr. Eitan Hersh (Feb. 28, 2022) | US00006179-US00006228 | 7/28/23 | |
| 145 | Supplemental Report of Dr. Eitan Hersh (May 4, 2022) | US00006263-US00006294 | 7/28/23 | |
| 146 | Second Supplemental Report of Dr. Eitan Hersh (Feb. 3, 2023) | US00006237-US00006262 | 7/28/23 | |
| 147 | Addendum to Second Supplemental Report of Dr. Eitan Hersh (May 8, 2023) | US00006229-US00006236 | 7/28/23 | |
| 148 | Report of Tammy Patrick (Feb. 28, 2022) | US00006534-US00006555 | 7/28/23 | |
| 149 | Supplemental Report of Tammy Patrick (Apr. 29, 2022) | US00006563-US00006569 | 7/28/23 | |
| 150 | General Election Supplemental Report of Tammy Patrick (Feb. 10, 2023) | US00006556-US00006562 | 7/28/23 | |
| 151 | Report of Dr. Douglas L. Kruse (Corrected) (Feb. 28, 2022) | US00006570-US00006647 | 7/28/23 | |
| 152 | Third Supplemental Report of Dr. Dan Smith (June 7, 2023) | US00006768-US00006837 | 7/28/23 | |
| 153 | State Defendants' Objections and Responses to the United States' First Set of RFAs | US00006656-US00006663 | 7/28/23 | |
| 154 | State Defendants' Objections and Responses to the United States' Amendments to First Set of RFAs | US00005524-US00005526 | 7/28/23 | |
| 155 | State Defendants' Objections and Responses to the United States' First Set of Interrogatories | US00005513-US00005523 | 7/28/23 | |

| 156 | State Defendants' Objections and Responses to the United States' Second Set of Interrogatories | US00005571-US00005582 | 7/28/23 | |
| 157 | State Defendants' Supplemental Objections and Responses to the United States' Second Set of Interrogatories | US00005527-US00005540 | 7/28/23 | |
| 158 | State Defendants' Objections and Responses to the United States' Third Set of Interrogatories | US00005583-US00005586 | 7/28/23 | |
| 159 | State Defendants' Objections and Responses to the United States' Fourth Set of Interrogatories | US00006649-US00006655 | 7/28/23 | |
| 160 | Defendant Lisa Wise's Objections and Supplemental and Amended Responses to LUPE Plaintiffs' Amended Third Set of Interrogatories (El Paso County) | US00006675-US00006689 | 7/28/23 | |
| 161 | Defendant Lisa Wise's Objections and Supplemental and Amended Responses to State Defendants' Second Set of Interrogatories (El Paso County) | US00006664-US00006674 | 7/28/23 | |
| 162 | Defendant Jacquelyn Callanen's Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories (Bexar County) | US00005544-US00005548 | 7/28/23 | |
| 163 | Defendant Clifford Tatum's Responses and Objections to OCA Plaintiffs' First Set of Interrogatories (Harris County) | US00006838-US00006843 | 7/28/23 | |
| 164 | Defendant Clifford Tatum's Supplemental Responses to State Defendants' Second Set of Interrogatories (Harris County) | US00006890-US00006893 | 7/28/23 | |
| 165 | Defendant Dyana Limon-Mercado's Objections and Responses to OCA Plaintiffs' First Set of Interrogatories (Travis County) | US00005597-US00005602 | 7/28/23 | |
| 166 | Defendant Dyana Limon-Mercado's Objections and Responses to State Defendants' Second Set of Interrogatories (Travis County) | US00005565-US00005570 | 7/28/23 | |
| 167 | Defendant Jacquelyn Callanen's Objections and Responses to State Defendants First Requests for Admission and First Set of Interrogatories (Bexar County) | US00005501-US00005512 | 7/28/23 | |
| 168 | Expert Materials Transmittal Email (Feb. 28, 2022) | US00005688-US00005689 | 7/28/23 | |
| 169 | Email from Brenda Hester (SOS) to Cynthia Fowler (DPS) re: Incorrect Social Security Numbers (June 20, 2018) | STATE088178 | 7/28/23 | |
| 170 | Email from Christina Summers (Voter) to SOS Elections re: Absentee Ballot Inquiry (Feb. 21, 2020) | STATE095788 | 7/28/23 | |

