## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | |
| *Plaintiffs,* | |
| v. | 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., | |
| *Defendants.* | |
| OCA-GREATER HOUSTON, et al., | |
| *Plaintiffs,* | |
| v. | 1:21-cv-0780-XR |
| JANE NELSON, et al., | |
| *Defendants.* | |

### OCA PLAINTIFFS' DEPOSITION DESIGNATIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(3), the Court's March 30, 2023, Scheduling Order, (ECF No. 579), and the Court's order at the parties' July 11, 2023, hearing, OCA Plaintiffs[1] herein submit their deposition designations for the trial in this matter beginning on September 11, 2023. OCA Plaintiffs reserve the right to offer portions of the deposition of any witness that opposing parties may designate pursuant to Rule 26(a)(3)(A)(ii). See Fed. R. Civ. P. 32(a)(6).

Dated: July 28, 2023

---

[1] OCA-Greater Houston (OCA-GH), League of Women Voters of Texas (LWVTX), and REVUP-Texas (REVUP).

1

1. **Deposition of Amatullah Contractor, 7/20/2022**

| Amatullah Contractor |
|---|
| 4:22-25 |
| 6:11-16, 19-25 |
| 6:19-21 |
| 7:1-21 |
| 7:24-25 |
| 8:1-5 |
| 8:13-17 |
| 9:7-20 |
| 10:3-25 |
| 11:1-14 |
| 11:18-25 |
| 12:7-24 |
| 13:17-25 |
| 14:7-25 |
| 15:7-8 |
| 18:20-25 |
| 19:1-15 |
| 19:21-25 |
| 20:1-2 |
| 20:6-19 |
| 20:20-24 |
| 21:1-16 |
| 21:21-25 |
| 22:1-11 |
| 22:22-25 |
| 23:1-8 |
| 23:11-22 |
| 23:25 |
| 24:1-8 |
| 27:7-25 |
| 28:1-9, 16-25 |
| 29:1-15 |
| 31:23-25 |
| 31:14-22 |

| Amatullah Contractor |
|---|
| 32:14-16 |
| 33:9-12 |
| 33:13-21 |
| 33:22-25 |
| 34:1-17 |
| 36:12-18 |
| 40:21-25 |
| 41:1-12 |
| 42:9-19 |
| 42:24-25 |
| 43:1-22 |
| 44:7-25 |
| 45:1-6 |
| 46:21-24 |
| 47:6-20 |
| 47:21-25 |
| 48:1-3 |
| 49:3-6 |
| 50:16-22 |
| 51:22-25 |
| 52:1-21 |
| 53:7-25 |
| 55:9-18 |
| 56:16-25 |
| 57:1-11 |
| 57:23-25 |
| 58:1-23 |
| 65:5-8 |
| 66:24-25 |
| 67:1-12 |
| 67:21-25 |
| 68:1-8 |
| 68:9-18 |

**2. Deposition of Anne Scott, 4/18/2023**

| Anne Scott |
|---|
| 6:1-4 |
| 11:13-25 |

| Anne Scott |
|---|
| 12:21-25 |
| 13:1-4, 7-8, 17-25 |
| 14:1-25 |
| 18:23-25 |
| 19:2-25 |
| 20:1-3, 7-21 |
| 22:7-11, 23-25 |
| 23:1 |
| 26:21-23 |
| 27:20-23 |
| 44:13-23 |

**3. Deposition of Bernadette Maloney, 4/20/2023**

| Bernadette Maloney |
|---|
| 15:8-18 |
| 16:12-13 |
| 18:14-18 |
| 18:23-25 |
| 19:1-5 |
| 20:16 - 22:2 |
| 21:1-25 |
| 22:1-2, 16-23 |
| 23:5-14 |
| 34:4-19 |
| 34:20-25 |
| 35:1-25 |
| 36:1-25 |
| 37:1-25 |
| 38:1-14 |
| 39:18-21 |
| 40:2-8 |
| 42:12-17 |
| 43:1-20 |
| 44:8-25 |
| 45:1-25 |
| 46:1 |
| 58:19-25 |
| 59:1-12, 24-25 |

| Bernadette Maloney |
| --- |
| 60:1-3 |
| 60:17-25 |
| 61:1-9 |
| 62:17-19, 25 |
| 63:1-8 |
| 63:22-25 |
| 64:1-7 |

### 4.   Deposition of Catherine Cranston, 6/23/2022

| Catherine Cranston |
| --- |
| 4:23-25 |
| 5:1-3 |
| 26:23-25 |
| 27:1-3 |
| 32:23-25 |
| 33:1-6 |
| 38:6-16 |
| 57:4-5 |
| 100:8-25 |
| 115:7-21 |
| 126:6-20 |
| 143:1-4 |
| 144:3-12 |
| 145:21-25 |
| 146:1-22 |
| 148:2-14 |
| 149:23-25 |
| 150:1-14 |

### 5.   Deposition of Christina Adkins, 4/11/2023

| Christina Adkins 4/11/2023 |
| --- |
| 5:20-24 |
| 8:24-25 |
| 9:1-16 |
| 21:13-19 |
| 22:1-6 |
| 23:18-25 |

| Christina Adkins 4/11/2023 |
| --- |
| 24:1-22, 24-25 |
| 25:1, 3-24 |
| 26:1-25 |
| 27:1-25 |
| 28:1-8, 13-15, 18-20 |
| 29:16-19, 21-25 |
| 30:1-24 |
| 31:1-8 |
| 32:4-15 |
| 35:14-25 |
| 36:1-25 |
| 37:1-22, 24-25 |
| 38:1-14, 18-25 |
| 39:1-25 |
| 40:1-3, 5-15, 17-25 |
| 41:1-13 |
| 45:6-13, 20-25 |
| 46:1-11 |
| 56:11-25 |
| 57:1-2, 4-10, 13-21, 24-25 |
| 58:1-22, 24-25 |
| 59:1-11, 16 |
| 63:19-25 |
| 64:1-13, 20-25 |
| 65:1-8 |
| 66:12-25 |
| 67:1-15 |
| 68:8-22 |
| 76:23-25 |
| 77:1-4 |

