# EXHIBIT A

| Witness | Address | May Call or Will Call | Live Testimony | Deposition Excerpts |
|---|---|---|---|---|
| Dana DeBeauvoir | Travis County Clerk, P.O. Box 149325, Austin, TX 78714 | Will call | X | X |
| Charlie Johnson | Travis County Clerk, P.O. Box 149325, Austin, TX 78714 | Will call | X | X |
| Daniel Hayes | c/o Tony Nelson, Office of the Travis County Attorney, P.O. Box 1748, Austin TX 78767 | May call | X | X |
| Bridgette Escobedo | Travis County Clerk P.O. Box 149325 Austin, TX 78714 | Will call | X | X |
| Dyana Limon-Mercado | Travis County Clerk P.O. Box 149325 Austin, TX 78714 | May call | X | |
| John Creuzot | Frank Crowley Courts Building 133 N. Riverfront Blvd Dallas, TX 75207 | May call | X | |
| George Jordan | Harris County District Attorney's Office 1201 Franklin Street Ste. 600 Houston, TX 77002 | May call | X | |
| Joe Gonzales | 101 W. Nueva San Antonio, TX 78205 | May call | X | |
| Kim Ogg | Harris County District Attorney's Office 1201 Franklin Street Ste. 600 Houston, TX 77002 | May call | X | |
| José Garza | Ronald Earle Building 416 West 11th St. Austin, TX 78701 | May call | X | |
| Tacoma Phillips | Dallas County Elections Department, 1520 Round Table Drive, Dallas, TX 75247 | Will call | X | X |
| Lauren Smith | Elections Administrator's Office, 1001 Preston St., Houston, TX 77002 | May call | X | X |

| Name | Address | Will/May Call | | |
|---|---|---|---|---|
| Jennifer Colvin | Elections Administrator's Office, 1001 Preston St., Houston, TX 77003 | Will call | X | X |
| Rachelle Obakozuwa | Elections Administrator's Office, 1001 Preston St., Houston, TX 77004 | Will call | X | X |
| Rivelino Lopez | Dallas County Elections Department, 1520 Round Table Drive, Dallas, TX 75247 | Will call | | X |
| Jacqueline Callanen | Bexar County Elections Department<br>1103 S. Frio<br>Suite 100<br>San Antonio, TX 78207 | Will call | X | X |
| Remi Garza | 1050 E. Madison Street Brownsville, TX 78520 | Will call | X | |
| Michael Scarpello | 1520 Round Table Drive Dallas, TX 75247 | Will call | X | |
| Frank Phillips | c/o Office of the Attorney General for the State of Texas, P.O. Box 12548 (MC-009), Austin, TX 78711 | May call | X | |
| Lisa Wise | El Paso County Elections Department<br>500 E. San Antonio Ave.<br>Suite #314<br>El Paso, Texas 79901 | Will call | X | X |
| Clifford Tatum | 1001 Preston St., Houston, TX 77002 | May call | X | |
| Isabel Longoria | Elections Administrator's Office<br>1001 Preston St.<br>Houston, TX 77002 | May call | X | X |
| Hilda Salinas | c/o Josephine Ramirez-Solis, Hidalgo County District Attorney's Office, 100 E. Cano, 1st Floor, Hidalgo County Courthouse Annex III, Edinburg, TX 78539 | Will call | | X |

| Ricardo Rodriguez, Jr. | 100 E. Cano St Edinburg, TX 78539 | May call | X | |
|---|---|---|---|---|
| Yvonne Ramon | 213 S. Closner Edinburg, TX 78539 | Will call | X | X |
| Dr. Eric McDaniel | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | Will call | X | |
| Dr. Loren Collingwood | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | |
| Dr. Allan Lichtman | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | |
| Dr. Andres Tijerina | 110 Broadway, Suite 300. San Antonio, Texas 78205 | Will call | X | |
| Dr. Christian Grose | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | Will call | X | |
| Dr. Doug Kruse | 811 Main Street, Suite 1700, Houston, TX 77002-6110 | Will call | X | |
| Dr. Henry Flores | 110 Broadway, Suite 300. San Antonio, Texas 78205 | Will call | X | |
| Dr. Kenneth Mayer | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | |
| Dr. Morgan Kousser | c/o NAACP Legal Defense Fund, 700 14th St NW, Suite 600, Washington, DC 20005 | Will call | X | |
| Dr. Dan Smith | c/o NAACP Legal Defense Fund, 700 14th St NW, Suite 600, Washington, DC 20005 | Will call | X | |

| | | | | |
|---|---|---|---|---|
| Kara Ayers | c/o Cincinnati Children's Hospital Medical Center Department of Developmental and Behavioral Pediatrics, 3333 Burnet Ave., MLC 4002, Cincinnati, OH 45229 | Will call | | X |
| Cindy Siegel | c/o John M. Gore, Jones Day, 51 Louisiana Ave NW, Washington, DC 20001, | Will call | | X |
| Alan Vera | c/o Andy Taylor, 2628 Hwy 36 South #288, Brenham, TX 77833 | Will call | | X |
| Jeffrey Clemmons | c/o NAACP Legal Defense Fund 700 14th St. NW Suite 600 Washington DC 20005 | Will call | X | |
| Tanesa Lee | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | |
| Rick Ertel | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | |
| James Lewin | c/o Nina Perales, MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | |
| Amatullah Contractor | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932. | May call | X | |
| Ming Fei Yi | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932. | May call | X | |
| Heisha Freeman | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | May call | X | |
| Yolanda Ross | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |

