# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.,*<br>    *Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.,*<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, *et al.,*<br>    *Plaintiffs,*<br><br>v.<br><br>JANE NELSON, *et al,.*<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-780-XR |
| HOUSTON AREA URBAN LEAGUE, *et al,*<br>    *Plaintiffs,*<br><br>v.<br><br>GREGORY WAYNE ABBOTT, *et al.,*<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-848-XR |
| LULAC TEXAS, *et al.,*<br>    *Plaintiffs,*<br><br>v.<br><br>JANE NELSON, *et al.,*<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-0786-XR |
| MI FAMILIA VOTA, *et al.,*<br>    *Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, *et al.,*<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:21-cv-0920-XR |

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:21-cv-1085-XR |
| | § | |
| THE STATE OF TEXAS, ET AL., | § | |
| *Defendants* | § | |

## STATE DEFENDANTS' PRETRIAL DISCLOSURES

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Angela Colmenero, in her official capacity as Provisional Attorney General of Texas, and the State of Texas ("State Defendants"), provide their Pretrial Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(3) and the Scheduling Order entered by this Court.

## WITNESSES

Defendants identify the following witnesses in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(i):

| WITNESS | EXPECTS TO CALL OR MAY CALL |
|---|---|
| Keith Ingram | Expects to Call |
| Christina Adkins | Expects to Call |
| Jacqueline Hagan Doyer | Expects to Call |
| Jonathan White | Expects to Call |
| Frank Phillips | Expects to Call |
| Mark Hoekstra | Expects to Call |
| Stephen C. Graves | Expects to Call |
| Jacquelyn Callanen | Expects to Call |
| Bridgette Escobedo | Expects to Call |
| Kristi Hart | May Call |
| Samuel M. Taylor | May Call |
| Sheri Gipson | May Call |
| Hilda Ann Salinas | May Call |
| Yvonne Ramón | May Call |
| Lisa Wise | May Call |
| Michael Scarpello | May Call |
| Tacoma Phillips | May Call |

| | |
|---|---|
| Rivelino Lopez | May Call |
| Jennifer Colvin | May Call |
| Lauren Smith | May Call |
| Rachelle Obakozuma | May Call |
| Charlie Johnson | May Call |
| Dan Haynes | May Call |
| Dana Debeavoir | May Call |

## TESTIMONY BY DEPOSITION

Defendants identify the following witnesses whose testimony State Defendants expect to present by deposition in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(ii):

| WITNESS | DATE(S) OF DEPOSITION | DESIGNATIONS |
|---|---|---|
| Chris Hollins | May 6, 2022 | *See* Exhibit A |
| Yvonne Ramón | April 21, 2022<br>May 10, 2022 | *See* Exhibit B |
| Isabel Longoriga | April 20, 2022<br>April 22, 2022 | *See* Exhibit C |

## EXHIBITS

Defendants identify the following documents or other exhibits which Defendants expect to offer, and which may be offered, in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(iii):

*Will Offer*

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | DATE EXHIBIT IDENTIFIED | ADMITTED OR WITHDRAWN |
|---|---|---|---|
| 1 | Signed and executed copy Senate Bill 1. https://webservices.sos.state.tx.us/legbills/files/C287/SB1.pdf. | July 28, 2023 | |
| 2 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Eitan Hersh's February 10, 2023, Second Supplemental Report.* (Served on Mar. 3, 2023) | July 28, 2023 | |
| 3 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Eitan Hersh's February 28, 2022, Initial Report.* (Served on Mar. 29, 2022). | July 28, 2023 | |
| 4 | Notice of Correction to March 29, 2022, Expert Report of Prof. Mark Hoekstra, Ph.D., Written in Response to the February 28, 2022, Report by Prof. Eitan Hersh. | July 28, 2023 | |

| | | | |
|---|---|---|---|
| | (Served on Apr. 25, 2023). | | |
| 5 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Christian Grose's February 10, 2023, Supplemental Report.* (Served on Mar. 3, 2023) | July 28, 2023 | |
| 6 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Christian Grose's February 28, 2022, Initial Report.* (Served on Mar. 29, 2022). | July 28, 2023 | |
| 7 | Notice of Correction to March 29, 2022, Expert Report of Prof. Mark Hoekstra, Written in Response to the February 28, 2022, Report by Prof. Christian Grose. (Served on Apr. 25, 2023). | July 28, 2023 | |
| 8 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Eric McDaniel's February 10, 2023, Second Supplemental Report.* (Served on Mar. 3, 2023). | July 28, 2023 | |
| 9 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eric McDaniel's February 28, 2022, Initial Report. (Served on Mar. 29, 2022). | July 28, 2023 | |
| 10 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Kenneth R. Mayer's March 6, 2023, Supplemental Report.* (Served on Apr. 5, 2023). | July 28, 2023 | |
| 11 | Notice of Correction to April 5, 2023, Expert Report of Prof. Mark Hoekstra, PhD, Written in Response to the March 6, 2023, Report by Prof. Kenneth Mayer. (Served on Apr. 25, 2023). | July 28, 2023 | |
| 12 | Expert Witness Report, Dr. Stephen C. Graves. (Served on Mar. 29, 2022). | July 28, 2023 | |
| 13 | Election Advisory No. 2021-18, Re: Revised: March 1, 2022, Primary Election and May 24, 2022, Primary Runoff Election Law Calendar, dated November 12, 2021. (STATE097860–908). | July 28, 2023 | |
| 14 | Election Advisory No. 2021-21, Re: Legislative Summary – Second and Third Special Sessions, dated November 19, 2021. (STATE001483–502). | July 28, 2023 | |
| 15 | Election Advisory No. 2021-23, Re: May 7, 2022, Election Law Calendar, dated December 10, 2021. (STATE097909–48). | July 28, 2023 | |

