**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

# EXHIBIT A

# *LUPE v. Abbott* – State Defendants' Deposition Designations

## CHRIS HOLLINS – May 6, 2022

| Page | Line | | Page | Line |
|------|------|---|------|------|
| 11 | 3–6 | | 46 | 16–25 |
| 15 | 7–21 | | 47 | 1–12 |
| 16 | 2–7 | | 50 | 22–25 |
| 18 | 2–16, 23–25 | | 51 | 1–5, 22–25 |
| 19 | 1–5, 12–25 | | 52 | 1–25 |
| 20 | 1–4 | | 53 | 1–25 |
| 23 | 22–25 | | 54 | 1–5 |
| 24 | 1, 11–22 | | 61 | 5–10, 12–25 |
| 25 | 3–25 | | 62 | 1–5, 16–22, 25 |
| 26 | 1, 12–17 | | 63 | 1 – 7, 12 – 15, 17–25 |
| 30 | 4–8, 18–25 | | 64 | 1–25 |
| 31 | 1–7, 23–25 | | 65 | 1–25 |
| 32 | 1–9 | | 66 | 1–21 |
| 33 | 15–23 | | 67 | 1–13, 18–25 |
| 34 | 15–25 | | 68 | 1–25 |
| 35 | 1–9, 21–25 | | 69 | 1–10, 21–24 |
| 36 | 4, 14–25 | | 70 | 1–25 |
| 37 | 1–4, 19–25 | | 71 | 1–25 |
| 38 | 1–25 | | 72 | 1–4 |
| 39 | 1–9, 16–19, 21–24 | | 73 | 2–25 |
| 4 | 1–11 | | 74 | 2–3, 21–25 |
| 44 | 2–5, 8–25 | | 75 | 1–4 |
| 45 | 1–10 | | 76 | 2–9, 11 – 25 |

| Page | Line |
|------|------|
| 77 | 1–19 |
| 78 | 19–23 |
| 79 | 17–25 |
| 80 | 1–8, 13–22 |
| 81 | 1–16 |
| 82 | 17–25 |
| 83 | 1–25 |
| 84 | 1–14 |
| 87 | 14 – 25 |
| 88 | 1–5 |
| 92 | 4–15, 17–18 |
| 93 | 4–6, 21–25 |
| 94 | 1–16 |
| 102 | 12 –14, 16–25 |
| 103 | 1–25 |
| 104 | 1–17 |
| 105 | 12–25 |
| 106 | 1–22 |
| 107 | 5–25 |

| Page | Line |
|------|------|
| 108 | 1–8, 23–25 |
| 109 | 1–2, 8–9, 11–17, 19–20 |
| 110 | 2–4, 6–8 |
| 125 | 7–25 |
| 126 | 1–8 |
| 129 | 25 |
| 130 | 1, 3–25 |
| 131 | 1–7 |
| 143 | 17–25 |
| 144 | 1–7, 12–22 |
| 145 | 1–3, 10–25 |
| 146 | 1 – 8, 14 – 25 |
| 147 | 1–6, 10–1 |
| 173 | 15–23 |
| 176 | 23–25 |
| 177 | 1–9 |
| 178 | 1–4 |
| 179 | 11–20 |