**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

# EXHIBIT B

# *LUPE v. Abbott* – State Defendants' Deposition Designations

## YVONNE RAMÓN – April 21, 2022

| Page | Line | Page | Line |
|------|------|------|------|
| 8 | 10-13 | 31 | 1-18 |
| 12 | 6-10,23-25 | 33 | 8-25 |
| 13 | 1-25 | 34 | 1-25 |
| 14 | 1-5, 19-25 | 35 | 1-25 |
| 15 | 1-25 | 36 | 1-25 |
| 16 | 18-25 | 37 | 1-14 |
| 17 | 1-25 | 38 | 6-10 |
| 18 | 1-25 | 39 | 1-17 |
| 19 | 1-25 | 40 | 1-24 |
| 20 | 1-25 | 41 | 22-25 |
| 21 | 1-25 | 42 | 1-2, 7-25 |
| 22 | 1-25 | 43 | 1-25 |
| 23 | 1-25 | 44 | 1-7 |
| 24 | 1-6, 14-25 | 46 | 14-24 |
| 25 | 1-25 | 47 | 15-23 |
| 26 | 1-10, 16-25 | 49 | 20-25 |
| 27 | 1-15 | 50 | 1-6, 10-17 |
| 28 | 1-24 | 51 | 7-25 |
| 30 | 1-17, 22-25 | 52 | 1-3, 17-25 |

| Page | Line | Page | Line |
|------|------|------|------|
| 53 | 6-17, 23-25 | 87 | 1-8 |
| 54 | 1-13, 18-25 | 88 | 18-24 |
| 55 | 1-25 | 89 | 15-25 |
| 56 | 1,5-25 | 90 | 1-25 |
| 37 | 1-6 | 91 | 1-23 |
| 60 | 6-24 | 93 | 12-25 |
| 66 | 1-24 | 94 | 1-12 |
| 67 | 14-19 | 95 | 4-23 |
| 68 | 20-25 | 97 | 12-25 |
| 69 | 1-25 | 98 | 1-25 |
| 70 | 1-4, 9-25 | 99 | 1-25 |
| 71 | 1-23 | 100 | 1-25 |
| 72 | 6-25 | 101 | 19-25 |
| 73 | 1-14 | 102 | 1-25 |
| 74 | 4-16 | 103 | 1 |
| 75 | 12-24 | 111 | 21-25 |
| 81 | 22-25 | 112 | 10-25 |
| 82 | 1-25 | 113 | 1-23 |
| 83 | 1-15, 20-24 | 114 | 17----25 |
| 84 | 1-14 | 115 | 1 |
| 85 | 12-23 | 116 | 1-16 |
| 86 | 16-25 | 119 | 22-25 |

| Page | Line | Page | Line |
|------|------|------|------|
| 120 | 1-16 | 153 | 8-25 |
| 121 | 9-25 | 154 | 1-25 |
| 122 | 1-9 | 155 | 1-19 |
| 123 | 17-24 | 167 | 3-8 |
| 127 | 11-20 | 171 | 24-25 |
| 129 | 5-20 | 172 | 1-17 |
| 131 | 7-18 | 173 | 10-25 |
| 136 | 15-25 | 175 | 13-18 |
| 137 | 1-25 | 177 | 6-15 |
| 138 | 1-14 | 183 | 13-25 |
| 140 | 7-25 | 184 | 1-4 |
| 141 | 1-6, 23-25 | 185 | 19-25 |
| 142 | 1-15 | 186 | 1-8 |
| 143 | 16-25 | 207 | 10-25 |
| 144 | 1-25 | 208 | 1-2 |
| 145 | 1 | 225 | 21-25 |
| 146 | 1-4, 11-25 | 226 | 1-25 |
| 147 | 1-2, 12-21 | 227 | 1-17 |
| 150 | 24-25 | | |
| 151 | 1-25 | | |
| 152 | 1-9 | | |

**YVONNE RAMON –May 10, 2022**

| Page | Line | Page | Line |
|------|------|------|------|
| 21 | 6-25 | 97 | 17-25 |
| 22 | 1-25 | 98 | 1-2 |
| 23 | 1-12, 23-25 | 99 | 24-25 |
| 24 | 1-25 | 100 | 1-15 |
| 25 | 1-8 | 151 | 16-25 |
| 31 | 13-25 | 152 | 1-25 |
| 32 | 1-25 | 153 | 1-22 |
| 33 | 1-25 | 157 | 5-15 |
| 34 | 1-6 | 158 | 3-11 |
| 57 | 18-25 | 165 | 9-15 |
| 58 | 1-25 | 175 | 20-23 |
| 59 | 1-25 | 178 | 7-25 |
| 60 | 1-5 | 179 | 1-10, 22-25 |
| 61 | 16-25 | 180 | 1-5 |
| 62 | 1-25 | 184 | 7-20 |
| 63 | 1-25 | 186 | 24-25 |
| 66 | 16-25 | 187 | 1-11 |
| 67 | 1-25 | 221 | 21-25 |
| 68 | 1-25 | 222 | 1-18 |
| 69 | 1-8 | 230 | 7-25 |
| 70 | 2-20 | 231 | 1-9 |
| | | 255 | 10-24 |