**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, *et al.*, § § *Defendants.* § | Case No. 5:21-cv-844-XR [Consolidated Cases] |

# EXHIBIT C

# *LUPE v. Abbott* – State Defendants' Deposition Designations

## ISABEL LONGORIA – April 20, 2022

| Page | Line | Page | Line |
|---|---|---|---|
| 8: | 22–25 | 34 | 25 |
| 9 | 22–25 | 35 | 1–10 |
| 10 | 1–16 | 36 | 9–14 |
| 11 | 4–15 | 48 | 11–23 |
| 13 | 18–15 | 50 | 22–25 |
| 14 | 1–13, 20 – 25 | 51 | 1–11 |
| 15 | 1–25 | 52 | 22–25 |
| 16 | 11–25 | 53 | 1–3 |
| 17 | 1 – 25 | 54 | 20-24 |
| 18 | 1–14 | 57 | 21–25 |
| 19 | 7–25 | 58 | 1–18 |
| 20 | 1–13, 19–20, 24–25 | 61 | 13–17 |
| 21 | 1–25 | 63 | 11–25 |
| 22 | 1–24 | 64 | 1–5, 22–24 |
| 25 | 16–19 | 65 | 8–14 |
| 29 | 14–20 | 66 | 15–19, 24–25 |
| 30 | 4–7 | 67 | 1–6 |
| 31 | 25 | 69 | 22–25 |
| 32 | 1–19 | 70 | 1–3, 23–25 |
| 33 | 20–24 | 71 | 1–22 |

| Page | Line | Page | Line |
|------|------|------|------|
| 73 | 1–3 | 115 | 1–12, 15–25 |
| 74 | 20–25 | 116 | 1–13, 16–22 |
| 75 | 1–8 | 119 | 2–25 |
| 76 | 4–18 | 120 | 1–25 |
| 82 | 18–23 | 121 | 1–17, 20–25 |
| 86 | 16–22 | 122 | 1–7, 17–25. |
| 93 | 7–20 | 123 | 10, 16-18, 23–25 |
| 94 | 13–25 | 124 | 1–14 |
| 95 | 1–22 | 125 | 3–5, 10–25 |
| 96 | 2–25 | 132 | 14–25 |
| 97 | 1–13 | 133 | 1 |
| 99 | 3–11, 25 | 134 | 4–14 |
| 100 | 1–25 | 135 | 9–18 |
| 101 | 1–8 | 137 | 13–25 |
| 102 | 5–13, 21–25 | 138 | 1–2 |
| 103 | 1–19 | 139 | 14–25 |
| 104 | 3-14, 23–25 | 140 | 1–12 |
| 105 | 1–5 | 141 | 21–25 |
| 106 | 7–19 | 142 | 1–5, 9 -25 |
| 107 | 9–25 | 143 | 1–25 |
| 108 | 1–18 | 144 | 1–5, 8–25 |
| 111 | 3–25 | 145 | 1–16, 19–25 |
| 112 | 1–3 | 146 | 1–25 |
| 114 | 22–25 | 147 | 1–5 |

| Page | Line        | Page | Line         |
|------|-------------|------|--------------|
| 148  | 16-21, 24–25| 155  | 7–13, 25     |
| 149  | 1–25        | 156  | 1–7          |
| 150  | 1, 7–25     | 158  | 24–25        |
| 151  | 1–23        | 159  | 1–9, 17–25   |
| 154  | 1–14        | 160  | 1–2          |

# ISABEL LONGORIA – April 22, 2022

| Page | Line | Page | Line |
|---|---|---|---|
| 77 | 9–10, 24–25 | 103 | 18–23, 25 |
| 73 | 1–9 | 104 | 1–3, 13–25 |
| 77 | 15–21 | 105 | 1–13, 15–25 |
| 79 | 17 | 106 | 1–8 |
| 80 | 1–24 | 107 | 2–22 |
| 82 | 25 | 108 | 23–25 |
| 83 | 1–19 | 109 | 1–8 |
| 85 | 18–25 | 111 | 10–25 |
| 86 | 1–21 | 112 | 1–7 |
| 87 | 16–25 | 113 | 16–25 |
| 88 | 1–23 | 114 | 1, 14–21 |
| 97 | 17–20 | 115 | 13–25 |
| 98 | 3–15 | 116 | 1–25 |
| 99 | 1–8 | 117 | 1–22, 24–25 |
| 99 | 10–25 | 118 | 1–7 |
| 100 | 1–25 | 119 | 13–25 |
| 101 | 1–13 | 120 | 1–13 |
| 102 | 1–6 | | |