UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al., *Plaintiffs,* v. JANE NELSON, et al., *Defendants.* | 1:21-cv-0786-XR |

### LULAC PLAINTIFFS' RULE 26(A)(3) DISCLOSURES

Plaintiffs Texas LULAC ("LULAC"), Texas Alliance for Retired Americans ("TARA"), Texas American Federation of Teachers ("AFT"), and Voto Latino (collectively "LULAC Plaintiffs"), pursuant to the Court's March 30, 2023 Second Amended Scheduling Order (ECF No. 579), the Court's order at the parties' July 11, 2023 hearing (ECF No. 661 at Tr. 43:12–44:1), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, hereby submit their pretrial disclosures.

- The LULAC Plaintiffs' pre-trial disclosure of witnesses is incorporated in the Private Plaintiffs' Joint Pre-Trial Disclosure of Witnesses filed by the LUPE Plaintiffs (ECF No. 687);

- The LULAC Plaintiffs' Exhibit List is reflected in Table A below; and

- The LULAC Plaintiffs' Deposition Designations are reflected in Table B below. The relevant excerpts are highlighted in the attached Exhibit 1.

1

The LULAC Plaintiffs incorporate by reference all exhibits and deposition testimony designated by all other private Plaintiffs to this action, Plaintiff United States, Defendants, and Defendant-Intervenors. The LULAC Plaintiffs reserve the right to amend their disclosures to include witnesses, exhibits, or deposition testimony that they could not have reasonably anticipated to be necessary, or to respond to amendments to the other parties' disclosures made under Rules 26(a)(3)(A)(i)–(iii).

| **TABLE A – LULAC PLAINTIFFS' EXHIBIT LIST** ||||||| 
|---|---|---|---|---|---|---|
| PX No. | Description | Dep. Ex No. | Beg. Bates No. | End Bates No. | Ex. Date | Offer |
| LULAC-01 | Texas Senate Bill 1 Enrolled Version | | | | 2021.09.01 | Expect to offer |
| LULAC-02 | February 28, 2022 Expert Report of Dr. Kenneth R. Mayer (also available at ECF No. 639-6) | | | | 2022.02.28 | Expect to offer |
| LULAC-03 | April 29, 2022 Supplement to Expert Report of Dr. Kenneth R. Mayer | | | | 2022.02.29 | Expect to offer |
| LULAC-04 | March 6, 2023 2022 General Election Expert Report of Dr. Kenneth R. Mayer (as modified by the April 20, 2023 expert report) | | | | 2023.03.06 | Expect to offer |
| LULAC-05 | April 28, 2022 Expert Report of Dr. Allan Lichtman | | | | 2022.02.28 | Expect to offer |
| LULAC-06 | February 28, 2022 Expert Report of Dr. Loren Collingwood | | | | 2022.02.28 | Expect to offer |
| LULAC-07 | April 29, 2022 Supplement to the Expert Report of Dr. Loren Collingwood | | | | 2022.04.29 | Expect to offer |
| LULAC-08 | February 10, 2023 General Election Report of Dr. Loren Collingwood (as modified by February 27, 2023 notice of correction) | | | | 2023.02.10 | Expect to offer |
| LULAC-09 | ECF No. 639-1 Declaration of Zeph Capo | | | | 2023.06.23 | Expect to offer |
| LULAC-10 | ECF No. 639-2 Declaration of Domingo A. Garcia | | | | 2023.06.23 | Expect to offer |

