UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., §<br>    *Plaintiffs*, §<br>§<br>v. §<br>§<br>GREGORY ABBOTT, et al. §<br>    *Defendants*. § | 5:21-CV-0844-XR<br>(Consolidated Cases) |

### DEFENDANTS DYANA LIMON-MERCARDO[1] AND JOSÉ GARZA'S NOTICE OF APPEARANCE OF COUNSEL

Dyana Limon-Mercado and José Garza (collectively, "Travis County Defendants"), file this Notice of Appearance of Counsel and hereby notifies the Court that Amy Ybarra will appear as counsel in the above-captioned case along with counsel listed below. Amy Ybarra is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Her contact information is contained in the signature block.

            Respectfully submitted,

            **DELIA GARZA**
            County Attorney, Travis County
            P. O. Box 1748
            Austin, Texas 78767
            Telephone: (512) 854-9513
            Facsimile: (512) 854-4808

    By: */s/ Anthony J. Nelson*
       LESLIE W. DIPPEL
       State Bar No. 00796472
       Leslie.Dippel@traviscountytx.gov
       AMY YBARRA
       State Bar No. 24013573
       Amy.Ybarra@traviscountytx.gov

---

[1] Travis County Clerk Dyana Limon-Mercado took office as the duly elected Travis County Clerk effective January 1, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Travis County Clerk Limon-Mercado is automatically substituted as a party herein.

ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov

**ATTORNEYS FOR DEFENDANTS DYANA LIMON-MERCADO AND JOSÉ GARZA, IN THEIR OFFICIAL CAPACITIES AS TRAVIS COUNTY CLERK, AND DISTRICT ATTORNEY, RESPECTIVELY.**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 7th day of August, 2023.

                                             */s/ Anthony J. Nelson*
                                             ANTHONY J. NELSON
                                             Assistant County Attorney

*La Unión del Pueblo Entero, et al. v. Greg Abbott, et al.*
Notice of Appearance of Amy Ybarra as Counsel for Dyana Limon-Mercado and José Garza
383.141 / 1143899.1                                                                                             Page **2** of **2**