**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs,* § § § | |
| v. § § | Case No. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., *Defendants.* § § § | |

### ADVISORY EXTENDING DEADLINE TO FILE RESPONSES AND OBJECTIONS TO RULE 26(A)(3) PRETRIAL DISCLOSURES

The parties have met and conferred regarding the scheduling order in this case. The parties jointly propose that the deadline to file their Objections and Brief in Response to Pretrial Disclosures be extended from August 8, 2023 to August 15, 2023, and respectfully show the following:

1. In accordance with Rule 26(a)(3), the parties filed their Rule 26(a)(3) pretrial disclosures on July 28, 2023 (ECF 675-691).

2. The Second Amended Scheduling Order (ECF 579) scheduled the deadline for filing objections under Rule 26(a)(3) for August 8, 2023.

3. At the hearing held on July 11, 2023, the Court states that if the parties come to agreement regarding extensions of any deadline in the scheduling order that extension is approved. The purpose of this advisory is to inform the Court of such an agreed extension.

4. On August 1, 2023, the parties held a meet & confer. The parties agreed to extend the deadline for responses and objections to the Rule 26(a)(3) pretrial disclosures from August 8, 2023, to August 15, 2023.

| | |
|---|---|
| Date: August 7, 2023 | Respectfully submitted. |
| ANGELA COLMENERO<br>Provisional Attorney General | /s/ William D. Wassdorf<br>RYAN G. KERCHER<br>Deputy Chief, General Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | Tex. State Bar No. 24060998 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| JAMES LLOYD<br>Acting Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov
**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 7, 2023, and that all counsel of record were served by CM/ECF.

/s/ William D. Wassdorf
WILLIAM D. WASSDORF

## CERTIFICATE OF CONFERENCE

I certify that on August 1, 2023, the parties conferred regarding the extension of the deadline for objections to the Rule 26(a)(3) disclosures and that no party expressed opposition.

/s/ William D. Wassdorf
WILLIAM D. WASSDORF