# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | No. 5:21-cv-00844-XR <br> (Consolidated Cases) |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, I, Kevin Zhen, respectfully move to withdraw my appearance as counsel for plaintiffs La Unión Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") and the Mexican American Legal Defense and Education Fund, who have already entered their appearances in this matter, and my withdrawal will not delay any proceedings in this matter.

Fried Frank has consulted with counsel for Defendants and counsel for Intervenor-Defendants, none of whom have indicated that they oppose this motion.

Date:  August 10, 2023

                                                  *s/ Kevin Zhen*
                                                  Kevin Zhen
                                                  FRIED, FRANK, HARRIS, SHRIVER &
                                                  JACOBSON LLP
                                                  One New York Plaza
                                                  New York, New York 10004
                                                  Telephone: (212) 859-8000
                                                  Facsimile: (212) 859-4000
                                                  kevin.zhen@friedfrank.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed electronically on August 10, 2023, with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record.

*s/ Kevin Zhen*
Kevin Zhen
