UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | No. 5:21-cv-00844-XR <br> (Consolidated Cases) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Upon consideration of Kevin Zhen's Unopposed Motion to Withdraw Appearance as Counsel for plaintiffs La Unión Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"), and the Court's consideration of said Motion, it is hereby:

**ORDERED** that Kevin Zhen's Unopposed Motion to Withdraw Appearance as Counsel for the LUPE Plaintiffs is hereby **GRANTED**. The Clerk is directed to remove the appearance of Kevin Zhen for the LUPE Plaintiffs and to remove him from all service lists pertaining to this action.

It is so ORDERED.

SIGNED this _____ day of _____, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1