# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants.*<br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants.* | Case No. 5:21-cv-00844-XR<br>[Lead Case] |

### ORDER GRANTING PRIVATE PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND MISCELLANEOUS RELIEF

This matter having come before this Court on Private Plaintiffs' Motion for Extension of Time and Miscellaneous Relief (Dkt ___) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is granted and this Court's Amended Order (Dkt. 700), entered August 8, 2023, is further amended as follows:

(1) the date by which the parties are to provide the requested witness schedule, including identifying counsel expected to conduct direct and cross examinations for each witness, is extended to August 18, 2023;

(2) the parties may identify the week of the trial a witness will be called rather than a specific day; and

(3) the parties shall provide to all other parties twenty-four hour notice of the names of the witnesses they will call on each trial day.

120539174.1 0099831-00001

DATED this ___ day of August, 2023.

                                                                      Honorable Xavier Rodriguez