# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>*Defendants.*<br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants.* | Lead Case No: 5:21-cv-844-XR<br>[Lead Case] |

## [PROPOSED] ORDER ADOPTING THE PRIVATE PLAINTIFFS' PROPOSED SCOPE OF THE PHASE I TRIAL

The Court has asked the parties to submit an advisory indicating whether they "intend to proceed with trial on all claims or merely the Phase I claims." ECF No. 700 at 2. Having considered the parties' proposals on the scope of the Phase I trial, and all other relevant materials, the Court **ADOPTS** the proposal submitted by the Private Plaintiffs. Specifically, Plaintiffs shall be permitted to proceed on all claims during the Phase I trial, with the trial record to remain open with respect to Plaintiffs' intentional discrimination claims pending resolution of *LUPE v. Bettencourt*, No. 23-50201 (5th Cir.). Plaintiffs' remaining claims will be ripe for resolution upon completion of the Phase I trial (or upon resolution of the fully briefed and pending motions for summary judgment, which may be resolved before, during, or after the Phase I trial). The parties shall be permitted to introduce evidence relating to all claims during Phase I of the trial and the Phase II trial shall be limited to evidence that could be informed by or derived from the outcome of the *Bettencourt* appeal.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE