IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., § § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, et al., § § § *Defendants.* § | § § CIVIL ACTION NO. 5:21-CV-00844-XR § (Consolidated Cases) |

### DEFENDANT HARRIS COUNTY DISTRICT ATTORNEY KIM OGG'S ADVISORY TO THE COURT

Defendant Kim Ogg, in her official capacity as Harris County District Attorney ("District Attorney Ogg"), files this advisory to the Court following the Court's amended order (Dkt. 700).

District Attorney Ogg was not provided with any information from any of the plaintiffs—the United States or any of the Private Plaintiffs—on the time they anticipate using during the trial scheduled to begin on September 11, 2023, much less "which witnesses are expected to testify on which days and the subject matter of their testimony."

Accordingly, especially as a limited-role defendant,[1] it is impossible for District Attorney Ogg to provide the Court with information on anticipated cross-examination of witnesses called by the plaintiffs. It would be District Attorney Ogg's plan to cross examine witnesses whose testimony could potentially concern claims made against her. Without having been provided with information from the plaintiffs about what if any such testimony plaintiffs intend to present,

---

[1] As the Court is aware, District Attorney Ogg has a limited role in the case, as she is currently a defendant only (per the Court's prior orders) as to claims made by certain of the Private Plaintiffs with respect to provisions of S.B. 1 that add to or amend existing provisions of the Texas Election Code in a manner that Private Plaintiffs claim concern the State's criminal laws.

District Attorney Ogg is not able to provide the Court with meaningful information at this time about what her trial presentation would involve in terms of cross examination or rebuttal witness testimony.

    Respectfully submitted,

    **BUTLER SNOW LLP**

    By: */s/ Eric J.R. Nichols*
    Eric J.R. Nichols
    State Bar No. 14994900
    eric.nichols@butlersnow.com
    Cory R. Liu
    State Bar No. 24098003
    cory.liu@butlersnow.com
    Victoria A. Giese
    State Bar No. 24126391
    victoria.giese@butlersnow.com
    1400 Lavaca Street, Suite 1000
    Austin, Texas 78701
    Tel: (737) 802-1800
    Fax: (737) 802-1801

    **ATTORNEYS FOR DEFENDANT DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2023, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

    */s/ Eric J.R. Nichols*
    Eric J.R. Nichols