IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS SAN
ANTONIO DIVISION

| | |
|---|---|
| La Unión Del Pueblo Entero, *et al.*, <br><br>       Plaintiffs, <br><br>   v. <br><br>Gregory W. Abbott, *et al.*, <br><br>       Defendants. | No. 5:21-cv-00844-XR |

**INTERVENOR-DEFENDANTS' RESPONSES AND OBJECTIONS TO
LUPE PLAINTIFFS' RULE 26(a)(3) DISCLOSURES**

Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee (collectively, the "Intervenor-Defendants"), lodge the following objections and responses to the Rule 26(a)(3) pretrial disclosures filed by the LUPE Plaintiffs. *See* ECF No. 691.

Intervenor-Defendants expressly join, and incorporate herein by reference, all responses and objections lodged to the LUPE Plaintiffs' pretrial disclosures by any party to this litigation, including State Defendants. Intervenor-Defendants also expressly reserve the right to supplement, modify, or add to these responses and objections. Consistent with the parties' meet-and-confer conversations, Intervenor-Defendants are not required at this time to lodge any responses or objections to Private Plaintiffs' deposition designations of witnesses whom Private Plaintiffs have identified as will call live witnesses for trial.

1

**LUPE Plaintiffs' Deposition Designations For Alan Vera (Feb. 27, 2023)**

| LUPE Plaintiffs' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 10:6-14:9 | Fed. R. Evid. 401 | |
| 21:15-22:1, 22:6-14 | Fed. R. Evid. 401 | |
| 30:7-31:2, 31:9-32:17 | | 32:18-23 |
| 35:19-36:1 | Fed. R. Evid. 401 | |
| 36:2-9, 36:20-37:7 | | 36:10-20 |
| 37:8-38:6 | Fed. R. Evid. 401 | |
| 39:7-40:10, 40:17-45:17 | Fed. R. Evid. 401; First Amendment privilege | |
| 41:7-41:10 | Fed. R. Evid. 802; document speaks for itself | |
| 45:24-47:8, 47:21-50:13 | Fed. R. Evid. 401 | 47:9-20 |
| 50:21-52:22 | Fed. R. Evid. 401; First Amendment privilege | 52:23-53:6, 162:11-16 |
| 59:15-61:10 | Fed. R. Evid. 401 | 61:11-15 |
| 60:9-18 | Fed. R. Evid. 802 | |
| 64:13-64:24 | Fed. R. Evid. 401 | 64:25-65:4 |
| 65:5-66:11 | Fed. R. Evid. 401 | |
| 69:23-70:6 | | 70:7-15 |
| 78:6-80:19 | Discussion of counsel | |
| 84:15-85:17 | | 85:22-87:1 |
| 87:2-87:10 | | 87:11-88:7 |
| 88:8-89:3 | | 89:4-9 |
| 89:10-90:2 | | 90:3-92:13 |
| 98:7-11 | | 98:12-17, 98:22-99:12 |
| 99:18-100:1 | Fed. R. Evid. 802 | 101:21-102:11, 103:9-15 |
| 104:24-106:17 | | 106:18-107:21 |
| 107:22-108:10 | | 108:11-16 |

2

| | | |
|---|---|---|
| 108:17-109:6 | | 109:7-112:1 |
| 112:16-113:22 | | 113:23-114:12 |
| 115:21-116:2 | | 116:3-17 |
| 123:5-124:5, 124:19-126:4 | Fed. R. Evid. 401 | |
| 128:5-129:11 | Fed. R. Evid. 401 | |
| 130:17-25 | Fed. R. Evid. 802; document speaks for itself | |
| 134:1-19 | | 134:20-25 |
| 138:10-139:5 | | 139:6-140:2 |
| 141:16-143:17 | Fed. R. Evid. 401 | |
| 143:18-144-17 | | 144:18-23 |
| 145:23-146:24 | Discussion among counsel | |

**LUPE Plaintiffs' Deposition Designations For Cindy Siegel (Feb. 28, 2023)**

| LUPE Plaintiffs' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 19:1-3 | Incomplete part of the answer designated; no corresponding question designated. | |
| 19:18-20:14; 21:5-17; 21:24-22:1 | Fed. R. Evid. 401 | |
| 28:10-29:18 | Fed. R. Evid. 401 | |
| 32:13-33:16 | Fed. R. Evid. 401 | |
| 34:22-25 | Fed. R. Evid. 401 | |
| 35:25-36:10 | Fed. R. Evid. 401 | |
| 41:13-22 | Fed. R. Evid. 401 | |
| 59:9-15 | Fed. R. Evid. 401 | |
| 65:17-22 | Fed. R. Evid. 802 | |
| 68:5-23 | Fed. R. Evid. 401 | |
| 70:18-72:17 | Fed. R. Evid. 401 | |

| | | |
|---|---|---|
| 75:20-76:15 | Fed. R. Evid. 401 | |

### LUPE Plaintiffs' Deposition Designations For Susan Fountain (April 26, 2023)

| LUPE Plaintiffs' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 52:12-23 | Fed. R. Evid. 401 | |
| 90:14-91:11 | Fed. R. Evid. 401 | 91:12-14 |
| 101:10-107:15 | Improper opinion testimony in violation of Fed. R. Evid. 701, calls for legal opinions | |
| 123:13-124:2 | | 160:13-17 |
| 127:1-5 | Technical problem; no corresponding question designated for answer | |

### LUPE Plaintiffs' Deposition Designations For Hilda Salinas (April 20, 2023)

| LUPE Plaintiffs' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 22:19-23:4, 23:20-22 | Fed. R. Evid. 602 (lack of personal knowledge), answer not responsive to question | |
| 26:19-27:1 | | 27:7-12 |
| 53:7-54:16 | | 54:17-25 |
| 73:17-23 | | 77:12-17 |
| 124:11-22 | | 124:23-25 |
| 129:9-22 | Call for speculation, Fed. R. Evid. 602 (lack of personal knowledge) | |
| 129:23-130:11 | Fed. R. Evid. 802 (hearsay) | |

| | | |
|---|---|---|
| 134:11-17 | Fed. R. Evid. 602 (lack of personal knowledge) | 137:11-16 |
| 147:15-25 | Fed. R. Evid. 802 (hearsay) | |
| 151:9-14 | | 151:15-18 |
| 153:10-154:12 | | 154:13-25 |
| 196:5-17 | | 196:18-21 |

**LUPE Plaintiffs' Exhibit List**

| LUPE Plaintiffs' Exhibit | Intervenor-Defendants' Objection |
|---|---|
| LUPE-76 | Fed. R. Evid. 401 (relevance) |
| LUPE-82 | Fed. R. Evid. 401 (relevance) |
| LUPE-83 | Fed. R. Evid. 401 (relevance) |
| LUPE-84 | Fed. R. Evid. 401 (relevance) |
| LUPE-85 | Fed. R. Evid. 401 (relevance) |
| LUPE-86 | Fed. R. Evid. 401 (relevance) |
| LUPE-87 | Fed. R. Evid. 401 (relevance) |
| LUPE-88 | Fed. R. Evid. 401 (relevance) |
| LUPE-89 | Fed. R. Evid. 401 (relevance) |
| LUPE-186 | Fed. R. Evid. 401 (relevance) |

August 15, 2023                    Respectfully submitted,

/s/ *John M. Gore*
John M. Gore
E. Stewart Crosland (*pro hac vice*)
Louis J. Capozzi III (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

<em>/s/ John M. Gore</em>