## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión Del Pueblo Entero, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Gregory W. Abbott, *et al.*,<br><br>    Defendants. | No.  5:21-cv-00844-XR |

## <u>INTERVENOR-DEFENDANTS' RESPONSES AND OBJECTIONS TO</u>
## <u>UNITED STATES' RULE 26(a)(3) DISCLOSURES</u>

Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee (collectively, the "Intervenor-Defendants"), lodge the following responses and objections to the Rule 26(a)(3) pretrial disclosures filed by the United States.  *See* ECF No. 684.

Intervenor-Defendants expressly join, and incorporate herein by reference, all responses and objections lodged to the United States' pretrial disclosures by any party to this litigation, including State Defendants.  Intervenor-Defendants also expressly reserve the right to supplement, modify, or add to these responses and objections.

1

**United States' Deposition Designations For Hilda Salinas (April 20, 2023)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 152:3-9 | Fed. R. 602 (lack of personal knowledge), lack of foundation | |

**United States' Deposition Designations For Christina Adkins (July 20, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 152:3-9 | Lack of personal knowledge, lack of foundation | |

**United States' Deposition Designations For Jacquelyn Callanen (April 4, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 58:17-60:11 | Vague question; Fed. R. Evid. 701 (improper opinion testimony) | |
| 83:13-85:11 | Fed. R. Evid. 701 (improper opinion testimony) | |
| 110:2-11 | Fed. R. Evid. 602 (lack of personal knowledge) | |
| 126:2-5 | Fed. R. Evid. 701 (improper opinion testimony), lack of foundation | |
| 142:25-143:12 | Fed. R. Evid. 802 (hearsay); Fed. R. Evid. 602 (lack of personal knowledge) | |

**United States' Deposition Designations For Jacquelyn Callanen (30(b)(6)) (April 4, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 139:15-22 | Fed. R. Evid. 802 (hearsay), Fed. R. Evid. 602 (lack of personal knowledge) | |
| 278:23-25 | Fed. R. Evid. 701 (improper opinion testimony) | |
| 282:9-11 | Vague question | |

**United States' Deposition Designations For Jacquelyn Callanen (30(b)(6)) (February 28, 2023)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 110:19-21 | Fed. R. Evid. 602 (lack of personal knowledge), call for speculation | |
| 120:6-10 | | 120:11-22 |
| 132:21-134:21 | Fed. R. Evid. 802 (hearsay) | |

**United States' Deposition Designations For Jennifer Colvin (30(b)(6)) (March 21, 2023)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 48:23-49:10 | Fed. R. Evid. 602 (lack of personal knowledge), speculation | |
| 81:2-81:19 | Fed. R. 802 (hearsay) | |
| 83:2-9 | Fed. R. 802 (hearsay) | |

**United States' Deposition Designations For Dana DeBeauvoir (March 21, 2023)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 38:16-18 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |
| 39:23-40:3 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |
| 42:15-43:4 | Fed. R. Evid. 802 (hearsay), Fed. R. Evid. 602 (lack of personal knowledge) | |
| 46:5-13 | Fed. R. Evid. 802 (hearsay), Fed. R. Evid. 602 (lack of personal knowledge) | |
| 162:14-163:7 | Fed. R. Evid. 802 (hearsay) | |

**United States' Deposition Designations For Keith Ingram (April 28, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 25:2-8 | | 25:9-11, 27:9-18 |
| 79:15-22 | | 79:23-80:18 |
| 85:22-87:1 | Fed. R. Evid. 701 (improper opinion testimony), Fed. R. Evid. 602 (lack of personal knowledge) | |
| 87:20-23 | Fed. R. Evid. 701 (improper opinion testimony), Fed. R. Evid. 602 (lack of personal knowledge) | |

**United States' Deposition Designations For Keith Ingram (April 28, 2023)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 100:2-6 | | 100:7-9 |
| 111:20-112:6 | | 112:7-21 |
| 119:21-24 | Fed. R. Evid. 602 (lack of personal knowledge), speculation | |

**United States' Deposition Designations For Keith Ingram (30(b)(6)) (April 26, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 26:7-27:20; 27:24-29:1 | Fed. R. Evid. 401 (relevance) | |
| 35:10-37:4 | Fed. R. Evid. 802 (hearsay) | |

**United States' Deposition Designations For Charlton Johnson (30(b)(6)) (March 29, 2023)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 40:24-41:4 | Fed. R. Evid. 802 (hearsay) | |
| 82:10-18 | Speculation | |

**United States' Deposition Designations For Charlton Johnson (30(b)(6)) (May 11, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 19:1-6 | Fed. R. Evid. 602 (lack of personal knowledge) | 19:7-10 |
| 82:10-18 | Speculation | |

