IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

**<u>UNITED STATES' RESPONSES AND OBJECTIONS TO PRETRIAL DISCLOSURES</u>**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), the Second Amended Scheduling Order, ECF No. 579, as amended at this Court's July 11, 2023 hearing, and the Parties' August 7, 2023 Advisory, ECF No. 699, the United States hereby submits the following responses and objections to pretrial disclosures:

- The United States' Objections and Counter-Designations to Deposition Designations are attached hereto as Exhibit 1.

- The United States' Objections to Exhibit Lists are attached hereto as Exhibit 2.

Respectfully Submitted,

Date:  August 15, 2023

                                          KRISTEN CLARKE
                                          Assistant Attorney General

                                          */s/ Michael E. Stewart*
                                          T. CHRISTIAN HERREN, JR.
                                          RICHARD A. DELLHEIM
                                          DANIEL J. FREEMAN
                                          DANA PAIKOWSKY
                                          MICHAEL E. STEWART
                                          JENNIFER YUN
                                          Attorneys, Voting Section
                                          Civil Rights Division
                                          U.S. Department of Justice
                                          950 Pennsylvania Avenue NW
                                          Washington, D.C. 20530
                                          (202) 307-2767
                                          michael.stewart3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                            */s/ Michael E. Stewart*
                                            Michael E. Stewart
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave, NW
                                            Washington, DC 20530
                                            (202) 307-2767
                                            michael.stewart3@usdoj.gov