IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

**UNITED STATES' OBJECTIONS AND COUNTER-DESIGNATIONS TO STATE DEFENDANTS' AND INTERVENOR-DEFENDANTS' DEPOSITION DESIGNATIONS**

| Witness | Designation | Objection(s) | Counter-Designation(s) |
|---|---|---|---|
| Hollins, Chris | 129:25-130:9 | Leading; Relevance | |
| Hollins, Chris | 178:1-4 | Incomplete designation; Vague; Relevance | 175:14-22, 175:24-176:15, 178:7-179:2 |
| Ramón, Yvonne Apr. 21, 2022 | 41:22-43:2 | Leading; Vague as to "involved" | |
| Ramón, Yvonne Apr. 21, 2022 | 68:20-69:18 | Lack of personal knowledge; Calls for speculation; Relevance <br><br> See 68:13-19: Ms. Ramón testifies she does not know legislators' reasons for passing SB1 | 68:13-19 |
| Ramón, Yvonne Apr. 21, 2022 | 74:4-16 | Hearsay; Vague | 74:17-75:7 |
| Ramón, Yvonne Apr. 21, 2022 | 75:12-24 | Leading (as to 75:12-21); Vague and ambiguous as to "we" | 75:25-76:2 |

| Witness | Designation | Objection(s) | Counter-Designation(s) |
|---|---|---|---|
| Ramón, Yvonne Apr. 21, 2022 | 88:18-22 | Lack of foundation; Calls for speculation; Relevance<br><br>See 68:13-19: Ms. Ramón testifies she does not know legislators' reasons for passing SB1 | 68:13-19 |
| Ramón, Yvonne Apr. 21, 2022 | 88:23-24 | No witness testimony designated in response to designated question; Lack of foundation; Calls for speculation; Relevance | 68:13-19 |
| Ramón, Yvonne Apr. 21, 2022 | 89:15-22 | Lack of foundation; Assumes facts not in evidence (no indication of what "this paragraph" refers to); Calls for speculation; Relevance | 68:13-19 |
| Ramón, Yvonne Apr. 21, 2022 | 93:12-16 | Lack of foundation; Assumes facts not in evidence (no testimony designated regarding "those budget issues"); Relevance | |
| Ramón, Yvonne Apr. 21, 2022 | 93:17-94:7 | Relevance | |
| Ramón, Yvonne Apr. 21, 2022 | 94:8-94:12 | Incomplete response designated; Relevance | |
| Ramón, Yvonne Apr. 21, 2022 | 111:21-25 | Vague and ambiguous as to what "application" means; assumes facts not in evidence regarding "online application"; Relevance | |

2

| Witness | Designation | Objection(s) | Counter-Designation(s) |
|---|---|---|---|
| Ramón, Yvonne Apr. 21, 2022 | 112:10-113:5 | Vague and ambiguous as to what "application" means; Relevance | |
| Ramón, Yvonne Apr. 21, 2022 | 137:12-138:14 | | 138:23-139:12 |
| Ramón, Yvonne Apr. 21, 2022 | 143:16-145:1 | | 142:23-143:15; 145:2-15 |
| Ramón, Yvonne Apr. 21, 2022 | 146:11-147:2 | | 147:3-11 |
| Ramón, Yvonne Apr. 21, 2022 | 152:1-9 | Mischaracterizes testimony; Lack of foundation; Lack of personal knowledge | 169:1-25 |
| Ramón, Yvonne Apr. 21, 2022 | 153:8-12 | Vague and ambiguous as to "marry up" | |
| Ramón, Yvonne Apr. 21, 2022 | 153:17-154:5 | Calls for undisclosed expert opinion; Lack of foundation; Lack of personal knowledge; Vague and ambiguous as to "best" | |
| Ramón, Yvonne Apr. 21, 2022 | 154:10-15 | Lack of foundation; Lack of personal knowledge | |
| Ramón, Yvonne Apr. 21, 2022 | 155:2-29 | Calls for undisclosed expert opinion; Lack of foundation; Lack of personal knowledge; Vague and ambiguous as to "more effective" and "superior" | 155:21-157:3; 158:2-15 |
| Ramón, Yvonne Apr. 21, 2022 | 167:3-8 | Calls for speculation; Vague and ambiguous as to "Pre-Senate Bill 1 process" | |
| Ramón, Yvonne Apr. 21, 2022 | 171:24-172:17 | | 170:5-171:17 |

