IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 5:21-cv-844 (XR) (consolidated cases) |
| GREGORY W. ABBOTT, et al., | |
| Defendants. | |

## <u>UNITED STATES' OBJECTIONS TO STATE DEFENDANTS' EXHIBIT LIST</u>

The United States hereby submits objections to State Defendants' exhibits. The United States utilized the following code in designating objections:

- **A**: Authenticity.  The document is unsigned, undated, or has unidentified handwriting, or there is insufficient evidence to support a finding that the item is what the proponent claims it is.  *See* Fed. R. Evid. 901 & 902.

- **H**: Hearsay.  The document constitutes or contains hearsay, and no exception applies. *See* Fed. R. Evid. 801 & 802.  With respect to expert reports, the United States has agreed to withdraw the objection so long as the expert testifies live or by trial deposition and adopts the statements in the report while under oath and subject to cross examination. With respect to other materials, the United States objects only insofar as the exhibit is offered for the truth of the matter asserted and not for the fact of a prior statement.

- **P**: Unduly Prejudicial.  Any probative value is substantially outweighed by the danger of prejudice, delay, or needless presentation of cumulative evidence.  *See* Fed. R. Evid. 403.

- **R**: Relevance.  Not relevant to any issue to be decided.  *See* Fed. R. Evid. 401 & 402.

The United States has identified where its exhibit list overlaps with that of State Defendants.  Where the United States and State Defendants list documents that appear to be identical but were produced with distinct Bates numbers, the United States has provided the Bates range of its exhibit in the Notes column below.  The United States has also listed exhibits that identify substantially similar documents but that are a non-exact match with a ~.

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 1 | Signed and executed copy Senate Bill 1. https://webservices.sos.state.tx.us/legbills/files/C287/SB1.pdf | | 1 | | |
| 2 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Eitan Hersh's February 10, 2023, Second Supplemental Report* | | | H | |
| 3 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Eitan Hersh's February 28, 2022, Initial Report* | | | H, R | |
| 4 | Notice of Correction to March 29, 2022, Expert Report of Prof. Mark Hoekstra, Ph.D., Written in Response to the February 28, 2022, Report by Prof. Eitan Hersh | | | H, R | |
| 5 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Christian Grose's February 10, 2023, Supplemental Report* | | | H | |
| 6 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Christian Grose's February 28, 2022, Initial Report* | | | H | |
| 7 | Notice of Correction to March 29, 2022, Expert Report of Prof. Mark Hoekstra, Written in Response to the February 28, 2022, Report by Prof. Christian Grose. | | | H | |
| 8 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Eric McDaniel's February 10, 2023, Second Supplemental Report* | | | H | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 9 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eric McDaniel's February 28, 2022, Initial Report | | | H | |
| 10 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Kenneth R. Mayer's March 6, 2023, Supplemental Report* | | | H | |
| 11 | Notice of Correction to April 5, 2023, Expert Report of Prof. Mark Hoekstra, PhD, Written in Response to the March 6, 2023, Report by Prof. Kenneth Mayer | | | H | |
| 12 | Expert Witness Report, Dr. Stephen C. Graves | | | H | |
| 13 | Election Advisory No. 2021-18, Re: Revised: March 1, 2022, Primary Election and May 24, 2022, Primary Runoff Election Law Calendar, dated November 12, 2021 | STATE097860-908 | | | |
| 14 | Election Advisory No. 2021-21, Re: Legislative Summary - Second and Third Special Sessions, dated November 19, 2021 | STATE001483-502 | | | |
| 15 | Election Advisory No. 2021-23, Re: May 7, 2022, Election Law Calendar, dated December 10, 2021 | STATE097909-48 | | | |
| 16 | Election Advisory No. 2022-07, Re: NEW LAW: Changes to Early Voting by Personal Appearance - House Bill 2025, House Bill 3107, and Senate Bill 1, dated January 21, 2022 | STATE001577-93 | | | |
| 17 | Election Advisory No. 2022-08, Re: NEW LAW: Senate Bill 1 - Opportunity to Correct Defects on Application for a Ballot by Mail and Carrier Envelope, dated [January 28, 2022] | STATE034294-321 | 101 | | US exhibit at STATE019849-76 |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 18 | Election Advisory No. 2022-09, NEW LAW: Changes to Poll Watcher Requirements Under House Bill 3107 and Senate Bill 1, dated February 4, 2022 | STATE060559 | | | |
| 19 | Election Advisory No. 2022-12, Re: Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail or Carrier Envelope, dated February 11, 2022 | STATE001469-73 | 102 | | |
| 20 | Election Advisory No. 2022-18, Re: Additional Ballot by Mail Procedures for May Uniform Election and Primary Runoff Election, dated April 26, 2022 | STATE087955-58 | 103 | | US exhibit at STATE087989-92 |
| 21 | Election Advisory No. 2022-25, Re: November 8, 2022, Election Law Calendar, dated June 20, 2022 | STATE122992-3039 | | | |
| 22 | Spreadsheet created by Secretary of State in response to media inquiries, listing mail- ballot rejection rates for 2022 elections | STATE115581-616 | 120 | H | |
| 23 | Final Report on Audit of 2020 General Election in Texas | STATE115222-580 | | H | |
| 24 | Executive Summary to Audit 2020 General Election in Texas | STATE115212-221 | | H | |
| 25 | Harris County Post Election Assessment of the November 8, 2022, General Election | STATE170230-83 | 135 | | |
| 26 | Handbook for Election Judges and Clerks, *Qualifying Voters on Election Day 2022*, Secretary of State, revised July 2022 | STATE110976-1056 | 96 | | |
