**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., | |
| Defendants. | |
| OCA-GREATER HOUSTON, et al., | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-780-XR |
| JOHN SCOTT, et al., | |
| Defendants. | |
| HOUSTON JUSTICE, et al. | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-848-XR |
| GREGORY WAYNE ABBOTT, et al. | |
| Defendants. | |
| LULAC TEXAS, et al. | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-786-XR |
| JOHN SCOTT, et al. | |
| Defendants. | |

|  |  |
|---|---|
| MI FAMILIA VOTA, et al. | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-0920-XR |
| GREG ABBOTT, et al. | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | NO. 5:21-cv-1085-XR |
| THE STATE OF TEXAS, et al. | |
| Defendants. | |

### MI FAMILIA VOTA PLAINTIFFS' OBJECTIONS TO STATE DEFENDANTS' PRETRIAL DISCLOSURES

Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs") respectfully submit the following objections to the State Defendants' Pretrial Disclosures. The MFV Plaintiffs also join in any additional objections made by other Plaintiffs that are not included in the MFV Plaintiffs' objections.

### EXHIBITS

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1 | Signed and executed copy Senate Bill 1. https://webservices.sos.state.tx.us/legbills/files/C287/SB1.pdf. | No Objection |
| 2 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eitan Hersh's February 10, 2023, Second Supplemental Report. (Served on Mar. 3, 2023) | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 3 | Expert Witness Report, Prof. Mark Hoekstra, *Response to Prof. Eitan Hersh's February 28, 2022, Initial Report.* (Served on Mar. 29, 2022). | No Objection |
| 4 | Notice of Correction to March 29, 2022, Expert Report of Prof. Mark Hoekstra, Ph.D., Written in Response to the February 28, 2022, Report by Prof. Eitan Hersh.(Served on Apr. 25, 2023). | No Objection |
| 5 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Christian Grose's February 10, 2023, Supplemental Report. (Served on Mar. 3, 2023) | No Objection |
| 6 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Christian Grose's February 28, 2022, Initial Report. (Served on Mar. 29, 2022). | No Objection |
| 7 | Notice of Correction to March 29, 2022, Expert Report of Prof. Mark Hoekstra, Written in Response to the February 28, 2022, Report by Prof. Christian Grose. (Served on Apr. 25, 2023). | No Objection |
| 8 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eric McDaniel's February 10, 2023, Second Supplemental Report. (Served on Mar. 3, 2023). | No Objection |
| 9 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eric McDaniel's February 28, 2022, Initial Report. (Served on Mar. 29, 2022). | No Objection |
| 10 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Kenneth R. Mayer's March 6, 2023, Supplemental Report. (Served on Apr. 5, 2023). | No Objection |
| 11 | Notice of Correction to April 5, 2023, Expert Report of Prof. Mark Hoekstra, PhD, Written in Response to the March 6, 2023, Report by Prof. Kenneth Mayer. (Served on Apr. 25, 2023). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 12 | Expert Witness Report, Dr. Stephen C. Graves. (Served on Mar. 29, 2022). | No Objection |
| 13 | Election Advisory No. 2021-18, Re: Revised: March 1, 2022, Primary Election and May 24, 2022, Primary Runoff Election Law Calendar, dated November 12, 2021. (STATE097860–908). | No Objection |
| 14 | Election Advisory No. 2021-21, Re: Legislative Summary – Second and Third Special Sessions, dated November 19, 2021. (STATE001483–502). | No Objection |
| 15 | Election Advisory No. 2021-23, Re: May 7, 2022, Election Law Calendar, dated December 10, 2021. (STATE097909–48). | No Objection |
| 16 | Election Advisory No. 2022-07, Re: NEW LAW: Changes to Early Voting by Personal Appearance – House Bill 2025, House Bill 3107, and Senate Bill 1, dated January 21, 2022. (STATE001577–93) | No Objection |
| 17 | Election Advisory No. 2022-08, Re: NEW LAW: Senate Bill 1 – Opportunity to Correct Defects on Application for a Ballot by Mail and Carrier Envelope, dated November 19, 2021. (STATE034294–321) | No Objection |
| 18 | Election Advisory No. 2022-09, NEW LAW: Changes to Poll Watcher Requirements Under House Bill 3107 and Senate Bill 1, dated February 4, 2022. (STATE060559) | No Objection |
| 19 | Election Advisory No. 2022-12, Re: Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail or Carrier Envelope, dated February 11, 2022. (STATE001469–73). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 20 | Election Advisory No. 2022-18, Re: Additional Ballot by Mail Procedures for May Uniform Election and Primary Runoff Election, dated April 26, 2022. (STATE087955–58) | No Objection |
| 21 | Election Advisory No. 2022-25, Re: November 8, 2022, Election Law Calendar, dated June 20, 2022, dated June 20, 2022. (STATE122992–3039) | No Objection |
| 22 | Spreadsheet created by Secretary of State in response to media inquiries, listing mail- ballot rejection rates for 2022 elections. (STATE115581-616). | Foundation FRE 402 FRE 802 |
| 23 | Final Report on Audit of 2020 General Election in Texas. (STATE115222–580). | FRE 402 FRE 802 |
| 24 | Executive Summary to Audit 2020 General Election in Texas (STATE115212–221). | FRE 402 FRE 802 |
| 25 | Harris County Post Election Assessment of the November 8, 2022, General Election. (STATE170230–83). | No Objection |
| 26 | Handbook for Election Judges and Clerks, Qualifying Voters on Election Day 2022, Secretary of State, revised July 2022. (STATE110976-1056). | FRE 802 |
| 27 | Handbook for Election Judges and Clerks, Early Voting Ballot Board & Signature Verification Committee, Secretary of State, revised July 2022. (Exhibit 17 – February 28, 2023, Dep. of Jacquelyn Callanen). | No Objection |
| 28 | Poll Watcher's Guide, Secretary of State, revised January 2022. (STATE106313–337). | No Objection |
| 29 | Draft of Poll Watcher Online Training, Secretary of State, January 20, 2022 (STATE035175–90). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 30 | Texas Voter Registration Application (Spanish) (STATE046251–52). | No Objection |
| 31 | Texas Voter Registration Application (English) (STATE046253–54). | No Objection |
| 32 | Federal Post Card Application (Exhibit 3 – July 29, 2022, Dep. of Scott Wiedmann). | No Objection |
| 33 | Federal Write-In Absentee Ballot (Exhibit 4 – July 29, 2022, Dep. of Scott Wiedmann). | No Objection |
| 34 | Form 4-20, Certificate of Appointment of Poll Watcher by a Candidate, January 2022. (STATE060813–14). | No Objection |
| 35 | Form 4-21, Certificate of Appointment of Poll Watcher by Political Party, January 2022. (STATE060815–16). | No Objection |
| 36 | Form 4-22, Certificate of Appointment of Poll Watcher for Propositions or Measures, January 2022 (STATE060817–16). | No Objection |
| 37 | Form 4-23, Certificate of Appointment of Poll Watcher by Registered Voters on Behalf of a Write-In Candidate, January 2022 (STATE060819–20). | No Objection |
| 38 | Form 5-21, Ballot Envelope (For Secrecy), January 2022. (STATE061390–91). | No Objection |
| 39 | Form 6-2, Notice of Rejected Application for Ballot by Mail, January 2022. (STATE031641–42). | No Objection |
| 40 | Form 6-3, Notice of Rejected Application for Ballot by Mail - Missing or Incorrect Personal Identification Numbers, January 2022. (STATE031643–44). | No Objection |
| 41 | Form 6-4, Notice of Rejected Application for Ballot by Mail - Required Personal Identification Number is Not Associated with Your Voter Record, January 2022. (STATE074329–30). | No Objection |

