IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No: 5:21-cv-00844-XR |
| GREGORY W. ABBOTT, et al., | § § § | |
| *Defendants.* | § § § § § § | |

**DEFENDANT LISA WISE'S RESPONSES AND OBJECTIONS TO RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendant El Paso County Elections Administrator Lisa Wise, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Second Amended Scheduling Order entered on March 30, 2023 (ECF No. 579), and the Advisory Extending Deadline to File Responses and Objections to Rule 26(a)(3) Pretrial Disclosures (ECF No. 699), hereby responds and objects, as explained herein, to the Rule 26(a)(3) pretrial disclosures of HAUL Plaintiffs (ECF No. 690), LULAC Plaintiffs (ECF No. 689), and the United States (ECF No. 684).

Defendant Wise expressly reserves the right to assert additional objections to any party's Rule 26(a)(3) pretrial disclosures if those disclosures are amended or otherwise revised. Defendant Wise further reserves the right to counter-designate additional or different deposition testimony to the extent any party designates further or different deposition testimony by Ms. Wise.

**Designations that Do Not Incorporate Deposition Errata**

Certain of the parties' designations of Defendant Wise's deposition testimony, as indicated below, did not expressly incorporate corrections made by Defendant Wise's deposition errata.

Defendant Wise refers the Court and all parties to the deposition transcript errata sheets for her April 13, 2022 30(b)(6) deposition, April 14, 2022 30(b)(1) deposition, and April 18, 2023 30(b)(6) deposition, which are attached hereto as Exhibits A, B, and C, respectively. The parties' designations indicated below should be amended to reflect the errata.

**Objections to HAUL Plaintiffs' Deposition Designations**

| HAUL Plaintiffs' Designations (April 13, 2022) | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 1:15-25 | | | |
| 183:23-184:3 | | 183:7-22 | |

**Objections to LULAC Plaintiffs' Deposition Designations**

| LULAC Plaintiffs' Designations (April 14, 2022) | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 14:3-19:3 | | | |
| 45:16-48:11 | | | |
| 89:2-98:25 | | 78:20-79:2<br><br>See errata (Exhibit B) re: 90:6-7, 98:4-5 | |
| 100:3-106:16 | | 99:20-100:2<br><br>See errata (Exhibit B) re: 101:4-5 | |
| 156:23-159:14 | | | |
| 167:7-23 | | | |
| 198:19-200:14 | | | |
| 212:16-20 | | | |

| LULAC Plaintiffs' Designations **(April 18, 2023)** | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 13:1-14:3 | | | |
| 91:20-92:16 | | See errata (Exhibit C) re: 92:7-8 | |
| 94:1-95:19 | | 93:9-25<br><br>See errata (Exhibit C) re: 94:25, 95:7-10, 95:18 | |
| 97:15-22 | | | |
| 109:15-110:25 | | | |

**Objections to the United States' Deposition Designations**

| United States' Designations **(April 13, 2022)** | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 11:3-4 | | | |
| 11:7-12 | | | |
| 12:23-13:2 | | | |
| 32:12-33:11 | | | |
| 71:8-21 | | See errata (Exhibit A) re: 71:11-13 | |
| 77:22-78:14 | | See errata (Exhibit A) re: 78:12 | |
| 117:12-22 | | | |
| 117:23-118:21 | | | |
| 119:15-120:1 | | | |
| 120:13-121:13 | | | |
| 122:14-123:2 | | | |
| 127:20-128:8 | | | |
| 128:16-129:6 | | | |
| 131:3-22 | | | |
| 133:14-134:11 | | | |
| 139:1-8 | | | |
| 142:13-143:16 | | | |
| 146:20-147:20 | | | |
| 147:25-148:14 | | | |
| 149:4-7 | | | |

| United States' Designations (April 13, 2022) | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 150:11-151:4 | | | |
| 151:9-25 | | | |
| 153:20-154:3 | | 152:14-153:5 | |
| 161:5-20 | | | |
| 161:21-162:9 | | | |
| 174:7-24 | | | |
| 207:24-208:3 | | | |
| 212:3-10 | | | |

