# EXHIBIT A

## DEPOSITION TRANSCRIPT ERRATA SHEET
### (Changes and Signature)

**DEPONENT:** Lisa Wise
**CASE NAME:** La Union del Pueblo Entero. et. al. v. Gregory W. Abbott.
**CASE NUMBER:** SA-21-CV-00844-XR
**DEPOSITION DATE:** **April 13, 2022, Volume 1**

| Pg:Ln | Change | Reason |
|---|---|---|
| 29:23 | Delete <the> | Transcription error |
| 31:16 | Change <there's> to <there are> | Transcription error |
| 31:22 | Delete <goes> | Transcription error |
| 34:12 | Insert <and different> between <new> and <than> | Transcription error |
| 34:15 | Change <foot> to <feet> | Typographical error |
| 37:5 | Insert <phrase> after <catchy> | Transcription error |
| 37:16 | Delete the <at> between <located> and <here> | Transcription error |
| 51:14 | Delete <see my mind> | Transcription error |
| 57:10 | Change <on Election Day manage> to <manage on Election Day> | Transcription error |
| 63:10 | Insert <for> between <call> and <privileged> | Transcription error |
| 68:5-6 | Changed <worked well> to <didn't work well> | Transcription error |
| 71:11-13 | Change <which is I believe an elect – Texas Election Administrative Management, if – I believe that's what it's – it> to < – Texas Election Administrative Management – I believe that's what it> | Transcription error |
| 72:21 | Change <felons or that's> to <felons. That> | Transcription error |
| 78:12 | Change <then> to <them> | Typographical error |

_____      5/23/2022
Lisa Wise                          Date

| Pg:Ln | Change | Reason |
|---|---|---|
| 79:18 | Insert <to El Paso County> after <specific> | Transcription error |
| 90:16 | Change <a issue or a irregularity> to <an issue or an irregularity> | Typographical error |
| 92:11 | Change <if only> to <only if> | Typographical error |
| 101:12 | Change <viewer with> to <view of> | Transcription error |
| 133:2 | Delete <through> | Transcription error |
| 141:3 | Change <publically-released> to <publicly-released> | Typographical error |
| 149:15 | Change <63> to <683> | Transcription error |
| 154:15 | Change <that you when in doubt> to <that when you are in doubt> | Transcription error |
| 163:23 | Delete <to be livered> | Transcription error |
| 169:25-170:1 | Change <Signature Verification Board does it, Committee> to <Signature Verification Committee does it> | Transcription error |
| 173:11 | Delete <12> | Transcription error |
| 178:5 | Change <basic> to <basically> | Typographical error |
| 178:21-22 | Change <top of my – > to <top of my head.> | Transcription error |
| 184:25 | Insert <them> after <requested> | Transcription error |
| 210:25 | Change <yes, little> to <yes, a little> | Transcription error |
| 248:8 | Insert <the number of ballots with the number of voters> between <comparing> and <must be> | Transcription error |

_____          5/23/22
Lisa Wise                    Date

2.

I, LISA WISE, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noticed above.

_____
Lisa Wise

THE STATE OF TEXAS
COUNTY OF _El Peso_

Before me, _Vanessa Ruiz_, on this day personally appeared LISA WISE, known to me (or proved to me under oath or through _DL_) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 23 day of May 2022.

Vanessa Sibonea Ruiz
NOTARY PUBLIC
ID# 12506557-0
In and for the State of Texas
My commission expires
08-10-2024

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

269152905

3.