# EXHIBIT B

## DEPOSITION TRANSCRIPT ERRATA SHEET
(Changes and Signature)

**DEPONENT:** Lisa Wise
**CASE NAME:** La Union del Pueblo Entero, et. al. v. Gregory W. Abbott.
**CASE NUMBER:** SA-21-CV-00844-XR
**DEPOSITION DATE:** April 14, 2022, Volume 1

| Pg:Ln | Change | Reason |
|---|---|---|
| 30:9 | Replace <is> with <are> | Transcription error |
| 30:10 | Replace <dep--> with <it> | Transcription error |
| 32:17 | Insert <sure> between <percent> and <if> | Transcription error |
| 32:18 | Change <would have – I would have> to <I would have> | Transcription error |
| 43:18 | Delete <an> | Transcription error |
| 53:2 | Change <log of,> to <log,> | Transcription error |
| 55:2 | Change <was wanting the ballot by mail> to <wanted an application for ballot by mail> | Transcription error |
| 55:3 | Change <the request> to <the application> | Transcription error |
| 86:21 | Change <The lot> to <A lot> | Transcription error |
| 90:6-7 | Change <what does that mean> to <what that means> | Transcription error |
| 98:4-5 | Change <just based on what we've had with the issues we've had before> to <just based on the issues we've had before> | Transcription error |
| 101:4-5 | Change <an application, the ballot> to <an application and the ballot> | Transcription error |
| 171:14 | Change <the 65 and over> to <voters aged 65 and over> | Transcription error |
| 201:18 | Change <what not allowed> to <what they're not allowed> | Transcription error |
| 201:25 | Delete <was> | Transcription error |

_____     6/1/22
Lisa Wise              Date

1.

| Pg:Ln | Change | Reason |
|---|---|---|
| 230:1-2 | Change "We have election complaint form, but I don't specific ADA." to "We have an election complaint form, but not a specific ADA form." | Transcription error |
| 244:3 | Change <got> to <gone> | Typographical error |
| 251:19 | Change <a> to <an> | Typographical error |
| 259:23 | Delete <a> | Transcription error |
| 272:15 | Change <reports> to <a report> | Typographical error |
| 277:25 | Delete <printing, with> | Transcription error |
| 278:6-7 | Change <want at least, envelopes in-house and the process to our vendor a month before the mail out day> to <want the vendor to have the entire ballot by mail packet a month before mailing, so they would have time to familiarize themselves with the new packet and we would have it in our department as well, to let the voters know what to look for with plenty of time before the packets go out 45 days prior to Election Day> | Clarification; Transcription error |

_____    6/1/22
Lisa Wise                    Date

I, LISA WISE, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noticed above.

_____
Lisa Wise

THE STATE OF TEXAS
COUNTY OF El Paso

Before me, Vanessa S. Ruiz, on this day personally appeared LISA WISE, known to me (or proved to me under oath or through N DL ) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 1st day of June 2022.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

Vanessa Sibonea Ruiz
NOTARY PUBLIC
ID# 12506557-0
In and for the State of Texas
My commission expires
08-10-2024

3.