# EXHIBIT C

Case 5:21-cv-00844-XR   Document 718-3   Filed 08/15/23   Page 2 of 11
Lisa Wise                                                April 18, 2023
                                                         Page 178

```
Lisa Wise                                                April 18, 2023
                                                                Page 178
```

 1                       CHANGES AND SIGNATURE
 2    WITNESS NAME: LISA WISE        DATE: APRIL 18, 2023
 3    PAGE LINE         CHANGE               REASON
 4    See attached amendment sheets.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1          I, LISA WISE, have read the foregoing
2   deposition and hereby affix my signature that same is
3   true and correct, except as noted above.
4
5                         _____
6                              LISA WISE
7
8
9          Before me, _Lisa Wise_____, on
10  this day personally appeared LISA WISE, known to me or
11  proved to me under oath or through
12  _Texas Drivers License_(description of identity
13  card or other document) to be the person whose name is
14  subscribed to the foregoing instrument and acknowledged
15  to me that they executed the same for the purposes and
16  consideration therein expressed.
17          Given under my hand and seal of office this
18  _15th_ day of _June 2023_, _____.
19                                            SEAL:
20
21
22
23  NOTARY PUBLIC IN AND FOR
    THE STATE OF _Texas_
24  COMMISSION EXPIRES: _8-10-2024_
25  _____No Change Made        _____Amendment Sheet(s) Attached



## DEPOSITION TRANSCRIPT AMENDMENT SHEET

**DEPONENT:** Lisa Wise
**CASE NAME:** La Union del Pueblo Entero. et. al. v. Gregory W. Abbott.
**CASE NUMBER:** 5-21-CV-00844-XR
**DEPOSITION DATE:** April 18, 2023

| Pg:Ln | Change | Reason |
|---|---|---|
| 11:4 | Replace <election> with <deposition> | Transcription error |
| 12:16-19 | Replace <we had a process for petition verification, which we had not done since I began this deposition. And so we were overseeing that process> with <we have now developed a process for petition verification, which is new since my prior deposition. And so we now oversee that process> | Transcription error/clarification |
| 12:21-22 | Replace <we've done that we haven't done since I started> with <we do that we didn't when I was last deposed in this case> | Clarification |
| 15:24-25 | Change <where we were getting places that we thought were short in the county that were underserved> to <where we thought the county was underserved> | Clarification; transcription error |
| 16:17 | Replace <with the interior spaces available> with <which interior spaces are available> | Transcription error |
| 18:20 | Insert <on> between <based> and <a> | Transcription error |
| 30:6 | Change <and> to <that> | Transcription error |
| 32:12-13 | Change <I think that was indicative of a few really, like, retained the information> to <I think the old training's format was not indicative of whether people really retained the information> | Clarification; transcription error |
| 37:7 | Change <trying to> to <in the> | Transcription error |

