# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> STATE OF TEXAS, *et al.*, § <br> § <br> *Defendants.* § <br> § <br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, § <br> § <br> *Intervenor-Defendants.* § | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

## LUPE PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' PRE-TRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), the Court's March 30, 2023 Scheduling Order (Dkt. 579), and the Court's Order at the parties' July 11, 2023 hearing (Dkt, 661 at Tr. 43:12-44:1), LUPE Plaintiffs[1] hereby submit objections and responses to the pretrial disclosures filed by the Defendants. In addition, LUPE Plaintiffs join and incorporate by reference all responses and objections made by other Plaintiffs to the Defendants' pretrial disclosures. LUPE Plaintiffs also expressly reserve the right to supplement, modify, or add to these responses and objections.

LUPE Plaintiffs' Objections and Counter-Designations to Deposition Designations are attached hereto as Exhibit A. LUPE Plaintiffs' Objections and Responses to Exhibit Lists are attached hereto as Exhibit B.

---

[1] LUPE Plaintiffs are La Union del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, FIEL Houston, Friendship-West Baptist Church, Texas Impact, and James Lewin.

Dated: August 15, 2023

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*

**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**

*Admitted pro hac vice

Respectfully Submitted,

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle
Patrick A. Berry*
Jasleen K. Singh*
Robyn N. Sanders*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
rs8592@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Paul R. Genender (TX Bar No. 00790758)
Elizabeth Y. Ryan (TX Bar No. 24067758)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com

*Attorneys for Plaintiffs*

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing, including all exhibits attached thereto, via the Court's electronic filing system on the 15th day of August 2023.

      /s/ *Leah J. Tulin*

      Leah J. Tulin