**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., | |
| Defendants. | |
| OCA-GREATER HOUSTON, et al., | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-780-XR |
| JOHN SCOTT, et al., | |
| Defendants. | |
| HOUSTON JUSTICE, et al. | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-848-XR |
| GREGORY WAYNE ABBOTT, et al. | |
| Defendants. | |
| LULAC TEXAS, et al. | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-786-XR |
| JOHN SCOTT, et al. | |
| Defendants. | |

| | |
|---|---|
| MI FAMILIA VOTA, et al. | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-0920-XR |
| GREG ABBOTT, et al. | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | NO. 5:21-cv-1085-XR |
| THE STATE OF TEXAS, et al. | |
| Defendants. | |

## DISTRICT ATTORNEY OGG'S OBJECTIONS TO
## HAUL AND MFV PLAINTIFFS' EXHIBIT LIST

## EXHIBIT A
### Exhibit List

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 1 | 6/4/2021 | 87th Texas Legislative Session: What Happened with Voting Bills | FRE 801 et seq. | | |
| HAUL-MFV 2 | 3/22/2021 | ACLU of Texas Letter to Texas Senate State Affairs Committee re Public Hearing on Senate Bill 7 | FRE 801 et seq. | | |
| HAUL-MFV 3 | 3/25/2021 | ADL Letter re HB 6, Relating to election integrity and preservation of the purity of the ballot box through prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses | FRE 801 et seq. | | |
| HAUL-MFV 4 | 3/24/2021 | ADL Letter re HB 6, Relating to election integrity and preservation of the purity of the ballot box through prevention of fraud in the conduct of an election; increasing criminal penalties; creating criminal offenses | FRE 801 et seq. | | |
| HAUL-MFV 5 | 3/26/2021 | ADL Letter to Texas Senate State Affairs Committee re SB 7, relating to elections, including election intergrity and security; creating a criminal offense; providing civil penalties - OPPOSE | FRE 801 et seq. | | |
| HAUL-MFV 6 | 3/26/2021 | ADL Letter to Texas Senate State Affairs Committee re SB 7, relating to elections, including election intergrity and security; creating a criminal offense; providing civil penalties - OPPOSE | FRE 801 et seq. | | |
| HAUL-MFV 7 | 4/6/2022 | Article: More than 12% of mail-in ballots were rejected in Texas under new GOP voting rules, final tally shows, Houston Chronicle | FRE 801 et seq. | | |
| HAUL-MFV 8 | 4/6/2022 | Article: Nearly 25,000 mail ballots were rejected in Texas primaries, fueled by confusion over new restrictions, Houston Chronicle | FRE 801 et seq. | | |
| HAUL-MFV 9 | | Bexar County Elections Department webpage re voters with disabilities | | | |
| HAUL-MFV 10 | 3/29/2022 | Black Ballot Rejection Rates, power point slides | | | |
| HAUL-MFV 11 | | Complaint--cancelledcurbside voting due to inclement weather | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 12 | 3/10/2020 | Complaint--describes election judge who had "a real problem with voters with disabilities" who indicated to staff that "we are doing too much for these voters" when helping them vote curbside. | FRE 801 et seq. | | |
| HAUL-MFV 13 | 10/25/2020 | Complaint--pollworker describes that people with significant disabilities including one voter who required oxygen had to wait 30 minutes or more to have their absentee ballot cancelled so they could vote curbside | FRE 801 et seq. | | |
| HAUL-MFV 14 | 10/14/2020 | Complaint--voter directed to go inside instead of using curbside voting because it would be easier for staff | FRE 801 et seq. | | |
| HAUL-MFV 15 | 10/14/2020 | Complaint--waited for curbside voting for 2.5 hours in the parking lot | FRE 801 et seq. | | |
| HAUL-MFV 16 | 8/23/2021 | Courtney Pugh's Testimony to the House Constitutional Rights & Remedies Against SB 1 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 17 | | Dallas County Elections Department webpage Re Voters with disabilities | | | |
| HAUL-MFV 18 | 8/23/2021 | David Weinberg, Brennan Center for Justice, Testimony before the Texas House Select Committee on Constitutional Rights and Remedies on Senate Bill 1 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 19 | 4/1/2021 | David Weinberg, Brennan Center for Justice, Testimony before the Texas State Affairs Committee | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 20 | 7/10/2021 | David Weinberg, Brennan Center for Justice, Testimony before the Texas State Affairs Committee on Senate Bill 1 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 21 | 3/19/2021 | David Weinberg, Brennan Center for Justice, Testimony before the Texas State Affairs Committee on Senate Bill 1509 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 22 | 6/21/2023 | Declaration of Amy Litzinger | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 23 | 6/18/2023 | Declaration of Anne Scott | FRE 602, 701, 801 et. seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 24 | 6/16/2023 | Declaration of Bob Kafka | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 25 | 6/23/2023 | Declaration of Dr. Kara Ayers | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 26 | 6/22/2023 | Declaration of Heisha Freeman | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 