UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br>     *Plaintiffs,* <br>  v. <br> GREGORY W. ABBOTT, et al., <br>     *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al., <br>     *Plaintiffs,* <br>  v. <br> JANE NELSON, et al., <br>     *Defendants.* | 1:21-cv-0786-XR |

**DISTRICT ATTORNEY OGG'S OBJECTIONS TO
LULAC PLAINTIFFS' EXHIBIT LIST**

1

| TABLE A – LULAC PLAINTIFFS' EXHIBIT LIST ||  |
|---|---|---|
| **PX No.** | **Description** | **Objections** |
| LULAC-01 | Texas Senate Bill 1 Enrolled Version | |
| LULAC-02 | February 28, 2022 Expert Report of Dr. Kenneth R. Mayer (also available at ECF No. 639-6) | FRE 702, 801 et seq. |
| LULAC-03 | April 29, 2022 Supplement to Expert Report of Dr. Kenneth R. Mayer | FRE 702, 801 et seq. |
| LULAC-04 | March 6, 2023 2022 General Election Expert Report of Dr. Kenneth R. Mayer (as modified by the April 20, 2023 expert report) | FRE 702, 801 et seq. |
| LULAC-05 | April 28, 2022 Expert Report of Dr. Allan Lichtman | FRE 702, 801 et seq. |
| LULAC-06 | February 28, 2022 Expert Report of Dr. Loren Collingwood | FRE 702, 801 et seq. |
| LULAC-07 | April 29, 2022 Supplement to the Expert Report of Dr. Loren Collingwood | FRE 702, 801 et seq. |
| LULAC-08 | February 10, 2023 General Election Report of Dr. Loren Collingwood (as modified by February 27, 2023 notice of correction) | FRE 702, 801 et seq. |
| LULAC-09 | ECF No. 639-1 Declaration of Zeph Capo | FRE 602, 701, 801 et seq. |
| LULAC-10 | ECF No. 639-2 Declaration of Domingo A. Garcia | FRE 602, 701, 801 et seq. |

| | | |
|---|---|---|
| LULAC-11 | ECF No. 639-3 Declaration of Gene Lantz | FRE 602, 701, 801 et seq. |
| LULAC-12 | ECF No. 639-4 Declaration of Ameer Patel | FRE 602, 701, 801 et seq. |
| LULAC-13 | ECF No. 639-7 May 6, 2022 30(b)(6) Dep. Tr. of Keith Ingram | |
| LULAC-14 | ECF No. 639-8 April 26, 2022 30(b)(6) Dep. Tr. of Keith Ingram | |
| LULAC-15 | ECF No. 639-9 May 2, 2022 SOS's Responses and Objections to U.S. Interrogatories | |
| LULAC-16 | ECF No. 639-10 May 11, 2022 Attorney General's Verification of State Defendant's Responses and Objections to U.S. Interrogatories | |
| LULAC-17 | ECF No. 639-11 April 20, 2022 30(b)(6) Dep. Tr. of Callanen | |
| LULAC-18 | ECF No. 639-12 Defendant El Paso County Elections Administrator Lisa Wise's March 31, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | |
| LULAC-19 | ECF No. 639-13 Defendant Dyana Limon-Mercado's March 23, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | |
| LULAC-20 | ECF No. 639-14 Defendant Yvonne Ramon's May 10, 2022 30(b)(6) deposition transcript | |
| LULAC-21 | ECF No. 639-15 Defendant Michael Scarpello's April 29, 2022 Rule 30(b)(6) deposition transcript | |

| | | |
|---|---|---|
| LULAC -22 | ECF No. 639-18 Defendant Bexar County Election Administrator Jacquelyn Callanen's March 17, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | |
| LULAC -23 | ECF No. 639-19 Dr. Henry Flores's February 28, 2022 expert report | FRE 702, 801 et seq. |
| LULAC -24 | (Deposition Exhibit) December 12, 2021 Email from the SOS's office | |
| LULAC -25 | (Deposition Exhibit) Black Ballot Rejection Rates | |
| LULAC -26 | (Deposition Exhibit) April 7, 2022 email from Ingram to Rep. Williamson | |
| LULAC -27 | (Deposition Exhibit) Bexar County mailing | |
| LULAC -28 | (Deposition Exhibit) Elections Division Webinar | |
| LULAC -29 | (Document) Ballot Secrecy Envelope | |
| LULAC -30 | (Document) Poll Watchers Guide (2018) | |
| LULAC -31 | (Document) Qualifying Voters on Election Day Handbook (2018) | |
| LULAC -32 | (Document) OAG list of pending election-related fraud prosecutions | |
| LULAC -33 | (Document) Letter from Texas Legislators | |
| LULAC -34 | (Document) HB 3 bill summary | |
| LULAC -35 | (Document) OAG memo regarding SB 1 | |
| LULAC -36 | (Document) Blank Carrier Envelope | |
| LULAC -37 | (Document) OAG list of resolved prosecutions of election fraud from 2004 to 2020 | |

| LULAC-70 | (Email) from OAG providing list of elections-related fraud | |
| LULAC-71 | (Email) SOS email re "Weekend Comparative Process" | |
| LULAC-72 | (Email) from Mexican American Legislative Caucus to SOS | FRE 801 et seq. |
| LULAC-73 | (Email) Email from voter re "unable to verify my info" | FRE 801 et. seq. |
| LULAC-74 | (Email) Email from voter re "Need Identification Card Number in voter registration database, not old Driver's License Number" | FRE 801 et. seq. |
| LULAC-75 | (Email) SOS email | |
| LULAC-76 | (Written Discovery) State Defendants' Responses and Objections to DOJ 2nd ROG | |
| LULAC-77 | (Written Discovery) State Defendants' Supplemental Responses and Objections to US 2nd ROG | |
| LULAC-78 | (Written Discovery) 2023.02.15 - LULAC Plaintiffs' RFAs to El Paso DA Defendant | |
| LULAC-79 | (Written Discovery) 2023.02.15 LULAC Plaintiffs' Interrogatories to El Paso DA Defendant | |
| LULAC-80 | (Written Discovery) Dallas County, Defendant Scarpello Responses and Objections to State Defs Second RFP, First RFAs and Interrogatories | |
| LULAC-81 | (Written Discovery) El Paso County, Defendant Lisa Wise Responses and Objections to State Def 1st RFA and ROG | |
| LULAC-82 | (Written Discovery) 2023.03.17 Bexar County Defendant DA Gonzales R&Os to LULAC Plaintiffs RFAs | |