**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | § § | [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § | |
| *Intervenor-Defendants*. | § | |

**DISTRICT ATTORNEY OGG'S OBJECTIONS TO
<u>LUPE PLAINTIFFS' EXHIBIT LIST</u>**

| Exh. No. | Document Description | Objections |
|---|---|---|
| LUPE-1 | Expert Report of Dr. Andres Tijerina, PhD, February 2022 | FRE 702, 801 et seq. |
| LUPE-2 | Expert Report of Dr. Douglas L. Kruse, PhD, February 2022 | FRE 702, 801 et seq. |
| LUPE-3 | Expert Report of Dr. Henry Flores, PhD, February 2022 | FRE 702, 801 et seq. |
| LUPE-4 | Travis County, General Election Signed Oaths of Assistance/Combined early voting oaths of assistance, November 2020 | |
| LUPE-5 | Travis County, General Election Signed Oaths of Assistance/Combined early voting oaths of assistance, November 2020 | |
| LUPE-6 | Travis County, General Election Signed Oaths of Assistance/Combined early voting oaths of assistance, November 2020 | |
| LUPE-7 | Travis County, General Election Signed Oaths of Assistance/Combined early voting oaths of assistance, November 2020 | |
| LUPE-8 | Travis County, General Election Signed Oaths of Assistance/Combined early voting oaths of assistance, November 2020 | |
| LUPE-9 | Travis County, Revised Mail Ballot Carrier Envelope | |

| Exh. No. | Document Description | Objections |
|---|---|---|
| LUPE-10 | Travis County Spreadsheet, Rejected Mail Ballots, November 2022 | |
| LUPE-11 | Travis County Spreadsheet, Mail Ballot Statuses, November 2022 | |
| LUPE-12 | Email from Todd Forrister to Travis County Elections, March 2023 | FRE 801 et seq. |
| LUPE-13 | SOS Presentation, Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope, February 2022 | |
| LUPE-14 | El Paso County Spreadsheet, List of voters who received assistance or voted curbside, March 2020 | |
| LUPE-15 | Email from Melissa Rosales to Lisa Wise, May 2017 | FRE 801 et seq. |
| LUPE-16 | Travis County, General Election Signed Oaths of Assistance/Combined early voting oaths of assistance, November 2020 | |
| LUPE-17 | Email from Andres Candelaria to Lisa Wise, March 2022 | FRE 801 et seq. |
| LUPE-18 | El Paso County Presentation, Early Voting Election Worker Training March 2022 Primary Election, March 2022 | |
| LUPE-19 | SOS Presentation, Poll Watchers, July 2023 | |
| LUPE-20 | Email from Texas SOS Press Office to Lisa Wise, September 2022 | |
| LUPE-21 | El Paso County Spreadsheet, 2022 December 2022Runoff - Ballot List, December 2022 | |
| LUPE-22 | El Paso County Spreadsheet, 2022 November General - Ballot List, November 2022 | |
| LUPE-23 | El Paso County Spreadsheet, List of voters who needed assistance, December 2022 | |
| LUPE-24 | El Paso County Spreadsheet, List of voters who recieved assistance, November 2022 | |
| LUPE-25 | Email from SOS Elections Internet to Election Officials, October 2022 | |
| LUPE-26 | El Paso County, Analysis of voters with and without SSN, SSN4, or driver's license, Post-March 2022 | |
| LUPE-27 | El Paso County, Standardized Notices of Rejected Application for Ballot by Mail | |
| LUPE-28 | El Paso County, Oath of Assistance Logs, November 2022 | |

