**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | |
| *Plaintiffs,* | |
| v. | 5:21-cv-844-XR |
| | |
| GREGORY W. ABBOTT, et al., | |
| *Defendants.* | |
| OCA-GREATER HOUSTON, et al., | |
| *Plaintiffs,* | |
| v. | 1:21-cv-0780-XR |
| | |
| JANE NELSON, et al., | |
| *Defendants.* | |

**DISTRICT ATTORNEY OGG'S
<u>OBJECTIONS TO OCA PLAINTIFFS' EXHIBIT LIST</u>**

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-1 | | Report on Identification Number Requirements for Mail Balloting under SB 1, Prof. Eitan Hersh (Feb. 28, 2022) | FRE 702, 801 et seq. | |
| OCAPX-2 | | Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1, Prof. Eitan Hersh (May 4, 2022) | FRE 702, 801 et seq. | |
| OCAPX-3 | | Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1, Prof Eitan Hersh (Feb. 3, 2023) | FRE 702, 801 et seq. | |
| OCAPX-4 | | ADDENDUM TO: Second Supplement to Report on Identification Number Requirements for Mail Balloting under SB 1, Prof. Eitan Hersh (May 8, 2023) | FRE 702, 801 et seq. | |
| OCAPX-5 | | Voting Assistance & Vote by Mail, *La Unión Del Pueblo Entero et al. v. State of Texas et al*., Tammy Patrick (Feb. 28, 2022) | FRE 702, 801 et seq. | |
| OCAPX-6 | | Texas Primary Supplement to Report, Voting Assistance & Vote by Mail, *La Union del Pueblo Entero et al. v. State of Texas et al.,* Tammy Patrick (Apr. 29, 2022) | FRE 702, 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-7 | | Texas 2022 General Election Supplement to Report, Voting Assistance & Vote by Mail, *La Union del Pueblo Entero et al. v. State of Texas et al.,* Tammy Patrick (Feb. 10, 2023) | FRE 702 | |
| OCAPX-8 | | Declaration of Bernadette Maloney, May 24, 2023, ECF No. 611-1 Ex. 25 | FRE 602, 701, 801 et seq. | |
| OCAPX-9 | | Declaration of Yi Lu Zhao, May 23, 2023, ECF No. 611-1 Ex. 26 | FRE 602, 701, 801 et seq. | |
| OCAPX-10 | | Declaration of Ming Fei Yi, May 23, 2023, ECF No. 611-1 Ex. 27 | FRE 602, 701, 801 et seq. | |
| OCAPX-11 | | Declaration of Riazuddin Ahmed, May 23, 2023, ECF No. 611-1 Ex. 28 | FRE 602, 701, 801 et seq. | |
| OCAPX-12 | | Declaration of Joyce LeBombard, May 25, 2023, ECF No. 611-1 Ex. 30 | FRE 602, 701, 801 et seq. | |
| OCAPX-13 | | Declaration of Grace Chimene, May 22, 2023, ECF No. 611-1 Ex. 31 | FRE 602, 701, 801 et seq. | |
| OCAPX-14 | | Declaration of Cynthia Edmonsdson, May 22, 2023, ECF No. 611-1 Ex. 35 | FRE 602, 701, 801 et seq. | |
| OCAPX-15 | | Declaration of Patricia Buck, May 18, 2023, ECF No. 611-1 Ex. 36 | FRE 602, 701, 801 et seq. | |
| OCAPX-16 | | Declaration of Milan Suarez, May 18, 2023, ECF No. 611-1 Ex. 37 | FRE 602, 701, 801 et seq. | |
| OCAPX-17 | | Declaration of Deborah Chen, May 22, 2023, ECF No. 611-1 Ex. 38 | FRE 602, 701, 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-18 | | Declaration of Elizabeth Hwong, May 24, 2023, ECF No. 611-1 Ex. 40 | FRE 602, 701, 801 et seq. | |
| OCAPX-19 | | Declaration of Sam Hwong, May 24, 2023, ECF No. 611-1 Ex. 41 | FRE 602, 701, 801 et seq. | |
| OCAPX-20 | | Declaration of Bob Kafka, May 22, 2023, ECF No. 611-1 Ex. 42 | FRE 602, 701, 801 et seq. | |
| OCAPX-21 | | Declaration of Teri Saltzman, May 22, 2023, ECF No. 611-1 Ex. 44 | FRE 602, 701, 801 et seq. | |
| OCAPX-22 | | Declaration of Yvonne Iglesias, May 12, 2023, ECF No. 611-1 Ex. 45 | FRE 602, 701, 801 et seq. | |
| OCAPX-23 | | Declaration of Laura Halvorson, May 24, 2023, ECF No. 611-1 Ex. 46 | FRE 602, 701, 801 et seq. | |
| OCAPX-24 | | Declaration of Taylor Scott, May 22, 2023, ECF No. 611-1 Ex. 47 | FRE 602, 701, 801 et seq. | |
| OCAPX-25 | | Declaration of Anne Scott, May 18, 2023, ECF No. 611-1 Ex. 48 | FRE 602, 701, 801 et seq. | |
| OCAPX-26 | | Defendant Isabel Longoria's Objections and Answers to Plaintiffs' First Set of Interrogatories, May 13, 2022 | | |
| OCAPX-27 | | Defendant Rebecca Guerrero's Objections and Responses to Plaintiffs' Interrogatories, September 12, 2022 | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-35 | | 064.127324 (CONFIDENTIAL) 2022 P22 App Rejections (Includes Voters that Cured Rej).xslx | | |
| OCAPX-36 | | Harris County Post-March 2022 Primary Press Release, "89% of Mail Ballots Flagged Under New Law Rejected" | FRE 801 et seq. | |
| OCAPX-37 | | 064.127322 (CONFIDENTIAL) 2022 P22 - Ballot History Log.xlsx | | |
| OCAPX-38 | | 064.128587 P18 Ballot Board (CONFIDENTIAL).xlsx | | |
| OCAPX-39 | | March 14, 2022, email from S. Taylor to P. Weber re: AP/Ballot Rejections | FRE 801 et seq. | |
| OCAPX-40 | | April 7, 2022, e-mail from K. Ingram to J. Williamson et al. re: county by county mail ballot numbers, attaching 2022 Primary BBM A-R.xslx | | |
| OCAPX-41 | | SOS Master Spreadsheet of 2022 Mail Ballot Acceptance/Rejection Rates by County for primary, primary run-off, and constitutional amendment elections | | |
