IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

### DISTRICT ATTORNEY OGG'S OBJECTIONS TO UNITED STATES' CORRECTED EXHIBIT LIST

| # | Exhibit | Corrected Bates Range | Date Identified | Objections |
|---|---|---|---|---|
| 1 | SB 1 Enrolled | US00007838-US00007913 | 7/28/23 | |
| 2 | Criminal Justice Impact Statement: HB 3 (87th Legislature, 1st Called Session) (2021) | TXLEG_0000028 | 7/28/23 | |
| 3 | County and District Clerk's Association: Election Officials' Concerns with HB 3 (2021) | STATE035238 | 7/28/23 | |
| 4 | Texas Association of Elections Administrators: Comments on SB 7 (2021) | TXLEG_0000046-TXLEG_0000048 | 7/28/23 | |
| 5 | Fiscal Note: SB 1 (87th Legislature, 2d Called Session) (2021) | TXLEG_0000071-TXLEG_0000072 | 7/28/23 | |
| 6 | SB 1599 Enrolled | STATE182732-STATE182743 | 7/28/23 | |
| 7 | HB 357 Enrolled | STATE182637-STATE182640 | 7/28/23 | |
| 8 | HB 357 Introduced | STATE182642 | 7/28/23 | |
| 9 | SB 975 Introduced | US00007914-US00007915 | 7/28/23 | |
| 10 | Revised Civil Statutes of the State of Texas art. 2956 (1925) | US00008026-US00008032 | 7/28/23 | |

| | | | | |
|---|---|---|---|---|
| 101 | Election Advisory No. 2022-08 (Jan. 28, 2022) | STATE019849-STATE019876 | 7/28/23 | |
| 102 | Election Advisory No. 2022-12 (Feb. 11, 2022) | STATE001469-STATE001473 | 7/28/23 | |
| 103 | Election Advisory No. 2022-18 (Apr. 26, 2022) | STATE087989-STATE087992 | 7/28/23 | |
| 104 | Federal Voting Assistance Program: 2022-23 Voting Assistance Guide: Texas (Jan. 2022) | STATE115176-STATE115191 | 7/28/23 | |
| 105 | Texas Office of the Attorney General Opinion No. KP-0411 (Aug. 17, 2022) | US00008000-US00008006 | 7/28/23 | |
| 106 | LWV of Texas, Tips for Voters - New Election Laws (Dec. 2, 2021) | STATE046118 | 7/28/23 | FRE 801 et seq. |
| 107* | HB 2512 Process (June 16, 2016) | STATE072497-STATE072499 | 7/28/23 | |
| 108* | HB 2512 Process (June 21, 2016) | STATE088963-STATE088967 | 7/28/23 | |
| 109* | SSN Update Counts Spreadsheet (2016) | STATE072509 | 7/28/23 | |
| 110 | Shared All County Workbook, Sheet: All County List (Jan. 2021) | STATE053246 | 7/28/23 | |
| 111 | List of VR Team Duties (Feb. 19, 2021) | STATE066242-STATE066244 | 7/28/23 | |
| 112 | Purchase Order for SB 1 TEAM Updates (Oct. 4, 2021) | STATE180779-STATE180781 | 7/28/23 | |
| 113 | SB 1 Technical Specifications (TEAM System) (Oct. 10, 2021) | STATE052309-STATE052310 | 7/28/23 | |
| 114 | SB 1 Requirements (Oct. 10, 2021) | STATE070228 | 7/28/23 | |
| 115 | RFP for Voter Education and Outreach Opportunities for 2022 Elections | STATE137757-STATE137837 | 7/28/23 | |
| 116 | SOS 2022 Democratic Primary Ballots Accepted/Rejected by County | STATE087300-STATE087305 | 7/28/23 | |
| 117 | SOS 2022 Republican Primary Ballots Accepted/Rejected by County | STATE087306-STATE087311 | 7/28/23 | |
| 118 | SOS 2022 Constitutional Amendment Election Ballots Accepted/Rejected by County | STATE110691 | 7/28/23 | |
| 119 | SOS 2022 March and May Elections Ballots Accepted/Rejected by County | STATE110692 | 7/28/23 | |

