IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br>*Plaintiffs*, <br><br>v. <br><br>GREGORY W. ABBOTT, et al., <br><br>*Defendants*. | CIVIL ACTION NO. 5:21-CV-00844-XR <br>(Consolidated Cases) |

**DISTRICT ATTORNEY OGG'S
OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

1

**Objections to HAUL and MFV Plaintiffs' Deposition Designations**

1. Maria Gomez

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 15:25-16:8 | FRE 801 et seq. | |
| 29:4-5, 12-21 | Speculation | |
| 49:14-22 | Speculation | |

2. Yvonne Iglesias

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 42:1-20 | FRE 801 et seq. | |
| 47:1-25 | FRE 801 et seq. | |

3. Jennifer Martinez

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 52:1-18, 20-25 | Speculation | |
| 53:1-5, 13-22 | Speculation | |
| 67:4-17 | Speculation | |
| 72:11-21 | Speculation | |
| 74:4-11, 18-22 | Speculation | |
| 75:24-76:5 | Speculation | |
| 105:11-17 | Speculation | 107:4-22 |

4. Toby Cole

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 20:4-21:4 | Speculation | |
| 21:21-22:24 | Speculation; nonresponsive | |
| 22:25-23:16 | Speculation; lack of foundation; nonresponsive; FRE 401 | |
| 23:24-24:17 | Speculation; nonresponsive | |
| 29:1-30:5 | Speculation | |
| 43:4-12 | Speculation; nonresponsive | |

5. Jennifer Colvin

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 68:4-16 | Speculation | |
| 85:10-86:16 | FRE 801 et seq. | |

6. Pamiel Gaskin

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 21:17-25 | FRE 801 et seq. | |
| 22:1-21 | FRE 801 et seq. | |
| 49:1-19 | Speculation | |

7. Alan Vera

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 144:24-145:6 | FRE 801 et seq. | |

8. Senator Carol Alvarado

| HAUL/MFV Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 131:6-19 | Speculation | |
| 160:10-161:3 | Lack of foundation; FRE 801 et seq. | |

**Objections to OCA Plaintiffs' Deposition Designations**

1. Jennifer Colvin

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 40:4-25 | Speculation | |
| 41:1-25 | Speculation | |
| 49:1-10, 17-25 | Speculation | |
| 62:13-24 | Speculation | |

2. **Grace Chimene**

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 108:1-25 | Speculation | |
| 109:1-2, 19-25 | Speculation | |
| 112:5-25 | Speculation | |
| 113:1-25 | Speculation | |
| 114:1-7 | Speculation | |
| 120:20-25 | Speculation | |
| 121:1-5 | Speculation | |
| 124:1-10, 17-25 | Speculation | |
| 125:1-2, 25 | Speculation | |
| 189:1-25 | FRE 801 et seq.; speculation | |
| 190:1-9, 14-25 | Speculation | |

3. **Toby Cole**

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 20:4-25 | Speculation | |
| 21:1-4, 21-25 | Speculation | |
| 22:1-25 | Speculation | |
| 23:1-16 | Speculation; FRE 401 | |
| 29:1-25 | Speculation | |

4. **Amatullah Contractor**

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 19:21-25 | Speculation | |
| 20:1-2 | Speculation | |
| 20:6-19 | Speculation | |
| 20:20-24 | Speculation | |
| 27:7-25 | Speculation | |
| 28:1-9, 16-25 | Speculation | |
| 43:1-22 | FRE 801 et seq.; Speculation | |
| 45:1-6 | Speculation | |
| 46:21-24 | Speculation | |
| 47:6-20 | Speculation | |

| | | |
|---|---|---|
| 52:1-21 | FRE 801 et seq. | |
| 56:16-25 | Speculation | |
| 57:1-11 | Speculation | |
| 65:5-8 | Speculation | |

