**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., §<br>  *Plaintiffs*, §<br>§<br>v. §  Case No. 5:21-cv-844-XR<br>§<br>GREGORY W. ABBOTT, et al., §<br>  *Defendants.* § | |

## STATE DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Angela Colmenero, in her official capacity as Provisional Attorney General of Texas, and the State of Texas ("State Defendants") make the following objections to Plaintiffs' Deposition Designations:

| Rep. Rafael Anchia ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 8:1-4 | Relevance |
| 9:14-18 | |
| 11:12-25 | |
| 12:1-7, 13-15, 21-25 | |
| 13:1-8 | 13:7-8 – Hearsay |
| 17:7-8, 13, 16-18 | 17:7-8, 13 – Cumulative |
| 18:3-7, 12-19 | |
| 19:12-23 | |
| 20:11-18 | 20:16-18 – Lack of Personal Knowledge/Speculation |
| 21:8-10, 16-22 | |
| 23:17-25 | |
| 24:1-16 | 24:8-16 – Lack of Personal Knowledge/Speculation |
| 30:24-25 | |
| 31:1-19 | 31:4-19 – Hearsay |

1

| Rep. Rafael Anchia ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 32:13-16, 20-24 | Hearsay |
| 33:11-17, 21-25 | 31:11-17 – Lack of Personal Knowledge/Speculation<br>31:21-25 – Hearsay, Lack of Personal Knowledge/Speculation |
| 34:1, 3-6, 18-25 | 34:1, 3-6 – Hearsay, Lack of Personal Knowledge/Speculation<br>34:18-25 – Lack of Personal Knowledge/Speculation |
| 35:1-7, 12-17, 20-25 | Lack of Personal Knowledge/Speculation |
| 36:1-14 | Lack of Personal Knowledge/Speculation |
| 77:3-20 | 77:13-15 – Lack of Personal Knowledge/Speculation |
| 78:9-11 | |
| 82:10-15 | Hearsay |
| 84:10-25 | 84:10-16 – Hearsay |
| 85:1-4 | |
| 91:22-25 | |
| 92:1-5, 8-25 | |
| 93:1-8 | |

| Rivelino Lopez ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 20:18-25 | |
| 21:1-25 | |
| 22:1-25 | |
| 23:1-25 | |
| 24:1-25 | |

| Rep. Andrew Murr[1] | |
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 19:13-16 | |
| 42:11-18 | |
| 43-8-14 | |
| 47:20-48:8 | Relevance |
| 53:7-12 | |
| 55:7-24 | Relevance |
| 59:22-60:23 | 60:3-23 – Relevance |
| 86:19-87:14 | 87:7-14 – Relevance |
| 88:5-89:25 | 88:18-19 – Foundation, Speculation. <br> 89:9-14 – Foundation, Speculation. <br> 89:15-25 – Relevance |
| 94:20-95:6 | Relevance |
| 95:22-96:12 | Relevance |
| 96:23-100:2 | |
| 100:3-101:25 | 101:14-25 – Relevance |
| 102:5-7 | |
| 103:17-104:5 | 103:23-5 – Relevance |
| 104:15-105:20 | 105:12-20 – Relevance |
| 106:22-112:22 | 107:8-16 – Relevance <br> 108:23-109:6 – Relevance <br> 109:16-110:5 – Relevance <br> 112:16-22 – Relevance |
| 113:8-13 | |
| 114:4-117:22 | 115:20-116:5 – Relevance <br> 117:7-22 – Relevance |
| 120:2-123:18 | 122:3-20 – Assumes Facts Not in Evidence; Misstates Testimony in Record <br> 123:9-18 – Relevance |
| 136:13-137:13 | Relevance |
| 137:14-143:4 | 138:10-19 – Legal Conclusion, Vague, Relevance <br> 138:20-139:2 – Vague, Relevance <br> 139:3-19 – Legal Conclusion, Vague <br> 139:20-140:16 – Vague <br> 141:17-143:4 – Relevance |
| 143:5-144:14 | 143:5-11 – Legal Conclusion, Vague <br> 143:22-14 – Relevance |

---

[1] Many of Plaintiffs' designations reference questions that implicated the legislation privilege. State Defendants raised the necessary objections during the deposition, and the witness refrained from answering on the advice of counsel. The invocation of legislative privilege is not evidence of facts germane to the claims and defenses in this case. Plaintiffs have not contested State Defendants assertions of legislative privilege in this deposition. State Defendants therefore object to these designations as irrelevant and maintain that the assertion legislative privilege was appropriate.

