| Combined Exhibit Nos. | Combined Descriptions | BegBates | EndBates | Exhibit Objections |
|---|---|---|---|---|
| US-59 | US Description: [Additional Information Sheet (Temporary Carrier Envelope Supplement)] | STATE047292 | STATE047294 | No Objection |
| US-191 | US Description: [Email from Kate Fisher (SOS) to James Runkel (FBI) re: FBI Request for Assistant - Texas Voter Registration (Oct. 29, 2021)] | STATE076578 | STATE076579 | No Objection |
| LULAC-71; US-199 | LULAC Description: [(Email) SOS email re "Weekend Comparative Process"]; US Description: [Email from Sam Taylor (SOS) to John Scott (SOS) re: Weekend Comparative Process (Dec. 20, 2021)] | STATE019729 | STATE019730 | No Objection |
| LULAC-24; OCAPX-51 | LULAC Description: [(Deposition Exhibit) December 12, 2021 Email from the SOS's office]; OCA Description: [December 20, 2021, email from A. Bitter to J. Scott re: FW: Weekend Comparative Process]; | STATE019731 | STATE019731 | No Objection |
| US-190* | US Description: [Email from SOS GC to Kate Fisher (SOS) re: Huseman PIR 21-0909 (Sept. 27, 2021)] | STATE052305 | STATE052306 | No Objection |
| LUPE-133 | LUPE Description: [Taylor County, Letter from Freda Ragan to Keith Ingram, October 2021]; | STATE066590 | STATE066591 | No Objection |
| OCAPX-434 | OCA Description: [Exhibit 10 to OCA-GH 30(b)(6) Deposition on March 28, 2022: Exit Poll Survey Statement]; | OCAGH_00000134 | OCAGH_00000134 | Speculation |
| OCAPX-222 | OCA Description: [REVUP-Texas 2020 Resource Manual]; | OCAGH_00000148 | OCAGH_00000169 | No Objection |
| OCAPX-205 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching January 26, 2022, Invoice]; | OCAGH_00000222 | OCAGH_00000223 | No Objection |
| HAUL-MFV149 | HAUL-MFV Description: (Monetary invoices American Sign Language hlterpreters for SB 1education ouu·each); | OCAGH_00000224 | OCAGH_00000224 | No Objection |
| OCAPX-206 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching December 28, 2021, Invoice]; | OCAGH_00000225 | OCAGH_00000226 | No Objection |
| HAUL-MFV150 | HAUL-MFV Description: (Monetary invoices American Sign La11guage hlte1preters for SB 1education outreach); | OCAGH_00000227 | OCAGH_00000227 | No Objection |
| OCAPX-207 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching November 6, 2021, Invoice]; | OCAGH_00000228 | OCAGH_00000229 | No Objection |
| HAUL-MFV151 | HAUL-MFV Description: (Monetary invoices Ame1ican Sign La11guage hlte1preters for SB 1education outreach); | OCAGH_00000230 | OCAGH_00000230 | No Objection |
| OCAPX-208 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching June 25, 2021, Invoice]; | OCAGH_00000231 | OCAGH_00000232 | No Objection |
| HAUL-MFV152 | HAUL-MFV Description: (Monetary invoices American Sign La11guage hlte1preters for SB 1education outreach); | OCAGH_00000233 | OCAGH_00000233 | No Objection |
| OCAPX-209 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching May 27, 2021, Invoice]; | OCAGH_00000234 | OCAGH_00000235 | No Objection |
| HAUL-MFV153 | HAUL-MFV Description: (Monetary invoices Americ811 Sign La11guage hltetpreters for SB 1education outreach); | OCAGH_00000236 | OCAGH_00000236 | No Objection |
| OCAPX-210 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching April 26, 2021, Invoice]; | OCAGH_00000237 | OCAGH_00000238 | No Objection |

| Bates Begin | Description | Bates Begin | Bates End | Objection |
|---|---|---|---|---|
| HAUL-MFV154 | HAUL-MFV Description: (Monetary invoices Ame1ic811 Sign La11guage hlte1preters for SB 1education outreach); | OCAGH_00000239 | OCAGH_00000239 | No Objection |
| OCAPX-211 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching March 27, 2021, Invoice]; | OCAGH_00000240 | OCAGH_00000240 | No Objection |
| HAUL-MFV155 | HAUL-MFV Description: (Monetary invoices Ame1ic811 Sign La11guage hlterpreters for SB 1education outreach); | OCAGH_00000241 | OCAGH_00000241 | No Objection |
| OCAPX-212 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching December 6, 2021, Invoice]; | OCAGH_00000247 | OCAGH_00000248 | No Objection |
| HAUL-MFV156 | HAUL-MFV Description: (Moneta1y invoices American Sign Language hlte1preters for SB 1education outreach); | OCAGH_00000249 | OCAGH_00000249 | No Objection |
| OCAPX-213 | OCA Description: [February 6, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Invoice due now - Communication by Hand, attaching January 26, 2022, Invoice]; | OCAGH_00000250 | OCAGH_00000251 | No Objection |
