| | |
|---|---|
| **From:** | Elena Rodriguez Armenta |
| **To:** | Will Wassdorf; daniel.freeman@usdoj.gov; Jennifer A. Holmes; Cubriel, Lisa; Eric Nichols; Zachary Berg; Patrick Berry; adriana monzon; Sean Morales-Doyle; R Sanders; J Singh; Eliza Sweren-Becker; Olson, Wendy J.; "Leigh Tognetti"; Jason Kanterman; kevin.zhen@friedfrank.com; Michael keats; Rebecca Martin; F Menendez; J Longoria; Liz Ryan; megan.cloud@weil.com; Jennifer Yun; Richard Dellheim; Tiffani Soo-Tim; Lauren Putnam; Anna Savo-Matthews; Chris Dodge; Daniela Lorenzo; k Parreno; Mike Jones; Marcos Mocine-McQueen; Marisa O"Gara; Noah Baron; Omeed Alerasool; Uzoma Nkwonta; Jerry Vattamala; Patrick Stegemoeller; rpatel@aaldef.org; Susana Lorenzo-Giguere; Adriel I. Cepeda Derieux; asavitzky@aclu.org; Dayton Campbell-Harris; Susan Mizner; A Harris; E Saldivar; T Buser Clancy; S Kumar; lromano@drtx.org; lsnead@drtx.org; mmcnair@drtx.org; phofer@drtx.org; abernstein@jenner.com; apeterson@jenner.com; atrepp@jenner.com; gwashington@jenner.com; jamunson@jenner.com; chris@texascivilrightsproject.org; Hani TX; schen@texascivilrightsproject.org; Veronikah TX; Zachary TX; Prowant, Bradley R.; Watkins, Elijah M.; Franolich, Jackie; Rosenbaum, Laura E.; Bieter, Mark L.; Breanna Williams; Kathryn Sadasivan; Uruj Sheikh; Victor Genecin; Destiny R. Lopez; Kenneth E. Broughton; Keely Pippin; Sarah Stewart; Megan Rusciano; Shira Wakschlag; dlang@gravitystack.com; jtolbert@gravitystack.com; Gill, Jean D.; Roberson, Larry L.; Ortegon, Mary Ann; Butler, Noelle E.; Barbara.Nicholas@dallascounty.org; ben.stool@dallascounty.org; cecily.fazzino@dallascounty.org; Jason.Schuette@dallascounty.org; kim.barr@dallascounty.org; attorney@rodriguezfirm.com; McKenna Tansey; Victoria Giese; jacqueline.bauerband@harriscountytx.gov; jonathan.fombonne@harriscountytx.gov; sameer.birring@harriscountytx.gov; tiffany.bingham@harriscountytx.gov; josephine.ramirez@da.co.hidalgo.tx.us; jacqueline.villarreal@da.co.hidalgo.tx.us; michaelj.garza@da.co.hidalgo.tx.us; gabe.hodge@traviscountytx.gov; Leslie.dippel@traviscountytx.gov; patrick.pope@traviscountytx.gov; tony.nelson@traviscountytx.gov; jclebel@cooley.com; dlouk@cooley.com; ghabell@cooley.com; jpalaganas@cooley.com; khartnett@cooley.com; kspector@cooley.com; mejiab@cooley.com; nfelsen@cooley.com; oarmon@cooley.com; christine@statesuniteddemocracy.org; marina@statesuniteddemocracy.org; ranjana@statesuniteddemocracy.org; robert@statesuniteddemocracy.org; cetroberts@jonesday.com; lcapozzi@jonesday.com; scrosland@jonesday.com; skenny@jonesday.com; jmgore@jonesday.com; Michael Stewart; Dana Paikowsky; N Perales; Kathleen Hunker; Jameson Joyce; Ryan Kercher; Ethan Szumanski; David Bryant; Sharon Murray; Jessica Yvarra |
| **Subject:** | LUPE v. Texas, No. 5:21-cv-844-XR: Witnesses |
| **Date:** | Thursday, August 3, 2023 9:33:40 PM |

Counsel,

Thank you all for your time today on the meet and confer. I write to notify all counsel about a few witnesses that were inadvertently left off the private plaintiffs' consolidated witness list filed last Friday (ECF No. 687). The below witnesses do not have any accompanying deposition designations. Our colleagues LUPE Plaintiffs will plan to amend the as-filed private plaintiffs' combined witness list next week, including—as discussed on today's meet and confer—to possibly remove some of the current witnesses the private plaintiffs previously disclosed.

| Witness | Private Plaintiff | Will Call/May Call |
|---|---|---|
| Martha Austin | LULAC | May Call |
| Yvonne Rosales, El Paso DA | LULAC | May Call |
| Cesar Espinosa | LUPE | Will Call |
| Diana Maldonado | LUPE | Will Call |
| Joey Cardenas | LUPE | Will Call |
| Lydia Camarillo | LUPE | Will Call |
| Jana Ortega | LUPE | Will Call |

All the best,

Elena

**Elena Rodriguez Armenta**
Litigation Associate*
Elias Law Group LLP

250 Mass. Ave NW Ste 400
Washington DC 20001
202.987.5402
erodriguezarmenta@elias.law
(she/her/hers)

*Admitted in New York only.  Pending approval of application for admission to D.C. Bar.  Practice supervised by D.C. Bar members.

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.