IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs,* § § § | |
| v. § | Case No. 5:21-cv-844-XR |
| § § | |
| GREGORY W. ABBOTT, et al., *Defendants.* § § | |

## STATE DEFENDANTS' OBJECTIONS TO PRIVATE PLAINTIFFS' OVERLAPPING EXHIBITS

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Angela Colmenero, in her official capacity as Provisional Attorney General of Texas, and the State of Texas ("State Defendants") object to the following exhibits as cumulative, duplicative, and repetitive:

| Exhibit No. |
|---|
| HAUL-MFV 023, OCAPX-243 |
| HAUL-MFV 024, OCAPX-234 |
| HAUL-MFV 031, OCAPX-023 |
| HAUL-MFV 034, OCAPX-244 |
| HAUL-MFV 037, OCAPX-022 |
| HAUL-MFV 041, OCAPX-180 |
| HAUL-MFV 045, OCAPX-178 |
| HAUL-MFV 046, OCAPX-179 |
| HAUL-MFV 060, OCAPX-248 |
| HAUL-MFV 061, OCAPX-237, OCAPX-338 |
| HAUL-MFV 062, LUPE-002, OCAPX-236 |
| HAUL-MFV 082, OCAPX-198 |
| HAUL-MFV 083, OCAPX-200 |
| HAUL-MFV 084, OCAPX-201 |
| HAUL-MFV 087, OCAPX-204 |
| HAUL-MFV 088, OCAPX-197 |

| Exhibit No. |
| --- |
| HAUL-MFV 089, OCAPX-469 |
| HAUL-MFV 091, LUPE-197, OCAPX-467 |
| HAUL-MFV 092, LUPE-251, OCAPX-63, OCAPX-463 |
| HAUL-MFV 098, OCAPX-246 |
| HAUL-MFV 108, LULAC-65 |
| HAUL-MFV 109, HAUL-MFV 110, OCAPX-442 |
| HAUL-MFV 132, HAUL-MFV 274 |
| HAUL-MFV 133, OCAPX-247, OCAPX-414 |
| HAUL-MFV 137, OCAPX-191 |
| HAUL-MFV 138, OCAPX-171, OCAPX-181 |
| HAUL-MFV 139, OCAPX-182 |
| HAUL-MFV 140, OCAPX-183 |
| HAUL-MFV 141, OCAPX-184 |
| HAUL-MFV 142, OCAPX-185 |
| HAUL-MFV 143, OCAPX-186 |
| HAUL-MFV 144, OCAPX-187 |
| HAUL-MFV 145, OCAPX-188 |
| HAUL-MFV 146, OCAPX-189 |
| HAUL-MFV 147, OCAPX-196 |
| HAUL-MFV 148, OCAPX-195 |
| HAUL-MFV 149, OCAPX-205 |
| HAUL-MFV 150, OCAPX-206 |
| HAUL-MFV 151, OCAPX-207 |
| HAUL-MFV 152, OCAPX-208 |
| HAUL-MFV 153, OCAPX-209 |
| HAUL-MFV 154, OCAPX-210 |
| HAUL-MFV 155, OCAPX-211 |
| HAUL-MFV 156, OCAPX-212 |
| HAUL-MFV 159, OCAPX-215 |
| HAUL-MFV 160, OCAPX-216 |
| HAUL-MFV 161, OCAPX-217 |
| HAUL-MFV 162, OCAPX-218 |
| HAUL-MFV 163, OCAPX-219 |
| HAUL-MFV 164, OCAPX-220 |
| HAUL-MFV 165, OCAPX-221 |
| HAUL-MFV 168, OCAPX-192 |
| HAUL-MFV 172, OCAPX-194 |
| HAUL-MFV 173, OCAPX-193 |

| Exhibit No. |
|---|
| HAUL-MFV 175, HAUL-MFV 176 |
| HAUL-MFV 177, HAUL-MFV 178 |
| HAUL-MFV 179, HAUL-MFV 287 |
| HAUL-MFV 180, HAUL-MFV 261 |
| HAUL-MFV 181, HAUL-MFV 262 |
| HAUL-MFV 185, HAUL-MFV 186 |
| HAUL-MFV 187, HAUL-MFV 188 |
| HAUL-MFV 202, LUPE-138 |
| HAUL-MFV 216, OCAPX-239 |
| HAUL-MFV 229, OCAPX-238 |
| HAUL-MFV 255, OCAPX-190 |
| HAUL-MFV 276, OCAPX-241 |
| HAUL-MFV 295, LULAC-056, LUPE-232 |
| HAUL-MFV 320, LUPE-038 |
| HAUL-MFV 321, LUPE-036 |
| HAUL-MFV 322, LUPE-034 |
| HAUL-MFV 378, OCAPX-280, OCAPX-291 |
| HAUL-MFV 379, OCAPX-292 |
| HAUL-MFV 381, LUPE-108, OCAPX-293 |
| HAUL-MFV 382, LUPE-191 |
| HAUL-MFV 383, LUPE-190 |
| HAUL-MFV 384, OCAPX-294, OCAPX-319 |
| HAUL-MFV 385, LUPE-189, OCAPX-277 |
| HAUL-MFV 386, LUPE-097, OCAPX-278 |
| HAUL-MFV 389, LULAC-026, LUPE-263 |
| LULAC-023, LUPE-003, OCAPX-261 |
| LULAC-024, OCAPX-51 |
| LULAC-037, LUPE-092, OCAPX-306 |
| LULAC-043, OCAPX-284 |
| LULAC-047, LUPE-167 |
| LULAC-058, LUPE-111 |
| LULAC-061, OCAPX-309, OCAPX-313 |
| LULAC-075, OCAPX-52, OCAPX-300 |
| LUPE-009, OCAPX-427 |
| LUPE-100, OCAPX-295 |
| LUPE-131, OCAPX-308, OCAPX-312 |
| LUPE-145, OCAPX-40 |
| LUPE-153, OCAPX-379 |

| Exhibit No. |
| --- |
| LUPE-192, OCAPX-318, OCAPX-334 |
| LUPE-194, OCAPX-68, OCAPX-335 |
| LUPE-195, OCAPX-85, OCAPX-299 |
| LUPE-196, OCAPX-90 |
| LUPE-199, OCAPX-89, OCAPX-333 |
| OCAPX-060, OCAPX-424 |
| OCAPX-061, OCAPX-266 |
| OCAPX-105, OCAPX-323 |
| OCAPX-108, OCAPX-328 |
| OCAPX-109, OCAPX-329 |
| OCAPX-145, OCAPX-325 |
| OCAPX-281, OCAPX-332 |
| OCAPX-223, OCAPX-225 |
| OCAPX-226, OCAPX-416 |

Date: August 15, 2023

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

Respectfully submitted.

/s/ Kathleen T. Hunker
KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

RYAN G. KERCHER
Tex. State Bar No. 24060998
Deputy Chief, General Litigation Division

WILLIAM D. WASSDORF
Assistant Attorney General
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
kathleen.hunker@oag.texas.gov
ryan.kercher@oag.texas.gov
will.wassdorf@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 15, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER