UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., § | | |
| Plaintiffs, § | CIVIL ACTION NO. | |
| § | | |
| v. § | 5:21-CV-0844-XR | |
| § | | |
| STATE OF TEXAS, et al., § | [Consolidated Action: Lead Case] | |
| Defendants. § | | |

**DEFENDANT TORIBIO "TERRY" PALACIOS' UNOPPOSED MOTION
TO WITHDRAW MICHAEL J. GARZA AS COUNSEL**

Pursuant to Local Court Rule AT-3, Defendant Toribio "Terry" Palacios files this Unopposed Motion to Withdraw Michael J. Garza as Counsel in this matter. Mr. Garza accepted employment outside of the Hidalgo County Criminal District Attorney's Office and is no longer employed by the District Attorney's Office. The undersigned counsel of record will continue to represent Defendant Toribio "Terry" Palacios in this matter. Mr. Garza's withdrawal will not delay any proceedings. For the reasons stated above, Toribio "Terry" Palacios respectfully requests that the Court grant this unopposed motion to withdraw Michael J. Garza as his counsel of record and remove him from further electronic notifications in this case.

    Respectfully submitted,
    TORIBIO "TERRY" PALACIOS
    CRIMINAL DISTRICT ATTORNEY
    HIDALGO COUNTY, TEXAS

    */s/ Jacqueline Villarreal*
    Jacqueline Villarreal
    Assistant District Attorney
    Texas Bar No. 24093302
    100 E. Cano, First Floor
    Hidalgo County Courthouse Annex III
    Edinburg, Texas 78539
    Tel: (956) 292-7609
    ATTORNEY FOR DEFENDANT
    TORIBIO "TERRY" PALACIOS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 14, 2023, I conferred via email with counsel for all parties regarding this Motion and none were opposed.

/s/ Jacqueline Villarreal
Assistant District Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on August 17, 2023, with the clerk of court for the U.S. District Court, Western District of Texas.by using the CM/ECF system, causing electronic service upon all counsel of record.

/s/ Jacqueline Villarreal
Assistant District Attorney