UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION 

LA UNION DEL PUEBLO ENTERO, et al.

vs.                                    Case No.: 5:21-cv-844-XR

GREGORY W. ABBOTT, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Alexandro Benavides, counsel for Defendant Toribio "Terry" Palacios, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Alexandro Benavides may appear on behalf of Defendant Toribio "Terry" Palacios in the above case.

IT IS FURTHER ORDERED that Alexandro Benavides, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of August_____, 20_____.

_____
UNITED STATES DISTRICT JUDGE