IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión del Pueblo Entero, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:21-cv-00844-XR |
| State of Texas, *et al.*, | § § | [Lead Case] |
| *Defendants*. | § § § | |
| Harris County Republican Party, *et al.*, | § § § | |
| *Intervenor-Defendants*. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR EXTENSION OF TIME**

Pending before the Court is Plaintiffs' Motion for Extension of Time. Upon review of the request, the motion is GRANTED. The deadline to file a Final Joint Pretrial Order is August 25, 2023.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE