IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

## ADVISORY REGARDING TRIAL PREPARATION

In light of this Court's August 17, 2023 Summary Ruling on claims brought under the Materiality Provision of Section 101 of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B), ECF No. 724, the United States does not anticipate that it will need to participate at the trial scheduled to start on September 11, 2023. Accordingly, and unless the Court instructs otherwise, the United States does not expect to join the joint pretrial order, currently due on August 22, 2023,[1] or participate in the August 31, 2023 pretrial conference. The United States has separately advised all other parties to this consolidated litigation by email earlier today that it does not anticipate it will join the pretrial order or participate at the pretrial conference or trial, unless another party provides timely notice that it anticipates an issue it will address in one of those settings may affect any interest of the United States.

---

[1] There is a pending motion to extend this deadline by three days, ECF No. 727, on which the United States takes no position.

Date:  August 18, 2023

        KRISTEN CLARKE
        Assistant Attorney General

        */s/ Michael E. Stewart*
        T. CHRISTIAN HERREN, JR.
        RICHARD A. DELLHEIM
        DANIEL J. FREEMAN
        DANA PAIKOWSKY
        MICHAEL E. STEWART
        JENNIFER YUN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530
        (202) 307-2767
        michael.stewart3@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                */s/ Michael E. Stewart*
                Michael E. Stewart
                Civil Rights Division
                U.S. Department of Justice
                950 Pennsylvania Ave, NW
                Washington, DC 20530
                (202) 307-2767
                michael.stewart3@usdoj.gov