IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*,<br><br>                               *Plaintiffs*,<br><br>v.<br><br>State of Texas, *et al.*,<br><br>                               *Defendants*. | Case No. 5:21-CV-844-XR<br>(consolidated cases) |

## PRIVATE PLAINTIFFS' MOTION FOR STATUS CONFERENCE

The Private Plaintiffs in these consolidated cases respectfully move for a status conference on or before August 24, 2023 for the Court to provide guidance on the impact of its recent Summary Order, which will assist Plaintiffs in assessing what witness testimony will be helpful to the Court in resolving issues still in dispute in the litigation.

1. As the Court is aware, this matter consolidates various challenges to a Texas election law known as S.B.1 brought by individuals, organizations, and the United States.

2. Throughout August 2023, Plaintiffs and Defendants filed pretrial disclosures and responded and objected to other parties' pretrial disclosures. The number of Plaintiffs, Defendants, and the consolidated nature of this proceeding has made these tasks far more complicated than in most other federal civil litigation.

3. On August 17, 2023, the Court issued a Summary Ruling on Section 101 Materiality Claims and Order on Pretrial Filings. (ECF No. 724.) The ruling – following upon an advisory by the United States, the OCA Plaintiffs, and the Intervenor-Defendants that their Section 101 claims could be resolved on summary judgment – is predicated on a representation that the Court's pretrial ruling on materiality claims could streamline issues to be tried. (*See id*. at 2.) The Court granted the United States and the OCA Plaintiffs' motions for summary judgment on their

materiality claims as to sections 5.07 and 5.13 of SB 1 but stated that "[a] written order awarding the declaratory and injunctive relief as to Sections 5.07 and 5.13 of S.B. 1 requested [in the United States' motion] will follow." (*Id.* at 6.) Thus, the Private Plaintiffs remain unclear as to the current status of sections 5.07 and 5.13 of SB 1, which they have challenged on other grounds in this consolidated litigation. As the Private Plaintiffs cull down their witness list in response to the Court's ruling, they seek guidance on the Court's expectations as to what remaining claims against 5.07 and 5.13 should be included in this phase of trial.

4. On August 18, 2023, Plaintiffs moved for extension of time to file the Joint Pretrial Order, requesting a due date of August 25, 2023 in light of the Court's Summary Ruling on Section 101 Materiality Claims and Order on Pretrial Filings and the Court's renewed instruction to review carefully and cull witness lists. (ECF No. 727.)

5. As of the date of this Motion, Plaintiffs' request for extension of time remains pending before the Court.

6. Plaintiffs hereby request a short status conference (under an hour) before August 25, 2023, the deadline for their advisory indicating the witnesses they expect to call so that the parties appropriately frame their submission based what claims remain in the litigation.

Pursuant to Local Rule CV 7.G, Private Plaintiffs advise the Court that counsel for the parties conferred on August 21, 2023 in a good-faith attempt to resolve the matter by agreement. Private Plaintiffs certify that State Defendants, Intervenor-Defendants, and County Defendants are unopposed to this request for a status conference. Defendants Harris County, Hidalgo County, Travis County, and Kim Ogg did not respond with their position by the time of filing. The United States takes no position on the motion.

## CONCLUSION

For the above reasons, Plaintiffs respectfully ask the Court to set a status conference expected to last under an hour on or before August 24, 2023.

Dated: August 21, 2023

Courtney Hostetler
Ron Fein
John Bonifaz
Ben Clements
FREE SPEECH FOR THE PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

Elijah Watkins
STOEL RIVES LLP
101 S. Capital Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
elijah.watkins@stoel.com

Bradley Prowant
John Katuska
STOEL RIVES LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
(612) 373 8863
bradley.prowant@stoel.com
john.katuska@stoel.com

Whitney A. Brown
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 95501
Telephone: (907) 263-8413
whitney.brown@stoel.com

Respectfully Submitted,

*/s/ J. Michael Showalter*
J. Michael Showalter
ARENTFOX SCHIFF LLP
South Wacker Drive, Suite 7100
Chicago, IL 60606
j.michael.showalter@afslaw.com
Tel: (312) 258-5561

Eitan Berkowitz
Derek Ha
(applications for admission forthcoming)
ARENTFOX SCHIFF LLP
44 Montgomery St., 38th Floor
San Francisco, CA 94104
eitan.berkowitz@afslaw.com
derek.ha@afslaw.com
Tel: (415) 757-5500

Jennifer A. Holmes*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street N.W. Suite 600
Washington, DC 2005
jholmes@naacpldf.org
Tel: (202) 683-1300

Victor Genecin*
Amir Badat*
Breanna Williams*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
vgenecin@naacpldf.org

*Counsel for Plaintiffs Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge ("MFV Plaintiffs")*

/s/ Zachary Dolling

Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
Veronikah Warms*
Texas Bar No. 24132682
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*

abadat@naacpldf.org
bwilliams@naacpldf.org

Kenneth Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
REED SMITH LLP
811 Main Street
Suite 1700
Houston, TX 77002
kbroughton@reedsmith.com
kpippin@reedsmith.com
Tel: (713) 469-3819

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc; The Arc of Texas; and Jeffrey Lamar Clemmons ("HAUL Plaintiffs")*
*admitted pro hac vice

/s/ Uzoma N. Nkwonta

Uzoma N. Nkwonta*
Christopher D. Dodge*
Noah B. Baron*
Michael B. Jones*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*

Dayton Campbell-Harris
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No. 24033013
PETER HOFER
Texas State Bar No. 09777275
CHRISTOPHER MCGREAL
Texas State Bar No. 24051774
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
ASIAN AMERICAN LEGAL DEFENSE

Marisa A. O'Gara*
Omeed Alerasool*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
nbaron@elias.law
mjones@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Counsel for Texas LULAC, Voto Latino, Texas AFT, and Texas Alliance for Retired Americans ("LULAC Plaintiffs")*
*admitted pro hac vice

AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
JENNER & BLOCK LLP
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

*Counsel for League of Women Voters of Texas, OCA-Greater Houston, and REVUP-Texas ("OCA Plaintiffs")*
*\*admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on [DATE], a true and correct copy of the foregoing document was filed via the CM/ECF system and all counsel of record were served electronically.

/s/ DRAFT
J. Michael Showalter