# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, et al., *Defendants*. <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br> *Intervenor-Defendants*. | 5:21-cv-0844-XR <br> [Lead Case] |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Please take note that Destiny R. Lopez hereby respectfully moves the Court to permit her to withdraw as *pro hac vice* counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons. Ms. Lopez will be departing Reed Smith LLP effective August 25, 2023. Plaintiffs will continue to be represented by Shira Wakschlag, Megan Rusciano, Kenneth E. Broughton, J. Keely Pippin, Sarah Cummings Stewart, Kathryn Sadasivan, Amir Badat, Victor Genecin, and Breanna Williams. Defendants' counsels of record do not oppose this motion for withdrawal.

Date: August 22, 2023

Respectfully submitted,

*/s/ Destiny R. Lopez*

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

/s/ Shira Wakschlag
Shira Wakschlag*
Megan Rusciano*
The Arc of the United States, Inc.
2000 Pennsylvania Ave. NW, Suite 500
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org
Rusciano@thearc.org


Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Destiny R. Lopez*
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080
dlopez@reedsmith.com

Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600

Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Kathryn Sadasivan*
Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

*Admitted *pro hac vice*

***Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons***