UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., § | | |
|     Plaintiffs, § | CIVIL ACTION NO. | |
| § | | |
| v. § | 5:21-CV-0844-XR | |
| § | | |
| STATE OF TEXAS, et al., § | [Consolidated Action: Lead Case] | |
|     Defendants. § | | |

## **NOTICE OF APPEARANCE OF COUNSEL FOR BEXAR COUNTY DEFENDANTS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Western District of Texas Local Rule AT-3, Defendants Bexar County Criminal District Attorney Joe Gonzales and Elections Administrator Jacquelyn Callanen notify the Court that Robert William Piatt III will appear as counsel in the above-captioned case along with Lisa Cubriel and Larry Roberson.

Mr. Piatt is a member in good standing with the State Bar of Texas and is admitted to practice before the Western District of Texas. His contact information is as follows:

      Robert William Piatt III
      Bar No. 24041692
      Assistant District Attorney, Civil Division
      101 W. Nueva, 7th Floor
      San Antonio, Texas 78205
      Telephone: (210) 335-0785
      Fax: (210) 335-2773
      robert.piatt@bexar.org

Respectfully submitted,

JOE D. GONZALES
Bexar County Criminal District Attorney

By: /s/ Robert W. Piatt III
Robert William Piatt III
Bar No. 24041692
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-0785
Fax: (210) 335-2773
robert.piatt@bexar.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically August 24, 2023, with the clerk of court for the U.S. District Court, Western District of Texas.by using the CM/ECF system, causing electronic service upon all counsel of record.

/s/ Robert W. Piatt III
**ROBERT W. PIATT III**