AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| La Union Del Pueblo Entero, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 5:21-cv-0844-XR |
| Gregory W. Abbott, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OCA-Greater Houston Plaintiffs.

Date: 08/24/2023

*/s/ Adriana Pinon*
*Attorney's signature*

Adriana Pinon, TX Bar No. 24089768
*Printed name and bar number*
ACLU of Texas
P.O. Box 8306
Houston, TX 77288

*Address*

apinon@aclutx.org
*E-mail address*

(713) 942-8146
*Telephone number*

(713) 942-8966
*FAX number*