IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs,*<br>    v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,<br>*Plaintiffs,*<br>    v.<br><br>JANE NELSON, et al.,<br>*Defendants.* | 1:21-cv-0780-XR |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

Upon consideration of OCA Plaintiffs' Unopposed Motion to Withdraw Counsel, and the Court's consideration of said Motion, it is hereby:

**ORDERED** that OCA Plaintiffs' Unopposed Motion to Withdraw Counsel is **GRANTED**. The appearance of Andre Segura and Samantha Osaki as counsel for OCA Plaintiffs is withdrawn, and they shall be removed from all service lists pertaining to this action. OCA Plaintiffs will continue to be represented by their remaining counsel of record.

Date: _____, 2023

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE