UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § | |
| *Plaintiffs*, § | |
| § | |
| v. § | 5:21-CV-0844-XR |
| § | (Consolidated Cases) |
| GREGORY ABBOTT, et al. § | |
| *Defendants*. § | |

### DEFENDANTS DYANA LIMON-MERCARDO[1] AND JOSÉ GARZA'S NOTICE REGARDING MOTIONS *IN LIMINE*

Defendants Dyana Limon-Mercado and José Garza (collectively, "Travis County Defendants"), pursuant to the Order entered on August 23, 2023, hereby submit that they will not file a motion *in limine*. Nothing in this notice is to be construed as an admission of any allegation against them in this action, and Defendants Dyana Limon-Mercado and José Garza reserve all applicable defenses.

Respectfully submitted,

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:   (512) 854-9513
Facsimile:    (512) 854-4808

By:   */s/ Anthony J. Nelson*
LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
AMY YBARRA
State Bar No. 24013573
Amy.Ybarra@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800

---

[1] Travis County Clerk Dyana Limon-Mercado took office as the duly elected Travis County Clerk effective January 1, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Travis County Clerk Limon-Mercado is automatically substituted as a party herein.

Tony.Nelson@traviscountytx.gov

**ATTORNEYS FOR DEFENDANTS
DYANA LIMON-MERCADO AND JOSÉ GARZA, IN THEIR OFFICIAL CAPACITIES AS TRAVIS COUNTY CLERK, AND DISTRICT ATTORNEY, RESPECTIVELY.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 1st day of September, 2023.

*/s/ Anthony J. Nelson*
ANTHONY J. NELSON
Assistant County Attorney