IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No: 5:21-cv-00844-XR |
| GREGORY W. ABBOTT, et al., | § § § | |
| *Defendants*. | § § § § § | |

## DEFENDANTS JACQUELYN CALLANEN AND JOE D. GONZALES' NOTICE REGARDING MOTIONS *IN LIMINE*

Defendants Bexar County Elections Administrator Jacquelyn Callanen and Bexar County District Attorney Joe D. Gonzales (the "Bexar County Defendants), pursuant to the Order entered on August 23, 2023, hereby submit that they will not file motions *in limine*. Nothing in this notice is to be construed as an admission of any allegation against the Bexar County Defendants in this action, and the Bexar County Defendants reserve all applicable defenses.

Dated:  September 1, 2023

Respectfully submitted,

JOE D. GONZALES
Bexar County Criminal District Attorney

By: /s/ *Lisa V. Cubriel*

**LISA V. CUBRIEL**
State Bar No. 24045731
Assistant District Attorney – Civil Division
**ROBERT W. PIATT III**
State Bar No. 24041692

Assistant District Attorney – Civil Division
**LARRY L. ROBERSON**
Civil Section Chief
Bexar County District Attorney's Office
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone: (210) 335-2142
Facsimile: (210) 335-2773
Email: Lisa.Cubriel@bexar.org
Robert.Piatt@bexar.org
lroberson@bexar.org
*Attorneys for Defendant Bexar County Elections Administrator Jacquelyn Callanen and Defendant Bexar County District Attorney Joe D. Gonzales*

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Lisa V. Cubriel*
LISA V. CUBRIEL