UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>5:21-CV-0844-XR<br><br>[Consolidated Action: Lead Case] |

## **DEFENDANT HILDA A. SALINAS'S NOTICE REGARDING MOTIONS IN LIMINE**

Defendant Hidalgo County Elections Administrator Hilda A. Salinas, pursuant to the Court's Order of August 23, 2023, hereby advises the Court that she has no motion *in limine* to be considered by the Court in advance of trial in this matter. Nothing in this notice is to be construed as an admission of any allegation against her in this action. Defendant Salinas reserves all applicable defenses which may be raised at trial.

Respectfully submitted,

TORIBIO "TERRY" PALACIOS
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

*/s/ Leigh Ann Tognetti*
Josephine Ramirez-Solis
Assistant District Attorney
Texas Bar No. 24007894
josephine.ramirez@da.co.hidalgo.tx.us
Leigh Ann Tognetti
Assistant District Attorney
Texas Bar No. 24083975
leigh.tognetti@da.co.hidalgo.tx.us
100 E. Cano, First Floor
Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
Tel: (956) 292-7609
Fax: (956) 318-2301
ATTORNEY FOR DEFENDANT
HILDA A. SALINAS

## CERTIFICATE OF SERVICE

I certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send notification of this filing to all counsel of record.

*/s/ Leigh Ann Tognetti*
Leigh Ann Tognetti