IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action<br>No. 5:21-cv-844-XR |

### DEFENDANT MICHAEL SCARPELLO'S
### NOTICE REGARDING MOTION *IN LIMINE*

Defendant Michael Scarpello, Elections Administrator of Dallas County, Texas, pursuant to the text Order entered on August 23, 2023, hereby submits that Defendant Scarpello will not file a motion *in limine*. Nothing in this notice is to be construed as an admission of any allegation against Defendant Scarpello in this action and Defendant Scarpello reserves all applicable defenses.

Dated: September 1, 2023        Respectfully submitted,

                                                  JOHN CREUZOT
                                                  CRIMINAL DISTRICT ATTORNEY
                                                  DALLAS COUNTY, TEXAS

/s/ *Ben L. Stool*
Assistant Criminal District Attorney
Texas Bar No. 19312500
ben.stool@dallascounty.org
Barbara S. Nicholas
Assistant Criminal District Attorney
Texas Bar No. 24032785
barbara.nicholas@dallascounty.org
Civil Division
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202
Phone: (214) 653-7358
Fax: (214) 653-6134
Attorneys for Defendant Michael
Scarpello, in his official capacity
as the Elections Administrator of
Dallas County, Texas

Certificate of Service

I certify that on September 1, 2023, Defendant Michael Scarpello's Notice Regarding Motion *in Limine* was served through PACER on counsel and staff designated to receive notice.

/s/ *Ben L. Stool*
Assistant District Attorney