# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> State of Texas, *et al.*, <br><br> *Defendants.* | Case No. 5:21-CV-844-XR <br><br> (consolidated cases) |

## STIPULATION CONCERNING THE QUESTIONING OF WITNESSES ABOUT THEIR POLITICAL AFFILIATIONS

**WHEREAS**, the Parties in these consolidated lawsuits have met and conferred concerning potential motions *in limine*, and,

**WHEREAS**, they wish to obviate motion practice concerning the questioning of witnesses about their political affiliations or preferences,

**NOW, THEREFORE**, it is hereby stipulated and agreed that:

1. Defendants and Intervenor-Defendants will refrain from questioning any lay witness for any Plaintiff concerning his or her political-party affiliation, party preference, choices as a voter, or contributions to any political party or candidate; and,

2. Plaintiffs, Defendants, and Intervenor-Defendants will refrain from questioning any expert witness for any party concerning his or her political-party affiliation, preference, choices as a voter, or contributions to any political party or candidate.

[Signature pages follow]

DATED: September 1, 2023                    SO STIPULATED:

/s/ Jennifer Holmes
Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
    Telephone: (202) 682-1300
    Facsimile: (202) 682-1312
    jholmes@naacpldf.org

Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
    Telephone: (212) 965-2200
    Facsimile: (212) 226-7592
    abadat@naacpldf.org
    vgenecin@naacpldf.org
    bwilliams@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
    Telephone: (202) 534-3708
    Facsimile: (202) 534-3731
    Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
    Telephone: (713) 469-3800
    Facsimile: (713) 469-3899
    kbroughton@reedsmith.com
    kpippin@reedsmith.com

        Sarah Cummings Stewart
        Texas Bar No. 24094609
        Reed Smith LLP
        2850 N. Harwood Street, Suite 1500
        Dallas, TX 75201
            Telephone: (469) 680-4200
            Facsimile: (469) 680-4299
            sarah.stewart@reedsmith.com

        J. Michael Showalter*
        ARENTFOX SCHIFF LLP
        South Wacker Drive, Suite 7100
        Chicago, IL 60606
            Tel: (312) 258-5561
            j.michael.showalter@afslaw.com

        *Admitted *pro hac vice*

        *Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Noah B. Baron*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
nbaron@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Counsel for LULAC Plaintiffs*

\*Admitted *Pro Hac Vice*

*/s/ Zachary Dolling*
Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen\*
California Bar No. 325327
Veronikah Warms\*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux\*
Ari Savitzky\*
Sophia Lin Lakin\*
Dayton Campbell-Harris

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No. 24033013
PETER HOFER
Texas State Bar No. 09777275
CHRISTOPHER MCGREAL
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)

jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

***COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.***
*admitted *pro hac vice*

/s/ Sean Morales-Doyle
Sean Morales-Doyle (NY Bar No. 5646641)
Jasleen K. Singh* (Cal. Bar No. 316596)
Patrick A. Berry* (NY Bar No. 5723135)
Robyn N. Sanders* (NC Bar No. 58339)
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sean.morales-doyle@nyu.edu
jasleen.singh@nyu.edu
patrick.berry@nyu.edu
rs8592@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Paul R. Genender (Tex. Bar No. 00790758)
Elizabeth Y. Ryan (Tex. Bar No. 24067758)
Matthew Berde* (Tex. Bar No. 24094379)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-8158
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com

Alexander P. Cohen* (Tex. Bar No. 24109739)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8020
alexander.cohen@weil.com

*Attorneys for Plaintiffs:*

/s/ Nina Perales
Nina Perales
Julia R. Longoria
Fátima Menéndez
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382 (fax)
nperales@maldef.org
jlongoria@maldef.org
fmenedez@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
(212) 859-4000 (fax)
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com

* Admitted *pro hac vice*

*Attorney for Plaintiffs:*
LA UNIÓN DEL PUEBLO ENTERO,
SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN
AMERICAN BAR ASSOCIATION OF
TEXAS, TEXAS HISPANICS
ORGANIZED FOR POLITICAL
EDUCATION, JOLT ACTION, WILLIAM
C. VELASQUEZ INSTITUTE, FIEL
HOUSTON INC.

