IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants.* | §<br>§<br>§<br>§  Case No. 5:21-cv-844-XR<br>§<br>§<br>§ |

## [PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION IN LIMINE TO EXCLUDE

Before the Court is State Defendants' Motion in Limine to Exclude Dr. Daniel Smiths' Addendum, Ameer Patel, and Dr. Kara Ayers. After reviewing the briefing on the matter, the evidence properly offered in support of State Defendants' Motion, the evidence in the record of this case, and all other matters properly before the Court, the Court finds that State Defendants' motion should be GRANTED.

IT IS THEREFORE ORDERED that State Defendants' Motion is hereby GRANTED, and Dr. Smith's addendum, Ameer Patel, and Dr. Ayers are excluded.

DATE: _____

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE