May 5, 2023

VIA EMAIL: Kathleen.hunker@oag.texas.gov

Kathleen Hunker, Esq.
Special Counsel
Office of Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548

      Re:    *La Unión del Pueblo Entero, et al. v. Abbott, et al.*, Case No. 5:21-cv-00844-XR, United States District Court for the Western District of Texas, San Antonio Division (Consolidated Cases)

Dear Kathleen:

It was good speaking with you on May 3, 2023 for our third meet and confer concerning Defendant Secretary of State's (the "Secretary's") compliance with HAUL Plaintiffs' RFP No. 25. As you requested, I write to memorialize the agreement we reached in our call.

You agreed that, on or before May 22, 2023, the Secretary will produce, in EXCEL format, all data contained in the TEAM database concerning the November, 2022 general election that is requested in the Brennan Center's March 1, 2023 Public Information Act requests to the Secretary (the "May 22 Production").

We further agreed that, if the May 22 Production lacks data for any Texas county, the HAUL Plaintiffs will notify you and you will inquire of the Secretary the reason such data are missing. You will identify for us each county for which there is no responsive data in TEAM, and, for any county for which responsive data are present in TEAM but were omitted from the May 22 Production, the Secretary will produce the data, in EXCEL format.

The HAUL Plaintiffs agree that the Secretary's production of all data in TEAM described in the Brennan Center's March 1, 2023, Public Information Act requests will satisfy the Secretary of State's discovery obligations under RFP No. 25(c).

Finally, we agreed that, following service of a supplementary expert report by HAUL Plaintiffs' expert Professor Daniel Smith analyzing the data that are the subject of this letter, the State Defendants may take a further deposition of Professor Smith, limited to the matter in his supplementary report, and we consent to your service of a notice of deposition after the deadline to complete expert discovery, notwithstanding any other deadlines in this case.

I am glad we have been able to resolve this discovery dispute. Please advise if you consider anything set forth above regarding our agreement to be inaccurate.


Sincerely,

s/Victor Genecin

Victor Genecin
Of Counsel

40 Rector Street
5th Floor
New York, NY 10006

700 14th Street NW
Suite 600
Washington, DC 20005

naacpldf.org
212-965-2200