IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    *Defendants*.<br><br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>    *Intervenor-Defendants*. | CIVIL ACTION NO.<br>5:21-cv-844-XR<br>[Consolidated Action:  Lead Case] |

### LUPE PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITATION FOR LUPE PLAINTIFFS' OPPOSED MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION *IN LIMINE* TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD

Pursuant to the Court's Standing Order's instructions on Pretrial Motions[1], LUPE Plaintiffs respectfully request a ten-page enlargement of the page limitation for LUPE Plaintiffs' Opposed Motion to Strike the Declaration of Jonathan White and Motion *in Limine* to Exclude Testimony About Non-Public Information Relating to Investigations and Prosecutions of Alleged Voter Fraud.  The motion is attached as Exhibit A.

LUPE Plaintiffs seek leave to exceed the page limit in order to address fully the factual and legal bases of their motion.  Because of the significant overlap between their two requests, which involve testimony of the State's witness Mr. Jonathan White, instead of filing a motion to strike

---

[1] Standing Order, found at https://www.txwd.uscourts.gov/wp-content/uploads/2023/01/Proposed-Scheduling-Order-and-Rule-26f-Report.pdf (last visited September 1, 2023).

1

Mr. White's declaration and a separate motion *in limine* to exclude testimony, LUPE Plaintiffs have drafted a single motion that contains arguments for both. This consolidated motion seeks to increase efficiency for State Defendants and the Court.

Granting this motion will not prejudice any party. Counsel for State Defendants and Defendant Intervenors do not oppose this motion.

For the foregoing reasons, LUPE Plaintiffs respectfully request that the Court grant their motion for leave to file a Motion to Strike and Motion *in Limine* of no greater than forty pages.

Dated: September 1, 2023              Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Fátima Menéndez
Kenneth Parreno
Julia Longoria
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
fmenendez@maldef.org
kparreno@maldef.org
jlongoria@maldef.org

*Counsel for LUPE Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on August 31, 2023, counsel for LUPE Plaintiffs sent an email to confer with counsel for all parties concerning the subject of the instant motion. Counsel that responded before the filing of this motion, including counsel for State Defendants and counsel for Defendant Intervenors, indicated that they are unopposed.

/s/ Nina Perales
Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 1st day of September 2023.

/s/ Nina Perales
Nina Perales