# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants*. <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br> *Intervenor-Defendants*. | CIVIL ACTION NO. <br> 5:21-cv-844-XR <br> [Consolidated Action: Lead Case] |

## [PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITATION FOR LUPE PLAINTIFFS' OPPOSED MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION *IN LIMINE* TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD

Pending before the Court is LUPE Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit for LUPE Plaintiffs' Opposed Motion to Strike the Declaration of Jonathan White and Motion *in Limine* to Exclude Testimony About Non-Public Information Relating to Investigations and Prosecutions of Alleged Voter Fraud. Dkt. _____. The motion seeks leave to file a motion not exceeding 40 pages. Upon review of the request, and the lodged motion, the motion is GRANTED. The clerk is directed to ENTER the motion.

SO ORDERED and SIGNED this _____ day of _____ 2023.

                                                                           _____
                                                                           HON. XAVIER RODRIGUEZ