Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause/Case Number | Charged | # Counts Charged | Resolution Date | Statute Violated | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| Bee | Melva Kay Ponce | Illegal Voting | 2004 General Election | B-05-2101-0-CR-B | 1 count illegal voting - voter impersonation | 1 | 07/26/05 | EC 64.012 | Pled guilty to 1 count attempted illegal voting. 2 years deferred adjudication, $1500 fine w/$500 probated |
| Hardeman | Johnny Wayne Akers | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Possession of an official ballot by another | 2004 Primary Election | 013449 | 6 counts possession of official ballot or carrier envelope of another | 6 | 11/04/05 | EC 86.006 | Pled guilty to possession of official ballot or carrier envelope of another. 2 years probation, $2000 fine |
| Nueces | Virginia Ramos Garza | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9806-4 | 4 counts possessing an official ballot or carrier envelope of another | 4 | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Elida Garza Flores | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9805-4 | 1 count possessing an official ballot or carrier envelope of another | 1 | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Isabel Lisa Rios Gonzalez | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9808-3 | 2 counts possessing an official ballot or carrier envelope of another | 2 | 03/22/06 | EC 86.006 | Pled nolo contendere to 2 counts of possessing an official ballot or carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Nueces | Josefina Marinas Suarez | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9807-1 | 1 count illegally possessing an official carrier envelope of another | 1 | 05/04/06 | EC 86.006 | Pled guilty to 1 count of illegally possesing an official carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Reeves | Trine Villalobos | Vote Harvesting/Mail Ballot Fraud - Method of returning marked ballot | 2004 Primary Election | 25,185 | 4 counts possession of an official ballot or official carrier envelope of another | 4 | 06/27/06 | EC 86.006 | Found guilty by jury of 4 counts of possession of an official ballot or official carrier envelope of another. 10 days jail / probated for 6 months |
| Bowie | Willie Howard Ray | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M1309-CCL | 7 counts possessing an official ballot or carrier envelope of another | 7 | 07/17/06 | EC 86.006 | Pled guilty to possession of an official ballot or official carrier envelope of another. 8 months deferred adjudication, $200 fine. Original indictment dismissed. |
| Bowie | Jamillah Johnson | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud - Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0302-CCL | 2 counts possessing an official ballot or carrier envelope of another | 2 | 07/17/06 | EC 86.006 | 6 months deferred adjudication, $200 fine |
| Bowie | Melinda Hunter | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0301-CCL | 7 counts possessing an official ballot or carrier envelope of another | 7 | 07/17/06 | EC 86.006 | 6 months pre-trial diversion |
| Nueces | Maria Dora Flores | Vote Harvesting/Mail Ballot Fraud/Assistance Fraud/Illegal Voting - Unlawful assistance, unlawfully influencing voter | 2006 Primary Election | 06-CR-2166-B | 2 counts illegal voting-(4) marking a ballot without voter's consent | 2 | 08/04/06 | EC 64.012 | Pled guilty to 2 counts illegal voting. 2 years deferred adj probation, $750 fine |
| Reeves | Anita Baeza | Vote Harvesting/Mail Ballot Fraud - Method of returning marked ballot | 2004 Primary Election | 25,186 | 5 counts illegally possessing ballots for another person | 5 | 08/28/06 | EC 86.006 | 6 months pre-trial diversion |

