**Instances of Suspected Illegal Voting Since March 1, 2018 - Cases Opened**

(Sorted by Voter Registration County; # of Votes Since March 1, 2018; and # of Votes since January 2012)

*Number of Votes = 324 ; Number of Voters = 279*

| Investigator: | Badge # | Analyst | Registration County | VUID | A-Number | Person ID | First Name | Middle Name | Last Name | Date of Birth | DL Number | DL Expiration Date | State ID Number | State ID Expiration Date | USCIS Status | Record Found (per USCIS) | Naturalization Date | # of Votes Since Mar 1, 2018 | # of Votes Since January 2012 | Election Date | Election Type | Election Party | Election Voting Method | DPS Address County (from Registration as of 2/2019) | OAG Case Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James Quinn | 651 | Miller | ANGELINA | 1051940034 | 70832592 | 17654162 | ALAURA | LEIGH | SHELTON | 2/2/1968 | 16592664 | 2/2/2022 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | ANGELINA | CX7709456945 |
| James Quinn | 651 | Miller | ANGELINA | 1051586508 | 74743672 | 3198999 | MARTHA | A | LERMA | 8/13/1955 | 3211286 | 8/13/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 5/5/2018 | GENERAL ELECTION | | EV | ANGELINA | CX5151364560 |
| Eli Garcia | 647 | Kleinert | BEXAR | 1181442791 | 99277661 | 24844766 | JESSICA | KARINA | MONDRAGON | 7/1/1993 | 34135952 | 7/1/2023 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX5970776289 |
| Eli Garcia | 647 | Kleinert | BEXAR | 1184928343 | 60475434 | 26309143 | CECIA | K | VILLANUEVA | 3/21/1994 | 38067716 | 3/21/2021 | 36227865 | 3/21/2019 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | BEXAR | CX3722406852 |
| Eli Garcia | 647 | Kleinert | BEXAR | 1213911302 | 62690356 | 26553896 | THUONG | KIM | DO | 2/16/1992 | 36569712 | 2/16/2025 | | | Confirmed USC | Y | 12/13/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX2114343575 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2140249955 | 89377796 | 28997208 | DE ANTHONY | DEVANTE | BROWN | 5/16/1999 | 40026134 | 5/16/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX6461388277 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2142028215 | 97840466 | 1320716 | XOCHITL | CITLALLI | BYNUM | 9/26/1987 | 27819811 | 9/26/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX9782156880 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2145271865 | 202021702 | 15581237 | MICHAEL | | EWERS | 1/4/1969 | 15456226 | 1/4/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX9267905834 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2145664105 | 55498960 | 18017951 | HEIDI | MARIT | EVANS | 6/10/1982 | 8679545 | 6/10/2021 | | | Confirmed USC | Y | 5/15/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX3321427901 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2146930779 | 29067960 | 26661528 | JESSICA | MARGARITA | ORTIZ | 8/6/1993 | 41064934 | 8/6/2022 | 38716864 | 8/6/2019 | Confirmed USC | Y | 8/13/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX1440746114 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2151312039 | 204754238 | 27467944 | ZACKARIN | S | NECESITO | 5/6/1997 | 37849405 | 5/6/2021 | | | Confirmed USC | Y | 1/25/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX1651058124 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2151608397 | 58160236 | 24552493 | SAWRABHYA | VARUGHESE | KALAPURAKKAL | 11/7/1993 | 35757848 | 11/7/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX5048596655 |
| James Quinn | 651 | Miller | BRAZORIA | 1177036824 | 79006653 | 8453846 | YOLANDA | | CASTILLO | 11/19/1972 | 5409219 | 11/19/2024 | | | Unable to Confirm Electronically | Y | | 2 | 6 | 5/5/2018 | GENERAL ELECTION | | ED | BRAZORIA | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | EV | | CX2569779857 |
| James Quinn | 651 | Miller | BRAZORIA | 2122144289 | 41570258 | 13537088 | GAYLA | R | MURPHY | 5/25/1983 | 18424417 | 5/25/2021 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | BRAZORIA | CX5045757516 |
| James Quinn | 651 | Miller | BRAZOS | 1216274990 | 200351700 | 24616264 | MICHAEL | JOSE | ORTIZ GUTIERREZ | 3/17/1995 | 33822526 | 3/17/2019 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | BRAZOS | CX6802953420 |
| James Quinn | 651 | Miller | BRAZOS | 2148155598 | 37545623 | 16722923 | NELSO | WOLLY | MOWER | 2/9/1984 | 19614111 | 2/9/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX0160448578 |
| James Quinn | 651 | Miller | BRAZOS | 2148266201 | 59164196 | 26307105 | JULIE | | JOSEPH | 5/5/1997 | 36225043 | 5/5/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX5257691986 |
| James Quinn | 651 | Miller | CHAMBERS | 2123824676 | 81520357 | 27144267 | ENRIQUE | | MELGOZA | 8/13/1972 | 37396849 | 8/13/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | CHAMBERS | CX4525877809 |
| James Quinn | 651 | Miller | COLLIN | 2123969277 | 55547002 | 27782996 | CHRISTOPHER | NICHOLAS | FRASCA | 3/2/1998 | 38301818 | 3/2/2022 | | | Confirmed USC | Y | 11/22/2019 | 3 | 4 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | DEM | ED | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | CX3276942678 |
