**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br>   *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br>   *Defendants*. <br><br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br>   *Intervenor-Defendants*. | CIVIL ACTION NO. <br> 5:21-cv-844-XR <br> [Consolidated Action:  Lead Case] |

**[PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' OPPOSED MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION *IN LIMINE* TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD**

Before the Court is LUPE Plaintiffs' Opposed Motion to Strike the Declaration of Jonathan White and Motion *in Limine* to Exclude Testimony About Non-Public Information Relating to Investigations and Prosecutions of Alleged Voter Fraud.  Dkt. _____.   Upon the Court's review of the motion, the Motion to Strike is GRANTED and the Motion *in Limine* is GRANTED.

It is hereby ORDERED that the portions redacted in Exhibit A of the instant motion are struck from the record.  *See* Dkts. 645-5 at 14-23 (exhibit to the State's response to the United States' motion for summary judgment) and 646-3 at 29-38 (exhibit to the State's response to OCA Plaintiffs' motion for summary judgment).  It is further ORDERED that testimony by Mr. White

1

or any other State witness about or based on non-public information regarding investigations or prosecutions of alleged voter fraud is excluded.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. XAVIER RODRIGUEZ