# Exhibit 2

Table: DECENNIALPL2010.P2

# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE



**Note:** The table shown may have been modified by user selections. Some information may be missing.

| **DATA NOTES** | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2010 |
| DATASET: | DECENNIALPL2010 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| FTP URL: | https://www2.census.gov/census_2010/redistricting_file--pl_94-171/ |
| API URL: | https://api.census.gov/data/2010/dec/pl |

| **USER SELECTIONS** | |
|---|---|
| TABLES | P2 |
| GEOS | Texas |

| **EXCLUDED COLUMNS** | None |
|---|---|

| **APPLIED FILTERS** | None |
|---|---|

| **APPLIED SORTS** | None |
|---|---|

| **PIVOT & GROUPING** | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| **WEB ADDRESS** | https://data.census.gov/table?q=P2:+HISPANIC+OR+LATINO,+AND+NOT+HISPANIC+OR+LATINO+BY+RACE&g=040XX00US48&tid=DECENNIALPL2010.P2 |
|---|---|

Table: DECENNIALPL2010.P2

| TABLE NOTES | NOTE: Change to the California,Connecticut,Mississippi,New Hampshire,Virginia, and Washington P. L. 94-171 Summary Files as delivered. |
|---|---|
|  | NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/pl94-171.pdf |
|  | Source: U.S. Census Bureau, 2010 Census. |
|  |  |
| COLUMN NOTES | None |
|  |  |

Table: DECENNIALPL2010.P2

| Label | Texas |
|---|---|
| Total: | 25,145,561 (r48514) |
|   Hispanic or Latino | 9,460,921 |
|   Not Hispanic or Latino: | 15,684,640 |
|     Population of one race: | 15,365,082 |
|       White alone | 11,397,345 |
|       Black or African American alone | 2,886,825 |
|       American Indian and Alaska Native alone | 80,586 |
|       Asian alone | 948,426 |
|       Native Hawaiian and Other Pacific Islander alone | 17,920 |
|       Some Other Race alone | 33,980 |
|     Two or More Races: | 319,558 |
|       Population of two races: | 299,548 |
|         White; Black or African American | 88,914 |
|         White; American Indian and Alaska Native | 69,937 |
|         White; Asian | 79,530 |
|         White; Native Hawaiian and Other Pacific Islander | 5,245 |
|         White; Some Other Race | 9,691 |
|         Black or African American; American Indian and Alaska Native | 11,894 |
|         Black or African American; Asian | 10,007 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 2,089 |

Table: DECENNIALPL2010.P2

| Label | Texas |
|---|---|
| Black or African American; Some Other Race | 4,871 |
| American Indian and Alaska Native; Asian | 2,727 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 213 |
| American Indian and Alaska Native; Some Other Race | 495 |
| Asian; Native Hawaiian and Other Pacific Islander | 4,346 |
| Asian; Some Other Race | 9,178 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 411 |
| Population of three races: | 18,176 |
| White; Black or African American; American Indian and Alaska Native | 8,029 |
| White; Black or African American; Asian | 2,754 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 361 |
| White; Black or African American; Some Other Race | 787 |
| White; American Indian and Alaska Native; Asian | 1,431 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 239 |

Table: DECENNIALPL2010.P2

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 361 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 2,201 |
| White; Asian; Some Other Race | 610 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 68 |
| Black or African American; American Indian and Alaska Native; Asian | 310 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 97 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 153 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 330 |
| Black or African American; Asian; Some Other Race | 230 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 62 |

Table: DECENNIALPL2010.P2

| Label | Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 48 |
| American Indian and Alaska Native; Asian; Some Other Race | 27 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 69 |
| Population of four races: | 1,497 |
| White; Black or African American; American Indian and Alaska Native; Asian | 688 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 75 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 250 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 153 |

Table: DECENNIALPL2010.P2

| Label | Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 49 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 171 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 15 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; Asian; Native Hawaiian and Other Pacific Islander, Some Other Race | 29 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 21 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 8 |

Table: DECENNIALPL2010.P2

| Label | Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 22 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| Population of five races: | 312 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 262 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 26 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |

Table: DECENNIALPL2010.P2

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 11 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| Population of six races: | 25 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 25 |