# Exhibit 3

# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE



**Note:** The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

| USER SELECTIONS | |
|---|---|
| TABLES | P2 |
| GEOS | Texas |

| EXCLUDED COLUMNS | None |
|---|---|

| APPLIED FILTERS | None |
|---|---|

| APPLIED SORTS | None |
|---|---|

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | https://data.census.gov/table?q=P2:+HISPANIC+OR+LATINO,+AND+NOT+HISPANIC+OR+LATINO+BY+RACE&g=040XX00US48&tid=DECENNIALPL2020.P2 |
|---|---|

Table: DECENNIALPL2020.P2

| TABLE NOTES | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census Redistricting Data (Public Law 94-171) Summary File Technical Documentation. |
|---|---|
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and the 2020 Census. |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| COLUMN NOTES | None |

Table: DECENNIALPL2020.P2

| Label | Texas |
|---|---|
| Total: | 29,145,505 |
|   Hispanic or Latino | 11,441,717 |
|   Not Hispanic or Latino: | 17,703,788 |
|     Population of one race: | 16,817,693 |
|       White alone | 11,584,597 |
|       Black or African American alone | 3,444,712 |
|       American Indian and Alaska Native alone | 85,425 |
|       Asian alone | 1,561,518 |
|       Native Hawaiian and Other Pacific Islander alone | 27,857 |
|       Some Other Race alone | 113,584 |
|     Population of two or more races: | 886,095 |
|       Population of two races: | 835,478 |
|         White; Black or African American | 185,160 |
|         White; American Indian and Alaska Native | 266,895 |
|         White; Asian | 155,868 |
|         White; Native Hawaiian and Other Pacific Islander | 9,479 |
|         White; Some Other Race | 139,378 |
|         Black or African American; American Indian and Alaska Native | 23,290 |
|         Black or African American; Asian | 16,569 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 3,231 |

Table: DECENNIALPL2020.P2

| Label | Texas |
|---|---|
| Black or African American; Some Other Race | 17,944 |
| American Indian and Alaska Native; Asian | 2,257 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 340 |
| American Indian and Alaska Native; Some Other Race | 940 |
| Asian; Native Hawaiian and Other Pacific Islander | 9,581 |
| Asian; Some Other Race | 4,221 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 325 |
| Population of three races: | 45,808 |
| White; Black or African American; American Indian and Alaska Native | 18,196 |
| White; Black or African American; Asian | 6,846 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 828 |
| White; Black or African American; Some Other Race | 4,412 |
| White; American Indian and Alaska Native; Asian | 4,562 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 631 |

Table: DECENNIALPL2020.P2

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 1,502 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 4,990 |
| White; Asian; Some Other Race | 1,198 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 128 |
| Black or African American; American Indian and Alaska Native; Asian | 571 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 109 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 596 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 628 |
| Black or African American; Asian; Some Other Race | 332 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 76 |

Table: DECENNIALPL2020.P2

| Label | Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 55 |
| American Indian and Alaska Native; Asian; Some Other Race | 20 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 10 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 118 |
| Population of four races: | 4,170 |
| White; Black or African American; American Indian and Alaska Native; Asian | 1,569 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 194 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 1,001 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 384 |

Table: DECENNIALPL2020.P2

| Label | Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 288 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 28 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 393 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 81 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 96 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 67 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 23 |

Case 5:21-cv-00844-XR   Document 748-4   Filed 09/02/23   Page 9 of 10

Table: DECENNIALPL2020.P2

| Label | Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 5 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 39 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of five races: | 581 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 305 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 203 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 30 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 21 |

data.census.gov | Measuring America's People, Places, and Economy

8

Table: DECENNIALPL2020.P2

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 16 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |
| Population of six races: | 58 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 58 |