# Exhibit 4

| HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND OVER |  |
|---|---|

Note: The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | P4 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2010 |
| DATASET: | DECENNIALPL2010 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population 18 years and over |
| FTP URL: | https://www2.census.gov/census_2010/redistricting_file--pl_94-171/ |
| API URL: | https://api.census.gov/data/2010/dec/pl |

| USER SELECTIONS | |
|---|---|
| TABLES | P4 |
| GEOS | Texas |

| EXCLUDED COLUMNS | None |
|---|---|

| APPLIED FILTERS | None |
|---|---|

| APPLIED SORTS | None |
|---|---|

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | https://data.census.gov/table?q=P4&g=040XX00US48&tid=DECENNIALPL2010.P4 |
|---|---|

Table: DECENNIALPL2010.P4

| TABLE NOTES | NOTE: Change to the California,Connecticut,Mississippi,New Hampshire,Virginia, and Washington P. L. 94-171 Summary Files as delivered. |
|---|---|
| | NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/pl94-171.pdf |
| | Source: U.S. Census Bureau, 2010 Census. |
| | |
| COLUMN NOTES | None |
| | |

Table: DECENNIALPL2010.P4

| Label | Texas |
|---|---|
| Total: | 18,279,737 |
|   Hispanic or Latino | 6,143,144 |
|   Not Hispanic or Latino: | 12,136,593 |
|     Population of one race: | 11,963,907 |
|       White alone | 9,074,684 |
|       Black or African American alone | 2,076,282 |
|       American Indian and Alaska Native alone | 61,856 |
|       Asian alone | 716,968 |
|       Native Hawaiian and Other Pacific Islander alone | 12,912 |
|       Some Other Race alone | 21,205 |
|     Two or More Races: | 172,686 |
|       Population of two races: | 161,886 |
|         White; Black or African American | 26,192 |
|         White; American Indian and Alaska Native | 53,599 |
|         White; Asian | 41,668 |
|         White; Native Hawaiian and Other Pacific Islander | 3,182 |
|         White; Some Other Race | 6,275 |
|         Black or African American; American Indian and Alaska Native | 8,516 |
|         Black or African American; Asian | 5,242 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 1,169 |

Table: DECENNIALPL2010.P4

| Label | Texas |
|---|---|
| Black or African American; Some Other Race | 2,848 |
| American Indian and Alaska Native; Asian | 1,952 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 155 |
| American Indian and Alaska Native; Some Other Race | 371 |
| Asian; Native Hawaiian and Other Pacific Islander | 3,398 |
| Asian; Some Other Race | 7,026 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 293 |
| Population of three races: | 9,748 |
| White; Black or African American; American Indian and Alaska Native | 4,900 |
| White; Black or African American; Asian | 715 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 108 |
| White; Black or African American; Some Other Race | 395 |
| White; American Indian and Alaska Native; Asian | 714 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 158 |

Table: DECENNIALPL2010.P4

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 276 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 1,174 |
| White; Asian; Some Other Race | 387 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 47 |
| Black or African American; American Indian and Alaska Native; Asian | 201 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 51 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 122 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 188 |
| Black or African American; Asian; Some Other Race | 157 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 39 |

Table: DECENNIALPL2010.P4

| Label | Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 32 |
| American Indian and Alaska Native; Asian; Some Other Race | 22 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 8 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 54 |
| Population of four races: | 801 |
| White; Black or African American; American Indian and Alaska Native; Asian | 346 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 34 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 175 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 56 |

Table: DECENNIALPL2010.P4

| Label | Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 26 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 92 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 7 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; Asian; Native Hawaiian and Other Pacific Islander, Some Other Race | 18 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 13 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 5 |

Table: DECENNIALPL2010.P4

| Label | Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 21 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| Population of five races: | 235 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 203 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 12 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 5 |

Table: DECENNIALPL2010.P4

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| Population of six races: | 16 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 16 |