# Exhibit 5

Table: DECENNIALPL2020.P4

| | |
|---|---|
| **HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND OVER** |  |

Note: The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | P4 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population 18 years and over |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

| USER SELECTIONS | |
|---|---|
| TABLES | P4 |
| GEOS | Texas |

| EXCLUDED COLUMNS | |
|---|---|
| | None |

| APPLIED FILTERS | |
|---|---|
| | None |

| APPLIED SORTS | |
|---|---|
| | None |

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | |
|---|---|
| | https://data.census.gov/table?q=P4:+RACE+FOR+THE+POPULATION+18+YEARS+AND+OVER&g=040XX00US48&tid=DECENNIALPL2020.P4 |

Table: DECENNIALPL2020.P4

| TABLE NOTES | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census Redistricting Data (Public Law 94-171) Summary File Technical Documentation. |
|---|---|
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and the 2020 Census. |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| COLUMN NOTES | None |
| | |

Table: DECENNIALPL2020.P4

| Label | Texas |
|---|---|
| Total: | 21,866,700 |
|   Hispanic or Latino | 7,907,319 |
|   Not Hispanic or Latino: | 13,959,381 |
|     Population of one race: | 13,383,911 |
|       White alone | 9,437,993 |
|       Black or African American alone | 2,575,257 |
|       American Indian and Alaska Native alone | 67,248 |
|       Asian alone | 1,205,578 |
|       Native Hawaiian and Other Pacific Islander alone | 20,144 |
|       Some Other Race alone | 77,691 |
|     Population of two or more races: | 575,470 |
|       Population of two races: | 545,646 |
|         White; Black or African American | 85,987 |
|         White; American Indian and Alaska Native | 210,345 |
|         White; Asian | 83,866 |
|         White; Native Hawaiian and Other Pacific Islander | 5,969 |
|         White; Some Other Race | 104,449 |
|         Black or African American; American Indian and Alaska Native | 17,523 |
|         Black or African American; Asian | 9,236 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 1,884 |

Table: DECENNIALPL2020.P4

| Label | Texas |
|---|---|
| Black or African American; Some Other Race | 13,150 |
| American Indian and Alaska Native; Asian | 1,464 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 233 |
| American Indian and Alaska Native; Some Other Race | 691 |
| Asian; Native Hawaiian and Other Pacific Islander | 8,021 |
| Asian; Some Other Race | 2,584 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 244 |
| Population of three races: | 26,828 |
| White; Black or African American; American Indian and Alaska Native | 11,855 |
| White; Black or African American; Asian | 2,677 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 328 |
| White; Black or African American; Some Other Race | 2,628 |
| White; American Indian and Alaska Native; Asian | 2,340 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 381 |

Table: DECENNIALPL2020.P4

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 1,169 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 3,019 |
| White; Asian; Some Other Race | 684 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 78 |
| Black or African American; American Indian and Alaska Native; Asian | 388 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 68 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 442 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 367 |
| Black or African American; Asian; Some Other Race | 198 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 51 |

| Label | Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 39 |
| American Indian and Alaska Native; Asian; Some Other Race | 16 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 10 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 90 |
| Population of four races: | 2,524 |
| White; Black or African American; American Indian and Alaska Native; Asian | 937 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 113 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 707 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 169 |

Table: DECENNIALPL2020.P4

| Label | Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 151 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 18 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 230 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 54 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 47 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 49 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 18 |

Table: DECENNIALPL2020.P4

| Label | Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 27 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of five races: | 424 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 224 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 150 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 19 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 13 |

Table: DECENNIALPL2020.P4

| Label | Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 12 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |
| Population of six races: | 48 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 48 |