# Exhibit 7

Table: ACSDT5Y2021.B05003

# SEX BY AGE BY NATIVITY AND CITIZENSHIP STATUS



**Note: The table shown may have been modified by user selections. Some information may be missing.**

| **DATA NOTES** | |
|---|---|
| TABLE ID: | B05003 |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2021 |
| DATASET: | ACSDT5Y2021 |
| PRODUCT: | ACS 5-Year Estimates Detailed Tables |
| UNIVERSE: | Total population |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2021/acs/acs5 |
| | |
| **USER SELECTIONS** | |
| DATASETS | American Community Survey |
| VINTAGES | 2021 |
| GEOS | Texas |
| | |
| **EXCLUDED COLUMNS** | None |
| | |
| **APPLIED FILTERS** | None |
| | |
| **APPLIED SORTS** | None |
| | |
| **PIVOT & GROUPING** | |
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |
| | |
| **WEB ADDRESS** | https://data.census.gov/table?q=American+Community+Survey+2021&g=040XX00US48&tid=ACSDT5Y2021.B05003 |

Table: ACSDT5Y2021.B05003

| TABLE NOTES | Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties. |
|---|---|
| | Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section. <br><br> Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section. |
| | Source: U.S. Census Bureau, 2017-2021 American Community Survey 5-Year Estimates |
| | Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see ACS Technical Documentation). The effect of nonsampling error is not represented |
| | Methodological changes to citizenship edits may have affected citizenship data for those born in American Samoa. Users should be aware of these changes when using 2018 data or multi-year data containing data from 2018. For more information, see: American Samoa Citizenship User Note. |
| | The 2017-2021 American Community Survey (ACS) data generally reflect the March 2020 Office of Management and Budget (OMB) delineations of metropolitan and micropolitan statistical areas. In certain instances, the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB delineation lists due to differences in the effective dates of the geographic entities. |
| | Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization. |

Table: ACSDT5Y2021.B05003

| | |
|---|---|
| | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample observations. For a ratio of medians estimate, one or both of the median estimates falls in the lowest interval or highest interval of an open-ended distribution. For a 5-year median estimate, the margin of error associated with a median was larger than the median itself.N The estimate or margin of error cannot be displayed because there were an insufficient number of sample cases in the selected geographic area. (X) The estimate or margin of error is not applicable or not available.median- The median falls in the lowest interval of an open-ended distribution (for example "2,500-")median+ The median falls in the highest interval of an open-ended distribution (for example "250,000+").** The margin of error could not be computed because there were an insufficient number of sample observations.*** The margin of error could not be computed because the median falls in the lowest interval or highest interval of an open-ended distribution.***** A margin of error is not appropriate because the corresponding estimate is controlled to an independent population or housing estimate. Effectively, the corresponding estimate has no sampling error and the margin of error may be treated as zero. |
| | |
| **COLUMN NOTES** | None |
| | |

Table: ACSDT5Y2021.B05003

| Label | Texas Estimate | Margin of Error |
|---|---|---|
| Total: | 28,862,581 | ***** |
| Male: | 14,398,171 | ±2,057 |
| Under 18 years: | 3,803,059 | ±1,854 |
| Native | 3,636,102 | ±4,998 |
| Foreign born: | 166,957 | ±4,568 |
| Naturalized U.S. citizen | 28,557 | ±2,133 |
| Not a U.S. citizen | 138,400 | ±4,108 |
| 18 years and over: | 10,595,112 | ±1,318 |
| Native | 8,297,544 | ±13,522 |
| Foreign born: | 2,297,568 | ±13,439 |
| Naturalized U.S. citizen | 909,902 | ±8,784 |
| Not a U.S. citizen | 1,387,666 | ±13,394 |
| Female: | 14,464,410 | ±2,057 |
| Under 18 years: | 3,643,117 | ±1,775 |
| Native | 3,487,063 | ±4,933 |
| Foreign born: | 156,054 | ±4,837 |
| Naturalized U.S. citizen | 28,123 | ±1,758 |
| Not a U.S. citizen | 127,931 | ±4,389 |
| 18 years and over: | 10,821,293 | ±1,235 |
| Native | 8,537,703 | ±12,558 |
| Foreign born: | 2,283,590 | ±12,590 |
| Naturalized U.S. citizen | 984,664 | ±8,028 |
| Not a U.S. citizen | 1,298,926 | ±12,190 |

