# Exhibit 8

Table: DECENNIALPL2020.P2

# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE



**Note:** The table shown may have been modified by user selections. Some information may be missing.

| **DATA NOTES** | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

| **USER SELECTIONS** | |
|---|---|
| TABLES | P2 |
| GEOS | Bexar County, Texas |

| **EXCLUDED COLUMNS** | None |
|---|---|

| **APPLIED FILTERS** | None |
|---|---|

| **APPLIED SORTS** | None |
|---|---|

| **PIVOT & GROUPING** | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| **WEB ADDRESS** | https://data.census.gov/table?q=p2&g=050XX00US48029&tid=DECENNIALPL2020.P2 |
|---|---|

Table: DECENNIALPL2020.P2

| TABLE NOTES | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census Redistricting Data (Public Law 94-171) Summary File Technical Documentation. |
|---|---|
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and the 2020 Census. |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| COLUMN NOTES | None |

Table: DECENNIALPL2020.P2

| Label | Bexar County, Texas |
|---|---|
| Total: | 2,009,324 |
|   Hispanic or Latino | 1,190,958 |
|   Not Hispanic or Latino: | 818,366 |
|     Population of one race: | 764,322 |
|       White alone | 535,732 |
|       Black or African American alone | 147,875 |
|       American Indian and Alaska Native alone | 4,554 |
|       Asian alone | 65,217 |
|       Native Hawaiian and Other Pacific Islander alone | 2,726 |
|       Some Other Race alone | 8,218 |
|     Population of two or more races: | 54,044 |
|       Population of two races: | 49,863 |
|         White; Black or African American | 12,318 |
|         White; American Indian and Alaska Native | 10,874 |
|         White; Asian | 12,631 |
|         White; Native Hawaiian and Other Pacific Islander | 819 |
|         White; Some Other Race | 7,146 |
|         Black or African American; American Indian and Alaska Native | 1,445 |
|         Black or African American; Asian | 1,846 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 294 |

Table: DECENNIALPL2020.P2

| Label | Bexar County, Texas |
|---|---|
| Black or African American; Some Other Race | 1,081 |
| American Indian and Alaska Native; Asian | 128 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 26 |
| American Indian and Alaska Native; Some Other Race | 65 |
| Asian; Native Hawaiian and Other Pacific Islander | 920 |
| Asian; Some Other Race | 238 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 32 |
| Population of three races: | 3,828 |
| White; Black or African American; American Indian and Alaska Native | 1,178 |
| White; Black or African American; Asian | 803 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 113 |
| White; Black or African American; Some Other Race | 298 |
| White; American Indian and Alaska Native; Asian | 322 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 65 |

Table: DECENNIALPL2020.P2

| Label | Bexar County, Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 113 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 566 |
| White; Asian; Some Other Race | 96 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 12 |
| Black or African American; American Indian and Alaska Native; Asian | 76 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 6 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 45 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 85 |
| Black or African American; Asian; Some Other Race | 25 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |

Table: DECENNIALPL2020.P2

| Label | Bexar County, Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 11 |
| American Indian and Alaska Native; Asian; Some Other Race | 0 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 10 |
| Population of four races: | 302 |
| White; Black or African American; American Indian and Alaska Native; Asian | 110 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 18 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 75 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 48 |

Table: DECENNIALPL2020.P2

| Label | Bexar County, Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 9 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 24 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 0 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 13 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 4 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 1 |

| Label | Bexar County, Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of five races: | 51 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 23 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 26 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |

Table: DECENNIALPL2020.P2

| Label | Bexar County, Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of six races: | 0 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |