# Exhibit 9

Table: DECENNIALPL2020.P2

# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE



**Note:** The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

| USER SELECTIONS | |
|---|---|
| TABLES | P2 |
| GEOS | Dallas County, Texas |

| EXCLUDED COLUMNS | None |
|---|---|

| APPLIED FILTERS | None |
|---|---|

| APPLIED SORTS | None |
|---|---|

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | https://data.census.gov/table?q=P2&g=050XX00US48113&tid=DECENNIALPL2020.P2 |
|---|---|

Table: DECENNIALPL2020.P2

| **TABLE NOTES** | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census Redistricting Data (Public Law 94-171) Summary File Technical Documentation. |
|---|---|
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and the 2020 Census. |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| **COLUMN NOTES** | None |
| | |

Table: DECENNIALPL2020.P2

| Label | Dallas County, Texas |
|---|---|
| Total: | 2,613,539 |
|   Hispanic or Latino | 1,057,835 |
|   Not Hispanic or Latino: | 1,555,704 |
|     Population of one race: | 1,488,950 |
|       White alone | 724,987 |
|       Black or African American alone | 564,741 |
|       American Indian and Alaska Native alone | 6,743 |
|       Asian alone | 181,314 |
|       Native Hawaiian and Other Pacific Islander alone | 1,175 |
|       Some Other Race alone | 9,990 |
|     Population of two or more races: | 66,754 |
|       Population of two races: | 62,273 |
|         White; Black or African American | 15,601 |
|         White; American Indian and Alaska Native | 16,083 |
|         White; Asian | 11,841 |
|         White; Native Hawaiian and Other Pacific Islander | 511 |
|         White; Some Other Race | 8,976 |
|         Black or African American; American Indian and Alaska Native | 3,932 |
|         Black or African American; Asian | 1,753 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 300 |

Table: DECENNIALPL2020.P2

| Label | Dallas County, Texas |
|---|---|
| Black or African American; Some Other Race | 1,953 |
| American Indian and Alaska Native; Asian | 292 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 17 |
| American Indian and Alaska Native; Some Other Race | 107 |
| Asian; Native Hawaiian and Other Pacific Islander | 440 |
| Asian; Some Other Race | 454 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 13 |
| Population of three races: | 4,071 |
| White; Black or African American; American Indian and Alaska Native | 1,868 |
| White; Black or African American; Asian | 581 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 60 |
| White; Black or African American; Some Other Race | 400 |
| White; American Indian and Alaska Native; Asian | 312 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 44 |

Table: DECENNIALPL2020.P2

| Label | Dallas County, Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 98 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 297 |
| White; Asian; Some Other Race | 103 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |
| Black or African American; American Indian and Alaska Native; Asian | 83 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 9 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 89 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 74 |
| Black or African American; Asian; Some Other Race | 35 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 7 |

Table: DECENNIALPL2020.P2

| Label | Dallas County, Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 3 |
| American Indian and Alaska Native; Asian; Some Other Race | 2 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of four races: | 358 |
| White; Black or African American; American Indian and Alaska Native; Asian | 147 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 8 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 123 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 19 |

Table: DECENNIALPL2020.P2

| Label | Dallas County, Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 23 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 34 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 0 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 0 |

| Label | Dallas County, Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of five races: | 52 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 36 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 11 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |

Table: DECENNIALPL2020.P2

| Label | Dallas County, Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 5 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of six races: | 0 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |