# Exhibit 10

# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE



Note: The table shown may have been modified by user selections. Some information may be missing.

**DATA NOTES**

| | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

**USER SELECTIONS**

| | |
|---|---|
| TABLES | P2 |
| GEOS | El Paso County, Texas |

**EXCLUDED COLUMNS**  None

**APPLIED FILTERS**  None

**APPLIED SORTS**  None

**PIVOT & GROUPING**

| | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

**WEB ADDRESS**  https://data.census.gov/table?q=p2&g=050XX00US48141&tid=DECENNIALPL2020.P2

| **TABLE NOTES** | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census Redistricting Data (Public Law 94-171) Summary File Technical Documentation. |
| --- | --- |
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and the 2020 Census. |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| **COLUMN NOTES** | None |
| | |

Table: DECENNIALPL2020.P2

| Label | El Paso County, Texas |
|---|---|
| Total: | 865,657 |
|   Hispanic or Latino | 715,351 |
|   Not Hispanic or Latino: | 150,306 |
|     Population of one race: | 139,640 |
|       White alone | 98,219 |
|       Black or African American alone | 24,415 |
|       American Indian and Alaska Native alone | 2,365 |
|       Asian alone | 10,692 |
|       Native Hawaiian and Other Pacific Islander alone | 1,527 |
|       Some Other Race alone | 2,422 |
|     Population of two or more races: | 10,666 |
|       Population of two races: | 9,874 |
|         White; Black or African American | 2,517 |
|         White; American Indian and Alaska Native | 1,919 |
|         White; Asian | 2,377 |
|         White; Native Hawaiian and Other Pacific Islander | 200 |
|         White; Some Other Race | 1,470 |
|         Black or African American; American Indian and Alaska Native | 306 |
|         Black or African American; Asian | 354 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 93 |

Table: DECENNIALPL2020.P2

| Label | El Paso County, Texas |
|---|---|
| Black or African American; Some Other Race | 307 |
| American Indian and Alaska Native; Asian | 11 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 6 |
| American Indian and Alaska Native; Some Other Race | 28 |
| Asian; Native Hawaiian and Other Pacific Islander | 256 |
| Asian; Some Other Race | 29 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| Population of three races: | 707 |
| White; Black or African American; American Indian and Alaska Native | 201 |
| White; Black or African American; Asian | 148 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 11 |
| White; Black or African American; Some Other Race | 56 |
| White; American Indian and Alaska Native; Asian | 89 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 14 |

Table: DECENNIALPL2020.P2

| Label | El Paso County, Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 33 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 89 |
| White; Asian; Some Other Race | 3 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| Black or African American; American Indian and Alaska Native; Asian | 17 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 0 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 7 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 21 |
| Black or African American; Asian; Some Other Race | 0 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 5 |

Table: DECENNIALPL2020.P2

| Label | El Paso County, Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 3 |
| American Indian and Alaska Native; Asian; Some Other Race | 3 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |
| Population of four races: | 78 |
| White; Black or African American; American Indian and Alaska Native; Asian | 52 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 0 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 12 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 2 |

Table: DECENNIALPL2020.P2

| Label | El Paso County, Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 3 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 3 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 1 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 5 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 0 |

Table: DECENNIALPL2020.P2

| Label | El Paso County, Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of five races: | 7 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 6 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 1 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |

Table: DECENNIALPL2020.P2

| Label | El Paso County, Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of six races: | 0 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |