# Exhibit 11

# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE



Note: The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

| USER SELECTIONS | |
|---|---|
| TABLES | P2 |
| GEOS | Harris County, Texas |

| EXCLUDED COLUMNS | None |
|---|---|

| APPLIED FILTERS | None |
|---|---|

| APPLIED SORTS | None |
|---|---|

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | https://data.census.gov/table?q=p2&g=050XX00US48201&tid=DECENNIALPL2020.P2 |
|---|---|

| **TABLE NOTES** | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census Redistricting Data (Public Law 94-171) Summary File Technical Documentation. |
| --- | --- |
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and the 2020 Census. |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| **COLUMN NOTES** | None |
| | |

Table: DECENNIALPL2020.P2

| Label | Harris County, Texas |
|---|---|
| Total: | 4,731,145 |
|   Hispanic or Latino | 2,034,709 |
|   Not Hispanic or Latino: | 2,696,436 |
|     Population of one race: | 2,574,765 |
|       White alone | 1,309,593 |
|       Black or African American alone | 885,517 |
|       American Indian and Alaska Native alone | 8,432 |
|       Asian alone | 344,762 |
|       Native Hawaiian and Other Pacific Islander alone | 3,199 |
|       Some Other Race alone | 23,262 |
|     Population of two or more races: | 121,671 |
|       Population of two races: | 113,875 |
|         White; Black or African American | 26,632 |
|         White; American Indian and Alaska Native | 24,920 |
|         White; Asian | 25,504 |
|         White; Native Hawaiian and Other Pacific Islander | 1,002 |
|         White; Some Other Race | 18,643 |
|         Black or African American; American Indian and Alaska Native | 4,893 |
|         Black or African American; Asian | 3,415 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 832 |

Table: DECENNIALPL2020.P2

| Label | Harris County, Texas |
|---|---|
| Black or African American; Some Other Race | 5,227 |
| American Indian and Alaska Native; Asian | 405 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 45 |
| American Indian and Alaska Native; Some Other Race | 212 |
| Asian; Native Hawaiian and Other Pacific Islander | 1,131 |
| Asian; Some Other Race | 924 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 90 |
| Population of three races: | 7,001 |
| White; Black or African American; American Indian and Alaska Native | 2,765 |
| White; Black or African American; Asian | 1,083 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 106 |
| White; Black or African American; Some Other Race | 897 |
| White; American Indian and Alaska Native; Asian | 536 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 79 |

Table: DECENNIALPL2020.P2

| Label | Harris County, Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 187 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 615 |
| White; Asian; Some Other Race | 230 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 17 |
| Black or African American; American Indian and Alaska Native; Asian | 104 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 16 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 148 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 88 |
| Black or African American; Asian; Some Other Race | 74 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 24 |

Table: DECENNIALPL2020.P2

| Label | Harris County, Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 5 |
| American Indian and Alaska Native; Asian; Some Other Race | 0 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 27 |
| Population of four races: | 716 |
| White; Black or African American; American Indian and Alaska Native; Asian | 321 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 22 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 186 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 56 |

Table: DECENNIALPL2020.P2

| Label | Harris County, Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 60 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 34 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 12 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 11 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 6 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 1 |

Table: DECENNIALPL2020.P2

| Label | Harris County, Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 7 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of five races: | 76 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 39 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 36 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |

Table: DECENNIALPL2020.P2

| Label | Harris County, Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| Population of six races: | 3 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |