# Exhibit 13

# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE



**Note:** The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

| USER SELECTIONS | |
|---|---|
| TABLES | P2 |
| GEOS | Travis County, Texas |

| EXCLUDED COLUMNS | None |
|---|---|

| APPLIED FILTERS | None |
|---|---|

| APPLIED SORTS | None |
|---|---|

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | https://data.census.gov/table?q=p2&g=050XX00US48453&tid=DECENNIALPL2020.P2 |
|---|---|

| **TABLE NOTES** | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census Redistricting Data (Public Law 94-171) Summary File Technical Documentation. |
|---|---|
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and the 2020 Census. |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| **COLUMN NOTES** | None |
| | |

Table: DECENNIALPL2020.P2

| Label | Travis County, Texas |
|---|---|
| Total: | 1,290,188 |
|   Hispanic or Latino | 421,110 |
|   Not Hispanic or Latino: | 869,078 |
|     Population of one race: | 818,803 |
|       White alone | 612,824 |
|       Black or African American alone | 96,270 |
|       American Indian and Alaska Native alone | 2,762 |
|       Asian alone | 99,660 |
|       Native Hawaiian and Other Pacific Islander alone | 774 |
|       Some Other Race alone | 6,513 |
|     Population of two or more races: | 50,275 |
|       Population of two races: | 47,469 |
|         White; Black or African American | 8,652 |
|         White; American Indian and Alaska Native | 10,748 |
|         White; Asian | 15,109 |
|         White; Native Hawaiian and Other Pacific Islander | 668 |
|         White; Some Other Race | 8,977 |
|         Black or African American; American Indian and Alaska Native | 756 |
|         Black or African American; Asian | 852 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 77 |

Table: DECENNIALPL2020.P2

| Label | Travis County, Texas |
|---|---|
| Black or African American; Some Other Race | 741 |
| American Indian and Alaska Native; Asian | 114 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 3 |
| American Indian and Alaska Native; Some Other Race | 47 |
| Asian; Native Hawaiian and Other Pacific Islander | 462 |
| Asian; Some Other Race | 250 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 13 |
| Population of three races: | 2,546 |
| White; Black or African American; American Indian and Alaska Native | 876 |
| White; Black or African American; Asian | 391 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 28 |
| White; Black or African American; Some Other Race | 210 |
| White; American Indian and Alaska Native; Asian | 343 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 17 |

Table: DECENNIALPL2020.P2

| Label | Travis County, Texas |
|---|---|
| White; American Indian and Alaska Native; Some Other Race | 79 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 408 |
| White; Asian; Some Other Race | 85 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| Black or African American; American Indian and Alaska Native; Asian | 52 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 0 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 19 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 23 |
| Black or African American; Asian; Some Other Race | 12 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |

| Label | Travis County, Texas |
|---|---|
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 0 |
| American Indian and Alaska Native; Asian; Some Other Race | 0 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of four races: | 224 |
| White; Black or African American; American Indian and Alaska Native; Asian | 96 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 5 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 54 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 2 |

Table: DECENNIALPL2020.P2

| Label | Travis County, Texas |
|---|---|
| White; Black or African American; Asian; Some Other Race | 24 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 29 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 0 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 8 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 0 |

Table: DECENNIALPL2020.P2

| Label | Travis County, Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of five races: | 27 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 21 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 6 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |

Table: DECENNIALPL2020.P2

| Label | Travis County, Texas |
|---|---|
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of six races: | 9 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |