# Exhibit 14



# THE ELECTION ADMINISTRATION AND VOTING SURVEY

## 2016 Comprehensive Report

**A Report to the 115th Congress**

## THE ELECTION ADMINISTRATION AND VOTING SURVEY
### SURVEY FINDINGS OVERVIEW



## NATIONAL VOTER REGISTRATION ACT (NVRA)
### SURVEY FINDINGS



## UNIFORMED AND OVERSEAS CITIZENS ABSENTEE VOTING ACT (UOCAVA)
### SURVEY FINDINGS



U.S. ELECTION ASSISTANCE COMMISSION



| | Total Voter Turnout | Total Ballots Transmitted | Total Ballots Returned | Counted | | Rejected | | Other | |
|---|---|---|---|---|---|---|---|---|---|
| **Overview Table 2: Absentee Voting** | | | | Total | Pct. Returned | Total | Pct. Transmitted | Total | Pct. |
| Alabama | 2,137,452 | 98,474 | 88,601 | 87,553 | 98.82 | 0 | 0 | 1,048 | 1.18 |
| Alaska | 323,288 | 31,817 | 27,626 | 26,750 | 96.83 | 876 | 2.75 | 0 | 0.00 |
| Arizona | 2,722,660 | 2,478,063 | 2,017,722 | 1,991,683 | 98.71 | 10,769 | 0.43 | 15,270 | 0.76 |
| Arkansas | 1,048,513 | 29,902 | 27,525 | 26,655 | 96.84 | 1,614 | 5.4 | -744 | -2.70 |
| California | 14,610,494 | 12,018,267 | 8,511,992 | 8,453,683 | 99.31 | 58,309 | 0.49 | 0 | 0.00 |
| Colorado | 2,884,199 | 3,411,107 | 2,654,993 | 2,631,744 | 99.12 | 23,249 | 0.68 | 0 | 0.00 |
| Connecticut | 1,675,955 | 129,480 | 132,012 | 129,480 | 98.08 | 2,532 | 1.96 | 0 | 0.00 |
| Delaware | 448,217 | 15,924 | 14,025 | 13,809 | 98.46 | 216 | 1.36 | 0 | 0.00 |
| District of Columbia | 311,841 | 21,362 | 16,625 | 16,592 | 99.8 | 33 | 0.15 | 0 | 0.00 |
| Florida | 9,613,669 | 3,421,930 | 2,679,049 | 2,657,064 | 99.18 | 21,973 | 0.64 | 12 | 0.00 |
| Georgia | 4,147,161 | 236,925 | 213,033 | 199,356 | 93.58 | 13,677 | 5.77 | 0 | 0.00 |
| Guam | 35,854 | 1,634 | 1,527 | 1,508 | 98.76 | 19 | 1.16 | 0 | 0.00 |
| Hawaii | 437,697 | 218,487 | 190,553 | 189,225 | 99.3 | 1,244 | 0.57 | 84 | 0.04 |
| Idaho | 710,495 | 207,409 | 201,256 | 200,380 | 99.56 | 876 | 0.42 | 0 | 0.00 |
| Illinois | 5,562,009 | 428,748 | 377,551 | 371,557 | 98.41 | 5,994 | 1.4 | 0 | 0.00 |
| Indiana | 2,831,540 | 946,408 | 943,924 | 923,455 | 97.83 | 2,095 | 0.22 | 18,374 | 1.95 |
| Iowa | 1,581,371 | 671,415 | 650,551 | 646,313 | 99.35 | 4,238 | 0.63 | 0 | 0.00 |
| Kansas | 1,223,491 | 196,910 | 179,557 | 177,701 | 98.97 | 4,361 | 2.21 | -2,505 | -1.40 |
| Kentucky | 1,949,254 | 42,519 | 38,112 | 35,967 | 94.37 | 2,145 | 5.04 | 0 | 0.00 |
| Louisiana | 2,049,802 | 76,120 | 59,747 | 57,476 | 96.2 | 2,271 | 2.98 | 0 | 0.00 |
| Maine | 771,892 | 260,033 | 254,153 | 251,701 | 99.04 | 2,452 | 0.94 | 0 | 0.00 |
| Maryland | 2,807,326 | 206,063 | 160,508 | 158,120 | 98.51 | 2,388 | 1.16 | 0 | 0.00 |
| Massachusetts | 3,378,801 | 174,655 | 155,894 | 150,742 | 96.7 | 5,152 | 2.95 | 0 | 0.00 |



