# Exhibit 15



# ELECTION ADMINISTRATION AND VOTING SURVEY

## 2018 COMPREHENSIVE REPORT

### A Report to the 116th Congress

Overview of Election Administration and Voting in 2018

National Voter Registration Act (NVRA)

Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)

Election Law & Procedure in States: Policy Survey

U.S. ELECTION ASSISTANCE COMMISSION

Overview Table 2: By-Mail and In-Person Early Voting

| State | Total Voter Turnout | By-Mail Ballots Returned by Voters | | | | | | | | | In-Person Early Voters | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Total By-Mail Ballots Transmitted | Total | Pct. of Transmitted | Counted | | Rejected | | Other | | Total | Pct. of Total Ballots Cast |
| | | | | | Total | Pct. of Returned | Total | Pct. of Returned | Total | Pct. of Returned | | |
| Alabama [1] | 1,723,694 | 63,379 | 57,832 | 91.25 | 54,833 | 94.81 | 1368 | 2.37 | 1631 | 2.82 | - | - |
| Alaska | 287,485 | 29,257 | 24,425 | 83.48 | 23,667 | 96.90 | 758 | 3.10 | 0 | 0.00 | 56,434 | 19.63 |
| American Samoa | 8,462 | 51 | 36 | 70.59 | 0 | 0.00 | 0 | 0.00 | 36 | 100.00 | 893 | 10.55 |
| Arizona | 2,409,906 | 2,672,384 | 1,899,240 | 71.07 | 1,874,577 | 98.70 | 8,567 | 0.45 | 16,096 | 0.85 | 44,417 | 1.84 |
| Arkansas | 790,656 | 17,120 | 15,208 | 88.83 | 11,611 | 76.35 | 1,150 | 7.56 | 2,447 | 16.09 | 413,254 | 52.27 |
| California | 13,828,680 | 13,687,191 | 8,286,228 | 60.54 | 8,289,322 | 100.04 | 161,660 | 1.95 | -164,754 | -1.99 | 61,901 | 0.45 |
| Colorado | 2,586,432 | 3,467,664 | 2,449,409 | 70.64 | 2,430,239 | 99.22 | 19,170 | 0.78 | 0 | 0.00 | 89,355 | 3.45 |
| Connecticut [1] | 1,421,650 | 96,559 | 91,602 | 94.87 | 89,877 | 98.12 | 1,725 | 1.88 | 0 | 0.00 | - | - |
| Delaware | 366,550 | 17,392 | 14,142 | 81.31 | 13,436 | 95.01 | 706 | 4.99 | 0 | 0.00 | 5,525 | 1.51 |
| District of Columbia | 231,700 | 12,400 | 9,351 | 75.41 | 9,019 | 96.45 | 332 | 3.55 | 0 | 0.00 | 52,512 | 22.66 |
