# Exhibit 16



# ELECTION ADMINISTRATION AND VOTING SURVEY 2020 COMPREHENSIVE REPORT

A REPORT FROM THE
U.S. ELECTION ASSISTANCE COMMISSION
TO THE 117TH CONGRESS

Overview Table 2: Voter Turnout by Mail

| State | Total Mail Voters | % Turnout by Mail | Total Mailed Ballots Transmitted | Total Mailed Ballots Returned | % Mailed Ballots Returned |
|---|---|---|---|---|---|
| Alabama [1] | 300,684 | 12.9 | 170,616 | 158,321 | 92.8 |
| Alaska | 92,471 | 25.6 | 121,223 | 97,344 | 80.3 |
| American Samoa | 905 | 7.6 | 911 | 911 | 100.0 |
| Arizona | 2,931,175 | 85.7 | 3,529,586 | 2,938,896 | 83.3 |
| Arkansas | 84,910 | 7.0 | 120,369 | 117,555 | 97.7 |
| California | 14,515,783 | 81.9 | 23,228,899 | 15,398,923 | 66.3 |
| Colorado | 3,092,904 | 93.1 | 3,904,381 | 3,122,440 | 80.0 |
| Connecticut | 667,403 | 35.8 | 832,542 | 673,899 | 80.9 |
| Delaware | 161,135 | 31.3 | 187,360 | 163,234 | 87.1 |
| District of Columbia | 229,459 | 66.2 | 416,660 | 235,486 | 56.5 |
| Florida | 4,546,896 | 40.8 | 6,065,500 | 4,750,645 | 78.3 |
| Georgia [2] | 1,311,361 | 26.1 | 1,759,036 | 1,316,165 | 74.8 |
| Guam | 108 | 0.4 | 193 | 129 | 66.8 |
| Hawaii | 548,636 | 94.6 | 748,944 | 551,383 | 73.6 |
| Idaho [3] | 345,636 | 39.3 | 407,323 | 344,893 | 84.7 |
| Illinois | 2,037,583 | 33.2 | 2,233,578 | 2,013,990 | 90.2 |
| Indiana | 535,942 | 17.3 | 547,602 | 538,860 | 98.4 |
| Iowa | 994,300 | 58.5 | 1,050,593 | 997,652 | 95.0 |
| Kansas [4] | 463,909 | 33.6 | 362,948 | 295,021 | 81.3 |
| Kentucky | 631,497 | 29.4 | 666,472 | 634,595 | 95.2 |
| Louisiana | 162,692 | 7.5 | 218,057 | 163,656 | 75.1 |
| Maine | 359,331 | 43.7 | 373,478 | 362,594 | 97.1 |
| Maryland | 1,502,852 | 49.1 | 1,699,070 | 1,505,791 | 88.6 |
| Massachusetts | 1,521,052 | 41.6 | 1,679,267 | 1,531,001 | 91.2 |
| Michigan | 2,741,668 | 49.1 | 3,009,891 | 2,762,148 | 91.8 |
| Minnesota | 1,286,660 | 39.1 | 1,545,345 | 1,295,908 | 83.9 |
| Mississippi | 234,500 | 17.6 | 247,855 | 239,488 | 96.6 |
| Missouri | 899,695 | 28.1 | 935,659 | 905,132 | 96.7 |
| Montana | 597,912 | 97.7 | 704,040 | 599,505 | 85.2 |
| Nebraska | 485,195 | 50.2 | 508,049 | 486,844 | 95.8 |
| Nevada | 664,461 | 47.2 | 1,833,795 | 670,091 | 36.5 |
| New Hampshire | 253,932 | 31.2 | 263,447 | 255,935 | 97.1 |
| New Jersey | 4,178,875 | 93.0 | 6,053,283 | 4,228,687 | 69.9 |
| New Mexico | 323,661 | 34.9 | 373,548 | 339,906 | 91.0 |
| New York | 1,763,448 | 20.3 | 2,366,172 | 1,832,724 | 77.5 |
| North Carolina | 974,351 | 17.6 | 1,350,883 | 981,816 | 72.7 |
| North Dakota | 183,161 | 50.3 | 214,506 | 183,544 | 85.6 |



