# Exhibit 17

# Election Administration and Voting Survey 2022 Comprehensive Report

A Report from the
U.S. Election Assistance Commission
to the 118th Congress



## Overview Table 2: Mail Voting in the 2022 General Election

| State | Total Mail Voters (Excluding UOCAVA) | % Turnout by Mail | Total Mail Ballots Transmitted | Total Mail Ballots Returned | % Mail Ballots Returned | Mail Ballots Counted Total | % of Returned |
|---|---|---|---|---|---|---|---|
| Alabama [1] | 32,577 | 2.3% | 28,646 | 24,676 | 86.1% | 24,286 | 98.4% |
| Alaska [2] | 38,889 | 14.6% | 50,824 | 41,453 | 81.6% | 40,887 | 98.6% |
| American Samoa [3] | 15 | 0.2% | -- | -- | -- | -- | -- |
| Arizona [4] | 2,075,970 | 80.1% | 3,272,421 | 2,099,724 | 64.2% | 2,090,789 | 99.6% |
| Arkansas | 15,949 | 1.8% | 20,325 | 16,934 | 83.3% | 15,372 | 90.8% |
| California | 9,743,427 | 87.4% | 22,491,229 | 9,986,701 | 44.4% | 9,743,427 | 97.6% |
| Colorado | 2,406,246 | 94.7% | 3,890,522 | 2,431,292 | 62.5% | 2,406,246 | 99.0% |
| Connecticut [5] | 150,284 | 11.6% | 204,840 | 152,803 | 74.6% | 150,284 | 98.4% |
| Delaware [6] | 19,027 | 5.8% | 30,725 | 21,923 | 71.4% | 19,027 | 86.8% |
| District of Columbia [7] | 130,287 | 63.3% | 506,456 | 132,829 | 26.2% | 130,287 | 98.1% |
| Florida | 2,759,432 | 35.4% | 4,383,461 | 2,754,324 | 62.8% | 2,732,621 | 99.2% |
| Georgia | 248,487 | 6.3% | 280,897 | 252,272 | 89.8% | 248,487 | 98.5% |
| Guam | 163 | 0.5% | 327 | 191 | 58.4% | 163 | 85.3% |
| Hawaii | 402,243 | 95.0% | 733,360 | 408,612 | 55.7% | 402,233 | 98.4% |
| Idaho [8] | 128,723 | 21.6% | 144,960 | 128,658 | 88.8% | 128,723 | 100.1% |
| Illinois | 568,728 | 13.6% | 1,302,195 | 1,013,842 | 77.9% | 583,371 | 57.5% |
| Indiana [9] | 154,882 | 8.2% | 158,998 | 157,542 | 99.1% | 154,882 | 98.3% |
| Iowa [10] | 368,907 | 30.0% | 379,302 | 369,801 | 97.5% | 368,907 | 99.8% |
| Kansas | 131,633 | 13.2% | 152,208 | 130,720 | 85.9% | 126,002 | 96.4% |
| Kentucky | 72,663 | 4.8% | 83,454 | 75,120 | 90.0% | 72,663 | 96.7% |
| Louisiana [11] | 102,618 | 7.3% | 164,156 | 105,332 | 64.2% | 102,632 | 97.4% |
| Maine | 171,940 | 25.3% | 181,719 | 172,990 | 95.2% | 171,940 | 99.4% |
| Maryland | 536,285 | 26.4% | 647,747 | 538,558 | 83.1% | 536,285 | 99.6% |
| Massachusetts [12] | 922,559 | 36.7% | 1,114,849 | 933,946 | 83.8% | 922,559 | 98.8% |
| Michigan | 1,656,814 | 36.8% | 1,800,770 | 1,680,955 | 93.3% | 1,656,814 | 98.6% |
| Minnesota | 339,396 | 13.4% | 450,413 | 346,772 | 77.0% | 339,396 | 97.9% |
| Mississippi [13] | -- | -- | 11,722 | -- | -- | -- | -- |
| Missouri | 278,539 | 12.1% | 290,428 | 281,555 | 96.9% | 278,539 | 98.9% |
| Montana [14] | -- | -- | 505,618 | 377,108 | 74.6% | 374,911 | 99.4% |
| Nebraska [15] | 242,009 | 35.4% | 269,285 | 243,042 | 90.3% | 242,009 | 99.6% |
| Nevada | 518,398 | 50.7% | 1,873,813 | 528,753 | 28.2% | 518,398 | 98.0% |
| New Hampshire [16] | 56,971 | 9.1% | 60,535 | 58,131 | 96.0% | 56,971 | 98.0% |
| New Jersey | 581,955 | 21.9% | 947,150 | 588,258 | 62.1% | 581,955 | 98.9% |
| New Mexico | 97,746 | 13.8% | 110,577 | 98,458 | 89.0% | 97,746 | 99.3% |
| New York [17] | 382,926 | 6.5% | 536,171 | 392,942 | 73.3% | 382,926 | 97.5% |
| North Carolina | 179,280 | 4.7% | 248,794 | 183,243 | 73.7% | 179,280 | 97.8% |
| North Dakota | 69,399 | 28.6% | 76,019 | 69,697 | 91.7% | 69,399 | 99.6% |
| Northern Mariana Islands [18] | -- | -- | 2,046 | -- | -- | -- | -- |



