IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br> *Intervenor-Defendants.* | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

### [PROPOSED] ORDER

On this day, the Court considered LUPE Plaintiffs' Motion for Leave to File *Nunc Pro Tunc* LUPE Plaintiffs' Opposed Motion to Strike the Declaration of Jonathan White and Motion *in Limine* to Exclude Testimony About Non-Public Information Relating to Investigations and Prosecutions of Alleged Voter Fraud. The motion is hereby **GRANTED.**

**SIGNED AND ENTERED** this _____ day of _____, 2023.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE

1