```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
                      SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO    §
ENTERO, ET AL.,        §
                       §
     PLAINTIFFS,       §
                       §
     V.                §   CIVIL ACTION NO.5:21-CV-844 (XR)
                       §   (CONSOLIDATED CASES)
STATE OF TEXAS, ET     §
AL.,                   §
                       §
     DEFENDANTS.       §
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

FRANK PHILLIPS

MARCH 31, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF FRANK PHILLIPS, PRODUCED AS A WITNESS AT THE INSTANCE OF THE PLAINTIFF, AND DULY SWORN, WAS TAKEN IN THE ABOVE-STYLED AND -NUMBERED CAUSE ON THE 31ST DAY OF MARCH, 2023, FROM 9:14 A.M. TO 12:40 P.M., BEFORE KAREN A. GONZALEZ, COMMISSIONED NOTARY, IN AND FOR THE STATE OF TEXAS, REPORTED BY MACHINE SHORTHAND, FROM DALLAS COUNTY, TEXAS, PURSUANT TO THE TEXAS RULES OF CIVIL PROCEDURE, THE TEXAS SUPREME COURT EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER AND THE PROVISIONS STATED ON THE RECORD OR ATTACHED HERETO.



Page 2

```
 1              A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4      MS. JENNIFER YUN
        ATTORNEYS, VOTING SECTION
 5      CIVIL RIGHTS DIVISION
        U.S. DEPARTMENT OF JUSTICE
 6      950 PENNSYLVANIA AVENUE NW
        WASHINGTON, D.C. 20530
 7      TELEPHONE:   (202) 307-2767
        E-MAIL:      JENNIFER.YUN@USDOJ.GOV
 8
        MR. WILLIAM D'ANGELO (VIA ZOOM)
 9      ARENTFOX SCHIFF
        555 WEST FIFTH STREET
10      48TH FLOOR LOS ANGELES
        CALIFORNIA 90013
11      TELEPHONE:   (213) 443-7667
        E-MAIL:      WILLIAM.DANGELO@AFSLAW.COM
12
13   FOR THE DEFENDANTS:
14      MS. KATHLEEN HUNKER
        OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF TEXAS
15      P.O. BOX 12548 (MC-009)
        AUSTIN, TEXAS 78711,
16      TELEPHONE:   (512) 463-2100
        E-MAIL:      KATHLEEN.HUNKER@OAG.TEXAS.GOV
17
18      INTERVENOR DEFENDANTS:
19      MR. STEPHEN J. KENNY (VIA ZOOM)
        JONES DAY
20      51 LOUISIANA AVENUE N.W.
        WASHINGTON, D.C. 20001
21      TELEPHONE:   (202) 879-3939
        E-MAIL:      SKENNY@JONESDAY.COM
22
23
24
25
```

Page 3

```
 1                    I N D E X
 2
 3   APPEARANCES. . . . . . . . . . . . . . . . .    2
 4   SWORN STATEMENT OF FRANK PHILLIPS
 5      EXAMINATION BY MS. YUN. . . . . . . . . .    5
 6      EXAMINATION BY MS. HUNKER . . . . . . . .   96
 7      FURTHER EXAMINATION BY MS. YUN. . . . . .  107
 8      FURTHER EXAMINATION BY MS. HUNKER . . . .  113
     CHANGES AND SIGNATURE. . . . . . . . . . . .  116
 9   JURAT. . . . . . . . . . . . . . . . . . . .  117
     REPORTER'S CERTIFICATE . . . . . . . . . . .  118
12
13
14                  E X H I B I T S
15
16   NO.    DESCRIPTION                             PAGE
17   1      WFAA ARTICLE . . . . . . . . . . . . .   18
     2      DENTON RECORD-CHRONICLE ARTICLE 5/7/21   26
18   3      DENTON COUNTY VOTER REGISTRATION FIGURES 32
     4      TARRANT COUNTY VOTER REGISTRATION FIGURES 34
19   5      WFAA ARTICLE ON MAIL-IN VOTING . . . .   36
     6      SPREADSHEET MARCH 2022 PRIMARY ELECTION MAIL BALLOT
20          REJECTION . . . . . . . . . . . . . . .  45
     7      E-MAIL CHAIN DATED 4/1/22. . . . . . .   56
21   8      ABBM FORM. . . . . . . . . . . . . . .   95
     9      CARRIER ENVELOPE . . . . . . . . . . .   95
22
```

Page 4

