Case 5:21-cv-00844-XR   Document 750-2   Filed 09/05/23   Page 1 of 5

| 5:21-cv-844 (XR) | Entero v Texas | Brian Keith Ingram JD 1 (224 - 227) |
|---|---|---|
| 5/6/2022 | NATIONAL COURT REPORTERS INC 888.800.9656 | 1 (224 - 227) |

### Page 224

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF TEXAS
             SAN ANTONIO DIVISION

LA UNION DEL PUEBLO          §
ENTERO, ET AL.,              §
     Plaintiffs,             §  Civil Action No.
                             §  5:21-cv-844 (XR)
VS.                          §  (Consolidated Cases)
                             §
STATE OF TEXAS, ET AL.,      §
     Defendants.             §
***********************************************************

              ORAL DEPOSITION OF
           BRIAN KEITH INGRAM, J.D.
       CORPORATE REPRESENTATIVE FOR THE
        TEXAS SECRETARY OF STATE OFFICE
                  MAY 6, 2022
              VOLUME 2 OF 2 VOLUMES
***********************************************************
```

ORAL DEPOSITION OF BRIAN KEITH INGRAM, J.D., CORPORATE REPRESENTATIVE FOR THE TEXAS SECRETARY OF STATE OFFICE, produced as a witness at the instance of the Mi Familia Vota Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 6th day of May 2022, from 9:01 a.m. to 12:58 p.m., before Caroline Chapman, CSR in and for the State of Texas, reported by Computerized Stenotype Machine, Computer-Assisted Transcription, held at the Price Daniel Sr State Office Building, 209 West 14th Street, Austin, Texas, and via web-based conference pursuant to the Federal Rules of Civil Procedure.

### Page 225

APPEARANCES

COUNSEL FOR THE PLAINTIFF:
    MICHAEL ELLIOT STEWART (via videoconference)
    Trial Attorney
    Civil Rights Division, Voting Section
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    (202) 598-7233
    michael.stewart3@usdoj.gov

COUNSEL FOR ISABEL LONGORIA, HARRIS COUNTY ELECTIONS ADMINISTRATOR:
    TIFFANY SUE BINGHAM (via videoconference)
    Managing Counsel
    Affirmative Litigation, Compliance &
      Environmental
    Harris County Attorney's Office
    1019 Congress Street Fl 15
    Houston, TX 77002-1799
    (713) 274-5132
    Tiffany.Bingham@cao.hctx.net

COUNSEL FOR THE PLAINTIFFS LUPE VOTING RIGHTS & ELECTIONS PROGRAM:
    ELIZA SWEREN-BECKER (via videoconference)
    Counsel, Voting Rights & Elections Program
    Brennan Center for Justice at NYU School of Law
    120 Broadway, Suite 1750
    New York, NY 10271-202
    (646) 925-8765 Fax: (917) 597-9040
    Eliza.sweren-becker@nyu.edu

      - and -

### Page 226

A P P E A R A N C E S (CONTINUED)
    PATRICK BERRY (via videoconference)
    Voting Rights & Elections
    Brennan Center for Justice
    NYU School of Law
    120 Broadway, Suite 1750
    New York, NY 10271
    (646) 925-8754
    patrick.berry@nyu.edu

COUNSEL FOR MI FAMILIA VOTA PLAINTIFFS:
    WENDY J. OLSON
    ELIJAH M. WATKINS
    STOEL RIVES, LLP
    101 South Capitol Boulevard, Suite 1900
    Boise, ID 83702
    (208) 387-4291
    wendy.olson@stoel.com
    elijah.watkins@stoel.com

COUNSEL FOR THE PLAINTIFF ARC OF TEXAS:
    SHIRA WAKSCHLAG (via videoconference)
    Senior Director of Legal Advocacy and
    General Counsel for The Arc
    1825 K Street, NW, Suite 1200
    Washington, DC 20006
    (800) 433-5255

COUNSEL FOR PLAINTIFFS TEXAS STATE LULAC AND VOTO LATINO:
    MIKE JONES (via videoconference)
    ELIAS LAW GROUP, LLP
    10 G Street NE, Suite 600
    Washington, DC 20002
    (202) 985-1752, Extension 1016
    mjones@elias.law

### Page 227

A P P E A R A N C E S (CONTINUED)
COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS:
    ASHLEY HARRIS (via videoconference)
    SENIOR STAFF ATTORNEY
    ZACHARY "ZACH" DOLLING (via videoconference)
    STAFF ATTORNEY
    TEXAS CIVIL RIGHTS PROJECT
    P.O. Box 17757
    Austin TX 78760
    (512) 496-4746
    zachary@texascivilrightsproject.org

COUNSEL FOR PLAINTIFF REVUP-TEXAS:
    LIA SIFUENTES DAVIS (via videoconference)
    LISA SNEAD
    DISABILITY RIGHTS TEXAS
    2222 West Braker Lane
    Austin, TX 78758
    (512) 407-2763
    ldavis@drtx.org
    lsnead@drtx.org

COUNSEL FOR THE PLAINTIFFS LUPE, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON, INC.:
    JASON S. KANTERMAN (via videoconference)
    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
    One New York Plaza
    New York, NY 10004
    (212) 859-8519 Fax: (212) 859-4000
    jason.kanterman@friedfrank.com

COUNSEL FOR PLAINTIFFS HOUSTON AREA URBAN LEAGUE; DELTA SIGMA THETA SORORITY, INC.; THE ARC OF TEXAS; AND JEFFREY LAMAR CLEMMONS:
    LILIANA ZARAGOZA (via videoconference)
    NAACP Legal Defense and Educational Fund, Inc.
    40 Rector Street, 5th Floor
    New York, NY 10006
    (212) 965-2200  Fax: (212) 226-7592
    lzaragoza@naacpldf.org

Case 5:21-cv-00844-XR   Document 750-2   Filed 09/05/23   Page 2 of 5

| 5:21-cv-844 (XR)<br>5/6/2022 | Entero v Texas<br>NATIONAL COURT REPORTERS INC 888.800.9656 | Brian Keith Ingram JD 2 (228 - 231)<br>2 (228 - 231) |
|---|---|---|

### Page 228

