| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|---|---|---|---|
| Anderson | 370 | 0 | 0.00% |
| Andrews | 62 | 0 | 0.00% |
| Angelina | 854 | 35 | 3.94% |
| Aransas | 391 | 11 | 2.74% |
| Archer | 89 | 0 | 0.00% |
| Armstrong | 37 | 1 | 2.63% |
| Atascosa | 464 | 10 | 2.11% |
| Austin | 367 | 4 | 1.08% |
| Bailey | 61 | 1 | 1.61% |
| Bandera | 368 | 8 | 2.13% |
| Bastrop | 1363 | 8 | 0.58% |
| Baylor | 28 | 0 | 0.00% |
| Bee | 386 | 4 | 1.03% |
| Bell | 3593 | 209 | 5.50% |
| Bexar | 30401 | 361 | 1.17% |
| Blanco | 271 | 6 | 2.17% |
| Borden | 15 | 1 | 6.25% |
| Bosque | 250 | 2 | 0.79% |
| Bowie | 1097 | 37 | 3.26% |
| Brazoria | 3802 | 60 | 1.55% |
| Brazos | 2221 | 64 | 2.80% |
| Brewster | 219 | 0 | 0.00% |
| Briscoe | 65 | 0 | 0.00% |
| Brooks | 144 | 2 | 1.37% |
| Brown | 610 | 2 | 0.33% |
| Burleson | 299 | 8 | 2.61% |
| Burnet | 1422 | 32 | 2.20% |
| Caldwell | 450 | 17 | 3.64% |
| Calhoun | 213 | 1 | 0.47% |
| Callahan | 203 | 10 | 4.69% |
| Cameron | 3156 | 43 | 1.34% |
| Camp | 165 | 0 | 0.00% |
| Carson | 58 | 1 | 1.69% |
| Cass | 572 | 0 | 0.00% |
| Castro | 62 | 0 | 0.00% |
| Chambers | 261 | 0 | 0.00% |
| Cherokee | 439 | 20 | 4.36% |
| Childress | 46 | 0 | 0.00% |
| Clay | 100 | 1 | 0.99% |
| Cochran | 55 | 0 | 0.00% |
| Coke | 128 | 1 | 0.78% |
| Coleman | 113 | 2 | 1.74% |
| Collin | 11943 | 112 | 0.93% |
| Collingsworth | 1 | 0 | 0.00% |
| Colorado | 314 | 14 | 4.27% |

2022 General Election

STATE115611

| | | | |
|---|---|---|---|
| Comal | 3763 | 75 | 1.95% |
| Comanche | 190 | 3 | 1.55% |
| Concho | 65 | 3 | 4.41% |
| Cooke | 407 | 0 | 0.00% |
| Coryell | 720 | 0 | 0.00% |
| Cottle | 18 | 0 | 0.00% |
| Crane | 35 | 1 | 2.78% |
| Crockett | 4 | 0 | 0.00% |
| Crosby | 92 | 0 | 0.00% |
| Culberson | 18 | 0 | 0.00% |
| Dallam | 74 | 0 | 0.00% |
| Dallas | 18714 | 336 | 1.76% |
| Dawson | 150 | 1 | 0.66% |
| Deaf Smith | 201 | 0 | 0.00% |
| Delta | 144 | 0 | 0.00% |
| Denton | 10199 | 172 | 1.66% |
| Dewitt | 228 | 3 | 1.30% |
| Dickens | 34 | 0 | 0.00% |
| Dimmit | 203 | 0 | 0.00% |
| Donley | 0 | 1 | 100.00% |
| Duval | 403 | 101 | 20.04% |
| Eastland | 356 | 1 | 0.28% |
| Ector | 873 | 62 | 6.63% |
| Edwards | 23 | 1 | 4.17% |
| El Paso | 4036 | 559 | 12.17% |
| Ellis | 1540 | 69 | 4.29% |
| Erath | 370 | 12 | 3.14% |
| Falls | 181 | 0 | 0.00% |
| Fannin | 532 | 11 | 2.03% |
| Fayette | 470 | 7 | 1.47% |
| Fisher | 68 | 0 | 0.00% |
| Floyd | 65 | 0 | 0.00% |
| Foard | 6 | 0 | 0.00% |
| Fort Bend | 9831 | 524 | 5.06% |
| Franklin | 113 | 0 | 0.00% |
| Freestone | 192 | 1 | 0.52% |
| Frio | 357 | 3 | 0.83% |
| Gaines | 73 | 0 | 0.00% |
| Galveston | 5270 | 98 | 1.83% |
| Garza | 48 | 0 | 0.00% |
| Gillespie | 802 | 8 | 0.99% |
| Glasscock | 23 | 0 | 0.00% |
| Goliad | 95 | 6 | 5.94% |
| Gonzales | 262 | 1 | 0.38% |
| Gray | 353 | 1 | 0.28% |
| Grayson | 1821 | 32 | 1.73% |
| Gregg | 1519 | 19 | 1.24% |

