IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, FRIENDSHIP WEST BAPTIST CHURCH, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, TEXAS IMPACT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON, INC., and JAMES LEWIN, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF TEXAS, JANE NELSON, in her official capacity as the Texas Secretary of State, WARREN K. PAXTON, in his official capacity as the Texas Attorney General, MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator, and LISA WISE, in her official capacity as the El Paso County Elections Administrator, <br><br> Defendants. | Case No. 5:21-cv-844-XR |

## MOTION FOR ADMISSION *PRO HAC VICE* OF AARON J. CURTIS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Aaron J. Curtis, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin in this case, and would respectfully show the Court as follows:

1. I am an attorney and a member of the law firm Weil, Gotshal & Manges LLP with offices at:

> 767 Fifth Avenue
> New York, New York 10153
> Telephone: (212) 310-8901

2. Since November 20, 2014, I have been and presently am a member of and in good standing with the Bar of the Commonwealth of Massachusetts. My Massachusetts bar license number is 691760. Since March 2, 2015, I have also been and presently am a member of and in good standing with the Bar of the State of New York. My New York bar license number is 5332903.

3. I have been admitted to practice before the following courts:

| Court of Admission | Date of Admission |
| --- | --- |
| U.S. Court of Appeals for the Fifth Circuit | 7/17/2017 |
| U.S. District Court for the Southern District of New York | 1/24/2019 |
| U.S. District Court for the Eastern District of New York | 10/9/2019 |
| U.S. Court of Appeals for the Second Circuit | 1/27/2021 |
| U.S. Court of Appeals for the First Circuit | 2/8/2021 |
| U.S. District Court for the District of Colorado | 4/27/2022 |
| U.S. Court of Appeals for the Tenth Circuit | 12/27/2022 |

4. I am presently a member in good standing of the bar of the courts listed above.

5. I have not previously applied to appear *pro hac vice* in this District Court.

6. I have never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. I have not been charged, arrested, or convicted of a criminal offense or offenses.

8. I have read and am familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. I will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or I have co-counsel in this case who is admitted to practice before the U.S. District Court for the Western District of Texas:

> Elizabeth Y. Ryan
> 200 Crescent Court, Suite 300
> Dallas, Texas 75201
> Telephone: (214) 746-8158

Should the Court grant this motion, I shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-l(f)(2), made payable to: Clerk, U.S. District Court.

Wherefore, I pray that this Court enter an order permitting the admission of Aaron J. Curtis to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

/s/ Aaron J. Curtis
Aaron J. Curtis, New York Bar No. 5332903
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8901

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of September, 2023.

/s/ Aaron J. Curtis
Aaron J. Curtis