UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.,

v.                                                                                  Case No.: 5:21-CV-0844-XR

GREGORY W. ABBOTT, et al.,

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Aaron J. Curtis, counsel for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Aaron J. Curtis may appear on behalf of Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin in the above case.

IT IS FURTHER ORDERED that Aaron J. Curtis, if he has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE