**EXHIBIT 1**

| Claims | Plaintiffs | 2.05 | 2.06 | 2.07 | 3.04 | 3.09 | 3.10 | 3.12 | 3.13 | 3.15 | 4.01 | 4.02 | 4.06 | 4.07 | 4.09 | 4.12 | 5.01 | 5.02 | 5.03 | 5.04 | 5.06 | 5.07 | 5.08 | 5.10 | 5.11 | 5.12 | 5.13 | 5.14 | 6.01 | 6.03 | 6.04 | 6.05 | 6.06 | 6.07 | 7.02 | 7.04 | 8.01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14th and 15th Amendments Intentional Discrimination | LUPE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | | | X | |
| | HAUL/MFV | X | X | X | X | X | X | X | X | X | | X | X | X | X | X | | X | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| Section 2 VRA | LUPE | X | X | X | X | X | X | X | X | X | | | | X | | X | | X | X | X | | X | X | | X | X | X | X | X | X | X | X | X | | X | X | |
| | HAUL/MFV | | | | X | X | X | X | X | | | | | | | | | X | X | | | X | X | | | | | | | | | | | | | | |
| | LULAC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1st and 14th Amendments: undue burden on the right to vote | LUPE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | | | X | |
| | HAUL/MFV | | | | X | X | X | X | X | | X | | | X | | X | | X | X | X | | X | X | | | | X | X | X | X | X | X | X | X | X | X | |
| | LULAC | | | | | | | | | | | | | | | | | X | X | | | X | X | | | | | | | | | | | | | | |
| § 208 of the VRA | LUPE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | | | X | |
| | HAUL/MFV | | | | | | | | | | | | | | | | | | | | | | | | | | X | | X | X | X | X | | X | | | |
| | LULAC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | X | |
| Title II of the ADA | OCA | | | | | | | | | | | | | | | | | X | X | | X | X | | X | | | | | | X | X | X | | X | | | |
| | LUPE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | | X | | X | |
| | HAUL/MFV | | | | | | | | | | | | | | | | | X | X | | X | X | | X | | | | | | X | X | X | | X | | | |
| | OCA | | | | | | | | | | | | | | | | | X | X | | | X | | X | | X | | | | | X | | | | | | |
| 14th Amendment: void for vagueness | LUPE | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | | | | | X | X |
| | HAUL/MFV | | | | | | | | | | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | |
| | OCA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | |
| 1st and 14th Amendment: Free Speech | LUPE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | |
| | LULAC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | |
| | OCA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | |
| Section 504 of the Rehabilitation Act of 1973 | HAUL/MFV | | | | | | | | | | | | | | | | | X | X | | X | X | | X | | | | | | X | X | X | | X | | | |
| | OCA | | | | | | | | | | | | | | | | | X | X | | | X | | X | | X | | | | | X | | | | | | |
| | DOJ | | | | | | | | | | | | | | | | | | | | | | | X | | | X | | | | | | | | | | |
| Section 101 of the Civil Rights Act of 1964 | OCA | | | | | | | | | | | | | | | | | X | X | | | X | | X | | X | | | | | | | | | | | |