**EXHIBIT 6**

| Joint Ex. # | Previously Identified State Ex. # | Description | Bates/Doc Identifier | Previously Identified Plaintiff Ex. # |
|---|---|---|---|---|
| 1 | STATE 001 | Signed and executed copy Senate Bill 1. https://webservices.sos.state.tx.us/legbils/files/C287/SB1.pdf. | | DOJ 001, LULAC-001 |
| 2 | STATE 014 | Election Advisory No. 2021-21, Re: Legislative Summary – and Third Second Special Sessions, dated November 19, 2021. | STATE001483 | HAUL-MFV 290 |
| 3 | STATE 016 | Election Advisory No. 2022-07, Re: NEW LAW: Changes to Early Voting by Personal Appearance – House Bill 2025, House Bill 3107, and Senate Bill 1, dated January 21, 2022 | STATE001577 | HAUL-MFV 294, LULAC-053 |
| 4 | STATE 017 | Election Advisory No. 2022-08, Re: NEW LAW: Senate Bill 1 – to Opportunity Correct Defects on Application for a Ballot by Mail and Carrier dated Envelope, November 19, 2021. | STATE034294 | DOJ 101, HAUL-MFV 384, OCAPX-294, OCAPX-319 |
| 5 | STATE 018 | Election Advisory No. 2022-09, NEW LAW: Changes to Watcher Poll Requirements Under House Bill 3107 and Senate Bill 1, dated February 4, 2022. | STATE060559; Cameron County Depo. (Garza 5.9.22), Exh. No. 15 | HAUL-MFV 295, LULAC-056, LUPE-232 |
| 6 | STATE 019 | Election Advisory No. 2022-12, Re: Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail dated or Carrier Envelope, February 11, 2022. | STATE001469 | DOJ 102, HAUL-MFV 292 |
| 7 | STATE 020 | Election Advisory No. 2022-18, Re: Additional Ballot by Mail for Procedures May Uniform Election and Primary Runoff Election, dated April 26, 2022. | STATE087955 | DOJ 103, HAUL-MFV 291 |
| 8 | STATE 022 | Spreadsheet created by Secretary of State in response to media inquiries, listing mail-ballot rates for rejection 2022 elections. | STATE115581 | DOJ 120, OCAPX-42 |
| 9 | STATE 025 | Harris County Post Election Assessment of the November 8, 2022, General Election. | STATE170230 | DOJ 135 |

| Joint Ex. # | Previously Identified State Ex. # | Description | Bates/Doc Identifier | Previously Identified Plaintiff Ex. # |
|---|---|---|---|---|
| 10 | STATE 026 | Handbook for Election Judges and Clerks, Qualifying Voters on Election Day 2022, Secretary State, of revised July 2022. | STATE110976 | DOJ 096 |
| 11 | STATE 027 | Handbook for Election Judges and Clerks, Early Voting Ballot Board & Signature Verification Committee, Secretary of State, revised July 2022. | Exhibit 17 - February 28, 2023, Dep. of Jacquelyn Callanen | DOJ 093 |
| 12 | STATE 028 | Poll Watcher's Guide, Secretary of State, revised January 2022. | STATE106313 | HAUL-MFV 268 |
| 13 | STATE 029 | SOS Poll Watcher Online Training (Draft), January 2022 | STATE035175 | LUPE 113 |
| 14 | STATE 030 | Texas Voter Registration Application Spanish | STATE046251 | DOJ 048 |
| 15 | STATE 031 | Texas Voter Registration Application English | STATE046253 | DOJ 050 |
| 16 | STATE 038 | Form 5-21, Ballot Envelope For Secrecy, January 2022. | STATE061390 | DOJ 018 |
| 17 | STATE 039 | Form 6-2, Notice of Rejected Application for Ballot by Mail, January 2022. | STATE031641 | DOJ 019 |
| 18 | STATE 040 | Notice of Rejected Application for Ballot by Mail – Ingram April 26, 2022, Depo Ex. 10 | STATE031643 | LUPE-191, HAUL-MFV 382, DOJ 020 |
| 19 | STATE 041 | Form 6-4, Notice of Rejected Application for Ballot by Mail - Required Personal Identification Number is Not Associated with Your Voter Record, January 2022. | STATE074329 | DOJ 021 |
| 20 | STATE 042 | Form 6-6, Request to Cancel Application for Ballot by Mail – Early Voting Clerk's Form, January 2022. | STATE091410 | DOJ 022 |
| 21 | STATE 044 | Form 6-11, EVC Notice of Carrier Defect Mailed with Corrective Action Form English, April 2022. | STATE123307 | DOJ 024 |
| 22 | STATE 046 | Form 6-12, EVC Notice of Carrier Defect Phone with Corrective Form Action English, April 2022. | STATE123313 | DOJ 025 |

