**EXHIBIT 7**

**PLAINTIFFS' AMENDED JOINT WITNESS LIST**

| Witness | Address | May Call or Will Call | Live Testimony | Deposition Excerpt | Subject of Testimony |
|---|---|---|---|---|---|
| Dana DeBeauvoir | Travis County Clerk, P.O. Box 149325, Austin, TX 78714 | Will call | X | X | Dana DeBeauvoir is the former Travis County Elections Administrator. Ms. DeBeauvoir will testify about election procedures in Travis County during her tenure, SB1's impact on the duties and responsibilities of poll workers, as well as facts regarding AG Paxton's attempt to prosecute her. |
| Charlie Johnson | Travis County Clerk, P.O. Box 149325, Austin, TX 78714 | Will call | X | X | Charlie Johnson is an assistant director of elections for the Travis County Clerk. He will testify on the administration of elections in Travis County before and after the enactment of SB 1 and the effects of SB 1 on elections in Travis County, including the administration of vote by mail and the effects of SB 1 on voters attempting to vote by mail in Travis County. |
| Daniel Hayes | c/o Tony Nelson, Office of the Travis County Attorney, P.O. Box 1748, Austin TX 78767 | May call | X | X | Daniel Hayes is an assistant director of elections for the Travis County Clerk. He will testify on the administration of elections in Travis County before and after the enactment of SB 1 and the effects of SB 1 on elections in Travis County, including the ADA policies and practices used in the administration of elections in Travis County. |
| Bridgette Escobedo | Travis County Clerk P.O. Box 149325 Austin, TX 78714 | Will call | X | X | Bridgette Escobedo is the director of elections for the Travis County Clerk. She will testify on the administration of elections in Travis County before and after the enactment of SB 1 and the effects of SB 1 on elections in Travis County. |

120777462.1 0099831-00001

| Name | Address | Call | | | Description |
|---|---|---|---|---|---|
| John Creuzot | Frank Crowley Courts Building 133 N. Riverfront Blvd Dallas, TX 75207 | May call | X | | Plaintiffs and the Dallas County DA have negotiated a stipulation to avoid the need for District Attorney John Creuzot to testify at trial. Plaintiffs do not intend to call District Attorney Creuzot at trial absent unforeseen circumstances and includes him as a May Call witnesses here for preservatory purposes only. |
| Joe Gonzales | 101 W. Nueva San Antonio, TX 78205 | May call | X | | Plaintiffs and the Bexar County DA have negotiated a stipulation to avoid the need for District Attorney Joe D. Gonzales to testify at trial. Plaintiffs do not intend to call District Attorney Gonzales at trial absent unforeseen circumstances and includes him as a May Call witnesses here for preservatory purposes only. |
| Kim Ogg | Harris County District Attorney's Office 1201 Franklin Street Ste. 600 Houston, TX 77002 | May call | X | | Enforcement of SB 1 criminal provisions. Note: LULAC Plaintiffs and County DA Defendants are currently working out stipulations obviating the need for County DA Defendants live testimony. |
| José Garza | Ronald Earle Building 416 West 11th St. Austin, TX 78701 | May call | X | | Plaintiffs and the Travis County DA have negotiated a stipulation to avoid the need for District Attorney José Garza to testify at trial. Plaintiffs do not intend to call District Attorney Garza at trial absent unforeseen circumstances and includes him as a May Call witnesses here for preservatory purposes only. |
| Tacoma Phillips | Dallas County Elections Department, 1520 Round Table Drive, Dallas, TX 75247 | Will call | X | X | Tacoma Phillips is the Mail Ballot Supervisor with the Dallas County Election Administrator staff. Ms. Phillips will testify regarding the administration of vote by mail in Dallas County before and after the enactment of SB1 and facts regarding the effect of SB1 on voters attempting to vote by mail in Dallas County. |

