**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTIONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br> *Plaintiffs,* <br> *v.* <br> GREGORY W. ABBOTT, et al., <br> *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al., <br> *Plaintiffs,* <br> *v.* <br> JANE NELSON, et al., <br> *Defendants.* | 1:21-cv-0786-XR |

## LULAC PLAINTIFFS' NOTICE OF SUPPLEMENTAL FILINGS TO PARTIES' JOINT PRE-TRIAL ORDER

Plaintiffs LULAC Texas ("LULAC"), Texas Alliance for Retired Americans ("TARA"), Texas AFT ("AFT"), and Voto Latino (collectively "LULAC Plaintiffs"), pursuant to the Court's March 30, 2023, Second Amended Scheduling Order (ECF No. 579) and the parties' August 22, 2023 Status Conference (ECF No. 736 at Tr. 11:15–12:5, 13:10–23), hereby submit:

- The LULAC Plaintiffs' Trial Outline reflected in Table A below; and,

- The LULAC Plaintiffs' Exhibit List with Defendants' Objections reflected in Table B below.

The LULAC Plaintiffs reserve the right to amend the below as trial proceeds.

1

| TABLE A – LULAC PLAINTIFFS' TRIAL OUTLINE[1] | | | |
|---|---|---|---|
| **Count** | **Potential Exhibits** | **Potential Witnesses[2]** | **Witness Status** |
| **COUNT I: SECTION 2 OF THE VOTING RIGHTS ACT** | LULAC-2, LULAC-3, LULAC-4, LULAC-5, LULAC-6, LULAC-7, LULAC-8, LULAC-10, LULAC-12, LULAC-17, LULAC-22, LULAC-27, LULAC-87, HAUL-MFV 101, HAUL-MFV 102, HAUL-MFV 103, HAUL-MFV 104, HAUL-MFV 167, HAUL-MFV 174, HAUL-MFV 182, HAUL-MFV 183, HAUL-MFV 189, HAUL-MFV 235, HAUL-MFV 263, HAUL-MFV 264,  STATE-010, STATE-012 | Dr. Allan Lichtman | Will Call |
| | | Dr. Kenneth Mayer | Will Call |
| | | Jacquelyn Callanen | Will Call |
| | | Domingo Garcia | Will Call |
| | | Ameer Patel | Will Call |
| | | Nicole Collier | Deposition Designations |
| | | Dr. Loren Collingwood | May Call |
| **COUNT II: UNDUE BURDEN ON THE RIGHT TO VOTE** | LULAC-1, LULAC-2, LULAC-3, LULAC-4, LULAC-5, LULAC-6, LULAC-7, LULAC-8, LULAC-10, LULAC-17, LULAC-18, LULAC-20, LULAC-21, LULAC-22, LULAC-25, LULAC-27, LULAC-40, LULAC-80, LULAC-87,  LULAC-81, LULAC-89, LULAC-90, LULAC-91,  LULAC-98, LULAC-99, LULAC-101, LULAC-102, LULAC-103, HAUL-MFV 80, HAUL-MFV 101, HAUL-MFV 102, HAUL-MFV 103, HAUL-MFV 104, HAUL-MFV 132, | Dr. Allan Lichtman | Will Call |
| | | Dr. Kenneth Mayer | Will Call |
| | | Jacquelyn Callanen | Will Call |
| | | Bridgette Escobedo | Will Call |
| | | Domingo Garcia | Will Call |
| | | Michael Scarpello | Will Call |
| | | Lisa Wise | Will Call |
| | | Yvonne Ramon | Deposition Designations |
| | | Dr. Loren Collingwood | May Call |
| | | Dana DeBeauvoir | May Call |
| | | Elaine Jones | May Call |

[1] LULAC Plaintiffs reserve the right to revise this outline with the inclusion of additional evidence and witnesses as trial proceeds in this case.

