# EXHIBIT 2

**Witnesses that OCA Plaintiffs Expect to Support each of OCA Plaintiffs' Claims**

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| Bridgette Escobedo | Bridgette Escobedo | Bridgette Escobedo | Bridgette Escobedo |
| Dan Hayes | Dan Hayes | Dan Hayes | Dan Hayes |
| Charlie Johnson | Charlie Johnson | Charlie Johnson | Charlie Johnson |
| Jennifer Colvin | Jennifer Colvin | Jennifer Colvin | Jennifer Colvin |
| Rachelle Obakozuwa | Rachelle Obakozuwa | Rachelle Obakozuwa | Rachelle Obakozuwa |
| Lauren Smith | Lauren Smith | Lauren Smith | Lauren Smith |
| Keith Ingram | Keith Ingram | Keith Ingram | Keith Ingram |
| Christina Adkins | Christina Adkins | Christina Adkins | Christina Adkins |
| Bob Kafka | Jonathan White | Jonathan White | Jonathan White |
| Laura Halvorson | Bob Kafka | Grace Chimene | Grace Chimene |
| Teri Saltzman | Laura Halvorson | Joyce LeBombard | Joyce LeBombard |
| Jodi Lydia Nunez Landry | Teri Saltzman | Deborah Chen | Deborah Chen |
| Anne Scott | Jodi Lydia Nunez Landry | Amatullah Contractor | Amatullah Contractor |
| Dr. Doug Kruse | Toby Cole | | |
| Isabel Longoria | Anne Scott | | |
| Amy Litzinger | Nancy Crowther | | |
| | Catherine Cranston | | |
| | Dr. Doug Kruse | | |
| | Jennifer Miller | | |
| | Amy Litzinger | | |