# EXHIBIT 3

**Exhibits that OCA Plaintiffs Expect to Support each of OCA Plaintiffs' Claims**

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| OCAPX-1 | OCAPX-171 | OCAPX-12 | OCAPX-12 |
| OCAPX-2 | OCAPX-172 | OCAPX-13 | OCAPX-13 |
| OCAPX-3 | OCAPX-173 | OCAPX-17 | OCAPX-17 |
| OCAPX-4 | OCAPX-174 | OCAPX-66 | OCAPX-95 |
| OCAPX-5 | OCAPX-175 | OCAPX-77 | OCAPX-96 |
| OCAPX-6 | OCAPX-176 | OCAPX-78 | OCAPX-97 |
| OCAPX-7 | OCAPX-177 | OCAPX-79 | OCAPX-100 |
| OCAPX-21 | OCAPX-178 | OCAPX-80 | OCAPX-101 |
| OCAPX-22 | OCAPX-179 | OCAPX-81 | OCAPX-103 |
| OCAPX-23 | OCAPX-180 | OCAPX-95 | OCAPX-104 |
| OCAPX-26 | OCAPX-181 | OCAPX-96 | OCAPX-105 |
| OCAPX-27 | OCAPX-182 | OCAPX-97 | OCAPX-106 |
| OCAPX-28 | OCAPX-183 | OCAPX-102 | OCAPX-109 |
| OCAPX-29 | OCAPX-184 | OCAPX-103 | OCAPX-117 |
| OCAPX-30 | OCAPX-185 | OCAPX-104 | OCAPX-118 |
| OCAPX-31 | OCAPX-186 | OCAPX-105 | OCAPX-119 |
| OCAPX-32 | OCAPX-187 | OCAPX-106 | OCAPX-120 |
| OCAPX-36 | OCAPX-188 | OCAPX-108 | OCAPX-122 |
| OCAPX-39 | OCAPX-189 | OCAPX-109 | OCAPX-123 |
| OCAPX-40 | OCAPX-190 | OCAPX-110 | OCAPX-148 |
| OCAPX-41 | OCAPX-191 | OCAPX-117 | OCAPX-153 |
| OCAPX-42 | OCAPX-192 | OCAPX-118 | OCAPX-155 |
| OCAPX-43 | OCAPX-193 | OCAPX-119 | OCAPX-170 |
| OCAPX-44 | OCAPX-194 | OCAPX-120 | OCAPX-224 |
| OCAPX-45 | OCAPX-195 | OCAPX-122 | OCAPX-225 |
| OCAPX-46 | OCAPX-196 | OCAPX-123 | OCAPX-227 |
| OCAPX-47 | OCAPX-197 | OCAPX-128 | OCAPX-232 |
| OCAPX-48 | OCAPX-198 | OCAPX-129 | OCAPX-233 |
| OCAPX-49 | OCAPX-199 | OCAPX-130 | OCAPX-296 |
| OCAPX-50 | OCAPX-200 | OCAPX-131 | OCAPX-297 |
| OCAPX-51 | OCAPX-201 | OCAPX-139 | OCAPX-306 |
| OCAPX-52 | OCAPX-202 | OCAPX-140 | OCAPX-307 |
| OCAPX-53 | OCAPX-203 | OCAPX-141 | OCAPX-308 |
| OCAPX-54 | OCAPX-204 | OCAPX-142 | OCAPX-309 |

