# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,    Plaintiffs, <br><br> vs. <br><br> STATE OF TEXAS, et al.,    Defendants. | NO. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,    Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al.,    Defendants. | NO. 1:21-cv-780-XR |
| HOUSTON AREA URBAN LEAGUE, et al.    Plaintiffs, <br><br> vs. <br><br> GREGORY WAYNE ABBOTT, et al.    Defendants. | NO. 5:21-cv-848-XR |
| LULAC TEXAS, et al.    Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al.    Defendants. | NO. 1:21-cv-786-XR |

| |
|---|
| MI FAMILIA VOTA, et al. |
|       Plaintiffs, |
| vs. |
| GREG ABBOTT, et al. |
|       Defendants. |

NO. 5:21-cv-0920-XR

## HAUL AND MFV PLAINTIFFS' ADDENDUM TO THE JOINT PRETRIAL ORDER

Pursuant to this Court's March 30, 2023 Scheduling Order (Dkt. 579) and the Court's instructions during the August 22, 2023 status conference, HAUL Plaintiffs and MFV Plaintiffs ("Plaintiffs") respectfully submit a list of exhibits expected to be offered, reflecting whether a particular exhibit is objected to (Exhibit A) and a trial outline listing the witnesses and exhibits that support their claims (Exhibit B).  Exhibit A includes four exhibits that were produced during discovery but were inadvertently omitted from Plaintiffs' Rule 26(a)(3) disclosures. Plaintiffs reserve the right to introduce any exhibit that appears on any other party's exhibit list at trial and to rely on any other witness or exhibit in support of their claims based on the evidence presented at trial.

Dated: September 5, 2023

*/s/ Courtney Hostetler*
Courtney Hostetler*
Ron Fein*
John Bonifaz*
Ben Clements*
FREE SPEECH FOR THE PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

Wendy Olson*
Elijah Watkins*
Mark Bieter*
STOEL RIVES LLP
101 S. Capital Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
wendy.olson@stoel.com
elijah.watkins@stoel.com
mark.bieter@stoel.com

Bradley Prowant*
John Katuska*
STOEL RIVES LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
bradley.prowant@stoel.com
john.katuska@stoel.com

Laura Rosenbaum*
STOEL RIVES LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
laura.rosenbaum@stoel.com

Respectfully Submitted,

*/s/ Jennifer A. Holmes*
Jennifer A. Holmes*
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
THE ARC OF THE UNITED STATES, INC.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

- 4 -

| | |
|---|---|
| Sean Lyons<br>Clem Lyons<br>LYONS & LYONS, P.C.<br>237 W. Travis Street, Suite 100<br>San Antonio, TX 78205<br>Telephone: (210) 225-5251<br>sean@lyonsandlyons.com<br><br>*Admitted *pro hac vice*<br><br>*Counsel for Plaintiffs Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge ("MFV Plaintiffs")* | Sarah Cummings Stewart<br>Texas Bar No. 24094609<br>REED SMITH LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>Telephone: (469) 680-4200<br>Facsimile: (469) 680-4299<br>sarah.stewart@reedsmith.com<br><br>J. Michael Showalter*<br>ARENTFOX SCHIFF LLP<br>South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Tel: (312) 258-5561<br>j.michael.showalter@afslaw.com<br><br>*Admitted *pro hac vice*<br><br>*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons ("HAUL Plaintiffs")* |

- 5 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on September 5, 2023 upon all counsel of record by CM/ECF.

*s/ Jennifer A. Holmes*
Jennifer A. Holmes
