Exhibit B

## Count 1: First and Fourteenth Amendments – Undue Burden on the Right to Vote (*Anderson-Burdick*)

| Witness | Exhibits |
|---|---|
| Michelle Brown | LULAC 022 |
| Sharon Watkins-Jones | LULAC 027 |
| Jacque Callanen | LULAC 029 |
| Professor Daniel Smith | LULAC 030 |
| Keith Ingram | LULAC 031 |
| Ray Shackelford | LULAC 036 |
| Deion Dorsett | LULAC 037 |
| Isabel Longoria | LULAC 038 |
| Rachelle Obakozuwa | LULAC 039 |
| Jennifer Colvin | LULAC 040 |
| John Bucy | LULAC 041 |
| Jessica Gonzalez | LULAC 042 |
| Briscoe Cain | LULAC 043 |
| Andrew Murr | LULAC 044 |
| Carol Alvarado | LULAC 045 |
| Bryan Hughes | LULAC 046 |
| Rafael Anchia | LULAC 047 |
| Nicole Collier | LULAC 048 |
| Eric McDaniel | LULAC 049 |
| Dr. Christian Grose | LULAC 050 |
| Angelica Razo | LULAC 051 |
| Marlon López | LULAC 052 |
| Marla López | LULAC 053 |
| | LULAC 054 |
| | LULAC 087 |
| | LULAC 088 |
| | LUPE 096 |
| | LUPE 097 |
| | LUPE 099 |
| | LUPE 100 |
| | LUPE 101 |
| | LUPE 108 |
| | LUPE 127 |
| | LUPE 193 |
| | LUPE 225 |
| | LUPE 226 |
| | LUPE 229 |
| | LUPE 231 |
| | OCAPX 404 |
| | HAUL-MFV 310 |
| | HAUL-MFV 311 |
| | HAUL-MFV 312 |
| | HAUL-MFV 313 |
| | HAUL-MFV 314 |

| |
|---|
| HAUL-MFV 315 |
| HAUL-MFV 316 |
| HAUL-MFV 317 |
| HAUL-MFV 318 |
| HAUL-MFV 319 |
| HAUL-MFV 320 |
| HAUL-MFV 321 |
| HAUL-MFV 322 |
| HAUL-MFV 323 |
| HAUL-MFV 324 |
| HAUL-MFV 325 |
| HAUL-MFV 326 |
| HAUL-MFV 327 |
| HAUL-MFV 328 |
| HAUL-MFV 329 |
| HAUL-MFV 330 |
| HAUL-MFV 331 |
| OCAPX 255 |
| HAUL-MFV 284 |
| HAUL-MFV 370 |
| HAUL-MFV 7 |
| HAUL-MFV 8 |
| HAUL-MFV 10 |
| HAUL-MFV 38 |
| HAUL-MFV 132 |
| HAUL-MFV 272 |
| HAUL-MFV  273 |
| HAUL-MFV 274 |
| HAUL-MFV 275 |
| HAUL-MFV 357 |
| HAUL-MFV 370 |
| HAUL-MFV 378 |
| HAUL-MFV 379 |
| HAUL-MFV 380 |
| HAUL-MFV 381 |
| HAUL-MFV 382 |
| HAUL-MFV 383 |
| HAUL-MFV 384 |
| HAUL-MFV 385 |
| HAUL-MFV 386 |
| HAUL-MFV 387 |
| HAUL-MFV 388 |
| HAUL-MFV 389 |
| LULAC 069 |
| HAUL-MFV 38 |
| HAUL-MFV 92 |
| HAUL-MFV 94 |
| HAUL-MFV 191 |

| | |
|---|---|
| | HAUL-MFV 333 |
| | HAUL-MFV 334 |
| | HAUL-MFV 335 |
| | HAUL-MFV 336 |
| | HAUL-MFV 337 |
| | HAUL-MFV 338 |
| | HAUL-MFV 339 |
| | HAUL-MFV 340 |
| | HAUL-MFV 341 |
| | HAUL-MFV 343 |
| | HAUL-MFV 345 |
| | HAUL-MFV 346 |
| | HAUL-MFV 347 |
| | HAUL-MFV 348 |
| | HAUL-MFV 349 |
| | HAUL-MFV 350 |
| | HAUL-MFV 351 |
| | HAUL-MFV 352 |
| | HAUL-MFV 353 |
| | HAUL-MFV 354 |
| | HAUL-MFV 355 |
| | HAUL-MFV 357 |
| | HAUL-MFV 362 |
| | HAUL-MFV 363 |
| | HAUL-MFV 377 |
| | HAUL-MFV 381 |
| | HAUL-MFV 382 |
| | HAUL-MFV 386 |
| | HAUL-MFV 387 |
| | HAUL-MFV 390 |
| | HAUL-MFV 391 |
| | HAUL-MFV 392 |
| | HAUL-MFV 393 |

