# EXHIBIT A

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-001 | | Expert Report of Dr. Andres Tijerina, PhD, February 2022 | DA Ogg: FRE 702, 801 et seq. |
| LUPE-002 | | Expert Report of Dr. Douglas L. Kruse, PhD, February 2022 | State Defendants: Cumulative, Duplicative, Repetitive<br>DA Ogg: FRE 702, 801 et seq. |
| LUPE-003 | | Expert Report of Dr. Henry Flores, PhD, February 2022 | DA Ogg: FRE 702, 801 et seq.<br>State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-004 | 064.102649 | Travis County, Signed Oaths of Assistance, November 2020 General (Election Day) | |
| LUPE-005 | 064.103937 | Travis County, Signed Oaths of Assistance, November 2020 General (Early Voting) | |
| LUPE-006 | 064.107140 | Travis County, Signed Oaths of Assistance, March 2020 Primary (Early Voting) | |
| LUPE-007 | 064.107933 | Travis County, Signed Oaths of Assistance, July 2020 Primary Runoff (Election Day) | |
| LUPE-008 | 064.108303 | Travis County, Signed Oaths of Assistance, July 2020 Primary Runoff (Early Voting) | |
| LUPE-009 | 064.134344 | Blank Form, Revised Mail Ballot Carrier Envelope, July 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-010 | 064.128590 | Travis County Spreadsheet, Rejected Mail Ballots, November 2022 | |
| LUPE-011 | 064.134441 | Travis County Spreadsheet, Mail Ballot Statuses, November 2022 | |
| LUPE-012 | 064.134761 | Email from Todd Forrister to Travis County Elections, March 2023 | DA Ogg: FRE 801 et seq. |
| LUPE-013 | EPC000456 | SOS Presentation, Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope, February 2022 | |
| LUPE-014 | EPC000589 | El Paso County Spreadsheet, List of voters who received assistance or voted curbside, March 2020 | |
| LUPE-015 | EPC000736 | Email from Melissa Rosales to Lisa Wise, May 2017 | DA Ogg: FRE 801 et seq. |
| LUPE-016 | EPC006520 | Email from Lisa Wise to David Stout, et al, January 2022 | |
| LUPE-017 | EPC006895 | Email from Andres Candelaria to Lisa Wise, March 2022 | DA Ogg: FRE 801 et seq. |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-018 | EPC007124 | El Paso County Presentation, Early Voting Election Worker Training March 2022 Primary Election, March 2022 | |
| LUPE-019 | EPC008003 | SOS Presentation, Poll Watchers, July 2023 | |
| LUPE-020 | EPC008669 | Email from Texas SOS Press Office to Lisa Wise, September 2022 | |
| LUPE-021 | EPC008940 | El Paso County Spreadsheet, 2022 December 2022 Runoff - Ballot List, December 2022 | |
| LUPE-022 | EPC009031 | El Paso County Spreadsheet, 2022 November General - Ballot List, November 2022 | |
| LUPE-023 | EPC009483 | El Paso County Spreadsheet, List of voters who needed assistance, December 2022 | |
| LUPE-024 | EPC009484 | El Paso County Spreadsheet, List of voters who received assistance, November 2022 | |
| LUPE-025 | EPC011850 | Email from SOS Elections Internet to Election Officials, October 2022 | |
| LUPE-026 | EPC011867 | El Paso County, Analysis of voters with and without SSN, SSN4, or driver's license, Post-March 2022 | |
| LUPE-027 | EPC012084 | El Paso County, Blank Forms, Notices of Rejected Application for Ballot by Mail | |
| LUPE-028 | EPC012776 | El Paso County, Oath of Assistance Logs, November 2022 | |
| LUPE-029 | EPC012949 | El Paso County, Oath of Assistance Logs, November 2022 | |
| LUPE-030 | MS000001 | Dallas County Presentation, Legislative Summary 2021 - Special Sessions | |
| LUPE-031 | MS007455 | SOS, Election Advisory No. 2016-20, Certain Activities in Vicinity of Polling Places, October 2016 | |
| LUPE-032 | MS007465 | SOS, Election Advisory No. 2016-20, Certain Activities in Vicinity of Polling Places, October 2021 | |
| LUPE-033 | MS009559 | Dallas County, Complaint Form for the Joint Runoff Election For Cities and Schools to be Held on Saturday, June 8, 2019, Judges Complaint | |

## LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-034 | MS015467 | Dallas County Spreadsheet, Mail Ballot Files January 1, 2018 - March 15, 2018 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-035 | MS015468 | Dallas County Spreadsheet, Absentee Rejection Letter List Mail Dates January 1, 2020 - April 12, 2020, April 2022 | |
| LUPE-036 | MS015549 | Dallas County Spreadsheet, Mail Ballot Files January 1, 2020 - March 12, 2020 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-037 | MS015550 | Dallas County Spreadsheet, Absentee Rejection Letter List Mail Dates January 1, 2020 - March 12, 2020 | |
