# EXHIBIT B

LUPE Plaintiffs' Trial Outline

| Claim | Expected Witnesses | Expected Exhibits |
|---|---|---|
| Count I: First and Fourteenth Amendments - Undue Burden on the Right to Vote (*Anderson-Burdick*) | Christina Adkins<br>Lydia Camarillo<br>Joey Cardenas<br>Tania Chavez<br>Toby Cole<br>Dana DeBeauvoir<br>Remi Garza<br>Maria Gomez (deposition designations)<br>Stella Guerrero Mata<br>Keith Ingram<br>Dr. Douglas Kruse<br>Rivelino Lopez (deposition designations)<br>Diana Maldonado<br>Esmeralda Perales<br>Louis Perales<br>Tacoma Phillips<br>Yvonne Ramon<br>Cristela Rocha<br>Hilda Ann Salinas<br>Michael Scarpello<br>Dr. Andres Tijerina<br>Juanita Valdez-Cox<br>Jonathan White<br>Lisa Wise | LUPE-001; LUPE-002; LUPE-009; LUPE-010; LUPE-011; LUPE-013; LUPE-016; LUPE-017; LUPE-021; LUPE-022; LUPE-026; LUPE-027; LUPE-030; LUPE-034; LUPE-035; LUPE-036; LUPE-037; LUPE-038; LUPE-039; LUPE-040; LUPE-042; LUPE-043; LUPE-044; LUPE-045; LUPE-046; LUPE-047; LUPE-048; LUPE-049; LUPE-050; LUPE-051; LUPE-052; LUPE-053; LUPE-054; LUPE-055; LUPE-056; LUPE-057; LUPE-058; LUPE-059; LUPE-060; LUPE-061; LUPE-064; LUPE-065; LUPE-068; LUPE-072; LUPE-073; LUPE-075; LUPE-076; LUPE-077; LUPE-078; LUPE-081; LUPE-083; LUPE-085; LUPE-086; LUPE-087; LUPE-091; LUPE-094; LUPE-096; LUPE-098; LUPE-099; LUPE-100; LUPE-101; LUPE-106; LUPE-107; LUPE-108; LUPE-111; LUPE-114; LUPE-115; LUPE-116; LUPE-117; LUPE-119; LUPE-120; LUPE-121; LUPE-123; LUPE-124; LUPE-125; LUPE-126; LUPE-127; LUPE-128; LUPE-129; LUPE-130; LUPE-132; LUPE-134; LUPE-139; LUPE-140; LUPE-144; LUPE-145; LUPE-146; LUPE-149; LUPE-150; LUPE-151; LUPE-152; LUPE-154; LUPE-157; LUPE-159; LUPE-161; LUPE-164; LUPE-165; LUPE-166; LUPE-169; LUPE-170; LUPE-171; LUPE-173; LUPE-174; LUPE-175; LUPE-179; LUPE-180; LUPE-181; LUPE-185; LUPE-186; LUPE-187; LUPE-188; LUPE-190; LUPE-191 LUPE-192; LUPE-193; LUPE-194; LUPE-195; LUPE-196; LUPE-197; LUPE-199; LUPE-225; LUPE-226; LUPE-229; LUPE-231; LUPE-233; LUPE-234; LUPE-236; LUPE-237; LUPE-238; LUPE-239; LUPE-240; LUPE-241;  LUPE-242; LUPE-243; LUPE-244; LUPE-245; LUPE-246; LUPE-247; LUPE-248; LUPE-249; LUPE-250; LUPE-251; LUPE-252; LUPE-253; LUPE-254; LUPE-255; LUPE-256; LUPE-257; LUPE-258; LUPE-260; |

