IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br><br>GREGORY W. ABBOTT, et al.,<br><br>*Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br><br>JANE NELSON, et al.,<br><br>*Defendants.* | 1:21-cv-0780-XR |

**OCA, HAUL, AND LULAC PLAINTIFFS' PARTIALLY UNOPPOSED
MOTION TO SUBSTITUTE DEFENDANT HARRIS COUNTY ELECTIONS
ADMINISTRATOR FOR HARRIS COUNTY CLERK**

Pursuant to Federal Rule of Civil Procedure 25(d), OCA Plaintiffs,[1] HAUL Plaintiffs,[2] and LULAC Plaintiffs[3] (collectively, "Plaintiffs") respectfully move the Court to substitute Harris County Clerk Teneshia Hudspeth in her official capacity as a Defendant in place of Harris County Elections Administrator Clifford Tatum, also sued in his official capacity. The Harris County Clerk, State Defendants, GOP Intervenor-Defendants, Travis County Defendants, Bexar County

---

[1] Plaintiffs OCA-Greater Houston (OCA-GH), League of Women Voters of Texas (LWVTX), and REVUP-Texas (REVUP).
[2] Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons.
[3] Plaintiffs LULAC Texas ("LULAC"), Texas Alliance for Retired Americans ("TARA"), Texas AFT ("AFT"), and Voto Latino.

1

Defendants, Dallas County Defendants, and El Paso County Elections Administrator do not oppose this motion. The remaining Defendants did not indicate a position prior to the filing of this motion.

Federal Rule of Civil Procedure 25(d) directs that when a "public officer who is a party in an official capacity . . . ceases to hold office while the action is pending[, t]he officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). "The rule applies not only when A is substituted for B in a particular office but also when a particular function is transferred from one office to another office." 7C Fed. Prac. & Proc. Civ. § 1960 & n.6 (3d ed.) (collecting authority). Accordingly, courts routinely apply Rule 25(d) to substitute defendants when the authority to carry out a relevant duty transfers to another office or agency. *See, e.g.*, *Lezzar v. Heathman*, No. 4:11-CV-4168, 2012 WL 4867696, at *10 (S.D. Tex. Oct. 11, 2012) (substituting defendant pursuant to Rule 25(d) following "transfer of authority to adjudicate applications for naturalization from the Attorney General of the United States to the Secretary of Homeland Security"); *Ogburn v. Callahan*, 992 F. Supp. 882, 891 (E.D. Tex. 1997) (substituting defendant pursuant to Rule 25(d) where "the function of the Secretary of Health and Human Services in Social Security cases was transferred to the Commissioner of Social Security"); *Top Flight Ent., Ltd. v. Schuette*, 729 F.3d 623, 630 n.1 (6th Cir. 2013) (collecting authority); *Lee v. Callahan*, 116 F.3d 484, 1997 WL 334999 (9th Cir. 1997).

Plaintiffs each bring claims against the Harris County Elections Administrator in his official capacity because he was, at the time this litigation began, responsible for enforcing numerous provisions enacted by S.B. 1.[4] On September 1, 2023, pursuant to a change under state law, Harris County abolished the office of its Elections Administrator and transferred "all powers

---

[4] OCA Plaintiffs' 2d Am. Compl., ECF No. 200 at 21; LULAC Plaintiffs' 2d. Am. Compl., ECF No. 207 at 12; HAUL Plaintiffs' 2d Am. Compl., ECF. No. 199 at 35. When Harris County Elections Administrator Cliff Tatum assumed office, he was substituted for his predecessor, Isabel Longoria, as a defendant in this action pursuant to Rule 25(d). *See, e.g.*, ECF No. 541.

2

and duties" of the office to the Harris County Clerk and County Tax-Assessor.[5] The Elections Administrator's voter registration duties were transferred to the County Tax-Assessor and are not implicated by Plaintiffs' claims.[6] The Elections Administrator's remaining duties, including those relevant to Plaintiffs' claims challenging S.B. 1, were transferred to the office of the Harris County Clerk.[7] Accordingly, "by force of law" under Rule 25(d), *Air Line Pilots Ass'n, Int'l v. C.A.B.*, 750 F.2d 81, 87 (D.C. Cir. 1984), County Clerk Teneshia Hudspeth should be "automatically substituted as a party" in this matter, Fed. R. Civ. P. 25(d).

