IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br><br>GREGORY W. ABBOTT, et al.,<br><br>*Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br><br>JANE NELSON, et al.,<br><br>*Defendants.* | 1:21-cv-0780-XR |

**[PROPOSED] ORDER GRANTING OCA, HAUL, AND LULAC PLAINTIFFS' PARTIALLY UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT**

On this date, the Court took under submission OCA-GH, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to substitute Harris County Clerk Teneshia Hudspeth in her official capacity as Defendant in place of Harris County Elections Administrator Clifford Tatum under Federal Rule of Civil Procedure 25(d).

The Court, after reviewing the motion, is of the opinion that the motion is well-taken and should be in all things GRANTED.

It is therefore **ORDERED** that Harris County Clerk Teneshia Hudspeth in her official capacity is substituted as a Defendant in place of Harris County Elections Administrator Clifford Tatum.

SIGNED this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE