**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., § <br> *Plaintiffs,* § <br> § <br> v. §    Case No. 5:21-cv-844-XR <br> § <br> GREGORY W. ABBOTT, et al., § <br> *Defendants.* § <br> § | |

## STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; Angela Colmenero, in her official capacity as Provisional Attorney General of Texas; and the State of Texas ("State Defendants"), file this Notice of Appearance to alert the Court that Ethan Szumanski will appear as counsel in the above-captioned case along with counsel listed below. Mr. Szumanski is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

| | |
|---|---|
| Date: September 6, 2023 | Respectfully submitted. |
| ANGELA COLMENERO<br>Provisional Attorney General | RYAN G. KERCHER<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |

*/s/ Ethan Szumanski*
ETHAN SZUMANSKI
Assistant Attorney General
Tex. State Bar No. 24123966

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov
ethan.szumanski@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 6, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Ethan Szumanski*
ETHAN SZUMANSKI