**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., *Plaintiffs,* | § § § § | |
| v. | § § | Case No. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., *Defendants.* | § § § | |

## STATE DEFENDANTS' NOTICE OF APPEARANCE

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; Angela Colmenero, in her official capacity as Provisional Attorney General of Texas; and the State of Texas ("State Defendants"), file this Notice of Appearance to alert the Court that Jameson Joyce will appear as counsel in the above-captioned case along with counsel listed below. Mr. Joyce is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is in the signature block below.

Date: September 6, 2023

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

Respectfully submitted.

RYAN G. KERCHER
Deputy Chief, General Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

WILLIAM D. WASSDORF
Assistant Attorney General
Tex. State Bar No. 24103022

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

*/s/ Jameson Joyce*
JAMESON JOYCE
Assistant Attorney General
Tex. State Bar No. 24110070

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov
jameson.joyce@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 6, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Jameson Joyce*
JAMESON JOYCE