**Instances of Suspected Illegal Voting Since March 1, 2018 - Cases Opened**
(Sorted by Voter Registration County; # of Votes Since March 1, 2018; and # of Votes since January 2012)
Number of Votes = 324 ;  Number of Voters = 279

| Investigator | Badge # | Analyst | Registration County | VUID | A-Number | Person ID | First Name | Middle Name | Last Name | Date of Birth | DL Number | DL Expiration Date | State ID Number | State ID Expiration Date | USCIS Status | Record Found (per USCIS) | Naturalization Date | # of Votes Since Mar 1, 2018 | # of Votes Since January 2012 | Election Date | Election Type | Election Party | Election Voting Method | DPS Address County (from Registration as of 2/2019) | DAG Case Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James Quinn | 651 | Miller | ANGELINA | 1031940034 | 70832592 | 17654162 | ALAURA | LEIGH | SHELTON | 2/2/1968 | 16592664 | 2/2/2022 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | ANGELINA | CX7709456945 |
| James Quinn | 651 | Miller | ANGELINA | 1051568568 | 14745672 | 3169898 | MARTINA | A | LERMA | 6/13/1963 | 1211288 | 6/13/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | GENERAL ELECTION | | | ANGELINA | CX2151364650 |
| Eli Garcia | 647 | Kleinert | BEXAR | 1181442791 | 99277661 | 24844766 | JESSICA | KARINA | MONDRAGON | 7/1/1993 | 34135952 | 7/1/2025 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX5970776289 |
| Eli Garcia | 647 | Kleinert | BEXAR | 1184928545 | 60475454 | 26309145 | CECIA | K | VILLANUEVA | 3/21/1994 | 38067715 | 3/21/2021 | 36227865 | 3/21/2019 | Unable to Confirm Electronically | Y | | 1 | 5 | 11/6/2018 | GENERAL ELECTION | | ED | BEXAR | CX5722406852 |
| Eli Garcia | 647 | Kleinert | BEXAR | 1213911502 | 62690356 | 26555896 | THUONG | KIM | DD | 2/16/1992 | 36569712 | 2/16/2025 | | | Confirmed USC | Y | 12/13/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX2114343575 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2140249955 | 89577795 | 28997208 | DE ANTHONY | DEVANTE | BROWN | 5/16/1995 | 40026154 | 5/16/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX6461588277 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2142028215 | 97840455 | 1320716 | XOCHITL | CITLALLI | BYNUM | 9/26/1987 | 27819611 | 9/26/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX9782156880 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2149064105 | 55498940 | 18017991 | HEIDI | MAARIT | EVANS | 6/13/1982 | 35478648 | 6/13/2021 | | | Unable to Confirm Electronically | Y | 6/13/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX5321427891 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2149898775 | 89067850 | 26551428 | JESSICA | MARGARITA | ORTIZ | 9/5/1997 | 41064934 | 9/5/2025 | 36719884 | 9/5/2018 | Confirmed USC | Y | 6/13/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX1440740214 |
| Eli Garcia | 151133030 | 20475428 | 27457944 | ZATKARIN | | | | | | 5/3/1987 | 37896905 | 5/3/2021 | | | Confirmed USC | Y | 2/15/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | BEXAR | CX1510349724 |
| Eli Garcia | 647 | Kleinert | BEXAR | 2151608597 | 58160236 | 24552495 | SAWRABHYA | VARUGHESE | KALAPURAKKAL | 11/7/1995 | 35757848 | 11/7/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX3048596555 |
| James Quinn | 651 | Miller | BRAZORIA | 1177056824 | 79006655 | 8458846 | | | YOLANDA CASTILLO | 11/19/1972 | 5409219 | 11/19/2024 | | | Unable to Confirm Electronically | Y | | 2 | 6 | 3/6/2018 | GENERAL ELECTION | R | ED | BRAZORIA | CX2369779837 |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | EV | | |
| James Quinn | 651 | Miller | BRAZORIA | 2122144249 | 41570238 | 13537088 | GAYLA | R | MURPHY | 5/25/1983 | 18424417 | 5/25/2021 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | BRAZORIA | CX5045757516 |
| James Quinn | 651 | Miller | BRAZOS | 1216274990 | 200381700 | 24616264 | MICHAEL | JOSE | ORTIZ GUTIERREZ | 3/17/1995 | 38822525 | 3/17/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | BRAZOS | CX6802983420 |
| James Quinn | 651 | Miller | BRAZOS | 2148155598 | 57545625 | 16722923 | NELSO | WOLLY | MOWER | 2/9/1984 | 19614111 | 2/9/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | FORT BEND | CX0160448578 |
| James Quinn | 651 | Miller | BRAZOS | 2148266201 | 59164196 | 26307105 | JULIE | | JOSEPH | 5/5/1997 | 36225043 | 5/5/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX5257691986 |
