LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805430 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Texas Midterm Elections | Laura Gutierrez | aflacjuliekellog@gmail.com | Electionintegrity2022; elections@sos.texas.gov; Director TX | 2022 Texas Midterm Elections  (1).msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805431 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc2.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805432 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Texas Midterm Elections | Laura Gutierrez | aflacjuliekellogg@gmail.com | elections@sos.texas.gov; Electionintegrity2022 | 2022 Texas Midterm Elections .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805433 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc3.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805434 | Texas OAG | 11/21/2022 | Outlook Email | 2022 Voter Midterm Elections | Laura Gutierrez | aflacjuliekellog@gmail.com | Electionintegrity2022; elections@sos.texas.gov; Director TX | 2022 Voter Midterm Elections .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805435 | Texas OAG | 11/21/2022 | Microsoft Word 2016 | | Microsoft Office User | | | Doc1.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/21/23 regarding potential voter suppression in 2022 General Election. |
| DOC_0805436 | Texas OAG | 11/2/2022 | Outlook Email | AMIGOS DEL VALLE DONNA TX | AI | Julie Kellogg (RNC Election Integrity Team) | Electionintegrity2022; elections@sos.texas.gov; jkellogg@texasgop.org; karen@monicaforcongress.us | AMIGOS DEL VALLE DONNA TX.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential election irregularities  in 2022 General Election. |
| DOC_0805437 | Texas OAG | 11/2/2022 | Microsoft Word 2016 | | user | | | 2022 POLL WATCHING AMIGOS DEL VALLE DONN TX.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential election irregularities  in 2022 General Election. |
| DOC_0805438 | Texas OAG | 10/27/2022 | Outlook Email | Dear Election Integrity Team | Jackie Hunt Schiff | Electionintegrity2022 | Movin-OnTX; Jackie Hunt Schiff | Dear Election Integrity Team.msg | Privileged - Withhold | Investigative | Election complaint submitted 10/28/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805439 | Texas OAG | 10/27/2022 | Microsoft Word 2016 | | Jackie Hunt Schiff | | | Oct 26 GT CityHall Pollwatching.docx | Privileged - Withhold | Investigative | Election complaint submitted 10/28/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805440 | Texas OAG | 11/29/2022 | Outlook Email | Election Complaint-Deborah Lindstrom- Pt 2 of 3 | Debbie Lindstrom | elections@sos.texas.gov; Electionintegrity2022 | | Election Complaint-Deborah Lindstrom-Pt 2 of 3.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/29/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805441 | Texas OAG | 11/29/2022 | Adobe Acrobat (PDF) | | | | | VoterSuppression-DeborahLindstrom-Pt2.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/29/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805442 | Texas OAG | 11/1/2022 | Outlook Email | Election Complaint of Chris Noel Carlin | Chris Carlin | elections@sos.texas.gov; Electionintegrity2022 | Mr. Chris N. Carlin | Election Complaint of Chris Noel Carlin.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential improper denial of election records for 2022 General Election. |
| DOC_0805443 | Texas OAG | 11/1/2022 | Adobe Acrobat (PDF) | | Dustin Kolodziej | | | HAYS_20221101_CARLIN_Election Complaint to the Texas Secretary of State (filing copy).pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential improper denial of election records for 2022 General Election. |
| DOC_0805444 | Texas OAG | 11/17/2022 | Outlook Email | Election Complaint to SOS | John Clark | elections@sos.texas.gov; Electionintegrity2022; election@texasgop.org; Debbie Adams; RNC Election Integrity Team; julie@truetexasproject.com; Sam Brannon; TrueTexasElections@starmail.com | | Election Complaint to SOS.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805445 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | | | | Mary.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805446 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | John Clark | | | Page 2 and 3.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805447 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | | | | Sig page.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805448 | Texas OAG | 12/9/2022 | Outlook Email | Fw: Election Complaint- Deborah Lindstrom- Pt 2 of 3 | Debbie Lindstrom | elections@sos.texas.gov; Electionintegrity2022 | | Fw_ Election Complaint- Deborah Lindstrom- Pt 2 of 3.msg | Privileged - Withhold | Investigative | Election complaint submitted 12/9/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805449 | Texas OAG | 12/9/2022 | Adobe Acrobat (PDF) | | | | | VoterSuppression-DeborahLindstrom-Pt2.pdf | Privileged - Withhold | Investigative | Election complaint submitted 12/9/22 regarding potential voter suppression in 2022 General Election. |
