```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                         SAN ANTONIO DIVISION


LA UNION DEL PUEBLO ENTERO,     .
ET AL,                          .
                                .
          PLAINTIFFS,            .
     vs.                         . DOCKET NO. 5:21-CV-844-XR
                                .
GREGORY W. ABBOTT, ET AL,       .
                                .
          DEFENDANTS.            .



           TRANSCRIPT OF MOTION TO COMPEL PROCEEDINGS
            BEFORE THE HONORABLE XAVIER RODRIGUEZ
                  UNITED STATES DISTRICT JUDGE
                         JULY 11, 2023




APPEARANCES:
FOR THE PLAINTIFFS:     NINA PERALES, ESQUIRE
                        KENNETH PARRENO, ESQUIRE
                        FATIMA L. MENENDEZ, ESQUIRE
                        JULIA RENEE LONGORIA, ESQUIRE
                        MALDEF
                        110 BROADWAY, SUITE 300
                        SAN ANTONIO TX 78205


                        JENNIFER A. HOLMES, ESQUIRE
                        NAACP LEGAL DEFENSE & EDUCATIONAL
                        FUND INC
                        40 RECTOR STREET, FIFTH FLOOR
                        NEW YORK NY 10006
```

```
 1
 2                         DANA PAIKOWSKY, ESQUIRE
                           U.S. DEPARTMENT OF JUSTICE
 3                         950 PENNSYLVANIA AVENUE
                           4CON 8.143
 4                         WASHINGTON DC 20530

 5

 6  FOR THE DEFENDANTS:    RYAN KERCHER, ESQUIRE
                           KATHLEEN HUNKER, ESQUIRE
 7                         TEXAS ATTORNEY GENERAL
                           P.O. BOX 12548
 8                         MC 009
                           AUSTIN TX 78711
 9

10

11

12

13  REPORTED BY:           GIGI SIMCOX, RMR, CRR
                           OFFICIAL COURT REPORTER
14                         UNITED STATES DISTRICT COURT
                           SAN ANTONIO, TEXAS
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                THE COURT:  So that extension is granted.
 2                So I was intending that all the -- that what we just
 3   discussed on that document number was going to just go
 4   forward.  If all of you can agree amongst yourselves about
 5   extending anything in the scheduling order, that's approved.
 6   If it's opposed, then bring it to my attention.
 7                MISS HOLMES:  Understood.  Thank you, Your Honor.
 8                MR. PARRENO:  Your Honor, if the Court will indulge
 9   one more matter.
10                Your Honor, we want to make sure to alert the Court
11   that the relief in the plaintiffs' instant motion doesn't
12   resolve the entire dispute created by the Jonathan White
13   declaration.  As alluded to by the Department of Justice,
14   there are broader sword and shield issues at issue here.
15                THE COURT:  So let's stop there.  So maybe I'm wrong,
16   I thought there was going to be an agreement to redepose
17   Mr. White.  No?  Yes?
18                MR. KERCHER:  No, not that I'm aware of, Your Honor.
19   No.
20                THE COURT:  Is the DOJ or any plaintiff seeking to
21   redepose Mr. White?
22                MR. KERCHER:  I think at this point the parties
23   have -- we had a first meet and confer on this yesterday and
24   we agreed to continue talking.  We're going to try to drill
25   down to find specific points of disagreement and then we'll
```

have discussions about various ways that there might be, assuming there is a sort of deficit of information, various ways there might be to fill that.

Right now we are trying to figure out whether we even agree that there is a -- deficit is not the right word, but a deficit of information as a result of this.

THE COURT: This isn't a ruling, but just to tip my hand, I thought you -- not you personally. I don't know who was representing the State. I thought there was an overassertion of privilege being made because the one question at least that's quoted from the DOJ was an innocuous sort of broad general question about generally how does the operations work, and I thought that was, the instruction not to answer was inappropriate.

MR. KERCHER: I take your point, which is why I think the parties are going to drill down and see if they can figure out whether or not there may be information that was not and that can be supplemented and figure out precisely what those points of disagreement and what appropriate remedies might be.

THE COURT: The appropriate remedy may be redepose him, maybe under a limited number of questions to be asked, but that's what I would highly suggest.

MR. KERCHER: Thank you, Your Honor.

THE COURT: Anything else?

MR. PARRENO: I'm sorry. That meet and confer

```
 1  process that Mr. Kercher alluded to involves not just the
 2  redeposition and reopening the deposition, maybe other
 3  discovery matters, and we are, private plaintiffs along with
 4  the United States, are going through that meet and confer
 5  process with the State to discuss those broader concerns and
 6  it may become necessary to file an additional motion for
 7  further discovery to remedy the selective waiver by the State
 8  here.
 9          And as you-all know, the Department of Justice is
10  here to speak on that if the Court wants to hear anything
11  additional about this issue.
12          THE COURT:  So I really don't like -- well, I can
13  talk generally, but I'm certainly not going to make any
14  rulings on discovery motions that are not before me yet.
15          Does DOJ want to say anything else?
16          MISS PAIKOWSKY:  No, Your Honor.
17          We would just echo a lot of what has been said.
18  We're in the process of meeting and conferring with the
19  parties to nail down the scope of the issue.  We do think that
20  there was a selective disclosure.  We think that the bulleted
21  disclosure was likely improper and prejudicial and we're
22  hoping to come to a solution without further motions practice,
23  but in the event we're not able to we might come back seeking
24  from this Court perhaps in the form of a motion in limine to
25  exclude or --
```

```
 1              THE COURT:  You're heading to where I was heading.
 2         So, again, this is not any rulings.  This is just
 3   off-the-cuff comments.  I mean, if you, the State, doesn't
 4   make some accommodations here on, like I have already said I
 5   think you were overly aggressive, if there's not some
 6   accommodations made here, you're ultimately going to be
 7   leading me down the road where I'm going to have to strike or
 8   limit portions of this testimony that you-all might need in,
 9   so this is not going down a favorable path.
10         And then all that -- now, from the plaintiffs'
11   perspective is going to have yet another issue for a possible
12   appeal, so you-all need to sit and hash this out.
13              MR. KERCHER:  It's not our intention to play a shield
14   game with the privilege, Your Honor.  We are confident we can
15   come to some agreement.  There may be some small portion that
16   gets left over but I'm sure we can find something.
17              THE COURT:  And, you know, we're talking already a
18   trial date in September, and it's like, it's late July.  So we
19   have a lot of work to do.
20              MR. KERCHER:  Agreed.
21              THE COURT:  Anything else?
22              MR. PARRENO:  No, Your Honor.  Thank you.
23              THE COURT:  Anything else?
24              MR. KERCHER:  No, Your Honor.  May we be excused?
25              THE COURT:  Anything else from the DOJ?
```

```
 1           MISS PAIKOWSKY:  Nothing, Your Honor.  Thanks very
 2   much.
 3           THE COURT:  With that, we're adjourned.
 4           Thank you.
 5       (Concludes proceedings)
 6                            -oOo-
 7      I certify that the foregoing is a correct transcript from
 8   the record of proceedings in the above-entitled matter.  I
 9   further certify that the transcript fees and format comply
10   with those prescribed by the Court and the Judicial Conference
11   of the United States.
12
13   Date:  07/13/23            /s/ Gigi Simcox
                                United States Court Reporter
14                              262 West Nueve Street
                                San Antonio TX 78207
15                              Telephone:  (210)244-5037
```