

(/)

October 08, 2020 | Press Release | **Election Integrity (/news/categories/election-integrity)**

# AG Paxton: Carrollton Mayoral Candidate Arrested for Mail Ballot Fraud

Texas Attorney General Ken Paxton announced that his Election Fraud Unit assisted the Denton County Sheriff's Office in arresting Zul Mirza Mohamed, a candidate in the City of Carrollton mayoral race, on 84 counts of mail ballot application fraud and 25 counts of unlawful possession of an official mail ballot. If convicted, Mohamed faces up to 20 years in prison for these offenses.

"I strongly commend the Denton County Sheriff's Office, the Lewisville Police Department, and Texas Department of Public Safety as well as the Denton Elections and District Attorney's offices for their outstanding work on this case and their commitment to ensuring a free and fair Presidential election in the face of unprecedented voter fraud," said Attorney General Paxton. "Mail ballots are inherently insecure and vulnerable to fraud, and I am committed to safeguarding the integrity of our elections. My office is prepared to assist any Texas county in combating this form of fraud."

Mohamed allegedly obtained a virtual mailbox using a false identity, forged at least 84 voter registration applications for unwitting Denton residents and had them sent to a fraudulent location. At the time of arrest, Mohamed was in the process of stuffing envelopes with additional mail ballot applications for neighboring Dallas County.

[Back to Top](#)