**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants*.<br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants*. | CIVIL ACTION NO.<br>5:21-cv-844-XR<br>[Consolidated Action: Lead Case] |

**[PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' OPPOSED MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION *IN LIMINE* TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD**

Before the Court is LUPE Plaintiffs' Opposed Motion to Strike the Declaration of Jonathan White and Motion *in Limine* to Exclude Testimony About Non-Public Information Relating to Investigations and Prosecutions of Alleged Voter Fraud.  Dkt. _____.   Upon the Court's review of the motion, the Motion to Strike is GRANTED and the Motion *in Limine* is GRANTED.

It is hereby ORDERED that the portions redacted in Exhibit A of the instant motion are struck from the record.  *See* Dkts. 645-5 at 14-23 (exhibit to the State's response to the United States' motion for summary judgment) and 646-3 at 29-38 (exhibit to the State's response to OCA Plaintiffs' motion for summary judgment).  It is further ORDERED that testimony by Mr. White

1

or any other State witness about or based on non-public information regarding investigations or prosecutions of alleged voter fraud is excluded.

SO ORDERED and SIGNED this _____ day of _____ 2023.

                                                        _____
                                                              HON. XAVIER RODRIGUEZ