AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
(San Antonio Div.)

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:21-cv-0844-XR (consolidated case) |
| GREGORY W. ABBOTT, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOUSTON AREA URBAN LEAGUE, DELTA SIGMA THETA SORORITY, THE ARC OF TEXAS, AND JEFFREY LAMAR CLEMMONS

Date:   09/08/2023

/s/ Ann H. MacDonald
*Attorney's signature*

Ann H. MacDonald (6297081 IL)
*Printed name and bar number*

ArentFox Schiff LLP
233 S. Wacker Dr., Ste. 7100
Chicago, IL 60606
*Address*

ann.macdonald@afslaw.com
*E-mail address*

(312) 258-5548
*Telephone number*

(312) 258-5600
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2023, I electronically filed the foregoing with the Clerk of Court for the Western District of Texas using the CM/ECF system, which will send notification of this filing to all counsel of record.

      /s/ *Ann H. MacDonald*

      Ann H. MacDonald
      ArentFox Schiff LLP
      233 S. Wacker Dr., Suite 7100
      Chicago, IL 60606
      Telephone: 312.258.5548
      ann.macdonald@afslaw.com