UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>5:21-CV-0844-XR<br><br>[Consolidated Action: Lead Case] |

**APPEARANCE OF COUNSEL**

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this case as counsel for the Hidalgo County Elections Administrator Hilda A. Salinas, Defendant in this matter.

Date: September 8, 2023

                                                  Respectfully submitted,

                                                  TORIBIO "TERRY" PALACIOS
                                                  CRIMINAL DISTRICT ATTORNEY
                                                  HIDALGO COUNTY, TEXAS

                                                  */s/ Victor M. Garza*
                                                  Victor M. Garza
                                                  State Bar No. 24029569
                                                  Federal ID No. 2032779
                                                  victor.garza@da.co.hidalgo.tx.us
                                                  100 E. Cano, First Floor

Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
Tel: (956) 292-7609
Fax: (956) 318-2301
ATTORNEY FOR DEFENDANT
HILDA A. SALINAS

## CERTIFICATE OF SERVICE

I certify that on September 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send notification of this filing to all counsel of record.

*/s/ Victor M. Garza*
Victor M. Garza