# Exhibit A

# Addendum to Third Supplemental Expert Report (June 7, 2023)

## Submitted in

### *Houston Area Urban League v. Abbott*,

### No. 5:21-cv-00848-XR (W.D. Tex. 2021)

Daniel A. Smith, Ph.D.[*]

August 16, 2023

---

[*]Professor, Political Science, University of Florida, and President, ElectionSmith

# Contents

I   Additional analysis to follow paragraph 85 (p. 46) in Section VI ("Half of All Registered Voters whose Absentee Ballot Applications were Rejected Did Not Cast a Valid Ballot by Any Means in the 2022 General Election"), Third Supplemental Expert Report (June 7, 2023)     3

# I Additional analysis to follow paragraph 85 (p. 46) in Section VI ("Half of All Registered Voters whose Absentee Ballot Applications were Rejected Did Not Cast a Valid Ballot by Any Means in the 2022 General Election"), Third Supplemental Expert Report (June 7, 2023)

This Addendum to my Third Supplemental Expert Report (June 7, 2023) includes a table and three additional paragraphs that should immediately follow paragraph 85 (p. 46). It was an oversight on my part not to have included Table 1 and the accompanying analysis in my Third Supplemental Expert Report. There are no other changes to my June 7, 2023 Report, and my findings have not changed since the production of my last supplemental report.

1    In Table 1, below, I extend the analysis presented in Table 8 (page 46) in my Third Supplemental Expert Report (June 7, 2023). Specifically, Table 1 separates the registered voters who had their timely absentee ballot applications rejected for any reason and due to S.B. 1 prior to the 2022 general election into Texas' registered voters who have Hispanic surnames and those who do not have Hispanic surnames.

2    Table 1 shows that of the 5,990 registered voters with non-Hispanic surnames who had their timely absentee ballot applications rejected for any reason prior to the November 2022 general election, 49.0% did not cast a valid ballot by any means in the 2022 general election; 47.6% of the 4,026 registered voters with non-Hispanic surnames who had their timely absentee ballot applications rejected due to S.B. 1 did not vote in the 2022 general election. In contrast, 54.8% of the 683 registered voters with Hispanic surnames who had

Table 1: General 2022 voting outcomes for registered voters with rejected absentee applications, Hispanic and non-Hispanic registered voters

| Vote method | Rejection | % | SB 1 rejection | % |
|---|---:|---:|---:|---:|
| *Hispanic* | | | | |
| Did not vote | 374 | 54.8 | 235 | 51.4 |
| Early | 149 | 21.8 | 108 | 23.6 |
| Absentee | 93 | 13.6 | 69 | 15.1 |
| Election Day | 66 | 9.7 | 44 | 9.6 |
| Provisional ballot, accepted | 1 | 0.1 | 1 | 0.2 |
| Total | 683 | 100.0 | 457 | 100.0 |
| *Non-Hispanic* | | | | |
| Did not vote | 2,936 | 49.0 | 1,915 | 47.6 |
| Early | 1,525 | 25.5 | 1,055 | 26.2 |
| Absentee | 1,017 | 17.0 | 686 | 17.0 |
| Election Day | 500 | 8.3 | 362 | 9.0 |
| Provisional ballot, accepted | 12 | 0.2 | 8 | 0.2 |
| Total | 5,990 | 100.0 | 4,026 | 100.0 |

their timely absentee ballot applications rejected for any reason prior to the November 2022 general election did not cast a valid ballot by any means in the 2022 general election; 51.4% of the 457 registered voters with non-Hispanic surnames who had their timely absentee ballot applications rejected due to S.B. 1 did not vote in the 2022 general election.

3      It is clear from Table 1 that registered voters in Texas with Hispanic surnames who had their timely absentee ballots rejected for any reason, or due to S.B. 1, were less likely to cast a valid ballot in the November 2022 general election than registered voters in Texas with non-Hispanic surnames.