Exhibit B

**Third Supplemental Expert Report Submitted in**

***Houston Area Urban League v. Abbott,***

**No. 5:21-cv-00848-XR (W.D. Tex. 2021)**

Daniel A. Smith, Ph.D.*

June 7, 2023

---

*Professor, Political Science, University of Florida, and President, ElectionSmith

1

# Contents

**I Purpose of Engagement**      **4**

**II Summary of Findings**      **5**

**III Data Relied Upon in this Report**      **7**

     III.1 The Texas Statewide Voter File and Hispanic Surname . . . . . . . . . . . .    8

     III.2 Absentee Ballot Files from the 2022 General Election . . . . . . . . . . . .    9

     III.3 Linking the Four Statewide Absentee Ballot Files to the Statewide Voter File    13

     III.4 U.S. Census Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    14

     III.5 Calculating Counts and Rates of Rejected Absentee Ballot Applications and

            Rejected Absentee Ballots, Including Due to S.B. 1 . . . . . . . . . . . . . .    16

            III.5.1 Calculating Rejected Application Counts and Rates . . . . . . . . . .    17

            III.5.2 Calculating Rejected Ballot Counts and Rates . . . . . . . . . . . . .    19

**IV Rejected Absentee Ballot Applications in the 2022 General Election**      **21**

     IV.1 Rejected Absentee Ballot Applications for Hispanic Voters . . . . . . . . .    22

     IV.2 Rejected Absentee Ballot Applications for Black Voters . . . . . . . . . . . .    28

**V Rejected Absentee Ballots in the 2022 General Election**      **33**

     V.1 Rejected Absentee Ballots for Hispanic Voters . . . . . . . . . . . . . . . .    34

     V.2 Rejected Absentee Ballots for Black Voters . . . . . . . . . . . . . . . . . .    39

**VI Half of All Registered Voters whose Absentee Ballot Applications were**
**Rejected Did Not Cast a Valid Ballot by Any Means in the 2022 General**
**Election**      **45**

**VII Conclusion**      **46**

VII.1  *Curriculum vitae* of Daniel A. Smith . . . . . . . . . . . . . . . . . . . . . .  48

# I  Purpose of Engagement

**1**    Counsel for the Plaintiffs in *Houston Area Urban League v. Abbott*, No. 5:21-cv-00848-XR (W.D. Tex. 2021), have engaged me to form expert opinions on several items related to the impact on Texas voters of Texas' Senate Bill 1 (hereafter S.B. 1), signed into law on September 7, 2021 by Governor Greg Abbott, and in particular assess whether certain provisions of the law have had disproportionately adverse effects on Black and Hispanic registered voters in Texas.

**2**    I have authored four other reports in this litigation: 1) an Expert Report dated February 28, 2022 (which was corrected on May 13, 2022); 2) a Supplemental Report dated April 29, 2022; 3) a Second Expert Report dated February 9, 2023 (which was corrected on April 22, 2023); and 4) a Second Supplemental Expert Report dated March 20, 2023.

**3**    In this Report, I address additional data provided to me by counsel after I submitted my earlier reports. Specifically, in this Report I analyze data containing voter-level information concerning absentee ballots in the November 8, 2022 general election: 1) a file with absentee ballot applications that were requested; 2) a file with absentee ballot applications that were rejected; 3) a file wtih absentee ballots that were rejected; and 4) a file with absentee ballots that were accepted or rejected. In Texas, an absentee ballot is often referred to as a "Ballot By Mail," or BBM. In this Report, I continue to use the term absentee ballot when referring to a BBM.

**4**    In formulating my opinions, I utilize the same methods as in my earlier reports. These methods are informed by standard sources and methodologies used in political science

analyses. My background and qualifications are included in my February 28, 2022 Expert Report. My updated curriculum vitae, which lists prior cases in which I have been retained as an expert, is included in the Appendix. My rate of pay continues to be $500 per hour. My compensation is contingent neither on the results of the analyses described herein nor on the contents of my Report.

**5**    I reserve the right to supplement my analysis upon obtaining additional data through discovery or other means, including issues related to the March 1, 2022, statewide primary election, the November 8, 2022 general election, or other Texas elections.

## II   Summary of Findings

**6**    My analysis in this Report provides further evidence reinforcing the conclusions in my Second Expert Report (February 9, 2023 (corrected April 22, 2023)) which focused on Texas' March 2, 2022 primary election. Analyzing data from over half of Texas' 254 counties, I found that S.B. 1 negatively affected the ability of Black and Hispanic registered voters in Texas to request or cast a valid absentee ballot in the March 1, 2022 primary election.

**7**    My analysis in this Report also reinforces the conclusions in my Second Supplemental Report (March 20, 2023) concerning the November 8, 2022 general election, which was limited to just two counties (Harris and Travis) that provided data on absentee ballots cast. My previous analysis showed that S.B. 1 hampered the ability of voters of color in Harris and Travis counties to cast a valid absentee ballot in the November 8, 2022 general election.

**8**      In this Report, I draw on additional data provided by the Texas Secretary of State that allows me to identify individual registered voters in roughly half of Texas' 254 counties to examine the impact of S.B. 1 in the November 8, 2022 general election.  As I note throughout this Report, the data provided by the Secretary of State are by no means complete.

**9**      My analysis shows that S.B. 1 negatively affected the ability of voters of color across the State of Texas to both request an absentee ballot, and more severely, negatively affected the ability of voters of color to cast a valid absentee ballot in the 2022 general election due to the new personal identification requirements of S.B. 1.

**10**      Across the State of Texas, prior to the November 8, 2022 election, over two-thirds of all absentee ballot applications that were rejected by county Signature Verification Committees (SVCs) and Early Voting Ballot Boards (EVBBs), were rejected due to S.B. 1 requirements.  In addition, over half of all registered voters who had their applications rejected did not vote in the 2022 general election, by any modality.

**11**      Across the State of Texas in the 2022 general election, of the absentee ballots cast by voters with Hispanic surnames, 3.66% were rejected for any reason, and 2.94% were rejected due to S.B. 1.  In all, 80.2% of the rejected ballots cast by voters with Hispanic surnames in the 2022 general election were rejected due to S.B. 1.

**12**      Across the State of Texas in the 2022 general election, Census blocks with higher percentages of Black Voting Age Population (VAP) had greater rejection rates of absentee

ballots, and absentee ballots due to S.B. 1 compared to Census blocks with low levels of Black VAP.

**13**      Across the State of Texas in the 2022 general election, for both voters with Hispanic surnames and for voters living in Census blocks with greater percentages of Black VAP, the preponderance of rejected absentee ballots were the result of S.B. 1's new personal identification requirements.

**14**      S.B. 1 increases the cost of voting for all voters in Texas, but particularly for Black and Hispanic voters who tried to request or cast absentee ballots in the November 2022 general election.  Restrictions put in place by S.B. 1, specifically the law's ID-match requirements for voters requesting and casting absentee ballots, resulted in abnormally high rejection rates of both absentee ballot requests and returned absentee ballots in the 2022 general election for Black and Hispanic voters.

**15**      Texas' S.B. 1 negatively affected the ability of Black and Hispanic registered voters in Texas to request and cast a valid absentee ballots in the November 8, 2022 general election.

## III    Data Relied Upon in this Report

**16**      I rely on several data sources in this Report.  Some are the same as the ones used in my previous reports; others have been recently provided to me by counsel.

## III.1   The Texas Statewide Voter File and Hispanic Surname

**17**      As in my earlier reports, I rely on what I refer to as the statewide Texas voter file, also known as the statewide "Voter registration list."[1] The Texas voter file is comprised of 254 county-level files.

**18**      In this Report I rely upon snapshots of the statewide Texas voter file.[2] I use two statewide voter files in this Report: one from January 2022 which contains a list of all registered voters as of that time, and one from February 2023, which contains a list of registered voters who voted in the 2022 general election. In each snapshot of the statewide voter file, every registered voter in the state is assigned a unique voter ID (VUID), a ten-digit voter identification number. For each voter, the statewide voter file contains fields with voter-level demographics, including age and gender, and other voter-level features like mailing addresses, county of registration, assigned precinct, a voter's method of voting in

---

[1]See "VOTER REGISTRATION PUBLIC INFORMATION REQUEST FORM," Texas Secretary of State, available at `https://www.sos.state.tx.us/elections/forms/pi.pdf` (last accessed March 17, 2023).

[2] As I've discussed in my earlier reports, when matching individual-level records across files, such as snapshots of statewide voter files with absentee ballot files, there is invariably some slippage when it comes to coverage of registered voters in a county at any one moment in time. See the discussion in my April 29, 2022 Supplemental Report, p. 11, footnote 5). I rely on the January 2022 snapshot of the statewide Texas voter, as it captures whether or not all registered voters have a Hispanic surname. However, because the snapshot was prior to the November 8, 2022 general election, it does not contain information about voters who registered to voted from February to October, 2022, nor whether or not a registered voter cast a ballot in that general election. I also rely on the February 2023 voter file. This file includes a field for Hispanic surname, but the file only contains information about those registered voters who cast ballots in the 2022 general election, leaving out all registered voters who did not vote in the November 8, 2022 general election even though they may have requested an absentee ballot.

the November 8, 2022 election, and whether the voter has a Hispanic surname.[3]

## III.2    Absentee Ballot Files from the 2022 General Election

**19**    On May 24, 2023, counsel provided several files they received from the Texas Secretary of State, including four Excel files that include voter-level data. These files identify voters registered in Texas who have a unique ten-digit VUID, or voter identification number. It has been represented to me by counsel that these absentee ballot voter files were provided by the Office of the Texas Secretary of State, extracted from the Texas Election Administration Management (TEAM) system. On June 2, 2023, I was informed by counsel that the counsel for the Secretary of State confirmed that the Secretary of State provided all the data in their possession, writing, "The files provided include all the data as it has been entered into the TEAM system by the counties. I can further confirm that Secretary of State does not otherwise have additional county information of the type requested in its possession, custody, or control. . . . The TEAM system does not provide Secretary of State's

---

[3]Hispanic (Spanish) surnames are flagged on the statewide voter file by the Texas Department of State. For a list of Hispanic surnames, see U.S. Census Bureau, "Decennial Census Surname Files," available `https://www.census.gov/data/developers/data-sets/surnames.html` (last accessed January 26, 2023). When compared to the U.S. Census Bureau's American Community Survey, as of November 2020, the percent of registered voters with a Hispanic surname in Texas is less than the share of the state's Hispanic Citizen Voting Age Population (CVAP). See U.S. Census Bureau, "Citizen Voting Age Population by Race and Ethnicity," American Community Survey (ACS) 5-year estimates, 2015-2019, available `https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html` (last accessed February 26, 2023). Because the February 2023 voter file only has individuals who voted in the 2022 general election, when determining Hispanic surnames, I use the February 2023 voter file but then stack it on the January 2022 voter file so as to include all the VUIDs of registered voters that do not appear in the February 2023 voter file.

office the visibility to tell whether the outstanding data is a null set, or actually "missing."

**20**    This Report draws primarily on data contained in four Excel files provided by the Texas Secretary of State, which I describe in detail below.  Each of these files have missing data, as I document below.  There are a considerable number of counties that are not included at all in the Excel files; as such, there is no information about voters in these counties who may have tried to request an absentee ballot or may have tried to cast an absentee ballot in the 2022 general election, but had their ballots rejected.  The Excel files also have missing entries for specific fields, including the reason why an absentee application or an absentee ballot was rejected.

**21**    The first file, "STATE182524.xlsx", is an Excel file that appears to contain Texas registered voters who requested an absentee ballot ahead of the 2022 general election.  I refer to this Excel file as the *Requested Application* file.  Among other information, the file contains 457,936 lines and includes voters from 253 counties.[4]  The file also contains the date an absentee ballot was requested by a voter.  After eliminating any duplicate VUIDs and retaining only applications that were requested on time, I am able to identify 448,762 unique VUIDs in the *Requested Application* file, and of these, 435,484 with a Hispanic surname flag.

**22**    A second file, "STATE182525.xlsx", is an Excel file that appears to contain registered voters who requested an absentee ballot ahead of the 2022 general election, but whose application was rejected. I refer to this Excel file, "STATE182525.xlsx", as the *Rejected Application* file.  The file contains 11,621 observations and includes voters from 180 counties.

---

[4]The missing county in "STATE182524.xlsx" is Hudspeth.

Since this file was produced by the Texas Secretary of State, I assume, conservatively, in the analysis that follows that the 74 counties that are missing from the Rejected Application file did not reject a single absentee ballot application ahead of the 2022 general election. This is conservative, as it is certainly possible that county officials did not record and/or report to the Secretary of State that they had actually rejected absentee ballot applications.[5] The file includes fields for the date the application was rejected and the rejection reason, including information as to whether the rejection was due to S.B. 1, such as a missing or mismatched SSN or Texas driver's license number (TDL). After eliminating any duplicate VUIDs and retaining only applications that were submitted on time but rejected, I am able to identify 7,075 unique VUIDs in the *Rejected Application* file, and of these, 6,768 with a Hispanic surname flag.

**23**    A third file, "STATE182526.xlsx", is an Excel file that appears to contain registered voters who had their absentee ballot rejected in the 2022 general election. I refer to this Excel file, "STATE182526.xlsx", as the *Rejected Ballot* file. The file contains 9,780

---

[5]The missing 74 counties in "STATE182525.xlsx" are: Archer, Armstrong, Baylor, Bell, Briscoe, Burnet, Callahan, Camp, Carson, Castro, Cochran, Collingsworth, Crockett, Crosby, Dallam, Deaf Smith, Dickens, Dimmit, Eastland, Ector, Falls, Floyd, Foard, Fort Bend, Franklin, Garza, Glasscock, Hale, Hall, Hansford, Hardeman, Hartley, Hemphill, Henderson, Hudspeth, Irion, Jones, King, Kinney, Knox, Lamb, Lavaca, Leon, Lipscomb, Loving, Lynn, Martin, Mason, Midland, Motley, Nolan, Ochiltree, Panola, Reagan, Red River, Reeves, Roberts, San Saba, Schleicher, Shackelford, Shelby, Sherman, Stonewall, Sutton, Swisher, Terrell, Throckmorton, Upton, Ward, Wheeler, Wilbarger, Winkler, Yoakum, and Zapata.

observations and includes voters from 165 counties.[6] The file includes fields that record the date the absentee ballot was rejected and whether or not their rejection was due to S.B. 1, such as a missing SSN or TDL. After eliminating any duplicate VUIDs and retaining only absentee ballots that were returned on time, I am able to identify 9,101 unique VUIDs in the *Rejected Ballot* file, and of these, 8,889 that have a Hispanic surname flag.

**24**    A fourth file, "STATE182527.xlsx", is an Excel file that appears to contain registered voters who returned an absentee ballot that was accepted in the 2022 general election. I refer to this Excel file, "STATE182527.xlsx", as the *Accepted Ballot* file. This file contains 348,268 lines and includes voters from 245 counties.[7] The file includes the date an absentee ballot was returned. After eliminating any duplicate VUIDs and retaining only on-time ballots, I am able to identify 348,116 unique VUIDs in the *Accepted Ballot* file, and of these, 341,625 with a Hispanic surname flag.

**25**    Table 1 provides a summary of the raw count of the number of counties and rows (or lines) for each of the four categories mentioned above: Requested Application, Rejected

---

[6]The missing 89 counties in "STATE182526.xlsx" are: Anderson, Andrews, Archer, Baylor, Briscoe, Camp, Cass, Castro, Chambers, Childress, Cochran, Collingsworth, Cooke, Coryell, Cottle, Crockett, Crosby, Culberson, Dallam, Deaf Smith, Delta, Dickens, Dimmit, Falls, Fisher, Floyd, Foard, Franklin, Gaines, Garza, Glasscock, Hale, Hall, Hansford, Hardeman, Haskell, Hemphill, Hill, Hockley, Houston, Hudspeth, Irion, Jack, Jim Hogg, Johnson, Jones, Kenedy, Kent, King, Kinney, Knox, Lamb, Lavaca, Loving, Lynn, Martin, Mason, Mcculloch, Menard, Mitchell, Moore, Motley, Nolan, Ochiltree, Parmer, Rains, Reagan, Real, Red River, Refugio, Roberts, Runnels, San Saba, Schleicher, Shackelford, Sherman, Sterling, Stonewall, Sutton, Trinity, Upton, Val Verde, Ward, Wheeler, Wilbarger, Winkler, Young, Zapata, and Zavala.
[7]The nine missing counties in "STATE182527.xlsx" are: Donley, Hall, Hudspeth, Kinney, Loving, McCulloch, Terrell, Val Verde, and Young.

Application, Rejected Ballot, and Accepted Ballot. The table also offers a raw count of on-time applications, and on-time applications with a unique VUID, in each file.

Table 1: Summary details on absentee application and ballot files, 2022 general

| File type | Counties | Lines | On time | and unique VUID | and surname flag |
|---|---|---|---|---|---|
| Requested application | 253 | 457,936 | 453,362 | 448,762 | 435,484 |
| Rejected application | 180 | 11,621 | 7,201 | 7,075 | 6,768 |
| Rejected ballot | 165 | 9,780 | 9,102 | 9,101 | 8,889 |
| Accepted ballot | 245 | 348,268 | 348,268 | 348,116 | 341,625 |

26    By joining these files to the statewide voter files, I am able to use the voter-level records in these four data files to determine the counts and rejection rates for absentee applications and returned ballots in the 2022 general election for voters with or without Hispanic surnames.[8] I also am able to estimate the counts and rejection rates for absentee applications and returned ballots in the 2022 general election for voters living in heavily Black VAP (or non-Black VAP) Census blocks. Finally, I use these files to determine the counts and rates of absentee applications and returned ballots that were rejected due to S.B. 1 in the 2022 general election for voters with and without Hispanic surnames, and for voters living in heavily Black VAP (or non-Black VAP) Census blocks.

## III.3    Linking the Four Statewide Absentee Ballot Files to the Statewide Voter File

27    As mentioned above, the February 2023 Texas voter file is indexed by ten-digit voter identification numbers, known as VUIDs. Since voters in the four absentee files on

---

[8]See footnote 2 on why I rely on both the January 2022 and the February 2023 snapshots of the statewide voter file to determine whether or not a registered voter has a Hispanic surname.

which I drawn upon for this Report (the Requested Application file, the Rejected Application File, the Rejected Ballot file, and the Accepted Ballot File) contain a voter's VUID, I am able to directly link voters who requested or cast an absentee ballot, as recorded in the four excel files, with the voter's record in the Texas voter file by his or her VUID.

28      As I discuss in my previous reports, when matching individual-level records across data files, there is invariably some slippage when it comes to coverage of all registered voters in Texas at any one moment in time.  As such, I do not expect that the latest data files created by the Texas Secretary of State (and provided to me by counsel) that contain absentee ballot applications and rejections, as well as absentee ballot cast and rejected in the 2022 general election, should exactly match the counts and rates I presented for Harris and Travis counties in my March 20, 2023, Second Supplemental Report.  But they are very similar.  And, because the four Excel files of absentee ballot requests and absentee ballots cast that I rely on in this Report include VUID numbers, I am able to directly link individuals in these files to their unique VUID in the 2023 Texas voter file (which I was not able to do with Harris County files analyzed in my previous reports).

## III.4   U.S. Census Data

29      As in my First and Second Supplemental Reports, dated April 29, 2022 and March 20, 2023, respectively, I rely on U.S. Census data for my analyses.  Specifically, I rely on 2020 Census Block Assignment Files for the State of Texas.  The U.S. Census provides the racial and ethnic composition of the Voting Age Population (VAP) in each Census block

in Texas.[9]

**30**    I rely on Census data because the Texas statewide voter file does not include a field identifying a voter's race. I begin by geocoding the addresses of all registered voters in the February 2023 voter file into Census blocks—the smallest geographic unit established by the U.S. Census Bureau. This is done to determine the racial (and ethnic) composition of the VAP in each Census block in each county in the state. As discussed in more detail in my previous reports, the batch geocoding process follows the suggestions of the U.S. Census Bureau, and the most recent U.S. Census address data were used to do the geocoding in ArcGIS. The geocoding obtains over a 90 percent match rate; any voters with a missing address or an address that did not match the Census data did not get geocoded and are not included in my analysis when it pertains to Black VAP and rejected absentee applications or ballots.

**31**    By joining the geocoded voter file with the four Excel files provided for the 2022 general election, I am able to estimate whether voters registered in Census blocks with higher rates of Black VAP, according to 2020 data from the U.S. Census, were more likely on average to have their absentee ballots rejected, and rejected due to S.B. 1, than voters in other Census blocks.[10]

---

[9]See "2020 Census Geography," "Blocks.zip," available `https://data.capitol.texas.gov/dataset/2020-census-geography/resource/5338bb0a-aac3-463f-aac2-c0980f745bb8` (last accessed February 21, 2022).

[10]It should be stressed, however, that due to missing counties in the files provided, and omitted data in some of the fields in the files provided, these estimates are conservative and subject to revision if further data are provided by the Texas Secretary of State or individual counties.

## III.5  Calculating Counts and Rates of Rejected Absentee Ballot Applications and Rejected Absentee Ballots, Including Due to S.B. 1

**32**      Before proceeding with my analysis of rejected absentee ballot applications and rejected absentee ballots, and the impact of S.B. 1 in the 2022 general election, a few definitions are necessary to explain how I arrive at the counts and rates of rejected absentee ballot applications and rejected absentee ballots cast.

**33**      In order to determine if a voter's absentee ballot application or absentee ballot cast was rejected in the 2022 general election, I rely on the codes entered in the "REJECT_REASON STATUS" field that is included in both the Rejected Application file and the Rejected Ballot file.

**34**      As in my previous reports, to determine if an absentee ballot application or an absentee ballot was rejected due to S.B. 1, I take a conservative approach.  Under S.B. 1, voters who fill out an application to request an absentee ballot and voters who vote an absentee ballot in a return envelope must provide precise personal information:  their driver's license number, election identification certificate number, personal identification card number, or the last four digits of their Social Security number (hereafter "personal IDs"). They must do so both on their absentee ballot request forms and on their absentee mail ballot carrier (return) envelopes, located on the back of the envelope underneath the security flap. The personal ID numbers provided by voters on absentee ballot application forms and on return absentee ballot envelopes must match the information on their registration records administered by their local election officials and by the Secretary of State.

