Exhibit C

**Supplemental Report to Second Expert Report Submitted in**

*Houston Area Urban League v. Abbott,*

**No. 5:21-cv-00848-XR (W.D. Tex. 2021)**

Daniel A. Smith, Ph.D.*

March 20, 2023



---

*Professor, Political Science, University of Florida, and President, ElectionSmith

1

# Contents

I  Purpose of Engagement                                                                    4

II  Summary of Findings                                                                     5

III  Data Relied Upon in this Report                                                        7

    III.1  The Texas Statewide Voter File and Hispanic Surname . . . . . . . . . . . .    7

    III.2  Absentee Ballot Files from the November 8, 2022 election . . . . . . . . . .    8

    III.3  Linking County Absentee Ballot Files to the Voter File . . . . . . . . . . . .   10

    III.4  U.S. Census Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12

    III.5  Counting Rejected Absentee Ballots . . . . . . . . . . . . . . . . . . . . . .   13

    III.6  Rates of Rejected Absentee Ballots  . . . . . . . . . . . . . . . . . . . . . .   14

IV  Rejected Absentee Ballots in Harris County in the November 8, 2022 General
    Election                                                                               15

    IV.1  Rejected Absentee Ballots for Hispanic Voters in Harris County, November
          2022 Election  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   16

    IV.2  Rejected Absentee Ballots for Black Voters in Harris County, November 2022
          Election  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17

V  Rejected Absentee Ballots in Travis County in the November 8, 2022 General
    Election                                                                               22

    V.1  Rejected Absentee Ballots for Hispanic Voters in Travis County, November
         2022 Election  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    23

    V.2  Rejected Absentee Ballots for Black Voters in Travis County, November 2022
         Election  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    24

VI  Conclusion                                                                             29

**VII  Appendix**                                                                        **30**

VII.1  *Curriculum vitae* of Daniel A. Smith  . . . . . . . . . . . . . . . . . . . . . .  30

# I  Purpose of Engagement

**1**    Counsel for the Plaintiffs in *Houston Area Urban League v. Abbott*, No. 5:21-cv-00848-XR (W.D. Tex. 2021) have engaged me to form expert opinions on several items related to the impact on Texas voters of Texas' Senate Bill 1 (hereafter S.B. 1), signed into law on September 7, 2021 by Governor Greg Abbott, and in particular assess whether certain provisions of the law have had disproportionately adverse effects on Black and Hispanic registered voters in Texas.

**2**    I have authored three other reports in this litigation: 1) an Expert Report dated February 28, 2022 (which was corrected on May 13, 2022); 2) a Supplemental Report dated April 29, 2022; and 3) a Second Expert Report dated February 9, 2023.

**3**    In this Supplemental Report to Second Expert Report, I address additional data provided to me by counsel after I submitted my earlier reports. Specifically, in this report I analyze the following data files containing voter-level information: a file from Harris County with returned absentee ballots that were rejected in the November 8, 2022 election, and a file from Travis County with returned absentee ballots that were rejected in the November 8, 2022 election.[1]  In Texas, an absentee ballot is often referred to as a "Ballot By Mail," or

---

[1] I received additional data from counsel for both Harris and Travis counties, but they were not relevant for analysis pertaining to S.B. 1. I also received files from counsel for three additional counties: Dallas, El Paso, and Bexar. The Dallas County data pertained to provisional ballots cast and absentee ballot rejections in the 2022 General Election; unfortunately, it was not possible to decipher the coding for the absentee ballot data so as to differentiate which ballots were rejected due to S.B. 1. In addition, there were numerous missing entries for the corrective actions taken by voters who had ""Missing or Incorrect ID Info 4" but whose absentee ballots were "Accepted". The sole El Paso

BBM. In this report, I continue to use the term absentee ballot when referring to a BBM.

**4**    In formulating my opinions, I utilize the same methods as in my earlier reports. These methods are informed by standard sources and methodologies used in political science analyses. My background and qualifications are included in my February 28, 2022 Expert Report. My updated curriculum vitae, which lists prior cases in which I have been retained as an expert, are included in the Appendix. My rate of pay continues to be $500 per hour. My compensation is contingent neither on the results of the analyses described herein nor on the contents of my report.

**5**    I reserve the right to supplement my analysis upon obtaining additional data through discovery or other means, including issues related to the November 8, 2022 General Election or other Texas elections.

## II    Summary of Findings

**6**    My analysis in this Supplemental Report to Second Expert Report provides further evidence reinforcing the conclusion in my Second Expert Report. In the November 8, 2022 election, I find that S.B. 1 negatively affected the ability of voters of color in Harris and Travis counties to cast a valid absentee ballot. My analysis shows that in the November 8, 2022 election, the new personal identification requirements of S.B. 1. led to registered Hispanic voters in both counties to have their absentee ballots rejected at a higher rate than

---

County file only contained a list of election status codes. The sole Bexar County file was comprised of a hand-written list of voters who dropped off their absentee ballots in person.

other voters in both counties, and for registered Black voters in Harris County to have their absentee ballots rejected at a higher rate than other voters in the county.

**7**    In Harris County, nearly 4.0% of all on-time absentee ballots cast in the November 8, 2022 election were rejected by county election officials due to S.B. 1's new personal identification requirements.

**8**    In Travis County, over 1.5% of all on-time absentee ballot cast in the November 8, 2022 election were rejected by county election officials due to S.B. 1's new personal identification requirements.

**9**    In Harris County, over 5.7% of voters with Hispanic surnames who submitted on-time absentee ballots in the November 8, 2022 General Election had their ballots rejected by county election officials due to S.B. 1's new personal identification requirements. In addition, Census blocks in Harris County with higher percentages of Black Voting Age Population (VAP) had notably higher rejection rates of timely absentee ballots than voters in other Census blocks. On average, in Census blocks with no Black VAP, fewer than 5.0% of absentee ballots cast in that Census block were rejected; in contrast, in Census blocks with 75% Black VAP, an average of 7.5% of absentee ballots cast were rejected.

**10**    In Travis County, 2.5% of voters with Hispanic surnames who submitted on-time absentee ballots in the November 8, 2022, General Election had their ballots rejected by county election officials due to S.B. 1's new personal identification regulations.

**11**    In sum, my empirical analysis continues to reveal that S.B. 1 increases the cost of voting for voters in Texas, but particularly for Black and Hispanic voters who returned timely absentee ballots in the November 8, 2022 election. Restrictions put in place by S.B. 1, specifically the law's ID-match requirements for voters casting absentee ballots, led to higher rejection rates of returned absentee ballots for voters of color in Harris and Travis counties in the November 2022 election.

# III    Data Relied Upon in this Report

**12**    I rely on several data sources in this report. Some are the same as the ones used in my previous reports; others have been recently provided to me by counsel.

## III.1    The Texas Statewide Voter File and Hispanic Surname

**13**    As in my earlier reports, I rely on what I refer to as the statewide Texas voter file, also known as the statewide "Voter registration list."[2] The Texas voter file is comprised of 254 county-level files.

**14**    In this report I rely upon a single snapshot of the statewide Texas voter file, which was requested by counsel and provided by the Texas Office of the Secretary of State. The file contains a list of registered voters in the state as of February 6, 2023. In the statewide voter file every registered voter in Texas is assigned a unique voter ID (VUID), a

---

[2]See "VOTER REGISTRATION PUBLIC INFORMATION REQUEST FORM," Texas Secretary of State, available at `https://www.sos.state.tx.us/elections/forms/pi.pdf` (last accessed March 17, 2023).

ten-digit voter identification number. For each voter, the statewide voter file contains fields with voter-level demographics, including age and gender, and other voter-level features like mailing addresses, county of registration, assigned precinct, a voter's method of voting in the November 8, 2022 election, and whether the voter has a Hispanic surname.[3]

## III.2    Absentee Ballot Files from the November 8, 2022 election

**15**    Counsel also provided me with files from Harris County and Travis County that contain voter-level records of absentee ballots cast in the November 2022 General Election.

**16**    On March 8, 2023, counsel provided several files from the production provided by Harris County. One of the files with voter-level data, "GS24000000141.xlsx", contains 83,853 records, which is the same number of records contained in file "Tatum _005208 1122 By Mail Ballot List – Public.xls", which I discuss in my Second Report (February 9, 2023) on p. 6, footnote 1. These appear to be returned absentee ballots in the November 2022 election that were both accepted and rejected. Like "Tatum _005208 1122 By Mail Ballot List – Public.xls", the file "GS24000000141.xlsx" includes the field "RET _STATUS", but

---

[3]Hispanic (Spanish) surnames are flagged on the statewide voter file by the Texas Department of State. For a list of Hispanic surnames, see U.S. Census Bureau, "Decennial Census Surname Files," available `https://www.census.gov/data/developers/data-sets/surnames.html` (last accessed January 26, 2023). When compared to the U.S. Census Bureau's American Community Survey, as of November 2020, the percent of registered voters with a Hispanic surname in Texas is less than the share of the state's Hispanic Citizen Voting Age Population (CVAP). See U.S. Census Bureau, "Citizen Voting Age Population by Race and Ethnicity," American Community Survey (ACS) 5-year estimates, 2015-2019, available `https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html` (last accessed February 26, 2023).

"GS24000000141.xlsx" includes 18 codes.[4]  By cross-referencing these codes with "Tatum _005263-005264 BBM Apps and Returned Statuses Codes.pdf from 2.2.23" which was provided to me by counsel in a previous Harris County production, it appears that three of the codes in the "RET _STATUS" field in the file "GS24000000141.xlsx" reference a received absentee ballot that was accepted by election officials.[5]  It also appears that five of the codes in the "RET _STATUS" field in the file "GS24000000141.xlsx" reference a received absentee ballot that was rejected by election officials due to S.B. 1.[6]

**17**    On March 8, 2023, counsel also provided me with two files from the production provided by Travis County, including one with voter-level data, "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx".  This file contains 463 records and appears to contain absentee ballots received by the county in the November 2022 election that were rejected.  All but one of the records contains a VUID. Unlike the Harris County file, "GS24000000141.xlsx", which contains records of both accepted and rejected absentee ballots that county election officials received, the 463 observations in the Travis County file, "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx", exclude returned absentee ballots in the November 2022 election that were accepted.  The field "Ballot Status" in the file "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx"

---

[4]The 18 codes in "GS24000000141.xlsx" that are included in the field "RET _STATUS" are: CA, CB, D8, E3, E7, EV, NV, OK, PR, RA, V0, V1, V2, V3, V5, V7, VP, and Z.

[5]The three codes I treat as indicating that a returned absentee ballot was accepted are: OK (accepted), PR (RECEIVED OK PENDING SIG REVIEW), and CB (Corrected Ballot).

[6]The five codes I treat as indicating that a returned absentee ballot was rejected due to S.B. 1 are: E3 (EVC INCOMPLETE SSN/TDL RE-SENT TO VTR); E7 (EVC INCOMPLETE SSN/TDL); R1 (INCORRECT OR MISSING SSN); V3 (BB INC SSN/TDL RE-SENT TO VTR); and V8 (BB INC SSN/TDL).

contains only one code, "Rejected". The file also contains the field, "Reject Reason", which includes five codes.[7] These codes allow me to determine if a returned absentee ballot was rejected due to S.B. 1.[8]

**18**     My analysis for Harris County and Travis County relies on the voter-level records in these two data files to determine the count and rates of returned absentee ballot envelopes that were rejected in the November 2022 General Election for Black and Hispanic voters, as well as other voters. I also rely on these files to determine the count and rejection rate of returned absentee ballots that were rejected due to S.B. 1 in the November 2022 General Election. In order to make these calculations, I link these files to the statewide voter file, a process by which I describe next.

## III.3    Linking County Absentee Ballot Files to the Voter File

**19**     As mentioned above, the Texas voter file is indexed by a ten-digit voter identification number, known as a VUID. Because the Travis County absentee ballot file, "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx", includes a field with a voter's VUID number, I am able to directly link voters in the county's absentee ballot file to the Texas voter file by their VUIDs. This provides me with additional information about these voters, such as their address and if they have a Hispanic surname. I only count

---

[7] The five codes included in the field "Reject Reason" are: SVC/EVBB - Carrier Envelope Not Signed/Voter Notified-Ballot Retained; SVC/EVBB - Incorrect SSN/TDL/Online Cure Available; SVC/EVBB - Missing SSN/TDL/Online Cure Available; and SVC/EVBB - Statement of Residence Not Included/Voter Notified-Ballot Retained.

[8] The codes that I treat as indicating that a returned absentee ballot was rejected due to S.B. 1 include the string "SSN".

a voter as having cast a rejected absentee ballot if the voter in "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx" is also found in the Texas voter file as having cast an absentee ballot in the November 2022 election. By linking the county's absentee ballot file to the Texas voter file, I am also able to determine the total number of returned absentee ballots in the county. This is critical to calculate absentee ballot rejection rates for Travis County, as the Travis County absentee ballot file, "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx", only includes the returned absentee ballots that were rejected in the November 2020 election. I rely upon the Texas voter file to determine which voters in Travis County in the November 2022 election cast an absentee ballot.[9]

20      In contrast, the Harris County absentee ballot file does not include a VUID number. As such, as I detail in my previous reports (see, for instance, my April 29, 2022 Supplemental Report, p. 11, paragraph 16), I conduct an exact match of a registered voter's full name (including middle initial or name, and suffix, if provided) and precinct number for voters in the county's returned absentee ballot file with voters registered in the county in the Texas voter file. I only count a voter as having cast a rejected absentee ballot if the voter in "GS24000000141.xlsx" is also found in the Texas voter file as having cast an absentee ballot in the November 2022 election.[10]

---

[9]According to the "Public Information Voter Data File Record Layout" that accompanied the February Texas voter file, the field "ELECTION VOTING METHOD" contains seven codes, including three that pertain to absentee ballots: AB (Absentee Ballot Received; AV (Absentee Ballot Accepted); and AX (Absentee Ballot Rejected). With regard to the three possible absentee ballot codes for Travis County, in the 2022 General Election the only codes recorded are for AB (Absentee Ballot Received).

[10]I exclude observations in "GS24000000141.xlsx" that have a missing return status ("RET _STATUS") code, observations identified by the county as being a duplicate record ("DUPLICATE VOTER PROFILE") in the "COMMENTS" field, observations whose return status indicates a canceled ballot, if a voter

**21**     In addition, as I've discussed in my earlier reports, when matching individual-level records across files, such as snapshots of statewide voter files with absentee ballot files, there is invariably some slippage when it comes to coverage of registered voters in a county at any one moment in time.[11]

## III.4   U.S. Census Data

**22**     As in my earlier reports, I rely on U.S. Census data for my analyses. Specifically, I rely on 2020 Census Block Assignment Files for the State of Texas, drawing on the demographic (race and ethnicity) data in each Census block which I am able to then align with a county's 2022 precincts. I downloaded these data files from the State of Texas' Capitol Data Portal.[12]

**23**     The U.S. Census provides the racial and ethnic composition of the Voting Age Population (VAP) in each Census block in Texas. After geocoding the Texas voter file, it is possible to determine the racial (and ethnic) composition of the VAP in each Census block in each county in the state.

---

cast a ballot by another method, if the voter was not registered, if the ballot was undelivered, or if the ballot was indicated by election officials as being returned late.

[11] See the discussion in my April 29, 2022 Supplemental Report, p. 11, footnote 5).

[12] See "2020 General Election VTDs (2020 Census)," "VTDs20G_2020.zip," available `https://data.capitol.texas.gov/dataset/vtds` (last accessed January 21, 2023), and "2020 Census Geography," "Blocks.zip," available `https://data.capitol.texas.gov/dataset/2020-census-geography/resource/5338bb0a-aac3-463f-aac2-c0980f745bb8` (last accessed February 21, 2022).

## III.5   Counting Rejected Absentee Ballots

**24**     Before proceeding with my analysis of rejected absentee ballots in Harris and Travis counties, and the impact of S.B. 1 in the November 2022 General Election on absentee rejected applications and rejected ballots, a few definitions are needed to explain how I arrive at the counts and rates of rejected absentee ballots cast.

**25**     As mentioned above, in order to determine if a voter's absentee ballot application or absentee ballot cast was rejected in the November 2022 General Election, for Harris County I rely on the codes in the "RET _STATUS" field in the file "GS24000000141.xlsx", and for Travis County I rely on the codes in the codes in the field "Ballot Status" in the file "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx"

**26**     As in my earlier reports, to determine if an absentee ballot was rejected due to S.B. 1, I take a conservative approach.  Under S.B. 1, voters who returned their absentee ballot in the ballot carrier (return) envelope must provide precise personal information: their driver's license number, election identification certificate number, personal identification card number, or the last four digits of their Social Security number (hereafter "personal IDs"), on the back of the envelope underneath the security flap.  In order for voters' absentee ballot to count, the personal ID number provided on return absentee ballot envelopes must match the ID number on their registration records administered by their local election officials.

**27**     I then take the following steps to determine if registered voters who returned their absentee ballot envelopes had their ballots rejected by their county elections officials due to S.B. 1.

**28**      In Harris County, I understand that five codes in the "RET _STATUS" field in the file "GS24000000141.xlsx" reference a received absentee ballot that was rejected by election officials due to S.B. 1.  The five codes I treat as indicating that a returned absentee ballot was rejected in Harris County due to S.B. 1 are: E3 (EVC INCOMPLETE SSN/TDL RE-SENT TO VTR); E7 (EVC INCOMPLETE SSN/TDL); R1 (INCORRECT OR MISSING SSN); V3 (BB INC SSN/TDL RE-SENT TO VTR); and V8 (BB INC SSN/TDL).

**29**      In Travis County, because the the field "Ballot Status" in the file "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx" contains only one code, "Re-jected", I understand any code in the field "Reject Reason" that includes the string "SSN" to indicate that the returned absentee ballot was rejected by election officials due to S.B. 1.

## III.6   Rates of Rejected Absentee Ballots

**30**      When calculating the rate of rejected absentee ballots, the numerator includes the set of unique voters in each of the two county absentee ballot files who had their absentee ballots rejected by county election officials. I exclude from the numerator (count of rejected absentee ballots) any voter whose return ballot envelope was not timely.  I also exclude from the numerator any voter who cast an in-person ballot in the November 2022 election according to the statewide voter file.  Also excluded from the numerator are any voters whose VUID (Travis County) or exact name and precinct match (Harris County) cannot be linked to the February 2023 Texas voter file, as I am unable to identify them as Hispanic or non-Hispanic. The denominator includes all voters who cast timely absentee ballots (either accepted or rejected) in the November 2022 General Election as recorded in the February

2023 Texas voter file field, "ELECTION VOTING METHOD".[13]

# IV   Rejected Absentee Ballots in Harris County in the November 8, 2022 General Election

**31**     After processing the Harris County absentee ballot voter file "GS24000000141.xlsx" and joining it to the February 2023 Texas voter file, I am able to identify 61,104 registered voters who cast timely absentee ballots in Harris County in the November 8, 2022 election. To preview my findings, absentee ballots cast by Hispanic and Black voters in Harris County were disproportionately rejected at a higher rate due to S.B. 1 than absentee ballots cast by non-Hispanic (and non-Black) voters in the county in the November 2022 election.

