# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF TEXAS, et al., <br><br> Defendants. | Case No. 5:21-CV-844-XR <br> (Consolidated Cases) |

## NOTICE OF CORRECTED APPENDIX A TO JOINT PRETRIAL ORDER

Plaintiffs hereby submit a Corrected Appendix A to the Joint Pretrial Order, (ECF No. 753) filed on Tuesday, September 5, 2023. The Corrected Appendix A to the Joint Pretrial is attached to this Notice and should replace ECF No. 753-1.

DATED: September 9, 2023

Respectfully submitted,

*/s/ Jennifer Holmes*
Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
    Telephone: (202) 682-1300
    Facsimile: (202) 682-1312
    jholmes@naacpldf.org

Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
    Telephone: (212) 965-2200
    Facsimile: (212) 226-7592
    abadat@naacpldf.org

vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

J. Michael Showalter*
ARENTFOX SCHIFF LLP
South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5561
j.michael.showalter@afslaw.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 9, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Jennifer Holmes*
Jennifer A. Holmes*