| 171 | Email from Robert Mills (Voter) to SOS Elections re: Voting from the South Pole (June 2, 2020) | STATE091158 | 7/28/23 | |
| 172 | Email from Charles Pinney (SOS) to Margo Albores (Voter) re: Question (July 31, 2020) | STATE091041-STATE091042 | 7/28/23 | |
| 173 | Email from Krystine Ramon (SOS) to Monica Montez (Milam County) re: Milam County Elections Office Question (Nov. 3, 2020) | STATE094342-STATE094343 | 7/28/23 | |
| 174 | Email from Ruth Hughs (SOS) to Ruth Hughs (SOS) re: Secretary Hughs Commends Texas Voters Following November 3rd General Election (Nov. 24, 2020) | STATE087637-STATE087639 | 7/28/23 | |
| 175 | Email from Keith Ingram (SOS) to Election Officials re: 2020 Election Administration and Voting Survey (EAVS) (Nov. 30, 2020) | STATE052773-STATE052780 | 7/28/23 | |
| 176 | Email from Keith Ingram (SOS) to Christina Adkins (SOS) re: Houston Chronicle - Prosecutors: Ex-HPD Captain Charged with Assault Thought A/C Repairman Was Involved in Ballot Scheme (Dec. 15, 2020) | STATE074876-STATE074877 | 7/28/23 | |
| 177 | Email from Lucy Viescas (State Auditor's Office) to Keith Ingram (SOS) re: SAO Hotline 21-0683 (Oct. 13, 2020) | STATE110283-STATE110284 | 7/28/23 | |
| 178 | Email from Heidi Martinez (SOS) to Kristi Hart (SOS) re: 2020 Election Administration and Voting Survey (EAVS) (Jan. 22, 2021) | STATE039252-STATE039253 | 7/28/23 | |
| 179 | Email from Stephen Chang (SOS) to Joe Esparza (SOS) re: Texas Matters - The Future Is the Past When Voting in Texas (Mar. 7, 2021) | STATE051150-STATE051151 | 7/28/23 | |
| 180 | Email from Ryan Fisher (OAG) to Jessica Hart (Texas House) re: OAG Election Fraud Section (Mar. 11, 2021) | STATE090960 | 7/28/23 | |
| 181 | Email from Remi Garza to SOS Elections re: Provisions of Senate Bill 7 (June 7, 2021) | STATE046277-STATE046278 | 7/28/23 | |
| 182 | Email from Kristi Hart (SOS) to Adam Bitter (SOS) re: 2021 SOS Updates (TACA) (June 7, 2021) | STATE075495 | 7/28/23 | |
| 183 | Email from SOS Elections to T. Collins (City of West Tawakoni) re: West Tawakoni (June 10, 2021) | STATE044803-STATE044806 | 7/28/23 | |
| 184 | Email from Lillian Eder (SOS) to Emily Harwell (SOS) re: Can You Find Any Emails You May Have About the Below (2512 Process) (June 18, 2021) | STATE073005 | 7/28/23 | |
| 185 | Email from Kristi Hart (SOS) to SOS Webmaster re: Web Change Request (July 28, 2021) | STATE053428-STATE053429 | 7/28/23 | |

| 186 | Email from Melynn Huntley (Potter County) to Christina Adkins (SOS) re: CEO Advisory Group -- TTX, ABBM Form, Seminar Topics (June 29, 2021) | STATE074958-STATE074961 | 7/28/23 | |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------|-------------------------|---------|---|
| 187 | Email from Cindy Haushalter (Hart Intercivic) to Christina Adkins (SOS) re: Ballot By Mail Changes (Aug. 13, 2021) | STATE032007-STATE032010 | 7/28/23 | |
| 188 | Email from Andria Perales (SOS) to Kristi Hart (SOS) re: SOS Updates on Forms and Resources (Sept. 2, 2021) | STATE081255-STATE081257 | 7/28/23 | |
| 189 | Email from Tamara Schoonmaker (SOS) to Christina Adkins (SOS) re: November 2020 Complaints (Sept. 3, 2021) | STATE032025-STATE032082 | 7/28/23 | |
| 190* | Email from SOS GC to Kate Fisher (SOS) re: Huseman PIR 21-0909 (Sept. 27, 2021) | STATE052305-STATE052306 | 7/28/23 | |
| 191 | Email from Kate Fisher (SOS) to James Runkel (FBI) re: FBI Request for Assistant - Texas Voter Registration (Oct. 29, 2021) | STATE076578-STATE076579 | 7/28/23 | |
| 192 | Email from Kristi Hart (SOS) to Andria Perales (SOS) re: ABBM Instructions (Nov. 15, 2021) | STATE055332 | 7/28/23 | |
| 193 | Email from Melynn Huntley (Potter County) to Christina Adkins (SOS) re: ABBM and Carrier Question (Nov. 19, 2021) | STATE031875 | 7/28/23 | |
| 194 | Email from Sam Taylor (SOS) to Jeremy Wallace (Houston Chronicle) re: 2021 Legislative Summary (Nov. 30, 2021) | STATE105420-STATE105424 | 7/28/23 | |
| 195 | Email from SOS Elections to Election Officials re: Updated Forms for 2022 (Dec. 3, 2021) | STATE040170-STATE040171 | 7/28/23 | |
| 196 | Email from Anil Prathipati (CIVIX) to Kristi Hart (SOS) re: SSN Process (Dec. 18, 2021) | STATE073077-STATE073079 | 7/28/23 | |
| 197 | Email from Kristi Hart (SOS) to Keith Ingram (SOS) re: Comparative Process (Dec. 20, 2021) | STATE073076 | 7/28/23 | |
| 198 | Email from Adam Bitter (SOS) to John Scott (SOS) re: Weekend Comparative Process (Dec. 20, 2021) | STATE073093 | 7/28/23 | |
| 199 | Email from Sam Taylor (SOS) to John Scott (SOS) re: Weekend Comparative Process (Dec. 20, 2021) | STATE019729-STATE019730 | 7/28/23 | |
| 200 | Email from Heidi Martinez (SOS) to Julie Cooper (Walker County) re: New Procedures for 2022 (Dec. 21, 2021) | STATE040997-STATE040999 | 7/28/23 | |