**6.  Deposition of Christina Adkins, 7/20/2022**

| Christina Adkins 7/20/2022 |
| --- |
| 7:10-16 |
| 10:19-25 |
| 11:1-9, 21-24 |
| 20:10-25 |
| 21:1-5 |

| Christina Adkins 7/20/2022 |
|---|
| 22:4-25 |
| 23:1-7 |
| 32:10-25 |
| 33:1-12 |
| 39:7-25 |
| 40:1-25 |
| 41:5-20, 23-25 |
| 42:1-13, 16-19 |
| 43:6-11, 15-25 |
| 44:1-25 |
| 45:1-9 |
| 52:4-5, 8-17 |
| 78:10-17 |
| 80:10-20 |
| 96:19-21, 24-25 |
| 97:1-6 |
| 106:24-25 |
| 107:1-18 |
| 147:7-12 |
| 149:15-25 |
| 150:1-25 |
| 151:1-14 |
| 156:24-25 |
| 157:2-18 |

**7.  Deposition of Frank Phillips, 3/31/2023**

| Frank Phillips |
|---|
| 5:5-7, 17-18 |
| 8:5-11, 22-25 |
| 9:1-2 |
| 18:12-25 |
| 19:1-23 |
| 20:8-25 |
| 21:1-25 |
| 22:1-12 |
| 25:10-25 |
| 26:2-5, 7 |
| 39:1-20 |

| Frank Phillips |
| --- |
| 40:22-24 |
| 41:1-15, 17-18 |

**8.  30(b)(6) deposition of Jennifer Colvin as designee for Harris County Elections Administrator, 3/21/2023**

| Jennifer Colvin 30(b)(6) |
| --- |
| 7:8-11, 19-24 |
| 8:19-25 |
| 9:19-25 |
| 10:1-25 |
| 11:1-9 |
| 13:3-25 |
| 14:1-8 |
| 17:19-25 |
| 18:1-25 |
| 19:1-16 |
| 20:22-25 |
| 21:1-4, 11-25 |
| 22:1-2, 6-8 |
| 30:9-13 |
| 31:14-18 |
| 32:1-3, 13-23 |
| 36:3-17 |
| 40:4-25 |
| 41:1-25 |
| 42:1-25 |
| 43:9-15 |
| 45:3-25 |
| 46:1-25 |
| 47:1-6 |
| 48:7-20, 25 |
| 49:1-10, 17-25 |
| 50:1-8 |
| 51:2-25 |
| 52:1-3, 11-18 |
| 54:15-25 |
| 55:1-25 |

| Jennifer Colvin 30(b)(6) |
|---|
| 56:1-8, 24-25 |
| 57:1-25 |
| 58:6-25 |
| 59:1-25 |
| 60:1-9, 18-25 |
| 61:1-16 |
| 62:13-24 |
| 64:16-25 |
| 65:1-9 |
| 67:19-25 |
| 68:1-11, 22-25 |
| 69:1-22 |
| 71:10-25 |
| 72:1-3 |
| 76:19-25 |
| 77:1-6 |
| 81:16-25 |
| 82:1-10 |
| 83:10-25 |
| 84:1-2 |
| 86:6-16 |
| 87:8-10, 12-22 |
| 88:20-25 |
| 89:1-25 |
| 90:1-25 |
| 91:1-6, 20-25 |
| 92:1-4 |
| 99:8-13 |

**9. 30(b)(6) deposition of Isabel Longoria as designee for Harris County Elections Administrator, 4/20/2022**

| Isabel Longoria 30(b)(6) 4/20/2022 |
|---|
| 7:2-18 |
| 10:1-8 |
| 11:9-25 |
| 12:1 |
| 13:25 |
| 14:1-8, 22-25 |

| Isabel Longoria 30(b)(6) 4/20/2022 |
|---|
| 15:1-17 |
| 16:11-25 |
| 17:1-9 |
| 18:16-17 |
| 19:1-11 |
| 31:20-25 |
| 32:1-6, 10-25 |
| 33:1-13, 17-18, 23-25 |
| 34:1-15, 18-25 |
| 35:1-25 |
| 36:1-25 |
| 37:1-25 |
| 38:1-10, 16-25 |
| 39:1-25 |
| 40:1-25 |
| 41:1-25 |
| 42:1-25 |
| 43:1-25 |
| 44:1-7, 11-25 |
| 45:1-25 |
| 46:1-25 |
| 47:1-25 |
| 48:1-19, 24-25 |
| 49:1-14 |
| 51:6-25 |
| 52:1-25 |
| 53:1-25 |
| 54:1-20 |
| 55:9-25 |
| 56:1-2, 4-25 |
| 57:1-25 |
| 58:1-25 |
| 59:1-22 |
| 60:4-25 |
| 61:1-25 |
| 62:1-25 |
| 63:1-25 |
| 64:1-13 |

**10. 30(b)(6) deposition of Isabel Longoria as designee for Harris County Elections Administrator, 4/22/2022**

| Isabel Longoria 30(b)(6) 4/22/2022 |
|---|
| 84:10-25 |
| 85:1-2 |
| 100:22-25 |
| 101:1-25 |
| 105:17-25 |
| 106:1-8 |
| 107:15-25 |
| 108:1-25 |
| 109:1-25 |
| 110:1-25 |
| 111:1 |
| 114:22-25 |
| 115:1-25 |
| 116:1-25 |
| 117:1-25 |
| 118:1-25 |
| 119:13-25 |
| 120:1-13 |

**11. 30(b)(6) deposition of Rachelle Obakozuwa as designee for Harris County Elections Administrator, 3/21/2023**

| Rachelle Obakozuwa 30(b)(6) |
|---|
| 7:5-11 |
| 10:1-25 |
| 11:1-9 |
| 12:17-25 |
| 13:1-14, 22-25 |
| 14:1-18 |
| 18:20-25 |
| 19:1-9 |
| 48:20-25 |
| 49:1 |
| 52:14-16, 23-25 |
| 53:1-25 |

| Rachelle Obakozuwa 30(b)(6) |
| --- |
| 54:1-25 |
| 57:1-25 |
| 58:1-18 |
| 59:11-25 |
| 60:1-2 |
| 61:6-25 |
| 62:1-11 |
| 64:3-18 |
| 65:1-7 |
| 73:1-6 |
| 79:11-25 |
| 80:1-25 |
| 81:1-25 |
| 82:1, 6-25 |
| 83:1-25 |
| 84:1-3 |
| 85:14-25 |
| 86:1-14 |

**12. 30(b)(6) deposition of Lauren Smith as designee for Harris County Elections Administrator 3/21/2023**

| Lauren Smith 30(b)(6) |
| --- |
| 8:3-5 |
| 12:1-3 |
| 33:2-11 |
| 63:17-22 |
| 64:11-14 |
| 65:2-6, 12-24 |
| 66:4-8 |
| 69:12-25 |
| 70:1-5, 25 |
| 71:1-2 |
| 78:24-25 |
| 79:1-4 |