| | | | | |
|---|---|---|---|---|
| Cristela Rocha | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | |
| Maria Gomez | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | | X |
| Sadia Tirmizi | c/o Nina Perales, MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | |
| Marc Spier | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | May call | X | |
| Catherine Cranston | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Luis and Esmeralda Perales | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | May call | X | |
| Laura Halvorson | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Janet Eickmeyer | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | |
| Riazuddin Ahmed | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932 | May call | X | |
| Pamiel Gaskin | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | Will call | X | |
| Stella Guerrero Mata | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | |
| Toby Cole | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | May call | X | |
| Patricia Buck | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | |

| Name | Address | Call | | |
|---|---|---|---|---|
| Cynthia Edmonson | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | |
| Milan Suarez | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | Will call | X | |
| Jodi Lydia Nunez Landry | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Elizabeth Hwong | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932 | May call | X | |
| Sam Hwong | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932 | May call | X | |
| Marla Lopez | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | Will call | X | |
| Marlon Lopez | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | May call | X | |
| Jeannie Lewis | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | Will call | X | |
| Yvonne Iglesias | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | | X |
| Taylor Scott | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | | X |
| Anne Scott | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Paul Rutledge | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | May call | X | |

| Name | Address | Will/May call | | |
|---|---|---|---|---|
| Bernadette Maloney | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | Will call | X | |
| Roberto Benavides | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | Will call | X | |
| Yi Lu Zhao | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932 | May call | X | |
| Nancy Crowther | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Amy Litzinger | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Jennifer Miller | c/o NAACP Legal Defense Fund, 700 14th St. NW, Suite 600, Washington DC 20005 | Will call | X | |
| Teri Saltzman | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Peggy Engram | c/o NAACP Legal Defense Fund, 700 14th St NW, Suite 600, Washington DC 20005 | May call | X | |
| Deion Dorsett | c/o NAACP Legal Defense Fund, 700 14th St. NW, Suite 600, Washington DC 20005 | May call | X | |
| Bob Kafka | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | |
| Michelle Brown | c/o NAACP Legal Defense Fund, 700 14th St NW, Suite 600, Washington DC 20005 | Will call | X | |

| | | | | | |
|---|---|---|---|---|---|
| Sharon Jones | c/o NAACP Legal Defense Fund<br>700 14th St NW,<br>Suite 600<br>Washington DC 20005 | Will call | X | | |
| Danielle Ayers | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | | |
| Ray Shackelford | c/o NAACP Legal Defense Fund<br>700 14th St NW,<br>Suite 600<br>Washington DC 20005 | Will call | X | | |
| Judson Robinson III | c/o NAACP Legal Defense Fund<br>700 14th St NW,<br>Suite 600<br>Washington DC 20005 | May call | X | | |
| Domingo Garcia | 250 Massachusetts Ave. NW Suite 400<br>Washington D.C. 20001 | Will call | X | | |
| Rosalie Weisfeld | 250 Massachusetts Ave. NW Suite 400<br>Washington D.C. 20001 | May call | X | | |
| Tania Chavez | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | | |
| Juanita Valdez-Cox | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | | | X |
| Joyce LeBombard | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | Will call | X | | |
| Grace Chimene | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | | |
| Angelica Razo | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | Will call | X | | |

| Deborah Chen | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932 | Will call | X | |
|---|---|---|---|---|
| Gene Lantz | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | |
| Alice Penrod | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | X |
| Elaine Jones | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | X |
| Elva Roy | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | |
| Zeph Capo | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | |
| Josh Houston | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | |
| Bee Morehead | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | |
| Jennifer Martinez | c/o NAACP LDF, 700 14th Street, Suite 600, Washington, DC 20005 | May call | X | X |
| Ameer Patel | 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | |
| Julie Espinoza | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | |

| | | | | |
|---|---|---|---|---|
| Chrisopher Rainbolt | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | |
| Jonathan White | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | May call | X | X |
| Christina Adkins | c/o Office of the Attorney General for the State of Texas, P.O. Box 12548 (MC-009), Austin, TX 78711 | May call | X | |
| Keith Ingram | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | May call | X | X |
| Andrew Murr | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | Will call | | X |
| Briscoe Cain | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | Will call | | X |
| Rafael Anchia | c/o Sean McCaffity, 3811 Turtle Creek Boulevard, Suite 1400, Dallas, TX 75219 | Will call | | X |
| Carol Alvarado | P.O. Box 12068 Capitol Station Austin, TX 78711 | Will call | | X |
| Nicole Collier | 101 S. Jennings Ave Fort Worth, TX 76104 | Will call | | X |
| Bryan Hughes | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | Will call | | X |