| 16 | Election Advisory No. 2022-07, Re: NEW LAW: Changes to Early Voting by Personal Appearance – House Bill 2025, House Bill 3107, and Senate Bill 1, dated January 21, 2022. (STATE001577–93) | July 28, 2023 | |
|---|---|---|---|
| 17 | Election Advisory No. 2022-08, Re: NEW LAW: Senate Bill 1 – Opportunity to Correct Defects on Application for a Ballot by Mail and Carrier Envelope, dated November 19, 2021. (STATE034294–321) | July 28, 2023 | |
| 18 | Election Advisory No. 2022-09, NEW LAW: Changes to Poll Watcher Requirements Under House Bill 3107 and Senate Bill 1, dated February 4, 2022. (STATE060559) | July 28, 2023 | |
| 19 | Election Advisory No. 2022-12, Re: Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail or Carrier Envelope, dated February 11, 2022. (STATE001469–73). | July 28, 2023 | |
| 20 | Election Advisory No. 2022-18, Re: Additional Ballot by Mail Procedures for May Uniform Election and Primary Runoff Election, dated April 26, 2022. (STATE087955–58) | July 28, 2023 | |
| 21 | Election Advisory No. 2022-25, Re: November 8, 2022, Election Law Calendar, dated June 20, 2022, dated June 20, 2022. (STATE122992–3039) | July 28, 2023 | |
| 22 | Spreadsheet created by Secretary of State in response to media inquiries, listing mail-ballot rejection rates for 2022 elections. (STATE115581–616). | July 28, 2023 | |
| 23 | Final Report on Audit of 2020 General Election in Texas. (STATE115222–580). | July 28, 2023 | |
| 24 | Executive Summary to Audit 2020 General Election in Texas (STATE115212–221). | July 28, 2023 | |
| 25 | Harris County Post Election Assessment of the November 8, 2022, General Election. (STATE170230–83). | July 28, 2023 | |
| 26 | Handbook for Election Judges and Clerks, *Qualifying Voters on Election Day 2022*, Secretary of State, revised July 2022. (STATE110976–1056). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| 27 | Handbook for Election Judges and Clerks, *Early Voting Ballot Board & Signature Verification Committee*, Secretary of State, revised July 2022. (Exhibit 17 – February 28, 2023, Dep. of Jacquelyn Callanen). | July 28, 2023 | |
| 28 | Poll Watcher's Guide, Secretary of State, revised January 2022. (STATE106313–337). | July 28, 2023 | |
| 29 | Draft of Poll Watcher Online Training, Secretary of State, January 20, 2022 (STATE035175–90). | July 28, 2023 | |
| 30 | Texas Voter Registration Application (Spanish) (STATE046251–52). | July 28, 2023 | |
| 31 | Texas Voter Registration Application (English) (STATE046253–54). | July 28, 2023 | |
| 32 | Federal Post Card Application (Exhibit 3 – July 29, 2022, Dep. of Scott Wiedmann). | July 28, 2023 | |
| 33 | Federal Write-In Absentee Ballot (Exhibit 4 – July 29, 2022, Dep. of Scott Wiedmann). | July 28, 2023 | |
| 34 | Form 4-20, Certificate of Appointment of Poll Watcher by a Candidate, January 2022. (STATE060813–14). | July 28, 2023 | |
| 35 | Form 4-21, Certificate of Appointment of Poll Watcher by Political Party, January 2022. (STATE060815–16). | July 28, 2023 | |
| 36 | Form 4-22, Certificate of Appointment of Poll Watcher for Propositions or Measures, January 2022 (STATE060817–16). | July 28, 2023 | |
| 37 | Form 4-23, Certificate of Appointment of Poll Watcher by Registered Voters on Behalf of a Write-In Candidate, January 2022 (STATE060819–20). | July 28, 2023 | |
| 38 | Form 5-21, Ballot Envelope (For Secrecy), January 2022. (STATE061390–91). | July 28, 2023 | |
| 39 | Form 6-2, Notice of Rejected Application for Ballot by Mail, January 2022. (STATE031641–42). | July 28, 2023 | |
| 40 | Form 6-3, Notice of Rejected Application for Ballot by Mail - Missing or Incorrect Personal Identification Numbers, January 2022. (STATE031643–44). | July 28, 2023 | |
| 41 | Form 6-4, Notice of Rejected Application for Ballot by Mail - Required Personal Identification Number is Not Associated with Your Voter Record, January 2022. (STATE074329–30). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **42** | Form 6-6, Request to Cancel Application for Ballot by Mail – Early Voting Clerk's Form, January 2022. (STATE091410–11). | July 28, 2023 | |
| **43** | Form 6-11, EVC Notice of Carrier Defect Mailed with Corrective Action Form (Spanish), April 2022. (STATE123304–06). | July 28, 2023 | |
| **44** | Form 6-11, EVC Notice of Carrier Defect Mailed with Corrective Action Form (English), April 2022. (STATE123307–09). | July 28, 2023 | |
| **45** | Form 6-12, EVC Notice of Carrier Defect Phone with Corrective Action Form (Spanish), April 2022. (STATE123310–12). | July 28, 2023 | |
| **46** | Form 6-12, EVC Notice of Carrier Defect Phone with Corrective Action Form (English), April 2022. (STATE123313–15). | July 28, 2023 | |
| **47** | Form 6-13, Notice of Surrendered Ballot by Mail, January 2022. (STATE034285). | July 28, 2023 | |
| **48** | Form 6-14, Corrective Action Form for Defective Carrier Envelope, January 2022. (STATE034286). | July 28, 2023 | |
| **49** | Form 6-15, Carrier Envelope for Early Voting Ballot (regular ABBM), July 2022. (STATE138768–70). | July 28, 2023 | |
| **50** | Form 6-17, Information about Returning Your Carrier Envelope, January 2022. (STATE074293–94). | July 28, 2023 | |
| **51** | Form 6-35, Notes for Carrier Envelope (FPCA), January 2022. (STATE01634). | July 28, 2023 | |
| **52** | Form 6-36, Information about Returning Your Voted Mail Ballot (FPCA Insert), January 2022. (STATE031652–53). | July 28, 2023 | |
| **53** | Form 6-37, Official Election Signature Sheet for an FPCA Voter, December 2021 (English/Spanish). (STATE001643–44). | July 28, 2023 | |
| **54** | Form 7-33 (AW7-7b), Notice of Voting Order Priority, January 2022. (STATE033209) | July 28, 2023 | |
| **55** | Form 7-58, Oath of Assistance and Interpreter, July 2022. (STATE138771–72). | July 28, 2023 | |
| **56** | Form 7-59, Information of Person that Provided Transportation to Seven or More Voters for Curbside Voting, October 2022. (Exhibit 9 – March 21, 2023, Dep. of Lauren Smith). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| 57 | Form 8-15, Notice of Rejected Ballot, January 2022. (STATE152170). | July 28, 2023 | |
| 58 | Form 8-20, Roster of Voters with Defective Carrier Envelopes – Returned to the Voter by Mail, January 2022. (STATE034287). | July 28, 2023 | |
| 59 | Form 8-21, Roster of ABM Voters with Defective Carrier Envelopes – Notified by Phone or Email, January 2022. (STATE034288). | July 28, 2023 | |
| 60 | Form 8-22, Roster of FPCA Voters with Defective Carrier Envelopes – Notified by Phone or Email, January 2022. (STATE034289). | July 28, 2023 | |
| 61 | Form 8-23, Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail, January 2022. (STATE034290). | July 28, 2023 | |
| 62 | Form 8-24, Notice of Carrier Defect – Vote Notified of Carrier Envelope Defect by Phone or Email, January 2022. (STATE034292). | July 28, 2023 | |
| 63 | Instructions for Form 9-12, Preliminary Election Reconciliation - Unofficial Totals (Election Day), February 2022. (STATE019487–488). | July 28, 2023 | |
| 64 | Form 9-12, Preliminary Election Reconciliation - Unofficial Totals (Election Day), February 2022. (STATE019489). | July 28, 2023 | |
| 65 | Form 9-13, Election Reconciliation Form – Official Results (Canvass Form) February 2022. (STATE019490). | July 28, 2023 | |
| 66 | Instructions for Form 9-13, Election Reconciliation Form - Official Results (Canvass Form), February 2022. (STATE019491–92). | July 28, 2023 | |
| 67 | January 18, 2022, Email from Election Security Trainer Alexa Buxkemper to Legal Director Christina Adkins, Re: How many forms.... (STATE033331–32). | July 28, 2023 | |
| 68 | Carrier Envelope Insert utilized by Denton County to remind voters of ID number requirement. (STATE154278). | July 28, 2023 | |
| 69 | Carrier Envelope Insert utilized by Travis County to remind voters of ID number requirement. (064.134768–69). | July 28, 2023 | |
| 70 | Carrier Envelope Insert utilized by Travis County to remind voters of ID number requirement. (064.134775–76). | July 28, 2023 | |