| | | | | | | |
|---|---|---|---|---|---|---|
| LULAC-11 | ECF No. 639-3 Declaration of Gene Lantz | | | | 2023.06.23 | Expect to offer |
| LULAC-12 | ECF No. 639-4 Declaration of Ameer Patel | | | | 2023.06.23 | Expect to offer |
| LULAC-13 | ECF No. 639-7 May 6, 2022 30(b)(6) Dep. Tr. of Keith Ingram | | | | 2023.06.23 | Expect to offer |
| LULAC-14 | ECF No. 639-8 April 26, 2022 30(b)(6) Dep. Tr. of Keith Ingram | | | | 2023.06.23 | Expect to offer |
| LULAC-15 | ECF No. 639-9 May 2, 2022 SOS's Responses and Objections to U.S. Interrogatories | | | | 2023.06.23 | Expect to offer |
| LULAC-16 | ECF No. 639-10 May 11, 2022 Attorney General's Verification of State Defendant's Responses and Objections to U.S. Interrogatories | | | | 2023.06.23 | Expect to offer |
| LULAC-17 | ECF No. 639-11 April 20, 2022 30(b)(6) Dep. Tr. of Callanen | | | | 2023.06.23 | Expect to offer |
| LULAC-18 | ECF No. 639-12 Defendant El Paso County Elections Administrator Lisa Wise's March 31, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | | | | 2023.06.23 | Expect to offer |
| LULAC-19 | ECF No. 639-13 Defendant Dyana Limon-Mercado's March 23, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | | | | 2023.06.23 | Expect to offer |
| LULAC-20 | ECF No. 639-14 Defendant Yvonne Ramon's May 10, 2022 30(b)(6) deposition transcript | | | | 2023.06.23 | Expect to offer |
| LULAC-21 | ECF No. 639-15 Defendant Michael Scarpello's April 29, 2022 Rule 30(b)(6) deposition transcript | | | | 2023.06.23 | Expect to offer |

| | | | | | | |
|---|---|---|---|---|---|---|
| LULAC-22 | ECF No. 639-18 Defendant Bexar County Election Administrator Jacquelyn Callanen's March 17, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | | | | 2023.06.23 | Expect to offer |
| LULAC-23 | ECF No. 639-19 Dr. Henry Flores's February 28, 2022 expert report | | | | 2023.06.23 | Expect to offer |
| LULAC-24 | (Deposition Exhibit) December 12, 2021 Email from the SOS's office | Ingram 18 | STATE019731 | STATE019731 | 2021.12.20 | May offer |
| LULAC-25 | (Deposition Exhibit) Black Ballot Rejection Rates | Obakozuwa 18 | | | 2022.03.29 | May offer |
| LULAC-26 | (Deposition Exhibit) April 7, 2022 email from Ingram to Rep. Williamson | Ingram 4 | STATE087299 | STATE087305 | 2022.04.07 | May offer |
| LULAC-27 | (Deposition Exhibit) Bexar County mailing | Callanen C | | | 2022.04.20 | May offer |
| LULAC-28 | (Deposition Exhibit) Elections Division Webinar | Ingram 2 | | | 2022.04.20 | May offer |
| LULAC-29 | (Document) Ballot Secrecy Envelope | | STATE074882 | STATE074883 | 2017.07.00 | May offer |
| LULAC-30 | (Document) Poll Watchers Guide (2018) | | STATE081913 | STATE081935 | 2018.01.00 | May offer |
| LULAC-31 | (Document) Qualifying Voters on Election Day Handbook (2018) | | STATE082001 | STATE082085 | 2018.01.00 | May offer |
| LULAC-32 | (Document) OAG list of pending election-related fraud prosecutions | | STATE090413 | STATE090418 | 2021.03.15 | May offer |
| LULAC-33 | (Document) Letter from Texas Legislators | | TXLEG_0000734 | TXLEG_319662 | 2021.03.31 | May offer |
| LULAC-34 | (Document) HB 3 bill summary | | STATE090437 | STATE090439 | 2021.07.08 | May offer |
| LULAC-35 | (Document) OAG memo regarding SB 1 | | STATE090451 | STATE090454 | 2021.07.09 | May offer |
| LULAC-36 | (Document) Blank Carrier Envelope | | STATE078258 | STATE078260 | 2021.12.00 | May offer |
| LULAC-37 | (Document) OAG list of resolved prosecutions of election fraud from 2004 to 2020 | | STATE001144 | STATE001159 | 2021.12.30 | May offer |