**United States' Deposition Designations For Isabel Longoria (Defs) (April 20, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 30:12-32:14 | Fed. R. Evid. 602 (lack of personal knowledge), speculation, Fed. R. Evid. 802 (hearsay) | |
| 38:2-8 | Fed. R. Evid. 701 (improper opinion testimony on legal question) | |
| 127:13-128:17 | Fed. R. Evid. 802 (hearsay) | |
| 131:9-19 | Fed. R. Evid. 802 (hearsay) | |

**United States' Deposition Designations For Isabel Longoria (Pls) (April 20, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 44:11-45:6 | Fed. R. Evid. 602 (lack of personal knowledge), speculation | |

| 55:9-11 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |
| 57:1-9 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |
| 61:17-22 | Fed. R. Evid. 802 (hearsay) | |
| 107:15-109:10 | Fed. R. Evid. 602 (lack of personal knowledge) | |

### United States' Deposition Designations For Rachelle Obakozuwa (30(b)(6)) (March 21, 2023)

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 58:8-18 | Fed. R. Evid. 602 (lack of personal knowledge), speculation, Fed. R. Evid. 802 (hearsay) | |

### United States' Deposition Designations For Frank Phillips (March 31, 2023)

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 46:4-16 | Fed. R. Evid. 802 (hearsay) | |
| 93:15-20 | Vague question, Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |

**United States' Deposition Designations For Yvonne Ramon (April 21, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 170:5-25 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |

**United States' Deposition Designations For Yvonne Ramon (30(b)(6)) (May 10, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 66:7-12 | Fed. R. Evid. 701 (improper opinion testimony on legal question) | |

**United States' Deposition Designations For Michael Scarpello (May 5, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 49:23-50:2 | | 51:18-21 |

**United States' Deposition Designations For Jonathan White (April 27, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 81:11-18 | Argumentative question, vague question, call for speculation | |

**United States' Deposition Designations For Lisa Wise (April 13, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 119:15-120:1 | Fed. R. Evid. 802 (hearsay) | |
| 139:1-8 | Vague question | |
| 207:24-208:3 | | 208:4-9 |

**United States' Deposition Designations For Lisa Wise (30(b)(6)) (April 15, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 39:1-20 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |
| 100:18-102:9 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation | |
| 105:6-106:14 | Fed. R. Evid. 802 (hearsay) | |
| 107:22-110:1 | Fed. R. Evid. 602 (lack of personal knowledge), lack of foundation, calls for speculation | |
| 110:6-19 | Fed. R. Evid. 602 (lack of personal knowledge), Fed. R. Evid. 802 (hearsay) | |
| 112:8-114:25 | Fed. R. Evid. 602 (lack of personal knowledge), Fed. R. Evid. 802 (hearsay) | |

**United States' Deposition Designations For Lisa Wise (30(b)(6)) (April 18, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 89:12-90:3 | Fed. R. Evid. 602 (lack of personal knowledge), Fed. R. Evid. 802 (hearsay) | |
| 97:10-22 | Vague question | |
| 105:1-23 | Fed. R. Evid. 602 (lack of personal knowledge) | |
| 109:23:110:4 | Fed. R. Evid. 602 (lack of personal knowledge), Fed. R. Evid. 701 (improper opinion testimony on legal question) | |
| 110:12-18 | Fed. R. Evid. 602 (lack of personal knowledge), Fed. R. Evid. 701 (improper opinion testimony on legal question) | |
| 112:6-21 | | 112:22-24 |
| 149:16-25 | Fed. R. Evid. 602 (lack of personal knowledge), speculation | |

**United States' Deposition Designations For Tacoma Phillips (30(b)(6)) (April 29, 2022)**

| United States' Designation | Intervenor-Defendants' Objection | Intervenor-Defendants' Counter Designation |
|---|---|---|
| 180:3-15 | Fed. R. Evid. 602 (lack of personal knowledge), speculation | |
| 180:16-21 | Fed. R. Evid. 802 (hearsay) | |

August 15, 2023                                    Respectfully submitted,

                                                   */s/ John M. Gore*
                                                   John M. Gore
                                                   E. Stewart Crosland (*pro hac vice*)
                                                   Louis J. Capozzi III (*pro hac vice*)
                                                   JONES DAY
                                                   51 Louisiana Avenue, N.W.
                                                   Washington, D.C. 20001
                                                   Phone: (202) 879-3939
                                                   Fax: (202) 626-1700
                                                   jmgore@jonesday.com
                                                   scrosland@jonesday.com
                                                   lcapozzi@jonesday.com

                                                   *Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

                                                   */s/ John M. Gore*