| Witness | Designation | Objection(s) | Counter-Designation(s) |
|---|---|---|---|
| Ramón, Yvonne Apr. 21, 2022 | 173:10-12 | Vague and ambiguous as to "that" | |
| Ramón, Yvonne Apr. 21, 2022 | 173:24-25 | Relevance; Partial question with no response designated | |
| Ramón, Yvonne Apr. 21, 2022 | 207:22-208:2 | Compound | |
| Ramón, Yvonne May 10, 2022 | 151:16-153:22 | | 149:20-151:15 |
| Ramón, Yvonne May 10, 2022 | 157:5-15 | | 157:16-22 |
| Ramón, Yvonne May 10, 2022 | 158:3-11 | Calls for speculation; Lack of personal knowledge; Nonresponsive | |
| Ramón, Yvonne May 10, 2022 | 230:7-231:9 | | 231:11-235:3 |
| Longoria, Isabel Apr. 20, 2022 | 29:14-20 | Vague and ambiguous as to "the cure process you referred to earlier" | |
| Longoria, Isabel Apr. 20, 2022 | 30:4-7 | Vague, ambiguous, and lacks foundation as to "previous testimony" referred to in the question | |
| Longoria, Isabel Apr. 20, 2022 | 100:20-101:8 | Relevance | |
| Longoria, Isabel Apr. 20, 2022 | 104:3-14, 104:23-105:5, 106:7-19, 107:9-108:18 | Relevance | |
| Longoria, Isabel Apr. 20, 2022 | 111:3-112:3, 114:22-115:12, 115:15-116:13, 116:16-22, 119:2-121:7 | Relevance | |
| Longoria, Isabel Apr. 20, 2022 | 121:17-122:7 | Relevance; Hearsay | |

| Witness | Designation | Objection(s) | Counter-Designation(s) |
|---|---|---|---|
| Longoria, Isabel Apr. 20, 2022 | 122:17-25 | Relevance | |
| Longoria, Isabel Apr. 20, 2022 | 123:10 | No question designated; Incomplete answer | |
| Longoria, Isabel Apr. 20, 2022 | 123:16-18 | Relevance; Vague and ambiguous generally; Vague and ambiguous as to "another case" | |
| Longoria, Isabel Apr. 20, 2022 | 123:23-124:14 | Relevance; Lack of foundation; Assumes facts not in evidence; Vague and ambiguous as to "those groups" | |
| Longoria, Isabel Apr. 20, 2022 | 125:3-5 | No testimony designated; Question calls for speculation; Lack of foundation | |
| Longoria, Isabel Apr. 20, 2022 | 125:10-25 | Relevance; Calls for speculation; Lack of personal knowledge | |
| Longoria, Isabel Apr. 20, 2022 | 134:4-14 | | 134:15-135:8 |
| Longoria, Isabel Apr. 20, 2022 | 141:21-142:5 | | 141:8-20, 142:6-8 |
| Longoria, Isabel Apr. 20, 2022 | 144:3-9 | Argumentative; Calls for speculation; Lack of foundation; Improper hypothetical | |
| Longoria, Isabel Apr. 20, 2022 | 145:1-3 | Argumentative; Leading | |
| Longoria, Isabel Apr. 20, 2022 | 145:4-7 | Leading | |
| Longoria, Isabel Apr. 20, 2022 | 145:14-20 | Calls for a legal conclusion | |

| Witness | Designation | Objection(s) | Counter-Designation(s) |
|---|---|---|---|
| Longoria, Isabel Apr. 20, 2022 | 145:21-146:2 | Argumentative; Leading | |
| Longoria, Isabel Apr. 20, 2022 | 147:3-5 | Relevance | 147:6-13, 147:20-148:1 |
| Longoria, Isabel Apr. 20, 2022 | 148:16-25 | Relevance | |
| Longoria, Isabel Apr. 20, 2022 | 149:1-16 | Relevance | |
| Longoria, Isabel Apr. 20, 2022 | 155:7-13 | | 155:14-155:24 |
| Longoria, Isabel Apr. 20, 2022 | 158:24-160:2 | | 157:17-158:23 |
| Longoria, Isabel Apr. 22, 2022 | 73:1-9 | No page 73 on transcript | |
| Longoria, Isabel Apr. 22, 2022 | 77:24-25 | No testimony designated | |
| Longoria, Isabel Apr. 22, 2022 | 77:15-21 | Partial questions designated | |
| Longoria, Isabel Apr. 22, 2022 | 79:17 | Partial question, no testimony designated | |
| Longoria, Isabel Apr. 22, 2022 | 82:25-83:19 | Vague and ambiguous as to "that distinction"; Lack of foundation | |
| Longoria, Isabel Apr. 22, 2022 | 87:16-88:23 | Exhibit 15 contains hearsay; Relevance | |
| Longoria, Isabel Apr. 22, 2022 | 98:15 | No testimony designated | |

| Witness | Designation | Objection(s) | Counter-Designation(s) |
|---|---|---|---|
| Longoria, Isabel Apr. 22, 2022 | 100:22-101:13 | Mischaracterizes testimony (attributes counsel's statement to witness); Lack of foundation; Lack of personal knowledge (see 101:8-9) | |
| Longoria, Isabel Apr. 22, 2022 | 103:18-104:3 | Leading; Argumentative; Vague and ambiguous as to "or something"; Compound ("election fraud or identity theft") | |
| Longoria, Isabel Apr. 22, 2022 | 105:11-16 | Leading | |
| Longoria, Isabel Apr. 22, 2022 | 107:2-22 | | 107:23-108:22 |
| Longoria, Isabel Apr. 22, 2022 | 108:23-109:8 | | 109:9-111:1 |
| Longoria, Isabel Apr. 22, 2022 | 118:7 | No testimony designated | |
| Longoria, Isabel Apr. 22, 2022 | 118:13-25 | Lack of foundation; Vague and ambiguous | |
| Vera, Alan | 92:14-93:10 | | 121:2-21 |