| 27 | Handbook for Election Judges and Clerks, *Early Voting Ballot Board & Signature Verification Committee*, Secretary of State, revised July 2022 | | ~93 | | US exhibit at STATE001325-75 |
| 28 | Poll Watcher's Guide, Secretary of State, revised January 2022 | STATE106313-337 | | | |
| 29 | Draft of Poll Watcher Online Training, Secretary of State, January 20, 2022 | STATE035175-90 | | H, R | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---|---|---|---|---|
| 30 | Texas Voter Registration Application (Spanish) | STATE046251-52 | | | |
| 31 | Texas Voter Registration Application (English) | STATE046253-54 | ~48 | | US exhibit at STATE040495 |
| 32 | Federal Post Card Application | | 50 | | |
| 33 | Federal Write-In Absentee Ballot | | | | |
| 34 | Form 4-20, Certificate of Appointment of Poll Watcher by a Candidate, January 2022. | STATE060813-14 | | | |
| 35 | Form 4-21, Certificate of Appointment of Poll Watcher by Political Party, January 2022. | STATE060815-16 | | | |
| 36 | Form 4-22, Certificate of Appointment of Poll Watcher for Propositions or Measures, January 2022 | STATE060817-16 | | | |
| 37 | Form 4-23, Certificate of Appointment of Poll Watcher by Registered Voters on Behalf of a Write-In Candidate, January 2022 | STATE060819-20 | | | |
| 38 | Form 5-21, Ballot Envelope (For Secrecy), January 2022 | STATE061390-91 | ~18 | | US exhibit at US00005541-42 |
| 39 | Form 6-2, Notice of Rejected Application for Ballot by Mail, January 2022 | STATE031641-42 | 19 | | |
| 40 | Form 6-3, Notice of Rejected Application for Ballot by Mail - Missing or Incorrect Personal Identification Numbers, January 2022 | STATE031643-44 | 20 | | |
| 41 | Form 6-4, Notice of Rejected Application for Ballot by Mail - Required Personal Identification Number is Not Associated with Your Voter Record, January 2022 | STATE074329-30 | 21 | | US exhibit at STATE031645-46 |
| 42 | Form 6-6, Request to Cancel Application for Ballot by Mail - Early Voting Clerk's Form, January 2022 | STATE091410-11 | 22 | | US exhibit at STATE001280-81 |
| 43 | Form 6-11, EVC Notice of Carrier Defect Mailed with Corrective Action Form (Spanish), April 2022 | STATE123304-06 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 44 | Form 6-11, EVC Notice of Carrier Defect Mailed with Corrective Action Form (English), April 2022 | STATE123307-09 | 24 | | US exhibit at STATE087675-77 |
| 45 | Form 6-12, EVC Notice of Carrier Defect Phone with Corrective Action Form (Spanish), April 2022 | STATE123310-12 | | | |
| 46 | Form 6-12, EVC Notice of Carrier Defect Phone with Corrective Action Form (English), April 2022 | STATE123313-15 | 25 | | US exhibit at STATE087681-83 |
| 47 | Form 6-13, Notice of Surrendered Ballot by Mail, January 2022 | STATE034285 | 26 | | US exhibit at STATE019840 |
| 48 | Form 6-14, Corrective Action Form for Defective Carrier Envelope, January 2022 | STATE034286 | 27 | | US exhibit at STATE019841 |
| 49 | Form 6-15, Carrier Envelope for Early Voting Ballot (regular ABBM), July 2022 | STATE138768-70 | 28 | | US exhibit at STATE134228- 30 |
| 50 | Form 6-17, Information about Returning Your Carrier Envelope, January 2022 | STATE074293-94 | 33 | | US exhibit at STATE031647-48 |
| 51 | Form 6-35, Notes for Carrier Envelope (FPCA), January 2022 | STATE001634 | ~37 | | US exhibit at STATE171171-73 |
| 52 | Form 6-36, Information about Returning Your Voted Mail Ballot (FPCA Insert), January 2022 | STATE031652-53 | 38 | | US exhibit at STATE032366-67 |
| 53 | Form 6-37, Official Election Signature Sheet for an FPCA Voter, December 2021 (English/Spanish) | STATE001643-44 | 40 | | US exhibit at STATE040053-54 |
| 54 | Form 7-33 (AW7-7b), Notice of Voting Order Priority, January 2022 | STATE033029 | | | |
| 55 | Form 7-58, Oath of Assistance and Interpreter, July 2022 | STATE138771-72 | | | |
| 56 | Form 7-59, Information of Person that Provided Transportation to Seven or More Voters for Curbside Voting, October 2022 | STATE112223 | | | |
| 57 | Form 8-15, Notice of Rejected Ballot, January 2022. | STATE152170 | 42 | | US exhibit at STATE150492-93 |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 58 | Form 8-20, Roster of Voters with Defective Carrier Envelopes - Returned to the Voter by Mail, January 2022 | STATE034287 | 43 | | US exhibit at STATE061142 |
| 59 | Form 8-21, Roster of ABM Voters with Defective Carrier Envelopes - Notified by Phone or Email, January 2022 | STATE034288 | 44 | | US exhibit at STATE046360 |
| 60 | Form 8-22, Roster of FPCA Voters with Defective Carrier Envelopes - Notified by Phone or Email, January 2022 | STATE034289 | 45 | | US exhibit at STATE019844 |
| 61 | Form 8-23, Notice of Carrier Defect - Carrier Envelope Returned to the Voter by Mail, January 2022 | STATE034290 | 46 | | US exhibit at STATE019845-46 |
| 62 | Form 8-24, Notice of Carrier Defect - Vote Notified of Carrier Envelope Defect by Phone or Email, January 2022 | STATE034292 | 47 | | US exhibit at STATE019847-48 |
| 63 | Instructions for Form 9-12, Preliminary Election Reconciliation - Unofficial Totals (Election Day), February 2022 | STATE019487-488 | | | |
| 64 | Form 9-12, Preliminary Election Reconciliation - Unofficial Totals (Election Day), February 2022 | STATE019489 | | | |
| 65 | Form 9-13, Election Reconciliation Form - Official Results (Canvass Form) February 2022 | STATE019490 | | | |
| 66 | Instructions for Form 9-13, Election Reconciliation Form - Official Results (Canvass Form), February 2022 | STATE019491-92 | | | |
| 67 | January 18, 2022, Email from Election Security Trainer Alexa Buxkemper to Legal Director Christina Adkins, Re: How many forms.... | STATE033331-32 | | H | |
| 68 | Carrier Envelope Insert utilized by Denton County to remind voters of ID number requirement | STATE154278 | 53 | | US exhibit at STATE151977 |