120581401.1 0099831-00001

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 42 | Form 6-6, Request to Cancel Application for Ballot by Mail – Early Voting Clerk's Form, January 2022. (STATE091410–11). | No Objection |
| 43 | Form 6-11, EVC Notice of Carrier Defect Mailed with Corrective Action Form (Spanish), April 2022. (STATE123304–06). | No Objection |
| 44 | Form 6-11, EVC Notice of Carrier Defect Mailed with Corrective Action Form (English), April 2022. (STATE123307–09). | No Objection |
| 45 | Form 6-12, EVC Notice of Carrier Defect Phone with Corrective Action Form (Spanish), April 2022. (STATE123310–12). | No Objection |
| 46 | Form 6-12, EVC Notice of Carrier Defect Phone with Corrective Action Form (English), April 2022. (STATE123313–15). | No Objection |
| 47 | Form 6-13, Notice of Surrendered Ballot by Mail, January 2022. (STATE034285). | No Objection |
| 48 | Form 6-14, Corrective Action Form for Defective Carrier Envelope, January 2022. (STATE034286). | No Objection |
| 49 | Form 6-15, Carrier Envelope for Early Voting Ballot (regular ABBM), July 2022. (STATE138768–70). | No Objection |
| 50 | Form 6-17, Information about Returning Your Carrier Envelope, January 2022. (STATE074293–94). | No Objection |
| 51 | Form 6-35, Notes for Carrier Envelope (FPCA), January 2022. (STATE01634). | No Objection |
| 52 | Form 6-36, Information about Returning Your Voted Mail Ballot (FPCA Insert), January 2022. (STATE031652–53). | No Objection |
| 53 | Form 6-37, Official Election Signature Sheet for an FPCA Voter, December 2021 (English/Spanish). (STATE001643–44). | No Objection |