| United States' Designations (April 14, 2022) | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 9:10-17 | | | |
| 9:25-10:1 | | | |
| 13:16-14:20 | | | |
| 15:11-15 | | | |
| 33:2-35:5 | | | |
| 39:1-20 | | | |
| 45:16-46:4 | | | |
| 46:5-17 | | | |
| 99:1-16 | | 78:20-79:2 | |
| 99:17-100:17 | | | |
| 100:18-102:9 | | See errata (Exhibit B) re: 101:4-5 | |
| 102:10-14 | | | |
| 105:6-106:14 | | | |
| 107:15-110:1 | | | |
| 110:2-20 | | | |
| 111:6-19 | | | |
| 112:8-114:25 | | | |
| 115:1-6 | | | |
| 115:7-116:17 | | | |
| 117:7-118:2 | | | |
| 118:3-12 | | | |
| 136:11-16 | | | |

| United States' Designations (April 14, 2022) | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 136:17-22 | | | |
| 139:17-24 | | | |
| 242:19-243:11 | | | |
| 247:4-12 | | | |

| United States' Designations (April 18, 2023) | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 7:6-8 | | | |
| 7:15-21 | | | |
| 12:4-25 | | See errata (Exhibit C) re: 12:16-22 | |
| 13:1-25 | | | |
| 36:19-37:8 | | See errata (Exhibit C) re: 37:7 | |
| 39:23-40:15 | | | |
| 43:3-13 | | | |
| 50:21-52:5 | | See errata (Exhibit C) re: 51:16 | |
| 56:2-19 | | | |
| 58:11-23 | | See errata (Exhibit C) re: 58:14 ("8,866, excluding FPCA and including ballots received late, and 8,017 excluding both FPCA and ballots received late")<br><br>See errata (Exhibit C) re: 58:21 ("8,103, including FPCA, and 7,859 not including FPCA")<br><br>See errata (Exhibit C) re: 58:23 ("158 were rejected for reasons other than untimeliness") | |
| 59:12-60:9 | | 54:19-24<br><br>See errata (Exhibit C) re: 60:3-4 | |
| 60:23-61:16 | | | |
| 65:12-25 | | | |

| United States' Designations (April 18, 2023) | Defendant Wise's Objection(s) | Counter-Designations / Testimony to include for completeness under FRE 106 | Sustained / Overruled |
|---|---|---|---|
| 79:19-80:7 | | | |
| 89:12-90:3 | | | |
| 93:9-94:8 | | | |
| 94:14-95:16 | | See errata (Exhibit C) re: 94:25, 95:7-10 | |
| 97:10-22 | | | |
| 97:23-99:1 | | See errata (Exhibit C) re: 98:14 | |
| 99:2-6 | | | |
| 105:1-23 | | See errata (Exhibit C) re: 105:11 | |
| 106:2-18 | | See errata (Exhibit C) re: 106:10-11 | |
| 109:1-6 | | | |
| 109:7-14 | | | |
| 109:15-22 | | | |
| 109:23-110:4 | | | |
| 110:5-11 | | | |
| 110:12-18 | | | |
| 110:19-25 | | | |
| 112:6-21 | | | |
| 120:9-121:14 | | See errata (Exhibit C) re: 121:2, 9 | |
| 124:7-125:22 | | See errata (Exhibit C) re: 125:14 | |
| 126:4-127:18 | | | |
| 129:10-131:1 | | See errata (Exhibit C) re: 129:19 | |
| 132:23-133:1 | | | |
| 133:8-134:17 | | See errata (Exhibit C) re: 134:3-4 | |
| 135:9-18 | | | |
| 137:22-139:2 | | See errata (Exhibit C) re: 138:24-25 | |
| 139:16-140:1 | | | |
| 149:16-25 | | | |

Dated:  August 15, 2023

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

8

## CERTIFICATE OF SERVICE

I certify that on August 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Kathleen Hartnett*
Kathleen Hartnett