| Pg:Ln | Change | Reason |
|---|---|---|
| 51:16 | Change &lt;voids, and&gt; to &lt;VUIDs (Voter Unique Identifiers), saying&gt; | Transcription error; clarification |
| 58:2 | Change &lt;that we weren't able to track&gt; to &lt;but we weren't able to track them&gt; | Clarification |
| 58:10 | Replace &lt;applications for rejections&gt; with &lt;rejected applications&gt; | Transcription error |
| 60:3-4 | Change &lt;something were rejected as untimely, we weren't&gt; to &lt;a ballot was rejected as untimely, we wouldn't be&gt; | Clarification |
| 58:14 | Change &lt;8,866&gt; to &lt;8,866, excluding FPCA and including ballots received late, and 8,017 excluding both FPCA and ballots received late&gt; | Clarification |
| 58:21 | Change &lt;8,103&gt; to &lt;8,103, including FPCA, and 7,859 not including FPCA&gt; | Clarification |
| 58:23 | Change &lt;763&gt; to &lt;158 were rejected for reasons other than untimeliness&gt; | Clarification |
| 62:23 | Replace &lt;that that was&gt; with &lt;that being&gt; | Clarification |
| 69:21 | Insert &lt;they&gt; between &lt;requests,&gt; and &lt;were&gt; | Transcription error |
| 70:7 | Insert &lt;to&gt; between &lt;needed&gt; and &lt;put&gt; | Transcription error |
| 85:1 | Replace &lt;in "when it&gt; with &lt;"when in&gt; | Transcription error |
| 87:6 | Replace &lt;also, share&gt; with &lt;I also shared&gt; | Transcription error |
| 91:1 | Replace &lt;were on it&gt; with &lt;wanted&gt; | Transcription error |
| 91:13 | Insert &lt;to the mail ballot process&gt; between &lt;changes,&gt; and &lt;and, frankly&gt; | Clarification |
| 92:7 | Insert &lt;applications&gt; between &lt;these - -&gt; and &lt;coming back&gt; | Clarification |
| 92:8 | Replace &lt;it&gt; with &lt;the insert&gt; | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 94:25 | Replace <social's last four> with <the last four of your social> | Clarification; transcription error |
| 95:7-10 | Replace <So it was just basically to – to combat that with whether you just put the driver's license and we had the last sosh [sic], just to fill both out> with <So the insert was meant to combat that. Our message was to fill in both your driver's license and the last four of your social on the application > | Clarification; transcription error |
| 95:18 | Replace <we did in the questionnaire as> with <we did differently with the application from> | Clarification |
| 96:2 | Replace <request, we'd send them the request> with <application, we'd send them the application> | Clarification |
| 98:14 | Replace <defect> with <defective> | Transcription error |
| 100:9 | Insert <that helped voters> after <saw that> | Clarification |
| 102:17 | Insert <closer to the general> between <we get> and < -- the numbers> | Clarification |
| 105:11 | Replace <six days> with <within six days of the election> | Clarification |
| 106:10 | Replace <untimely> with <untimeliness> | Transcription error |
| 106:11 | Replace <that was what the rejection reason was> with <untimeliness is why they were rejected> | Clarification |
| 107:7 | Replace <For our office, it> with <The feedback our office got> | Clarification |
| 107:16 | Insert <being> between <not> and <used> | Transcription error |
| 107:20 | Replace <that> with <those issues> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 108:8-11 | Replace <And if they can get on the – there and send it – fix it on the ballot tracker or they can just send the ballot back. And so a lot of times, they would just say, I'll just send the ballot track back or the ballot> with <They can then go online to fix it on the ballot tracker or they can just send the ballot back, so a lot of times, voters say, I'll just send the ballot> | Clarification |
| 108:23-24 | Replace <core – the – the – that platform> with <ballot tracker> | Clarification |
| 113:6-7 | Replace <at 1.9. I think that's – if I remember correctly> with <at 1.97, considering only timely received mail ballots> | Clarification |
| 115:16 | Replace <done, we know that, we don't> with <done automatically and we don't> | Clarification |
| 115:23 | Replace <through that> with <for updates> | Clarification |
| 117:1-5 | Replace <step-by-step what happened, really happened with this application. 'Cause a lot of times you just get the ultimate is it rejected or accepted and not get to track it through the whole process of that> with <step-by-step of what happened to the application because you can only see the ultimate answer as to whether it was rejected or accepted but cannot track the application through the whole process> | Clarification |
| 118:23-25 | Replace <So – it – when I would look at success, I mean, that was kind of a question I asked, is that I would say you know, were we have -- > with <When I consider whether an election was successful, I ask myself,> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 119:2 | Replace <was obviously we'd done something wrong> with <was something we'd obviously done wrong> | Transcription error |
| 119:4 | Replace <is how I guess I would deem that> with <are how I judge success> | Clarification |
| 121:2 | Replace <they weren't able> with <the voter wasn't able> | Clarification |
| 121:9 | Replace <ballot and you just sent me another ballot> with <ballot and you had sent me a duplicate> | Clarification |