27 | 6/22/2023 | Declaration of Jeffrey Clemmons | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 28 | 6/20/2023 | Declaration of Jennifer Martinez | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 29 | 6/20/2023 | Declaration of Jennifer Miller | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 30 | 6/22/2023 | Declaration of Jodi Lydia Nunez Landry | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 31 | 5/24/2023 | Declaration of Laura Halvorson | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 32 | 6/23/2023 | Declaration of Marc Spier | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 33 | 6/21/2023 | Declaration of Nancy Crowther | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 34 | 6/18/2023 | Declaration of Taylor Scott | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 35 | 5/1/2023 | Declaration of Terri Saltzman | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 36 | 6/22/2023 | Declaration of Yolanda Ross | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 37 | 5/12/2023 | Declaration of Yvonne Iglesias | FRE 602, 701, 801 et. seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 38 | 5/5/2023 | Defendant Harris County Elections Administrator, Clifford Tatum's Amended Responses and Objections to LULAC Plaintiffs' Third Set of Interrogatories | | | |
| HAUL-MFV 39 | 3/21/2023 | Defendant Ogg's First Amended Responses to OCA-GH's Second Set of Interrogatories | | | |
| HAUL-MFV 40 | 3/17/2023 | Defendant Ogg's Responses to LULAC Plaintiffs' Discovery Requests | | | |
| HAUL-MFV 41 | | Draft info bulletin on SB 1 changes to mail-in voting intended for the public | FRE 801 et seq. | | |
| HAUL-MFV 42 | | El Paso County Voters with Special Needs webpage re voters with disabilities | | | |
| HAUL-MFV 43 | | Election Assistance Commission – CARES Grant Funding Chart - July 22nd 2020, https://www.eac.gov/sites/default/files/paymentgrants/cares/FundingChart _ CARES.pdf (last visited Feb. 10, 2022); | FRE 801 et seq. | | |
| HAUL-MFV 44 | 5/26/2021 | Email from Anthony Gutierrez to Rep. Briscoe Cain re Letter in opposition to SB7 from voting rights advocacy organizatinos | FRE 801 et seq. | | |
| HAUL-MFV 45 | 1/17/2022 | E-mail from REVUP to advocacy community regarding mail-in-votes rejected with information to help eligible mail ballot voters navigate SB 1 | FRE 801 et seq. | | |
| HAUL-MFV 46 | 3/9/2022 | E-mail from REVUP to community advocate making recommendations on SB 1 educational PowerPoint | FRE 801 et seq. | | |
| HAUL-MFV 47 | | Emily Eby and Joaquin Gonzalez, Opening the Floodgates for Racial Intimidation, Disenfranchisement, and Violence by Expanding Poll Watcher Authority, Texas Civil Rights Project | FRE 801 et seq. | | |
| HAUL-MFV 48 | | Episode 9 of REVUP podcast | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 49 | | Excerpts from Harris County Call Log | | | |
| HAUL-MFV 50 | | Exhibit 2 to Ann Scott Deposition (OCA Greater Houston and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures) | FRCP 33 | | |
| HAUL-MFV 51 | | Exhibit 2 to Bob Kafka Declaration (Plaintiffs' OCA Second Amended Complaint) | FRCP 33 | | |
| HAUL-MFV 52 | | Exhibit 2 to Catherine Cranston Deposition (Third Supplemental Disclosures) | FRCP 33 | | |
| HAUL-MFV 53 | | Exhibit 2 to Daniel Hayes Deposition (SB 1) | | | |
| HAUL-MFV 54 | | Exhibit 2 to Nancy Crowther Deposition (SB 1) | | | |
| HAUL-MFV 55 | | Exhibit 2 to Toby Cole Deposition (SB 1) | | | |
| HAUL-MFV 56 | | Exhibit 2 to Yvonne Iglesias Deposition (OCA Greater Houston and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures) | FRCP 33 | | |
| HAUL-MFV 57 | | Exhibit 3 to Catherine Cranston Deposition (Second Supplemental Disclosures) | FRCP 33 | | |
| HAUL-MFV 58 | | Exhibit 7 to Catherine Cranston Deposition (SB 1) | | | |
| HAUL-MFV 59 | 2/28/2022 | Expert Report by Franita Tolson | FRE 702, 801 et seq. | | |
| HAUL-MFV 60 | 4/29/2022 | Expert Report of Daniel A. Smith, Ph.D. | FRE 702, 801 et seq. | | |
| HAUL-MFV 61 | | Expert Report of Dr. Kara Ayers Regarding the Impact of Senate Bill 1's Revised Oath on Texas Voters with Disabilities | FRE 702, 801 et seq. | | |
| HAUL-MFV 62 | 2/28/2022 | Expert Report of Professor Douglas L. Kruse, Ph.D. | FRE 702, 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 63 | 11/2/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 64 | 9/26/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 65 | 7/16/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 66 | 10/26/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 67 | 12/15/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 68 | 9/16/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 69 | 9/13/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 70 | 5/11/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 71 | 7/6/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 72 | 5/6/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 73 | 9/7/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 74 | 9/15/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 75 | 4/1/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 76 | 8/9/2021 | Facebook Post | FRE 901, 801 et seq. | — | |