| Exh. No. | Document Description | Objections |
|---|---|---|
| LUPE-64 | Dallas County Spreadsheet, Mail Ballot Return Statuses for Constitutional Amendment Election, May 7, 2022 | |
| LUPE-65 | Dallas County Spreadsheet, Mail Ballot Return Statuses for Primary Election, March 1, 2022 | |
| LUPE-66 | Dallas County Spreadsheet, Voter Assistance Complaint Log | |
| LUPE-67 | Dallas County Spreadsheet, Poll Watcher Complaint Log | |
| LUPE-68 | Hidalgo County, Analysis of voters with and without SSN, SSN4, or driver's license, January 2022 | |
| LUPE-69 | Hidalgo County, Poll Watcher Observations, November 2020 | FRE 801 et seq. |
| LUPE-70 | Hidalgo County, Affidavit of Stephanie Seiba Poll Watcher 2020, November 2020 | FRE 801 et seq. |
| LUPE-71 | Hidalgo County, Affidavit of Thelma Leal Poll Watcher 2020, November 2020 | FRE 801 et seq. |
| LUPE-72 | Hidalgo County, 2022 Primary Election Ballot List Requested Between January 1, 2022 and March 24, 2022, March 2022 | |
| LUPE-73 | Hidalgo County, Absentee Rejection Letter List Mail Dates August 1, 2022 to November 8, 2022, December 2022 | |
| LUPE-74 | SOS, Election Advisory No. 2022-07, NEW LAW: Changes to earl Voting by Personal Appearance - House BIll 2025, House Bill 3107, and Senate Bill 1, January 2022 | |
| LUPE-75 | Email from Jacey Jetton to Alan Vera, August 2021 | FRE 801 et seq. |
| LUPE-76 | Email from Malissa Kouba to Kristy Noble, January 2022 | FRE 801 et seq. |
| LUPE-77 | Email from Michael Scarpello to Clay Jenkins et al., December 2021 | FRE 801 et seq. |
| LUPE-78 | Email from Michael Scarpello to Clay Jenkins et al., February 2022 | FRE 801 et seq. |
| LUPE-79 | Email from Michael Scarpello to Clay Jenkins et al., Feburary 2022 | FRE 801 et seq. |
| LUPE-80 | Email from Michael Scarpello to Kristy Noble, Feburary 2022 | FRE 801 et seq. |
| LUPE-81 | SOS, Early Voting Ballot Board & Signature Verification Committee Handbook for Election Judges and Clerks 2022 | |
| LUPE-82 | Email from Alan Vera to Jacey Jetton et al., July 2021 | FRE 801 et seq. |

| Exh. No. | Document Description | Objections |
|---|---|---|
| LUPE-83 | Email from Alan Vera to Jacey Jetton, et al., August 2021 | FRE 801 et seq. |
| LUPE-84 | Alan Vera Presentation, 2020 Texas Poll Watcher Training | FRE 801 et seq. |
| LUPE-85 | Email from Alan Vera to Cody Jordan, March 2021 | FRE 801 et seq. |
| LUPE-86 | Email from Alan Vera to Cody Jordan, March 2021 | FRE 801 et seq. |
| LUPE-87 | Email from Alan Vera to Hope Shelton, March 2021 | FRE 801 et seq. |
| LUPE-88 | Email from Adam Bitter to Wes Bowen, et al, November 2021 | FRE 801 et seq. |
| LUPE-89 | Dallas County Republican Party Executive Committee Resolution, March 2021 | |
| LUPE-90 | SOS, Election Advisory No. 2021-23, May 2022 | |
| LUPE-91 | SOS Presentation, Preparing for the May 2022 Elections, December 2021 | |
| LUPE-92 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Resolved, November 2021 | |
| LUPE-93 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Pending, November 2021 | |
| LUPE-94 | Email from SOS Elections Internet to Election Officials, January 2022 | |
| LUPE-95 | Email from SOS Elections Internet to Election Officials, January 2022 | |
| LUPE-96 | Blank Form, Notice of Rejected Application For Ballot By Mail, January 2022 | |
| LUPE-97 | Instructions to Oath of Assistance and Interpreter Form, January 2022 | |
| LUPE-98 | Email from KC Emery to Christina Adkins, October 2021 | FRE 801 et seq. |
| LUPE-99 | Blank Form, Notice of Rejected Application for Ballot by Mail, Missing or Incorrect Personal Identification Number, January 2022 | |
| LUPE-100 | Blank Form, Notice of Carrier Defect, Carrier Envelope Returned to the Voter by Mail, January 2022 | |
| LUPE-101 | Blank Form, Notice of Carrier Defect, Voter Notified of Carrier Envelope Defect by Phone or Email, January 2022 | |
| LUPE-102 | Email from Kim Bergmann to Ruth Hughs, September 2020 | FRE 801 et seq. |
| LUPE-103 | Letter from Ken Paxton to Wiley B. McAfee, Opinion No. KP-0118, November 2016 | |