| OCAPX-42 | | SOS Master Spreadsheet of 2022 Mail Ballot Acceptance/Rejection Rates by County for primary, primary run-off, constitutional amendment, and general elections | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-55 | | May 18, 2022, e-mail from SOS to Elections Internet re: MASS EMAIL (CC/EA-881): VoteReady Ballot by Mail Informational Pamphlets | | |
| OCAPX-56 | | VoteReady Pamphlet | FRE 801 et seq. | |
| OCAPX-57 | | Harris County "Planning to Vote by Mail?" Voter Education Video | | |
| OCAPX-58 | | Harris County Elections Recommendations for Ballot by Mail Applications, *Tips to avoid delays due to new State law* | | |
| OCAPX-59 | | Harris County Post Election Report for November 2022 General Election | | |
| OCAPX-60 | | Travis County BBM ID Reminder Insert - ABBM | | |
| OCAPX-61 | | Travis County BBM ID Reminder Insert - Carrier Envelope | | |
| OCAPX-62 | | Harris County Mail Ballot Inserts_CH | | |
| OCAPX-63 | | Harris County Mail Ballot Inserts_SP | | |
| OCAPX-64 | | Harris County Mail Ballot Inserts_VT | | |
| OCAPX-65 | | November 22, 2021, email from C. Adkins to G. Maxey, re: Vote by mail app language, attaching ABBM-Final-11172021.pdf et al. | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-89 | | October 9, 2022, email from Election Divisions Staff to voter re: RE: Vote Texas Contact Message | | |
| OCAPX-90 | | October 27, 2022, email from H. Martinez to voter re: Vote seems to be suppressed (El Response) | FRE 801 et seq. | |
| OCAPX-91 | | August 24, 2022, email from Elections Division Staff to voter re: RE: Vote by Mail instructions (El Response) | FRE 801 et seq. | |
| OCAPX-92 | | February 28, 2022, email from D. Klinger to K. Hart re: RE: unable to verify my info | FRE 801 et seq. | |
| OCAPX-93 | | November 4, 2022, email from J. Montes to Elections Internet et al. re: RE: Online tracker on TXSOS website for ABBM has a flaw that is preventing look-up | FRE 801 et seq. | |
| OCAPX-94 | | January 12, 2022, email from C. Adkins to D. Gattuso et al. re: Web Edit - Advisories, attaching ADV2022-02 Instructions for Emailing Ballots Under the Federal MOVE Act (FINAL).docx et al. | | |
| OCAPX-95 | | LWVTX "About Us" webpage printed on April 6, 2022 | FRE 801 et seq. | |
| OCAPX-96 | | February 2, 2022, e-mail from P. Cheong to E. MacNamara et al., re: LWV-Texas Slate for 2022-24 and Strategic Plan, attaching LWV-Texas Slate 2022-24_2.02.22.docx et al. | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-97 | | LWVTX Advocacy & Issues, A Guide to League Program Issues, League of Women Voters of Texas, 2020-2022 | FRE 801 et seq. | |
| OCAPX-98 | | January 31, 2022, email from G. Otto to D. Marchand re: Re: Comments to Spanish web version, attaching LWVTX-VG-2022-03-ENG-web-fn.pdf et al. | FRE 801 et seq. | |
| OCAPX-99 | | LWVTX November 2022 Voter's Guide | FRE 801 et seq. | |
| OCAPX-100 | | April 13, 2022, email from G. Chimene to L. Yeager, re: Re: who contact for Austin area candidate forum? | FRE 801 et seq. | |
| OCAPX-101 | | November 19, 2021, email from G. Chimene to J. Senecal et al., attaching 2021_A_Guide_to_Candidate_Forums_1_.pdf | FRE 801 et seq. | |
| OCAPX-102 | | January 22, 2022, email from J. Champlin to G. Chimene et al. re: question re: "assistance" in filling out ABBM | FRE 801 et seq. | |
| OCAPX-103 | | LWVTX Policies and Procedures, Revised 2022 | | |
| OCAPX-104 | | LWVTX Convention Manual, Revised 2012 | | |
| OCAPX-105 | | LWVTX 2021 Impact Report | FRE 801 et seq. | |
| OCAPX-106 | | LWVTX Bylaws | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-107 | | LWVTX Facebook post linking to ElPasoMatters.org article: New Texas voting law disenfranchised some of El Paso's longest-tenured voters | FRE 801 et seq. | |
| OCAPX-108 | | Results of LWVTX member vote by mail survey depicted in pie chart form | FRE 801 et seq. | |
| OCAPX-109 | | Results of LWVTX member vote by mail survey in spreadsheet form | FRE 801 et seq. | |
| OCAPX-110 | | LWVTX Statement on the Impact of SB 1 on Elections | FRE 801 et seq. | |
| OCAPX-111 | | March 17, 2022, email from G. Chimene to J. McKenzie re: Re: if you need stories of ballot issues, attaching LWV Texas Testimony Federal Subcommittee on Elections Committee on House Administration (1).pdf | FRE 801 et seq. | |
| OCAPX-112 | | LWVTX Facebook post with link to "Complete your ballot by mail Texas style" video | FRE 801 et seq. | |
| OCAPX-113 | | January 6, 2022, email from G. Chimene to SOS et al. re: Updates needed to votetexas.gov, texas.gov, county election websites | FRE 801 et seq. | |
| OCAPX-114 | | LWVTX Recommendations for the Texas SOS Elections Division | FRE 801 et seq. | |
| OCAPX-115 | | March 21, 2023, email from E. MacNamara to J. LeBombard re: LWVTX Capitol Action Report - 3/21/23 | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-116 | | February 15, 2022, email from K. Vix to G. Chimene et al. re: RE: CNN - Today | FRE 801 et seq. | |