| 139 | Election Assistance Commission, A Guide to the Election Administration and Voting Survey (July 20, 2022) | US00006751-US00006765 | 7/28/23 | FRE 801 et seq. |
|---|---|---|---|---|
| 140 | Election Assistance Commission, Election Administration and Voting Survey 2022 Comprehensive Report (2023) | US00006829-US00006835 | 7/28/23 | FRE 801 et seq. |
| 141 | Election Assistance Commission, Election Administration and Voting Survey 2020 Comprehensive Report (2021) | US00006823-US00006828 | 7/28/23 | FRE 801 et seq. |
| 142 | Election Assistance Commission, Election Administration and Voting Survey 2018 Comprehensive Report (2019) (excerpt) | US00006819-US00006822 | 7/28/23 | FRE 801 et seq. |
| 143 | Election Assistance Commission, Election Administration and Voting Survey 2016 Comprehensive Report (2017) (excerpt) | US00006815-US00006818 | 7/28/23 | FRE 801 et seq. |
| 144 | Report of Dr. Eitan Hersh (Feb. 28, 2022) | US00007327-US00007376 | 7/28/23 | FRE 702, 801 et seq. |
| 145 | Supplemental Report of Dr. Eitan Hersh (May 4, 2022) | US00007411-US00007442 | 7/28/23 | FRE 702, 801 et seq. |
| 146 | Second Supplemental Report of Dr. Eitan Hersh (Feb. 3, 2023) | US00007385-US00007410 | 7/28/23 | FRE 702, 801 et seq. |
| 147 | Addendum to Second Supplemental Report of Dr. Eitan Hersh (May 8, 2023) | US00007377-US00007384 | 7/28/23 | FRE 702, 801 et seq. |
| 148 | Report of Tammy Patrick (Feb. 28, 2022) | US00007682-US00007703 | 7/28/23 | FRE 702, 801 et seq. |
| 149 | Supplemental Report of Tammy Patrick (Apr. 29, 2022) | US00007711-US00007717 | 7/28/23 | FRE 702, 801 et seq. |
| 150 | General Election Supplemental Report of Tammy Patrick (Feb. 10, 2023) | US00007704-US00007710 | 7/28/23 | FRE 702, 801 et seq. |
| 151 | Report of Dr. Douglas L. Kruse (Corrected) (Feb. 28, 2022) | US00007718-US00007795 | 7/28/23 | FRE 702, 801 et seq. |
| 152 | Third Supplemental Report of Dr. Dan Smith (June 7, 2023) | US00007916-US00007985 | 7/28/23 | FRE 702, 801 et seq. |
| 153 | State Defendants' Objections and Responses to the United States' First Set of RFAs | US00007804-US00007811 | 7/28/23 | |
| 154 | State Defendants' Objections and Responses to the United States' Amendments to First Set of RFAs | US00006672-US00006674 | 7/28/23 | |
| 155 | State Defendants' Objections and Responses to the United States' First Set of Interrogatories | US00006661-US00006671 | 7/28/23 | |

| 309 | Email from Colleen Oehlschlager (Voter) to Andre Montgomery (SOS) (Nov. 3, 2022) | STATE118514-STATE118517 | 7/28/23 | FRE 801 et seq. |
|---|---|---|---|---|
| 310 | Email from Jeanie Longoria (Medina County) to SOS Elections re: Questions re Carrier Envelope (Nov. 3, 2022) | STATE141086 | 7/28/23 | FRE 801 et seq. |
| 311 | Email from Andrew Montgomery (SOS) to Jason Hull (Voter) re: Tarrant County Ballot Board There is an Error Regarding Your ID for your Electronic Ballot (Nov. 4, 2022) | STATE118032-STATE118035 | 7/28/23 | |
| 312 | Email from William Keene (Voter Parent) to SOS Elections re: Official Election Signature Sheet for an FPCA Voter Form (Nov. 4, 2022) | STATE133670 | 7/28/23 | FRE 801 et seq. |
| 313 | Email from SOS Elections to Grace Hoskins (Voter) re: Mail-In Ballot Issue (Nov. 8, 2022) | STATE122573-STATE122574 | 7/28/23 | |
| 314 | Email from SOS Elections to Marvin Byers (Voter) (Nov. 8, 2022) | STATE126783 | 7/28/23 | |
| 315 | Email from Jennifer Etheridge (Voter) to SOS Elections re: Please Count My Ballot (Nov. 8, 2022) | STATE118344-STATE118346 | 7/28/23 | FRE 801 et seq. |
| 316 | Email from Colleen Stadnick (Voter) to SOS Elections (Nov. 10, 2022) | STATE122690-STATE122691 | 7/28/23 | FRE 801 et seq. |
| 317 | Election Complaint from John Herbster (Voter) (Nov. 15, 2022) | STATE171804-STATE171810 | 7/28/23 | FRE 801 et seq. |
| 318 | Email from Keith Ingram (SOS) to Kate Fisher (SOS) re: 2020 Election Administration and Voting Survey (Nov. 16, 2022) | STATE180236-STATE180237 | 7/28/23 | |
| 319 | Email from Lena Proft (SOS) to Jana Onyon (Ellis County) re: Section 31.093 Duty to Contract (Mar. 3, 2023) | STATE177150-STATE177152 | 7/28/23 | |
| 320 | Eric Alvarez, *Denton County Election Officials Share How to Protect Your Mail-In Vote*, WFAA (Aug. 21, 2020) | US00006743-US00006744 | 7/28/23 | FRE 801 et seq. |
| 321 | Eline de Bruijn and Jason Whitely, *Carrollton Mayoral Candidate Arrested After Police Find Forged Mail-in Ballots*, WFAA (Oct. 8, 2020) | US00006706-US00006710 | 7/28/23 | FRE 801 et seq. |
| 322 | Press Release, Office of the Texas Secretary of State, Secretary Hughs Commends Texas Voters Following November 3rd General Election (Nov. 30, 2020) | STATE087633 | 7/28/23 | FRE 801 et seq. |
| 323 | Zaira Perez, *Former Carrollton Mayoral Candidate Indicted on 109 Felony Voter Fraud Charges*, Denton Record-Chronicle (May 7, 2021) | US00006840-US00006842 | 7/28/23 | FRE 801 et seq. |