5. **Deborah Chen**

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 68:1-25 | Speculation; lack of personal knowledge | |
| 75:6-24 | Speculation; lack of personal knowledge | |
| 76:6-25 | Speculation; lack of personal knowledge | |
| 77:1-25 | Speculation; lack of personal knowledge | |
| 79:15-22 | | 79:23-25, 80:1-2 |
| 100:22-25 | Speculation; lack of personal knowledge; narrative; nonresponsive | |
| 101:1-25 | Speculation; lack of personal knowledge; narrative; nonresponsive | |
| 102:1-22 | Speculation; lack of personal knowledge; narrative; nonresponsive | |
| 109:1-25 | FRE 801 et seq. | |
| 110:1-4 | FRE 801 et seq.; speculation; lack of personal knowledge | |
| 115:18-116:1 | Speculation; lack of personal knowledge; nonresponsive | |
| 128:14-19 | | 128:5-13 |
| 145:1 | | 145:2-157:4 |
| 238:16-25 | FRE 801 et seq. | |
| 239:1-9 | FRE 801 et seq. | |
| 270:1-25 | FRE 801 et seq. | |
| 271:1-25 | FRE 801 et seq. | |
| 273:1-25 | FRE 801 et seq. | |

5

6. **Pamiel Gaskin**

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 21:1-25 | FRE 801 et seq. | |
| 22:1-5, 6-25 | FRE 801 et seq. | |
| 23:1-21 | FRE 801 et seq. | |
| 26:2-7 | FRE 801 et seq. | |
| 30:8-19 | FRE 801 et seq. | |
| 31:17-25 | FRE 801 et seq. | |
| 33:1-2, 25 | FRE 801 et seq. | |
| 48:23-25 | Speculation; lack of personal knowledge | |
| 49:1-25 | Speculation; lack of personal knowledge | |
| 50:1-25 | Speculation; lack of personal knowledge | |
| 51:1-8 | Speculation; lack of personal knowledge | |

7. **Bob Kaska**

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 27:1-9, 21-25 | Speculation | |
| 48:1-25 | FRE 801 et seq. | |
| 49:1-7 | FRE 801 et seq. | |
| 52:8-25 | Speculation | |
| 53:1-25 | FRE 801 et seq.; speculation | |
| 86:2-21 | Speculation | |
| 95:18-25 | FRE 801 et seq. | |
| 102:15-22 | Speculation | |
| 110:14-25 | Speculation | |

8. **Roberto Benavides**

| OCA Plaintiffs' Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 27:1-25 | FRE 801 et seq. | |
| 28:1-7 | FRE 801 et seq. | |
| 31:9-25 | FRE 801 et seq. | |
| 33:19-25 | FRE 801 et seq. | |
| 34:1-25 | FRE 801 et seq. | |

| | | |
|---|---|---|
| 44:1-25 | Nonresponsive | |
| 45:1-14, 16-25 | Nonresponsive | |
| 48:1-16 | FRE 801 et seq. | |

**Objections to DOJ's Deposition Designations**

1. **Isabel Longoria (4/20/2022)**

| DOJ's Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 127:13-128:17 | FRE 801 et seq.; speculation | |

2. **Isabel Longoria (4/20/2022) Vol. 1**

| DOJ's Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 40:21-41:12 | FRE 801 et seq.; speculation | |
| 41:13-44:7 | Speculation | |
| 56:3-57:9 | FRE 801 et seq. | |
| 61:4-64:13 | | |

3. **Roberto Benavides**

| DOJ's Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 26:8-27:11 | FRE 801 et seq. | |
| 27:12-24 | FRE 801 et seq. | |
| 27:25-28:7 | FRE 801 et seq. | |
| 33:24-35:2 | FRE 801 et seq. | |
| 42:22-45:13 | Nonresponsive | |
| 45:16-46:19 | Nonresponsive | |
| 48:4-50:4 | FRE 801 et seq. | |

4. **Pamiel Gaskin**

| DOJ's Designation | District Attorney Ogg's Objection(s) | District Attorney Ogg's Counter-Designations |
|---|---|---|
| 20:22-24:6 | FRE 801 et seq. | |
| 31:16-33:2 | FRE 801 et seq. | |
| 41:24-42:23 | Speculation | |
| 48:18-49:8 | Speculation | 24:4-10 |