| Rep. Andrew Murr[1] ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 144:15-146:17 | 144:15-145:7 – Legal Conclusion, Vague<br>145:17-146:17 - Relevance |
| 146:18-148:3 | 146:18-24 – Legal Conclusion, Vague<br>146:25-147:10 – Legal Conclusion, Vague, Assumes Facts in Evidence<br>147:14-148:3 – Relevance |
| 148:4-149:14 | 148:4-11 – Legal Conclusion, Vague<br>148:412-18 – Legal Conclusion<br>148:25-149:14 – Relevance |
| 149:15-150:9 | 149:25-9 – Relevance |
| 152:19-22 | |
| 154:4-155:3 | |

| Maria Gomez ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 5:1-5 | |
| 6:10-7:1-3 | |
| 7:9-9:15 | |
| 9:19-11:9 | |
| 11:15-12:10 | |
| 12:20-13:8 | |
| 13:16-18 | |
| 13:25-14:4 | |
| 14:10–23 | |
| 15:17-20 | |
| 15:25-16:8 | |
| 16:18-20 | |
| 17:2-22 | |
| 18:3-17 | |
| 19:1-12 | |
| 19:21-20:9 | |
| 20:22-21:24 | 21:16-19 Hearsay; Lack of Personal Knowledge |
| 22:7-24 | 22:7-21 – Hearsay |
| 23:13-18 | |
| 24:3-25:10 | |
| 25:23-27:22 | |
| 28:2–22 | |
| 29:4-5 | Optional Completeness<br>(Full Citation 29:3-8) |
| 29:9-30:1 | |

| Maria Gomez ||
| --- | --- |
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 32:2-8, 17-20 | |
| 32:24-33:6 | |
| 33:13-36:18 | |
| 36:25-37:2 | |
| 37:7-14 | |
| 37:18-38:4 | |
| 38:8-10 | |
| 38:24-40:1 | |
| 40:13-18 | |
| 40:24-41:3 | |
| 41:24-42:24 | |
| 43:4-44:9 | |
| 44:23-46:4 | |
| 46:13-47:9 | |
| 48:11-50:2 | 49:14-50:2 – Lack of Personal Knowledge, Speculation |
| 51:13-52:10 | |
| 52:17-19 | |
| 54:3-15 | |
| 54:19-58:19 | |

| Cindy Siegel ||
| --- | --- |
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 12:1-17, 22-25 | |
| 13:25-14:20 | |
| 15:1-7 | |
| 19:1-20:14 | 19:1-3 - Optional Completeness (Full Citation 18:18-19:3) |
| 21:5-17 | |
| 21:24-22:1 | |
| 22:25-23:2 | |
| 23:6-12 | |
| 24:12-19 | |
| 27:3-28:6 | |
| 28:10-29:18 | |
| 31:2-9 | Vague, Ambiguous |
| 32:13-34:25 | |
| 35:12-38:10 | 36:11-37:9 – Hearsay |
| 41:13-22 | |
| 42:10-47:25 | |

| Cindy Siegel ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 48:13-50:14 | |
| 51:3-52:21 | |
| 53:3-58:11 | |
| 59:9-61:21 | |
| 62:15-65:11 | |
| 65:17-67:19 | 65:17-22 – Hearsay |
| 68:5-23 | |
| 70:18-72:17 | |
| 75:20-76:15 | |
| 89:1-91:2 | |
| 91:6-95:15 | |

| Alan Vera ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 10:6-14:9 | |
| 16:25-19:11 | |
| 20:15-22:1 | |
| 22:6-14 | |
| 23:2-20 | |
| 24:8-28:9 | |
| 28:14-29:17 | |
| 29:23-30:1 | |
| 30:7-31:2 | |
| 31:9-32:17 | |
| 32:24-36:9 | 32:24-33:22 – Legislative privilege<br>34:4-35:18 – Legislative privilege |
| 36:21-38:6 | |
| 39:7-45:17 | |
| 45:24-47:8 | |
| 47:21-49:7 | |
| 49:11-52:22 | 49:11-22 – Speculation |
| 53:7-58:13 | |
| 59:15-61:10 | |
| 64:13-24 | |
| 65:5-66:11 | |
| 67:5-68:9 | |
| 68:13-70:6 | |
| 71:10-74:20 | |
| 75:3-85:17 | |
| 87:2-10 | |