| HAUL-MFV157 | HAUL-MFV Description: (Monetary invoices American Sign Language hlte1prete1s for SB 1education outreach); | OCAGH_00000252 | OCAGH_00000252 | No Objection |
| HAUL-MFV138; OCAPX-171;OCAPX-181 | HAUL-MFV Description: (Media outreach and inquiries); | OCAGH_00000256 | OCAGH_00000270 | No Objection |
| OCAPX-174 | OCA Description: [February 7, 2022, email from REVUP- Texas to Barrier Free Futures re: FW: Voting in Person or Mail in Ballots for People with Disabilities, attaching MAIL IN BALLOT INFO-FINAL 2022(2).pdf et al.]; | OCAGH_00000307 | OCAGH_00000308 | No Objection |
| OCAPX-214 | OCA Description: [January 26, 2022, email from Communication by Hand Billing to REVUP- Texas re: Invoice due now - Communication by Hand LLC, attaching January 26, 2022, Invoice]; | OCAGH_00000324 | OCAGH_00000324 | No Objection |
| HAUL-MFV158 | HAUL-MFV Description: (Monetary invoices American Sign Language hlte1preters for SB 1education outreach); | OCAGH_00000325 | OCAGH_00000325 | No Objection |
| OCAPX-215 | OCA Description: [November 6, 2021, email from Communication by Hand Billing to REVUP- Texas re: Invoice due now - Communication by Hand LLC, attaching November 6, 2021, Invoice]; | OCAGH_00000326 | OCAGH_00000326 | No Objection |
| HAUL-MFV159 | HAUL-MFV Description: (Monetary invoices American Sign Language hlte1prete1s for SB 1education outreach); | OCAGH_00000327 | OCAGH_00000327 | No Objection |
| OCAPX-216 | OCA Description: [June 25, 2021, email from Communication by Hand Billing to REVUP- Texas re: Invoice due now - Communication by Hand LLC, attaching June 25, 2021, Invoice]; | OCAGH_00000328 | OCAGH_00000328 | No Objection |
| HAUL-MFV160 | HAUL-MFV Description: (Monetary invoices American Sign La11guage hlte1prete1s for SB 1education outreach); | OCAGH_00000329 | OCAGH_00000329 | No Objection |
| OCAPX-217 | OCA Description: [December 28, 2021, email from Communication by Hand Billing to REVUP- Texas re: Invoice due now - Communication by Hand LLC, attaching December 28, 2021, Invoice]; | OCAGH_00000330 | OCAGH_00000330 | No Objection |
| HAUL-MFV161 | HAUL-MFV Description: (Monetary invoices Americ811 SignLanguage hlte1preters for SB 1 education outreach); | OCAGH_00000331 | OCAGH_00000331 | No Objection |

| | | | | |
|---|---|---|---|---|
| OCAPX-218 | OCA Description: [April 26, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching April 26, 2021, Invoice];  | OCAGH_00000332 | OCAGH_00000332 | No Objection |
| HAUL-MFV162 | HAUL-MFV Description: (Monetary invoices Ame1ic811 SignLanguage h1te1prete1s for SB 1 education outreach); | OCAGH_00000333 | OCAGH_00000333 | No Objection |
| OCAPX-219 | OCA Description: [March 27, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching March 27, 2021, Invoice]; | OCAGH_00000334 | OCAGH_00000334 | No Objection |
| HAUL-MFV163 | HAUL-MFV Description: (Monetaiy invoices Ame1ican Sign Language hlte1prete1s for SB 1education outreach); | OCAGH_00000335 | OCAGH_00000335 | No Objection |
| OCAPX-220 | OCA Description: [September 29, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching September 29, 2021, Invoice]; | OCAGH_00000336 | OCAGH_00000336 | No Objection |
| HAUL-MFV164 | HAUL-MFV Description: (Monetaiy invoices American SignLanguage hlterprete1s for SB 1 education outreach); | OCAGH_00000337 | OCAGH_00000337 | No Objection |
| OCAPX-221 | OCA Description: [December 6, 2021, email from Communication by Hand Billing to REVUP-Texas re: Invoice due now - Communication by Hand LLC, attaching December 6, 2021, Invoice]; | OCAGH_00000338 | OCAGH_00000338 | No Objection |
| HAUL-MFV165 | HAUL-MFV Description: (Monetary invoices American SignLanguage hlte1preters for SB 1 education outreach); | OCAGH_00000339 | OCAGH_00000339 | No Objection |
| OCAPX-175 | OCA Description: [January 26, 2022, email from REVUP- Texas to J. Wesolek et al. re: Voting in Person or Mail in Ballots for People with Disabilities, attaching MAIL IN BALLOT INFO-FINAL 2022(2).pdf et al.]; | OCAGH_00000366 | OCAGH_00000367 | No Objection |
| HAUL-MFV144; OCAPX-187 | HAUL-MFV Description: (Media outreach and inquiries); OCA Description: [BobKafka_LWVTX.mov on Vimeo: Bob Kafka asks the Texas Legislature: Do Not Suppress My Vote!]; | OCAGH_00000405 | OCAGH_00000406 | Hearsay; Speculation |