FRIENDSHIP-WEST BAPTIST CHURCH,
TEXAS IMPACT, JAMES LEWIN

STOEL RIVES LLP
/s/Wendy J. Olson
Wendy J. Olson (*admitted pro hac vice*)
wendy.olson@stoel.com
Elijah M. Watkins (*admitted pro hac vice*)
elijah.watkins@stoel.com
Mark L. Bieter (*admitted pro hac vice*)
mark.bieter@stoel.com
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Bradley R. Prowant (*admitted pro hac vice*)
bradley.prowant@stoel.com
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: 612.373.8800
Facsimile: 612.373.8881

Laura E. Rosenbaum (*admitted pro hac vice*)
laura.rosenbaum@stoel.com
760 SW Ninth Avenue., Suite 3000
Portland, OR  97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

FREE SPEECH FOR PEOPLE
Courtney Hostetler (*admitted pro hac vice*)
chostetler@freespeechforpeople.com
Ben Clements (*admitted pro hac vice*)
bclements@freespeechforpeople.com
John Bonifaz (*admitted pro hac vice*)
jbonifaz@freespeechforpeople.com
1320 Centre St., #405
Newton, MA  02459
Telephone: 617.249.3015

LYONS & LYONS, PC

Sean M. Lyons
sean@lyonsandlyons.com
Clem Lyons
clem@lyonsandlyons.com

237 W. Travis St., Suite 100
San Antonio, TX 78205

*Attorneys for Mi Familia Vota Plaintiffs*

| | |
|---|---|
| ANGELA COLMENERO<br>Provisional Attorney General | */s/ Ryan G. Kercher*<br>RYAN G. KERCHER<br>Deputy Chief, General Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | Tex. State Bar No. 24060998 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland (pro hac vice)
Louis J. Capozzi (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

*/s/ Tiffany S. Bingham*
**CHRISTIAN D. MENEFEE**
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@harriscountytx.gov
**JONATHAN G.C. FOMBONNE**
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**TIFFANY S. BINGHAM**
Managing Counsel, Affirmative Litigation Division
Texas Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*/s/ Kathleen Hartnett*
Kathleen Hartnett* (CA SBN 314267)

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com

1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133
*Attorneys for Defendant Lisa Wise,
in her official capacity as the*

*El Paso County Elections Administrator*

JOE D. GONZALES
Bexar County Criminal District Attorney
By: /s/Lisa V. Cubriel
LISA V. CUBRIEL
State Bar No. 24045731
Assistant District Attorney – Civil Division
ROBERT W. PIATT III
State Bar No. 24041692
Assistant District Attorney – Civil Division
LARRY L. ROBERSON
Civil Section Chief
Bexar County District Attorney's Office
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone: (210) 335-2142
Facsimile: (210) 335-2773
Email: Lisa.Cubriel@bexar.org
Robert.Piatt@bexar.org
lroberson@bexar.org

*Attorneys for Defendant Bexar County*
*Elections Administrator Jacquelyn Callanen*
*and Defendant Bexar County District Attorney Joe D. Gonzales*

                DELIA GARZA
                County Attorney, Travis County
                P. O. Box 1748
                Austin, Texas 78767
                Telephone:   (512) 854-9513
                Facsimile:    (512) 854-4808

                By:    */s/ Anthony J. Nelson*
                        LESLIE W. DIPPEL
                        State Bar No. 00796472
                        Leslie.Dippel@traviscountytx.gov
                        AMY S. YBARRA
                        State Bar No. 24013573
                        Amy.Ybarra@traviscountytx.gov
                        ANTHONY J. NELSON
                        State Bar No. 14885800
                        Tony.Nelson@traviscountytx.gov

                *Attorneys For Defendants Dyana Limon-Mercado and*

*José Garza, in their Official Capacities as Travis County Clerk and District Attorney, respectively*.

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

/s/ Ben L. Stool
Assistant Criminal District Attorney
Texas Bar No. 19312500
ben.stool@dallascounty.org
Barbara S. Nicholas
Assistant Criminal District Attorney
Texas Bar No. 24032785
barbara.nicholas@dallascounty.org
Civil Division
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202
Phone: (214) 653-7358
Fax:    (214) 653-6134

*Attorneys for Defendant Michael Scarpello, in his official capacity as the Elections Administrator of Dallas County, Texas, and Defendant John Creuzot, in his official capacity as the Criminal District Attorney of Dallas County, Texas.*

**CERTIFICATE OF SERVICE**

    I certify that a true and complete copy of the foregoing document was filed electronically (via CM/ECF) on September 1, 2023, and that all counsel of record were served by CM/ECF.

                                      */s/ Victor Genecin*
                                      VICTOR GENECIN