| County | Defendant | Allegation | Election Involved | County Case Number | Charges | # Counts Charged | Resolution Date | Statute Violated | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| Harris | Aaron Sprecher | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/20/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Justin Thomas | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/12/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Name Removed | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 8/21/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Judith Zimmerman | False Statement on Registration Application; Tampering with Government Record; Election Fraud - False Registration Address | Voter Registration | CX8794422517 | 1 Count - False Statement on Application, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 3 | 9/2/2020 | E.C. 13.007; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Antonia McClammy | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election; 2019 Special Election | CX8794422517 | 1 Count - False Statement on Application, 2 Counts Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 5 | 8/21/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 2 Counts Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Harris | Luis Cruz | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud - False Registration Address | 2018 General Election | CX8794422517 | 1 Count - False Statement on Application, 1 Count Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 4 | 8/20/2020 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Medina | A. Hitzfelder | Unlawfully Assisting Voters with Mail Ballot Applications | 2020 Presidential Election | CX8093477769 | 10 Counts Unlawfully Assisting Applicant | 10 | 05/19/21 | E.C. 84.003 | Prosecution Diversion Program - stipulation to the commission of 10 Counts Unlawfully Assisting Applicant |
| Lubbock | Christopher Donayre | False Statement on Registration Application; Illegal Voting; Tampering with Government Record; Election Fraud | 2018 General Election | CX8764358848 | 1 Count - False Statement on Application, 1 Count Illegal Voting, 1 Count Tampering with a Government Record, 1 Count Election Fraud | 4 | 09/02/21 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 1 Count Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Guadalupe | Gregory Gilcrease | Illegal Voting; Election Fraud; False Statement on Registration Application; Tampering with a Government Record | 2018 General Election; 2020 General Election | CX3419210173 | 2 Counts - Illegal Voting, 1 Count - Election Fraud, 1 Count - False Statement on Registration Application, 1 Count Tampering with a Government Record | 5 | 10/28/21 | E.C. 13.007; E.C. 64.012; P.C. 37.10; E.C. 276.013 | Prosecution Diversion Program - stipulation to the commission of 1 Count False Statement on Application; 2 Counts Illegal Voting; 1 Count Tampering with a Government Record; 1 Count Election Fraud |
| Gregg | Shannon Everette Brown | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50953-B | 1 count of Engaging in Organized Election Fraud (F2), 7 counts of Fraudulent Use of an Application for Ballot by Mail (F3), 2 counts of Unlawful Possession of Ballot/Ballot Envelope (SJF), 8 counts of Election Fraud (SJF), and 5 counts of Tampering with a Governmental Record (SJF) | 23 | 1/20/2022 | E.C. 276.011; 84.0041; 86.006; 276.013; PC 37.10 | Convicted of E.C. 276.013 Election Fraud, and sentenced to 1 yr county jail, probated for 1 yr. and $2,000 fine. Public apology required as condition of plea deal. |

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause/Case Number | Charge(s) | # Counts Charged | Resolution Date | Statute Violated | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Gregg[c] | Marlena Roseanne Jackson | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50949-B | 1 count of Engaging in Organized Election Fraud (F1), 1 count of Illegal Voting (F2), 31 counts of Fraudulent Use of an Application for Ballot by Mail (F3), 7 counts of Unlawful Possession of Ballot/Ballot Envelope (SJF), 31 counts of Election Fraud (SJF), and 26 counts of Tampering with a Governmental Record (SJF) | 97 | 1/20/2022 | E.C. 276.011; 64.012; 84.0041; 86.006; 276.013; PC 37.10 | Convicted of E.C. 276.013 Election Fraud, and sentenced to 1 yr county jail, probated for 1 yr. and $2,000 fine. Public apology required as condition of plea deal. |
| Gregg[c] | Charlie Burns, Jr. | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50951-B | 1 count of Engaging in Organized Election Fraud (F3), 1 count of Fraudulent Use of an Application for Ballot by Mail (SJF), 5 counts of Unlawful Possession of a Ballot/Ballot Envelope (SJF), and 1 count of Tampering with a Governmental Record (SJF) | 8 | 1/27/2022 | E.C. 276.011; 84.0041; 86.006; 276.013; PC 37.10 | Convicted of E.C. 86.006 Unlawful Possession of Ballot with Intent to Defraud. Sentenced to 1 yr county jail, probated for 1 yr. |
| Gregg[c] | DeWayne Ward | Organized Election Fraud - Vote Harvesting | 2018 Democratic Primary | 50947-B | 1 count Engaging in Organized Election Fraud (F1), 1 count of Unlawful Possession of Ballot or Carrier Envelope without the Consent of the Voter (F2), and 4 counts Unlawful Possession of Ballot/Ballot Envelope (SJF) | 6 | 1/31/2022 | E.C. 276.011; 86.006 | Convicted of E.C. 86.006 Unlawful Possession of Ballot with Intent to Defraud. Sentenced to 1 yr county jail, probated for 1 yr. |
| Bexar | Ozuki Trevino | Illegal Voting | 2018 Republican Primary | CR-21-0000047 | 1 count Illegal Voting (F2) | 1 | 3/8/2022 | E.C. 64.012(b) | Prosecution Diversion Program - 1 count Illegal Voting |
| Guadalupe | Stan "Stosh" Boyle | Tampering with Government Record - Application for Candidacy - Felony Conviction/Ineligible for Office | 2017 City of Cibolo Election; 2019 City of Cibolo Election | 19-2108-CR-C; CCL-19-0809 | 1 count of Aggravated Perjury, 1 count of Tampering w/Government Record with Intent to Defraud, 1 count of Tampering with a Government Record | 3 | 4/12/2022 | P.C. 37.03; P.C. 37.10 | Pled Guilty to 1 count Aggravated Perjury (F3) and 1 count Tampering with a Government Record with Intent to Defraud (SJF).  Placed on 4-year deferred adjudication probation. |