| James Quinn | 651 | Miller | COLLIN | 2140407588 | 88001187 | 29025061 | SHACHAR | | ALBALANCY | 10/14/1999 | 40055345 | 10/14/2025 | | | Unable to Confirm Electronically | Y | | 2 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | CX7125407050 |
| James Quinn | 651 | Miller | COLLIN | 1075814282 | 210036802 | 30255459 | MARY | | FORDJOUR | 5/24/1949 | | | | | Confirmed USC | Y | 5/10/2018 | 1 | 10 | 3/6/2018 | PRIMARY | R | EV | COLLIN | CX1564318657 |
| James Quinn | 651 | Miller | COLLIN | 1215823617 | 55153849 | 6827156 | LOLITA | R | DAVIS | 7/7/1974 | 20226962 | 7/7/2021 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX2498325674 |
| James Quinn | 651 | Miller | COLLIN | 1211942609 | 59960033 | 27467814 | SANDRA | EBOKHASOMI | AKIOTU | 6/10/1996 | 37849210 | 6/10/2020 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX3570425595 |
| James Quinn | 651 | Miller | COLLIN | 2123863252 | 88829391 | 18542512 | FUNMILAYO | EFUN | AKINSOLA | 9/10/1969 | 20690901 | 10/9/2020 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX9593994106 |
| James Quinn | 651 | Miller | COLLIN | 2131595176 | 62200281 | 25928345 | MOHAMMAD | ABDELBASET | ALMASADI | 1/27/1994 | 36307615 | 1/27/2025 | 35686653 | 1/27/2019 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX9062574959 |
| James Quinn | 651 | Miller | COLLIN | 1077083948 | 75536449 | 22134206 | OMAR | SAYED | ABDALLA | 6/21/1986 | 19900895 | 6/21/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX4995285597 |
| Luis Delgado | 659 | Miller | DALLAS | 2138819930 | 63859544 | 29104414 | DANIEL | ISAAC | MIRANDA AYALA | 9/7/1999 | | | | | Unable to Confirm Electronically | Y | | 3 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | DEM | EV | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | CX1953786852 |
| Luis Delgado | 659 | Miller | DALLAS | 2121938516 | 63732352 | 28955789 | THUY | THI THANH | DANG | 5/25/1969 | 40052969 | 5/25/2022 | 39969493 | 5/25/2022 | Unable to Confirm Electronically | Y | | 2 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | ED | | CX8510152742 |
| Luis Delgado | 659 | Miller | DALLAS | 2133003565 | 45634664 | 27865400 | STEPHAN | A | SCHNELL | 8/13/1959 | 38422149 | 8/13/2020 | | | Unable to Confirm Electronically | Y | | 2 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | ED | | CX4737924036 |
| Luis Delgado | 659 | Miller | DALLAS | 1147203686 | 28989567 | 11152886 | JUAN | FRANCISCO | PIMENTEL | 12/8/1955 | 8087392 | 12/8/1998 | 25996777 | 12/8/2019 | Unable to Confirm Electronically | Y | | 1 | 6 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX0651196550 |
| Luis Delgado | 659 | Miller | DALLAS | 1193478505 | 58747444 | 1909566 | MARIA | D | DIAZ DE HERNANDEZ | 5/24/1968 | 27867514 | 5/24/2021 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX2378985713 |
| Luis Delgado | 659 | Miller | DALLAS | 1195531861 | 200647676 | 5869847 | MARIYA | IVANOVA | OVCHAROV | 9/12/1966 | 24314863 | 9/12/2024 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7588010115 |
| Luis Delgado | 659 | Miller | DALLAS | 1207899885 | 62592950 | 27447829 | LEE | A | NOTICE | 12/5/1995 | 38185916 | 12/5/2026 | 37820461 | 12/5/2019 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX4540059610 |
| Luis Delgado | 659 | Miller | DALLAS | 1208852919 | 57650345 | 27711871 | LISETTE | C | MORALES-MARINERO | 3/20/1989 | 38198752 | 3/20/2020 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX6557440831 |
| Luis Delgado | 659 | Miller | DALLAS | 2120023267 | 64485710 | 29261670 | NATALIA | | GOMEZ | 10/12/1997 | | | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX2340721684 |
| Luis Delgado | 659 | Miller | DALLAS | 2121936391 | 56104627 | 16511778 | CARLOS | | RAMIREZ GUZMAN | 7/20/1985 | 25030853 | 7/20/2019 | 19071526 | 7/20/2009 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX7889935902 |
| Luis Delgado | 659 | Miller | DALLAS | 2130149246 | 55610896 | 25045907 | DIVYA | M | THOMAS | 11/9/1995 | 34419936 | 11/9/2019 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX6468355024 |
| Luis Delgado | 659 | Miller | DALLAS | 2131141565 | 64865005 | 30024804 | MAJENCIA | SIMBULAN | BRIDGES | 11/20/1962 | | | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX2891696997 |
| Luis Delgado | 659 | Miller | DALLAS | 1194980143 | 95324268 | 6103690 | CLARA | | MCGARY | 9/11/1955 | 12207043 | 9/11/2020 | 25664192 | 9/11/2013 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5663490504 |
| Anthony Carter | 656 | Miller | DALLAS | 1209869187 | 44564128 | 12720859 | MARIA | DEJESUS | GONZALEZ | 7/5/1977 | 17455382 | 7/5/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX5655079835 |
| Luis Delgado | 659 | Miller | DALLAS | 1219330111 | 204316702 | 27253880 | MIGUEL | ANGEL | GONZALEZ RUIZ | 5/8/1996 | 39378686 | 10/24/2019 | 37546548 | 11/27/2017 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX1449004158 |
| Luis Delgado | 659 | Miller | DALLAS | 2002146460 | 212064672 | 26483417 | HASSAN | F | NAJEM | 7/5/1997 | 36470519 | 7/5/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX6884205017 |
| Luis Delgado | 659 | Miller | DALLAS | 2120622534 | 99262936 | 24595183 | SHIRLEY | EYDELLE | SALINAS | 9/29/1994 | 33525769 | 9/29/2018 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX8774345915 |