| SEX BY AGE BY NATIVITY AND CITIZENSHIP STATUS (WHITE ALONE) |  |
|---|---|

**Note: The table shown may have been modified by user selections. Some information may be missing.**

| **DATA NOTES** | |
|---|---|
| TABLE ID: | B05003A |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2021 |
| DATASET: | ACSDT5Y2021 |
| PRODUCT: | ACS 5-Year Estimates Detailed Tables |
| UNIVERSE: | People who are White alone |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2021/acs/acs5 |

| **USER SELECTIONS** | |
|---|---|
| GEOS | Texas |
| DATASETS | ACS 5-Year Estimates Detailed Tables |

| **EXCLUDED COLUMNS** | None |
|---|---|

| **APPLIED FILTERS** | None |
|---|---|

| **APPLIED SORTS** | None |
|---|---|

| **PIVOT & GROUPING** | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| **WEB ADDRESS** | https://data.census.gov/table?g=040XX00US48&d=ACS+5-Year+Estimates+Detailed+Tables&tid=ACSDT5Y2021.B05003A |
|---|---|

Table: ACSDT5Y2021.B05003A

| TABLE NOTES | Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties. |
|---|---|
| | Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.<br><br>Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section. |
| | Source: U.S. Census Bureau, 2017-2021 American Community Survey 5-Year Estimates |
| | Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see ACS Technical Documentation). The effect of nonsampling error is not represented |
| | Methodological changes to citizenship edits may have affected citizenship data for those born in American Samoa. Users should be aware of these changes when using 2018 data or multi-year data containing data from 2018. For more information, see: American Samoa Citizenship User Note. |
| | The Hispanic origin and race codes were updated in 2020. For more information on the Hispanic origin and race code changes, please visit the American Community Survey Technical Documentation website. |
| | The 2017-2021 American Community Survey (ACS) data generally reflect the March 2020 Office of Management and Budget (OMB) delineations of metropolitan and micropolitan statistical areas. In certain instances, the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB delineation lists due to differences in the effective dates of the geographic entities. |
| | Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization. |

| | |
|---|---|
| | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample observations. For a ratio of medians estimate, one or both of the median estimates falls in the lowest interval or highest interval of an open-ended distribution. For a 5-year median estimate, the margin of error associated with a median was larger than the median itself.N The estimate or margin of error cannot be displayed because there were an insufficient number of sample cases in the selected geographic area. (X) The estimate or margin of error is not applicable or not available.median- The median falls in the lowest interval of an open-ended distribution (for example "2,500-")median+ The median falls in the highest interval of an open-ended distribution (for example "250,000+").** The margin of error could not be computed because there were an insufficient number of sample observations.*** The margin of error could not be computed because the median falls in the lowest interval or highest interval of an open-ended distribution.***** A margin of error is not appropriate because the corresponding estimate is controlled to an independent population or housing estimate. Effectively, the corresponding estimate has no sampling error and the margin of error may be treated as zero. |
| **COLUMN NOTES** | None |
| | |

Table: ACSDT5Y2021.B05003A

|  | Texas | |
| --- | --- | --- |
| **Label** | **Estimate** | **Margin of Error** |
| Total: | 18,566,027 | ±26,849 |
| Male: | 9,264,961 | ±15,724 |
| Under 18 years: | 2,305,831 | ±7,989 |
| Native | 2,238,219 | ±8,311 |
| Foreign born: | 67,612 | ±2,672 |
| Naturalized U.S. citizen | 9,685 | ±1,368 |
| Not a U.S. citizen | 57,927 | ±2,444 |
| 18 years and over: | 6,959,130 | ±11,233 |
| Native | 5,954,418 | ±12,437 |
| Foreign born: | 1,004,712 | ±10,092 |
| Naturalized U.S. citizen | 359,577 | ±5,817 |
| Not a U.S. citizen | 645,135 | ±8,708 |
| Female: | 9,301,066 | ±15,946 |
| Under 18 years: | 2,212,398 | ±8,899 |
| Native | 2,149,093 | ±9,402 |
| Foreign born: | 63,305 | ±3,032 |
| Naturalized U.S. citizen | 8,722 | ±981 |
| Not a U.S. citizen | 54,583 | ±2,797 |
| 18 years and over: | 7,088,668 | ±10,433 |
| Native | 6,100,698 | ±10,652 |
| Foreign born: | 987,970 | ±9,135 |
| Naturalized U.S. citizen | 389,068 | ±5,252 |
| Not a U.S. citizen | 598,902 | ±8,318 |