| | Total Voter Turnout | Total Ballots Transmitted | Total Ballots Returned | Counted | | Rejected | | Other | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | Pct. Returned | Total | Pct. Transmitted | Total | Pct. |
| Michigan | 4,874,619 | 1,342,421 | 1,260,218 | 1,253,980 | 99.5 | 6,171 | 0.46 | 67 | 0.01 |
| Minnesota | 2,973,744 | 726,026 | 671,261 | 665,180 | 99.09 | 6,081 | 0.84 | 0 | 0.00 |
| Mississippi | 1,209,357 | 110,148 | 103,606 | 102,025 | 98.47 | 1,581 | 1.44 | 0 | 0.00 |
| Missouri | 2,973,855 | 293,076 | 279,188 | 273,336 | 97.9 | 5,849 | 2 | 3 | 0.00 |
| Montana | 516,901 | 351,575 | 333,666 | 332,541 | 99.66 | 1,125 | 0.32 | 0 | 0.00 |
| Nebraska | 869,815 | 248,424 | 238,660 | 233,889 | 98 | 2,695 | 1.08 | 2,076 | 0.87 |
| Nevada | 1,128,492 | 86,991 | 73,425 | 72,248 | 98.4 | 1,177 | 1.35 | 0 | 0.00 |
| New Hampshire | 757,669 | 74,547 | 71,939 | 70,376 | 97.83 | 1,563 | 2.1 | 0 | 0.00 |
| New Jersey | 3,957,303 | 411,574 | 355,457 | 344,897 | 97.03 | 9,957 | 2.42 | 603 | 0.17 |
| New Mexico | 804,073 | 69,529 | 61,287 | 47,429 | 77.39 | 95 | 0.14 | 13,763 | 22.46 |
| New York | 7,793,078 | 495,520 | 402,151 | 364,747 | 90.7 | 22,849 | 4.61 | 14,555 | 3.62 |
| North Carolina | 4,690,195 | 212,489 | 179,263 | 174,402 | 97.29 | 4,861 | 2.29 | 0 | 0.00 |
| North Dakota | 349,945 | 86,442 | 82,148 | 81,536 | 99.25 | 611 | 0.71 | 1 | 0.00 |
| Ohio | 5,607,641 | 1,286,430 | 1,206,416 | 1,193,227 | 98.91 | 10,189 | 0.79 | 3,000 | 0.25 |
| Oklahoma | 1,465,505 | 122,864 | 101,905 | 98,381 | 96.54 | 2,965 | 2.41 | 559 | 0.55 |
| Oregon | 2,051,452 | 2,553,810 | 2,051,452 | 2,033,878 | 99.14 | 17,574 | 0.69 | 0 | 0.00 |
| Pennsylvania | 6,223,150 | 292,191 | 266,208 | 262,877 | 98.75 | 2,534 | 0.87 | 797 | 0.30 |
| Puerto Rico | 1,589,991 | 1,543 | 818 | 818 | 100 | 0 | 0 | 0 | 0.00 |
| Rhode Island | 469,547 | 42,687 | 39,727 | 38,567 | 97.08 | 1,060 | 2.48 | 100 | 0.25 |
| South Carolina | 2,124,952 | 508,508 | 497,436 | 494,529 | 99.42 | 2,907 | 0.57 | 0 | 0.00 |
| South Dakota | 372,988 | 107,128 | 106,415 | 106,055 | 99.66 | 360 | 0.34 | 0 | 0.00 |
| Tennessee | 2,545,271 | 59,388 | 53,903 | 53,310 | 98.9 | 593 | 1 | 0 | 0.00 |
| Texas | 8,701,152 | 520,027 | 468,150 | 449,258 | 95.96 | 8,177 | 1.57 | 10,715 | 2.29 |
| U.S. Virgin Islands | 20,967 | 204 | 143 | 143 | 100 | 0 | 0 | 0 | 0.00 |