| Florida | 8,355,817 | 3,499,591 | 2,604,544 | 74.42 | 2,585,374 | 99.26 | 30,540 | 1.17 | -11,370 | -0.44 | 2,681,708 | 32.09 |
| Georgia | 3,951,876 | 281,490 | 242,661 | 86.21 | 218,858 | 90.19 | 7,512 | 3.10 | 16,291 | 6.71 | 1,893,368 | 47.91 |
| Guam | 37,386 | 624 | 367 | 58.81 | 298 | 81.20 | 69 | 18.80 | 0 | 0.00 | 1,042 | 2.79 |
| Hawaii | 398,657 | 286,317 | 224,492 | 78.41 | 12,616 | 5.62 | 1,638 | 0.73 | 210,238 | 93.65 | 28,300 | 7.10 |
| Idaho | 612,582 | 81,172 | 76,197 | 93.87 | 72,872 | 95.64 | 1,188 | 1.56 | 2,137 | 2.80 | 166,195 | 27.13 |
| Illinois | 4,751,180 | 496,345 | 417,092 | 84.03 | 429,874 | 103.06 | 9,056 | 2.17 | -21,838 | -5.24 | 1,078,372 | 22.70 |
| Indiana | 2,933,234 | 766,722 | 762,511 | 99.45 | 750,339 | 98.40 | 3,413 | 0.45 | 8,759 | 1.15 | 616,016 | 21.00 |
| Iowa [2] | 1,334,279 | 358,659 | 325,098 | 90.64 | 310,563 | 95.53 | 5,098 | 1.57 | 9,437 | 2.90 | - | - |
| Kansas | 1,070,221 | 191,602 | 172,743 | 90.16 | 170,641 | 98.78 | 1,879 | 1.09 | 223 | 0.13 | 250,114 | 23.37 |
| Kentucky | 1,619,587 | 29,244 | 25,837 | 88.35 | 23,971 | 92.78 | 1,756 | 6.80 | 110 | 0.43 | 64,407 | 3.98 |
| Louisiana | 1,519,552 | 65,442 | 43,959 | 67.17 | 41,363 | 94.09 | 2,596 | 5.91 | 0 | 0.00 | 271,191 | 17.85 |
| Maine [2] | 646,083 | 193,558 | 185,763 | 95.97 | 183,644 | 98.86 | 2,119 | 1.14 | 0 | 0.00 | - | - |
| Maryland | 2,335,128 | 146,208 | 113,702 | 77.77 | 111,696 | 98.24 | 1,997 | 1.76 | 9 | 0.01 | 663,188 | 28.40 |
| Massachusetts | 2,753,623 | 105,454 | 89,437 | 84.81 | 84,280 | 94.23 | 5,157 | 5.77 | 0 | 0.00 | 580,091 | 21.07 |
| Michigan | 4,341,340 | 1,123,415 | 1,061,835 | 94.52 | 1,055,822 | 99.43 | 6,013 | 0.57 | 0 | 0.00 | 98,136 | 2.26 |
| Minnesota | 2,618,245 | 722,326 | 640,707 | 88.70 | 632,868 | 98.78 | 7,479 | 1.17 | 360 | 0.06 | 340,004 | 12.99 |
| Mississippi | 961,025 | 69,904 | 64,060 | 91.64 | 17,979 | 28.07 | 482 | 0.75 | 45,599 | 71.18 | 50,727 | 5.28 |