| State | Total Mail Voters | % Turnout by Mail | Total Mailed Ballots Transmitted | Total Mailed Ballots Returned | % Mailed Ballots Returned |
|---|---|---|---|---|---|
| Northern Mariana Islands [5] | 12,321 | 92.3 | 1,670 | 1,670 | 100.0 |
| Ohio | 2,135,600 | 35.7 | 2,314,198 | 2,144,504 | 92.7 |
| Oklahoma | 275,017 | 17.6 | 344,600 | 280,106 | 81.3 |
| Oregon | 2,379,544 | 99.3 | 2,924,063 | 2,397,091 | 82.0 |
| Pennsylvania | 2,623,867 | 37.6 | 3,120,999 | 2,653,688 | 85.0 |
| Puerto Rico [6] | 145,244 | 11.2 | 22,403 | 22,402 | 100.0 |
| Rhode Island | 318,313 | 61.3 | 318,313 | 318,426 | 100.0 |
| South Carolina | 428,704 | 17.0 | 447,697 | 430,229 | 96.1 |
| South Dakota | 122,525 | 28.7 | 132,529 | 123,406 | 93.1 |
| Tennessee | 216,074 | 7.0 | 229,768 | 218,149 | 94.9 |
| Texas | 982,362 | 8.6 | 1,208,665 | 988,364 | 81.8 |
| U.S. Virgin Islands | 1,670 | 9.2 | 1,846 | 1,682 | 91.1 |
| Utah | 1,386,385 | 89.9 | 1,752,928 | 1,396,681 | 79.7 |
| Vermont | 272,318 | 74.0 | 313,193 | 273,784 | 87.4 |
| Virginia | 983,907 | 21.9 | 1,099,502 | 990,198 | 90.1 |
| Washington | 4,050,981 | 98.4 | 5,042,956 | 4,082,581 | 81.0 |
| West Virginia | 142,191 | 17.7 | 150,202 | 142,445 | 94.8 |
| Wisconsin [7] | 1,298,346 | 39.2 | 1,441,825 | 1,305,082 | 90.5 |
| Wyoming | 85,454 | 30.7 | 89,540 | 85,627 | 95.6 |
| U.S. Total | 69,486,966 | 43.1 | 90,687,978 | 70,551,227 | 77.8 |

| State | Mailed Ballots Counted | | Mailed Ballots Rejected | |
|---|---|---|---|---|
| | Total | % of Returned | Total | % of Returned |
| Alabama [1] | -- | -- | -- | -- |
| Alaska | 96,701 | 99.3 | 643 | 0.7 |
| American Samoa | 905 | 99.3 | 6 | 0.7 |
| Arizona | 2,931,164 | 99.7 | 7,732 | 0.3 |
| Arkansas | 84,232 | 71.7 | 7,561 | 6.4 |
| California | 15,305,243 | 99.4 | 92,924 | 0.6 |
| Colorado | 3,092,904 | 99.1 | 29,536 | 0.9 |
| Connecticut | 667,403 | 99.0 | 6,496 | 1.0 |
| Delaware | 161,135 | 98.7 | 2,099 | 1.3 |
| District of Columbia | 234,758 | 99.7 | 728 | 0.3 |
| Florida | 4,740,149 | 99.8 | 13,919 | 0.3 |
| Georgia [2] | 1,311,361 | 99.6 | 4,804 | 0.4 |
| Guam | 108 | 83.7 | 21 | 16.3 |
| Hawaii | 548,636 | 99.5 | 2,747 | 0.5 |
| Idaho [3] | 352,641 | 102.2 | 3,613 | 1.0 |
| Illinois | 1,986,445 | 98.6 | 33,853 | 1.7 |
| Indiana | 535,942 | 99.5 | 2,918 | 0.5 |
| Iowa | 994,300 | 99.7 | 2,592 | 0.3 |
| Kansas [4] | 24,924 | 8.4 | 1,361 | 0.5 |
| Kentucky | 631,497 | 99.5 | 3,101 | 0.5 |
| Louisiana | 161,292 | 98.6 | 2,364 | 1.4 |
| Maine | 359,331 | 99.1 | 1,326 | 0.4 |
| Maryland | 1,502,852 | 99.8 | 2,939 | 0.2 |
| Massachusetts | 1,521,052 | 99.4 | 9,949 | 0.6 |
| Michigan | 2,741,668 | 99.3 | 20,480 | 0.7 |
| Minnesota | 1,286,660 | 99.3 | 9,248 | 0.7 |
| Mississippi | 233,925 | 97.7 | 5,563 | 2.3 |
| Missouri | 899,695 | 99.4 | 5,437 | 0.6 |
| Montana | 597,912 | 99.7 | 1,593 | 0.3 |
| Nebraska | 485,195 | 99.7 | 1,649 | 0.3 |
| Nevada | 664,461 | 99.2 | 5,630 | 0.8 |
| New Hampshire | 253,932 | 99.2 | 2,003 | 0.8 |
| New Jersey | 4,178,875 | 98.8 | 49,812 | 1.2 |
| New Mexico | 328,631 | 96.7 | 17,008 | 5.0 |
| New York | 1,763,448 | 96.2 | 66,746 | 3.6 |
| North Carolina | 974,351 | 99.2 | 7,465 | 0.8 |
| North Dakota | 183,152 | 99.8 | 392 | 0.2 |
| Northern Mariana Islands [5] | 1,193 | 71.4 | 144 | 8.6 |