33 | Overview of Election Administration and Voting

| State | Total Mail Voters (Excluding UOCAVA) | % Turnout by Mail | Total Mail Ballots Transmitted | Total Mail Ballots Returned | % Mail Ballots Returned | Mail Ballots Counted | |
|---|---|---|---|---|---|---|---|
| | | | | | | Total | % of Returned |
| Ohio | 911,517 | 21.7% | 996,093 | 914,127 | 91.8% | 911,517 | 99.7% |
| Oklahoma | 68,697 | 6.0% | 92,576 | 69,956 | 75.6% | 68,697 | 98.2% |
| Oregon [19] | 1,961,760 | 99.6% | 2,969,563 | 1,990,727 | 67.0% | 1,968,717 | 98.9% |
| Pennsylvania | 1,234,943 | 22.8% | 1,433,665 | 1,258,336 | 87.8% | 1,234,943 | 98.1% |
| Rhode Island [20] | 33,556 | 9.3% | 34,361 | 33,850 | 98.5% | 33,556 | 99.1% |
| South Carolina | 54,911 | 3.2% | 61,033 | 56,605 | 92.7% | 54,787 | 96.8% |
| South Dakota | 97,472 | 27.5% | 99,905 | 97,820 | 97.9% | 97,472 | 99.6% |
| Tennessee | 44,097 | 2.5% | 48,683 | 44,817 | 92.1% | 44,097 | 98.4% |
| Texas | 356,987 | 4.4% | 444,150 | 369,562 | 83.2% | 356,987 | 96.6% |
| U.S. Virgin Islands [21] | 532 | 2.4% | 532 | 463 | 87.0% | 532 | 114.9% |
| Utah | 970,274 | 90.3% | 1,703,702 | 1,004,614 | 59.0% | 997,442 | 99.3% |
| Vermont | 193,618 | 67.6% | 422,603 | 193,830 | 45.9% | 193,583 | 99.9% |
| Virginia | 289,428 | 9.4% | 360,659 | 292,077 | 81.0% | 289,428 | 99.1% |
| Washington [22] | 3,037,023 | 99.0% | 4,850,083 | 3,077,400 | 63.5% | 3,040,297 | 98.8% |
| West Virginia [23] | 12,301 | 2.5% | 12,598 | 10,541 | 83.7% | 10,818 | 102.6% |
| Wisconsin [24] | 425,970 | 15.9% | 478,260 | 431,232 | 90.2% | 427,246 | 99.1% |
| Wyoming | 38,164 | 19.1% | 44,711 | 38,336 | 85.7% | 38,164 | 99.6% |
| U.S. Total | 35,316,617 | 31.9% | 61,460,139 | 36,683,450 | 59.7% | 35,718,700 | 97.4% |