```
 1   REPORTED FROM DALLAS COUNTY, TEXAS
 2              P R O C E E D I N G S
 3
 4
 5        THE REPORTER:  WE ARE NOW ON THE RECORD.
 6   TODAY IS MARCH 31ST, 2023.  THE TIME IS NOW 9:14 A.M.
 7   CENTRAL STANDARD TIME.
 8        WE ARE HERE TO TAKE MR. FRANK PHILLIPS'S
 9   DEPOSITION IN THE MATTER LA UNIÓN DEL PUEBLO ENTERO, ET
10   AL., PLAINTIFFS, VS. STATE OF TEXAS, ET AL., DEFENDANTS.
11        WE ARE CURRENTLY LOCATED AT 2001 BEACH
12   STREET, SUITE 700, FORT WORTH, TEXAS, 76103.
13        AT THIS TIME, WILL COUNSEL STATE YOUR
14   APPEARANCE FOR THE RECORD, PLEASE.
15        MS. YUN:  JENNIFER YUN FROM THE DEPARTMENT
16   OF JUSTICE.
17        MS. HUNKER:  KATHLEEN HUNKER WITH THE OFFICE
18   OF THE TEXAS ATTORNEY GENERAL REPRESENTING STATE
19   DEFENDANTS AND INDIVIDUAL EX-LEADERS.
20        MR. D'ANGELO:  WILLIAM D'ANGELO FROM
21   ARENTFOX SCHIFF REPRESENTING -- CO-COUNSEL FOR THE
22   PLAINTIFFS.
23        THE REPORTER:  ANYBODY ELSE FROM ZOOM?
24        MR. KENNY:  STEPHEN KENNY, JONES DAY,
25   REPRESENTING THE INTERVENOR DEFENDANTS.
```

Page 5

```
 1        THE REPORTER:  THANK YOU.
 2        MR. FRANK PHILLIPS, IF YOU COULD PLEASE
 3   RAISE YOUR RIGHT HAND.
 4        THE WITNESS:  I DO.
 5           FRANK PHILLIPS,
 6   HAVING BEEN FIRST DULY SWORN, WAS EXAMINED
 7           AND TESTIFIED AS FOLLOWS:
 8               EXAMINATION
 9   BY MS. YUN:
10   Q.  GOOD MORNING, MR. PHILLIPS.
11   A.  GOOD MORNING.
12   Q.  WE MET ALREADY, BUT I'M JENNIFER YUN FROM THE
13   U.S. DEPARTMENT OF JUSTICE.
14   A.  OKAY.
15   Q.  THANK YOU FOR JOINING US THIS MORNING.
16   A.  SURE.
17   Q.  COULD YOU PLEASE STATE YOUR NAME FOR THE RECORD?
18   A.  FRANK PHILLIPS.
19   Q.  BEFORE WE DO ANYTHING ELSE, I WANT TO MAKE SURE
20   WE HAVE A SMOOTH DEPOSITION.
21      ARE YOU -- HAVE YOU EVER BEEN DEPOSED BEFORE?
22   A.  I HAVE NOT.
23   Q.  SO HERE'S SOME GROUND RULES TO HELP US THROUGHOUT
24   THE DEPOSITION.  SO FIRST THIS WORKS BEST FOR THE COURT
25   REPORTER IF YOU WAIT TO START YOUR ANSWER UNTIL I
```



Page 6