```
 1              A P P E A R A N C E S (CONTINUED)
 2  COUNSEL FOR CO-DEFENDANT LISA WISE, EL PASO COUNTY
    ELECTIONS ADMINISTRATOR:
 3       DAVID S. LOUK (via videoconference)
         CARRIE LEBEL (via videoconference)
 4       COOLEY LLP
         3 Embarcadero Center, 20th Floor
 5       San Francisco, CA 94111-4004
         (415) 720 3673 Mobile
 6       (415) 693 2114 Office
         (415) 693 2222 Fax
 7       dlouk@cooley.com
         clebel@cooley.com
 8
 9  COUNSEL FOR PLAINTIFF ISABEL LONGORIA, HARRIS COUNTY
    ELECTIONS ADMINISTRATOR:
10       JONATHAN GABRIEL CHAIM FOMBONNE
         (via videoconference)
11       Harris County Attorney's Office
         1019 Congress, 15th Floor
12       Houston, TX 77002
         (713) 755-5101 Fax:  713-755-8924
13
14  COUNSEL FOR HIDALGO COUNTY DISTRICT ATTORNEY'S OFFICE:
         JOSEPHINE LOUISE "JOSIE" RAMIREZ
15       (via videoconference)
         Hidalgo County District Attorney's Office
16       100 East Cano Street
         Edinburg, TX 78539-4582
17       (956) 292-7609
18
    COUNSEL FOR THE DEFENDANTS, THE OFFICE OF SECRETARY OF
19  STATE:
         KATHLEEN HUNKER
20       Special Litigation Unit
         Office of the Attorney General of Texas
21       P.O. Box 12548
         Austin, TX  78711-2548
22       kathleen.hunker@oag.texas.gov
23       - and -
24
25
```

### Page 229