2022 General Election

STATE115612

| | | | |
|---|---|---|---|
| Grimes | 517 | 32 | 5.83% |
| Guadalupe | 2502 | 80 | 3.10% |
| Hale | 210 | 0 | 0.00% |
| Hall | 0 | 0 | 0.00% |
| Hamilton | 98 | 3 | 2.97% |
| Hansford | 21 | 0 | 0.00% |
| Hardeman | 8 | 0 | 0.00% |
| Hardin | 580 | 8 | 1.36% |
| Harris | 59708 | 2791 | 4.47% |
| Harrison | 539 | 27 | 4.77% |
| Hartley | 71 | 1 | 1.39% |
| Haskell | 62 | 0 | 0.00% |
| Hays | 4527 | 196 | 4.15% |
| Hemphill | 70 | 0 | 0.00% |
| Henderson | 1016 | 17 | 1.65% |
| Hidalgo | 4920 | 98 | 1.95% |
| Hill | 331 | 0 | 0.00% |
| Hockley | 178 | 0 | 0.00% |
| Hood | 1098 | 92 | 7.73% |
| Hopkins | 285 | 5 | 1.72% |
| Houston | 311 | 0 | 0.00% |
| Howard | 350 | 12 | 3.31% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 1164 | 28 | 2.35% |
| Hutchinson | 211 | 1 | 0.47% |
| Irion | 16 | 0 | 0.00% |
| Jack | 127 | 0 | 0.00% |
| Jackson | 143 | 12 | 7.74% |
| Jasper | 309 | 1 | 0.32% |
| Jeff Davis | 32 | 1 | 3.03% |
| Jefferson | 2841 | 158 | 5.27% |
| Jim Hogg | 249 | 0 | 0.00% |
| Jim Wells | 436 | 83 | 15.99% |
| Johnson | 1920 | 0 | 0.00% |
| Jones | 223 | 0 | 0.00% |
| Karnes | 320 | 10 | 3.03% |
| Kaufman | 811 | 33 | 3.91% |
| Kendall | 1201 | 32 | 2.60% |
| Kenedy | 8 | 0 | 0.00% |
| Kent | 4 | 0 | 0.00% |
| Kerr | 1436 | 10 | 0.69% |
| Kimble | 97 | 1 | 1.02% |
| King | 3 | 0 | 0.00% |
| Kinney | 0 | 0 | 0.00% |
| Kleberg | 405 | 2 | 0.49% |
| Knox | 36 | 0 | 0.00% |
| Lamar | 554 | 8 | 1.42% |

2022 General Election

STATE115613

| | | | |
|---|---|---|---|
| Lamb | 160 | 0 | 0.00% |
| Lampasas | 382 | 13 | 3.29% |
| Lasalle | 162 | 2 | 1.22% |
| Lavaca | 507 | 0 | 0.00% |
| Lee | 245 | 11 | 4.30% |
| Leon | 294 | 1 | 0.34% |
| Liberty | 510 | 10 | 1.92% |
| Limestone | 300 | 1 | 0.33% |
| Lipscomb | 100 | 2 | 1.96% |
| Live Oak | 129 | 4 | 3.01% |
| Llano | 191 | 10 | 4.98% |
| Loving | 0 | 0 | 0.00% |
| Lubbock | 2656 | 78 | 2.85% |
| Lynn | 1 | 0 | 0.00% |
| Madison | 152 | 3 | 1.94% |
| Marion | 165 | 14 | 7.82% |
| Martin | 29 | 0 | 0.00% |
| Mason | 73 | 0 | 0.00% |
| Matagorda | 346 | 14 | 3.89% |
| Maverick | 222 | 14 | 5.93% |
| Mcculloch | 0 | 0 | 0.00% |
| Mclennan | 3760 | 121 | 3.12% |
| Mcmullen | 12 | 1 | 7.69% |
| Medina | 696 | 28 | 3.87% |
| Menard | 56 | 0 | 0.00% |
| Midland | 407 | 20 | 4.68% |
| Milam | 372 | 2 | 0.53% |
| Mills | 74 | 7 | 8.64% |
| Mitchell | 51 | 0 | 0.00% |
| Montague | 200 | 2 | 0.99% |
| Montgomery | 8943 | 43 | 0.48% |
| Moore | 126 | 0 | 0.00% |
| Morris | 132 | 10 | 7.04% |
| Motley | 34 | 0 | 0.00% |
| Nacogdoches | 968 | 9 | 0.92% |
| Navarro | 314 | 19 | 5.71% |
| Newton | 100 | 9 | 8.26% |
| Nolan | 119 | 0 | 0.00% |
| Nueces | 6784 | 2 | 0.03% |
| Ochiltree | 99 | 0 | 0.00% |
| Oldham | 35 | 1 | 2.78% |
| Orange | 910 | 18 | 1.94% |
| Palo Pinto | 487 | 11 | 2.21% |
| Panola | 247 | 1 | 0.40% |
| Parker | 1837 | 22 | 1.18% |
| Parmer | 58 | 0 | 0.00% |
| Pecos | 159 | 5 | 3.05% |