| Joint Ex. # | Previously Identified State Ex. # | Description | Bates/Doc Identifier | Previously Identified Plaintiff Ex. # |
|---|---|---|---|---|
| 23 | STATE 047 | Form 6-13, Notice of Surrendered Ballot by Mail, January 2022. | STATE034285 | DOJ 026 |
| 24 | STATE 048 | Form 6-14, Corrective Action Form for Defective Carrier Envelope, January 2022. | STATE034286 | DOJ 027 |
| 25 | STATE 049 | Form 6-15, Carrier Envelope for Early Voting July 2022. Ballot regular ABBM, | STATE138768 | DOJ 028, HAUL-MFV 297 |
| 26 | STATE 050 | Form 6-17, Information about Returning Your Carrier Envelope, January 2022. | STATE074293 | DOJ 033 |
| 27 | STATE 051 | Form 6-35, Notes for Carrier Envelope FPCA, January 2022. | STATE01634 | DOJ 037 |
| 28 | STATE 052 | Form 6-36, Information about Returning Your Voted Mail Ballot FPCA Insert, January 2022. | STATE031652 | DOJ 038 |
| 29 | STATE 053 | Form 6-37, Official Election Signature Sheet for an FPCA Voter, December 2021 English/Spanish. | STATE001643 | DOJ 040, HAUL-MFV 380 (STATE040053) |
| 30 | STATE 057 | Form 8-15, Notice of Rejected Ballot, January 2022. | STATE152170 | DOJ 042 |
| 31 | STATE 058 | Form 8-20, Roster of Voters with Defective Carrier Envelopes – Returned to the Voter by Mail, January 2022. | STATE034287 | DOJ 043 |
| 32 | STATE 059 | Form 8-21, Roster of ABM Voters with Defective Carrier Envelopes – Notified by Phone or Email, January 2022. | STATE034288 | DOJ 044 |
| 33 | STATE 060 | Form 8-22, Roster of FPCA Voters with Defective Carrier Envelopes – Notified by Phone or Email, January 2022. | STATE034289 | DOJ 045 |
| 34 | STATE 061 | Form 8-23, Notice of Carrier Defect – Carrier Envelope Returned to the Voter by Mail, January 2022. | STATE034290 | DOJ 046 |

| Joint Ex. # | Previously Identified State Ex. # | Description | Bates/Doc Identifier | Previously Identified Plaintiff Ex. # |
|---|---|---|---|---|
| 35 | STATE 062 | Form 8-24, Notice of Carrier Defect – Vote Notified of Carrier Envelope Defect by Phone Email, or January 2022. | STATE034292 | DOJ 047 |
| 36 | STATE 068 | Carrier Envelope Insert utilized by Denton County to remind voters ID number of requirement. | STATE154278 | DOJ 053 |
| 37 | STATE 069 | Carrier Envelope Insert utilized by Travis County to remind voters ID number of requirement. | 064.134768 | DOJ 057 |
| 38 | STATE 070 | Carrier Envelope Insert utilized by Travis County to remind voters of ID number requirement. | 064.134775 | DOJ 057, OCAPX-265 |
| 39 | STATE 072 | ABBM Insert with Numbers utilized by Travis County to remind voters of ID number requirement | 064.134773–74 | OCAPX-264 |
| 40 | STATE 075, STATE 076 | Carrier Envelope Insert utilized by Harris County to remind voters of ID number requirement | Tatum_005337-TATUM_005338 | HAUL-MFV 092, LUPE-251, OCAPX-063, OCAPX-463 |
| 41 | STATE 077 | Carrier Envelope Insert utilized by Bexar County in the May 7, 2022, Local Election and May 24, 2022, Runoff to Primary remind voters of ID number requirement. Exhibit C – April 20, 2022, Dep. of Jacquelyn Callanan. | | DOJ 052 |
| 42 | STATE 080 | Carrier Envelope Insert utilized by Kleberg County to remind voters of ID number requirement. | STATE142722 | DOJ 054 |
| 43 | STATE 089 | Power Point Presentation, Election Integrity. | STATE054622 | DOJ 340, LUPE-131, OCAPX-308, OCAPX-312 |
| 44 | STATE 148 | Travis County, Press Release, Travis County Candidate Settles with Travis County Clerk, November 2020 | STATE098419 | LUPE-147 |
| 45 | STATE 168 | OAG Spreadsheet, Election Fraud Complaints Referred for Investigation, SOS Referrals, April 2022 | STATE107717 | LUPE-153, OCAPX-379 |
| 46 | STATE 188 | 2022-2023 Voting Assistance Guide, Texas. | STATE115176 | DOJ 104 |