| Lauren Smith | Elections Administrator's Office, 1001 Preston St., Houston, TX 77002 | May call | | X | Lauren Smith is the Director of Operations for the Harris County Elections Administrator. She will testify on the administration of elections in Harris County before and after the enactment of SB 1 and the effect of SB 1 on elections in Harris County, including the ADA policies and practices used in the administration of elections in Harris County. |
|---|---|---|---|---|---|
| Jennifer Colvin | Elections Administrator's Office, 1001 Preston St., Houston, TX 77003 | Will call | X | X | Jennifer Colvin is the Director of Ballot by Mail for the Harris County Elections Administrator. She will testify on the administration of elections in Harris County before and after the enactment of SB 1 and the effects of SB 1 on elections in Harris County, including the administration of vote by mail and the effects of SB 1 on voters attempting to vote by mail in Harris County. |
| Rachelle Obakozuwa | Elections Administrator's Office, 1001 Preston St., Houston, TX 77004 | Will call | X | X | Rachelle Obakozuwa is the Director of Logistics for the Harris County Elections Administrator. She will testify about the administration of elections in Harris County after SB1 including teh impact of SB1's poll watcher provisions. |
| Rivelino Lopez | Dallas County Elections Department, 1520 Round Table Drive, Dallas, TX 75247 | Will call | | X | Rivelino Lopez is the Voter Registration Manager for Dallas County. Mr. Lopez will testify about his work as Dallas Voter Registration Manager, including information about Dallas County voters and Dallas County elections office. |
| Jacqueline Callanen | Bexar County Elections Department 1103 S. Frio Suite 100 San Antonio, TX 78207 | Will call | X | X | Jacqueline Callanen is the Elections Administrator for Bexar County. Jacqueline Callanen will testify about the administration of elections in Bexar County before and after the enactment of SB1 and facts regarding the effect of SB1 on voters in Bexar County. |

120777462.1 0099831-00001

| Name | Address | Will/May call | | | Description |
|---|---|---|---|---|---|
| Remi Garza | 1050 E. Madison Street Brownsville, TX 78520 | Will call | X | | Remi Garza is the Elections Administrator for Cameron County. Mr. Garza will testify about the administration of elections in Cameron County before and after the enactment of SB1 and facts regarding the effect of SB1 on voters in Cameron County. |
| Michael Scarpello | 1520 Round Table Drive Dallas, TX 75247 | Will call | X | | Michael Scarpello is the Elections Administrator for Dallas County. Mr. Scarpello will testify about the administration of elections in Dallas County before and after the enactment of SB1 and facts regarding the effect of SB1 on voters in Dallas County. |
| Frank Phillips | c/o Office of the Attorney General for the State of Texas, P.O. Box 12548 (MC-009), Austin, TX 78711 | May call | X | | Frank Phillips is the Elections Administrator for Denton County. Mr. Scarpello will testify about the administration of elections in Denton County before and after the enactment of SB1 and facts regarding the effect of SB1 on voters in Denton County. |
| Lisa Wise | El Paso County Elections Department 500 E. San Antonio Ave. Suite #314 El Paso, Texas 79901 | Will call | X | X | Lisa Wise is the Elections Administrator for El Paso County. Ms. Wise will testify about the administration of elections in El Paso County before and after the enactment of SB1 and facts regarding the effect of SB1 on voters in El Paso County. |
| Isabel Longoria | Elections Administrator's Office 1001 Preston St. Houston, TX 77002 | May call | X | X | Isabel Longoria is the former Harris County Elections Administrator. She will testify on the administration of elections in Harris County before and after the enactment of SB 1 and the effects of SB 1 on elections in Harris County. |
| Hilda Salinas | c/o Josephine Ramirez-Solis, Hidalgo County District Attorney's Office, 100 E. Cano, 1st Floor, Hidalgo County Courthouse Annex III, Edinburg, TX 78539 | May call | X | X | Hilda Salinas is the Elections Administrator for Hidalgo County. Ms. Salinas will testify about the administration of elections in Hidalgo County before and after the enactment of SB1, and will testify about incidents involving poll watcher misconduct in Hidalgo County. |

| Name | Address | Call | | | Description |
|---|---|---|---|---|---|
| Toribio "Terry" Palacios | 100 E. Cano St<br>Edinburg, TX 78539 | May call | X | | Plaintiffs and the Hidalgo County DA have negotiated a stipulation to avoid the need for District Attorney Toribio "Terry" Palacios to testify at trial. Plaintiffs do not intend to call District Attorney Palacios at trial absent unforeseen circumstances and includes him as a May Call witnesses here for preservatory purposes only. |
| Yvonne Ramon | 213 S. Closner<br>Edinburg, TX 78539 | Will call | X | X | Yvonne Ramon is the former Elections Administrator for Hidalgo County. Ms. Ramon will testify about the administration of elections in Hidalgo County before and after the enactment of SB1 and facts regarding the effect of SB1 on voters in Hidalgo County. |
| Dr. Eric McDaniel | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900,<br>Boise, Idaho 83702 | Will call | X | | Dr. McDaniel is an Associate Professor in the Department of Government at the University of Texas at Austin. He will will provide testimony regarding how changes to voting access over time have impacted various racial groups in Texas. |
| Dr. Loren Collingwood | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | | Dr. Collingwood is an Associate Professor of Political Science at the University of New Mexico. Dr.<br>Collingwood will provide testimony regarding the race and ethnicity of<br>Texas voters, particularly voters in Harris County. |
| Dr. Allan Lichtman | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | | Dr. Lichtman is a Distinguished Professor of History at American University in Washington, D.C. Dr. Lichtman will provide testimony regarding the discriminatory intent with which Senate Bill 1 was adopted |