[2] LULAC Plaintiffs and the County DAs for Bexar, Dallas, El Paso, Hidalgo, and Travis Counties have negotiated stipulations to avoid the need for the District Attorneys to testify at trial. LULAC Plaintiffs do not intend to call these District Attorneys at trial absent unforeseen circumstances and include them as May Call witnesses here for preservatory purposes only. LULAC Plaintiffs and County DA for Harris County are currently negotiating a similar stipulation obviating the need live testimony, which has yet to be finalized.

| | HAUL-MFV 167, HAUL-MFV 174, HAUL-MFV 182, HAUL-MFV 183, HAUL-MFV 189, HAUL-MFV 235, HAUL-MFV 263, HAUL-MFV 264, HAUL-MFV 273, OCAPX-36,  STATE-010, STATE-012 | Isabel Longoria | May Call |
|---|---|---|---|
| | | Rivelino Lopez | May Call |
| | | Rachelle Obakozuwa | May Call |
| | | Alice Penrod | May Call |
| | | Tacoma Phillips | May Call |
| | | Elva Roy | May Call |
| | | Rosalie Weisfeld | May Call |
| **COUNT III: RESTRICTIONS ON FREE SPEECH AND EXPRESSION** | LULAC-1, LULAC-9, LULAC-10, LULAC-11, LULAC-12, LULAC-17, LULAC-18, LULAC-21, LULAC-22, LULAC-27, LULAC-68, LULAC-80, LULAC-81,  LULAC-87, LULAC-98, LULAC-99, LULAC-101, LULAC-102, LULAC-103 | Judy Bryant | Will Call |
| | | Zeph Capo | Will Call |
| | | Jacquelyn Callanen | Will Call |
| | | Domingo Garcia | Will Call |
| | | Ameer Patel | Will Call |
| | | Michael Scarpello | Will Call |
| | | Lisa Wise | Will Call |
| | | Dana DeBeauvoir | May Call |
| **COUNT IV: SECTION 208 OF THE CIVIL RIGHTS ACT** | LULAC-1, LULAC-9, LULAC-10, LULAC-11, LULAC-17, LULAC-22, LULAC-27, LULAC-87 | Judy Bryant | Will Call |
| | | Jacquelyn Callanen | Will Call |
| | | Zeph Capo | Will Call |
| | | Domingo Garcia | Will Call |

**TABLE B – LULAC PLAINTIFFS' EXHIBIT LIST WITH DEFENDANT OBJECTIONS**

| PX No. | Description | Def Objection |
|---|---|---|
| LULAC-01 | Texas Senate Bill 1 Enrolled Version | |
| LULAC-02 | February 28, 2022 Expert Report of Dr. Kenneth R. Mayer (also available at ECF No. 639-6) | Ogg - FRE 702, 801<br>State-to the extent there is hearsay |
| LULAC-03 | April 29, 2022 Supplement to Expert Report of Dr. Kenneth R. Mayer | Ogg - FRE 702, 801S<br>State-to the extent there is hearsay |
| LULAC-04 | March 6, 2023 2022 General Election Expert Report of Dr. Kenneth R. Mayer (as modified by the April 20, 2023 expert report) | Ogg - FRE 702, 801<br>State-to the extent there is hearsay |
| LULAC-05 | April 28, 2022 Expert Report of Dr. Allan Lichtman | Ogg - FRE 702, 801<br>State-to the extent there is hearsay |
| LULAC-06 | February 28, 2022 Expert Report of Dr. Loren Collingwood | Ogg - FRE 702, 801<br>State-to the extent there is hearsay |
| LULAC-07 | April 29, 2022 Supplement to the Expert Report of Dr. Loren Collingwood | Ogg - FRE 702, 801<br>State-to the extent there is hearsay |
| LULAC-08 | February 10, 2023 General Election Report of Dr. Loren Collingwood (as modified by February 27, 2023 notice of correction) | Ogg - FRE 702, 801<br>State-to the extent there is hearsay |
| LULAC-09 | ECF No. 639-1 Declaration of Zeph Capo | Ogg - FRE 602, 701, 801 |
| LULAC-10 | ECF No. 639-2 Declaration of Domingo A. Garcia | Ogg - FRE 602, 701, 801 |
| LULAC-11 | ECF No. 639-3 Declaration of Gene Lantz | Ogg - FRE 602, 701, 801 |
| LULAC-12 | ECF No. 639-4 Declaration of Ameer Patel | Ogg - FRE 602, 701, 801 |
| LULAC-13 | ECF No. 639-7 May 6, 2022 30(b)(6) Dep. Tr. of Keith Ingram | |
| LULAC-14 | ECF No. 639-8 April 26, 2022 30(b)(6) Dep. Tr. of Keith Ingram | |
| LULAC-15 | ECF No. 639-9 May 2, 2022 SOS's Responses and Objections to U.S. Interrogatories | |
| LULAC-16 | ECF No. 639-10 May 11, 2022 Attorney General's Verification of State Defendant's Responses and Objections to U.S. Interrogatories | |