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| OCAPX-55 | OCAPX-205 | OCAPX-143 | OCAPX-310 |
| OCAPX-56 | OCAPX-206 | OCAPX-144 | OCAPX-311 |
| OCAPX-58 | OCAPX-207 | OCAPX-145 | OCAPX-312 |
| OCAPX-59 | OCAPX-208 | OCAPX-146 | OCAPX-313 |
| OCAPX-60 | OCAPX-209 | OCAPX-147 | OCAPX-314 |
| OCAPX-61 | OCAPX-210 | OCAPX-148 | OCAPX-315 |
| OCAPX-62 | OCAPX-211 | OCAPX-150 | OCAPX-320 |
| OCAPX-63 | OCAPX-212 | OCAPX-151 | OCAPX-321 |
| OCAPX-64 | OCAPX-213 | OCAPX-153 | OCAPX-322 |
| OCAPX-65 | OCAPX-214 | OCAPX-155 | OCAPX-323 |
| OCAPX-66 | OCAPX-215 | OCAPX-158 | OCAPX-324 |
| OCAPX-67 | OCAPX-216 | OCAPX-159 | OCAPX-325 |
| OCAPX-68 | OCAPX-217 | OCAPX-163 | OCAPX-326 |
| OCAPX-69 | OCAPX-218 | OCAPX-164 | OCAPX-327 |
| OCAPX-70 | OCAPX-219 | OCAPX-165 | OCAPX-328 |
| OCAPX-71 | OCAPX-220 | OCAPX-167 | OCAPX-329 |
| OCAPX-73 | OCAPX-221 | OCAPX-168 | OCAPX-337 |
| OCAPX-77 | OCAPX-222 | OCAPX-169 | OCAPX-347 |
| OCAPX-78 | OCAPX-234 | OCAPX-170 | OCAPX-348 |
| OCAPX-79 | OCAPX-238 | OCAPX-224 | OCAPX-349 |
| OCAPX-80 | OCAPX-239 | OCAPX-225 | OCAPX-350 |
| OCAPX-81 | OCAPX-242 | OCAPX-228 | OCAPX-351 |
| OCAPX-82 | OCAPX-243 | OCAPX-229 | OCAPX-352 |
| OCAPX-83 | OCAPX-246 | OCAPX-230 | OCAPX-353 |
| OCAPX-84 | OCAPX-272 | OCAPX-231 | OCAPX-354 |
| OCAPX-85 | OCAPX-273 | OCAPX-233 | OCAPX-355 |
| OCAPX-86 | OCAPX-276 | OCAPX-281 | OCAPX-356 |
| OCAPX-87 | OCAPX-277 | OCAPX-292 | OCAPX-357 |
| OCAPX-88 | OCAPX-278 | OCAPX-296 | OCAPX-358 |
| OCAPX-89 | OCAPX-296 | OCAPX-297 | OCAPX-359 |
| OCAPX-90 | OCAPX-297 | OCAPX-306 | OCAPX-360 |
| OCAPX-91 | OCAPX-306 | OCAPX-307 | OCAPX-361 |
| OCAPX-92 | OCAPX-307 | OCAPX-308 | OCAPX-362 |
| OCAPX-93 | OCAPX-308 | OCAPX-309 | OCAPX-363 |
| OCAPX-171 | OCAPX-309 | OCAPX-310 | OCAPX-364 |