## Count 2: Fourteenth Amendment – Intentional Discrimination

| Witness | Exhibits |
|---|---|
| Michelle Brown | HAUL- MFV 39 |
| Sharon Watkins-Jones | HAUL- MFV 40 |
| Jacque Callanen | LULAC 022 |
| Professor Daniel Smith | LULAC 027 |
| Keith Ingram | LULAC 029 |
| Dr. J. Morgan Kousser | LULAC 030 |
| Isabel Longoria | LULAC 031 |
| Ray Shackelford | LULAC 036 |
| Deion Dorsett | LULAC 037 |
| Rachelle Obakozuwa | LULAC 038 |
| Jennifer Colvin | LULAC 039 |
| John Bucy | LULAC 040 |
| Jessica Gonzalez | LULAC 041 |
| Briscoe Cain | LULAC 042 |
| Andrew Murr | LULAC 043 |
| Carol Alvarado | LULAC 044 |
| Bryan Hughes | LULAC 045 |
| Rafael Anchia | LULAC 046 |
| Nicole Collier | LULAC 047 |
| Eric McDaniel | LULAC 048 |
| Dr. Christian Grose | LULAC 049 |
| Franita Tolson | LULAC 050 |
|  | LULAC 051 |
|  | LULAC 052 |
|  | LULAC 053 |
|  | LULAC 054 |
|  | LULAC 087 |
|  | LULAC 088 |
|  | LUPE 096 |
|  | LUPE 097 |
|  | LUPE 099 |
|  | LUPE 100 |
|  | LUPE 101 |
|  | LUPE 108 |
|  | LUPE 127 |
|  | LUPE 193 |
|  | LUPE 225 |
|  | LUPE 226 |
|  | LUPE 229 |
|  | LUPE 231 |
|  | OCAPX 404 |
|  | HAUL-MFV 310 |
|  | HAUL-MFV 311 |
|  | HAUL-MFV 312 |
|  | HAUL-MFV 313 |

| | |
|---|---|
| | HAUL-MFV 314 |
| | HAUL-MFV 315 |
| | HAUL-MFV 316 |
| | HAUL-MFV 317 |
| | HAUL-MFV 318 |
| | HAUL-MFV 319 |
| | HAUL-MFV 320 |
| | HAUL-MFV 321 |
| | HAUL-MFV 322 |
| | HAUL-MFV 323 |
| | HAUL-MFV 324 |
| | HAUL-MFV 325 |
| | HAUL-MFV 326 |
| | HAUL-MFV 327 |
| | HAUL-MFV 328 |
| | HAUL-MFV 329 |
| | HAUL-MFV 330 |
| | HAUL-MFV 331 |
| | OCAPX 255 |
| | HAUL-MFV 295 |
| | HAUL-MFV370 |
| | LUPE 108 |
| | LUPE 177 |
| | LUPE 191 |
| | LUPE 200 |
| | LUPE 227 |
| | LUPE 228 |
| | LUPE 295 |
| | OCAPX 71 |
| | OCAPX 281 |
| | OCAPX 283 |
| | OCAPX 290 |
| | HAUL-MFV 16 |
| | HAUL-MFV 18 |
| | HAUL-MFV 19 |
| | HAUL-MFV 20 |
| | HAUL-MFV 21 |
| | HAUL-MFV 101 |
| | HAUL-MFV 102 |
| | HAUL-MFV 103 |
| | HAUL-MFV 104 |
| | HAUL-MFV 105 |
| | HAUL-MFV 106 |
| | HAUL-MFV 107 |
| | HAUL-MFV 108 |
| | HAUL-MFV 109 |
| | HAUL-MFV 110, |
| | HAUL-MFV 136 |

| | |
|---|---|
| | HAUL-MFV 167 |
| | HAUL-MFV 174 |
| | HAUL-MFV 175 |
| | HAUL-MFV 176 |
| | HAUL-MFV 177 |
| | HAUL-MFV 178 |
| | HAUL-MFV 179 |
| | HAUL-MFV 180 |
| | HAUL-MFV 181 |
| | HAUL-MFV 182 |
| | HAUL-MFV 183 |
| | HAUL-MFV 184 |
| | HAUL-MFV 185 |
| | HAUL-MFV 186 |
| | HAUL-MFV 187 |
| | HAUL-MFV 188 |
| | HAUL-MFV 189 |
| | HAUL-MFV 190 |
| | HAUL-MFV 213 |
| | HAUL-MFV 214 |
| | HAUL-MFV 215 |
| | HAUL-MFV 216 |
| | HAUL-MFV 217 |
| | HAUL-MFV 218 |
| | HAUL-MFV 219 |
| | HAUL-MFV 220 |
| | HAUL-MFV 221 |
| | HAUL-MFV 222 |
| | HAUL-MFV 223 |
| | HAUL-MFV 224 |
| | HAUL-MFV 225 |
| | HAUL-MFV 226 |
| | HAUL-MFV 227 |
| | HAUL-MFV 228 |
| | HAUL-MFV 229 |
| | HAUL-MFV 230 |
| | HAUL-MFV 235 |
| | HAUL-MFV 260 |
| | HAUL-MFV 261 |
| | HAUL-MFV 262 |
| | HAUL-MFV 263 |
| | HAUL-MFV 264 |
| | HAUL-MFV 265 |
| | HAUL-MFV 269 |
| | HAUL-MFV 270 |
| | HAUL-MFV 271 |
| | HAUL-MFV 276 |
| | HAUL-MFV 278 |