| LUPE-038 | MS015596 | Dallas County Spreadsheet, Mail Ballot Files, January 1, 2022-March 10, 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-039 | MS015597 | Dallas County Spreadsheet, Absentee Rejection Letter List Mail Dates, January 1, 2022-March 10, 2022 | |
| LUPE-040 | MS018645 | Dallas County, Press Release, Early Vote Information for the Upcoming March 1, 2022, Joint Primary Election | |
| LUPE-041 | MS019322 | Dallas County, Voters with Disabilities Flyer | |
| LUPE-042 | MS024450 | Dallas County, Ballot Return List, May 2022 | |
| LUPE-043 | MS024451 | Dallas County, Ballot Return List, June 2022 | |
| LUPE-044 | MS024452 | Dallas County, Ballot Return List, November 2022 | |
| LUPE-045 | MS024453 | Dallas County, Ballot Return List, May 2022 | |
| LUPE-046 | MS024647 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, General Election November 2022 | |
| LUPE-047 | MS024648 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, General Election November 2022 | |
| LUPE-048 | MS024650 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Constitutional Amendment and Joint Election May 7, 2022 | |
| LUPE-049 | MS024651 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| | | Carrier Envelope Returned to Voter by Mail, Constitutional Amendment and Joint Election May 7, 2022 | |
| LUPE-050 | MS024652 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Primary Runoff Election May 24, 2022 | |
| LUPE-051 | MS024653 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Primary Runoff Election May 24, 2022 | |
| LUPE-052 | MS024654 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Runoff Election June 18, 2022 | |
| LUPE-053 | MS024655 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Runoff Election June 18, 2022 | |
| LUPE-054 | MS024656 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Notified by Phone or Email, Joint Primary Election February 11, 2022 - February 14, 2022 | |
| LUPE-055 | MS024657 | Dallas County, Roster of Voters with Defective Carrier Envelopes - Returned To The Voter by Mail, Joint Primary Election February 11, 2022 - February 14, 2022 | |
| LUPE-056 | MS024674 | Dallas County Spreadsheet, List of All Elections, January 2023 | |
| LUPE-057 | MS024708 | Dallas County Spreadsheet, 2018 Absentee Return Statuses | |
| LUPE-058 | MS024709 | Dallas County Spreadsheet, 2020 Absentee Return Statuses | |
| LUPE-059 | MS024710 | Dallas County Spreadsheet, 2022 General Absentee Return Statuses | |
| LUPE-060 | MS024713 | Dallas County Spreadsheet, 2022 Absentee Ballot Return Statuses | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-061 | MS024714 | Dallas County Spreadsheet, ABBMs for June 2022 and November 2022 Elections | |
| LUPE-062 | MS024716 | Dallas County, Assistance Affidavits General and Joint Election, November 2022 General Election | |
| LUPE-063 | MS024937 | Dallas County, Interpreter Affidavits General and Joint Election, November 2022 | |
| LUPE-064 | MS024968 | Dallas County, Spreadsheet of Mail Ballot Return Statuses for Constitutional Amendment Election May 7, 2022 | |
| LUPE-065 | MS024970 | Dallas County, Spreadsheet of Mail Ballot Return Statuses for Primary Election March 1, 2022 | |
| LUPE-066 | MS024971 | Dallas County Spreadsheet, Voter Assistance Complaint Log | |
| LUPE-067 | MS024972 | Dallas County Spreadsheet, Poll Watcher Complaint Log | |
| LUPE-068 | RFP06_000001 | Hidalgo County, Analysis of voters with and without SSN, SSN4, or driver's license, January 2022 | |
| LUPE-069 | RFP10_000092 | Hidalgo County, Poll Watcher Observations, November 2020 | DA Ogg: FRE 801 et seq. |
| LUPE-070 | RFP10_000101 | Hidalgo County, Affidavit of Stephanie Seiba Poll Watcher 2020, November 2020 | DA Ogg: FRE 801 et seq. |
| LUPE-071 | RFP10_000115 | Hidalgo County, Affidavit of Thelma Leal Poll Watcher 2020, November 2020 | DA Ogg: FRE 801 et seq. |
| LUPE-072 | RFP11_001318 | Hidalgo County, 2022 Primary Election Ballot List Requested Between January 1, 2022 and March 24, 2022, March 2022 | |
| LUPE-073 | RFP11_001409 | Hidalgo County, Absentee Rejection Letter List Mail Dates August 1, 2022 to November 8, 2022, December 2022 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-074 | RPCI_0000122 | SOS, Election Advisory No. 2022-07, NEW LAW: Changes to Early Voting by Personal Appearance - House BIll 2025, House Bill 3107, and Senate Bill 1, January 2022 | |