LUPE Plaintiffs' Trial Outline

| | | |
|---|---|---|
| | | LUPE-262; LUPE-263; LUPE-270 ; LUPE-271; LUPE-272; LUPE-273; LUPE-274; LUPE-276; LUPE-277; LUPE-278; LULAC-002; LULAC-003; LULAC-006; HAUL-MFV 310; HAUL-MFV 332; HAUL-MFV 333; OCAPX-255; OCAPX-260 ; LULAC-097; LULAC-101; LULAC-102; LULAC-103; HAUL-MFV 284 |
| Count II: Fourteenth Amendment - Intentional Discrimination | Christina Adkins<br>John Bucy<br>Tania Chavez<br>Dr. Henry Flores<br>Maria Gomez (deposition designations)<br>Jessica Gonzalez<br>Keith Ingram<br>Cristela Rocha<br>Cindy Siegel (deposition designations)<br>Dr. Andres Tijerina<br>Juanita Valdez-Cox<br>Alan Vera (deposition designations)<br>Jonathan White | LUPE-001; LUPE-003; LUPE-077; LUPE-087; LUPE-261; HAUL-MFV 332 |
| Count III: Fifteenth Amendment - Racial Discrimination in Voting | Christina Adkins<br>John Bucy<br>Tania Chavez<br>Dr. Henry Flores<br>Maria Gomez (deposition designations)<br>Jessica Gonzalez<br>Keith Ingram<br>Cristela Rocha<br>Cindy Siegel (deposition designations)<br>Dr. Andres Tijerina | LUPE-001; LUPE-003; LUPE-077; LUPE-087; LUPE-261; HAUL-MFV 332; OCAPX-260 |

| | | |
|---|---|---|
| | Juanita Valdez-Cox<br>Alan Vera (deposition designations)<br>Jonathan White | |
| Count IV: Section 2 of the Voting Rights Act - Discriminatory Results | Lisa Wise<br>Michael Scarpello<br>Tacoma Phillips<br>Remi Garza<br>Yvonne Ramon<br>Lydia Camarillo<br>Joey Cardenas<br>Tania Chavez<br>Toby Cole<br>Dana DeBeauvoir<br>Maria Gomez (deposition designations)<br>Dr. Douglas Kruse<br>Diana Maldonado<br>Cristela Rocha<br>Hilda Ann Salinas<br>Dr. Andres Tijerina<br>Juanita Valdez-Cox | LUPE-001; LUPE-002; LUPE-003; LUPE-266; LUPE-267; LUPE-268; LUPE-269; LUPE-077; LUPE-261; HAUL-MFV 059; HAUL-MFV 310; HAUL-MFV 332; HAUL-MFV 333; OCAPX-260; LUPE-069; LUPE-070; LULAC-018 |
| Count V: Section 208 of the Voting Rights Act (6.03, 6.04, 6.05, 6.06, 7.04) | Lydia Camarillo<br>Joey Cardenas<br>Tania Chavez<br>Toby Cole<br>Dana DeBeauvoir<br>Dr. Henry Flores<br>Remi Garza<br>Maria Gomez (deposition designations) | LUPE-002; LUPE-003; LUPE-004; LUPE-005; LUPE-006; LUPE-007; LUPE-008; LUPE-014; LUPE-018; LUPE-023; LUPE-024; LUPE-028; LUPE-029; LUPE-041; LUPE-062 ; LUPE-063 ; LUPE-066 ; LUPE-075 ; LUPE-083; LUPE-085; LUPE-086; LUPE-094; LUPE-097; LUPE-119; LUPE-122; LUPE-132; LUPE-136; LUPE-138; LUPE-158; LUPE-163; LUPE-168; LUPE-172; LUPE-189; LUPE-228; LUPE-230; LUPE-255; LUPE-266; LUPE-267; LUPE-268; LUPE-269; |