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully move for the Court to substitute Harris County Clerk Teneshia Hudspeth in her official capacity as a Defendant in place of Harris County Elections Administrator Clifford Tatum.

Dated: September 6, 2023

Respectfully submitted,

/s/ Zachary Dolling

Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
Veronikah Warms*

Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightspr

---

[5] 88th Leg. R.S., S.B. 1750, (to be codified as an amendment to Tex. Elec. Code § 31.050).

[6] *Id.* ("The county tax assessor-collector shall serve as the voter registrar . . .").

[7] *Id.* ("[T]he duties and functions of the county clerk that were performed by the administrator revert to the county clerk."); Faith Bugenhagen, *Harris County Commissioners Divvy Up the Duties of the Abolished Election Administrator's Office*, HOUS. PRESS (Aug. 30, 2023), https://www.houstonpress.com/news/commissioners-reshuffle-the-duties-of-discontinued-elections-administrators-office-16375070 ("[County Clerk] Hudspeth will oversee election management, while [County Tax Assessor] Bennett will handle voter registration. They will officially take over operations on Friday [September 1].").

oject.or

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Adriana Pinon
Texas Bar No. 24089768
**ACLU FOUNDATION
OF TEXAS, INC.**
1018 Preston
Houston, TX 77002
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
apinon@aclutx.org
Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No. 24033013
PETER HOFER
Texas State Bar No. 09777275
CHRISTOPHER MCGREAL
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN
LEGAL DEFENSE AND
EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW,
Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

***COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.***

*admitted *pro hac vice*

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Noah B. Baron*
Michael B. Jones*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
nbaron@elias.law
mjones@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

***Counsel for Texas LULAC, Voto Latino, Texas AFT, and Texas Alliance for Retired Americans ("LULAC Plaintiffs")***

*admitted pro hac vice

/s/ J. Michael Showalter
J. Michael Showalter
ARENTFOX SCHIFF LLP
South Wacker Drive,
Suite 7100
Chicago, IL 60606
j.michael.showalter@afslaw.com
Tel: (312) 258-5561
Eitan Berkowitz
Derek Ha
(appearances forthcoming)
ARENTFOX SCHIFF LLP
44 Montgomery St.,
38th Floor
San Francisco, CA 94104
eitan.berkowitz@afslaw.com
derek.ha@afslaw.com
Tel: (415) 757-5500
Jennifer A. Holmes*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street N.W.
Suite 600
Washington, DC 2005
jholmes@naacpldf.org
Tel: (202) 683-1300

Victor Genecin*
Amir Badat*

Breanna Williams*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
vgenecin@naacpldf.org
abadat@naacpldf.org
bwilliams@naacpldf.org
Kenneth Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
**REED SMITH LLP**
811 Main Street
Suite 1700
Houston, TX 77002
kbroughton@reedsmith.com
kpippin@reedsmith.com
Tel: (713) 469-3819
Sarah Cummings Stewart
Texas Bar No. 24094609

Reed Smith LLP
2850 N. Harwood Street,
Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com
Shira Wakschlag*
**The Arc of the United States, Inc.**
1825 K Street, NW,
Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org
*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc;*
*The Arc of Texas; and Jeffrey Lamar Clemmons ("HAUL Plaintiffs")*
*admitted pro hac vice

**CERTIFICATE OF SERVICE**

On September 6, 2023, I filed the foregoing using the CM/ECF system of the Western District of Texas, which will send notification of this filing to counsel of record.

*/s/ Zachary Dolling*

**CERTIFICATE OF CONFERENCE**

I certify that on September 5, 2023, I conferred via e-mail with counsel for Defendants. The Harris County Clerk, State Defendants, GOP Intervenor-Defendants, Travis County Defendants, Bexar County Defendants, Dallas County Defendants, and El Paso Elections Administrator do not oppose this motion. The remaining Defendants did not indicate a position prior to the filing of this motion.

*/s/ Zachary Dolling*