| James Quinn | 651 | Miller | CHAMBERS | 2125824676 | 81520367 | 27144257 | ENRIQUE | | MELGOZA | 8/13/1972 | 37396849 | 8/13/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | CHAMBERS | CX4525877809 |
| James Quinn | 651 | Miller | COLLIN | 2123969277 | 55547002 | 27782996 | CHRISTOPHER | NICHOLAS | FRASCA | 3/2/1998 | 38301818 | 3/2/2022 | | | Confirmed USC | Y | 11/22/2018 | 3 | 4 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX3276942678 |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | DEM | ED | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | |
| James Quinn | 651 | Miller | COLLIN | 2140407588 | 88001187 | 29025061 | SHACHAR | | ALBALANCY | 10/14/1979 | 40055345 | 10/14/2023 | | | Unable to Confirm Electronically | Y | | 2 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX7125407050 |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | |
| James Quinn | 651 | Miller | COLLIN | 1075814282 | 210056802 | 50255459 | MARY | | FORDJOUR | 5/24/1949 | | | | | Confirmed USC | Y | 5/10/2018 | 1 | 10 | 3/6/2018 | PRIMARY | R | EV | COLLIN | CX1564531857 |
| James Quinn | 651 | Miller | COLLIN | 1215823617 | 35138849 | 6827156 | LOLITA | R | DAVIS | 7/7/1974 | 20226962 | 7/7/2021 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX2498325574 |
| James Quinn | 651 | Miller | COLLIN | 1211942609 | 59960033 | 27467814 | SANDRA | EBONKASOMI | AKIDTU | 6/10/1976 | 37849210 | 6/10/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX3570425595 |
| James Quinn | 651 | Miller | COLLIN | 2123863252 | 88829591 | 18542512 | FUNMILAYO | EFUN | AKINSOLA | 9/10/1963 | 20590901 | 10/9/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX9593094106 |
| James Quinn | 651 | Miller | COLLIN | 2131595676 | 62200281 | 25028345 | MOHAMMAD | ABDELBASET | ALMASADI | 1/27/1994 | 36307615 | 1/27/2025 | 35686655 | 1/27/2019 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX9052574959 |
| James Quinn | 651 | Miller | COLLIN | 1077083948 | 75336449 | 22134205 | OMAR | SAYED | ABDALLA | 6/21/1986 | 19900895 | 6/21/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | COLLIN | CX4995285597 |
| Luis Delgado | 659 | Miller | DALLAS | 2138819930 | 63859544 | 29104414 | DANIEL | ISAAC | MIRANDA AYALA | 9/7/1999 | | | | | Unable to Confirm Electronically | Y | | 3 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX1938786882 |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | DEM | EV | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | |
| Luis Delgado | 659 | Miller | DALLAS | 2121938816 | 63732352 | 28955789 | THUY | THI THANH | DANG | 5/25/1969 | 40052969 | 5/25/2022 | 39969493 | 5/25/2019 | Unable to Confirm Electronically | Y | | 2 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX8510152742 |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | |
| Luis Delgado | 659 | Miller | DALLAS | 2135003545 | 45634654 | 27865400 | STEPHAN | A | SCHNELL | 8/15/1954 | 38422149 | 8/13/2020 | | | Unable to Confirm Electronically | Y | | 2 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX4737924036 |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | |
| Luis Delgado | 659 | Miller | DALLAS | 1147205686 | 28089567 | 11152886 | JUAN | FRANCISCO | PIMENTEL | 12/8/1955 | 8087592 | 12/8/1998 | 25496777 | 12/8/2019 | Unable to Confirm Electronically | Y | | 1 | 6 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX0051196550 |
| Luis Delgado | 659 | Miller | DALLAS | 1193474505 | 58747444 | 1909565 | MARIA | D | DIAZ DE HERNANDEZ | 5/24/1968 | 27857514 | 5/24/2021 | | | Unable to Confirm Electronically | Y | | 1 | 4 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX2578385715 |
| Luis Delgado | 659 | Miller | DALLAS | 1195331851 | 200547676 | 5858947 | MARIYA | IVANOVA | OVCHAROV | 8/1/1968 | 20714815 | 9/12/2024 | | | Unable to Confirm Electronically | Y | | 1 | 4 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7568010115 |
| Luis Delgado | 659 | Miller | DALLAS | 1207899685 | 62502950 | 27447820 | LEE | A | NOTICE | 12/5/1995 | 38185916 | 12/5/2026 | 37820461 | 12/5/2019 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX4540059610 |
| Luis Delgado | 659 | Miller | DALLAS | 1208852919 | 57650345 | 27711871 | LISETTE | C | MORALES-MARINERO | 3/20/1984 | 38198752 | 3/20/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX6557440831 |
| Luis Delgado | 659 | Miller | DALLAS | 2120023267 | 64485710 | 29261670 | NATALIA | | GOMEZ | 10/11/1997 | | | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX2340721684 |