| DOC_0805450 | Texas OAG | 11/10/2022 | Outlook Email | General Election Edinburg Elections Annex Building | Laura Gutierrez | elections@sos.texas.gov; Electionintegrity2022; Director TX; Julie Kellogg | | General Election Edinburg Elections Annex Building .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/11/22 regarding potential curbside voting by ineligible voters in 2022 General Election. |
| DOC_0805451 | Texas OAG | 11/17/2022 | Outlook Email | Hays Co-John Clark-PW Obstruction Election Complaint to SOS | Kathy Haigler (RNC Election Integrity Team) | John Clark | Debbie Adams; elections@sos.texas.gov; Electionintegrity2022; Election Integrity; Julie; Sam Brannon; Truetexaselections | Hays Co-John Clark-PW Obstruction Election Complaint to SOS.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805452 | Texas OAG | 11/1/2022 | Outlook Email | Incident Report | Laura Gutierrez | elections@sos.texas.gov; Director TX; Jkellogg@texasgop.org; Electionintegrity2022 | | Incident Report .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805453 | Texas OAG | 11/2/2022 | Outlook Email | Poll Watcher Report | Laura Gutierrez | elections@sos.texas.gov; Electionintegrity2022; Director TX | Jkellogg@texasgop.org | Poll Watcher Report .msg | Privileged - Withhold | Investigative | Election complaint submitted 11/3/22 regarding potential improper voter assistance in 2022 General Election. |
| DOC_0805454 | Texas OAG | 11/2/2022 | Outlook Email | POLL WATCHING AT THE SAN JUAN CITY LIBRARY (MEMORIAL) - UNETHICS | AI | Julie Kellogg (RNC Election Integrity Team); Electionintegrity2022; elections@sos.texas.gov; karen@monicaforcongress.us; Jkellogg@texasgop.org | | POLL WATCHING AT THE SAN JUAN CITY LIBRARY (MEMORIAL) - UNETHICS.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805455 | Texas OAG | 11/2/2022 | Microsoft Word 2016 | | user | | | 2022 POLL WATCHING SAN JUAN CITY LIBRARY.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential obstruction of poll watcher in 2022 General Election. |
| DOC_0805456 | Texas OAG | 11/2/2022 | Outlook Email | POLL WATCHING THE EDINBURG ANNEX EDINBURG TX | AI | hlep@tx.protectthevote.com | jkellogg@texasgop.org; Electionintegrity2022; elections@sos.texas.gov; karen@monicaforcongress.us | POLL WATCHING THE EDINBURG ANNEX EDINBURG TX.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential improper voter assistance in 2022 General Election. |
| DOC_0805457 | Texas OAG | 11/2/2022 | Microsoft Word 2016 | | user | | | POLLWATCHER EARLY VOTING.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential improper voter assistance in 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805458 | Texas OAG | 11/3/2022 | Outlook Email | Re:  Obstruction of Poll Watchers at Hays Co. Gov't Bldg. | Charles Walts | Electionintegrity2022; STAT Team: Republican Party of TX; SOS Poll Worker Training; laura.pressley.truetexaselections@startmail.com; paul.bettencourt@senate.texas.gov; Donna Campbell; Gary Cutler; Sen. Jane Nelson; Bob Hall; info@danpatrick.org; info@gregabbott.com; Tedcruz Info; True Texas Project; Angela Paxton; Rep. Andy Biggs; Lucy Trainor; bosslady1961@icloud.com; Dawn Buckingham; letters@empowertexans.com; chairmanrinaldi@texasgop.org; EveryLegalVote On Behalf of The Truth and Freedom Initiative; Catherine Engelbrecht; elections@sos.texas.gov; DonaldJTrump. com; Hays Constitutional Republicans; Susie Carter | | Re_ Obstruction of Poll Watchers at Hays Co_ Gov't Bldg_.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/3/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805459 | Texas OAG | 10/28/2022 | Outlook Email | Re: Great job everyone!!! | Sam Brannon | Susie Carter; bosslady1961@icloud.com; Lucy Trainor; laura.pressley.truetexaselections@startmail.com; Electionintegrity2022; Bob Hall; Sen. Jane Nelson; paul.bettencourt@senate.texas.gov; Gary Cutler | | Re_ Great job everyone!!!.msg | Privileged - Withhold | Investigative | Election complaint submitted 10/229/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805460 | Texas OAG | 10/28/2022 | Adobe Acrobat (PDF) | | | | | TEC - Sec 33.056 33.061.pdf | Privileged - Withhold | Investigative | Election complaint submitted 10/229/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805461 | Texas OAG | 11/16/2022 | Outlook Email | Watchers Rejected at Polls, Elections Division, Clarification please… | Sam Brannon | Bob Hall; Jacey.Jetton@house.texas.gov; Tori.MacFarlan@House.Texas.GovCc: Bryan.Hughes@senate.texas.gov; drew.tedford@senate.texas.gov; James.Brase@senate.texas.gov; Jane.Nelson@Senate.Texas.gov; Paul.Bettencourt@Senate.Texas.Gov; Charles.Schwertner@Senate.Texas.gov; Brian.Birdwell@Seate.Texas.Gov; Donna.Campbell@Senate.Texas.Gov; Electionintegrity2022; STAT Team: Republican Party of TX; secretary@sos.texas.c | Laura.Pressley.TrueTexasElections@Startmail.com; HCR-A CARTER SUSIE; bosslady1961@icloud.com; Esther Schneider | Watchers Rejected at Polls_ Elections Division_ Clarification please___.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805462 | Texas OAG | 11/16/2022 | Adobe Acrobat (PDF) | | | | | CID Supplemental Report 11.15.2022 - with Attachments.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/17/22 regarding potential obstruction of poll watchers in 2022 General Election. |