### III.5.1    Calculating Rejected Application Counts and Rates

**35**    I take a conservative approach when processing the raw data in the Rejected Application file to determine the count and rate of rejected applications in the 2022 general election, including those rejected due to S.B. 1. First, I eliminate voters in the Rejected Application file if their unique VUID is also found in either the Accepted Ballot or the Rejected Ballot files. Logically, if they show up in either of these files, individuals recorded in the Rejected Application file were able to cure their ballot applications, even if they may have been initially burdened by the provisions of S.B. 1. Second, I eliminate voters in the Rejected Application file whose applications were received outside of the permitted window to request an absentee ballot prior to the November 8, 2022 general election.[11] Third, I eliminate any duplicate VUIDs occurring in the statewide February 2023 voter file.

**36**    Processing the data this way is necessary in order to identify unique individuals (via their VUID) in each file. It is also very conservative. This can be easily understood by referring back to summary Table 1. Dividing 11,621 rejected applications into 457,936 requested applications—raw figures drawn from the lines in the Rejected Application and Requested Application files provided by the Secretary of State—obtains an overall application rejection rate of 2.54%. But, in contrast, if we filter, as I do, the applications that were on time and have a unique VUID, the numerator shrinks to 7,075 (largely due to applications that are recorded in the Rejected Application file as not being timely). In this case, the overall application rejection rate drops to 1.58% (7,075 / 448,762). And further, dividing

---

[11]It is certainly possible that applications coded by local election officials as being late may initially have been rejected due to S.B. 1 requirements, and as a result, were coded as being late because voters did not have enough time to cure their applications.

the final count of 6,768 rejected applications (which retains only rejected applications that are on time, have a unique VUID, and have a Hispanic/non-Hispanic surname flag) into the 435,484 voters who applied for an absentee ballot, obtains a rejection rate of 1.55%. These steps are conservative and likely underestimate the negative impact of S.B 1, which I discuss next.

**37**    I take the following steps to determine if registered voters who applied for absentee ballots in a timely manner had their applications rejected by their county elections officials due to S.B. 1 requirements. To make this determination, I have to draw on information in the "REJECT_REASON STATUS" field in the Rejected Application file provided by the Secretary of State. In the Rejected Application file, I understand the following four codes in the "REJECT_REASON STATUS" field to indicate that a voter's application for an absentee ballot was rejected due to S.B. 1: "Incorrect/Missing SSN/TDL-Online Cure Available," "Incorrect/Missing SSN/TDL-Final Rejection," "No TDL/SSN in application / not matching VR record," and "No TDL/SSN in VR Record." Unfortunately, in the Rejected Application file, dozens of counties did not record and/or report any information in the "REJECT_REASON STATUS" field for voters who had their application rejected in the 2022 general election.[12] As such, it is not possible to determine if the rejected application was due to a requirement of S.B. 1

---

[12]Again, I assume, conservatively, that the 74 counties that are not included in the Rejected Application file did not reject a single absentee ballot application ahead of the 2022 general election due to S.B. 1, it is certainly possible that county officials did not record and/or report to the Secretary of State that they had rejected some absentee ballot applications due to the S.B. 1 requirements.

**38**    For the lines I am able to process in the Rejected Application file that do include a reason for rejection, I calculate the application rejection rate due to S.B. 1 requirements by dividing voters in the Rejected Application file into the Requested Application file.[13] Subsequently, when determining the application rejection count and rates for voters with Hispanic and non-Hispanic surnames, as well as to identify addresses to determine the percentage of Black VAP Census blocks, I join these files to the statewide voter file using unique VUIDs.

### III.5.2    Calculating Rejected Ballot Counts and Rates

**39**    I again take a conservative approach when processing the raw data in the Rejected Ballot file to determine the count and rate of rejected ballots in the 2022 general election. First, I eliminate voters in the Rejected Ballot file if their unique VUID is also found in the Accepted Ballot file. Logically, if individuals recorded in the Rejected Ballot file are also in the Accepted Ballot file, it indicates that they were able to cure their ballot, even if they may have been initially burdened by the provisions of S.B. 1 when they returned their ballot.[14] I also eliminate voters in the Rejected Ballot file whose absentee ballots were received outside of the permitted window to request an absentee ballot prior to the November 8, 2022 general election.[15]

---

[13]This is a very conservative calculation, as I retain VUIDs in both the Rejected Application numerator and the Requested Application denominator that do not include a reason for the rejection.

[14]In cases where a voter has duplicate records in the Rejected Ballot file and the Accepted Ballot file, I privilege the accepted absentee record in order to eliminate any initially "rejected" ballots that were successfully cured by the voter. This is a conservative approach, as I do not double-count an initial rejected ballot as being rejected if it was eventually accepted according to the Accepted Ballot file.

[15]It is certainly possible that absentee ballots coded by local election officials as being late may initially have been rejected due to S.B. 1 requirements, and as a result, were coded as being late because voters did not have enough time

**40**      Processing the data this way is necessary in order to identify unique individuals (via their VUID) in each file. As with the processing of absentee ballot applications and those that were rejected, it is again very conservative. This can be easily understood by referring back to summary Table 1. Dividing 9,780 rejected ballots into 348,268 accepted ballots plus the 9,780 rejected ballots—raw figures drawn from the lines in the Rejected Ballot and Accepted Ballot files provided by the Secretary of State—obtains an overall ballot rejection rate of 2.73%. But, in contrast, if we filter, as I do, the ballots that were on time and have a unique VUID, the numerator shrinks to 9,101 (largely due to applications that are recorded in the Rejected Ballot file as not being timely). In this case, the overall ballot rejection rate drops to 2.55% (9,101 / (9,102 + 348,268). And further, dividing the final count of 8,889 rejected ballots (which retains only rejected ballots that are on time, have a unique VUID, and have a Hispanic/non-Hispanic surname flag) into the 350,514 voters who returned their absentee ballots (341,625 that were accepted and 8,889 that were rejected), obtains a rejection rate of 2.54%. These steps are conservative and likely underestimate the negative impact of S.B 1, which I discuss next.

**41**      I take the following steps to determine if registered voters who returned their absentee ballots in a timely fashion and had them rejected by their county elections officials, and whether it was due to S.B. 1. Drawing from the Rejected Ballot file, I understand the following four codes in the "REJECT_REASON STATUS" field to indicate that a voter's absentee ballot was rejected due to S.B. 1: "DEFECT BY EVC - INCORRECT/MISSING SSN/TDL/ENVELOPE RETURNED TO VOTER (4)," "DEFECT BY EVC - INCOR-RECT/MISSING SSN/TDL/ONLINE CURE AVAILABLE (4)," "INCORRECT OR MISS-ING SSN / TDL - ONLINE CORRECTION AVAILABLE," "INCORRECT OR MISSING

---

to cure the absentee ballots that they returned.

SSN / TDL - FINAL REJECTION (13)." In contrast to the Rejected Application file, there are fewer lines in the Rejected Ballot file provided by the Secretary of State that have missing entries in the "REJECT_REASON STATUS" field.

**42**    To calculate the ballot rejection rate, I simply divide the Rejected Ballot file into the sum of the Rejected Ballot file and the Accepted Ballot file. Subsequently, when determining the ballot rejection count and rates for voters with Hispanic and non-Hispanic surnames, as well as to identify addresses to determine the percentage of Black VAP Census blocks, I join these files to the statewide voter file using unique VUIDs.

## IV    *Rejected Absentee Ballot Applications* in the 2022 General Election

**43**    I begin with an analysis of rejected absentee ballot applications in the 2022 general election. In Table 2, I provide a summary of the processed voter-level records in the Requested Application and the Rejected Application files which I rely in this Report. Each row in the table provides a count of the unique VUIDs for each condition listed. My conservative approach eliminates lines of from the two data sets as appropriate. I remove duplicative applications with two or more VUIDs (there are 4,769 such cases), keeping only one of the lines. I also remove from my analysis of rejected applications the VUIDs of the 4,327 applications that were late, the 93 that were early, and the 234 that had a missing reason for being rejected (as there is no way to determine if these were rejected due to S.B. 1). Many of these lines have multiple conditions, so the overall number of lines removed when processing these voter-level records is not additive.

Table 2: Details on absentee ballot application and rejection files, 2022 general

| Type | Count |
|---|---|
| Total requested applications | 457,936 |
| Applications with duplicated VUID | 4,769 |
| Rejected applications, late | 4,327 |
| Rejected applications, missing reason | 234 |
| Rejected applications, early | 93 |

**44**    This process accounts for missing data, duplicate VUIDs, untimely applications, and cured applications found in the Requested Application and Rejected Application files provided by the Secretary of State. Screening out these VUIDs results in a lower overall count of rejected applications than is found in the original Excel files, which results in a more conservative analysis.

## IV.1    Rejected Absentee Ballot Applications for Hispanic Voters

**45**    I now turn to the rejection counts and rates of absentee ballot applications requested by voters with Hispanic and non-Hispanic surnames in the 2022 general election. I merge the Requested Application and Rejected Application files with Texas' statewide voter file. By doing so, I am able to determine which voters identified as having a Hispanic surname are in each file. I then separate Hispanic and non-Hispanic absentee voters into two bins, calculating the overall number of absentee ballot applications that were rejected, as well as the number of absentee ballot applications rejected due to S.B. 1, for both groups. By linking the two absentee ballot application files from the 2022 general election provided by the Secretary of State to the February 2023 statewide voter file and the January 2022 statewide voter file, I am able to identify whether a voter has a Hispanic surname or not.

**46**    Table 3 provides counts and rates of ballot applications, application rejections, and application rejections due to S.B. 1 for VUIDs linked to the statewide voter file, broken down by voters with non-Hispanic and Hispanic surnames. The bottom row of Table 3 calculates the overall count of ballot applications, count of application rejections, count of application rejections due to S.B. 1, as well as the overall application rejection rate and the overall application rejection rate due to S.B. 1. Similarly, the top row of Table 3 calculates these counts and rates for registered voters with a non-Hispanic surname; the second row makes the same calculations for voters without a Hispanic surname.

Table 3: General 2022 absentee ballot applications and rejections

| Voters | Applications | Rejections | Rejections, SB 1 | Rejection percent | |
|---|---|---|---|---|---|
| | | | | All | SB 1 |
| Non-Hispanic | 374,200 | 5,836 | 3,933 | 1.56 | 1.05 |
| Hispanic | 61,074 | 665 | 447 | 1.09 | 0.73 |
| Total | 435,274 | 6,501 | 4,380 | 1.49 | 1.01 |

**47**    As shown across the bottom row in Table 3, in the 2022 general election, over 6,500 absentee ballot applications were rejected for one reason or another by SVCs and EVBBs, accounting for 1.49% of the more than 4235,000 ballot applications received by the 180 counties that provided rejected application data included in the Rejected Application file (and that were on time, had a unique VUID, and could be linked to the 2022 and 2023 statewide voter files). This is likely a very conservative figure, as the denominator includes requested applications from 253 counties in the Requested Application file, but the numerator only includes data from the 180 counties that provided data to the Secretary of State about rejected applications.[16] Looking across the bottom row, of the more than

---

[16]As mentioned previously, I assume that counties that had no VUIDs included in the Rejected Application file, but had VUIDs included in the Requested Ap-

435,000 applications received, 4,380 were rejected due to S.B. 1, or 1.49% of all applications received. That is, of the more than 6,500 rejected applications, (67.4%) were rejected due to S.B. 1 requirements.

**48**    Moving up one row, of the more than 61,000 applications received from voters with Hispanic surnames according to the February 2023 and January 2022 voter files, 665 were rejected (1.09%), and 447 (0.73%) were rejected due to S.B 1. Put differently, of the rejected applications cast by voters with Hispanic surnames, 67.2% were rejected due to S.B. 1 requirements. In contrast, across the top row labeled Non-Hispanic, of the 374,200 timely applications received from voters with non-Hispanic surnames, 5,836 (1.56%) were rejected for any reason, and 3,933 (1.05%) were rejected due to S.B 1; that is, 67.4% of timely applications provided by voters with non-Hispanic surnames were rejected due to S.B. 1 requirements. The application rejection rates are nearly identical, and it is important to note that the non-Hispanic category includes registered voters of all other racial and ethnic groups.

**49**    In short, although the overall rate of rejected applications by registered voters with Hispanic surnames was less than the rate of those with non-Hispanic surnames, the share of rejected applications due to S.B. 1 was roughly the same for registered voters with Hispanic surnames. The data provided by the Secretary of State show that voters with Hispanic surnames as likely to have their on-time absentee ballot applications rejected due to SB 1's ID-match requirements compared to voters without Hispanic surnames according

---

plication file, had 0 (zero) rejected applications in the 2022 general election. If this assumption is incorrect, and these counties actually did reject applications but did not record and/or report them to the Secretary of State, the following rejection rates are, by construction, very deflated.

to the Texas statewide voter file.

**50**     It is important to note that the data shown in Table 2, which relies on the pro-cessed Requested Application and Rejected Application files, likely significantly undercounts the number of absentee ballots that were requested and rejected due to S.B. 1 in the 2022 general election, due to missing counties and data. Recall that only 180 counties recorded and/or reported having any rejected applications, and that of those that did record and/or report rejected applications, many did not provide data in the "REJECT_REASON STA-TUS" field in the Rejected Application file.

**51**     The likely undercount in this Report of rejected absentee applications in the 2020 general election is due to the incomplete or missing data in the Requested Application file and the Rejected Application file provided by the Secretary of State. In Table 4, I provide a breakdown of the overall count of absentee ballot applications cast and rejected, and rejected due to S.B. 1, in the 2022 general election for the 10 counties with the highest number of registered voters who the State of Texas classified as being "active" according to the February 2023 statewide voter file. I have processed these data following the steps outlined in Paragraph 43, excluding lines from the Requested Application and Rejected Application files that have missing data regarding "REJECT_REASON," duplicate VUIDs, untimely applications, as well as any VUIDs that could not be linked to the statewide voter files (which is necessary to identify voters with or without a Hispanic surname).

**52**     With regard to the state's counties with the most registered (active) voters, it becomes quite clear that the data are incomplete. The files provided by the Secretary of State did not include any records of rejected absentee ballot applications in the 2022

general election for many counties, including some of the counties with the largest numbers of absentee ballot applications in the 2022 general election, as shown in Table 4. The counties are ordered according to the total number of absentee ballot applications by voters with Hispanic and non-Hispanic surnames, respectively.

Table 4: General 2022 absentee application rejections, top ten counties

| County | Applications | Rejections | % | SB 1 | SB 1 % |
|--------|-------------|-----------|------|------|--------|
| **Hispanic** | | | | | |
| Bexar | 12,005 | 0 | 0.00 | 0 | 0.00 |
| Harris | 7,101 | 128 | 1.80 | 78 | 1.10 |
| El Paso | 6,064 | 152 | 2.51 | 110 | 1.81 |
| Hidalgo | 4,355 | 35 | 0.80 | 31 | 0.71 |
| Travis | 2,198 | 27 | 1.23 | 26 | 1.18 |
| Dallas | 1,766 | 45 | 2.55 | 29 | 1.64 |
| Tarrant | 1,550 | 20 | 1.29 | 20 | 1.29 |
| Fort Bend | 866 | | | | |
| Denton | 498 | 21 | 4.22 | 9 | 1.81 |
| Collin | 429 | | | | |
| **Non-Hispanic** | | | | | |
| Harris | 72,073 | 1,133 | 1.57 | 677 | 0.94 |
| Dallas | 27,087 | 680 | 2.51 | 480 | 1.77 |
| Bexar | 25,459 | 1 | 0.00 | 1 | 0.00 |
| Tarrant | 24,429 | 438 | 1.79 | 438 | 1.79 |
| Travis | 23,775 | 331 | 1.39 | 326 | 1.37 |
| Collin | 14,121 | | | | |
| Denton | 12,168 | 407 | 3.34 | 184 | 1.51 |
| Fort Bend | 11,081 | | | | |
| El Paso | 3,762 | 124 | 3.30 | 81 | 2.15 |
| Hidalgo | 2,026 | 42 | 2.07 | 35 | 1.73 |

**53**      In addition, to Collin and Fort Bend counties, which recorded and/or reported rejecting 0 (zero) absentee applications in the 2022 general election for voters with Hispanic and non-Hispanic surnames, Bexar County recorded and/or reported only one rejected absentee application out of the 25,459 applications by voters with non-Hispanic surnames, and 0 (zero) rejected absentee applications out of the 12,005 applications by voters with Hispanic

surnames. It is highly implausible that these counties had zero rejected absentee ballot applications in the 2022 general election, underscoring the incomplete nature of the data that the Secretary of State's office produced most recently in discovery. These missing data necessarily result in an undercount of rejected applications (including for S.B. 1), as discussed in this Report.

**54**     Column 2 ("Applications") of Table 4 provides the count of absentee applications by voters with Hispanic surnames (top) and non-Hispanic surnames (bottom), respectively. Column 3 ("Rejections") of Table 4 provides a count of the absentee applications rejected in each of these counties, broken down by voters with a Hispanic or non-Hispanic surname. Column 4 ("%") provides the overall rejection rates of absentee ballot applications in each county for the 2022 general election, again broken down by voters with a Hispanic or non-Hispanic surname. It is important to note that voters in the non-Hispanic surname group include registered voters who identify as Black, Asian-American, and other racial and ethnic groups.

**55**     Looking down column 4 ("%"), excluding the four counties that did not record and/or report having any rejected applications, the application rejection rates in the 2022 general election were fairly similar for voters with and without Hispanic surnames.

**56**     The final two columns of Table 4 ("SB 1" and "SB 1 %") show the count of applications in the 2022 general election that were rejected due to the personal ID requirements of S.B. 1 and the rate of all absentee ballots cast across the counties that were rejected due to the new requirements, for Hispanic (top) and non-Hispanic (bottom) voters. For counties that recorded and/or reported having rejected applications and the reasons for those rejec-

tions, the rejection rates due to S.B. 1 for voters with Hispanic surnames and those without is very similar.

**57**    Due to missing data in the files I received from counsel that were provided in discovery by the Secretary of State, my conclusions about the impact of S.B. 1 on voters with Hispanic surnames are subject to revision or updating should more data become available.

## IV.2    Rejected Absentee Ballot Applications for Black Voters

**58**    In contrast to including a field for Hispanic surname, Texas' statewide voter file does not provide a field for whether a voter identifies as Black (or any other racial category). In order to assess the impact of S.B. 1 on absentee ballot request by Black voters across the State of Texas in the 2022 general election, I rely on regression analysis, drawing on data from the statewide voter file merged with Census block data (as discussed above), and data from the Requested Application and Rejected Application files, to determine the racial composition of each Census block.

**59**    Figure 1 plots the percentage of Black VAP in a Census block (X-axis) against the percentage of voters in that Census block who had their absentee ballot applications rejected out of all rejected applications received by county election supervisors (y-axis) in the 2022 general election for the 180 counties included in the Rejected Application file and the 253 included in the Requested Application file.[17] The weighted (by Census block VAP)

---

[17]Although 253 counties are included in the Requested Application file, only 180 counties are included in the Rejected Application file. To be conservative, I include in the denominator absentee applications from all 253 counties included in the Requested Application file, including the 73 counties that

regression line shows a flat line, indicating that Census blocks with a greater share of Black VAP, on average, had no more or less absentee applications rejected.

---

recorded and/or reported not rejecting any absentee applications.

Figure 1: Percent Black Voting Age Population and Percent Rejected Absentee Applications, by Census Block, 2022 General Election



*Note: Each circle denotes a Census block in Texas, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

30

**60**    Figure 2 looks very similar to the preceding Figure 1.[18] The weighted (by Census block VAP) regression line in Figure 2 is flat, indicating that Census blocks with a greater share of Black VAP, on average, had no more or less absentee applications rejected due to S.B. 1.

---

[18]Again, although 253 counties are included in the Requested Application file, only 180 counties are included in the Rejected Application file, and many of these counties provided incomplete information regarding the reason a ballot application was rejected, which is necessary information to determine whether an application was rejected due to S.B. 1. However, to be conservative, I again include in the denominator absentee applications from all 253 counties, including the 73 counties that recorded and/or reported not rejecting any absentee applications.

Figure 2: Percent Black Voting Age Population and Percent Rejected Absentee Applications due to S.B. 1, by Census Block, 2022 General Election



*Note: Each circle denotes a Census block in Texas, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

32

# V   *Rejected Absentee Ballots* in the 2022 General Election

**61**    I now turn to return absentee ballots that were rejected in the 2022 general election. In Table 5, I provide a summary of the processed voter-level records in the Rejected Ballots and the Accepted Ballot files which I rely in this Report, and which I describe in detail above. Each row in the table provides a count of the unique VUIDs for each condition listed. My conservative approach eliminates lines of from the two data sets as appropriate. For example, I remove the duplicative ballots that are rejected that also appear to be accepted. I remove 152 lines with duplicative ballots that were recorded as accepted, as well as 2 duplicative lines that were recorded as being rejected, keeping only one of the lines with a unique VUID. I also remove from my analysis of rejected ballots the lines of the 678 ballots recorded as being late, and the 36 that had a missing reason for being rejected (as there is no way to determine if these were rejected due to S.B. 1). Many of these lines have multiple conditions, so the overall number of lines removed when processing these voter-level records is not additive.

Table 5: Details on absentee ballots accepted and rejection, 2022 general

| Type | Count |
|---|---|
| Total absentee ballots accepted | 348,268 |
| Total absentee ballots rejected | 9,780 |
| Rejected absentee ballots that also appear as accepted | 8 |
| Total absentee ballots accepted and rejected, dropped excess rejected | 358,040 |
| Absentee ballots rejected, missing reason | 36 |
| Absentee ballots accepted, duplicated VUID | 152 |
| Absentee ballots rejected, duplicated VUID | 2 |
| Absentee ballots SB 1-rejected, duplicated VUID | 0 |
| Absentee ballots rejected, late | 678 |

**62**    This process accounts for missing data, duplicate VUIDs, untimely ballots, and ballots that were cured in the Rejected Ballot and Accepted Ballot files provided by the Secretary of State. Screening out these VUIDs results in a lower overall count of rejected ballots than is found in the original Excel files, which results in a more conservative analysis.