**32**     As displayed in Table 1, 2,469 of the 61,104 absentee ballots cast by voters and received on time by election officials in Harris County were rejected in the November 2022 election, a rate of nearly 4.0%. Of the 2,469 timely absentee ballots that were rejected, 2,411 were rejected by Harris County election officials in the November 8, 2022 election—some 97.7%—due to the new requirements under S.B. 1.

Table 1: Absentee ballot rejection by ethnicity, 2022 General Election, Harris County

| Voters | Ballots | Accepted | Rejected | SB 1 rejected | SB 1 rejected percent |
|---|---|---|---|---|---|
| Non-Hispanic | 55,739 | 53,584 | 2,155 | 2,103 | 3.77 |
| Hispanic | 5,365 | 5,051 | 314 | 308 | 5.74 |
| All | 61,104 | 58,635 | 2,469 | 2,411 | 3.95 |

---

[13]If a voter has a duplicate record in either the county absentee file or the Texas voter file, I privilege an accepted absentee ballot record over a rejected ballot, and exclude absentee ballots later cured by a voter.

## IV.1    Rejected Absentee Ballots for Hispanic Voters in Harris County, November 2022 Election

**33**    I now turn to the counts and rates of absentee ballots cast by registered voters with Hispanic and non-Hispanic surnames in the November 2022 General Election in Harris County, focusing on the overall rejections, and those due to S.B. 1, across the two groups of voters. As can be seen by going down the column labeled "Ballots" of Table 1, the data from the absentee ballot files joined with the Texas voter file accounts for a total of 5,365 absentee ballots cast by Hispanic voters, and 55,739 absentee ballots cast by non-Hispanic voters in the November 2022 General Election.

**34**    As the last column of Table 1 shows, 5.74% of the 5,365 timely absentee ballots returned by voters with Hispanic surnames had their absentee ballots rejected by Harris County election officials due to S.B. 1. This is 2 percentage points higher than the share of rejected absentee ballots due to S.B. 1 for non-Hispanic voters, the later category which includes not only white (Anglo) voters, but also Black voters, Asian voters, and other registered voters of color. Nearly all—308 out of 314, or 98.1%—of the rejected absentee ballots cast by Hispanic voters in Harris County in the 2022 General Election were rejected due to S.B. 1. These rejection rates for voters with Hispanic surnames in Harris County—both the overall percentage of absentee ballots cast in the election that were rejected due to S.B. 1, and the percentage of rejected absentee ballots that were rejected due to S.B. 1—are higher for Hispanic voters than non-Hispanic voters.

**35**    Although the overall, and S.B. 1, rejection rates for Hispanic voters (and non-Hispanic voters) who cast absentee ballots in the November 2022 election are lower than the comparable rejection rates of absentee ballot cast in the March 2022 election in Harris

16

County (as detailed in Table 5 (p. 30) in my Second Report dated February 9, 2023), the disparate rejection rate between voters with Hispanic surnames and those with non-Hispanic surnames persists in the November 2022 election.

## IV.2   Rejected Absentee Ballots for Black Voters in Harris County, November 2022 Election

**36**     As mentioned above, unlike with Hispanic surname, Texas' statewide voter file does not include a flag indicating a voter's race.  As such, as in my previous Reports, to assess the impact of S.B. 1 on absentee ballots cast by Black voters in Harris County in the 2022 General Election, I rely on regression analysis.  This is possible by geocoding the addresses of voters registered in the county in the February 2023 Texas voter file and merging Census data to identify the racial composition of each Census block in Harris County.  Census block data provide the racial (and ethnic) composition of the VAP in each Census block in Harris County.  By joining the geocoded voter file with the county's absentee ballot file for the November 2022 election, I am able to estimate whether voters registered in Census blocks in Harris County with lower or higher rates of Black VAP, according to 2020 data from the U.S. Census, were more likely to have their absentee ballots rejected than voters in other Census blocks.

**37**     Figure 1 plots the percentage of Black VAP in a Census block (X-axis) against the percentage of voters in that Census block who had their absentee ballot rejected out of all absentee ballots received (accepted and rejected) by Harris County election official

(y-axis) in the November 2022 election.[14] The weighted (by Census block VAP) regression line shows a clear positive relationship: the greater the rate of Black VAP in a Census block, the greater the rate voters' absentee ballots were rejected in Harris County in the November 8, 2022 General Election. In Census blocks with no Black VAP, on average fewer than 5.0% of absentee ballots cast in that Census block were rejected. In contrast, in Census blocks with 75% Black VAP, for example, on average 7.5% of absentee ballots cast were rejected.

---

[14]For visual clarity, the figure screens out any Census blocks that had fewer than 20 absentee ballots cast (accepted and rejected) in the November 2022 General Election.

Figure 1: Percent Black Voting Age Population and Percent Rejected Absentee Ballots, by Census Block, Harris County, November 2022 Election



*Note: Each circle denotes a Census block in Harris County, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

**38**     I now turn to Figure 2, which isolates the effects of S.B. 1 on rejected absentee ballots cast in Census blocks in Harris County with low and high rates of Black VAP. Figure 2 plots the percentage of Black VAP in a Census block (X-axis) against the percentage of voters in that Census block who had their absentee ballot rejected due to S.B. 1, out of all timely absentee ballots received (accepted or rejected) by county election administrators (y-axis) in the November 2022 General Election in the county.[15]   The plot looks very similar to the preceding Figure 1, which is largely is due to the fact that 97.7% of the absentee ballots that were rejected in Harris County in the election were rejected due to the restrictions put in place by S.B. 1 (that is, 2,411 out of the 2,469 rejected absentee ballots were rejected due to S.B. 1, as shown in Table 1).

**39**     The weighted (by Census block VAP) regression line shows clearly that the greater the rate of Black VAP in a Census block, the greater the rate voters' absentee ballots were rejected due to the enforcement of S.B. 1.  in the November 2022 General Election. In Census blocks with no Black VAP, or almost no Black VAP, roughly 4.0% of absentee ballots in that Census block were rejected due to S.B. 1.  In contrast, in Census blocks with, say, 75% Black VAP, on average roughly 7.5% of absentee ballots cast were rejected. These results show the disproportionate effect that S.B. 1's provisions had on the rejection of absentee ballots cast by voters in predominantly Black census blocks in Harris County in the November 2022 General Election.

---

[15]For visual clarity, the figure screens out any Census blocks that had fewer than 20 absentee ballots cast (accepted and rejected) in the November 2022 General Election.

Figure 2: Percent Black Voting Age Population and Percent Rejected Absentee Ballots due to S.B. 1, by Census Block, Harris County, November 2022 Election



*Note: Each circle denotes a Census block in Harris County, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

# V   Rejected Absentee Ballots in Travis County in the November 8, 2022 General Election

**40**     As with the Harris County analysis, I begin by processing the Travis County absentee ballot voter file "GS9700000172 _Nov 2022 election rejected BBM and Reason Codes.xlsx" and joining it to the February 2023 Texas voter file. Upon doing so, I am able to identify 25,585 registered voters who cast timely absentee ballots in Travis County in the November 8, 2022 election. To preview my findings, absentee ballots cast by Hispanic voters in Travis County were rejected at a higher rate due to S.B. 1 than absentee ballots cast by non-Hispanic voters in the November 2022 election, and voters in the county living in precincts more heavily populated with Black VAP were more likely to have their absentee ballots rejected than those living in precincts with lower Black VAP.

**41**     As displayed in Table 2, 445 out of the 25,585 absentee ballots cast by voters and received on time by election officials in Travis County were rejected in the November 2022 election, a rate of 1.7%. Of the 445 timely absentee ballots that were rejected, 400 were rejected by Travis County election officials in the November 8, 2022 election—some 89.9%—due to the new requirements under S.B. 1.

Table 2: Absentee ballot rejection by ethnicity, 2022 General Election, Travis County (Election Day voters removed)

| Voters | Ballots | Accepted | Rejected | SB 1 rejected | SB 1 rejected percent |
|---|---|---|---|---|---|
| Non-Hispanic | 23,385 | 22,998 | 387 | 345 | 1.48 |
| Hispanic | 2,200 | 2,142 | 58 | 55 | 2.50 |
| All | 25,585 | 25,140 | 445 | 400 | 1.56 |

22

## V.1 Rejected Absentee Ballots for Hispanic Voters in Travis County, November 2022 Election

**42**     I now turn to the counts and rates of absentee ballots cast by registered voters with Hispanic and non-Hispanic surnames in the November 2022 General Election in Travis County, focusing on the overall rejections, and those due to S.B. 1, across the two groups of voters. As can be seen by going down the column labeled "Ballots" of Table 2, the data from the absentee ballot files joined with the Texas voter file accounts for a total of 2,200 absentee ballots cast by Hispanic voters, and 23,385 absentee ballots cast by non-Hispanic voters in the November 2022 General Election.

**43**     As the last column of Table 2 shows, 2.50% of the 2,200 timely absentee ballots returned by voters with Hispanic surnames had their return absentee ballots rejected by Travis County election officials due to S.B. 1. This is more than 1 percentage point higher than the share of rejected absentee ballots due to S.B. 1 for non-Hispanic voters in the county, with the later category including not only white (Anglo) voters, but also Black voters, Asian voters, and other registered voters of color. Nearly all—55 out of 58, or 94.8%—of the rejected absentee ballots cast by Hispanic voters in Travis County in the 2022 General Election were rejected due to S.B. 1. These rejection rates for voters with Hispanic surnames in Travis County—both the overall percentage of absentee ballots cast in the election that were rejected due to S.B. 1, and the percentage of rejected absentee ballots that were rejected due to S.B. 1—are higher for Hispanic voters than non-Hispanic voters.

**44**     Although the overall, and S.B. 1, rejection rates for Hispanic voters (and non-Hispanic voters) who cast absentee ballots in the November 2022 election are lower than the comparable rejection rates of absentee ballot cast in the March 2022 election in Travis

County (as detailed in Table 5 (p. 30) in my Second Report dated February 9, 2023), the disparate rejection rate between voters with Hispanic surnames and those with non-Hispanic surnames persists in the November 2022 election.

## V.2    Rejected Absentee Ballots for Black Voters in Travis County, November 2022 Election

**45**    Because the Texas statewide voter file does not include a flag indicating a voter's race, I use regression analysis to assess the impact of S.B. 1 on absentee ballots cast by Black voters in Travis County in the 2022 General Election. This is possible after geocoding the addresses of voters registered in the county in the February 2023 Texas voter file and drawing on Census data to identify the racial composition of each Census block in Travis County.

**46**    Census block data provide the racial (and ethnic) composition of the VAP in each Census block in Travis County. By joining the geocoded Travis County voter file with the county's absentee ballot file for the November 2022 election, I am able to estimate whether voters registered in Census blocks in Travis County with lower and higher rates of Black VAP, according to 2020 data from the U.S. Census, were more likely to have their absentee ballots rejected than voters in other Census blocks.

**47**    Figure 3 plots the percentage of Black VAP in a Census block (X-axis) against the percentage of voters in that Census block who had their absentee ballot rejected out of all absentee ballots received (accepted and rejected) by Travis County election official (y-axis)

in the November 2022 election.[16] The weighted (by Census block VAP) regression line shows a positive relationship: the greater the rate of Black VAP in a Census block, the greater the rate voters' absentee ballots were rejected in Travis County in the November 8, 2022 General Election. In Census blocks with no Black VAP, on average roughly 2.0% of absentee ballots cast in that Census block were rejected. In contrast, in Census blocks with 75% Black VAP, for example, on average roughly 3.0% of absentee ballots cast were rejected.

---

[16]For visual clarity, the figure screens out any Census blocks that had fewer than 20 absentee ballots cast (accepted and rejected) in the November 2022 General Election.

Figure 3: Percent Black Voting Age Population and Percent Rejected Absentee Ballots, by Census Block, Travis County, November 2022 Election



*Note: Each circle denotes a Census block in Travis County, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

26

**48**     I now turn to Figure 4, which isolates the effects of S.B. 1 on rejected absentee ballots cast in Census blocks in Travis County with low and high rates of Black VAP. Figure 4 plots the percentage of Black VAP in a Census block (X-axis) against the percentage of voters in that Census block who had their absentee ballot rejected due to S.B. 1, out of all absentee ballots received (accepted or rejected) by county election administrators (y-axis) in the November 2022 General Election.[17]  Although there are several outliers, the weighted (by Census block VAP) regression line is flat; precincts in Travis County with lower and higher levels of Black VAP had, on average, roughly the same rate of rejected absentee ballots due to the restrictions put in place by S.B. 1.  As discussed in my previous Second Report (February 9, 2023), in the 2022 primary election, there was a high rate of rejected absentee ballot applications (as well as absentee ballots cast), which very well could have dissuaded voters from requesting absentee ballots in the 2022 General Election.

_____

[17]For visual clarity, the figure screens out any Census blocks that had fewer than 20 absentee ballots cast (accepted and rejected) in the November 2022 General Election.

Figure 4: Percent Black Voting Age Population and Percent Rejected Absentee Ballots due to S.B. 1, by Census Block, Travis County, November 2022 Election



*Note: Each circle denotes a Census block in Travis County, and each circle is sized proportionately to the VAP in each Census block. Weighted regression line is shown in grey.*

28

# VI   Conclusion

**49**     My analysis of timely absentee ballots cast in the November 8, 2022 General Election further confirms the persistent pattern across elections in the State of Texas. In Harris County and in Travis County, voters with a Hispanic surname were more likely to have their absentee ballots rejected due to S.B. 1 in the November 2022 election than voters with a non-Hispanic surname, and voters in Harris County residing in Census blocks with greater levels of Black VAP were more likely to have their absentee ballots rejected due to S.B. 1 in the November 2022 election than voters living in Census blocks with less Black VAP.

**50**     In conclusion, voters casting absentee ballots in Harris and Travis counties, but particularly registered Black and Hispanic voters casting absentee ballots, face a higher cost of voting under S.B. 1. In the 2022 General Election, Hispanic and Black voters (in Harris County) and Hispanic voters (in Travis County) continue to have higher absentee ballot rejections rates due to S.B. 1's personal ID requirements than other voters. S.B. 1's restrictions on returned absentee ballots fall disproportionately on voters of color.

# VII    Appendix

## VII.1    *Curriculum vitae* of Daniel A. Smith

*18 March 2023*

**DANIEL A. SMITH**
*Curriculum Vitae*

**Mailing Address**
Department of Political Science
234 Anderson Hall
PO Box 117325
University of Florida
Gainesville, FL  32611-7325

**Contact**
Office: 303 Anderson Hall
Phone: 352.273.2346
Email: electionsmith@gmail.com  dasmith@ufl.edu
Homepage: people.clas.ufl.edu/dasmith/
Google Scholar

**EDUCATION**
*University of Wisconsin-Madison*
        Ph.D., Political Science, 1994
        M.A., Political Science, 1989
*The Pennsylvania State University*
        B.A., Political Science (Foreign Affairs) & B.A., History (*cum laude*), 1988
            University Scholars Program (University Honors)
            *Phi Beta Kappa, Phi Alpha Theta*
            Macro Economics Program*, Westminster College, Oxford University*, Summer, 1987

**ACADEMIC EMPLOYMENT**
*University of Florida, Gainesville*
        Professor, Department of Political Science, 2010-
            Chair, 2017-
            Graduate Coordinator, 2014-2016
            Associate Chair, 2013-2014
            Director, Graduate Program in Political Campaigning, 2007-2011
            Affiliate Professor, Center for African Studies, 2010-
            Affiliate Professor, The Bob Graham Center for Public Service, 2013-
            Internship Coordinator, Department of Political Science, 2005-
        Associate Professor (with tenure), Department of Political Science, 2003-2009
*University of Denver*
        Associate Professor (with tenure), Department of Political Science, 2000-2003
        Assistant Professor, Department of Political Science, 1994-2000
        Director, *University of Denver/University of Ghana* Study Abroad Program, 1995-2002
*University of Ghana*
        Senior Fulbright Scholar, Department of Political Science, 2000-01
*West Virginia University*
        Visiting Assistant Professor, Department of Political Science, 1993-1994
*Beloit College*
        Visiting Lecturer, *Warner Mills Teaching Fellow*, Department of Government, 1992-1993
*University of Wisconsin-Madison*
        Teaching Assistant, Department of Political Science, 1988; 1990-1991
        Research Assistant, Center on Wisconsin Strategy, 1989-1991
        Project Assistant, Department of Political Science, 1989-1990

**RESEARCH FELLOWSHIPS**
Visiting Scholar, Department of Political Science, Aarhus University (Denmark), 2022-23
University of Florida Term Professor, 2016-2018
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, Fall 2011
University of Florida Research Foundation (UFRF) Professor, 2010-2012
Visiting Scholar, Bill Lane Center for the Study of the North American West, Stanford University, Spring 2007
Senior Research Scholar, Ballot Initiative Strategy Center, Washington, D.C., Spring 2006
Senior Fulbright Scholar (Ghana), United States Department of State, 2000-01
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2000-01

30

**AREAS OF SPECIALIZATION**
American State Politics
        Voting and Elections (Voting Rights, Election Administration, Redistricting, Political Campaigns)
        Direct Democracy (Ballot Initiatives and Referendums)
American Institutions (Political Parties and Interest Groups)

2

***COURSES TAUGHT***

Intro to American Politics (Undergrad)                State and Local Government (Grad & Undergrad)
Interest Group Politics (Undergrad)                   Political Parties (Grad & Undergrad)
Direct Democracy (Grad & Undergrad)                   Politics of Campaign Finance (Grad & Undergrad)
Politics of Reform (Grad)                             Problems of Markets and Governments (Undergrad)

***SCHOLARLY PUBLICATIONS***
***BOOKS***
3) Todd Donovan, Daniel A. Smith, Tracy Osborne, and Christopher Z. Mooney. 2015. *State and Local Politics: Institutions and Reform.* 4th edition. Boston: Cengage Learning/Wadsworth.
2) Daniel A. Smith and Caroline J. Tolbert. 2004. *Educated by Initiative: The Effects of Direct Democracy on Citizens and Political Organizations in the American States.* Ann Arbor: University of Michigan Press.
1) Daniel A. Smith. 1998. *Tax Crusaders and the Politics of Direct Democracy.* NY: Routledge.