* May offer pending agreement under Stipulated Confidentiality and Protective Order, ECF No. 232

| 201 | Email from Kristi Hart (SOS) to Keith Ingram (SOS) re: Comparative Process (Dec. 23, 2021) | STATE137751 | 7/28/23 | |
|-----|-----|-----|-----|-----|
| 202 | Email from Julie Cooper (Walker County) to SOS Elections re: Rejecting an ABBM Application in TEAM (Jan. 3, 2022) | STATE047548-STATE047549 | 7/28/23 | |
| 203 | Grace Chimene (LWV) to Sam Taylor (SOS) re: Updates Needed to VoteTexas.gov, Texas.gov, County Elections Websites (Jan. 6, 2022) | STATE078285-STATE078288 | 7/28/23 | |
| 204 | Email from Amy Cohen (Nat'l Ass'n of State Elections Directors) to Keith Ingram (SOS) re: Update, 1/13: NASED Call Tomorrow (Jan. 13, 2022) | STATE092556-STATE092558 | 7/28/23 | |
| 205 | Email from SOS Elections to Anease Benton (Midland County) re: Updated Ballot by Mail Forms (Jan. 14, 2022) | STATE031586-STATE031588 | 7/28/23 | |
| 206 | Email from Keith Ingram (SOS) to Election Officials re: ABBM Answers (Jan. 16, 2022) | STATE019834-STATE019835 | 7/28/23 | |
| 207 | Email from SOS Elections to Mike Norman (Voter) re: Voter Registration ID Requirements (Jan. 18, 2022) | STATE031589-STATE031592 | 7/28/23 | |
| 208 | Email from Lena Proft (SOS) to Peggy Tarrant (Voter) re: Application for a Ballot by Mail (Jan. 18, 2022) | STATE043786 | 7/28/23 | |
| 209 | Email from Tom Nolan (VOTEC) to Kristi Hart (SOS) re: DPS and SSN applied to TEAM (Jan. 18, 2022) | STATE068958 | 7/28/23 | |
| 210 | Email from Christina Adkins (SOS) to Keith Ingram (SOS) re: Numbers on DL/SSN stats (Jan. 18, 2022) | STATE073074 | 7/28/23 | |
| 211 | Email from Keith Ingram (SOS) to Christina Adkins (SOS) re: Numbers on DL/SSN stats (Jan. 18, 2022) | STATE073075 | 7/28/23 | |
| 212 | Email from Alexa Ura (Texas Tribune) to Sam Taylor (SOS) re: A Few Follow Up Qs | STATE105167-STATE105168 | 7/28/23 | |
| 213 | Email from Heidi Martinez (SOS) to Colleen Kerstein (Voter) re: Difficulty in Getting My Absentee Ballot This Year (Jan. 20, 2022) | STATE040559-STATE040560 | 7/28/23 | |
| 214 | Email from Sheri Nerren (Rockwall County) to Heidi Martinez (SOS) (Jan. 20, 2022) | STATE061068-STATE061070 | 7/28/23 | |
| 215 | Email from Heidi Martinez (SOS) to Susan James (Voter) re: Ballot by Mail (Jan. 21, 2022) | STATE040561-STATE040562 | 7/28/23 | |