**13. Deposition of Janet Eickmeyer, 6/13/2022**

| Janet Eickmeyer |
| --- |
| 12:25 |
| 13:1 |
| 16:24-25 |
| 17:1-25 |
| 18:1-13 |
| 21:20-25 |
| 22:1-3, 7-12 |
| 22:19-25 |
| 23:1-3, 15-24 |
| 24:7-9; 12-13 |
| 25:18-25 |
| 26:1-25 |
| 27:1-17 |
| 29:6-19 |
| 31:9-20 |
| 34:5-11 |
| 35:21-25 |
| 36:1-25 |
| 42:2-20 |
| 44:14-25 |
| 45:1-15 |
| 47:14-25 |
| 48:1-12 |

**14. Deposition of Jeannie Lewis, 8/1/2022**

| Jeannie Lewis |
| --- |
| 7:6-9 |
| 10:14-23 |
| 12:15-19 |
| 14:23-25 |
| 15:1-20 |
| 18:25 |
| 19:1-14 |
| 20:7-25 |
| 21:1-3 |
| 40:1-41:2 |
| 42:2-25 |
| 43:1-10 |

| Jeannie Lewis |
|---|
| 45:7-25 |
| 46:1-25 |
| 47:1-25 |
| 71:7-10 |
| 75:15-25 |
| 76:1-25 |
| 77:1-25 |
| 78:1-25 |
| 79:1-24 |
| 80:20-25 |
| 81:1-25 |
| 82:1-15, 16-25 |
| 83:1-25 |
| 84:1-18,  21-25 |
| 85:1-6 |
| 94:15-19 |
| 95:5-13 |
| 95:19-25 |
| 96:1-25 |
| 97:1-25 |
| 98:1-25 |
| 99:1-25 |
| 100:1-25 |
| 101:1-6 |
| 109:18-25 |
| 123:19-25 |
| 124:1-25 |
| 125:1-22 |
| 126:2-25 |
| 127:1-23 |

**15. Deposition of Jonathan White, 4/27/2022**

| Jonathan White |
|---|
| 7:17-19 |
| 11:23-25 |
| 12:1-25 |
| 13:1-25 |
| 14:1-18 |

| Jonathan White |
|---|
| 16:20-25 |
| 17:1-25 |
| 18:1-25 |
| 26:13-22 |
| 39:11-15, 22-25 |
| 40:1-14, 21-25 |
| 41:1-17 |
| 53:15-25 |
| 54:1-2 |
| 87:7-25 |
| 88:1-14, 18-25 |
| 89:1-3, 9-13, 20-25 |
| 90:1-2, 6-9, 13-25 |
| 91:1-25 |
| 92:1-25 |
| 93:1-3 |
| 94:20-25 |
| 95:1-25 |
| 96:1-22 |
| 100:1-15, 18-25 |
| 101:1-5 |
| 104:21-25 |
| 105:1-25 |
| 106:1-25 |
| 107:1-25 |
| 108:1, 23-25 |
| 109:3 |
| 114:12-16 |
| 136:24-25 |
| 137:1-7 |
| 145:18-25 |
| 146:1-17, 20-24 |
| 155:25 |
| 156:1-8, 23-25 |
| 157:1-10, 16-25 |
| 158:1-5 |
| 159:5-10, 20-25 |
| 160:1-12, 15-23 |

| Jonathan White |
| --- |
| 162:3-10, 12-25 |
| 163:1-10, 23-15 |
| 164:1-25 |
| 165:1-9, 12-25 |
| 166:1-13 |
| 167:13-22 |
| 168:1-16, 19-25 |
| 169:1-17, 19-25 |
| 170:1-25 |
| 171:1-25 |
| 172:1-6, 9-25 |
| 173:1-25 |
| 174:1-25 |
| 175:1-22, 25 |
| 176:1-8, 12-14 |
| 191:21-24 |
| 192:4-10 |
| 193:14-25 |
| 194:1-25 |
| 195:1-25 |
| 196:1-25 |
| 197:5-25 |
| 198:1-25 |
| 199:1-23 |
| 216:2-25 |
| 217:1-17 |

### 16. Deposition of Kara Ayers, 5/10/2022

| Kara Ayers |
| --- |
| 8:10-25 |
| 9:1-7 |
| 13:7-25 |
| 14:1-25 |
| 15:1-25 |
| 16:1-25 |
| 17:1-25 |
| 18:1-25 |
| 19:1-25 |

| Kara Ayers |
|---|
| 20:1-25 |
| 21:1-25 |
| 22:1-25 |
| 23:1-25 |
| 24:1-25 |
| 25:1-25 |
| 26:1-12 |
| 28:1-25 |
| 29:1-25 |
| 30:1-25 |
| 31:1-25 |
| 32:1-25 |
| 33:1-25 |
| 34:1-25 |
| 35:1-25 |
| 36:1-25 |
| 37:1-25 |
| 38:1-25 |
| 39:1-25 |
| 40:1-25 |
| 41:1-6 |
| 42:6-25 |
| 43:1-25 |
| 44:1-25 |
| 45:1-25 |
| 46:1-25 |
| 47:1-25 |
| 48:1-25 |
| 49:1-25 |
| 50:1-25 |
| 51:1-25 |
| 52:1-25 |
| 53:1-3 |
| 53:5-25 |
| 54:1-25 |
| 55:1-25 |
| 56:1-25 |
| 57:1-25 |

| Kara Ayers |
|---|
| 58:1-25 |
| 59:1-25 |
| 60:1-25 |
| 61:1-25 |
| 62:1-25 |
| 63:1-25 |
| 64:1-25 |
| 65:1-25 |
| 66:1-25 |
| 67:1-25 |
| 68:1-25 |
| 69:1-25 |
| 70:1-25 |
| 71:1-25 |
| 72:1-25 |
| 73:1-25 |
| 74:1-25 |
| 75:1-25 |
| 76:1-25 |
| 77:1-25 |
| 78:1-25 |
| 79:1-25 |
| 80:1-25 |
| 81:1-25 |
| 82:1-25 |
| 83:1-25 |
| 84:1-12 |
| 85:5-25 |
| 86:1-25 |
| 87:1-25 |
| 88:1-8 |
| 98:6-20 |
| 100:4-10 |
| 106:6-21 |
| 107:23-25 |
| 108:1-21 |
| 142:7-13 |
| 147:2-17 |

| Kara Ayers |
|---|
| 148:3-11 |
| 172:19-25 |
| 173:1-3 |
| 175:13-21 |
| 178:1-25 |
| 179:1-24 |