| 71 | ABBM Insert utilized by Travis County to remind voters of ID number requirement. (064.134766–67). | July 28, 2023 | |
| 72 | ABBM Insert with Numbers utilized by Travis County to remind voters of ID number requirement. (064.134773–74). | July 28, 2023 | |
| 73 | Carrier Envelope Insert utilized by Harris County in 2022 Primaries to remind voters of ID number requirement (English/ Spanish). (TATUM_005333–34). | July 28, 2023 | |
| 74 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Chinese/English). (TATUM_005335–36). | July 28, 2023 | |
| 75 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Spanish/English). (TATUM_005337–38). | July 28, 2023 | |
| 76 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Vietnamese/English). (TATUM_005337–38). | July 28, 2023 | |
| 77 | Carrier Envelope Insert utilized by Bexar County in the May 7, 2022, Local Election and May 24, 2022, Primary Runoff to remind voters of ID number requirement. (Exhibit C – April 20, 2022, Dep. of Jacquelyn Callanan). | July 28, 2023 | |
| 78 | Carrier Envelope Insert utilized by Bexar County in the November 8, 2022, General Election to remind voters of ID number requirement. (Exhibit 13 – February 28, 2023, Dep. of Jacquelyn Callanan). | July 28, 2023 | |
| 79 | Carrier Envelope Insert utilized by Hays County to remind voters of ID number requirement. (STATE139500–01). | July 28, 2023 | |
| 80 | Carrier Envelope Insert utilized by Kleberg County to remind voters of ID number requirement. (STATE142722). | July 28, 2023 | |
| 81 | ABBM Insert utilized by Kleberg County to remind voters of ID number requirement. (STATE140753). | July 28, 2023 | |
| 82 | **CONFIDENTIAL** Election Fraud Violations Chart, Office of the Attorney General, updated April 20, 2022. (STATE112177–93). | July 28, 2023 | |

| 83 | **CONFIDENTIAL** Instances of Suspected Illegal Voting Since March 1, 2018 – Cases Opened, Office of the Attorney General. (STATE112155–57). | July 28, 2023 | |
| 84 | **CONFIDENTIAL** Case Tracking Spreadsheet, Election Integrity Unit, Office of the Attorney General. (STATE112158–59). | July 28, 2023 | |
| 85 | 2020 Complaint Log, Secretary of State (STATE078234). | July 28, 2023 | |
| 86 | 2016–2019 Complaint Log, Secretary of State (STATE078237). | July 28, 2023 | |
| 87 | Election Fraud Complaints Referred for Investigation: SOS Referrals, updated May 10, 2022. (STATE107717–32). | July 28, 2023 | |
| 88 | March 11, 2021, Email from Director of Government Relations Ryan Fisher at the Office of Attorney General to Jessica Hart; Re: OAG Election Fraud Section. (STATE090960). | July 28, 2023 | |
| 89 | Power Point Presentation, *Election Integrity*. (STATE054622–77). | July 28, 2023 | |
| 90 | Indictment, *Texas v. Ward*, Cause No. 50947-B (STATE098012–14). | July 28, 2023 | |
| 91 | Indictment, *Texas v. Jackson*, Cause No. 50949-B (STATE097980–98000). | July 28, 2023 | |
| 92 | Indictment, *Texas v. Burns*, Cause No. 50951-B (STATE098008–11). | July 28, 2023 | |
| 93 | Indictment, *Texas v. Brown*, Cause No. 50953-B (STATE098001–07). | July 28, 2023 | |
| 94 | Indictment, *Texas v. Molina*, W-19-0134-J22. (STATE098413–18). | July 28, 2023 | |
| 95 | Indictment, *United States v. Orelllana*, Case No. 9:18-cr-00020 (STATE098510–15). | July 28, 2023 | |
| 96 | Judgment in a Criminal Case, *United States v. Orelllana*, Case No. 9:18-cr-00020 (STATE098516–22). | July 28, 2023 | |
| 97 | Plea Agreement, *United States v. Orelllana*, Case No. 9:18-cr-00020 (STATE098523–32). | July 28, 2023 | |
| 98 | Warrant of Arrest, *Texas v. Molina*, W-19-0134-J22. (STATE098537–44). | July 28, 2023 | |
| 99 | Agreement, OAG Prosecution Diversion Program, related to illegal voting, signed March 8, 2022. (STATE087320). | July 28, 2023 | |

| 100 | Agreement, OAG Prosecution Diversion Program, related to unlawful assistance, signed June 6, 2018. (STATE087340). | July 28, 2023 | |
| 101 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed October 28, 2021. (STATE087342). | July 28, 2023 | |
| 102 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 14, 2020. (STATE087345). | July 28, 2023 | |
| 103 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 19, 2020. (STATE087360). | July 28, 2023 | |
| 104 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed June 5, 2018. (STATE087365). | July 28, 2023 | |
| 105 | Agreement, OAG Prosecution Diversion Program, related to unlawful assistance, signed June 15, 2018. (STATE087341). | July 28, 2023 | |
| 106 | Agreement, OAG Prosecution Diversion Program, related to failure to sign application as a witness, signed May 19, 2021. (STATE087373). | July 28, 2023 | |
| 107 | Agreement, OAG Prosecution Diversion Program, related to violations of Tex. Elec. Code §§ 64.012 and 276.013, signed August 5, 2019. (STATE087375). | July 28, 2023 | |
| 108 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087376). | July 28, 2023 | |
| 109 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 25, 2018. (STATE087377) | July 28, 2023 | |
| 110 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 25, 2018. (STATE087380). | July 28, 2023 | |
| 111 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018. (STATE087381). | July 28, 2023 | |