| | | | | | | |
|---|---|---|---|---|---|---|
| LULAC-38 | (Document) Poll Watchers Guide (2022) | | STATE106313 | STATE106337 | 2022.01.00 | May offer |
| LULAC-39 | (Document) Blank Ballot Rejection Form | | STATE150492 | STATE150493 | 2022.01.00 | May offer |
| LULAC-40 | (Document) Blank Notice of Carrier Defect - Carrier Envelope Returned to Voter by Mail | | STATE151853 | STATE151854 | 2022.01.00 | May offer |
| LULAC-41 | (Document) Blank Notice of Carrier Defect - Voter Notified by Phone or Email | | STATE151855 | STATE151856 | 2022.01.00 | May offer |
| LULAC-42 | (Document) Blank Notice of Rejected ABBM - Personal Identification Numbers not on Voter Record | | STATE090619 | STATE090620 | 2022.01.00 | May offer |
| LULAC-43 | (Document) Blank Notice of Rejected ABBM -Missing or Incorrect Personal ID Numbers | | STATE105693 | STATE105694 | 2022.01.00 | May offer |
| LULAC-44 | (Document) Blank Notice of Rejected Application for Ballot by Mail | | STATE138595 | STATE138596 | 2022.01.00 | May offer |
| LULAC-45 | (Document) Blank Roster of ABBM Voters Defective Carrier Envelopes - Phone or Email | | STATE151851 | STATE151851 | 2022.01.00 | May offer |
| LULAC-46 | (Document) Blank Roster of Voters with Defective Carrier - Returned to the Voter by Mail | | STATE151850 | STATE151850 | 2022.01.00 | May offer |
| LULAC-47 | (Document) Certificate of Appointment of Poll Watcher by a Candidate | | STATE138589 | STATE138590 | 2022.01.00 | May offer |
| LULAC-48 | (Document) Certificate of Appointment of Watcher by Political Party | | STATE061384 | STATE061385 | 2022.01.00 | May offer |
| LULAC-49 | (Document) Corrective Action Form for Carrier Envelope | | STATE151849 | STATE151849 | 2022.01.00 | May offer |
| LULAC-50 | (Document) Handbook for Election Judges and Clerks (2022) | | STATE180624 | STATE180704 | 2022.01.00 | May offer |
| LULAC-51 | (Document) Information About Returning Your Carrier Envelope | | STATE138599 | STATE138600 | 2022.01.00 | May offer |
| LULAC-52 | (Document) FAQs on ABBMs | | STATE090855 | STATE090870 | 2022.01.18 | May offer |
| LULAC-53 | (Document) Election Advisory No. 2022-07 | | STATE001577 | STATE001593 | 2022.01.21 | May offer |

| | | | | | | |
|---|---|---|---|---|---|---|
| LULAC-54 | (Document) Election Advisory No. 2022-08 - Opportunity to Correct Defects | | STATE040194 | STATE040221 | 2022.01.28 | May offer |
| LULAC-55 | (Document) Texas SOS Presentation - Reviewing Your ABBMs | | STATE001667 | STATE001712 | 2022.01.28 | May offer |
| LULAC-56 | (Document) Election Advisory No. 2022-09 - Poll Watcher Requirements | | STATE093313 | STATE093316 | 2022.02.04 | May offer |
| LULAC-57 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures | | STATE044206 | STATE044231 | 2022.02.08 | May offer |
| LULAC-58 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures (2022) | | STATE034515 | STATE034564 | 2022.03.22 | May offer |
| LULAC-59 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures | | STATE142262 | STATE142312 | 2022.04.14 | May offer |
| LULAC-60 | (Document) 2021 Legislative and Policy Updates | | STATE085575 | STATE085632 | 2022.04.20 | May offer |
| LULAC-61 | (Document) OAG document of election-related fraud offenses | | STATE087323 | STATE087339 | 2022.04.20 | May offer |
| LULAC-62 | (Document) Blank Oath of Assistance | | STATE179016 | STATE179017 | 2022.07.00 | May offer |
| LULAC-63 | (Document) Review of ABBMs and FPCAs (2022) | | STATE134160 | STATE134208 | 2022.09.20 | May offer |
| LULAC-64 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures | | STATE143779 | STATE143804 | 2022.10.11 | May offer |
| LULAC-65 | (Document) Texas House floor debate transcript | | HJ_0007740 | HJ_0007850 | 2023.01.30 | May offer |
| LULAC-66 | (Document) Dallas County voter spreadsheet | | MS017701 | MS17701 | 2021.12.13 | May offer |
| LULAC-67 | (Document) Early Voting Ballot Board & Signature Verification Committee Handbook for Election Judges and Clerks (2022) | | STATE180535 | STATE180585 | 2022.01.00 | May offer |
| LULAC-68 | (Email) from Harris EA to AFT | | AFT007231 | AFT007235 | 2019.03.20 | May offer |
| LULAC-69 | (Email) from Organizations representing elections officials to Rep. Roberts | | TXLEG_0001787 | TXLEG_0001789 | 2019.03.20 | May offer |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| LULAC-70 | (Email) from OAG providing list of elections-related fraud | | STATE090960 | STATE090960 | 2021.03.10 | May offer |
| LULAC-71 | (Email) SOS email re "Weekend Comparative Process" | | STATE019729 | STATE019730 | 2021.12.20 | May offer |
| LULAC-72 | (Email) from Mexican American Legislative Caucus to SOS | | STATE090732 | STATE090739 | 2022.02.04 | May offer |
| LULAC-73 | (Email) Email from voter re "unable to verify my info" | | STATE135962 | STATE135962 | 2022.02.28 | May offer |
| LULAC-74 | (Email) Email from voter re "Need Identification Card Number in voter registration database, not old Driver's License Number" | | STATE133366 | STATE133366 | 2022.04.11 | May offer |
| LULAC-75 | (Email) SOS email | | STATE137751 | STATE137751 | 2022.12.23 | May offer |
| LULAC-76 | (Written Discovery) State Defendants' Responses and Objections to DOJ 2nd ROG | | | | 2022.05.02 | May offer |
| LULAC-77 | (Written Discovery) State Defendants' Supplemental Responses and Objections to US 2nd ROG | | | | 2023.01.19 | May offer |
| LULAC-78 | (Written Discovery) 2023.02.15 - LULAC Plaintiffs' RFAs to El Paso DA Defendant | | | | 2023.02.15 | May offer |
| LULAC-79 | (Written Discovery) 2023.02.15 LULAC Plaintiffs' Interrogatories to El Paso DA Defendant | | | | 2023.02.15 | May offer |
| LULAC-80 | (Written Discovery) Dallas County, Defendant Scarpello Responses and Objections to State Defs Second RFP, First RFAs and Interrogatories | | | | 2023.02.22 | May offer |
| LULAC-81 | (Written Discovery) El Paso County, Defendant Lisa Wise Responses and Objections to State Def 1st RFA and ROG | | | | 2023.02.22 | May offer |
| LULAC-82 | (Written Discovery) 2023.03.17 Bexar County Defendant DA Gonzales R&Os to LULAC Plaintiffs RFAs | | | | 2023.03.17 | May offer |