| 69 | Carrier Envelope Insert utilized by Travis County to remind voters of ID number requirement | 064.134768-69 | ~57 | | US exhibit at STATE151937-38 |
| 70 | Carrier Envelope Insert utilized by Travis County to remind voters of ID number requirement | 064.134775-76 | ~57 | | US exhibit at STATE151937-38 |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 71 | ABBM Insert utilized by Travis County to remind voters of ID number requirement | 064.134766-67 | | A | |
| 72 | ABBM Insert with Numbers utilized by Travis County to remind voters of ID number requirement | 064.134773-74 | | A | |
| 73 | Carrier Envelope Insert utilized by Harris County in 2022 Primaries to remind voters of ID number requirement (English/Spanish) | TATUM_005333-34 | | A | |
| 74 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Chinese/English) | TATUM_005335-36 | | A | |
| 75 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Spanish/English) | TATUM_005337-38 | | A | |
| 76 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Vietnamese/English) | TATUM_005337-40 | | A | |
| 77 | Carrier Envelope Insert utilized by Bexar County in the May 7, 2022, Local Election and May 24, 2022, Primary Runoff to remind voters of ID number requirement | | ~52 | A | US exhibit at US00005549 |
| 78 | Carrier Envelope Insert utilized by Bexar County in the November 8, 2022, General Election to remind voters of ID number requirement. (Exhibit 13 - February 28, 2023, Dep. of Jacquelyn Callanan) | | | | |
| 79 | Carrier Envelope Insert utilized by Hays County to remind voters of ID number requirement | STATE139500-01 | | A | |
| 80 | Carrier Envelope Insert utilized by Kleberg County to remind voters of ID number requirement | STATE142722 | 54 | | US exhibit at STATE151559 |
| 81 | ABBM Insert utilized by Kleberg County to remind voters of ID number requirement | STATE140753 | | A | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 82 | Election Fraud Violations Chart, Office of the Attorney General, updated April 20, 2022 | STATE112177-93 | ~338 | H | Bates appears to refer to a version of this chart updated in July 2022. US lists the April 2022 document, marked STATE087323-39 |
| 83 | Instances of Suspected Illegal Voting Since March 1, 2018 - Cases Opened, Office of the Attorney General | STATE112155-57 | | H, P, R | |
| 84 | Case Tracking Spreadsheet, Election Integrity Unit, Office of the Attorney General | STATE112158-59 | | A, H, P, R | |
| 85 | 2020 Complaint Log, Secretary of State | STATE078234 | | A, H, P, R | |
| 86 | 2016-2019 Complaint Log, Secretary of State | STATE078237 | | A, H, P, R | |
| 87 | Election Fraud Complaints Referred for Investigation: SOS Referrals, updated May 10, 2022 | STATE107717-32 | | A, H, P, R | |
| 88 | March 11, 2021, Email from Director of Government Relations Ryan Fisher at the Office of Attorney General to Jessica Hart; Re: OAG Election Fraud Section | STATE090960 | 180 | | |
| 89 | Power Point Presentation, *Election Integrity*. | STATE054622-77 | 340 | | |
| 90 | Indictment, *Texas v. Ward*, Cause No. 50947-B | STATE098012-14 | | H, R | |
| 91 | Indictment, *Texas v. Jackson*, Cause No. 50949-B | STATE097980-98000 | | H, R | |
| 92 | Indictment, *Texas v. Burns*, Cause No. 50951-B | STATE098008-11 | | H, R | |
| 93 | Indictment, *Texas v. Brown*, Cause No. 50953-B | STATE098001-07 | | H, R | |
| 94 | Indictment, *Texas v. Molina*, W-19-0134-J22 | STATE098413-18 | | H, R | |
| 95 | Indictment, *United States v. Orellana*, Case No. 9:18-cr-00020 | STATE098510-15 | | H, R | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 96 | Judgment in a Criminal Case, *United States v. Orellana*, Case No. 9:18-cr-00020 | STATE098516-22 | | H, R | |
| 97 | Plea Agreement, *United States v. Orellana*, Case No. 9:18-cr-00020 | STATE098523-32 | | H, R | |
| 98 | Warrant of Arrest, *Texas v. Molina*, W-19-0134-J22 | STATE098537-44 | | H, R | |
| 99 | Agreement, OAG Prosecution Diversion Program, related to illegal voting, signed March 8, 2022 | STATE087320 | | H, R | |
| 100 | Agreement, OAG Prosecution Diversion Program, related to unlawful assistance, signed June 6, 2018 | STATE087340 | 342 | H | |
| 101 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed October 28, 2021 | STATE087342 | | H, R | |
| 102 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 14, 2020 | STATE087345 | | H, R | |
| 103 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 19, 2020 | STATE087360 | | H, R | |
| 104 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed June 5, 2018 | STATE087365 | | H, R | |
| 105 | Agreement, OAG Prosecution Diversion Program, related to unlawful assistance, signed June 15, 2018 | STATE087341 | 343 | H | |
| 106 | Agreement, OAG Prosecution Diversion Program, related to failure to sign application as a witness, signed May 19, 2021 | STATE087373 | 344 | H | |
| 107 | Agreement, OAG Prosecution Diversion Program, related to violations of Tex. Elec. Code §§ 64.012 and 276.013, signed August 5, 2019 | STATE087375 | | H, R | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 108 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018 | STATE087376 | 345 | H | |
| 109 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 25, 2018 | STATE087377 | 346 | H | |
| 110 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 25, 2018 | STATE087380 | 347 | H | |
| 111 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018 | STATE087381 | | H, R | |
| 112 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018 | STATE087382 | | H, R | |
| 113 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed September 17, 2018 | STATE087386 | 348 | H | |
| 114 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018 | STATE087391 | 350 | H | |