120581401.1 0099831-00001

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 54 | Form 7-33 (AW7-7b), Notice of Voting Order Priority, January 2022. (STATE033209) | No Objection |
| 55 | Form 7-58, Oath of Assistance and Interpreter, July 2022. (STATE138771–72). | No Objection |
| 56 | Form 7-59, Information of Person that Provided Transportation to Seven or More Voters for Curbside Voting, October 2022. (Exhibit 9 – March 21, 2023, Dep. Of Lauren Smith). | No Objection |
| 57 | Form 8-15, Notice of Rejected Ballot, January 2022. (STATE152170). | No Objection |
| 58 | Form 8-20, Roster of Voters with Defective Carrier Envelopes – Returned to the Voter by Mail, January 2022. (STATE034287). | No Objection |
| 59 | Form 8-21, Roster of ABM Voters with Defective Carrier Envelopes – Notified by Phone or Email, January 2022. (STATE034288). | No Objection |
| 60 | Form 8-22, Roster of FPCA Voters with Defective Carrier Envelopes – Notified by Phone or Email, January 2022. (STATE034289). | No Objection |
| 61 | Form 8-23, Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail, January 2022. (STATE034290). | No Objection |
| 62 | Form 8-24, Notice of Carrier Defect – Vote Notified of Carrier Envelope Defect by Phone or Email, January 2022. (STATE034292). | No Objection |
| 63 | Instructions for Form 9-12, Preliminary Election Reconciliation - Unofficial Totals (Election Day), February 2022. (STATE019487–488). | No Objection |
| 64 | Form 9-12, Preliminary Election Reconciliation - Unofficial Totals (Election Day), February 2022. (STATE019489). | No Objection |
| 65 | Form 9-13, Election Reconciliation Form – Official Results (Canvass Form) February 2022. (STATE019490). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 66 | Instructions for Form 9-13, Election Reconciliation Form - Official Results (Canvass Form), February 2022. (STATE019491–92). | No Objection |
| 67 | January 18, 2022, Email from Election Security Trainer Alexa Buxkemper to Legal Director Christina Adkins, Re: How many forms  (STATE033331–32). | FRE 402 FRE 802 |
| 68 | Carrier Envelope Insert utilized by Denton County to remind voters of ID number requirement. (STATE154278). | No Objection |
| 69 | Carrier Envelope Insert utilized by Travis County to remind voters of ID number requirement. (064.134768–69). | No Objection |
| 70 | Carrier Envelope Insert utilized by Travis County to remind voters of ID number requirement. (064.134775–76). | No Objection |
| 71 | ABBM Insert utilized by Travis County to remind voters of ID number requirement. (064.134766–67). | No Objection |
| 72 | ABBM Insert with Numbers utilized by Travis County to remind voters of ID number requirement. (064.134773–74). | No Objection |
| 73 | Carrier Envelope Insert utilized by Harris County in 2022 Primaries to remind voters of ID number requirement (English/ Spanish). (TATUM  005333–34). | No Objection |
| 74 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Chinese/English). (TATUM  005335–36). | No Objection |
| 75 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Spanish/English). (TATUM  005337–38). | No Objection |
| 76 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement (Vietnamese/English). (TATUM  005337–38). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 77 | Carrier Envelope Insert utilized by Bexar County in the May 7, 2022, Local Election and May 24, 2022, Primary Runoff to remind voters of ID number requirement. (Exhibit C – April 20, 2022, Dep. of Jacquelyn Callanan). | No Objection |
| 78 | Carrier Envelope Insert utilized by Bexar County in the November 8, 2022, General Election to remind voters of ID number requirement. (Exhibit 13 – February 28, 2023, Dep. of Jacquelyn Callanan). | No Objection |
| 79 | Carrier Envelope Insert utilized by Hays County to remind voters of ID number requirement. (STATE139500–01). | No Objection |
| 80 | Carrier Envelope Insert utilized by Kleberg County to remind voters of ID number requirement. (STATE142722). | No Objection |
| 81 | ABBM Insert utilized by Kleberg County to remind voters of ID number requirement. (STATE140753). | No Objection |
| 82 | **CONFIDENTIAL** Election Fraud Violations Chart, Office of the Attorney General, updated April 20, 2022. (STATE112177–93). | FRE 402 FRE 802 Foundation |
| 83 | **CONFIDENTIAL** Instances of Suspected Illegal Voting Since March 1, 2018 – Cases Opened, Office of the Attorney General. (STATE112155–57). | FRE 402 FRE 802 Foundation |
| 84 | **CONFIDENTIAL** Case Tracking Spreadsheet, Election Integrity Unit, Office of the Attorney General. (STATE112158–59). | FRE 402 FRE 802 Foundation |
| 85 | 2020 Complaint Log, Secretary of State (STATE078234). | FRE 402 FRE 802 Foundation |
| 86 | 2016–2019 Complaint Log, Secretary of State (STATE078237). | FRE 402 FRE 802 Foundation |
| 87 | Election Fraud Complaints Referred for Investigation: SOS Referrals, updated May 10, 2022. (STATE107717–32). | FRE 402 FRE 802 Foundation |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 88 | March 11, 2021, Email from Director of Government Relations Ryan Fisher at the Office of Attorney General to Jessica Hart; Re: OAG Election Fraud Section. (STATE090960). | FRE 402 FRE 802 |
| 89 | Power Point Presentation, *Election Integrity*. (STATE054622–77). | FRE 402 FRE 802 Foundation |
| 90 | Indictment, *Texas v. Ward*, Cause No. 50947-B (STATE098012–14). | FRE 402 FRE 802 |
| 91 | Indictment, *Texas v. Jackson*, Cause No. 50949-B (STATE097980–98000). | FRE 402 FRE 802 |
| 92 | Indictment, *Texas v. Burns*, Cause No. 50951-B (STATE098008–11). | FRE 402 FRE 802 |
| 93 | Indictment, *Texas v. Brown*, Cause No. 50953-B (STATE098001–07). | FRE 402 FRE 802 |
| 94 | Indictment, *Texas v. Molina*, W-19-0134-J22. (STATE098413–18). | FRE 402 FRE 802 |
| 95 | Indictment, *United States v. Orelllana*, Case No. 9:18-cr-00020 (STATE098510–15). | FRE 402 FRE 802 |
| 96 | Judgment in a Criminal Case, *United States v. Orellana*, Case No. 9:18-cr-00020 (STATE098516–22). | FRE 402 FRE 802 |
| 97 | Plea Agreement, *United States v. Orelllana*, Case No. 9:18-cr-00020 (STATE098523–32). | FRE 402 FRE 802 |
| 98 | Warrant of Arrest, *Texas v. Molina*, W-19-0134-J22. (STATE098537–44). | FRE 402 FRE 802 |
| 99 | Agreement, OAG Prosecution Diversion Program, related to illegal voting, signed March 8, 2022. (STATE087320). | FRE 402 FRE 802 |
| 100 | Agreement, OAG Prosecution Diversion Program, related to unlawful assistance, signed June 6, 2018. (STATE087340). | FRE 402 FRE 802 |
| 101 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed October 28, 2021. (STATE087342). | FRE 402 FRE 802 |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 102 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 14, 2020. (STATE087345). | FRE 402<br>FRE 802 |
| 103 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 19, 2020. (STATE087360). | FRE 402<br>FRE 802 |
| 104 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed June 5, 2018. (STATE087365). | FRE 402<br>FRE 802 |
| 105 | Agreement, OAG Prosecution Diversion Program, related to unlawful assistance, signed June 15, 2018. (STATE087341). | FRE 402<br>FRE 802 |
| 106 | Agreement, OAG Prosecution Diversion Program, related to failure to sign application as a witness, signed May 19, 2021. (STATE087373). | FRE 402<br>FRE 802 |
| 107 | Agreement, OAG Prosecution Diversion Program, related to violations of Tex. Elec. Code §§ 64.012 and 276.013, signed August 5, 2019. (STATE087375). | FRE 402<br>FRE 802 |
| 108 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087376). | FRE 402<br>FRE 802 |
| 109 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 25, 2018. (STATE087377) | FRE 402<br>FRE 802 |
| 110 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 25, 2018. (STATE087380). | FRE 402<br>FRE 802 |
| 111 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018. (STATE087381). | FRE 402<br>FRE 802 |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 112 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018. (STATE087381). | FRE 402 FRE 802 |
| 113 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed September 17, 2018. (STATE087386). | FRE 402 FRE 802 |
| 114 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087391). | FRE 402 FRE 802 |
| 115 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087392). | FRE 402 FRE 802 |
| 116 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed June 26, 2018. (STATE087393). | FRE 402 FRE 802 |
| 117 | Final Judgment, *Rangle v. Rodriguez,* NO. 2022CVK001669D1 (49th Dist. Ct., Webb County, Feb. 2, 2023) (STATE184628–37). | FRE 402 FRE 802 |
| 118 | United States' Responses to Texas's First Set of RFPs – Privilege Log (Exhibit 10 – May 9, 2022, Dep. of Remi Garza). | FRE 402 |
| 119 | November 4, 2013, Press Release from FBI San Antonio Field Office, Re: Former Cameron County Woman Convicted of Voter Fraud. (STATE107789). | FRE 402 FRE 802 |
| 120 | June 5, 2014, Press Release from Department of Justice U.S. Attorney's Office Southern District of Texas, Re: Campaign Worker Pleads Guilty To Buying Votes In Donna School Board Election. (STATE107844–45) | FRE 402 FRE 802 |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 121 | June 19, 2014, Press Release from Department of Justice, Re: Campaign Manager Charged with Buying Votes in a Donna, Texas, School Board Election. (STATE097645–46) | FRE 402 FRE 802 |
| 122 | December 1, 2014, Press Release from FBI San Antonio Field Office, Re: Campaign Manager Pleads Guilty to Conspiracy to Buy Votes in a Donna, Texas School Board Election. (STATE107785) | FRE 402 FRE 802 |
| 123 | House Journal, Eightieth Legislature, Regular Session, Sixtieth Day – Monday April 23, 2007. (STATE098214–75). | FRE 402 FRE 802 |
| 124 | Transcript of Texas Senate Committee on State Affairs, March 18, 2019, Hearing, Re: Senate Bill 9. (STATE098545–658). | FRE 402 FRE 802 |
| 125 | December 3, 2018, Letter from Senator Judith Zaffirini to Senator Bryan Hughes regarding Senate Select Committee on Election Security. (STATE108349–50). | FRE 402 FRE 802 |
| 126 | Chuck DeVore, *The Role of Voter List Maintenance and Voter Identification in Election Integrity*, Texas Public Policy Foundation, March 2021. (TXLEG_0001066). | Misidentified; all objections reserved |
| 127 | July 22, 2020, Letter from Harris County Clerk Chris Hollins to Governor Greg Abbott, Re: Extended Early Voting Days for November 2020 Election. (STATE098283). | FRE 402 FRE 802 |
| 128 | Governor's Proclamation, dated July 27, 2020, suspending certain statutes concerning elections on November 3, 2020. (STATE098533–36). | No Objection |
| 129 | Governor Proclamation, dated October 1, 2020, suspending certain statutes concerning the November 3, 2020, elections. (Exhibit 3 – May 6, 2022, Dep. Of Chris Hollins). | No Objection |