| 125:14 | Replace <put it on the ballot when it was returned> with <put the ID number on the ballot when it is returned> | Transcription error; clarification |
| 128:12 | Replace <come in> with <be mailed in> | Clarification |
| 128:14 | Replace <update it> with <update the voter's registration record> | Clarification |
| 129:19 | Insert <it> between <into> and <the second time> | Transcription error |
| 132:1-2 | Replace <and that – we just import – goes into VOTEC, and that information is already there> with <is imported into VOTEC automatically> | Clarification; transcription error |
| 132:20 | Insert <which shows> between <run> and <that it is> | Clarification |
| 134:3-4 | Replace  with  | Clarification |
| 135:7 | Replace <verification board in> with <verification committee and> | Transcription error; clarification |
| 138:24-25 | Delete <, as already we don't> | Clarification |
| 143:2 | Insert <the status> between <known> and <of> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 143:19-21 | Replace <I believe – and that's what – that's what I'm not a hundred percent sure on. But I believe that is the assister oath incomplete resent to voter> with <That means assister oath incomplete resent to voter> | Clarification; transcription error |
| 144:9 | Replace <curer> with <cure> | Transcription error |
| 144:13-18 | Replace <I don't – I – I honestly – I don't think so. I would have to check on that. It seems like that would be the same – the same category, both of those, but I don't know for sure what the no signature or mark on. I know the EVC is the carrier envelope, but I don't know for sure the NS, no signature remark.> with <E5 means the unsigned carrier envelope was received before the deadline and the office could take action to notify the voter. NS means the unsigned carrier envelope was received after the deadline so no cure was available> | Clarification; transcription error |
| 152:4 | Replace <daily reports that each – report forms> with <daily report forms> | Clarification |
| 152:7 | Replace <need -- > with <but> | Clarification |
| 152:12 | Insert <of> between <because> and <handwriting> | Transcription error |
| 157:17-18 | Replace <them, yes, they're not allowed to be that close to the voter while they're preparing their ballot> with <the election judge that the poll watcher is not allowed to be that close to the voter while they're preparing their ballot> | Clarification |
| 157:21 | Replace <they're not allowed to stand within observation> with <the poll watcher is not allowed to stand within the observation> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 157:24-25 | Replace <they are not able to be – in my opinion, I would recommend they> with <I would recommend the poll watcher stand back> | Clarification |
| 158:8-15 | Replace <if that activity is observable as defined in the poll watcher's guide, I don't think that the poll worker should not be able to be in front of voter checking them in, giving them the forms, getting the ID checked in. So if it were like that check-in process, again, I think it should be where the watcher is off to the side, and they are directly with each other.> with <as long as the activity is observable, the poll watcher can watch, but they should not prevent the poll worker from interacting with the voter as needed, including while checking the voter in, giving them forms, and checking the voter's ID. When those activities, for example, are happening, the poll watcher should be off to the side.> | Clarification |
| 158:20 | Replace <they are doing that> with <the poll worker is helping the voter> | Clarification |
| 158:21 | Replace <have a render> with <remember> | Transcription error |
| 161:17 | Replace <is both> with <is available both in the poll book and on paper> | Clarification |
| 161:18 | Insert <on> between <that's> and <both> | Transcription error |
| 162:5-6 | Replace <it's two elections back that that holds that data> with <we have that data going back two elections> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 168:17-20 | Replace <I believe we turned that number in in the – one of the questions, but I don't know if this is just – I don't know if that include – is included in this report> with <I believe we submitted that number in response to one of the interrogatories, but I don't know if it is reflected in this report> | Clarification |
| 170:15 | Replace <the other> with <my earlier> | Clarification |
| 172:16-22 | Replace <yes. If it's something that's a quick question and that could be handled by someone on the phone bank, am I registered, where can I vote, it would not be brought to my attention. If they call the call center and there is an issue, they fill out a Goggle form, and I would see that> with <yes, they'll tell me. If it's just a quick question that can be handled by someone at the call center, like am I registered or where can I vote, that would not be brought to my attention. If they call the call center and there is an issue, the call center person would fill out a Google form, and I would see that entry> | Clarification; transcription error |
| 176:5 | Replace <for a voter> with <directed to voters> | Clarification; transcription error |