| HAUL-MFV 77 | 5/25/2021 | Facebook Post | FRE 901, 801 et seq. | — | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 78 | 10/18/2021 | Facebook Post | FRE 901, 801 et seq. | – | |
| HAUL-MFV 79 | 5/5/2021 | Facebook Post | FRE 901, 801 et seq. | – | |
| HAUL-MFV 80 | 12/13/2021 | Facebook Post | FRE 901, 801 et seq. | – | |
| HAUL-MFV 81 | 9/7/2021 | Facebook Post | FRE 901, 801 et seq. | – | |
| HAUL-MFV 82 | | Facebook posts | FRE 901, 801 et seq. | – | |
| HAUL-MFV 83 | | Facebook posts | FRE 901, 801 et seq. | | |
| HAUL-MFV 84 | | Facebook posts | FRE 901, 801 et seq. | | |
| HAUL-MFV 85 | | Facebook posts | FRE 901, 801 et seq. | | |
| HAUL-MFV 86 | | Facebook posts | FRE 901, 801 et seq. | – | |
| HAUL-MFV 87 | | Facebook posts | FRE 901, 801 et seq. | | |
| HAUL-MFV 88 | | Facebook posts | FRE 901, 801 et seq. | | |
| HAUL-MFV 89 | 7/1/2022 | Form 7-58 Oath of Assistance | | | |
| HAUL-MFV 90 | | Grant Summary to Harris County webpage | | | |
| HAUL-MFV 91 | | Harris County Call Log | | | |
| HAUL-MFV 92 | | Harris County Carrier Envelope Insert for November 2022 General Election | | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 116 | 2021 | Dallas County Single Audit Reports for the Year Ended September 30, 2021 | | | |
| HAUL-MFV 117 | 2023 | Dallas County, Texas Single Audit Reports for the Year Ended September 30, 2022 | | | |
| HAUL-MFV 118 | 2021 | El Paso County FY 2021 Adopted Budget | | | |
| HAUL-MFV 119 | 2022 | El Paso County 2022 Adopted Budget | | | |
| HAUL-MFV 120 | 2022 | Travis County Fiscal Year 2022 Adopted Budget | | | |
| HAUL-MFV 121 | | Jane's Due Process Opposes SB 7 As an Attack on Voting Rights | FRE 801 et seq. | | |
| HAUL-MFV 122 | 9/7/2021 | Lawsuit Filed Challenging New Texas Law Targeting Voting Rights | FRE 801 et seq. | | |
| HAUL-MFV 123 | 4/1/2021 | LDF Letter to House Elections Committee re LDF Opposition to House Bill 6 | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 124 | 3/26/2021 | LDF Letter to Senate State Affairs Committee re LDF Opposition to Senate Bill 7 | FRE 801 et seq. | | |
| HAUL-MFV 125 | 3/22/2021 | LDF Letter to Senate State Affairs Committee re LDF Opposition to Senate Bill 7 | FRE 801 et seq. | | |
| HAUL-MFV 126 | 3/25/2021 | League of United Latin American Citizens Opposes Voter Supression Legislation | FRE 801 et seq. | | |
| HAUL-MFV 127 | | Legislative Update | FRE 801 et seq. | | |
| HAUL-MFV 128 | 3/22/2021 | Letter from ACLU of Texas, et al. to House Elections Committee | FRE 801 et seq. | | |
| HAUL-MFV 129 | 5/11/2021 | Letter from Dallas Black Clergy for Safety Equity and Justice, et al. to Governor Abbott, Lieutenant Governor Patrick, Speaker Phelan, and all the Members of the Texas State Legislature | FRE 801 et seq. | | |
| HAUL-MFV 130 | | Letter from Devin Branch, Harris County Political Organizer, Texas Organizing Project, re Senate Bill 7 | FRE 801 et seq. | | |
| HAUL-MFV 131 | 3/26/2021 | Letter from Georgia Keysor re Senate Bill 7 | FRE 801 et seq. | | |
| HAUL-MFV 132 | 5/5/2021 | Letter from Isabel Longoria to Office of Tecas State Representative A. Johnson | FRE 801 et seq. | | |
| HAUL-MFV 133 | 5/14/2020 | Letter from Ruth R. Hughs, Texas Secretary of State, to Mona Harrington, Acting Exec. Dir., U.S. Election Assistance Commission, dated May 14, 2020 | | | |
| HAUL-MFV 134 | 3/26/2021 | Letter from Wesley Story, Progress Texas | FRE 801 et seq. | | |
| HAUL-MFV 135 | 5/3/2021 | Letter in opposition to bills criminalizing voting activities from National and Texas voting rights and criminal justice organizations | FRE 801 et seq. | | |
| HAUL-MFV 136 | 8/23/2021 | Letter re SB 1, "election integrity" - Opposition Testimony by Public Citizen | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 137 | | Mass media e-mail concerning "ripple effect" of SB 1 on voting, including mail in voting for persons with disabilities | FRE 801 et seq. | | |
| HAUL-MFV 138 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 139 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 140 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 141 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 142 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 143 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 144 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 145 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 146 | | Media outreach and inquiries | FRE 801 et seq. | | |
| HAUL-MFV 147 | | Media outreach | FRE 801 et seq. | | |
| HAUL-MFV 148 | | Media outreach | FRE 801 et seq. | | |