| Exh. No. | Document Description | Objections |
|---|---|---|
| LUPE-167 | Blank Form, Certificate of Appointment of Poll Watcher by a Candidate, January 2022 | |
| LUPE-168 | Email from SOS Elections Internet to Elections Officials, September 2022 | |
| LUPE-169 | Email from Adam Bitter to Allison Heinrich, June 2022 | |
| LUPE-170 | Email from Christina Adkins to Jacquelyn Callanen, April 2022 | |
| LUPE-171 | Email Attachment, SOS Draft Insert for Mail Ballot Carrier Envelope, April 2022 | |
| LUPE-172 | Blank Form, Oath of Assistance and Oath of Interpreter, July 2022 | |
| LUPE-173 | Email from Sam Taylor to John Scott et al., August 2022 | FRE 801 et seq. |
| LUPE-174 | Email from Sam Taylor to John Scott et al., November 2022 | FRE 801 et seq. |
| LUPE-175 | Email from Heidi Martinez to Stephanie Garza, March 2022 | FRE 801 et seq. |
| LUPE-176 | Kleberg County, Draft Carrier Envelope Insert, March 2022 | |
| LUPE-177 | SOS Presentation, Poll Watchers, August 2022 | |
| LUPE-178 | In re True Texas Elections, LLC Political Action Committee and Laura Pressley in Her Official Capacity as Treasurer of True Texas Elections, LLC Political Action Committee, Petition for Writ of Mandamus (TX Sup. Court Oct. 13, 2022) | FRE 801 et seq. |
| LUPE-179 | Election Complaint to the Texas Secretary of State, Harris County, Richard Joseph***, November 2022 | FRE 801 et seq. |
| LUPE-180 | SOS Presentation, 2021 Legislative and Policy Updates, November 2022 | |
| LUPE-181 | SOS Presentation, Communicating Legislative Changes: ID Requirements for Voting by Mail, February 2023 | |
| LUPE-182 | Guadalupe County, Office of the Attorney General Law Enforcement Division, Election Code Violation, Incident Report, Incident No. CX1078159982, March 2022 | |
| LUPE-183 | Hays County, Office of the Attorney General Law Enforcement Division, Election Code Violation, Incident Report, Incident No. CX8296185757, November 2022 | |

| Exh. No. | Document Description | Objections |
|---|---|---|
| LUPE-203 | Certificate of Completion, Jim Lewin, Texas Online Poll Watcher Training, August 2022 | |
| LUPE-204 | Texas Impact March 2022 Election Event Accouncement | FRE 801 et seq. |
| LUPE-205 | Email from Tanesa Lee to Danielle Ayers, February 2022 | FRE 801 et seq. |
| LUPE-206 | Friendship West Presentation Regarding Voting, March 2022 | FRE 801 et seq. |
| LUPE-207 | Texas Impact et al., Presentation, Tips for Voters New Election Laws 2022 | FRE 801 et seq. |
| LUPE-208 | Email from Texas Impact Member to Bee Morehead, September 2021 | FRE 801 et seq. |
| LUPE-209 | Texas Impact, Texas Election Law Update, November 2021 | FRE 801 et seq. |
| LUPE-210 | Texas Impact, Action Page, January 2022 | FRE 801 et seq. |
| LUPE-211 | Friendship West Presentation, Justice Ministry Voter Engagement - Follow-up Meeting, March 2022 | FRE 801 et seq. |
| LUPE-212 | Friendship West Justice Ministry Presentation, Poll Worker Information Session, August 2022 | FRE 801 et seq. |
| LUPE-213 | Email from Cheryl Prelow to Danielle Ayers et al., July 2022 | FRE 801 et seq. |
| LUPE-214 | Friendship West Podcast Script, New Texas Voting Law, July 2022 | FRE 801 et seq. |
| LUPE-215 | Friendship West Baptist Church, Post-Election Survey Report, December 2022 | FRE 801 et seq. |
| LUPE-216 | Friendship West Baptist Church, Pre-Election Survey Report, December 2022 | FRE 801 et seq. |
| LUPE-217 | BallotReady Invoice to Texas Impact, July 2022 | FRE 401 |
| LUPE-218 | Texas Impact BallotReady Order Form, July 2022 | FRE 401 |
| LUPE-219 | BallotReady Invoice to Texas Impact, August 2022 | FRE 401 |
| LUPE-220 | BallotReady Invoice to Texas Impact, August 2022 | FRE 401 |
| LUPE-221 | Memorandum of Understanding between Texas Impact and New Venture Fund, September 2022 | FRE 401, 801 et seq. |
| LUPE-222 | Rejected Application for Ballot by Mail, Rabia | |
| LUPE-223 | Tarrant County, Notice of Rejected Application for Ballot by Mail, October 2022 | |
| LUPE-224 | Email from Christina Adkins to Andria Perales, January 2022 | |