| OCAPX-117 | | February 14, 2022, email from K. Lerner to G. Chimene re: Re: States Newsroom reporter request | FRE 801 et seq. | |
| OCAPX-118 | | February 14, 2022, email from S. Augustus to G. Chimene et al. re: RE: FW: PRESS REQUEST: Crooked Media | FRE 801 et seq. | |
| OCAPX-119 | | February 15, 2022, email from K. Vix to G. Chimene et al. re: RE: Election Prep | FRE 801 et seq. | |
| OCAPX-120 | | September 7, 2021, email from S. Beausoleil to G. Chimene re: NBC DFW: Interview in regards to SB1 | FRE 801 et seq. | |
| OCAPX-121 | | February 23, 2022, email from C. Hogue to P. Clarembaux et al. re: Re: Request for interview with Univision | FRE 801 et seq. | |
| OCAPX-122 | | June 28, 2022, email from A. Mendelson to LWVTX President re: Interview Request | FRE 801 et seq. | |
| OCAPX-123 | | July 1, 2022, email from J. LeBombard to A. Mendelson re: Re: Interview Request | FRE 801 et seq. | |
| OCAPX-124 | | January 19, 2022, email from D. Marchand to G. Chimene re: Re: The scramble is on to address mail ballot application problems as a deadline looms | Morning Report | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-125 | | LWVTX Facebook post with link to LWVTX President interview about voting issues in the Texas Primaries | FRE 801 et seq. | |
| OCAPX-126 | | LWVTX Facebook post with link to NPR article quoting LWVTX President | FRE 801 et seq. | |
| OCAPX-127 | | Austin Monthly Magazine article: Texas' New Voting Laws Could Prove Hell this November | FRE 801 et seq. | |
| OCAPX-128 | | LWVTX PowerPoint presentation: Tips for Voters, new Election Laws 2022 (Feb. 3, 2022) | FRE 801 et seq. | |
| OCAPX-129 | | LWVTX PowerPoint presentation: Tips for Voters, new Election Laws 2022 (Aug. 23, 2022) | FRE 801 et seq. | |
| OCAPX-130 | | December 13, 2021, email from G. Chimene to G. Chimene re: Tips for Voters with Disabilities and Voters Over 65 | FRE 801 et seq. | |
| OCAPX-131 | | January 12, 2022, email from G. Chimene to W. Bennett re: Re: HJAN retreat | FRE 801 et seq. | |
| OCAPX-132 | | February 2, 2022, e-mail from L. McKay to G. Chimene et al. re: Re: Call me if you get a chance. LWV, attaching 2022 Election Dates.docx et al. | FRE 801 et seq. | |
| OCAPX-133 | | January 28, 2022, email from G. Chimene to S. Gomez re: Re: VoteRiders Partners Toolkit Launch | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-134 | | January 19, 2022, email from G. Chimene to D. Marchand re: Re: VBM app question on the two IDs | FRE 801 et seq. | |
| OCAPX-135 | | November 7, 2021, email from M. Sridhar to G. Chimene re: Re: revised SB1 material | FRE 801 et seq. | |
| OCAPX-136 | | February 28, 2022, email from G. Chimene to D. Marchand re Re: Love Victoria advocate | FRE 801 et seq. | |
| OCAPX-137 | | August 11, 2022, email from LWV Texas State Office to J. Hillebrand et al. re: Re: Voting by mail questions | FRE 801 et seq. | |
| OCAPX-138 | | October 28, 2022, email from J. LeBombard to M. Cullinane re: Re: Fw: Travis County Elections Ballot by Mail - G22 Notice of Carrier Defect, attaching image005.jpg et al. | FRE 801 et seq. | |
| OCAPX-139 | | LWVTX "NEW Vote by Mail Resources!" | FRE 801 et seq. | |
| OCAPX-140 | | August 11, 2022, email from J. LeBombard to D. Tasian et al. re: Re: *Corrections* to New Vote by Mail Resources Links | FRE 801 et seq. | |
| OCAPX-141 | | November 9, 2022, email from D. Marchard re: Vote By Mail Education Materials - translated to Spanish | FRE 801 et seq. | |
| OCAPX-142 | | September 13, 2022, email from G. Chimene to J. LeBombard re: Re: Please review and edit: TEV Guest Blog for Vote by Mail Resources | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-143 | | September 14, 2022, email from L. Yeager to L. Yeager et al. re: TEV Update: Voting by mail in Texas, attaching vote by mail.png | FRE 801 et seq. | |
| OCAPX-144 | | January 14, 2022, email from D. Marchand to G. Chimene re: VBM Resources, attaching Vote by Mail and Register to vote One pager (3).pdf et al. | FRE 801 et seq. | |
| OCAPX-145 | | LWVTX PowerPoint presentation: Tips for Voters, New Election Laws 2022 (Dec. 10, 2021) | FRE 801 et seq. | |
| OCAPX-146 | | January 15, 2022, email from G. Chimene to V. DeBill et al. re: Re: Voter Education Information! - folks are using the wrong ABBM forms! | FRE 801 et seq. | |
| OCAPX-147 | | August 19, 2022, email from J. LeBombard to D. Marchand re: Website Updates for the New Vote by Mail Resources | FRE 801 et seq. | |
| OCAPX-148 | | June 17, 2022, email from G. Chimene to J. LeBombard re: Fwd: Voter Education | FRE 801 et seq. | |
| OCAPX-149 | | LWVTX President Op Ed in Houston Chronicle, January 2022, "Right to a mail ballot may hinge on number" | FRE 801 et seq. | |
| OCAPX-150 | | LWVTX YouTube video, Feb. 3, 2022: "Complete Your Ballot by Mail Texas Style with Step by Step Instructions!" | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-151 | | LWVTX YouTube video, Jan. 5, 2022: "Susan Shares Tips for Filling out the application to Vote by Mail" | FRE 801 et seq. | |