| | | | | |
|---|---|---|---|---|
| 324 | Taisha Walker, *I've Never Missed a Vote: 95-Year Old World War II Veteran Says His Mail-In Ballot Application Has Been Denied Twice Due to New Requirements*, Click2Houston (Jan. 25, 2022) | US00006711-US00006712 | 7/28/23 | FRE 801 et seq. |
| 325 | Press Release, Office of the Texas Secretary of State, Secretary Scott Encourages Eligible Texans to Vote Early, Make a Plan to Cast a Ballot for the March 1 Primary Election (Feb. 7, 2022) | STATE020224-STATE020229 | 7/28/23 | FRE 801 et seq. |
| 326 | Steve Clark, *Voting Changes: Garza Says to Read Ballots Carefully*, Brownsville Herald (Feb. 10, 2022) | US00008022-US00008024 | 7/28/23 | FRE 801 et seq. |
| 327 | Press Release, Cameron County Department of Elections, Cameron County Initiates Cure Process for Returned Ballots by Mail (Feb. 18, 2022) | US00007796 | 7/28/23 | FRE 801 et seq. |
| 328 | Garrett Brnger, *More Than 1,900 Bexar County Mail Ballots Rejected, Follow New Voting Law Requirement*, KSAT (Mar. 8, 2022) | US00007464-US00007466 | 7/28/23 | FRE 801 et seq. |
| 329 | Press Release, Harris County Elections Administrator, 89% of Mail Ballots Flagged Under New Law Rejected (Mar. 11, 2022) | Longoria_005179 | 7/28/23 | FRE 801 et seq. |
| 330 | Andrew Schneider, *19% of Harris County Mail-In Ballots in the 2022 Primary Were Rejected Due to SB 1, According to the Elections Administrator*, Houston Public Media (Mar. 11, 2022) | US00006646-US00006648 | 7/28/23 | FRE 801 et seq. |
| 331 | Garrett Brnger, *Bexar County Elections Officials Try to Prevent Another "Tsunami" of Mail Ballot Rejections*, KSAT (Apr. 25, 2022) | US00007454-US00007457 | 7/28/23 | FRE 801 et seq. |
| 332 | Press Release, Office of the Texas Secretary of State, Secretary Scott Encourages Texans to Vote Early in May 24 Primary Runoff Elections (May 13, 2022) | STATE134505-STATE134508 | 7/28/23 | FRE 801 et seq. |
| 333 | Christian Aleman, *Mail-In Ballot Rejections Decreased in Texas in the May Elections*, KVUE (July 8, 2022) | US00007458-US00007462 | 7/28/23 | FRE 801 et seq. |
| 334 | Press Release, Office of the Texas Secretary of State, Secretary Scott Marks National Voter Registration Day, Highlights Statewide "VoteReady" Voter Education Campaign (Sept. 20, 2022) | STATE120634-STATE120641 | 7/28/23 | FRE 801 et seq. |
| 335 | Press Release, Office of the Texas Secretary of State, SOS 101: Voting by Mail in Texas (Oct. 12, 2022) | STATE119692-STATE119698 | 7/28/23 | FRE 801 et seq. |
| 336 | Ashley Lopez, *Texas Officials Say They're Rejecting Fewer Mail Ballots Than the Primary's Big Spike*, Texas Public Radio (Nov. 4, 2022) | US00008007-US00008009 | 7/28/23 | FRE 801 et seq. |