| Alan Vera ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 88:8-89:3 | |
| 89:10-90:2 | |
| 92:14-93:21 | |
| 95:10-98:11 | |
| 98:18-21 | |
| 99:16-101:20 | |
| 103:1-8 | |
| 104:24-106:17 | |
| 107:22-108:10 | |
| 108:17-109:6 | |
| 112:2-113:22 | |
| 114:13-116:2 | |
| 116:18-22 | |
| 117:5-118:19 | |
| 119:24-120:5 | |
| 121:2-7, 22-25 | |
| 122:1-124:5 | |
| 124:19-126:4 | |
| 128:5-132:17 | |
| 133:5-134:19 | |
| 135:1-17, 19-25 | |
| 136:1-137:24 | |
| 138:10-139:5 | |
| 140:3-140:20 | |
| 141:16-144:17 | |
| 144:24-145:6 | |
| 145:14-146:24 | |

| Sen. Brian Hughes ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 6:1-4 | |
| 40:2-41:2 | |
| 41:20-42:8 | |
| 47:19-48:9 | |
| 55:18-56:8 | |
| 58:9-59:24 | |
| 92:17-94:24 | |
| 110:21-111:7 | |
| 118:1-119:12 | |
| 127:2-129:9 | |

| Sen. Brian Hughes | |
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 132:29-136:19 | |
| 137:2-138:10 | |
| 138:25-141:19 | |
| 157:23-160:13 | |
| 160:18-161:13 | |
| 161:14-162:22 | |
| 163:6-18 | |
| 164:7-166:9 | 164:13-165:1 – Relevance; unnecessarily repetitive; asked and answered |
| 168:2-169:21 | |
| 171:10-172:20 | |
| 173:25-174:17 | |
| 174:19-175:22 | |
| 175:24-25 | |
| 176:11-178:8 | |
| 181:10-183:21 | |
| 193:12-194:7 | |
| 199:19-207:5 | |
| 208:9-211:24 | |
| 212:16-217:8 | |
| 249:8-252:10 | |
| 255:18-259:2 | 258:6-259:2 – Incomplete hypothetical; vague |
| 259:20 | |
| 262:13 | |
| 297:6-14 | |
| 298:5-20 | |
| 302:16-24 | |

| Juanita Valdez Cox | |
|---|---|
| **Plaintiffs' Designations** | **Defendants' Objections** |
| 66:2-25 | None. |
| 67:1-15 | None. |
| 69:8-25 | 69: 12-14 Nonresponsive<br>69: 19-21 Nonresponsive |
| 70:1-17 | None. |

| Taylor Scott ||
|---|---|
| **Plaintiffs' Designations** | **Defendants' Objections** |
| 5:1-4 | None. |
| 7:19-23 | None. |
| 10:8-25 | None. |
| 11:1-5 | None. |
| 14:7:9 | None. |
| 15:3-4 | None. |
| 16:1-11, 18-24 | Nonresponsive after first word in line 21. |
| 18:24-25 | None. |
| 19:1-25 | None. |
| 20:1-4 | None. |

| Hilda Salinas ||
|---|---|
| **Plaintiffs' Designations** | **Defendants' Objections** |
| 6: 4-5, 15-17 | None. |
| 10: 20–13:2 | None. |
| 13:12-14: | None. |
| 16:21–17:7 | None. |
| 22:9–23:4, 23:20-22 | None. |
| 26:4–11, 26:19-27: 1 | 26; 24-24 and 27:1 – Vague, nonresponsive. |
| 33:16–35: 5 | 33: 22-25, 34: 1-4 – Vague, nonresponsive. |
| 35:10-13 | None. |
| 36:9–38:24 | 37:1-15 – Nonresponsive.<br>37: 22-25, 1-15 – Vague, nonresponsive.<br>37:20-24 – Vague, nonresponsive. |
| 39:14-20 | None. |
| 41:9–43:10 | 42: 14-23 – After first word, vague and non-responsive. |
| 46:6-18 | None. |
| 53:7–54:16 | None. |
| 65:16-23 | None. |
| 66:1-3 | None. |
| 67:10-15, 20-22, 68:7–69:18 | 68:11-25, 69:1-18 – Vague, nonresponsive. |
| 70:1–75:11 | 71: 2-7 – After first word, vague and nonresponsive.<br>73:17-25, 74:11-4 – Improper hypothetical question, calls for speculation. |
| 76:1–20 | 76: 1-13 – Nonresponsive.<br>76:15-20 – Question is vague, response is vague and nonresponsive. |
| 77:18–23 | None. |