| HAUL-MFV145; OCAPX-188 | HAUL-MFV Description: (Media outreach and inquiries); OCA Description: [JosueRodriguez_LWVTX.mov on Vimeo: Jose Rodriguez asks the Texas Legislature: Do Not Suppress Our Vote!]; | OCAGH_00000431 | OCAGH_00000432 | Hearsay; Speculation |
| HAUL-MFV146; OCAPX-189 | HAUL-MFV Description: (Media ouu·each and inquiries); OCA Description: [StephanieThomas_LWVTX.mov on Vimeo: Stephanie Thomas asks the Texas Legislature: Do Not Suppress My Vote!]; | OCAGH_00000476 | OCAGH_00000477 | Hearsay; Speculation |
| HAUL-MFV139; OCAPX-182 | HAUL-MFV Description: (Media outreach and inquiries); OCA Description: [March 25, 2022, email from REVUP- Texas to L. Litowsky et al. re: KPFT story on REV UP Texas]; | OCAGH_00000486 | OCAGH_00000486 | Hearsay |
| OCAPX-176 | OCA Description: [February 10, 2022, email from REVUP- Texas to listserv et al. re: Ballot By Mail - Early Voting Starting, attaching MAIL IN BALLOT INFO-FINAL 2022(2).pdf.]; | OCAGH_00000500 | OCAGH_00000501 | No Objection |
| HAUL-MFV140; OCAPX-183 | HAUL-MFV Description: (Media outreach and inquiries); OCA Description: [January 13, 2022, email from REVUP- Texas to L. Jackson re: RE: PBS Newshour & SB 1]; | OCAGH_00000541 | OCAGH_00000548 | Hearsay; Lack of Personal Knowledge |

Exhibit B

| | | | | |
|---|---|---|---|---|
| HAUL-MFV45; OCAPX-178 | HAUL-MFV Description: (E-mail from REVUP to advocacy community regarding mail-in-votes rejected with information to help eligible mail ballot voters navigate SB1); OCA Description: [January 17, 2022, email from REVUP- Texas to listserv et al. re: DISABILITY RIGHTS ARE CIVIL RIGHT* REV UP Texas Info Bulletin #2 * Mail in Ballot Texas, attaching MAIL IN BALLOT INFO-FINAL 2022.docx et al.]; | OCAGH_00000549 | OCAGH_00000551 | Hearsay; Speculation; Lack of Personal Knowledge |
| HAUL-MFV141; OCAPX-184 | HAUL-MFV Description: (Media ouu·each and inquiries); OCA Description: [January 29, 2022, email from REVUP- Texas to J. Huseman re: PBS story on SB 1, attaching REVUP Info Program PowerPoint(2)(1)(1).pdf et al.]; | OCAGH_00000557 | OCAGH_00000570 | Hearsay |
| OCAPX-172 | OCA Description: [February 10, 2022, email from REVUP- Texas to B. Kafka re: HCOD Voting Rights Town Hall Access Barriers and Issues Related to TX SB 1 Law 2 8 22, attaching HCOD Voting Rights Town Hall Access Barriers and Issues Related to TX SB 1 Law 2 8 22.pptx]; | OCAGH_00000604 | OCAGH_00000604 | No Objection |
| HAUL-MFV46; OCAPX-179 | HAUL-MFV Description: (E-mail from REVUP to communityadvocate making recommendations on SB 1 educational PowerPoint); OCA Description: [March 9, 2022, email from REVUP- Texas to J. Espinoza et al. re: RE: REV UP TEXAS! After Voter Supression.pptx]; | OCAGH_00000622 | OCAGH_00000623 | Hearsay; Lack of Personal Knowledge |
| HAUL-MFV142; OCAPX-185 | HAUL-MFV Description: (Media outreach and inquiries); OCA Description: [February 9, 2022, email from REVUP- Texas to S. Dey, re: Re: The Texas Tribune inquiry, attaching REV UP - GENERAL INFO(2)(1).docx et al.]; | OCAGH_00000652 | OCAGH_00000652 | No Objection |
| HAUL-MFV41; OCAPX-180 | HAUL-MFV Description: (Draft info bulletin on SB 1 changes to mail-in voting intended for the public); OCA Description: [January 15, 2022, email from REVUP- Texas to L. Litowsky re: Ballot by mail Early Voting Draft, attaching Texas' New Voting Law JM edits.pptx]; | OCAGH_00001143 | OCAGH_00001144 | No Objection |
| HAUL-MFV143; OCAPX-186 | HAUL-MFV Description: (Media outreach and inquiries); OCA Description: [January 26, 2022, email from REVUP- Texas to A. Ura re: Re: BallotTracker - Ballot by Mail Application and Ballot Tracker, attaching Texas' New Voting Law JM edits(1).pptx et al.]; | OCAGH_00001216 | OCAGH_00001220 | Speculation |
| OCAPX-326 | OCA Description: [Exhibit 7 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: LWVTX 2021 Action Paper - Voting Rights & Election Laws]; | OCAGH_00001507 | OCAGH_00001507 | No Objection |
| OCAPX-97 | OCA Description: [LWVTX Advocacy & Issues, A Guide to League Program Issues, League of Women Voters of Texas, 2020-2022]; | OCAGH_00001537 | OCAGH_00001682 | No Objection |
| OCAPX-322 | OCA Description: [Exhibit 3 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: LWVTX 2020 Impact Report]; | OCAGH_00002269 | OCAGH_00002272 | No Objection |
| OCAPX-105;OCAPX-323 | | OCAGH_00002273 | OCAGH_00002276 | No Objection |