|  |  |  |  |
|---|---|---:|---:|
|  | Total Counts/ Offenses Prosecuted | 691 |  |
| Number of offenses related to cases involving: | Mail Ballot Fraud | 444 | 64% |
|  | Assistance Fraud | 169 | 24% |
|  | Illegal Voting | 189 | 27% |
|  | 2015-present | 429 |  |

Note: significant overlap in fraud activity involving (two or more of) mail ballot fraud, assistance fraud, and illegal voting in the same case may result in totals > 100%.

[a] County offense occurred/County offense prosecuted. | [b] For complete information on disposition, see judgment and sentence.  Prosecution Diversion Program includes an acknowledgment of the commission of offense/s.
[c] Prosecuted by or with assistance of local district/county attorney. | [d] Cause number, where available; otherwise, OAG investigation or prosecution case number.
This document is not a summary of all election violations in this state.  This document does not record or report offenses handled exclusively by local law enforcement, district or county attorneys, or federal authorities.  This document only reflects cases investigated and/or prosecuted by the OAG.

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Election Year | Cause Number | Charges | Count Charged | Date Charged | Statute Violated |
|---|---|---|---|---|---|---|---|---|
| Jefferson/ Chambers | Zena Collins Stephens | Bribery, unlawfully accepting a cash contribution ($5,000/$1,000), tampering with a campaign finance report | 2016 General Election | 18DCR0152 | Count 1 - tampering with an election record; Count 2 - unlawfully accepting a cash contribution; Count 3 - unlawfully accepting a cash contribution | 3 | 4/26/2018 | P.C. 37.10; E.C. 253.033 |
| Jefferson/ Chambers | Ray Elliott Beck | Bribery, unlawfully accepting a cash contribution | 2016 General Election | 18DCR0153 | Count 1 - unlawfully accepting a cash contribution; Count 2 - failure to return a political contribution | 2 | 4/26/2018 | E.C. 253.033; 254.034 |
| Jefferson/ Chambers | Joseph Sterling Stevenson | Bribery, unlawfully accepting a cash contribution | 2016 Democratic Primary Election | 18DCR0154 | Unlawfully accepting a cash contribution | 1 | 4/26/2018 | E.C. 253.033 |
| Hidalgo | Marcela Gutierrez | Unlawfully assisting/influencing voters; illegal voting | 2016 City of Hidalgo Runoff Election | CR-18-08298-G; CR-18-08299-G; CR-18-08300-G; CR-18-08301-G; CR-18-08302-G; CR-18-08303-G; CR-18-08304-G; CR-18-08305-G; CR-18-08306-G; CR-18-08307-G | Misdemeanor cases 1-10 - Unlawfully Assisting/influencing Voters; Felony count 1 - Illegal Voting | 11 | 6/1/2018 | E.C. 64.036; 64.012 |
| Hidalgo | Sara Ornelas | Unlawfully assisting/influencing voters | 2016 City of Hidalgo Runoff Election | CR-18-08296-A; CR-18-08297-A; CR-18-08170-A | Counts 1-3 - unlawfully assisting/influencing voters | 3 | 5/31/2018 | E.C. 64.036 |
| Hidalgo | Sylvia Arjona | Unlawfully assisting/influencing voters | 2016 City of Hidalgo Runoff Election | CR-18-08167-H; CR-18-08168-H; CR-18-08169-H; CR-18-08295-H | Counts 1-4 - unlawfully assisting/influencing voters | 4 | 5/31/2018 | E.C. 64.036 |