| Luis Delgado | 659 | Miller | DALLAS | 2131101564 | 44468076 | 17809316 | ANNA | RUTH | SANTOS | 12/8/1979 | 14623918 | 12/8/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX7339265783 |
| Anthony Carter | 656 | Miller | DALLAS | 2133045994 | 38737089 | 28704509 | MICHELLE | E | JORDAN | 2/17/1976 | 39611344 | 2/17/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX9184621574 |
| Anthony Carter | 656 | Miller | DALLAS | 2133803077 | 64416922 | 29298608 | KEHINDE | SAMUEL | OLUWAYEMI | 10/26/1996 | 43533619 | 10/26/2024 | 40453716 | 10/26/2022 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5099429543 |
| Anthony Carter | 656 | Miller | DALLAS | 2140146237 | 87146336 | 24874671 | WALEED | HAYTHAM | SHAKHSHEER | 7/21/1995 | 34178129 | 7/21/2019 | | | Confirmed USC | Y | 12/18/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX6168096020 |
| Anthony Carter | 656 | Miller | DALLAS | 2142913390 | 207615699 | 31157442 | JASLER | | ORTIZ | 9/7/1999 | 42989115 | 9/7/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7371900717 |
| Anthony Carter | 656 | Miller | DALLAS | 2142955912 | 59851121 | 8466362 | AMADA | P | SANCHEZ | 2/12/1977 | 27101800 | 2/12/2021 | | | Confirmed USC | Y | 3/29/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7347120229 |
| Anthony Carter | 656 | Miller | DALLAS | 2143004529 | 46250375 | 6867269 | TEJWATIE | NATASHA | GANESH | 4/21/1976 | 21872897 | 4/21/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | ED | DALLAS | CX1293555324 |
| Anthony Carter | 656 | Miller | DALLAS | 2143915728 | 55529999 | 25189523 | REYNALD | | JACOB | 1/24/1958 | 34628898 | 1/24/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX6685079638 |
| Anthony Carter | 656 | Miller | DALLAS | 2144076081 | 43795321 | 21818114 | JULIO | C | VILLANUEVA MARTINEZ | 7/26/1984 | 9895828 | 7/26/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX3515109873 |
| Anthony Carter | 656 | Miller | DALLAS | 2149620753 | 60810171 | 30277262 | KIMEISEMOKUMU | A | OGBOH | 6/6/2000 | 43558425 | 6/6/2025 | 41762891 | 6/6/2023 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX2332429997 |
| Anthony Carter | 656 | Miller | DALLAS | 2150102772 | 59776859 | 12482168 | ADRIANA | E | GONZALEZ | 8/10/1970 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5337503682 |
| Anthony Carter | 656 | Miller | DALLAS | 2150106011 | 204486505 | 28651176 | HIRA | KHURRAM | RAJPUT | 12/15/1986 | 39534788 | 12/15/2021 | | | Confirmed USC | Y | 3/25/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5362752805 |
| Anthony Carter | 656 | Miller | DALLAS | 2150628958 | 200510165 | 24438043 | ISSAREEPORN | | SWEENEY | 4/7/1962 | 33585418 | 4/7/2023 | 33586372 | 4/7/2017 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX4998659815 |
| Anthony Carter | 656 | Miller | DALLAS | 2150645723 | 86920359 | 8159417 | GUADALUPE | | RAMIREZ | 12/12/1959 | 36194577 | 12/12/2024 | 16246655 | 12/12/2013 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5376750723 |
| Anthony Carter | 656 | Miller | DALLAS | 2150995806 | 66333883 | 31724514 | BLESSING | EMMANUEL | OKON | 5/15/1985 | 43791686 | 5/15/2025 | 43774287 | 5/15/2025 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX3566105866 |
| Anthony Carter | 656 | Miller | DALLAS | 2151155592 | 70616275 | 18967581 | CHANTAL | | SANTIAGO | 4/19/1984 | 23850459 | 4/19/2018 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | WILLIAMSON | CX2465812579 |
| Mark Richardson | 608 | Kleinert | DENTON | 2120385042 | 200465281 | 24362918 | CLAUDIA | | XIMENES | 6/11/1973 | 33487729 | 6/11/2022 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | DENTON | CX8683658597 |
| Mark Richardson | 608 | Kleinert | DENTON | 2150881492 | 60432241 | 23395722 | MARIELA | A | ALVAREZ | 9/19/1992 | 34568894 | 9/19/2023 | 28476534 | 9/19/2015 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DENTON | CX5880711085 |
| Todd Forister | 577 | Kleinert | DIMMIT | 2141753250 | 89450595 | 23378563 | ROSALIO | | CASTILLO-LOPEZ | 8/30/1957 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | EV | DIMMIT | CX8056303601 |
| Todd Forister | 640 | Miller | EL PASO | 2001629489 | 207252865 | 28464398 | OMAR | E | BARRIGA | 9/18/1994 | 39267311 | 9/18/2020 | | | Unable to Confirm Electronically | Y | | 2 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | EL PASO | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | CX8346939570 |
| Todd Forister | 640 | Miller | EL PASO | 2135648727 | 61907572 | 26012237 | CHRISTIAN | GABRIEL | LOZANO MANRIQUEZ | 1/20/1999 | 39535285 | 1/20/2023 | 35810242 | 1/20/2020 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | EL PASO | CX9858039448 |
| Todd Forister | 640 | Miller | EL PASO | 2136528746 | 76392826 | 27698835 | JESUS | | NAVARRETE | 2/11/1988 | 38245492 | 2/11/2020 | 38179801 | 2/11/2021 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | EL PASO | CX2638335890 |
| Todd Forister | 640 | Miller | EL PASO | 2137543987 | 62565783 | 27119113 | NADINE | LAHR | SMITH | 6/9/1978 | 37362703 | 6/9/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | EL PASO | CX5198719650 |