Table: ACSDT5Y2021.B05003B

# SEX BY AGE BY NATIVITY AND CITIZENSHIP STATUS (BLACK OR AFRICAN AMERICAN ALONE)



Note: The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | B05003B |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2021 |
| DATASET: | ACSDT5Y2021 |
| PRODUCT: | ACS 5-Year Estimates Detailed Tables |
| UNIVERSE: | People who are Black or African American alone |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2021/acs/acs5 |
| | |
| USER SELECTIONS | |
| DATASETS | American Community Survey |
| VINTAGES | 2021 |
| GEOS | Texas |
| | |
| EXCLUDED COLUMNS | None |
| | |
| APPLIED FILTERS | None |
| | |
| APPLIED SORTS | None |
| | |
| PIVOT & GROUPING | |
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |
| | |
| WEB ADDRESS | https://data.census.gov/table?q=American+Community+Survey+2021&g=040XX00US48&tid=ACSDT5Y2021.B05003B |
| | |

Table: ACSDT5Y2021.B05003B

| TABLE NOTES | Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties. |
|---|---|
| | Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section. |
| | Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section. |
| | Source: U.S. Census Bureau, 2017-2021 American Community Survey 5-Year Estimates |
| | Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see ACS Technical Documentation). The effect of nonsampling error is not represented |
| | Methodological changes to citizenship edits may have affected citizenship data for those born in American Samoa. Users should be aware of these changes when using 2018 data or multi-year data containing data from 2018. For more information, see: American Samoa Citizenship User Note. |
| | The Hispanic origin and race codes were updated in 2020. For more information on the Hispanic origin and race code changes, please visit the American Community Survey Technical Documentation website. |
| | The 2017-2021 American Community Survey (ACS) data generally reflect the March 2020 Office of Management and Budget (OMB) delineations of metropolitan and micropolitan statistical areas. In certain instances, the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB delineation lists due to differences in the effective dates of the geographic entities. |
| | Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization. |

Table: ACSDT5Y2021.B05003B

| | |
|---|---|
| | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample observations. For a ratio of medians estimate, one or both of the median estimates falls in the lowest interval or highest interval of an open-ended distribution. For a 5-year median estimate, the margin of error associated with a median was larger than the median itself.N The estimate or margin of error cannot be displayed because there were an insufficient number of sample cases in the selected geographic area. (X) The estimate or margin of error is not applicable or not available.median- The median falls in the lowest interval of an open-ended distribution (for example "2,500-")median+ The median falls in the highest interval of an open-ended distribution (for example "250,000+").** The margin of error could not be computed because there were an insufficient number of sample observations.*** The margin of error could not be computed because the median falls in the lowest interval or highest interval of an open-ended distribution.***** A margin of error is not appropriate because the corresponding estimate is controlled to an independent population or housing estimate. Effectively, the corresponding estimate has no sampling error and the margin of error may be treated as zero |
| **COLUMN NOTES** | None |
| | |

Table: ACSDT5Y2021.B05003B

| Label | Texas | |
| | Estimate | Margin of Error |
|---|---|---|
| Total: | 3,499,862 | ±9,929 |
| Male: | 1,700,862 | ±5,694 |
| Under 18 years: | 460,414 | ±4,058 |
| Native | 443,227 | ±4,292 |
| Foreign born: | 17,187 | ±1,544 |
| Naturalized U.S. citizen | 3,642 | ±846 |
| Not a U.S. citizen | 13,545 | ±1,460 |
| 18 years and over: | 1,240,448 | ±3,467 |
| Native | 1,105,150 | ±5,288 |
| Foreign born: | 135,298 | ±4,323 |
| Naturalized U.S. citizen | 73,928 | ±3,289 |
| Not a U.S. citizen | 61,370 | ±2,899 |
| Female: | 1,799,000 | ±6,661 |
| Under 18 years: | 442,982 | ±4,030 |
| Native | 426,041 | ±4,639 |
| Foreign born: | 16,941 | ±1,954 |
| Naturalized U.S. citizen | 4,538 | ±843 |
| Not a U.S. citizen | 12,403 | ±1,598 |
| 18 years and over: | 1,356,018 | ±3,858 |
| Native | 1,227,851 | ±4,866 |
| Foreign born: | 128,167 | ±4,091 |
| Naturalized U.S. citizen | 68,088 | ±3,116 |
| Not a U.S. citizen | 60,079 | ±2,433 |