| | Total Voter Turnout | Total Ballots Transmitted | Total Ballots Returned | Counted | | Rejected | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | Pct. Returned | Total | Pct. Transmitted | | Total | Pct. | |
| Utah | 1,114,567 | 1,090,192 | 772,888 | 765,886 | 99.09 | 7,002 | 0.64 | | 0 | 0.00 | |
| Vermont | 323,623 | 96,281 | 0 | 0 | . | 0 | 0 | | 0 | . | |
| Virginia | 3,996,302 | 570,144 | 538,711 | 535,563 | 99.42 | 3,148 | 0.55 | | 0 | 0.00 | |
| Washington | 3,363,452 | 4,312,805 | 3,333,260 | 3,300,241 | 99.01 | 30,312 | 0.7 | | 2,707 | 0.08 | |
| West Virginia | 732,362 | 13,761 | 12,558 | 16,373 | 130.38 | 341 | 2.48 | | -4,156 | -33.09 | |
| Wisconsin | 2,993,000 | 158,846 | 139,988 | 138,542 | 98.97 | 284 | 0.18 | | 1,162 | 0.83 | |
| Wyoming | 256,553 | 82,303 | 79,667 | 79,463 | 99.74 | 184 | 0.22 | | 20 | 0.03 | |
| U.S. TOTAL | 140,114,502 | 41,651,526 | 33,378,450 | 32,982,211 | 98.81 | 318,728 | 0.77 | | 77,511 | 0.23 | |

Overview Table 2: Absentee Voting



Overview Table 2 Calculation Notes

(1) **Total Voter Turnout** uses question F1

(2) **Total Number of Ballots Transmitted** uses question C1a

(3) **Total Number of Ballots Returned** uses question C1b

(4) **Ballots Counted, Total** uses question C4a

(5) **Ballots Counted, Pct** uses question C4a divided by question C1b

(6) **Ballots Rejected, Total** uses question C4b

(7) **Ballots Rejected, Pct** uses question C4b divided by question C1a

(8) **Other, Total** uses question C1b minus the sum of questions C4a and C4b

(9) **Other, Pct** uses question C1b minus the sum of question C4a and C4b, all divided by question C1b

Overview Table 2 Data Notes

**General comment:** negative numbers in the column "Other", mean that the sum of counted and rejected absentee ballots account for more than the total number of returned absentee ballots reported by the state.

**Connecticut:** misinterpreted the item "Returned for counting" (C1b) and added only those ballots that were counted (item C4a). Item C1b was re-recorded using the sum of counted and rejected absentee ballots (C4a and C4b)

**Hawaii:** Hawaii County did not report the number of absentee ballots returned by voters (item C1b). This was re-recorded using the sum of counted and rejected absentee ballots by that county (items C4a to C4d).

**Texas:** Hidalgo County and Dallas County either not reported or reported a very small number that did not match the expected number of absentee ballots returned by voters (item C1b). This was re-recorded using the sum of counted and rejected absentee ballots by those counties (items C4a to C4d).