| 30

**Overview Table 2: By-Mail and In-Person Early Voting**

| State | Total Voter Turnout | Total By-Mail Ballots Transmitted | By-Mail Ballots Returned by Voters | | Counted | | Rejected | | Other | | In-Person Early Voters | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total | Pct. of Transmitted | Total | Pct. of Returned | Total | Pct. of Returned | Total | Pct. of Returned | Total | Pct. of Total Ballots Cast |
| Missouri [2] | 2,553,274 | 227,927 | 215,879 | 94.71 | 211,178 | 97.82 | 4,700 | 2.18 | 1 | 0.00 | - | - |
| Montana [1] | 508,652 | 442,425 | 367,561 | 83.08 | 366,188 | 99.63 | 1,373 | 0.37 | 0 | 0.00 | - | - |
| Nebraska | 708,924 | 186,204 | 168,844 | 90.68 | 167,332 | 99.10 | 1,512 | 0.90 | 0 | 0.00 | 40,786 | 5.75 |
| Nevada | 976,587 | 103,810 | 86,633 | 83.45 | 84,396 | 97.42 | 1,772 | 2.05 | 465 | 0.54 | 554,591 | 56.79 |
| New Hampshire [1] | 581,551 | 46,831 | 44,615 | 95.27 | 43,416 | 97.31 | 1,199 | 2.69 | 0 | 0.00 | - | - |
| New Jersey [1] | 3,248,642 | 563,106 | 406,325 | 72.16 | 392,931 | 96.70 | 11,694 | 2.88 | 1,700 | 0.42 | - | - |
| New Mexico | 697,681 | 448,987 | 440,138 | 98.03 | 448,987 | 102.01 | 240 | 0.05 | -9,089 | -2.07 | 375,283 | 53.79 |
| New York [1] | 6,356,896 | 341,270 | 249,002 | 72.96 | 226,151 | 90.82 | 34,095 | 13.69 | -11,244 | -4.52 | - | - |
| North Carolina | 3,705,224 | 126,142 | 95,546 | 75.74 | 89,711 | 93.89 | 5,835 | 6.11 | 0 | 0.00 | 1,926,639 | 52.00 |
| North Dakota [2] | 329,950 | 101,568 | 96,125 | 94.64 | 95,562 | 99.41 | 554 | 0.58 | 9 | 0.01 | - | - |
| Ohio | 4,520,678 | 1,030,261 | 941,447 | 91.38 | 929,985 | 98.78 | 11,462 | 1.22 | 0 | 0.00 | 429,916 | 9.51 |
| Oklahoma | 1,200,164 | 94,598 | 69,771 | 73.76 | 66,160 | 94.82 | 3,136 | 4.49 | 475 | 0.68 | 107,350 | 8.94 |
| Oregon [2,3] | 1,914,923 | 2,860,072 | 1,907,342 | 66.69 | 7,043 | 0.37 | 176 | 0.01 | 1,900,123 | 99.62 | - | - |
| Pennsylvania [1] | 5,057,630 | 216,575 | 195,953 | 90.48 | 186,664 | 95.26 | 8,714 | 4.45 | 575 | 0.29 | - | - |
| Rhode Island | 389,161 | 31,677 | 27,193 | 85.84 | 26,418 | 97.15 | 775 | 2.85 | 0 | 0.00 | 10,872 | 2.79 |
| South Carolina | 1,739,705 | 80,271 | 72,806 | 90.70 | 70,558 | 96.91 | 2,248 | 3.09 | 0 | 0.00 | 217,857 | 12.52 |
| South Dakota | 340,324 | 89,616 | 87,311 | 97.43 | 32,056 | 36.71 | 300 | 0.34 | 54,955 | 62.94 | 18,273 | 5.37 |
| Tennessee | 2,267,428 | 43,561 | 39,712 | 91.16 | 38,855 | 97.84 | 855 | 2.15 | 2 | 0.01 | 1,342,970 | 59.23 |
| Texas | 7,976,548 | 621,386 | 533,566 | 85.87 | 527,787 | 98.92 | 9,377 | 1.76 | -3,598 | -0.67 | 5,452,510 | 68.36 |
| U.S. Virgin Islands | 26,346 | 908 | 908 | 100.00 | 908 | 100.00 | 0 | 0.00 | 0 | 0.00 | 3,952 | 15.00 |
| Utah | 1,082,972 | 1,469,654 | 973,915 | 66.27 | 965,147 | 99.10 | 8,768 | 0.90 | 0 | 0.00 | 11,042 | 1.02 |
| Vermont | 268,758 | 28,317 | 26,623 | 94.02 | 25,936 | 97.42 | 722 | 2.71 | -35 | -0.13 | 33,190 | 12.35 |
| Virginia | 3,343,186 | 102,658 | 97,295 | 94.78 | 95,238 | 97.89 | 2,057 | 2.11 | 0 | 0.00 | 193,993 | 5.80 |
| Washington | 3,133,462 | 4,460,649 | 3,112,157 | 69.77 | 3,064,219 | 98.46 | 32,327 | 1.04 | 15,611 | 0.50 | 20 | 0.00 |
| West Virginia | 597,149 | 12,063 | 10,342 | 85.73 | 10,238 | 98.99 | 104 | 1.01 | 0 | 0.00 | 175,403 | 29.37 |
| Wisconsin | 2,688,341 | 168,788 | 150,114 | 88.94 | 147,597 | 98.32 | 2,517 | 1.68 | 0 | 0.00 | 427,415 | 15.90 |
| Wyoming | 205,275 | 63,728 | 61,806 | 96.98 | 61,546 | 99.58 | 250 | 0.40 | 10 | 0.02 | 25,659 | 12.50 |
| U.S. Total | 120,314,461 | 42,444,522 | 30,377,407 | 71.57 | 27,881,846 | 91.78 | 430,190 | 1.42 | 2,065,371 | 6.80 | 20,854,871 | 22.04 |