| State | Mailed Ballots Counted | | Mailed Ballots Rejected | |
| --- | --- | --- | --- | --- |
|  | Total | % of Returned | Total | % of Returned |
| Ohio | 2,135,600 | 99.6 | 8,904 | 0.4 |
| Oklahoma | 275,017 | 98.2 | 5,089 | 1.8 |
| Oregon | 2,379,544 | 99.3 | 17,547 | 0.7 |
| Pennsylvania | 2,619,517 | 98.7 | 34,171 | 1.3 |
| Puerto Rico [6] | 22,402 | 100.0 | -- | -- |
| Rhode Island | 318,313 | 100.0 | 113 | 0.0 |
| South Carolina | 425,701 | 98.9 | 4,528 | 1.1 |
| South Dakota | 122,525 | 99.3 | 789 | 0.6 |
| Tennessee | 216,074 | 99.0 | 2,090 | 1.0 |
| Texas | 982,362 | 99.4 | 8,304 | 0.8 |
| U.S. Virgin Islands | 1,670 | 99.3 | 12 | 0.7 |
| Utah | 1,386,385 | 99.3 | 10,296 | 0.7 |
| Vermont | 272,318 | 99.5 | 1,465 | 0.5 |
| Virginia | 983,907 | 99.4 | 6,291 | 0.6 |
| Washington | 4,051,164 | 99.2 | 31,417 | 0.8 |
| West Virginia | 142,191 | 99.8 | 254 | 0.2 |
| Wisconsin [7] | 1,302,101 | 99.8 | 2,981 | 0.2 |
| Wyoming | 85,454 | 99.8 | 173 | 0.2 |
| U.S. Total | 69,560,318 | 98.8 | 560,826 | 0.8 |

Overview Table 2 Calculation Notes:
    **Total Mail Voters** uses the sum of questions F1d and F1g.
    **% Turnout by Mail** uses the sum of questions F1d and F1g divided by question F1a.
    **Total Mailed Ballots Transmitted** uses question C1a.
    **Total Mailed Ballots Returned** uses question C1b.
    **% Mailed Ballots Returned** uses question C1b divided by question C1a.
    **Mailed Ballots Counted, Total** uses question C3a.
    **Mailed Ballots Counted, % of Returned** uses question C3a divided by question C1b.
    **Mailed Ballots Rejected, Total** uses question C4a.
    **Mailed Ballots Rejected, % of Returned** uses question C4a divided by question C1b.

Overview Table 2 Data Notes:
    **General Notes:**
- Casewise deletion at the state level was used in calculating national percentages. The percentage calculations at the national level (U.S. Total) only used data from those states that provided data for the numerator and denominator of the calculation.
- Because each percentage was calculated independently, the percentages of mailed ballots counted and rejected may not sum to 100% for some states or at the national level.
- The Total Mail Voters column reflects the number of voters who cast a ballot by mail that was counted. It does not include voters who cast a UOCAVA ballot or FWAB.