| State | Mail Ballots Rejected | | Total Drop Boxes | Ballots Returned by Drop Box | | Mail Ballots Cured | |
|---|---|---|---|---|---|---|---|
| | Total | % of Returned | | Total | % of Returned | Total | % of Returned |
| Alabama [1] | -- | -- | -- | -- | -- | -- | -- |
| Alaska [2] | 566 | 1.4% | 5 | -- | -- | -- | -- |
| American Samoa [3] | -- | -- | -- | -- | -- | -- | -- |
| Arizona [4] | 8,935 | 0.4% | 391 | 289,431 | 13.8% | 3,323 | 0.2% |
| Arkansas | 1,144 | 6.8% | 6 | 457 | 2.7% | 851 | 5.0% |
| California | 243,274 | 2.4% | 2,035 | 3,592,536 | 36.0% | 48,597 | 0.5% |
| Colorado | 25,046 | 1.0% | 411 | 2,111,353 | 86.8% | -- | -- |
| Connecticut [5] | 2,519 | 1.6% | 214 | -- | -- | -- | -- |
| Delaware [6] | 2,896 | 13.2% | -- | -- | -- | 12 | 0.1% |
| District of Columbia [7] | 2,542 | 1.9% | 56 | 74,102 | 55.8% | 982 | 0.7% |
| Florida | 22,005 | 0.8% | 487 | 573,013 | 20.8% | 13,556 | 0.5% |
| Georgia | 3,785 | 1.5% | -- | -- | -- | -- | -- |
| Guam | 28 | 14.7% | -- | -- | -- | -- | -- |
| Hawaii | 5,078 | 1.2% | 51 | 133,389 | 32.6% | 521 | 0.1% |
| Idaho [8] | 1 | 0.0% | 6 | -- | -- | -- | -- |
| Illinois | 8,818 | 0.9% | 527 | 104,168 | 10.3% | 4,598 | 0.5% |
| Indiana [9] | 2,660 | 1.7% | -- | -- | -- | -- | -- |
| Iowa [10] | 894 | 0.2% | -- | 13,881 | 3.8% | -- | -- |
| Kansas | 1,382 | 1.1% | 173 | 34,217 | 26.2% | 7,398 | 5.7% |
| Kentucky | 2,457 | 3.3% | 163 | 24,094 | 32.1% | -- | -- |
| Louisiana [11] | 2,700 | 2.6% | -- | -- | -- | 1,309 | 1.2% |
| Maine | 1,050 | 0.6% | 366 | -- | -- | -- | -- |
| Maryland | 2,273 | 0.4% | 282 | 273,484 | 50.8% | 419 | 0.1% |
| Massachusetts [12] | 11,387 | 1.2% | 500 | -- | -- | -- | -- |
| Michigan | 24,141 | 1.4% | 1,178 | -- | -- | -- | -- |
| Minnesota | 7,376 | 2.1% | 37 | -- | -- | -- | -- |
| Mississippi [13] | -- | -- | -- | -- | -- | -- | -- |
| Missouri | 3,016 | 1.1% | -- | -- | -- | -- | -- |
| Montana [14] | 2,197 | 0.6% | -- | -- | -- | -- | -- |
| Nebraska [15] | 1,033 | 0.4% | 118 | 152,951 | 62.9% | 702 | 0.3% |
| Nevada | 10,355 | 2.0% | 511 | 145,179 | 27.5% | 12,553 | 2.4% |
| New Hampshire [16] | 1,160 | 2.0% | -- | -- | -- | -- | -- |
| New Jersey | 5,901 | 1.0% | 432 | 235,606 | 40.1% | 3,640 | 0.6% |
| New Mexico | 712 | 0.7% | 72 | 9,059 | 9.2% | 1,082 | 1.1% |
| New York [17] | 7,240 | 1.8% | -- | -- | -- | 3,367 | 0.9% |
| North Carolina | 3,963 | 2.2% | -- | -- | -- | 573 | 0.3% |
| North Dakota | 298 | 0.4% | 64 | -- | -- | -- | -- |
| Northern Mariana Islands [18] | -- | -- | -- | 30 | -- | -- | -- |
| Ohio | 2,610 | 0.3% | 102 | 70,306 | 7.7% | 4,449 | 0.5% |