1  COMPLETELY FINISH MY QUESTION.
2       IS THAT OKAY WITH YOU?
3    A.  SURE.
4    Q.  AND THE COURT REPORTER CANNOT INDICATE ANY HEAD
5  NODS OR OTHER GESTURES OR UMMM, YOU KNOW, SOUNDS, SO --
6  SO EVERY ANSWER NEEDS TO BE VERBAL.
7       IS THAT OKAY WITH YOU?
8    A.  YES.
9    Q.  ARE YOU BEING REPRESENTED BY AN ATTORNEY TODAY?
10        MS. HUNKER:  I'M REPRESENTING THE STATE
11  DEFENDANTS.  MR. PHILIPS DOES NOT HAVE A SPECIFIC
12  ATTORNEY WITH HIM TODAY.
13   A.  CORRECT.
14   Q.  (BY MS. YUN)  OKAY.  MS. HUNKER MAY STILL OBJECT
15  TO A QUESTION, AND AS WOULD -- AS CAN ANY OTHER
16  ATTORNEYS ON THE -- ON ZOOM.  BUT YOU SHOULD STILL
17  ANSWER THE QUESTION UNLESS THERE'S ANY SPECIFIC
18  INSTRUCTION NOT TO.
19   A.  OKAY.
20   Q.  IF YOU DON'T UNDERSTAND A QUESTION OR NEED ANY
21  CLARIFICATION, COULD YOU PLEASE SAY SO?
22   A.  YES.
23   Q.  ON THE OTHER HAND, IF YOU ASK -- ANSWER WITHOUT
24  ASKING FOR CLARIFICATION, I'LL ASSUME THAT YOU
25  UNDERSTOOD MY QUESTION.

Page 7

1       IS THAT FAIR?
2    A.  YES.
3    Q.  IS THERE ANY REASON YOUR MEMORY OR ABILITY TO
4  ANSWER QUESTIONS WOULD BE IMPAIRED TODAY?
5    A.  NO.
6    Q.  IS THERE ANY REASON YOUR ABILITY TO EFFECTIVELY
7  COMMUNICATE YOUR ANSWERS WILL BE IMPAIRED TODAY?
8    A.  NO.
9    Q.  HAVE YOU CONSUMED ANY PRESCRIPTION MEDICATION,
10  DRUGS, ALCOHOL, OR SUFFERED ANY CONDITION OR INJURY THAT
11  MAY PREVENT YOU FROM TESTIFYING TRUTHFULLY AND
12  ACCURATELY TODAY?
13   A.  NO.
14   Q.  I WANT TO REMIND YOU THAT YOU'RE UNDER OATH AND
15  SUBJECT TO PENALTIES FOR GIVING FALSE OR MISLEADING
16  TESTIMONY.  SO THAT -- SO IT'S IMPORTANT THAT YOU ANSWER
17  MY QUESTIONS TRUTHFULLY AND ACCURATELY AND COMPLETELY.
18       IS THAT FAIR?
19   A.  YES.
20   Q.  AND FINALLY, IF YOU NEED A BREAK, JUST LET ME
21  KNOW AND WE CAN TAKE ONE.  HOWEVER, I WILL ASK THAT YOU
22  ANSWER ANY PENDING QUESTION BEFORE WE TAKE A BREAK.
23       IS THAT OKAY?
24   A.  YES.
25   Q.  GREAT.

Page 8