```
 1              A P P E A R A N C E S (CONTINUED)
 2       ADAM BITTER
         General Counsel
 3       Office of the Secretary of State
         Capitol Building, Room 1E.8
 4       P.O. Box 12697
         Austin, TX  78711-2697
 5       (512) 475-2813 Fax (512) 475-2761
         abitter@sos.texas.gov
 6
    COUNSEL FOR THE STATE OF TEXAS ATTORNEY GENERAL'S
 7  OFFICE:
         ZACHARY LOUIS RHINES
 8       Assistant General Counsel
         Attorney General of Texas
 9       Office of Special Litigation
         P.O. Box 12548 (MC 009)
10       Austin, TX  78711-2548
         (512) 936-2567 Fax:  (512) 457-4410
11       zachary.rhines@oag.texas.gov
12       J. AARON BARNES
         Special Counsel
13       Special Litigation Unit
         P.O. Box 12548
14       Austin, TX  78711-2548
         (512) 936-2021 Fax (512) 457-4410
15       aaron.barnes@oag.texas.gov
16
    COUNSEL FOR DEFENDANT YVONNE RAMÓN HIDALGO COUNTY
17  ELECTIONS ADMINISTRATORS:
         LEIGH ANN LEAVELL TOGNETTI
18       (via videoconference)
         Hidalgo County District Attorney's Office
19       100 East Cano, Courthouse Annex III, 1st Floor
         Edinburg, TX 78539
20       (956) 292-7609, Extension 8182
         leigh.tognetti@da.co.hidalgo.tx.us
21
22
23
24
25
```

### Page 230

```
 1              A P P E A R A N C E S (CONTINUED)
 2  COUNSEL FOR DEFENDANTS BEXAR COUNTY DISTRICT ATTORNEY
    JOE GONZALES AND BEXAR COUNTY ELECTIONS ADMINISTRATOR
 3  JACQUELYN CALLANEN:
         LISA V. CUBRIEL (via videoconference)
 4       Bexar County District Attorney's Office
         Civil Litigation Appellate Division
 5       101 West Nueva Street, 7th Floor
         San Antonio, TX 78205
 6       (210) 335-2142 Fax: (210) 335-2773
         Lisa.Cubriel@bexar.org
 7
 8  COUNSEL FOR DEFENDANT MICHAEL SCARPELLO, DALLAS COUNTY
    ELECTIONS ADMINISTRATOR:
 9       BARBARA SALLY ANN NICHOLAS
         Deputy Chief at Civil Division
10       Dallas County District Attorney's Office
         411 Elm Street, Suite 500
11       Administration Building, 5th Floor
         Dallas, TX 75202-3355
12       (214) 653-7358
13  Also Present:
         THOMAS PAUL "TOMMY" BUSER-CLANCY
14       (via videoconference)
         ACLU FOUNDATION OF TEXAS, INC.
15       5225 Katy Freeway, Suite 350
         Houston, TX 77007
16       (713) 942-8146
         tbuser-clancy@aclutx.org
17
```

### Page 231

```
                    I N D E X
Appearances . . . . . . . . . . . . . 225
BRIAN KEITH INGRAM, J.D., CORPORATE REPRESENTATIVE
FOR THE TEXAS SECRETARY OF STATE OFFICE
                                              PAGE
Examination by Ms. Olson . . . . . . . . . 234
Examination by Ms. Hunker . . . . . . . . 362
Examination by Ms. Olson . . . . . . . . . 370
Signature and Changes . . . . . . . . 377
Reporter's Certificate  . . . . . . . . 379