2022 General Election

STATE115614

| | | | |
|---|---:|---:|---:|
| Polk | 2643 | 45 | 1.67% |
| Potter | 1356 | 54 | 3.83% |
| Presidio | 69 | 4 | 5.48% |
| Rains | 174 | 0 | 0.00% |
| Randall | 2559 | 33 | 1.27% |
| Reagan | 16 | 0 | 0.00% |
| Real | 54 | 0 | 0.00% |
| Red River | 157 | 0 | 0.00% |
| Reeves | 146 | 1 | 0.68% |
| Refugio | 95 | 0 | 0.00% |
| Roberts | 24 | 0 | 0.00% |
| Robertson | 207 | 6 | 2.82% |
| Rockwall | 1186 | 19 | 1.58% |
| Runnels | 120 | 0 | 0.00% |
| Rusk | 634 | 3 | 0.47% |
| Sabine | 165 | 1 | 0.60% |
| San Augustine | 87 | 1 | 1.14% |
| San Jacinto | 421 | 1 | 0.24% |
| San Patricio | 842 | 10 | 1.17% |
| San Saba | 50 | 0 | 0.00% |
| Schleicher | 69 | 0 | 0.00% |
| Scurry | 125 | 4 | 3.10% |
| Shackelford | 92 | 0 | 0.00% |
| Shelby | 252 | 14 | 5.26% |
| Sherman | 25 | 0 | 0.00% |
| Smith | 2637 | 72 | 2.66% |
| Somervell | 69 | 1 | 1.43% |
| Starr | 449 | 157 | 25.91% |
| Stephens | 133 | 2 | 1.48% |
| Sterling | 7 | 0 | 0.00% |
| Stonewall | 34 | 0 | 0.00% |
| Sutton | 33 | 0 | 0.00% |
| Swisher | 124 | 1 | 0.80% |
| Tarrant | 21751 | 558 | 2.50% |
| Taylor | 1333 | 35 | 2.56% |
| Terrell | 0 | 0 | 0.00% |
| Terry | 108 | 1 | 0.92% |
| Throckmorton | 24 | 1 | 4.00% |
| Titus | 243 | 6 | 2.41% |
| Tom Green | 1653 | 62 | 3.62% |
| Travis | 19993 | 473 | 2.31% |
| Trinity | 128 | 0 | 0.00% |
| Tyler | 319 | 4 | 1.24% |
| Upshur | 450 | 5 | 1.10% |
| Upton | 27 | 0 | 0.00% |
| Uvalde | 395 | 20 | 4.82% |
| Val Verde | 0 | 0 | 0.00% |

2022 General Election

STATE115615

| | | | |
|---|---|---|---|
| Van Zandt | 448 | 16 | 3.45% |
| Victoria | 2355 | 11 | 0.46% |
| Walker | 682 | 4 | 0.58% |
| Waller | 485 | 1 | 0.21% |
| Ward | 121 | 0 | 0.00% |
| Washington | 488 | 5 | 1.01% |
| Webb | 1064 | 23 | 2.12% |
| Wharton | 501 | 3 | 0.60% |
| Wheeler | 77 | 0 | 0.00% |
| Wichita | 1232 | 10 | 0.81% |
| Wilbarger | 229 | 0 | 0.00% |
| Willacy | 127 | 12 | 8.63% |
| Williamson | 8273 | 184 | 2.18% |
| Wilson | 840 | 9 | 1.06% |
| Winkler | 42 | 0 | 0.00% |
| Wise | 847 | 20 | 2.31% |
| Wood | 757 | 0 | 0.00% |
| Yoakum | 35 | 5 | 12.50% |
| Young | 0 | 0 | 0.00% |
| Zapata | 81 | 0 | 0.00% |
| Zavala | 166 | 2 | 1.19% |
| **Statewide Totals** | **336349** | **9348** | **2.78%** |

2022 General Election

STATE115616