| Joint Ex. # | Previously Identified State Ex. # | Description | Bates/Doc Identifier | Previously Identified Plaintiff Ex. # |
|---|---|---|---|---|
| 47 | STATE 195 | Enrolled version of House Bill 357. An Act Relating to the Requirements to Access the Online Tracker of an Application for a Ballot to be Voted by Mail and to the Date of Runoff Elections, H.B. 357, 88th Leg., R.S. 2023. | STATE182637 | DOJ 007 |
| 48 | STATE 197 | Enrolled version of Senate Bill 1599. An Act Related to Ballots Voted by Mail, S.B. 1599, 88th Leg., R.S. 2023 | STATE182732 | DOJ 006 |
| 49 | STATE 199 | Enrolled version of Senate Bill 975. An Act Relating to the Procedures for the Issuance of a Personal Identification Certificate to a Person Whose Driver's License is Surrendered, S.B. 975, 88th Leg., R.S. 2023. | STATE182805 | DOJ 009 |
| 50 | STATE 203 | Election Advisory No. 2022-02, Instructions and Deadlines for Mailing/Emailing Ballots Under the Federal "MOVE Act" for Overseas Voters, January dated 10, 2022. | STATE124074 | DOJ 099 |
| 51 | STATE 212 | Form 5-16, Application for Emergency Early Voting Ballot due to Death in the Family , 2022. January. | STATE138843 | DOJ 016 |
| 52 | STATE 213 | Form 5-18, Application for Emergency Early Ballot Due Voting or to Sickness Physical Disability, 2022 January. | STATE138169 | DOJ 017 |
| 53 | STATE 217 | Form 6-15, Carrier Envelope for Early Voting Ballot, May 2022. | STATE123087 | DOJ 029 |
| 54 | STATE 221 | February 1, 2022, Email from Elections Division Attorney and Melanie Best Christina Obermiller, of Department Defense, Federal Voting Assistance Program, Re: FPCA ID Question – FVAP/Obermiller. | STATE04893 | DOJ 234 |
| 55 | STATE 222 | April 19, 2022, Mass Email from Elections Division Attorney Heidi Martinez to Election Officials, Re: Release Forms 4/19/2022. | STATE123303 | DOJ 278 |

| Joint Ex. # | Previously Identified State Ex. # | Description | Bates/Doc Identifier | Previously Identified Plaintiff Ex. # |
|---|---|---|---|---|
| 56 | STATE 225 | Email from SOS Elections Internet to Elections Officials, September 2022 | STATE138776 | LUPE-168 |
| 57 | STATE 227 | Request for Proposal, Voter Education and Outreach Opportunities for Elections, 2022 Secretary of State. | STATE137757 | DOJ 115 |
| 58 | STATE 228 | Report to the 88th Legislature on the Implementation of Educational Programs to Help Voters with Disabilities Understand How to Use Voting Systems Used in the State of Texas. | STATE137752 | DOJ 012, OCA-305 |
| 59 | STATE 230 | October 12, 2022, Press Release, SOS 101: Voting by Mail in Texas, Texas Secretary of State Press Office. | STATE119692 | DOJ 335, OCAPX-303 |
| 60 | STATE 231 | September 20, 2022, Press Release, Secretary Scott Marks National Voter Registration Day, Highlights Statewide 'VoteReady' Voter Education Campaign, Texas Secretary of State Press Office. | STATE120634 | DOJ 334 |
| 61 | STATE 238 | Handbook for Election Judges and Clerks, Qualifying Voters on Election Day 2022, Secretary State, revised of January 2022. | STATE034699 | DOJ 095 |
| 62 | STATE 244 | Power Point Presentation, Communicating Legislative Changes: ID Requirements for Voting by Mail, NASED Presentation, Secretary of State, February 2023. | STATE177246 | DOJ 091 |
| 63 | STATE 248 | Texas Secretary of State – FAQs on Applications for Ballot by Mail (ABBMs) – Ingram April 26, 2022, Depo Ex. 11 | STATE001713 | DOJ 073, HAUL-MFV 383, LUPE-190, HAUL-MFV 300 |
| 64 | STATE 252 | Power Point Presentation, Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope, of State, Secretary February 2022. | STATE059522 | DOJ 074 |
| 65 | STATE 253 | Power Point Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures, Secretary of State, April 2022. | STATE124844 | DOJ 082, HAUL-MFV 301 |

| Joint Ex. # | Previously Identified State Ex. # | Description | Bates/Doc Identifier | Previously Identified Plaintiff Ex. # |
|---|---|---|---|---|
| 66 | STATE 255 | Power Point Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures: General Election for State and County Officers, Secretary of State, October 2022. | STATE124640 | DOJ 088 |
| 67 | STATE 259 | 2020 Election Administration and Voting Survey, U.S. Election Assistance Commission. Exhibit 8 – April 7, 2023, Dep. of Tammy Patrick. | | DOJ 141 |
| 68 | STATE 261 | 2018 Election Administration and Voting Survey, U.S. Election Assistance Commission. | STATE114809 | DOJ 142 |
| 69 | STATE 262 | 2016 Election Administration and Voting Survey, U.S. Election Assistance Commission. Exhibit 6 – April 7, 2023, Dep. of Tammy Patrick. | | DOJ 143 |
| 70 | STATE 286 | Order, ECF 63, Hotze v. Hollins, No. 4:20-CV-03709, (S.D. Tex. Nov. 2, 2020), aff'd in part, vacated in part sub nom. Hotze v. Hudspeth, 16 F.4th 1121 (5th Cir. 2021). (Exhibit 12 – May 6, 2022, Dep. of Chris Hollins). | | LULAC-027 |