| Name | Address | | | | | Description |
|---|---|---|---|---|---|---|
| Dr. Andres Tijerina | 110 Broadway, Suite 300. San Antonio, Texas 78205 | Will call | X | | | Dr. Andres Tijerina is a professor of history at Austin Community College. Dr. Tijerina will testify about the history of official discrimination in Texas that touches on the right of Latinos to register, to vote, or otherwise to participate in the democratic process and the extent to which Latinos in Texas bear the effects of discrimination in such areas as education, employment and health, which hinder their ability to participate effectively in the political process. |
| Dr. Christian Grose | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | Will call | X | | | Dr. Christian Grose is a Professor of Political Science and Public Policy at the University of Southern California. He will testify about the discriminatory intent and impact of SB 1. |
| Dr. Doug Kruse | 811 Main Street, Suite 1700, Houston, TX 77002-6110 | Will call | X | | | Dr. Douglas Kruse is a professor at Rutgers School of Management and Labor Relations and the Director for Disability Research. Dr. Kruse will testify about the impact of SB1 on voters with disabilities. |
| Dr. Henry Flores | 110 Broadway, Suite 300. San Antonio, Texas 78205 | Will call | X | | | Dr. Flores is a Scholar in Residence in the Department of Political Science at the University of Houston and the Distinguished University Research Professor of Political Science Emeritus at St. Mary's University. Dr. Flores will testify about whether the enactment of SB1 was characterized by intentional racial discrimination. |
| Dr. Kenneth Mayer | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | | | Dr. Mayer is a Professor of Political Science at the University of Wisconsin-Madison. Dr. Mayer will provide testimony regarding the burdens that Senate Bill 1 imposes on Texas voters, particularly racial and ethnic minorities. |
| Dr. Morgan Kousser | c/o NAACP Legal Defense Fund, 700 14th St NW, Suite 600, Washington, DC 20005 | Will call | X | | | Dr. Kousser is a Professor of History and Social Science, Emeritus, at Caltech University. Dr. Kousser will testify about the discriminatory intent |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and effects of SB 1. |
| Dr. Dan Smith | c/o NAACP Legal Defense Fund, 700 14th St NW, Suite 600, Washington, DC 20005 | Will call | X | | Dr. Smith is a Professor and Chair of the Department of Political Science at the University of Florida. Dr. Smith will testify about the impact of SB1 on voters, particularly Black and Latino voters. |
| Kara Ayers | c/o Cincinnati Children's Hospital Medical Center Department of Developmental and Behavioral Pediatrics, 3333 Burnet Ave., MLC 4002, Cincinnati, OH 45229 | Will call | | X | Dr. Ayers will testify about the impact of SB1 on voters with disabilities. |
| Susan Fountain | c/o John M. Gore, Jones Day, 51 Louisiana Ave NW, Washington, DC 20001 | Will call | | X | Ms. Fountain will testify regarding her work as Chair of the Dallas County Republican Party, Party activities, and lobbying efforts by Dallas County GOP during the 87th Texas Legislature |
| Cindy Siegel | c/o John M. Gore, Jones Day, 51 Louisiana Ave NW, Washington, DC 20001, | Will call | | X | Ms. Siegel will testify regarding her work as Chair of the Harris County Republican Party, Party activities, and lobbying efforts by Harris County GOP during the 87th Texas Legislature |
| Alan Vera | c/o Andy Taylor, 2628 Hwy 36 South #288, Brenham, TX 77833 | Will call | | X | Alan Vera will testify regarding his work as Chair of the Harris County Republican Party Ballot Security Committee and lobbying efforts by Harris County GOP during the 87th Texas Legislature |
| Jeffrey Clemmons | c/o NAACP Legal Defense Fund 700 14th St. NW Suite 600 Washington DC 20005 | Will call | X | | Jeffrey Clemmons is an election judge in Travis County. Mr. Clemmons will testify regarding the impact of SB1's poll watcher provisions on his service as an election judge. |
| Rick Ertel | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | | Rick Ertel is a poll worker in Kerr County. Mr. Ertel will testify regarding the effect of SB1 on the duties and responsibilities of poll workers. |