| LULAC-17 | ECF No. 639-11 April 20, 2022 30(b)(6) Dep. Tr. of Callanen | |
| LULAC-18 | ECF No. 639-12 Defendant El Paso County Elections Administrator Lisa Wise's March 31, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | |
| LULAC-19 | ECF No. 639-13 Defendant Dyana Limon-Mercado's March 23, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | |
| LULAC-20 | ECF No. 639-14 Defendant Yvonne Ramon's May 10, 2022 30(b)(6) deposition transcript | |
| LULAC-21 | ECF No. 639-15 Defendant Michael Scarpello's April 29, 2022 Rule 30(b)(6) deposition transcript | |
| LULAC-22 | ECF No. 639-18 Defendant Bexar County Election Administrator Jacquelyn Callanen's March 17, 2023 Objections and Responses to LULAC Plaintiffs' Third Set of Interrogatories | |
| LULAC-23 | ECF No. 639-19 Dr. Henry Flores's February 28, 2022 expert report | Ogg - FRE 702, 801 State - repetitive/cumulative |
| LULAC-24 | (Deposition Exhibit) December 12, 2021 Email from the SOS's office | State-repetitive/cumulative |
| LULAC-25 | (Deposition Exhibit) Black Ballot Rejection Rates | |
| LULAC-26 | (Deposition Exhibit) April 7, 2022 email from Ingram to Rep. Williamson | State-repetitive/cumulative |
| LULAC-27 | (Deposition Exhibit) Bexar County mailing | |
| LULAC-28 | (Deposition Exhibit) Elections Division Webinar | |
| LULAC-29 | (Document) Ballot Secrecy Envelope | |
| LULAC-30 | (Document) Poll Watchers Guide (2018) | |
| LULAC-31 | (Document) Qualifying Voters on Election Day Handbook (2018) | |
| LULAC-32 | (Document) OAG list of pending election-related fraud prosecutions | |
| LULAC-33 | (Document) Letter from Texas Legislators | |
| LULAC-34 | (Document) HB 3 bill summary | |