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| OCAPX-172 | OCAPX-310 | OCAPX-311 | OCAPX-365 |
| OCAPX-173 | OCAPX-311 | OCAPX-312 | OCAPX-366 |
| OCAPX-174 | OCAPX-312 | OCAPX-313 | OCAPX-367 |
| OCAPX-175 | OCAPX-313 | OCAPX-314 | OCAPX-368 |
| OCAPX-176 | OCAPX-314 | OCAPX-315 | OCAPX-369 |
| OCAPX-177 | OCAPX-315 | OCAPX-318 | OCAPX-370 |
| OCAPX-178 | OCAPX-337 | OCAPX-320 | OCAPX-371 |
| OCAPX-179 | OCAPX-343 | OCAPX-321 | OCAPX-372 |
| OCAPX-180 | OCAPX-344 | OCAPX-322 | OCAPX-373 |
| OCAPX-181 | OCAPX-345 | OCAPX-323 | OCAPX-374 |
| OCAPX-182 | OCAPX-371 | OCAPX-324 | OCAPX-375 |
| OCAPX-183 | OCAPX-372 | OCAPX-325 | OCAPX-376 |
| OCAPX-184 | OCAPX-373 | OCAPX-326 | OCAPX-377 |
| OCAPX-185 | OCAPX-374 | OCAPX-327 | OCAPX-378 |
| OCAPX-186 | OCAPX-375 | OCAPX-328 | OCAPX-379 |
| OCAPX-187 | OCAPX-376 | OCAPX-329 | OCAPX-380 |
| OCAPX-188 | OCAPX-377 | OCAPX-332 | OCAPX-381 |
| OCAPX-189 | OCAPX-378 | OCAPX-334 | OCAPX-382 |
| OCAPX-190 | OCAPX-379 | OCAPX-337 | OCAPX-383 |
| OCAPX-191 | OCAPX-380 | OCAPX-343 | OCAPX-384 |
| OCAPX-192 | OCAPX-381 | OCAPX-344 | OCAPX-385 |
| OCAPX-193 | OCAPX-382 | OCAPX-345 | OCAPX-386 |
| OCAPX-194 | OCAPX-383 | OCAPX-347 | OCAPX-387 |
| OCAPX-195 | OCAPX-384 | OCAPX-348 | OCAPX-388 |
| OCAPX-196 | OCAPX-385 | OCAPX-349 | OCAPX-389 |
| OCAPX-197 | OCAPX-386 | OCAPX-350 | OCAPX-390 |
| OCAPX-198 | OCAPX-387 | OCAPX-351 | OCAPX-391 |
| OCAPX-199 | OCAPX-388 | OCAPX-352 | OCAPX-392 |
| OCAPX-200 | OCAPX-389 | OCAPX-353 | OCAPX-393 |
| OCAPX-201 | OCAPX-390 | OCAPX-354 | OCAPX-394 |
| OCAPX-202 | OCAPX-391 | OCAPX-355 | OCAPX-395 |
| OCAPX-203 | OCAPX-392 | OCAPX-356 | OCAPX-400 |
| OCAPX-204 | OCAPX-393 | OCAPX-357 | OCAPX-416 |
| OCAPX-205 | OCAPX-394 | OCAPX-358 | OCAPX-417 |
| OCAPX-206 | OCAPX-395 | OCAPX-359 | OCAPX-418 |

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| OCAPX-207 | OCAPX-416 | OCAPX-360 | OCAPX-428 |
| OCAPX-208 | OCAPX-417 | OCAPX-361 | OCAPX-429 |
| OCAPX-209 | OCAPX-418 | OCAPX-362 | OCAPX-430 |
| OCAPX-210 | OCAPX-448 | OCAPX-363 | OCAPX-431 |
| OCAPX-211 | OCAPX-449 | OCAPX-364 | OCAPX-432 |
| OCAPX-212 | OCAPX-450 | OCAPX-365 | OCAPX-433 |
| OCAPX-213 | OCAPX-451 | OCAPX-366 | OCAPX-434 |
| OCAPX-214 | OCAPX-465 | OCAPX-367 | OCAPX-435 |
| OCAPX-215 | OCAPX-467 | OCAPX-368 | OCAPX-436 |
| OCAPX-216 | OCAPX-469 | OCAPX-369 | OCAPX-437 |
| OCAPX-217 | OCAPX-471 | OCAPX-371 | OCAPX-438 |
| OCAPX-218 | | OCAPX-372 | OCAPX-439 |
| OCAPX-219 | | OCAPX-373 | OCAPX-440 |
| OCAPX-220 | | OCAPX-374 | OCAPX-441 |
| OCAPX-221 | | OCAPX-375 | OCAPX-442 |
| OCAPX-222 | | OCAPX-376 | OCAPX-443 |
| OCAPX-234 | | OCAPX-377 | OCAPX-453 |
| OCAPX-236 | | OCAPX-378 | OCAPX-465 |
| OCAPX-238 | | OCAPX-379 | OCAPX-471 |
| OCAPX-239 | | OCAPX-380 | |
| OCAPX-240 | | OCAPX-381 | |
| OCAPX-241 | | OCAPX-382 | |
| OCAPX-243 | | OCAPX-383 | |
| OCAPX-246 | | OCAPX-384 | |
| OCAPX-248 | | OCAPX-385 | |
| OCAPX-255 | | OCAPX-386 | |
| OCAPX-263 | | OCAPX-387 | |
| OCAPX-264 | | OCAPX-388 | |
| OCAPX-265 | | OCAPX-389 | |
| OCAPX-267 | | OCAPX-390 | |
| OCAPX-268 | | OCAPX-391 | |
| OCAPX-269 | | OCAPX-392 | |
| OCAPX-270 | | OCAPX-393 | |
| OCAPX-271 | | OCAPX-394 | |
| OCAPX-272 | | OCAPX-395 | |