| | |
|---|---|
| | HAUL-MFV 279 |
| | HAUL-MFV 280 |
| | HAUL-MFV 281 |
| | HAUL-MFV 282 |
| | HAUL-MFV 283 |
| | HAUL-MFV 284 |
| | HAUL-MFV 286 |
| | HAUL-MFV 287 |
| | HAUL-MFV 288 |
| | HAUL-MFV 289 |
| | HAUL-MFV 290 |
| | HAUL-MFV 332 |
| | HAUL-MFV 7 |
| | HAUL-MFV 8 |
| | HAUL-MFV 10 |
| | HAUL-MFV 38 |
| | HAUL-MFV 132 |
| | HAUL-MFV 272 |
| | HAUL-MFV  273 |
| | HAUL-MFV 274 |
| | HAUL-MFV 275 |
| | HAUL-MFV 357 |
| | HAUL-MFV 370 |
| | HAUL-MFV 378 |
| | HAUL-MFV 379 |
| | HAUL-MFV 380 |
| | HAUL-MFV 381 |
| | HAUL-MFV 382 |
| | HAUL-MFV 383 |
| | HAUL-MFV 384 |
| | HAUL-MFV 385 |
| | HAUL-MFV 386 |
| | HAUL-MFV 387 |
| | HAUL-MFV 388 |
| | HAUL-MFV 389 |
| | State DX 56 |
| | HAUL-MFV 38 |
| | HAUL-MFV 92 |
| | HAUL-MFV 94 |
| | HAUL-MFV 191 |
| | HAUL-MFV 059 |
| | HAUL-MFV 333 |
| | HAUL-MFV 334 |
| | HAUL-MFV 335 |
| | HAUL-MFV 336 |
| | HAUL-MFV 337 |
| | HAUL-MFV 338 |
| | HAUL-MFV 339 |

| | |
|---|---|
| | HAUL-MFV 340 |
| | HAUL-MFV 341 |
| | HAUL-MFV 343 |
| | HAUL-MFV 345 |
| | HAUL-MFV 346 |
| | HAUL-MFV 347 |
| | HAUL-MFV 348 |
| | HAUL-MFV 349 |
| | HAUL-MFV 350 |
| | HAUL-MFV 351 |
| | HAUL-MFV 352 |
| | HAUL-MFV 353 |
| | HAUL-MFV 354 |
| | HAUL-MFV 355 |
| | HAUL-MFV 390 |
| | HAUL-MFV 391 |
| | HAUL-MFV 392 |
| | HAUL-MFV 393 |

## Count 3: Fifteenth Amendment – Intentional Discrimination

| Witness | Exhibits |
|---|---|
| Michelle Brown | HAUL- MFV 39 |
| Sharon Watkins-Jones | HAUL- MFV 40 |
| Jacque Callanen | LULAC 022 |
| Professor Daniel Smith | LULAC 027 |
| Keith Ingram | LULAC 029 |
| Dr. J. Morgan Kousser | LULAC 030 |
| Isabel Longoria | LULAC 031 |
| Ray Shackelford | LULAC 036 |
| Deion Dorsett | LULAC 037 |
| Rachelle Obakozuwa | LULAC 038 |
| Jennifer Colvin | LULAC 039 |
| John Bucy | LULAC 040 |
| Jessica Gonzalez | LULAC 041 |
| Briscoe Cain | LULAC 042 |
| Andrew Murr | LULAC 043 |
| Carol Alvarado | LULAC 044 |
| Bryan Hughes | LULAC 045 |
| Rafael Anchia | LULAC 046 |
| Nicole Collier | LULAC 047 |
| Eric McDaniel | LULAC 048 |
| Dr. Christian Grose | LULAC 049 |
| Franita Tolson | LULAC 050 |
|  | LULAC 051 |
|  | LULAC 052 |
|  | LULAC 053 |
|  | LULAC 054 |
|  | LULAC 087 |
|  | LULAC 088 |
|  | LUPE 096 |
|  | LUPE 097 |
|  | LUPE 099 |
|  | LUPE 100 |
|  | LUPE 101 |
|  | LUPE 108 |
|  | LUPE 127 |
|  | LUPE 193 |
|  | LUPE 225 |
|  | LUPE 226 |
|  | LUPE 229 |
|  | LUPE 231 |
|  | OCAPX 404 |
|  | HAUL-MFV 310 |
|  | HAUL-MFV 311 |
|  | HAUL-MFV 312 |
|  | HAUL-MFV 313 |