| LUPE-075 | RPCI_0000162 | Email from Jacey Jetton to Alan Vera, August 2021 | DA Ogg: FRE 801 et seq. |
| LUPE-076 | RPCI_0000535 | Email from Malissa Kouba to Kristy Noble, January 2022 | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-077 | RPCI_0000572 | Email from Michael Scarpello to Clay Jenkins et al., December 2021 | DA Ogg: FRE 801 et seq. |
| LUPE-078 | RPCI_0000582 | Email from Michael Scarpello to Clay Jenkins et al., February 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-079 | RPCI_0000592 | Email from Michael Scarpello to Clay Jenkins et al., February 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-080 | RPCI_0000681 | Email from Michael Scarpello to Kristy Noble, February 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-081 | RPCI_0001083 | SOS, Early Voting Ballot Board & Signature Verification Committee Handbook for Election Judges and Clerks 2022 | |
| LUPE-082 | RPCI_0002403 | Email from Alan Vera to Jacey Jetton et al., July 2021 | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-083 | RPCI_0002598 | Email from Alan Vera to Jacey Jetton, et al., August 2021 | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-084 | RPCI_0002818 | Alan Vera Presentation, 2020 Texas Poll Watcher Training | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-085 | RPCI_0002939 | Email from Alan Vera to Cody Jordan, March 2021 | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-086 | RPCI_0002941 | Email from Alan Vera to Cody Jordan, March 2021 | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-087 | RPCI_0002943 | Email from Alan Vera to Hope Shelton, March 2021 | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-088 | RPCI_0003483 | Email from Adam Bitter to Wes Bowen, et al, November 2021 | GOP: relevance<br>DA Ogg: FRE 801 et seq. |
| LUPE-089 | RPCI_0003541 | Dallas County Republican Party Executive Committee Resolution, March 2021 | GOP: relevance |
| LUPE-090 | STATE000597 | SOS, Election Advisory No. 2021-23, May 2022 | |
| LUPE-091 | STATE000860 | SOS Presentation, Preparing for the May 2022 Elections, December 2021 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-092 | STATE001144 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Resolved, November 2021 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-093 | STATE001155 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Pending, November 2021 | |
| LUPE-094 | STATE001201 | Email from SOS Elections Internet to Election Officials, January 2022 | |
| LUPE-095 | STATE001202 | Email from SOS Elections Internet to Election Officials, January 2022 | |
| LUPE-096 | STATE001615 | Blank Form, Notice of Rejected Application For Ballot By Mail, January 2022 | |
| LUPE-097 | STATE001651 | Instructions to Oath of Assistance and Interpreter Form, January 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-098 | STATE019668 | Email from KC Emery to Christina Adkins, October 2021 | DA Ogg: FRE 801 et seq. |
| LUPE-099 | STATE019836 | Blank Form, Notice of Rejected Application for Ballot by Mail, Missing or Incorrect Personal Identification Number, January 2022 | |
| LUPE-100 | STATE019845 | Blank Form, Notice of Carrier Defect, Carrier Envelope Returned to the Voter by Mail, January 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-101 | STATE019847 | Blank Form, Notice of Carrier Defect, Voter Notified of Carrier Envelope Defect by Phone or Email, January 2022 | |
| LUPE-102 | STATE020117 | Email from Kim Bergmann to Ruth Hughs, September 2020 | DA Ogg: FRE 801 et seq. |
| LUPE-103 | STATE020178 | Letter from Ken Paxton to Wiley B. McAfee, Opinion No. KP-0118, November 2016 | |
| LUPE-104 | STATE020184 | Letter from Lindsey Wolf to Ken Paxton, RE: RQ-01260KP, Submitted by District Attorney, 33rd and 424th Judicial District, dated (as amended) September 6, 2016, September 2016 | |
| LUPE-105 | STATE020260 | Email from Krystine Ramon to Christina Adkins, et al., July 2020 | |
| LUPE-106 | STATE020530 | SOS, Early Voting Ballot Board Handbook for Election Judges and Clerks, January 2018 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-107 | STATE031550 | Email Thread from Larry Parrish to SOS Elections Internet, January 2022 | |