LUPE Plaintiffs' Trial Outline

| | | |
|---|---|---|
| | Dr. Douglas Kruse<br>Diana Maldonado<br>Tacoma Phillips<br>Yvonne Ramon<br>Cristela Rocha<br>Hilda Ann Salinas<br>Michael Scarpello<br>Dr. Andres Tijerina<br>Juanita Valdez-Cox<br>Lisa Wise | LUPE-271; LUPE-285; LUPE-286; LUPE-287; HAUL-MFV 059; HAUL-MFV 284 |
| Count VI: Title II of the Americans with Disabilities Act (6.03, 6.04, 6.05, 6.06, 7.04) | Tania Chavez<br>Toby Cole<br>Dr. Henry Flores<br>Remi Garza<br>Maria Gomez (deposition designations)<br>Dr. Douglas Kruse<br>Tacoma Phillips<br>Yvonne Ramon<br>Cristela Rocha<br>Hilda Ann Salinas<br>Michael Scarpello<br>Juanita Valdez-Cox<br>Lisa Wise | LUPE-002; LUPE-004; LUPE-005; LUPE-006; LUPE-007; LUPE-008; LUPE-014; LUPE-015; LUPE-018; LUPE-023; LUPE-024; LUPE-028; LUPE-029;LUPE-041; LUPE-062; LUPE-066; LUPE-074; LUPE-094 LUPE-095 ; LUPE-097; LUPE-119; LUPE-122; LUPE-132; LUPE-135; LUPE-136; LUPE-137; LUPE-138; LUPE-172; LUPE-179; LUPE-189; LUPE-228; LUPE-230; LUPE-255; LUPE-259; LUPE-271; LUPE-284; LUPE-285; LUPE-286; HAUL-MFV 284 |
| Count VII: First and Fourteenth Amendment: Free Speech and Void for Vagueness (7.04) | Tania Chavez<br>Dana DeBeauvoir<br>Remi Garza<br>Tacoma Phillips | LUPE-003; LUPE-075; LUPE-083; LUPE-085; LUPE-086; LUPE-255; LUPE-279; LUPE-287 |

| | | |
|---|---|---|
| | Yvonne Ramon<br>Hilda Ann Salinas<br>Michael Scarpello<br>Juanita Valdez-Cox<br>Lisa Wise | |
| Count VIII: Fourteenth Amendment - Void for Vagueness (4.09, 8.01) | Dana DeBeauvoir<br>Rick Ertel<br>Remi Garza<br>James Lewin<br>Tacoma Phillips<br>Yvonne Ramon<br>Hilda Ann Salinas<br>Michael Scarpello<br>Cindy Siegel<br>Alan Vera (deposition designations)<br>Lisa Wise | LUPE-018; LUPE-019; LUPE-020; LUPE-025; LUPE-067; LUPE-079; LUPE-080; LUPE-082; LUPE-084; LUPE-086; LUPE-089 ; LUPE-091; LUPE-103; LUPE-104; LUPE-109; LUPE-110; LUPE-112; LUPE-113; LUPE-118; LUPE-126; LUPE-147; LUPE-149; LUPE-155; LUPE-156; LUPE-160; LUPE-162; LUPE-163; LUPE-167; LUPE-174; LUPE-177; LUPE-182; LUPE-183; LUPE-184; LUPE-185; LUPE-186; LUPE-187; LUPE-188; LUPE-201; LUPE-202; LUPE-203; LUPE-224; LUPE-228; LUPE-232; LUPE-255; LUPE-271; LUPE-279; LUPE-287; LUPE-280; HAUL-MFV 284 |
| Organizational Standing | Danielle Ayers<br>Lydia Camarillo<br>Joey Cardenas<br>Cesar Espinoza<br>Josh Houston<br>Diana Maldonado<br>Jana Ortega | LUPE-204; LUPE-205; LUPE-206; LUPE-207; LUPE-208; LUPE-209; LUPE-210; LUPE-211; LUPE-212; LUPE-213; LUPE-214; LUPE-215; LUPE-216; LUPE-217; LUPE-218; LUPE-219; LUPE-220; LUPE-221 |