| Luis Delgado | 659 | Miller | DALLAS | 2121936891 | 56104627 | 16511778 | CARLOS | | RAMIREZ GUZMAN | 7/20/1985 | 25008853 | 7/20/2019 | 19071326 | 7/20/2009 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7889959902 |
| Luis Delgado | 659 | Miller | DALLAS | 2130149245 | 55610896 | 25045907 | DIVYA | M | THOMAS | 11/9/1995 | 34419936 | 11/9/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX6465835024 |
| Luis Delgado | 659 | Miller | DALLAS | 2131141565 | 64865005 | 50024804 | MAJENQA | SIMBULAN | BRIDGES | 11/20/1962 | | | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX2891696997 |
| Luis Delgado | 659 | Miller | DALLAS | 1194980145 | 95524258 | 6105690 | CLARA | | MCGARY | 9/11/1955 | 12207043 | 9/11/2020 | 25664192 | 9/11/2015 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5650405404 |
| Luis Delgado | 659 | Miller | DALLAS | 1219530111 | 204516702 | 27155896 | MIGUEL | ANGEL | GONZALEZ RUIZ | 5/8/1996 | 30578686 | 10/24/2019 | 37546548 | 11/27/2017 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | DALLAS | CX1449004158 |
| Luis Delgado | 659 | Miller | DALLAS | 2002146450 | 212064672 | 26483417 | HASSAN | F | NAJEM | 7/5/1997 | 36470519 | 7/5/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX6884209017 |
| Luis Delgado | 659 | Miller | DALLAS | 2120622534 | 99262936 | 24391183 | SHIRLEY | EYDELLE | SALINAS | 9/29/1994 | 38525769 | 9/29/2018 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX8774345915 |
| Luis Delgado | 659 | Miller | DALLAS | 2131101564 | 44468076 | 17809316 | ANNA | RUTH | SANTOS | 12/8/1979 | 14623918 | 12/8/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7359265785 |
| Anthony Carter | 656 | Miller | DALLAS | 2133045694 | 58737089 | 28704509 | MICHELLE | E | JORDAN | 2/17/1976 | 38611544 | 2/17/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX9184621574 |
| Anthony Carter | 656 | Miller | DALLAS | 2135830677 | 64416922 | 29298608 | KEHINDE | SAMUEL | OLUWAYEMI | 10/26/1996 | 43553619 | 10/26/2024 | 40455716 | 10/26/2022 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5099429545 |
| Anthony Carter | 656 | Miller | DALLAS | 2001504090 | 97589578 | | | | MALEEQ HAYTHAM SHAKHNEER | 7/25/1995 | 36118129 | 7/25/2019 | | | Confirmed USC | Y | 12/29/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7571900717 |
| Anthony Carter | 656 | Miller | DALLAS | 2142915390 | 207615699 | 3157442 | JASLER | | ORTIZ | 9/7/1999 | 42989115 | 9/7/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX7347120628 |
| Anthony Carter | 656 | Miller | DALLAS | 2142955012 | 58651121 | 8456352 | AMADA | P | SANCHEZ | 2/12/1977 | 27501800 | 2/12/2021 | | | Confirmed USC | Y | 3/29/2019 | 1 | 1 | 3/6/2018 | PRIMARY | D | EV | DALLAS | CX1293555324 |
| Anthony Carter | 656 | Miller | DALLAS | 2143004520 | 46250375 | 6857269 | TEJWATIE | NATASHA | GANESH | 4/21/1976 | 21872897 | 4/21/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX6686507958 |
| Anthony Carter | 656 | Miller | DALLAS | 2143815728 | 55529999 | 25189523 | REYNALD | | JACOB | 1/24/1954 | 54828898 | 1/24/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX3515109875 |
| Anthony Carter | 656 | Miller | DALLAS | 2144076081 | 43795321 | 21818114 | JULIO | | VILLANUEVA MARTINEZ | 7/26/1964 | 9695828 | 7/26/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX3515109875 |
| Anthony Carter | 656 | Miller | DALLAS | 2149620753 | 60810171 | 30727262 | KIMIESEMOKUMU | A | OGBOH | 6/6/2000 | 43558425 | 6/6/2025 | 41762891 | 6/6/2023 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX2352429997 |
| Anthony Carter | 656 | Miller | DALLAS | 2150102772 | 59775859 | 12482168 | ADRIANA | E | GONZALEZ | 8/10/1970 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5357503682 |
| Anthony Carter | 656 | Miller | DALLAS | 2150106011 | 204486505 | 28551176 | HIRA | KHURRAM | RAJPUT | 12/15/1995 | 39584788 | 12/15/2021 | | | Confirmed USC | Y | 3/25/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5362752805 |
| Anthony Carter | 656 | Miller | DALLAS | 2150628958 | 200510165 | 24458045 | ISSAREEPORN | | SWEENEY | 4/7/1962 | 35565618 | 4/7/2021 | 33568672 | 4/7/2017 | Confirmed USC | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX4988659815 |
| Anthony Carter | 656 | Miller | DALLAS | 2150645725 | 86920350 | 8159417 | GUADALUPE | | RAMIREZ | 12/12/1959 | 36104577 | 12/12/2024 | 16246855 | 12/12/2013 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DALLAS | CX5376750725 |
| Anthony Carter | 656 | Miller | DALLAS | 2150095406 | 65334685 | 31724514 | BLESSING | EMMANUEL | DION | 5/15/1985 | 43701686 | 5/15/2025 | 43774287 | 5/15/2025 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX5556105886 |