| DOC_0805463 | Texas OAG | 11/16/2022 | Adobe Acrobat (PDF) | | RCQ | | | Case Opening Form - 2022 Harris County.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/16/22 regarding potential election code violation in Harris County during 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805464 | Texas OAG | 11/15/2022 | Adobe Acrobat (PDF) | | | | | CFS #1438750 - 2022 HARRIS COUNTY.PDF | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805465 | Texas OAG | 2/2/2023 | Microsoft Excel 2016 Workbook | | Luis Delgado | | | Copy of Updated 11-29-22 Contact List - Updated 11-29-22(613).xlsx | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805466 | Texas OAG | 3/8/2023 | Microsoft Word 2016 | | Luis Delgado | | | Narrative-Delgado 1.0.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805467 | Texas OAG | 3/8/2023 | Microsoft Word 2016 | | Tramaine Jenkins | | | Narrative-Jenkins 2.0.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805468 | Texas OAG | 12/5/2022 | Microsoft Word 2016 | | Delgado, Luis | | | Records Request.docx | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805469 | Texas OAG | 1/3/2023 | HEIC Image File | | | | | T Cook Reciept.heic | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805470 | Texas OAG | 11/15/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | webPass # 1438750 - 2022 Harris County.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805471 | Texas OAG | 12/20/2022 | Outlook Email | FW: ATTN: Texas SOS Office and Texas AG Office | Electionintegrity2022 | Luis Delgado | | FW_ ATTN_ Texas SOS Office and Texas AG Office.msg | Privileged - Withhold | Investigative | Election complaint submitted 12/20/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805472 | Texas OAG | 12/20/2022 | Adobe Acrobat (PDF) | | Joshua Grice | | | 20221114_Election Complaint to the Secretary of State_Joshua Grice.pdf | Privileged - Withhold | Investigative | Election complaint submitted 12/20/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805473 | Texas OAG | 12/16/2022 | Outlook Email | FW: Election Day Issue | Electionintegrity2022 | Luis Delgado | | FW_ Election Day Issue.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/18/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805474 | Texas OAG | 12/16/2022 | Outlook Email | FW: Harris County November 8, 2022 Election Problems | Electionintegrity2022 | Luis Delgado | | FW_ Harris County 20221108 Election Problems.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805475 | Texas OAG | 12/16/2022 | JPEG File Interchange | | | | | IMG_20221108_193528828.jpg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805476 | Texas OAG | 12/16/2022 | JPEG File Interchange | | | | | IMG_20221108_210758470_HDR.jpg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805477 | Texas OAG | 12/16/2022 | Outlook Email | FW: Harris County Election | Electionintegrity2022 | Luis Delgado | | FW_ Harris County Election.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/15/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805478 | Texas OAG | 12/16/2022 | Outlook Email | FW: Nov 8 Poll Voting Issues, pct 625, code 82018 | Electionintegrity2022 | Luis Delgado; Tramaine Jenkins | | FW_ Nov 8 Poll Voting Issues_ pct 625_ code 82018.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/2/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805479 | Texas OAG | 12/16/2022 | Outlook Email | FW: PJ 32013 | Electionintegrity2022 | Luis Delgado | | FW_ PJ 32013.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805480 | Texas OAG | 1/3/2023 | HEIC Image File | | | | | 20221201_184303145_iOS.heic | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805481 | Texas OAG | 1/3/2023 | HEIC Image File | | | | | 20221201_211908471_iOS.heic | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805482 | Texas OAG | 1/3/2023 | HEIC Image File | | | | | 20221201_211929062_iOS.heic | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805483 | Texas OAG | 1/3/2023 | HEIC Image File | | | | | 20221201_211933085_iOS.heic | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805484 | Texas OAG | 11/12/2022 | Outlook Email | RE: PRIV/CONF/ACP | Kathleen Hunker | Chad Ennis; Christopher Hilton; Adam Bitter | Kimberly Gdula; Jacqueline Doyer | Email Attachment 1 - RE PRIVCONFACP.msg | Privileged - Withhold | Attorney Client;Investigative | Attorney client communication between SOS and OAG regarding election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. Subsequent |