**63**    To preview my findings, I find that absentee ballots cast by voters with Hispanic surnames and in Census blocks with greater shares of Black VAP were disproportionately rejected at a higher rate than those cast by other voters in Texas' 2022 general election, that the rates of rejected absentee ballots due to S.B. 1 for these voters was higher than for voters with non-Hispanic surnames and in Census blocks with lower rates of Black VAP, and that of those ballots that were rejected, S.B. 1 rejections disproportionately accounted for rejected absentee ballots in the 2022 general election.

## V.1    Rejected Absentee Ballots for Hispanic Voters

**64**    I begin my analysis by examining the overall raw count of absentee ballots rejected and accepted in the 2022 general election across the 165 counties contained in the Rejected Ballot file and the 245 counties contained in the Accepted Ballot file, both provided by the Secretary of State. I break these down by voters with and without Hispanic surnames. In addition to the raw counts of rejected and accepted ballots, I calculate the percent of absentee ballots that were rejected across groups of voters, as well as the raw count and percent of absentee ballots that were rejected due to S.B. 1 for each group of voters. As with my analysis of rejected applications, my analysis of rejected absentee ballots excludes those that were later cured by a voter.

Table 6: General 2022 absentee ballot rejections

| Voters | Ballots | Rejections | Rejections, SB 1 | Rejection percent All | SB 1 |
|---|---|---|---|---|---|
| Non-Hispanic | 303,982 | 7,143 | 6,009 | 2.35 | 1.98 |
| Hispanic | 46,488 | 1,702 | 1,365 | 3.66 | 2.94 |
| Total | 350,470 | 8,845 | 7,374 | 2.52 | 2.10 |

**65**     As can be seen by going down the first column ("Ballots") of Table 6, joining the Rejected Ballot and Accepted Ballot files to the statewide voter files accounts for more than 46,000 absentee ballots cast by voters with Hispanic surnames and more than 303,000 absentee ballots cast by voters with non-Hispanic surnames in the 2022 general election. In all, drawing on data in the Rejected Ballot and Accepted Ballot files, I am able to link a total of more than 350,000 voters with unique VUIDs to the statewide voter file who cast absentee ballots in the 2022 general election, including more than 8,800 who had their timely absentee ballot rejected, who had a recorded reason for why their ballot was rejected, and whose VUID could be linked to the statewide voter file.[19]

**66**     As the bottom row of Table 6 reveals, of the 350,470 absentee ballots cast in the 2022 general election across the counties included in the data provided by the Secretary of State (and for voters whose VUID could be linked to statewide voter files to determine if they had a Hispanic surname or not), 8,845 (2.52%) were rejected for any reason, and 7,374 (2.10%) were rejected due to S.B. 1 requirements. In other words, 83.4% of absentee ballots that were rejected were rejected due to S.B. 1 in the 165 counties that recorded and/or reported having at least one rejected ballot, out of the 245 counties that recorded and/or

---

[19]After processing the data in the Accepted Ballot and Rejected Ballot files and linking unique VUIDs to the statewide February 2023 and January 2022 voter files to obtain Hispanic and non-Hispanic surnames, the raw count of rejected ballots drops from 9,780 to 8,845.

reported accepting at least one absentee ballot. It bears repeating that this is likely an underestimate, as only 165 of the 245 counties recorded and/or reported rejecting at least one absentee ballot in the 2022 general election, a figure that is likely implausible.

**67**      The middle row of Table 6 shows the 46,488 absentee ballots cast by voters with Hispanic surnames across the 245 counties. Of those ballots cast by voters with Hispanic surnames, 1,702 (3.66%) ballots were rejected for any reason, and 1,365 (2.94%) ballots were rejected due to S.B. 1. In all, 80.2% of the rejected ballots cast by voters with Hispanic surnames in the 2022 general election were rejected due to S.B. 1.

**68**      In contrast, as shown across the top row of Table 6, of the more than 303,000 absentee ballots cast by voters with non-Hispanic surnames, 7,143 (2.35%) were rejected in the 2022 general election, and 6,009 (1.98%) were rejected due to S.B. 1. That is, 84.1% of the rejected ballots cast by voters with non-Hispanic surnames in the 2022 general election were rejected due to S.B. 1. Recall, that the category of non-Hispanic surnames includes non-White voters who do not have Hispanic surnames, including Black voters.

**69**      The increase in the marginal cost of voting an absentee ballot under S.B. 1 is striking for Texas voters. Over 80% of the rejected ballots cast by voters with Hispanic and non-Hispanic surnames in the 2022 general election were rejected due to S.B. 1. Voters with Hispanic surnames were 1.31 percentage points more likely to have their absentee ballot rejected in the 2022 general election than voters with non-Hispanic surnames, and they were nearly a full percentage point more likely to have their absentee ballots rejected due to S.B. 1 than voters with non-Hispanic surnames.

**70**     It is important to note that the data shown in Table 6, which relies on the processed Rejected Ballot file, certainly undercounts the number of absentee ballots that were rejected due to S.B. 1 in the 2022 general election, as there is considerable missing data in the "REJECT_REASON STATUS" field in the Rejected Ballot file, and more notably, 80 of the 245 counties included in this analysis affirmatively recorded and/or reported to the Secretary of State that they rejected no absentee ballots in the 2022 general election, which is very likely implausible.

**71**     The likely undercount in this Report of rejected absentee ballots cast in the 2020 general election is due to the incomplete or missing data in the Rejected Ballot file provided by the Secretary of State. Some counties with sizeable numbers of registered voters did not submit data (or complete data) to the Secretary of State or enter it into the TEAM system. In Table 7, I provide a breakdown of overall count of absentee ballots cast and rejected, and rejected due to S.B. 1, in the 2022 general election in the 10 counties that have the most registered voters classified as being "active" according to the February 2023 statewide voter file. The counties are ordered according to the total number of absentee ballots cast by voters with Hispanic and non-Hispanic surnames, respectively.

**72**     In Table 7, Column 2 ("Ballots") provides the count of absentee ballots cast by voters with Hispanic surnames (top) and non-Hispanic (bottom) voters, respectively. Column 3 ("Rejections") of Table 7 provides a count of the absentee ballots rejected in each of these counties for voters with Hispanic surnames (top) and non-Hispanic (bottom) voters, respectively. Column 4 ("%") provides the overall rejection rates of absentee ballots cast in each county for the 2022 general election for voters with Hispanic surnames (top) and non-Hispanic (bottom) voters, respectively. It is important to note that voters in the non-

Hispanic group include registered voters who identify as Black, Asian-American, and other racial and ethnic groups.

**73**    Looking down column 4 ("%") of Table 7, we can see that in all 10 counties the absentee ballot rejection rate in the 2022 general election was higher for voters with Hispanic surnames than for voters with non-Hispanic surnames.  In Harris County, for example, 6.39% of voters with a Hispanic surname had their absentee ballots rejected in the election, which was more than 2 percentage points greater than the rate for voters with non-Hispanic surnames in the county.

Table 7: General 2022 absentee ballot rejections, top ten counties

| County | Ballots | Rejections | % | SB 1 | SB 1 % |
|--------|--------|-----------|------|------|--------|
| **Hispanic** | | | | | |
| Bexar | 9,892 | 144 | 1.46 | 78 | 0.79 |
| Harris | 5,506 | 352 | 6.39 | 347 | 6.30 |
| Hidalgo | 3,349 | 67 | 2.00 | 64 | 1.91 |
| El Paso | 2,898 | 375 | 12.94 | 316 | 10.90 |
| Travis | 1,801 | 58 | 3.22 | 55 | 3.05 |
| Tarrant | 1,329 | 44 | 3.31 | 41 | 3.09 |
| Dallas | 1,265 | 26 | 2.06 | 22 | 1.74 |
| Fort Bend | 749 | 41 | 5.47 | 28 | 3.74 |
| Denton | 394 | 7 | 1.78 | 0 | 0.00 |
| Collin | 352 | 4 | 1.14 | 4 | 1.14 |
| **Non-Hispanic** | | | | | |
| Harris | 57,329 | 2,440 | 4.26 | 2,357 | 4.11 |
| Tarrant | 21,625 | 529 | 2.45 | 511 | 2.36 |
| Bexar | 21,140 | 240 | 1.14 | 119 | 0.56 |
| Travis | 19,162 | 394 | 2.06 | 350 | 1.83 |
| Dallas | 18,394 | 343 | 1.86 | 286 | 1.55 |
| Collin | 11,789 | 110 | 0.93 | 107 | 0.91 |
| Denton | 10,088 | 113 | 1.12 | 13 | 0.13 |
| Fort Bend | 9,657 | 489 | 5.06 | 274 | 2.84 |
| El Paso | 1,747 | 185 | 10.59 | 149 | 8.53 |
| Hidalgo | 1,694 | 31 | 1.83 | 21 | 1.24 |

**74**    The final two columns of Table 7 ("SB 1" and "SB 1 %") show the count of absentee ballots in the 2022 general election that were rejected due to the personal ID requirements of S.B. 1 and the rate of all absentee ballots cast across the counties (in terms of absentee ballot rejections) that were rejected due to the new requirements, for voters with Hispanic (top) and non-Hispanic (bottom) surnames, respectively. For all the counties (except Denton, which recorded and/or reported to the Secretary of State that no voters with a Hispanic surname had their ballot rejected due to S.B. 1), the rejection rates of absentee ballots in the 2022 general election were higher for voters with Hispanic surnames than those without. Furthermore, the reason why a rejected ballot was rejected for most voters with Hispanic surnames was due to S.B. 1. In Travis County, for example, 55 of the 58 (94.8%) ballots rejected that were cast by voters with Hispanic surnames were rejected due to S.B. 1 requirements; the respective rate for those with non-Hispanic surnames was 88.8%, a full 6 percentage points lower.

## V.2    Rejected Absentee Ballots for Black Voters

**75**    Because neither Texas' statewide voter file nor the Rejected Ballot file for the 2022 general election identify the race of the voter, I use geocoded addresses of all registered voters in the February 2023 statewide voter file and regression analysis to estimate the effect of S.B. 1 on rejected absentee ballots cast by Black voters in the 2022 general election.

**76**    Census block data provide the racial and ethnic composition of the VAP in each Census block in Texas. By joining the geocoded voter file with the Rejected Ballot file for the 2022 general election using a registered voter's address, I am able to estimate whether Census blocks with higher rates of Black VAP according to the U.S. Census were more likely to have absentee ballots rejected than other Census blocks.

**77**    Figure 3 plots the percentage of Black VAP in a Census block (X-axis) against the percentage of voters in that Census block who had their absentee ballot rejected out of all absentee ballots received (accepted and rejected) by county election supervisors (y-axis) in the 2022 general election across Texas.  Recall, that although there are 245 counties in the Accepted Ballot file, only 165 counties recorded and/or reported at least one rejected ballot in the Rejected Ballot file.  To be conservative, I include data from all 245 counties in the regression analysis, including those counties that recorded and/or reported in the Rejected Ballot file as having 0 (zero) rejected absentee ballots, notwithstanding the likelihood that many of these counties failed to record and/or report their data to the Secretary of State. For visual clarity, the figure screens out any Census blocks that had fewer than 10 absentee ballots cast (accepted or rejected) in the 2022 general election.

Figure 3: Percent Black Voting Age Population and Percent Rejected Absentee Ballots, by Census Block, 2022 General Election



*Note: Each circle denotes a Census block in Texas, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

41

**78**     The weighted (by Census block VAP) regression line in Figure 3 shows a clear positive relationship: the greater the rate of Black VAP in a Census block, the greater the rate of absentee ballots rejected in a Census block across the state in the 2022 general election. In Census blocks across the state of Texas with little to no Black VAP, on average roughly 2% of absentee ballots cast in those Census blocks were rejected. In contrast, in Census blocks with nearly all-Black VAP, roughly 9% of absentee ballots cast in those Census blocks were rejected. Again, to be conservative, I include data from all 245 counties in the regression analysis, including those counties that recorded and/or reported in the Rejected Ballot file as having 0 (zero) rejected absentee ballots.

**79**     In Figure 4, I show the effects of S.B. 1 on rejected absentee ballots cast in Census blocks with high rates of Black VAP across the state of Texas. Figure 4 plots the percentage of Black VAP in a Census block (X-axis) against the percentage of voters in that Census block who had their absentee ballot rejected due to S.B. 1 (y-axis) in the 2022 general election. Again, to be conservative, I include data from all 245 counties in the regression analysis, including those counties that recorded and/or reported in the Rejected Ballot file as having 0 (zero) rejected absentee ballots due to S.B. 1. For visual clarity, the figure screens out any Census blocks that had fewer than 10 absentee ballots cast (accepted or rejected) in the 2022 general election.

**80**     4 looks very similar to the preceding Figure 3. The weighted (by Census block VAP) regression line shows clearly that, on average, the greater the rate of Black VAP in a Census block, the greater the rate voters' absentee ballots were rejected due to the implementation of S.B. 1. in the 2022 general election. In Census blocks with no Black VAP, or almost no Black VAP, on average roughly 2% of absentee ballots in that Census

block were rejected due to S.B. 1. In contrast, in Census blocks with nearly all-Black VAP, roughly 8% of absentee ballots cast were rejected, a rate four-times higher.

**81**     These results clearly show the disproportionate effect of S.B. 1's provisions on the rejections of absentee ballots cast by voters in predominantly Black census blocks across Texas in the 2022 general election. Indeed, the reason that the two figures look so similar is that the vast majority of absentee ballots that were rejected in the 2022 general election were rejected due to S.B. 1's requirements.

Figure 4: Percent Black Voting Age Population and Percent Rejected Absentee Ballots due to S.B. 1, by Census Block, 2022 General Election



*Note: Each circle denotes a Census block in Texas, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

# VI    Half of All Registered Voters whose Absentee Ballot Applications were Rejected Did Not Cast a Valid Ballot by Any Means in the 2022 General Election

**82**    As I documented in my Second Expert Report dated February 9, 2023 (which was corrected on April 22, 2023), there was little truth to Texas Secretary of State John Scott's claim that voters who had problems with their absentee ballots in the March 2022 primary election were still able to cast a valid ballot by going to the polls and voting a provisional ballot.  In this section, I analyze data from the 2022 general election to test the so-called "substitution effect," that voters who have their absentee ballot applications rejected are able to cast a ballot by some other means.

**83**    Table 8, which links voters using their unique VUID across the several data files used in this Report, reveals that of the 6,879 registered voters who had their timely absentee ballot applications rejected for any reason and who could be linked to the February 2023 statewide voter file, nearly 52% did not cast a valid ballot by any means in the 2022 general election.  Only 24% of them successfully voted early in-person, and another 8% of successfully voted on Election Day.  Nearly 16% of them voted an absentee ballot according to the statewide voter file, which again reveals inconsistent data entries in the Rejected Application file.  A handful of voters cast a successful provisional ballot in the 2022 general election after having their applicaitons rejected.

**84**    Of the 6,879 registered voters who had their absentee ballot application rejected (and who could be linked to the February 2023 and January 2022 statewide voter files), 4,554 had their application rejected due to S.B. 1.  Nearly half of these registered voters (49.3%)

did not cast a valid ballot by any means in the 2022 general election. A little more than one-quarter of them successfully voted early in-person, and nearly 9% voted on Election Day. Some 16.4% of them successfully voted an absentee ballot, again revealing the inconsistent data entries in the Rejected Application file.

Table 8: General 2022 voting outcomes for registered voters with rejected absentee applications

| Vote method | Rejection | % | SB 1 rejection | % |
|---|---|---|---|---|
| Did not vote | 3,555 | 51.7 | 2,245 | 49.3 |
| Early | 1,666 | 24.2 | 1,157 | 25.4 |
| Absentee | 1,090 | 15.8 | 747 | 16.4 |
| Election Day | 556 | 8.1 | 397 | 8.7 |
| Provisional ballot, accepted | 12 | 0.2 | 8 | 0.2 |
| Total | 6,879 | 100.0 | 4,554 | 100.0 |

**85**    In sum, of all voters who had their absentee ballot applications rejected, including those who had their ballots rejected due to S.B. 1, roughly half did not cast a valid ballot by any means in the 2022 general election. This reveals that half of all registered voters who requested but were denied an absentee ballot did not merely substitute to another vote modality after their applications were denied.

# VII    Conclusion

**86**    My analysis of absentee ballot applications and cast absentee ballots in the November 2022 general election reveals a persistent pattern across the State of Texas: voters with Hispanic surnames and Census blocks with greater levels of Black VAP are more likely to have their absentee ballots rejected than voters with a non-Hispanic surname or in Census blocks with less Black VAP, respectively.

46

**87**    In conclusion, all voters requesting and casting absentee ballots in Texas, but particularly registered Black and Hispanic voters casting absentee ballots, face a higher cost of voting under S.B. 1. This Report finds further evidence that S.B. 1's restrictions on the requesting and returning of absentee ballots fall disproportionately on voters of color.  As my analysis shows, S.B. 1's added personal ID requirement on registered voters requesting and returning absentee ballots raises the costs of voting for Black and Hispanic registered voters in Texas.

# VII.1   *Curriculum vitae* of Daniel A. Smith

*22 April 2023*

**DANIEL A. SMITH**
*Curriculum Vitae*

**Mailing Address**
Department of Political Science
234 Anderson Hall
PO Box 117325
University of Florida
Gainesville, FL  32611-7325

**Contact**
Office: 303 Anderson Hall
Phone: 352.273.2346
Email: electionsmith@gmail.com dasmith@ufl.edu
Homepage: people.clas.ufl.edu/dasmith/
Google Scholar

**EDUCATION**
*University of Wisconsin-Madison*
      Ph.D., Political Science, 1994
      M.A., Political Science, 1989
*The Pennsylvania State University*
      B.A., Political Science (Foreign Affairs) & B.A., History (*cum laude*), 1988
          University Scholars Program (University Honors)
          *Phi Beta Kappa, Phi Alpha Theta*
          Macro Economics Program, *Westminster College*, *Oxford University*, Summer, 1987

**ACADEMIC EMPLOYMENT**
*University of Florida, Gainesville*
      Professor, Department of Political Science, 2010-
          Chair, 2017-
          Graduate Coordinator, 2014-2016
          Associate Chair, 2013-2014
          Director, Graduate Program in Political Campaigning, 2007-2011
          Affiliate Professor, Center for African Studies, 2010-
          Affiliate Professor, The Bob Graham Center for Public Service, 2013-
          Internship Coordinator, Department of Political Science, 2005-
      Associate Professor (with tenure), Department of Political Science, 2003-2009
*University of Denver*
      Associate Professor (with tenure), Department of Political Science, 2000-2003
      Assistant Professor, Department of Political Science, 1994-2000
      Director, *University of Denver/University of Ghana* Study Abroad Program, 1995-2002
*University of Ghana*
      Senior Fulbright Scholar, Department of Political Science, 2000-01
*West Virginia University*
      Visiting Assistant Professor, Department of Political Science, 1993-1994
*Beloit College*
      Visiting Lecturer, *Warner Mills Teaching Fellow*, Department of Government, 1992-1993
*University of Wisconsin-Madison*
      Teaching Assistant, Department of Political Science, 1988; 1990-1991
      Research Assistant, Center on Wisconsin Strategy, 1989-1991
      Project Assistant, Department of Political Science, 1989-1990

**RESEARCH FELLOWSHIPS**
Visiting Scholar, Department of Political Science, Aarhus University (Denmark), 2022-23
University of Florida Term Professor, 2016-2018
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, Fall 2011
University of Florida Research Foundation (UFRF) Professor, 2010-2012
Visiting Scholar, Bill Lane Center for the Study of the North American West, Stanford University, Spring 2007
Senior Research Scholar, Ballot Initiative Strategy Center, Washington, D.C., Spring 2006
Senior Fulbright Scholar (Ghana), United States Department of State, 2000-01
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2000-01

**AREAS OF SPECIALIZATION**
American State Politics
      Voting and Elections (Voting Rights, Election Administration, Redistricting, Political Campaigns)
      Direct Democracy (Ballot Initiatives and Referendums)
American Institutions (Political Parties and Interest Groups)

2

### COURSES TAUGHT

Intro to American Politics (Undergrad)                State and Local Government (Grad & Undergrad)
Interest Group Politics (Undergrad)                   Political Parties (Grad & Undergrad)
Direct Democracy (Grad & Undergrad)                   Politics of Campaign Finance (Grad & Undergrad)
Politics of Reform (Grad)                             Problems of Markets and Governments (Undergrad)

### SCHOLARLY PUBLICATIONS
### BOOKS

3) Todd Donovan, Daniel A. Smith, Tracy Osborne, and Christopher Z. Mooney. 2015. *State and Local Politics: Institutions and Reform.* 4th edition. Boston: Cengage Learning/Wadsworth.
2) Daniel A. Smith and Caroline J. Tolbert. 2004. *Educated by Initiative: The Effects of Direct Democracy on Citizens and Political Organizations in the American States.* Ann Arbor: University of Michigan Press.
1) Daniel A. Smith. 1998. *Tax Crusaders and the Politics of Direct Democracy.* NY: Routledge.