***JOURNAL ARTICLES*** (current PhD students **bold**; former PhD students *italics*; undergrad students ***italics***)
76) ***Sara Loving*** and Daniel A. Smith. 2022. "Riot in the Party? Voter Registrations in the Aftermath of the January 6, 2021 Capitol Insurrection," *Party Politics*.
75) Michael C. Herron and Daniel A. Smith. 2022. "The Racial Politics of Early In-Person Voting in Georgia," *Journal of Election Administration Research & Practice* 1(2): 27-46.
74) *Enrijeta Shino*, Daniel A. Smith, and **Laura Uribe**. 2022. "Lying for Trump? Elite Cue-Taking and Expressive Responding on Vote Method," *Public Opinion Quarterly*. 86 (4): 837–861.
73) Seth C. McKee, Daniel A. Smith, and *Enrijeta Shino*. 2022. "Redrawn, Withdrawn: The Effects of Redistricting on the Representative-Constituent Relationship," *Election Law Journal* 21 (4): 280-295.
72) ***William Zelin*** and Daniel A. Smith. 2022. "Weather to Vote: How Natural Disasters Shape Turnout Decisions," *Political Research Quarterly*.
71) David Cottrell, Michael Herron, and Daniel A. Smith. 2021. "Vote-by-mail Ballot Rejection and Experience with Mail-in Voting," *American Politics Research* 49(6): 577-590.
70) David Cottrell, Felix Herron, Michael Herron, and Daniel A. Smith. 2021. "Auditing the 2020 General Election in Georgia: Residual vote rates and a confusing ballot format," *Election Law Journal* 20(3): 1-18.
69) ***Anna Baringer***, ***Justin Eichermuller***, ***William Zelin***, *Enrijeta Shino*, and Daniel A. Smith. 2022. "Election Administration and Public Records Responsiveness," *Public Integrity* 24(3): 280-291.
68) *Enrijeta Shino* and Daniel A. Smith. 2021. "Pandemic Politics: COVID-19, health concerns, and vote choice in the 2020 General Election," *Journal of Elections, Public Opinion and Parties*. 31: 191-205.
67) *Enrijeta Shino*, Mara Suttmann-Lea, and Daniel A. Smith. 2022 "Determinants of Rejected Mail Ballots in Georgia's 2018 General Election," *Political Research Quarterly* 75(1): 231-243.
66) Michael C. Herron and Daniel A. Smith. 2021. "Postal Delivery Disruptions and the Fragility of Voting by Mail: Lessons from Maine," *Research & Politics* (January-March): 1-12.
65) David Cottrell, Michael C. Herron, and Daniel A. Smith. 2021. "Voting Lines, Equal Treatment, and Early Voting Check-in Times in Florida," *State Politics and Policy Quarterly* 21(2): 109-138.
64) *William D. Hicks*, Seth C. McKee, and Daniel A. Smith. 2021. "Contemporary Views of Liberal Democracy and the 2016 Presidential Election." *PS: Political Science* 54(1): 33-40.
63) *Enrijeta Shino* and Daniel A. Smith. 2020. "Political Knowledge and Convenience Voting," *Journal of Elections, Public Opinion and Parties* 32(2): 408-428.
62) ***Anna Baringer***, Michael Herron, and Daniel A. Smith. 2020. "Voting by Mail and Ballot Rejection: Lessons from Florida for Elections in the Age of the Coronavirus," *Election Law Journal* 19(3): 289-320.
61) *Enrijeta Shino* and Daniel A. Smith. 2020. "Mobilizing the Youth Vote? Early Voting on College Campuses." *Election Law Journal* 19(4): 524-541.
60) *Enrijeta Shino*, Michael Martinez, Michael P. McDonald, and Daniel A. Smith. 2020. "Verifying Voter Registration Records," *American Politics Review* 48(6): 677–681.
59) Charles Bullock, *William D. Hicks*, M.V. Hood, Seth C. McKee, and Daniel A. Smith. 2020. "The Election of African American State Legislators in the Modern South." *Legislative Studies Quarterly* 45(4): 581-608.
58) *Thessalia Merivaki* and Daniel A. Smith. 2019. "A Failsafe for Voters? Cast and Rejected Provisional Ballots in North Carolina," *Political Research Quarterly* 73(1): 65-78.
57) Seth C. McKee, Daniel A. Smith, and M.V. Hood III. 2018. "The Comeback Kid: Donald Trump on Election Day in 2016." *PS: Political Science* 52 (2): 239-242.
56) Hannah L. Walker, Michael C. Herron, and Daniel A. Smith. 2019. "North Carolina voter turnout and early voting hours in the 2016 General Election." *Political Behavior* 41: 841-69.
55) Daniel Biggers and Daniel A. Smith. 2020. "Does Threatening their Franchise Make Registered Voters More Likely to Participate? Evidence from an Aborted Voter Purge." *British Journal of Political Science* 50(3): 933-954.

31

3

54) **Brian Amos**, *Diana Forster*, and Daniel A. Smith. 2018. "Who Signs? Ballot Petition Signatures as Political Participation," *American Review of Politics* 36(2): 19-37.

53) David Cottrell, Michael C. Herron, Javier M. Rodriguez, and Daniel A. Smith. 2019. "Mortality, Incarceration, and African-American Disenfranchisement in the Contemporary United States," *American Politics Research* 47(2) 195–237.

52) Daniel A. Smith, Seth C. McKee, and M.V. (Trey) Hood, III. 2018. "Election Daze: Voting Modes and Voter Preferences in the 2016 Presidential Election," *Florida Political Chronicle* 25(2): 123-141.

51) **Enrijeta Shino** and Daniel A. Smith. 2018. "Timing the Habit: Voter Registration and Turnout in the American States." *Electoral Studies* 51: 72-82.

50) William D. Hicks, Carl E. Klarner, Seth C. McKee, and Daniel A. Smith. 2018. "Revisiting Majority-Minority Districts and Black Representation," *Political Research Quarterly* 71(2): 408-23.

49) **Brian Amos**, Daniel A. Smith, and ***Casey Ste. Claire***. 2017. "Reprecincting and Voting Behavior," *Political Behavior* 39(1): 133-156.

48) *William D. Hicks*, Seth C. McKee, and Daniel A. Smith. 2016. "A Bipartisan Election Reform? Explaining Support for Online Voter Registration in the American States," *American Politics Research* 44(6): 1008-1036.

47) Michael C. Herron and Daniel A. Smith. 2016. "Race, Shelby County, and the Voter Information Verification Act in North Carolina," *Florida State University Law Review* 43: 465-506.

46) *William D. Hicks*, Seth C. McKee, and Daniel A. Smith. 2016. "The Determinants of State Legislator Support for Restrictive Voter ID Laws," *State Politics & Policy Quarterly* 16(4): 411-431.

45) Michael C. Herron and Daniel A. Smith. 2016. "Precinct Resources and Voter Wait Times," *Electoral Studies* 42: 249–63.

44) **Thessalia Merivaki** and Daniel A. Smith. 2016. "Casting and Verifying Provisional Ballots in Florida," *Social Science Quarterly* 97(3): 729–47.

43) Michael C. Herron and Daniel A. Smith. 2015. "Precinct Closing Times in Florida during the 2012 General Election," *Election Law Journal* 14: 220-38.

42) *William D. Hicks*, Seth C. McKee, **Mitchell Sellers**, and Daniel A. Smith. 2015. "A Principle or a Strategy? Voter Identification Laws and Partisan Competition in the American States," *Political Research Quarterly* 68: 18-33.

41) Michael C. Herron and Daniel A. Smith. 2014. "Race, Party, and the Consequences of Restricting Early Voting in Florida in the 2012 General Election," *Political Research Quarterly* 67: 646-65.

40) ***Josh Brodbeck***, **Matthew T. Harrigan**, and Daniel A. Smith. 2013. "Citizen and lobbyist access to Members of Congress: Who gets and who gives?" *Interest Groups and Advocacy* 2: 323-42.

39) Michael C. Herron and Daniel A. Smith. 2013. "The Effects of House Bill 1355 on Voter Registration in Florida," *State Politics and Policy Quarterly*, 13: 279-305.

38) Michael C. Herron and Daniel A. Smith. 2012. "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," *Election Law Journal* 11: 331-47.
    [Winner of the 2013 APSA State Politics and Policy Section's *Best Paper Award*]

37) Janine Parry, Daniel A. Smith, and Shayne Henry. 2011. *"The Impact of Petition Signing on Voter Turnout,"* *Political Behavior 34: 117-36.*

36) ***Stephanie Slade*** and Daniel A. Smith. 2011. "Obama to Blame? African American Surge Voters and the Ban on Same-Sex Marriage in Florida," *The Forum* 9(2), Article 6.

35) Daniel A. Smith. 2011. "Generating Scholarship from Public Service: Media Outreach, Nonprofit Foundation Service, and Legal Expert Consulting," *PS: Political Science & Politics* 44: 255-9.

34) **Josh Huder**, **Jordan Ragusa**, and Daniel A. Smith. 2011. "The Initiative to Shirk? The Effects of Ballot Measures on Congressional Voting Behavior," *American Politics Research* 39 (3): 582-610.

33) Daniel A. Smith, Caroline J. Tolbert, and Amanda Keller. 2010. "Electoral and Structural Losers and Support for a National Referendum in the U.S." *Electoral Studies* 29: 509-520.

32) Daniel A. Smith and Caroline J. Tolbert. 2010. "Direct Democracy, Public Opinion, and Candidate Choice," *Public Opinion Quarterly* 74: 85-108.

31) Caroline Tolbert, Daniel A. Smith, and John Green. 2009. "Mass Support for Redistricting Reform: District and Statewide Representational Winners and Losers." *Political Research Quarterly* 62: 92-109.

30) Todd Donovan, Caroline J. Tolbert, and Daniel A. Smith. 2009. "Political Engagement, Mobilization, and Direct Democracy," *Public Opinion Quarterly* 73: 98-118.

29) Daniel A. Smith. 2009. "An Americanist in Africa," *PS: Political Science & Politics* 42 (4): 827-13.

28) Beatrix Allah-Mensa, *Kevin S. Fridy*, Daniel A. Smith, and Ukoha Ukiwo. "2009 APSA Workshop on African Elections and Democracy," *PS: Political Science & Politics*. 42 (4): 827-33. [Editors of a Special Symposium on the 2009 APSA Workshop on Ghana].

27) Todd Donovan, Caroline Tolbert, and Daniel A. Smith. 2008. "Priming Presidential Votes by Direct Democracy," *Journal of Politics* 70: 1217-31.

4

26) Daniel A. Smith and **Dustin Fridkin**. 2008. "Delegating Direct Democracy: Interparty Legislative Competition and the Adoption of the Initiative in the American States," *American Political Science Review* 102: 333-50.

25) Eric Heberlig, Bruce Larson, Daniel A. Smith, and ***Kristen Soltis***. 2008. "Look Who's Coming to Dinner: Direct versus Brokered Member Campaign Contributions to the NRCC." *American Politics Research* 36 433-450.

24) Daniel A. Smith and Caroline J. Tolbert. 2007. "The Instrumental and Educative Effects of Ballot Measures: Research on Direct Democracy in the American States." *State Politics and Policy Quarterly* 4: 417-446.

23) Daniel A. Smith. 2007. "Representation and the Spatial Bias of Direct Democracy," *University of Colorado Law Review* 78 (4): 1395-1434.

22) Daniel A. Smith and Caroline J. Tolbert, and Daniel Bowen. 2007. "The Educative Effects of Direct Democracy: A Research Primer for Legal Scholars," *University of Colorado Law Review* 78 (4): 1371-94.

21) Daniel A. Smith, **Matthew DeSantis**, and **Jason Kassel**. 2006. "Same-Sex Marriage Ballot Measures and the 2004 Presidential Election," *State and Local Government Review* 38 (2): 78-91.

20) Caroline J. Tolbert and Daniel A. Smith. 2006. "Representation and Direct Democracy in the United States." *Representation: The Journal of Representative Democracy* 42 (1): 25-44.

19) Elizabeth Garrett and Daniel A. Smith. 2005. "Veiled Political Actors and Campaign Disclosure Laws in Direct Democracy." *Election Law Journal* 4 (4) 295-328.

18) Caroline J. Tolbert and Daniel A. Smith. 2005. "The Educative Effects of Ballot Initiatives on Voter Turnout." *American Politics Research* 33 (2): 283-309.

17) Daniel A. Smith. 2004. "Peeling Away the Populist Rhetoric: Toward a Taxonomy of Anti-Tax Ballot Initiatives." *Journal of Public Budgeting and Finance* 24 (4): 88-110.

16) Daniel A. Smith. 2003. "Overturning Term Limits: The Legislature's Own Private Idaho?" *PS: Political Science & Politics* 36 (2): 215-220.

15) Caroline J. Tolbert, Ramona McNeal, and Daniel A. Smith. 2003. "Enhancing Civic Engagement: The Effect of Direct Democracy on Political Participation and Knowledge." *State Politics and Policy Quarterly* 3 (1): 23-41.

14) Daniel A. Smith. 2003. "Distorted by Outside Money: National Parties and the Race for Colorado's Seventh Congressional District," *PS: Political Science & Politics* 36 (3) PSOnline E-Symposium <http://journals.cambridge.org/action/displayAbstract?aid=164256>.

13) Daniel A. Smith and **Joseph Lubinski**. 2002. "Direct Democracy during the Progressive Era: A Crack in the Populist Veneer?" *Journal of Policy History* 14 (4): 349-83.

12) Jonathan Temin and Daniel A. Smith. 2002. "Media Matters: Evaluating the Role of the Media in Ghana's 2000 Elections." *African Affairs* 101: 585-605.

11) Daniel A. Smith. 2002. "Consolidating Democracy? The Structural Underpinnings of Ghana's 2000 Elections." *Journal of Modern African Studies* 40 (4): 1-30.

10) Daniel A. Smith. 2002. "Ghana's 2000 Elections: Consolidating Multi-Party Democracy." *Electoral Studies* 21 (3): 519-26.

9) Daniel A. Smith and Caroline Tolbert. 2001. "The Initiative to Party: Partisanship and Ballot Initiatives in California." *Party Politics* 7 (6): 781-99.

8) Caroline Tolbert, John Grummel, and Daniel A. Smith. 2001. "The Effect of Ballot Initiatives on Voter Turnout in the American States." *American Politics Research* 29 (6): 625-48.

7) Daniel A. Smith. 2001. "Homeward *Bound*? Micro-Level Legislative Responsiveness to Ballot Initiatives." *State Politics and Policy Quarterly* 1 (1): 50-61.

6) Daniel A. Smith and ***Robert J. Herrington***. 2000. "The Process of Direct Democracy: Colorado's 1996 Parental Rights Amendment." *Social Science Journal* 37 (2): 179-94.

5) Daniel A. Smith. 1999. "Reevaluating the Causes of Proposition 13." *Social Science History* 23 (2): 173-210.

4) Daniel A. Smith and ***Nathaniel Golich***. 1998. "Some Unintended Consequences of TABOR." *Comparative State Politics* 19 (6): 33-40.

3) Daniel A. Smith, Kevin M. Leyden, and Stephen A. Borrelli. 1998. "Predicting the Outcomes of Presidential Commissions: Evidence from the Johnson and Nixon Years," *Presidential Studies Quarterly* 28 (2): 269-85.

2) Daniel A. Smith. 1996. "Populist Entrepreneur: Douglas Bruce and the Tax and Government Limitation Moment in Colorado, 1986-1992," *Great Plains Research* 6 (2): 269-94.

1) Daniel A. Smith. 1993. "Removing the Pluralist Blinders: Labor-Management Councils and Industrial Policy in the American States," *Economic Development Quarterly* 7 (4): 373-89.

***WORKS IN PROGRESS*** (current PhD students **bold**; former PhD students *italics*; undergrad students ***italics***)

1)   *Enrijeta Shino*, Seth C. McKee, and Daniel A. Smith, "The Fall of Trump: Mobilization and Vote Switching in the 2020 Presidential Election," Revise and Resubmited, *Political Science Research and Methods*.

2)   Michael P. McDonald, **Juliana Mucci**, *Enrijeta Shino*, and Daniel A. Smith, "Mail Voting and Voter Turnout," Revise and Resubmited, *Election Law Journal*.

3)   *Enrijeta Shino*, Daniel A. Smith, and **LaRaven Temoney**, "The Effects of Election Administration Changes on Voters of Color in Florida," Revised and Resubmitted, *Journal of Election Administration Research & Practice*.

4)   John Cho, Michael C. Herron, and Daniel A. Smith, "Who stands next to whom? Voting lines and political polarization."

5)   Michael Martinez and Daniel A. Smith, "A Blue Primary in a Reddish State: How Preferences are Shaped by Expectations, Issues, and Sexism."

6)   Michael C. Herron and Daniel A. Smith, "Disabling the Vote."

7)   David Cottrell, Michael C. Herron, and Daniel A. Smith, "Who Substitutes? Differential Racial Effects when Weekend Early Voting is Eliminated."

8)   Michael C. Herron, Marc Meredith, Michael Morse, Michael Martinez, and Daniel A. Smith, "Bad Ballot Design and Electoral Legitimacy: The 2018 United States Senate Race in Florida."

9)   Enrijeta Shino and Daniel A. Smith, "Vote Method and Confidence in Elections."

10)  Andy Jarrin, Michael C. Herron, and Daniel A. Smith, "Ghost in the Machine: Support for Candidates on the Ballot in Name Only."

11)  Angela Gutierrez, Michael P. McDonald, Daniel A. Smith, Brian Amos, Matt Barreto, "Shared Language, Distinct Politics: A Deeper Look at Hispanic Vote Cohesion in South and Central Florida."

12)  Mike McDonald, Enrijeta Shino, Daniel Smith, Payton Lussier and Danielle Dietz, "Voting During a Pandemic: Convenience Voting and Youth Turnout."

**BOOK CHAPTERS** (current PhD students **bold**; former PhD students *italics*; undergrad students ***italics***)

31) *Enrijeta Shino* and Daniel A. Smith. 2020, "Vote Choice during a Pandemic: How Health Concerns Shaped the 2020 Presidential Election," forthcoming in *Lessons Learned from the 2020 U.S. Presidential Election: Hindsight is 2020*, Joseph Coll and Joseph Anthony, eds. Berlin: Springer.