| | | | |
|---|---|---|---|
| 216 | Email from Keith Ingram (SOS) to Jacque Callanen (Bexar County) re: Another Question Please (Jan. 21, 2022) | STATE047338 | 7/28/23 | |
| 217 | Email from Heidi Martinez (SOS) to James Raven (Voter) re: Box 1 App for Voting My Mail (Jan. 22, 2022) | STATE040578 | 7/28/23 | |
| 218 | Email from Heidi Martinez (SOS) to Ricque Innes (Voter) re: Absentee Mail-in Ballot Request Query (Jan. 22, 2022) | STATE041241-STATE041243 | 7/28/23 | |
| 219 | Email from Christina Adkins (SOS) to James Slattery (TCRP) re: Clarification on Whether Putting Both Numbers on App/Envelope Is OK (Jan. 25, 2022) | STATE034119-STATE034120 | 7/28/23 | |
| 220 | Email from Lena Proft (SOS) to Linda Newland (Voter) re: Instructions for ABBM on Website (Jan. 24, 2022) | STATE043834-STATE043835 | 7/28/23 | |
| 221 | Email from Sam Taylor (SOS) to Keith Ingram (SOS) re: Kenneth Thompson (Feb. 2, 2022) | STATE046948 | 7/28/23 | |
| 222 | Email from Melanie Best (SOS) to Keith Ingram (SOS) re: Texas FPCA ID Question (Feb. 3, 2022) | STATE046960-STATE046962 | 7/28/23 | |
| 223 | Email from Guillermo Matos (Voter) to Heidi Martinez (SOS) (Feb. 17, 2022) | STATE134080-STATE134081 | 7/28/23 | |
| 224 | Email from SOS Elections to Peg Dusza (Voter) re: Mail in Ballots Registration (Jan. 26, 2022) | STATE031546-STATE031547 | 7/28/23 | |
| 225 | Email from SOS Elections to Stephanie Palmer (Voter) re: Voting 2022 (Jan. 26, 2022) | STATE031548-STATE031549 | 7/28/23 | |
| 226 | Email from Christina Adkins (SOS) to David Gattuso (SOS) re: Web Postings (Jan. 27, 2022) | STATE034156 | 7/28/23 | |
| 227 | Email from SOS Elections to Art Schmitt (Voter) re: Rejections of Mail In Ballot Applications (Jan. 27, 2022) | STATE045330-STATE045331 | 7/28/23 | |
| 228 | Email from Sam Taylor (SOS) to Amy Gardner (Wash. Post) re: ABBM Answers (Jan. 27, 2022) | STATE105196-STATE105199 | 7/28/23 | |
| 229 | Email from Sam Taylor (SOS) to Taylor Goldenstein (Houston Chronicle) re: ABBM Rejection Rates (Jan. 28, 2022) | STATE105169-STATE105170 | 7/28/23 | |
| 230 | Email from Heidi Martinez (SOS) to Jeanette Ramirez (Cotulla ISD) re: Application for BBM (Jan. 31, 2022) | STATE041433-STATE041434 | 7/28/23 | |
| 231 | Email from SOS Elections to Lavaca County Elections re: Copy of DL (Jan. 31, 2022) | STATE052240 | 7/28/23 | |

| 232 | Email from Melanie Best (SOS) to Larmon Lampe (Voter) (Jan. 31, 2022) | STATE097167 | 7/28/23 | |
|---|---|---|---|---|
| 233 | Email from Charles Pinney (SOS) to Velma Freeman (Voter) re: Application for Ballot by Mail (Feb. 1, 2022) | STATE040222-STATE040223 | 7/28/23 | |
| 234 | Email from Melanie Best (SOS) to Christina Obermiller (US DOD) re: FCPA ID Question (Feb. 1, 2022) | STATE046893-STATE046894 | 7/28/23 | |
| 235 | Email from Sam Taylor (SOS) to Amy Sherman (Poynter.org) re: Fact-Check About Texas Voter Being Denied Mail Ballot (Feb. 1, 2022) | STATE105726-STATE105735 | 7/28/23 | |
| 236 | Email from Melissa Soto (El Paso County) to Lisa Wise (El Paso County) re: Ballot by Mail Webinar Link (Feb. 3, 2023) | EPC000599-EPC000600 | 7/28/23 | |
| 237 | Email from Adam Bitter (SOS) to Irma Reyes (Mexican American Legislative Caucus) re: Member Qs and Coordinating Briefing (Feb. 4, 2022) | STATE090636-STATE090642 | 7/28/23 | |
| 238 | Email from Adam Bitter (SOS) to Garrett Auzenne (Congresswoman Jackson Lee) re: Follow Up from January 21 Call (Feb. 5, 2022) | STATE090953-STATE090954 | 7/28/23 | |
| 239 | Email from Keith Ingram (SOS) to Heather Eudy (US DOD) re: FPCA ID Question (Feb. 7, 2022) | STATE075307-STATE075310 | 7/28/23 | |
| 240 | Email from Christina Adkins (SOS) to Sam Taylor (SOS) re: SOS Morning News Clips 2/7/22 (Feb. 7, 2022) | STATE019877-STATE019897 | 7/28/23 | |
| 241 | Email from Melanie Best (SOS) to Alysa Freeman (Hardin County) re: Applications (Feb. 7, 2022) | STATE079258 | 7/28/23 | |
| 242 | Email from Christina Adkins (SOS) to Adam Bitter (SOS) re: EVBB.SVC Training on New Procedures (Feb. 8, 2022) | STATE034565 | 7/28/23 | |
| 243 | Email from Pat McCoy (Bowie County) to Sam Taylor (SOS) re: Ballot Tracker Does Not Work (Feb. 14, 2022) | STATE105512-STATE105517 | 7/28/23 | |
| 244 | Email from Eddy Peterson (Voter) to Sam Taylor (SOS) re: NPR Article Dated 15 Feb 2022 (Feb. 15, 2022) | STATE106228-STATE106230 | 7/28/23 | |
| 245 | Email from Kristi Hart (SOS) to Sam Taylor (SOS) re: Weekend Comparative Process (Feb. 16, 2022) | STATE073009 | 7/28/23 | |
| 246 | Email from Sam Taylor (SOS) to Ashley Lopez (KUT) re: Weekend Comparative Process (Feb. 16, 2022) | STATE045837-STATE045838 | 7/28/23 | |