### 17. Deposition of Keith Ingram, 3/28/2023

| Keith Ingram 3/28/2023 |
|---|
| 13:15-22 |
| 14:19-23 |
| 26:10-15 |
| 30:12-23 |
| 38:16-19 |
| 39:12-25 |
| 40:1-11,13-20 |
| 42:21-25 |
| 43:1-9 |
| 50:18-25 |
| 51:1-11, 24-25 |
| 52:1-2, 4-8, 10-25 |
| 65:8-25 |
| 66:1-4 |
| 67:21-25 |
| 68:1-14 |
| 69:3-15, 17-25 |
| 70:1-5 |
| 71:11-22 |
| 80:24-25 |
| 81:1-13 |
| 82:4-11 |
| 92:15-25 |
| 93:1-25 |
| 94:1-20 |
| 95:11-13, 15-25, |
| 96:1-8,10-25 |
| 97:1-4, 6-25 |
| 98:1-23 |

| Keith Ingram 3/28/2023 |
| --- |
| 100:2-6 |
| 104:10-18, 20-25 |
| 105:1-10 |
| 106:19-21 |
| 107:11-20 |
| 109:18-25 |
| 110:1-10 |
| 127:24-25 |
| 128:1-5 |
| 162:15-25 |
| 163:1-25 |
| 164:1-17, 19-25 |
| 165:1-20 |
| 182:8-18 |

**18. Deposition of Keith Ingram, 4/28/2022**

| Keith Ingram 4/28/2022 |
| --- |
| 17:14-25 |
| 18:1-25 |
| 21:17-25 |
| 23:16-25 |
| 24:1-11 |
| 45:9-13 |
| 50:24-25 |
| 51:8, 10-16, 18-25 |
| 52:2, 5-7 |
| 74:9-10, 13-19, 21-25 |
| 75:1-25 |
| 76:1-2 |
| 77:16-25 |
| 78:1-13, 20-22 |
| 84:9-13, 17-25 |
| 85:1-10 |
| 86:2-4, 6-13 |
| 87:10-14, 16-23 |
| 88:23-25 |
| 89:1-7, 9-11, 13-14 |
| 91:22-25 |

| Keith Ingram 4/28/2022 |
|---|
| 92:1-25 |
| 93:1-11 |
| 102:12-20 |
| 103:11-18 |
| 108:5-10, 16-25 |
| 109:1-11 |
| 114:18-25 |
| 115:1-5, 8-25 |
| 116:1-19, 21-24 |
| 120:9-25 |
| 121:1-22, 24-25 |
| 122:9-13, 15 |
| 123:9-17, 19-22 |
| 128:7-11, 13-17, 19-20, 22-24 |
| 129:1-4, 6 |
| 139:1-19, 21-24 |

**19. 30(b)(6) deposition of Grace Chimene as designee for League of Women Voters of Texas, 4/26/2022**

| Grace Chimene 30(b)(6) |
|---|
| 5:16 - 19 |
| 6:24-25 |
| 7:1-4 |
| 8:13-25 |
| 9:1-25 |
| 10:1-7, 13-25 |
| 11:1-7 |
| 14:10-21 |
| 15:3 - 13 |
| 15:14-25 |
| 16:1-5 |
| 20:8-25 |
| 21:1-25 |
| 22:1-25 |
| 23:1-4 |
| 25:3-25 |
| 26:1-25 |
| 27:1 |

| Grace Chimene 30(b)(6) |
|---|
| 27:2-25 |
| 28:1-25 |
| 29:1-24 |
| 30:8 - 20 |
| 31:1 - 10 |
| 32:9 - 16 |
| 32:17-25 |
| 33:1-19, 33-25 |
| 34:1-14 |
| 34:15-25 |
| 35:1 |
| 35:8-25 |
| 36:1-36:18 |
| 37:13-17, 19-2 |
| 39:1-20 |
| 74:12-25 |
| 75:1-25 |
| 76:1-8, 17-25 |
| 77:1-3 |
| 78:5-18 |
| 80:2-25 |
| 81:1-6, 25 |
| 82:1-25 |
| 83:1-25 |
| 84:1-19 |
| 89:7-25 |
| 90:1-25 |
| 91:1-25 |
| 92:1-25 |
| 93:1-23 |
| 94:1-25 |
| 95:1-16, 24-25 |
| 96:1-25 |
| 97:1-25 |
| 98:1-22 |
| 99:3 - 99:16, 19-25 |
| 100:1-12, 24-25 |
| 101:1-17, 23-25 |

| Grace Chimene 30(b)(6) |
| --- |
| 102:1-11, 23-25 |
| 103:1-19 |
| 105:12-25 |
| 106:1-2, 12-25 |
| 107:1-2, 8-14, 25 |
| 108:1-25 |
| 109:1-2, 19-25 |
| 110:1-3, 6-16, 17-20 |
| 111:5-19 |
| 112:5-25 |
| 113:1-25 |
| 114:1-7 |
| 115:24-25 |
| 116:1-12 |
| 119:2 - 25 |
| 120:20-25 |
| 121:1-5 |
| 122:3-12 |
| 122:21-25 |
| 123:1, 123:9-25 |
| 124:1-10, 17-25 |
| 125:1-2, 25 |
| 126:1-6, 10-25 |
| 127:1-25 |
| 128:1-2 |
| 129:6-10; 19-25 |
| 130:1-25 |
| 131:1-25 |
| 132:1-25 |
| 133:1-25 |
| 134:1-8, 10-25 |
| 135:1-25 |
| 136:1-25 |
| 137:1 |
| 138:1 - 24 |
| 141:8 - 24 |
| 143:14-25 |
| 144:1-5 |

| Grace Chimene 30(b)(6) |
| --- |
| 150:13-25 |
| 151:1-4 |
| 151:21-25 |
| 152:1-20 |
| 158:2-6 |
| 159:12-23 |
| 160:12-20 |
| 161:5-21 |
| 162:3-25 |
| 163:1-16 |
| 168:18-24 |
| 169:4-25 |
| 170:1-25 |
| 171:1-25 |
| 172:1-18 |
| 173:12-25 |
| 174:1-25 |
| 175:1-25 |
| 176:1-10, 25 |
| 177:1-19 |
| 178:9-25 |
| 179:1-19 |
| 180:1-13, 20-25 |
| 181:1-3, 12-23, 25 |
| 182:1 |
| 183:22-25 |
| 184:1-9 |
| 188:20-25 |
| 189:1-25 |
| 190:1-9, 14-25 |
| 191:1-6l, 19-25 |
| 192:1-25 |
| 193:1-25 |
| 194:1-25 |
| 195:1-8, 13-19 |
| 201:1-16 |