| 112 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018. (STATE087381). | July 28, 2023 | |
| 113 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed September 17, 2018. (STATE087386). | July 28, 2023 | |
| 114 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087391). | July 28, 2023 | |
| 115 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087392). | July 28, 2023 | |
| 116 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087393). | July 28, 2023 | |
| 117 | Final Judgment, *Rangle v. Rodriguez*, NO. 2022CVK001669D1 (49th Dist. Ct., Webb County, Feb. 2, 2023) (STATE184628–37). | July 28, 2023 | |
| 118 | United States' Responses to Texas's First Set of RFPs – Privilege Log (Exhibit 10 – May 9, 2022, Dep. of Remi Garza). | July 28, 2023 | |
| 119 | November 4, 2013, Press Release from FBI San Antonio Field Office, Re: Former Cameron County Woman Convicted of Voter Fraud. (STATE107789). | July 28, 2023 | |
| 120 | June 5, 2014, Press Release from Department of Justice U.S. Attorney's Office Southern District of Texas, Re: Campaign Worker Pleads Guilty To Buying Votes In Donna School Board Election. (STATE107844–45) | July 28, 2023 | |
| 121 | June 19, 2014, Press Release from Department of Justice, Re: Campaign Manager Charged with Buying Votes in a Donna, Texas, School Board Election. (STATE097645–46) | July 28, 2023 | |
| 122 | December 1, 2014, Press Release from FBI San Antonio Field Office, Re: Campaign Manager Pleads Guilty to Conspiracy to Buy Votes in a Donna, Texas School Board Election. (STATE107785) | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **123** | House Journal, Eightieth Legislature, Regular Session, Sixtieth Day – Monday April 23, 2007. (STATE098214–75). | July 28, 2023 | |
| **124** | Transcript of Texas Senate Committee on State Affairs, March 18, 2019, Hearing, Re: Senate Bill 9. (STATE098545–658). | July 28, 2023 | |
| **125** | December 3, 2018, Letter from Senator Judith Zaffirini to Senator Bryan Hughes regarding Senate Select Committee on Election Security. (STATE108349–50). | July 28, 2023 | |
| **126** | Chuck DeVore, *The Role of Voter List Maintenance and Voter Identification in Election Integrity*, Texas Public Policy Foundation, March 2021. (TXLEG_0001066). | July 28, 2023 | |
| **127** | July 22, 2020, Letter from Harris County Clerk Chris Hollins to Governor Greg Abbott, Re: Extended Early Voting Days for November 2020 Election. (STATE098283). | July 28, 2023 | |
| **128** | Governor's Proclamation, dated July 27, 2020, suspending certain statutes concerning elections on November 3, 2020. (STATE098533–36). | July 28, 2023 | |
| **129** | Governor Proclamation, dated October 1, 2020, suspending certain statutes concerning the November 3, 2020, elections. (Exhibit 3 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| **130** | Complaint, ECF 1, *Tex. League of United Latin Am. Citizens v. Abbott*, 493 F. Supp. 3d 548, 567 (W.D. Tex. 2020), vacated sub nom. Tex. League of United Latin Am. Citizens v. Hughs, No. 20-50867, 2021 WL 1446828 (5th Cir. Feb. 22, 2021). (Exhibit 4 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| **131** | Justice Devine Dissent, *In re Hotze,* et al, No. 20-0751, 627 S.W.3d 652 (Tex. 2020). (Exhibit 13 – October 6, 2022, Dep. of Sen. Carol Alvarado). | July 28, 2023 | |
| **132** | August 25, 2020, Tweet from Harris County Elections about unsolicited ABBMS. (Exhibit 6 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| **133** | August 27, 2020, Letter from Director of Elections Keith Ingram to Harris County Clerk Chris Hollins about unsolicited | July 28, 2023 | |

| | | | |
|---|---|---|---|
| | ABBMs.   (Exhibit 3 – October 6, 2022, Dep. of Sen. Carol Alvarado). | | |
| 134 | Petition, *State v. Hollins*, NO. 14-20-00627-CV (127th Dist. Ct., Harris County, Tex. Aug. 31, 2020). (Exhibit 7 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| 135 | August 31, 2020, Letter from Charles K. Eldred to Seth Hopkins about Rule 11 Agreement in *State v. Hollins*. (Exhibit 8 – May 6, Dep. of Chris Hollins). | July 28, 2023 | |
| 136 | Opinion, *State v. Hollins*, 620 S.W.3d 400, 403 (Tex. 2020). (Exhibit 9 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| 137 | Webpage, *Drive-Thru Voting*, HARRIS COUNTY ELECTION DIVISION, https://harrisvotes.com/drivethruvoting. (STATE097764–67) (Exhibit 10 - May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| 138 | October 16, 2020, Letter from Attorney General Ken Paxton to Texas Election Officials about drive-thru voting. (Exhibit 7 – October 6, 2022, Dep. of Sen. Carol Alvarado). | July 28, 2023 | |
| 139 | Petition for Writ of Mandamus, *In re Hotze*, et al, No. 20-0819, 610 S.W.3d 909 (Tex. 2020). (Exhibit 11 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| 140 | Justice Devine Dissent, *In re Hotze*, et al, No. 20-0819, 610 S.W.3d 909 (Tex. 2020). (STATE098278–82). | July 28, 2023 | |
| 141 | Map of 24-Hour Voting Locations in Harris County during November 2020 General Election. (STATE097483). | July 28, 2023 | |
| 142 | Map of Drive Thru Voting Locations in Harris County during November 2020 General Election. (STATE097763). | July 28, 2023 | |
| 143 | September 10, 2020, Email from Elections Division Attorney Charles Pinney to Assistant Director Dan Hayes, Re: Travis County Central Count Accommodations for Poll Watchers. (STATE092408–09). | July 28, 2023 | |
| 144 | Picture taken of sequestered poll watchers in Travis County's central count during November 2020 General Election. (Exhibit 16 – May 11, 2022, Dep. of Bridgette Escobedo). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **145** | Emergency Petition for Writ of Mandamus, *In re Mackowiak, et al*, No. 20-0889 (Tex. 2020). (STAT098659–724). | July 28, 2023 | |
| **146** | Brief of the Texas Attorney General, *In re Mackowiak, et al*, No. 20-0889 (Tex. 2020). (STATE097484–90). | July 28, 2023 | |
| **147** | Rule 11 Agreement between Relators and Respondent, *In re Mackowiak, et al*, No. 20-0889 (Tex. 2020). (STATE097978–79). | July 28, 2023 | |
| **148** | November 11, 2020, Press Release, *Travis County Candidate Settles with Travis County Clerk*, Martin Harry for District Attorney. (STATE098419) | July 28, 2023 | |
| **149** | December 8, 2022, Letter from Harris County Election Administrator Clifford Tatum to Secretary of State John Scott, about Countywide Polling Place Program. (STATE122932–36). | July 28, 2023 | |
| **150** | Harris County November 6, 2018, General and Special Elections Early Voting Schedule. (STATE170226). | July 28, 2023 | |
| **151** | Harris County November 3, 2020, General and Special Elections Early Voting Schedule. (STATE098175–76) (Exhibit 13 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| **152** | Harris County Early Voting Polling Location List for November 3, 2020, General and Special Elections. (STATE098209–213). | July 28, 2023 | |
| **153** | Harris County Election Day Polling Location List for November 3, 2020, General and Special Elections. (STATE098178–208). | July 28, 2023 | |
| **154** | Harris County November 8, 2022, General and Special Elections Early Voting Schedule. (STATE170227–28). | July 28, 2023 | |
| **155** | Turnout and Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/70-92.shtml. (STATE099276–98). | July 28, 2023 | |
| **156** | *Bee County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/bee.shtml. (STATE107733). | July 28, 2023 | |
| **157** | *Bexar County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos | July 28, 2023 | |