| | | | | | | |
|---|---|---|---|---|---|---|
| LULAC-83 | (Written Discovery) 2023.03.17 Bexar County Defendant DA Gonzales R&Os to LULAC Plaintiffs ROGs | | | | 2023.03.17 | May offer |
| LULAC-84 | (Written Discovery) 2023.03.17 Harris County Defendant Ogg's R&Os to LULAC Discovery Requests | | | | 2023.03.17 | May offer |
| LULAC-85 | (Written Discovery) 2023.03.17 Hidalgo County Defendant Palacios R&Os to Plaintiffs' First Set of Discovery Requests | | | | 2023.03.17 | May offer |
| LULAC-86 | (Written Discovery) OAG Defendant Responses and Objections to LULAC's First Set of Interrogatories | | | | 2023.03.17 | May offer |
| LULAC-87 | (Written Discovery) Bexar County, Defendant EA Callanen's Responses to LULAC Third Set of Interrogatories | | | | 2023.03.17 | May offer |
| LULAC-88 | (Written Discovery) Harris County, Defendant EA Supplemental Responses to State Defendants' 2nd Set of Interrogatories | | | | 2023.03.21 | May offer |
| LULAC-89 | (Written Discovery) Travis County, Defendant Limon-Mercado's Responses and Objections to LULAC Plaintiffs' 3rd Interrogatories | | | | 2023.03.23 | May offer |
| LULAC-90 | (Written Discovery) Travis County, Defendant Limon-Mercado's Responses and Objections to OCA Plaintiffs' 1st Interrogatories | | | | 2023.03.23 | May offer |
| LULAC-91 | (Written Discovery) Travis County, Defendant Limon-Mercado's Responses and Objections to State Defs' 2nd Interrogatories | | | | 2023.03.23 | May offer |
| LULAC-92 | (Written Discovery) Hidalgo County, Defendant Salinas Responses and Objections State Defendants 2nd ROGs | | | | 2023.03.29 | May offer |