| 115 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018 | STATE087392 | 351 | H | |
| 116 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018 | STATE087393 | | H, R | |
| 117 | Final Judgment, *Rangle v. Rodriguez,* NO. 2022CVK001669D1 (49th Dist. Ct., Webb County, Feb. 2, 2023) | STATE184628-37 | | H, R | |

10

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 118 | United States' Responses to Texas's First Set of RFPs - Privilege Log | | | R | |
| 119 | November 4, 2013, Press Release from FBI San Antonio Field Office, Re: Former Cameron County Woman Convicted of Voter Fraud | STATE107789 | | H | |
| 120 | June 5, 2014, Press Release from Department of Justice U.S. Attorney's Office Southern District of Texas, Re: Campaign Worker Pleads Guilty To Buying Votes In Donna School Board Election | STATE107844-45 | | H, R | |
| 121 | June 19, 2014, Press Release from Department of Justice, Re: Campaign Manager Charged with Buying Votes in a Donna, Texas, School Board Election | STATE097645-46 | | H, R | |
| 122 | December 1, 2014, Press Release from FBI San Antonio Field Office, Re: Campaign Manager Pleads Guilty to Conspiracy to Buy Votes in a Donna, Texas School Board Election | STATE107785 | | H, R | |
| 123 | House Journal, Eightieth Legislature, Regular Session, Sixtieth Day - Monday April 23, 2007 | STATE098214-75 | | | |
| 124 | Transcript of Texas Senate Committee on State Affairs, March 18, 2019, Hearing, Re: Senate Bill 9 | STATE098545-658 | | | |
| 125 | December 3, 2018, Letter from Senator Judith Zaffirini to Senator Bryan Hughes regarding Senate Select Committee on Election Security | STATE108349-50 | | H, R | |
| 126 | Chuck DeVore, *The Role of Voter List Maintenance and Voter Identification in Election Integrity*, Texas Public Policy Foundation, March 2021 | TXLEG_0001066 | | H, R | |
| 127 | July 22, 2020, Letter from Harris County Clerk Chris Hollins to Governor Greg Abbott, Re: Extended Early Voting Days for November 2020 Election | STATE098283 | | H, R | |
| 128 | Governor's Proclamation, dated July 27, 2020, suspending certain statutes | STATE098533-36 | | R | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| | concerning elections on November 3, 2020 | | | | |
| 129 | Governor Proclamation, dated October 1, 2020, suspending certain statutes concerning the November 3, 2020, elections | | | R | |
| 130 | Complaint, ECF 1, *Tex. League of United Latin Am. Citizens v. Abbott*, 493 F. Supp. 3d 548, 567 (W.D. Tex. 2020), vacated sub nom. Tex. League of United Latin Am. Citizens v. Hughs, No. 20-50867, 2021 WL 1446828 (5th Cir. Feb. 22, 2021) | | | H, R | |
| 131 | Justice Devine Dissent, *In re Hotze,* et al, No. 20-0751, 627 S.W.3d 652 (Tex. 2020) | | | R | |
| 132 | August 25, 2020, Tweet from Harris County Elections about unsolicited ABBMS | | | A, H, R | |
| 133 | August 27, 2020, Letter from Director of Elections Keith Ingram to Harris County Clerk Chris Hollins about unsolicited ABBMs | | | H, R | |
| 134 | Petition, *State v. Hollins*, NO. 14-20-00627- CV (127th Dist. Ct., Harris County, Tex. Aug. 31, 2020) | | | H, R | |
| 135 | August 31, 2020, Letter from Charles K. Eldred to Seth Hopkins about Rule 11 Agreement in *State v. Hollins* | | | H, R | |
| 136 | Opinion, *State v. Hollins*, 620 S.W.3d 400, 403 (Tex. 2020) | | | R | |
| 137 | Webpage, *Drive-Thru Voting*, HARRIS COUNTY ELECTION DIVISION, https://harrisvotes.com/drivethruvoting | STATE097764-67 | | A, R | |
| 138 | October 16, 2020, Letter from Attorney General Ken Paxton to Texas Election Officials about drive-thru voting | | | H, R | |
| 139 | Petition for Writ of Mandamus, *In re Hotze,* et al, No. 20-0819, 610 S.W.3d 909 (Tex. 2020) | | | H, R | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 140 | Justice Devine Dissent, *In re Hotze,* et al, No. 20-0819, 610 S.W.3d 909 (Tex. 2020) | STATE098278-82 | | R | |
| 141 | Map of 24-Hour Voting Locations in Harris County during November 2020 General Election | STATE097483 | | | |
| 142 | Map of Drive Thru Voting Locations in Harris County during November 2020 General Election | STATE097763 | | | |
| 143 | September 10, 2020, Email from Elections Division Attorney Charles Pinney to Assistant Director Dan Hayes, Re: Travis County Central Count Accommodations for Poll Watchers | STATE092408-09 | | H, R | |
| 144 | Picture taken of sequestered poll watchers in Travis County's central count during November 2020 General Election | | | R | |
| 145 | Emergency Petition for Writ of Mandamus, *In re Mackowiak, et al*, No. 20-0889 (Tex. 2020) | STAT098659-724 | | H, R | |
| 146 | Brief of the Texas Attorney General, *In re Mackowiak, et al*, No. 20-0889 (Tex. 2020) | STATE097484-90 | | H, R | |
| 147 | Rule 11 Agreement between Relators and Respondent, *In re Mackowiak, et al*, No. 20-0889 (Tex. 2020) | STATE097978-79 | | H, R | |
| 148 | November 11, 2020, Press Release, *Travis County Candidate Settles with Travis County Clerk*, Martin Harry for District Attorney | STATE098419 | | H, R | |
| 149 | December 8, 2022, Letter from Harris County Election Administrator Clifford Tatum to Secretary of State John Scott, about Countywide Polling Place Program | STATE122932-36 | | H | |
| 150 | Harris County November 6, 2018, General and Special Elections Early Voting Schedule | STATE170226 | | | |
| 151 | Harris County November 3, 2020, General and Special Elections Early Voting Schedule | STATE098175-76 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 152 | Harris County Early Voting Polling Location List for November 3, 2020, General and Special Elections | STATE098209-213 | | | |
| 153 | Harris County Election Day Polling Location List for November 3, 2020, General and Special Elections | STATE098178-208 | | | |
| 154 | Harris County November 8, 2022, General and Special Elections Early Voting Schedule | STATE170227-28 | | | |