- 14 -

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 130 | Complaint, ECF 1, Tex. League of United Latin Am. Citizens v. Abbott, 493 F. Supp. 3d 548, 567 (W.D. Tex. 2020), vacated sub nom. Tex. League of United Latin Am. Citizens v. Hughs, No. 20-50867, 2021 WL 1446828 (5th Cir. Feb. 22, 2021). (Exhibit 4 – May 6, 2022, Dep. of Chris Hollins). | No Objection |
| 131 | Justice Devine Dissent, In re Hotze, et al, No. 20-0751, 627 S.W.3d 652 (Tex. 2020). (Exhibit 13 – October 6, 2022, Dep. of Sen. Carol Alvarado). | No Objection |
| 132 | August 25, 2020, Tweet from Harris County Elections about unsolicited ABBMS. (Exhibit 6 – May 6, 2022, Dep. of Chris Hollins). | FRE 402 FRE 802 |
| 133 | August 27, 2020, Letter from Director of Elections Keith Ingram to Harris County Clerk Chris Hollins about unsolicited ABBMs. (Exhibit 3 – October 6, 2022, Dep. of Sen. Carol Alvarado). | FRE 802 |
| 134 | Petition, *State v. Hollins,* NO. 14-20-00627- CV (127th Dist. Ct., Harris County, Tex. Aug. 31, 2020). (Exhibit 7 – May 6, 2022, Dep. of Chris Hollins). | FRE 402 FRE 802 |
| 135 | August 31, 2020, Letter from Charles K. Eldred to Seth Hopkins about Rule 11 Agreement in *State v. Hollins*. (Exhibit 8 – May 6, Dep. of Chris Hollins). | FRE 402 FRE 802 |
| 136 | Opinion, *State v. Hollins*, 620 S.W.3d 400, 403 (Tex. 2020). (Exhibit 9 – May 6, 2022, Dep. of Chris Hollins). | FRE 402 FRE 802 |
| 137 | Webpage, Drive-Thru Voting, HARRIS COUNTY ELECTION DIVISION, https://harrisvotes.com/drivethruvoting. (STATE097764–67) (Exhibit 10 - May 6, 2022, Dep. of Chris Hollins). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 138 | October 16, 2020, Letter from Attorney General Ken Paxton to Texas Election Officials about drive-thru voting. (Exhibit 7 – October 6, 2022, Dep. of Sen. Carol Alvarado). | FRE 402 FRE 802 |
| 139 | Petition for Writ of Mandamus, *In re Hotze,* et al, No. 20-0819, 610 S.W.3d 909 (Tex. 2020). (Exhibit 11 – May 6, 2022, Dep. of Chris Hollins). | FRE 402 |
| 140 | Justice Devine Dissent, In re Hotze, et al, No. 20-0819, 610 S.W.3d 909 (Tex. 2020). (STATE098278–82). | No Objection |
| 141 | Map of 24-Hour Voting Locations in Harris County during November 2020 General Election. (STATE097483). | No Objection |
| 142 | Map of Drive Thru Voting Locations in Harris County during November 2020 General Election. (STATE097763). | No Objection |
| 143 | September 10, 2020, Email from Elections Division Attorney Charles Pinney to Assistant Director Dan Hayes, Re: Travis County Central Count Accommodations for Poll Watchers. (STATE092408–09). | No Objection |
| 144 | Picture taken of sequestered poll watchers in Travis County's central count during November 2020 General Election. (Exhibit 16 – May 11, 2022, Dep. of Bridgette Escobedo). | FRE 402 FRE 802 Foundation |
| 145 | Emergency Petition for Writ of Mandamus, *In re Mackowiak, et al*, No. 20-0889 (Tex. 2020). (STAT098659–724). | No Objection |
| 146 | Brief of the Texas Attorney General, In re Mackowiak, et al, No. 20-0889 (Tex. 2020). (STATE097484–90). | FRE 402 FRE 802 |
| 147 | Rule 11 Agreement between Relators and Respondent, In re Mackowiak, et al, No. 20-0889 (Tex. 2020). (STATE097978–79). | FRE 402 FRE 802 |