| HAUL-MFV 149 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 150 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 151 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 152 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 153 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 154 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 155 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 156 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 157 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 158 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 159 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 160 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 161 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 162 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 163 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 164 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 165 | | Monetary invoices American Sign Language Interpreters for SB 1 education outreach | | | |
| HAUL-MFV 166 | | National Disability Voter Registration Week Resources | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 167 | 4/6/2021 | Press Conference Hosted by Lieutenant Governor Dan Patrick, Certified Transcript | | | |
| HAUL-MFV 168 | | Press release regarding the power of the disability vote in the wake of SB 1 | FRE 801 et seq. | | |
| HAUL-MFV 169 | 8/23/2021 | Q's for Courtney Pugh Re: Invited testimony against SB1 | | | |
| HAUL-MFV 170 | 3/30/2021 | Re: First Draft Legislative Update | | | |
| HAUL-MFV 171 | 4/1/2023 | Rep. Bucy comments from April 1, 2023, House Elections Committee Hearing | | | |
| HAUL-MFV 172 | | REVUP Facebook posts | FRE 801 et seq. | | |
| HAUL-MFV 173 | | REVUP Facebook posts | FRE 801 et seq. | | |
| HAUL-MFV 174 | 7/10/2021 | SB 1 Senate Committee on State Affairs, Certified Transcript | | | |
| HAUL-MFV 175 | 8/23/2021 | SB1 87th (2nd Special), House Select Committee on Constitutional Rights and Remedies Part 1, Certified Transcript | | | |
| HAUL-MFV 176 | 8/23/2021 | SB1 87th (2nd Special), House Select Committee on Constitutional Rights and Remedies Part 1, Certified Transcript | | | |
| HAUL-MFV 177 | 8/23/2021 | SB1 87th (2nd Special), House Select Committee on Constitutional Rights and Remedies Part 2, Certified Transcript | | | |
| HAUL-MFV 178 | 8/23/2021 | SB1 87th (2nd Special), House Select Committee on Constitutional Rights and Remedies Part 2, Certified Transcript | | | |
| HAUL-MFV 179 | 8/26/2021 | SB1 House Floor Debate, Certified Transcript | | | |
| HAUL-MFV 180 | 8/11/2021 | SB1 Senate Floor Debate Part 1, Certified Transcript | | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 181 | 8/11/2021 | SB1 Senate Floor Debate Part 2, Certified Transcript | | | |
| HAUL-MFV 182 | 7/11/2021 | Senate Committee on State Affairs Hearing on SB1, Certified Transcript | | | |
| HAUL-MFV 183 | 3/26/2021 | Senate Committee on State Affairs, Certified Transcript | | | |
| HAUL-MFV 184 | 8/31/2021 | Senate Floor Debate and Adoption of SB1 CCR, Certified Transcript | | | |
| HAUL-MFV 185 | 7/13/2021 | Senate Floor Debate on SB1, Certified Transcript | | | |
| HAUL-MFV 186 | 7/13/2021 | Senate Floor Debate on SB1, Certified Transcript | | | |
| HAUL-MFV 187 | 3/31/2021 | Senate Floor Debate Part III, Certified Transcript | | | |
| HAUL-MFV 188 | 3/31/2021 | Senate Floor Debate Part III, Certified Transcript | | | |
| HAUL-MFV 189 | 3/22/2021 | Senate State Affairs Committee Hearing, Certified Transcript | | | |
| HAUL-MFV 190 | 3/22/2021 | Senate State Affairs Committee Hearing, Certified Transcript | | | |
| HAUL-MFV 191 | 5/5/2023 | Signed Verification of Answers to LULAC Plaintiffs' Third Set of Interrogatories and OCA Plaintiffs' First Set of Interrogatories | | | |
| HAUL-MFV 192 | | Supplemental Declaration of Deborah Chen | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 193 | | Supplemental Declaration of Joyce LeBombard | FRE 602, 701, 801 et. seq. | | |
| HAUL-MFV 194 | 3/1/2022 | Survey Bastrop County 2022 Election Inspector Report | | | |
| HAUL-MFV 195 | 3/1/2022 | Survey Blanco County 2022 Election Inspector Report | | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 211 | 3/1/2022 | Survey Williamson County 2022 Election Inspector Report | | | |
| HAUL-MFV 212 | 4/18/2022 | Harris County Poll Workers Survey about voters with disabilities | FRE 801 et seq. | | |
| HAUL-MFV 213 | 3/26/2021 | Testimony by Ginger Mayeaux Before the House Elections Committee | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 214 | 3/22/2021 | Testimony by Ginger Mayeaux Before the Senate State Affairs | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 215 | | Testimony from Luis, Every Texan, in Opposition to SB 1: Related to Election Integrity and Security | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 216 | 7/10/2021 | Testimony of Alex Cogan, LMSW, Manager of Public Policy and Advocacy, The Arc of Texas, Senate State Affairs Committee, Regarding SB 1 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 217 | | Testimony of Anne Robinson | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 218 | | Testimony of Maggie Stern, Children's Defense Fund on HB6 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 219 | 4/1/2021 | Testimony of Nina Perales, MALDEF Vice President of Litigation, on House Bill 6, Texas House Committee on Elections | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 220 | 3/26/2021 | Testimony of Nina Perales, MALDEF Vice President of Litigation, on Senate Bill 7, Texas Senate Committee on State Affairs | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 221 | 7/10/2021 | Testimony of Nina Perales, MALDEF Vice President of Litigation, on Senate Bills 1 and 31, Texas Senate Committee on State Affairs | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 222 | | Testimony of Patty Ducayet | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 223 | | Testimony of Ruei Tuo, 87th - 1st Special Session - Texas Bill SB1/HB3 | FRE 602, 701, 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 224 | 3/26/2021 | Testimony of Stephanie Gomez on behalf of Common Cause Texas in Opposition to Senate Bill 7 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 225 | 7/10/2021 | Testimony on SB 1, by Emily Eby, Staff Attorney, Texas Civil Rights Project, Texas Senate State Affairs Committee | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 226 | 8/23/2021 | Testimony on SB 1, By James Slattery, Senior Staff Attorney, Texas Civil Rights Project, Texas House Select Committee on Consituttional Rights & Remedies | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 227 | 3/26/2021 | Testimony on SB 7, Proposed Legislation relating to elections, including election integrity and security by Emily Eby, Staff Attorney, Texas Civil Rights Project, before the Texas Senate State Affairs Committee | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 228 | 3/26/2021 | Testimony on SB 7, Proposed Legislation relating to elections, including election integrity and security; creating criminal offense; providing civil penalties by James Slattery, Senior Staff Attorney, Texas Civil Rights Project, before the Texas Senate State Affairs Committee | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 229 | 8/9/2021 | Testimony to the Senate Affairs Committee Against SB1, Courtney Pugh, Member of the Arc of Texas | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 230 | | Texas Legislative Online History for SB1 | | | |
| HAUL-MFV 231 | | Texas Legislature Second Special Session: SB 1 Infringes on Voting Rights of Texas with Disabilites | FRE 801 et seq. | | |
| HAUL-MFV 232 | | Texas Legislature Second Special Session: SB 1 Makes it Difficult for Texans with Disabilities to Vote | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 233 | | Texas Secretary of State, Help America Vote Act (HAVA) Update, Texas Association of Counties Legislative Conference (Aug. 27, 2020), https://www.sos.texas.gov/elections/forms/hava/HAVAgrant-presentation-TAC-8272020-update.pdf | | | |
| HAUL-MFV 234 | | The Arc of Texas Provides Testimony Against Senate Bill on Elections | FRE 801 et seq. | | |
| HAUL-MFV 235 | 3/25/2021 | Transcript of the Testimony of HB6 House Elections Committee | | | |
| HAUL-MFV 236 | | Travis County Voters with Disabilities webpage | | | |
| HAUL-MFV 237 | 10/8/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 238 | 10/26/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 239 | 12/15/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 240 | 9/7/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 241 | 9/8/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 242 | 9/8/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 243 | 9/9/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 244 | 9/13/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 245 | 9/15/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 246 | 10/3/2021 | Tweet | FRE 901, 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 247 | 9/28/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 248 | 9/7/2021 | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 249 | | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 250 | | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 251 | | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 252 | | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 253 | | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 254 | | Tweet | FRE 901, 801 et seq. | | |
| HAUL-MFV 255 | | Video clip via YouTube: "'Disability Voters Mobilize for May Vote & Chilling Laws' w/ Bob Kafka, Rev-Up TX, KPFT News 3/25/255" | FRE 801 et seq. | | |
| HAUL-MFV 256 | 4/5/2021 | Voting bills make their way through Texas Senate, House | FRE 801 et seq. | | |
| HAUL-MFV 257 | 3/1/2022 | State voter letter 6-19 | FRE 801 et seq. | | |
| HAUL-MFV 258 | 7/1/2022 | State voter form 7-58 | FRE 801 et seq. | | |
| HAUL-MFV 259 | 7/15/2021 | Why Did Texas House Democrats (and some Senators) leave Austin? Here's what to know | FRE 801 et seq. | | |
| HAUL-MFV 260 | 4/1/2021 | Written Testimony of Jeffrey Clemmons on HB6 | FRE 602, 701, 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 261 | 8/11/2021 | SB1 Senate Floor Debate Part 1, Certified Transcript | | | |
| HAUL-MFV 262 | 8/11/2021 | SB1 Senate Floor Debate Part 2, Certified Transcript | | | |
| HAUL-MFV 263 | 8/9/2021 | SB1 Senate State Affairs Committee Hearing Part 1, Certified Transcript | | | |
| HAUL-MFV 264 | 8/9/2021 | SB1 Senate State Affairs Committee Hearing Part 2, Certified Transcript | | | |