| OCAPX-152 | | LWVTX YouTube video, Jan. 2, 2022: "How to Vote by Mail Texas Style" | FRE 801 et seq. | |
| OCAPX-153 | | LWVTX 2022 Impact Report | FRE 801 et seq. | |
| OCAPX-154 | | August 16, 2022, email from J. LeBombard to R. Lederer et al. re: Re: LWV Scripts for Early Voting/Mail in Voting with Mickey Raphael, attaching Mickey Raphael-08.16.22.docx | FRE 801 et seq. | |
| OCAPX-155 | | June 17, 2022, email from G. Chimene to C. Thomas et al. re: Voter Education | FRE 801 et seq. | |
| OCAPX-156 | | May 16, 2022, email from J. Smith to A. McMurrer et al. re: Fwd: TEST - VOTE411 is Ready to Help Voters! | FRE 801 et seq. | |
| OCAPX-157 | | March 30, 2022, email from S. Schultz to G. Chimene re: Re: Feedback on voter education videos | FRE 801 et seq. | |
| OCAPX-158 | | LWVTX Tips for Voters - New Election Laws | FRE 801 et seq. | |
| OCAPX-159 | | LWVTX Vote by Mail Materials | FRE 801 et seq. | |
| OCAPX-160 | | January 18, 2022, email from A. Matthews to G. Chimene re: Re: vote by mail ballot info and question post webinar | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-161 | | April 6, 2022, email from A. Garza to D. Marchand et al. re: Re: Translations for 2022 Runoff Primary Voters Guide | FRE 801 et seq. | |
| OCAPX-162 | | LWVTX Filler for Runoff Election, May 24, 2022 | FRE 801 et seq. | |
| OCAPX-163 | | Results of LWVTX March 2022 primary election voter survey in spreadsheet form | FRE 801 et seq. | |
| OCAPX-164 | | March 4, 2022 email from G. Chimene re: Tell Your Voting Story Survey | FRE 801 et seq. | |
| OCAPX-165 | | March 5, 2022, email from D. Marchand to L. Hathaway et al. re: Spread the word and get your community to share their Voting Stories! | FRE 801 et seq. | |
| OCAPX-166 | | LWVTX Facebook post sharing March 2022 primary election survey responses | FRE 801 et seq. | |
| OCAPX-167 | | Results of LWVTX November 2022 general election voter survey in spreadsheet form | FRE 801 et seq. | |
| OCAPX-168 | | LWVTX November 2022 general election voter survey | FRE 801 et seq. | |
| OCAPX-169 | | March 9, 2022, email from D. Weinberg to G. Chimene re: RE: Introduction | FRE 801 et seq. | |
| OCAPX-170 | | March 18, 2022, email from E. Wiant re: LWVTX Digital Communication Associate | FRE 801 et seq. | |
| OCAPX-171 | | February 7, 2022 email from REVUP-Texas to Barrier Free Futures re: FW: PBS Story on SB 1, attaching REVUP Info Program PowerPoint(2)(1)(1).pdf et al. | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-172 | | February 10, 2022, email from REVUP-Texas to B. Kafka re: HCOD Voting Rights Town Hall Access Barriers and Issues Related to TX SB 1 Law 2 8 22, attaching HCOD Voting Rights Town Hall Access Barriers and Issues Related to TX SB 1 Law 2 8 22.pptx | FRE 801 et seq. | |
| OCAPX-173 | | REVUP presentation: The After-effect of Senate Bill 1 (Mar. 10, 2022) | FRE 801 et seq. | |
| OCAPX-174 | | February 7, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Voting in Person or Mail in Ballots for People with Disabilities, attaching MAIL IN BALLOT INFO-FINAL 2022(2).pdf et al. | FRE 801 et seq. | |
| OCAPX-175 | | January 26, 2022, email from REVUP-Texas to J. Wesolek et al. re: Voting in Person or Mail in Ballots for People with Disabilities, attaching MAIL IN BALLOT INFO-FINAL 2022(2).pdf et al. | FRE 801 et seq. | |
| OCAPX-176 | | February 10, 2022, email from REVUP-Texas to listserv et al. re: Ballot By Mail - Early Voting Starting, attaching MAIL IN BALLOT INFO-FINAL 2022(2).pdf. | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-177 | | July 19, 2022, email from REVUP-Texas to S. Blahovec re: Tx Mail in Ballot, attaching Vote_by_Mail_and_Register to_vote_One_pager updated_3.28.22_gc_3_.pdf et al. | FRE 801 et seq. | |
| OCAPX-178 | | January 17, 2022, email from REVUP-Texas to listserv et al. re: DISABILITY RIGHTS ARE CIVIL RIGHT* REV UP Texas Info Bulletin #2 * Mail in Ballot Texas, attaching MAIL IN BALLOT INFO-FINAL 2022.docx et al. | FRE 801 et seq. | |
| OCAPX-179 | | March 9, 2022, email from REVUP-Texas to J. Espinoza et al. re: RE: REV UP TEXAS! After Voter Supression.pptx | FRE 801 et seq. | |
| OCAPX-180 | | January 15, 2022, email from REVUP-Texas to L. Litowsky re: Ballot by mail Early Voting Draft, attaching Texas' New Voting Law JM edits.pptx | FRE 801 et seq. | |
| OCAPX-181 | | February 7, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: PBS story on SB 1, attaching REVUP Info Program PowerPoint(2)(1)(1).pdf et al. | FRE 801 et seq. | |
| OCAPX-182 | | March 25, 2022, email from REVUP-Texas to L. Litowsky et al. re: KPFT story on REV UP Texas | FRE 801 et seq. | |
| OCAPX-183 | | January 13, 2022, email from REVUP-Texas to L. Jackson re: RE: PBS Newshour & SB 1 | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-184 | | January 29, 2022, email from REVUP-Texas to J. Huseman re: PBS story on SB 1, attaching REVUP Info Program PowerPoint(2)(1)(1).pdf et al. | FRE 801 et seq. | |