| Hilda Salinas | |
|---|---|
| **Plaintiffs' Designations** | **Defendants' Objections** |
| 78:16–79:22 | None. |
| 81:25–88:22 | 86:7-17 – Vague, answer is nonresponsive after first word.<br>87:16-21 – Vague, nonresponsive. |
| 90:19–91:4 | None. |
| 92:5–102:22 | 92: 14-20 – Nonresponsive after first word.<br>94:14-18 – Vague and nonresponsive.94:25, 95:1-25, 96:1 – The document speaks for itself; no question is asked regarding the document.<br>96:14-25, 97:1-25, 981-6 – Question and answer are vague.<br>100: 18-24 – Document speaks for itself; no question is asked regarding the document. |
| 103:8–106:24 | 104:13-20 – Vague.<br>105:7-10 – Vague.<br>106: 5-19 – Vague and nonresponsive. |
| 107:17–114:18 | 108:4-12 – Vague and nonresponsive.<br>108:13-25, 1109:1-3 – Vague and nonresponsive. |
| 123:16–124:5 | 123: 16-23 – Vague and unintelligible. |
| 124:11-22 | 124: 11-22 – Vague and nonresponsive. |
| 125:1-9 | None. |
| 126:12–127:24 | 127:5-24 – Asked and answered. |
| 128:12-14 | None. |
| 129:9–131:8 | 129:9 -22 – Nonresponsive.<br>129:23–130:15 – Nonresponsive after first word of answer.<br>130:16-19 – Calls for speculation as to what others felt.<br>130:220-25, 131:1-8 – Calls for speculation as to what others felt and nonresponsive. |
| 131:20-132:23 | 131:20-25, 132:1-12 – Hearsay.<br>132:13-21 – Hearsay. |
| 133:6–134:1 | 133:13-16 – Improper hypothetical. |
| 134:11-136:9 | 134:11-17 – Hearsay.<br>134:18-25, 135: 1-23 – Calls for speculation and improperly inquires about 2020. |
| 136:14 - 24 | Hearsay, based on unauthenticated document. Vague as to whether question is as to legality prior or after S. B. 1. |
| 137:24-140:9 | 139:17-24 – Answer is nonresponsive. |
| 141:9–142:12 | None. |
| 145:23–146:2 | None. |

| Hilda Salinas | |
|---|---|
| **Plaintiffs' Designations** | **Defendants' Objections** |
| 147:15-25 | Hearsay. |
| 148:8-22 | None. |
| 151:1–14 | None. |
| 151:19-152:9 | None. |
| 153:10–154:12 | None. |
| 155:1-156:5, 156:24–157:6 | None. |
| 157:7–22 | 157: 11-16 – Calls for speculation as to what "office" thinks. |
| 161:9–23 | None. |
| 172:7–173:15 | None. |
| 184:8-185:3 | None. |
| 191:15-23 | None. |
| 195:2–196:17 | 196: 9-17 – Answer is nonresponsive after first word. |
| 197:6–20 | 197:6-20 – Answer is nonresponsive after first line. |

| Sen. Carol Alvarado | |
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 11:11-12:14 | Relevance |
| 16:7-21 | |
| 190:14-25 | |

| Yvonne Iglesias | |
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 7:2-6 | |
| 18:12-17 | |
| 19:8-14 | Optional Completeness (19:15-20) |
| 21:6-22:1 | |
| 22: 3-5 | |
| 23:10-17 | |
| 25:8-15 | |
| 28:11-20 | |
| 29:4-11, | |
| 29:15-30:3 | |
| 30:10-23 | |
| 32:1-7 | |

| Yvonne Iglesias ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 34:25-35:2 | |
| 35:6-15 | |
| 39:18-21 | |
| 40:3-9 | |
| 41:24-42:20 | Optional Completeness (41:15-23) |
| 44:22-45:11 | |
| 46:24-47:25 | Optional Completeness (48:1-5) |
| 64:18-21 | Optional Completeness (64:12-65:24) |
| 68:25-69:7 | Optional Completeness (69:8-13) |
| 71:12-72:18 | |
| 75:5-76:2 | |