| OCAPX-108;OCAPX-328 | | OCAGH_00002339 | OCAGH_00002340 | No Objection |
| OCAPX-109;OCAPX-329 | | OCAGH_00002341 | OCAGH_00002341 | Foundation |
| OCAPX-327 | OCA Description: [Exhibit 8 to LWVTX30(b)(6) Deposition of Grace Chimene, April 26, 2022: The 2021 Attack on Texas Voters; It could be worse]; | OCAGH_00002991 | OCAGH_00002994 | Hearsay; Speculation |
| OCAPX-145;OCAPX-325 | | OCAGH_00003275 | OCAGH_00003275 | No Objection |
| OCAPX-128 | OCA Description: [LWVTX PowerPoint presentation: Tips for Voters, new Election Laws 2022 (Feb. 3, 2022)]; | OCAGH_00003318 | OCAGH_00003318 | No Objection |

Exhibit B

| | | | | |
|---|---|---|---|---|
| OCAPX-158 | OCA Description: [LWVTX Tips for Voters - New Election Laws]; | OCAGH_00003372 | OCAGH_00003372 | No Objection |
| OCAPX-116 | OCA Description: [February 15, 2022, email from K. Vix to G. Chimene et al. re: RE: CNN - Today]; | OCAGH_00004756 | OCAGH_00004758 | No Objection |
| OCAPX-96 | OCA Description: [February 2, 2022, e-mail from P. Cheong to E. MacNamara et al., re: LWV-Texas Slate for 2022-24 and Strategic Plan, attaching LWV-Texas Slate 2022-24_2.02.22.docx et al.]; | OCAGH_00004762 | OCAGH_00004762 | No Objection |
| OCAPX-159 | OCA Description: [LWVTX Vote by Mail Materials]; | OCAGH_00004965 | OCAGH_00004965 | Optional Completeness |
| OCAPX-117 | OCA Description: [February 14, 2022, email from K. Lerner to G. Chimene re: Re: States Newsroom reporter request]; | OCAGH_00004978 | OCAGH_00004979 | Hearsay; Speculation; Lack of Personal Knowledge |
| OCAPX-132 | OCA Description: [February 2, 2022, e-mail from L. McKay to G. Chimene et al. re: Re: Call me if you get a chance. LWV, attaching 2022 Election Dates.docx et al.]; | OCAGH_00005013 | OCAGH_00005013 | No Objection |
| OCAPX-118 | OCA Description: [February 14, 2022, email from S. Augustus to G. Chimene et al. re: RE: FW: PRESS REQUEST: Crooked Media]; | OCAGH_00005339 | OCAGH_00005340 | No Objection |
| OCAPX-98 | OCA Description: [January 31, 2022, email from G. Otto to D. Marchand re: Re: Comments to Spanish web version, attaching LWVTX-VG-2022-03-ENG-web-fn.pdf et al.]; | OCAGH_00005344 | OCAGH_00005344 | No Objection |
| OCAPX-149 | OCA Description: [LWVTX President Op Ed in Houston Chronicle, January 2022, "Right to a mail ballot may hinge on number"]; | OCAGH_00005892 | OCAGH_00005892 | Optional Completeness |
| OCAPX-102 | OCA Description: [January 22, 2022, email from J. Champlin to G. Chimene et al. re: question re: "assistance" in filling out ABBM]; | OCAGH_00005900 | OCAGH_00005900 | No Objection |
| OCAPX-133 | OCA Description: [January 28, 2022, email from G. Chimene to S. Gomez re: Re: VoteRiders Partners Toolkit Launch]; | OCAGH_00005901 | OCAGH_00005906 | No Objection |
| OCAPX-144 | OCA Description: [January 14, 2022, email from D. Marchand to G. Chimene re: VBM Resources, attaching Vote by Mail and Register to vote One pager (3).pdf et al.]; | OCAGH_00006646 | OCAGH_00006646 | No Objection |
| OCAPX-131 | OCA Description: [January 12, 2022, email from G. Chimene to W. Bennett re: Re: HJAN retreat]; | OCAGH_00006724 | OCAGH_00006726 | Speculation |
| OCAPX-124 | OCA Description: [January 19, 2022, email from D. Marchand to G. Chimene re: Re: The scramble is on to address mail ballot application problems as a deadline looms | Morning Report]; | OCAGH_00006756 | OCAGH_00006766 | Hearsay; Lack of Personal Knowledge |
| OCAPX-119 | OCA Description: [February 15, 2022, email from K. Vix to G. Chimene et al. re: RE: Election Prep]; | OCAGH_00006988 | OCAGH_00006989 | No Objection |
| OCAPX-230 | OCA Description: [February 10, 2022, email from G. Chimene to A. Coronado re: Some more information on voter assistance, attaching Voter Assistance Talking points.docx]; | OCAGH_00007043 | OCAGH_00007043 | No Objection |
| OCAPX-134 | OCA Description: [January 19, 2022, email from G. Chimene to D. Marchand re: Re: VBM app question on the two IDs]; | OCAGH_00007048 | OCAGH_00007049 | Hearsay; Lack of Personal Knowledge |
| OCAPX-130 | OCA Description: [December 13, 2021, email from G. Chimene to G. Chimene re: Tips for Voters with Disabilities and Voters Over 65]; | OCAGH_00007463 | OCAGH_00007465 | No Objection |
| OCAPX-113 | OCA Description: [January 6, 2022, email from G. Chimene to SOS et al. re: Updates needed to votetexas.gov, texas.gov, county election websites]; | OCAGH_00007489 | OCAGH_00007490 | No Objection |