| Tarrant | Leticia Sanchez | Illegal Voting - voting another's ballot; Vote Harvesting/Mail Ballot Fraud; False Statement on Mail Ballot Application | 2016 Democratic Primary Election | 1565416 | Count 1 - Illegal voting; Counts 2-17 - False Statement on Mail Ballot Application | 17 | 10/10/2018 | E.C. 64.012 (a) 4; E.C. 84.0041 |
| Tarrant | Leticia Sanchez Tepichin | False Statement on Mail Ballot Application; Vote Harvesting/Mail Ballot Fraud | 2016 Democratic Primary Election | 1565415 | Counts 1-9 - False Statement on Mail Ballot Application | 9 | 10/10/2018 | E.C. 84.0041 |
| Tarrant | Maria Rosa Solis | False Statement on Mail Ballot Application; Vote Harvesting/Mail Ballot Fraud | 2016 Democratic Primary Election | 1565413 | Counts 1-2 - False Statement on Mail Ballot Application | 2 | 10/10/2018 | E.C. 84.0041 |
| Tarrant | Laura Parra | False Statement on Mail Ballot Application; Vote Harvesting/Mail Ballot Fraud | 2016 Democratic Primary Election | 1565155 | Counts 1 - False Statement on Mail Ballot Application | 1 | 10/10/2018 | E.C. 84.0041 |

STATE087335

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Election Involved | Cause Number | Charges | # Count Charged | Date Charged | Statute Violated |
|---|---|---|---|---|---|---|---|---|
| Navarro[c] | Marites Curry | Illegal Voting - Non-Citizen | 2016 Presidential Election | D38883-CR | Illegal Voting | 1 | 12/20/2018 | E.C. 64.012 |
| Harris[c] | Anthony Rodriguez | Election Fraud - False Statement to Election Official | 2018 General Election | 1629438 | Counts 1-2 - Election Fraud | 2 | 4/26/2019 | E.C. 276.013 |
| Hidalgo[c] | Ricardo Molina | Organized Election Fraud - Illegal Voting | 2017 City of Edinburg Election | CR-2056-19-A | Count 1 - Engaging in Organized Election Fraud<br>Counts 2-12 - Illegal Voting | 12 | 6/6/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Dalia Molina | Organized Election Fraud - Illegal Voting | 2017 City of Edinburg Election | CR-2057-19-A | Count 1 - Engaging in Organized Election Fraud<br>Counts 2-3 - Illegal Voting | 3 | 6/6/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Julio Carranza | Organized Election Fraud - Illegal Voting | 2017 City of Edinburg Election | CR-2058-19-A | Count 1 - Engaging in Organized Election Fraud<br>Counts 2-3 - Illegal Voting | 3 | 6/6/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Araceli Gutierrez | Organized Election Fraud - Illegal Voting | 2017 City of Edinburg Election | CR-3349-19-A | Count 1 - Engaging in Organized Election Fraud<br>Count 2 - Illegal Voting | 2 | 8/22/2019 | E.C. 276.011; E.C. 64.012 |
| Hidalgo[c] | Alyssa Cano | Illegal Voting | 2017 City of Edinburg Election | CR-3493-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo[c] | Belinda Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3343-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Brenda Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3344-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Crystal Lee Ponce | Illegal Voting | 2017 City of Edinburg Election | CR-3341-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo[c] | Cynthia Tamez | Illegal Voting | 2017 City of Edinburg Election | CR-3339-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |

STATE087336

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Election Involved | Cause Number | Charges | Count of Charges | Date Charged | Statute Violated |
|---|---|---|---|---|---|---|---|---|
| Hidalgo<sup>c</sup> | Daniel Castillo | Illegal Voting | 2017 City of Edinburg Election | CR-3494-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Felisha Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3346-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Francisco Tamez, Jr. | Illegal Voting | 2017 City of Edinburg Election | CR-3348-19-A | Counts 1-2 - Illegal Voting | 2 | 8/22/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Guadalupe Garza | Illegal Voting | 2017 City of Edinburg Election | CR-3342-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Jose Martinez | Illegal Voting | 2017 City of Edinburg Election | CR-3347-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Jose Vela | Illegal Voting | 2017 City of Edinburg Election | CR-3491-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Ludivina Leal | Illegal Voting | 2017 City of Edinburg Election | CR-3492-19-A | Illegal Voting | 1 | 8/29/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Maria Aleman | Illegal Voting | 2017 City of Edinburg Election | CR-3338-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Rosendo Rodriguez | Illegal Voting | 2017 City of Edinburg Election | CR-3345-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Ruby Tamez | Illegal Voting | 2017 City of Edinburg Election | CR-3340-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Hidalgo<sup>c</sup> | Veronica Vela Saenz | Illegal Voting | 2017 City of Edinburg Election | CR-3337-19-A | Illegal Voting | 1 | 8/22/2019 | E.C. 64.012 |
| Guadalupe | Stan "Stosh" Boyle | Tampering with Government Record - Application for Candidacy - Felony Conviction/Ineligible for Office | 2017 City of Cibolo Election; 2019 City of Cibolo Election | 19-2108-CR-C; CCL-19-0809 | 1 count of Aggravated Perjury, 1 count of Tampering w/Government Record with Intent to Defraud, 1 count of Tampering with a Government Record | 3 | 9/5/19; 7/26/19 | P.C. 37.03; P.C. 37.10 |
| Limestone<sup>c</sup> | Kelly Reagan Brunner | Voter Registration Fraud - Vote Harvesting | 2020 Presidential Election | 15126-A | 67 counts Purportedly Acting as Agent (F3), 67 counts Election Fraud (SJF) | 134 | 10/21/2020 | E.C. 13.006; 276.013 |