| Todd Forister | 640 | Miller | EL PASO | 2146733159 | 87198396 | 1014605 | JAIME | A | TERRAZAS SILVA | 11/21/1983 | 27795179 | 11/21/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | EL PASO | CX7090974761 |
| Mark Richardson | 608 | Kleinert | ELLIS | 2142704104 | 62432274 | 26050575 | JEFFREY | THOMAS | BUCKNAM | 5/23/1980 | 35867593 | 5/23/2024 | | | Unable to Confirm Electronically | Y | | 3 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | ELLIS | |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | REP | ED | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | EV | | CX9766701000 |
| Mark Richardson | 608 | Kleinert | ELLIS | 2121507808 | 55547421 | 25095701 | ROXANNE | | BURTON | 7/13/1985 | 34489744 | 7/13/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | ELLIS | CX5336927497 |

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Richardson | 608 | Kleinert | ELLIS | 2150024010 | 87280655 | 20591492 | CARMEN | ALICIA | PENA | 9/19/1962 | 12776175 | 9/19/2024 | | | Confirmed USC | Y | 12/7/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | ELLIS | CX1657655406 |
| John Combs | 655 | Miller | FORT BEND | 1190976783 | 77605580 | 25298803 | CARINE | | MWUMVANEZA | 8/18/1992 | 34787502 | 8/18/2017 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | DENTON | CX5234207475 |
| John Combs | 655 | Miller | FORT BEND | 2127529744 | 201118404 | 6094555 | MOHAMMED | IMRAN | KHAN | 3/5/1984 | 28251170 | 3/5/2021 | 28251171 | 3/5/2019 | Confirmed USC | Y | 11/22/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | FORT BEND | CX0830984304 |
| John Combs | 655 | Miller | FORT BEND | 2132282063 | 63651931 | 28498766 | DAMILOLA | ELIZABETH | KADIRI | 7/6/1994 | 42012230 | 7/6/2023 | 39315254 | 7/6/2021 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | FORT BEND | CX1458138761 |
| John Combs | 655 | Miller | FORT BEND | 2143184059 | 61599000 | 25760018 | TEMITOPE | OLUSOLA | AODU | 10/18/1975 | 35441406 | 10/18/2020 | | | Confirmed USC | Y | 8/1/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX2892979224 |
| John Combs | 655 | Miller | FORT BEND | 2148113503 | 135062430 | 9857060 | NKECHI | GERALDINE | MBAH | 10/11/1969 | 22020227 | 10/11/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX7355212752 |
| John Combs | 655 | Miller | FORT BEND | 2149707290 | 65456133 | 31088118 | MANUELA | EWURAMA | APPIAH | 3/18/2000 | 43913023 | 3/18/2025 | 42893982 | 3/18/2024 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | FORT BEND | CX1557869822 |
| John Combs | 655 | Miller | FORT BEND | 2150217246 | 86962103 | 5747040 | LILIANA | CRISTINA | BARRON | 12/10/1986 | 23067597 | 12/10/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX0511810522 |
| John Combs | 655 | Miller | FORT BEND | 2150218451 | 75298737 | 11321625 | JOSE | LUIS | BECERRA | 4/8/1966 | 7467392 | 4/8/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX5714840941 |
| John Combs | 655 | Miller | FORT BEND | 2150631520 | 38756767 | 3956226 | SUSANA | PAOLA | MEJIA | 10/11/1974 | 14124307 | 10/11/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX6318333753 |
| John Combs | 655 | Miller | FORT BEND | 2151740521 | 203397341 | 25942561 | HOCK LIAN | | PANG-WILLIAMS | 11/10/1964 | 35707591 | 2/21/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX3181805420 |
| Stan Head | 596 | Miller | GALVESTON | 1205801081 | 41770675 | 19863075 | GUADALUPE | HINOJOSA | CABALLERO | 11/28/1987 | 23900822 | 11/28/2024 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | GALVESTON | CX7159780055 |
| Stan Head | 596 | Miller | GALVESTON | 2133292250 | 204916951 | 27811445 | EMMALINE | | WOMACK | 10/10/1997 | 38343641 | 10/10/2021 | 38343793 | 10/10/2020 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | GALVESTON | CX7789256011 |
| Stan Head | 596 | Miller | GALVESTON | 2148477268 | 72345484 | 23549865 | DANIEL | NICHOLAS | ATKIN | 1/20/1994 | 36424144 | 1/20/2019 | 28689588 | 1/20/2016 | Confirmed USC | Y | 11/20/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | GALVESTON | CX0467905059 |
| Rachel Kading | 595 | Kleinert | GUADALUPE | 2147953170 | 90363632 | 21126946 | ELIZABETH | | RUBIO | 6/8/1967 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | GUADALUPE | CX9373486258 |
| Todd Forister | 640 | Miller | HALL | 1010402979 | 90870616 | 23071237 | CELIA | CERROS | DURAN | 8/12/1951 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | R | ED | HALL | CX1223788814 |
| John Combs | 655 | Miller | HARRIS | 1156236795 | 47054511 | 3003993 | SU | IL | PAK | 2/10/1934 | 19085581 | 2/10/2024 | | | Confirmed USC | Y | 11/13/2019 | 3 | 4 | 11/6/2018<br>5/22/2018<br>3/6/2018 | GENERAL ELECTION<br>PRIMARY RUN-OFF ELECTION<br>PRIMARY | <br>DEM<br>D | AV<br>AV<br>AV | BRAZORIA<br><br>FORT BEND | CX2817134184 |
| John Combs | 655 | Miller | HARRIS | 2000833419 | 86064457 | 18900895 | DORA | A | MUNOZ CALDERON | 6/10/1963 | 14669864 | 6/10/2019 | | | Unable to Confirm Electronically | Y | | 2 | 5 | 11/6/2018<br>3/6/2018 | GENERAL ELECTION<br>PRIMARY | <br>D | ED<br>EV | <br>HARRIS | CX3618549848 |
| Josie Evans | 506 | Miller | HARRIS | 2127759188 | 36427348 | 26713021 | JEREMY | VAUGHN | JOSEPH | 9/28/1977 | 36789388 | 9/28/2019 | | | Unable to Confirm Electronically | Y | | 2 | 3 | 11/6/2018<br>3/6/2018 | GENERAL ELECTION<br>PRIMARY | <br>D | EV<br>ED | <br>HARRIS | CX6423628594 |