| SEX BY AGE BY NATIVITY AND CITIZENSHIP STATUS (ASIAN ALONE) |  |
|---|---|

**Note: The table shown may have been modified by user selections. Some information may be missing.**

| **DATA NOTES** | |
|---|---|
| TABLE ID: | B05003D |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2021 |
| DATASET: | ACSDT5Y2021 |
| PRODUCT: | ACS 5-Year Estimates Detailed Tables |
| UNIVERSE: | People who are Asian alone |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2021/acs/acs5 |
| | |
| **USER SELECTIONS** | |
| GEOS | Texas |
| DATASETS | ACS 5-Year Estimates Detailed Tables |
| | |
| **EXCLUDED COLUMNS** | None |
| | |
| **APPLIED FILTERS** | None |
| | |
| **APPLIED SORTS** | None |
| | |
| **PIVOT & GROUPING** | |
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |
| | |
| **WEB ADDRESS** | https://data.census.gov/table?g=040XX00US48&d=ACS+5-Year+Estimates+Detailed+Tables&tid=ACSDT5Y2021.B05003D |
| | |

Table: ACSDT5Y2021.B05003D

| TABLE NOTES | Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties. |
| --- | --- |
| | Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.<br><br>Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section. |
| | Source: U.S. Census Bureau, 2017-2021 American Community Survey 5-Year Estimates |
| | Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see ACS Technical Documentation). The effect of nonsampling error is not represented |
| | Methodological changes to citizenship edits may have affected citizenship data for those born in American Samoa. Users should be aware of these changes when using 2018 data or multi-year data containing data from 2018. For more information, see: American Samoa Citizenship User Note. |
| | The Hispanic origin and race codes were updated in 2020. For more information on the Hispanic origin and race code changes, please visit the American Community Survey Technical Documentation website. |
| | The 2017-2021 American Community Survey (ACS) data generally reflect the March 2020 Office of Management and Budget (OMB) delineations of metropolitan and micropolitan statistical areas. In certain instances, the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB delineation lists due to differences in the effective dates of the geographic entities. |
| | Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization. |

Table: ACSDT5Y2021.B05003D

| | |
|---|---|
| | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample observations. For a ratio of medians estimate, one or both of the median estimates falls in the lowest interval or highest interval of an open-ended distribution. For a 5-year median estimate, the margin of error associated with a median was larger than the median itself.N The estimate or margin of error cannot be displayed because there were an insufficient number of sample cases in the selected geographic area. (X) The estimate or margin of error is not applicable or not available.median- The median falls in the lowest interval of an open-ended distribution (for example "2,500-")median+ The median falls in the highest interval of an open-ended distribution (for example "250,000+").** The margin of error could not be computed because there were an insufficient number of sample observations.*** The margin of error could not be computed because the median falls in the lowest interval or highest interval of an open-ended distribution.***** A margin of error is not appropriate because the corresponding estimate is controlled to an independent population or housing estimate. Effectively, the corresponding estimate has no sampling error and the margin of error may be treated as zero. |
| **COLUMN NOTES** | None |
| | |

Table: ACSDT5Y2021.B05003D

| Label | Texas | |
| --- | --- | --- |
| | Estimate | Margin of Error |
| Total: | 1,452,713 | ±5,444 |
| Male: | 705,142 | ±3,700 |
| Under 18 years: | 169,432 | ±2,180 |
| Native | 134,084 | ±2,513 |
| Foreign born: | 35,348 | ±1,721 |
| Naturalized U.S. citizen | 9,407 | ±915 |
| Not a U.S. citizen | 25,941 | ±1,632 |
| 18 years and over: | 535,710 | ±2,491 |
| Native | 104,531 | ±2,755 |
| Foreign born: | 431,179 | ±3,209 |
| Naturalized U.S. citizen | 243,372 | ±3,126 |
| Not a U.S. citizen | 187,807 | ±3,319 |
| Female: | 747,571 | ±3,339 |
| Under 18 years: | 166,151 | ±1,987 |
| Native | 129,964 | ±2,427 |
| Foreign born: | 36,187 | ±1,806 |
| Naturalized U.S. citizen | 9,011 | ±876 |
| Not a U.S. citizen | 27,176 | ±1,683 |
| 18 years and over: | 581,420 | ±2,236 |
| Native | 98,528 | ±2,576 |
| Foreign born: | 482,892 | ±2,987 |
| Naturalized U.S. citizen | 284,833 | ±3,324 |
| Not a U.S. citizen | 198,059 | ±3,218 |