**Vermont:** did not provide data about absentee ballots returned.

**West Virginia:** all jurisdictions reported more absentee ballots counted (item C4a) than received back (item C1b).



## UOCAVA Table 5: UOCAVA Ballots Counted and Rejected by Type of Ballot, Uniformed Services Members

| | All UOCAVA Ballots | | | Regular Absentee Ballots | | | FWAB | | | Other Types | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Counted | Rejected | Rejection Rate | Counted | Rejected | Rejection Rate | Counted | Rejected | Rejection Rate | Counted | Rejected |
| Alabama | 1,478 | 82 | 4.99 | 1,237 | 46 | 2.93 | 41 | 12 | 16.22 | 200 | 24 |
| Alaska | 6,498 | 558 | 7.91 | 6,297 | 330 | 4.98 | 201 | 228 | 53.15 | 0 | 0 |
| Arizona | 4,472 | 45 | 1.03 | 4,108 | 23 | 0.55 | 157 | 17 | 9.44 | 207 | 5 |
| Arkansas | 997 | 128 | 9.79 | 804 | 70 | 6.1 | 11 | 7 | 4.4 | 182 | 51 |
| California | 17,984 | 1,014 | 6.86 | 17,054 | 701 | 4.95 | 331 | 249 | 39.21 | 599 | 64 |
| Colorado | 6,575 | 157 | 2.33 | 6,549 | 157 | 2.34 | 26 | 0 | 0 | 0 | 0 |
| Connecticut | 1,562 | 20 | . | 0 | 0 | . | 0 | 0 | . | 1,562 | 20 |
| Delaware | 542 | 15 | 2.52 | 492 | 4 | 0.75 | 50 | 11 | 18.03 | 0 | 0 |
| District of Columbia | 127 | 1 | 0.42 | 111 | 0 | 0 | 16 | 1 | 0.79 | 0 | 0 |
| Florida | 50,036 | 1,826 | 3.49 | 49,833 | 1,747 | 3.36 | 193 | 74 | 23.05 | 10 | 5 |
| Georgia | 5,203 | 455 | 8.03 | 0 | 0 | 0 | 0 | 0 | . | 5,203 | 455 |
| Guam | 32 | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hawaii | 42 | 0 | 0 | 30 | 0 | 0 | 0 | 0 | . | 12 | 0 |
| Idaho | 1,377 | 187 | 11.96 | 1,352 | 157 | 10.4 | 25 | 30 | 54.55 | 0 | 0 |
| Illinois | 6,028 | 153 | 2.47 | 0 | 0 | 0 | 0 | 0 | . | 6,028 | 153 |
| Indiana | 3,285 | 66 | 1.61 | 3,183 | 37 | 0.92 | 102 | 29 | 46.77 | 0 | 0 |
| Iowa | 39 | 8 | 1.59 | 0 | 0 | 0 | 39 | 5 | 1.2 | 0 | 3 |
| Kansas | 1,239 | 20 | 1.43 | 1,236 | 15 | 1.2 | 117 | 28 | 19.31 | -114 | -23 |
| Kentucky | 0 | 113 | 5.66 | 3,968 | 113 | 5.82 | 0 | 0 | 0 | -3,968 | 0 |
| Louisiana | 2,142 | 124 | 5.46 | 2,122 | 123 | 5.48 | 20 | 1 | 4 | 0 | 0 |
| Maine | 897 | 34 | 3.65 | 865 | 34 | 3.78 | 32 | 0 | 0 | 0 | 0 |
| Maryland | 4,002 | 247 | 5.81 | 3,810 | 103 | 2.63 | 192 | 144 | 42.86 | 0 | 0 |
| Massachusetts | 1,335 | 28 | 2.05 | 1,245 | 27 | 2.12 | 90 | 1 | 1.1 | 0 | 0 |
| Michigan | 5,592 | 115 | 2.02 | 5,521 | 47 | 0.84 | 71 | 68 | 53.97 | 0 | 0 |