Overview Table 2 Calculation Notes

(1) **Total Voter Turnout** uses question F1a.
(2) **Total By-Mail Ballots Transmitted** uses question C1a.
(3) **By-Mail Ballots Returned, Total** uses question C1b.
(4) **By-Mail Ballots Returned, Pct. of Transmitted** uses question C1b divided by question C1a.
(5) **By-Mail Ballots Returned, Counted Total** uses question C3a.
(6) **By-Mail Ballots Returned, Counted as Pct. of Returned** uses question C3a divided by question C1b.
(7) **By-Mail Ballots Returned, Rejected Total** uses question C4a.
(8) **By-Mail Ballots Returned, Rejected as Pct. of Returned** uses question C4a divided by question C1b.
(9) **By-Mail Ballots Returned, Other Total** uses question C1b minus the sum of questions C3a and C4a.
(10) **By-Mail Ballots Returned by Voters, Other as Pct. of Returned** uses question C1b minus the sum of questions C3a and C4a, all divided by question C1b.
(11) **In-person Early Votes, Total** uses question F1f.
(12) **In-Person Early Votes as Pct. of Total Ballots Cast** uses question F1f divided by question F1a.

Overview Table 2 Data Notes

**General Notes:**

- The percentage calculations at the national level (U.S. Total) only use data from those states that provided data for the numerator and denominator of the calculation
- Negative numbers in the "Other" column indicate that the sum of counted and rejected by-mail ballots account for more than the total number of returned by-mail ballots reported by the state.

[1] Responded "Data not available" for In-person early voting.

- Alabama reported: "Alabama has in person absentee voting that qualifies as 'early voting' but we do not have separate in person and mail absentee numbers"
- Montana reported: "F1f: Montana treats early voting as absentee and doesn't track use of early voting in the voter registration system."
- New Hampshire reported: "'-99' does apply to in-person absentee voting, which NH has at the clerks' office, and not at the polling place"

31 | Overview of Election Administration and Voting in 2018



- New Jersey reported: "Cannot report on ballots returned 'in person'"
- New York reported: "Data on voters who cast in-person absentee ballots is reported under F1d and could not be broken out for F1f"
- Pennsylvania reported: "Sometimes counties will accept absentees in their office, which can technically be considered in-person early voting, but there is no mechanism in the database to record it as such. It maintains a mark as a normal absentee. This may lead to a discrepancy in metrics as the practice takes place to some extent, but there is not formal mechanism to capture it yet."

[2] Responded "Does not apply" for In-person early voting.

- Iowa reported: "In Iowa voting before election day is absentee voting, previous report expressing numbers in early vote centers was at that time construed to include satellite locations of auditors' offices. F1d is all domestic absentee voters by mail and in-person at the county auditor's office or a satellite location of the auditor's office. Early in person absentee voting included and can't separate out."
- Maine reported: "F1f & F1g:  Maine does not have early voting or permanent by mail voting"
- Oregon reported: "Vote by mail state. F1b response applicable to election office only. No early voting."

[3] Oregon reported "Vote by mail state. Based on instructions reported regular voters as absentee when under Oregon statute they are not." Oregon reported in total by-mail ballots transmitted and total by-mail ballots returned the total ballots at the state level, as an all-by-mail state. However, for counted and rejected by-mail ballots, they seem to report only those ballots that are considered by-mail ballots under Oregon's statute, hence the difference and the large number of non-categorized by-mail ballots in the 'Other' column.