- The Total Mailed Ballots Transmitted column captures the total number of mailed ballots that states reported transmitting, regardless of whether the ballot was returned or not. The number of ballots transmitted typically exceeds the number of ballots returned because some voters who transmitted a mailed ballot choose to vote by another mode or to not vote at all. Total Mailed Ballots Returned typically exceeds Total Mail Voters because some returned mailed ballots are rejected for not meeting state requirements. Mailed Ballots Counted may not match Total Mail Voters because states may have different methodologies for calculating these numbers.
- The Total Mailed Ballots Returned column includes both counted and rejected ballots that were returned to election offices.

[1] Alabama reported mail and early in-person voting data together as the Total Mail Voters (300,684). Both are considered absentee voting; thus, the data for transmission method are commingled and cannot be reported separately.

[2] Data on rejected mailed ballots for Georgia include rejected ballots entered by counties into the state voter registration system as of February 2021, which does not necessarily include all ballots rejected by counties.

[3] Butte County and Valley County in Idaho responded "Data not available" to the number of mailed ballots received (C1b) but reported data for the number of mailed ballots counted (C3a). Madison County and Valley County in Idaho reported more mailed ballots counted than mailed ballots received. Because of these responses, the total number of mailed ballots counted exceeds the number of mailed ballots received at the state level for Idaho, and the percentage of returned ballots that were counted exceeds 100%.

[4] Kansas did not provide any survey comments to explain why the data reported in the Total Mail Voters column exceeds that of the Total Mailed Ballots Transmitted column, nor why the percentage of mailed ballots counted and rejected does not sum to 100%. Some jurisdictions that reported data on Total Mail Voters did not provide data for Total Mailed Ballots Transmitted.

[5] The Northern Mariana Islands did not provide any survey comments to explain why the data reported in the Total Mail Voters column exceeds that of the Total Mailed Ballots Transmitted column, nor why the percentages of mailed ballots counted and rejected does not sum to 100%.

[6] Puerto Rico reported "data not available" in question C4. In addition, this territory noted in a survey comment that the Total Mail Voters column may include ballots for non-federal elections and that its response in the Total Mail Voters and % Turnout by Mail columns includes "voters who [cast] their vote early but in their home, not in a polling location."

[7] Local election officials in Wisconsin were still recording voter participation method at the time data was provided for this report; therefore, the Total Mail Voters data were incomplete. These data are currently available from the state.