| State | Mail Ballots Rejected | | Total Drop Boxes | Ballots Returned by Drop Box | | Mail Ballots Cured | |
|---|---|---|---|---|---|---|---|
| | Total | % of Returned | | Total | % of Returned | Total | % of Returned |
| Oklahoma | 1,259 | 1.8% | -- | -- | -- | -- | -- |
| Oregon [19] | 28,840 | 1.4% | 318 | 1,135,725 | 57.1% | -- | -- |
| Pennsylvania | 23,393 | 1.9% | 137 | -- | -- | -- | -- |
| Rhode Island [20] | 294 | 0.9% | 415 | 12,582 | 37.2% | -- | -- |
| South Carolina | 1,818 | 3.2% | -- | -- | -- | -- | -- |
| South Dakota | 356 | 0.4% | 0 | 0 | 0.0% | -- | -- |
| Tennessee | 720 | 1.6% | -- | -- | -- | 82 | 0.2% |
| Texas | 12,575 | 3.4% | -- | -- | -- | 14,889 | 4.0% |
| U.S. Virgin Islands [21] | 0 | 0.0% | -- | -- | -- | -- | -- |
| Utah | 14,859 | 1.5% | 312 | 571,551 | 56.9% | 6,555 | 0.7% |
| Vermont | 247 | 0.1% | -- | -- | -- | 320 | 0.2% |
| Virginia | 2,649 | 0.9% | 2,992 | 41,142 | 14.1% | 4,339 | 1.5% |
| Washington [22] | 37,103 | 1.2% | 548 | 1,871,228 | 60.8% | 35,337 | 1.1% |
| West Virginia [23] | 109 | 1.0% | -- | -- | -- | 86 | 0.8% |
| Wisconsin [24] | 3,986 | 0.9% | -- | -- | -- | -- | -- |
| Wyoming | 174 | 0.5% | 8 | 4,169 | 10.9% | -- | -- |
| U.S. Total | 549,824 | 1.5% | 12,917 | 11,473,653 | 39.7% | 169,540 | 0.7% |

Overview Table 2 Calculation Notes:
**Total Mail Voters (Excluding UOCAVA)** uses the sum of questions F1d and F1g.
  **% Turnout by Mail** uses (F1d+F1g)/F1a x 100.
  **Total Mail Ballots Transmitted** uses question C1a.
  **Total Mail Ballots Returned** uses question C1b.
  **% Mail Ballots Returned** uses C1b/C1a x 100.
  **Mail Ballots Counted, Total** uses question C8a.
  **Mail Ballots Counted, % of Returned** uses C8a/C1b x 100.
  **Mail Ballots Rejected, Total** uses question C9a.
  **Mail Ballots Rejected, % of Returned** uses C9a/C1b x 100.
  **Total Drop Boxes** uses question C3a.
  **Ballots Returned by Drop Box, Total** uses question C6a.
  **Ballots Returned by Drop Box, % of Returned** uses C6a/C1b x 100.
  **Mail Ballots Cured, Total** uses question C7a.
  **Mail Ballots Cured, % of Returned** uses C7a/C1b x 100.

Overview Table 2 Data Notes:
  **General Notes:**
- Casewise deletion at the state level was used in calculating national percentages. The percentage calculations at the national level (U.S. Total) only used data from those states that provided data for the numerator and denominator of the calculation.
- The percentages shown in this table are rounded to one decimal place. Percentages that round to less than 0.1% are displayed as 0.0%.