1    DO YOU HAVE ANY QUESTIONS?
2    A.  NO, MA'AM.
3    Q.  I WILL START WITH SOME BASIC BACKGROUND
4  QUESTIONS.
5       WHERE DO YOU WORK?
6    A.  I WORK FOR DENTON COUNTY AS THE DENTON COUNTY
7  ELECTIONS ADMINISTRATOR.
8    Q.  COULD YOU EXPLAIN WHAT YOUR POSITION ENTAILS?
9    A.  YES.  THE GENERAL OVERSIGHT OF ALL OF THE
10  ELECTIONS IN DENTON COUNTY AND VOTER REGISTRATION IN
11  GENERAL.
12   Q.  WHO DO YOU REPORT TO?
13   A.  THAT'S A LITTLE COMPLICATED IN TEXAS.  I AM HIRED
14  BY AN ELECTION COMMISSION.  AND THEN IN MY DAY-TO-DAY
15  ACTIVITY, I REPORT TO THE COUNTY JUDGE OF DENTON COUNTY.
16   Q.  AND IS THE COUNTY COMMISSION -- THE ELECTIONS
17  COMMISSION, IS THAT A -- WHO MAKES UP THAT COMMISSION?
18   A.  THE ELECTION COMMISSION IS MADE UP OF THE COUNTY
19  JUDGE, THE TAX ASSESSOR/COLLECTOR, COUNTY CLERK, THE
20  REPUBLICAN PARTY CHAIR OF DENTON COUNTY, AND THE
21  DEMOCRATIC PARTY CHAIR OF DENTON COUNTY.
22   Q.  HOW LONG HAVE YOU BEEN IN YOUR CURRENT POSITION?
23   A.  I INITIALLY BECAME THE ELECTION ADMINISTRATOR IN
24  DENTON COUNTY IN 2009.  I LEFT IN 2014 AND BECAME THE
25  ELECTION ADMINISTRATOR IN TARRANT COUNTY.  AND THEN IN

Page 9

1  2016, I LEFT AND CAME BACK TO DENTON COUNTY AND I'VE
2  BEEN THERE SINCE.
3    Q.  AND DID YOU HOLD ANY OTHER POSITION WITHIN THE
4  DENTON COUNTY ELECTIONS OFFICE PRIOR TO 2009?
5    A.  NO.
6    Q.  WHAT DID YOU DO BEFORE YOU JOINED THE DENTON
7  COUNTY ELECTIONS OFFICE IN 2009?
8    A.  I WAS THE DIRECTOR OF ADMINISTRATION FOR OUR
9  COUNTY JUDGE, AND I HAD BEEN IN THAT POSITION SINCE
10  2003.
11   Q.  AND DID THAT POSITION ENTAIL ANY ELECTION-RELATED
12  DUTIES?
13   A.  NOT DIRECTLY.  THE ONLY THING EVEN REMOTELY
14  CONNECTED WAS ANYTHING THAT WENT ON COMMISSIONERS COURT,
15  EVEN IF IT WAS THEIR AGENDA, EVEN IF IT WAS
16  ELECTION-RELATED HAD TO GO THROUGH ME TO GET ON THE
17  AGENDA, AN ADMINISTRATIVE FUNCTION, SORRY.
18   Q.  RIGHT.  SO EVERYTHING HAD TO GO THROUGH YOU IN
19  ORDER TO GET ON THAT AGENDA.
20   A.  CORRECT.
21   Q.  INCLUDING ELECTION-RELATED FUNCTIONS.
22   A.  CORRECT.
23   Q.  AND WHAT DID YOU DO BEFORE 2003?
24   A.  I WAS -- IMMEDIATELY BEFORE THAT, I WAS -- HAD A
25  CONTRACT POSITION THROUGH THE STATE DEPARTMENT WITH



Page 46
1    Q. -- PRIMARY TAB.  SO -- AND FOR DENTON IT'S
2  SHOWING 10.91 PERCENT.
3    A. THAT SOUNDS CORRECT.
4    Q. OKAY.  AND DID YOU HEAR FROM VOTERS ABOUT THE ID
5  NUMBER REQUIREMENT IN -- DURING THAT MARCH 2022 PRIMARY
6  SEASON?
7    A. WE DID, YES.
8    Q. AND WHAT DID YOU HEAR?
9    A. MOST -- WELL, I GUESS -- IT WAS A COMBINATION OF
10 THINGS.  MOST -- WELL, THE ONES WE HEARD FROM WERE THE
11 ONES THAT WEREN'T HAPPY ABOUT IT.  THEY EITHER HAD AN
12 APPLICATION REJECTED OR HAD A CARRIER ENVELOPE THAT CAME
13 IN AND IT HAD TO BE CURED.  AND THEY JUST WEREN'T HAPPY
14 THAT THEY GOT REJECTED OR HAD TO CURE IT FOR WHATEVER
15 THE REASON WAS.  I MEAN, THAT'S THE GENERAL NATURE OF
16 IT.
17   Q. AND LET'S TALK ABOUT THE NOVEMBER 2022 GENERAL
18 ELECTION.
19   A. OKAY.
20   Q. HOW DID THE ID NUMBER REQUIREMENT AFFECT YOUR
21 OFFICE?
22   A. NOT NEARLY LIKE IT INITIALLY DID.  I MEAN, PEOPLE
23 HAD BECOME -- VOTERS HAD BECOME USED TO IT.  IT WAS KIND
24 OF NORMAL NOW.  OUR EARLY VOTING BALLOT BOARD, THE
25 PROCESS HAD BECOME NORMAL.  SO NOT -- NOWHERE NEAR THE