                  E X H I B I T S

NO. DESCRIPTION                               PAGE
Exhibit 1    Senate Bill 1                    241
Exhibit 2    Texas Secretary of State, Witnesses,  244
             Assistants, and Agents, Lena Proft,
             Staff Attorney, Texas Secretary of
             State, Elections Division, Webinar,
             State0807078 through State087104
Exhibit 3    Deposition of Keith Ingram dated  249
             April 26, 2022
Exhibit 4    Email chain to Justin Williamson  252
             from Keith Ingram cc Adam Bitter
             dated April 7, 2022, Canvassed
             totals with attachment
Exhibit 5    Email chain from Stephen Chang    261
             dated November 9, 2020, State087430
             through State087432
Exhibit 6    Email chain from Stephen Chang    266
             dated November 9, 2020, Subject:
             Re: For Review: November 3rd
             General Election Thank You Video
             Script, State087417 through
             State087419
Exhibit 7    Email chain from Ruth Hughs dated 269
             November 24, 2020, State087637
             through State087639
Exhibit 8    Email to Stephen Chang from       274
             Adria Magoti dated November 30,
             2020, State087640 through
             State087642
Exhibit 9    Email Chain from Stephen Chang    281
             dated March 15, 2021, State050192
```

Case 5:21-cv-00844-XR   Document 750-2   Filed 09/05/23   Page 3 of 5

| 5:21-cv-844 (XR) 5/6/2022 | Entero v Texas NATIONAL COURT REPORTERS INC 888.800.9656 | Brian Keith Ingram JD 3 (232 - 235) 3 (232 - 235) |

Page 232

E X H I B I T S (CONTINUED)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 10 | Email to Bill Vourvoulias from Stephen Chang dated April 29, 2021, MFV007628 | 293 |
| Exhibit 11 | Email to Ruth Hughs from Teresa Farfan dated April 1, 2021, State020035 | 297 |
| Exhibit 12 | Letter to Texas Secretary of State Ruth Hughs dated October 29, 2020, State062521 through State062522 | 302 |
| Exhibit 13 | Email Chain to Stephen Chang from Joe Esparza fated January 13, 2021, State019780 through State019782 | 308 |
| Exhibit 14 | Email to Adam Bitter fro Ruth Hughs dated September 1, 2020, State020108 through State020110 | 316 |
| Exhibit 15 | Email Chain to Ruth Hughs from Stephen Chang dated April 9, 2021, State051155 through State051157 | 323 |
| Exhibit 16 | Email Chain to Beva Kellison dated February 7, 2022, State078363 | 334 |
| Exhibit 17 | Email Chain to Ruth Hughs from Lucas Cabral dated April 27, 2020, State020089 through State020093 | 345 |
| Exhibit 18 | Email Chain to John Scott from Mr. Bitter on December 20th of 2021 | 347 |
| Exhibit 19 | Confidential Email to Heidi Martinez and Christina Adkins dated June 30, 2021, State067475 through State067480 | 359 |
| Exhibit 20 | Election Code. Title 6, Conduct of Elections. Chapter 64, Voting Procedures. Subchapter A, Voting Generally | 364 |

Page 233

E X H I B I T S (CONTINUED)

PREVIOUSLY MARKED EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 18 | Consolidated Plaintiffs' Third Amended Cross Notice of Rule 30(b)(6) Deposition of the Office of the Texas Secretary of State | 237 |
| Exhibit 22 | Texas Secretary of State John B. Scott, News Release: Secretary Hughs Commends Texas Voters Following November 3rd General Election | 260 |

Page 234

BRIAN KEITH INGRAM, J.D.
having been first duly sworn, testified as follows:
   EXAMINATION
BY MS. OLSON:
   Q.   Good morning, Mr. Ingram.
   A.   Howdy.
   Q.   We introduced ourselves off the record. But just since we are on the record, I will go ahead and do that again.
       My name is Wendy Olson. I am one the attorneys representing Mi Familia Vota Plaintiffs. I am here on behalf of the consolidate private plaintiffs. With me is Elijah Watkins who is also with the law firm of Stoel and also representing Mi Familia Vota Plaintiffs.
       Would the others in the room please introduce themselves?
       MS. HUNKER: My name is Kathleen Hunker. I am with the Texas Attorney General's Office representing the State Defendants, along here with me is my colleague Aaron Barnes.
       MR. BITTER: Adam Bitter, General Counsel for the Texas Secretary of State.
       MR. RHINES: Zach Rhines, Assistant General Counsel for the Texas Secretary of State.

Page 235

   MS. OLSON: I know we have several people who are on by Zoom, I am not going to ask you to introduce yourselves. But if for some reason you can't see, will you please let us know. And I would say, to let us know if you can't hear. But if you can't hear, you can't hear me right now, so please you can send an email or enter something into the Chat to let us know if there becomes an issue with the sound.
       Mr. Ingram, if my math is correct, this will be the third time you have been deposed in the last ten days; is that right?
   A.   Actually, it is the fourth.
   Q.   The third time in this case; is that right?
   A.   The third time in this case, yes.