120777462.1 0099831-00001

| | | | | | |
|---|---|---|---|---|---|
| James Lewin | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | | James Lewin is a poll worker in Travis County. Mr. Lewin will testify regarding the effect of SB1 on the duties and responsibilities of poll workers. |
| Amatullah Contractor | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932. | May call | X | | Amatullah Contractor is a Harris County voter and voter assistor who will testify as to how SB 1 has affected her ability to assist with voting. |
| Cristela Rocha | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | | Cristela Rocha is a LUPE staff member. Ms. Rocha will testify about the impact of SB1 on voters and voter assistors. |
| Maria Gomez | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | | X | Maria Gomez is a LUPE member and volunteer. Ms. Gomez will testify about the impact of SB1 on voters and voter assistors. |
| Sadia Tirmizi | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | May call | X | | Sadia Tirmizi has assisted her elderly parents to vote in Tarrant County. Ms. Tirmizi will testify about the impact of SB1 on voters and voter assistors. |
| Catherine Cranston | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Catherine Cranston is a Travis County voter and member of REVUP-Texas and The Arc of Texas who will testify about the assistor oath under SB1 and its impact on voter assistors and voters with disabilities. |
| Esmeralda Perales | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | May call | X | | Esmeralda Perales is a registered voter and resident of Bexar County. Ms. Perales will testify regarding her attempt to vote by mail in the March 2022 primary election. |
| Louis Perales | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | May call | X | | Louis Perales is a registered voter and resident of Bexar County. Mr. Perales will testify regarding his attempt to vote by mail in the March 2022 primary |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | election. |
| Laura Halvorson | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Laura Halvorson is a Bexar County voter with a disability and member of REVUP-Texas and The Arc of Texas who will testify to the impact SB 1 has on her ability to vote by mail and to receive assistance to vote. |
| Estella Guerrero Mata | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | | Estella Guerrero Mata is a registered voter and resident of Harris County. Ms. Mata will testify regarding her attempt to vote by mail in the November 2022 General Election. |
| Toby Cole | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | May call | X | | Toby Cole is disabled voter in Harris County. Mr. Cole will testify about the burdens SB1 places on his ability to receive voter assistance. |
| Jodi Lydia Nunez Landry | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Jodi Lydia Nunez Landry is a Harris County voter with a disability and member of REVUP-Texas and The Arc of Texas who will testify about the assistor oath under SB1 and its impact on voter assistors and voters with disabilities. |
| Marla Lopez | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | Will call | X | | Marla Lopez is a registered voter who worked for Mi Familia Vota. She later worked for a state candidate political campaign during the 2022 elections. Ms. Lopez will testify about her experience voting and assisting and educating voters, including her father, and how SB 1 has affected her ability to vote and support voters. |
| Marlon Lopez | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | May call | X | | Marlon Lopez is a registered voter who often works long hours out of county or out of state. He voted in 2020 with his daughter. Mr. Lopez will testify about his experience using drive-through voting. |