| LULAC-35 | (Document) OAG memo regarding SB 1 | |
| LULAC-36 | (Document) Blank Carrier Envelope | |
| LULAC-37 | (Document) OAG list of resolved prosecutions of election fraud from 2004 to 2020 | State-repetitive/cumulative |
| LULAC-38 | (Document) Poll Watchers Guide (2022) | |
| LULAC-39 | (Document) Blank Ballot Rejection Form | |
| LULAC-40 | (Document) Blank Notice of Carrier Defect - Carrier Envelope Returned to Voter by Mail | |
| LULAC-41 | (Document) Blank Notice of Carrier Defect - Voter Notified by Phone or Email | |
| LULAC-42 | (Document) Blank Notice of Rejected ABBM - Personal Identification Numbers not on Voter Record | |
| LULAC-43 | (Document) Blank Notice of Rejected ABBM - Missing or Incorrect Personal ID Numbers | State-repetitive/cumulative |
| LULAC-44 | (Document) Blank Notice of Rejected Application for Ballot by Mail | |
| LULAC-45 | (Document) Blank Roster of ABBM Voters Defective Carrier Envelopes - Phone or Email | |
| LULAC-46 | (Document) Blank Roster of Voters with Defective Carrier - Returned to the Voter by Mail | |
| LULAC-47 | (Document) Certificate of Appointment of Poll Watcher by a Candidate | State-repetitive/cumulative |
| LULAC-48 | (Document) Certificate of Appointment of Watcher by Political Party | |
| LULAC-49 | (Document) Corrective Action Form for Carrier Envelope | |
| LULAC-50 | (Document) Handbook for Election Judges and Clerks (2022) | |
| LULAC-51 | (Document) Information About Returning Your Carrier Envelope | |
| LULAC-52 | (Document) FAQs on ABBMs | |
| LULAC-53 | (Document) Election Advisory No. 2022-07 | |
| LULAC-54 | (Document) Election Advisory No. 2022-08 - Opportunity to Correct Defects | |

| LULAC-55 | (Document) Texas SOS Presentation - Reviewing Your ABBMs | |
| LULAC-56 | (Document) Election Advisory No. 2022-09 - Poll Watcher Requirements | State-repetitive/cumulative |
| LULAC-57 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures | |
| LULAC-58 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures (2022) | State-repetitive/cumulative |
| LULAC-59 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures | |
| LULAC-60 | (Document) 2021 Legislative and Policy Updates | |
| LULAC-61 | (Document) OAG document of election-related fraud offenses | State-repetitive/cumulative |
| LULAC-62 | (Document) Blank Oath of Assistance | |
| LULAC-63 | (Document) Review of ABBMs and FPCAs (2022) | |
| LULAC-64 | (Document) Training for EVBB/SVC Members on New Ballot by Mail Procedures | |
| LULAC-65 | (Document) Texas House floor debate transcript | State-repetitive/cumulative |
| LULAC-66 | (Document) Dallas County voter spreadsheet | |
| LULAC-67 | (Document) Early Voting Ballot Board & Signature Verification Committee Handbook for Election Judges and Clerks (2022) | |
| LULAC-68 | (Email) from Harris EA to AFT | |
| LULAC-69 | (Email) from Organizations representing elections officials to Rep. Roberts | |
| LULAC-70 | (Email) from OAG providing list of elections-related fraud | |
| LULAC-71 | (Email) SOS email re "Weekend Comparative Process" | |
| LULAC-72 | (Email) from Mexican American Legislative Caucus to SOS | Ogg - FRE 801 |

| LULAC-73 | (Email) Email from voter re "unable to verify my info" | Ogg - FRE 801 |
|---|---|---|
| LULAC-74 | (Email) Email from voter re "Need Identification Card Number in voter registration database, not old Driver's License Number" | Ogg - FRE 801 |
| LULAC-75 | (Email) SOS email | State-repetitive/cumulative |
| LULAC-76 | (Written Discovery) State Defendants' Responses and Objections to DOJ 2nd ROG | |
| LULAC-77 | (Written Discovery) State Defendants' Supplemental Responses and Objections to US 2nd ROG | |
| LULAC-78 | (Written Discovery) 2023.02.15 - LULAC Plaintiffs' RFAs to El Paso DA Defendant | |
| LULAC-79 | (Written Discovery) 2023.02.15 LULAC Plaintiffs' Interrogatories to El Paso DA Defendant | |
| LULAC-80 | (Written Discovery) Dallas County, Defendant Scarpello Responses and Objections to State Defs Second RFP, First RFAs and Interrogatories | |
| LULAC-81 | (Written Discovery) El Paso County, Defendant Lisa Wise Responses and Objections to State Def 1st RFA and ROG | |
| LULAC-82 | (Written Discovery) 2023.03.17 Bexar County Defendant DA Gonzales R&Os to LULAC Plaintiffs RFAs | |
| LULAC-83 | (Written Discovery) 2023.03.17 Bexar County Defendant DA Gonzales R&Os to LULAC Plaintiffs ROGs | |
| LULAC-84 | (Written Discovery) 2023.03.17 Harris County Defendant Ogg's R&Os to LULAC Discovery Requests | |
| LULAC-85 | (Written Discovery) 2023.03.17 Hidalgo County Defendant Palacios R&Os to Plaintiffs' First Set of Discovery Requests | |
| LULAC-86 | (Written Discovery) OAG Defendant Responses and Objections to LULAC's First Set of Interrogatories | |