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| OCAPX-273 | | OCAPX-400 | |
| OCAPX-274 | | OCAPX-401 | |
| OCAPX-275 | | OCAPX-416 | |
| OCAPX-276 | | OCAPX-417 | |
| OCAPX-280 | | OCAPX-418 | |
| OCAPX-281 | | OCAPX-427 | |
| OCAPX-284 | | OCAPX-428 | |
| OCAPX-285 | | OCAPX-429 | |
| OCAPX-286 | | OCAPX-430 | |
| OCAPX-287 | | OCAPX-431 | |
| OCAPX-289 | | OCAPX-432 | |
| OCAPX-290 | | OCAPX-433 | |
| OCAPX-291 | | OCAPX-434 | |
| OCAPX-292 | | OCAPX-435 | |
| OCAPX-293 | | OCAPX-436 | |
| OCAPX-294 | | OCAPX-437 | |
| OCAPX-295 | | OCAPX-438 | |
| OCAPX-298 | | OCAPX-439 | |
| OCAPX-299 | | OCAPX-440 | |
| OCAPX-300 | | OCAPX-441 | |
| OCAPX-301 | | OCAPX-442 | |
| OCAPX-302 | | OCAPX-443 | |
| OCAPX-303 | | OCAPX-453 | |
| OCAPX-304 | | OCAPX-471 | |
| OCAPX-305 | | | |
| OCAPX-315 | | | |
| OCAPX-316 | | | |
| OCAPX-318 | | | |
| OCAPX-319 | | | |
| OCAPX-330 | | | |
| OCAPX-332 | | | |
| OCAPX-334 | | | |
| OCAPX-335 | | | |
| OCAPX-336 | | | |
| OCAPX-342 | | | |

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| OCAPX-343 | | | |
| OCAPX-344 | | | |
| OCAPX-396 | | | |
| OCAPX-397 | | | |
| OCAPX-398 | | | |
| OCAPX-399 | | | |
| OCAPX-402 | | | |
| OCAPX-403 | | | |
| OCAPX-404 | | | |
| OCAPX-405 | | | |
| OCAPX-406 | | | |
| OCAPX-407 | | | |
| OCAPX-408 | | | |
| OCAPX-409 | | | |
| OCAPX-410 | | | |
| OCAPX-411 | | | |
| OCAPX-412 | | | |
| OCAPX-413 | | | |
| OCAPX-414 | | | |
| OCAPX-415 | | | |
| OCAPX-420 | | | |
| OCAPX-421 | | | |
| OCAPX-422 | | | |
| OCAPX-423 | | | |
| OCAPX-424 | | | |
| OCAPX-425 | | | |
| OCAPX-426 | | | |
| OCAPX-427 | | | |
| OCAPX-444 | | | |
| OCAPX-445 | | | |
| OCAPX-447 | | | |
| OCAPX-453 | | | |
| OCAPX-462 | | | |
| OCAPX-463 | | | |
| OCAPX-464 | | | |

| ADA and RA Challenges to SB 1 Sections 5.02, 5.02, 5.03, 5.07, 5.10, and 5.12 | ADA and RA Challenges to SB 1 Section 6.04 | Voting Rights Act Section 208 Challenges to SB 1 Section 6.06 | First and Fourteenth Amendment Challenges to SB 1 Section 7.04 |
|---|---|---|---|
| OCAPX-465 | | | |
| OCAPX-466 | | | |
| OCAPX-468 | | | |
| OCAPX-470 | | | |
| OCAPX-471 | | | |