9

| | |
|---|---|
| | HAUL-MFV 314 |
| | HAUL-MFV 315 |
| | HAUL-MFV 316 |
| | HAUL-MFV 317 |
| | HAUL-MFV 318 |
| | HAUL-MFV 319 |
| | HAUL-MFV 320 |
| | HAUL-MFV 321 |
| | HAUL-MFV 322 |
| | HAUL-MFV 323 |
| | HAUL-MFV 324 |
| | HAUL-MFV 325 |
| | HAUL-MFV 326 |
| | HAUL-MFV 327 |
| | HAUL-MFV 328 |
| | HAUL-MFV 329 |
| | HAUL-MFV 330 |
| | HAUL-MFV 331 |
| | OCAPX 255 |
| | HAUL-MFV 295 |
| | LUPE 108 |
| | LUPE 177 |
| | LUPE 191 |
| | LUPE 200 |
| | LUPE 227 |
| | LUPE 228 |
| | LUPE 295 |
| | OCAPX 71 |
| | OCAPX 281 |
| | OCAPX 283 |
| | OCAPX 290 |
| | HAUL-MFV 16 |
| | HAUL-MFV 18 |
| | HAUL-MFV 19 |
| | HAUL-MFV 20 |
| | HAUL-MFV 21 |
| | HAUL-MFV 101 |
| | HAUL-MFV 102 |
| | HAUL-MFV 103 |
| | HAUL-MFV 104 |
| | HAUL-MFV 105 |
| | HAUL-MFV 106 |
| | HAUL-MFV 107 |
| | HAUL-MFV 108 |
| | HAUL-MFV 109 |
| | HAUL-MFV 110, |
| | HAUL-MFV 136 |
| | HAUL-MFV 167 |

10

| | |
|---|---|
| | HAUL-MFV 174 |
| | HAUL-MFV 175 |
| | HAUL-MFV 176 |
| | HAUL-MFV 177 |
| | HAUL-MFV 178 |
| | HAUL-MFV 179 |
| | HAUL-MFV 180 |
| | HAUL-MFV 181 |
| | HAUL-MFV 182 |
| | HAUL-MFV 183 |
| | HAUL-MFV 184 |
| | HAUL-MFV 185 |
| | HAUL-MFV 186 |
| | HAUL-MFV 187 |
| | HAUL-MFV 188 |
| | HAUL-MFV 189 |
| | HAUL-MFV 190 |
| | HAUL-MFV 213 |
| | HAUL-MFV 214 |
| | HAUL-MFV 215 |
| | HAUL-MFV 216 |
| | HAUL-MFV 217 |
| | HAUL-MFV 218 |
| | HAUL-MFV 219 |
| | HAUL-MFV 220 |
| | HAUL-MFV 221 |
| | HAUL-MFV 222 |
| | HAUL-MFV 223 |
| | HAUL-MFV 224 |
| | HAUL-MFV 225 |
| | HAUL-MFV 226 |
| | HAUL-MFV 227 |
| | HAUL-MFV 228 |
| | HAUL-MFV 229 |
| | HAUL-MFV 230 |
| | HAUL-MFV 235 |
| | HAUL-MFV 260 |
| | HAUL-MFV 261 |
| | HAUL-MFV 262 |
| | HAUL-MFV 263 |
| | HAUL-MFV 264 |
| | HAUL-MFV 265 |
| | HAUL-MFV 269 |
| | HAUL-MFV 270 |
| | HAUL-MFV 271 |
| | HAUL-MFV 276 |
| | HAUL-MFV 278 |
| | HAUL-MFV 279 |

| | |
|---|---|
| | HAUL-MFV 280 |
| | HAUL-MFV 281 |
| | HAUL-MFV 282 |
| | HAUL-MFV 283 |
| | HAUL-MFV 284 |
| | HAUL-MFV 286 |
| | HAUL-MFV 287 |
| | HAUL-MFV 288 |
| | HAUL-MFV 289 |
| | HAUL-MFV 290 |
| | HAUL-MFV 332 |
| | HAUL-MFV 7 |
| | HAUL-MFV 7 |
| | HAUL-MFV 8 |
| | HAUL-MFV 10 |
| | HAUL-MFV 38 |
| | HAUL-MFV 132 |
| | HAUL-MFV 272 |
| | HAUL-MFV  273 |
| | HAUL-MFV 274 |
| | HAUL-MFV 275 |
| | HAUL-MFV 357 |
| | HAUL-MFV 370 |
| | HAUL-MFV 378 |
| | HAUL-MFV 379 |
| | HAUL-MFV 380 |
| | HAUL-MFV 381 |
| | HAUL-MFV 382 |
| | HAUL-MFV 383 |
| | HAUL-MFV 384 |
| | HAUL-MFV 385 |
| | HAUL-MFV 386 |
| | HAUL-MFV 387 |
| | HAUL-MFV 388 |
| | HAUL-MFV 389 |
| | HAUL-MFV 38 |
| | HAUL-MFV 92 |
| | HAUL-MFV 94 |
| | HAUL-MFV 191 |
| | HAUL-MFV 059 |
| | HAUL-MFV 333 |
| | HAUL-MFV 334 |
| | HAUL-MFV 335 |
| | HAUL-MFV 336 |
| | HAUL-MFV 337 |
| | HAUL-MFV 338 |
| | HAUL-MFV 339 |
| | HAUL-MFV 340 |