| LUPE-108 | STATE031645 | Blank Form, Notice of Rejected Application for Ballot by Mail, Required Personal Identification Number is Not Associated with Your Voter Record, January 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-109 | STATE034395 | Email from Christina Adkins to Adam Bitter, February 2022 | |
| LUPE-110 | STATE034396 | SOS, Draft Election Advisory No. 2022-XX, NEW LAWS: Changes to Poll Watcher Requirements Senate Bill 1 and House Bill 3107, February 2022 | |
| LUPE-111 | STATE034515 | SOS Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures (Primary Focused), March 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-112 | STATE034979 | SOS, Poll Watcher's Guide, January 2022 | |
| LUPE-114 | STATE035859 | Blank Form, Carrier Envelope for Early Voting Ballot | |
| LUPE-115 | STATE040559 | Email from Heidi Martinez to Colleen Kernstien, January 2022 | |
| LUPE-116 | STATE040608 | Email from Heidi Martinez to Tawnya Reed, January 2022 | |
| LUPE-117 | STATE041033 | Email from SOS Elections Internet to Election Officials, December 2021 | |
| LUPE-118 | STATE041122 | Email from Heidi Martinez to Kat Cano, January 2022 | |
| LUPE-119 | STATE042014 | Blank Form, Application for Ballot by Mail | |
| LUPE-120 | STATE042017 | Blank Form, Application for Ballot by Mail (Spanish) | |
| LUPE-121 | STATE043666 | Email from SOS Elections Internet to Francisca Nixon, May 2021 | |
| LUPE-122 | STATE043668 | SOS Presentation, Witnesses, Assistants, and Agents, April 2021 | |
| LUPE-123 | STATE043834 | Email from Lena Profit to Linda Newland, January 2022 | |
| LUPE-124 | STATE045837 | Email from Sam Taylor to Sam Taylor, March 2022 | |
| LUPE-125 | STATE046398 | SOS, Election Advisory No. 2022-08, NEW LAW: Senate Bill 1 - | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| | | Opportunity to Correct Defects on Application for a Ballot by Mail and Carrier Envelope, January 2022 | |
| LUPE-126 | STATE047052 | Email from Keith Ingram to Mackenzie Poston, February 2022 | |
| LUPE-127 | STATE048077 | Email from Christina Adkins to Jacquelyn Callanen, et al, January 2022 | |
| LUPE-128 | STATE048255 | Email from Keith Ingram to Adam Bitter, et al, August 2021 | |
| LUPE-129 | STATE048987 | Email from Christina Adkins to Michael Scarpello, et al, October 2021 | |
| LUPE-130 | STATE052242 | Email from Election Division Staff to Christina Obermiller, February 2022 | |
| LUPE-132 | STATE063931 | Email from Corey Rose to Joe Esparza, January 2022 | |
| LUPE-133 | STATE066590 | Taylor County, Letter from Freda Ragan to Keith Ingram, October 2021 | |
| LUPE-134 | STATE068957 | Email from Lillian Eder to Kristi Hart, January 2022 | |
| LUPE-135 | STATE073106 | Atascosa County, Election Inspector Report, March 2022 | |
| LUPE-136 | STATE073114 | Bandera County, Election Inspector Report, March 2022 | |
| LUPE-137 | STATE073122 | Bastrop County, Election Inspector Report, March 2022 | |
| LUPE-138 | STATE073212 | Burnet County, Election Inspector Report, March 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-139 | STATE074518 | Email from Christina Adkins to Vendors, November 2021 | |
| LUPE-140 | STATE076702 | Email from Heidi Martinez to Roxzine Stinson, December 2021 | |
| LUPE-141 | STATE076829 | SOS, Phase 1 Progress Report: Full Forensic Audit of November 2020 General Election, December 2021 | |
| LUPE-142 | STATE079292 | Email from Keith Ingram to Adam Bitter, et al, February 2021 | |
| LUPE-143 | STATE079300 | Email Attachment, Outline of enforcement proposal, February 2021 | |
| LUPE-144 | STATE087637 | Email from Ruth Hughs to Ruth Hughs, November 2020 | |
| LUPE-145 | STATE087657 | Email from Keith Ingram to Justin Williamson, et al, April 2022 | State Defendants: Cumulative, Duplicative, Repetitive |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-146 | STATE095907 | Email from Melanie Best to Don Kersey, August 2020 | |
| LUPE-148 | STATE102407 | Email from Andria Perales to Kate Fisher, et al, December 2021 | |
| LUPE-149 | STATE105165 | Email from Charles Pinney to Daniel Hayes, September 2020 | |
| LUPE-150 | STATE105250 | SOS Spreadsheet, Ballot by Mail Figures by County, Primary Election March 2022 | |
| LUPE-151 | STATE105560 | Email from Sam Taylor to Adam Brewster, March 2022 | |
| LUPE-152 | STATE105809 | Email from Melynn Huntley to Sam Taylor, February 2022 | |