| Anthony Carter | 656 | Miller | DALLAS | 2151155043 | 98076375 | 16987561 | CHANTAL | | SANTIAGO | 4/19/1984 | 35858459 | 4/19/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | WILLIAMSON | CX2465101579 |
| Mark Richardson | 608 | Kleinert | DENTON | 2120585042 | 200465281 | 24362918 | CLAUDIA | | XIMENES | 6/11/1975 | 38487729 | 6/11/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DENTON | CX6836858597 |
| Mark Richardson | 608 | Kleinert | DENTON | 2150861492 | 60452241 | 23395722 | MARIELA | A | ALVAREZ | 9/19/1992 | 34568894 | 9/19/2025 | 28476534 | 9/19/2015 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | DENTON | CX5880711085 |
| Todd Forister | 640 | Miller | EL PASO | 2041753290 | RN40595 | 23976515 | | | ROSALIO CASTILLO LOPEZ | 8/30/1957 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | EV | EL PASO | CX6051638601 |
| Todd Forister | 640 | Miller | EL PASO | 2001629489 | 207252855 | 28464698 | OMAR | E | BARRIGA | 9/18/1974 | 38267311 | 9/18/2020 | | | Unable to Confirm Electronically | Y | | 2 | 3 | 11/6/2018 | GENERAL ELECTION | | EV | EL PASO | CX8546939570 |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | |
| Todd Forister | 640 | Miller | EL PASO | 2135648727 | 61907572 | 26012237 | CHRISTIAN | GABRIEL | LOZANO MANRIQUEZ | 1/20/1999 | 38535285 | 1/20/2023 | 35810242 | 1/20/2020 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | EL PASO | CX0985493448 |
| Todd Forister | 640 | Miller | EL PASO | 2135628745 | 76392826 | 27698835 | JESUS | | NAVARRETE | 2/11/1968 | 34845492 | 2/11/2020 | 38179801 | 2/11/2021 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | EL PASO | CX2658355890 |
| Todd Forister | 640 | Miller | EL PASO | 2157543987 | 62565785 | 27119115 | NADINE | LAHR | SMITH | 6/9/1978 | 37562705 | 6/9/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | EL PASO | CX5198719650 |
| Todd Forister | 640 | Miller | EL PASO | 2145753159 | 87198595 | 1014605 | JAIME | A | TERRAZAS SILVA | 11/21/1985 | 27795179 | 11/21/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | EL PASO | CX7090974761 |
| Mark Richardson | 608 | Kleinert | ELLIS | 2142704104 | 62452274 | 25050575 | JEFFREY | THOMAS | BUCKNAM | 5/23/1980 | 35867593 | 5/23/2024 | | | Unable to Confirm Electronically | Y | | 5 | 5 | 11/6/2018 | GENERAL ELECTION | | EV | ELLIS | CX9766701000 |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | REP | EV | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | EV | | |
| Mark Richardson | 608 | Kleinert | ELLIS | 2121507808 | 55547421 | 25093701 | ROXANNE | | BURTON | 7/13/1985 | 34489744 | 7/13/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | ELLIS | CX5356927497 |

CONFIDENTIAL                                                                                                                                                                                                                        STATE112155

| Reviewer | Code | Reviewer2 | County | ID1 | ID2 | ID3 | First | Middle | Last | DOB | ID4 | Date1 | ID5 | Date2 | Status | Y | Date3 | N1 | N2 | Date4 | Election | Type | County2 | CX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Richardson | 608 | Kleinert | ELLIS | 2150024010 | 87280655 | 20591492 | CARMEN | ALICIA | PENA | 9/19/1962 | 12776175 | 9/19/2024 | | | Confirmed USC | Y | 12/7/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | ELLIS | CX1657655406 |
| John Combs | 655 | Miller | FORT BEND | 2135282063 | 63651931 | 28498786 | DAMILOLA | ELIZABETH | KADIRI | 7/6/1994 | 42012230 | 7/6/2025 | 39515254 | 7/6/2021 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | ED | FORT BEND | CX1458158761 |
| John Combs | 655 | Miller | FORT BEND | 2143184058 | 61599000 | 25760018 | TEMITOPE | OLUSOLA | ADDU | 10/18/1975 | 55441406 | 10/18/2020 | | | Confirmed USC | Y | 8/1/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | FORT BEND | CX2892972924 |
| John Combs | 655 | Miller | FORT BEND | 2148113565 | 135062450 | 9857060 | NKECHI | GERALDINE | MBAH | 10/11/1969 | 22020227 | 10/11/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | FORT BEND | CX7555212752 |
| John Combs | 655 | Miller | FORT BEND | 2149707290 | 65456133 | 31088118 | MANUELA | EWURAMA | APPIAH | 3/18/2000 | 45913023 | 3/18/2025 | 42893862 | 3/18/2024 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | FORT BEND | CX5578698822 |