| DOC_0805485 | Texas OAG | 11/14/2022 | Outlook Email | RE: Letter to HCEA from FAD re: November 2022 issues | Tatum, Clifford (Elections) | Chad Ennis | Jacqueline Doyer; Fisbeck, Maureen (Elections) | Email Attachment 2 - RE Letter to HCEA from FAD re November 2022 issues.msg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805486 | Texas OAG | 11/15/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | Email Attachment 3.1.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805487 | Texas OAG | 11/15/2022 | Microsoft Excel 2016 Workbook | | Chad Ennis | | | Email Attachment 4 - Notes for HC(AutoRecovered).xlsx | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805488 | Texas OAG | 11/15/2022 | Adobe Acrobat (PDF) | | | | | Email Attachment 5 - Chad Ennis handwritten notes from calls.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805489 | Texas OAG | 11/15/2022 | Adobe Acrobat (PDF) | | | | | Email Attachment 6 - Jackie Doyer Handwritten Notes from calls.pdf | Privileged - Withhold | Attorney Client;Investigative | Attorney client communication between SOS and OAG regarding election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. Subsequent |
| DOC_0805490 | Texas OAG | 12/20/2022 | Microsoft Excel 2016 Workbook | | | | | Email Attachment 7 - Problem Polls.xlsx | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805491 | Texas OAG | 2/14/2023 | Adobe Acrobat (PDF) | | | | | Documents received Susan Clasen 12-6-22.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805492 | Texas OAG | 12/1/2022 | Adobe Acrobat (PDF) | | | | | Election Day Supply Box Content List - received 12-1-22 Spears.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805493 | Texas OAG | 11/30/2022 | Adobe Acrobat (PDF) | | | | | Election Supplies Delivery Log - C. Lampe.pdf | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805494 | Texas OAG | 12/1/2022 | JPEG File Interchange | | | | | Mccubbin Ballot Rec.jpg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805495 | Texas OAG | 12/1/2022 | JPEG File Interchange | | | | | Mccubbin Phone Log.jpg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805496 | Texas OAG | 2/14/2023 | JPEG File Interchange | | | | | Mccubbin Travel Log COC.jpg | Privileged - Withhold | Investigative | Election complaint submitted 11/10/22 regarding potential withholding of ballots in Harris County in 2022 General Election. |
| DOC_0805497 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint Supplement - Finance Report.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805498 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805499 | Texas OAG | 11/9/2022 | Portable Network Graphics Format | | | | | absentee ballot recieved on voter eusebio aleman.PNG | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805500 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | Case Opening Form - Starr Cnty22.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805501 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | CFS 1436674 - STARR COUNTY.PDF | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805502 | Texas OAG | 2/22/2023 | Microsoft Word 2016 | | Michael Burner | | | evidentiary warrant draft.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805503 | Texas OAG | 2/22/2023 | Microsoft Word 2016 | | Michael Burner | | | evidentiary warrant.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805504 | Texas OAG | 11/15/2022 | Outlook Email | FW: Preservation Letter related to the November 8, 2022 General Election | Michael Burner | arodriguez@co.starr.tx.us | | FW Preservation Letter related to the November 8 2022 General Election email filed with business affidavit.msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805505 | Texas OAG | 11/15/2022 | Microsoft Word 2016 | | Velma Ferdinando | | | OAG Letterhead 2022.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805506 | Texas OAG | 2/22/2023 | Microsoft Word 97/98 | | Diane Beckham | | | modesta search warrant .doc | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805507 | Texas OAG | 11/18/2022 | Microsoft Word 2016 | | Velma Ferdinando | | | OAG Letterhead 2022.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805508 | Texas OAG | 2/28/2023 | Microsoft PowerPoint 2016 | | Michael Burner | | | PIN CHART FOR STARR COUNTY POWERPOINT.pptx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805509 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | Referral.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805510 | Texas OAG | 12/21/2022 | Microsoft Word 2016 | | Michael Burner | | | ROI (AutoRecovered).docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805511 | Texas OAG | 11/9/2022 | Portable Network Graphics Format | | | | | Teams search of voter listed on complaint.PNG | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805512 | Texas OAG | 2/24/2023 | Microsoft Word 2016 | | Michael Burner | | | THE STATE OF TEXAS return.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805513 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Eli Garcia | | | webPas 1436674 2022 Starr County.