### JOURNAL ARTICLES (current PhD students **bold**; former PhD students *italics*; undergrad students ***italics***)

76) ***Sara Loving*** and Daniel A. Smith. 2022. "Riot in the Party? Voter Registrations in the Aftermath of the January 6, 2021 Capitol Insurrection," *Party Politics*.
75) Michael C. Herron and Daniel A. Smith. 2022. "The Racial Politics of Early In-Person Voting in Georgia," *Journal of Election Administration Research & Practice* 1(2): 27-46.
74) *Enrijeta Shino*, Daniel A. Smith, and **Laura Uribe**. 2022. "Lying for Trump? Elite Cue-Taking and Expressive Responding on Vote Method," *Public Opinion Quarterly*. 86 (4): 837–861.
73) Seth C. McKee, Daniel A. Smith, and *Enrijeta Shino*. 2022. "Redrawn, Withdrawn: The Effects of Redistricting on the Representative-Constituent Relationship," *Election Law Journal* 21 (4): 280-295.
72) ***William Zelin*** and Daniel A. Smith. 2022. "Weather to Vote: How Natural Disasters Shape Turnout Decisions," *Political Research Quarterly*.
71) David Cottrell, Michael Herron, and Daniel A. Smith. 2021. "Vote-by-mail Ballot Rejection and Experience with Mail-in Voting," *American Politics Research* 49(6): 577-590.
70) David Cottrell, Felix Herron, Michael Herron, and Daniel A. Smith. 2021. "Auditing the 2020 General Election in Georgia: Residual vote rates and a confusing ballot format," *Election Law Journal* 20(3): 1-18.
69) ***Anna Baringer***, ***Justin Eichermuller***, ***William Zelin***, *Enrijeta Shino*, and Daniel A. Smith. 2022. "Election Administration and Public Records Responsiveness," *Public Integrity* 24(3): 280-291.
68) *Enrijeta Shino* and Daniel A. Smith. 2021. "Pandemic Politics: COVID-19, health concerns, and vote choice in the 2020 General Election," *Journal of Elections, Public Opinion and Parties*. 31: 191-205.
67) *Enrijeta Shino*, Mara Suttmann-Lea, and Daniel A. Smith. 2022 "Determinants of Rejected Mail Ballots in Georgia's 2018 General Election," *Political Research Quarterly* 75(1): 231-243.
66) Michael C. Herron and Daniel A. Smith. 2021. "Postal Delivery Disruptions and the Fragility of Voting by Mail: Lessons from Maine," *Research & Politics* (January-March): 1-12.
65) David Cottrell, Michael C. Herron, and Daniel A. Smith. 2021. "Voting Lines, Equal Treatment, and Early Voting Check-in Times in Florida," *State Politics and Policy Quarterly* 21(2): 109-138.
64) *William D. Hicks*, Seth C. McKee, and Daniel A. Smith. 2021. "Contemporary Views of Liberal Democracy and the 2016 Presidential Election." *PS: Political Science* 54(1): 33-40.
63) *Enrijeta Shino* and Daniel A. Smith. 2020. "Political Knowledge and Convenience Voting," *Journal of Elections, Public Opinion and Parties* 32(2): 408-428.
62) ***Anna Baringer***, Michael Herron, and Daniel A. Smith. 2020. "Voting by Mail and Ballot Rejection: Lessons from Florida for Elections in the Age of the Coronavirus," *Election Law Journal* 19(3): 289-320.
61) *Enrijeta Shino* and Daniel A. Smith. 2020. "Mobilizing the Youth Vote? Early Voting on College Campuses." *Election Law Journal* 19(4): 524-541.
60) *Enrijeta Shino*, Michael Martinez, Michael P. McDonald, and Daniel A. Smith. 2020. "Verifying Voter Registration Records," *American Politics Review* 48(6): 677–681.
59) Charles Bullock, *William D. Hicks*, M.V. Hood III, Seth C. McKee, and Daniel A. Smith. 2020. "The Election of African American State Legislators in the Modern South." *Legislative Studies Quarterly* 45(4): 581-608.
58) *Thessalia Merivaki* and Daniel A. Smith. 2019. "A Failsafe for Voters? Cast and Rejected Provisional Ballots in North Carolina," *Political Research Quarterly* 73(1): 65-78.
57) Seth C. McKee, Daniel A. Smith, and M.V. Hood III. 2018. "The Comeback Kid: Donald Trump on Election Day in 2016." *PS: Political Science* 52 (2): 239-242.
56) Hannah L. Walker, Michael C. Herron, and Daniel A. Smith. 2019. "North Carolina voter turnout and early voting hours in the 2016 General Election." *Political Behavior* 41: 841-69.
55) Daniel Biggers and Daniel A. Smith. 2020. "Does Threatening their Franchise Make Registered Voters More Likely to Participate? Evidence from an Aborted Voter Purge." *British Journal of Political Science* 50(3): 933-954.

3

54) **Brian Amos**, *Diana Forster*, and Daniel A. Smith. 2018. "Who Signs? Ballot Petition Signatures as Political Participation," *American Review of Politics* 36(2): 19-37.

53) David Cottrell, Michael C. Herron, Javier M. Rodriguez, and Daniel A. Smith. 2019. "Mortality, Incarceration, and African-American Disenfranchisement in the Contemporary United States," *American Politics Research* 47(2) 195–237.

52) Daniel A. Smith, Seth C. McKee, and M.V. (Trey) Hood, III. 2018. "Election Daze: Voting Modes and Voter Preferences in the 2016 Presidential Election," *Florida Political Chronicle* 25(2): 123-141.

51) **Enrijeta Shino** and Daniel A. Smith. 2018. "Timing the Habit: Voter Registration and Turnout in the American States." *Electoral Studies* 51: 72-82.

50) William D. Hicks, Carl E. Klarner, Seth C. McKee, and Daniel A. Smith. 2018. "Revisiting Majority-Minority Districts and Black Representation," *Political Research Quarterly* 71(2): 408-423.

49) **Brian Amos**, Daniel A. Smith, and **Casey Ste. Claire**. 2017. "Reprecincting and Voting Behavior," *Political Behavior* 39(1): 133-156.

48) *William D. Hicks*, Seth C. McKee, and Daniel A. Smith. 2016. "A Bipartisan Election Reform? Explaining Support for Online Voter Registration in the American States," *American Politics Research* 44(6): 1008-1036.

47) Michael C. Herron and Daniel A. Smith. 2016. "Race, Shelby County, and the Voter Information Verification Act in North Carolina," *Florida State University Law Review* 43: 465-506.

46) *William D. Hicks*, Seth C. McKee, and Daniel A. Smith. 2016. "The Determinants of State Legislator Support for Restrictive Voter ID Laws," *State Politics & Policy Quarterly* 16(4): 411-431.

45) Michael C. Herron and Daniel A. Smith. 2016. "Precinct Resources and Voter Wait Times," *Electoral Studies* 42: 249–63.

44) **Thessalia Merivaki** and Daniel A. Smith. 2016. "Casting and Verifying Provisional Ballots in Florida," *Social Science Quarterly* 97(3): 729–47.

43) Michael C. Herron and Daniel A. Smith. 2015. "Precinct Closing Times in Florida during the 2012 General Election," *Election Law Journal* 14: 220-38.

42) *William D. Hicks*, Seth C. McKee, **Mitchell Sellers**, and Daniel A. Smith. 2015. "A Principle or a Strategy? Voter Identification Laws and Partisan Competition in the American States," *Political Research Quarterly* 68: 18-33.

41) Michael C. Herron and Daniel A. Smith. 2014. "Race, Party, and the Consequences of Restricting Early Voting in Florida in the 2012 General Election," *Political Research Quarterly* 67: 646-65.

40) *Josh Brodbeck*, **Matthew T. Harrigan**, and Daniel A. Smith. 2013. "Citizen and lobbyist access to Members of Congress: Who gets and who gives?" *Interest Groups and Advocacy* 2: 323-42.

39) Michael C. Herron and Daniel A. Smith. 2013. "The Effects of House Bill 1355 on Voter Registration in Florida," *State Politics and Policy Quarterly*, 13: 279-305.

38) Michael C. Herron and Daniel A. Smith. 2012. "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," *Election Law Journal* 11: 331-47.
[Winner of the 2013 APSA State Politics and Policy Section's *Best Paper Award*]

37) Janine Parry, Daniel A. Smith, and Shayne Henry. 2011. *"The Impact of Petition Signing on Voter Turnout," Political Behavior 34: 117-36.*

36) *Stephanie Slade* and Daniel A. Smith. 2011. "Obama to Blame? African American Surge Voters and the Ban on Same-Sex Marriage in Florida," *The Forum* 9(2), Article 6.

35) Daniel A. Smith. 2011. "Generating Scholarship from Public Service: Media Outreach, Nonprofit Foundation Service, and Legal Expert Consulting," *PS: Political Science & Politics* 44: 255-9.

34) **Josh Huder**, **Jordan Ragusa**, and Daniel A. Smith. 2011. "The Initiative to Shirk? The Effects of Ballot Measures on Congressional Voting Behavior," *American Politics Research* 39 (3): 582-610.

33) Daniel A. Smith, Caroline J. Tolbert, and Amanda Keller. 2010. "Electoral and Structural Losers and Support for a National Referendum in the U.S." *Electoral Studies* 29: 509-520.

32) Daniel A. Smith and Caroline J. Tolbert. 2010. "Direct Democracy, Public Opinion, and Candidate Choice," *Public Opinion Quarterly* 74: 85-108.

31) Caroline Tolbert, Daniel A. Smith, and John Green. 2009. "Mass Support for Redistricting Reform: District and Statewide Representational Winners and Losers." *Political Research Quarterly* 62: 92-109.

30) Todd Donovan, Caroline J. Tolbert, and Daniel A. Smith. 2009. "Political Engagement, Mobilization, and Direct Democracy," *Public Opinion Quarterly* 73: 98-118.

29) Daniel A. Smith. 2009. "An Americanist in Africa," *PS: Political Science & Politics* 42 (4): 827-33.

28) Beatrix Allah-Mensa, *Kevin S. Fridy*, Daniel A. Smith, and Ukoha Ukiwo. "2009 APSA Workshop on African Elections and Democracy," *PS: Political Science & Politics*. 42 (4): 827-33. [Editors of a Special Symposium on the 2009 APSA Workshop in Ghana].

27) Todd Donovan, Caroline Tolbert, and Daniel A. Smith. 2008. "Priming Presidential Votes by Direct Democracy," *Journal of Politics* 70: 1217-31.

4

26) Daniel A. Smith and **Dustin Fridkin**. 2008. "Delegating Direct Democracy: Interparty Legislative Competition and the Adoption of the Initiative in the American States," *American Political Science Review* 102: 333-50.

25) Eric Heberlig, Bruce Larson, Daniel A. Smith, and *Kristen Soltis*. 2008. "Look Who's Coming to Dinner: Direct versus Brokered Member Campaign Contributions to the NRCC." *American Politics Research* 36 433-450.

24) Daniel A. Smith and Caroline J. Tolbert. 2007. "The Instrumental and Educative Effects of Ballot Measures: Research on Direct Democracy in the American States." *State Politics and Policy Quarterly* 4: 417-446.

23) Daniel A. Smith. 2007. "Representation and the Spatial Bias of Direct Democracy," *University of Colorado Law Review* 78 (4): 1395-1434.

22) Daniel A. Smith and Caroline J. Tolbert, and Daniel Bowen. 2007. "The Educative Effects of Direct Democracy: A Research Primer for Legal Scholars," *University of Colorado Law Review* 78 (4): 1371-94.

21) Daniel A. Smith, **Matthew DeSantis**, and **Jason Kassel**. 2006. "Same-Sex Marriage Ballot Measures and the 2004 Presidential Election," *State and Local Government Review* 38 (2): 78-91.

20) Caroline J. Tolbert and Daniel A. Smith. 2006. "Representation and Direct Democracy in the United States." *Representation: The Journal of Representative Democracy* 42 (1): 25-44.

19) Elizabeth Garrett and Daniel A. Smith. 2005. "Veiled Political Actors and Campaign Disclosure Laws in Direct Democracy." *Election Law Journal* 4 (4) 295-328.

18) Caroline J. Tolbert and Daniel A. Smith. 2005. "The Educative Effects of Ballot Initiatives on Voter Turnout." *American Politics Research* 33 (2): 283-309.

17) Daniel A. Smith. 2004. "Peeling Away the Populist Rhetoric: Toward a Taxonomy of Anti-Tax Ballot Initiatives." *Journal of Public Budgeting and Finance* 24 (4): 88-110.

16) Daniel A. Smith. 2003. "Overturning Term Limits: The Legislature's Own Private Idaho?" *PS: Political Science & Politics* 36 (2): 215-220.

15) Caroline J. Tolbert, Ramona McNeal, and Daniel A. Smith. 2003. "Enhancing Civic Engagement: The Effect of Direct Democracy on Political Participation and Knowledge." *State Politics and Policy Quarterly* 3 (1): 23-41.

14) Daniel A. Smith. 2003. "Distorted by Outside Money: National Parties and the Race for Colorado's Seventh Congressional District," *PS: Political Science & Politics* 36 (3) PSOnline E-Symposium <http://journals.cambridge.org/action/displayAbstract?aid=164256>.

13) Daniel A. Smith and **Joseph Lubinski**. 2002. "Direct Democracy during the Progressive Era: A Crack in the Populist Veneer?" *Journal of Policy History* 14 (4): 349-83.

12) Jonathan Temin and Daniel A. Smith.  2002. "Media Matters: Evaluating the Role of the Media in Ghana's 2000 Elections." *African Affairs* 101: 585-605.

11) Daniel A. Smith. 2002. "Consolidating Democracy? The Structural Underpinnings of Ghana's 2000 Elections." *Journal of Modern African Studies* 40 (4): 1-30.

10) Daniel A. Smith. 2002. "Ghana's 2000 Elections: Consolidating Multi-Party Democracy." *Electoral Studies* 21 (3): 519-26.

9) Daniel A. Smith and Caroline Tolbert. 2001. "The Initiative to Party: Partisanship and Ballot Initiatives in California." *Party Politics* 7 (6): 781-99.

8) Caroline Tolbert, John Grummel, and Daniel A. Smith. 2001. "The Effect of Ballot Initiatives on Voter Turnout in the American States." *American Politics Research* 29 (6): 625-48.

7) Daniel A. Smith. 2001. "Homeward *Bound*? Micro-Level Legislative Responsiveness to Ballot Initiatives." *State Politics and Policy Quarterly* 1 (1): 50-61.

6) Daniel A. Smith and ***Robert J. Herrington***. 2000. "The Process of Direct Democracy: Colorado's 1996 Parental Rights Amendment." *Social Science Journal* 37 (2): 179-94.

5) Daniel A. Smith. 1999. "Reevaluating the Causes of Proposition 13." *Social Science History* 23 (2): 173-210.

4) Daniel A. Smith and ***Nathaniel Golich***. 1998. "Some Unintended Consequences of TABOR." *Comparative State Politics* 19 (6): 33-40.

3) Daniel A. Smith, Kevin M. Leyden, and Stephen A. Borrelli. 1998. "Predicting the Outcomes of Presidential Commissions: Evidence from the Johnson and Nixon Years," *Presidential Studies Quarterly* 28 (2): 269-85.

2) Daniel A. Smith. 1996. "Populist Entrepreneur: Douglas Bruce and the Tax and Government Limitation Moment in Colorado, 1986-1992," *Great Plains Research* 6 (2): 269-94.

1) Daniel A. Smith. 1993. "Removing the Pluralist Blinders: Labor-Management Councils and Industrial Policy in the American States," *Economic Development Quarterly* 7 (4): 373-89.

***WORKS IN PROGRESS*** (current PhD students **bold**; former PhD students *italics*; undergrad students ***italics***)

1)     *Enrijeta Shino*, Seth C. McKee, and Daniel A. Smith, "The Fall of Trump: Mobilization and Vote Switching in the 2020 Presidential Election," Revise and Resubmited, *Political Science Research and Methods*.

2)     Michael P. McDonald, **Juliana Mucci**, *Enrijeta Shino*, and Daniel A. Smith, "Mail Voting and Voter Turnout," Revise and Resubmited, *Election Law Journal*.

5

3)   *Enrijeta Shino*, Daniel A. Smith, and **LaRaven Temoney**, "The Effects of Election Administration Changes on Voters of Color in Florida," Revised and Resubmitted, *Journal of Election Administration Research & Practice*.
4)   John Cho, Michael C. Herron, and Daniel A. Smith, "Who stands next to whom? Voting lines and political polarization."
5)   Michael Martinez and Daniel A. Smith, "A Blue Primary in a Reddish State: How Preferences are Shaped by Expectations, Issues, and Sexism."
6)   Michael C. Herron and Daniel A. Smith, "Disabling the Vote."
7)   David Cottrell, Michael C. Herron, and Daniel A. Smith, "Who Substitutes? Differential Racial Effects when Weekend Early Voting is Eliminated."
8)   Michael C. Herron, Marc Meredith, Michael Morse, Michael Martinez, and Daniel A. Smith, "Bad Ballot Design and Electoral Legitimacy: The 2018 United States Senate Race in Florida."
9)   Enrijeta Shino and Daniel A. Smith, "Vote Method and Confidence in Elections."
10)   Andy Jarrin, Michael C. Herron, and Daniel A. Smith, "Ghost in the Machine: Support for Candidates on the Ballot in Name Only."
11)   Angela Gutierrez, Michael P. McDonald, Daniel A. Smith, Brian Amos, Matt Barreto, "Shared Language, Distinct Politics: A Deeper Look at Hispanic Vote Cohesion in South and Central Florida."
12)   Mike McDonald, Enrijeta Shino, Daniel Smith, Payton Lussier and Danielle Dietz, "Voting During a Pandemic: Convenience Voting and Youth Turnout."

**BOOK CHAPTERS** (current PhD students **bold**; former PhD students *italics*; undergrad students ***italics***)

31) *Enrijeta Shino* and Daniel A. Smith. Forthcoming. "Vote Choice during a Pandemic: How Health Concerns Shaped the 2020 Presidential Election," forthcoming in *Lessons Learned from the 2020 U.S. Presidential Election: Hindsight is 2020*, Joseph Coll and Joseph Anthony, eds. Berlin: Springer.
30) Todd Donovan and Daniel A. Smith. 2020, "Direct Democracy and Political Speech in the United States," in Direkte Demokratie: Festschrift für Otmar Jung, Hermann K. Heußner, Arne Pautsch, and Fabian Wittreck, eds. Berlin: Richard Boorberg Verlag (479-488).
29) *Thessalia Merivaki* and Daniel A. Smith. 2019. "Challenges in Voter Registration," in *The Future of Election Administration*, Mitchell Brown, Kathleen Hale, and Bridgett A. King, eds. New York: Palgrave/Macmillan.
28) Seth C. McKee and Daniel A. Smith. 2019. "Trump Territory," in *Florida* and the *2016 Election of Donald J. Trump*, Matthew Corrigan and Michael Binder, eds. Gainesville: University of Florida Press (49-75).
27) Daniel A. Smith, *Brian Amos*, Daniel Maxwell, and *Tyler Richards*. 2019. "Rigged? Assessing Election Administration in Florida's 2016 General Election," in *Florida* and the *2016 Election of Donald J. Trump*, Matthew Corrigan and Michael Binder, eds. Gainesville: University of Florida Press (pp. 154-74).
26) Daniel A. Smith, **Dillon Boatner**, **Caitlin Ostroff**, **Pedro Otálora**, and **Laura Uribe**. 2019. "Early Bird Special: Convenience Voting in Florida's 2016 General Election," in *Florida* and the *2016 Election of Donald J. Trump*, Matthew Corrigan and Michael Binder, eds. Gainesville: University of Florida Press (pp.134-53).
25) Michael C. Herron and Daniel A. Smith, **Wendy Serra**, and Joseph Bafumi. 2017. "Wait Times and Voter Confidence: A Study of the 2014 General Election in Miami-Dade County," in *The American Election 2014: Contexts and Consequences*, Tauna Sisco, Christopher Galdieri, and Jennifer Lucas, eds. Akron, OH: University of Akron Press (pp. 107-122).
24) **Joseph T. Eagleton** and Daniel A. Smith. 2015. "Drawing the Line: Public Support for Amendments 5 and 6," in *Jigsaw Puzzle Politics in the Sunshine State*, Seth C. McKee, ed. Gainesville, FL: University Press of Florida (pp. 109-25).
23) **Diana Forster** and Daniel A. Smith. 2014. "A Climate for Change? Environmental Ballot Measures," in *U.S. Climate Change Policy and Civic Society*, Yael Wolinsky-Nahmias, ed. Washington, DC: C.Q. Press.
22) Daniel A. Smith. 2014. "Direct Democracy," in *The Encyclopedia of Political Thought*, Michael T. Gibbons, ed. Oxford: Wiley-Blackwell.
21) **William Hicks** and Daniel A. Smith. 2013. "State Campaigns and Elections," in *The Oxford Handbook of State and Local Government,* Donald Haider-Markel, ed. New York: Oxford University Press.
20) Daniel A. Smith. 2012. "Direct Democracy: Regulating the 'Will of the People,'" in Matthew J. Streb, ed., *Law and Election Politics: The Rules of the Game*, 2nd ed. New York: Routledge.
19) Daniel A. Smith. 2011. "Direct Democracy in Colorado: A Historical Perspective," in Courtenay Daum, Robert Duffy, and John Straayer, eds., *State of Change: Colorado Politics in the Twenty-first Century*. Boulder: University of Colorado Press.
18) Daniel A. Smith. 2010. "Direct Democracy and Candidate Elections," in Stephen C. Craig and David Hill, *The Electoral Challenge: Theory Meets Practice, 2*nd edition. Washington, DC: CQ Press.
17) Daniel A. Smith. 2010. "Financing Ballot Measures in the U.S.," in Karin Gilland-Lutz and Simon Hug, eds., *Financing Referendum Campaigns*. New York: Palgrave.
16) Daniel A. Smith. 2008. "Direct Democracy and Campaigns," in Shaun Bowler and Amihai Glazer, eds., *Direct Democracy's Impact on American Political Institutions*. New York: Palgrave.

52

6

15) Todd Donovan and Daniel A. Smith. 2008. "Identifying and Preventing Signature Fraud on Ballot Measure Petitions," in Michael Alvarez, Thad E. Hall, and Susan D. Hyde, eds., *Election Fraud: Detecting and Deterring Electoral Manipulation*. Washington, DC: Brookings.

14) Daniel A. Smith. 2008. "Direct Democracy and Election and Ethics Laws," in Bruce Cain, Todd Donovan, and Caroline Tolbert, eds, *Democracy in the States: Experiments in Elections Reform*. Washington, DC: Brookings.

13) Daniel A. Smith. 2007. "Ballot Initiatives," in Gary Anderson and Kathryn Herr, eds., *Encyclopedia of Activism and Social Justice*. Thousand Oaks, CA: Sage Publications, Inc.