30) Todd Donovan and Daniel A. Smith. 2020, "Direct Democracy and Political Speech in the United States," in Direkte Demokratie: Festschrift für Otmar Jung, Hermann K. Heußner, Arne Pautsch, and Fabian Wittreck, eds. Berlin: Richard Boorberg Verlag (479-488).

29) *Thessalia Merivaki* and Daniel A. Smith. 2019. "Challenges in Voter Registration," in *The Future of Election Administration*, Mitchell Brown, Kathleen Hale, and Bridgett A. King, eds. New York: Palgrave/Macmillan.

28) Seth C. McKee and Daniel A. Smith. 2019. "Trump Territory," in *Florida* and the *2016 Election of Donald J. Trump*, Matthew Corrigan and Michael Binder, eds. Gainesville: University of Florida Press (49-75).

27) Daniel A. Smith, *Brian Amos*, Daniel Maxwell, and *Tyler Richards*. 2019. "Rigged? Assessing Election Administration in Florida's 2016 General Election," in *Florida* and the *2016 Election of Donald J. Trump*, Matthew Corrigan and Michael Binder, eds. Gainesville: University of Florida Press (pp. 154-74).

26) Daniel A. Smith, **Dillon Boatner**, **Caitlin Ostroff**, *Pedro Otálora*, and *Laura Uribe*. 2019. "Early Bird Special: Convenience Voting in Florida's 2016 General Election," in *Florida* and the *2016 Election of Donald J. Trump*, Matthew Corrigan and Michael Binder, eds. Gainesville: University of Florida Press (pp.134-53).

25) Michael C. Herron and Daniel A. Smith, ***Wendy Serra***, and Joseph Bafumi. 2017. "Wait Times and Voter Confidence: A Study of the 2014 General Election in Miami-Dade County," in *The American Election 2014: Contexts and Consequences*, Tauna Sisco, Christopher Galdieri, and Jennifer Lucas, eds. Akron, OH: University of Akron Press (pp. 107-122).

24) **Joseph T. Eagleton** and Daniel A. Smith. 2015. "Drawing the Line: Public Support for Amendments 5 and 6," in *Jigsaw Puzzle Politics in the Sunshine State*, Seth C. McKee, ed. Gainesville, FL: University Press of Florida (pp. 109-25).

23) **Diana Forster** and Daniel A. Smith. 2014. "A Climate for Change? Environmental Ballot Measures," in *U.S. Climate Change Policy and Civic Society*, Yael Wolinsky-Nahmias, ed. Washington, DC: C.Q. Press.

22) Daniel A. Smith. 2014. "Direct Democracy," in *The Encyclopedia of Political Thought*, Michael T. Gibbons, ed. Oxford: Wiley-Blackwell.

21) **William Hicks** and Daniel A. Smith. 2013. "State Campaigns and Elections," in *The Oxford Handbook of State and Local Government,* Donald Haider-Markel, ed. New York: Oxford University Press.

20) Daniel A. Smith. 2012. "Direct Democracy: Regulating the 'Will of the People,'" in Matthew J. Streb, ed., *Law and Election Politics: The Rules of the Game*, 2nd ed. New York: Routledge.

19) Daniel A. Smith. 2011. "Direct Democracy in Colorado: A Historical Perspective," in Courtenay Daum, Robert Duffy, and John Straayer, eds., *State of Change: Colorado Politics in the Twenty-first Century*. Boulder: University of Colorado Press.

18) Daniel A. Smith. 2010. "Direct Democracy and Candidate Elections," in Stephen C. Craig and David Hill, *The Electoral Challenge: Theory Meets Practice,* 2nd edition. Washington, DC: CQ Press.

17) Daniel A. Smith. 2010. "Financing Ballot Measures in the U.S.," in Karin Gilland-Lutz and Simon Hug, eds., *Financing Referendum Campaigns*. New York: Palgrave.

16) Daniel A. Smith. 2008. "Direct Democracy and Campaigns," in Shaun Bowler and Amihai Glazer, eds., *Direct Democracy's Impact on American Political Institutions*. New York: Palgrave.

15) Todd Donovan and Daniel A. Smith. 2008. "Identifying and Preventing Signature Fraud on Ballot Measure Petitions," in Michael Alvarez, Thad E. Hall, and Susan D. Hyde, eds., *Election Fraud: Detecting and Deterring Electoral Manipulation*. Washington, DC: Brookings.

14) Daniel A. Smith. 2008. "Direct Democracy and Election and Ethics Laws," in Bruce Cain, Todd Donovan, and Caroline Tolbert, eds, *Democracy in the States: Experiments in Elections Reform*. Washington, DC: Brookings.

13) Daniel A. Smith. 2007. "Ballot Initiatives," in Gary Anderson and Kathryn Herr, eds., *Encyclopedia of Activism and Social Justice*. Thousand Oaks, CA: Sage Publications, Inc.

12) Raymond J. La Raja, **Susan E. Orr**, and Daniel A. Smith. 2006. "Surviving BCRA: State Party Finance in 2004," in John Green and Daniel Coffey, eds., *The State of the Parties* (5th edition). Lanham, MD: Rowman and Littlefield.

11) Daniel A. Smith. 2006. "Initiatives and Referendums: The Effects of Direct Democracy on Candidate Elections," in Steven Craig, ed., *The Electoral Challenge: Theory Meets Practice.* Washington, D.C.: CQ Press.

10) Daniel A. Smith (with **Sure Log**). 2005. "Orange Crush: Mobilization of Bias, Ballot Initiatives, and the Politics of Professional Sports Stadia," in David McCuan and Stephen Stambough, eds., *Initiative-Centered Politics*. Durham, NC: Carolina Academic Press.

9) Daniel A. Smith. 2005. "The Initiative to Party: The Role of Parties in State Ballot Initiatives," in David McCuan and Stephen Stambough, eds., *Initiative-Centered Politics*. Durham, NC: Carolina Academic Press.

8) Daniel A. Smith. 2004. "Strings Attached: Outside Money in Colorado's Seventh Congressional District," in David Magleby and Quin Monson, eds., *The Last Hurrah?* Washington, D.C.: Brookings.

7) Daniel A. Smith. 2004. "Direct Democracy," in David Wishart, ed., *Encyclopedia of the Great Plains*. Lincoln: University of Nebraska Press.

6) Daniel A. Smith. 2002. "Direct Democracy and Its Critics," in Peter Woolley and Albert Papa, eds., *American Politics: Core Argument/Current Controversy*. 2nd ed. Englewood Cliffs, NJ: Prentice Hall.

5) Daniel A. Smith. 2001. "Campaign Financing of Ballot Initiatives in the American States," in Larry Sabato, Bruce Larson, and Howard Ernst, eds., *Dangerous Democracy? The Battle Over Ballot Initiatives in America*. Lanham, MD: Rowman and Littlefield.

4) Daniel A. Smith. 2001. "Special Interests and Direct Democracy: An Historical Glance," in M. Dane Waters, ed., *The Battle Over Citizen Lawmaking*. Durham, NC: Carolina Academic Press.

3) Daniel A. Smith and Jonathan Temin. 2001. "The Media and Ghana's 2000 Elections," in Joseph Ayee, ed., *Deepening Democracy in Ghana: Politics of the 2000 Elections*, Volume 1 (Thematic Studies). Accra: Freedom Publications.

2) Daniel A. Smith. 2001. "The Politics of Upper East and the 2000 Ghanaian Elections," in Joseph Ayee, ed., *Deepening Democracy in Ghana: Politics of the 2000 Elections*, Volume 2 (Constituency Studies). Accra: Freedom Publications.

1) Daniel A. Smith. 1998. "Unmasking the Tax Crusaders," in Bruce Stinebrickner, ed., *Annual Editions: State & Local Government*. 9th ed. Guilford, CT: Dushkin/McGraw-Hill, 83-85 [Reprinted].

### *RESEARCH GRANTS, HONORS, AND AWARDS*

39) University Scholars Program Grant (advising **Danielle Dietz**), University of Florida, "Moving Out: Household Transmission of Party Registration among Young Voters." Spring 2022/Fall 2022.

38) Investigator, "Does Institutional Change Influence Constituents' Intergroup Attitudes?" National Science Foundation (NSF) RAPID Grant, PIs Kate Ratliff and Jackie Chen, ($125,796), March 2022.

37) David King Defender of Democracy Award, League of Women Voters of Florida, January 2022.

36) Science Defender Award, Union of Concerned Scientists, December 2021.

35) University Scholars Program Grant (advising **Sara Loving**), University of Florida, "Movers and Political Polarization." Spring 2021/Fall 2021.

34) University Scholars Program Grant (advising **Emily Boykin** and **Jenna Tingum**), University of Florida, "Spanish Language Materials, Administrative Compliance, and Hispanic Voting in Florida." Fall 2019/Spring 2020.

33) CLAS Scholars Program Grant (advising **William Zelin**), University of Florida, "The Effect of Natural Disasters on Voter Turnout." Fall 2019/Spring 2020.

32) PI, Gill Foundation Grant, "LGBT Issues in Florida," Spring 2018, Co-PI, Michael Martinez ($75,000).

31) University of Florida Term Professorship, 2017-2019.

30) University Scholars Program Grant (advising **Pedro Otálora**), University of Florida, "Political Participation of Native-Born and Naturalized Citizens in Miami-Dade." Summer/Fall 2017.

29) Ruben Askew Scholar Award (advising **Wendy Serra**), Bob Graham Center, University of Florida, Summer 2016.

28) Emerging Scholars Program (advising **Anthony Rychkov**), University of Florida, "The Timing of Voter Registration and Turnout," Spring/Summer 2016.

27) University Scholars Program Grant (advising **Casey Ste. Claire**), University of Florida, College of Liberal Arts & Sciences, "Reprecincting and Voter Turnout," Fall 2015/Spring 2016.

26) University Scholars Program Grant (advising **Frances Chapman**), University of Florida, College of Liberal Arts & Sciences, "Truing or Suppressing the Vote? Private Voter Challenges in Florida," Fall 2013/Spring 2014.

25) Best Paper Award presented in 2012 by the APSA Organized Section on State Politics and Policy: "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," 2013 (with Michael Herron).

24) University Scholars Program Grant (advising **Bryce Freeman**), University of Florida, College of Liberal Arts & Sciences, "Impact of Voter Suppression on Political Participation," Spring 2013.

23) PI, "Trans-Saharan Professionals Program," United States Department of State, Bureau of Educational and Cultural Affairs, S-ECAPPE-10-GR-231 (DT), September 2010-August 2012, Co-PI Leo Villalon ($800,000).

22) University of Florida Research Foundation (UFRF) Professor, 2010-2012 (annual salary supplement and research funding).

21) PI, *American Political Science Association* Workshop on Elections and Democracy, University of Ghana at Legon, Ghana, Summer 2009, funded by Mellon Foundation, $200,000.

20) Best Paper Award presented in 2006 by the APSA Organized Section on State Politics and Policy: "Do State-Level Ballot Measures Affect Presidential Elections?" (with Caroline Tolbert and Todd Donovan).

19) Research Grant, "Did Gay Marriage Re-Elect George W. Bush?" University of Florida, College of Liberal Arts & Sciences, Summer 2005.

18) University Scholars Program Grant (advising **Kirsten Soltis**), University of Florida, College of Liberal Arts & Sciences, "Money and the Member: An Analysis of Fundraising in Congressional Politics in the Post-Campaign Finance Reform Era," Fall 2005.

17) Research and Travel Grant, *Pew Charitable Trusts*, "Veiled Political Actors," Daniel Lowenstein, Kim Alexander, Robert Stern, Tracy Western, and Joseph Doherty, Principal Investigators, Fall 2003.

16) Travel Grant, *College of Liberal Arts and Sciences*, University of Florida, "Initiative and Referendum Campaigns," Fall 2003.

15) Research Grant, *Pew Charitable Trusts*, "Outside Money: Colorado's 7th Congressional District," PI David Magleby, Fall 2002.

14) Faculty Research Fund, "Ballot Initiatives during the Progressive Era," *University of Denver*, Fall 2002.

13) Research Grant, *American Political Science Association*, "Ballot Initiatives during the Progressive Era: Evidence from California, 1912-1920," Summer 2002.

12) Research Grant, *Colorado Endowment for the Humanities*, "The 'Golden Era' of Direct Democracy? Colorado's Election of 1912," (R017-0300-010) (with **Joseph Lubinski**), Summer 2000.

11) Partners in Scholarship: 2000 Winter Quarter Project Proposal, "The 'Golden Era' of Direct Democracy? Evidence from the Colorado Election of 1912," *University of Denver*, with **Joseph Lubinski**).

10) Rosenberry Fund, "Direct Democracy in Colorado," *University of Denver*, Spring 1999.

9) Best Paper, Charles Redd Politics of the American West, "Howard Jarvis, Populist Entrepreneur: Reevaluating Causes of Proposition 13," *Western Political Science Association*, Los Angeles, March 20, 1998.

8) Faculty Research Fund, "Ballot Warriors: Citizen Initiatives in the 1990s," *University of Denver*, Fall 1997.

7) Partners in Scholarship: 1997 Winter Quarter Project Proposal, "The Process of Direct Democracy: Parental Rights Amendment," *University of Denver*, with **Robert Herrington**, Winter 1997.

6) Faculty Research Fund, "*Faux* Populism: Populist Entrepreneurs and Populist Moments," *University of Denver*, Fall 1996.

5) International Small Grants, "Election Monitor: Ghana Presidential and Parliamentary 1996 Elections," Office of Internationalization, *University of Denver*, Fall 1996.

4) Faculty Research Fund, "Populist Prophets and the Mass Appeal of Direct Democracy," Program Support Services, *University of Denver*, Spring 1995.

3) Research Grant, Institute for Public Affairs, *West Virginia University*, Summer 1994.

2) Senate Research Travel Grant, Faculty Development Fund, *West Virginia University*, Fall 1994.

1) Research Travel Grant, Robert LaFollette Institute of Public Affairs, *University of Wisconsin-Madison*, Fall 1992.

***TECHNICAL REPORTS, WORK PRODUCTS, & OTHER SCHOLARLY PUBLICATIONS***

32) Daniel A. Smith, "Casting, Rejecting, and Curing Vote-by-Mail Ballots in Florida's 2020 General Election," *All Voting is Local*," March 2021.

31) Daniel A. Smith and **Anna Baringer**, "ACLU Florida: Report on Vote-by-Mail Ballots in the 2018 General Election," A Report Commissioned by *ACLU Florida*, April 2020.

30) Michael P. McDonald and Daniel A. Smith, "Audit of Assignment of Registered Voters to New, Court-Ordered House of Delegates Districts," Virginia Secretary of State, Spring 2019.

29) Daniel A. Smith, "Vote-by-Mail Ballots Cast in Florida," A Report Commissioned by *ACLU Florida*, August 2018.

8

28) Michael C. Herron and Daniel A. Smith, "Congestion at the Polls: A Study of Florida Precincts in the 2012 General Election," A Report Commissioned by Advancement Project, Washington, DC, June 24, 2013. Available: http://www.advancementproject.org/news/entry/voters-of-color-faced-longest-wait-times-in-florida.

27) Michael C. Herron and Daniel A. Smith, "Florida's 2012 General Election under HB 1355:  Early Voting, Provisional Ballots, and Absentee Ballots," League of Women Voters Florida, January 2013.

26) Daniel A. Smith, "Popular Support and Conditions for the Passage of Ballot Measures," The William and Flora Hewlett Foundation, June 2013.

25) Michael C. Herron and Daniel A. Smith, "Congestion at the Polls: A Study of Florida Precincts in the 2012 General Election," Advancement Project, June 2013.

24) Daniel A. Smith, "The Re-demarcation and Reapportionment of Parliamentary Constituencies in Ghana," *Ghana Center for Democratic Development (CDD-GHANA)*, Vol. 10 (2):  October 2011. Available: http://www.cddghana.org/documents/Vol.%2010,%20No.%202.pdf

23) Daniel A. Smith. 2010. "Educative Effects of Direct Democracy: Evidence from the US States," Memorandum requested by the British House of Lords, Constitution Committee, January 4. Available: http://www.publications.parliament.uk/pa/ld200910/ldselect/ldconst/99/99we14.htm.

22) Daniel A. Smith. 2006. "Money Talks: Ballot Initiative Spending in 2004." *Ballot Initiative Strategy Center*, June. Available: http://ballot.org.

21) Daniel A. Smith. 2006. "Ballot Initiatives, Tax Issues," in Larry Sabato and Howard Ernst, eds., *Encyclopedia of American Political Parties and Elections*. New York: Facts on File.

20) Daniel A. Smith, "Mobilization Effects of Ballot Measures in Colorado, Florida, Ohio, and Nevada," Ballot Initiative Strategy Center, Fall 2004.

19) Daniel A. Smith, "Mobilization Effects of Gay Marriage Ban in Ohio," Ballot Initiative Strategy Center, Fall 2004.

18) Daniel A. Smith and Caroline J. Tolbert. 2003. "Educated by Initiative," *Campaigns and Elections*, August, p. 31.

17) Elizabeth Garrett, and Daniel A. Smith. 2003. "Veiled Political Actors: The Real Threat to Campaign Disclosure Statutes" (July 22). USC Law and Public Policy Research Paper No. 03-13 http://ssrn.com/abstract=424603.

16) Daniel A. Smith. 2003. "Ballot Initiatives and the (Sub)Urban/Rural Divide in Colorado," in Daphne T. Greenwood, ed., *Colorado's Future: Meeting the Needs of a Changing State*. Colorado Springs: Center for Colorado Policy Studies.

15) Daniel A. Smith. 2003. "The Colorado 7th Congressional District," in David B. Magleby and Quin Monson, eds., *The Last Hurrah*? Provo, UT: Center for the Study of Elections and Democracy.

14) Stan Elofson, Daniel A. Smith, Jennifer Berg, and Joseph Lubinski. 2002. "A Listing of Statewide Initiated and Referred Ballot Proposals in Colorado, 1912-2001." Issue Brief No. 02-02. (March 5) *Colorado Legislative Council,* Colorado General Assembly, Denver. [Revised Edition].

13) Daniel A. Smith. 2001. "Howard Jarvis' Legacy? An Assessment of Antitax Initiatives in the American States." *State Tax Notes* 22: 10 (December): 753-764.