| 247 | Email from SOS Elections to Eva Lawler (Voter) re: Vote by Mail Ballot (Feb. 17, 2022) | STATE137103-STATE137105 | 7/28/23 | |
|---|---|---|---|---|
| 248 | Email from Adam Bitter (SOS) to Garrett Auzenne (Congresswoman Jackson Lee) re: Follow-Up from January 21 Call (Feb. 17, 2022) | STATE072287-STATE072288 | 7/28/23 | |
| 249 | Email from Linda Scott (Voter) to SOS Elections (Feb. 18, 2022) | STATE127175 | 7/28/23 | |
| 250 | Letter from Adam Bitter (SOS) to John Medcalf (VOTEC) (Feb. 18, 2022) | STATE137749-STATE137750 | 7/28/23 | |
| 251 | Email from Vona Hudson (Tom Green County) to SOS Elections re: BBM (Feb. 22, 2022) | STATE180866 | 7/28/23 | |
| 252 | Email from SOS Elections to Veralyn White (Voter) (Feb. 22, 2022) | STATE127118 | 7/28/23 | |
| 253 | Email from Rose Clouston (Tex. Democrats) to Christina Adkins (SOS) re: Appending a SSN or DL# to a Voter's Registration Record (Feb. 22, 2022) | STATE121651-STATE121656 | 7/28/23 | |
| 254 | Email from James Michael Nelson (Voter) to SOS Elections re: Unable to Verify My Info (Feb. 25, 2022) | STATE134891 | 7/28/23 | |
| 255 | Email from Diana Klinger (SOS) to Linda Cerda (Voter) (Feb. 25, 2022) | STATE123356 | 7/28/23 | |
| 256 | Email from Daniel Mullis (Voter) to SOS Elections re: Travis County Elections Ballot By Mail - Notice of Carrier Defect (Feb. 25, 2022) | STATE132219-STATE132223 | 7/28/23 | |
| 257 | Email from Adam Bitter (SOS) to Garrett Auzenne (Congresswoman Jackson Lee) re: Follow-Up from January 21 Call (Feb. 25, 2022) | STATE072289-STATE072291 | 7/28/23 | |
| 258 | Email from Terrie Spoon (Voter) to SOS Elections re: Problem with Voting by Mail (Feb. 28, 2022) | STATE122242-STATE122243 | 7/28/23 | |
| 259 | Email from Kristi Hart (SOS) to Election Officials re: Important Reminders Regarding the Reporting of Mail Ballots and Voting History (Mar. 4, 2022) | STATE123228 | 7/28/23 | |
| 260 | Email from Christina Adkins (SOS) to Election Officials re: Additional Post-Election Reminders (Mar. 7, 2022) | STATE081354-STATE081355 | 7/28/23 | |
| 261 | Email from Laura Kaplan (Voter) to SOS Elections (Mar. 9, 2022) | STATE140711 | 7/28/23 | |
| 262 | Email from Sam Taylor (SOS) to Paul Weber (AP) re: AP/Ballot Rejections (Mar. 14, 2022) | STATE105464-STATE105466 | 7/28/23 | |

| 263 | Email from Melynn Huntley (Potter County) to Sam Taylor (SOS) re: Data on Ballots by Mail (Mar. 18, 2022) | STATE105175 | 7/28/23 | |
|-----|---|---|---|---|
| 264 | Email from Pamela Robers (Voter) to Sam Taylor (SOS) re: Implementation of TX SB 1 (Mar. 18, 2022) | STATE105328 | 7/28/23 | |
| 265 | Email from Stephanie Garza (Kleberg County) to SOS Elections re: ABBM Insert (Mar. 23, 2022) | STATE151558 | 7/28/23 | |
| 266 | Letter from Deborah Lynn Odom Pittman to Governor Abbott re: Absentee Ballotts (Mar. 24, 2022) | STATE117850-STATE117852 | 7/28/23 | |
| 267 | Email from Mickey Marvins (Voter Assistor) to SOS Elections (Mar. 28, 2022) | STATE122468-STATE122470 | 7/28/23 | |
| 268 | Email from Sam Taylor (SOS) to Natasha O'Neill (Harper's Magazine) (Mar. 30, 2022) | STATE105182-STATE105183 | 7/28/23 | |
| 269 | Email from Brandy Grimes (Denton County) to Christina Adkins (SOS) re: Revised Carrier Envelopes (Apr. 1, 2022) | STATE122160-STATE122162 | 7/28/23 | |
| 270 | Email from Christina Adkins (SOS) to Jacque Callanen (Bexar) re: Revised Carrier Envelope | STATE151949-STATE151950 | 7/28/23 | |
| 271 | Email from Keith Ingram to Election Officials re: Possible Education Materials for Voting by Mail (Apr. 5, 2022) | STATE081469-STATE081471 | 7/28/23 | |
| 272 | Email from Sam Taylor (SOS) to Taylor Goldenstein (Houston Chronicle) re: Statewide Mail Ballot Rejection Rates (Apr. 6, 2022) | STATE106595-STATE106600 | 7/28/23 | |
| 273 | Email from Keith Ingram (SOS) to Justin Williamson (Rep. Cain) re: County by County Mail Ballot Numbers (Apr. 7, 2022) | STATE087299 | 7/28/23 | |
| 274 | Email from SOS Elections to Election Officials re: Important Reminders for the May 7, 2022 Constitutional Amendment Special Election (Apr. 11, 2022) | STATE081388-STATE081389 | 7/28/23 | |
| 275 | Email from Elton Schwab (Voter) to SOS Elections re: Need Identification Card in Voter Registration Database, Not Old Driver's License Number (Apr. 11, 2022) | STATE133375-STATE133376 | 7/28/23 | |
| 276 | Email from Elton Schwab (Voter) to SOS Elections re: Need Identification Card in Voter Registration Database, Not Old Driver's License Number (Apr. 11, 2022) (attachment) | STATE133367 | 7/28/23 | |