**20. Deposition of Nancy Crowther, 6/17/2022**

| Nancy Crowther |
|---|
| 5:19-23 |
| 16:19-25 |
| 17:4-5 |
| 18:3-9 |
| 19:4-8 |
| 23:25 |
| 24:1-25 |
| 25:1-25 |
| 26:1-25 |
| 27:1-10, 16-25 |
| 28:1-6, 17-25 |
| 29:1-3 |
| 30:5-12, 24-25 |
| 31:1-15 |
| 32:14-21 |
| 43:1-10, 18-25 |
| 44:1-18 |
| 45:7-25 |
| 46:1 |
| 52:11-25 |
| 53:1-7 |
| 54:7-14 |
| 77:21-25 |
| 78:1-17 |
| 79:20-25 |
| 80:1-25 |
| 81:1-8 |
| 84:3-25 |
| 85:1-25 |
| 86:1-25 |
| 87:1-25 |
| 88:1-25 |
| 89:1-25 |
| 90:1-8 |
| 97:8-25 |
| 98:1-25 |
| 99:1-14 |
| 100:20-25 |

| Nancy Crowther |
|---|
| 101:1-25 |
| 102:1-3 |

**21. 30(b)(6) deposition of Jonathan White as designee for Texas Attorney General, 5/5/2022**

| Jonathan White 30(b)(6) |
|---|
| 5:2-4 |
| 7:2-25 |
| 8:1-6, 14-16 |
| 10:3-16 |
| 12:1-25 |
| 13:1-3, 8-25 |
| 14:1-19, 23-25 |
| 15:1-25 |
| 16:1, 22-25 |
| 17:1-13 |
| 18:5-25 |
| 19:1, 15-25 |
| 20:1-12, 25 |
| 21:1-11 |
| 23:19-25 |
| 24:1-6, 8-19 |
| 26:16-25 |
| 27:1, 7-25 |
| 28:1-9, 21-25 |
| 21:1, 11-25 |
| 30:1-2 |
| 36:1-25 |
| 37:1-5 |
| 39:18-20 |
| 40:2-10 |
| 42:16-25 |
| 43:1-25 |
| 44:1-25 |
| 49:11-21, 24-25 |
| 50:1-25 |
| 51:4-13 |
| 58:19-25 |
| 59:1-14, 21-25 |

| Jonathan White 30(b)(6) |
| --- |
| 60:3-11 |
| 61:10-11, 18-22 |
| 65:22-25 |
| 66:6-20 |
| 67:20-23 |
| 68:6-19 |
| 76:4-7, 17-25 |
| 77:1, 8-21 |
| 79:11-14, 18-25 |
| 80:19-25 |
| 81:1-6, 9-25 |
| 82:1-10, 16-25 |
| 83:1, 11-25 |
| 84:1-11, 21-25 |
| 85:1-3, 10-14 |
| 86:2-10, 25 |
| 87:1-15, 21-25 |
| 88:1-5, 15-25 |
| 89:1-14, 21-24 |
| 121:6-10 |
| 122:24-25 |
| 123:1-16 |

**22. 30(b)(6) deposition of Deborah Chen as designee for OCA-Greater Houston, 3/28/2022**

| Deborah Chen 30(b)(6) |
| --- |
| 8:2-5 |
| 13:17-25 |
| 14:1-25 |
| 15:1-18 |
| 17:20-25 |
| 18:1-20 |
| 19:2-25 |
| 20:1-9 |
| 21:2-21 |
| 22:4-25 |
| 23:1-25 |
| 24:1-25 |

| Deborah Chen 30(b)(6) |
| --- |
| 25:1-25 |
| 26:1-25 |
| 27:1-2 |
| 28:1-20 |
| 30:24-25 |
| 31:1-25 |
| 32:1-25 |
| 33:1-25 |
| 34:1-5 |
| 34:14-25 |
| 35:1-10 |
| 41:22-25 |
| 42:1-7 |
| 43:11-20 |
| 44:22-25 |
| 45:16-23 |
| 48:15-25 |
| 49:1-19 |
| 50:22-25 |
| 51:1-25 |
| 52:10-25 |
| 53:1-9 |
| 55:4-25 |
| 56:1-25 |
| 57:1-25 |
| 58:1-11 |
| 58:20-24 |
| 59:8-18 |
| 60:14 |
| 61:2-6 |
| 62:4-20 |
| 62-22-25 |
| 63:1-17 |
| 64:23-25 |
| 65:1-22 |
| 66:9-25 |
| 67:1-25 |
| 68:1-25 |

| Deborah Chen 30(b)(6) |
|---|
| 69:1-17 |
| 70:11-25 |
| 71:14-22 |
| 71:24-25 |
| 72:1-2 |
| 74:3-18 |
| 75:9-24 |
| 76:6-25 |
| 77:1-25 |
| 78:1-14 |
| 79:7-9 |
| 79:15-22 |
| 80:12-22 |
| 81:11-25 |
| 82:1-16 |
| 85:13-25 |
| 86:1-23 |
| 90:11-23 |
| 96:17-25 |
| 97:1-7 |
| 97:11-24 |
| 98:16-25 |
| 100:22-25 |
| 101:1-25 |
| 102:1-22 |
| 103:4-8 |
| 103:22-25 |
| 104:1-25 |
| 105:1-4 |
| 106:5-25 |
| 107:1-5 |
| 108:22-25 |
| 109:1-25 |
| 110:1-4 |
| 110:8-13 |
| 110:21-25 |
| 111:1-25 |
| 112:1-23 |

| Deborah Chen 30(b)(6) |
|---|
| 113:3-24 |
| 115:18-25 |
| 116:1 |
| 116:20-25 |
| 117:1-2 |
| 117:15-16 |
| 118:21-25 |
| 119:1-3 |
| 119:15-24 |
| 120:3-25 |
| 121:1-25 |
| 122-:1-3 |
| 126:7-16 |
| 126:25 |
| 127:1-3 |
| 127:5-21 |
| 128:14-19 |
| 129:24-25 |
| 130:1-8 |
| 131:4-6 |
| 132:4-25 |
| 133:1-9 |
| 133:19-25 |
| 134:1 |
| 134:11-25 |
| 135:1-6 |
| 135:16-25 |
| 136:1-25 |
| 137:1-25 |
| 138:1-7 |
| 141:11-25 |
| 142:1-22 |
| 144:13-25 |
| 145:1 |
| 157:5-10 |
| 160:20-25 |
| 161:1-8 |
| 163:25 |