| | | | |
|---|---|---|---|
| | .state.tx.us/elections/historical/bexar.sht ml. (STATE107734–35). | | |
| **158** | *Cameron County Voter Registration Figures,* SECRETARY OF STATE, https://www .sos.state.tx.us/elections/historical/camer on.shtml. (STATE107736– 37). | July 28, 2023 | |
| **159** | *Collin County Voter Registration Figures,* SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/collin.s html. (STATE107738–39). | July 28, 2023 | |
| **160** | *Dallas County Voter Registration Figures,* SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/dallas.s html. (STATE107740–41). | July 28, 2023 | |
| **161** | *Denton County Voter Registration Figures,* SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/denton. shtml. (STATE107742–43). | July 28, 2023 | |
| **162** | *DeWitt County Voter Registration Figures,* SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/dewitt.s html. (STATE107744). | July 28, 2023 | |
| **163** | *El Paso County Voter Registration Figures,* SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/elpaso.s html. (STATE107745–46). | July 28, 2023 | |
| **164** | *Fort Bend County Voter Registration Figures,* SECRETARY OF STATE, https://www .sos.state.tx.us/elections/historical/fortbe nd.shtml. (STATE107747–48). | July 28, 2023 | |
| **165** | *Galveston County Voter Registration Figures,* SECRETARY OF STATE, https://www .sos.state.tx.us/elections/historical/galvest on.shtml. (STATE107749). | July 28, 2023 | |
| **166** | *Guadalupe County Voter Registration Figures,* SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/guadalupe.s html. (STATE 107750–51). | July 28, 2023 | |
| **167** | *Harris County Voter Registration Figures,* SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/harris.shtm l. (STATE107752–53). | July 28, 2023 | |
| **168** | *Hidalgo County Voter Registration Figures,* SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/hidalgo.sht ml. (STATE107754–55). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **169** | *Medina County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/medina.sht ml. (STATE107756). | July 28, 2023 | |
| **170** | *Montgomery County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/montgome ry.shtml. (STATE107757). | July 28, 2023 | |
| **171** | *Starr County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos .state.tx.us/elections/historical/starr.shtml . (STATE107758–59). | July 28, 2023 | |
| **172** | *Tarrant County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/tarrant.sht ml. (STATE107760–61). | July 28, 2023 | |
| **173** | *Travis County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/travis.shtml . (STATE107762–63). | July 28, 2023 | |
| **174** | 2020-2021 Voting Assistance Guide, Texas (STATE115160–75). | July 28, 2023 | |
| **175** | 2022-2023 Voting Assistance Guide, Alabama (STATE115060–65). | July 28, 2023 | |
| **176** | 2022-2023 Voting Assistance Guide, Georgia (STATE115074–85). | July 28, 2023 | |
| **177** | 2022-2023 Voting Assistance Guide, Florida (STATE115066–73). | July 28, 2023 | |
| **178** | 2022-2023 Voting Assistance Guide, Hawaii (STATE115086–91). | July 28, 2023 | |
| **179** | 2022-2023 Voting Assistance Guide, Louisiana (STATE115092–99). | July 28, 2023 | |
| **180** | 2022-2023 Voting Assistance Guide, Mississippi (STATE115100–07). | July 28, 2023 | |
| **181** | 2022-2023 Voting Assistance Guide, New Jersey (STATE115108–13). | July 28, 2023 | |
| **182** | 2022-2023 Voting Assistance Guide, New Mexico (STATE115114–19). | July 28, 2023 | |
| **183** | 2022-2023 Voting Assistance Guide, North Carolina (STATE115120–29). | July 28, 2023 | |
| **184** | 2022-2023 Voting Assistance Guide, North Dakota (STATE115130–35). | July 28, 2023 | |
| **185** | 2022-2023 Voting Assistance Guide, Pennsylvania (STATE115136–43). | July 28, 2023 | |
| **186** | 2022-2023 Voting Assistance Guide, South Dakota (STATE115144–51). | July 28, 2023 | |

| 187 | 2022-2023 Voting Assistance Guide, Tennessee (STATE115152–59). | July 28, 2023 | |
| 188 | 2022-2023 Voting Assistance Guide, Texas (STATE115176–91). | July 28, 2023 | |
| 189 | 2022-2023 Voting Assistance Guide, Virginia (STATE115192–203). | July 28, 2023 | |
| 190 | 2022-2023 Voting Assistance Guide, West Virginia (STATE115204–209). | July 28, 2023 | |
| 191 | Webpage, *State Laws Governing Early Voting*, NATIONAL CONFERENCE OF STATE LEGISLATURES (Aug. 8, 2019). (Exhibit 1 – May 2, 2022, Dep. of Dana DeBeauvoir). | July 28, 2023 | |
| 192 | List of Amendment to Senate Bill 1, Texas Legislature Online. (Exhibit 21 – October 6, 2022, Dep. of Sen. Carol Alvarado). | July 28, 2023 | |
| 193 | Enrolled version of House Bill 315. An Act Relating to a Statement by the Secretary of State Regarding the Furnishing of Certain Personal Information on an Application for a Ballot to be Voted by Mail, H.B. 315, 88th Leg., R.S. (2023) (STATE182552–55). | July 28, 2023 | |
| 194 | Enrolled version of House Bill 3159. An Act Relating to the Use of an Accessible Absentee Mail System by Certain Voters, H.B. 3159, 88th Leg., R.S. (2023) (STATE182586–91). | July 28, 2023 | |
| 195 | Enrolled version of House Bill 357. An Act Relating to the Requirements to Access the Online Tracker of an Application for a Ballot to be Voted by Mail and to the Date of Runoff Elections, H.B. 357, 88th Leg., R.S. (2023) (STATE182637–40). | July 28, 2023 | |
| 196 | Enrolled version of Senate Bill 1052. An Act Relating to the Compensation of an Election Judge or Clerk, S.B. 1052, 88th Leg., R.S. (2023) (STATE182661–62). | July 28, 2023 | |
| 197 | Enrolled version of Senate Bill 1599. An Act Related to Ballots Voted by Mail, S.B. 1599, 88th Leg., R.S. (2023) (STATE182732–43). | July 28, 2023 | |
| 198 | Enrolled version of Senate Bill 477. An Act Relating to Accommodating Voters with a Disability, S.B. 477, 88th Leg., R.S. (2023) (STATE182774–78). | July 28, 2023 | |
| 199 | Enrolled version of Senate Bill 975. An Act Relating to the Procedures for the Issuance of a Personal Identification Certificate to a | July 28, 2023 | |

| | Person Whose Driver's License is Surrendered, S.B. 975, 88th Leg., R.S. (2023) (STATE182805–06). | | |
|---|---|---|---|