| | | | | | | |
|---|---|---|---|---|---|---|
| LULAC-93 | (Written Discovery) Hidalgo County, Responses and Objections to Plaintiffs' 3rd Interrogatories | | | | 2023.03.29 | May offer |
| LULAC-94 | (Written Discovery) 2023.03.30 Travis County Defendant Garza R&Os to LULAC Pls 1st RFA | | | | 2023.03.30 | May offer |
| LULAC-95 | (Written Discovery) 2023.03.30 Travis County Defendant Garza's Responses and Objections to LULAC Plaintiffs' 1st ROGs | | | | 2023.03.30 | May offer |
| LULAC-96 | (Written Discovery) Dallas [RFA] - 2023.03.31 Creuzot R&Os LULAC Pls RFA | | | | 2023.03.31 | May offer |
| LULAC-97 | (Written Discovery) Dallas [ROG] - 2023.03.31 Creuzot R&Os LULAC 1st ROG | | | | 2023.03.31 | May offer |
| LULAC-98 | (Written Discovery) El Paso County, Def. Lisa Wise's Responses and Objections to LULAC Plaintiffs' 3rd Interrogatories | | | | 2023.03.31 | May offer |
| LULAC-99 | (Written Discovery) El Paso County, Def. Wise's Responses and Objections to State Defs' 2nd ROG | | | | 2023.03.31 | May offer |
| LULAC-100 | (Written Discovery) Harris County, Tatum's Responses and Objections to LULAC 3rd Interrogatories | | | | 2023.04.04 | May offer |
| LULAC-101 | (Written Discovery) El Paso County, Def Wise Supp and Am Responses and Objections to LUPE Pls' Am. 3d Interrogatories | | | | 2023.04.17 | May offer |
| LULAC-102 | (Written Discovery) El Paso County, Def Wise Supp and Am Responses and Objections to Pls 1st Interrogatories | | | | 2023.04.17 | May offer |
| LULAC-103 | (Written Discovery) El Paso County, Wise Supp and Am Responses and Objections to State Defs 2nd Interrogatories | | | | 2023.04.17 | May offer |
| LULAC-104 | (Written Discovery) GOP, Int-Defs 2nd Supp Responses and Objections to Pls 1st ROG | | | | 2023.04.28 | May offer |

9

| LULAC-105 | (Written Discovery) Harris County, Amended Responses and Objections to LULAC Plaintiffs' Third Set Interrogatories | | | | 2023.05.05 | May offer |

| TABLE B – LULAC PLAINTIFFS' DEPOSITION DESIGNATIONS ||
|---|---|
| **Transcript and Date** | **Transcript Pincite** |
| ***Attachment 1*: April 20, 2022 Jacquelyn Callanen (Bexar Elections Administrator, 30(b)(6))** | |
| | Tr. 11:14–25 |
| | Tr. 25:13–29:20 |
| | Tr. 75:4–77:3 |
| | Tr. 84:11–89:22 |
| | Tr. 97:16–99:25 |
| | Tr. 106:16–110:14 |
| | Tr. 127:11–129:8 |
| | Tr. 130:11–131:15 |
| | Tr. 137:10–138:5 |
| | Tr. 139:1–141:17 |
| | Tr. 146:8–23 |
| | Tr. 215:2–217:6 |
| | Tr. 240:24–241:21 |
| | Tr. 221:5–222:14 |

|  |  |
|---|---|
|  | Tr. 263:20–265:4 |
|  | Tr. 265:21–268:8 |
|  | Tr. 275:18–22 |
|  | Tr. 277:1–279:9 |
|  |  |
| ***Attachment 2***: **January 30, 2023 Nicole Collier (Texas Representative)** |  |
|  | Tr. 18:18–20:5 |
|  | Tr. 22:18–23:25 |
|  | Tr. 136:10–137:11 |
|  | Tr. 148:5–150:25 |
|  | Tr. 154:17–157:25 |
|  |  |
| ***Attachment 3***: **May 11, 2022 Bridgette Escobedo (Travis County Elections Director, Travis County 30(b)(6))** |  |
|  | Tr. 13:9–14:11 |
|  | Tr. 20:7–24:7 |
|  | Tr. 37:16–38:18 |
|  | Tr. 42:15–44:18 |
|  | Tr. 48:1–12 |
|  | Tr. 63:10–71:18 |
|  |  |
| ***Attachment 4***: **April 25, 2023 Elaine Jones (AFT and TARA member)** |  |
|  | Tr. 10:13–13:5 |
|  | Tr. 36:7–50:25 |
|  |  |
| ***Attachment 5:*** **April 22, 2022 Isabel Longoria (Harris County Elections Administrator 30(b)(6))** |  |
|  | Tr. 77:24–78:7 |