| 155 | Turnout and Registration Figures, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/70-92.shtml | STATE099276-98 | | | |
| 156 | *Bee County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/bee.shtml | STATE107733 | | | |
| 157 | *Bexar County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/bexar.shtml | STATE107734-35 | | | |
| 158 | *Cameron County Voter Registration Figures*, SECRETARY OF STATE, https://www .sos.state.tx.us/elections/historical/cameron.shtml | STATE107736- 37 | | | |
| 159 | *Collin County Voter Registration Figures*, SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/collin. shtml | STATE107738-39 | | | |
| 160 | *Dallas County Voter Registration Figures*, SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/dallas .shtml | STATE107740-41 | | | |
| 161 | *Denton County Voter Registration Figures*, SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/denton.shtml | STATE107742-43 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 162 | *DeWitt County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/dewitt.shtml | STATE107744 | | | |
| 163 | *El Paso County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/elpaso.shtml | STATE107745-46 | | | |
| 164 | *Fort Bend County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/fortbend.shtml | STATE107747-48 | | | |
| 165 | *Galveston County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/galveston.shtml | STATE107749 | | | |
| 166 | *Guadalupe County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/guadalupe.s html | STATE107750-51 | | | |
| 167 | *Harris County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/harris.shtml | STATE107752-53 | | | |
| 168 | *Hidalgo County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/hidalgo.shtml | STATE107754-55 | | | |
| 169 | *Medina County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/medina.sht ml | STATE107756 | | | |
| 170 | *Montgomery County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. | STATE107757 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| | state.tx.us/elections/historical/montgom ery.shtml | | | | |
| 171 | *Starr County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/his torical/starr.shtml | STATE107758-59 | | | |
| 172 | *Tarrant County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/tarrant.sht ml | STATE107760-61 | | | |
| 173 | *Travis County Voter Registration Figures*, SECRETARY OF STATE, https://www.sos. state.tx.us/elections/historical/travis.sht ml | STATE107762-63 | | | |
| 174 | 2020-2021 Voting Assistance Guide, Texas | STATE115160-75 | | | |
| 175 | 2022-2023 Voting Assistance Guide, Alabama | STATE115060-65 | | R | |
| 176 | 2022-2023 Voting Assistance Guide, Georgia | STATE115074-85 | | R | |
| 177 | 2022-2023 Voting Assistance Guide, Florida | STATE115066-73 | | R | |
| 178 | 2022-2023 Voting Assistance Guide, Hawaii | STATE115086-91 | | R | |
| 179 | 2022-2023 Voting Assistance Guide, Louisiana | STATE115092-99 | | R | |
| 180 | 2022-2023 Voting Assistance Guide, Mississippi | STATE115100-07 | | R | |
| 181 | 2022-2023 Voting Assistance Guide, New Jersey | STATE115108-13 | | R | |
| 182 | 2022-2023 Voting Assistance Guide, New Mexico | STATE115114-19 | | R | |
| 183 | 2022-2023 Voting Assistance Guide, North Carolina | STATE115120-29 | | R | |
| 184 | 2022-2023 Voting Assistance Guide, North Dakota | STATE115130-35 | | R | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 185 | 2022-2023 Voting Assistance Guide, Pennsylvania. | STATE115136-43 | | R | |
| 186 | 2022-2023 Voting Assistance Guide, South Dakota | STATE115144-51 | | R | |
| 187 | 2022-2023 Voting Assistance Guide, Tennessee | STATE115152-59 | | R | |
| 188 | 2022-2023 Voting Assistance Guide, Texas | STATE115176-91 | 104 | | |
| 189 | 2022-2023 Voting Assistance Guide, Virginia | STATE115192-203 | | R | |
| 190 | 2022-2023 Voting Assistance Guide, West Virginia | STATE115204-209 | | R | |
| 191 | Webpage, *State Laws Governing Early Voting*, NATIONAL CONFERENCE OF STATE LEGISLATURES (Aug. 8, 2019) | | | H, R | |
| 192 | List of Amendment to Senate Bill 1, Texas Legislature Online | | | | |
| 193 | Enrolled version of House Bill 315. An Act Relating to a Statement by the Secretary of State Regarding the Furnishing of Certain Personal Information on an Application for a Ballot to be Voted by Mail, H.B. 315, 88th Leg., R.S. (2023) | STATE182552-55 | | | |
| 194 | Enrolled version of House Bill 3159. An Act Relating to the Use of an Accessible Absentee Mail System by Certain Voters, H.B. 3159, 88th Leg., R.S. (2023) | STATE182586-91 | | | |
| 195 | Enrolled version of House Bill 357. An Act Relating to the Requirements to Access the Online Tracker of an Application for a Ballot to be Voted by Mail and to the Date of Runoff Elections, H.B. 357, 88th Leg., R.S. (2023) | STATE182637-40 | 7 | | |
| 196 | Enrolled version of Senate Bill 1052. An Act Relating to the Compensation of an Election Judge or Clerk, S.B. 1052, 88th Leg., R.S. (2023) | STATE182661-62 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 197 | Enrolled version of Senate Bill 1599. An Act Related to Ballots Voted by Mail, S.B. 1599, 88th Leg., R.S. (2023) | STATE182732-43 | 6 | | |
| 198 | Enrolled version of Senate Bill 477. An Act Relating to Accommodating Voters with a Disability, S.B. 477, 88th Leg., R.S. (2023) | STATE182774-78 | | | |
| 199 | Enrolled version of Senate Bill 975. An Act Relating to the Procedures for the Issuance of a Personal Identification Certificate to a Person Whose Driver's License is Surrendered, S.B. 975, 88th Leg., R.S. (2023) | STATE182805-06 | 9 | | US exhibit at US00007914-15 |
| 200 | Expert Witness Report, Prof. Eitan Hersh, *Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1.* (Served on Feb. 10, 2023) | US00007385-10 | 146 | | |