120581401.1 0099831-00001

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 148 | November 11, 2020, Press Release, Travis County Candidate Settles with Travis County Clerk, Martin Harry for District Attorney. (STATE098419) | FRE 402<br>FRE 802 |
| 149 | December 8, 2022, Letter from Harris County Election Administrator Clifford Tatum to Secretary of State John Scott, about Countywide Polling Place Program. (STATE122932–36). | No Objection |
| 150 | Harris County November 6, 2018, General and Special Elections Early Voting Schedule. (STATE170226). | No Objection |
| 151 | Harris County November 3, 2020, General and Special Elections Early Voting Schedule. (STATE098175–76) (Exhibit 13 – May 6, 2022, Dep. of Chris Hollins). | No Objection |
| 152 | Harris County Early Voting Polling Location List for November 3, 2020, General and Special Elections. (STATE098209–213). | No Objection |
| 153 | Harris County Election Day Polling Location List for November 3, 2020, General and Special Elections. (STATE098178–208). | No Objection |
| 154 | Harris County November 8, 2022, General and Special Elections Early Voting Schedule. (STATE170227–28). | No Objection |
| 155 | Turnout and Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/70-92.shtml. (STATE099276–98). | No Objection |
| 156 | Bee County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/bee.shtml. (STATE107733). | No Objection |
| 157 | Bexar County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/bexar.shtml. (STATE107734–35). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 158 | Cameron County Voter Registration Figures, SECRETARY OF STATE, https://www .sos.state.tx.us/elections/historical/camer on.shtml. (STATE107736– 37). | No Objection |
| 159 | Collin County Voter Registration Figures, SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/collin.s html. (STATE107738–39). | No Objection |
| 160 | Dallas County Voter Registration Figures, SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/dallas.s html. (STATE107740–41). | No Objection |
| 161 | Denton County Voter Registration Figures, SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/denton. shtml. (STATE107742–43). | No Objection |
| 162 | DeWitt County Voter Registration Figures, SECRETARY OF STATE, https://www. sos.state.tx.us/elections/historical/dewitt. s html. (STATE107744). | No Objection |
| 163 | El Paso County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/hist orical/elpaso.shtml. (STATE107745–46). | No Objection |
| 164 | Fort Bend County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/hist orical/fortbend.shtml. (STATE107747– 48). | No Objection |
| 165 | Galveston County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/hist orical/galveston.shtml. (STATE107749). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 166 | Guadalupe County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/guadalupe.s html. (STATE107750–51). | No Objection |
| 167 | Harris County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/harris.shtm l. (STATE107752–53). | No Objection |
| 168 | Hidalgo County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/hidalgo.sht ml. (STATE107754–55). | No Objection |
| 169 | Medina County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/medina.sht ml. (STATE107756). | No Objection |
| 170 | Montgomery County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/montgome ry.shtml. (STATE107757). | No Objection |
| 171 | Starr County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/starr.shtml . (STATE107758–59). | No Objection |
| 172 | Tarrant County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/tarrant.sht ml. (STATE107760–61). | No Objection |
| 173 | Travis County Voter Registration Figures, SECRETARY OF STATE, https://www.sos.state.tx.us/elections/historical/travis.shtml .(STATE107762–63). | No Objection |
| 174 | 2020-2021 Voting Assistance Guide, Texas (STATE115160–75). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 175 | 2022-2023 Voting Assistance Guide, Alabama (STATE115060–65). | FRE 402 FRE 802 |
| 176 | 2022-2023 Voting Assistance Guide, Georgia (STATE115074–85). | FRE 402 FRE 802 |
| 177 | 2022-2023 Voting Assistance Guide, Florida (STATE115066–73). | FRE 402 FRE 802 |
| 178 | 2022-2023 Voting Assistance Guide, Hawaii (STATE115086–91). | FRE 402 FRE 802 |
| 179 | 2022-2023 Voting Assistance Guide, Louisiana (STATE115092–99). | FRE 402 FRE 802 |
| 180 | 2022-2023 Voting Assistance Guide, Mississippi (STATE115100–07). | FRE 402 FRE 802 |
| 181 | 2022-2023 Voting Assistance Guide, New Jersey (STATE115108–13). | FRE 402 FRE 802 |
| 182 | 2022-2023 Voting Assistance Guide, New Mexico (STATE115114–19). | FRE 402 FRE 802 |
| 183 | 2022-2023 Voting Assistance Guide, North Carolina (STATE115120–29). | FRE 402 FRE 802 |
| 184 | 2022-2023 Voting Assistance Guide, North Dakota (STATE115130–35). | FRE 402 FRE 802 |
| 185 | 2022-2023 Voting Assistance Guide, Pennsylvania (STATE115136–43). | FRE 402 FRE 802 |
| 186 | 2022-2023 Voting Assistance Guide, South Dakota (STATE115144–51). | FRE 402 FRE 802 |
| 187 | 2022-2023 Voting Assistance Guide, Tennessee (STATE115152–59). | FRE 402 FRE 802 |
| 188 | 2022-2023 Voting Assistance Guide, Texas (STATE115176–91). | No Objection |
| 189 | 2022-2023 Voting Assistance Guide, Virginia (STATE115192–203). | FRE 402 FRE 802 |
| 190 | 2022-2023 Voting Assistance Guide, West Virginia (STATE115204–209). | FRE 402 FRE 802 |
| 191 | Webpage, *State Laws Governing Early Voting*, NATIONAL CONFERENCE OF STATE LEGISLATURES (Aug. 8, 2019). (Exhibit 1 – May 2, 2022, Dep. of Dana DeBeauvoir). | FRE 402 FRE 802 |
| 192 | List of Amendment to Senate Bill 1, Texas Legislature Online. (Exhibit 21 – October 6, 2022, Dep. of Sen. Carol Alvarado). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 193 | Enrolled version of House Bill 315. An Act Relating to a Statement by the Secretary of State Regarding the Furnishing of Certain Personal Information on an Application for a Ballot to be Voted by Mail, H.B. 315, 88th Leg., R.S. (2023) (STATE182552–55). | No objection |
| 194 | Enrolled version of House Bill 3159. An Act Relating to the Use of an Accessible Absentee Mail System by Certain Voters, H.B. 3159, 88th Leg., R.S. (2023) (STATE182586–91). | No objection |
| 195 | Enrolled version of House Bill 357. An Act Relating to the Requirements to Access the Online Tracker of an Application for a Ballot to be Voted by Mail and to the Date of Runoff Elections, H.B. 357, 88th Leg., R.S. (2023) (STATE182637–40). | No objection |
| 196 | Enrolled version of Senate Bill 1052. An Act Relating to the Compensation of an Election Judge or Clerk, S.B. 1052, 88th Leg., R.S. (2023) (STATE182661–62). | No objection |
| 197 | Enrolled version of Senate Bill 1599. An Act Related to Ballots Voted by Mail, S.B. 1599, 88th Leg., R.S. (2023) (STATE182732–43). | No objection |
| 198 | Enrolled version of Senate Bill 477. An Act Relating to Accommodating Voters with a Disability, S.B. 477, 88th Leg., R.S. (2023) (STATE182774–78). | No objection |
| 199 | Enrolled version of Senate Bill 975. An Act Relating to the Procedures for the Issuance of a Personal Identification Certificate to a Person Whose Driver's License is Surrendered, S.B. 975, 88th Leg., R.S. (2023) (STATE182805–06). | No objection |