| HAUL-MFV 265 | 4/1/2021 | Ex. 6 to Cain Deposition - Testimony in Opposition, Texas Civil Rights Project | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 266 | | Ex. 10 to Cain Deposition - Conference Committee Report Form | FRE 801 et seq. | | |
| HAUL-MFV 267 | | Ex. 12 to Cain Deposition - Tweet | | | |
| HAUL-MFV 268 | 1/1/2022 | Poll Watcher's Guide, Issued by Secretary of State Elections Division | | | |
| HAUL-MFV 269 | 8/9/2021 | Testimony on SB1, by Emily Eby, Staff Attorney, Texas Civil Rights Project, Texas Senate State Affairs Committee | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 270 | 8/9/2021 | Testimony of Alex Cogan, LMSW, Manager of Public Policy and Advocacy, The Arc of Texas, Senate State Affairs Committee, Regarding SB 1 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 271 | 7/10/2021 | Testimony of Alex Cogan, LMSW, Manager of Public Policy and Advocacy, The Arc of Texas, House Select Committee Constitutional Rights and Remedies, Regarding HB 3 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 272 | 5/1/2021 | Braking the Status Quo: Drive Thru Voting and the 2020 General Election in Harris County | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 273 | 5/6/2021 | Letters from Isabel Longoria to State Senators Alvarado, Bettencourt, Creighton, Huffman, Kolkhorst, Miles, Taylor, Whitmire re Impacts of Senate Bill 7 and House Bill 6 on Harris County Voters | FRE 801 et seq. | | |
| HAUL-MFV 274 | 5/5/2021 | Letters from Isabel Longoria to State Representatives re Impacts of Senate Bill 7 and House Bill 6 on Harris County Voters | FRE 801 et seq. | | |
| HAUL-MFV 275 | | Voting Integrity & Security Collaborative Task Force | | | |
| HAUL-MFV 276 | | Letter from Anne Robinson, US Army Captain Retired, Paralyzed Veterans of America, to Senator Powell re Disabled Voter Access - SB1 and HB3 | FRE 801 et seq. | | |
| HAUL-MFV 277 | 1/28/2022 | Election Advisory No. 2022-08, Office of the Secretary of State, re NEW LAW: Senate Bill 1 - Opportunity to Correct Defects on an Application for Ballot by Mail and Carrier Envelope | | | |
| HAUL-MFV 278 | | Texas Civil Rights Project testimony on SB 1 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 279 | | Letter from Dem Caucus re SB 7 | | | |
| HAUL-MFV 280 | | Texas Civil Rights Project testimony on SB 7 | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 281 | | "The False narrative of Vote-by-Mail Fraud," by the Brennan Center | FRE 801 et seq. | | |
| HAUL-MFV 282 | 7/1/2021 | Letter from TX Association of Election Administrators | FRE 801 et seq. | | |
| HAUL-MFV 283 | | Testimony re SB 1 by Texas Civil Rights Project | FRE 602, 701, 801 et seq. | | |
| HAUL-MFV 284 | | Copy of SB 1 | | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 304 | 5/1/2022 | Article: Jasper Scherer and Zach Despart, "GOP bills target Harris County's efforts to expand voting. Here's how that played out in the 2020 election," Houston Chronicle, May 1, 2021, https://www.houstonchronicle.com/news/houston-texas/houston/article/GOP-bills-target-Harris-County-s-efforts-to-16143213.php. | FRE 801 et seq. | | |
| HAUL-MFV 305 | 12/21/2020 | Article: Taylor Goldenstein, "Ken Paxton's beefed-up 2020 voter fraud unit closed 16 minor cases, all in Harris County," Houston Chronicle, Dec. 21, 2020, https://www.houstonchronicle.com/politics/texas/article/politics/texas/article/Ken-Paxton-s-beefed-up-2020-voterfraud-unit-15820210.php. | FRE 801 et seq. | | |
| HAUL-MFV 306 | 12/17/2021 | Article: Taylor Goldenstein, "Texas AG Paxton's $2.2M voter fraud unit closed three cases in 2021. GOP lawmakers still boosted its budget." Houston Chronicle, Dec. 17, 2021, https://www.houstonchronicle.com/politics/texas/article/Texas-AG-Paxton-s-2-2M-voter-fraud-unit-closed-16708051.php. | FRE 801 et seq. | | |
| HAUL-MFV 307 | 4/12/2021 | Article: Taylor Goldenstein, "Fact checking Texas lawmaker's claim of 400 voter fraud 'cases'," Houston Chronicle, April 12, 2021, https://www.houstonchronicle.com/politics/texas/article/Fact-checking-Texas-lawmaker-s-claim-of-400-16095858.php. | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 308 | 3/24/2021 | "Voters of Color Appear to Be Most Frequent Targets of Attorney General Ken Paxton's Election Integrity Unit," Press Release, March 24, 2021, https://www.aclutx.org/en/press-releases/voters-color-appear-be-mostfrequent-targets-attorney-general-ken-paxtons-election. | FRE 801 et seq. | | |
| HAUL-MFV 309 | | Commonwealth Fund 2020 Scorecard on State Health System Performance, https://www.commonwealthfund.org/publications/scorecard/2020/sep/2020-scorecard-state-health-systemperformance. | FRE 801 et seq. | | |
| HAUL-MFV 310 | 5/13/2022 | First Expert Report (corrected) by Daniel A. Smith, Ph. D. | FRE 702, 801 et seq. | | |
| HAUL-MFV 311 | 6/7/2023 | Third Supplemental Expert Report by Daniel A. Smith, Ph.D. | FRE 702, 801 et seq. | | |
| HAUL-MFV 312 | 5/22/2023 | Reliance materials provided to Expert Daniel A. Smith, Ph.D. for his Third Supplemental Expert Report (6/7/2023) | FRE 702, 801 et seq. | | |
| HAUL-MFV 313 | 3/20/2023 | Second Supplemental Expert Report of Daniel A. Smith, Ph.D. | FRE 702, 801 et seq. | | |