| OCAPX-185 | | February 9, 2022, email from REVUP-Texas to S. Dey, re: Re: The Texas Tribune inquiry, attaching REV UP - GENERAL INFO(2)(1).docx et al. | FRE 801 et seq. | |
| OCAPX-186 | | January 26, 2022, email from REVUP-Texas to A. Ura re: Re: BallotTracker - Ballot by Mail Application and Ballot Tracker, attaching Texas' New Voting Law JM edits(1).pptx et al. | FRE 801 et seq. | |
| OCAPX-187 | | BobKafka_LWVTX.mov on Vimeo: Bob Kafka asks the Texas Legislature: Do Not Suppress My Vote! | FRE 801 et seq. | |
| OCAPX-188 | | JosueRodriguez_LWVTX.mov on Vimeo: Jose Rodriguez asks the Texas Legislature: Do Not Suppress Our Vote! | FRE 801 et seq. | |
| OCAPX-189 | | StephanieThomas_LWVTX.mov on Vimeo: Stephanie Thomas asks the Texas Legislature: Do Not Suppress My Vote! | FRE 801 et seq. | |
| OCAPX-190 | | YouTube Video: '"Disability Voters Mobilize for May Vote & Chilling Laws' w Bob Kafka, Rev-Up TX, KPFT News 3/25/22" | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-191 | | October 20, 2022, email from REVUP-Texas to list serv et al. re: Disability Community Turning Out The Disability Vote, attaching REV UP - 2022 AUSTIN EARLY VOTING OPPORTUNITY.docx et al. | FRE 801 et seq. | |
| OCAPX-192 | | September 30, 2022, email from REVUP-Texas to REVUP-Texas re: FW: TDIF: Power the Disability Vote!, attaching TDIF_PressRelease_FINAL.docx et al. | FRE 801 et seq. | |
| OCAPX-193 | | REVUP-Texas Facebook post linking to Texas Tribune article: "Texans with disabilities fear new restrictions on voting help could mean criminal charges at the polls" (Feb. 16, 2022) | FRE 801 et seq. | |
| OCAPX-194 | | REVUP-Texas Facebook post linking to YouTube video: "'Disability Voters Mobilize for May Amid & Chilling Rules' w Bob Kafka, Rev-Up TX, KPFT News 3/26/22" (Mar. 27, 2022) | FRE 801 et seq. | |
| OCAPX-195 | | Caller Times: Texans with disabilities fear voting bill will add more barriers to the ballot box | FRE 801 et seq. | |
| OCAPX-196 | | Texas Tribune: Texans with disabilities fear new restrictions on voting help could mean criminal charges at the polls | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-197 | | REVUP-Texas Facebook post: You're invited to Join Our Don't Dis the Vote Flash Mob (Dec. 21, 2021) | FRE 801 et seq. | |
| OCAPX-198 | | REVUP-Texas Facebook post  (Jan. 17, 2022) | FRE 801 et seq. | |
| OCAPX-199 | | REVUP-Texas Facebook post  (Jan. 17, 2022) | FRE 801 et seq. | |
| OCAPX-200 | | REVUP-Texas Facebook post  (Mar. 7, 2022) | FRE 801 et seq. | |
| OCAPX-201 | | REVUP-Texas Facebook post linking to REVUP Podcast "Use Your Power" Episode 9 (Oct. 12, 2021) | FRE 801 et seq. | |
| OCAPX-202 | | REVUP-Texas Facebook post linking to REVUP Podcast "Use Your Power" Episode 18 (Sept. 7, 2021) | FRE 801 et seq. | |
| OCAPX-203 | | YouTube Video: REVUP Podcast "Use Your Power" Episode 8 | FRE 801 et seq. | |
| OCAPX-204 | | REVUP-Texas Facebook post linking to REVUP Podcast (Sept. 19, 2022) | FRE 801 et seq. | |
| OCAPX-205 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching January 26, 2022, Invoice | FRE 801 et seq. | |
| OCAPX-206 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching December 28, 2021, Invoice | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-207 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching November 6, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-208 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching June 25, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-209 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching May 27, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-210 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching April 26, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-211 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching March 27, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-212 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching December 6, 2021, Invoice | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-213 | | February 6, 2022, email from REVUP-Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching January 26, 2022, Invoice | FRE 801 et seq. | |
| OCAPX-214 | | January 26, 2022, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching January 26, 2022, Invoice | FRE 801 et seq. | |