| Rep. Nicole Collier ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 6:5-11 | Relevance |
| 14:9-22 | Relevance |
| 18:18-20:18 | |
| 22:18-23:25 | Relevance |
| 81:4-82:11 | 81:4-82:1 – Hearsay; Lack of Personal Knowledge |
| 87:1-88:11 | Lack of Personal Knowledge; Hearsay |
| 136:10-137:10 | Lack of Personal Knowledge; Hearsay |
| 148:6-151:7 | 148:6 – 149:15 – Hearsay; 149:16-150:4 – Lack of Personal Knowledge; 151:4-7 – Lack of Personal Knowledge |
| 154:17-157:25 | 156:7-157:3 – Hearsay; 157:18-25 – Hearsay |
| 234:11-236:6 | 234:11-235:18 – Relevance; Lack of Knowledge; 235:19-236:6 – Hearsay |

| Rep. Briscoe Cain ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 7:12-15 | Optional Completeness (Full Citation 12:9-17) |
| 36:13-15, 18-19 | |
| 42:6-19 | |
| 43:5-13 | |
| 43:22-44:1 | |

| Rep. Briscoe Cain | |
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 44:24-45:23 | Optional Completeness (Full Citation 44:24-45-25) |
| 52:21-53:6-54:25 | |
| 55:15-56:5 | Relevance |
| 56:11-57:19 | 57:8-19 – Relevance |
| 65:5-66:9 | 65:24-9 – Relevance |
| 67:16-68:7 | |
| 69:5-16 | Relevance |
| 80:25-82:2 | Relevance |
| 91:9-13 | |
| 93:5-25 | Relevance |
| 95:21-96:3, | |
| 96:21-22 | |
| 96:24-97:2 | |
| 97:16-21 | (Optional Completeness (Full Citation 97:10-11, 16-21) |
| 97:24-98:9 | |
| 100:20-101:20 | Relevance |
| 102:12-103:20 | Relevance |
| 104:10-105:2 | Relevance |
| 111:24-113:4 | Relevance |
| 114:6-116:18 | 114:6-114:10 – Optional Completeness (Full Citation 113:5-114:10)<br>114:11-116:18 – Relevance |
| 117:1-14, 117:24-118:19 | 117:9-14, 117:24-118:2 – Speculation, Lack of Foundation<br>118:3-19 - Relevance |
| 119:7-8 | |
| 119:20-22 | |
| 119:25-120:17 | |
| 124:7-125:13 | |
| 125:18-126:8 | |
| 126:12-18 | |
| 126:23-127:18 | |
| 127:22-128:6 | |
| 131:9-132:22 | |
| 133:25-134:25 | |
| 135:5-138:17 | |
| 139:9-15 | |
| 139:21-141:19 | 139:21-141:1 - Relevance |
| 142:14-143:3 | 142:21-3 – Relevance |
| 143:16-144:14 | Relevance |

| Rep. Briscoe Cain ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 145:4-146:5 | |
| 150:23-25 | |
| 154:20-156:4 | |
| 156:22-157:24 | 157:9-24 - Relevance |
| 171:2-9 | Optional Correctness (Full Citation 170-11-171:16) |
| 172:23-173:6 | Relevance |
| 176:21-177:25 | |
| 178:11-14 | |
| 179:23-183:19 | 180:3-181:4 – Relevance<br>181:9-18 – Relevance<br>181:22-182:8 – Relevance<br>183:4-19 – Relevance |
| 208:4-16 | |
| 208:12-20 | Relevance |

| Dr. Douglas Kruse ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 7:4-18 | |
| 16:18-25 | |
| 17:9-12 | |
| 17:20-18:8 | |
| 22:8-18 | |
| 24:7-10, 16-21 | |
| 25:9-12 | |
| 26:2-13 | |
| 28:4-7 | Optional Completeness (Full Citation 27:1-28:7) |
| 28:21-29:4, 8-19 | |
| 31:5-12 | Optional Completeness (Full Citation 31:5-13) |
| 32:4-13 | Optional Completeness (Full Citation 32:3-13) |
| 32:22-33:25 | |
| 34:1-19 | Optional Completeness (Full Citation 34:2-19) |
| 37:7-8, 13-15 | Optional Completeness (Full Citation 37:6-15) |
| 42:1-15 | Optional Completeness (Full Citation 41:16-42:15) |
| 44:1-19 | |
| 47:6-10, 12-18 | |
| 54:6-16 | Optional Completeness (Full Citation 54:5-16) |
| 54:21-55:7 | |
| 59:3-15 | |