Exhibit B

| | | | | |
|---|---|---|---|---|
| OCAPX-160 | OCA Description: [January 18, 2022, email from A. Matthews to G. Chimene re: Re: vote by mail ballot info and question post webinar]; | OCAGH_00007599 | OCAGH_00007600 | No Objection |
| OCAPX-146 | OCA Description: [January 15, 2022, email from G. Chimene to V. DeBill et al. re: Re: Voter Education Information! - folks are using the wrong ABBM forms!]; | OCAGH_00007732 | OCAGH_00007736 | Hearsay |
| OCAPX-101 | OCA Description: [November 19, 2021, email from G. Chimene to J. Senecal et al., attaching 2021_A_Guide_to_Candidate_Forums_ 1_.pdf]; | OCAGH_00007797 | OCAGH_00007797 | No Objection |
| OCAPX-135 | OCA Description: [November 7, 2021, email from M. Sridhar to G. Chimene re: Re: revised SB1 material]; | OCAGH_00007897 | OCAGH_00007898 | No Objection |
| OCAPX-120 | OCA Description: [September 7, 2021, email from S. Beausoleil to G. Chimene re: NBC DFW: Interview in regards to SB1]; | OCAGH_00008642 | OCAGH_00008642 | No Objection |
| OCAPX-110 | OCA Description: [LWVTX Statement on the Impact of SB 1 on Elections]; | OCAGH_00010572 | OCAGH_00010574 | Hearsay; Speculation |
| OCAPX-125 | OCA Description: [LWVTX Facebook post with link to LWVTX President interview about voting issues in the Texas Primaries]; | OCAGH_00014553 | OCAGH_00014554 | Hearsay; Speculation |
| OCAPX-112 | OCA Description: [LWVTX Facebook post with link to "Complete your ballot by mail Texas style" video]; | OCAGH_00014557 | OCAGH_00014558 | No Objection |
| OCAPX-163 | OCA Description: [Results of LWVTX March 2022 primary election voter survey in spreadsheet form]; | OCAGH_00014707 | OCAGH_00014707 | Hearsay; Foundation |
| OCAPX-228 | OCA Description: [LWVTX Twitter post regarding criminal penalties for voter assistants]; | OCAGH_00014836 | OCAGH_00014841 | Hearsay; Speculation |
| OCAPX-231 | OCA Description: [LWVTX Webpage explaining assistant requirements under SB 1 (Apr. 6, 2022)]; | OCAGH_00014852 | OCAGH_00014853 | No Objection |
| OCAPX-95 | OCA Description: [LWVTX "About Us" webpage printed on April 6, 2022]; | OCAGH_00014940 | OCAGH_00014943 | No Objection |
| OCAPX-150 | OCA Description: [LWVTX YouTube video, Feb. 3, 2022: "Complete Your Ballot by Mail Texas Style with Step by Step Instructions!"]; | OCAGH_00015032 | OCAGH_00015032 | No Objection |
| OCAPX-151 | OCA Description: [LWVTX YouTube video, Jan. 5, 2022: "Susan Shares Tips for Filling out the application to Vote by Mail"]; | OCAGH_00015040 | OCAGH_00015040 | No Objection |
| OCAPX-152 | OCA Description: [LWVTX YouTube video, Jan. 2, 2022: "How to Vote by Mail Texas Style"]; | OCAGH_00015043 | OCAGH_00015043 | No Objection |
| OCAPX-170 | OCA Description: [March 18, 2022, email from E. Wiant re: LWVTX Digital Communication Associate]; | OCAGH_00015119 | OCAGH_00015120 | Hearsay |
| OCAPX-111 | OCA Description: [March 17, 2022, email from G. Chimene to J. McKenzie re: Re: if you need stories of ballot issues, attaching LWV Texas Testimony Federal Subcommittee on Elections Committee on House Administration (1).pdf]; | OCAGH_00015125 | OCAGH_00015127 | Hearsay |
| OCAPX-347 | OCA Description: [OCA-GH Press Release for 2020 Primaries: Nonpartisan Asian American Candidate Forum for March 2020 Primaries to Engage with Community]; | OCAGH_00000003 | OCAGH_00000003 | No Objection |
| OCAPX-348 | OCA Description: [OCA-GH: Canvassing Script Census 2020]; | OCAGH_00000004 | OCAGH_00000004 | No Objection |
| OCAPX-349 | OCA Description: [OCA-GH: Canvassing Script]; | OCAGH_00000005 | OCAGH_00000005 | No Objection |
| OCAPX-350 | OCA Description: [OCA-GH: 2020 GOTV and Census activities summary]; | OCAGH_00000006 | OCAGH_00000006 | No Objection |
| OCAPX-351 | OCA Description: [OCA-GH: 2020 Census Foldable Insert LNY]; | OCAGH_00000015 | OCAGH_00000016 | No Objection |
| OCAPX-352 | OCA Description: [OCA-GH: 2020 Census Hand Fan Handout]; | OCAGH_00000017 | OCAGH_00000020 | No Objection |
| OCAPX-353 | OCA Description: [OCA-GH: YPNB Ready-to-Vote Packet Contents + Map]; | OCAGH_00000043 | OCAGH_00000043 | No Objection |
| OCAPX-354 | OCA Description: [November 3rd, 2020, General and Special Elections Early Voting Schedule for Harris County]; | OCAGH_00000044 | OCAGH_00000045 | No Objection |

Exhibit B

| | | | | |
|---|---|---|---|---|