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Allegation | Election Involved | Cause Number | Charges | # Count Charged | Date Charged | Statute Violated |
|---|---|---|---|---|---|---|---|---|
| Medina/ Bandera[a] | Eva Ann Martinez | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-022 | 1 count Engaging in Organized Election Fraud (F1), 9 counts Illegal Voting (F2), 15 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF), 3 counts Purportedly Acting as an Agent (F3), 5 counts Tampering w/Government Document w/Intent to Harm or Defraud (SJF), 14 counts Election Fraud Enhanced (SJF), 4 counts Fraudulent Use of Mail Ballot Application Enhanced (F3), 13 counts Unlawfully Assisting Voter Voting Ballot by Mail Enhanced (F3) | 64 | 2/9/2021 | E.C. 276.011; E.C. 64.012; E.C. 86.006; E.C. 13.006; P.C. 37.10; E.C. 276.013; E.C. 84.0041; E.C. 86.010 |
| Medina/ Bandera[a] | Leonor Rivas Garza | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-019 | 1 count Engaging in Organized Election Fraud (F1); 2 counts Illegal Voting (F2); 8 counts of Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 2 counts Election Fraud Enhanced (SJF); 5 counts Fraudulent Use of Mail Ballot Application Enhanced (F3) | 18 | 2/9/2021 | E.C. 276.011; E.C. 64.012; E.C. 86.006; E.C. 276.013; E.C. 84.0041 |
| Medina/ Bandera[a] | Mary Jane Balderrama | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-020 | 1 count Engaging in Organized Election Fraud (F1); 9 counts Illegal Voting (F2); 2 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 1 count Fraudulent Use of Mail Ballot Application Enhanced (F3); 2 Counts Unlawfully Assisting Voter Voting Ballot by Mail Enhanced (F3); 2 counts Tampering w/Government Document with Intent to Harm or Defraud (SJF); 8 counts Election Fraud Enhanced (SJF) | 25 | 2/9/2021 | E.C. 276.011; E.C. 64.012; E.C. 86.006; P.C. 37.10; E.C. 276.013; E.C. 84.0041; E.C. 86.010 |
| Medina/ Bandera[a] | Tomas Ramirez | Organized Election Fraud - Vote Harvesting | 2018 Republican Primary | CR21-021 | 1 count Engaging in Organized Election Fraud (F1); 17 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 17 counts Unlawfully Assisting Voter Voting Ballot by Mail Enhanced (F3) | 35 | 2/9/2021 | E.C. 276.011; E.C. 86.006; E.C. 86.010 |
| Victoria | Monica Mendez | Vote Harvesting, Assistance Fraud, Illegal Voting, Election Fraud | 2018 Victoria Co Water District Election | 21-06-32996-A | 3 counts Illegal Voting (F2); 7 counts Unlawful Possession of Vote by Mail Enhanced (F3); 8 counts Unlawful Possession of Ballot/Ballot Envelope Enhanced (SJF); 8 counts Election Fraud Enhanced (SJF) | 26 | 7/15/2021 | E.C. 64.012; E.C. 86.006; E.C. 86.010; E.C. 276.013 |
| Bexar/ Kendall[a] | Rachel "Raquel" Rodriguez | Vote Harvesting, Assistance Fraud, Illegal Voting, Election Fraud | 2020 Presidential Election | 8231; 21-078-CR | 1 count Illegal Voting (F2); 1 count Unlawful Possession of Ballot w/ intent to defraud, victim over 65 (SJF); 1 count Unlawful Assistance (Cl A); 1 count Election Fraud (Cl A) | 4 | 3/1/2021 | E.C. 64.012; E.C. 86.006; E.C. 64.036; E.C. 276.013 |
| Harris/ Montgomery[a] | Hervis Earl Rogers | Illegal Voting | 2020 Primary Election; 2018 General and Special Elections | 21-06-08801-CR | 2 counts Illegal Voting (F2) | 2 | 6/24/2021 | E.C. 64.012 |

Office of the Attorney General of Texas
Election Fraud Violations
Prosecutions Pending

| County | Defendant | Violation | Election | Cause No. | Counts | No. | Date | Statute |
|---|---|---|---|---|---|---|---|---|
| Harris/ Montgomery[a] | Ignacio Gonzalez Beltran | Illegal Voting - Impersonation of a U.S. Citizen, Document Fraud; ref'd by Diplomatic Security Services - U.S. State Dept. | Multiple Elections | 21-06-08808 | 4 counts Illegal Voting (F2) | 4 | 6/24/2021 | E.C. 64.012 |
| Nolan[c] | Kenneth Ray Teaff | Fraudulent Use of Ballot Application - Deceased Voter Impersonation, Tampering with Gov't Record | 2020 Presidential Election | 13853; 13854 | 1 count Fraudulent Use of Application for Ballot by Mail, enhanced (F3); 1 count Tampering with Gov't Record (SJF) | 2 | 8/17/2021 | E.C. 84.0041; P.C. 37.10 |

|  | Total Counts/ Offenses Pending Prosecution | 410 |  |
|---|---|---|---|
| Number of offenses related to cases involving: | Mail Ballot Fraud | 287 | 70% |
|  | Assistance Fraud | 18 | 4% |
|  | Illegal Voting | 67 | 16% |

[a] County offense occurred/County offense prosecuted. | [b] Investigated by local law enforcement and referred to OAG for prosecution | [c] Prosecuted by or with assistance of local district/county attorney.

This document is not a summary of all election violations in this state.  This document does not record or report offenses handled exclusively by local law enforcement, district or county attorneys, and federal authorities.  This document only reflects cases investigated and/or prosecuted by the OAG.

STATE087339