| Josie Evans | 506 | Miller | HARRIS | 1194998706 | 34061762 | 26454869 | DONNA | ELAINE | GUYTON | 7/13/1965 | 36430523 | 7/13/2019 | | | Unable to Confirm Electronically | Y | | 1 | 6 | 11/6/2018 | GENERAL ELECTION | | EV | | CX8488068447 |
| Josie Evans | 506 | Miller | HARRIS | 1107730741 | 75215788 | 19178964 | JOSE | ANTONIO | LUNA | 9/5/1984 | 17722901 | 9/5/2025 | | | Unable to Confirm Electronically | Y | | 1 | 4 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX6909020171 |
| Josie Evans | 506 | Miller | HARRIS | 1111523558 | 74508026 | 17386131 | CLAUDIA | A | GONZALEZ | 12/5/1975 | 7738519 | 12/5/2023 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 3/6/2018 | PRIMARY | D | EV | HARRIS | CX1509472056 |
| Josie Evans | 506 | Miller | HARRIS | 1112116764 | 36844664 | 11781646 | JOANN | V | MITCHELL | 6/17/1959 | 20414601 | 6/17/2021 | 15104558 | 6/17/2008 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX0098761429 |
| Josie Evans | 555 | Miller | HARRIS | 1117543075 | 55175613 | 20447250 | CURTNEY | ENSOP | SMITH | 8/20/1959 | 15741552 | 8/20/2019 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX6018100627 |
| Josie Evans | 506 | Miller | HARRIS | 1214743674 | 200525795 | 14406431 | ISRAEL | | MORENO CERDA | 12/27/1971 | 26257024 | 12/27/2019 | 25991977 | 12/27/2012 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX8511167723 |
| Josie Evans | 506 | Miller | HARRIS | 1104422923 | 41850452 | 21859998 | JOSE | | HERRERA-HERRERA | 1/7/1961 | 15859026 | 1/7/2025 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX1294899596 |
| Josie Evans | 506 | Miller | HARRIS | 1107503042 | 40089751 | 11452216 | BARRINGTON | | LEE | 7/16/1964 | 11395717 | 7/16/2021 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX1058809590 |
| Josie Evans | 506 | Miller | HARRIS | 1108921786 | 21615570 | 15551053 | DANIEL | A HERRERA | SALAS | 10/10/1978 | 10553618 | 10/10/2024 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX4777498884 |
| Josie Evans | 506 | Miller | HARRIS | 1218156070 | 97209957 | 19539291 | GLORIA | CARMINA | GRANADOS | 8/23/1960 | 17741576 | 8/23/2019 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX3423335249 |
| Shani Milliner | 649 | Miller | HARRIS | 2000718588 | 82224526 | 27250112 | SERGIO | D | REYNOSO GUZMAN | 8/14/1997 | 37541585 | 8/14/2021 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX5821739997 |
| Shani Milliner | 649 | Miller | HARRIS | 2121765504 | 205021578 | 23675829 | MARIA AMPARO | ANCIOR | WILSON | 10/30/1989 | 35332034 | 8/14/2019 | | | Confirmed USC | Y | 3/13/2019 | 1 | 2 | 3/6/2018 | PRIMARY | R | EV | HARRIS | CX7261477872 |
| Shani Milliner | 649 | Miller | HARRIS | 2128581537 | 46417117 | 25536916 | CESAR | JOAQUIN | REYES HERNANDEZ | 7/21/1995 | 37852349 | 7/21/2020 | 34842393 | 7/21/2017 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX2145970661 |
| Shani Milliner | 649 | Miller | HARRIS | 2131922112 | 99511064 | 28585685 | DIEGO | M | JERMANO | 11/4/1993 | 39124515 | 11/4/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX1806083057 |
| Shani Milliner | 649 | Miller | HARRIS | 2139764464 | 45651785 | 21896845 | ANH HONG | THI | NGUYEN | 7/15/1951 | 22764755 | 7/15/2023 | 17565904 | 7/15/2008 | Confirmed USC | Y | 2/5/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX9688690041 |
| Shani Milliner | 649 | Miller | HARRIS | 2139794698 | 63082299 | 27605554 | MOHAMAD | | KHALIL | 6/4/1991 | 38045072 | 6/4/2020 | | | Confirmed USC | Y | 8/13/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX6953370742 |
| Shani Milliner | 649 | Miller | HARRIS | 2141126372 | 71718831 | 23868283 | ABDULRAHMAN | OSMAN | MAANI | 3/9/1993 | 29080863 | 3/9/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX6317606954 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2143406929 | 43506906 | 30817976 | ROSMERY | ALTAGRACIA | MCGLOTHEN | 2/25/1991 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX2861277910 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2143527601 | 208073117 | 30067982 | MEIYU | | RONG | 4/6/1966 | 41484048 | 9/12/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX6269569243 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2144864575 | 97922034 | 28102916 | KEVIN | IVAN | CASTRO ROMERO | 7/12/1996 | 39187402 | 7/12/2021 | 38753549 | 7/12/2021 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX8143495534 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2147809134 | 63660023 | 28708508 | NGUYEN | THI NHU | TRAN | 12/25/1987 | 39617091 | 12/25/2021 | | | Confirmed USC | Y | 7/24/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX2547879347 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2147958338 | 62386880 | 26045899 | FRANKIE | | NGUYEN | 7/7/1979 | 35860617 | 7/7/2024 | | | Confirmed USC | Y | 12/12/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX1629350402 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2148240584 | 87136744 | 6727237 | JOSE | ENRIQUE | RODRIGUEZ | 10/6/1978 | 25641849 | 10/6/2019 | | | Confirmed USC | Y | 12/12/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX2134502011 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2148413789 | 61727431 | 28500188 | YONGJUN | | LIANG | 3/12/1995 | 39317232 | 3/12/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX8750396499 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2149114321 | 58420150 | 28091754 | MARIA | MELISSA | CRUZ DUARTE | 9/23/1997 | 39251180 | 9/23/2021 | 38757935 | 9/23/2020 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX9968674044 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2149460744 | 79344355 | 11083525 | AI | | LIU | 5/18/1992 | 27339521 | 5/18/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HARRIS | CX5965649350 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2150290538 | 64848759 | 29856204 | HUY | | NGUYEN | 3/8/2000 | 41206739 | 3/8/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX2274553342 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2150545407 | 88157871 | 15257811 | CAROLINA | JOSEFINA | JORGEZ | 8/6/1971 | 12538684 | 8/6/2020 | | | Confirmed USC | Y | 11/14/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | MATAGORDA | CX4358149179 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2150584572 | 97208927 | 28064586 | OSCAR | EMILIO | SANTANDER | 11/2/1995 | 38700648 | 11/2/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | MONTGOMERY | CX1696623118 |
| Rachel Kading | 595 | Kleinert | HAYS | 2002763939 | 88798922 | 19975424 | DANIEL | | SANDOVAL | 11/10/1997 | 37392555 | 11/10/2021 | 6909877 | 11/10/2018 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX9260650037 |
| Rachel Kading | 595 | Kleinert | HAYS | 2151971719 | 95650476 | 26275260 | ENRIQUE | | COLUMBIE MARTINEZ | 2/25/1996 | 36181949 | 2/25/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | ROCKWALL | CX9663981737 |
| Todd Forister | 640 | Miller | HEMPHILL | 2142199985 | 99256850 | 29623877 | MARIO | H | MANRIQUEZ | 11/11/1987 | 41014624 | 11/11/2022 | 40899368 | 11/11/2022 | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | R | EV | HEMPHILL | CX2515101178 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 1055572655 | 90454210 | 22491364 | JUAN | MARTIN | CALDERON | 12/9/1977 | 8998448 | 12/9/2019 | | | Unable to Confirm Electronically | Y | | 1 | 5 | 11/6/2018 | GENERAL ELECTION | | EV | HIDALGO | CX5386707754 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 1152039115 | 90745867 | 5686545 | LAURO | | GARCIA ELIZONDO | 7/2/1936 | 36954623 | 7/2/2019 | 23064461 | 12/31/9999 | Unable to Confirm Electronically | Y | | 1 | 3 | 3/6/2018 | PRIMARY | D | EV | HIDALGO | CX6384181160 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2003204903 | 57919518 | 25800912 | RANLIE | ALIBIO | BASAS | 9/22/1984 | 35501239 | 9/22/2024 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | HIDALGO | CX4731079895 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2129923197 | 98080160 | 4189042 | EVA | | IBARRA DE GARZA | 7/22/1968 | | | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | HIDALGO | CX8000173688 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2133404132 | 73758271 | 3714696 | AGUSTIN | J | DE LOS REYES PALOMARES | 2/2/1984 | 28026986 | 2/2/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HIDALGO | CX0927032531 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2133856647 | 78943207 | 2469485 | CRISTINA | ARREDONDO | REYES | 9/11/1964 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HIDALGO | CX1426396396 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2136943668 | 207824494 | 29726499 | MANUEL | | VELASCO | 5/12/1943 | 41039643 | 5/12/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | EV | HIDALGO | CX2496480354 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2142563151 | 64589888 | 30891794 | KEILA | DALILA | HERNANDEZ MIRELES | 8/1/1996 | 41926347 | 8/1/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | EV | HIDALGO | CX7123122541 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2149543685 | 203406842 | 26741650 | LUCERO | | MARTINEZ GARCIA | 12/20/1991 | 36829514 | 12/20/2019 | | | Confirmed USC | Y | 12/14/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HIDALGO | CX7229243797 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2151614546 | 65341513 | 31070639 | BRANDON | RAFAEL | GONZALEZ AHUMADA | 9/11/2000 | 42869956 | 9/11/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | HIDALGO | CX6611262025 |
| Todd Forister | 640 | Miller | HOWARD | 1200376336 | 201106980 | 27079462 | ALEJANDRO | | RODRIGUEZ | 7/9/1959 | 37309371 | 7/9/2018 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | HOWARD | CX2417574518 |
| Rachel Kading | 595 | Kleinert | JIM WELLS | 1020684936 | 27174341 | 10675836 | RAMON | | DELAROSA ARNADA | 8/31/1934 | 37180314 | 1/1/1900 | 18322731 | 12/31/9999 | Unable to Confirm Electronically | Y | | 2 | 4 | 11/6/2018<br>3/6/2018 | GENERAL ELECTION<br>PRIMARY | <br>D | ED<br>ED | JIM WELLS | CX3186682335 |
| Mark Richardson | 608 | Kleinert | JOHNSON | 1034870502 | 35153137 | 2989422 | MARIA | | SANTOS DE GARAY | 9/27/1950 | 17078525 | 9/27/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | JOHNSON | CX8859524316 |