Table: ACSDT5Y2021.B05003I

| SEX BY AGE BY NATIVITY AND CITIZENSHIP STATUS (HISPANIC OR LATINO) |  |
|---|---|

**Note: The table shown may have been modified by user selections. Some information may be missing.**

| DATA NOTES | |
|---|---|
| TABLE ID: | B05003I |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2021 |
| DATASET: | ACSDT5Y2021 |
| PRODUCT: | ACS 5-Year Estimates Detailed Tables |
| UNIVERSE: | People who are Hispanic or Latino |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2021/acs/acs5 |
| | |
| **USER SELECTIONS** | |
| DATASETS | American Community Survey |
| VINTAGES | 2021 |
| GEOS | Texas |
| | |
| **EXCLUDED COLUMNS** | None |
| | |
| **APPLIED FILTERS** | None |
| | |
| **APPLIED SORTS** | None |
| | |
| **PIVOT & GROUPING** | |
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |
| | |
| **WEB ADDRESS** | https://data.census.gov/table?q=American+Community+Survey+2021&g=040XX00US48&tid=ACSDT5Y2021.B05003I |
| | |

Table: ACSDT5Y2021.B05003I

| TABLE NOTES | Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties. |
|---|---|
| | Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.<br><br>Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section. |
| | Source: U.S. Census Bureau, 2017-2021 American Community Survey 5-Year Estimates |
| | Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see ACS Technical Documentation). The effect of nonsampling error is not represented |
| | Methodological changes to citizenship edits may have affected citizenship data for those born in American Samoa. Users should be aware of these changes when using 2018 data or multi-year data containing data from 2018. For more information, see: American Samoa Citizenship User Note. |
| | The Hispanic origin and race codes were updated in 2020. For more information on the Hispanic origin and race code changes, please visit the American Community Survey Technical Documentation website. |
| | The 2017-2021 American Community Survey (ACS) data generally reflect the March 2020 Office of Management and Budget (OMB) delineations of metropolitan and micropolitan statistical areas. In certain instances, the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB delineation lists due to differences in the effective dates of the geographic entities. |
| | Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization. |

Table: ACSDT5Y2021.B05003I

| | |
|---|---|
| | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample observations. For a ratio of medians estimate, one or both of the median estimates falls in the lowest interval or highest interval of an open-ended distribution. For a 5-year median estimate, the margin of error associated with a median was larger than the median itself.N The estimate or margin of error cannot be displayed because there were an insufficient number of sample cases in the selected geographic area. (X) The estimate or margin of error is not applicable or not available.median- The median falls in the lowest interval of an open-ended distribution (for example "2,500-")median+ The median falls in the highest interval of an open-ended distribution (for example "250,000+").** The margin of error could not be computed because there were an insufficient number of sample observations.*** The margin of error could not be computed because the median falls in the lowest interval or highest interval of an open-ended distribution.***** A margin of error is not appropriate because the corresponding estimate is controlled to an independent population or housing estimate. Effectively, the corresponding estimate has no sampling error and the margin of error may be treated as zero |
| **COLUMN NOTES** | None |
| | |

Table: ACSDT5Y2021.B05003I

| Label | Texas Estimate | Margin of Error |
|---|---|---|
| Total: | 11,479,932 | ***** |
| Male: | 5,796,537 | ±1,159 |
| Under 18 years: | 1,870,019 | ±1,053 |
| Native | 1,777,615 | ±3,671 |
| Foreign born: | 92,404 | ±3,441 |
| Naturalized U.S. citizen | 10,563 | ±1,193 |
| Not a U.S. citizen | 81,841 | ±3,378 |
| 18 years and over: | 3,926,518 | ±493 |
| Native | 2,409,413 | ±11,633 |
| Foreign born: | 1,517,105 | ±11,601 |
| Naturalized U.S. citizen | 476,021 | ±6,632 |
| Not a U.S. citizen | 1,041,084 | ±11,889 |
| Female: | 5,683,395 | ±1,162 |
| Under 18 years: | 1,796,151 | ±1,068 |
| Native | 1,711,206 | ±3,567 |
| Foreign born: | 84,945 | ±3,548 |
| Naturalized U.S. citizen | 11,235 | ±1,046 |
| Not a U.S. citizen | 73,710 | ±3,550 |
| 18 years and over: | 3,887,244 | ±426 |
| Native | 2,426,416 | ±10,468 |
| Foreign born: | 1,460,828 | ±10,517 |
| Naturalized U.S. citizen | 511,635 | ±6,162 |
| Not a U.S. citizen | 949,193 | ±11,296 |