143



| UOCAVA Table 5: UOCAVA Ballots Counted and Rejected by Type of Ballot, Uniformed Services Members | | | | | | | | | | |
| | All UOCAVA Ballots | | | Regular Absentee Ballots | | | FWAB | | | Other Types | |
| | Counted | Rejected | Rejection Rate | Counted | Rejected | Rejection Rate | Counted | Rejected | Rejection Rate | Counted | Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Minnesota | 2,890 | 119 | 3.93 | 2,779 | 116 | 3.98 | 111 | 3 | 2.65 | 0 | 0 |
| Mississippi | 1,262 | 14 | . | 1,262 | 14 | . | 0 | 0 | . | 0 | 0 |
| Missouri | 4,107 | 0 | 0 | 3,866 | 0 | 0 | 241 | 0 | 0 | 0 | 0 |
| Montana | 2,490 | 20 | 0.8 | 2,476 | 17 | 0.68 | 14 | 3 | 17.65 | 0 | 0 |
| Nebraska | 796 | 22 | 2.69 | 744 | 22 | 2.87 | 52 | 0 | 0 | 0 | 0 |
| Nevada | 2,677 | 27 | 1 | 2,553 | 19 | 0.74 | 124 | 8 | 6.06 | 0 | 0 |
| New Hampshire | 1,637 | 64 | 3.77 | 1,625 | 62 | 3.68 | 12 | 2 | 14.29 | 0 | 0 |
| New Jersey | 1,784 | 24 | . | 0 | 0 | . | 0 | 0 | . | 1,784 | 24 |
| New Mexico | 1,993 | 21 | 1.07 | 1,219 | 4 | 0.22 | 69 | 15 | 13.39 | 705 | 2 |
| New York | 6,236 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,236 | 0 |
| North Carolina | 6,317 | 99 | 0.91 | 5,536 | 94 | 0.93 | 781 | 5 | 0.64 | 0 | 0 |
| North Dakota | 819 | 31 | 3.65 | 819 | 31 | 3.65 | 0 | 0 | . | 0 | 0 |
| Ohio | 6,573 | 96 | 1.36 | 6,358 | 63 | 0.92 | 211 | 29 | 12.13 | 4 | 4 |
| Oklahoma | 2,560 | 149 | 5.68 | 2,155 | 52 | 2.45 | 405 | 97 | 19.32 | 0 | 0 |
| Oregon | 4,149 | 103 | . | 0 | 0 | . | 0 | 0 | . | 4,149 | 103 |
| Pennsylvania | 7,788 | 94 | 1.21 | 2,897 | 30 | 0.42 | 581 | 1 | 0.17 | 4,310 | 63 |
| Puerto Rico | 324 | 0 | 0 | 324 | 0 | 0 | 0 | 0 | . | 0 | 0 |
| Rhode Island | 0 | 0 | . | 0 | 0 | . | 0 | 0 | . | 0 | 0 |
| South Carolina | 3,391 | 24 | 0.52 | 3,391 | 0 | 0 | 0 | 0 | . | 0 | 24 |
| South Dakota | 1,582 | 46 | 3.38 | 1,571 | 42 | 3.16 | 1 | 1 | 3.23 | 10 | 3 |
| Tennessee | 7,266 | 241 | 3.23 | 7,090 | 162 | 2.25 | 176 | 70 | 26.22 | 0 | 9 |
| Texas | 19,364 | 1,136 | 6.46 | 15,898 | 580 | 3.49 | 488 | 435 | 43.76 | 2,978 | 1 |
| U.S. Virgin Islands | 6 | 0 | . | 0 | 0 | . | 0 | 0 | . | 6 | 0 |
| Utah | 1,476 | 0 | . | 1,383 | 0 | . | 93 | 22 | . | 0 | -22 |



**UOCAVA Table 5: UOCAVA Ballots Counted and Rejected by Type of Ballot, Uniformed Services Members**

| | All UOCAVA Ballots | | | Regular Absentee Ballots | | | FWAB | | | Other Types | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Counted | Rejected | Rejection Rate | Counted | Rejected | Rejection Rate | Counted | Rejected | Rejection Rate | Counted | Rejected |
| Vermont | 287 | 4 | 1.7 | 287 | 4 | 1.7 | 0 | 0 | . | 0 | 0 |
| Virginia | 6,143 | 245 | 5.36 | 5,916 | 225 | 5.21 | 227 | 20 | 8 | 0 | 0 |
| Washington | 32,472 | 536 | 1.65 | 31,678 | 517 | 1.61 | 307 | 19 | 5.72 | 487 | 0 |
| West Virginia | 1,577 | 5 | 0.51 | 1,534 | 1 | 0.11 | 43 | 4 | 7.27 | 0 | 0 |
| Wisconsin | 2,690 | 17 | 0.58 | 2,666 | 13 | 0.45 | 24 | 4 | 12.12 | 0 | 0 |
| Wyoming | 434 | 6 | 1.38 | 432 | 6 | 1.38 | 0 | 0 | . | 2 | 0 |
| U.S. TOTAL | 252,574 | 8,539 | 3.41 | 216,308 | 5,808 | 2.4 | 5,674 | 1,643 | 20 | 30,592 | 1,088 |



## UOCAVA Table 5 Calculation Notes

(1) **All UOCAVA Ballots Counted, Uniformed Services Members, Total Counted** uses question B9a.