| UOCAVA Table 3: UOCAVA Ballots Transmitted, Returned, Counted, and Rejected | | | | | | |
|---|---|---|---|---|---|---|
| State | Ballots Transmitted to UOCAVA Voters | Ballots Returned by UOCAVA Voters | Returned UOCAVA Ballots, Counted | | Returned UOCAVA Ballots, Rejected | |
| | | | Total | Pct. Counted Ballots of those Returned | Total | Pct. Rejected Ballots of those Returned |
| Alabama | 924 | 628 | 620 | 98.73 | 8 | 1.27 |
| Alaska | 4,173 | 3,504 | 3,416 | 97.49 | 88 | 2.51 |
| American Samoa | 38 | 31 | 31 | 100.00 | 0 | 0.00 |
| Arizona | 9,754 | 6,011 | 5,995 | 99.73 | 42 | 0.70 |
| Arkansas | 1,540 | 755 | 899 | 119.07 | 91 | 12.05 |
| California | 107,085 | 41,798 | 40,351 | 96.54 | 2,746 | 6.57 |
| Colorado | 28,929 | 15,738 | 15,247 | 96.88 | 323 | 2.05 |
| Connecticut | 2,805 | 2,805 | 1,797 | 64.06 | 32 | 1.14 |
| Delaware | 1,182 | 731 | 721 | 98.63 | 10 | 1.37 |
| District of Columbia | 1,273 | 642 | 642 | 100.00 | 18 | 2.80 |
| Florida | 95,002 | 49,762 | 48,068 | 96.60 | 3,281 | 6.59 |
| Georgia | 9,071 | 6,037 | 5,378 | 89.08 | 340 | 5.63 |
| Guam | 190 | 117 | 102 | 87.18 | 10 | 8.55 |
| Hawaii | 894 | 894 | 540 | 60.40 | 10 | 1.12 |
| Idaho | 1,134 | 885 | 853 | 96.38 | 59 | 6.67 |
| Illinois [1] | 8,168 | 5,882 | 6,645 | 112.97 | - | - |
| Indiana | 4,244 | 3,390 | 3,336 | 98.41 | 53 | 1.56 |
| Iowa [2] | 2,551 | 1,937 | 1,937 | 100.00 | 44 | 2.27 |
| Kansas | 2,146 | 1,924 | 1,918 | 99.69 | 10 | 0.52 |
| Kentucky | 2,561 | 1,465 | 1,275 | 87.03 | 194 | 13.24 |
| Louisiana [3] | 7,209 | 1,631 | 1,475 | 90.44 | 156 | 9.56 |
| Maine | 3,034 | 2,419 | 2,406 | 99.46 | 72 | 2.98 |
| Maryland | 9,760 | 6,637 | 6,425 | 96.81 | 197 | 2.97 |
| Massachusetts | 9,766 | 8,019 | 7,956 | 99.21 | 53 | 0.66 |
| Michigan | 9,102 | 6,859 | 6,690 | 97.54 | 109 | 1.59 |
| Minnesota | 8,482 | 6,076 | 5,310 | 87.39 | 771 | 12.69 |
| Mississippi | 1,208 | 847 | 847 | 100.00 | 0 | 0.00 |
| Missouri | 5,278 | 3,448 | 3,373 | 97.82 | 219 | 6.35 |
| Montana [4] | 3,573 | 2,914 | 2,685 | 92.14 | 10 | 0.34 |
| Nebraska | 933 | 773 | 737 | 95.34 | 36 | 4.66 |
| Nevada | 3,365 | 2,934 | 2,899 | 98.81 | 42 | 1.43 |