## UOCAVA Table 3: UOCAVA Ballots Transmitted, Returned, Counted and Rejected

| State | UOCAVA Ballots Transmitted | UOCAVA Ballots Returned | UOCAVA Ballots Counted | | UOCAVA Ballots Rejected | |
|---|---|---|---|---|---|---|
| | | | Total | % of Returned | Total | % of Returned |
| Alabama | 6,682 | 5,144 | 5,091 | 99.0 | 53 | 1.0 |
| Alaska | 16,152 | 13,598 | 13,422 | 98.7 | 176 | 1.3 |
| American Samoa | 214 | 214 | 214 | 100.0 | 0 | 0.0 |
| Arizona | 21,679 | 18,483 | 18,435 | 99.7 | 48 | 0.3 |
| Arkansas | 3,042 | 2,206 | 2,104 | 95.4 | 465 | 21.1 |
| California | 162,295 | 97,301 | 95,872 | 98.5 | 1,419 | 1.5 |
| Colorado | 45,558 | 29,631 | 28,762 | 97.1 | 869 | 2.9 |
| Connecticut | 9,950 | 7,874 | 7,689 | 97.7 | 185 | 2.3 |
| Delaware | 2,899 | 2,429 | 2,305 | 94.9 | 124 | 5.1 |
| District of Columbia | 6,003 | 4,990 | 4,990 | 100.0 | 9 | 0.2 |
| Florida | 144,678 | 117,965 | 115,975 | 98.3 | 2,127 | 1.8 |
| Georgia [1] | 28,454 | 18,867 | 18,475 | 97.9 | 392 | 2.1 |
| Guam | 120 | 69 | 65 | 94.2 | 4 | 5.8 |
| Hawaii | 4,623 | 3,624 | 3,503 | 96.7 | 36 | 1.0 |
| Idaho [2] | 4,449 | 3,230 | 3,442 | 106.6 | 90 | 2.8 |
| Illinois | 29,614 | 24,358 | 23,302 | 95.7 | 462 | 1.9 |
| Indiana | 10,325 | 8,814 | 8,773 | 99.5 | 34 | 0.4 |
| Iowa [1] | 6,776 | 6,000 | 5,980 | 99.7 | 29 | 0.5 |
| Kansas | 5,551 | 4,990 | 4,980 | 99.8 | 23 | 0.5 |
| Kentucky | 6,252 | 4,669 | 4,664 | 99.9 | 5 | 0.1 |
| Louisiana [3] | 9,131 | 6,132 | 5,872 | 95.8 | 260 | 4.2 |
| Maine | 6,421 | 5,701 | 5,674 | 99.5 | 21 | 0.4 |
| Maryland | 29,060 | 21,593 | 21,315 | 98.7 | 278 | 1.3 |
| Massachusetts | 28,533 | 24,890 | 24,685 | 99.2 | 140 | 0.6 |
| Michigan | 27,026 | 22,492 | 21,464 | 95.4 | 1,028 | 4.6 |
| Minnesota | 19,383 | 15,943 | 15,407 | 96.6 | 536 | 3.4 |
| Mississippi | 3,717 | 2,967 | 2,965 | 99.9 | 0 | 0.0 |
| Missouri | 13,458 | 10,821 | 10,716 | 99.0 | 105 | 1.0 |
| Montana [4] | 4,944 | 4,323 | 4,312 | 99.7 | 11 | 0.3 |
| Nebraska | 2,978 | 2,643 | 2,627 | 99.4 | 16 | 0.6 |
| Nevada | 8,850 | 7,258 | 7,224 | 99.5 | 34 | 0.5 |
| New Hampshire | 7,165 | 6,327 | 6,167 | 97.5 | 160 | 2.5 |
| New Jersey | 26,959 | 11,732 | 11,634 | 99.2 | 81 | 0.7 |
| New Mexico | 6,292 | 6,292 | 5,261 | 83.6 | 71 | 1.1 |
| New York [5] | 58,393 | 69,585 | 66,706 | 95.9 | 2,936 | 4.2 |
| North Carolina | 58,993 | 26,802 | 26,386 | 98.4 | 416 | 1.6 |
| North Dakota | 1,900 | 1,633 | 1,624 | 99.4 | 18 | 1.1 |

| State | UOCAVA Ballots Transmitted | UOCAVA Ballots Returned | UOCAVA Ballots Counted | | UOCAVA Ballots Rejected | |
|---|---|---|---|---|---|---|
| | | | Total | % of Returned | Total | % of Returned |
| Northern Mariana Islands [6] | 25 | 25 | 25 | 100.0 | -- | -- |
| Ohio | 25,742 | 21,601 | 21,388 | 99.0 | 213 | 1.0 |
| Oklahoma | 8,687 | 6,355 | 6,204 | 97.6 | 151 | 2.4 |
| Oregon [1] | 20,477 | 16,751 | 16,534 | 98.7 | 217 | 1.3 |
| Pennsylvania | 33,772 | 26,952 | 25,589 | 94.9 | 1,363 | 5.1 |
| Puerto Rico [7] | 587 | 587 | 587 | 100.0 | -- | -- |
| Rhode Island [8] | -- | -- | -- | -- | -- | -- |
| South Carolina [1], [9] | 14,874 | 12,963 | 12,906 | 99.6 | 57 | 0.4 |
| South Dakota | 3,159 | 3,059 | 2,939 | 96.1 | 122 | 4.0 |
| Tennessee | 17,927 | 14,884 | 14,444 | 97.0 | 440 | 3.0 |
| Texas | 85,972 | 62,651 | 59,380 | 94.8 | 1,399 | 2.2 |
| U.S. Virgin Islands [10] | 13 | 8 | 8 | 100.0 | -- | -- |
| Utah | 9,087 | 5,820 | 5,798 | 99.6 | 22 | 0.4 |
| Vermont | 2,753 | 2,753 | 2,723 | 98.9 | 30 | 1.1 |
| Virginia | 41,063 | 33,045 | 31,880 | 96.5 | 1,165 | 3.5 |
| Washington | 134,777 | 64,632 | 63,954 | 99.0 | 678 | 1.0 |
| West Virginia | 2,549 | 2,167 | 2,162 | 99.8 | 5 | 0.2 |
| Wisconsin [11] | 17,642 | 14,057 | 13,530 | 96.3 | 527 | 3.7 |
| Wyoming | 1,976 | 1,714 | 1,704 | 99.4 | 10 | 0.6 |
| U.S. Total | 1,249,601 | 911,614 | 889,837 | 97.6 | 19,060 | 2.1 |