- Because each percentage was calculated independently, the percentages of mail ballots counted and rejected may not sum to 100% for some states or at the national level.
- The Total Mail Ballots Transmitted column captures the total number of mailed ballots that states reported transmitting, regardless of whether the ballot was returned or not. The number of ballots transmitted typically exceeds the number of ballots returned because some voters who were transmitted a mailed ballot choose to vote by another mode or to not vote at all. Total Mail Ballots Returned typically exceeds Total Mail Voters because some returned mailed ballots are rejected for not meeting state requirements. Mail Ballots Counted may not match Total Mail Voters because states may have different methodologies for calculating these numbers.
- The Total Mail Ballots Returned column includes both counted and rejected ballots that were returned to election offices.

[1] Alabama has absentee voting by mail. A voter may pick up a ballot in person and return it via mail or receive a ballot in the mail and return it in person. This may cause a discrepancy. Data on absentee in-person voting was not tracked for the 2022 EAVS, which resulted in a discrepancy in the data reported in question F1. The state of Alabama does not track data on the reasons that mail ballots are rejected.

[2] Alaska does not track data on the number of ballots returned in person to division office ballot boxes. Data reported in Section C of the 2022 EAVS include ballots sent by mail and through electronic transmission (online and fax).

[3] American Samoa does not mail ballots locally. If a voter is on the island, they either vote in person or at home with the special needs assistance program.

[4] Several counties in Arizona were unable to separate data according to the categories in question F1 of the 2022 EAVS. See the survey comments for further details.

[5] Data on mail ballots did not distinguish between ballots returned by mail and returned in person.

[6] In an October 7, 2022 order, the Delaware Supreme Court ruled that the Delaware statute authorizing vote by mail in the general election violated the Delaware constitution, and therefore, voting by mail and using drop boxes was not permitted for the 2022 general election. Absentee voting (which, per Delaware law, is provided for prescribed reasons) remained available and was not impacted by the Delaware Supreme Court rulings.

[7] The DCBOE sent a ballot to every registered voter for the November 2022 general election. Since the submission of the 2022 Policy Survey, legislation was passed to permanently make the District of Columbia a vote-by-mail jurisdiction. Voters were also able to deposit mail ballots in drop boxes located in early vote centers and Election Day vote centers. These boxes were also used to deposit provisional ballots.

[8] Idaho was not able to track data on mail ballots that were cured or the reasons why mail ballots were rejected. One county in Idaho reported counting more mail ballots in C8a than were returned in C1b.

[9] The data in C9a was obtained from the statewide voter registration system. The data in C9b was pulled from an ad hoc report, and the data in C9c–t was pulled from the CEB-9 Section 2, a county election report compiled after each primary, general, and special election. Counties do not always track the data requested in C9c–C9t.

[10] In-person ballots cast before Election Day and counted are considered absentee ballots and are reported with mail ballots cast and counted. Data on votes cast and counted is from the actual vote tally on election night, not based on the applied voter credit in the voter registration system.

[11] Data reported in F1 include voters who were given credit for voting but whose ballots may have been blank or otherwise invalid for acceptance.


[12] Vote by mail was made available to all voters, and applications to vote by mail were mailed to all voters as a result of legislation in 2022. This led to a dramatic increase in the number of voters who voted by mail in the 2022 general election.

[13] Because question F1 of EAVS asks about mail-in ballots and not absentee ballots, Mississippi could only provide data on the total number of absentee ballots returned, which includes in-person and mail-in ballots. The information entered into the SEMS does not distinguish between the two.

[14] Data on ballots cast and counted in items F1b–F1f of the 2022 EAVS is properly marked as "Data not available" despite being included in previous reports. The state office is now aware that the "voter credit" data extract by the voter registration and election management system included in previous reports does not accurately reflect the number of ballots counted at the state canvass. For example, the report fails to account for various situations, such as if an empty absentee voter secrecy envelope is returned without a ballot. Montana's 2022 submission contains the official canvass number as the most accurate number of total ballots counted. As such, Montana does not have the data available for the remaining categories. The F1a data for the 2022 EAVS uses the vote counts from the Official 2022 General Election State Canvass. Montana does not track data on drop boxes and does not track data on ballots cured in a way that can be easily extracted.