Page 47
1  LEVEL THAT IT HIT INITIALLY.
2    Q. WOULD YOU SAY THAT -- IN YOUR EXPERIENCE, THAT
3  THE NOVEMBER GENERAL ELECTION GENERALLY HAS A MUCH
4  HIGHER TURNOUT THAN THE MARCH PRIMARY?
5    A. OH, ABSOLUTELY, YES.
6    Q. SO THERE WEREN'T A LOT OF VOTERS WHO VOTED BY
7  MAIL FOR THE FIRST TIME SINCE SB 1 WENT INTO EFFECT?
8    A. THAT'S CORRECT.
9    Q. AND HOW DID THAT PLAY OUT IN TERMS OF THE MAIL
10 BALLOT REQUIREMENTS FOR ID NUMBERS?
11   A. I -- I DON'T HAVE EXACT FIGURES MAINLY BECAUSE
12 WE'VE -- IN THE PAST, WE'VE NEVER REALLY TRACKED THOSE
13 RATES.  BUT THEY -- IT'S PROBABLY SLIGHTLY HIGHER THAN
14 IT WAS BEFORE SB 1.  BUT IF IT IS, IT'S NOT MUCH.  IT'S
15 VIRTUALLY BACK TO WHAT I WOULD SAY IS NORMAL.
16   Q. AND WHEN YOU SAY YOU GENERALLY HAVE NOT TRACKED
17 THOSE NUMBERS, YOU MEAN THE REJECTION RATES.
18   A. CORRECT.
19   Q. DO YOU -- DOES YOUR OFFICE OR DO YOU KNOW -- DOES
20 YOUR OFFICE -- STRIKE THAT.
21      DOES YOUR OFFICE KEEP TRACK OF THE VOLUME OF
22 MAIL-IN BALLOTS FOR EACH ELECTION?
23   A. YES.
24   Q. DO YOU KNOW WHETHER MAIL VOTING HAS INCREASED,
25 DECREASED, STAYED ABOUT THE SAME FOR THE NOVEMBER 2022

Page 48
1  ELECTION COMPARED TO OTHER SIMILARLY SITUATED ELECTIONS?
2    A. I BELIEVE MAIL BALLOTS HAVE INCREASED SINCE -- I
3  MEAN, THEY'VE STEADILY INCREASED OVER THE YEARS SINCE
4  LIVE ELECTION.
5    Q. OKAY.  SO IT IS YOUR RECOLLECTION OR TESTIMONY
6  THAT SINCE 2018, THE NUMBER HAS -- THE NUMBER OF MAIL
7  BALLOTS HAS INCREASED COMPARED TO 2022?
8    A. I BELIEVE THAT'S THE CASE.
9    Q. SO I'M GOING TO ASK A SERIES OF QUESTIONS ABOUT
10 ANY SPECIFIC ISSUES WITH THE ID NUMBER REQUIREMENTS THAT
11 VOTERS MAY HAVE HAD IN 2022.
12      SO DID ANY DENTON COUNTY VOTERS HAVE ISSUES OF
13 FORGETTING TO PUT ANY ID NUMBER ON THEIR MAIL BALLOT
14 MATERIALS?
15   A. YES.
16   Q. PROVIDING THE VU ID INSTEAD OF A STATE ID NUMBER
17 OR THE LAST FOUR DIGITS OF THEIR SOCIAL?
18   A. YES.
19   Q. PROVIDING AN ID NUMBER THAT IS NOT ASSOCIATED
20 WITH THEIR VOTER REGISTRATION RECORD?
21   A. YES.
22   Q. DID YOUR OFFICE EVER ENCOUNTER ANY VOTERS WHO --
23 WITH NO ID NUMBER IN THEIR VOTER REGISTRATION RECORD?
24   A. I -- I'M NOT SURE THE ANSWER TO THAT.  I'D BE A
25 LITTLE SURPRISED IF WE DID.  I MEAN, WE HAVE TO HAVE ONE