   Q.   And in connection with the time you were deposed on April the 26th of 2022, you were provided some ground rules with respect to this case in your role here as the designee for the 30(b)(6) -- Rule 30(b)(6) deposition of the Secretary of State's Office; is that correct?
   A.   That's correct.
   Q.   And you're familiar with those general ground rules, if not before, certainly by what you have learned in the last ten days; is that right?
   A.   That's right.

Case 5:21-cv-00844-XR   Document 750-2   Filed 09/05/23   Page 4 of 5

| 5:21-cv-844 (XR) | Entero v Texas | Brian Keith Ingram JD 4 (236 - 239) |
| --- | --- | --- |
| 5/6/2022 | NATIONAL COURT REPORTERS INC 888.800.9656 | 4 (236 - 239) |

### Page 236

1  Q.  And so I am not going to go over all of them,
2  but just to make sure since I didn't take either -- any
3  of those other three depositions.  If at any time during
4  the deposition my questions are unclear, or if you would
5  like me to restate or repeat anything, please stop me
6  and I will be happy to do so.  Does that make sense?
7  **A.  It does.**
8  Q.  And then, sir, if you provide an answer to a
9  question, we will assume that you understood my question
10 and, therefore, that's among the reasons it is really
11 important to let me know it is unclear.  Is that okay?
12 **A.  Sure.**
13      THE REPORTER:  Someone online is not on
14 mute.  Thank you.
15 Q.  And we discussed off the record that we have
16 two hours and 50 minutes left in this Rule 30(b)(6)
17 deposition, and our plan going in is to take a break,
18 one break halfway through.  Will that work for you?
19 **A.  That will work.**
20 Q.  If anyone needs a break for some other reason,
21 otherwise we will go ahead and do that, but that will be
22 the game plan going in.  And of course, my only request
23 is that, before we take a break, if a question is
24 pending that you answer it before we step away.
25 **A.  Sure.**

### Page 237

1  Q.  And as you know you have, again, taken an oath
2  to be truthful and that means you're supposed to
3  truthfully answer the questions that I ask you to the
4  best of your recollection.  Is that your understanding
5  of the oath that you just took?
6  **A.  Absolutely.**
7  Q.  And is there any reason you can think of why
8  you may not be able to answer my questions truthfully
9  today?
10 **A.  No.**
11 Q.  Anything that might impair your memory?
12 **A.  No.**
13     (Exhibit No. 18 previously marked.)
14 Q.  All right.  And -- of course my --
15     So I am going to show you, again, what was
16 marked as our previous deposition last Tuesday as
17 Exhibit 18 in that deposition.  And do you recognize
18 that as the Consolidated Plaintiff's Third Amended Cross
19 Notice of its Rule 30(b)(6) Deposition for the Office of
20 the Secretary State?
21 **A.  I do.**
22 Q.  And you understand that that's the governing
23 document for this deposition as well?
24 **A.  I do.**
25 Q.  And you have had a chance to review it in

### Page 238

1  advance of your deposition last Tuesday; is that right?
2  **A.  That's right.**
3  Q.  Did you review it again in advance of your
4  deposition today?
5  **A.  I did.**
6  Q.  Okay.  And at the bottom of the first page and
7  the top of the second page, it says that, the Secretary
8  of State's Office shall designate one or more persons to
9  testify on its behalf; is that right?
10 **A.  That's right.**
11 Q.  And you understand that you're here today to
12 testify on behalf of the Secretary of State's Office as
13 its designee?
14 **A.  I understand that.**
15 Q.  And you understand that this is a continuation
16 of the deposition that began on April 26th of 2022, and
17 the purpose of today's session is to complete or cover
18 additional topics that were not covered to give you
19 additional time to prepare.  Do understand that, sir?
20 **A.  I do.**
21 Q.  Mr. Ingram, what did you do to prepare to
22 testify today beyond what you have previously testified
23 you did to prepare?
24 **A.  Sure.  I spoke with the Communications Director**
25 **for our office, the Assistant Secretary of State for**

### Page 239

1  **Communications, Sam Taylor, talked to him for 45 minutes**
2  **to an hour to talk about our public education campaign,**
3  **phase one before the primary and phase two that we are**
4  **planning before the general election.**
5      **I spoke with a lawyer named Jackie who is**
6  **part of our Forensic Audit Division to get the**
7  **communications that they have had with the counties, at**
8  **least a general sense of what they have talked to the**
9  **four counties about that are being audited.**
10     **My lawyer pulled a few emails that I had**
11 **with those four counties regarding the audit back in**
12 **December.**
13     **I met with my attorneys, Kathleen Hunker**
14 **and Aaron for a couple of hours.  I reviewed our**
15 **advisories, our Office's advisories regarding SB 1,**
16 **voting by mail, and the poll watchers, and spent maybe**