120777462.1 0099831-00001

| Name | Address | Will/May Call | | | Description |
|---|---|---|---|---|---|
| Yvonne Iglesias | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | | X | Yvonne Iglesias is a Hidalgo County voter with a disability and member of REVUP-Texas and The Arc of Texas who will testify to the impact SB 1 has on her ability to vote by mail. |
| Anne Scott | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Anne Scott is a Hidalgo County voter member of REVUP-Texas and The Arc of Texas who will testify to the impact SB 1 has on person's with disabilities' ability to vote by mail and its impact on voter assistors and voters with disabilities. |
| Nancy Crowther | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Nancy Crowther is a Travis County voter with a disability and member of REVUP-Texas and The Arc of Texas who will testify to the impact SB 1 on voter assistors and voters with disabilities. |
| Amy Litzinger | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Amy Litzinger is a Travis County voter with a disability and member of REVUP-Texas and The Arc of Texas who will testify to the impact SB 1 has on her ability to vote by mail and its impact on voter assistors and voters with disabilities. |
| Jennifer Miller | c/o NAACP Legal Defense Fund 700 14th St. NW Suite 600 Washington DC 20005 | Will call | X | | Jennifer Miller is a Travis County voter member of REVUP-Texas and The Arc of Texas who will testify to the impact SB 1 on voter assistors and voters with disabilities. |
| Teri Saltzman | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Teri Saltzman is a Travis County voter with a disability and member of REVUP-Texas and The Arc of Texas who will testify to the impact SB 1 has on her ability to vote by mail and to receive assistance to vote. |
| Deion Dorsett | c/o NAACP Legal Defense Fund 700 14th St. NW Suite 600 Washington DC 20005 | May call | X | | Deion Dorsett is a Harris County voter who voted drive-thru in 2020. He will testify to the burden that the elimination of drive-thru voting imposed on his ability to cast a ballot. |

| Bob Kafka | c/o Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758 | Will call | X | | Bob Kafka is the Coordinator of REVUP-Texas. He will testify regarding the impact of SB 1 on REVUP-Texas and its members. |
|---|---|---|---|---|---|
| Michelle Brown | c/o NAACP Legal Defense Fund 700 14th St NW, Suite 600 Washington DC 20005 | Will call | X | | Michelle Brown is a representative for Plaintiff Delta Sigma Theta. She will testify to facts that establish Delta Sigma Theta's standing and the burdens imposed by SB 1 on Delta Sigma Theta's members and the voters they serve. |
| Sharon Jones | c/o NAACP Legal Defense Fund 700 14th St NW, Suite 600 Washington DC 20005 | Will call | X | | Sharon Jones is Texas Social Action Chair for Plaintiff Delta Sigma Theta. She will testify concerning Delta Sigma Theta's efforts to persuade the Texas legislature not to pass SB 1, Delta Sigma Theta's voting programs, and the burdens imposed by SB 1 on Delta Sigma Theta's members and the voters they serve. |
| Danielle Ayers | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | | Danielle Ayers is a representative for Friendship West Baptist Church. Ms. Ayers will testify regarding facts that estbalish Friendship West's standing and burdens imposed by SB1 on members. |
| Ray Shackelford | c/o NAACP Legal Defense Fund 700 14th St NW, Suite 600 Washington DC 20005 | Will call | X | | Ray Shackelford is a representative for Plaintiff Houston Area Urban League. He will testify to facts that establish HAUL's standing and the burdens imposed by SB 1's provisions on HAUL's members. |
| Domingo Garcia | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | | Domingo Garcia is the President of LULAC. He will testify regarding the impact that SB 1 has had on LULAC, its members, and its constituents, and in doing so will testify regarding facts that establish LULAC's standing. |

120777462.1 0099831-00001

| Name | Address | | | | Description |
|---|---|---|---|---|---|
| Rosalie Weisfeld | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | | Ms. Weisfeld is a member of LULAC and will testify regarding the burden imposed by SB 1's mail ballot provisions.<br><br>Note: LULAC Plaintiffs are in ongoing discussions with State Defendants regarding possibility of allowing this witness to testify in writing due to disability. |
| Tania Chavez | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | X | | Tania Chavez is the Executive Director of LUPE. Ms. Chavez will testify regarding the impact of SB1 on LUPE and its members. |
| Juanita Valdez-Cox | c/o MALDEF, 110 Broadway, Suite 300, San Antonio, TX 78205 | Will call | | X | Juanita Valdez-Cox is the former Executive Director of LUPE. Ms. Valdez-Cox will testify regarding the impact of SB1 on LUPE and its members. |
| Joyce LeBombard | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | Will call | X | | Joyce LeBombard is the President of the League of Women Voters of Texas (LWVTX). She will testify regarding the impact of SB 1 on LWVTX and its members. |
| Grace Chimene | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | | Grace Chimene is the former President of the League of Women Voters of Texas (LWVTX). She will testify regarding the impact of SB 1 on LWVTX and its members. |
| Angelica Razo | c/o Stoel Rives, LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 | Will call | X | | Angelica Razo was the Texas state director of Mi Familia Vota until 2023 and continues to work for MFV as the National Deputy Director of Campaigns and Programs.<br>She will testify regarding the impact of SB 1 on Mi Familia Vota and the communities it serves. |