| | | |
|---|---|---|
| LULAC-87 | (Written Discovery) Bexar County, Defendant EA Callanen's Responses to LULAC Third Set of Interrogatories | |
| LULAC-88 | (Written Discovery) Harris County, Defendant EA Supplemental Responses to State Defendants' 2nd Set of Interrogatories | |
| LULAC-89 | (Written Discovery) Travis County, Defendant Limon-Mercado's Responses and Objections to LULAC Plaintiffs' 3rd Interrogatories | |
| LULAC-90 | (Written Discovery) Travis County, Defendant Limon-Mercado's Responses and Objections to OCA Plaintiffs' 1st Interrogatories | |
| LULAC-91 | (Written Discovery) Travis County, Defendant Limon-Mercado's Responses and Objections to State Defs' 2nd Interrogatories | |
| LULAC-92 | (Written Discovery) Hidalgo County, Defendant Salinas Responses and Objections State Defendants 2nd ROGs | |
| LULAC-93 | (Written Discovery) Hidalgo County, Responses and Objections to Plaintiffs' 3rd Interrogatories | |
| LULAC-94 | (Written Discovery) 2023.03.30 Travis County Defendant Garza R&Os to LULAC Pls 1st RFA | |
| LULAC-95 | (Written Discovery) 2023.03.30 Travis County Defendant Garza's Responses and Objections to LULAC Plaintiffs' 1st ROGs | |
| LULAC-96 | (Written Discovery) Dallas [RFA] - 2023.03.31 Creuzot R&Os LULAC Pls RFA | |
| LULAC-97 | (Written Discovery) Dallas [ROG] - 2023.03.31 Creuzot R&Os LULAC 1st ROG | |
| LULAC-98 | (Written Discovery) El Paso County, Def. Lisa Wise's Responses and Objections to LULAC Plaintiffs' 3rd Interrogatories | |
| LULAC-99 | (Written Discovery) El Paso County, Def. Wise's Responses and Objections to State Defs' 2nd ROG | |
| LULAC-100 | (Written Discovery) Harris County, Tatum's Responses and Objections to LULAC 3rd Interrogatories | |

| LULAC-101 | (Written Discovery) El Paso County, Def Wise Supp and Am Responses and Objections to LUPE Pls' Am. 3d Interrogatories | |
| LULAC-102 | (Written Discovery) El Paso County, Def Wise Supp and Am Responses and Objections to Pls 1st Interrogatories | |
| LULAC-103 | (Written Discovery) El Paso County, Wise Supp and Am Responses and Objections to State Defs 2nd Interrogatories | |
| LULAC-104 | (Written Discovery) GOP, Int-Defs 2nd Supp Responses and Objections to Pls 1st ROG | |
| LULAC-105 | (Written Discovery) Harris County, Amended Responses and Objections to LULACPlaintiffs' Third Set Interrogatories | |

Dated: September 5, 2023

Respectfully submitted,

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta*
Christopher D. Dodge*
Noah B. Baron*
Michael B. Jones*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elias.law
nbaron@elias.law
mjones@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Counsel for LULAC Plaintiffs*
*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

On September 5, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher D. Dodge*
Christopher D. Dodge