| | |
|---|---|
| | HAUL-MFV 341 |
| | HAUL-MFV 343 |
| | HAUL-MFV 345 |
| | HAUL-MFV 346 |
| | HAUL-MFV 347 |
| | HAUL-MFV 348 |
| | HAUL-MFV 349 |
| | HAUL-MFV 350 |
| | HAUL-MFV 351 |
| | HAUL-MFV 352 |
| | HAUL-MFV 353 |
| | HAUL-MFV 354 |
| | HAUL-MFV 355 |
| | HAUL-MFV 390 |
| | HAUL-MFV 391 |
| | HAUL-MFV 392 |
| | HAUL-MFV 393 |

## Count 4: Section 2 of the Voting Rights Act – Intentional Discrimination and Discriminatory Results

| Witness | Exhibits |
|---|---|
| Michelle Brown | HAUL-MFV 39 |
| Sharon Watkins-Jones | HAUL-MFV 40 |
| Jacque Callanen | LULAC 022 |
| Professor Daniel Smith | LULAC 027 |
| Dr. J. Morgan Kousser | LULAC 029 |
| Isabel Longoria | LULAC 030 |
| Ray Shackelford | LULAC 031 |
| Deion Dorsett | LULAC 036 |
| Rachelle Obakozuwa | LULAC 037 |
| Jennifer Colvin | LULAC 038 |
| John Bucy | LULAC 039 |
| Jessica Gonzalez | LULAC 040 |
| Briscoe Cain | LULAC 041 |
| Andrew Murr | LULAC 042 |
| Carol Alvarado | LULAC 043 |
| Bryan Hughes | LULAC 044 |
| Rafael Anchia | LULAC 045 |
| Nicole Collier | LULAC 046 |
| Eric McDaniel | LULAC 047 |
| Dr. Christian Grose | LULAC 048 |
| Franita Tolson | LULAC 049 |
|  | LULAC 050 |
|  | LULAC 051 |
|  | LULAC 052 |
|  | LULAC 053 |
|  | LULAC 054 |
|  | LULAC 087 |
|  | LULAC 088 |
|  | LUPE 096 |
|  | LUPE 097 |
|  | LUPE 099 |
|  | LUPE 100 |
|  | LUPE 101 |
|  | LUPE 108 |
|  | LUPE 127 |
|  | LUPE 193 |
|  | LUPE 225 |
|  | LUPE 226 |
|  | LUPE 229 |
|  | LUPE 231 |
|  | OCAPX 404 |
|  | HAUL-MFV 310 |
|  | HAUL-MFV 311 |
|  | HAUL-MFV 312 |

| | |
|---|---|
| | HAUL-MFV 313 |
| | HAUL-MFV 314 |
| | HAUL-MFV 315 |
| | HAUL-MFV 316 |
| | HAUL-MFV 317 |
| | HAUL-MFV 318 |
| | HAUL-MFV 319 |
| | HAUL-MFV 320 |
| | HAUL-MFV 321 |
| | HAUL-MFV 322 |
| | HAUL-MFV 323 |
| | HAUL-MFV 324 |
| | HAUL-MFV 325 |
| | HAUL-MFV 326 |
| | HAUL-MFV 327 |
| | HAUL-MFV 328 |
| | HAUL-MFV 329 |
| | HAUL-MFV 330 |
| | HAUL-MFV 331 |
| | OCAPX 255 |
| | HAUL-MFV 16 |
| | HAUL-MFV 18 |
| | HAUL-MFV 19 |
| | HAUL-MFV 20 |
| | HAUL-MFV 21 |
| | HAUL-MFV 101 |
| | HAUL-MFV 102 |
| | HAUL-MFV 103 |
| | HAUL-MFV 104 |
| | HAUL-MFV 105 |
| | HAUL-MFV 106 |
| | HAUL-MFV 107 |
| | HAUL-MFV 108 |
| | HAUL-MFV 109 |
| | HAUL-MFV 110 |
| | HAUL-MFV 136 |
| | HAUL-MFV 167 |
| | HAUL-MFV 174 |
| | HAUL-MFV 175 |
| | HAUL-MFV 176 |
| | HAUL-MFV 177 |
| | HAUL-MFV 178 |
| | HAUL-MFV 179 |
| | HAUL-MFV 180 |
| | HAUL-MFV 181 |
| | HAUL-MFV 182 |
| | HAUL-MFV 183 |
| | HAUL-MFV 184 |