| LUPE-154 | STATE109268 | Email from Alan Vera to Keith Ingram, September 2020 | |
| LUPE-155 | STATE109995 | Email from Tamara Schoonmaker to Jason Anderson, December 2020 | |
| LUPE-156 | STATE110043 | Letter from Keith Ingram to Jason Anderson, June 2020 | |
| LUPE-157 | STATE110691 | SOS Spreadsheet, Ballot by Mail Figures by County, Constitutional Amendment Election May 7, 2022 | |
| LUPE-158 | STATE110762 | Email from SOS Elections Internet to Election Officials, July 2022 | |
| LUPE-159 | STATE111886 | SOS, Election Advisory No. 2022-18, Additional Ballot by Mail Procedures for May Uniform Election and Primary Runoff Election, April 2022 | |
| LUPE-160 | STATE111892 | SOS Presentation, Election Workers and Officials Spring 2022 Webinar, August 2022 | |
| LUPE-161 | STATE117231 | Email from SOS Elections Internet to SOS Legal Team, forwarding email from Anne Pfluger, August 2022 | |
| LUPE-162 | STATE121035 | Email from Joe Evans to Christina Adkins, November 2022 | |
| LUPE-163 | STATE121037 | Email Attachment, Observations from Poll Watchers | |
| LUPE-164 | STATE125290 | Email from Howard Sherwood to SOS Elections Internet, October 2022 | |
| LUPE-165 | STATE132219 | Email Thread from Daniel Mullis to SOS Elections Internet, February 2022 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-166 | STATE138390 | Email from Christina Adkins to Keith Ingram et al., February 2022 | |
| LUPE-167 | STATE138589 | Blank Form, Certificate of Appointment of Poll Watcher by a Candidate, January 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-169 | STATE138836 | Email from Adam Bitter to Allison Heinrich, June 2022 | |
| LUPE-170 | STATE138859 | Email from Christina Adkins to Jacquelyn Callanen, April 2022 | |
| LUPE-171 | STATE138861 | Email Attachment, SOS Draft Insert for Mail Ballot Carrier Envelope, April 2022 | |
| LUPE-172 | STATE138923 | Blank Form, Oath of Assistance and Oath of Interpreter, July 2022 | |
| LUPE-173 | STATE139177 | Email from Sam Taylor to John Scott et al., August 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-174 | STATE139491 | Email from Sam Taylor to John Scott et al., November 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-175 | STATE139715 | Email from Heidi Martinez to Stephanie Garza, March 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-176 | STATE129717 | Kleberg County, Draft Carrier Envelope Insert, March 2022 | |
| LUPE-177 | STATE140140 | SOS Presentation, Poll Watchers, August 2022 | |
| LUPE-178 | STATE140244 | In re True Texas Elections, LLC Political Action Committee and Laura Pressley in Her Official Capacity as Treasurer of True Texas Elections, LLC Political Action Committee, Petition for Writ of Mandamus (TX Sup. Court Oct. 13, 2022) | DA Ogg: FRE 801 et seq. |
| LUPE-179 | STATE171580 | Election Complaint to the Texas Secretary of State, Harris County, November 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-180 | STATE176365 | SOS Presentation, 2021 Legislative and Policy Updates, November 2022 | |
| LUPE-181 | STATE177221 | SOS Presentation, Communicating Legislative Changes: ID Requirements for Voting by Mail, February 2023 | |
| LUPE-182 | STATE182299 | Guadalupe County, Office of the Attorney General Law Enforcement Division, Election Code Violation, Incident Report, Incident No. CX1078159982, March 2022 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-183 | STATE182319 | Hays County, Office of the Attorney General Law Enforcement Division, Election Code Violation, Incident Report, Incident No. CX8296185757, November 2022 | |
| LUPE-184 | TXLEG_0004047 | Letter from Jonathan White to Brian Hughes, Re: Issues Related to Interim Charges on Election Integrity, February 2018 | |
| LUPE-185 | EPC012167 | Email from Melissa Rosales to Lisa Wise, November 2022 | |
| LUPE-186 | RPCI_0000376 | Email from Susan Fountain to Michael Scarpello, March 2021 | GOP: relevance |
| LUPE-187 | RPCI_0000831 | Email from Marga Matthews to Rachelle Obakozuwa, et al., July 2022 | |
| LUPE-188 | RPCI_0003538 | Email from Wes Bowen to Briscoe Cain, March 2021 | |
| LUPE-189 | STATE001652 | Blank Form, Oath of Assistance and Interpreter Form, January 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-192 | STATE031647 | Blank Form, Information About Returning Your Carrier Envelope, January 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-193 | STATE052241 | Email Thread from Keith Ingram to Jacquelyn Callanen, et al, January 2022 | |