| John Combs | 655 | Miller | FORT BEND | 2150217246 | 89962105 | 5747040 | LILIANA | CRISTINA | BARRON | 12/10/1986 | 23067597 | 12/10/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | ED | FORT BEND | CX0511810522 |
| John Combs | 655 | Miller | FORT BEND | 2150218451 | 75298737 | 11321625 | JOSE | LUIS | BECERRA | 4/8/1965 | 7467392 | 4/8/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | FORT BEND | CX5714840941 |
| John Combs | 655 | Miller | FORT BEND | 2150631520 | 38756767 | 3956226 | SUSANA | PAOLA | MEJIA | 10/11/1974 | 14124307 | 10/11/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | FORT BEND | CX6318883758 |
| John Combs | 655 | Miller | FORT BEND | 2151740521 | 205397341 | 25042561 | HOCK LIAN | | PANG-WILLIAMS | 11/10/1964 | 35707591 | 2/21/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX3181805420 |
| Rachel Kading | 595 | Kleinert | GUADALUPE | 2147953170 | 00353632 | 21126946 | ELIZABETH | | RUBIO | 6/8/1967 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | ED | GUADALUPE | CX9373482258 |
| Todd Forister | 640 | Miller | HALL | 1010402979 | 90870616 | 29071237 | CELIA | CERROS | DURAN | 8/12/1951 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | R | ED | HALL | CX1223788814 |
| Josie Evans | 505 | Miller | HARRIS | 2127759188 | 36427348 | 26719021 | JEREMY | VAUGHN | JOSEPH | 9/28/1977 | 36789388 | 9/28/2019 | | | Unable to Confirm Electronically | Y | | 2 | 3 | 11/6/2018 | GENERAL ELECTION | | HARRIS | CX6425628594 |
| Josie Evans | 505 | Miller | HARRIS | 1107750741 | 75215788 | 19178964 | JOSE | ANTONIO | LUNA | 9/5/1984 | 17722901 | 9/5/2025 | | | Unable to Confirm Electronically | Y | | 1 | 4 | 11/6/2018 | GENERAL ELECTION | | ED | HARRIS | CX6909020171 |
| Josie Evans | 505 | Miller | HARRIS | 1112115764 | 36844654 | 17781646 | JOANN | V | MITCHELL | 6/17/1975 | 20414601 | 6/17/2021 | 15104538 | 6/17/2008 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX0009761429 |
| Josie Evans | 505 | Miller | HARRIS | 1104422023 | 41858452 | 21858998 | JOSE | | HERRERA-HERRERA | 1/7/1961 | 15839026 | 1/7/2025 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX1204849596 |
| Josie Evans | 505 | Miller | HARRIS | 1107503042 | 40089751 | 11452216 | BARRINGTON | | LEE | 7/16/1954 | 11395717 | 7/16/2021 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX1068809590 |
| Josie Evans | 505 | Miller | HARRIS | 1108921786 | 21615370 | 15551055 | DANIEL | A HERRERA | SALAS | 10/10/1978 | 10555618 | 10/10/2024 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | ED | HARRIS | CX4777498884 |
| Josie Evans | 505 | Miller | HARRIS | 1218156070 | 97209957 | 19539291 | GLORIA | CARMINA | GRANADOS | 8/25/1976 | 17741576 | 8/25/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX3423335249 |
| Shari Milliner | 649 | Miller | HARRIS | 2128581357 | 46417117 | 25536916 | CESAR | JOAQUIN | REYES HERNANDEZ | 7/21/1995 | 37852549 | 7/21/2020 | 54842595 | 7/21/2017 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX2145970561 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2147809134 | 63650025 | 28708508 | NGUYEN | THI NHU | TRAN | 12/25/1987 | 39617091 | 12/25/2021 | | | Confirmed USC | Y | 7/24/2019 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX2547879547 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2147958538 | 62585890 | 29045899 | FRANKIE | | NGUYEN | 7/7/1979 | 35860517 | 7/7/2024 | | | Confirmed USC | Y | 12/12/2018 | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX1629350402 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2149460744 | 79344355 | 11085525 | AI | | LIU | 5/18/1992 | 27389521 | 5/18/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HARRIS | CX9856649950 |
| Alfonso Ceballos | 636 | Miller | HARRIS | 2150240568 | 64848759 | 29856204 | HUY | JOSEPINA | NGUYEN | 3/8/2000 | 41206739 | 3/8/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | MATAGORDA | CX2274553542 |
| Rachel Kading | 595 | Kleinert | HAYS | 2002763939 | 88798922 | 19975424 | DANIEL | | SANDOVAL | 11/10/1977 | 37592555 | 11/10/2025 | 6900877 | 11/10/2018 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | HARRIS | CX9260550057 |
| Rachel Kading | 595 | Kleinert | HAYS | 2151971719 | 95650476 | 26275260 | ENRIQUE | | COLUMBIE MARTINEZ | 2/25/1995 | 36181949 | 2/25/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | ED | ROCKWALL | CX9663961757 |