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805514 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | 20221128_Completed by Early Voting Cleric .pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805515 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | ALEMAN, Eusebio - CLEAR 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805516 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | ALEMAN, Eusebio - TWC Personal Info 11172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805517 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | ALEMAN, Eusebio - TWC Wage Detail 11172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805518 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | ALEMAN, Eusebio Martinez - Whooster 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805519 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | application for a ballot by mail for Aleman Eusebio dated 012620.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805520 | Texas OAG | 11/18/2022 | Adobe Acrobat (PDF) | | Carly Desmond | | | CCHW.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805521 | Texas OAG | 11/18/2022 | Adobe Acrobat (PDF) | | Carly Desmond | | | DL PHOTO + INFO + HISTORY.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805522 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | MARTINEZ Aleman, Eusebio - TLO 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805523 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | Texas Voter Registration Application for Eusbelio Aleman 020714.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805524 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | voter registration application 031202.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805525 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-EBT archive-04-01-2022_08-24-2022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805526 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE-112222_Redacted.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805527 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE-112222-pg 2_Redacted.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805528 | Texas OAG | 11/28/2022 | Adobe Acrobat (PDF) | | | | | MFA-ebtEDGE-112222-pg 3_Redacted.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805529 | Texas OAG | 11/7/2022 | Outlook Email | FW: 278. Wayne Hamilton Complaint - OAG Referral (1 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 278_ Wayne Hamilton Complaint OAG Referral (1 of 3).msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805530 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | Information Technology | | | 278. Wayne Hamilton - OAG Referral.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805531 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint Supplement - Finance Report.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting by candidate in Starr County in 2022 General Election. |
| DOC_0805532 | Texas OAG | 11/7/2022 | Adobe Acrobat (PDF) | | | | | 278. Wayne Hamilton Complaint.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805533 | Texas OAG | 11/7/2022 | Outlook Email | FW: 278. Wayne Hamilton Complaint - OAG Referral (2 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_ 278_ Wayne Hamilton Complaint OAG Referral (2 of 3).msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805534 | Texas OAG | 11/7/2022 | MPEG-4 file | | | | | IMG_3093.MP4 | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805535 | Texas OAG | 11/7/2022 | Outlook Email | FW: 278. Wayne Hamilton Complaint - OAG Referral (3 of 3) | Jason Anderson | Wesley Hensley; John Green; Eli Garcia | | FW_278_ Wayne Hamilton Complaint - OAG Referral (3 of 3).msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805536 | Texas OAG | 11/7/2022 | MPEG-4 file | | | | | IMG_3096.MP4 | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805537 | Texas OAG | 2/24/2023 | Outlook Email | Roma isd election site | Clarissa Alvarez | Michael Burner | | Roma isd election site .msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805538 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne - CCH neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805539 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - Clearview AI 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805540 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne - N-DEx neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805541 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne I - CLEAR 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805542 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne Ivette - DLIR 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805543 | Texas OAG | 2/27/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne Ivette - DLIR supporting docs 02252023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805544 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne Ivette - Whooster 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805545 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN BCTRs 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805546 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN CTRs 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805547 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | | | | GARCIA, Ivonne - FinCEN SARs 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805548 | Texas OAG | 2/24/2023 | Microsoft Word 2016 | | Xochitl Colarusso | | | HHSC Request CX7509340471 GARCIA.