12) Raymond J. La Raja, **Susan E. Orr**, and Daniel A. Smith. 2006. "Surviving BCRA: State Party Finance in 2004," in John Green and Daniel Coffey, eds., *The State of the Parties* (5th edition). Lanham, MD: Rowman and Littlefield.

11) Daniel A. Smith. 2006. "Initiatives and Referendums: The Effects of Direct Democracy on Candidate Elections," in Steven Craig, ed., *The Electoral Challenge: Theory Meets Practice*. Washington, D.C.: CQ Press.

10) Daniel A. Smith (with **Sure Log**). 2005. "Orange Crush: Mobilization of Bias, Ballot Initiatives, and the Politics of Professional Sports Stadia," in David McCuan and Stephen Stambough, eds., *Initiative-Centered Politics*. Durham, NC: Carolina Academic Press.

9) Daniel A. Smith. 2005. "The Initiative to Party: The Role of Parties in State Ballot Initiatives," in David McCuan and Stephen Stambough, eds., *Initiative-Centered Politics*. Durham, NC: Carolina Academic Press.

8) Daniel A. Smith. 2004. "Strings Attached: Outside Money in Colorado's Seventh Congressional District," in David Magleby and Quin Monson, eds., *The Last Hurrah?* Washington, D.C.: Brookings.

7) Daniel A. Smith. 2004. "Direct Democracy," in David Wishart, ed., *Encyclopedia of the Great Plains*. Lincoln: University of Nebraska Press.

6) Daniel A. Smith. 2002. "Direct Democracy and Its Critics," in Peter Woolley and Albert Papa, eds., *American Politics: Core Argument/Current Controversy*. 2nd ed. Englewood Cliffs, NJ: Prentice Hall.

5) Daniel A. Smith. 2001. "Campaign Financing of Ballot Initiatives in the American States," in Larry Sabato, Bruce Larson, and Howard Ernst, eds., *Dangerous Democracy? The Battle Over Ballot Initiatives in America*. Lanham, MD: Rowman and Littlefield.

4) Daniel A. Smith. 2001. "Special Interests and Direct Democracy: An Historical Glance," in M. Dane Waters, ed., *The Battle Over Citizen Lawmaking*. Durham, NC: Carolina Academic Press.

3) Daniel A. Smith and Jonathan Temin. 2001. "The Media and Ghana's 2000 Elections," in Joseph Ayee, ed., *Deepening Democracy in Ghana: Politics of the 2000 Elections*, Volume 1 (Thematic Studies). Accra: Freedom Publications.

2) Daniel A. Smith. 2001. "The Politics of Upper East and the 2000 Ghanaian Elections," in Joseph Ayee, ed., *Deepening Democracy in Ghana: Politics of the 2000 Elections*, Volume 2 (Constituency Studies). Accra: Freedom Publications.

1) Daniel A. Smith. 1998. "Unmasking the Tax Crusaders," in Bruce Stinebrickner, ed., *Annual Editions: State & Local Government*. 9th ed. Guilford, CT: Dushkin/McGraw-Hill, 83-85 [Reprinted].

### *RESEARCH GRANTS, HONORS, AND AWARDS*

39) University Scholars Program Grant (advising *Danielle Dietz*), University of Florida, "Moving Out: Household Transmission of Party Registration among Young Voters." Spring 2022/Fall 2022.

38) Investigator, "Does Institutional Change Influence Constituents' Intergroup Attitudes?" National Science Foundation (NSF) RAPID Grant, PIs Kate Ratliff and Jackie Chen, ($125,796), March 2022.

37) David King Defender of Democracy Award, League of Women Voters of Florida, January 2022.

36) Science Defender Award, Union of Concerned Scientists, December 2021.

35) University Scholars Program Grant (advising *Sara Loving*), University of Florida, "Movers and Political Polarization." Spring 2021/Fall 2021.

34) University Scholars Program Grant (advising *Emily Boykin* and *Jenna Tingum*), University of Florida, "Spanish Language Materials, Administrative Compliance, and Hispanic Voting in Florida." Fall 2019/Spring 2020.

33) CLAS Scholars Program Grant (advising *William Zelin*), University of Florida, "The Effect of Natural Disasters on Voter Turnout." Fall 2019/Spring 2020.

32) PI, Gill Foundation Grant, "LGBT Issues in Florida," Spring 2018, Co-PI, Michael Martinez ($75,000).

31) University of Florida Term Professorship, 2017-2019.

30) University Scholars Program Grant (advising *Pedro Otálora*), University of Florida, "Political Participation of Native-Born and Naturalized Citizens in Miami-Dade." Summer/Fall 2017.

29) Ruben Askew Scholar Award (advising *Wendy Serra*), Bob Graham Center, University of Florida, Summer 2016.

28) Emerging Scholars Program (advising *Anthony Rychkov*), University of Florida, "The Timing of Voter Registration and Turnout," Spring/Summer 2016.

27) University Scholars Program Grant (advising ***Casey Ste. Claire***), University of Florida, College of Liberal Arts & Sciences, "Reprecincting and Voter Turnout," Fall 2015/Spring 2016.

26) University Scholars Program Grant (advising ***Frances Chapman***), University of Florida, College of Liberal Arts & Sciences, "Truing or Suppressing the Vote? Private Voter Challenges in Florida," Fall 2013/Spring 2014.

25) Best Paper Award presented in 2012 by the APSA Organized Section on State Politics and Policy: "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," 2013 (with Michael Herron).

24) University Scholars Program Grant (advising ***Bryce Freeman***), University of Florida, College of Liberal Arts & Sciences, "Impact of Voter Suppression on Political Participation," Spring 2013.

23) PI, "Trans-Saharan Professionals Program," United States Department of State, Bureau of Educational and Cultural Affairs, S-ECAPPE-10-GR-231 (DT), September 2010-August 2012, Co-PI Leo Villalon ($800,000).

22) University of Florida Research Foundation (UFRF) Professor, 2010-2012 (annual salary supplement and research funding).

21) PI, *American Political Science Association* Workshop on Elections and Democracy, University of Ghana at Legon, Ghana, Summer 2009, funded by Mellon Foundation, $200,000.

20) Best Paper Award presented in 2006 by the APSA Organized Section on State Politics and Policy: "Do State-Level Ballot Measures Affect Presidential Elections?" (with Caroline Tolbert and Todd Donovan).

19) Research Grant, "Did Gay Marriage Re-Elect George W. Bush?" University of Florida, College of Liberal Arts & Sciences, Summer 2005.

18) University Scholars Program Grant (advising ***Kirsten Soltis***), University of Florida, College of Liberal Arts & Sciences, "Money and the Member: An Analysis of Fundraising in Congressional Politics in the Post-Campaign Finance Reform Era," Fall 2005.

17) Research and Travel Grant, *Pew Charitable Trusts*, "Veiled Political Actors," Daniel Lowenstein, Kim Alexander, Robert Stern, Tracy Western, and Joseph Doherty, Principal Investigators, Fall 2003.

16) Travel Grant, *College of Liberal Arts and Sciences*, University of Florida, "Initiative and Referendum Campaigns," Fall 2003.

15) Research Grant, *Pew Charitable Trusts*, "Outside Money: Colorado's 7th Congressional District," PI David Magleby, Fall 2002.

14) Faculty Research Fund, "Ballot Initiatives during the Progressive Era," *University of Denver*, Fall 2002.

13) Research Grant, *American Political Science Association*, "Ballot Initiatives during the Progressive Era: Evidence from California, 1912-1920," Summer 2002.

12) Research Grant, *Colorado Endowment for the Humanities*, "The 'Golden Era' of Direct Democracy? Colorado's Election of 1912," (R017-0300-010) (with ***Joseph Lubinski***), Summer 2000.

11) Partners in Scholarship: 2000 Winter Quarter Project Proposal, "The 'Golden Era' of Direct Democracy? Evidence from the Colorado Election of 1912," *University of Denver*, with ***Joseph Lubinski***).

10) Rosenberry Fund, "Direct Democracy in Colorado," *University of Denver*, Spring 1999.

9) Best Paper, Charles Redd Politics of the American West, "Howard Jarvis, Populist Entrepreneur: Reevaluating Causes of Proposition 13," *Western Political Science Association*, Los Angeles, March 20, 1998.

8) Faculty Research Fund, "Ballot Warriors: Citizen Initiatives in the 1990s," *University of Denver*, Fall 1997.

7) Partners in Scholarship: 1997 Winter Quarter Project Proposal, "The Process of Direct Democracy: Parental Rights Amendment," *University of Denver*, with ***Robert Herrington***, Winter 1997.

6) Faculty Research Fund, "*Faux* Populism: Populist Entrepreneurs and Populist Moments," *University of Denver*, Fall 1996.

5) International Small Grants, "Election Monitor: Ghana Presidential and Parliamentary 1996 Elections," Office of Internationalization, *University of Denver*, Fall 1996.

4) Faculty Research Fund, "Populist Prophets and the Mass Appeal of Direct Democracy," Program Support Services, *University of Denver*, Spring 1995.

3) Research Grant, Institute for Public Affairs, *West Virginia University*, Summer 1994.

2) Senate Research Travel Grant, Faculty Development Fund, *West Virginia University*, Fall 1994.

1) Research Travel Grant, Robert LaFollette Institute of Public Affairs, *University of Wisconsin-Madison*, Fall 1992.

### ***TECHNICAL REPORTS, WORK PRODUCTS, & OTHER SCHOLARLY PUBLICATIONS***

32) Daniel A. Smith, "Casting, Rejecting, and Curing Vote-by-Mail Ballots in Florida's 2020 General Election," *All Voting is Local*," March 2021.

31) Daniel A. Smith and ***Anna Baringer***, "ACLU Florida: Report on Vote-by-Mail Ballots in the 2018 General Election," A Report Commissioned by *ACLU Florida*, April 2020.

30) Michael P. McDonald and Daniel A. Smith, "Audit of Assignment of Registered Voters to New, Court-Ordered House of Delegates Districts," Virginia Secretary of State, Spring 2019.

29) Daniel A. Smith, "Vote-by-Mail Ballots Cast in Florida," A Report Commissioned by *ACLU Florida*, August 2018.

8

28) Michael C. Herron and Daniel A. Smith, "Congestion at the Polls: A Study of Florida Precincts in the 2012 General Election," A Report Commissioned by Advancement Project, Washington, DC, June 24, 2013. Available: http://www.advancementproject.org/news/entry/voters-of-color-faced-longest-wait-times-in-florida.

27) Michael C. Herron and Daniel A. Smith, "Florida's 2012 General Election under HB 1355:  Early Voting, Provisional Ballots, and Absentee Ballots," League of Women Voters Florida, January 2013.

26) Daniel A. Smith, "Popular Support and Conditions for the Passage of Ballot Measures," The William and Flora Hewlett Foundation, June 2013.

25) Michael C. Herron and Daniel A. Smith, "Congestion at the Polls: A Study of Florida Precincts in the 2012 General Election," Advancement Project, June 2013.

24) Daniel A. Smith, "The Re-demarcation and Reapportionment of Parliamentary Constituencies in Ghana," *Ghana Center for Democratic Development (CDD-GHANA)*, Vol. 10 (2):  October 2011. Available: http://www.cddghana.org/documents/Vol.%2010,%20No.%202.pdf

23) Daniel A. Smith. 2010. "Educative Effects of Direct Democracy: Evidence from the US States," Memorandum requested by the British House of Lords, Constitution Committee, January 4. Available: http://www.publications.parliament.uk/pa/ld200910/ldselect/ldconst/99/99we14.htm.

22) Daniel A. Smith. 2006. "Money Talks: Ballot Initiative Spending in 2004." *Ballot Initiative Strategy Center*, June. Available: http://ballot.org.

21) Daniel A. Smith. 2006. "Ballot Initiatives, Tax Issues," in Larry Sabato and Howard Ernst, eds., *Encyclopedia of American Political Parties and Elections*. New York: Facts on File.

20) Daniel A. Smith, "Mobilization Effects of Ballot Measures in Colorado, Florida, Ohio, and Nevada," Ballot Initiative Strategy Center, Fall 2004.

19) Daniel A. Smith, "Mobilization Effects of Gay Marriage Ban in Ohio," Ballot Initiative Strategy Center, Fall 2004.

18) Daniel A. Smith and Caroline J. Tolbert. 2003. "Educated by Initiative," *Campaigns and Elections*, August, p. 31.

17) Elizabeth Garrett, and Daniel A. Smith. 2003. "Veiled Political Actors: The Real Threat to Campaign Disclosure Statutes" (July 22). USC Law and Public Policy Research Paper No. 03-13 http://ssrn.com/abstract=424603.

16) Daniel A. Smith. 2003. "Ballot Initiatives and the (Sub)Urban/Rural Divide in Colorado," in Daphne T. Greenwood, ed., *Colorado's Future: Meeting the Needs of a Changing State*. Colorado Springs: Center for Colorado Policy Studies.

15) Daniel A. Smith. 2003. "The Colorado 7th Congressional District," in David B. Magleby and Quin Monson, eds., *The Last Hurrah*? Provo, UT: Center for the Study of Elections and Democracy.

14) Stan Elofson, Daniel A. Smith, Jennifer Berg, and Joseph Lubinski. 2002. "A Listing of Statewide Initiated and Referred Ballot Proposals in Colorado, 1912-2001." Issue Brief No. 02-02. (March 5) *Colorado Legislative Council,* Colorado General Assembly, Denver. [Revised Edition].

13) Daniel A. Smith. 2001. "Howard Jarvis' Legacy? An Assessment of Antitax Initiatives in the American States." *State Tax Notes* 22: 10 (December): 753-764.

12) Daniel A. Smith. 2001. "The Structural Underpinnings of Ghana's December 2000 Elections." Critical Perspectives, No. 6. *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

11) Daniel A. Smith, Jonathan Temin, and Kwaku Nuamah. 2001. "Media Coverage of the 2000 Election: A Report on the Media Coverage of Election 2000 (May 2000-Janurary 2001)." Research Paper, No. 8. *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

10) Daniel A. Smith. 2000. "Election 2000: Debating the Issues?" Briefing Paper, Volume 2, Number 4, *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

9) Daniel A. Smith. 2000. "Growth and Transportation Ballot Measures in Colorado," in Floyd Ciruli, ed., *Moving Visions: Next Steps Toward Growing Smart*. Denver: Gates Family Foundation.

8) Stan Elofson, Daniel A. Smith, Jennifer Berg, and Joseph Lubinski. 2000. "A Listing of Statewide Initiated and Referred Ballot Proposals in Colorado, 1912-2000." Issue Brief No. 8. (December) *Colorado Legislative Council,* Colorado General Assembly, Denver.  [updated 2002, 2004, 2006, 2008]

7) Daniel A. Smith. 2000. "Progressives and the Initiative Process: A Call to Arms." *Ballot Initiative Strategy Center (BISC)*.

6) Daniel A. Smith and Joseph Lubinski. 2000. "Sponsoring 'Counter-Majoritarian' Bills in Colorado." *Ag Journal*. (September): 12-13.

5) Daniel A. Smith. 1998. "Unmasking the Tax Crusaders." *State Government News*. 41:2 (March): 18-21.

4) Daniel A. Smith. 1997. "Howard Jarvis, Populist Entrepreneur," Working Paper, 97-8, Institute of Governmental Studies, *University of California - Berkeley*.

3) Daniel A. Smith. 1995. "The West Virginia Labor-Management Advisory Council," *The West Virginia Public Affairs Reporter*. 12:4 (Winter): 1-11.

2) Daniel A. Smith. 1992. "A Tale of Five Cities," *The La Follette Policy Report*. 5 (Fall): 18-21.

1) Daniel A. Smith. 1991. "Emerging Skill Needs in the Wisconsin Non-Automotive Engines Industry,"
Commissioned by the Wisconsin Board of Vocational, Technical, and Adult Education, Working Paper,
*Center on Wisconsin Strategy*, University of Wisconsin-Madison.

### OUTSIDE ACTIVITIES: BOARDS / EXPERT WITNESS / INVITED TESTIMONY / MISCELANEOUS

**Boards**
President, ElectionSmith, Inc. www.electionsmith.com (S-Corp) 2006-
Advisory Board Member, Common Cause Florida https://www.commoncause.org/florida/ 2014-
Board Member, Ballot Initiative Strategy Center (BISC) www.ballot.org 1999-2019.
Board President, 300 Club https://300clubswimandtennis.com/ 2018-2020.

**Domestic Consulting**
Expert (written declaration), *Houston Justice, et al. v. Abbott*. Case 5:21-cv-00848-XR (US District Court for the
Western Division of Florida) [Provided written report for plaintiffs analyzing effects of SB 1 in Texas],
2021-23.
Expert (written declaration), *Eva Jacqueline Espinosa v. Osceola County Canvassing Board, et al.* Case 2022-CA-
2363 (Circuit Court of the Ninth Judicial Circuit) [Provided written report of vote totals for candidates in a
contested county commission race], 2022.
Expert (written declaration), *Florida State Conference of NAACP v. Lee*. Case 4:21-cv-187-MW-MAF and *Florida
Rising Together v. Lee*, 4:21-cv-201-MW-MJF (US District Court for the Northern Division of Florida)
[Provided written reports for plaintiffs analyzing effects of SB 90 in Florida], 2021-22.
Co-author, "Brief of Direct Democracy Scholars, et al. Supporting Petitioners," *Thompson et al. v. DeWine, et al.*
[Contributed empirical evidence on ballot measures and freedom of speech.], March 2021.
Co-author, "Brief of Amici Curiae Empirical Elections Scholars in Support of Respondents," *Brnovich v.
Democratic National* Committee [Contributed empirical evidence of lack of fraud in American elections],
January 2021.
Consultant, All Voting is Local [Provided analysis of Rejected and Cured Vote by Mail ballots in Florida], 2020.
Expert (written declaration), *1199SEIU United Healthcare Workers East v. Louis DeJoy and the USPS.* Case 1:20-
cv-24069-RNS (US District Court for the Southern Division of Florida). [Provided written report for
plaintiffs analyzing absentee ballot return rates in Florida], 2020.
Expert (written declaration), *Texas League of United Latin American Citizens, et al. v. Abbott, et al.* Case 1:20-cv-
1006 (US District Court for the Western Division of Texas). [Provided written report for plaintiffs
analyzing absentee ballot drop-off locations in Texas], 2020.
Expert (written declaration), *Dream Defenders, et al. v. DeSantis, et al.* Case 4:20-cv-00067-RH-GRJ (US District
Court for the Northern District of Florida). [Provided written report for plaintiffs analyzing vote by mail
records in Florida], 2020.
Expert (written declaration), *Lewis, et al. v. Hughs,* Case 5:20-cv-00577 (US District Court for the Western District
of Texas). [Provided written report for plaintiffs analyzing vote by mail records in Texas], 2020.
Consulting Expert, *Nielsen, et al. v. DeSantis, et al.* Case 4:20-cv-00236-MW-MJF (US District Court for the
Northern District of Florida). [Provided confidential work product for plaintiffs on voting patterns in
Florida], 2020.
Expert (written declarations), *Gruver, et al. v. Barton, et al.* Case 1:19-cv-00121-MW-GRJ (US District Court for
the Northern District of Florida). [Provided written reports and deposed for plaintiffs analyzing records on
the impact of SB7066 on Florida residents with felony convictions and outstanding LFOs], 2019-20.
Consultant, Andrew Goodman Foundation [Analysis of on-campus early voting in Florida], 2019.
Consultant, ACLU-Florida [Data analysis of Ex-Felons in Florida], 2019-.
Expert (written declaration), *DNC Services Corporation et al. v. Lee et al.* Case 4:18-cv-00524-MW-CAS (US
District Court for the Northern District of Florida) [Provided written report for plaintiffs on Vote by Mail
ballots in Florida], 2019-.
Expert (written declaration), *MOVE Texas Civic Fund, et. al. v. Whitley, et. al.* Case 3:19-cv-00041 (US District
Court for the Southern District of Texas) [Provided written reports for plaintiffs on number of naturalized
citizens in Texas], 2019.
Expert (written declarations), *Fair Fight Action v. Crittenden*, Case No. 1:18-cv-05391 (US District Court for the
Northern District of Georgia) [Retained by plaintiffs to analyze data related to Georgia's election laws],
2018-.
Expert, *The Democratic Party of Georgia v. Crittenden*, Case No. 1:18-cv-05443 (US District Court for the
Northern District of Georgia) [Retained by plaintiffs to analyze data related to the 2018 gubernatorial
election], 2018.
Consultant, ACLU-Florida [Provided analysis of Vote by Mail ballots in Florida], 2018.

Expert, *Judicial Watch, Inc., Election Integrity Project California, Inc., et al. v. Dean C. Logan, et al*. Case No. 2:17-cv-08948-R-SK (US District Court for the Central District of California, Western Division). [Retained by defendants (California Department of Justice) to analyze data concerning inactive voters], 2018.

Expert (written declaration), *Rivera v. Detzner*, Case 1:18-cv-61474 (US District Court for the Norther District of Florida) [Provided written report for plaintiffs on Puerto Rican population and registered voters in Florida], 2018.

Expert, *Thompson et al. v. Merrill*, Case No. 2: 16-cv-783 (US District Court for the Middle District of Alabama) [Retained by plaintiffs to analyze data related to the discriminatory impact of Alabama's felony disenfranchisement scheme over time], 2018-.

Expert (written affidavit), *League of Women Voters of Florida, Inc., et al. v. Detzner*, Case No. 4:18-cv-00251-MW-CAS (US District Court for the Northern District of Florida) [Provided written report for plaintiffs (LWV) to extend early voting in Florida], 2018.

Expert (written affidavit), *Ohio A. Philip Randolph Institute, et al. v. Secretary of State, Jon Husted*, Case 2:16-cv-00303 (US District Court for the Southern District of Ohio, Eastern Division) [Provided written report and deposed for plaintiffs (APRI, ACLU OH, Demos) to reinstate registered voters removed by Ohio's "Supplemental Process"], 2017. [Decision, *Husted v. APRI*, by SCOTUS, July 11, 2018].