12) Daniel A. Smith. 2001. "The Structural Underpinnings of Ghana's December 2000 Elections." Critical Perspectives, No. 6. *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

11) Daniel A. Smith, Jonathan Temin, and Kwaku Nuamah. 2001. "Media Coverage of the 2000 Election: A Report on the Media Coverage of Election 2000 (May 2000-Janurary 2001)." Research Paper, No. 8. *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

10) Daniel A. Smith. 2000. "Election 2000: Debating the Issues?" Briefing Paper, Volume 2, Number 4, *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

9) Daniel A. Smith. 2000. "Growth and Transportation Ballot Measures in Colorado," in Floyd Ciruli, ed., *Moving Visions: Next Steps Toward Growing Smart*. Denver: Gates Family Foundation.

8) Stan Elofson, Daniel A. Smith, Jennifer Berg, and Joseph Lubinski. 2000. "A Listing of Statewide Initiated and Referred Ballot Proposals in Colorado, 1912-2000." Issue Brief No. 8. (December) *Colorado Legislative Council,* Colorado General Assembly, Denver.  [updated 2002, 2004, 2006, 2008]

7) Daniel A. Smith. 2000. "Progressives and the Initiative Process: A Call to Arms."  *Ballot Initiative Strategy Center (BISC)*.

6) Daniel A. Smith and Joseph Lubinski. 2000. "Sponsoring 'Counter-Majoritarian' Bills in Colorado." *Ag Journal*. (September): 12-13.

5) Daniel A. Smith. 1998. "Unmasking the Tax Crusaders." *State Government News*. 41:2 (March): 18-21.

4) Daniel A. Smith. 1997. "Howard Jarvis, Populist Entrepreneur," Working Paper, 97-8, Institute of Governmental Studies, *University of California - Berkeley*.

3) Daniel A. Smith. 1995. "The West Virginia Labor-Management Advisory Council," *The West Virginia Public Affairs Reporter*. 12:4 (Winter): 1-11.

2) Daniel A. Smith. 1992. "A Tale of Five Cities," *The La Follette Policy Report*. 5 (Fall): 18-21.

1) Daniel A. Smith. 1991. "Emerging Skill Needs in the Wisconsin Non-Automotive Engines Industry,"
Commissioned by the Wisconsin Board of Vocational, Technical, and Adult Education, Working Paper,
*Center on Wisconsin Strategy*, University of Wisconsin-Madison.

### OUTSIDE ACTIVITIES: BOARDS / EXPERT WITNESS / INVITED TESTIMONY / MISCELANEOUS

#### Boards
President, ElectionSmith, Inc. www.electionsmith.com (S-Corp) 2006-
Advisory Board Member, Common Cause Florida https://www.commoncause.org/florida/ 2014-
Board Member, Ballot Initiative Strategy Center (BISC) www.ballot.org 1999-2019.
Board President, 300 Club https://300clubswimandtennis.com/ 2018-2020.

#### Domestic Consulting
Expert (written declaration), *Houston Justice, et al. v. Abbott*. Case 5:21-cv-00848-XR (US District Court for the
Western Division of Florida) [Provided written report for plaintiffs analyzing effects of SB 1 in Texas],
2021-23.
Expert (written declaration), *Eva Jacqueline Espinosa v. Osceola County Canvassing Board, et al*. Case 2022-CA-
2363 (Circuit Court of the Ninth Judicial Circuit) [Provided written report of vote totals for candidates in a
contested county commission race], 2022.
Expert (written declaration), *Florida State Conference of NAACP v. Lee*. Case 4:21-cv-187-MW-MAF and *Florida
Rising Together v. Lee*, 4:21-cv-201-MW-MJF (US District Court for the Northern Division of Florida)
[Provided written reports for plaintiffs analyzing effects of SB 90 in Florida], 2021-22.
Co-author, "Brief of Direct Democracy Scholars, et al. Supporting Petitioners," *Thompson et al. v. DeWine, et al.*
[Contributed empirical evidence on ballot measures and freedom of speech.], March 2021.
Co-author, "Brief of Amici Curiae Empirical Elections Scholars in Support of Respondents," *Brnovich v.
Democratic National* Committee [Contributed empirical evidence of lack of fraud in American elections],
January 2021.
Consultant, All Voting is Local [Provided analysis of Rejected and Cured Vote by Mail ballots in Florida], 2020.
Expert (written declaration), *1199SEIU United Healthcare Workers East v. Louis DeJoy and the USPS*. Case 1:20-
cv-24069-RNS (US District Court for the Southern Division of Florida). [Provided written report for
plaintiffs analyzing absentee ballot return rates in Florida], 2020.
Expert (written declaration), *Texas League of United Latin American Citizens, et al. v. Abbott, et al*. Case 1:20-cv-
1006 (US District Court for the Western Division of Texas). [Provided written report for plaintiffs
analyzing absentee ballot drop-off locations in Texas], 2020.
Expert (written declaration), *Dream Defenders, et al. v. DeSantis, et al*. Case 4:20-cv-00067-RH-GRJ (US District
Court for the Northern District of Florida). [Provided written report for plaintiffs analyzing vote by mail
records in Florida], 2020.
Expert (written declaration), *Lewis, et al. v. Hughs,* Case 5:20-cv-00577 (US District Court for the Western District
of Texas). [Provided written report for plaintiffs analyzing vote by mail records in Texas], 2020.
Consulting Expert, *Nielsen, et al. v. DeSantis, et al*. Case 4:20-cv-00236-MW-MJF (US District Court for the
Northern District of Florida). [Provided confidential work product for plaintiffs on voting patterns in
Florida], 2020.
Expert (written declarations), *Gruver, et al. v. Barton, et al*. Case 1:19-cv-00121-MW-GRJ (US District Court for
the Northern District of Florida). [Provided written reports and deposed for plaintiffs analyzing records
on the impact of SB7066 on Florida residents with felony convictions and outstanding LFOs], 2019-20.
Consultant, Andrew Goodman Foundation [Analysis of on-campus early voting in Florida], 2019.
Consultant, ACLU-Florida [Data analysis of Ex-Felons in Florida], 2019-.
Expert (written declaration), *DNC Services Corporation et al. v. Lee et al*. Case 4:18-cv-00524-MW-CAS (US
District Court for the Northern District of Florida) [Provided written report for plaintiffs on Vote by Mail
ballots in Florida], 2019-.
Expert (written declaration), *MOVE Texas Civic Fund, et. al. v. Whitley, et. al*. Case 3:19-cv-00041 (US District
Court for the Southern District of Texas) [Provided written reports for plaintiffs on number of naturalized
citizens in Texas], 2019.
Expert (written declarations), *Fair Fight Action v. Crittenden*, Case No. 1:18-cv-05391 (US District Court for the
Northern District of Georgia) [Retained by plaintiffs to analyze data related to Georgia's election laws],
2018-.
Expert, *The Democratic Party of Georgia v. Crittenden*, Case No. 1:18-cv-05443 (US District Court for the
Northern District of Georgia) [Retained by plaintiffs to analyze data related to the 2018 gubernatorial
election], 2018.
Consultant, ACLU-Florida [Provided analysis of Vote by Mail ballots in Florida], 2018.

Expert, *Judicial Watch, Inc., Election Integrity Project California, Inc., et al. v. Dean C. Logan, et al*. Case No. 2:17-cv-08948-R-SK (US District Court for the Central District of California, Western Division). [Retained by defendants (California Department of Justice) to analyze data concerning inactive voters], 2018.

Expert (written declaration), *Rivera v. Detzner*, Case 1:18-cv-61474 (US District Court for the Norther District of Florida) [Provided written report for plaintiffs on Puerto Rican population and registered voters in Florida], 2018.

Expert, *Thompson et al. v. Merrill*, Case No. 2: 16-cv-783 (US District Court for the Middle District of Alabama) [Retained by plaintiffs to analyze data related to the discriminatory impact of Alabama's felony disenfranchisement scheme over time], 2018-.

Expert (written affidavit), *League of Women Voters of Florida, Inc., et al. v. Detzner*, Case No. 4:18-cv-00251-MW-CAS (US District Court for the Northern District of Florida) [Provided written report for plaintiffs (LWV) to extend early voting in Florida], 2018.

Expert (written affidavit), *Ohio A. Philip Randolph Institute, et al. v. Secretary of State, Jon Husted*, Case 2:16-cv-00303 (US District Court for the Southern District of Ohio, Eastern Division) [Provided written report and deposed for plaintiffs (APRI, ACLU OH, Demos) to reinstate registered voters removed by Ohio's "Supplemental Process"], 2017. [Decision, *Husted v. APRI*, by SCOTUS, July 11, 2018].

Expert (written affidavits), *Bellito & ACRU v. Snipes*, Case 4:16-cv-61474 (US District Court for the Southern District of Florida, Ft. Lauderdale Division) [Provided written expert reports and deposed for intervenors (SEIU, Project Vote, Demos) to defend NVRA compliance by Broward Supervisor of Elections, 2017; testified at trial].

Consultant, ACLU, Georgia [Provided analysis of CVAP, VAP, and registered voters in Irwin County, Georgia], 2017.

Consultant, ACLU, Georgia [Provided analysis of proposed redistricting changes to the Georgia House of Representatives by the Georgia state legislature], 2017.

Expert (written affidavit), *Florida Democratic Party v. Scott*, Case 4:16-cv-00626 (US District Court for the Northern District of Florida) [Provided written expert report for plaintiff-intervenors (Mi Familia Vota Education Fund) to extend voter registration deadline in Florida due to Hurricane Matthew], 2016.

Consultant, ACLU, Georgia [Provided analysis of registration deadline in Georgia due to Hurricane Matthew], 2016.

Expert (written affidavit), *Florida Democratic Party v. Detzner*, Case 4:16-cv-00607 (US District Court for the Northern District of Florida) [Provided written empirical analysis for plaintiff on vote-by-mail ballots cast in Florida], 2016.

Advisor, "Mad As Hell: Howard Jarvis and the Birth of the Tax Revolt," Documentary Film by Jason Cohn, Bread and Butter Films [Academic Advisor on Jarvis and antecedents of Prop. 13], 2011-16.

Advisor, "Rigged," Documentary Film by Natasha del Torro, Fusion TV (Naked Truth), 2016. [Winner of the Robert F. Kennedy Journalism Award for Best Documentary]. Available: http://tv.fusion.net/story/352548/naked-truth-rigged-elections-documentary/.

Advisor, "Voting: Last Week Tonight with John Oliver," HBO, February 14, 2016. Available: https://www.youtube.com/watch?v=rHFOwlMCdto.

Expert (written affidavit), *Frank v. Walker*, Case 16-3003, 16-3052 (US Court of Appeals for the Seventh Circuit) [Provided written empirical analysis for plaintiffs (*ACLU*) on voter ID and turnout], 2015.

Expert (consultant), *Greater Birmingham Ministries v. Alabama*, Case 2:15-cv-02193-LSC (US District Court for the Northern District of Alabama, Southern Division) [Provided oral empirical analysis for plaintiffs (*NAACP LDEF*) on use of absentee ballots], 2015.

Consultant, America Votes [Provided demographic shift of registered voters analysis for state of Florida], 2015.

Expert (written affidavits), *NAACP, et al. v. Husted, et al.*, 2:14 cv-00404 (US District Court for the Southern District of Ohio) [Provided written empirical analysis and deposed for plaintiffs (*ACLU*) on early in-person absentee voting in Ohio], 2014.

Expert (written affidavit), *John Sullivan, et al. v. Marni Lin Sawiki, et al.*, 2013-CA-003122 (20th Judicial Circuit (Lee County, FL) [Provided written empirical analysis and deposed on early, absentee, and Election Day vote totals in the November 5, 2013, Cape Coral mayoral election], 2014.

Expert (written affidavit), *Gateway Retail Center, LLC v. City of Jacksonville, Florida*, 3:13-cv1040-J-TJC-JRK (US District Court for the Middle District of Florida) [Provided empirical analysis for Gateway Retail Center's attorneys of African American voting during early voting in Duval County in the 2012 General Election], 2013.

Expert (written affidavits), *Arcia, et al. v. Detzner*, 1:12-cv-22282-WJZ (US District Court for the Southern District of Florida) [Provided empirical analysis for Arcia's attorneys of the Florida Department of State's various lists of "potential non-citizens"], 2012.  [*Arcia, et al. v. Florida Secretary of State* (Defendant-Appellee) *and Garcia, et al.* (Intervenor Defendants), 12-15738 (Appealed in 11th Circuit, from the United States District Court for the Southern District of Florida), 2014.

Elections Analyst, WUFT (TV and Radio), Election Night Coverage, November 6, 2012.

11

Advisor, "Voters in America: Who Counts?" CNN Documentary Investigation, October 14, 2012.
       http://cnnpressroom.blogs.cnn.com/2012/10/19/voters-in-america-who-counts-joejohnscnn-investigates-voter-suppression-voter-fraud/

Expert (written affidavit), *Brown v. Detzner 3:12-cv-00852* (US District Court for the Middle District of Florida) [Provided empirical analysis for Brown's attorneys of minority early voting in Duval County during the 2008 and 2010 general elections and the 2011 Jacksonville mayoral race], 2012.

Expert (written affidavits), *Romo v. Scott*, No. 2012-CA-000412 (Fla. Cir. Ct., Leon County). [Provided empirical analyses and deposed for Coalition's attorneys of new Congressional redistricting maps submitted and adopted by the Florida legislature as well as alternative maps submitted by the The League of Women Voters of Florida, the National Council of La Raza, and Common Cause Florida], 2012-14.

Consultant (*Pro Bono*) (written work product), *League of Women Voters of FL v. Browning*, N.D. Fla. (4:11-cv-00628). [Provided empirical analysis for LWV's attorneys (Brennan Center, New York University), assessing the impact of Florida's "third party organization" voter registration requirements], 2012.

Consultant (*Pro Bono*) (written work product), Hillsborough Hispanic Coalition, Tampa, Florida, 2012. [Provided empirical analysis of the likely racial/ethnic impact of the redistricting maps adopted by the Hillsborough County Commission and provided alternative maps to be submitted by the Hillsborough Hispanic Coalition, in anticipation of federal litigation], 2012.

Member, 2012 Citizen Election District Review Committee, City of Gainesville, 2012 (Appointed by Mayor Craig Lowe).

*Invited Testimony*, U.S. Senate, Judiciary Committee, Subcommittee on the Constitution, Civil Rights and Human Rights, "New State Voting Laws II: Protecting the Right to Vote in the Sunshine State," January 2012.

Expert (written affidavit), *Worley v. Detzner*, U.S. District Court, N.D. Fla (4:10-cv-00423-RH-WCS). [Provided expert opinion to Florida Secretary of State to help defend Election code provisions concerning the reporting, registration, and disclosure requirements applicable to political committees (ballot issues)], 2010.

Expert (written affidavit), *Citizens Against Slots v. PPE Casino*, 999 A.2nd 181 (2010) 415 Md. 117. [Provided empirical analysis of the validity rates of the signatures submitted by Citizens Against Slots for a county popular referendum], 2010.

Expert (written affidavit), *The Independence Institute, et. al. v. Bernie Buescher* 1:2010-cv-00609. (US 10th Circuit) [Provided empirical analysis for the Office of the Colorado Attorney General to defend Secretary of State's enforcement of public disclosure laws for ballot issue committees], 2009-2010.

Lead Author, "Direct Democracy Scholars" Amicus Brief, *Doe v. Reed*, 132 S. Ct. 449. [Provided empirical evidence that public disclosure of signatures on ballot measures serves sufficiently important governmental interests in order to prevent fraudulent signature gathering activities, to limit the deceptive solicitation of signatures, and to provide information to voters about ballot measures], 2010.

Expert (written affidavit), *Dallman, et al. v. William Ritter and Rich L. Gonzales and Daniel Ritchie, et al.* 09SA224 (Colorado Supreme Court) [Provided empirical analysis for Ritter, Gonzales, and Ritchie of analysis of campaign financing of ballot measures], 2009-10.

Expert (written affidavit), *Sampson v. Buescher*, 08-1389, 08-1415 (US 10th Circuit) [Provided empirical analysis refuting claims of barriers to participation in ballot issue campaigns for Office of the Colorado Attorney General, defending Secretary of State's enforcement of disclosure laws], 2007-10.

Consultant, *Trust the Voters*, Tallahassee, 2006.

Consultant, *The Washington State Patrol Troopers Association* [Conducted empirical analysis for State Patrol Troopers of the validity of signatures collected on ballot issue campaign], 2006.

Expert (written affidavit), *The City of Winter Springs, FL v. Seminole County*, City of Winter Springs, 2004.

Expert (written affidavit), *California Pro-Life Council, Inc. v. Karen Getman, et al.* 328 F.3d 1088, 1101 (US 9th Cir) [Provided empirical analysis for the Office of the California Attorney General on veiled political actors in California ballot measure campaigns], 2004-05.

Expert (written affidavit), *Colorado Right to Life Committee, Inc. v. Donetta Davidson* 395 F.Supp.2d 1001 (US 10th Circuit) [Provided empirical analysis of broadcasted television and direct mail ads in Colorado between 1999-2003 for the Office of the Colorado Attorney General], 2004-05.

Invited Testimony, Ballot Initiative Reform, Florida Legislature, 2002; 2003-05.

Invited Testimony Witness, Ballot Initiative Reform, Colorado Legislature, 1999-2000.

Consultant (*pro bono*), *Ad Hoc Committee to Defend Heath Care*, Denver, CO, 1998-2000.

### International Consulting

Consultant, National Democratic Institute (NDI), Ghana, 2013.

Invited Written Testimony, *British House of Lords*, Constitution Committee (Direct Democracy), 2010.

Consultant, *Institute of International Education (IIE)*), New York, 2002-04.

Consultant, *Coalition of Domestic Elections Observers (CODEO)*, Accra, Ghana, 2000-01.

Consultant, *International Foundation for Election Systems (IFES)*, Washington, DC, 1999-2001.

Consultant, *International Student Exchange Program (ISEP)*, Washington, DC, 1995-97.