| 277 | Email from SOS Elections to Election Officials re: Voter Sync for Offline Counties (Apr. 14, 2022) | STATE087738 | 7/28/23 | |
|---|---|---|---|---|
| 278 | Email from Heidi Martinez (SOS) to Election Officials re: Forms Release (Apr. 19, 2022) | STATE087671 | 7/28/23 | |
| 279 | Email from Keith Ingram (SOS) to Alexa Buxkemper (SOS) re: Form Submission for Approval (Apr. 20, 2022) | STATE134082-STATE134083 | 7/28/23 | |
| 280 | Email from SOS Elections to Stephanie Mayes (Voter) (Apr. 21, 2022) | STATE125215-STATE125219 | 7/28/23 | |
| 281 | Email from Keith Ingram (SOS) to Election Officials re: Possible Education Materials for Voting by Mail (Apr. 22, 2022) | STATE134583-STATE134591 | 7/28/23 | |
| 282 | Email from Melynn Huntley (Potter County) to Sam Taylor (SOS) re: Early Voting Ends Tomorrow and Go See This Movie (May 2, 2022) | STATE105641-STATE105644 | 7/28/23 | |
| 283 | Email from Heidi Martinez (SOS) to Dennis O'Brien (Voter) re: Vote in Mail Defect (May 3, 2022) | STATE122572 | 7/28/23 | |
| 284 | Email from Dan Jaeger (Voter) to Rep. Dan Huberty re: Not Able to Vote (May 9, 2022) | STATE134407-STATE134409 | 7/28/23 | |
| 285 | Email from Keith Ingram (SOS) to Joe Esparza re: Not Able to Vote (May 10, 2022) | STATE134526-STATE134528 | 7/28/23 | |
| 286 | Email from Willa McGovern Dunleavy (Assistor) to SOS Elections re: Mail in Ballot Tracker (May 12, 2022) | STATE123165 | 7/28/23 | |
| 287 | Email from SOS Elections to Samuel Webb (Voter) (May 13, 2022) | STATE123316 | 7/28/23 | |
| 288 | Email from Raymond Rodriguez (Rep. Huberty) to Joe Esparza (SOS) re: Not Able to Vote (May 17, 2022) | STATE134299-STATE134301 | 7/28/23 | |
| 289 | Email from Keysha Walcott (Sen. Eckhardt) to Kristi Hart (SOS) re: Constituent Concern - Military Voter Ballot Concern (May 24, 2022) | STATE135931-STATE135932 | 7/28/23 | |
| 290 | Email from Robert Greene (Voter) to SOS Elections re: Main-in Ballot Status (May 30, 2022) | STATE117120 | 7/28/23 | |
| 291 | Email from Beverly Branham (Voter) to Kim Bergmann (SOS) re: File Election Complaint (June 7, 2022) | STATE123241-STATE123242 | 7/28/23 | |
| 292 | Email from Belanie Best (SOS) to Melynn Huntley (Potter County) re: FPCA Voter (June 30, 2022) | STATE137891-STATE137893 | 7/28/23 | |