| Deborah Chen 30(b)(6) |
|---|
| 164:1-4 |
| 164:21-25 |
| 165:8-25 |
| 166:1-25 |
| 167:1-25 |
| 168:1-25 |
| 169:1-3 |
| 170:3-8 |
| 171:3-9 |
| 172:4-15 |
| 174:9-25 |
| 175:1-5 |
| 175:22-23 |
| 176:23-25 |
| 178:14-19 |
| 179:17-20 |
| 183:15-18 |
| 185:17-24 |
| 186:8-11 |
| 189:5-22 |
| 192:5-19 |
| 195:9-17 |
| 196:5-18 |
| 197:18-23 |
| 198:4-15 |
| 200:9-17 |
| 202:14-19 |
| 203:1-2, 6-25 |
| 204:1-25 |
| 205:1-5 |
| 206:1-9 |
| 207:8-14, 18-25 |
| 208:1 |
| 209:1-8, 20-25 |
| 210:1-3,7-25 |
| 211:1-25 |
| 212:1-25 |
| 213:1-23 |

| Deborah Chen 30(b)(6) |
|---|
| 214:22-25 |
| 215:1, 5-6 |
| 217:1-25 |
| 218:1, 11-15, 20-25 |
| 219:1-4, 21-25 |
| 220:1-8, 23-25 |
| 221:1-5, 9-25 |
| 222:1-17 |
| 232:25 |
| 233:1-18 |
| 234:24-25 |
| 235:1, 5-13 |
| 236:24-25 |
| 237:1-19 |
| 238:16-25 |
| 239:1-9 |
| 241:17-25 |
| 244:6-25 |
| 245:1-9 |
| 269:6-16, 20-25 |
| 270:1-25 |
| 271:1-25 |
| 272:1-25 |
| 273:1-25 |
| 274:1-2 |

**23. Deposition of Pamiel Gaskin, 6/29/2022**

| Pamiel Gaskin |
|---|
| 6:11-15 |
| 12:18-25 |
| 13:1 |
| 18:25 |
| 19:1-8, 16-25 |
| 20:1-14, 22-25 |
| 21:1-25 |
| 22:1-5, 6-25 |
| 23:1-21 |
| 25:3-21 |

| Pamiel Gaskin |
|---|
| 26:2-7 |
| 28:18-25 |
| 29:1-9 |
| 30:8-19 |
| 31:8-13 |
| 31:17-25 |
| 32:1-13, 14-25 |
| 33:1-2, 25 |
| 34:1-25 |
| 35:1 |
| 47:15-25 |
| 48:23-25 |
| 49:1-25 |
| 50:1-25 |
| 51:1-8 |
| 63:21-25 |
| 64:1-23 |
| 66:22-25 |
| 67:1-21 |
| 70:14-25 |
| 71:1-2 |
| 77:4-10 |
| 87:15-18 |
| 87:22-25 |
| 88:1-20 |
| 89:6-18 |
| 91:8-25 |
| 92:1-18 |
| 93:8-15 |
| 95:5-15 |
| 123:13-25 |

**24. 30(b)(6) deposition of Bob Kafka as designee for REVUP-Texas, 4/7/2022**

| Bob Kafka 30(b)(6) |
|---|
| 7:6-8 |
| 10:8-16 |
| 12:13-25 |
| 13:1-4, 13-17 |

| Bob Kafka 30(b)(6) |
| --- |
| 14:23–24 |
| 17:2-25 |
| 18:1-20 |
| 25:10-20 |
| 26:10-18, 22-25 |
| 27:1-9, 21-25 |
| 28:1-2 |
| 29:7-22 |
| 31:8-14, 25 |
| 32:1-18 |
| 34:19-25 |
| 35:1-17 |
| 36:23-25 |
| 37:1-6, 24-25 |
| 38:1-4, 13-16 |
| 42:24-25 |
| 43:1-2 |
| 44:2-9 |
| 47:17-25 |
| 48:1-25 |
| 49:1-7 |
| 52:8-25 |
| 53:1-25 |
| 55:19-22 |
| 56:5-12 |
| 78:9-21 |
| 85:10-21 |
| 86:2-21 |
| 93:15-21 |
| 95:18-25 |
| 102:15-22 |
| 106:3-6 |
| 109:18-21 |
| 110:14-25 |
| 111:1-3 |
| 137:20-23 |

**25. Deposition of Roberto Benavides, 3/30/2023**

| Roberto Benavides |
|---|
| 6:19-24 |
| 10:9-11 |
| 13:6-19 |
| 13:25 |
| 14:1-17, 22-25 |
| 15:1-4, 9-22 |
| 17:14-25 |
| 18:1-25 |
| 19:1-5, 15-25 |
| 20:1-6, 18-25 |
| 21:1-19 |
| 22:3-25 |
| 23:1-25 |
| 24:1-6, 11-15, 17-25 |
| 25:1-8, 12-25 |
| 26:1-4, 8-25 |
| 27:1-25 |
| 28:1-7 |
| 29:14-25 |
| 30:1-20 |
| 31:9-25 |
| 32:1-15 |
| 33:19-25 |
| 34:1-25 |
| 35:1-2 |
| 42:22-25 |
| 43:1-25 |
| 44:1-25 |
| 45:1-14, 16-25 |
| 46:1-19 |
| 47:1-25 |
| 48:1-16 |
| 49:16-25 |
| 50:1-4 |
| 51:1-25 |
| 52:1-25 |
| 53:1-4 |
| 54:4-9 |

| Roberto Benavides |
|---|
| 55:22-25 |
| 56:1-11 |

**26. 30(b)(6) deposition of Keith Ingram as designee for Texas Secretary of State, 3/28/2023**

| Keith Ingram 30(b)(6) 3/28/2023 |
|---|
| 9:4-25 |
| 10:1-18 |
| 16:7-9, 11-25 |
| 17:1-5 |
| 18:2-10, 12-15 |
| 21:13-14, 16-25 |
| 22:1-16, 18-25 |
| 23:1-13 |
| 25:6-25 |
| 26:1-12 |
| 33:11-25 |
| 34:1-25 |
| 35:1-25 |
| 36:1-25 |
| 37:1-4, 16-25 |
| 38:1-25 |
| 39:1-16 |
| 43:13-25 |
| 44:1-25 |
| 45:1-25 |
| 46:1-4, 6-25 |
| 47:1-6, 10-17 |
| 52:23-25 |
| 53:1-25 |
| 54:1-10 |
| 56:8-20 |
| 58:5-9 |
| 59:18-22, 25 |
| 60:1, 3-5 |
| 64:14-19 |
| 65:20-25 |
| 66:1-2 |

| Keith Ingram 30(b)(6) 3/28/2023 |
| --- |
| 71:4-10 |
| 76:21-25 |
| 77:1-8 |
| 78:19-25 |
| 79:1-11, 13-24 |
| 81:4-7, 9-25 |
| 82:2-4 |
| 85:10-24 |
| 86:1-13 |
| 99:15-18, 20-24 |