*May Offer*

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | DATE EXHIBIT IDENTIFIED | ADMITTED OR WITHDRAWN |
|---|---|---|---|
| 200 | Expert Witness Report, Prof. Eitan Hersh, *Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1.* (Served on Feb. 10, 2023). | July 28, 2023 | |
| 201 | Expert Witness Report, Prof. Eitan Hersh, *Addendum to Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1.* (Served on May 8, 2023). | July 28, 2023 | |
| 202 | Election Advisory No. 2022-13, Certain Activities in Vicinity of Polling Places, dated February 14, 2022. (STATE001463–67). | July 28, 2023 | |
| 203 | Election Advisory No. 2022-02, Instructions and Deadlines for Mailing/Emailing Ballots Under the Federal "MOVE Act" for Overseas Voters, dated January 10, 2022. (STATE124074–79). | July 28, 2023 | |
| 204 | Election Advisory No. 2021-14, Re: Impact of Redistricting on Certain Election Deadlines and Procedures, dated November 1, 2021. (STATE001477–82). | July 28, 2023 | |
| 205 | Election Advisory No. 2021-10, Re: NEW LAW: SB 1111 (2021, Regular Session) Address Confirmation Process and Forms, dated August 31, 2021. (STATE098870–72). | July 28, 2023 | |
| 206 | Election Advisory No. 2021-09, Re: 2021 Legislative Summary – 87th Regular Session, dated July 30, 2021. (STATE098864–69). | July 28, 2023 | |
| 207 | Election Advisory No. 2021-08, Re: November 2, 2021, Election Law Calendar – Last Updated: June 2021. (STATE097826–859). | July 28, 2023 | |

| 208 | Election Advisory No. 2020-27, Re: Minority Language Requirements, dated September 7, 2020. (STATE097824–25). | July 28, 2023 | |
| 209 | Election Advisory No. 2020-17, Re: November 3, 2020, Election Law Calendar – Updated August 2020. (STATE097791–823). | July 28, 2023 | |
| 210 | Election Advisory No. 2019-09, Re: Minority Language Requirements, dated June 25, 2019. (STATE097788). | July 28, 2023 | |
| 211 | Form 5-6, Roster for Voters Hand-Delivering Carrier Envelope, January 2022. (STATE046603) | July 28, 2023 | |
| 212 | Form 5-16, Application for Emergency Early Voting Ballot due to Death in the Family, January 2022. (STATE138843-44). | July 28, 2023 | |
| 213 | Form 5-18, Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability, January 2022 (STATE138169–70). | July 28, 2023 | |
| 214 | Instructions for Form 5-18, Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability, January 2022 (STATE138054). | July 28, 2023 | |
| 215 | Form 5-19, Application for Emergency Early Voting Ballot Board Due to Sickness of Physical Disability: Instructions for Voter after Marking the Ballot, January 2022 (STATE138171). | July 28, 2023 | |
| 216 | Form 5-16(b), Request for Updated Annual Application for Ballot by Mail, prescribed by the Secretary of State, October 2022. (STATE185506-07). | July 28, 2023 | |
| 217 | Form 6-15, Carrier Envelope for Early Voting Ballot, May 2022. (STATE123087–89). | July 28, 2023 | |
| 218 | Instructions for Form 6-15, Carrier Envelope for Early Voting Ballot, May 2022. (STATE123085). | July 28, 2023 | |
| 219 | September 27, 2022, Email from Director of Elections Keith Ingram to Joyce LeBombard, League of Women Voters, Re: Two More Quick Questions. (STATE140777–79). | July 28, 2023 | |

| 220 | December 9, 2021, Email from Deputy Director J. Scott Wiedmann, Federal Voting Assistance Program, to Legal Director Christina Adkins, Re: RE: [Non-DoD Source] Questions on Carrier Envelopes for FPCA voters. (STATE031889–90). | July 28, 2023 | |
|---|---|---|---|
| 221 | February 1, 2022, Email from Elections Division Attorney Melanie Best and Christina Obermiller, Department of Defense, Federal Voting Assistance Program, Re: FPCA ID Question – FVAP/Obermiller. (STATE04893–94). | July 28, 2023 | |
| 222 | April 19, 2022, Mass Email from Elections Division Attorney Heidi Martinez to Election Officials, Re: Forms Release 4/19/2022. (STATE123303). | July 28, 2023 | |
| 223 | July 7, 2022, Mass Email from Director of Elections Keith Ingram to Election Officials, Re: Notice of Court Order and Revised Election Forms (123318–19). | July 28, 2023 | |
| 224 | August 25, 2022, Mass Email from Secretary of State's Elections Internet account to Election Officials, Re: Important Information for the November 8, 2022, General Election. (STATE124342–44). | July 28, 2023 | |
| 225 | September 21, 2022, Mass Email from Secretary of State's Elections Internet account to Election Officials, Re: Updated Forms and Resources – Notice of Court Order and Revised Election Forms. (STATE138776–78) | July 28, 2023 | |
| 226 | October 11, 2022, Mass Email from Legal Director Christina Adkins to Election Officials, Re: Reminder – Webinar Today. (STATE124636–39). | July 28, 2023 | |
| 227 | Request for Proposal, *Voter Education and Outreach Opportunities for 2022 Elections*, Secretary of State. (STATE137757–837). | July 28, 2023 | |
| 228 | Report to the 88th Legislature on the Implementation of Educational Programs to Help Voters with Disabilities Understand How to Use Voting Systems Used in the State of Texas. (STATE137752–56). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **229** | September 8, 2022, Press Release, *SOS 101: Voter Registration in Texas*, Texas Secretary of State Press Office. (STATE120522–25). | July 28, 2023 | |
| **230** | October 12, 2022, Press Release, *SOS 101: Voting by Mail in Texas*, Texas Secretary of State Press Office. (STATE119692–98). | July 28, 2023 | |
| **231** | September 20, 2022, Press Release, *Secretary Scott Marks National Voter Registration Day, Highlights Statewide 'VoteReady' Voter Education Campaign*, Texas Secretary of State Press Office. (STATE120634–41). | July 28, 2023 | |
| **232** | November 7, 2022, Press Release, *What to Expect on Election Day in Texas*, Texas Secretary of State Press Office. (STATE122811–15). | July 28, 2023 | |
| **233** | February 9, 2022, Email from Assistant Secretary of State for Communications Sam Taylor to Director of Elections Keith Ingram, Re: Correction to CNN story – incorrect information about new vote by mail ID requirement. (STATE046882–84). | July 28, 2023 | |
| **234** | Webpage, *Voters with Special Needs*, EPCOUNTYVOTES.COM, https://epcounty votes.com/voter_information/voters_ with_special_needs. (STATE170217–19). | July 28, 2023 | |
| **235** | Notice to Voters with Disabilities, Harris County (STATE170319). | July 28, 2023 | |
| **236** | Webpage, *Services Available to Voters with Disabilities in Texas*, VOTETEXAS.GOV, https://www.votetexas.gov/voters-with -special-needs/ (STATE099301–04). | July 28, 2023 | |
| **237** | Webpage, *FPCA Ballot Tracker*, TEXAS SECRETARY OF STATE, https://web services.sos.state.tx.us/FPCA/index.aspx. (STATE170224–25). | July 28, 2023 | |
| **238** | Handbook for Election Judges and Clerks, *Qualifying Voters on Election Day 2022*, Secretary of State, revised January 2022. (STATE034699–779). | July 28, 2023 | |
| **239** | Poll Watcher's Guide, Secretary of State, revised January 2022. (STATE106313–37). | July 28, 2023 | |
| **240** | Travis County Poll Worker Training Manual (064.134855). | July 28, 2023 | |