| | |
|---|---|
| | Tr. 109: 11–110:11 |
| | |
| ***Attachment 6:*** **April 29, 2022 Rivelino Lopez (Voter Registration Manager, Dallas County 30(b)(6))** | |
| | Tr. 20:18–22:24 |
| | Tr. 22:12–24:25 |
| | |
| ***Attachment 7:*** **March 21, 2023 Rachelle Obakozuwa (Director of Logistics, Harris County)** | |
| | Tr. 10:4–22 |
| | Tr. 57:1–12 |
| | Tr. 62:7–11 |
| | Tr. 65:1–7 |
| | |
| ***Attachment 8:*** **April 27, 2023 Alice Penrod (AFT and TARA member)** | |
| | Tr. 9:21–11:18 |
| | Tr. 57:25–59:23 |
| | Tr. 75:25–79:6 |
| | |
| ***Attachment 9:*** **April 29, 2022 Tacoma Phillips (Mail Ballot Supervisor, Dallas County 30(b)(6))** | |
| | Tr. 73:18–79:20 |
| | Tr. 104:1–25 |
| | Tr. 109:3–113:16 |
| | Tr. 119:9–121:11 |
| | Tr. 135:8–136:14 |
| | Tr. 155:14–156:23 |
| | |
| ***Attachment 10:*** **May 10, 2022 Yvonne Ramon (Hidalgo Elections Administrator, 30(b)(6))** | |
| | Tr. 10:11–15:24 |
| | Tr. 25:9–27:10 |
| | Tr. 53:15–54:18 |
| | Tr. 70:2–71:4 |
| | Tr. 82:7–83:15 |

|  |  |
|---|---|
|  | Tr. 104:12–105:3 |
|  | Tr. 114:17–25 |
|  | Tr. 136:3–139:12 |
|  |  |
| *Attachment 11:* April 29, 2022 Michael Scarpello (Dallas County Elections Administrator, Dallas County 30(b)(6)) |  |
|  | Tr. 188:1–193:23 |
|  | Tr. 205:11–206:23 |
|  | Tr. 212:17–215:12 |
|  | Tr. 219:2–5 |
|  | Tr. 221:5–222:12 |
|  | Tr. 227:14–229:13 |
|  | Tr. 229:14–231:21 |
|  | Tr. 262:24–266:23 |
|  | Tr. 293:24–294:19 |
|  |  |
| *Attachment 12:* April 15, 2022 Lisa Wise (El Paso County Elections Administrator, El Paso County 30(b)(6)) |  |
|  | Tr. 14:3–19:3 |
|  | Tr. 45:16–48:11 |
|  | Tr. 89:2–98:25 |
|  | Tr. 100:3–106:16 |
|  | Tr. 156:23–159:14 |
|  | Tr. 198:19–200:14 |
|  | Tr. 212:16–20 |
|  | Tr. 167:7–23 |
| *Attachment 13:* April 18, 2023 Lisa Wise (El Paso County Elections Administrator, El Paso County 30(b)(6)) |  |
|  | Tr. 13:1–14:3 |
|  | Tr. 91:20–92:16 |
|  | Tr. 94:1–95:19 |
|  | Tr. 97:15–22 |
|  | Tr. 109:15–110:25 |

The highlighted deposition transcripts are attached hereto as **Exhibit A**. LULAC Plaintiffs' designations are highlighted in yellow.

| | |
|---|---|
| Dated: July 28, 2023 | Respectfully submitted,<br><br>/s/ Uzoma N. Nkwonta<br>Uzoma N. Nkwonta*<br>Christopher D. Dodge*<br>Noah B. Baron*<br>Michael B. Jones*<br>Elena A. Rodriguez Armenta*<br>Daniela Lorenzo*<br>Marcos Mocine-McQueen*<br>Marisa A. O'Gara*<br>Omeed Alerasool*<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>unkwonta@elias.law<br>cdodge@elais.law<br>nbaron@elias.law<br>mjones@elias.law<br>erodriguezarmenta@elias.law<br>dlorenzo@elias.law<br>mmcqueen@elias.law<br>mogara@elias.law<br>oalerasool@elias.law<br><br>*Counsel for LULAC Plaintiffs*<br>*Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

On July 28, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher D. Dodge*
Christopher D. Dodge