| 201 | Expert Witness Report, Prof. Eitan Hersh, *Addendum to Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1.* (Served on May 8, 2023) | US00007377-84 | 147 | | |
| 202 | Election Advisory No. 2022-13, Certain Activities in Vicinity of Polling Places, dated February 14, 2022 | STATE001463-67 | | | |
| 203 | Election Advisory No. 2022-02, Instructions and Deadlines for Mailing/Emailing Ballots Under the Federal "MOVE Act" for Overseas Voters, dated January 10, 2022 | STATE124074-79 | 99 | | US exhibit at STATE040059-64 |
| 204 | Election Advisory No. 2021-14, Re: Impact of Redistricting on Certain Election Deadlines and Procedures, dated November 1, 2021. | STATE001477-82 | | | |
| 205 | Election Advisory No. 2021-10, Re: NEW LAW: SB 1111 (2021, Regular Session) Address Confirmation Process and Forms, dated August 31, 2021 | STATE098870-72 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 206 | Election Advisory No. 2021-09, Re: 2021 Legislative Summary - 87th Regular Session, dated July 30, 2021 | STATE098864-69 | | | |
| 207 | Election Advisory No. 2021-08, Re: November 2, 2021, Election Law Calendar - Last Updated: June 2021 | STATE097826-859 | | | |
| 208 | Election Advisory No. 2020-27, Re: Minority Language Requirements, dated September 7, 2020 | STATE097824-25 | | | |
| 209 | Election Advisory No. 2020-17, Re: November 3, 2020, Election Law Calendar - Updated August 2020 | STATE097791-823 | | | |
| 210 | Election Advisory No. 2019-09, Re: Minority Language Requirements, dated June 25, 2019 | STATE097788 | | | |
| 211 | Form 5-6, Roster for Voters Hand-Delivering Carrier Envelope, January 2022 | STATE046603 | | | |
| 212 | Form 5-16, Application for Emergency Early Voting Ballot due to Death in the Family, January 2022 | STATE138843-44 | 16 | | US exhibit at STATE138167-68 |
| 213 | Form 5-18, Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability, January 2022 | STATE138169-70 | 17 | | |
| 214 | Instructions for Form 5-18, Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability, January 2022 | STATE138054 | | | |
| 215 | Form 5-19, Application for Emergency Early Voting Ballot Board Due to Sickness of Physical Disability: Instructions for Voter after Marking the Ballot, January 2022 | STATE138171 | | | |
| 216 | Form 5-16(b), Request for Updated Annual Application for Ballot by Mail, prescribed by the Secretary of State, October 2022 | STATE185506-07 | | | |
| 217 | Form 6-15, Carrier Envelope for Early Voting Ballot, May 2022 | STATE123087-89 | 29 | | US exhibit at STATE132937-39 |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 218 | Instructions for Form 6-15, Carrier Envelope for Early Voting Ballot, May 2022. | STATE123085 | | | |
| 219 | September 27, 2022, Email from Director of Elections Keith Ingram to Joyce LeBombard, League of Women Voters, Re: Two More Quick Questions | STATE140777-79 | | H | |
| 220 | December 9, 2021, Email from Deputy Director J. Scott Wiedmann, Federal Voting Assistance Program, to Legal Director Christina Adkins, Re: RE: [Non- DoD Source] Questions on Carrier Envelopes for FPCA voters | STATE031889-90 | | H | |
| 221 | February 1, 2022, Email from Elections Division Attorney Melanie Best and Christina Obermiller, Department of Defense, Federal Voting Assistance Program, Re: FPCA ID Question - FVAP/Obermiller | STATE04893-94 | 234 | H | |
| 222 | April 19, 2022, Mass Email from Elections Division Attorney Heidi Martinez to Election Officials, Re: Forms Release 4/19/2022 | STATE123303 | 278 | | US exhibit at STATE087671 |
| 223 | July 7, 2022, Mass Email from Director of Elections Keith Ingram to Election Officials, Re: Notice of Court Order and Revised Election Forms | [STATE]123318-19 | | H | |
| 224 | August 25, 2022, Mass Email from Secretary of State's Elections Internet account to Election Officials, Re: Important Information for the November 8, 2022, General Election | STATE124342-44 | | H | |
| 225 | September 21, 2022, Mass Email from Secretary of State's Elections Internet account to Election Officials, Re: Updated Forms and Resources - Notice of Court Order and Revised Election Forms | STATE138776-78 | | H | |
| 226 | October 11, 2022, Mass Email from Legal Director Christina Adkins to Election Officials, Re: Reminder - Webinar Today | STATE124636-39 | | H | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 227 | Request for Proposal, *Voter Education and Outreach Opportunities for 2022 Elections*, Secretary of State | STATE137757-837 | 115 | H | |
| 228 | Report to the 88th Legislature on the Implementation of Educational Programs to Help Voters with Disabilities Understand How to Use Voting Systems Used in the State of Texas | STATE137752-56 | 12 | H, R | |
| 229 | September 8, 2022, Press Release, *SOS 101: Voter Registration in Texas*, Texas Secretary of State Press Office | STATE120522-25 | | H | |
| 230 | October 12, 2022, Press Release, *SOS 101: Voting by Mail in Texas*, Texas Secretary of State Press Office | STATE119692-98 | 335 | | |
| 231 | September 20, 2022, Press Release, *Secretary Scott Marks National Voter Registration Day, Highlights Statewide 'VoteReady' Voter Education Campaign*, Texas Secretary of State Press Office | STATE120634-41 | 334 | | |
| 232 | November 7, 2022, Press Release, *What to Expect on Election Day in Texas*, Texas Secretary of State Press Office | STATE122811-15 | | H | |
| 233 | February 9, 2022, Email from Assistant Secretary of State for Communications Sam Taylor to Director of Elections Keith Ingram, Re: Correction to CNN story - incorrect information about new vote by mail ID requirement | STATE046882-84 | | H | |
| 234 | Webpage, *Voters with Special Needs*, EPCOUNTYVOTES.COM, https://epcounty votes.com/voter_information/voters_with_special_needs. | STATE170217-19 | | A | |