*May Offer*

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 200 | Expert Witness Report, Prof. Eitan Hersh, Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1. (Served on Feb. 10, 2023). | No Objection |
| 201 | Expert Witness Report, Prof. Eitan Hersh, Addendum to Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1. (Served on May 8, 2023). | No Objection |
| 202 | Election Advisory No. 2022-13, Certain Activities in Vicinity of Polling Places, dated February 14, 2022. (STATE001463–67). | No Objection |
| 203 | Election Advisory No. 2022-02, Instructions and Deadlines for Mailing/Emailing Ballots Under the Federal "MOVE Act" for Overseas Voters, dated January 10, 2022. (STATE124074–79). | No Objection |
| 204 | Election Advisory No. 2021-14, Re: Impact of Redistricting on Certain Election Deadlines and Procedures, dated November 1, 2021. (STATE001477–82). | No Objection |
| 205 | Election Advisory No. 2021-10, Re: NEW LAW: SB 1111 (2021, Regular Session) Address Confirmation Process and Forms, dated August 31, 2021. (STATE098870–72). | No Objection |
| 206 | Election Advisory No. 2021-09, Re: 2021 Legislative Summary – 87th Regular Session, dated July 30, 2021. (STATE098864–69). | No Objection |
| 207 | Election Advisory No. 2021-08, Re: November 2, 2021, Election Law Calendar – Last Updated: June 2021.(STATE097826–859). | No Objection |