| HAUL-MFV 314 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his Second Supplemental Report (3/20/2023) - re: Travis County | FRE 801 et seq. | | |
| HAUL-MFV 315 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his Second Supplemental Expert Report (3/20/2023) - re: Travis County | FRE 801 et seq. | | |
| HAUL-MFV 316 | | Reliance materials provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) re: Harris County | FRE 702, 801 et seq. | | |
| HAUL-MFV 317 | | Reliance materials provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: Harris County | FRE 702, 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 318 | 4/26/2022 | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/26/2022) re: Harris County | FRE 801 et seq. | | |
| HAUL-MFV 319 | | Reliance materials provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: Tarrant County | FRE 801 et seq. | | |
| HAUL-MFV 320 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: Dallas County | FRE 801 et seq. | | |
| HAUL-MFV 321 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: Dallas County | FRE 801 et seq. | | |
| HAUL-MFV 322 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: Dallas County | FRE 801 et seq. | | |
| HAUL-MFV 323 | 4/26/2022 | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: Dallas County | FRE 801 et seq. | | |
| HAUL-MFV 324 | | Reliance materials provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: Hidalgo County | FRE 801 et seq. | | |
| HAUL-MFV 325 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his First Supplemental Expert Report (4/29/2022) - re: El Paso County | FRE 801 et seq. | | |
| HAUL-MFV 326 | 2/2/2023 | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his Second Expert Report (4/22/2023) - re: Harris County | FRE 702, 801 et seq. | | |
| HAUL-MFV 327 | 2/2/2023 | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his Second Expert Report (4/22/2023) - re: Harris County | FRE 702, 801 et seq. | | |
| HAUL-MFV 328 | 2/2/2023 | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his Second Expert Report (4/22/2023) - re: Harris County | FRE 702, 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 329 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his Second Expert Report (4/22/2023) - re: statewide | FRE 702, 801 et seq. | | |
| HAUL-MFV 330 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for his First Expert Report (4/22/2023) | FRE 702, 801 et seq. | | |
| HAUL-MFV 331 | | Reliance material provided to Expert Daniel A. Smith, Ph.D. for each of his reports | FRE 702, 801 et seq. | | |
| HAUL-MFV 332 | 2/28/2022 | Expert Report of J. Morgan Kousser, Ph.D. | FRE 702, 801 et seq. | | |
| HAUL-MFV 333 | 2/28/2022 | Eric McDaniel Expert Witness report | FRE 702, 801 et seq. | | |
| HAUL-MFV 334 | 2/28/2022 McDaniel report | Figure One: Racial differences in voting methods given age | FRE 702, 801 et seq. | | |
| HAUL-MFV 335 | 2/28/2022 McDaniel report | Figure Two: Predicted probability of using a voting method, given race and age in 2020 election | FRE 702, 801 et seq. | | |
| HAUL-MFV 336 | 2/28/2022 McDaniel report | Figure Three: Predicted probability of using a voting method, given race and age in 2016 election | FRE 702, 801 et seq. | | |
| HAUL-MFV 337 | 2/28/2022 McDaniel report | Figure Four: Wait times for in-person voting by race and voting method | FRE 702, 801 et seq. | | |
| HAUL-MFV 338 | 2/28/2022 McDaniel report | Figure Five: Predicted probability of reported wait time given race and voting method | FRE 702, 801 et seq. | | |
| HAUL-MFV 339 | 2/28/2022 McDaniel report | Figure Seven: Racial differences in ballot drop location | FRE 702, 801 et seq. | | |
| HAUL-MFV 340 | 2/28/2022 McDaniel report | Figure Eight: Wait time for in-person voting by county size | FRE 702, 801 et seq. | | |
| HAUL-MFV 341 | 2/28/2022 McDaniel report | Table One: percentage of state population by in counties by county size and race | FRE 702, 801 et seq. | | |
| HAUL-MFV 342 | 2/28/2022 McDaniel report | Figure Nine: Reported incidents of voter intimidation given a county's history of lynching and President Trump's margin of victory | FRE 702, 801 et seq. | | |
| HAUL-MFV 343 | 4/29/2022 | Eric McDaniel Supplemental Expert Witness Report | FRE 702, 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 344 | 4/29/2022 McDaniel supp. report | Figure One: Texas voter turnout 2000-2020 by race | FRE 702, 801 et seq. | | |
| HAUL-MFV 345 | 2/10/2023 | Eric McDaniel Supplemental Expert Witness Report | FRE 702, 801 et seq. | | |
| HAUL-MFV 346 | 2/10/2023 McDaniel supp. report | Figure One: Average change in county level in-person and mail early voting 2016-2022 | FRE 702, 801 et seq. | | |
| HAUL-MFV 347 | 2/28/2022 | Expert Report of Christian Grose | FRE 702, 801 et seq. | | |
| HAUL-MFV 348 | 2/28/2022 Grose report | Table 4: The empirical racial impact of banning 24-hour early voting in Texas | FRE 702, 801 et seq. | | |
| HAUL-MFV 349 | 2/28/2022 Grose report | Table 5 (page 19): Average share of the vote-by-mail electorate across Texas counties | FRE 702, 801 et seq. | | |
| HAUL-MFV 350 | 4/25/2022 | Rebuttal expert report of Dr. Christian Grose | FRE 702, 801 et seq. | | |