| OCAPX-215 | | November 6, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching November 6, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-216 | | June 25, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching June 25, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-217 | | December 28, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching December 28, 2021, Invoice | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-218 | | April 26, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching April 26, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-219 | | March 27, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching March 27, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-220 | | September 29, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching September 29, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-221 | | December 6, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching December 6, 2021, Invoice | FRE 801 et seq. | |
| OCAPX-222 | | REVUP-Texas 2020 Resource Manual | FRE 801 et seq. | |
| OCAPX-223 | | Defendant Harris County District Attorney Kim Ogg's First Amended Responses to Plaintiff OCA-Greater Houston's Second Set of Interrogatories, March 21, 2023 | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-224 | | Defendant José Garza's Amended Objections and Responses to Plaintiff OCA-Greater Houston's First Set of Interrogatories, September 30, 2022 | | |
| OCAPX-225 | | Defendant Harris County District Attorney Kim Ogg's First Amended Responses to Plaintiff OCA-Greater Houston's Second Set of Interrogatories, March 21, 2023 | Cumulative w/ OCAPX-223<br><br>FRE 403 | |
| OCAPX-226 | | Defendant Harris County District Attorney Kim Ogg's Responses to LULAC Plaintiffs' Discovery Requests, March 17, 2023 | | |
| OCAPX-227 | | Supplemental Declaration of Joyce LeBombard, June 22, 2023, ECF No. 638-3 Ex. H-1 | FRE 602, 701, 801 et seq. | |
| OCAPX-228 | | LWVTX Twitter post regarding criminal penalties for voter assistants | FRE 801 et seq. | Calls for legal conclusion |
| OCAPX-229 | | February 25, 2023, email from S. Swanson to A. Hendrickson et al. re: Re: An idea for legislation from our Elections Administrator | FRE 801 et seq. | |
| OCAPX-230 | | February 10, 2022, email from G. Chimene to A. Coronado re: Some more information on voter assistance, attaching Voter Assistance Talking points.docx | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-231 | | LWVTX Webpage explaining assistant requirements under SB 1 (Apr. 6, 2022) | FRE 602, 801 et seq. | Calls for legal conclusion |
| OCAPX-232 | | April 30, 2022, email from D. Marchand to G. Chimene re: Fwd: MDW Grant meeting, attaching Making_Democracy_Work_Agreement June 2021.pdf et al. | FRE 801 et seq. | |
| OCAPX-233 | | Supplemental Declaration of Deborah Chen, June 22, 2023, ECF No. 638-4 Ex. H-2 | FRE 602, 701, 801 et seq. | |
| OCAPX-234 | | Supplemental Declaration of Bob Kafka, June 16, 2023, ECF No. 638-4 Ex. H-2 | FRE 602, 701, 801 et seq. | |
| OCAPX-235 | | Houston Chronicle: Nearly 25,000 mail ballots were rejected in Texas primaries, fueled by confusion over new restrictions (Apr. 6, 2022), https://www.houstonchronicle.com/politics/article/25000-mail-ballots-rejected-Texas-17062282.php, printed on June 20, 2023 | FRE 801 et seq. | |
| OCAPX-236 | | Expert Report of Professor Douglas L. Kruse, Ph.D., February 28, 2022 | FRE 702 | |
| OCAPX-237 | | Expert Report of Dr. Kara Ayers, February 28, 2022 | FRE 702 | |
| OCAPX-238 | | Testimony to the Senate Affairs Committee Against SB1, August 9, 2021, testimony by Courtney Pugh, member of The Arc of Texas | FRE 602, 701, 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-239 | | *SB 1 Makes It Difficult for Texans with Disabilities to Vote, Hearing Before the Senate State Affairs Committe*e, 2nd Special Session (2021) (written statement of Alex Cogan, Manager of Pub. Policy & Advocacy, The Arc of Tex.) | FRE 801 et seq. | |
| OCAPX-240 | | Testimony of Patty Ducayet | FRE 602, 701, 801 et seq. | |
| OCAPX-241 | | Testimony of Anne Robinson | FRE 602, 701, 801 et seq. | |
| OCAPX-242 | | Rep. Bucy comments from April 1, 2023, House Elections Committee Hearing | | |
| OCAPX-243 | | Supplemental Declaration of Anne Scott, dated June 18, 2023 | FRE 602, 701, 801 et seq. | |
| OCAPX-244 | | Supplemental Declaration of Taylor Scott, dated June 18, 2023 | FRE 602, 701, 801 et seq. | |
| OCAPX-245 | | Help America Vote Act (HAVA) information page from Texas SOS, https://web.archive.org/web/202201241 91312/https://www.sos.texas.gov/electi ons/hava/hava_act.shtml, printed on June 21, 2023 | | |
| OCAPX-246 | | Help America Vote Act (HAVA) Update, Texas Association of Counties, Legislative Conference, dated August 27, 2020, ECF No. 642-2 Ex. 25 | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-247 | | May 14, 2020, Letter from Ruth R. Hughs, Texas Secretary of State, to Mona Harrington, Acting Exec. Dir., U.S. Election Assistance Commission, https://www.eac.gov/sites/default/files/paymentgrants/cares/TX_CARES_Disbursement_RequestLetter.pdf, ECF No. 642-2, Ex. 26 | | |
| OCAPX-248 | | Expert Report of Daniel A. Smith, Ph.D., dated April 29, 2022 | FRE 702 | |
| OCAPX-249 | | Dallas County Elections Department webpage, https://www.dallascountyvotes.org/, printed on June 23, 2023 | | |