| Dr. Douglas Kruse ||
| --- | --- |
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 62:24-63:5 | |
| 63:23-64:16 | Optional Completeness (Full Citation 63:6-64:16) |
| 65:10-25 | |
| 72:10-21 | |
| 73:12-74:11 | |
| 76:6-15 | |
| 77:19-78:21 | |
| 79:6-80:3 | |
| 84:5-85:6 | |
| 86:4-87-7 | |
| 87:23-88:17 | |
| 88:21-89:15 | |
| 89:22-90:2 | |
| 91:16-92:8 | |
| 95:15-96:2 | Optional Completeness (Full Citation 95:15-96:5) |
| 106:14-19 | |
| 110:8-111:15, 18-23 | Optional Completeness (Full Citation 110:8-111:23) |
| 112:7-12 | |
| 114:21-115:6, 10-12 | Optional Completeness (Full Citation 114:21-115:12) |
| 115:20-116:19 | |
| 118:10-119:1 | |
| 120:11-121:1 | Optional Completeness (Full Citation 120:3-121:1) |
| 121:15-122:3 | |
| 122:14-21 | Optional Completeness (Full Citation 122:9-22) |
| 124:21-125:1 | Optional Completeness (Full Citation 124:16-125:1) |
| 126:2-9 | Optional Completeness (Full Citation 125:18-126:9) |
| 127:8-11 | Optional Completeness (Full Citation 127:1-11) |
| 128:11-129:3 | |
| 132:14-20 | |
| 133:2-6 | |
| 140:22-141:5 | |
| 156:9-22 | |
| 156:25-157:5 | |
| 157:13-23 | |
| 158:19-159:1 | |

| Dr. Douglas Kruse ||
|---|---|
| **Plaintiffs' Designations** | **Defendant's Objections** |
| 164:6-15 | Optional Completeness (Full Citation 164:6-17) |
| 165:19-167:5 | |
| 167:25-168:8 | Optional Completeness (Full Citation 167:25-168:17) |
| 169:8-24 | |
| 172:12-21 | |
| 173:5-9 | Optional Completeness (Full Citation 173:1-9) |
| 173:21-25 | Optional Completeness (Full Citation 173:21-174:1) |
| 174:21-175:2 | |
| 175:25-176:3 | Optional Completeness (Full Citation 175:21-176:3) |
| 177:14-23 | Optional Completeness (Full Citation 177:7-23) |
| 178:2-5 | Optional Completeness (Full Citation 177:24-178:5) |
| 182:1-8 | Optional Completeness (Full Citation 181:22-182:8) |
| 186:5-187:21 | |
| 188:15-22 | |
| 189:2-7 | |
| 189:18-25 | Optional Completeness (Full Citation 189:11-25). |
| 192:4-14 | Optional Completeness (Full Citation 192:4-15) |
| 193:3-194:9 | Optional Completeness (Full Citation 192:22-194:9) |
| 200:21-201:7 | Optional Completeness (Full Citation 199:24-200:8, 200:19-201:7) |
| 221:6-222:7 | Compound, Vague |
| 222:16-25 | |
| 223:4-14 | |
| 223:21-224:24 | 224:15-24 – Leading |
| 225:10-226:1 | |

| | |
|---|---|
| Date: August 15, 2023 | Respectfully submitted. |
| | |
| JOHN SCOTT | /s/ Kathleen T. Hunker |
| Provisional Attorney General | KATHLEEN T. HUNKER |
| | Special Counsel |
| BRENT WEBSTER | Tex. State Bar No. 24118415 |
| First Assistant Attorney General | |
| | RYAN G. KERCHER |
| GRANT DORFMAN | Tex. State Bar No. 24060998 |
| Deputy First Assistant Attorney General | Deputy Chief, General Litigation Division |
| | |
| SHAWN E. COWLES | WILLIAM D. WASSDORF |
| Deputy Attorney General for Civil Litigation | Assistant Attorney General |
| | Tex. State Bar No. 24103022 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
kathleen.hunker@oag.texas.gov
ryan.kercher@oag.texas.gov
will.wassdorf@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 15, 2023, and that all counsel of record were served by CM/ECF.

/s/ Kathleen T. Hunker
KATHLEEN T. HUNKER