| OCAPX-355 | OCA Description: [OCA-GH: My voting plan w/ in-person and VBM plans (2020)]; | OCAGH_00000046 | OCAGH_00000049 | Speculation |
| OCAPX-356 | OCA Description: [OCA-GH: Free Ride to the Polls flyer]; | OCAGH_00000059 | OCAGH_00000059 | No Objection |
| OCAPX-357 | OCA Description: [OCA-GH: 2020 Early Vote flyer]; | OCAGH_00000061 | OCAGH_00000061 | No Objection |
| OCAPX-358 | OCA Description: [OCA-GH: 2020 ED flyer/one pager]; | OCAGH_00000062 | OCAGH_00000062 | No Objection |
| OCAPX-359 | OCA Description: [OCA-GH: Chinese/Korean ED Mailer]; | OCAGH_00000064 | OCAGH_00000065 | No Objection |
| OCAPX-360 | OCA Description: [OCA-GH: vote early brochure back]; | OCAGH_00000066 | OCAGH_00000066 | No Objection |
| OCAPX-361 | OCA Description: [OCA-GH: vote early brochure front]; | OCAGH_00000067 | OCAGH_00000067 | No Objection |
| OCAPX-362 | OCA Description: [OCA-GH: 2020 Candidates AAPI Meet and Greet Flyer]; | OCAGH_00000068 | OCAGH_00000068 | No Objection |
| OCAPX-363 | OCA Description: [OCA-GH: 2021 Canvassing Insert]; | OCAGH_00000069 | OCAGH_00000070 | No Objection |
| OCAPX-364 | OCA Description: [OCA: 2019 and 2022 Door hangers]; | OCAGH_00000071 | OCAGH_00000072 | No Objection |
| OCAPX-365 | OCA Description: [OCA-GH: Certification from OCA Nat'l re: 501c3 status]; | OCAGH_00000130 | OCAGH_00000130 | No Objection |
| OCAPX-366 | OCA Description: [OCA-GH: Org chart 2019]; | OCAGH_00000131 | OCAGH_00000131 | No Objection |
| OCAPX-166 | OCA Description: [LWVTX Facebook post sharing March 2022 primary election survey responses]; | OCAGH_00015673 | OCAGH_00015674 | Hearsay |
| OCAPX-107 | OCA Description: [LWVTX Facebook post linking to ElPasoMatters.org article: New Texas voting law disenfranchised some of El Paso's longest-tenured voters]; | OCAGH_00015683 | OCAGH_00015687 | Hearsay |
| OCAPX-126 | OCA Description: [LWVTX Facebook post with link to NPR article quoting LWVTX President]; | OCAGH_00015693 | OCAGH_00015698 | Hearsay; Speculation; Lack of Personal Knowledge |
| OCAPX-127 | OCA Description: [Austin Monthly Magazine article: Texas' New Voting Laws Could Prove Hell this November]; | OCAGH_00015744 | OCAGH_00015746 | Hearsay; Speculation |
| OCAPX-155 | OCA Description: [June 17, 2022, email from G. Chimene to C. Thomas et al. re: Voter Education]; | OCAGH_00015860 | OCAGH_00015860 | No Objection |
| OCAPX-169 | OCA Description: [March 9, 2022, email from D. Weinberg to G. Chimene re: RE: Introduction]; | OCAGH_00015861 | OCAGH_00015863 | No Objection |
| OCAPX-100 | OCA Description: [April 13, 2022, email from G. Chimene to L. Yeager, re: Re: who contact for Austin area candidate forum?]; | OCAGH_00016021 | OCAGH_00016021 | No Objection |
| OCAPX-164 | OCA Description: [March 4, 2022 email from G. Chimene re: Tell Your Voting Story Survey]; | OCAGH_00016030 | OCAGH_00016030 | No Objection |
| OCAPX-165 | OCA Description: [March 5, 2022, email from D. Marchand to L. Hathaway et al. re: Spread the word and get your community to share their Voting Stories!]; | OCAGH_00016031 | OCAGH_00016032 | No Objection |
| OCAPX-232 | OCA Description: [April 30, 2022, email from D. Marchand to G. Chimene re: Fwd: MDW Grant meeting, attaching Making_Democracy_Work_Agreement June 2021.pdf et al.]; | OCAGH_00016033 | OCAGH_00016035 | No Objection |
| OCAPX-161 | OCA Description: [April 6, 2022, email from A. Garza to D. Marchand et al. re: Re: Translations for 2022 Runoff Primary Voters Guide]; | OCAGH_00016049 | OCAGH_00016050 | No Objection |
| OCAPX-156 | OCA Description: [May 16, 2022, email from J. Smith to A. McMurrer et al. re: Fwd: TEST - VOTE411 is Ready to Help Voters!]; | OCAGH_00016285 | OCAGH_00016291 | Hearsay |
| OCAPX-121 | OCA Description: [February 23, 2022, email from C. Hogue to P. Clarembaux et al. re: Re: Request for interview with Univision]; | OCAGH_00016292 | OCAGH_00016296 | Hearsay |
| OCAPX-136 | OCA Description: [February 28, 2022, email from G. Chimene to D. Marchand re Re: Love Victoria advocate]; | OCAGH_00016355 | OCAGH_00016356 | Hearsay |

| | | | | |
|---|---|---|---|---|
| OCAPX-157 | OCA Description: [March 30, 2022, email from S. Schultz to G. Chimene re: Re: Feedback on voter education videos]; | OCAGH_00016384 | OCAGH_00016384 | No Objection |
| OCAPX-148 | OCA Description: [June 17, 2022, email from G. Chimene to J. LeBombard re: Fwd: Voter Education]; | OCAGH_00016594 | OCAGH_00016595 | No Objection |