| Stan Head | 596 | Miller | KAUFMAN | 2130790791 | 90744426 | 27865714 | CLAY | J | MCRAE | 4/27/1954 | 38422599 | 4/27/2020 | | | Unable to Confirm Electronically | Y | | 3 | 5 | 11/6/2018<br>5/22/2018<br>3/6/2018 | GENERAL ELECTION<br>PRIMARY RUN-OFF ELECTION<br>PRIMARY | <br>REP<br>R | EV<br>EV<br>EV | KAUFMAN | CX4191901101 |
| Rachel Kading | 595 | Kleinert | KLEBERG | 2130702005 | 76928606 | 29453482 | ROSILEIA | SANTOS | BURCHERS | 2/27/1966 | 40665403 | 2/27/2022 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | KLEBERG | CX6039691264 |
| Todd Forister | 640 | Miller | LAMB | 1042609435 | 74905145 | 19204078 | ROSALINDA | | CRUZ | 9/1/1970 | 20730547 | 9/1/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 5/5/2018 | SPECIAL ELECTION | | ED | LAMB | CX1826253493 |
| Rachel Kading | 595 | Kleinert | LAVACA | 1029272793 | 91114748 | 857325 | RAMON | | COLUNGA | 9/25/1949 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | LAVACA | CX6280826003 |

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Todd Forister | 640 | Miller | LUBBOCK | 1191503167 | 43459725 | 20668362 | BRENDA | E | BERRY | 9/16/1982 | 7917124 | 9/16/2021 | | | Unable to Confirm Electronically | Y | | 1 | 6 | 11/6/2018 | GENERAL ELECTION | | ED | COLLIN | CX2949449637 |
| Todd Forister | 640 | Miller | LUBBOCK | 1195121678 | 87423122 | 24019772 | PING | JIE | SMITH | 7/27/1967 | 29255778 | 7/27/2023 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | LUBBOCK | CX1480329364 |
| Todd Forister | 640 | Miller | LUBBOCK | 2149665422 | 207583327 | 30427320 | CRISTHOPHER | BRYAN | DONAYRE MATALLANA | 3/4/1999 | 41977900 | 5/11/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | LUBBOCK | CX6065747601 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2135823167 | 58819038 | 28091747 | GLORIA | Y | ARELLANO MARTINEZ | 1/29/1995 | | | | | Unable to Confirm Electronically | Y | | 3 | 4 | 11/6/2018 | GENERAL ELECTION | | EV | MAVERICK | |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | D | EV | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | CX5884802707 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 1185928029 | 204022532 | 26120113 | MARIA | GUADALUPE | ROJAS GUTIERREZ | 6/13/1965 | | | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | MAVERICK | CX9394579977 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2137375507 | 58819039 | 30545322 | LIZBETH | P | ARELLANO MARTINEZ | 1/21/1999 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 5/22/2018 | PRIMARY RUN-OFF ELECTION | D | EV | MAVERICK | CX7827408945 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2143316821 | 207681134 | 29872647 | LIZ | SCARLET | GARCIA | 6/4/1982 | 41328746 | 6/4/2023 | 41227771 | 6/4/2023 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | MAVERICK | CX3642602269 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2143328068 | 36578657 | 9737919 | ROSARIO | ELIZABETH | GUERRA | 8/4/1974 | 16303090 | 8/4/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 5/22/2018 | PRIMARY RUN-OFF ELECTION | D | ED | MAVERICK | CX9584996724 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2145079151 | 21612573 | 8404544 | CARLOS | CRUZ | SALDANA | 2/22/1980 | 15266738 | 2/22/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | MAVERICK | CX5942492350 |
| Todd Forister | 640 | Kleinert | MIDLAND | 2000758517 | 60146793 | 29130633 | EMMANUEL | | GARCIA ANDRADE | 12/26/1996 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | MIDLAND | CX7316635058 |
| Stan Head | 596 | Miller | MONTGOMERY | 2143582408 | 76829158 | 22155686 | LESLI | IVANIA | AREVALO | 1/5/1985 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | MONTGOMERY | CX9952081551 |
| Rachel Kading | 595 | Kleinert | NUECES | 1207890464 | 90371155 | 23027355 | JUAN | ABRAHAM | SAENZ | 12/27/1973 | 15942153 | 12/27/2022 | 15885558 | 12/27/2010 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | NUECES | CX4500085765 |
| Rachel Kading | 595 | Kleinert | NUECES | 2131792033 | 62190330 | 26860673 | EDUARDO | | MALDONADO | 11/12/1993 | 37372863 | 11/12/2019 | 36997322 | 11/12/2019 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | NUECES | CX3265621034 |
| Mark Richardson | 608 | Kleinert | PARKER | 2152358206 | 205285104 | 31787534 | LAWRENCE | BRADLEY | BARTER | 5/31/1960 | 43861081 | 5/31/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | PX | PARKER | CX8214750494 |
| Todd Forister | 640 | Kleinert | PARMER | 2124410075 | 204908280 | 27680832 | ESMERALDA | MAGALY | GARZA | 9/5/1977 | 38153236 | 9/5/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | R | EV | PARMER | CX5730518792 |
| Todd Forister | 640 | Kleinert | POTTER | 1184874133 | 57442140 | 27022333 | ALEJANDRA | | PATINO | 2/16/1991 | 37229774 | 2/16/2020 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | POTTER | CX1427558909 |