(2) **All UOCAVA Ballots Counted, Uniformed Services Members, Total Rejected** uses question B15a.

(3) **All UOCAVA Ballots Counted, Uniformed Services Members, Rejection Rate** uses question B15a divided by the sum of question B26b and B31a.

(4) **Regular Absentee Ballots, Uniformed Services Members, Counted** uses question B10a.

(5) **Regular Absentee Ballots, Uniformed Services Members, Rejected** uses question B16a.

(6) **Regular Absentee Ballots, Uniformed Services Members, Rejection Rate** uses question B16a divided by B26b.

(7) **FWABs, Uniformed Services Members, Counted** uses question B11a.

(8) **FWABs, Uniformed Services Members, Rejected** uses question B17a.

(9) **FWABs, Uniformed Services Members, Rejection Rate** uses question B17a divided by B31a.

(10) **Other Ballots, Uniformed Services Members, Counted** uses question B9a minus the sum of questions B10a and B11a.

(11) **Other Ballots, Uniformed Services Members, Rejected** uses question B15a minus the sum of questions B16a and B17a.

## UOCAVA Table 5 Data Notes

**General note:** Some percentages and rates in this table are greater than 100% due to difference in how states reported transmitted and received ballots.

**California:** Some jurisdictions did not report the number of ballots rejected from Uniformed Services members, B15a, so those numbers were back-filled with the sum of its parts (B16a, B17a and B18a).

**Connecticut:** The state did not report receiving any *UOCAVA* ballots.

**Florida:** One jurisdiction did not report the number of ballots counted from Uniformed Services Members, B9a. This number was back-filled with the sum of its parts (B10a, B11a and B12a).

**Iowa:** Some jurisdictions did not report the number of ballots rejected from Uniformed Services members, B15a, so those numbers were back-filled with the sum of its parts (B16a, B17a and B18a).

**Kansas:** Some jurisdictions did not report the number of ballots counted from Uniformed Services Members, B9a. For this report, the number was back-filled with the sum of its parts (B10a, B11a and B12a). Some jurisdictions did not report the number of ballots rejected from Uniformed Services members, B15a, so those numbers were back-filled with the sum of its parts (B16a, B17a and B18a).

**Kentucky:** The state did not report B8a, the total number of ballots counted, that was used in this column. However, in the B9-12 battery, they did report B9c, B10a, and B10b, for a total of 6,754 ballots counted.

**Mississippi:** The state did not report receiving any *UOCAVA* ballots.

**New Jersey:** The state did not report receiving any *UOCAVA* ballots.

**New Mexico:** Some jurisdictions did not report the number of ballots rejected from Uniformed Services members, B15a, so those numbers were back-filled with the sum of its parts (B16a, B17a and B18a).

**Oregon:** The state did not report receiving any *UOCAVA* ballots.



**Rhode Island:** The state did not provide a breakdown of voter type for counted or rejected ballots.

**Texas:** Some jurisdictions reported ballots counted from Military spouses in B9c. For this report, they were added to the Uniformed Services Members category, B9a. Some jurisdictions did not report the number of ballots counted from Uniformed Services Members, B9a, so those numbers were backfilled with the sum of their parts (B10a, B11a and B12a). Some jurisdictions did not report the number of ballots rejected from Uniformed Services members, B15a, so those numbers were backfilled with the sum of its parts (B16a, B17a and B18a).

**Virginia:** Ballots counted from Military spouses were reported in B9c. For this report, they were added to the Uniformed Services Members category, B9a. Ballots rejected from Military spouses were reported in B15c. For this report, they were added to the Uniformed Services members category, B15a.

**Wisconsin:** Some jurisdictions did not report the number of ballots rejected from Uniformed Services members, B15a, so those numbers were backfilled with the sum of its parts (B16a, B17a and B18a).

147