| UOCAVA Table 3: UOCAVA Ballots Transmitted, Returned, Counted, and Rejected | | | | | | |
|---|---|---|---|---|---|---|
| **State** | **Ballots Transmitted to UOCAVA Voters** | **Ballots Returned by UOCAVA Voters** | **Returned UOCAVA Ballots, Counted** | | **Returned UOCAVA Ballots, Rejected** | |
| | | | **Total** | **Pct. Counted Ballots of those Returned** | **Total** | **Pct. Rejected Ballots of those Returned** |
| New Hampshire | 2,552 | 2,131 | 1,993 | 93.52 | 138 | 6.48 |
| New Jersey [5] | 7,226 | - | - | - | - | - |
| New Mexico | 1,874 | 1,598 | 1,598 | 100.00 | 57 | 3.57 |
| New York | 77,524 | 32,341 | 27,614 | 85.38 | 4,930 | 15.24 |
| North Carolina | 9,310 | 7,643 | 7,609 | 99.56 | 34 | 0.44 |
| North Dakota | 812 | 812 | 683 | 84.11 | 25 | 3.08 |
| Ohio | 9,597 | 7,531 | 7,374 | 97.92 | 157 | 2.08 |
| Oklahoma | 5,588 | 1,689 | 1,630 | 96.51 | 58 | 3.43 |
| Oregon | 15,711 | 7,581 | 7,415 | 97.81 | 166 | 2.19 |
| Pennsylvania | 12,875 | 3,392 | 9,316 | 274.65 | 383 | 11.29 |
| Rhode Island [1] | 812 | - | - | - | - | - |
| South Carolina [6] | 3,333 | 2,621 | 2,609 | 99.54 | 12 | 0.46 |
| South Dakota | 870 | 763 | 625 | 81.91 | 14 | 1.83 |
| Tennessee | 5,860 | 4,516 | 4,287 | 94.93 | 229 | 5.07 |
| Texas | 31,823 | 21,132 | 21,376 | 101.15 | 1,515 | 7.17 |
| U.S. Virgin Islands [7] | 20 | 8 | 0 | 0.00 | 0 | 0.00 |
| Utah | 5,668 | 2,304 | 2,274 | 98.70 | 30 | 1.30 |
| Vermont | 1,476 | 1,311 | 946 | 72.16 | 121 | 9.23 |
| Virginia | 21,111 | 15,831 | 14,344 | 90.61 | 1,487 | 9.39 |
| Washington | 89,248 | 38,952 | 41,623 | 106.86 | 587 | 1.51 |
| West Virginia | 841 | 720 | 713 | 99.03 | 7 | 0.97 |
| Wisconsin | 5,335 | 3,609 | 3,280 | 90.88 | 329 | 9.12 |
| Wyoming | 569 | 414 | 388 | 93.72 | 25 | 6.04 |
| U.S. Total | 655,409 | 344,392 | 338,271 | 98.22 | 19,328 | 5.71 |



UOCAVA Table 3 Calculation Notes

(1) **Ballots Transmitted to UOCAVA Voters** uses question B5a.
(2) **Ballots Returned by UOCAVA Voters** uses question B9a.
(3) **Returned UOCAVA Ballots Counted –Total** uses question B14a.
(4) **Returned UOCAVA Ballots Counted –Pct. of Returned** uses question B14a divided by question B9a.
(5) **Returned UOCAVA Ballots Rejected –Total** uses question B18a.
(6) **Returned UOCAVA Ballots Rejected –Pct. of Returned** uses question B18a divided by question B9a.

UOCAVA Table 3 Data Notes

**General Notes:**

- The percentage calculations at the national level (U.S. Total) only use data from those states that provided data for the numerator and denominator of the calculation.

[1] Responded "Data not available" to items left blank in the table.

[2] Iowa reported: "System doesn't differentiate between FWABs and other UOCAVA votes. FWABS included."

[3] Louisiana reported: "The registrar sometimes transmits multiple ballots to voter (i.e. the voter did not receive the original ballot or the original ballot is returned as undeliverable)."

[4] Montana reported: "Ballot numbers include reissued and/or voided"

[5] New Jersey was not able to break down regular UOCAVA ballots from FWABs, so they responded "Data not available" to these items, but provided the totals per jurisdiction in the comments, which can be consulted in the public EAVS dataset.

[6] South Carolina reported: "Numbers show all UOCAVA ballots received. No breakdown available of FWAB and non-FWAB ballots."

[7] U.S. Virgin Islands reported data on UOCAVA ballots transmitted to and returned by voters but reported "0" to items related to whether UOCAVA ballots were counted or rejected.