UOCAVA Table 3 Calculation Notes:
  **UOCAVA Ballots Transmitted** uses question B5a.
  **UOCAVA Ballots Returned** uses question B9a.
  **UOCAVA Ballots Counted, Total** uses question B14a.
  **UOCAVA Ballots Counted, % of Returned** uses question B14a divided by B9a.
  **UOCAVA Ballots Rejected, Total** uses question B18a.
  **UOCAVA Ballots Rejected, % of Returned** uses question B18a divided by B9a.

UOCAVA Table 3 Data Notes:
  **General Notes:**
  • Casewise deletion at the state level was used in calculating national percentages. The percentage calculations at the national level (U.S. Total) only used data from those states that provided data for the numerator and denominator of the calculation.

  [1] Georgia, Iowa, Oregon, and South Carolina reported that data on FWABs were included in the EAVS items related to UOCAVA absentee ballots because FWABs cannot be distinguished from regular UOCAVA absentee ballots.



[2] Kootenai County in Idaho responded "Data not available" to the number of UOCAVA ballots returned (B9a) and reported 317 UOCAVA ballots counted (B14a). Because of these responses, the total number of UOCAVA ballots received at the state level was lower than the total number of UOCAVA ballots counted, and the percentage of counted ballots exceeded 100% in Idaho.

[3] Louisiana noted in a survey comment that "[T]he registrar sometimes transmits multiple ballots to voter (i.e. the voter did not [receive] the original ballot or the original ballot is returned as undeliverable)."

[4] Montana noted in a survey comment that "[B]allots issued may exceed voter registration due to replacement ballot issued."

[5] New York noted in a survey comment that "While the UOCAVA data reflects information provided by the counties, it does not address the variable that voters may return more than one ballot. The following further addresses this variable:

(1) If voters have electronic access to their ballot, they could potentially download and print the documents more than once and subsequently return them to the county boards.
(2) Some county boards mail a ballot to every UOCAVA voter, regardless of their transmission preference. Due to this, voters who already received their ballot electronically, completed and returned it, may subsequently receive a physical ballot in the mail. This may result in such voters returning this additional ballot.
(3) Additional data collected by NYS BOE [New York State Board of Elections] has shown that more than 1700 UOCAVA voters returned multiple ballots, although the data does not report how many ballots each of these voters returned."

[6] The Northern Mariana Islands and the U.S. Virgin Islands reported that items related to rejected UOCAVA absentee ballots did not apply.

[7] Puerto Rico reported that data in items related to rejected UOCAVA absentee ballots did not apply.

[8] Rhode Island noted in a survey comment that "[A]ccording to RI general law all UOCAVA mail ballots are consolidated into one mail ballot category."

[9] South Carolina noted in a survey comment that "UOCAVA ballots counted equals UOCAVA ballots returned before deadline. No data available on UOCAVA ballots that may have been challenged."

[10] The U.S. Virgin Islands reported that items related to rejected UOCAVA absentee ballots did not apply, with a survey comment that "[T]he five voters did not return their ballots that were sent to them."

[11] In Wisconsin, other methods of transmitting UOCAVA ballots include online ballot delivery, fax, or email. There were some UOCAVA voters who voted at the polls on Election Day, rather than by UOCAVA absentee ballot; these voters are not included in Section B but are included in the numbers for Section D. Wisconsin does not have a postmark requirement for absentee ballots; absentee ballots must be received by the local clerk before polls close on Election Day. Many Wisconsin jurisdictions track the return of ballots received after Election Day, but they are not required to do so. Counts reported for "Ballot not received on time/missed deadline" represent the ballots that have been tracked in this way. In Wisconsin, ballots missing a postmark are counted if they otherwise qualify; therefore, there are no ballots rejected for this reason.