[15] Nineteen counties in Nebraska conduct all-mail elections in some or all precincts.

[16] All absentee ballots are handled locally, and any absentee ballots cured are not tracked. In-person absentee voting is permitted in the town or city clerk's office over the counter.

[17] Although absentee ballots could be dropped off at polling places and/or Boards of Election, drop boxes as typically defined were not used.

[18] As of the time of the Northern Mariana Islands' EAVS submission, the election office was still receiving returned mailed ballots through the office mailbox.

[19] Oregon is a vote-by-mail state. All ballots, including provisional and Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) ballots, are considered mail ballots.

[20] Rhode Island allows voters to cure mail ballots, but does not collect data on cured ballots.

[21] In the U.S. Virgin Islands, absentee ballots are classified as walk in or mail in, but are all counted and accepted as regular absentee ballots. The reported number of counted mail ballots includes walk ins.

[22] Data reported on cured ballots includes ballots cured for non-matching and missing signatures only. Data reported on in-person voters before Election Day consists of county reports of voters who voted in voting centers with AVUs. Ballots cast at AVUs are not tracked separately from mail ballots.

[23] Two counties in West Virginia reported counting more mail ballots in C8a than were returned in C1b.

[24] Due to a recent court challenge, the use of drop boxes "is not permitted under Wisconsin law unless the drop box is staffed by the clerk and located at the office of the clerk or a properly designated alternate site under Wis. Stat. § 6.855." The Wisconsin Supreme Court affirmed the trial court, and the subsequent ambiguity created by the decision means that most drop boxes were either closed or moved into the clerk's office, and reporting would be unlikely or unnecessary given the added layer of security and placement. (see Teigen v. WEC, 403 Wis.2d 607). Wisconsin does not gather data on if or how absentee ballots may have been returned to the clerk with missing data or if this missing data were cured.