Page 49
1  OR THE OTHER.  SO...
2    Q. OKAY.
3    A. YOU'RE TALKING ABOUT IN THE VOTER REGISTRATION
4  RECORD.
5    Q. CORRECT.
6    A. YES.
7    Q. YEAH.  OKAY.  DID YOUR OFFICE ENCOUNTER ANY TYPOS
8  IN THE REGISTRATION RECORD?
9    A. TYPOS ON THE COUNTY'S PART OR --
10   Q. THE REGISTRATION RECORD REFLECTED, SAY, ONE DIGIT
11 THAT WAS NOT CORRECT, IT TURNED OUT --
12   A. YES.  YES.
13   Q. ANY INSTANCES WHERE VOTERS MISWROTE OR MISPRINTED
14 ID NUMBERS ON THEIR ABBMS OR CARRIER ENVELOPES?
15   A. YES.
16   Q. WHAT TYPES OF OTHER ID NUMBER-RELATED ISSUES DID
17 YOUR OFFICE ENCOUNTER, TO THE EXTENT THAT YOU REMEMBER?
18   A. YEAH, I THINK YOU PRETTY MUCH COVERED THEM THERE.
19   Q. OKAY.
20      MS. YUN:  I THINK WE MIGHT BE AT A GOOD
21 PLACE TO TAKE A SHORT BREAK, IF THAT'S OKAY WITH YOU.
22      THE REPORTER:  THE TIME IS 10:34.  WE ARE
23 OFF THE RECORD.
24      (OFF THE RECORD.)
25      THE REPORTER:  THE TIME IS NOW 10:45 A.M.



Frank Phillips                                                                      March 31, 2023
                                                                                    Pages 74 to 77

Page 74
1  THE -- OF THE NEED TO IMPLEMENT THE ID REQUIREMENTS?
2      A.  OKAY.  OKAY.  THAT HELPS ME AND THAT JOGS MY
3  MEMORY.
4      Q.  OKAY.
5      A.  OKAY.  FORGET THOSE FOUR OR FIVE, BECAUSE THEY
6  WERE REALLY ABOUT STUFFING ENVELOPES.  I DO RECALL
7  THAT -- WE NORMALLY HAVE, MY FULL-TIME EMPLOYEE, AND WE
8  HAVE, I CALL HER OUR PERMANENT TEMP, 'CAUSE SHE COMES
9  BACK EVERY ELECTION.
10     Q.  OKAY.
11     A.  HELPS WITH OUR MAIL BALLOT PROCESS.
12     Q.  GOT IT.
13     A.  AND SHE DID END UP HAVING TO GET A COUPLE OF
14 EXTRA TEMPS TO HELP HER --
15     Q.  UH-HUH.
16     A.  -- JUST BECAUSE -- REALLY BECAUSE OF OUR INITIAL
17 REJECTION RATES.
18     Q.  UH-HUH.
19     A.  SO I THINK IT WOULD BE FAIR TO SAY THAT WE NEEDED
20 A COUPLE OF EXTRA PEOPLE AT FIRST, BUT THAT KIND OF
21 GRADUALLY WENT AWAY WHERE WE DIDN'T NEED THEM --
22     Q.  OKAY.
23     A.  -- AS OUR REJECTION RATE FELL.
24     Q.  OKAY.  AND THIS IS DURING THE PERIOD LEADING UP
25 TO THE MARCH 2022 ELECTION?