17 **an hour or two hours doing that.**
18     **And then I reviewed a document regarding**
19 **the HB 2512 matching procedure and spoke briefly with my**
20 **voter registration manager about that document and**
21 **what -- how we varied from it for the most recent 2512**
22 **process.  I think that's it.**
23 Q.  All right.  And when did you meet with those
24 individuals, was it all in one day?
25 **A.  No.  No, it was all of this last week.**

Case 5:21-cv-00844-XR   Document 750-2   Filed 09/05/23   Page 5 of 5

| 5:21-cv-844 (XR) | Entero v Texas | Brian Keith Ingram JD 14 (276 - 279) |
| --- | --- | --- |
| 5/6/2022 | NATIONAL COURT REPORTERS INC 888.800.9656 | 14 (276 - 279) |

### Page 276

1  A. I do not.
2  Q. Mr. Ingram, does the Secretary of State's
3  Office in any way, from January 1st of 2018, has it in
4  any way tracked, including information about demographic
5  or political breakdown of users in Texas, the following
6  forms of voting: How about drive-thru voting? Does the
7  Secretary of State's Office track that in any way?
8  A. No.
9  Q. Has it received any information from Harris
10 County regarding drive-thru voting?
11 A. Harris County testified in open committee on
12 these bills, I am familiar with that testimony.
13 Q. Has the Secretary of State's Office directly
14 communicated with Harris County regarding drive-thru
15 voting?
16 A. No.
17 Q. Does the Secretary of State's Office have --
18 A. With regard to the users thereof.
19 Q. Thank you, sir.
20    I was actually going to ask you a
21 follow-up question because I saw your hand gesture
22 there. Is that all that you wanted to add to that?
23 A. Right. You were asking in the context of who
24 used it, we have not discussed that.
25 Q. Okay. And do you know whether either your

### Page 277

1  office or Harris County tracked who used drive-thru
2  voting in any way?
3  A. I don't know. I -- you would have to talk to
4  Harris County about what they did to produce the numbers
5  that -- that they gave to the committee.
6  Q. Okay. You did not get that information in the
7  Secretary of the State's Office, correct?
8  A. That's correct.
9  Q. And the Secretary State's Office doesn't
10 separately track that?
11 A. That's right.
12 Q. Okay. How about with respect to early voting,
13 does the Secretary of State's Office track that?
14 A. We get the vote history from the counties about
15 who voted and who voted early.
16 Q. And where is that data maintained?
17 A. It is maintained on our webpage.
18 Q. And how about with respect to extended-hour
19 voting? Does the Secretary of State's Office in any way
20 track individuals who use extended-hour voting?
21 A. No, ma'am.
22 Q. Including 24-hour voting, is that correct? I'm
23 sorry, you don't track that either?
24 A. That's correct.
25 Q. How about with respect to straight-ticket

### Page 278

1  voting? Does the Secretary of State's Office track in
2  any way whether a voter used straight-ticket voting?
3  A. No.
4  Q. How about vote by mail? Does the Secretary of
5  State's Office track voters who use vote by mail?
6  A. I am trying to remember. I think it was 2015,
7  they passed a law that said the vote by mail had to be
8  broken out in vote history, so we have tracked it since
9  then.
10 Q. Is that, for example, how we were able to
11 gather some of the data that was in the earlier exhibit
12 that we looked at?
13 A. In addition to that law there was the
14 requirement that there be a ballot tracker and that
15 requires additional ballot by mail information be
16 entered into the TEAM system by the counties.
17 Q. And is there any demographic information that's
18 a part of that, for example, gender, race, ethnicity?
19 A. No.
20 Q. Does the Secretary of State's Office in any way
21 track voters who use curbside voting?
22 A. No.
23 Q. Does the Secretary of State's Office in any way
24 track whether the voters use an assistant in voting?
25 A. No.

### Page 279

1  Q. Why not?
2  A. Why not?
3  Q. Yeah. Why don't they track voting assistants?
4  A. There is not a requirement to track it.
5  Q. Does the Secretary of State only track the
6  information it's required to track by statute or rule?
7  A. Yes. I mean -- yeah. We have a hard enough
8  time keeping up with what we are supposed to keep up
9  with.
10 Q. Does the Secretary of State's Office -- is the
11 Secretary of State's Office aware of any counties that
12 track, we discussed drive-thru voting, that track
13 dropbox voting?
14 A. We don't have dropbox voting in Texas. Never
15 have, never will, as far as I know. The Legislature
16 could surprise me next time.
17 Q. So by "dropboxes," there were places people
18 could drop off their ballots; isn't that right?
19 A. We have personal delivery of hand -- of mail
20 ballots, certainly, but we do not have dropbox voting.
21 Q. All right. Does the Secretary of State's
22 Office track the personal delivery of mail ballots?
23 A. We do not.
24 Q. Are you aware of whether any counties track
25 that?