120777462.1 0099831-00001

| Name | Address | Call | | | Description |
|---|---|---|---|---|---|
| Deborah Chen | c/o Asian American Legal Defense and Education Fund, 99 Hudson Street, 12th Floor, New York, NY 10013, (212) 966-5932 | Will call | X | | Deborah Chen is the Civic Engagement Programs Director for OCA-Greater Houston (OCA-GH). She will testify regarding the impact of SB 1 on OCA-GH and its members. |
| Gene Lantz | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | | Gene Lantz is the President of TARA and will testify regarding the burdens SB 1 has imposed upon TARA and its members, and in doing so testify regarding the facts establishing TARA's standing. |
| Alice Penrod | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | X | Alice Penrod is a member of AFT who will testify regarding the burden imposed by SB 1's voter assistance provisions. |
| Elaine Jones | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | X | Elaine Jones is a member of TARA who will testify regarding the burden imposed by SB's mail ballot provisions. |
| Elva Roy | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | May call | X | | Elva Roy is a member of TARA who will testify regarding the burden imposed by SB's mail ballot provisions. |
| Zeph Capo | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | | Zeph Capo is the President of Texas AFT and will testify regarding the burdens SB 1 has imposed upon Texas AFT and its members, and in doing so testify regarding the facts establishing Texas AFT standing. |
| Josh Houston | c/o Brennan Center for Justice at NYU School of Law, 120 Broadway, Suite 1750, New York, NY 10271 | Will call | X | | Josh Houston is a representative for Texas Impact. Mr. Houston will testify regarding facts that establish Texas Impact's standing and burdens imposed by SB1 on members. |
| Jennifer Martinez | c/o NAACP LDF, 700 14th Street, Suite 600, Washington, DC 20005 | May call | X | X | Jennifer Martinez is a representative for Plaintiff The Arc of Texas. She will testify to facts that establish The Arc of Texas' standing and the burdens imposed by SB 1 on The Arc of Texas' members and the voters they serve. |

120777462.1 0099831-00001

| Name | Address | Will/May Call | | | Description |
|---|---|---|---|---|---|
| Ameer Patel | c/o Elias Law Group, 250 Massachusetts Ave. NW Suite 400 Washington D.C. 20001 | Will call | X | | Ameer Patel is the Managing Director of Voto Latino. Maria Teresa Kumar is the President & CEO of Voto Latino. The LULAC Plaintiffs intend to call only one of these witnesses, who will testify about the impact of SB 1 on Voto Latino as an organization, as well as on its constituents, and in doing so testify to the facts giving Voto Latino standing. LULAC Plaintiffs continue to meet and confer with State Defendants regarding which of these individuals will testify and will update their witness list accordingly pending the outcome of that conferral process. |
| Christopher Rainbolt | c/o Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741, (512) 474-5073 | May call | X | | Christopher Rainbolt is a paralegal at the Texas Civil Rights Project. He will authenticate screenshots of webpages. |
| Jonathan White | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | May call | X | X | Jonathan White is the former Chief of the Election Fraud Section of the Texas Attorney General's Special Prosecutions Division. Mr. White will testify to public information regarding the prosecution of voting-related offenses. |
| Christina Adkins | c/o Office of the Attorney General for the State of Texas, P.O. Box 12548 (MC-009), Austin, TX 78711 | May call | X | | Christina Adkins is the current Director of the Elections Division in the Office of the Texas Secretary of State. Ms. Adkins will testify about changes made to Texas election law by SB1, SB1's impact on election administrators and voters, and the administration of Texas elections. |
| Keith Ingram | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | May call | X | X | Keith Ingram is the former Director of the Elections Division in the Office of the Texas Secretary of State. Mr. Ingram will testify about changes made to Texas election law by SB1, SB1's impact on election administrators and voters, and the administration of Texas elections. |

120777462.1 0099831-00001

| Name | Address | Will call | | X | Description |
|---|---|---|---|---|---|
| Andrew Murr | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | Will call | | X | Representative Murr served in the 87th Texas Legislature. He will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |
| Briscoe Cain | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | Will call | | X | Representative Cain served in the 87th Texas Legislature. He will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |
| Rafael Anchia | c/o Sean McCaffity, 3811 Turtle Creek Boulevard, Suite 1400, Dallas, TX 75219 | Will call | | X | Representative Anchia served in the 87th Texas Legislature. He will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |
| Carol Alvarado | P.O. Box 12068 Capitol Station Austin, TX 78711 | Will call | | X | Senator Alvarado served in the 87th Texas Legislature. She will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |
| Nicole Collier | 101 S. Jennings Ave Fort Worth, TX 76104 | Will call | | X | Representative Collier served in the 87th Texas Legislature. She will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |

120777462.1 0099831-00001

| Bryan Hughes | c/o Office of the Attorney General for the State of Texas, P.O. Box 125248, Capitol Station, Austin, TX 78711 | Will call | | X | Bryan Hughes is a Texas State Senator and sponsored SB1. He will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |
|---|---|---|---|---|---|
| Bill D. Hicks | District Attorney, El Paso County | | | | Plaintiffs and the El Paso County DA have negotiated a stipulation to avoid the need for District Attorney Bill D. Hicks to testify at trial. Plaintiffs do not intend to call District Attorney Hicks at trial absent unforeseen circumstances and includes him as a May Call witnesses here for preservatory purposes only. |
| Dr. Franita Tolson | Expert | | | | Dr. Franita Tolson is Vice Dean for Faculty and Academic Affairs and Professor of Law at University of Southern California Gould School of Law. She will testify that SB 1 operates like prior voting restrictions and practices in Texas that have minimized the political power of minority communities and provide historic context for SB 1. |
| Martha Austin | Injured voter, TARA, member | May call | | | Elaine Jones is a member of TARA who will testify regarding the burden imposed by SB's mail ballot provisions.<br><br>Note: LULAC Plaintiffs are in ongoing discussions with State Defendants regarding possibility of allowing this witness to testify in writing due to disability. |
| Diana Maldonado | Plaintiff representative, JOLT Action | Will Call | X | | Diana Maldonado is a representative for JOLT Action. Ms. Maldonado will testify regarding facts that establish JOLT Action's standing and burdens imposed by SB1 on members. |

120777462.1 0099831-00001

| Joey Cardenas | Plaintiff representative, Texas HOPE | Will Call | X | | Joey Cardenas is a representative for Texas HOPE. Mr. Cardenas will testify regarding facts that establish Texas HOPE's standing and burdens imposed by SB1 on members. |
|---|---|---|---|---|---|
| Cesar Espinosa | Plaintiff representative, FIEL | Will Call | X | | Cesar Espinoza is a representative for FIEL. Mr. Espinoza will testify regarding facts that establish FIEL's standing and burdens imposed by SB1 on members. |
| Jana Ortega | Plaintiff representative, MABA-TX | Will Call | X | | Jana Ortega is a representative for MABA-TX. Ms. Ortega will testify regarding facts that establish MABA- TX's standing and burdens imposed by SB1 on members. |
| Lydia Camarillo | Plaintiff representative, SVREP and WCVI | Will Call | X | | Lydia Camarillo is a representative for SVREP and WCVI. Ms. Camarillo will testify regarding facts that establish SVREP's and WCVI's standing and burdens imposed by SB1 on members. |
| Judy Bryant | Plaintiff representative, TARA field organizer | Will Call | X | | Judy Bryant is the Field Organization for TARA and will testify regarding the burdens SB 1 has imposed upon TARA and its members, and in doing so testify regarding the facts establishing TARA's standing. |
| Maria Teresa Kumar | Plaintiff representative, Voto Latino President and CEO | May call | X | | Maria Teresa Kumar is the President & CEO of Voto Latino. Ameer Patel is the Managing Director of Voto Latino. The LULAC Plaintiffs intend to call only one of these witnesses, who will testify aboutthe impact of SB 1 on Voto Latino as an organization, as well as on its constituents, and in doing so testify to the facts giving Voto Latino standing. LULAC Plaintiffs continue to meet and confer with State Defendants regarding which of these individuals will testify and will update their witness list accordingly pending the outcome of that conferral process. |

120777462.1 0099831-00001

| Jessica Gonzalez | Texas State Representative | May Call | X | | Representative Gonzalez served in the 87th Texas Legislature. She will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |
| --- | --- | --- | --- | --- | --- |
| John Bucy III | Texas State Representative | May Call | X | | Representative Bucy served in the 87th Texas Legislature. He will testify regarding legislative enactment of SB1, the Texas Legislature's consideration of SB1 predecessor bills, and procedural and substantive departures during legislative process leading up to SB1's enactment. |