| |
|---|
| HAUL-MFV 185 |
| HAUL-MFV 186 |
| HAUL-MFV 187 |
| HAUL-MFV 188 |
| HAUL-MFV 189 |
| HAUL-MFV 190 |
| HAUL-MFV 213 |
| HAUL-MFV 214 |
| HAUL-MFV 215 |
| HAUL-MFV 216 |
| HAUL-MFV 217 |
| HAUL-MFV 218 |
| HAUL-MFV 219 |
| HAUL-MFV 220 |
| HAUL-MFV 221 |
| HAUL-MFV 222 |
| HAUL-MFV 223 |
| HAUL-MFV 224 |
| HAUL-MFV 225 |
| HAUL-MFV 226 |
| HAUL-MFV 227 |
| HAUL-MFV 228 |
| HAUL-MFV 229 |
| HAUL-MFV 230 |
| HAUL-MFV 235 |
| HAUL-MFV 260 |
| HAUL-MFV 261 |
| HAUL-MFV 262 |
| HAUL-MFV 263 |
| HAUL-MFV 264 |
| HAUL-MFV 265 |
| HAUL-MFV 269 |
| HAUL-MFV 270 |
| HAUL-MFV 271 |
| HAUL-MFV 276 |
| HAUL-MFV 278 |
| HAUL-MFV 279 |
| HAUL-MFV 280 |
| HAUL-MFV 281 |
| HAUL-MFV 282 |
| HAUL-MFV 283 |
| HAUL-MFV 284 |
| HAUL-MFV 286 |
| HAUL-MFV 287 |
| HAUL-MFV 288 |
| HAUL-MFV 289 |
| HAUL-MFV 290 |
| HAUL-MFV 332 |

| | |
|---|---|
| | HAUL-MFV 7 |
| | HAUL-MFV 8 |
| | HAUL-MFV 10 |
| | HAUL-MFV 38 |
| | HAUL-MFV 132 |
| | HAUL-MFV 272 |
| | HAUL-MFV  273 |
| | HAUL-MFV 274 |
| | HAUL-MFV 275 |
| | HAUL-MFV 357 |
| | HAUL-MFV 370 |
| | HAUL-MFV 378 |
| | HAUL-MFV 379 |
| | HAUL-MFV 380 |
| | HAUL-MFV 381 |
| | HAUL-MFV 382 |
| | HAUL-MFV 383 |
| | HAUL-MFV 384 |
| | HAUL-MFV 385 |
| | HAUL-MFV 386 |
| | HAUL-MFV 387 |
| | HAUL-MFV 388 |
| | HAUL-MFV 389 |
| | HAUL-MFV 38 |
| | HAUL-MFV 92 |
| | HAUL-MFV 94 |
| | HAUL-MFV 191 |
| | HAUL-MFV 059 |
| | HAUL-MFV 333 |
| | HAUL-MFV 334 |
| | HAUL-MFV 335 |
| | HAUL-MFV 336 |
| | HAUL-MFV 337 |
| | HAUL-MFV 338 |
| | HAUL-MFV 339 |
| | HAUL-MFV 340 |
| | HAUL-MFV 341 |
| | HAUL-MFV 343 |
| | HAUL-MFV 345 |
| | HAUL-MFV 346 |
| | HAUL-MFV 347 |
| | HAUL-MFV 348 |
| | HAUL-MFV 349 |
| | HAUL-MFV 350 |
| | HAUL-MFV 351 |
| | HAUL-MFV 352 |
| | HAUL-MFV 353 |
| | HAUL-MFV 354 |