| LUPE-194 | STATE122160 | Email Thread from Brandy Grimes to Christina Adkins, April 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-195 | STATE122242 | Email from Terri Lynn to Elections Internet, February 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-196 | STATE133481 | Email Thread from Catherine Martin to Elections Internet, October 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-197 | TATUM_005332 | Harris County, Election Call Log 04-20-22 thru 12-31-22 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-198 | TXLEG_0000028 | Legislative Budget Board, Criminal Justice Impact Statement, July 2021 | |
| LUPE-199 | STATE128049 | Email from Susan Johnson to SOS Elections Internet, October 2022 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-200 | STATE060823 | Blank Form, Information of Person that Provided Transportation to Seven or More Voters for Curbside Voting, January 2022 | |
| LUPE-201 | LUPE_0000107 | Travis County, Poll Worker Training Manual, General and Special Election, November 2020 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-202 | LUPE_0000234 | Travis County, Poll Worker Training Manual, Primary Election, March 2022 | |
| LUPE-203 | LUPE_0000394 | Certificate of Completion, Jim Lewin, Texas Online Poll Watcher Training, August 2022 | |
| LUPE-204 | LUPE_0000739 | Texas Impact, March 2022 Election Event Announcement | DA Ogg: FRE 801 et seq. |
| LUPE-205 | LUPE_0001621 | Email from Tanesa Lee to Danielle Ayers, February 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-206 | LUPE_0001854 | Friendship West Presentation Regarding Voting, March 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-207 | LUPE_0007396 | Texas Impact et al., Presentation, Tips for Voters New Election Laws 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-208 | LUPE_0008643 | Email from Texas Impact Member to Bee Moorhead, September 2021 | DA Ogg: FRE 801 et seq. |
| LUPE-209 | LUPE_0010121 | Texas Impact, Texas Election Law Update, November 2021 | DA Ogg: FRE 801 et seq. |
| LUPE-210 | LUPE_0011418 | Texas Impact, Action Page, January 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-211 | LUPE_0014914 | Friendship West Presentation, Justice Ministry Voter Engagement - Follow-up Meeting, March 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-212 | LUPE_0024806 | Friendship West Justice Ministry Presentation, Poll Worker Information Session, August 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-213 | LUPE_0024873 | Email from Cheryl Prelow to Danielle Ayers et al., July 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-214 | LUPE_0024874 | Friendship West, Podcast Script, New Texas Voting Law, July 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-215 | LUPE_0024933 | Friendship West Baptist Church, Post-Election Survey Report, December 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-216 | LUPE_0024954 | Friendship West Baptist Church, Pre-Election Survey Report, December 2022 | DA Ogg: FRE 801 et seq. |
| LUPE-217 | LUPE_0025025 | BallotReady Invoice to Texas Impact, July 2022 | DA Ogg: FRE 401 |
| LUPE-218 | LUPE_0025028 | Texas Impact, BallotReady Order Form, July 2022 | DA Ogg: FRE 401 |
| LUPE-219 | LUPE_0025046 | BallotReady Invoice to Texas Impact, August 2022 | DA Ogg: FRE 401 |
| LUPE-220 | LUPE_0025055 | BallotReady Invoice to Texas Impact, August 2022 | DA Ogg: FRE 401 |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-221 | LUPE_0025143 | Memorandum of Understanding between Texas Impact and New Venture Fund, September 2022 | DA Ogg: FRE 401, 801 et seq. |
| LUPE-222 | LUPE_0025574 | Rejected Application for Ballot by Mail, Rabia | |
| LUPE-223 | LUPE_0025575 | Tarrant County, Notice of Rejected Application for Ballot by Mail, October 2022 | |
| LUPE-224 | STATE035174 | Email from Christina Adkins to Andria Perales, January 2022 | |
| LUPE-225 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 13 | Bexar County, Don't Forget Your ID Numbers!, November 2022 | |
| LUPE-226 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 14 | Bexar County, Jt Gen Spc Char & Bond - Ballot List, Requested between 05/25/22 and 10/22/22, February 2023 | |