| Todd Forister | 640 | Miller | HEMPHILL | 2142199085 | 09256850 | 29623877 | MARIO | H | MANRIQUEZ | 11/11/1987 | 41014624 | 11/11/2022 | 40899868 | 11/11/2022 | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | R | EV | HEMPHILL | CX2515101178 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 1055572655 | 90454210 | 22491364 | JUAN | MARTIN | CALDERON | 12/9/1977 | 8898448 | 12/9/2019 | | | Unable to Confirm Electronically | Y | | 1 | 5 | 11/6/2018 | GENERAL ELECTION | EV | HIDALGO | CX5386707754 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 1152039115 | 00745867 | 5686545 | LAURD | | GARCIA ELIZONDO | 7/2/1956 | 36954623 | 7/2/2019 | 23054461 | 12/31/9999 | Unable to Confirm Electronically | Y | | 1 | 3 | 3/6/2018 | PRIMARY | R | ED | HIDALGO | CX6384181160 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2003204905 | 57919518 | 25800912 | RANLIE | ALIBID | BASAS | 9/22/1984 | 35501239 | 9/22/2024 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | EV | HIDALGO | CX4731079895 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2129923197 | 98080190 | 4189042 | EVA | | IBARRA DE GARZA | 7/22/1958 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HIDALGO | CX8000173688 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2133404132 | 73758271 | 3714696 | AGUSTIN | J | DE LOS REYES PALOMARES | 2/2/1984 | 28026986 | 2/2/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HIDALGO | CX0927052531 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2135856647 | 78943207 | 2469485 | CRISTINA | ARREDONDO | REYES | 9/15/1964 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HIDALGO | CX1426396596 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2156943668 | 207824494 | 29726499 | MANUEL | | VELASCO | 5/12/1945 | 41059643 | 5/12/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | R | ED | HIDALGO | CX2496480554 |
| Hank Stifflemire | 626 | Kleinert | HIDALGO | 2151614545 | 65341513 | 31070639 | BRANDON | RAFAEL | GONZALEZ AHUMADA | 9/11/2000 | 42869956 | 9/11/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HIDALGO | CX6511262025 |
| Todd Forister | 640 | Miller | HOWARD | 1200376536 | 201106980 | 27079462 | ALEJANDRO | | RODRIGUEZ | 7/8/1959 | 37309371 | 7/8/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | EV | HOWARD | CX2417574518 |
| Rachel Kading | 595 | Kleinert | JIM WELLS | 2145174341 | 10675836 | | RAMON | | DELAROSA ARNADA | 8/31/1954 | 37180314 | 1/1/1900 | 18522751 | 12/31/9999 | Unable to Confirm Electronically | Y | | 2 | 4 | 11/6/2018 | GENERAL ELECTION | ED | JIM WELLS | CX3186682335 |
| Mark Richardson | 608 | Kleinert | JOHNSON | 1034870502 | 55155137 | 2989422 | MARIA | | SANTOS DE GARAY | 9/27/1950 | 17078525 | 9/27/2025 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | ED | JOHNSON | CX8895924516 |
| Stan Head | 595 | Miller | KAUFMAN | 2150790791 | 90744426 | 27865714 | CLAY | J | MCRAE | 4/27/1954 | 38422599 | 4/27/2020 | | | Unable to Confirm Electronically | Y | | 3 | 5 | 11/6/2018 | GENERAL ELECTION | EV | KAUFMAN | CX4191901101 |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | REP | EV | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | EV | | |
| Rachel Kading | 595 | Kleinert | KLEBERG | 2150702005 | 76928605 | 20455482 | ROSILEIA | SANTOS | BURCHERS | 2/27/1966 | 40665403 | 2/27/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | ED | KLEBERG | CX6305691264 |
| Todd Forister | 640 | Miller | LAMB | 1042609435 | 74905145 | 19204078 | ROSALINDA | | CRUZ | 9/1/1970 | 20750547 | 9/1/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 5/5/2018 | SPECIAL ELECTION | ED | LAMB | CX1826255499 |
| Rachel Kading | 595 | Kleinert | LAVACA | 1029272795 | 91114748 | 857525 | RAMON | | COLUNGA | 9/25/1949 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | ED | LAVACA | CX6280826500B |

| Investigator | Code | County Rep | County | ID1 | ID2 | ID3 | First Name | Middle | Last Name | DOB | ID4 | Date1 | ID5 | Date2 | Status | Flag | Date3 | Col1 | Col2 | Date4 | Election Type | P | Loc | County2 | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Todd Forister | 640 | Miller | LUBBOCK | 1191503167 | 45459725 | 20568362 | BRENDA | E | BERRY | 9/16/1982 | 7917124 | 9/16/2021 | | | Unable to Confirm Electronically | Y | | 1 | 6 | 11/6/2018 | GENERAL ELECTION | | ED | COLLIN | CX2949449637 |
| Todd Forister | 640 | Miller | LUBBOCK | 1195121678 | 87425122 | 24019772 | PING | JIE | SMITH | 7/27/1967 | 29255778 | 7/27/2023 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | LUBBOCK | CX1480329364 |