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805549 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Claims neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805550 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Payments neg hit 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805551 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Profile 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805552 | Texas OAG | 2/24/2023 | Adobe Acrobat (PDF) | | Keri Kagawa | | | GARCIA, Ivonne I - TWC Wage Detail 02242023.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805553 | Texas OAG | 11/28/2022 | Internet HTML | | | | | Encrypted Message.htm | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805554 | Texas OAG | 11/22/2022 | Outlook Email | [ENCRYPTED] Texas Attorney General's Office RFI | Keri Kagawa | oig_gi@hhsc.state.tx.us | Michael Burner | ENCRYPTED Texas Attorney General's Office RFI.msg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805556 | Texas OAG | 11/22/2022 | Microsoft Word 2016 | | Xochitl Colarusso | | | HHSC Request CX7509340471.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805557 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina - CCH 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805558 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | | | | MORENO, Angelina - CLEAR 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805559 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina - Hidalgo CAD 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805560 | Texas OAG | 12/19/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina - TDL profile 12172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805561 | Texas OAG | 12/19/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina - TDL supporting docs 12172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805562 | Texas OAG | 12/20/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina Photo Lineup 12202022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805563 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina S - DLIR 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805564 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | | | | MORENO, Angelina Salinas - N-DEx 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805565 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | | | | MORENO, Angelina - Clearview AI 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805566 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina - Clearview AI Insta hit 01172019.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805567 | Texas OAG | 12/15/2022 | Portable Network Graphics Format | | | | | MORENO, Angelina - Clearview AI Insta hit 01172019.PNG | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805568 | Texas OAG | 12/15/2022 | Progressive JPEG | | | | | MORENO, Angelina - Clearview AI Insta hit 04182021.jpeg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805569 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina - Clearview AI Insta hit 04182021.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805570 | Texas OAG | 12/15/2022 | Progressive JPEG | | | | | MORENO, Angelina - Clearview AI Insta hit 08142015.jpeg | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805571 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina - Clearview AI Insta hit 08142015.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805572 | Texas OAG | 12/15/2022 | Portable Network Graphics Format | | | | | MORENO, Angelina - Clearview AI Insta hit unk date.PNG | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805574 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina S - TWC Profile 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805575 | Texas OAG | 12/15/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | MORENO, Angelina S - TWC Wage Detail 12152022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Hidalgo County in 2022 General Election. |