Expert (written affidavits), *Bellito & ACRU v. Snipes*, Case 4:16-cv-61474 (US District Court for the Southern District of Florida, Ft. Lauderdale Division) [Provided written expert reports and deposed for intervenors (SEIU, Project Vote, Demos) to defend NVRA compliance by Broward Supervisor of Elections, 2017; testified at trial].

Consultant, ACLU, Georgia [Provided analysis of CVAP, VAP, and registered voters in Irwin County, Georgia], 2017.

Consultant, ACLU, Georgia [Provided analysis of proposed redistricting changes to the Georgia House of Representatives by the Georgia state legislature], 2017.

Expert (written affidavit), *Florida Democratic Party v. Scott*, Case 4:16-cv-00626 (US District Court for the Northern District of Florida) [Provided written expert report for plaintiff-intervenors (Mi Familia Vota Education Fund) to extend voter registration deadline in Florida due to Hurricane Matthew], 2016.

Consultant, ACLU, Georgia [Provided analysis of registration deadline in Georgia due to Hurricane Matthew], 2016.

Expert (written affidavit), *Florida Democratic Party v. Detzner*, Case 4:16-cv-00607 (US District Court for the Northern District of Florida) [Provided written empirical analysis for plaintiff on vote-by-mail ballots cast in Florida], 2016.

Advisor, "Mad As Hell: Howard Jarvis and the Birth of the Tax Revolt," Documentary Film by Jason Cohn, Bread and Butter Films [Academic Advisor on Jarvis and antecedents of Prop. 13], 2011-16.

Advisor, "Rigged," Documentary Film by Natasha del Torro, Fusion TV (Naked Truth), 2016. [Winner of the Robert F. Kennedy Journalism Award for Best Documentary]. Available: http://tv.fusion.net/story/352548/naked-truth-rigged-elections-documentary/.

Advisor, "Voting: Last Week Tonight with John Oliver," HBO, February 14, 2016. Available: https://www.youtube.com/watch?v=rHFOwlMCdto.

Expert (written affidavit), *Frank v. Walker*, Case 16-3003, 16-3052 (US Court of Appeals for the Seventh Circuit) [Provided written empirical analysis for plaintiffs (*ACLU*) on voter ID and turnout], 2015.

Expert (consultant), *Greater Birmingham Ministries v. Alabama*, Case 2:15-cv-02193-LSC (US District Court for the Northern District of Alabama, Southern Division) [Provided oral empirical analysis for plaintiffs (*NAACP LDEF*) on use of absentee ballots], 2015.

Consultant, America Votes [Provided demographic shift of registered voters analysis for state of Florida], 2015.

Expert (written affidavits), *NAACP, et al. v. Husted, et al.,* 2:14 cv-00404 (US District Court for the Southern District of Ohio) [Provided written empirical analysis and deposed for plaintiffs (*ACLU*) on early in-person absentee voting in Ohio], 2014.

Expert (written affidavit), *John Sullivan, et al. v. Marni Lin Sawiki, et al.*, 2013-CA-003122 (20th Judicial Circuit (Lee County, FL) [Provided written empirical analysis and deposed on early, absentee, and Election Day vote totals in the November 5, 2013, Cape Coral mayoral election], 2014.

Expert (written affidavit), *Gateway Retail Center, LLC v. City of Jacksonville, Florida*, 3:13-cv1040-J-TJC-JRK (US District Court for the Middle District of Florida) [Provided empirical analysis for Gateway Retail Center's attorneys of African American voting during early voting in Duval County in the 2012 General Election], 2013.

Expert (written affidavits), *Arcia, et al. v. Detzner*, 1:12-cv-22282-WJZ (US District Court for the Southern District of Florida) [Provided empirical analysis for Arcia's attorneys of the Florida Department of State's various lists of "potential non-citizens"], 2012. [*Arcia, et al. v. Florida Secretary of State* (Defendant-Appellee) *and Garcia, et al.* (Intervenor Defendants), 12-15738 (Appealed in 11th Circuit, from the United States District Court for the Southern District of Florida), 2014.

Elections Analyst, WUFT (TV and Radio), Election Night Coverage, November 6, 2012.

Advisor, "Voters in America: Who Counts?" CNN Documentary Investigation, October 14, 2012.
    http://cnnpressroom.blogs.cnn.com/2012/10/19/voters-in-america-who-counts-joejohnscnn-investigates-voter-suppression-voter-fraud/

Expert (written affidavit), *Brown v. Detzner 3:12-cv-00852* (US District Court for the Middle District of Florida) [Provided empirical analysis for Brown's attorneys of minority early voting in Duval County during the 2008 and 2010 general elections and the 2011 Jacksonville mayoral race], 2012.

Expert (written affidavits), *Romo v. Scott*, No. 2012-CA-000412 (Fla. Cir. Ct., Leon County). [Provided empirical analyses and deposed for Coalition's attorneys of new Congressional redistricting maps submitted and adopted by the Florida legislature as well as alternative maps submitted by the The League of Women Voters of Florida, the National Council of La Raza, and Common Cause Florida], 2012-14.

Consultant (*Pro Bono*) (written work product), *League of Women Voters of FL v. Browning*, N.D. Fla. (4:11-cv-00628). [Provided empirical analysis for LWV's attorneys (Brennan Center, New York University), assessing the impact of Florida's "third party organization" voter registration restrictions], 2012.

Consultant (*Pro Bono*) (written work product), Hillsborough Hispanic Coalition, Tampa, Florida, 2012. [Provided empirical analysis of the likely racial/ethnic impact of the redistricting maps adopted by the Hillsborough County Commission and provided alternative maps to be submitted by the Hillsborough Hispanic Coalition, in anticipation of federal litigation], 2012.

Member, 2012 Citizen Election District Review Committee, City of Gainesville, 2012 (Appointed by Mayor Craig Lowe).

*Invited Testimony*, U.S. Senate, Judiciary Committee, Subcommittee on the Constitution, Civil Rights and Human Rights, "New State Voting Laws II: Protecting the Right to Vote in the Sunshine State," January 2012.

Expert (written affidavit), *Worley v. Detzner*, U.S. District Court, N.D. Fla (4:10-cv-00423-RH-WCS). [Provided expert opinion to Florida Secretary of State to help defend Election code provisions concerning the reporting, registration, and disclosure requirements applicable to political committees (ballot issues)], 2010.

Expert (written affidavit), *Citizens Against Slots v. PPE Casino*, 999 A.2nd 181 (2010) 415 Md. 117. [Provided empirical analysis of the validity rates of the signatures submitted by Citizens Against Slots for a county popular referendum], 2010.

Expert (written affidavit), *The Independence Institute, et. al. v. Bernie Buescher* 1:2010-cv-00609. (US 10th Circuit) [Provided empirical analysis for the Office of the Colorado Attorney General to defend Secretary of State's enforcement of public disclosure laws for ballot issue committees], 2009-2010.

Lead Author, "Direct Democracy Scholars" Amicus Brief, *Doe v. Reed*, 132 S. Ct. 449. [Provided empirical evidence that public disclosure of signatures on ballot measures serves sufficiently important governmental interests in order to prevent fraudulent signature gathering activities, to limit the deceptive solicitation of signatures, and to provide information to voters about ballot measures], 2010.

Expert (written affidavit), *Dallman, et al. v. William Ritter and Rich L. Gonzales and Daniel Ritchie, et al.* 09SA224 (Colorado Supreme Court) [Provided empirical analysis for Ritter, Gonzales, and Ritchie of analysis of campaign financing of ballot measures], 2009-10.

Expert (written affidavit), *Sampson v. Buescher*, 08-1389, 08-1415 (US 10th Circuit) [Provided empirical analysis refuting claims of barriers to participation in ballot issue campaigns for Office of the Colorado Attorney General, defending Secretary of State's enforcement of disclosure laws], 2007-10.

Consultant, *Trust the Voters*, Tallahassee, 2006.

Consultant, *The Washington State Patrol Troopers Association* [Conducted empirical analysis for State Patrol Troopers of the validity of signatures collected on ballot issue campaign], 2006.

Expert (written affidavit), *The City of Winter Springs, FL v. Seminole County*, City of Winter Springs, 2004.

Expert (written affidavit), *California Pro-Life Council, Inc. v. Karen Getman, et al.* 328 F.3d 1088, 1101 (US 9th Cir) [Provided empirical analysis for the Office of the California Attorney General on veiled political actors in California ballot measure campaigns], 2004-05.

Expert (written affidavit), *Colorado Right to Life Committee, Inc. v. Donetta Davidson* 395 F.Supp.2d 1001 (US 10th Circuit) [Provided empirical analysis of broadcasted television and direct mail ads in Colorado between 1999-2003 for the Office of the Colorado Attorney General], 2004-05.

Invited Testimony, Ballot Initiative Reform, Florida Legislature, 2002; 2003-05.

Invited Testimony Witness, Ballot Initiative Reform, Colorado Legislature, 1999-2000.

Consultant (*pro bono*), *Ad Hoc Committee to Defend Heath Care*, Denver, CO, 1998-2000.

### International Consulting

Consultant, National Democratic Institute (NDI), Ghana, 2013.
Invited Written Testimony, *British House of Lords*, Constitution Committee (Direct Democracy), 2010.
Consultant, *Institute of International Education (IIE)*), New York, 2002-04.
Consultant, *Coalition of Domestic Elections Observers (CODEO)*, Accra, Ghana, 2000-01.
Consultant, *International Foundation for Election Systems (IFES)*, Washington, DC, 1999-2001.
Consultant, *International Student Exchange Program (ISEP)*, Washington, DC, 1995-97.

12

***BOOK REVIEWS & REVIEW ESSAYS***

9) Daniel A. Smith. 2008. Review of Dorothy Holland, Donald M. Nonini, Catherine Lutz, Lesley Bartlett, Marla Frederick-McGlathery, Thaddeus C. Guldbradsen, and Enrique G. Murillo, Jr., <u>Local Democracy Under Siege: Activism, Public Interests, and Private Politics</u>, *Perspectives on Politics* 6: 386-86.

8) Daniel A. Smith. 2006. Review of Stephen Nicholson, <u>Voting the Agenda: Candidates, Elections, and Ballot Propositions</u>, *Political Science Quarterly* 120: 695-697.

7) Daniel A. Smith. 2005. Review of John Matsusaka, <u>For the Many or the Few? The Initiative, Public Policy, and American Democracy</u>, *Perspectives on Politics* 3: 646-47.

6) Daniel A. Smith. 2000. Review of Shaun Bowler and Todd Donovan, <u>Demanding Choices: Opinion, Voting, and Direct Democracy</u>, *Social Science Quarterly* 81: 1104-1106.

5) Daniel A. Smith. 1999. Review of Shaun Bowler, Todd Donovan, Caroline Tolbert, eds., <u>Citizens as Legislators</u>, *American Political Science Review* 93: 446-447.

4) Daniel A. Smith. 1998. Review of David Ryden, <u>Representation in Crisis</u>, *Politics and Policy* 26: 514-515.

3) Daniel A. Smith. 1998. Review of Grant Reeher and Joseph Cammarano, eds., <u>Education for Citizenship</u>, *H-Pol, H-Net*. (February).

2) Daniel A. Smith. 1997. Review Essay of William S. K. Reno, <u>Corruption and State Politics in Sierra Leone</u>, and Sahr John Kpundeh, <u>Politics and Corruption in Africa</u>, *Africa Today* 44: 362-365.

1) Daniel A. Smith. 1996. Review of Stephen Lowe, <u>The Kid on the Sandlot: Congress and Professional Sports, 1910-1992</u>, *Sport History Review* 27: 90-92.

***TEACHING GRANTS, HONORS, AND AWARDS***

David King Defender of Democracy Award, League of Women Voters of Florida, January 2022.

Science Defender Award, Union of Concerned Scientists, December 2021.

Anderson Scholar Award, College of Liberal Arts and Sciences, University of Florida, 2011; 2015; 2016; 2017 ; 2021.

Political Science Board of Advisors, "Outstanding Professor Award," *University of Florida*, Spring 2008.

Center for Teaching and Learning Technology Grant, "Introduction to American Politics: Web-Based Interactive Learning," *University of Denver*, Spring, 1997.

Faculty Appreciation Award, Learning Effectiveness Program, *University of Denver*, April 1997.

Curriculum Diversity Grant, "A Theater History: The Racial and Class Politics of US Drama from Colonization Forward," *University of Denver*, Winter, 1997.

CORE Development Grant, "Drama of Politics/Politics of Drama," *University of Denver*, Summer, 1996.

International Small Grants, "Summer Student Study Abroad Program: University of Ghana at Legon," Office of Internationalization, *University of Denver*, Spring, 1995.

International Small Grants, "Ghana Study Abroad Program," Office of Internationalization, *University of Denver*, Spring, 1995.

***NEWSPAPER OP-EDS, INVITED BLOG POSTS & LETTERS TO THE EDITOR***

Op-Ed, "<u>We work for the people of Florida. That's why we can't let the University of Florida silence us on a voting rights law</u>," *The Washington Post*, November 3, 2021 (with Sharon Austin and Michael McDonald).

Op-Ed, "<u>What is the Florida Legislature hiding on redistricting?</u>" *Tampa Bay Times*, October 7, 2021 (with Michael P. McDonald).

Op-Ed, "<u>Election integrity requires transparency</u>," *Tampa Bay Times*, February 9, 2021 (with *Danielle Dietz* and *Gabriella Zwolfer* ).

Op-Ed, "<u>*All counties should offer secure, 24/7 drop boxes for mail ballots*</u>," *Tampa Bay Times*, October 12, 2020 (with ***Jose Vazquez*** ).

Op-Ed, "<u>Do you usually vote by mail? A lot of Republicans who do won't say so</u>," *Washington Post* (Monkey Cage), October 9, 2020 (with *Enrijeta Shino*).

Op-Ed, "<u>Minor postal delays could disenfranchise thousands of Florida vote-by-mail voters</u>," *Tampa Bay Times*, August 14, 2020 (with Michael Herron).

Op-Ed, "<u>Here's the problem with mail-in ballots: They might not be counted</u>," *The Washington Post* (Monkey Cage), May 21, 2020 (with *Enrijeta Shino* and Mara Suttmann-Lea).

Op-Ed, "<u>Your voting habits may depend on when you registered to vote</u>," *Salon*, September 24, 2019. [Originally appeared in *the Conversation*] (with *Enrijeta Shino*).

Invited Blog Post, "<u>Who Votes Provisionally and Why? A Look at North Carolina's 2016 General Election</u>," MIT Election Science Data Lab, May 2, 2018. (with *Lia Merivaki*).

Op-Ed, "<u>Do we have a right not to vote? The Supreme Court suggests we don't</u>," *NY Daily News*, June 12, 2018 (with Michael C. Herron).

Op-Ed, "<u>If more states start using Ohio's system, how many voters will be purged?</u>" *The Washington Post* (Monkey Cage), June 17, 2018 (with Michael C. Herron).

13

Op-Ed, "2-to-1 Registration Advantage for Democrats among 440K New Hispanic Voters In Florida," *Huffington Post*, October 7, 2016.

Op-Ed, "The Battle Over "One Person, One Vote," Has Just Begun," *The American Prospect,* April 18, 2016. (with Carl Klarner).

Invited Blog Post, "Party competition is the primary driver of the recent increase in restrictive voter ID laws in the American states," London School of Economics, U.S. Politics and Policy, November 12, 2014 (with *William Hicks* and Seth McKee).

Op-Ed, "Rejected Ballots in Florida," *Florida Voices*, November 4, 2012 (with Michael Herron).

Op-Ed, "High ballot rejection rates should worry Florida voters," *Tampa Bay Times*, October 28, 2012 (with Michael Herron).

Op-Ed, "Voters need to push back against corporate cash," *St. Petersburg Times*, July 13, 2010.

Op-Ed, "A chance for Floridians to redraw rigged districts," *St. Petersburg Times*, November 25, 2009.

Op-Ed, "Lawmakers don't trust voters with the constitution," *Gainesville Sun*, October 21, 2006.

Op-Ed, "Jeb Bush's secret-squirrel hunt? Rocky, that's just a bunch of Bullwinkle," *Orlando Sentinel*, February 23, 2006.

Op-Ed, "Colorado: Independent of Whom?" Ballot Initiative Strategy Center, *Ballot Blog*, August 29, 2005.

Op-Ed, "Stop Political Fund-Raising Arm," *Gainesville Sun*, April 25, 2004 (with Nicole M. James).

Op-Ed, "Committees Hold the Secret to Campaign Financing," *St. Petersburg Times*, April 10, 2004 (with *Nicole M. James*).

Letter, "Reform Ballot Initiative and Preserve the People's Power," *Miami Herald*, February 29, 2004.

Op-Ed, "No: The Rich Have Taken Over," *Denver Post*, December 1, 2002.

Op-Ed, "The Millionaire's Club: Why Leave Ballot Initiatives to the Rich?" *Denver Post*, August 18, 2002.

Op-Ed, "The Political Consequence of 'Praying for Peace,'" *The Crusading Guide* [Accra, Ghana], 12-18 October 2000.

Letter, "Book's [*Democracy Derailed* by David Broder] premise is problematic," *Denver Post*, May 28, 2000.

Letter, "Initiative process ignores rural voices," *Denver Rocky Mountain News*, March 15, 2000.

Op-Ed, "Progressives need to show initiative on ballot signatures," *Denver Post*, January 13, 2000.

Op-Ed, "Colorado should put campaign finance data on the Internet," *Denver Post*, November 4, 1998 (with Richard Braunstein).

Letter, "Follow the Money," *Washington Post*, October 12, 1998.

Op-Ed, "Voters behind rule," *Denver Post*, June 21, 1998.

Op-Ed, "Founders crafted safeguards against popular excesses," *Denver Post*, May 21, 1995.

***INVITED TALKS AND PROFESSIONAL PRESENTATIONS***

Invited Talk, "Vote Method and Confidence in Elections," Department of Political Science, Aarhus University, March 17 2023.

Invited Talk, "Riot in the Party? Voter Registrations in the Aftermath of January 6," Department of Political Science, University of Lund, Sweden, February 28, 2023.

Keynote Speaker, "Challenges to Academic Freedom and Freedom of Speech in the US," European Sociology Association/Political Sociology Network, University of Lausanne, Switzerland, November 11, 2022.

Keynote Speaker, Alachua County Democratic Party, "The Democratic Dilemma facing Democrats," Gainesville, FL, May 13, 2022.

Invited Panelist, "Briefing on Voting Rights in Florida," Testimony before the Florida Advisory Committee to the U.S. Commission on Civil Rights, March 28, 2022 [virtual].

Keynote Speaker, "The Threats to Faculty Free Speech in Florida," *Phi Sigma Alpha* Address, Southern Political Science Association, January 12, 2022 (with Sharon Austin and Michael McDonald) [virtual].

Invited Panelist, "Election Shifts in 2020 and Beyond:  Vote by Mail Organizing and Research Efforts," The Funders' Committee for Civic Participation, September 14, 2021 [virtual].

Invited Talk, "Voting in the Time of COVID-19," UF Retired Faculty, October 14, 2020 [virtual].

Invited Panelist, "Implications of Amendment 4 and SB 7066 on voting rights in Florida," Federal Bar Association (South Florida Chapter), September 3, 2020 [virtual].

Invited Panelist, "Hispanic Voting Rights," UF Hispanic Student Association [virtual], July 17, 2020.

Invited Talk, "Voting Rights in Florida," Marin County (CA) League of Women Voters [virtual], August 3, 2020.

Invited Panelist, "Voting Rights in Florida," All Voting is Local & The Leadership Conference on Civil and Human Rights, August 13, 2020 [virtual].

Invited Talk, "Ballot Design, Undervoting, and Pivotality: A Forensic Analysis of Florida's 2018 US Senate Race," Center for Voting and Parties, University of Copenhagen, Denmark, December 3, 2019.

Keynote Speaker, "6 Things Every Democrat Should Know about Florida Elections," Democratic Women's Club of Florida, 63rd Annual Convention, Orlando, September 14, 2019.

Invited Talk, "5 Things Every Floridian Should Know about Florida Elections," *Stetson University*, April 25, 2019.

60

14

Invited Talk, "The 2018 Mid-Term Elections," Graham Center, University of Florida, Gainesville, Florida, November 13, 2018.

Invited Talk, "Is a Blue Wave Coming? The 2018 General Election," FedCon, National Association of Retired Federal Employees Association, Jacksonville, Florida, August 28, 2018.

Invited Talk, "Voting Rights Litigation," ACLU of Florida, 2018 Lawyers Conference, Delray Beach, Florida, September 7, 2018.

Invited Panelist, "The Black Vote: Is it being taken for Granted?" *Collaboratively Woke and The Virginia Leadership Institute*, Downtown Alachua Public Library, Gainesville, Florida, June 23, 2018.

Invited Talk, "Public Records Requests and Analyzing Elections in Florida," The Bob Graham Center for Public Service, University of Florida, Gainesville, Civic Scholar Lecture, February 14, 2018.

Invited Talk, "Voting in Florida," Voter Suppression Forum, The Bob Graham Center for Public Service, University of Florida, Gainesville, November 13, 2017.

Invited Talk, "Journalist-Scholar Big Data Partnerships," Investigative Reporters and Editors, The National Institute for Computer-Assisted Reporting, Annual Conference, Jacksonville, FL, March 2, 2016.

Invited Talk, "Florida's Constitutional Revision Commission and Game Theory," Future of Florida Summit, University of Florida, Gainesville, Florida, February 18, 2016.

Invited Talk, "Explaining Trump's Win in Florida: 10 Election Myths and Realities," Graham Center, University of Florida, Gainesville, Florida, November 14, 2016.

Invited Response, Michael Kang (Emory School of Law) "Law and Politics of Judging Election Cases," University of Florida School of Law, Gainesville, Florida, November 4, 2016.

Invited Talk, "Patterns of Political Participation in Florida," Women, Race, and the U.S. Presidency, The Center for The Study of Race and Race Relations & The Center for Gender, Sexualities, and Women's Studies Research, University of Florida, Gainesville, October 13, 2016.

Invited Talk, "The Structural Pathologies of the American Electoral System," US Fulbright Association (UF International Center), Gainesville, September 27, 2016.