12

***BOOK REVIEWS & REVIEW ESSAYS***
9) Daniel A. Smith. 2008. Review of Dorothy Holland, Donald M. Nonini, Catherine Lutz, Lesley Bartlett, Marla Frederick-McGlathery, Thaddeus C. Guldbradsen, and Enrique G. Murillo, Jr., Local Democracy Under Siege: Activism, Public Interests, and Private Politics, *Perspectives on Politics* 6: 386-86.
8) Daniel A. Smith. 2006. Review of Stephen Nicholson, Voting the Agenda: Candidates, Elections, and Ballot Propositions, *Political Science Quarterly* 120: 695-697.
7) Daniel A. Smith. 2005. Review of John Matsusaka, For the Many or the Few? The Initiative, Public Policy, and American Democracy, *Perspectives on Politics* 3: 646-47.
6) Daniel A. Smith. 2000. Review of Shaun Bowler and Todd Donovan, Demanding Choices: Opinion, Voting, and Direct Democracy, *Social Science Quarterly* 81: 1104-1106.
5) Daniel A. Smith. 1999. Review of Shaun Bowler, Todd Donovan, Caroline Tolbert, eds., Citizens as Legislators, *American Political Science Review* 93: 446-447.
4) Daniel A. Smith. 1998. Review of David Ryden, Representation in Crisis, *Politics and Policy* 26: 514-515.
3) Daniel A. Smith. 1998. Review of Grant Reeher and Joseph Cammarano, eds., Education for Citizenship, *H-Pol, H-Net*. (February).
2) Daniel A. Smith. 1997. Review Essay of William S. K. Reno, Corruption and State Politics in Sierra Leone, and Sahr John Kpundeh, Politics and Corruption in Africa, *Africa Today* 44: 362-365.
1) Daniel A. Smith. 1996. Review of Stephen Lowe, The Kid on the Sandlot: Congress and Professional Sports, 1910-1992, *Sport History Review* 27: 90-92.

***TEACHING GRANTS, HONORS, AND AWARDS***
David King Defender of Democracy Award, League of Women Voters of Florida, January 2022.
Science Defender Award, Union of Concerned Scientists, December 2021.
Anderson Scholar Award, College of Liberal Arts and Sciences, University of Florida, 2011; 2015; 2016; 2017 ; 2021.
Political Science Board of Advisors, "Outstanding Professor Award," *University of Florida*, Spring 2008.
Center for Teaching and Learning Technology Grant, "Introduction to American Politics: Web-Based Interactive Learning," *University of Denver*, Spring, 1997.
Faculty Appreciation Award, Learning Effectiveness Program, *University of Denver,* April 1997.
Curriculum Diversity Grant, "A Theater History: The Racial and Class Politics of US Drama from Colonization Forward," *University of Denver*, Winter, 1997.
CORE Development Grant, "Drama of Politics/Politics of Drama," *University of Denver*, Summer, 1996.
International Small Grants, "Summer Student Study Abroad Program: University of Ghana at Legon," Office of Internationalization, *University of Denver*, Spring, 1995.
International Small Grants, "Ghana Study Abroad Program," Office of Internationalization, *University of Denver*, Spring, 1995.

***NEWSPAPER OP-EDS, INVITED BLOG POSTS & LETTERS TO THE EDITOR***
Op-Ed, "We work for the people of Florida. That's why we can't let the University of Florida silence us on a voting rights law," *The Washington Post*, November 3, 2021 (with Sharon Austin and Michael McDonald).
Op-Ed, "What is the Florida Legislature hiding on redistricting?" *Tampa Bay Times*, October 7, 2021 (with Michael P. McDonald).
Op-Ed, "Election integrity requires transparency," *Tampa Bay Times*, February 9, 2021 (with *Danielle Dietz* and *Gabriella Zwolfer* ).
Op-Ed, "*All counties should offer secure, 24/7 drop boxes for mail ballots*," *Tampa Bay Times*, October 12, 2020 (with ***Jose Vazquez*** ).
Op-Ed, "Do you usually vote by mail? A lot of Republicans who don't say so," *Washington Post* (Monkey Cage), October 9, 2020 (with *Enrijeta Shino*).
Op-Ed, "Minor postal delays could disenfranchise thousands of Florida vote-by-mail voters," *Tampa Bay Times*, August 14, 2020 (with Michael Herron).
Op-Ed, "Here's the problem with mail-in ballots: They might not be counted," *The Washington Post* (Monkey Cage), May 21, 2020 (with *Enrijeta Shino* and Mara Suttmann-Lea).
Op-Ed, "Your voting habits may depend on when you registered to vote," *Salon*, September 24, 2019. [Originally appeared in *the Conversation*] (with *Enrijeta Shino*).
Invited Blog Post, "Who Votes Provisionally and Why? A Look at North Carolina's 2016 General Election," MIT Election Science Data Lab, May 2, 2018. (with *Lia Merivaki*).
Op-Ed, "Do we have a right not to vote? The Supreme Court suggests we don't," *NY Daily News*, June 12, 2018 (with Michael C. Herron).
Op-Ed, "If more states start using Ohio's system, how many voters will be purged?" *The Washington Post* (Monkey Cage), June 17, 2018 (with Michael C. Herron).

41

13

Op-Ed, "2-to-1 Registration Advantage for Democrats among 440K New Hispanic Voters In Florida," *Huffington Post*, October 7, 2016.

Op-Ed, "The Battle Over "One Person, One Vote," Has Just Begun," *The American Prospect,* April 18, 2016. (with Carl Klarner).

Invited Blog Post, "Party competition is the primary driver of the recent increase in restrictive voter ID laws in the American states," London School of Economics, U.S. Politics and Policy, November 12, 2014 (with *William Hicks* and Seth McKee).

Op-Ed, "Rejected Ballots in Florida," *Florida Voices*, November 4, 2012 (with Michael Herron).

Op-Ed, "High ballot rejection rates should worry Florida voters," *Tampa Bay Times*, October 28, 2012 (with Michael Herron).

Op-Ed, "Voters need to push back against corporate cash," *St. Petersburg Times*, July 13, 2010.

Op-Ed, "A chance for Floridians to redraw rigged districts," *St. Petersburg Times*, November 25, 2009.

Op-Ed, "Lawmakers don't trust voters with the constitution," *Gainesville Sun*, October 21, 2006.

Op-Ed, "Jeb Bush's secret-squirrel hunt? Rocky, that's just a bunch of Bullwinkle," *Orlando Sentinel*, February 23, 2006.

Op-Ed, "Colorado: Independent of Whom?" Ballot Initiative Strategy Center, *Ballot Blog*, August 29, 2005.

Op-Ed, "Stop Political Fund-Raising Arm," *Gainesville Sun*, April 25, 2004 (with Nicole M. James).

Op-Ed, "Committees Hold the Secret to Campaign Financing," *St. Petersburg Times*, April 10, 2004 (with ***Nicole M. James***).

Letter, "Reform Ballot Initiative and Preserve the People's Power," *Miami Herald*, February 29, 2004.

Op-Ed, "No: The Rich Have Taken Over," *Denver Post*, December 1, 2002.

Op-Ed, "The Millionaire's Club: Why Leave Ballot Initiatives to the Rich?" *Denver Post*, August 18, 2002.

Op-Ed, "The Political Consequence of 'Praying for Peace,'" *The Crusading Guide* [Accra, Ghana], 12-18 October 2000.

Letter, "Book's [*Democracy Derailed* by David Broder] premise is problematic," *Denver Post*, May 28, 2000.

Letter, "Initiative process ignores rural voices," *Denver Rocky Mountain News*, March 15, 2000.

Op-Ed, "Progressives need to show initiative on ballot signatures," *Denver Post*, January 13, 2000.

Op-Ed, "Colorado should put campaign finance data on the Internet," *Denver Post*, November 4, 1998 (with Richard Braunstein).

Letter, "Follow the Money," *Washington Post*, October 12, 1998.

Op-Ed, "Voters behind rule," *Denver Post*, June 21, 1998.

Op-Ed, "Founders crafted safeguards against popular excesses," *Denver Post*, May 21, 1995.

***INVITED TALKS AND PROFESSIONAL PRESENTATIONS***

Invited Talk, "Riot in the Party? Voter Registrations in the Aftermath of January 6," University of Lund, Sweden, February 28, 2023.

Keynote Speaker, Alachua County Democratic Party, "The democratic Dilemma facing Democrats," Gainesville, FL, May 13, 2022.

Invited Panelist, "Briefing on Voting Rights in Florida," Testimony before the Florida Advisory Committee to the U.S. Commission on Civil Rights, March 28, 2022 [virtual].

Keynote Speaker, "The Threats to Faculty Free Speech in Florida," *Phi Sigma Alpha* Address, Southern Political Science Association, January 12, 2022 (with Sharon Austin and Michael McDonald) [virtual].

Invited Panelist, "Election Shifts in 2020 and Beyond:  Vote by Mail Organizing and Research Efforts," The Funders' Committee for Civic Participation, September 14, 2021 [virtual].

Invited Talk, "Voting in the Time of COVID-19," UF Retired Faculty, October 14, 2020 [virtual].

Invited Panelist, "Implications of Amendment 4 and SB 7066 on voting rights in Florida," Federal Bar Association (South Florida Chapter), September 3, 2020 [virtual].

Invited Panelist, "Hispanic Voting Rights," UF Hispanic Student Association [virtual], July 17, 2020.

Invited Talk, "Voting Rights in Florida," Marin County (CA) League of Women Voters [virtual], August 3, 2020.

Invited Panelist, "Voting Rights in Florida," All Voting is Local & The Leadership Conference on Civil and Human Rights, August 13, 2020 [virtual].

Invited Talk, "Ballot Design, Undervoting, and Pivotality: A Forensic Analysis of Florida's 2018 US Senate Race," Center for Voting and Parties, University of Copenhagen, Denmark, December 3, 2019.

Keynote Speaker, "6 Things Every Democrat Should Know about Florida Elections," Democratic Women's Club of Florida, 63rd Annual Convention, Orlando, September 14, 2019.

Invited Talk, "5 Things Every Floridian Should Know about Florida Elections," *Stetson University*, April 25, 2019.

Invited Talk, "The 2018 Mid-Term Elections," Graham Center, University of Florida, Gainesville, Florida, November 13, 2018.

Invited Talk, "Is a Blue Wave Coming? The 2018 General Election," FedCon, National Association of Retired Federal Employees Association, Jacksonville, Florida, August 28, 2018.

Invited Talk, "Voting Rights Litigation," ACLU of Florida, 2018 Lawyers Conference, Delray Beach, Florida, September 7, 2018.

Invited Panelist, "The Black Vote: Is it being taken for Granted?" *Collaboratively Woke and The Virginia Leadership Institute*, Downtown Alachua Public Library, Gainesville, Florida, June 23, 2018.

Invited Talk, "Public Records Requests and Analyzing Elections in Florida," The Bob Graham Center for Public Service, University of Florida, Gainesville, Civic Scholar Lecture, February 14, 2018.

Invited Talk, "Voting in Florida," Voter Suppression Forum, The Bob Graham Center for Public Service, University of Florida, Gainesville, November 13, 2017.

Invited Talk, "Journalist-Scholar Big Data Partnerships," Investigative Reporters and Editors, The National Institute for Computer-Assisted Reporting, Annual Conference, Jacksonville, FL, March 2, 2016.

Invited Talk, "Florida's Constitutional Revision Commission and Game Theory," Future of Florida Summit, University of Florida, Gainesville, Florida, February 18, 2016.

Invited Talk, "Explaining Trump's Win in Florida: 10 Election Myths and Realities," Graham Center, University of Florida, Gainesville, Florida, November 14, 2016.

Invited Response, Michael Kang (Emory School of Law) "Law and Politics of Judging Election Cases," University of Florida School of Law, Gainesville, Florida, November 4, 2016.

Invited Talk, "Patterns of Political Participation in Florida," Women, Race, and the U.S. Presidency, The Center for The Study of Race and Race Relations & The Center for Gender, Sexualities, and Women's Studies Research, University of Florida, Gainesville, October 13, 2016.

Invited Talk, "The Structural Pathologies of the American Electoral System," US Fulbright Association (UF International Center), Gainesville, September 27, 2016.

Invited Talk, "Registered Voters and Turnout in Alachua County," Gainesville Area Chamber of Commerce's Leadership Gainesville 43 Government and Policy Day, September 8, 2016.

Invited Talk, "The Politics of Voter Suppression in Florida," Santa Fe College, American Democracy Project, February 9, 2016.

Invited Talk, "The Contributions and Conundrums of Technology: EAVS Data Reporting Consistency," at The Evolution of Election Administration since the VRA, Auburn University, September 15, 2015 (with Lia Merivaki).

Invited Talk, "2014 Election Wrap-Up," Graham Center, University of Florida, Gainesville, Florida, November 6, 2014.

Roundtable Participant, "I Am A Millennial: The Importance of the Youth and Minority Vote," Graham Center, University of Florida, October 23, 2014.

Invited Talk, "Voting Rights in North Carolina," Emory University, Atlanta, April 8, 2014.

Keynote Speaker, "Anticipating 2014: The State of Voting Rights in Florida," Gainesville Labor Council, Gainesville, Florida, December 9, 2013.

Invited Talk, "Biometric registration and verification: Deterring voter fraud or inviting voter disenfranchisement? Corruption, Accountability, and Governance in Africa, Council on African Studies, Yale University, February 28, 2013.

Invited Talk, "Design Fail: The Attack on Voting Rights in Florida," University of Florida Retired Faculty, Harn Museum, University of Florida, February 22, 2013.

Keynote Speaker, "The Attack on Voting Rights in Florida," Gainesville Labor Council, Gainesville, Florida, December 10, 2012.

"Moved by the Spirit? Atmospherics and Ballot Measure Vote Choice," Initiatives and Referendums in the Elections of 2012, University of Southern California, November 16, 2012 (with Charles Dahan).

Invited Talk, "Design #Fail: Voting Rights in Florida," Graham Center's Election Wrap Up: Decision 2012, University of Florida, Gainesville, Florida, November 13, 2012.

Invited Talk, "Consolidating Representation in Ghana? Parliamentary Malapportionment and Rejected Ballots," *Stability Amidst Chaos: Reflections on Two Decades of Ghanaian Democracy*, Program of African Studies, Northwestern University, Chicago, Illinois, October 12, 2012.

Keynote Speaker, "Curtailing Voting Rights in Florida," *Civic Dialogues and the 2012 Election in the United States*, College of Central Florida, Ocala, Florida, October 22, 2012.

Keynote Speaker, "The Return of Jim Crow? Voting Rights Under Florida's House Bill 1355," League of Women Voters, Annual Fall Luncheon, Gainesville, Florida, September 11, 2012.

Invited Talk, "Litigating Voting Rights in Florida," 8th Judicial Circuit Florida Bar Association, Continuing Legal Education, Gainesville, Florida, September 21, 2012.

Invited Presentation, "The Impact of HB 1355 on Florida's Hispanics," Gator Academic Outreach Symposium, co-hosted by Hispanic Alumni Association and Miami-Dade College, Miami, FL, May 11, 2012.

Invited Talk, "Voting and Elections in the United States," US Embassy, Accra, Ghana, live satellite talk to US Embassy, Ivory Coast, October 3, 2011.

Invited Public Lecture, "Ghana's National Electoral Commission and the 2012 Elections: The Malapportionment of Parliamentary Constituencies, Rejected Ballots, and Questions of Representation," Department of Political

Science International Lecture Series, University of Ghana, Accra, Ghana, November 17, 2011. [Q&A followed by several media interviews, including RadioUniverse, Ghana Television Broadcasting and TV3].

Invited Public Lecture, "Assessing the Credibility of Public Opinion Polls," Ghana Center for Democratic Development (CDD-Ghana), Accra, Ghana, November 23, 2011. [Taped broadcast by TV3 and several FM stations].

Invited Talk, "Obama to Blame?" Penn State University, February 26, 2010.

Invited Talk, "Shirking the Initiative?" Rutgers University, November 6-7, 2008.

Invited Talk, "Granting Power to the People: The Adoption of Direct Democracy in the American States," Bose Series Lecturer, University of Iowa, Iowa City, November 7-10, 2007.

Invited Talk, "Instrumental Effects of the Initiative in the American States," The Voice of the Crowd—Colorado's Initiative, Byron R. White Center for the Study of American Constitutional Law, University of Colorado, Boulder, Old Supreme Court Chambers, Colorado State Capitol, Denver, January 26, 2007.

Invited Paper/Presentation, "Initiating Reform: The Effects of Ballot Measures on State Election and Ethics Policy," 2008 and Beyond: The Future of Election and Ethics Reform in the States, Ohio State Capital Building, Kent State University, January 16, 2007.

Invited Paper/Presentation, "Financing Ballot Measures in the American States," Financing Referendum Campaigns Conference, University of Zurich, Switzerland, October 27-29, 2006.

Invited Talk, "Pressure at the Polls/Ballot Initiatives," Capitol Beat Conference, Columbus, OH, August 2006.

Invited Talk, "Turnout and Priming Effects of Ballot Initiatives," Ballot Initiative Strategy Center Spring Briefing, National Education Association, Washington, DC, May 11, 2006.

Invited Talk, "The People as Legislators: The Influence of Direct Democracy," Moritz College of Law, Ohio State University. Columbus, OH, March 3, 2006.

Invited Public Debate, "Initiative Reform in Florida," *Orlando Regional Chamber of Commerce*, Orlando, FL, February 23, 2006.

Invited Talk, "Direct Democracy: The Battle over Citizen Lawmaking," *Minnesota Council of Nonprofits*, *Public Policy Day 2006: Nonprofits as a Force for Change*, Minneapolis, MN, January 26, 2006.

Keynote Speaker, "Taking the Initiative in Florida," *National Conference of Editorial Writers* Regional Conference, University of Central Florida, Orlando, FL, October 16, 2005.

Panelist, "The Educative Effects of Direct Democracy," *Direct Democracy: Historical Roots and Political Realities*, The Bill Lane Center for the Study of the North American West, Stanford University, Stanford, CA, April 14-15, 2005.

Panelist, "The Initiative and Referendum Process," *The 2004 Election: What Does it Mean for Campaigns and Governance?* University of Southern California Law School, Los Angeles, CA, October 8, 2004.

Invited Talk, "Florida's Initiative Process," Oak Hammock, Gainesville, FL, October 21, 2004.

Invited Talk, "Educated by Initiative," Oak Hammock, Gainesville, FL, October 6, 2004.

Invited Talk, "Are Initiatives Good or Bad for Business," *National Chamber of Commerce Federation*, Boca Raton, FL, February 22, 2004.

Panelist, "Roundtable on Florida Politics," *UF-FSU Colloquium*, Gainesville, FL, November 10, 2003.

Panelist, "Initiatives and Referenda: Implications for Public Administration and Governance," *National Academy of Public Administration*, Washington, DC, October 22, 2003.

Panelist, "Initiatives and Referenda: Direct Democracy or Government for Sale?" *New York Bar Association*, New York City, May 8, 2003.

Keynote Speaker, "Direct Democracy in Colorado: The (Sub)Urban-Rural Divide," *Colorado Water Congress Annual Meeting*, Denver, November 8, 2002.

Invited Talk, "Prospects for a Universal Health Care Ballot Initiative in Florida," Alachua County Labor Party, Gainesville, FL, January 25, 2002.