| 293 | Email from Todd Stallings (Nacogdoches County) to Elizabeth Hawkins (SOS) re: Request from Nacogdoches County Elections Office (Aug. 10, 2022) | STATE152037 | 7/28/23 | |
|---|---|---|---|---|
| 294 | Email from Anne Pfluger (Voter) to SOS Elections re: Vote by Mail Instructions (Aug. 17, 2022) | STATE117231-STATE117232 | 7/28/23 | |
| 295 | Email from Heidi Martinez (SOS) to Luis Moreno (Sen. Hinojosa) re: Informal Absentee Form (Sept. 1, 2022) | STATE133872-STATE133874 | 7/28/23 | |
| 296 | Email from Linda Hazelip (Voter) to SOS Audit Mailbox re: Mail-in Ballot Corrective Action (Sept. 15, 2022) | STATE170680-STATE170683 | 7/28/23 | |
| 297 | Email from Allie Thomas (Navarro County) to SOS Elections re: Absentee Ballot by Mail Insert (Sept. 20, 2022) | STATE151934-STATE151935 | 7/28/23 | |
| 298 | Email from Carla Kern (Mitchell County) to SOS Elections re: Mitchell Co BBM (Sept. 23, 2022) | STATE141236-STATE141237 | 7/28/23 | |
| 299 | Email from SOS Elections to Barry Brandt re: Unable to Register to Vote (Oct. 5, 2022) | STATE117934-STATE117935 | 7/28/23 | |
| 300 | Email from Susan Johnson (Voter) to SOS Elections (Oct. 8, 2022) | STATE128049 | 7/28/23 | |
| 301 | Email from Cheryl Kennedy (Voter) to SOS Elections re: Mail in Ballot Inconsistency in Info Request Versus Space Provided (Oct. 10, 2022) | STATE137940-STATE137942 | 7/28/23 | |
| 302 | Email from SOS Elections to Leslie Buchan (Voter) (Oct. 24, 2022) | STATE125035-STATE125036 | 7/28/23 | |
| 303 | Email from Catherine Martin (Voter) to SOS Elections re: Vote Seems to Be Suppressed (Oct. 25, 2022) | STATE133481-STATE133482 | 7/28/23 | |
| 304 | Email from Nathan Hoskins (Voter) to SOS Elections re: Tarrant County Ballot Board There Is an Error re: Your ID for Your Mail-In Ballot (Oct. 27, 2022) | STATE129426-STATE129427 | 7/28/23 | |
| 305 | Email from Howard Sherwood (Voter) to SOS Elections (Oct. 28, 2022) | STATE125290 | 7/28/23 | |
| 306 | Email from Patricia Starck (Voter) to SOS Elections (Oct. 31, 2022) | STATE127119 | 7/28/23 | |
| 307 | Email from SOS Elections to Gerald Lewis (Voter) (Nov. 2, 2022) | STATE122983 | 7/28/23 | |
| 308 | Email from SOS Elections to John Herbster (Voter) (Nov. 3, 2022) | STATE123554-STATE123555 | 7/28/23 | |

| 309 | Email from Colleen Oehlschlager (Voter) to Andre Montgomery (SOS) (Nov. 3, 2022) | STATE118514-STATE118517 | 7/28/23 | |
|---|---|---|---|---|
| 310 | Email from Jeanie Longoria (Medina County) to SOS Elections re: Questions re Carrier Envelope (Nov. 3, 2022) | STATE141086 | 7/28/23 | |
| 311 | Email from Andrew Montgomery (SOS) to Jason Hull (Voter) re: Tarrant County Ballot Board There is an Error Regarding Your ID for your Electronic Ballot (Nov. 4, 2022) | STATE118032-STATE118035 | 7/28/23 | |
| 312 | Email from William Keene (Voter Parent) to SOS Elections re: Official Election Signature Sheet for an FPCA Voter Form (Nov. 4, 2022) | STATE133670 | 7/28/23 | |
| 313 | Email from SOS Elections to Grace Hoskins (Voter) re: Mail-In Ballot Issue (Nov. 8, 2022) | STATE122573-STATE122574 | 7/28/23 | |
| 314 | Email from SOS Elections to Marvin Byers (Voter) (Nov. 8, 2022) | STATE126783 | 7/28/23 | |
| 315 | Email from Jennifer Etheridge (Voter) to SOS Elections re: Please Count My Ballot (Nov. 8, 2022) | STATE118344-STATE118346 | 7/28/23 | |
| 316 | Email from Colleen Stadnick (Voter) to SOS Elections (Nov. 10, 2022) | STATE122690-STATE122691 | 7/28/23 | |
| 317 | Election Complaint from John Herbster (Voter) (Nov. 15, 2022) | STATE171804-STATE171810 | 7/28/23 | |
| 318 | Email from Keith Ingram (SOS) to Kate Fisher (SOS) re: 2020 Election Administration and Voting Survey (Nov. 16, 2022) | STATE180236-STATE180237 | 7/28/23 | |
| 319 | Email from Lena Proft (SOS) to Jana Onyon (Ellis County) re: Section 31.093 Duty to Contract (Mar. 3, 2023) | STATE177150-STATE177152 | 7/28/23 | |
| 320 | Eric Alvarez, *Denton County Election Officials Share How to Protect Your Mail-In Vote*, WFAA (Aug. 21, 2020) | US00005595-US00005596 | 7/28/23 | |
| 321 | Eline de Bruijn and Jason Whitely, *Carrollton Mayoral Candidate Arrested After Police Find Forged Mail-in Ballots*, WFAA (Oct. 8, 2020) | US00005558-US00005562 | 7/28/23 | |
| 322 | Press Release, Office of the Texas Secretary of State, Secretary Hughs Commends Texas Voters Following November 3rd General Election (Nov. 30, 2020) | STATE087633 | 7/28/23 | |
| 323 | Zaira Perez, *Former Carrollton Mayoral Candidate Indicted on 109 Felony Voter Fraud Charges*, Denton Record-Chronicle (May 7, 2021) | US00005692-US00005694 | 7/28/23 | |