**27. 30(b)(6) deposition of Keith Ingram as designee for Texas Secretary of State, 3/29/2023**

| Keith Ingram 30(b)(6) 3/29/2023 |
| --- |
| 5:4-10 |
| 6:13-25 |
| 7:1-8, 15-18 |
| 8:7-15, 18-25 |
| 9:1-8, 10-12, 18-20, 22-25 |
| 10:18-25 |
| 11:1-22 |
| 12:15-17, 19-25 |
| 13:1-5, 24-25 |
| 14:1-2, 4-25 |
| 15:1-25 |
| 16:1-20, 22-23 |
| 17:4-7, 9-15 |
| 18:1-15, 17-21 |

**28. 30(b)(6) deposition of Keith Ingram as designee for Texas Secretary of State, 4/26/2022**

| Keith Ingram 30(b)(6) 4/26/2022 |
| --- |
| 11:9-15 |
| 13:12-20 |
| 15:9-25 |
| 16:1-4, 7-25 |
| 17:1-9 |

| Keith Ingram 30(b)(6) 4/26/2022 |
|---|
| 19:1-21 |
| 22:5-19 |
| 24:2-25 |
| 25:1-12 |
| 33:16-23 |
| 34:3-11 |
| 39:12-25 |
| 40:1-16 |
| 41:7-25 |
| 42:1-18 |
| 43:4-18 |
| 44:2-23 |
| 47:13-25 |
| 48:1-25 |
| 49:20-25 |
| 50:1-5 |
| 51:10-25 |
| 52:1-25 |
| 56:11-25 |
| 57:1-9, 11-19, 21-25 |
| 58:1, 3-25 |
| 59:1, 3, 5, 7-10, 12-24 |
| 60:1-5, 24-25 |
| 61:1-7, 9-25 |
| 62:1-6 |
| 64:14-25 |
| 65:1-25 |
| 66:1-8 |
| 67:16-25 |
| 67:1-25 |
| 68:1-5 |
| 70:9-13 |
| 73:7-11 |
| 74:1-19 |
| 76:3-5 |
| 80:2-15 |
| 88:16-25 |
| 89:1-16 |

| Keith Ingram 30(b)(6) 4/26/2022 |
| --- |
| 90:9-25 |
| 91:1-8, 10-13 |
| 92:15-25 |
| 93:1-25 |
| 94:1-3 |
| 100:8-24 |
| 106:19-25 |
| 107:1-18, 20 |
| 114:5-25 |
| 115:1-25 |
| 116:1-9 |
| 118:11-25 |
| 119:1-6 |
| 122:6-20 |
| 161:21-25 |
| 162:1-19 |
| 174:10-13 |
| 175:9-25 |
| 176:1-19, 21-25 |
| 177:1-25 |
| 178:1-12 |
| 182:20-25 |
| 183:1-19 |
| 184:24-25 |
| 185:1-25 |
| 186:1-7 |
| 187:14-25 |
| 188:1-10 |

**29. 30(b)(6) deposition of Keith Ingram as designee for Texas Secretary of State, 5/6/2022**

| Keith Ingram 30(b)(6) 5/6/2022 |
| --- |
| 340:4-6, 9-24 |
| 341:9-25 |
| 342:1-17, 19-25 |
| 343:1-2, 4-25 |
| 344:1-25 |
| 345:1-9 |
| 348:18-23 |

| Keith Ingram 30(b)(6) 5/6/2022 |
|---|
| 351:24-25 |
| 352:1-25 |
| 353:1-6, 8-12, 14-25 |
| 354:1-25 |
| 355:1-3, 6-25 |
| 356:1-16, 18-20, 22-25 |
| 357:1-25 |
| 358:1-3 |
| 359:3-6 |

**30. 30(b)(6) deposition of Samuel Taylor as designee for Texas Secretary of State, 3/29/2023**

| Samuel Taylor 30(b)(6) |
|---|
| 5:2-24 |
| 8:16-25 |
| 9:1-13 |
| 11:21-24 |
| 12:1-25 |
| 13:1-11, 14-19 |
| 14:20-25 |
| 15:1, 7-17 |
| 24:21-25 |
| 25:1-11, 13-25 |
| 26:1-25 |
| 27:1-25 |
| 28:1-25 |
| 29:1-13 |
| 33:5-25 |
| 34:1-25 |
| 35:1-4, 13-25 |
| 36:1-25 |
| 37:1-6 |
| 38:10-25 |
| 39:1-3, 6-11, 20-21, 24-25 |
| 40:1-7 |
| 41:13-25 |
| 41:1-25 |
| 42:1-25 |

| Samuel Taylor 30(b)(6) |
| --- |
| 43:1-25 |
| 44:1-25 |
| 45:1-25 |
| 46:1-25 |
| 47:1-25 |
| 50:5-25 |
| 51:1 |
| 52:6-25 |
| 53:1-25 |
| 54:1-25 |
| 55:1-2 |

**31. Deposition of Taylor Scott, 4/18/2023**

| Taylor Scott |
| --- |
| 5:1-4 |
| 7:19-23 |
| 10:8-25 |
| 11:1-5 |
| 14:7-9 |
| 15:3-4 |
| 16:1-11, 18-24 |
| 18:24-25 |
| 19:1-25 |
| 20:1-4 |

**32. 30(b)(6) deposition of Bridgette Escobedo as designee for Travis County Clerk, 5/11/2022**

| Bridgette Escobedo |
| --- |
| 8:8-12 |
| 10:5-8, 23-25 |
| 11:1-11 |
| 13:9-16 |
| 17:14-21 |
| 23:7-14, 20-25 |
| 24:1, 3-7 |
| 30:10-18, 21-22 |
| 31:5-6, 9-15, 24-25 |

| Bridgette Escobedo |
|---|
| 32:1-7, 12-16 |
| 34:20-25 |
| 35:1-25 |
| 36:1-2, 20-23 |
| 37:25 |
| 38:1-12, 15-18, 20-25 |
| 39:1-4, 7-25 |
| 40:1-11 |
| 41:17-20, 22 |
| 42:15-17, 19-25 |
| 43:1-2, 4, 14-19, 21-25 |
| 44:1, 12-18 |
| 45:23-25 |
| 46:1-13, 22-5 |
| 47:1-13, 16-25 |
| 48:5-8 |
| 163:14-24 |
| 164:2-5 |