| 241 | Harris County Election Manual 2022–2023. (STATE170320–527). | July 28, 2023 | |
|-----|----|----|----|
| 242 | Frequently Asked Questions: Voting in Person (TATUM_005680). | July 28, 2023 | |
| 243 | Power Point Presentation, *Poll Watchers,* County Election Officials Election Law Seminar, July 2018 (STATE085635–41). | July 28, 2023 | |
| 244 | Power Point Presentation, *Communicating Legislative Changes: ID Requirements for Voting by Mail,* NASED Presentation, Secretary of State, February 2023. (STATE177246–68). | July 28, 2023 | |
| 245 | Power Point Presentation, *SOS Updates 2021,* Secretary of State. (STATE075498–527). | July 28, 2023 | |
| 246 | Power Point Presentation, *Elections 101,* Secretary of State, July 2020. (STATE085183–232). | July 28, 2023 | |
| 247 | Power Point Presentation, *Early Voting in Person Changes,* Secretary of State (RFP14_000071). | July 28, 2023 | |
| 248 | Power Point Presentation, FAQs on Applications for Ballot by Mail (ABBMs), Secretary of State. (STATE061321–24). | July 28, 2023 | |
| 249 | Power Point Presentation, *Election Reconciliation–Official Totals,* Webinar, Secretary of State, March 2022. (STATE019553–72). | July 28, 2023 | |
| 250 | Power Point Presentation, *Election Reconciliation Forms,* Webinar, Secretary of State, April 2022. (STATE087830–66). | July 28, 2023 | |
| 251 | Power Point Presentation, *Election Reconciliation Forms,* Webinar, Secretary of State, October 2022. (STATE112370–414). | July 28, 2023 | |
| 252 | Power Point Presentation, *Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope,* Secretary of State, February 2022. (STATE059522–557). | July 28, 2023 | |
| 253 | Power Point Presentation, *Training for EVBB/SVC Members on New Ballot by Mail Procedures,* Secretary of State, April 2022 (STATE124844–94). | July 28, 2023 | |
| 254 | Power Point Presentation, *Update from SOS,* Secretary of State, August 2022 (STATE111746–83). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **255** | Power Point Presentation, *Training for EVBB/SVC Members on New Ballot by Mail Procedures: General Election for State and County Officers*, Secretary of State, October 2022 (STATE124640–65). | July 28, 2023 | |
| **256** | Power Point Presentation, *Proactive Communication Strategies for Local Election Officials, Secretary of State*, Election Seminar, Secretary of State, November 2022. (STATE148646–70). | July 28, 2023 | |
| **257** | Power Point Presentation, *Election Forms*, Election Seminar, Secretary of State, December 2022. (STATE114273–351) | July 28, 2023 | |
| **258** | Online Poll Worker Training Program, Secretary of State, January 6, 2016 (STATE081477–98). | July 28, 2023 | |
| **259** | 2020 Election Administration and Voting Survey, U.S. Election Assistance Commission. (Exhibit 8 – April 7, 2023, Dep. of Tammy Patrick). | July 28, 2023 | |
| **260** | 2020 EAVS Manual, U.S. Election Assistance Commission. (STATE050649–92). | July 28, 2023 | |
| **261** | 2018 Election Administration and Voting Survey, U.S. Election Assistance Commission. (STATE114809 – 5059). | July 28, 2023 | |
| **262** | 2016 Election Administration and Voting Survey, U.S. Election Assistance Commission. (Exhibit 6 – April 7, 2023, Dep. of Tammy Patrick). | July 28, 2023 | |
| **263** | 2014 EAC Election Administration and Voting Survey Comprehensive Report, U.S. Election Commission. (STATE114498–808). | July 28, 2023 | |
| **264** | 2010 Election Administration and Voting Survey, U.S. Election Assistance Commission. (STATE114377 – 497). | July 28, 2023 | |
| **265** | Travis County Early Voting Locations for November 3, 2020, General Election (STATE098965). | July 28, 2023 | |
| **266** | Travis County Election Day Vote Centers for November 3, 2020, General Election (STATE098974–76). | July 28, 2023 | |
| **267** | Travis County Early Voting Locations for March 1, 2022, Primary Election (STATE098963). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **268** | Travis County Election Day Vote Centers for March 1, 2022, Primary Election (STATE098966–68). | July 28, 2023 | |
| **269** | Travis County Early Voting Locations for May 7, 2022, Local Elections (STATE098964). | July 28, 2023 | |
| **270** | Travis County Election Day Vote Centers for May 7, 2022, Local Elections (STATE098969–71). | July 28, 2023 | |
| **271** | Kerr County Polling Locations for November 8, 2022, General Election. (STATE170292). | July 28, 2023 | |
| **272** | Election Reconciliation Form for November 8, 2022, General Election, Travis County (064.134709). | July 28, 2023 | |
| **273** | Preliminary Election Reconciliation – Unofficial Totals for March 1, 2022, Primary Elections, Harris County (Exhibit 7 – April 20, 2022, Dep. of Isabel Longoria). | July 28, 2023 | |
| **274** | Election Reconciliation Form for March 1, 2022, Democratic Primary Election, Harris County (Exhibit 8 – April 20, 2022, Dep. of Isabel Longoria). | July 28, 2023 | |
| **275** | Election Reconciliation Form for March 1, 2022, Republican Primary Election, Harris County (Exhibit 9 – April 20, 2022, Dep. of Isabel Longoria). | July 28, 2023 | |
| **276** | Election Reconciliation Form for November 8, 2022, General Election, Harris County (Tatum_005330). | July 28, 2023 | |
| **277** | Election Reconciliation Form for November 8, 2022, General Election, Harris County (STATE170229). | July 28, 2023 | |
| **278** | Harris County Community Partnership Presentation. (TATUM_005753). | July 28, 2023 | |
| **279** | Reference Manual & Checklist April 2022, Harris County. (STATE098019– 174). | July 28, 2023 | |
| **280** | Poll Worker Training November 8, 2022, General Election, Hays County (STATE181404–45). | July 28, 2023 | |
| **281** | Webpage, *Countywide Vote Centers Information*, DALLASCOUNTYVOTES. ORG, https://www.dallascounty votes.org/countywide-polling-places (STATE097760–62). | July 28, 2023 | |