| 235 | Notice to Voters with Disabilities, Harris County | STATE170319 | | A | |
| 236 | Webpage, *Services Available to Voters with Disabilities in Texas*, VOTETEXAS.GOV, https://www.votetexas.gov/voters-with-special-needs/ | STATE099301-04 | | A | |
| 237 | Webpage, *FPCA Ballot Tracker*, TEXAS SECRETARY OF STATE, | STATE170224-25 | | A | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| | https://web services.sos.state.tx.us/FPCA/index.asp x | | | | |
| 238 | Handbook for Election Judges and Clerks, *Qualifying Voters on Election Day 2022*, Secretary of State, revised January 2022 | STATE034699-779 | 95 | | US exhibit at STATE001377-57 |
| 239 | Poll Watcher's Guide, Secretary of State, revised January 2022 | STATE106313-37 | | | Appears duplicative of Exhibit 28 |
| 240 | Travis County Poll Worker Training Manual | 64.134855 | | | |
| 241 | Harris County Election Manual 2022-2023 | STATE170320-527 | | | |
| 242 | Frequently Asked Questions: Voting in Person | TATUM_005680 | | | |
| 243 | Power Point Presentation, *Poll Watchers,* County Election Officials Election Law Seminar, July 2018 | STATE085635-41 | | | |
| 244 | Power Point Presentation, *Communicating Legislative Changes: ID Requirements for Voting by Mail*, NASED Presentation, Secretary of State, February 2023 | STATE177246-68 | 91 | H | US exhibit at STATE174015-37 |
| 245 | Power Point Presentation, *SOS Updates 2021*, Secretary of State | STATE075496 | | | |
| 246 | Power Point Presentation, *Elections 101*, Secretary of State, July 2020 | STATE085183-232 | | | |
| 247 | Power Point Presentation, *Early Voting in Person Changes*, Secretary of State | RFP14_000071 | | | |
| 248 | Power Point Presentation, FAQs on Applications for Ballot by Mail (ABBMs), Secretary of State | STATE061321-24 | 73 | | US exhibit at STATE001713-43 |
| 249 | Power Point Presentation, *Election Reconciliation-Official Totals*, Webinar, Secretary of State, March 2022 | STATE019553-72 | | | |
| 250 | Power Point Presentation, *Election Reconciliation Forms*, Webinar, Secretary of State, April 2022 | STATE087830-66 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 251 | Power Point Presentation, *Election Reconciliation Forms*, Webinar, Secretary of State, October 2022 | STATE112370-414 | | | |
| 252 | Power Point Presentation, *Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope*, Secretary of State, February 2022 | STATE059522-557 | 74 | | US exhibit at STATE044166-01 |
| 253 | Power Point Presentation, *Training for EVBB/SVC Members on New Ballot by Mail Procedures*, Secretary of State, April 2022 | STATE124844-94 | 82 | | |
| 254 | Power Point Presentation, *Update from SOS*, Secretary of State, August 2022. | STATE111746-83 | | R | |
| 255 | Power Point Presentation, *Training for EVBB/SVC Members on New Ballot by Mail Procedures: General Election for State and County Officers*, Secretary of State, October 2022 | STATE124640-65 | 88 | | |
| 256 | Power Point Presentation, *Proactive Communication Strategies for Local Election Officials, Secretary of State*, Election Seminar, Secretary of State, November 2022 | STATE148646-70 | | H | |
| 257 | Power Point Presentation, *Election Forms*, Election Seminar, Secretary of State, December 2022 | STATE114273-351 | | | |
| 258 | Online Poll Worker Training Program, Secretary of State, January 6, 2016 | STATE081477-98 | | A, H, R | |
| 259 | 2020 Election Administration and Voting Survey, U.S. Election Assistance Commission. (Exhibit 8 - April 7, 2023, Dep. of Tammy Patrick) | | 141 | | |
| 260 | 2020 EAVS Manual, U.S. Election Assistance Commission | STATE050649-92 | | | |
| 261 | 2018 Election Administration and Voting Survey, U.S. Election Assistance Commission | STATE114809 - 5059 | 142 | | |
| 262 | 2016 Election Administration and Voting Survey, U.S. Election Assistance Commission. (Exhibit 6 - April 7, 2023, Dep. of Tammy Patrick) | | 143 | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 263 | 2014 EAC Election Administration and Voting Survey Comprehensive Report, U.S. Election Commission | STATE114498-808 | | | |
| 264 | 2010 Election Administration and Voting Survey, U.S. Election Assistance Commission | STATE114377 - 497 | | | |
| 265 | Travis County Early Voting Locations for November 3, 2020, General Election | STATE098965 | | A | |
| 266 | Travis County Election Day Vote Centers for November 3, 2020, General Election | STATE098974-76 | | A | |
| 267 | Travis County Early Voting Locations for March 1, 2022, Primary Election | STATE098963 | | A | |
| 268 | Travis County Election Day Vote Centers for March 1, 2022, Primary Election | STATE098966-68 | | A | |
| 269 | Travis County Early Voting Locations for May 7, 2022, Local Elections | STATE098964 | | A | |
| 270 | Travis County Election Day Vote Centers for May 7, 2022, Local Elections | STATE098969-71 | | A | |
| 271 | Kerr County Polling Locations for November 8, 2022, General Election | STATE170292 | | A | |
| 272 | Election Reconciliation Form for November 8, 2022, General Election, Travis County | 64.134709 | | | |
| 273 | Preliminary Election Reconciliation - Unofficial Totals for March 1, 2022, Primary Elections, Harris County | | | | |
| 274 | Election Reconciliation Form for March 1, 2022, Democratic Primary Election, Harris County | | | | |
| 275 | Election Reconciliation Form for March 1, 2022, Republican Primary Election, Harris County | | | | |
| 276 | Election Reconciliation Form for November 8, 2022, General Election, Harris County. | TATUM_005330 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 277 | Election Reconciliation Form for November 8, 2022, General Election, Harris County. | STATE170229 | | | |
| 278 | Harris County Community Partnership Presentation. | TATUM_005753 | | | |