120581401.1 0099831-00001

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 208 | Election Advisory No. 2020-27, Re: Minority Language Requirements, dated September 7, 2020. (STATE097824–25). | No Objection |
| 209 | Election Advisory No. 2020-17, Re: November 3, 2020, Election Law Calendar – Updated August 2020. (STATE097791–823). | No Objection |
| 210 | Election Advisory No. 2019-09, Re: Minority Language Requirements, dated June 25, 2019. (STATE097788). | No Objection |
| 211 | Form 5-6, Roster for Voters Hand-Delivering Carrier Envelope, January2022. (STATE046603) | No Objection |
| 212 | Form 5-16, Application for Emergency Early Voting Ballot due to Death in the Family, January 2022. (STATE138843–44). | No Objection |
| 213 | Form 5-18, Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability, January 2022 (STATE138169–70). | No Objection |
| 214 | Instructions for Form 5-18, Application for Emergency Early Voting Ballot Due to Sickness or Physical Disability, January 2022 (STATE138054). | No Objection |
| 215 | Form 5-19, Application for Emergency Early Voting Ballot Board Due to Sickness of Physical Disability: Instructions for Voter after Marking the Ballot, January 2022 (STATE138171). | No Objection |
| 216 | Form 5-16(b), Request for Updated Annual Application for Ballot by Mail, prescribed by the Secretary of State, October 2022. (STATE185506-07). | No Objection |
| 217 | Form 6-15, Carrier Envelope for Early Voting Ballot, May 2022. (STATE123087–89). | No Objection |
| 218 | Instructions for Form 6-15, Carrier Envelope for Early Voting Ballot, May 2022. (STATE123085). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 219 | September 27, 2022, Email from Director of Elections Keith Ingram to Joyce LeBombard, League of Women Voters, Re: Two More Quick Questions. (STATE140777–79). | FRE 802 |
| 220 | December 9, 2021, Email from Deputy Director J. Scott Wiedmann, Federal Voting Assistance Program, to Legal Director Christina Adkins, Re: RE: [Non-DoD Source] Questions on Carrier Envelopes for FPCA voters. (STATE031889–90). | FRE 402 FRE 802 |
| 221 | February 1, 2022, Email from Elections Division Attorney Melanie Best and Christina Obermiller, Department of Defense, Federal Voting Assistance Program, Re: FPCA ID Question – FVAP/Obermiller. (STATE04893–94). | Incorrect Bates Number; all objections reserved |
| 222 | April 19, 2022, Mass Email from Elections Division Attorney Heidi Martinez to Election Officials, Re: Forms Release 4/19/2022. (STATE123303). | No Objection |
| 223 | July 7, 2022, Mass Email from Director of Elections Keith Ingram to Election Officials, Re: Notice of Court Order and Revised Election Forms (123318–19). | No Objection |
| 224 | August 25, 2022, Mass Email from Secretary of State's Elections Internet account to Election Officials, Re: Important Information for the November 8, 2022, General Election. (STATE124342–44). | No Objection |
| 225 | September 21, 2022, Mass Email from Secretary of State's Elections Internet account to Election Officials, Re: Updated Forms and Resources – Notice of Court Order and Revised Election Forms. (STATE138776–78) | No Objection |
| 226 | October 11, 2022, Mass Email from Legal Director Christina Adkins to Election Officials, Re: Reminder – Webinar Today. (STATE124636–39). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 227 | Request for Proposal, Voter Education and Outreach Opportunities for 2022 Elections,Secretary of State. (STATE137757–837). | FRE 402 FRE 802 |
| 228 | Report to the 88th Legislature on the Implementation of Educational Programs to Help Voters with Disabilities Understand How to Use Voting Systems Used in the State of Texas. (STATE137752–56). | FRE 402 FRE 802 |
| 229 | September 8, 2022, Press Release, SOS 101: Voter Registration in Texas, Texas Secretary of State Press Office. (STATE120522–25). | FRE 402 FRE 802 |
| 230 | October 12, 2022, Press Release, SOS 101: Voting by Mail in Texas, Texas Secretary of State Press Office. (STATE119692–98). | FRE 402 FRE 802 |
| 231 | September 20, 2022, Press Release, Secretary Scott Marks National Voter Registration Day, Highlights Statewide 'VoteReady' Voter Education Campaign, Texas Secretary of State Press Office. (STATE120634–41). | FRE 402 FRE 802 |
| 232 | November 7, 2022, Press Release, What to Expect on Election Day in Texas, Texas Secretary of State Press Office. (STATE122811–15). | FRE 402 FRE 802 |
| 233 | February 9, 2022, Email from Assistant Secretary of State for Communications Sam Taylor to Director of Elections Keith Ingram, Re: Correction to CNN story – incorrect information about new vote by mail ID requirement. (STATE046882–84). | FRE 402 FRE 802 |
| 234 | Webpage, Voters with Special Needs, EPCOUNTYVOTES.COM, https://epcounty votes.com/voter_information/voters_with special_needs. (STATE170217–19). | FRE 402 FRE 802 |
| 235 | Notice to Voters with Disabilities, Harris County (STATE170319). | FRE 402 FRE 802 |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 236 | Webpage, Services Available to Voters with Disabilities in Texas, VOTETEXAS.GOV, https://www.votetexas.gov/voters-with-special-needs/ (STATE099301–04). | FRE 402 FRE 802 |
| 237 | Webpage, FPCA Ballot Tracker, TEXAS SECRETARY OF STATE, https://webservices.sos.state.tx.us/FPCA/index.aspx. (STATE170224–25). | FRE 402 |
| 238 | Handbook for Election Judges and Clerks, Qualifying Voters on Election Day 2022, Secretary of State, revised January 2022. (STATE034699–779). | No Objection |
| 239 | Poll Watcher's Guide, Secretary of State, revised January 2022. (STATE106313–37). | No Objection |
| 240 | Travis County Poll Worker Training Manual (064.134855). | No Objection |
| 241 | Harris County Election Manual 2022–2023. (STATE170320–527). | No Objection |
| 242 | Frequently Asked Questions: Voting in Person (TATUM_005680). | No Objection |
| 243 | Power Point Presentation, Poll Watchers, County Election Officials Election Law Seminar, July 2018 (STATE085635–41). | No Objection |
| 244 | Power Point Presentation, Communicating Legislative Changes: ID Requirements for Voting by Mail, NASED Presentation, Secretary of State, February 2023. (STATE177246–68). | No Objection |
| 245 | Power Point Presentation, *SOS Updates 2021*, Secretary of State. (STATE075498–527). | No Objection |
| 246 | Power Point Presentation, Elections 101, Secretary of State, July 2020. (STATE085183–232). | No Objection |
| 247 | Power Point Presentation, *Early Voting in Person Changes*, Secretary of State (RFP14_000071). | No Objection |
| 248 | Power Point Presentation, FAQs on Applications for Ballot by Mail (ABBMs), Secretary of State. (STATE061321–24). | No ObjectionIn |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 249 | Power Point Presentation, Election Reconciliation–Official Totals, Webinar, Secretary of State, March 2022. (STATE019553–72). | No Objection |
| 250 | Power Point Presentation, Election Reconciliation Forms, Webinar, Secretary of State, April 2022. (STATE087830–66). | No Objection |
| 251 | Power Point Presentation, Election Reconciliation Forms, Webinar, Secretary of State, October 2022. (STATE112370–414). | No Objection |
| 252 | Power Point Presentation, Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope, Secretary of State, February 2022. (STATE059522–557). | No Objection |
| 253 | Power Point Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures, Secretary of State, April 2022 (STATE124844–94). | Misidentified; all objections reserved |
| 254 | Power Point Presentation, Update from SOS, Secretary of State, August 2022 (STATE111746–83). | No Objection |
| 255 | Power Point Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures: General Election for State and County Officers, Secretary of State, October 2022 (STATE124640–65). | No Objection |
| 256 | Power Point Presentation, Proactive Communication Strategies for Local Election Officials, Secretary of State, Election Seminar, Secretary of State, November 2022. (STATE148646–70). | No Objection |
| 257 | Power Point Presentation, Election Forms, Election Seminar, Secretary of State, December 2022. (STATE114273–351) | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 258 | Online Poll Worker Training Program, Secretary of State, January 6, 2016 (STATE081477–98). | No Objection |
| 259 | 2020 Election Administration and Voting Survey, U.S. Election Assistance Commission. (Exhibit 8 – April 7, 2023, Dep. of Tammy Patrick). | FRE 402 |
| 260 | 2020 EAVS Manual, U.S. Election Assistance Commission. (STATE050649–92). | FRE 402 |
| 261 | 2018 Election Administration and Voting Survey, U.S. Election Assistance Commission. (STATE114809 – 5059). | FRE 402 |
| 262 | 2016 Election Administration and Voting Survey, U.S. Election Assistance Commission. (Exhibit 6 – April 7, 2023, Dep. of Tammy Patrick). | FRE 402 |
| 263 | 2014 EAC Election Administration and Voting Survey Comprehensive Report, U.S. Election Commission. (STATE114498–808). | FRE 402 |
| 264 | 2010 Election Administration and Voting Survey, U.S. Election Assistance Commission. (STATE114377 – 497). | FRE 402 |
| 265 | Travis County Early Voting Locations for November 3, 2020, General Election (STATE098965). | No Objection |
| 266 | Travis County Election Day Vote Centers for November 3, 2020, General Election (STATE098974–76). | No Objection |
| 267 | Travis County Early Voting Locations for March 1, 2022, Primary Election (STATE098963). | No Objection |
| 268 | Travis County Election Day Vote Centers for March 1, 2022, Primary Election (STATE098966–68). | No Objection |
| 269 | Travis County Early Voting Locations for May 7, 2022, Local Elections (STATE098964). | No Objection |
| 270 | Travis County Election Day Vote Centers for May 7, 2022, Local Elections (STATE098969–71). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 271 | Kerr County Polling Locations for November 8, 2022, General Election. (STATE170292). | No Objection |
| 272 | Election Reconciliation Form for November 8, 2022, General Election, Travis County (064.134709). | No Objection |
| 273 | Preliminary Election Reconciliation – Unofficial Totals for March 1, 2022, Primary Elections, Harris County (Exhibit 7 – April 20, 2022, Dep. of Isabel Longoria). | No Objection |
| 274 | Election Reconciliation Form for March 1, 2022, Democratic Primary Election, Harris County (Exhibit 8 – April 20, 2022, Dep. of Isabel Longoria). | No Objection |
| 275 | Election Reconciliation Form for March 1, 2022, Republican Primary Election, Harris County (Exhibit 9 – April 20, 2022, Dep. of Isabel Longoria). | No Objection |
| 276 | Election Reconciliation Form for November 8, 2022, General Election, Harris County (Tatum_005330). | No Objection |
| 277 | Election Reconciliation Form for November 8, 2022, General Election, Harris County (STATE170229). | No Objection |
| 278 | Harris County Community Partnership Presentation. (TATUM_005753). | No Objection |
| 279 | Reference Manual & Checklist April 2022, Harris County. (STATE098019– 174). | No Objection |
| 280 | Poll Worker Training November 8, 2022, General Election, Hays County (STATE181404–45). | No Objection |
| 281 | Webpage, *Countywide Vote Centers Information*, DALLASCOUNTYVOTES.ORG, https://www.dallascounty votes.org/countywide-polling-places (STATE097760–62). | FRE 402 |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 282 | Declaration of Brian Keith Ingram, ECF 43-1, *Tex. League of United Latin Am. Citizens v. Abbott*, 493 F. Supp. 3d 548, 567 (W.D. Tex. 2020), vacated sub nom. Tex. League of United Latin Am. Citizens v. Hughs, No. 20-50867, 2021 WL 1446828 (5th Cir. Feb. 22, 2021). (STATE098337–40). | FRE 802 |
| 283 | Reporters Record, Vol. 2 of 3, October 13, 2020, Hearing on Plaintiff's Application for Temporary Injunction and Defendants Plea to the Jurisdiction, *Anti-Defamation League Austin, Southwest, and Texoma Regions v. Abbott*, Cause No. D-1-GH-20-005550. (STATE098977–275). | FRE 402 |
| 284 | Appellant's Brief, *Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Regions*, Appellate Cause No. 03-20-00498- CV, 2020 WL 6586318 (Tex. App.—Austin). (STATE097491–600). | FRE 402 |
| 285 | Appellant's Reply Brief, *Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Regions*, Appellate Cause No. 03- 20-00498-CV (Tex. App.—Austin). (STATE097601–40). | FRE 402 |
| 286 | Order, ECF 63, *Hotze v. Hollins*, No. 4:20- CV-03709, (S.D. Tex. Nov. 2, 2020), aff'd in part, vacated in part sub nom. Hotze v. Hudspeth, 16 F.4th 1121 (5th Cir. 2021). (Exhibit 12 – May 6, 2022, Dep. of Chris Hollins). | FRE 402 |
| 287 | John Burnett & Marisa Peñaloza, *In Rio Grande Valley, Some Campaign Workers Are Paid To Harvest Votes*, NPR (July 7, 2015). (STATE107793–808). | FRE 402<br>FRE 802 |
| 288 | Tim Acosta, *Judge tosses Kleberg County justice of the peace votes, orders new election*, CALLER TIMES  (June 26, 2018). (STATE107811–13). | FRE 402<br>FRE 802 |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 289 | Tim Acosta, *Robstown resident pleads guilty to voter fraud, barred from helping in future elections*, CALLER TIMES (June 14, 2018). (STATE107836–37). | FRE 402<br>FRE 802 |
| 290 | U.S. Census Bureau's Quick Facts: Harris County, Texas, population estimate July 1, 2021. (Exhibit 46 – October 6, 2022, Dep. of Sen. Carol Alvarado). | No Objection |
| 291 | Risk for COVID-19 Infection, Hospitalization, and Death by Race/ Ethnicity, CENTER FOR DISEASE CONTROL AND PREVENTION (Apr. 7, 2023), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-race-ethnicity.html. (STATE170541). | No Objection |
| 292 | Report of the Commission on Federal Election Reform, *Building Confidence in U.S. Elections*, September 2005. (STATE097647–759). | FRE 402<br>FRE 802 |
| 293 | Transcript of Texas Senate Committee on State Affairs (Part I), August 9, 2021, Hearing, Re: Senate Bill 1. (STATE154280–302). | No Objection |
| 294 | Transcript of Texas Senate Committee on State Affairs (Part I), August 9, 2021, Hearing, Re: Senate Bill 1. (STATE154831–77). | No Objection |
| 295 | Transcript of Texas Senate Session (Part I), August 11, 2021, Re: Senate Bill 1. (STATE154831–77). | No Objection |
| 296 | Transcript of Texas Senate Session (Part II), August 11, 2021, Re: Senate Bill 1. (STATE156701–837). | No Objection |
| 297 | Transcript of Texas House Committee on Constitutional Rights and Remedies (Part I), August 23, 2021, Re: Senate Bill 1. (STATE160198–358). | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 298 | Transcript of Texas House Committee on Constitutional Rights and Remedies (Part II), August 23, 2021, Re: Senate Bill 1. (STATE162405–462). | No Objection |
| 299 | Transcript of Texas House of Representatives Session (Part I), August 26, 2021, Re: Senate Bill 1. (STATE163200–286). | No Objection |
| 300 | Transcript of Texas House of Representatives Session (Part II), August 26, 2021, Re: Senate Bill 1. (STATE165397–451). | No Objection |
| 301 | Transcript of Texas House of Representatives Session (Part I), August 27, 2021, Re: Senate Bill 1. (STATE166756–772). | No Objection |
| 302 | Transcript of Texas House of Representatives Session (Part II), August 27, 2021, Re: Senate Bill 1. (STATE167151–54). | No Objection |
| 303 | Transcript of Texas Senate Session, August 27, 2021, Re: Senate Bill 1. (STATE167176–179). | No Objection |
| 304 | Transcript of Texas House of Representatives Session, August 31, 2021, Re: Senate Bill 1. (STATE167201–07). | No Objection |
| 305 | Transcript of Texas Senate Session, August 31, 2021, Re: Senate Bill 1. (STATE167300–328). | No Objection |
| 306 | CONFIDENTIAL 2022 P22 App Rejections (Includes Voters that Cured Rej).xlsx (064.127324) | Misidentified; all objections reserved |
| 307 | Summary Exhibit - ABBM application and ballot numbers-20220325T005810Z-001.zip?ABBM application and ballot numbers\a_reqexpPM22_full.txt (LUPE_0007719) | No Objection |
| 308 | ABBM application and ballot numbers - 20220325T005810Z-001.zip?ABBM application and ballot numbers\a_reqexpPM22_full.txt (LUPE_0007719) | No Objection |