| HAUL-MFV 351 | 4/25/2022 Grose rebuttal report | Table 2: Total number of early voting locations with 24-hour voting in each county in the 2020 general election | FRE 702, 801 et seq. | | |
| HAUL-MFV 352 | 4/25/2022 Grose rebuttal report | Table 3: Number of early voting locations restricted by SB1 prohibition on Sunday voting before 9 am | FRE 702, 801 et seq. | | |
| HAUL-MFV 353 | 2/10/2023 | Christian Grose Supplemental Expert Report | FRE 702, 801 et seq. | | |
| HAUL-MFV 354 | 2/10/2023 Grose report | Table (page 5): Average share of the vote-by-mail electorate across Texas counties | FRE 702, 801 et seq. | | |
| HAUL-MFV 355 | 2/10/2023 Grose report | Table (page 6): Size of eligible Latino population/decline in Latino average share of vote by mail | FRE 702, 801 et seq. | | |
| HAUL-MFV 356 | | The empirical impact of SB1 on voters of color | FRE 801 et seq. | | |
| HAUL-MFV 357 | 2022 | 2022 Hotline Responses excel | FRE 801 et seq. | | |
| HAUL-MFV 358 | 2022 | General Voter Education 2022 (MFV Texas Team) | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 359 | 2/18/2022 | Texas Civil Rights Project - SB 1 Summary (external)(rev. 02.18.22) | FRE 801 et seq. | | |
| HAUL-MFV 360 | 11/21/2021 | SB1-Provisions | | | |
| HAUL-MFV 361 | Dec-21 | Texas Civil Rights Project Presentation on VR Changes by James Slattery | FRE 801 et seq. | | |
| HAUL-MFV 362 | 2022 | Mi Familia Vota – Toolkit – Texas Lets Get Ready for Early Vote | FRE 801 et seq. | | |
| HAUL-MFV 363 | 2022 | Training Updated 2022 TX Voter Education Hotline Volunteer Training PowerPoint | FRE 801 et seq. | | |
| HAUL-MFV 364 | 7/18/2018 | Email from Elections Internet To: Redacted Subject: Election Security | FRE 801 et seq. | | |
| HAUL-MFV 365 | 7/19/2018 | Email from Steven Strominger To: Secretary Subject: Election security | FRE 801 et seq. | | |
| HAUL-MFV 366 | 7/18/2018 | Email from Elections Internet To: Redacted Subject: Re: Election Security | FRE 801 et seq. | | |
| HAUL-MFV 367 | 2/13/2019 | Email from Sam Taylor To: Jacqueline Benton Subject: RE: Question regarding Secretary of State's cybersecurity | FRE 801 et seq. | | |
| HAUL-MFV 368 | 12/3/2020 | Email from Elections Internet To: Redacted Subject: FW: Web Mail Correspondence | FRE 801 et seq. | | |
| HAUL-MFV 369 | 3/21/2017 | Email from Evans Carrlyn To: Gneral@gregabbott.com; ken.paxton@oag.texas.gov; Secretary Subject Important correspondence from NAACP President | FRE 801 et seq. | | |
| HAUL-MFV 370 | 10/4/2020 | Email from Heidi Martinez To: Redacted Subject: Integrity of our elections (EI Response) | FRE 801 et seq. | | |
| HAUL-MFV 371 | 12/30/2019 | Email from Heidi Martinez To: Redacted Subject: Ms. Diana Pattillo (EI) | FRE 801 et seq. | | |
| HAUL-MFV 372 | 8/11/2020 | Email from Charles Pinney To: Redacted Subject: Re" Illegal or just inappropriate? (EI Response) | FRE 801 et seq. | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 373 | 7/26/2019 | Email from Stephen Chang To: Phillip Prazan Subject: RE" KXAN media request | FRE 801 et seq. | | |
| HAUL-MFV 374 | 2/4/2019 | Email from Elections Internet To: Christina Adkins Subject: FW: The list of non-citizens | FRE 801 et seq. | | |
| HAUL-MFV 375 | 2/5/2019 | Email from Elections Internet To: Christina Adkins Subject: FW: Vote Fraud Advisory | FRE 801 et seq. | | |
| HAUL-MFV 376 | 2/13/2019 | Email from Elections Internet To: Christina Adkins Subject: FW: Voter fraud list | FRE 801 et seq. | | |
| HAUL-MFV 377 | 10/25/2022 | Email from James Slattery To: James Slattery Subject: FWD: Press Release: Civil Rights Groups Call for federal watchdogs after secretary of State undermines Harris County midterm election | FRE 801 et seq. | | |
| HAUL-MFV 378 | | Application for a Ballot by Mail – Ingram April 26, 2022, Depo Ex. 6 | | | |
| HAUL-MFV 379 | | Carrier Envelope for Early Voting Ballot – Ingram April 26, 2022, Depo Ex. 7 - | | | |
| HAUL-MFV 380 | | Official Election Signature Sheet for an FPCA Voter – Ingram April 26, 2022,Depo Ex. 8 | | | |
| HAUL-MFV 381 | | Notice of Rejected Application for Ballot by Mail – Ingram April 26, 2022, Depo Ex. 9 | | | |
| HAUL-MFV 382 | | Notice of Rejected Application for Ballot by Mail – Ingram April 26, 2022, Depo Ex. 10 | | | |
| HAUL-MFV 383 | | Texas Secretary of State – FAQs on Applications for Ballot by Mail (ABBMs) – Ingram April 26, 2022, Depo Ex. 11 | | | |
| HAUL-MFV 384 | 1/28/2022 | Election Advisory No. 2022-08 From: Keith Ingram To: Election Officials | | | |
| HAUL-MFV 385 | | Oath of Assistance – Ingram April 28, 2022 Depo Ex. 02 | | | |
| HAUL-MFV 386 | | Oath of Assistance and Interpreter Statement of Purpose | | | |

| Exhibit No. | Doc Date | Description | Objections | | |
|---|---|---|---|---|---|
| HAUL-MFV 387 | | Texas Secretary of State, Elections Division, Webinar | | | |
| HAUL-MFV 388 | 11/30/2020 | Secretary Hughs Press Release, Ingram 4/26/2022 Depo. Ex. 22 | | | |
| HAUL-MFV 389 | 4/7/2022 | Email from Keith Ingram to Justin Williamson re county by county mail ballot numbers, Ingram 5/6/2022 Depo. Ex. 4 | FRE 801 et seq. | | |