| OCAPX-250 | | Harris County Elections Administrator's Office webpage, https://www.harrisvotes.com/, printed on June 23, 2023 | | |
| OCAPX-251 | | Bexar County Elections Department webpage, ECF No. 642-2 Ex. 50 | | |
| OCAPX-252 | | Travis County Voters with Disabilities webpage, https://countyclerk.traviscountytx.gov/departments/elections/voters-with-disabilities/, printed on June 23, 2023 | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-253 | | El Paso County Voters with Special Needs webpage, https://epcountyvotes.com/voter_inform ation/voters_with_special_needs, printed on June 23, 2023 | | |
| OCAPX-254 | | Hidalgo County Voters with Special Needs webpage, ECF No. 642-2 Ex. 49 | | |
| OCAPX-255 | | Expert Report of Daniel A. Smith, Ph.D., dated April 22, 2023 | FRE 702 | |
| OCAPX-256 | | Harris County Commissioners Court Video webpage, https://harriscountytx.new.swagit.com/v ideos/158127, printed on June 23, 2023 | | |
| OCAPX-257 | | Harris County Sheriff's Office Victim Advocates Award 2019-V3-GX-0134, https://ovc.ojp.gov/funding/awards/201 9-v3-gx-0134, printed on June 23, 2023 | | |
| OCAPX-258 | | Grant Summary to Harris County webpage, https://www.usaspending.gov/award/A SST_NON_2019V3GX0134_1550, printed on June 23, 2023 | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-259 | | Texas Tribune: More than 12% of mail-in ballots were rejected in Texas under new GOP voting rules, final tally shows, https://www.texastribune.org/2022/04/0 6/texas-mail-in-ballot-rejection-voting/ (Apr. 6, 2022), printed on June 19, 2023 | FRE 801 et seq. | |
| OCAPX-260 | | Expert Report of Dr. Allan J. Lichtman dated February 28, 2022 | FRE 702 | |
| OCAPX-261 | | Expert Report of Henry Flores, Ph.D. dated February 28, 2022 | FRE 702 | |
| OCAPX-262 | | Federal Postcard Application, available at https://www.fvap.gov/uploads/FVAP/F orms/fpca.pdf, printed on July 26, 2023 | | |
| OCAPX-263 | | Travis County BBM ID Reminder - ABBM FINAL | | |
| OCAPX-264 | | Travis County BBM ID Reminder Insert - ABBM with Numbers | | |
| OCAPX-265 | | Travis County BBM ID Reminder Insert - Carrier Envelope with Numbers | | |
| OCAPX-266 | | Travis County BBM ID Reminder Insert - Carrier Envelope | | |
| OCAPX-267 | | Harris County FAQ_MailBallots_EN | | |
| OCAPX-268 | | Harris County Mail Ballot Inserts_EN | | |
| OCAPX-269 | | Harris County Mail Ballot Tips | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-321 | | Exhibit 2 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: LWVTX Amended Objections and Responses to State Defendants' First Set of Interrogatories (Apr. 25, 2022) | FRE 801 et seq., FRCP 33 | |
| OCAPX-322 | | Exhibit 3 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: LWVTX 2020 Impact Report | FRE 801 et seq. | |
| OCAPX-323 | | Exhibit 4 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: LWVTX 2021 Impact Report | FRE 801 et seq. | |
| OCAPX-324 | | Exhibit 5 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: OCA-GH Plaintiffs' Second Amended Complaint, ECF No. 200 | FRE 801 et seq. | |
| OCAPX-325 | | Exhibit 6 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: LWVTX Tips for Voters, New Election Laws 2022 (Dec. 10, 2021) | FRE 801 et seq. | |
| OCAPX-326 | | Exhibit 7 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: LWVTX 2021 Action Paper - Voting Rights & Election Laws | FRE 801 et seq. | |
| OCAPX-327 | | Exhibit 8 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: The 2021 Attack on Texas Voters; It could be worse | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-328 | | Exhibit 9 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: Results of LWVTX member vote by mail survey depicted in pie chart form | FRE 801 et seq. | |
| OCAPX-329 | | Exhibit 10 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: Results of LWVTX member vote by mail survey in spreadsheet form | FRE 801 et seq. | |
| OCAPX-330 | | Exhibit 3 to Deposition of Christina Adkins, April 11, 2023: ABBM (Spanish) | | |
| OCAPX-331 | | Exhibit 4 to Deposition of Christina Adkins, April 11, 2023: October 27, 2022, email from H. Martinez to voter re: Vote seems to be suppressed (El Response) | FRE 801 et seq. | |
| OCAPX-332 | | Exhibit 5 to Deposition of Christina Adkins, April 11, 2023: Carrier Envelope | | |
| OCAPX-333 | | Exhibit 6 to Deposition of Christina Adkins, April 11, 2023: October 9, 2022, email from Elections Division to voter, re: RE: Vote Texas Contact Message | | |
| OCAPX-334 | | Exhibit 7 to Deposition of Christina Adkins, April 11, 2023: Form 6-17, Information About Returning Your Carrier Envelope | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-335 | | Exhibit 8 to Deposition of Christina Adkins, April 11, 2023: April 1, 2022, email from B. Grimes to C. Adkins re: RE: Revised Carrier Envelopes | FRE 801 et seq. | |