| OCAPX-106 | OCA Description: [LWVTX Bylaws]; | OCAGH_00015342 | OCAGH_00015347 | Relevance |
| OCAPX-104 | OCA Description: [LWVTX Convention Manual, Revised 2012]; | OCAGH_00015531 | OCAGH_00015558 | Relevance |
| OCAPX-103 | OCA Description: [LWVTX Policies and Procedures, Revised 2022]; | OCAGH_00015567 | OCAGH_00015620 | Relevance |
| OCAPX-153 | OCA Description: [LWVTX 2022 Impact Report]; | OCAGH_00016644 | OCAGH_00016647 | Improper Legal Conclusion |
| OCAPX-167 | OCA Description: [Results of LWVTX November 2022 general election voter survey in spreadsheet form]; | OCAGH_00016648 | OCAGH_00016648 | Hearsay; Foundation |
| OCAPX-99 | OCA Description: [LWVTX November 2022 Voter's Guide]; | OCAGH_00016663 | OCAGH_00016686 | No Objection |
| OCAPX-139 | OCA Description: [LWVTX "NEW Vote by Mail Resources!"]; | OCAGH_00016734 | OCAGH_00016735 | Hearsay |
| OCAPX-129 | OCA Description: [LWVTX PowerPoint presentation: Tips for Voters, new Election Laws 2022 (Aug. 23, 2022)]; | OCAGH_00016736 | OCAGH_00016736 | No Objection |
| OCAPX-122 | OCA Description: [June 28, 2022, email from A. Mendelson to LWVTX President re: Interview Request]; | OCAGH_00016785 | OCAGH_00016785 | No Objection |
| OCAPX-123 | OCA Description: [July 1, 2022, email from J. LeBombard to A. Mendelson re: Re: Interview Request]; | OCAGH_00016804 | OCAGH_00016807 | Relevance |
| OCAPX-137 | OCA Description: [August 11, 2022, email from LWV Texas State Office to J. Hillebrand et al. re: Re: Voting by mail questions]; | OCAGH_00016980 | OCAGH_00016980 | No Objection |
| OCAPX-140 | OCA Description: [August 11, 2022, email from J. LeBombard to D. Tasian et al. re: Re: *Corrections* to New Vote by Mail Resources Links]; | OCAGH_00016987 | OCAGH_00016990 | Relevance |
| OCAPX-154 | OCA Description: [August 16, 2022, email from J. LeBombard to R. Lederer et al. re: Re: LWV Scripts for Early Voting/Mail in Voting with Mickey Raphael, attaching Mickey Raphael-08.16.22.docx]; | OCAGH_00017017 | OCAGH_00017018 | Relevance |
| OCAPX-147 | OCA Description: [August 19, 2022, email from J. LeBombard to D. Marchand re: Website Updates for the New Vote by Mail Resources]; | OCAGH_00017051 | OCAGH_00017051 | Relevance |
| OCAPX-141 | OCA Description: [November 9, 2022, email from D. Marchard re: Vote By Mail Education Materials - translated to Spanish]; | OCAGH_00017085 | OCAGH_00017086 | No Objection |
| OCAPX-142 | OCA Description: [September 13, 2022, email from G. Chimene to J. LeBombard re: Re: Please review and edit: TEV Guest Blog for Vote by Mail Resources]; | OCAGH_00017099 | OCAGH_00017100 | No Objection |
| OCAPX-143 | OCA Description: [September 14, 2022, email from L. Yeager to L. Yeager et al. re: TEV Update: Voting by mail in Texas, attaching vote by mail.png]; | OCAGH_00017107 | OCAGH_00017109 | No Objection |
| OCAPX-138 | OCA Description: [October 28, 2022, email from J. LeBombard to M. Cullinane re: Re: Fw: Travis County Elections Ballot by Mail - G22 Notice of Carrier Defect, attaching image005.jpg et al.]; | OCAGH_00017123 | OCAGH_00017126 | Hearsay |
| HAUL-MFV137; OCAPX-191 | HAUL-MFV Description: (Mass media e-mail concerning "ripple effect" of SB 1 on voting, including mail in voting for persons withdisabiiities); OCA Description: [October 20, 2022, email from REVUP- Texas to list serv et al. re: Disability Community Turning Out The Disability Vote, attaching REV UP - 2022 AUSTIN EARLY VOTING OPPORTUNITY.docx et al.]; | OCAGH_00017226 | OCAGH_00017226 | No Objection |

| | | | | |
|---|---|---|---|---|
| HAUL-MFV168; OCAPX-192 | HAUL-MFV Description: (Press release regarding the power of the disability vote in the wake of SB 1); OCA Description: [September 30, 2022, email from REVUP-Texas to REVUP-Texas re: FW: TDIF: Power the Disability Vote!, attaching TDIF_PressRelease_FINAL.docx et al.]; | OCAGH_00017273 | OCAGH_00017273 | Relevance |
| OCAPX-177 | OCA Description: [July 19, 2022, email from REVUP- Texas to S. Blahovec re: Tx Mail in Ballot, attaching Vote_by_Mail_and_Register to_vote_One_pager updated_3.28.22_gc_3_.pdf et al.]; | OCAGH_00017598 | OCAGH_00017598 | No Objection |
| OCAPX-173 | OCA Description: [REVUP presentation: The After-effect of Senate Bill 1 (Mar. 10, 2022)]; | OCAGH_00017883 | OCAGH_00017883 | Hearsay; Speculation; Improper Legal Conclusion |