| Hank Stifflemire | 626 | Kleinert | STARR | 1022843384 | 78135001 | 21222847 | NOE | | MIJARES | 1/19/1983 | 19832197 | 1/19/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | EV | STARR | CX1496643980 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2137366624 | 61071570 | 30141441 | JASPAL | | KAUR | 4/15/1976 | 41580890 | 4/15/2023 | | | Unable to Confirm Electronically | Y | | 2 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | ED | | CX4980335607 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 1207809032 | 62692824 | 26746627 | MARIA | LIZBETH | SANTILLANO | 8/28/1995 | | | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | CX5364676318 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | [illegible] | [illegible] | [illegible] | FARHANA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | Confirmed USC | Y | 10/31/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | [illegible] |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2128800552 | 59505914 | 29726178 | MISHEAL | | AGGREY | 6/12/1998 | 41059195 | 6/12/2022 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX9806698597 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2150990766 | 47279793 | 27184727 | BROCK | JENGIS | BERGSTRAND | 7/11/1998 | 37451776 | 7/11/2022 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX9051197023 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | [illegible] | [illegible] | [illegible] | ELVA | | MEZA | [illegible] | [illegible] | [illegible] | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | [illegible] |
| Mark Richardson | 608 | Kleinert | TARRANT | 1207878604 | 55571347 | 24910267 | UTON | C | CAPLETON | 4/14/1986 | 34228285 | 4/14/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | CX3578684607 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2159906789 | 61510076 | 29865843 | JOSHUA | NMELICHUKWU | AKPOM | 6/22/1999 | 41291136 | 6/22/2025 | 41216475 | 6/22/2025 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX9651532180 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | [illegible] | [illegible] | [illegible] | FAITH | MORAA | MOSE | [illegible] | [illegible] | [illegible] | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | [illegible] |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2151114356 | 62029435 | 30158986 | CHARLES | O | OGUNMOYIN | 12/12/1999 | 41577550 | 12/12/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX7435182456 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2151240256 | 207607371 | 30835123 | GONZALO | A | PEREZ | 4/27/2000 | 42540523 | 4/27/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | CX5204403464 |
| Todd Forister | 640 | Kleinert | TOM GREEN | 2149589264 | 47318661 | 28779580 | RAMIRO | | RODRIGUEZ | 7/23/1997 | 40815276 | 7/23/2022 | 39720926 | 7/23/2021 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | KINNEY | CX9446209745 |
| Stan Roper | 609 | Kleinert | TRAVIS | 1191652517 | 200404500 | 24858239 | ANDONI | | ALMEIDA | 10/8/1994 | 34154752 | 10/8/2024 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 3/6/2018 | PRIMARY | D | EV | TRAVIS | CX6144149519 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2124084119 | 200404502 | 28041014 | AINARA | | ALMEIDA | 4/14/1998 | 38668818 | 4/14/2022 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 3/6/2018 | PRIMARY | D | EV | TRAVIS | CX8419211180 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2123911801 | 91832712 | 22282355 | ADRIAN | ARENAS | CRUZ | 2/16/1981 | 22808631 | 2/16/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TRAVIS | CX5750954655 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2149480124 | 78961065 | 27572342 | JESSICA | | RODRIGUEZ LUEVANO | 6/25/1996 | 37998339 | 6/25/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX1776351028 |
| Rachel Kading | 595 | Kleinert | TRAVIS | 2149480481 | 63435596 | 26219168 | JAIME | ENRIQUE | SARABIA AGUILAR | 12/18/1995 | 36105944 | 12/18/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX8386895064 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2151787128 | 47201847 | 28167728 | AUSTIN | JAMES | FLETCHER | 9/3/1999 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX2224128688 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2152163596 | 98555300 | 27311254 | JOSHUA | ARTURO | ADAME GONZALEZ | 9/24/1996 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TRAVIS | CX8476941812 |
| Stan Head | 596 | Miller | TRINITY | 1018570760 | 78555971 | 15446264 | JOSE | LUIS | RODRIGUEZ | 12/17/1974 | 6676080 | 12/17/2023 | | | Unable to Confirm Electronically | Y | | 2 | 6 | 5/22/2018 | PRIMARY RUN-OFF ELECTION | R | ED | TRINITY | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | EV | | CX2211743605 |
| Stan Roper | 609 | Kleinert | WHARTON | 2134011288 | 35518693 | 17574768 | MARIA | PAUL | MEJORADO | 3/22/1956 | 15609333 | 3/22/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | WHARTON | CX8136916949 |
| Stan Roper | 609 | Kleinert | WILLIAMSON | 1131398938 | 26556717 | 13024696 | LUD | CARMEN | COVILLE GUERRERO | 2/23/1982 | 27595334 | 2/23/2021 | | | Unable to Confirm Electronically | Y | | 1 | 4 | 11/6/2018 | GENERAL ELECTION | | ED | WILLIAMSON | CX8289727303 |
| Stan Roper | 609 | Kleinert | WILLIAMSON | 2001457186 | 62097511 | 26804142 | VIRIA | MARIA | KRATZERT | 3/4/1971 | 36917681 | 3/4/2020 | | | Confirmed USC | Y | 10/18/2018 | 1 | 4 | 3/6/2018 | PRIMARY | R | ED | WILLIAMSON | CX1464583881 |
| Stan Roper | 609 | Kleinert | WILSON | 2150679444 | 64292482 | 31163318 | KIMBERLY | ILEANA | MENJIVAR LEON | 12/24/1999 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | WILSON | CX5496312665 |

Referred

Closed

Waiting for USCIS

Indicted

PDP/Conviction