### UOCAVA Table 3: UOCAVA Ballots Transmitted, Returned, Counted, and Rejected

| State | UOCAVA Ballots Transmitted | UOCAVA Ballots Returned | UOCAVA Ballots Counted | | UOCAVA Ballots Rejected | |
|---|---|---|---|---|---|---|
| | | | Total | % of Returned | Total | % of Returned |
| Alabama | 710 | 494 | 477 | 96.6% | 10 | 2.0% |
| Alaska [1] | 5,092 | 3,914 | 3,814 | 97.4% | 100 | 2.6% |
| American Samoa | 25 | 16 | 16 | 100.0% | 0 | 0.0% |
| Arizona | 12,104 | 6,979 | 6,913 | 99.1% | 66 | 0.9% |
| Arkansas | 1,304 | 473 | 426 | 90.1% | 35 | 7.4% |
| California [2] | 132,855 | 34,054 | 31,774 | 93.3% | 2,280 | 6.7% |
| Colorado | 38,736 | 14,289 | 13,426 | 94.0% | 863 | 6.0% |
| Connecticut | 2,580 | 1,056 | 1,016 | 96.2% | 40 | 3.8% |
| Delaware | 1,161 | 581 | 539 | 92.8% | 42 | 7.2% |
| District of Columbia [3] | 730 | 469 | 464 | 98.9% | 5 | 1.1% |
| Florida | 102,010 | 40,901 | 38,987 | 95.3% | 1,849 | 4.5% |
| Georgia | 7,482 | 5,194 | 4,913 | 94.6% | 281 | 5.4% |
| Guam [4] | 134 | 85 | 79 | 92.9% | 6 | 7.1% |
| Hawaii | 816 | 496 | 491 | 99.0% | 5 | 1.0% |
| Idaho [5] | 343 | 317 | 316 | 99.7% | 1 | 0.3% |
| Illinois | 3,370 | 2,729 | 2,776 | 101.7% | 18 | 0.7% |
| Indiana | 2,476 | 2,033 | 2,012 | 99.0% | 22 | 1.1% |
| Iowa [6] | 1,916 | 1,452 | 1,401 | 96.5% | 53 | 3.7% |
| Kansas | 2,054 | 1,684 | 1,678 | 99.6% | 6 | 0.4% |
| Kentucky | 1,390 | 893 | 830 | 92.9% | 63 | 7.1% |
| Louisiana [7] | 1,795 | 848 | 764 | 90.1% | 84 | 9.9% |
| Maine | 2,516 | 1,739 | 1,734 | 99.7% | 5 | 0.3% |
| Maryland | 7,603 | 4,763 | 4,551 | 95.5% | 212 | 4.5% |
| Massachusetts | 5,286 | 4,229 | 4,204 | 99.4% | 25 | 0.6% |
| Michigan | 7,994 | 5,869 | 5,727 | 97.6% | 142 | 2.4% |
| Minnesota [8] | 5,373 | 3,421 | 3,105 | 90.8% | 316 | 9.2% |
| Mississippi | 261 | 211 | 211 | 100.0% | 0 | 0.0% |
| Missouri | 3,615 | 1,886 | 1,837 | 97.4% | 49 | 2.6% |
| Montana [9] | 2,741 | 1,790 | 1,768 | 98.8% | 22 | 1.2% |
| Nebraska | 692 | 552 | 538 | 97.5% | 14 | 2.5% |
| Nevada | 6,188 | 3,442 | 3,388 | 98.4% | 54 | 1.6% |
| New Hampshire | 2,158 | 1,789 | 1,668 | 93.2% | 121 | 6.8% |
| New Jersey | 10,146 | 2,925 | 2,849 | 97.4% | 76 | 2.6% |
| New Mexico | 2,086 | 1,558 | 1,558 | 100.0% | 0 | 0.0% |
| New York [10] | 65,275 | 22,664 | 22,391 | 98.8% | 715 | 3.2% |
| North Carolina | 10,277 | 8,449 | 8,390 | 99.3% | 59 | 0.7% |
| North Dakota | 433 | 363 | 343 | 94.5% | 20 | 5.5% |
| Northern Mariana Islands [11] | -- | -- | -- | -- | -- | -- |
| Ohio | 7,148 | 5,323 | 5,238 | 98.4% | 85 | 1.6% |
| Oklahoma | 7,035 | 1,604 | 1,545 | 96.3% | 59 | 3.7% |
| Oregon [12] | 16,257 | 6,962 | 6,830 | 98.1% | 132 | 1.9% |



| State | UOCAVA Ballots Transmitted | UOCAVA Ballots Returned | UOCAVA Ballots Counted | | UOCAVA Ballots Rejected | |
|---|---|---|---|---|---|---|
| | | | Total | % of Returned | Total | % of Returned |
| Pennsylvania | 11,593 | 8,416 | 8,069 | 95.9% | 347 | 4.1% |
| Rhode Island [13] | 630 | -- | -- | -- | -- | -- |
| South Carolina [14] | 2,356 | 1,991 | 1,983 | 99.6% | 8 | 0.4% |
| South Dakota | 985 | 757 | 718 | 94.8% | 39 | 5.2% |
| Tennessee | 2,912 | 2,074 | 1,935 | 93.3% | 139 | 6.7% |
| Texas | 21,644 | 13,867 | 13,228 | 95.4% | 654 | 4.7% |
| U.S. Virgin Islands | 10 | 0 | 0 | -- | 0 | -- |
| Utah | 4,495 | 2,064 | 2,043 | 99.0% | 284 | 13.8% |
| Vermont | 935 | 543 | 534 | 98.3% | 19 | 3.5% |
| Virginia | 11,491 | 6,968 | 6,755 | 96.9% | 57 | 0.8% |
| Washington | 108,585 | 27,125 | 26,579 | 98.0% | 546 | 2.0% |
| West Virginia [15] | 434 | 287 | 431 | 150.2% | 6 | 2.1% |
| Wisconsin | 6,003 | 4,444 | 4,048 | 91.1% | 396 | 8.9% |
| Wyoming [16] | 546 | 371 | 347 | 93.5% | 26 | 7.0% |
| U.S. Total | 654,786 | 267,403 | 257,657 | 96.4% | 10,456 | 3.9% |