Page 75
1      A.  THAT'S CORRECT.
2      Q.  OKAY.  AND WHAT ABOUT FOR THE GENERAL ELECTION?
3  DID YOU HIRE -- DID YOU HIRE THOSE COUPLE OF EXTRA
4  TEMPORARY EMPLOYEES?
5      A.  I CAN'T HONESTLY SAY WE HIRED THEM BECAUSE OF
6  SB 1, BECAUSE WE WOULD HAVE HIRED A LOT OF PEOPLE FOR
7  THE GENERAL ANYWAY.
8      Q.  I SEE.
9      A.  SO I CAN'T IDENTIFY PEOPLE THAT I HIRED BECAUSE
10 OF SB 1 IN THE GENERAL ELECTION.
11     Q.  OKAY.  SO IN TERMS OF CALLING OR E-MAILING FOLKS
12 IN ORDER TO NOTIFY THEM OF THEIR DEFECTS, THEIR ID
13 NUMBER DEFECTS, SO THAT WAS BEING HANDLED BY FOLKS WHO
14 WERE THERE TO PROCESS MAIL BALLOTS GENERALLY.  THEY WERE
15 NOT HIRED JUST FOR THAT PURPOSE.
16         IS THAT A FAIR STATEMENT?
17     A.  PRIMARY OR GENERAL OR BOTH OR EITHER?
18     Q.  LET'S DO THE PRIMARY FIRST, AND THEN GENERAL.
19     A.  OKAY.  SO I DO KNOW -- LET ME THINK ABOUT IT JUST
20 A SECOND.
21     Q.  SURE.  TAKE YOUR TIME.
22     A.  AND THE REASON I'M HESITATING ON THE ANSWER, I DO
23 KNOW FROM OUR LAST ELECTION IN 2018 COMPARED TO 2022,
24 OUR EARLY VOTE BALLOT BOARD COSTS INCREASED
25 SIGNIFICANTLY.  I MEAN, FROM, I'M GUESSING, 25 PERCENT.

Page 76
1      Q.  OKAY.
2      A.  BUT I KNOW WE HAD -- THEY HAD TO HAVE AN EXTRA
3  PERSON BECAUSE THE CURE PROCESS BROUGHT ABOUT NEW FORMS.
4      Q.  UH-HUH.
5      A.  YOU KNOW?
6      Q.  RIGHT.
7  ==A.  WE HAD TO NOW TRACK -- YOU'D HAVE TO SEPARATE==
8  ==YOUR BALLOTS.  YOU'D HAVE TO KEEP THEM SEPARATED BY==
9  ==WHAT'S CURABLE, WHAT ISN'T, WHAT'S GOOD GOING THROUGH==
10 ==THE PROCESS.  AND SO THEY DEDICATED A PERSON THAT TRACKS==
11 ==THOSE ON A SPREADSHEET WE CREATED.==
12     Q.  OKAY.
13     A.  SO I KNOW AT A MINIMUM IT'S CAUSED AN EXTRA
14 PERSON.
15     Q.  RIGHT.
16     A.  BUT I JUST HAVE A HARD TIME SAYING THAT, YEAH,
17 THEY HIRED THREE EXTRA --
18     Q.  RIGHT.
19     A.  -- BECAUSE OF ANYTHING OUT OF SB 1.  BUT I KNOW
20 THERE'S AT LEAST ONE.
21     Q.  AND THAT WAS STARTING WITH THE MARCH PRIMARY?
22     A.  YES.
23     Q.  SO IT WOULD BE FAIR TO SAY THAT PROCESSING ABBMS
24 AND CURE ENVELOPES TOOK LONGER WHEN -- AFTER SB 1 WAS
25 IMPLEMENTED DUE TO THOSE NEW REQUIREMENTS?

Page 77
1          MS. HUNKER:  OBJECTION; FORM.
2      A.  IT DID TAKE LONGER, YES.
3      Q.  (BY MS. YUN)  AND THAT PERSON WHO WAS KEEPING
4  TRACK OF THE MAIL BALLOT MATERIALS GOING THROUGH THE
5  PROCESS ON A SPREADSHEET, DID THAT PERSON COME WITH THE
6  NOVEMBER GENERAL ELECTION?
7      A.  YES.  YES, SHE DID.
8      Q.  AND DID YOUR OFFICE'S STAFFING NEEDS FOR MAIL
9  BALLOT PROCESSING IN THE NOVEMBER ELECTION DIFFER FROM
10 ELECTION -- SIMILAR PAST ELECTIONS?
11     A.  TO SOME DEGREE, YES.
12     Q.  UH-HUH.
13     A.  BUT I CAN'T SAY THAT'S ALL CONTRIBUTABLE TO
14 SB 1 --
15     Q.  UH-HUH.
16     A.  -- BECAUSE DENTON COUNTY IS ONE OF THE
17 FASTEST-GROWING COUNTIES IN THE STATE OF TEXAS.
18     Q.  UH-HUH.
19     A.  I MEAN, WE HAD -- FROM 2018 TO 2022, WE HAD
20 ALMOST AN EXTRA 100,000 REGISTERED VOTERS.
21     Q.  YEAH.
22     A.  THAT'S SIGNIFICANT.  THAT TAKES A LOT OF EXTRA
23 WORK, EXTRA TIME.  SO WHILE THE DIRECT ANSWER TO YOUR
24 QUESTION MAY BE YES, THAT DOESN'T MEAN IT'S
25 CONTRIBUTABLE TO SB 1.



MAGNA LEGAL SERVICES