|  | HAUL-MFV 355 |
|  | HAUL-MFV 390 |
|  | HAUL-MFV 391 |
|  | HAUL-MFV 392 |
|  | HAUL-MFV 393 |

## Count 5: Section 208 of the Voting Rights Act – Right to Assistor of Choice

| Witness | Exhibits |
|---|---|
| Nancy Crowther<br>Lydia Nunez Landry<br>Ray Shackelford<br>Isabel Longoria<br>Angelica Razo<br>Marla López | HAUL-MFV 33<br>HAUL-MFV 54<br>HAUL- MFV 39<br>HAUL- MFV 40<br>HAUL-MFV 30<br>HAUL-MFV 89<br>HAUL-MFV 49<br>HAUL-MFV 91<br>HAUL-MFV 284<br>HAUL-MFV 297<br>HAUL-MFV 7<br>HAUL-MFV 8<br>HAUL-MFV 10<br>HAUL-MFV 38<br>HAUL-MFV 132<br>HAUL-MFV 272<br>HAUL-MFV 273<br>HAUL-MFV 274<br>HAUL-MFV 275<br>HAUL-MFV 357<br>HAUL-MFV 370<br>HAUL-MFV 378<br>HAUL-MFV 379<br>HAUL-MFV 380<br>HAUL-MFV 381<br>HAUL-MFV 382<br>HAUL-MFV 383<br>HAUL-MFV 384<br>HAUL-MFV 385<br>HAUL-MFV 386<br>HAUL-MFV 387<br>HAUL-MFV 388<br>HAUL-MFV 389<br>HAUL- MFV 392<br>HAUL- MFV 393 |

## Count 6: Fourteenth Amendment – Void for Vagueness

| Witness | Exhibits |
|---|---|
| Jeffrey Clemmons | HAUL-MFV 27 |
| Rachelle Obakozuwa | HAUL-MFV 260 |
| Alan Vera | HAUL-MFV 268 |
| Jacquelyn Callanen | HAUL-MFV 284 |
| Bridgette Escobedo | HAUL- MFV 39 |
| Keith Ingram | HAUL- MFV 40 |
| Isabel Longoria | HAUL-MFV 7 |
| Michelle Brown | HAUL-MFV 8 |
| Ray Shackelford | HAUL-MFV 10 |
| | HAUL-MFV 38 |
| | HAUL-MFV 132 |
| | HAUL-MFV 272 |
| | HAUL-MFV 273 |
| | HAUL-MFV 274 |
| | HAUL-MFV 275 |
| | HAUL-MFV 357 |
| | HAUL-MFV 370 |
| | HAUL-MFV 378 |
| | HAUL-MFV 379 |
| | HAUL-MFV 380 |
| | HAUL-MFV 381 |
| | HAUL-MFV 382 |
| | HAUL-MFV 383 |
| | HAUL-MFV 384 |
| | HAUL-MFV 385 |
| | HAUL-MFV 386 |
| | HAUL-MFV 387 |
| | HAUL-MFV 388 |
| | HAUL-MFV 389 |

## Count 7: Title II of the Americans with Disabilities Act

| Witness | Exhibits |
|---|---|
| Dr. Douglas Kruse | HAUL- MFV 62 |
| Jennifer Martinez | HAUL- MFV 61 |
| Yvonne Iglesias | HAUL- MFV 48 |
| Amy Litzinger | HAUL- MFV 45 |
| Bob Kafka | HAUL- MFV 46 |
| Jennifer Miller | HAUL- MFV 41 |
| Laura Halvorson | HAUL- MFV 138 |
| Nancy Crowther | HAUL- MFV 139 |
| Teri Saltzman | HAUL- MFV 140 |
| Lydia Nunez Landry | HAUL- MFV 141 |
| Anne Scott | HAUL- MFV 142 |
| Cathy Cranston | HAUL- MFV 143 |
| Isabel Longoria | HAUL- MFV 144 |
| Jennifer Colvin | HAUL- MFV 145 |
| | HAUL- MFV 146 |
| | HAUL- MFV 255 |
| | HAUL- MFV 137 |
| | HAUL- MFV 168 |
| | HAUL- MFV 173 |
| | HAUL- MFV 172 |
| | HAUL- MFV 148 |
| | HAUL- MFV 147 |
| | HAUL- MFV 88 |
| | HAUL- MFV 82 |
| | HAUL- MFV 83 |
| | HAUL- MFV 172 |
| | HAUL- MFV 84 |
| | HAUL- MFV 85 |
| | HAUL- MFV 86 |
| | HAUL- MFV 87 |
| | HAUL- MFV 149 |
| | HAUL- MFV 150 |
| | HAUL- MFV 151 |
| | HAUL- MFV 152 |
| | HAUL- MFV 153 |
| | HAUL- MFV 154 |
| | HAUL- MFV 155 |
| | HAUL- MFV 156 |
| | HAUL- MFV 157 |
| | HAUL- MFV 158 |
| | HAUL- MFV 159 |
| | HAUL- MFV 160 |
| | HAUL- MFV 161 |
| | HAUL- MFV 162 |
| | HAUL- MFV 163 |