| LUPE-227 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 15 | Blank Form, Information of Person that Provided Transportation to Seven or More Voters, July 2022 | |
| LUPE-228 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 17 | SOS, Handbook for Election Judges and Clerks: Qualifying Voters on Election Day 2022, Revised July 2022 | |
| LUPE-229 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 2 | Bexar County, Election Reconciliation - Official Totals, November 2022 | |
| LUPE-230 | Bexar County Depo. (30b6) (Callanen 4.20.22), Exh. No. D | Blank Form, Oaths, Assistance, Interpreter, September 2013 | |
| LUPE-231 | Bexar County Depo. (30b6) (Callanen 4.20.22), Exh. No. F | Bexar County, Certified Summary Results Report, Joint General, Special, Charter and Bound Election, Official Results, November 2020 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-232 | Cameron County Depo. (Garza 5.9.22), Exh. No. 15 | SOS, Election Advisory No. 2022-09, NEW LAW: Changes to Poll Watcher Requirements Under House Bill 3107 and Senate Bill 1 | State Defendants: Cumulative, Duplicative, Repetitive |
| LUPE-233 | Cameron County Depo. (Garza 5.9.22), Exh. No. 16 | SOS, Election Advisory No. 2022-12, Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail or Carrier Envelope, February 2022 | |
| LUPE-234 | Cameron County Depo. (Garza 5.9.22), Exh. No. 5 | Cameron County, Absentee Labels Printed/Countable Summary Reports, 2022-2018, May 2022 | |
| LUPE-235 | Dallas County Depo. (30b6) (Lopez, Phillips, Scarpello 4.29.22), Exh. No. 3 | Dallas County, Summary Report GRP-Detail, 2018 General & Joint Election, Unofficial Results, November 2018 | |
| LUPE-236 | Dallas County Depo. (30b6) (Scarpello 5.4.22), Exh. No. 5 | Dallas County, Unofficial Results, 2018 Republican Primary, March 2018 | |
| LUPE-237 | Dallas County Depo. (30b6) (Scarpello 5.4.22), Exh. No. 6 | Dallas County, Unofficial Results, Summary Rept-Group Detail, 2018 Democratic Primary, March 2018 | |
| LUPE-238 | Dallas County Depo. (30b6) (Scarpello 5.4.22), Exh. No. 7 | Dallas County, Unofficial Final Summary Results Report, 2022 March Primary, March 2022 | |
| LUPE-239 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 10 | El Paso County, Election Summary Report, 2018 March Primary, Summary for Jurisdiction Wide, All Counters, All Races, March 2018 | |
| LUPE-240 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 11 | El Paso County, Summary Results Report, 2022 March Primary, Official Final Election Results, March 2022 | |
| LUPE-241 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 12 | El Paso County, Election Reconciliation - Official Totals, March 2022 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-242 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 4 | SOS Presentation, FAQs with Elections Division 2/17/2022, February 2022 | |
| LUPE-243 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 6 | El Paso County, Summary Results Report, 2022 March Primary, Official Final Early Voting Results, March 2022 | |
| LUPE-244 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 7 | El Paso County, Election Summary Report, 2018 March Primary, Summary for Jurisdiction Wide, All Races Official Final Early Voting Results, March 2018 | |
| LUPE-245 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 8 | El Paso County, Summary Results Report, 2022 March Primary, Official Final Election Day Results, March 2022 | |
| LUPE-246 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 9 | El Paso County, Election Summary Report, 2018 March Primary, Summary for Jurisdiction Wide, All Races Official Final Election Day Results, March 2018 | |
| LUPE-247 | El Paso County Depo. (30b6) (Wise 4.18.23), Exh. No. 4 | SOS, Ballots by Mail Accepted/Ballots by Mail Rejected/% Rejected by County, Nov 2022 General Election | |
| LUPE-248 | El Paso County Depo. (30b6) (Wise 4.18.23), Exh. No. 7 | El Paso County, Cured Ballot Overall Summary Report, 2022 November General, March 2023 | |
| LUPE-249 | El Paso County Depo. (30b6) (Wise 4.18.23), Exh. No. 9 | El Paso County, Single Election Status Codes Screenshot | |
| LUPE-250 | Harris County Depo. (30b6) (Colvin 3.21.23), Exh. No. 11 | Harris County, Election Reconciliation - Official Totals, November 2022 | |