| Todd Forister | 640 | Miller | LUBBOCK | 2149665422 | 207583327 | 30427320 | CRISTHOPHER | | BRYAN DONAYRE MATALLANA | 3/4/1999 | 41977900 | 5/11/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | LUBBOCK | CX6055747601 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2135623167 | 58819038 | 28091747 | GLORIA | Y | ARELLANO MARTINEZ | 1/29/1995 | | | | | Unable to Confirm Electronically | Y | | 3 | 4 | 11/6/2018 | GENERAL ELECTION | | ED | MAVERICK | CX9304579977 |
| | | | | | | | | | | | | | | | | | | | | 5/22/2018 | PRIMARY RUN-OFF ELECTION | D | EV | | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | D | EV | | CX5884802707 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 1185928029 | 204022532 | 26120113 | MARIA | GUADALUPE | ROJAS GUTIERREZ | 6/15/1965 | | | | | Unable to Confirm Electronically | Y | | 1 | 3 | | | | | MAVERICK | |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2137375507 | 58819059 | 30545322 | LIZBETH | P | ARELLANO MARTINEZ | 1/21/1999 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 5/22/2018 | PRIMARY RUN-OFF ELECTION | D | ED | MAVERICK | CX7827408945 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2143315821 | 207681154 | 29672647 | LIZ | SCARLET | GARCIA | 6/4/1982 | 41328746 | 6/4/2025 | 41227771 | 5/4/2023 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | MAVERICK | CX3642602269 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2143528068 | 36578657 | 9757919 | ROSARIO | ELIZABETH | GUERRA | 8/4/1974 | 16305090 | 8/4/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 5/22/2018 | PRIMARY RUN-OFF ELECTION | D | ED | MAVERICK | CX9584996724 |
| Greg Dickerman | 377 | Kleinert | MAVERICK | 2145079151 | 21612575 | 8404544 | CARLOS | | CRUZ SALDANA | 2/22/1980 | 15266738 | 2/22/2022 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | MAVERICK | CX9342492350 |
| Todd Forister | 640 | Kleinert | MIDLAND | 2000758517 | 60146795 | 29130635 | EMMANUEL | | GARCIA ANDRADE | 12/26/1996 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | MIDLAND | CX7316639056 |
| Rachel Kading | 595 | Kleinert | MONTGOMERY | | | | IVANA | | REVOLLO | | | | | | | | | | | | | | | MONTGOMERY | |
| Rachel Kading | 595 | Kleinert | NUECES | 1207890464 | 90371155 | 23027555 | JUAN | | ABRAHAM SAENZ | 12/27/1975 | 15942155 | 12/27/2025 | 15885558 | 12/27/2010 | Unable to Confirm Electronically | Y | | 1 | 3 | 11/6/2018 | GENERAL ELECTION | | ED | NUECES | CX4500085765 |
| Rachel Kading | 595 | Kleinert | NUECES | 2151700301 | 61140130 | 25690675 | EDUARDO | | MALDONADO | 11/11/1983 | 35372563 | 11/11/2020 | 36987721 | 11/11/2018 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | NUECES | CX3526502054 |
| Mark Richardson | 608 | Kleinert | PARKER | 2152358205 | 205285104 | 31787534 | LAWRENCE | BRADLEY | BARTER | 5/31/1960 | 48851081 | 5/31/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | PX | PARKER | CX8214750494 |
| Todd Forister | 640 | Kleinert | PARMER | 2124410075 | 204908280 | 27680832 | ESMERALDA | MAGALY | GARZA | 9/5/1977 | 38155236 | 9/5/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | R | EV | PARMER | CX5750518792 |
| Todd Forister | 640 | Kleinert | POTTER | 1184874135 | 57442140 | 27022333 | ALEJANDRA | | PATINO | 2/16/1991 | 37229774 | 2/16/2020 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | POTTER | CX1427558909 |
| Hank Stifflemire | 625 | Kleinert | STARR | 1022843584 | 78135001 | 21222847 | NOE | | MIJARES | 1/19/1983 | 19852197 | 1/19/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 3/6/2018 | PRIMARY | D | EV | STARR | CX1496543980 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2137366624 | 61071570 | 30141441 | JASPAL | | KAUR | 4/15/1976 | 41580890 | 4/15/2023 | | | Unable to Confirm Electronically | Y | | 2 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | ED | | CX4980355607 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 1207800052 | 62592824 | 26746627 | MARIA | LIZBETH | SANTILLANO | 8/28/1995 | | | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | CX3564576518 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2145905266 | 59506914 | 20725178 | MARIAM AGAIG | | GURGUN | 6/15/1998 | 40060615 | 6/15/2021 | | 10/31/2019 | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | CX8056939597 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 1288008052 | 59506914 | 20726178 | MISHEAL | | AGGREY | 6/12/1998 | 41059195 | 6/12/2022 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX9061197023 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2130990765 | 47279793 | 27184727 | BROCK | JENGIS | BERGSTRAND | 7/11/1998 | 37451776 | 7/11/2022 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX9061197023 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 1094470843 | 40946716 | 7239074 | ELVA | | MEZA | 10/13/1952 | 13239890 | 10/13/2024 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | CX9214899192 |