| DOC_0805578 | Texas OAG | 3/3/2023 | Microsoft Word 2016 | | Michael Burner | | | Report of Investigation 1.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805579 | Texas OAG | 3/7/2023 | Microsoft Word 2016 | | Michael Burner | | | Report of Investigation 3 interview of Debbie Garza.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805580 | Texas OAG | 3/7/2023 | Microsoft Word 2016 | | Michael Burner | | | report of investigation 4 Starr County Election records and interview of Aleman.docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805581 | Texas OAG | 3/3/2023 | Microsoft Word 2016 | | Michael Burner | | | ROI 2 interview of Hernandez .docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805582 | Texas OAG | 3/7/2023 | Adobe Acrobat (PDF) | | | | | hand written interview notes of Debbie Garza interview.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805583 | Texas OAG | 3/7/2023 | Adobe Acrobat (PDF) | | | | | Sgt Michael Burner interview notes of Yvette Hernandez .pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805584 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | ROMA ELDERLY NUTRITION CENTER - CLEAR 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805585 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | ROMA ELDERLY NUTRITION CENTER - TLO 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805586 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | ROMA ELDERLY NUTRITION CENTER - Whooster 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805588 | Texas OAG | 1/9/2023 | Text - 7-Bit File | | | | | notes.txt | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805589 | Texas OAG | 12/13/2022 | Adobe Acrobat (PDF) | | | | | REJECTED 1.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |

LUPE v. Texas, No. 5:21-cv-844-XR - Privilege Log May 19, 2023

| ID Number | Custodian | Date | Application | Subject | Author | To | CC | Filename | Treatment | Claim | Privilege Statement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0805590 | Texas OAG | 12/13/2022 | Adobe Acrobat (PDF) | | | | | REJECTED 2.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805591 | Texas OAG | 12/29/2022 | Adobe Acrobat (PDF) | | | | | REJECTED 3 cor.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805592 | Texas OAG | 12/13/2022 | Adobe Acrobat (PDF) | | | | | REJECTED 3.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805593 | Texas OAG | 12/29/2022 | Adobe Acrobat (PDF) | | | | | REJECTED 4 cor.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805594 | Texas OAG | 12/13/2022 | Adobe Acrobat (PDF) | | | | | REJECTED 4.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805595 | Texas OAG | 1/5/2023 | Microsoft Word 2016 | | Michael Burner | | | ROI (AutoRecovered).docx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805596 | Texas OAG | 2/13/2023 | Microsoft Excel 2016 Workbook | | Keri Kagawa | | | Starr Co Rejected Ballots 2022 Gen Election.xlsx | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805597 | Texas OAG | 11/18/2022 | Adobe Acrobat (PDF) | | Carly Desmond | | | CCHW.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805598 | Texas OAG | 11/18/2022 | Adobe Acrobat (PDF) | | Carly Desmond | | | DL PHOTO + INFO + HISTORY.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805599 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | TX PZY4049 2016 Lincoln - CLEAR 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805600 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | VELA, Modesta - CLEAR 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805601 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | VELA, Modesta - TLO 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805602 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | VELA, Modesta - TWC Personal Info 11172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805603 | Texas OAG | 11/17/2022 | Adobe Acrobat (PDF) | | Keri Kagawa | | | VELA, Modesta - TWC Wage Detail 11172022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805604 | Texas OAG | 11/10/2022 | Adobe Acrobat (PDF) | | | | | VELA, Modesta - Whooster 11102022.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805614 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image001.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805615 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image002.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805616 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image003.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805619 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image006.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805620 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image007.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805621 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image008.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805622 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image009.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805623 | Texas OAG | 11/28/2022 | Portable Network Graphics Format | | | | | image010.png | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805733 | Texas OAG | 3/9/2023 | Adobe Acrobat (PDF) | | Information Technology | | | 278. Wayne Hamilton - OAG Referral.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |
| DOC_0805734 | Texas OAG | 3/9/2023 | Adobe Acrobat (PDF) | | Eli Garcia | | | SOS Referral.pdf | Privileged - Withhold | Investigative | Election complaint regarding potential ballot harvesting in Starr County in 2022 General Election. |