Invited Talk, "Registered Voters and Turnout in Alachua County," Gainesville Area Chamber of Commerce's Leadership Gainesville 43 Government and Policy Day, September 8, 2016.

Invited Talk, "The Politics of Voter Suppression in Florida," Santa Fe College, American Democracy Project, February 9, 2016.

Invited Talk, "The Contributions and Conundrums of Technology: EAVS Data Reporting Consistency," at The Evolution of Election Administration since the VRA, Auburn University, September 15, 2015 (with Lia Merivaki).

Invited Talk, "2014 Election Wrap-Up," Graham Center, University of Florida, Gainesville, Florida, November 6, 2014.

Roundtable Participant, "I Am A Millennial: The Importance of the Youth and Minority Vote," Graham Center, University of Florida, October 23, 2014.

Invited Talk, "Voting Rights in North Carolina," Emory University, Atlanta, April 8, 2014.

Keynote Speaker, "Anticipating 2014: The State of Voting Rights in Florida," Gainesville Labor Council, Gainesville, Florida, December 9, 2013.

Invited Talk, "Biometric registration and verification: Deterring voter fraud or inviting voter disenfranchisement? Corruption, Accountability, and Governance in Africa, Council on African Studies, Yale University, February 28, 2013.

Invited Talk, "Design Fail: The Attack on Voting Rights in Florida," University of Florida Retired Faculty, Harn Museum, University of Florida, February 22, 2013.

Keynote Speaker, "The Attack on Voting Rights in Florida," Gainesville Labor Council, Gainesville, Florida, December 10, 2012.

"Moved by the Spirit? Atmospherics and Ballot Measure Vote Choice," Initiatives and Referendums in the Elections of 2012, University of Southern California, November 16, 2012 (with Charles Dahan).

Invited Talk, "Design #Fail: Voting Rights in Florida," Graham Center's Election Wrap Up: Decision 2012, University of Florida, Gainesville, Florida, November 13, 2012.

Invited Talk, "Consolidating Representation in Ghana? Parliamentary Malapportionment and Rejected Ballots," *Stability Amidst Chaos: Reflections on Two Decades of Ghanaian Democracy*, Program of African Studies, Northwestern University, Chicago, Illinois, October 12, 2012.

Keynote Speaker, "Curtailing Voting Rights in Florida," *Civic Dialogues and the 2012 Election in the United States*, College of Central Florida, Ocala, Florida, October 22, 2012.

Keynote Speaker, "The Return of Jim Crow? Voting Rights Under Florida's House Bill 1355," League of Women Voters, Annual Fall Luncheon, Gainesville, Florida, September 11, 2012.

Invited Talk, "Litigating Voting Rights in Florida," 8th Judicial Circuit Florida Bar Association, Continuing Legal Education, Gainesville, Florida, September 21, 2012.

Invited Presentation, "The Impact of HB 1355 on Florida's Hispanics," Gator Academic Outreach Symposium, co-hosted by Hispanic Alumni Association and Miami-Dade College, Miami, FL, May 11, 2012.

Invited Talk, "Voting and Elections in the United States," US Embassy, Accra, Ghana, live satellite talk to US Embassy, Ivory Coast, October 3, 2011.

Invited Public Lecture, "Ghana's National Electoral Commission and the 2012 Elections: The Malapportionment of Parliamentary Constituencies, Rejected Ballots, and Questions of Representation," Department of Political Science International Lecture Series, University of Ghana, Accra, Ghana, November 17, 2011. [Q&A followed by several media interviews, including RadioUniverse, Ghana Television Broadcasting and TV3].

Invited Public Lecture, "Assessing the Credibility of Public Opinion Polls," Ghana Center for Democratic Development (CDD-Ghana), Accra, Ghana, November 23, 2011. [Taped broadcast by TV3 and several FM stations].

Invited Talk, "Obama to Blame?" Penn State University, February 26, 2010.

Invited Talk, "Shirking the Initiative?" Rutgers University, November 6-7, 2008.

Invited Talk, "Granting Power to the People: The Adoption of Direct Democracy in the American States," Bose Series Lecturer, University of Iowa, Iowa City, November 7-10, 2007.

Invited Talk, "Instrumental Effects of the Initiative in the American States," The Voice of the Crowd—Colorado's Initiative, Byron R. White Center for the Study of American Constitutional Law, University of Colorado, Boulder, Old Supreme Court Chambers, Colorado State Capitol, Denver, January 26, 2007.

Invited Paper/Presentation, "Initiating Reform: The Effects of Ballot Measures on State Election and Ethics Policy," 2008 and Beyond: The Future of Election and Ethics Reform in the States, Ohio State Capital Building, Kent State University, January 16, 2007.

Invited Paper/Presentation, "Financing Ballot Measures in the American States," Financing Referendum Campaigns Conference, University of Zurich, Switzerland, October 27-29, 2006.

Invited Talk, "Pressure at the Polls/Ballot Initiatives," Capitol Beat Conference, Columbus, OH, August 2006.

Invited Talk, "Turnout and Priming Effects of Ballot Initiatives," Ballot Initiative Strategy Center Spring Briefing, National Education Association, Washington, DC, May 11, 2006.

Invited Talk, "The People as Legislators: The Influence of Direct Democracy," Moritz College of Law, Ohio State University. Columbus, OH, March 3, 2006.

Invited Public Debate, "Initiative Reform in Florida," *Orlando Regional Chamber of Commerce*, Orlando, FL, February 23, 2006.

Invited Talk, "Direct Democracy: The Battle over Citizen Lawmaking," *Minnesota Council of Nonprofits*, *Public Policy Day 2006: Nonprofits as a Force for Change*, Minneapolis, MN, January 26, 2006.

Keynote Speaker, "Taking the Initiative in Florida," *National Conference of Editorial Writers* Regional Conference, University of Central Florida, Orlando, FL, October 16, 2005.

Panelist, "The Educative Effects of Direct Democracy," *Direct Democracy: Historical Roots and Political Realities*, The Bill Lane Center for the Study of the North American West, Stanford University, Stanford, CA, April 14-15, 2005.

Panelist, "The Initiative and Referendum Process," *The 2004 Election: What Does it Mean for Campaigns and Governance?* University of Southern California Law School, Los Angeles, CA, October 8, 2004.

Invited Talk, "Florida's Initiative Process," Oak Hammock, Gainesville, FL, October 21, 2004.

Invited Talk, "Educated by Initiative," Oak Hammock, Gainesville, FL, October 6, 2004.

Invited Talk, "Are Initiatives Good or Bad for Business," *National Chamber of Commerce Federation*, Boca Raton, FL, February 22, 2004.

Panelist, "Roundtable on Florida Politics," *UF-FSU Colloquium*, Gainesville, FL, November 10, 2003.

Panelist, "Initiatives and Referenda: Implications for Public Administration and Governance," *National Academy of Public Administration*, Washington, DC, October 22, 2003.

Panelist, "Initiatives and Referenda: Direct Democracy or Government for Sale?" *New York Bar Association*, New York City, May 8, 2003.

Keynote Speaker, "Direct Democracy in Colorado: The (Sub)Urban-Rural Divide," *Colorado Water Congress Annual Meeting*, Denver, November 8, 2002.

Invited Talk, "Prospects for a Universal Health Care Ballot Initiative in Florida," Alachua County Labor Party, Gainesville, FL, January 25, 2002.

Invited Talk, "The 2000 Ghana Elections: Lessons for the Future," The Center for African Studies, *University of Florida*, Gainesville, August 28, 2001.

Panelist, "Graduate Studies in Canada and U.S.," *University of Ghana at Legon*, Accra, Ghana, March 14, 2001.

Invited Talk, "Media Coverage of the 2000 [Ghanaian] Elections," *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana, March 2, 2001.

Invited Talk, "Ghana's 2000 Elections: The 'Politics of Absence,'" *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana, February 20, 2001.

Panelist, "Special Forum on U.S. Presidential Elections 2000," *University of Ghana at Legon*, Accra, Ghana, November 21, 2000.

Invited Talk, "The Role of The Media in US Elections," *Public Affairs Section, United States Embassy*, Accra, Ghana, October 31, 2000.

Facilitator, "Three's A Crowd? The Fate of Third Parties in America," *Humanities Institute Salon*, Denver, May 4, 11, & 18, 2000.

Chair and Discussant, "Factors Affecting the Success of Initiatives," *Western Political Science Association Conference*, San Jose, March 24-26, 2000.

Invited Talk, "The Progressive Myth: Direct Democracy in Colorado, 1912," *Willamette University*, February 3, 2000.

Invited Talk, "The Initiative to Party: The Partisan - Ballot Initiative Nexus," *Willamette University*, February 3, 2000.

Invited Talk, "Taking the Initiative into the 21st Century," *Colorado Water Congress Annual Meeting*, Broomfield, January 27, 2000.

Invited Talk, "Foundations of the American Political System," *Zhejiang University*, Zhejiang, China, October 13, 1999.

Invited Talk, "Trade, Taiwan, Tiananmen, and Theft: Partisanship in US-China Relations," *Fudan University*, Shanghai, China, October 11, 1999.

Invited Talk, "Republicans, Democrats, and US-China Relations," *The People's University*, Beijing, China, October 9, 1999.

Invited Talk, "US-China Relations and the 2000 Presidential Election," *China Institute of Contemporary International Relations*, Beijing, China, October 7, 1999.

Invited Talk, "Taking the Initiative: The Role of Money in Ballot Initiatives in the US," *Aspen Community & Institute Committee*, Aspen, August 10, 1999.

Facilitator, "Taking the Initiative: The Politics of Direct Democracy in Colorado," *Humanities Institute Salon*, May 20, May 27, & June 3, 1999.

Invited Talk, "The State of Direct Democracy in Colorado," American Center Series, *University of Colorado at Boulder*, April 9, 1999.

Participant, "TABOR: Today & Tomorrow," Graduate School of Public Affairs, *University of Colorado at Denver*, January 20-21, 1999.

Keynote Speaker, *Colorado Water Congress Annual Meeting*, "The Initiative Process: What You Need to Know," November 10, 1998.

Invited Talk, "The Political Economy of the Bronco's New Stadium Proposal," George Washington High School, *Reach Out DU*, October 15, 1998.

Invited Talk, "The Political Economy of the Bronco's New Stadium Proposal," Cherry Creek High School, *Reach Out DU*, October 15, 1998.

Invited Talk, "Tax Crusaders and the Politics of Direct Democracy," Tattered Cover Bookstore, Denver, August 20, 1998.

Academic Session Leader, "The Politics of Building a New Broncos Stadium," West High School VIP Program, *University of Denver*, April 17, 1998.

Participant, "Proposition 13 and its Progeny: Is California Suffering from an Excess of Democracy?" Institute of Governmental Studies, *University of California, Berkeley*, April 1-2, 1998.

Moderator, "Politics 101," Student Forum, *University of Denver*, March 3, 1998.

Panelist, "Ways to use Technology in Teaching," Dean's Luncheon on Teaching and Learning, *University of Denver*, February 20, 1998.

Panelist, "The End of Empire in Ghana, 1957," The End of Empire: 50 Years of British Withdrawal, Center for Teaching International Relations, *University of Denver*, February 7, 1998.

Moderator, "1996 Candidate Forum," DU Programs Board, *University of Denver*, October 28, 1996.

Invited Talk, "Election 1996," KARIS Community, Denver, October 24, 1996.

Invited Talk, "*Faux* Populism: Douglas Bruce, Populist Entrepreneur, and the Anti-Tax Moment in Colorado," Humanities Institute, *University of Denver*, October 17, 1996.

Panelist, "The Federal Budget Battle," Sponsored by Omicron Delta Epsilon and Pi Sigma Alpha, *University of Denver*, October 2, 1995.

Invited Talk, "US Energy Policy," Highlands Ranch High School, *Reach Out DU*, November 10, 1995.

Panelist, "Study Abroad," Second Annual University Conference: Internationalization at the University of Denver, *University of Denver*, April, 1994.

Chair and Panelist, "African Studies," Second Annual University Conference: Internationalization at the University of Denver, *University of Denver*, April, 1994.

Panelist, "Public Policy and Work Force Participation: Making the School-to-Work Transition," Public Policy and Work Force Participation Seminar, *University of Pittsburgh*, September 15, 1993.

Rapporteur, "City$Money Conference," The La Follette Institute for Public Affairs*, University of Wisconsin-Madison,* February 4-6, 1992.

17

***CONFERENCE PAPER PRESENTATIONS***

"Vote Method and Confidence in Elections," Elections, Public Opinion, and Voting Behavior Semi-Annual Meeting, Florida State University, March 2-4, 2023 (with Enrijeta Shino)

"Vote Method and Confidence in Elections," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Enrijeta Shino).

"A Blue Primary in a Reddish State: How Preferences are Shaped by Expectations, Issues, and Sexism," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Michael Martinez).

"Shared Language, Distinct Politics: A Deeper Look at Hispanic Vote Cohesion in South and Central Florida," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Brian Amos, Matt Barreto, Maxwell Clarke, Angela Gutierrez, Andy Jarrin, and Mike McDonald).

"Voting During a Pandemic: Convenience Voting and Youth Turnout," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Danielle Dietz, Payton Lussier, Mike McDonald, Enrijeta Shino).

"Shared Language, Distinct Politics: A Deeper Look at Hispanic Vote Cohesion in South and Central Florida," American Political Science Association, Montreal, Canada, September 15-18, 2021 (with Angela Gutierez, Matt Barreto, Mike McDonald, and Brian Amos).

"Mail Voting and Voter Turnout," Election Sciences, Reform, and Administration, University of North Carolina, Charlotte, July 27-30, 2022 (with Michael P. McDonald, Enrijeta Shino, and Juliana Mucci).

"Jews for Trump: An Analysis of Voting and Vote Choice in Florida" Midwest Political Science Association annual meeting. Chicago, March 7-10, 2022 (with Payton Lussier).

"Riot in the Party: Party Registration Switching in the Aftermath of the January 6, 2021, Capitol Insurrection," Midwest Political Science Association annual meeting. Chicago, March 7-10, 2022 (with Sara Loving).

"Who Stands Next to Whom? Voting Lines and Political Polarization," Midwest Political Science Association annual meeting. Chicago, March 7-10. 2022 (with John Cho and Michael Herron).

"Gauging Public Opinion Toward Accessory Dwelling Units (ADUs)," *Florida Political Science Association* annual meeting, Bethune-Cookman University, Daytona, March 26, 2022 (with William Bullen, Danielle Dietz, Colson Douglas, Payton Lussier, and Gaby Zwolfer).

"The Changing South in Presidential Elections, 2008-2020," Symposium on Southern Politics, The Citadel, Charleston, South Carolina, March 4-5, 2022 (with Trey Hood, Robert Lupton, and Seth McKee).

"Did Ballot Design Oust a US Senator? A Study of the 2018 Election in Florida," Conference on Empirical Legal Studies, University of Toronto Law School, Toronto, Canada, March 18-19, 2022 (with Michael C. Herron, Marc Meredith, Michael Morse, & Michael Martinez).

"The Expansion of Mail Voting and the Impact on Voter Turnout in the 2020 General Election," Southern Political Science Association Annual Meeting, January 12-15, 2022, San Antonio (with Juliana Mucci, Michael P. McDonald, and Enrijeta Shino).

"Riot in the Party: Voter Registrations in the Aftermath of the January 6, 2021, Capitol Insurrection," State of the Parties: 2020 and Beyond Virtual Conference. Ray C. Bliss Institute for Applied Politics, Akron, OH, November 5, 2021 (with Sara Loving).

"The Disparate Impact of Voting Restrictions on Persons of Color in Florida," American Political Science Association, Seattle, WA, September 29-October 2, 2021 (with Brandi Martinez, Enrijeta Shino, and LaRaven Temoney).

"The Racial Politics of Early In-Person Voting and Ballot Access in Georgia," American Political Science Association, Seattle, WA, September 29-October 2, 2021 (with Michael C. Herron and Enrijeta Shino).

"The Behavioral Effects of Redistricting," Florida Political Science Association Annual Meeting, March 27, 2021 [virtual] (with Brian Amos, Enrijeta Shino, and Seth McKee).

"The Electoral Landscape after a Natural Disaster: Hurricane Michael's Effect on Turnout in Florida," Southern Political Science Association Annual Meeting, January 8-11, 2020, San Juan, Puerto Rico (with William A. Zelin).

"The Turnout Effects of Spanish Language Voting Materials," Southern Political Science Association Annual Meeting, January 8-11, 2020, San Juan, Puerto Rico (with Emily Boykin and Jenna Tingum).

"Voter Registration after Parkland and Early Voting on College Campuses," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Enrijeta Shino).

"Did Ballot Design Oust a US Senator? A Study of the 2018 Election in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Michael C. Herron & Michael Martinez).

"Barriers to Registering Returning Citizens in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019.

"Ballot Design, Voter Intentions, and Representation: A Study of the 2018 Midterm Election in Florida," Election Sciences, Reform, and Administration, University of Pennsylvania, July 10-12, 201 (with Michael C. Herron & Michael Martinez).

18

"Mobilizing the Youth Vote? Early Voting on College Campuses in Florida," 19th State Politics and Policy Conference at the University of Maryland, May 30-June 1, 2019 (with Enrijeta Shino).

"Did Ballot-Design Outs an Incumbent Senator? A Study of the 2018 Midterm Election in Florida," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Michael Herron and Michael Martinez).

"Election Administration and Public Records Responsiveness," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Enrijeta Shino, Anna Baringer, Justin Eichermuller, and William Zelin).

"Voter Registration after Parkland and Early Voting on College Campuses," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Enrijeta Shino).

"Did Ballot Design Oust a US Senator? A Study of the 2018 Election in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Michael C. Herron & Michael Martinez).

"Barriers to Registering Returning Citizens in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019.

"Ballot Design, Voter Intentions, and Representation: A Study of the 2018 Midterm Election in Florida," Election Sciences, Reform, and Administration, University of Pennsylvania, July 10-12, 2019 (with Michael C. Herron & Michael Martinez).

"Mobilizing the Youth Vote? Early Voting on College Campuses in Florida," 19th State Politics and Policy Conference at the University of Maryland, May 30-June 1, 2019 (with Enrijeta Shino).

"Did Ballot-Design Outs an Incumbent Senator? A Study of the 2018 Midterm Election in Florida," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Michael Herron and Michael Martinez).

"Election Administration and Public Records Responsiveness," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Enrijeta Shino, Anna Baringer, Justin Eichermuller, and William Zelin).

"Estimating the Differential Effects of Purging Inactive Registered Voters," American Political Science Association, Boston MA, August 28-September 1, 2018 (with Michael C. Herron).

"Estimating the Differential Effects of Purging Inactive Registered Voters," Election Sciences, Reform, and Administration, University of Wisconsin-Madison, July 26-27, 2018 (with Michael C. Herron).

"Exact-Match Voter List Verification and Turnout," 18th State Politics and Policy Conference at Penn State, June 7-9, 2018 (with Michael P. McDonald, Pedro Otálora, and Enrijeta Shino).

"Estimating the Differential Effects of Purging Inactive Registered Voters," at the 18th State Politics and Policy Conference at Penn State, June 7-9, 2018 (with Michael C. Herron).

"Who are Provisional Voters? Evidence from North Carolina," Midwest Political Science Association Annual Meeting, April 5-8, 2018, Chicago (with Lia Merivaki).

"A History and Analysis of Black Representation in Southern State Legislatures," Symposium on Southern Politics, The Citadel, Charleston, South Carolina, March 1-2, 2018 (with Charles S. Bullock III, William D. Hicks, M. V. (Trey) Hood III, Seth C. McKee, and Adam Myers).

"Who are Provisional Voters? Evidence from North Carolina," Southern Political Science Association Annual Meeting, January 4-7, 2018, New Orleans (with Lia Merivaki).

"Naturalizing the Party: Party Registration and Voter Turnout of Foreign-Born Citizens," State of the Party: 2016 & Beyond, November 10, 2017, Ray C. Bliss Institute of Applied Politics, University of Akron, Ohio (with Lidia Kurganova).

"The Erosion of Liberal Democracy: Dissensus and Ideology in America," American Political Science Association, San Francisco, August 31-September 3, 2017 (with William D. Hicks and Seth C. McKee.

"Early Voting Availability and Turnout in Florida and North Carolina," American Political Science Association, San Francisco, August 31-September 3, 2017 (with David Cottrell and Michael C. Herron).

"Determinants of County Level Voter Turnout, 1970-2016," American Political Science Association, San Francisco, August 31-September 3, 2017 (with Carl Klarner, Brian Amos, and Michael P. McDonald).

"Waiting to Vote: Using EViD Data to Assess the Electoral Consequences of Long Voting Lines," Midwest Political Science Association annual meetings, April 6-9, 2017, Chicago (with David Cottrell and Michael C. Herron).

"Timing the Habit: Voter Registration and Turnout in the American States," American Political Science Association, Philadelphia, September 1-4, 2016 (with Enrijeta Shino).

"Revisiting Majority-Minority Districts and Black Representation," American Political Science Association, Philadelphia, September 1-4, 2016 (with Seth C. McKee, William D. Hicks; Carl E. Klaner).

"Defending Democracy: How Political Scientists Are Engaging in the Fight over Voting Rights (and Why You and Your Dept. Should too)," APSA Roundtable with Theda Skocpol, Presented by the Scholars Strategy Network, American Political Science Association, Philadelphia, September 1-4, 2016.

19

"Timing the Habit: Voter Registration and Turnout in the American States," State Politics and Policy Conference, University of Texas at Dallas, May 19-21, 2016 (with Enrijeta Shino).

"Revisiting Majority-Minority Districts and Descriptive Representation," State Politics and Policy Conference, University of Texas at Dallas, May 19-21, 2016 (with Seth C. McKee, William D. Hicks; Carl E. Klarner).

"Purging Participation? Eligibility Challenges, Psychological Reactance, and the Decision to Vote," Midwest Political Science Association annual meetings, April 7-10, 2016, Chicago (with Daniel Biggers and Bryce Freeman).