Invited Talk, "The 2000 Ghana Elections: Lessons for the Future," The Center for African Studies, *University of Florida*, Gainesville, August 28, 2001.

Panelist, "Graduate Studies in Canada and U.S.," *University of Ghana at Legon*, Accra, Ghana, March 14, 2001.

Invited Talk, "Media Coverage of the 2000 [Ghanaian] Elections," *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana, March 2, 2001.

Invited Talk, "Ghana's 2000 Elections: The 'Politics of Absence,'" *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana, February 20, 2001.

Panelist, "Special Forum on U.S. Presidential Elections 2000," *University of Ghana at Legon*, Accra, Ghana, November 21, 2000.

Invited Talk, "The Role of The Media in US Elections," *Public Affairs Section, United States Embassy*, Accra, Ghana, October 31, 2000.

Facilitator, "Three's A Crowd? The Fate of Third Parties in America," *Humanities Institute Salon*, Denver, May 4, 11, & 18, 2000.

Chair and Discussant, "Factors Affecting the Success of Initiatives," *Western Political Science Association Conference*, San Jose, March 24-26, 2000.

16

Invited Talk, "The Progressive Myth: Direct Democracy in Colorado, 1912," *Willamette University*, February 3, 2000.

Invited Talk, "The Initiative to Party: The Partisan - Ballot Initiative Nexus," *Willamette University*, February 3, 2000.

Invited Talk, "Taking the Initiative into the 21st Century," *Colorado Water Congress Annual Meeting*, Broomfield, January 27, 2000.

Invited Talk, "Foundations of the American Political System," *Zhejiang University*, Zhejiang, China, October 13, 1999.

Invited Talk, "Trade, Taiwan, Tiananmen, and Theft: Partisanship in US-China Relations," *Fudan University*, Shanghai, China, October 11, 1999.

Invited Talk, "Republicans, Democrats, and US-China Relations," *The People's University*, Beijing, China, October 9, 1999.

Invited Talk, "US-China Relations and the 2000 Presidential Election," *China Institute of Contemporary International Relations*, Beijing, China, October 7, 1999.

Invited Talk, "Taking the Initiative: The Role of Money in Ballot Initiatives in the US," *Aspen Community & Institute Committee*, Aspen, August 10, 1999.

Facilitator, "Taking the Initiative: The Politics of Direct Democracy in Colorado," *Humanities Institute Salon*, May 20, May 27, & June 3, 1999.

Invited Talk, "The State of Direct Democracy in Colorado," American Center Series, *University of Colorado at Boulder*, April 9, 1999.

Participant, "TABOR: Today & Tomorrow," Graduate School of Public Affairs, *University of Colorado at Denver*, January 20-21, 1999.

Keynote Speaker, *Colorado Water Congress Annual Meeting*, "The Initiative Process: What You Need to Know," November 10, 1998.

Invited Talk, "The Political Economy of the Bronco's New Stadium Proposal," George Washington High School, *Reach Out DU*, October 15, 1998.

Invited Talk, "The Political Economy of the Bronco's New Stadium Proposal," Cherry Creek High School, *Reach Out DU*, October 15, 1998.

Invited Talk, "Tax Crusaders and the Politics of Direct Democracy," Tattered Cover Bookstore, Denver, August 20, 1998.

Academic Session Leader, "The Politics of Building a New Broncos Stadium," West High School VIP Program, *University of Denver*, April 17, 1998.

Participant, "Proposition 13 and its Progeny: Is California Suffering from an Excess of Democracy?" Institute of Governmental Studies, *University of California, Berkeley*, April 1-2, 1998.

Moderator, "Politics 101," Student Forum, *University of Denver*, March 3, 1998.

Panelist, "Ways to use Technology in Teaching," Dean's Luncheon on Teaching and Learning, *University of Denver*, February 20, 1998.

Panelist, "The End of Empire in Ghana, 1957," The End of Empire: 50 Years of British Withdrawal, Center for Teaching International Relations, *University of Denver*, February 7, 1998.

Moderator, "1996 Candidate Forum," DU Programs Board, *University of Denver*, October 28, 1996.

Invited Talk, "Election 1996," KARIS Community, Denver, October 24, 1996.

Invited Talk, "*Faux* Populism: Douglas Bruce, Populist Entrepreneur, and the Anti-Tax Moment in Colorado," Humanities Institute, *University of Denver*, October 17, 1996.

Panelist, "The Federal Budget Battle," Sponsored by Omicron Delta Epsilon and Pi Sigma Alpha, *University of Denver*, October 2, 1995.

Invited Talk, "US Energy Policy," Highlands Ranch High School, *Reach Out DU*, November 10, 1995.

Panelist, "Study Abroad," Second Annual University Conference: Internationalization at the University of Denver, *University of Denver*, April, 1994.

Chair and Panelist, "African Studies," Second Annual University Conference: Internationalization at the University of Denver, *University of Denver*, April, 1994.

Panelist, "Public Policy and Work Force Participation: Making the School-to-Work Transition," Public Policy and Work Force Participation Seminar, *University of Pittsburgh*, September 15, 1993.

Rapporteur, "City$Money Conference," The La Follette Institute for Public Affairs, *University of Wisconsin-Madison*, February 4-6, 1992.

### CONFERENCE PAPER PRESENTATIONS

"Vote Method and Confidence in Elections," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Enrijeta Shino).

"A Blue Primary in a Reddish State: How Preferences are Shaped by Expectations, Issues, and Sexism," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Michael Martinez).

"Shared Language, Distinct Politics: A Deeper Look at Hispanic Vote Cohesion in South and Central Florida," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Brian Amos, Matt Barreto, Maxwell Clarke, Angela Gutierrez, Andy Jarrin, and Mike McDonald).

"Voting During a Pandemic: Convenience Voting and Youth Turnout," Southern Political Science Association Annual Meeting, January 12-15, 2022, St. Pete (with Danielle Dietz, Payton Lussier, Mike McDonald, Enrijeta Shino).

"Shared Language, Distinct Politics: A Deeper Look at Hispanic Vote Cohesion in South and Central Florida," American Political Science Association, Montreal, Canada, September 15-18, 2021 (with Angela Gutierez, Matt Barreto, Mike McDonald, and Brian Amos).

"Mail Voting and Voter Turnout," Election Sciences, Reform, and Administration, University of North Carolina, Charlotte, July 27-30, 2022 (with Michael P. McDonald, Enrijeta Shino, and Juliana Mucci).

"Jews for Trump: An Analysis of Voting and Vote Choice in Florida" Midwest Political Science Association annual meeting. Chicago, March 7-10, 2022 (with Payton Lussier).

"Riot in the Party: Party Registration Switching in the Aftermath of the January 6, 2021, Capitol Insurrection," Midwest Political Science Association annual meeting. Chicago, March 7-10, 2022 (with Sara Loving).

"Who Stands Next to Whom? Voting Lines and Political Polarization," Midwest Political Science Association annual meeting. Chicago, March 7-10. 2022 (with John Cho and Michael Herron).

"Gauging Public Opinion Toward Accessory Dwelling Units (ADUs)," *Florida Political Science Association* annual meeting, Bethune-Cookman University, Daytona, March 26, 2022 (with William Bullen, Danielle Dietz, Colson Douglas, Payton Lussier, and Gaby Zwolfer).

"The Changing South in Presidential Elections, 2008-2020," Symposium on Southern Politics, The Citadel, Charleston, South Carolina, March 4-5, 2022 (with Trey Hood, Robert Lupton, and Seth McKee).

"Did Ballot Design Oust a US Senator? A Study of the 2018 Election in Florida," Conference on Empirical Legal Studies, University of Toronto Law School, Toronto, Canada, March 18-19, 2022 (with Michael C. Herron, Marc Meredith, Michael Morse, & Michael Martinez).

"The Expansion of Mail Voting and the Impact on Voter Turnout in the 2020 General Election," Southern Political Science Association Annual Meeting, January 12-15, 2022, San Antonio (with Juliana Mucci, Michael P. McDonald, and Enrijeta Shino).

"Riot in the Party: Voter Registrations in the Aftermath of the January 6, 2021, Capitol Insurrection," State of the Parties*: 2020 and Beyond Virtual Conference.* Ray C. Bliss Institute for Applied Politics, Akron, OH, November 5, 2021 (with Sara Loving).

"The Disparate Impact of Voting Restrictions on Persons of Color in Florida," American Political Science Association, Seattle, WA, September 29-October 2, 2021 (with Brandi Martinez, Enrijeta Shino, and LaRaven Temoney).

"The Racial Politics of Early In-Person voting and Ballot Access in Georgia," American Political Science Association, Seattle, WA, September 29-October 2, 2021 (with Michael C. Herron and Enrijeta Shino).

"The Behavioral Effects of Redistricting," Florida Political Science Association Annual Meeting, March 27, 2021 [virtual] (with Brian Amos, Enrijeta Shino, and Seth McKee).

"The Electoral Landscape after a Natural Disaster: Hurricane Michael's Effect on Turnout in Florida," Southern Political Science Association Annual Meeting, January 8-11, 2020, San Juan, Puerto Rico (with William A. Zelin).

"The Turnout Effects of Spanish Language Voting Materials," Southern Political Science Association Annual Meeting, January 8-11, 2020, San Juan, Puerto Rico (with Emily Boykin and Jenna Tingum).

"Voter Registration after Parkland and Early Voting on College Campuses," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Enrijeta Shino).

"Did Ballot Design Oust a US Senator? A Study of the 2018 Election in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Michael C. Herron & Michael Martinez).

"Barriers to Registering Returning Citizens in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019.

"Ballot Design, Voter Intentions, and Representation: A Study of the 2018 Midterm Election in Florida," Election Sciences, Reform, and Administration, University of Pennsylvania, July 10-12, 201 (with Michael C. Herron & Michael Martinez).

"Mobilizing the Youth Vote? Early Voting on College Campuses in Florida," 19th State Politics and Policy Conference at the University of Maryland, May 30-June 1, 2019 (with Enrijeta Shino).

"Did Ballot-Design Outs an Incumbent Senator? A Study of the 2018 Midterm Election in Florida," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Michael Herron and Michael Martinez).

"Election Administration and Public Records Responsiveness," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Enrijeta Shino, Anna Baringer, Justin Eichermuller, and William Zelin).

"Voter Registration after Parkland and Early Voting on College Campuses," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Enrijeta Shino).

"Did Ballot Design Oust a US Senator? A Study of the 2018 Election in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019 (with Michael C. Herron & Michael Martinez).

"Barriers to Registering Returning Citizens in Florida," American Political Science Association, Washington, DC, August 28-September 1, 2019.

"Ballot Design, Voter Intentions, and Representation: A Study of the 2018 Midterm Election in Florida," Election Sciences, Reform, and Administration, University of Pennsylvania, July 10-12, 2019 (with Michael C. Herron & Michael Martinez).

"Mobilizing the Youth Vote? Early Voting on College Campuses in Florida," 19th State Politics and Policy Conference at the University of Maryland, May 30-June 1, 2019 (with Enrijeta Shino).

"Did Ballot-Design Outs an Incumbent Senator? A Study of the 2018 Midterm Election in Florida," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Michael Herron and Michael Martinez).

"Election Administration and Public Records Responsiveness," Midwest Political Science Association Annual Meeting, April 4-7, 2019, Chicago (with Enrijeta Shino, Anna Baringer, Justin Eichermuller, and William Zelin).

"Estimating the Differential Effects of Purging Inactive Registered Voters," American Political Science Association, Boston MA, August 28-September 1, 2018 (with Michael C. Herron).

"Estimating the Differential Effects of Purging Inactive Registered Voters," Election Sciences, Reform, and Administration, University of Wisconsin-Madison, July 26-27, 2018 (with Michael C. Herron).

"Exact-Match Voter List Verification and Turnout," 18th State Politics and Policy Conference at Penn State, June 7-9, 2018 (with Michael P. McDonald, Pedro Otálora, and Enrijeta Shino).

"Estimating the Differential Effects of Purging Inactive Registered Voters," at the 18th State Politics and Policy Conference at Penn State, June 7-9, 2018 (with Michael C. Herron).

"Who are Provisional Voters? Evidence from North Carolina," Midwest Political Science Association Annual Meeting, April 5-8, 2018, Chicago (with Lia Merivaki).

"A History and Analysis of Black Representation in Southern State Legislatures," Symposium on Southern Politics, The Citadel, Charleston, South Carolina, March 1-2, 2018 (with Charles S. Bullock III, William D. Hicks, M. V. (Trey) Hood III, Seth C. McKee, and Adam Myers).

"Who are Provisional Voters? Evidence from North Carolina," Southern Political Science Association Annual Meeting, January 4-7, 2018, New Orleans (with Lia Merivaki).

"Naturalizing the Party: Party Registration and Voter Turnout of Foreign-Born Citizens," State of the Party: 2016 & Beyond, November 10, 2017, Ray C. Bliss Institute of Applied Politics, University of Akron, Ohio (with Lidia Kurganova).

"The Erosion of Liberal Democracy: Dissensus and Ideology in America," American Political Science Association, San Francisco, August 31-September 3, 2017 (with William D. Hicks and Seth C. McKee.

"Early Voting Availability and Turnout in Florida and North Carolina," American Political Science Association, San Francisco, August 31-September 3, 2017 (with David Cottrell and Michael C. Herron).

"Determinants of County Level Voter Turnout, 1970-2016," American Political Science Association, San Francisco, August 31-September 3, 2017 (with Carl Klarner, Brian Amos, and Michael P. McDonald).

"Waiting to Vote: Using EViD Data to Assess the Electoral Consequences of Long Voting Lines," Midwest Political Science Association annual meetings, April 6-9, 2017, Chicago (with David Cottrell and Michael C. Herron).

"Timing the Habit: Voter Registration and Turnout in the American States," American Political Science Association, Philadelphia, September 1-4, 2016 (with Enrijeta Shino).

"Revisiting Majority-Minority Districts and Black Representation," American Political Science Association, Philadelphia, September 1-4, 2016 (with Seth C. McKee, William D. Hicks; Carl E. Klaner).

"Defending Democracy: How Political Scientists Are Engaging in the Fight over Voting Rights (and Why You and Your Dept. Should too)," APSA Roundtable with Theda Skocpol, Presented by the Scholars Strategy Network, American Political Science Association, Philadelphia, September 1-4, 2016.

"Timing the Habit: Voter Registration and Turnout in the American States," State Politics and Policy Conference, University of Texas at Dallas, May 19-21, 2016 (with Enrijeta Shino).

"Revisiting Majority-Minority Districts and Descriptive Representation," State Politics and Policy Conference, University of Texas at Dallas, May 19-21, 2016 (with Seth C. McKee, William D. Hicks; Carl E. Klarner).

"Purging Participation? Eligibility Challenges, Psychological Reactance, and the Decision to Vote," Midwest Political Science Association annual meetings, April 7-10, 2016, Chicago (with Daniel Biggers and Bryce Freeman).

"Missing Black Men and Representation in American Political Institutions," Midwest Political Science Association annual meetings, April 7-10, 2016, Chicago (with David Cottrell, Michael Herron, and Javier Rodriguez).

"Early Voting Effects on Pre-Election Poll Estimates," Southern Political Science Association, January 7-10, 2016, San Juan, Puerto Rico (with Michael P. McDonald, Michael D. Martinez, and Chris McCarty).

"Your Ballot's in the Mail: The Effects of Unsolicited Absentee Ballots," American Political Science Association, San Francisco, September 1-4, 2015 (with Michael Martinez)

"A Reassessment of the Turnout Effects in of Election Reforms in the United States," American Political Science Association, San Francisco, September 1-4, 2015 (with Michael P. McDonald and Enrijeta Shino).

"Reprecincting and Voting Behavior," American Political Science Association, San Francisco, September 1-4, 2015 (with Brian Amos and Casey Ste. Claire)

"Looks Can Be Deceiving: Explaining Support for Online Voter Registration in the American States," State Politics and Policy Conference, California State University, Sacramento, May 28-30, 2015 (with William Hicks and Seth McKee).

"Public Opinion on Statewide Ballot Measures," State Politics and Policy Conference, California State University, Sacramento, May 28-30, 2015 (with Diana Forster).

"Early Voting Effects on Pre-Election Poll Estimates," American Association for Public Opinion Research Annual Conference, May 14-17, 2015, Hollywood, Florida (with Michael P. McDonald, Michael D. Martinez, and Chris McCarty).

"Dumbing Down the Electorate? Assessing the Political Knowledge of Early Voters," Midwest Political Science Association annual meetings, April 15-19, 2015, Chicago (with Enrijeta Shino).

"Race, Shelby County, and the Voter Information Verification Act in North Carolina," American Political Science Association, Washington, DC, August 27-31, 2014 (with Michael C. Herron).

"Who Signs? Ballot Petition Signatures as Political Participation," American Political Science Association, Washington, DC, August 27-31, 2014 (with Diana Forster and Brian Amos).

"Race, Shelby County, and the Voter Information Verification Act in North Carolina," State Politics and Policy Conference, Indiana University, Bloomington, IN, May 15-17, 2014 (with Michael C. Herron).

"The Effects of Spatial Proximity on Voting," State Politics and Policy Conference, Indiana University, Bloomington, IN, May 15-17, 2014 (with Kenton Ngo).

"Race, Shelby County, and the Voter Information Verification Act in North Carolina," Midwest Political Science Association Conference, Chicago, April 3-6, 2014 (with Michael C. Herron).

"Beyond Regulatory Interpretation: The Demand and Supply of Provisional Ballots in Florida," Symposium on Regulation in the U.S. States, DeVoe Center, Florida State University, Tallahassee, February 21, 2014 (with Lia Merivaki).

"Evolution of an Issue: Voter ID Laws in the American States," American Political Science Association Conference, Chicago, August 28-September 2, 2013 (with Seth McKee, William Hicks, and Mitch Sellers).

"Closing the Door on Democracy": Early Voting and Participation in Florida," American Political Science Association Conference, Chicago, August 28-September 2, 2013 (with Michael Herron).

"Evolution of an Issue: Voter ID Laws in the American States," State Politics and Policy Quarterly 13th annual conference, University of Iowa, Iowa City, IA, May 23-25, 2013 (with Seth McKee, William Hicks, and Mitch Sellers).

"Early Voting in Florida in the Aftermath of House Bill 1355," State Politics and Policy Quarterly 13th annual conference, University of Iowa, Iowa City, IA, May 23-25, 2013 (with Michael Herron).

"Racial Disparities in Provisional Ballot Rejection Rates," Midwest Political Science Association Conference, Chicago, April 11-14, 2013 (with Michael Herron).