| 324 | Taisha Walker, *I've Never Missed a Vote: 95-Year Old World War II Veteran Says His Mail-In Ballot Application Has Been Denied Twice Due to New Requirements*, Click2Houston (Jan. 25, 2022) | US00005563-US00005564 | 7/28/23 | |
| 325 | Press Release, Office of the Texas Secretary of State, Secretary Scott Encourages Eligible Texans to Vote Early, Make a Plan to Cast a Ballot for the March 1 Primary Election (Feb. 7, 2022) | STATE020224-STATE020229 | 7/28/23 | |
| 326 | Steve Clark, *Voting Changes: Garza Says to Read Ballots Carefully*, Brownsville Herald (Feb. 10, 2022) | US00006874-US00006876 | 7/28/23 | |
| 327 | Press Release, Cameron County Department of Elections, Cameron County Initiates Cure Process for Returned Ballots by Mail (Feb. 18, 2022) | US00006648 | 7/28/23 | |
| 328 | Garrett Brnger, *More Than 1,900 Bexar County Mail Ballots Rejected, Follow New Voting Law Requirement*, KSAT (Mar. 8, 2022) | US00006316-US00006318 | 7/28/23 | |
| 329 | Press Release, Harris County Elections Administrator, 89% of Mail Ballots Flagged Under New Law Rejected (Mar. 11, 2022) | Longoria_005179 | 7/28/23 | |
| 330 | Andrew Schneider, *19% of Harris County Mail-In Ballots in the 2022 Primary Were Rejected Due to SB 1, According to the Elections Administrator*, Houston Public Media (Mar. 11, 2022) | US00005498-US00005500 | 7/28/23 | |
| 331 | Garrett Brnger, *Bexar County Elections Officials Try to Prevent Another "Tsunami" of Mail Ballot Rejections*, KSAT (Apr. 25, 2022) | US00006306-US00006309 | 7/28/23 | |
| 332 | Press Release, Office of the Texas Secretary of State, Secretary Scott Encourages Texans to Vote Early in May 24 Primary Runoff Elections (May 13, 2022) | STATE134505-STATE134508 | 7/28/23 | |
| 333 | Christian Aleman, *Mail-In Ballot Rejections Decreased in Texas in the May Elections*, KVUE (July 8, 2022) | US00006310-US00006314 | 7/28/23 | |
| 334 | Press Release, Office of the Texas Secretary of State, Secretary Scott Marks National Voter Registration Day, Highlights Statewide "VoteReady" Voter Education Campaign (Sept. 20, 2022) | STATE120634-STATE120641 | 7/28/23 | |
| 335 | Press Release, Office of the Texas Secretary of State, SOS 101: Voting by Mail in Texas (Oct. 12, 2022) | STATE119692-STATE119698 | 7/28/23 | |
| 336 | Ashley Lopez, *Texas Officials Say They're Rejecting Fewer Mail Ballots Than the Primary's Big Spike*, Texas Public Radio (Nov. 4, 2022) | US00006859-US00006861 | 7/28/23 | |

| 337 | OAG Election Fraud Violations, Prosecutions Resolved (Nov. 5, 2021) | STATE001144-STATE001159 | 7/28/23 | |
| 338 | OAG Election Fraud Violations, Prosecutions Resolved (Apr. 20, 2022) | STATE087323-STATE087339 | 7/28/23 | |
| 339 | OAG Election Fraud Prosecutions (Sept. 6, 2022) | STATE112160-STATE112176 | 7/28/23 | |
| 340 | Election Integrity PowerPoint (undated) | STATE054622-STATE054677 | 7/28/23 | |
| 342 | Prosecution Diversion Program: Cantu (2018) | STATE087340 | 7/28/23 | |
| 343 | Prosecution Diversion Program: Vela (2018) | STATE087341 | 7/28/23 | |
| 344 | Prosecution Diversion Program: Hitzfelder (2021) | STATE087373-STATE087374 | 7/28/23 | |
| 345 | Prosecution Diversion Program: Barrera (2018) | STATE087376 | 7/28/23 | |
| 346 | Prosecution Diversion Program: Estrada (2018) | STATE087377 | 7/28/23 | |
| 347 | Prosecution Diversion Program: Garcia (2018) | STATE087380 | 7/28/23 | |
| 348 | Prosecution Diversion Program: Lopez (2018) | STATE087386 | 7/28/23 | |
| 349 | Prosecution Diversion Program: Martinez (2018) | STATE087390 | 7/28/23 | |
| 350 | Prosecution Diversion Program: Moreno (2018) | STATE087391 | 7/28/23 | |
| 351 | Prosecution Diversion Program: Trevino (2018) | STATE087392 | 7/28/23 | |

Date:  July 28, 2023