**33. 30(b)(6) deposition of Dan Hayes as designee for Travis County Clerk, 3/29/2023**

| Dan Hayes 30(b)(6) 3/29/2023 |
|---|
| 7:14-18 |
| 10:8-14 |
| 13:1-7 |
| 14:1-25 |
| 15:1, 13-25 |
| 16:1-6, 25 |
| 17:1-11 |
| 19:11-17 |
| 21:7-25 |
| 22:1-7, 24-25 |
| 23:1-4, 20-25 |
| 24:1-8 |
| 26:19-25 |
| 31:5-25 |
| 32:1-17 |
| 33:5-15, 21-25 |
| 34:1-12 |

| Dan Hayes 30(b)(6) 3/29/2023 |
|---|
| 35:9-25 |
| 36:1-4, 12-22 |
| 56:19-25 |
| 57:1-6 |
| 58:20-25 |
| 59:1-5 |

**34. 30(b)(6) deposition of Daniel (Dan) Hayes as designee for Travis County Clerk, 5/11/2022**

| Dan Hayes 30(b)(6) 5/11/2022 |
|---|
| 6:12-14 |
| 11:4-10, 14-17 |
| 12:3-18, 23-25 |
| 13:1-25 |
| 14:1-25 |
| 15:1-6, 23-25 |
| 16:1-5 |
| 17:19-25 |
| 18:1-20, 22-25 |
| 19:1-21 |
| 20:1-25 |
| 21:21-25 |
| 22:1-14 |
| 23:23-25 |
| 24:2-6, 8, 19-25 |
| 25:1-7 |
| 26:10-12, 19-25 |
| 27:1-8 |
| 28:2-18, 22-25 |
| 29:4-6 |
| 30:8-15 |

**35. 30(b)(6) deposition of Charlie Johnson as designee for Travis County Clerk, 3/29/2023**

| Charlie Johnson 30(b)(6) 3/29/2023 |
|---|
| 7:11-15 |
| 9:9-25 |
| 10:1-13 |

| Charlie Johnson 30(b)(6) 3/29/2023 |
|---|
| 11:6-9, 24-25 |
| 12:1-7 |
| 13:15-18 |
| 14:3-25 |
| 15:1-11 |
| 16:3-11, 25 |
| 17:1-25 |
| 18:1-24 |
| 19:9-12 |
| 23:10-25 |
| 24:1-17, 21-25 |
| 25:1-9, 23-25 |
| 26:1-14, 19-25 |
| 27:1-5 |
| 28:3-25 |
| 29:1-2 |
| 31:25 |
| 32:1-16 |
| 33:1-8, 13-15, 19-24 |
| 35:15-24 |
| 38:1-22 |
| 39:17-25 |
| 40:1-7, 24-25 |
| 41:1-25 |
| 42:1-11 |
| 46:13-19, 21-25 |
| 47:1-25 |
| 48:1-25 |
| 49:1-8 |
| 51:7-25 |
| 52:1-19 |
| 63:5-25 |
| 64:1-4 |
| 73:22-25 |
| 74:1-25 |
| 75:1 |
| 76:23-25 |
| 77:1-12 |

| Charlie Johnson 30(b)(6) 3/29/2023 |
|---|
| 78:7-22 |
| 79:1-16, 24-25 |
| 80:1-3, 13-25 |
| 81:1-4 |
| 82:10-25 |
| 83:1-7 |
| 87:10-25 |
| 88:1-19 |

**36. 30(b)(6) deposition of Charlton (Charlie) Johnson as designee for Travis County Clerk, 5/11/2022**

| Charlie Johnson 30(b)(6) 5/11/2022 |
|---|
| 6:-9-15 |
| 8:5-24 |
| 10:2-5, 11-16 |
| 11:19-25 |
| 12:1-13, 16-18, 23-25 |
| 13:1-25 |
| 14:1-14 |

**37. Deposition of Teri Saltzman 7/15/2022**

| Teri Saltzman |
|---|
| 8:19-20 |
| 13:12-15 |
| 18:1-2 |
| 20:17-25 |
| 21:1-2 |
| 25:7-13 |
| 30:15-22 |
| 32:2-16, 22-25 |
| 33:13-25 |
| 34:1-8, 20-25 |
| 35:1-20 |
| 44:6-17, 20-25 |
| 45:1-25 |
| 46:1-15 |
| 51:12-16 |

| Teri Saltzman |
|---|
| 54:1-5 |
| 58:17-23 |
| 59:1-3, 12-25 |
| 60:1-7 |
| 66:1-3 |
| 69:9-23 |
| 75:13-24 |
| 80:6-23 |
| 81:24-25 |
| 88:7-10 |
| 115:7-12 |

### 38. Deposition of Toby Cole, 6/28/2022

| Toby Cole |
|---|
| 4:18-24 |
| 10:7-12, 18-25 |
| 11:1-6 |
| 12:14-25 |
| 13:1-3 |
| 20:4-25 |
| 21:1-4, 21-25 |
| 22:1-25 |
| 23:1-16 |
| 26:12-25 |
| 27:1-6, 19-25 |
| 28:1-8, 17-25 |
| 29:1-25 |
| 30:1-25 |
| 31:1-2 |
| 41:1-25 |
| 42:1-7 |

### 39. Deposition of Yvonne Iglesias, 4/17/2023

| Yvonne Iglesias |
|---|
| 7:2-6 |
| 18:12-17 |
| 19:8-14 |

| Yvonne Iglesias |
|---|
| 21:6-25 |
| 22:1, 3-5 |
| 23:10-17 |
| 25:8-15 |
| 28:11-20 |
| 29:4-11, 15-25 |
| 30:1-3, 10-23 |
| 32:1-7 |
| 34:25 |
| 35:1-2, 6-15 |
| 39:18-21 |
| 40:3-9 |
| 41:24-25 |
| 42:1-20 |
| 44:22-25 |
| 45:1-11 |
| 46:24-25 |
| 47:1-25 |
| 64:18-21 |
| 68:25 |
| 69:1-7 |
| 71:12-25 |
| 72:1-18 |
| 75:5-25 |
| 76:1-2 |