| 282 | Declaration of Brian Keith Ingram, ECF 43-1, *Tex. League of United Latin Am. Citizens v. Abbott*, 493 F. Supp. 3d 548, 567 (W.D. Tex. 2020), vacated sub nom. Tex. League of United Latin Am. Citizens v. Hughs, No. 20-50867, 2021 WL 1446828 (5th Cir. Feb. 22, 2021). (STATE098337–40). | July 28, 2023 | |
| 283 | Reporters Record, Vol. 2 of 3, October 13, 2020, Hearing on Plaintiff's Application for Temporary Injunction and Defendants Plea to the Jurisdiction, *Anti-Defamation League Austin, Southwest, and Texoma Regions v. Abbott*, Cause No. D-1-GH-20-005550. (STATE098977–275). | July 28, 2023 | |
| 284 | Appellant's Brief, *Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Regions*, Appellate Cause No. 03-20-00498- CV, 2020 WL 6586318 (Tex. App.—Austin). (STATE097491–600). | July 28, 2023 | |
| 285 | Appellant's Reply Brief, *Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Regions*, Appellate Cause No. 03-20-00498- CV (Tex. App.—Austin). (STATE097601–40). | July 28, 2023 | |
| 286 | Order, ECF 63, *Hotze v. Hollins*, No. 4:20-CV-03709, (S.D. Tex. Nov. 2, 2020), aff'd in part, vacated in part sub nom. Hotze v. Hudspeth, 16 F.4th 1121 (5th Cir. 2021). (Exhibit 12 – May 6, 2022, Dep. of Chris Hollins). | July 28, 2023 | |
| 287 | John Burnett & Marisa Peñaloza, *In Rio Grande Valley, Some Campaign Workers Are Paid To Harvest Votes*, NPR (July 7, 2015). (STATE107793–808). | July 28, 2023 | |
| 288 | Tim Acosta, *Judge tosses Kleberg County justice of the peace votes, orders new election*, CALLER TIMES (June 26, 2018). (STATE107811–13). | July 28, 2023 | |
| 289 | Tim Acosta, *Robstown resident pleads guilty to voter fraud, barred from helping in future elections*, CALLER TIMES (June 14, 2018). (STATE107836–37). | July 28, 2023 | |
| 290 | U.S. Census Bureau's Quick Facts: Harris County, Texas, population estimate July 1, 2021. (Exhibit 46 – October 6, 2022, Dep. of Sen. Carol Alvarado). | July 28, 2023 | |

| 291 | *Risk for COVID-19 Infection, Hospitalization, and Death by Race/ Ethnicity*, CENTER FOR DISEASE CONTROL AND PREVENTION (Apr. 7, 2023), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-race-ethnicity.html. (STATE170541). | July 28, 2023 | |
|---|---|---|---|
| 292 | Report of the Commission on Federal Election Reform, *Building Confidence in U.S. Elections*, September 2005. (STATE097647–759). | July 28, 2023 | |
| 293 | Transcript of Texas Senate Committee on State Affairs (Part I), August 9, 2021, Hearing, Re: Senate Bill 1. (STATE154280–302). | July 28, 2023 | |
| 294 | Transcript of Texas Senate Committee on State Affairs (Part I), August 9, 2021, Hearing, Re: Senate Bill 1. (STATE154831–77). | July 28, 2023 | |
| 295 | Transcript of Texas Senate Session (Part I), August 11, 2021, Re: Senate Bill 1. (STATE154831–77). | July 28, 2023 | |
| 296 | Transcript of Texas Senate Session (Part II), August 11, 2021, Re: Senate Bill 1. (STATE156701–837). | July 28, 2023 | |
| 297 | Transcript of Texas House Committee on Constitutional Rights and Remedies (Part I), August 23, 2021, Re: Senate Bill 1. (STATE160198–358). | July 28, 2023 | |
| 298 | Transcript of Texas House Committee on Constitutional Rights and Remedies (Part II), August 23, 2021, Re: Senate Bill 1. (STATE162405–462). | July 28, 2023 | |
| 299 | Transcript of Texas House of Representatives Session (Part I), August 26, 2021, Re: Senate Bill 1. (STATE163200–286). | July 28, 2023 | |
| 300 | Transcript of Texas House of Representatives Session (Part II), August 26, 2021, Re: Senate Bill 1. (STATE165397–451). | July 28, 2023 | |
| 301 | Transcript of Texas House of Representatives Session (Part I), August 27, 2021, Re: Senate Bill 1. (STATE166756–772). | July 28, 2023 | |

| | | | |
|---|---|---|---|
| **302** | Transcript of Texas House of Representatives Session (Part II), August 27, 2021, Re: Senate Bill 1. (STATE167151–54). | July 28, 2023 | |
| **303** | Transcript of Texas Senate Session, August 27, 2021, Re: Senate Bill 1. (STATE167176–179). | July 28, 2023 | |
| **304** | Transcript of Texas House of Representatives Session, August 31, 2021, Re: Senate Bill 1. (STATE167201–07). | July 28, 2023 | |
| **305** | Transcript of Texas Senate Session, August 31, 2021, Re: Senate Bill 1. (STATE167300–328). | July 28, 2023 | |
| **306** | CONFIDENTIAL 2022 P22 App Rejections (Includes Voters that Cured Rej).xlsx (064.127324) | July 28, 2023 | |
| **307** | Summary Exhibit - ABBM application and ballot numbers-20220325T005810Z-001.zip?ABBM application and ballot numbers\a_reqexpPM22_full.txt (LUPE_0007719) | July 28, 2023 | |
| **308** | ABBM application and ballot numbers - 20220325T005810Z-001.zip?ABBM application and ballot numbers\a_reqexpPM22_full.txt (LUPE_0007719) | July 28, 2023 | |
| **309** | Summary Exhibit - REDACTED_-_P322__1_Dallas.xlsx (LUPE_0007734) | July 28, 2023 | |
| **310** | REDACTED_-_P322__1_Dallas.xlsx (LUPE_0007734) | July 28, 2023 | |
| **311** | Summary Exhibit - a_reqexpPM22_full.txt (LUPE_0024430) | July 28, 2023 | |
| **312** | a_reqexpPM22_full.txt (LUPE_0024430) | July 28, 2023 | |
| **313** | Summary Exhibit - P322_Election.xlsx (HJ_0008945) | July 28, 2023 | |
| **314** | P322_Election.xlsx (HJ_0008945) | July 28, 2023 | |
| **315** | January 31, 2017, Letter on Results of Audit of November 8, 2016, General Election from Gretchen Nagy, Director, Travis County Voter Registration to Michael Winn, Director, Travis County Clerk Elections Division (383.001691) | July 28, 2023 | |

Date: July 28, 2023

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

Respectfully submitted.

RYAN G. KERCHER
Deputy Chief, General Litigation Division
Tex. State Bar No. 24060998

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

WILLIAM D. WASSDORF
Assistant Attorney General
Tex. State Bar No. 24103022

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 28, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen t. Hunker*
KATHLEEN T. HUNKER