| 279 | Reference Manual & Checklist April 2022, Harris County. | STATE098019-174 | | A | |
| 280 | Poll Worker Training November 8, 2022, General Election, Hays County | STATE181404-45 | | A | |
| 281 | Webpage, *Countywide Vote Centers Information*, DALLASCOUNTYVOTES.ORG, https://www.dallascountyvotes.org/countywide-polling-places | STATE097760-62 | | | |
| 282 | Declaration of Brian Keith Ingram, ECF 43-1, *Tex. League of United Latin Am. Citizens v. Abbott*, 493 F. Supp. 3d 548, 567 (W.D. Tex. 2020), vacated sub nom. Tex. League of United Latin Am. Citizens v. Hughs, No. 20-50867, 2021 WL 1446828 (5th Cir. Feb. 22, 2021) | STATE098337-40 | | H, R | |
| 283 | Reporters Record, Vol. 2 of 3, October 13, 2020, Hearing on Plaintiff's Application for Temporary Injunction and Defendants Plea to the Jurisdiction, *Anti-Defamation League Austin, Southwest, and Texoma Regions v. Abbott*, Cause No. D-1-GH-20-005550 | STATE098977-275 | | H, R | |
| 284 | Appellant's Brief, *Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Regions*, Appellate Cause No. 03-20-00498- CV, 2020 WL 6586318 (Tex. App.-Austin) | STATE097491-600 | | H, R | |
| 285 | Appellant's Reply Brief, *Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Regions*, Appellate Cause No. 03- 20-00498- CV (Tex. App.-Austin) | STATE097601-40 | | H, R | |
| 286 | Order, ECF 63, *Hotze v. Hollins*, No. 4:20- CV-03709, (S.D. Tex. Nov. 2, 2020), aff'd in part, vacated in part sub | | | R | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| | nom. Hotze v. Hudspeth, 16 F.4th 1121 (5th Cir. 2021). (Exhibit 12 - May 6, 2022, Dep. of Chris Hollins) | | | | |
| 287 | John Burnett & Marisa Peñaloza, *In Rio Grande Valley, Some Campaign Workers Are Paid To Harvest Votes*, NPR (July 7, 2015) | STATE107793-808 | | H, P | |
| 288 | Tim Acosta, *Judge tosses Kleberg County justice of the peace votes, orders new election*, CALLER TIMES (June 26, 2018) | STATE107811-13 | | H | |
| 289 | Tim Acosta, *Robstown resident pleads guilty to voter fraud, barred from helping in future elections*, CALLER TIMES (June 14, 2018) | STATE107836-37 | | H | |
| 290 | U.S. Census Bureau's Quick Facts: Harris County, Texas, population estimate July 1, 2021. (Exhibit 46 - October 6, 2022, Dep. of Sen. Carol Alvarado) | | | A | |
| 291 | Risk for COVID-19 Infection, Hospitalization, and Death by Race/ Ethnicity, CENTER FOR DISEASE CONTROL AND PREVENTION (Apr. 7, 2023), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-race-ethnicity html | STATE170541 | | R | |
| 292 | Report of the Commission on Federal Election Reform, *Building Confidence in U.S. Elections*, September 2005 | STATE097647-759 | | H | |
| 293 | Transcript of Texas Senate Committee on State Affairs (Part I), August 9, 2021, Hearing, Re: Senate Bill 1 | STATE154280-302 | | | |
| 294 | Transcript of Texas Senate Committee on State Affairs (Part [II]), August 9, 2021, Hearing, Re: Senate Bill 1 | STATE154831-77 | | | |
| 295 | Transcript of Texas Senate Session (Part I), August 11, 2021, Re: Senate Bill 1 | STATE156017-125 | | | |
| 296 | Transcript of Texas Senate Session (Part II), August 11, 2021, Re: Senate Bill 1 | STATE156701-837 | | | |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| 297 | Transcript of Texas House Committee on Constitutional Rights and Remedies (Part I), August 23, 2021, Re: Senate Bill 1 | STATE160198-358 | | | |
| 298 | Transcript of Texas House Committee on Constitutional Rights and Remedies (Part II), August 23, 2021, Re: Senate Bill 1 | STATE162405-462 | | | |
| 299 | Transcript of Texas House of Representatives Session (Part I), August 26, 2021, Re: Senate Bill 1 | STATE163200-286 | | | |
| 300 | Transcript of Texas House of Representatives Session (Part II), August 26, 2021, Re: Senate Bill 1 | STATE165397-451 | | | |
| 301 | Transcript of Texas House of Representatives Session (Part I), August 27, 2021, Re: Senate Bill 1 | STATE166756-772 | | | |
| 302 | Transcript of Texas House of Representatives Session (Part II), August 27, 2021, Re: Senate Bill 1 | STATE167151-54 | | | |
| 303 | Transcript of Texas Senate Session, August 27, 2021, Re: Senate Bill 1 | STATE167176-179 | | | |
| 304 | Transcript of Texas House of Representatives Session, August 31, 2021, Re: Senate Bill 1 | STATE167201-07 | | | |
| 305 | Transcript of Texas Senate Session, August 31, 2021, Re: Senate Bill 1 | STATE167300-328 | | | |
| 306 | 2022 P22 App Rejections (Includes Voters that Cured Rej).xlsx | 64.127324 | | | |
| 307 | Summary Exhibit - ABBM application and ballot numbers-20220325T005810Z- 001.zip?ABBM application and ballot numbers\a_reqexpPM22_full.txt | LUPE_0007719 | | | No summary exhibit was produced. Reserve objections. |
| 308 | ABBM application and ballot numbers - 20220325T005810Z-001.zip?ABBM application and ballot numbers\a_reqexpPM22_full.txt | LUPE_0007719 | | A | |
| 309 | Summary Exhibit - REDACTED_-_P322_1_Dallas.xlsx | LUPE_0007734 | | | No summary exhibit was |

| # | Exhibit | Bates Range | US # | Objection | Notes/US Bates |
|---|---------|-------------|------|-----------|----------------|
| | | | | | produced. Reserve objections. |
| 310 | REDACTED_-_P322_1_Dallas.xlsx | LUPE_0007734 | | A | |
| 311 | Summary Exhibit - a_reqexpPM22_full.txt | LUPE_0024430 | | | No summary exhibit was produced. Reserve objections. |
| 312 | a_reqexpPM22_full.txt | LUPE_0024430 | | A | |
| 313 | Summary Exhibit - P322_Election.xlsx | HJ_0008945 | | | No summary exhibit was produced. Reserve objections. |
| 314 | P322_Election.xlsx | HJ_0008945 | | A | |
| 315 | January 31, 2017, Letter on Results of Audit of November 8, 2016, General Election from Gretchen Nagy, Director, Travis County Voter Registration to Michael Winn, Director, Travis County Clerk Elections Division | | | H, P | |

Date: August 15, 2023