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| **309** | Summary Exhibit - REDACTED_-_P322_1_Dallas.xlsx (LUPE_0007734) | No Objection |
| **310** | REDACTED_-_P322_1_Dallas.xlsx (LUPE_0007734) | No Objection |
| **311** | Summary Exhibit - a_reqexpPM22_full.txt (LUPE_0024430) | Misidentified; all objections reserved |
| **312** | a_reqexpPM22_full.txt (LUPE_0024430) | No Objection |
| **313** | Summary Exhibit - P322_Election.xlsx (HJ_0008945) | No Objection |
| **314** | P322_Election.xlsx (HJ_0008945) | No Objection |
| **315** | January 31, 2017, Letter on Results of Audit of November 8, 2016, General Election from Gretchen Nagy, Director, Travis County Voter Registration to Michael Winn, Director, Travis County Clerk Elections Division (383.001691) | FRE 402 FRE 802 |

DATED:  August 15, 2023.                    Respectfully submitted,


                                            */s/ Wendy J. Olson*
                                            Wendy J. Olson, Bar No. 7634
                                            Elijah M. Watkins, Bar No. 8977
                                            Mark L. Bieter, Bar No. 11859
                                            STOEL RIVES LLP
                                            101 S. Capitol Boulevard, Suite 1900
                                            Boise, ID  83702

                                            Attorneys for Mi Familia Vota Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 15, 2023, and that all counsel of record were served by CM/ECF.

/s/ *Wendy J. Olson*

120581401.1 0099831-00001