| OCAPX-336 | | Exhibit 12 to Deposition of Christina Adkins, April 11, 2023: November 14, 2022, email from Elections Division Staff to voter re: RE: Vote Texas Contact Message (El Response) | | |
| OCAPX-337 | | Exhibit 1 to Deposition of Frank Phillips, March 31, 2023: WFAA Article, Carrollton mayoral candidate arrested after police find forged mail-in ballots | FRE 801 et seq. | |
| OCAPX-338 | | Exhibit 1 to Deposition of Kara Ayers, May 10, 2022: Kara Ayers Expert Report dated Feb. 28, 2022 | FRE 702, 801 et seq. | |
| OCAPX-339 | | Exhibit 2 to Deposition of Kara Ayers, May 10, 2022: SB 1 Enrolled | | |
| OCAPX-340 | | January 25, 2023, email from L. Eder to J. Nanyes et al. re: RE: Voter with wrong TDCL - CASS County | | |
| OCAPX-341 | | February 7, 2023, email from K. Ingram to C. Adkins re: FW: Request for SOS written interpretation, attaching reviewing-abbm-and-fpca-september-2022 (1).pdf | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-376 | | February 28, 2022 email from K. Fisher to GeneralCounsel@sos.texas.gov et al. re: RE: Spreadsheet of Election Complaints referred to the OAG related to the November 2020 GE, attaching 2020_Nov. 2020 OAG Complaint Log.xlsx et al. | | |
| OCAPX-377 | | OAG Election Fraud Violations spreadsheet showing prosecutions resolved and pending (Sept.  6, 2022) | | |
| OCAPX-378 | | OAG Election Fraud Violations spreadsheet showing prosecutions resolved and pending (July  15, 2022) | | |
| OCAPX-379 | | OAG Election Fraud Complaints Received from SOS (May 10, 2022) | | |
| OCAPX-380 | | OAG PowerPoint presentation: Election Integrity | | |
| OCAPX-381 | | Michael Hardy, Texas Election Chief Speaks Out on Conspiracy "Nuts," Death Threats, and President Biden's Legitimacy, TEXAS MONTHLY, (Oct. 10, 2022), https://www.texasmonthly.com/news-politics/john-scott-texas-secretary-state-election-fraud/, printed on July 26, 2023 | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-410 | | Grant Summary to Harris County webpage, https://www.usaspending.gov/award/ASST_NON_2019V3GX0134_1550, printed on July 28, 2023 | | |
| OCAPX-411 | | Screenshot of Ballot by Mail Tracker Page, https://teamrv-mvp.sos.texas.gov/BallotTrackerApp/#/login, printed on July 28, 2023 | | |
| OCAPX-412 | | Texas Tribune: More than 12% of mail-in ballots were rejected in Texas under new GOP voting rules, final tally shows, https://www.texastribune.org/2022/04/06/texas-mail-in-ballot-rejection-voting/ (Apr. 6, 2022), printed on July 28, 2023 | FRE 801 et seq. | |
| OCAPX-413 | | Houston Chronicle: Nearly 25,000 mail ballots were rejected in Texas primaries, fueled by confusion over new restrictions (Apr. 6, 2022), https://www.houstonchronicle.com/politics/article/25000-mail-ballots-rejected-Texas-17062282.php, printed on July 28, 2023 | FRE 801 et seq. | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-434 | | Exhibit 10 to OCA-GH 30(b)(6) Deposition on March 28, 2022: Exit Poll Survey Statement | FRE 801 et seq. | |
| OCAPX-435 | | Exhibit 11 to OCA-GH 30(b)(6) Deposition on March 28, 2022: November 3rd, 2020, General and Special Elections Early Voting Schedule for Harris County | | |
| OCAPX-436 | | Exhibit 12 to OCA-GH 30(b)(6) Deposition on March 28, 2022: Houston Chronicle article, Harris County unveils multilingual virtual translators for polling sites | FRE 801 et seq. | |
| OCAPX-437 | | Exhibit 1 to Deposition of Amatullah Contractor, July 20, 2022: Private Plaintiffs' Supplemental Rule 26(a)(1) Initial Disclosures | FRE 801 et seq. | |
| OCAPX-438 | | Exhibit 2 to Deposition of Amatullah Contractor, July 20, 2022: Supplement to Plaintiff United States' Amended Initial Disclosures | FRE 801 et seq. | |
| OCAPX-439 | | Exhibit 3 to Deposition of Amatullah Contractor, July 20, 2022: SB 1 Enrolled | | |
| OCAPX-440 | | Exhibit 4 to Deposition of Amatullah Contractor, July 20, 2022: Handbook for Election Judges and Clerks, Qualifying Voters on Election Day, 2022 (revised July 2022) | | |

| Exhibit No. | | Description | Objections | |
|---|---|---|---|---|
| OCAPX-468 | | Exhibit 18 to Harris County Elections Administrator 30(b)(6) Deposition of Rachelle Obakozuwa, March 21, 2023: Harris County Elections Administrator PowerPoint presentation: Black Ballot Rejection Rates (Mar. 29, 2022) | FRE 801 et seq. | |
| OCAPX-469 | | Exhibit 19 to Harris County Elections Administrator 30(b)(6) Deposition of Rachelle Obakozuwa, March 21, 2023: Form 7-58, Oath of Assistance/Roster of Assistants | | |
| OCAPX-470 | | Exhibit 4 to REVUP-Texas 30(b)(6) Deposition on April 7, 2022: Witness list, State Affairs Committee (Aug. 9, 2021) | | |
| OCAPX-471 | | Declaration of Chris Rainbolt, Texas Civil Rights Project paralegal, authenticating various screenshots of webpages printed on July 26, 2023, and July 28, 2023. | FRE 801 et seq. | |
| | | Any exhibit marked by any party | | |
| | | Defendants' Responses to Interrogatories and Requests for Admissions | | |