| OCAPX-367 | OCA Description: [OCA-GH: 2022 general canvassing insert (translations)]; | OCAGH_00017976 | OCAGH_00017976 | No Objection |
| OCAPX-368 | OCA Description: [OCA-GH: 2022 general canvassing insert]; | OCAGH_00017977 | OCAGH_00017978 | No Objection |
| OCAPX-369 | OCA Description: [OCA-GH: 2022 general GOTV flyer]; | OCAGH_00017979 | OCAGH_00017979 | No Objection |
| HAUL-MFV255; OCAPX-190 | HAUL-MFV Description: (Video clip via YouTube: "'Disability Voters Mobilize for May Vote & Chilling Laws' w/ Bob Kafka, Rev-UpTX, KPFT News 3/25/255"); OCA Description: [YouTube Video: '"Disability Voters Mobilize for May Vote & Chilling Laws' w Bob Kafka, Rev-Up TX, KPFT News 3/25/22"]; | OCAGH_00018248 | OCAGH_00018251 | Hearsay |
| HAUL-MFV48;HAUL-MFV84; OCAPX-201 | OCA Description: [REVUP-Texas Facebook post linking to REVUP Podcast "Use Your Power" Episode 9 (Oct. 12, 2021)]; | OCAGH_00018311 | OCAGH_00018311 | Hearsay; Speculation |
| HAUL-MFV88; OCAPX-197 | HAUL-MFV Description: (Facebook posts); OCA Description: [REVUP-Texas Facebook post: You're invited to Join Our Don't Dis the Vote Flash Mob (Dec. 21, 2021)]; | OCAGH_00018317 | OCAGH_00018317 | No Objection |
| HAUL-MFV82; OCAPX-198 | HAUL-MFV Description: (Facebook posts); OCA Description: [REVUP-Texas Facebook post (Jan. 17, 2022)]; | OCAGH_00018325 | OCAGH_00018325 | Hearsay |
| OCAPX-199 | OCA Description: [REVUP-Texas Facebook post  (Jan. 17, 2022)]; | OCAGH_00018326 | OCAGH_00018326 | Hearsay |
| HAUL-MFV173; OCAPX-193 | HAUL-MFV Description: (REVUP Facebook posts); OCA Description: [REVUP-Texas Facebook post linking to Texas Tribune article: "Texans with disabilities fear new restrictions on voting help could mean criminal charges at the polls" (Feb. 16, 2022)]; | OCAGH_00018334 | OCAGH_00018334 | Speculation |
| HAUL-MFV83; OCAPX-200 | HAUL-MFV Description: (Facebook posts); OCA Description: [REVUP-Texas Facebook post (Mar. 7, 2022)]; | OCAGH_00018335 | OCAGH_00018335 | No Objection |
| HAUL-MFV172; OCAPX-194 | HAUL-MFV Description: (REVUP Facebook posts); OCA Description: [REVUP-Texas Facebook post linking to YouTube video: "'Disability Voters Mobilize for May Amid & Chilling Rules' w Bob Kafka, Rev-Up TX, KPFT News 3/26/22" (Mar. 27, 2022)]; | OCAGH_00018344 | OCAGH_00018344 | Hearsay |
| HAUL-MFV85; OCAPX-202 | HAUL-MFV Description: (Facebook posts); OCA Description: [REVUP-Texas Facebook post linking to REVUP Podcast "Use Your Power" Episode 18 (Sept. 7, 2021)]; | OCAGH_00018383 | OCAGH_00018383 | No Objection |
| HAUL-MFV87; OCAPX-204 | HAUL-MFV Description: (Facebook posts); OCA Description: [REVUP-Texas Facebook post linking to REVUP Podcast (Sept. 19, 2022)]; | OCAGH_00018458 | OCAGH_00018458 | No Objection |
| HAUL-MFV148; OCAPX-195 | HAUL-MFV Description: (Media outreach); OCA Description: [Caller Times: Texans with disabilities fear voting bill will add more barriers to the ballot box]; | OCAGH_00018504 | OCAGH_00018507 | Hearsay; Speculation |
| HAUL-MFV147; OCAPX-196 | HAUL-MFV Description: (Media outreach); OCA Description: [Texas Tribune: Texans with disabilities fear new restrictions on voting help could mean criminal charges at the polls]; | OCAGH_00018511 | OCAGH_00018519 | Hearsay; Speculation |
| HAUL-MFV86; OCAPX-203 | HAUL-MFV Description: (Facebook posts); OCA Description: [YouTube Video: REVUP Podcast "Use Your Power" Episode 8]; | OCAGH_00018545 | OCAGH_00018547 | No Objection |

**Exhibit B**

| | | | | |
|---|---|---|---|---|
| OCAPX-168 | OCA Description: [LWVTX November 2022 general election voter survey]; | OCAGH_00018575 | OCAGH_00018578 | No Objection |
| OCAPX-114 | OCA Description: [LWVTX Recommendations for the Texas SOS Elections Division]; | OCAGH_00018581 | OCAGH_00018583 | No Objection |
| OCAPX-229 | OCA Description: [February 25, 2023, email from S. Swanson to A. Hendrickson et al. re: Re: An idea for legislation from our Elections Administrator]; | OCAGH_00018587 | OCAGH_00018590 | Hearsay; Speculation; Lack of Personal Knowledge; Foundation; Improper Legal Conclusion |
| OCAPX-115 | OCA Description: [March 21, 2023, email from E. MacNamara to J. LeBombard re: LWVTX Capitol Action Report - 3/21/23]; | OCAGH_00018596 | OCAGH_00018604 | Hearsay; Speculation |
| OCAPX-162 | OCA Description: [LWVTX Filler for Runoff Election, May 24, 2022]; | OCAGH_00018624 | OCAGH_00018634 | Hearsay; Foundation |