UOCAVA Table 3 Calculation Notes:
- **UOCAVA Ballots Transmitted** uses question B5a.
- **UOCAVA Ballots Returned** uses question B9a.
- **UOCAVA Ballots Counted, Total** uses question B14a.
- **UOCAVA Ballots Counted, % of Returned** uses B14a/B9a x 100.
- **UOCAVA Ballots Rejected, Total** uses question B18a.
- **UOCAVA Ballots Rejected, % of Returned** uses B18a/B9a x 100.

UOCAVA Table 3 Data Notes:
**General Notes:**
- Casewise deletion at the state level was used in calculating national percentages. The percentage calculations at the national level (U.S. Total) only used data from those states that provided data for the numerator and denominator of the calculation.
- The percentages shown in this table are rounded to one decimal place. Percentages that round to less than 0.1% are displayed as 0.0%.

[1] Alaska does not track data on the method by which UOCAVA ballots are returned. All ballots sent to voters by mail can only be returned by mail, and all electronic transmission (online or fax) ballots sent to voters may either be returned by mail or by fax. The largest number of election transmission (online or fax) ballots sent to voters are returned by mail.
[2] Some California counties accept UOCAVA ballots by fax.
[3] For the 2022 general election, the District of Columbia Board of Elections (DCBOE) transmitted ballots only to active UOCAVA voters.
[4] Guam law allows UOCAVA ballots to be transmitted to voters via email; however, these ballots must be returned via air mail.
[5] Idaho was not able to track data on rejected UOCAVA ballots and FWABs.
[6] Data on FWABs is not tracked separately from data on regular UOCAVA absentee ballots.
[7] Registrars may transmit multiple ballots to a single voter in some circumstances (i.e., the voter did not receive the original ballot or the original ballot is returned to the registrar as undeliverable).



Case 5:21-cv-00844-XR   Document 748-18   Filed 09/02/23   Page 11 of 11

[8] Minnesota only accepts UOCAVA ballots returned via mail.

[9] The number of UOCAVA ballots issued may exceed the number of registered UOCAVA voters due to replacement ballots being issued.

[10] There are circumstances under which a UOCAVA voter registered in New York may have been transmitted more than one ballot or may return more than one ballot (for instance, some county boards mail a ballot to every UOCAVA voter, regardless of their transmission preference, so voters who already received their ballot electronically, completed, and returned it may subsequently receive a physical ballot in the mail). Additional data collected by New York State Board of Elections has shown that more than 1,700 UOCAVA voters returned multiple ballots, although the data does not report how many ballots each of these voters returned.

[11] Due to the Northern Mariana Islands not being covered under UOCAVA, data on UOCAVA voting is not available from this territory.

[12] Oregon statute requires ballots to be mailed to voters.

[13] According to Rhode Island general law, all UOCAVA mail ballots are consolidated into one mail ballot category.

[14] Data on FWABs are not tracked separately from data on regular UOCAVA absentee ballots. The number of UOCAVA ballots reported as counted are ballots that were received before the deadline, and the number of UOCAVA ballots reported as rejected are ballots that were returned after the deadline. No data are available on UOCAVA ballots that may have been challenged or were not counted for other reasons.

[15] West Virginia reports a UOCAVA ballot count rate of more than 100% primarily because two counties did not report data on ballots returned but reported data on ballots counted.

[16] UOCAVA ballots must be returned by mail.