| | |
|---|---|
| | HAUL- MFV 164 |
| | HAUL- MFV 165 |
| | HAUL- MFV 229 |
| | HAUL- MFV 222 |
| | HAUL- MFV 217 |
| | HAUL- MFV 171 |
| | HAUL- MFV 35 |
| | HAUL- MFV 37 |
| | HAUL- MFV 29 |
| | HAUL- MFV 22 |
| | HAUL- MFV 36 |
| | HAUL- MFV 26 |
| | HAUL- MFV 32 |
| | HAUL- MFV 30 |
| | HAUL- MFV 31 |
| | HAUL- MFV 28 |
| | HAUL- MFV 23 |
| | HAUL- MFV 34 |
| | HAUL- MFV 24 |
| | HAUL- MFV 17 |
| | HAUL- MFV 95 |
| | HAUL- MFV 9 |
| | HAUL- MFV 236 |
| | HAUL- MFV 42 |
| | HAUL- MFV 100 |
| | HAUL- MFV 60 |
| | HAUL- MFV 33 |
| | HAUL- MFV 213 |
| | HAUL- MFV 214 |
| | HAUL- MFV 166 |
| | HAUL- MFV 127 |
| | HAUL- MFV 169 |
| | HAUL- MFV 16 |
| | HAUL- MFV 170 |
| | HAUL- MFV 1 |
| | HAUL- MFV 256 |
| | HAUL- MFV 111 |
| | HAUL- MFV 122 |
| | HAUL- MFV 259 |
| | HAUL- MFV 234 |
| | HAUL- MFV 231 |
| | HAUL- MFV 232 |
| | HAUL- MFV 81 |
| | HAUL- MFV 63 |
| | HAUL- MFV 64 |
| | HAUL- MFV 65 |
| | HAUL- MFV 66 |
| | HAUL- MFV 67 |

| | |
|---|---|
| | HAUL- MFV 68 |
| | HAUL- MFV 69 |
| | HAUL- MFV 70 |
| | HAUL- MFV 71 |
| | HAUL- MFV 72 |
| | HAUL- MFV 73 |
| | HAUL- MFV 74 |
| | HAUL- MFV 75 |
| | HAUL- MFV 76 |
| | HAUL- MFV 77 |
| | HAUL- MFV 78 |
| | HAUL- MFV 79 |
| | HAUL- MFV 80 |
| | HAUL- MFV 237 |
| | HAUL- MFV 238 |
| | HAUL- MFV 239 |
| | HAUL- MFV 240 |
| | HAUL- MFV 241 |
| | HAUL- MFV 242 |
| | HAUL- MFV 243 |
| | HAUL- MFV 244 |
| | HAUL- MFV 245 |
| | HAUL- MFV 246 |
| | HAUL- MFV 247 |
| | HAUL- MFV 248 |
| | HAUL- MFV 249 |
| | HAUL- MFV 250 |
| | HAUL- MFV 251 |
| | HAUL- MFV 252 |
| | HAUL- MFV 253 |
| | HAUL- MFV 254 |
| | HAUL- MFV 11 |
| | HAUL- MFV 14 |
| | HAUL- MFV 15 |
| | HAUL- MFV 13 |
| | HAUL- MFV 12 |
| | HAUL- MFV 212 |
| | HAUL- MFV 194 |
| | HAUL- MFV 195 |
| | HAUL- MFV 196 |
| | HAUL- MFV 197 |
| | HAUL- MFV 198 |
| | HAUL- MFV 199 |
| | HAUL- MFV 200 |
| | HAUL- MFV 201 |
| | HAUL- MFV 202 |
| | HAUL- MFV 203 |
| | HAUL- MFV 204 |

| | |
|---|---|
| | HAUL- MFV 205 |
| | HAUL- MFV 206 |
| | HAUL- MFV 207 |
| | HAUL- MFV 208 |
| | HAUL- MFV 209 |
| | HAUL- MFV 210 |
| | HAUL- MFV 211 |
| | HAUL- MFV 257 |
| | HAUL- MFV 258 |
| | HAUL- MFV 50 |
| | HAUL- MFV 56 |
| | HAUL- MFV 55 |
| | HAUL- MFV 51 |
| | HAUL- MFV 53 |
| | HAUL- MFV 54 |
| | HAUL- MFV 52 |
| | HAUL- MFV 57 |
| | HAUL- MFV 58 |
| | HAUL- MFV 89 |
| | HAUL- MFV 297 |
| | HAUL- MFV 7 |
| | HAUL- MFV 8 |
| | OCAPX-234 |
| | OCAPX-243 |
| | HAUL- MFV 39 |
| | HAUL- MFV 40 |

## Count 8: Section 504 of Rehabilitation Act

| Witness | Exhibits |
|---|---|
| Same witnesses as count 7 | Same exhibits as Count 7, plus:<br><br>HAUL- MFV 99<br>HAUL- MFV 233<br>HAUL- MFV 43<br>HAUL- MFV 133<br>HAUL- MFV 97<br>HAUL- MFV 98<br>HAUL- MFV 93<br>HAUL- MFV 96<br>HAUL- MFV 90<br>HAUL- MFV 120<br>HAUL- MFV 112<br>HAUL- MFV 113<br>HAUL- MFV 114<br>HAUL- MFV 115<br>HAUL- MFV 119<br>HAUL- MFV 118<br>HAUL- MFV 117<br>HAU- MFV 116 |