| LUPE-252 | Harris County Depo. (30b6) (Obakozuwa 3.21.23), Exh. No. 18 | Harris County Presentation, Black Ballot Rejection Rates, March 2022 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-253 | Hidalgo County Depo. (30b6) (Salinas 4.20.23), Exh. No. 4 | Hidalgo County, Absentee Rejected Letter List, Mail Dates: 08/01/2022 to 12/31/2022, March 2023 | |
| LUPE-254 | Hidalgo County Depo. (30b6) (Salinas 4.20.23), Exh. No. 7 | Hidalgo County, 2022 General Elections - Ballot List Returned Between 1/01/22 and 11/10/22 | |
| LUPE-255 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 10 | SOS, Election Division Advisories Website | |
| LUPE-256 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 11 | SOS Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures (Primary Focused), February 2022 | |
| LUPE-257 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 14 | SOS Presentation, FAQs with Elections Division 2/24/2022, February 2022 | |
| LUPE-258 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 4 | SOS Presentation, Cancellation of Ballot by Mail, February 2022 | |
| LUPE-259 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 5 | SOS Presentation, Early Voting in Person Changes, January 2022 | |
| LUPE-260 | Ingram Depo (30b1) (4.28.22), Exh. No. 6 | Email from Sam Taylor to Kristi Hart, February 2022 | |
| LUPE-261 | SOS Depo. (30b6) (Ingram 4.26.22), Exh. No. 22 | SOS, Press Release, Secretary Hughs Commends Texas Voters Following November 3rd General Election, November 2020 | |
| LUPE-262 | SOS Depo. (30b6) (Ingram 5.6.22), Exh. No. 18 | Email Thread from Adam Bitter to John Scott, et al, December 2021 | |
| LUPE-263 | SOS Depo. (30b6) (Ingram 5.6.22), Exh. No. 4 | Email from Keith Ingram to Justin Williamson, et al., April 2022 | State Defendants: Cumulative, Duplicative, Repetitive |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-264 | White Depo (30b1) (4.27.22), Exh. No. 6 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Resolved, April 2022 | |
| LUPE-265 | | Blank Form, Voter Information, January 2018 | |
| LUPE-266 | | Census Data, ACSDT1Y2021.B16005A, Texas, White alone population 5 years and over | |
| LUPE-267 | | Census Data, ACSDT1Y2021.B16005I, Texas, Hispanic or Latino 5 years and over | |
| LUPE-268 | | Census Data, ACSDT5Y2021.B16005, Texas, Population 5 years and over | |
| LUPE-269 | | Census Data, Section 203, All Areas | |
| LUPE-270 | | SOS November 2022 Voter Registration Figures Website | |
| LUPE-271 | | SOS Political Subdivisions Forms Index Website, May 2023 | |
| LUPE-272 | | SOS Turnout and Voter Registration Figures (1970-current) Website | |
| LUPE-273 | | Mail Ballot Carrier Envelope, Stella Guerrero Mata, November 2022 | |
| LUPE-274 | | Nov 8 2022 General Election Ballot Rejection Letter from Harris County Elections Administrator's Office to Stella Guerrero Mata | |
| LUPE-275 | | Application for Ballot by Mail, Stella Guerrero Mata, November 2022 | |
| LUPE-276 | | Mail Ballot Carrier Envelope, Esmeralda Perales, February 2022 | |
| LUPE-277 | | Mail Ballot Carrier Envelope, Louis Perales, February March 2022 | |
| LUPE-278 | | Bexar County, Call Notes Regarding Esmeralda Perales and Louis Perales | |
| LUPE-279 | | Excerpts of Deposition, Alan Vera, February 27, 2023 | |
| LUPE-280 | | Excerpts of Deposition, Cindy Siegel, February 28, 2023 | |
| LUPE-281 | | Excerpts of Deposition, Douglas Kruse, May 3, 2022 | |
| LUPE-282 | | Excerpts of Deposition, Hilda Salinas, April 20, 2023 | |

LUPE PLAINTIFFS' TRIAL EXHIBIT LIST

| Exh. No. | Document Identifier | Description | Objection |
|---|---|---|---|
| LUPE-283 | | Excerpts of Deposition, Juanita Valdez Cox, March 4, 2022 | |
| LUPE-284 | | Excerpts of Deposition, Maria Gomez, April 25, 2023 | |
| LUPE-285 | | Excerpts of Deposition, Rivelino Lopez, April 13, 2023 | |
| LUPE-286 | | Excerpts of Deposition, Rivelino Lopez, April 29, 2022 | |
| LUPE-287 | | Excerpts of Deposition, Susan Fountain, April 26, 2023 | |

In addition to the exhibits identified above, LUPE plans to substitute joint exhibits for the following exhibits initially identified as LUPE exhibits:

| Original Exh. No. | Joint Exh. No. |
|---|---|
| LUPE-113 | Joint Exh. 13 |
| LUPE-191 | Joint Exh. 18 |
| LUPE-251 | Joint Exh. 40 |
| LUPE-131 | Joint Exh. 43 |
| LUPE-147 | Joint Exh. 44 |
| LUPE-153 | Joint Exh. 45 |
| LUPE-168 | Joint Exh. 56 |
| LUPE-190 | Joint Exh. 63 |