| Mark Richardson | 608 | Kleinert | TARRANT | 1207878504 | 55571347 | 24910257 | UTON | C | CAPLETON | 4/14/1965 | 34228265 | 4/14/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TARRANT | CX3578684507 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2139906789 | 61510075 | 29815843 | JOSHUA | NMELICHUKWU | AKPOM | 6/22/1999 | 41291136 | 6/22/2023 | 41216475 | 6/22/2023 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX9651552180 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2149955206 | 62027576 | 28085090 | FAITH | MORAA | NCOE | 4/11/1998 | 36790915 | 4/11/2020 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX9012673458 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2151114356 | 62029435 | 30138985 | CHARLES | O | OGUNMOYIN | 12/12/1999 | 41577550 | 12/12/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX7435182456 |
| Johnny Hatcher | 481 | Kleinert | TARRANT | 2151240256 | 207607371 | 30835123 | GONZALO | A | PEREZ | 4/27/2000 | 42540523 | 4/27/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TARRANT | CX5204403454 |
| Todd Forister | 640 | Kleinert | TOM GREEN | 2149589264 | 47518661 | 28779580 | RAMIRO | | RODRIGUEZ | 7/25/1997 | 40815276 | 7/25/2022 | 39720926 | 7/25/2021 | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | KINNEY | CX9446209745 |
| Stan Roper | 609 | Kleinert | TRAVIS | 1191552517 | 200404900 | 24858239 | ANDONI | | ALMEIDA | 10/8/1994 | 34154752 | 10/8/2024 | | | Unable to Confirm Electronically | Y | | 1 | 3 | 3/6/2018 | PRIMARY | D | EV | TRAVIS | CX6144149519 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2124084119 | 200404502 | 28041014 | AINARA | | ALMEIDA | 4/14/1998 | 38668818 | 4/14/2022 | | | Unable to Confirm Electronically | Y | | 1 | 2 | 3/6/2018 | PRIMARY | D | EV | TRAVIS | CX8419211180 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2123911801 | 91832712 | 22282555 | ADRIAN | ARENAS | CRUZ | 2/16/1981 | 22808631 | 2/16/2024 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | TRAVIS | CX5750954655 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2149480124 | 78961055 | 25752542 | JESSICA | | RODRIGUEZ LUEVANO | 6/25/1996 | 37998539 | 6/25/2021 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX1776351028 |
| Rachel Kading | 595 | Kleinert | TRAVIS | 2149480481 | 63435595 | 26219168 | JAIME | ENRIQUE | SARABIA AGUILAR | 12/18/1995 | 36105944 | 12/18/2019 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX8386809064 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2151767128 | 47201847 | 28167728 | AUSTIN | JAMES | FLETCHER | 9/3/1999 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | TRAVIS | CX2224128568 |
| Stan Roper | 609 | Kleinert | TRAVIS | 2152153528 | 79550030 | 27511254 | JOSHUA | ARTURO | ADAME GONZALEZ | 8/24/1996 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | | TRAVIS | CX8474943319 |
| Stan Head | 586 | Miller | TRINITY | 1014570796 | 78556975 | 13448144 | JOSE | LUIS | RODRIGUEZ | 12/17/1974 | 6676680 | 12/17/2022 | | | Unable to Confirm Electronically | Y | | 2 | 6 | 5/22/2018 | PRIMARY RUN-OFF ELECTION | | ED | TRINITY | |
| | | | | | | | | | | | | | | | | | | | | 3/6/2018 | PRIMARY | R | EV | | CX2211745605 |
| Stan Roper | 609 | Kleinert | WHARTON | 2134011288 | 35518693 | 17574758 | MARIA | PAUL | MEJORADO | 3/22/1956 | 15609333 | 3/22/2023 | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | ED | WHARTON | CX8136916948 |
| Stan Roper | 609 | Kleinert | WILLIAMSON | 1131398938 | 26556717 | 13024696 | LUD | CARMEN | EDVILLE GUERRERO | 2/25/1982 | 27595634 | 2/25/2021 | | | Unable to Confirm Electronically | Y | | 1 | 4 | 11/6/2018 | GENERAL ELECTION | | ED | WILLIAMSON | CX8289727503 |
| Stan Roper | 609 | Kleinert | WILLIAMSON | 2001457189 | 22047519 | 16093132 | JOSE | MARIA | MATIENT | 3/6/1971 | 36917681 | 5/6/2020 | | 10/16/2018 | Enrolled CBP | Y | | 1 | 1 | 3/6/2018 | PRIMARY | | | WILLIAMSON | CX3645836530 |
| Stan Roper | 609 | Kleinert | WILSON | 2150679444 | 64292482 | 31163318 | KIMBERLY | ILEANA | MENJIVAR LEON | 12/24/1999 | | | | | Unable to Confirm Electronically | Y | | 1 | 1 | 11/6/2018 | GENERAL ELECTION | | EV | WILSON | CX5496312665 |

**Legend:**
- 🟧 Referred
- 🟥 Closed
- 🟨 Waiting for USCIS
- 🟦 Indicted
- 🟪 PTP/Conviction