"Missing Black Men and Representation in American Political Institutions," Midwest Political Science Association annual meetings, April 7-10, 2016, Chicago (with David Cottrell, Michael Herron, and Javier Rodriguez).

"Early Voting Effects on Pre-Election Poll Estimates," Southern Political Science Association, January 7-10, 2016, San Juan, Puerto Rico (with Michael P. McDonald, Michael D. Martinez, and Chris McCarty).

"Your Ballot's in the Mail: The Effects of Unsolicited Absentee Ballots," American Political Science Association, San Francisco, September 1-4, 2015 (with Michael Martinez)

"A Reassessment of the Turnout Effects in of Election Reforms in the United States," American Political Science Association, San Francisco, September 1-4, 2015 (with Michael P. McDonald and Enrijeta Shino).

"Reprecincting and Voting Behavior," American Political Science Association, San Francisco, September 1-4, 2015 (with Brian Amos and Casey Ste. Claire)

"Looks Can Be Deceiving: Explaining Support for Online Voter Registration in the American States," State Politics and Policy Conference, California State University, Sacramento, May 28-30, 2015 (with William Hicks and Seth McKee).

"Public Opinion on Statewide Ballot Measures," State Politics and Policy Conference, California State University, Sacramento, May 28-30, 2015 (with Diana Forster).

"Early Voting Effects on Pre-Election Poll Estimates," American Association for Public Opinion Research Annual Conference, May 14-17, 2015, Hollywood, Florida (with Michael P. McDonald, Michael D. Martinez, and Chris McCarty).

"Dumbing Down the Electorate? Assessing the Political Knowledge of Early Voters," Midwest Political Science Association annual meetings, April 15-19, 2015, Chicago (with Enrijeta Shino).

"Race, Shelby County, and the Voter Information Verification Act in North Carolina," American Political Science Association, Washington, DC, August 27-31, 2014 (with Michael C. Herron).

"Who Signs? Ballot Petition Signatures as Political Participation," American Political Science Association, Washington, DC, August 27-31, 2014 (with Diana Forster and Brian Amos).

"Race, Shelby County, and the Voter Information Verification Act in North Carolina," State Politics and Policy Conference, Indiana University, Bloomington, IN, May 15-17, 2014 (with Michael C. Herron).

"The Effects of Spatial Proximity on Voting," State Politics and Policy Conference, Indiana University, Bloomington, IN, May 15-17, 2014 (with Kenton Ngo).

"Race, Shelby County, and the Voter Information Verification Act in North Carolina," Midwest Political Science Association Conference, Chicago, April 3-6, 2014 (with Michael C. Herron).

"Beyond Regulatory Interpretation: The Demand and Supply of Provisional Ballots in Florida," Symposium on Regulation in the U.S. States, DeVoe Center, Florida State University, Tallahassee, February 21, 2014 (with Lia Merivaki).

"Evolution of an Issue: Voter ID Laws in the American States," American Political Science Association Conference, Chicago, August 28-September 2, 2013 (with Seth McKee, William Hicks, and Mitch Sellers).

"Closing the Door on Democracy": Early Voting and Participation in Florida," American Political Science Association Conference, Chicago, August 28-September 2, 2013 (with Michael Herron).

"Evolution of an Issue: Voter ID Laws in the American States," State Politics and Policy Quarterly 13th annual conference, University of Iowa, Iowa City, IA, May 23-25, 2013 (with Seth McKee, William Hicks, and Mitch Sellers).

"Early Voting in Florida in the Aftermath of House Bill 1355," State Politics and Policy Quarterly 13th annual conference, University of Iowa, Iowa City, IA, May 23-25, 2013 (with Michael Herron).

"Racial Disparities in Provisional Ballot Rejection Rates," Midwest Political Science Association Conference, Chicago, April 11-14, 2013 (with Michael Herron).

"Who Registers? The Differential Impact of Florida's House Bill 1355 on Voter Registration," American Political Science Association Conference, New Orleans, August 30-September 2, 2012 (with Michael Herron).

"The Effect of Polling Locations Upon Vote Choice: A Natural Experiment," Southern Political Science Association Conference, Orlando, January 3-5, 2013 (with Charles Dahan).

"Casting and Verifying Provisional Ballots in Florida," Southern Political Science Association Conference, Orlando, January 3-5, 2013 (with Lia Merivaki).

"Who Registers? The Differential Impact of Florida's House Bill 1355 on Voter Registration," American Political Science Association Conference, New Orleans, August 30-September 2, 2012 (with Michael Herron).

"The Participatory Impact of Truncating Early Voting in Florida," State Politics and Policy Quarterly 12th annual conference, Rice University, Houston, TX, February 16 – February 18, 2012 (with Michael Herron).

66

"Engaging Potential Voters? The Collection of Valid Signatures on Ballot Petitions," State Politics and Policy Quarterly 11th annual conference, Dartmouth University, June 4-6, 2011 (with Diana Forster).

"Pledging Democracy: Congressional Support for a National Advisory Initiative and Referendum," Southern Political Science Association, January 5-8, 2011, New Orleans (presented by Matthew Harrigan).

"We Know What You Did Last Summer: The Impact of Petition Signing on Voter Turnout," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010 (with Janine Parry and Shayne Henry).

"Reassessing Direct Democracy and Civic Engagement: A Panel Study of the 2008 Election," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010 (with Caroline J. Tolbert and Amanda Frost).

"Generating Scholarship from Public Service: Media Work, Nonprofit Foundation Service, and Legal Expert Consulting," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010.

"Obama to Blame: Minority Surge Voters and the Ban on Same-Sex Marriage in Florida," American Political Science Association Conference, Toronto, September 2-5, 2009 (with Stephanie Slade).

"State Context and Support for a National Referendum in the U.S." State Politics and Policy Quarterly 9th annual conference, UNC Chapel Hill/Duke University, May 22-23, 2009 (with Caroline J. Tolbert and Amanda Frost).

"Direct Democracy, Opinion Formation, and Candidate Choice," American Political Science Association Conference, Boston, August 2008 (with Caroline J. Tolbert).

"The Legislative Regulation of the Initiative," State Politics and Policy Quarterly 8th annual conference, Temple University, Philadelphia, PA, May 30-31, 2008.

"The Initiative to Shirk? The Effects of Ballot Measures on Congressional Voting Behavior," State Politics and Policy Quarterly 8th annual conference, Temple University, Philadelphia, PA, May 30-31, 2008 (with Josh Huder and Jordan Ragusa).

"Participatory-Based Trust? Political Trust and Direct Democracy," American Political Science Association Conference, Chicago, August 2007 (with Caroline J. Tolbert and Daniel Bowen).

"Giving Power to the People: The Adoption of Direct Democracy in the American States," Western Political Science Association Conference, Las Vegas, NV, March 7-9, 2007 (with Dustin Fridkin).

"Mass Support for Redistricting Reform: District and Statewide Representational Winners and Losers," State Politics and Policy Quarterly 7th annual conference, Austin, TX, February 22-24, 2007 (with Caroline J. Tolbert and John C. Green).

"Mass Support for Redistricting Reform: Partisanship and Representational Winners and Losers," American Political Science Association Conference, Philadelphia, August 2006 (with Caroline J. Tolbert and John C. Green).

"Gaming the System: The Effect of BCRA on State Party Finance Activities." The State of the Parties: 2004 & Beyond. Ray C. Bliss Institute for Applied Politics, Akron, OH, October 2005 (with Susan Orr).

"Do State-Level Ballot Measures Affect Presidential Elections?" American Political Science Association Conference, Washington, D.C., September 1-4, 2005 (with Caroline Tolbert and Todd Donovan).

"Did Gay Marriage Elect George W. Bush?" Fifth Annual Conference on State Politics and Policy, Michigan State University, East Lansing, MI, May 13-14, 2005 (with Todd Donovan, Caroline Tolbert, and Janine Parry).

"Was Rove Right? Evangelicals and the Impact of Gay Marriage in the 2004 Election." Fifth Annual Conference on State Politics and Policy, Michigan State University, East Lansing, MI, May 13-14, 2005 (with Matt DeSantis and Jason Kassel).

"Partisanship, Direct Democracy, and Candidate Choice," Midwest Political Science Association Conference, Chicago, IL, April 7-10, 2005 (with Caroline Tolbert and Todd Donovan).

"Did Gay Marriage Elect the President? Mobilizing Effects of Ballot Measures in the 2004 Election," Western Political Science Association Conference, Oakland, CA, March 17-19, 2005 (with Todd Donovan and Caroline Tolbert).

"Initiatives and Referendums: The Effects of Direct Democracy on Candidate Elections," Conference on What We Know and Don't Know about Campaigns and Elections, Graduate Program in Political Campaigning, University of Florida, Gainesville, FL, February 24-5, 2005.

"Was Rove Right? The Partisan Wedge and Turnout Effects of Issue 1, Ohio's 2004 Ballot Initiative to Ban Gay Marriage," University of California Center for the Study of Democracy/USC-Caltech Center for the Study of Law and Politics/Initiative and Referendum Institute Conference, Newport Beach, CA, January 14-15, 2005.

"The Educative Effects of Direct Democracy on Voter Turnout," American Political Science Association Conference, Chicago, IL, September 1-5, 2004 (with Caroline Tolbert).

"Turning On and Turning Out: Assessing the Indirect Effects of Ballot Measures on Voter Participation," Fourth Annual Conference on State Politics and Policy, Kent State University, Kent, OH, April 30-May 2, 2004 (with Todd Donovan).

21

"Veiled Political Actors:  The Real Threat to Campaign Finance Disclosure Statutes?" *Midwest Political Science Association Conference*, Chicago, April 14-18, 2004 (with Elizabeth Garrett).

"Elephants, Umbrellas, and Quarrelling Cocks:  Disaggregating Party Identification in Ghana's Fourth Republic," *Western Political Science Association Conference*, Portland, OR, March 11-13, 2004 (with Kevin Fridy).

"Gaming the System: State Party Finance Activities in Colorado and Florida," Southern Political Science Association Conference, New Orleans, January 7-10, 2004.

"The Educative Effects of Direct Democracy: Ballot Campaigns and Civic Engagement in the American States," Societa Italiana di Studi Elettorali (SISE) VIIIth International Conference on Electoral Campaigns (Initiative and Referendum),Venice, Italy, December 18-20, 2003.

"In the Wake of Prop. 13," *American Political Science Association Conference*, Philadelphia, PA, August 27-31, 2003.

"Soft Money and Issue Advocacy in the 2002 Colorado 7th Congressional District Election," *Western Political Science Association Conference*, Denver, CO, March 26-30, 2003.

"Educated by Initiative: Direct Democracy and Civic Engagement in the American States," *Third Annual Conference on State Politics and Policy*, University of Arizona, Tucson, AZ, March 14-15, 2003 (with Caroline Tolbert).

"Ballot Initiatives and the (Sub)Urban/Rural Divide in Colorado," *Colorado's Future: How Can We Meet the Needs of a Changing State*? University of Colorado at Colorado Springs, September 27, 2002.

"Representation and the Spatial Dimension of Direct Democracy," *American Political Science Association Conference*, Boston, MA, August 29-September 1, 2002.

"Representation and the Spatial Bias of Direct Democracy," *Second Annual Conference on State Politics and Policy*," University of Wisconsin-Milwaukee, Milwaukee, WI, May 24-25, 2002.

"Minority Rights and the Spatial Bias of Direct Democracy," *Southwestern Political Science Association Conference*, New Orleans, LA, March 27-30, 2002.

"Representation and the Urban Bias of Direct Democracy," *Western Political Science Association Conference*, Long Beach, CA, March 21-24 2002.

"Ghost Busters: The Structural Underpinnings and Politics of Ghana's 2000 Elections," *African Studies Association Conference*, Houston, TX, November 15-18, 2001.

"The Effect of Ballot Initiatives on Voter Turnout," *American Political Science Association Conference*, Washington, DC, August 31-September 3, 2000 (with Caroline Tolbert and John Grummel).

"Campaign Finance of Ballot Initiatives," *National Direct Democracy Conference*, University of Virginia's Center for Governmental Studies, Charlottesville, VA, June 8-9, 2000.

"Meet the Authors Roundtable: Recent Books on Direct Democracy in the States," *Midwest Political Science Association Conference*, Chicago, April 27-30, 2000.

"Counter-Majoritarian Bills and Legislative Response of State Ballot Initiatives," *Western Political Science Association Conference*, San Jose, March 24-26, 2000.

"The Gun Behind the Door Fires Blanks," *Pacific Northwest Political Science Association Conference*, Eugene, OR, October 14-16, 1999.

"Orange Crush: Mobilization of Bias, Ballot Initiatives, and the Politics of Professional Sports Stadia," *American Political Science Association Conference*, Atlanta, September 2-5, 1999 (with Sure Log).

"Direct Democracy in Colorado: Limited Information, Tough Choices," A Century of Citizen Lawmaking: Initiative and Referendum in America, *Initiative and Referendum Institute*, Washington, D.C., May 6-8, 1999.

"The Initiative to Party: The Role of Political Parties in State Ballot Measures," *Western Political Science Association Conference*, Seattle, March 25-28, 1999.

"Direct Democracy in the Late 20th Century: The Legacy(ies) of Prop. 13," Roundtable, *American Political Science Association Conference*, Boston, September 3-6, 1998.

"The Legacy of Howard Jarvis and Proposition 13? Tax Limitation Initiatives in 1996," *Western Political Science Association Conference*, Los Angeles, March 19-21, 1998.

"Special Interests and the Initiative Process in Colorado: The Case of the Parental Rights Amendment" (with Robert Herrington), Poster Session, *American Political Science Association Conference*, Washington, D.C., August 28-31, 1997.

"Howard Jarvis, Populist Entrepreneur: Reevaluating Causes of Proposition 13," *Western Political Science Association Conference*, Tucson, March 13-15, 1997.

"Guided Immersion: A Non-Traditional Study Abroad Program at the University of Ghana at Legon," *Midwest Political Science Association Conference*, Chicago, April 10-12, 1997.

"Exploring the Political Dimension of Privatization: A Tale of Two Cities" (with Kevin Leyden), *Midwest Political Science Association Conference*, Chicago, April 18-20, 1996.

"Populist Entrepreneur: Douglas Bruce and the Tax Limitation Movement in Colorado," *20th Annual Interdisciplinary Symposium of the Politics and Culture of the Great Plains*, Lincoln, April 11-13, 1996.

"*Faux* Populism: Douglas Bruce and the Anti-Tax *Moment* in Colorado, 1986-1992," *Western Political Science Association Conference*, San Francisco, March 14-16, 1996.

68

"Insular Democracy: Advisory Councils and Task Forces in the American States," *Western Political Science Association Conference* , Portland, March 1995.

"Supporting Labor-Management Initiatives at the State Level: The Case of the West Virginia Labor-Management Advisory Council," *Southern Industrial Relations and Human Resource Conference*, Morgantown, WV, October 1994.

"State Autonomy, Capacity, and Coherence: Labor-Management Councils in the American States," *Western Political Science Association Conference*, Albuquerque, March 1994.

"Removing the Pluralist Blinders: Labor-Management Councils and Industrial Policy in the American States," *American Political Science Association Conference*, Chicago, September 1992.

"You Can't Live with Them...The Emerging Role of Organized Labor in Industrial Policy in the American States," *Midwest Political Science Association Conference*, Chicago, April 1992.

"It Can Happen Here: Apprenticeship, Workplace-based Learning, and the Affirmative Role of Unions" (with Eric Parker), *Southwestern Political Science Association Conference*, Austin, TX, March 1992.

"The Affirmative Role of U.S. Unions in Restructuring" (with Eric Parker), *American Sociological Association Conference*, Indianapolis, IN, August 1991.

"Economic Development Strategy and the Problem of Skills: The Case of Wisconsin's Advanced Metalworking Sector" (with Eric Parker), *American Society for Public Administration Conference*, Cleveland, OH, October 1990.

### *EDITORIAL/ADVISORY BOARDS/REVIEWER*

Review Board, National Science Foundation, Accountable Institutions and Behavior, 2016; 2020-2022
Editorial Board, *Journal of Election Administration Research and Practice*, 2021–
Editorial Board, *State Politics and Policy*, 1999-2007; 2014-2016
Editorial Board, *Election Law Journal*, 2012-2016.
Review Board, *American Political Science Association (APSA) Small Research Grant Program*, 2004-05.
Review Board, *Fulbright/APSA Congressional Fellowship Program*, 2002-2005.
Academic Advisory Board, *Annual Editions, State & Local Government*, 1995-2015.
Sub-Field Editor, *State Politics*, *FirstResearch*, 1999-2001.

### *PROFESSIONAL MEMBERSHIPS*

American Political Science Association, 1990-
    State Politics and Policy Section, 2000-
        President, 2013-2015
        Executive Council, 2010-2012
    Political Organizations and Parties Section, 2000-
    Elections, Public Opinion, and Voting Behavior, 2000-
        Chair, EPOVB Emerging Scholar Award, 2022
Midwest Political Science Association, 1990-
Southern Political Science Association, 2001-
Western Political Science Association, 1994-
    Local Co-Host, Annual Meeting (Denver), 2003
    Chair, Committee on Membership, Attendance, and Registration, 1998-2000
    Section Chair, State Politics and Policy, 1999 Annual Conference (Seattle)
    Member, Charles Redd Politics of the American West Award Committee, 1999
    Chair, Best Dissertation Award Committee, 1999-2001
Florida Political Science Association (1994-)
    Chair, State Politics, 2004 Annual Conference (Gainesville)

### *PROFESSIONAL APPOINTMENTS*

Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2011.
Research Scholar, *Bill Lane Center for the Study of the American West*, Stanford University, 2007.
Senior Research Scholar, *Ballot Initiative Strategy Center Foundation (BISCF)*, Nonprofit 501 (c)(3), Washington, DC, (www.ballot.org), 2006.
Board of Directors, *Ballot Initiative Strategy Center Foundation (BISCF)*, Nonprofit 501 (c)(3), Washington, DC, 2000-2019.
Board of Scholars, *Initiative & Referendum Institute*, USC Law School, University of Southern California, 2004-.
Senior Research Fellow, *Initiative & Referendum Institute*, Washington, DC, 1998-2003.
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2000-01.
President & Co-Founder, *Citizens Institute for Voter Information in Colorado* (*CIVIC*), Denver, CO, 1998-2001.

### *UNIVERSITY SERVICE*

23

***University of Florida***

**College/University**

Appointed Member, Linguistics Department Chair Search, 2020-21
Appointed Member, Latin American Studies Search Committee (Latino Studies), 2014-15
Appointed Member, Political Science/African Studies Search Committee, 2013-14
Appointed Member, 20th Century American History Search Committee (History), 2008-09
Appointed Member, Latino Studies Search Committee (LAS), 2006-07
Departmental Representative, United Faculty of Florida, 2005-2008
Alternate Senator, United Faculty of Florida, 2005-06
State Delegate, Florida Education Association, 2005-06
Elected Member, College of Arts and Sciences, Nominating Committee, 2004-06
Appointed Member, University of Florida Fulbright Committee, 2003-07

**Department**

Chair, 2017-
Graduate Coordinator, 2014-2016
Associate Chair, 2013-2014
Appointed Member, Informatics Search Committee (Departmental Representative), 2013-14
Appointed Member, Promotion (Full) Review Committee (Service), Leonardo Villalon, 2011
Appointed Member, Promotion (Full) Review Committee (Research), Badredine Arfi, 2010
Elected Member, Chair's Advisory Committee, 2004-05; 2006-07 (Chair); 2007-08 (Chair); 2010-11; 2012-13
Elected Member, Chair Search Committee, 2004; 2009
Appointed Member, Tenure Review Committee (Research), Daniel O'Neill, 2008
Appointed Faculty Mentor, State Senator Mike Haridopolos, 2008-09
Appointed Member, Strategic Planning Committee, 2008-09
Appointed Director, Graduate Program in Political Campaigning, 2007-11
Appointed Member, Committee to establish Undergraduate Certificate in Political Campaigning, 2007
Elected Member, Market Equity Committee, 2006-07 (Chair); 2007-08; 2008-09 (Chair)
Appointed Internship Coordinator, 2005-
Elected Member, Merit Committee, 2004-05; 2005-06; 2006-07 (Chair)
Appointed Faculty Mentor, Marcus Hendershot, 2006-
Appointed Faculty Mentor, Helena Rodriques, 2005-06
Appointed Member, Ad-Hoc Graduate Teaching Committee, 2005-06
Appointed Member (Chair), Latino Politics Search Committee, 2004-05
Appointed Member, Tenure and Promotion Committee (Samuel Barkin), 2004.
Appointed Member, Mid-Career and Mentoring Task Force, 2004-05
Appointed Member, Speakers Committee (Chair), 2003-05.
Appointed Member, Tenure and Promotion Committee (Richard Conley), 2003.

***University of Denver***

Social Science Promotion and Tenure Committee, 1999-2000
Joint Ph.D. Program in Religious and Theological Studies, (with *Iliff School of Theology*), 1999-2002
AH/SOCS Grade Appeals Committee, 1999-2001
*Phi Beta Kappa* Selection Committee, *Gamma* of Colorado, 1998-2002
Partners in Scholarship (PINS) Committee, 1997-2000
AH/SOCS Elected Faculty Committee, 1996-98
Post-Tenure Review Committee, 1996-98
SOAR (Summer Orientation), 1997-2000
Faculty Senate Representative, 1995-1996
Study Abroad Faculty Advisory Committee, 1995-2000
Study Abroad Travel Scholarships Committee, 1995-2000
Faculty Member, Culture and Critical Studies Program, 1995-2000
Faculty Mentor, 1995-2000
Reach-Out DU, 1995-2000
Advisor, Department of Political Science Honors Program, 1995-1996

***MEDIA INTERVIEWS***

Quoted more than 1,000 times by the media (newspaper, radio, television) on various political issues, including the *New York Times, Wall Street Journal, Washington Post, USA Today, Bloomberg, The Economist, Newsweek, Time, CNN, CBS News, Fox News, National Public Radio, Tampa Bay Times, Miami Herald, Florida Times-Union, San Francisco Chronicle, Los Angeles Times, Chicago Tribune, Boston Globe*, etc.