"Who Registers? The Differential Impact of Florida's House Bill 1355 on Voter Registration," American Political Science Association Conference, New Orleans, August 30-September 2, 2012 (with Michael Herron).

"The Effect of Polling Locations Upon Vote Choice: A Natural Experiment," Southern Political Science Association Conference, Orlando, January 3-5, 2013 (with Charles Dahan).

"Casting and Verifying Provisional Ballots in Florida," Southern Political Science Association Conference, Orlando, January 3-5, 2013 (with Lia Merivaki).

"Who Registers? The Differential Impact of Florida's House Bill 1355 on Voter Registration," American Political Science Association Conference, New Orleans, August 30-September 2, 2012 (with Michael Herron).

"The Participatory Impact of Truncating Early Voting in Florida," State Politics and Policy Quarterly 12th annual conference, Rice University, Houston, TX, February 16 – February 18, 2012 (with Michael Herron).

"Engaging Potential Voters? The Collection of Valid Signatures on Ballot Petitions," State Politics and Policy Quarterly 11th annual conference, Dartmouth University, June 4-6, 2011 (with Diana Forster).

"Pledging Democracy: Congressional Support for a National Advisory Initiative and Referendum," Southern Political Science Association, January 5-8, 2011, New Orleans (presented by Matthew Harrigan).

"We Know What You Did Last Summer: The Impact of Petition Signing on Voter Turnout," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010 (with Janine Parry and Shayne Henry).

"Reassessing Direct Democracy and Civic Engagement: A Panel Study of the 2008 Election," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010 (with Caroline J. Tolbert and Amanda Frost).

"Generating Scholarship from Public Service: Media Work, Nonprofit Foundation Service, and Legal Expert Consulting," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010.

"Obama to Blame: Minority Surge Voters and the Ban on Same-Sex Marriage in Florida," American Political Science Association Conference, Toronto, September 2-5, 2009 (with Stephanie Slade).

"State Context and Support for a National Referendum in the U.S." State Politics and Policy Quarterly 9th annual conference, UNC Chapel Hill/Duke University, May 22-23, 2009 (with Caroline J. Tolbert and Amanda Frost).

"Direct Democracy, Opinion Formation, and Candidate Choice," American Political Science Association Conference, Boston, August 2008 (with Caroline J. Tolbert).

"The Legislative Regulation of the Initiative," State Politics and Policy Quarterly 8th annual conference, Temple University, Philadelphia, PA, May 30-31, 2008.

"The Initiative to Shirk? The Effects of Ballot Measures on Congressional Voting Behavior," State Politics and Policy Quarterly 8th annual conference, Temple University, Philadelphia, PA, May 30-31, 2008 (with Josh Huder and Jordan Ragusa).

"Participatory-Based Trust? Political Trust and Direct Democracy," American Political Science Association Conference, Chicago, August 2007 (with Caroline J. Tolbert and Daniel Bowen).

"Giving Power to the People: The Adoption of Direct Democracy in the American States," Western Political Science Association Conference, Las Vegas, NV, March 7-9, 2007 (with Dustin Fridkin)

"Mass Support for Redistricting Reform: District and Statewide Representational Winners and Losers," State Politics and Policy Quarterly 7th annual conference, Austin, TX, February 22-24, 2007 (with Caroline J. Tolbert and John C. Green).

"Mass Support for Redistricting Reform: Partisanship and Representational Winners and Losers," American Political Science Association Conference, Philadelphia, August 2006 (with Caroline J. Tolbert and John C. Green).

"Gaming the System: The Effect of BCRA on State Party Finance Activities." *The State of the Parties: 2004 & Beyond*. Ray C. Bliss Institute for Applied Politics, Akron, OH, October 2005 (with Susan Orr).

"Do State-Level Ballot Measures Affect Presidential Elections?" *American Political Science Association Conference*, Washington, D.C., September 1-4, 2005 (with Caroline Tolbert and Todd Donovan).

"Did Gay Marriage Elect George W. Bush?" *Fifth Annual Conference on State Politics and Policy*, Michigan State University, East Lansing, MI, May 13-14, 2005 (with Todd Donovan, Caroline Tolbert, and Janine Parry).

"Was Rove Right? Evangelicals and the Impact of Gay Marriage in the 2004 Election." *Fifth Annual Conference on State Politics and Policy*, Michigan State University, East Lansing, MI, May 13-14, 2005 (with Matt DeSantis and Jason Kassel).

"Partisanship, Direct Democracy, and Candidate Choice," *Midwest Political Science Association Conference*, Chicago, IL, April 7-10, 2005 (with Caroline Tolbert and Todd Donovan).

"Did Gay Marriage Elect the President? Mobilizing Effects of Ballot Measures in the 2004 Election," *Western Political Science Association Conference*, Oakland, CA, March 17-19, 2005 (with Todd Donovan and Caroline Tolbert).

"Initiatives and Referendums: The Effects of Direct Democracy on Candidate Elections," Conference on *What We Know and Don't Know about Campaigns and Elections, Graduate Program in Political Campaigning,* University of Florida, Gainesville, FL, February 24-5, 2005.

"Was Rove Right? The Partisan Wedge and Turnout Effects of Issue 1, Ohio's 2004 Ballot Initiative to Ban Gay Marriage," *University of California Center for the Study of Democracy/USC-Caltech Center for the Study of Law and Politics/Initiative and Referendum Institute Conference*, Newport Beach, CA, January 14-15, 2005.

"The Educative Effects of Direct Democracy on Voter Turnout," *American Political Science Association Conference*, Chicago, IL, September 1-5, 2004 (with Caroline Tolbert).

"Turning On and Turning Out: Assessing the Indirect Effects of Ballot Measures on Voter Participation," *Fourth Annual Conference on State Politics and Policy*, Kent State University, Kent, OH, April 30-May 2, 2004 (with Todd Donovan).

"Veiled Political Actors: The Real Threat to Campaign Finance Disclosure Statutes?" *Midwest Political Science Association Conference*, Chicago, April 14-18, 2004 (with Elizabeth Garrett).

"Elephants, Umbrellas, and Quarrelling Cocks: Disaggregating Party Identification in Ghana's Fourth Republic," *Western Political Science Association Conference*, Portland, OR, March 11-13, 2004 (with Kevin Fridy).

"Gaming the System: State Party Finance Activities in Colorado and Florida," Southern Political Science Association Conference, New Orleans, January 7-10, 2004.

"The Educative Effects of Direct Democracy: Ballot Campaigns and Civic Engagement in the American States," Societa Italiana di Studi Elettorali (SISE) VIIIth International Conference on Electoral Campaigns (Initiative and Referendum),Venice, Italy, December 18-20, 2003.

"In the Wake of Prop. 13," *American Political Science Association Conference*, Philadelphia, PA, August 27-31, 2003.

"Soft Money and Issue Advocacy in the 2002 Colorado 7th Congressional District Election," *Western Political Science Association Conference*, Denver, CO, March 26-30, 2003.

"Educated by Initiative: Direct Democracy and Civic Engagement in the American States," *Third Annual Conference on State Politics and Policy*, University of Arizona, Tucson, AZ, March 14-15, 2003 (with Caroline Tolbert).

"Ballot Initiatives and the (Sub)Urban/Rural Divide in Colorado," *Colorado's Future: How Can We Meet the Needs of a Changing State*? University of Colorado at Colorado Springs, September 27, 2002.

"Representation and the Spatial Dimension of Direct Democracy," *American Political Science Association Conference*, Boston, MA, August 29-September 1, 2002.

"Representation and the Spatial Bias of Direct Democracy," *Second Annual Conference on State Politics and Policy*," University of Wisconsin-Milwaukee, Milwaukee, WI, May 24-25, 2002.

"Minority Rights and the Spatial Bias of Direct Democracy," *Southwestern Political Science Association Conference*, New Orleans, LA, March 27-30, 2002.

"Representation and the Urban Bias of Direct Democracy," *Western Political Science Association Conference*, Long Beach, CA, March 21-24 2002.

"Ghost Busters: The Structural Underpinnings and Politics of Ghana's 2000 Elections," *African Studies Association Conference*, Houston, TX, November 15-18, 2001.

"The Effect of Ballot Initiatives on Voter Turnout," *American Political Science Association Conference*, Washington, DC, August 31-September 3, 2000 (with Caroline Tolbert).

"Campaign Finance of Ballot Initiatives," *National Direct Democracy Conference*, University of Virginia's Center for Governmental Studies, Charlottesville, VA, June 8-9, 2000.

"Meet the Authors Roundtable: Recent Books on Direct Democracy in the States," *Midwest Political Science Association Conference*, Chicago, April 27-30, 2000.

"Counter-Majoritarian Bills and Legislative Response of State Ballot Initiatives," *Western Political Science Association Conference*, San Jose, March 24-26, 2000.

"The Gun Behind the Door Fires Blanks," *Pacific Northwest Political Science Association Conference*, Eugene, OR, October 14-16, 1999.

"Orange Crush: Mobilization of Bias, Ballot Initiatives, and the Politics of Professional Sports Stadia," *American Political Science Association Conference*, Atlanta, September 2-5, 1999 (with Sure Log).

"Direct Democracy in Colorado: Limited Information, Tough Choices," A Century of Citizen Lawmaking: Initiative and Referendum in America, *Initiative and Referendum Institute*, Washington, D.C., May 6-8, 1999.

"The Initiative to Party: The Role of Political Parties in State Ballot Measures," *Western Political Science Association Conference*, Seattle, March 25-28, 1999.

"Direct Democracy in the Late 20th Century: The Legacy(ies) of Prop. 13," Roundtable, *American Political Science Association Conference*, Boston, September 3-6, 1998.

"The Legacy of Howard Jarvis and Proposition 13? Tax Limitation Initiatives in 1996," *Western Political Science Association Conference*, Los Angeles, March 19-21, 1998.

"Special Interests and the Initiative Process in Colorado: The Case of the Parental Rights Amendment" (with Robert Herrington), Poster Session, *American Political Science Association Conference*, Washington, D.C., August 28-31, 1997.

"Howard Jarvis, Populist Entrepreneur: Reevaluating Causes of Proposition 13," *Western Political Science Association Conference*, Tucson, March 13-15, 1997.

"Guided Immersion: A Non-Traditional Study Abroad Program at the University of Ghana at Legon," *Midwest Political Science Association Conference*, Chicago, April 10-12, 1997.

"Exploring the Political Dimension of Privatization: A Tale of Two Cities" (with Kevin Leyden), *Midwest Political Science Association Conference*, Chicago, April 18-20, 1996.

"Populist Entrepreneur: Douglas Bruce and the Tax Limitation Movement in Colorado," *20th Annual Interdisciplinary Symposium of the Politics and Culture of the Great Plains*, Lincoln, April 11-13, 1996.

"*Faux* Populism: Douglas Bruce and the Anti-Tax *Moment* in Colorado, 1986-1992," *Western Political Science Association Conference*, San Francisco, March 14-16, 1996.

"Insular Democracy: Advisory Councils and Task Forces in the American States," *Western Political Science Association Conference* , Portland, March 1995.

"Supporting Labor-Management Initiatives at the State Level: The Case of the West Virginia Labor-Management Advisory Council," *Southern Industrial Relations and Human Resource Conference*, Morgantown, WV, October 1994.

"State Autonomy, Capacity, and Coherence: Labor-Management Councils in the American States," *Western Political Science Association Conference*, Albuquerque, March 1994.

"Removing the Pluralist Blinders: Labor-Management Councils and Industrial Policy in the American States," *American Political Science Association Conference*, Chicago, September 1992.

"You Can't Live with Them...The Emerging Role of Organized Labor in Industrial Policy in the American States," *Midwest Political Science Association Conference*, Chicago, April 1992.

"It Can Happen Here: Apprenticeship, Workplace-based Learning, and the Affirmative Role of Unions" (with Eric Parker), *Southwestern Political Science Association Conference*, Austin, TX, March 1992.

"The Affirmative Role of U.S. Unions in Restructuring" (with Eric Parker), *American Sociological Association Conference*, Indianapolis, IN, August 1991.

"Economic Development Strategy and the Problem of Skills: The Case of Wisconsin's Advanced Metalworking Sector" (with Eric Parker), *American Society for Public Administration Conference*, Cleveland, OH, October 1990.

### *EDITORIAL/ADVISORY BOARDS/REVIEWER*

Review Board, National Science Foundation, Accountable Institutions and Behavior, 2016; 2020; 2021; 2022

Editorial Board, *Journal of Election Administration Research and Practice*, 2021–

Editorial Board, *State Politics and Policy*, 1999-2007; 2014-2016

Editorial Board, *Election Law Journal*, 2012-2016.

Review Board, *American Political Science Association (APSA) Small Research Grant Program*, 2004-05.

Review Board, *Fulbright/APSA Congressional Fellowship Program*, 2002-2005.

Academic Advisory Board, *Annual Editions, State & Local Government*, 1995-2015.

Sub-Field Editor, *State Politics*, *FirstResearch*, 1999-2001.

### *PROFESSIONAL MEMBERSHIPS*

American Political Science Association, 1990-

State Politics and Policy Section, 2000-

President, 2013-2015

Executive Council, 2010-2012

Political Organizations and Parties Section, 2000-

Elections, Public Opinion, and Voting Behavior, 2000-

Chair, EPOVB Emerging Scholar Award, 2022

Midwest Political Science Association, 1990-

Southern Political Science Association, 2001-

Western Political Science Association, 1994-

Local Co-Host, Annual Meeting (Denver), 2003

Chair, Committee on Membership, Attendance, and Registration, 1998-2000

Section Chair, State Politics and Policy, 1999 Annual Conference (Seattle)

Member, Charles Redd Politics of the American West Award Committee, 1999

Chair, Best Dissertation Award Committee, 1999-2001

Florida Political Science Association (1994-)

Chair, State Politics, 2004 Annual Conference (Gainesville)

### *PROFESSIONAL APPOINTMENTS*

Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2011.

Research Scholar, *Bill Lane Center for the Study of the American West*, Stanford University, 2007.

Senior Research Scholar, *Ballot Initiative Strategy Center Foundation (BISCF)*, Nonprofit 501 (c)(3), Washington, DC, (www.ballot.org), 2006.

Board of Directors, *Ballot Initiative Strategy Center Foundation (BISCF)*, Nonprofit 501 (c)(3), Washington, DC, 2000-2019.

Board of Scholars, *Initiative & Referendum Institute*, USC Law School, University of Southern California, 2004-.

Senior Research Fellow, *Initiative & Referendum Institute*, Washington, DC, 1998-2003.

Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2000-01.

President & Co-Founder, *Citizens Institute for Voter Information in Colorado* (*CIVIC*), Denver, CO, 1998-2001.

### *UNIVERSITY SERVICE*
### *University of Florida*

**College/University**

Appointed Member, Linguistics Department Chair Search, 2020-21

Appointed Member, Latin American Studies Search Committee (Latino Studies), 2014-15

Appointed Member, Political Science/African Studies Search Committee, 2013-14
Appointed Member, 20th Century American History Search Committee (History), 2008-09
Appointed Member, Latino Studies Search Committee (LAS), 2006-07
Departmental Representative, United Faculty of Florida, 2005-2008
Alternate Senator, United Faculty of Florida, 2005-06
State Delegate, Florida Education Association, 2005-06
Elected Member, College of Arts and Sciences, Nominating Committee, 2004-06
Appointed Member, University of Florida Fulbright Committee, 2003-07

**Department**
Chair, 2017-
Graduate Coordinator, 2014-2016
Associate Chair, 2013-2014
Appointed Member, Informatics Search Committee (Departmental Representative), 2013-14
Appointed Member, Promotion (Full) Review Committee (Service), Leonardo Villalon, 2011
Appointed Member, Promotion (Full) Review Committee (Research), Badredine Arfi, 2010
Elected Member, Chair's Advisory Committee, 2004-05; 2006-07 (Chair); 2007-08 (Chair); 2010-11; 2012-13
Elected Member, Chair Search Committee, 2004; 2009
Appointed Member, Tenure Review Committee (Research), Daniel O'Neill, 2008
Appointed Faculty Mentor, State Senator Mike Haridopolos, 2008-09
Appointed Member, Strategic Planning Committee, 2008-09
Appointed Director, Graduate Program in Political Campaigning, 2007-11
Appointed Member, Committee to establish Undergraduate Certificate in Political Campaigning, 2007
Elected Member, Market Equity Committee, 2006-07 (Chair); 2007-08; 2008-09 (Chair)
Appointed Internship Coordinator, 2005-
Elected Member, Merit Committee, 2004-05; 2005-06; 2006-07 (Chair)
Appointed Faculty Mentor, Marcus Hendershot, 2006-
Appointed Faculty Mentor, Helena Rodriques, 2005-06
Appointed Member, Ad-Hoc Graduate Teaching Committee, 2005-06
Appointed Member (Chair), Latino Politics Search Committee, 2004-05
Appointed Member, Tenure and Promotion Committee (Samuel Barkin), 2004.
Appointed Member, Mid-Career and Mentoring Task Force, 2004-05
Appointed Member, Speakers Committee (Chair), 2003-05.
Appointed Member, Tenure and Promotion Committee (Richard Conley), 2003.

*University of Denver*
Social Science Promotion and Tenure Committee, 1999-2000
Joint Ph.D. Program in Religious and Theological Studies, (with *Iliff School of Theology*), 1999-2002
AH/SOCS Grade Appeals Committee, 1999-2001
*Phi Beta Kappa* Selection Committee, *Gamma* of Colorado, 1998-2002
Partners in Scholarship (PINS) Committee, 1997-2000
AH/SOCS Elected Faculty Committee, 1996-98
Post-Tenure Review Committee, 1996-98
SOAR (Summer Orientation), 1997-2000
Faculty Senate Representative, 1995-1996
Study Abroad Faculty Advisory Committee, 1995-2000
Study Abroad Travel Scholarships Committee, 1995-2000
Faculty Member, Culture and Critical Studies Program, 1995-2000
Faculty Mentor, 1995-2000
Reach-Out DU, 1995-2000
Advisor, Department of Political Science Honors Program, 1995-1996

*MEDIA INTERVIEWS*
Quoted more than 1,000 times by the media (newspaper, radio, television) on various political issues, including the *New York Times, Wall Street Journal, Washington Post, USA Today, Bloomberg, The Economist, Newsweek, Time, CNN, CBS News, Fox News, National Public Radio, Tampa Bay Times, Miami Herald, Florida Times-Union, San Francisco Chronicle, Los Angeles Times, Chicago Tribune, Boston Globe*, etc.