**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | |
| | § | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | § | [Lead Case] |
| | § | |
| *Defendants.* | § | |
| | § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § | |
| | § | |
| *Intervenor-Defendants.* | § | |

## LUPE PLAINTIFFS' FIRST AMENDED EXHIBIT LIST

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-001 | Expert Report of Dr. Andres Tijerina, PhD, February 2022 | | 7/28/2023 |
| LUPE-002 | Expert Report of Dr. Douglas L. Kruse, PhD, February 2022 | | 7/28/2023 |
| LUPE-003 | Expert Report of Dr. Henry Flores, PhD, February 2022 | | 7/28/2023 |
| LUPE-004 | Travis County, Signed Oaths of Assistance, November 2020 General (Election Day) | 064.102649 | 7/28/2023 |
| LUPE-005 | Travis County, Signed Oaths of Assistance, November 2020 General (Early Voting) | 064.103937 | 7/28/2023 |
| LUPE-006 | Travis County, Signed Oaths of Assistance, March 2020 Primary (Early Voting) | 064.107140 | 7/28/2023 |
| LUPE-007 | Travis County, Signed Oaths of Assistance, July 2020 Primary Runoff (Election Day) | 064.107933 | 7/28/2023 |
| LUPE-008 | Travis County, Signed Oaths of Assistance, July 2020 Primary Runoff (Early Voting) | 064.108303 | 7/28/2023 |
| LUPE-009 | Blank Form, Revised Mail Ballot Carrier Envelope, July 2022 | 064.134344 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-010 | Travis County Spreadsheet, Rejected Mail Ballots, November 2022 | 064.128590 | 7/28/2023 |
| LUPE-011 | Travis County Spreadsheet, Mail Ballot Statuses, November 2022 | 064.134441 | 7/28/2023 |
| LUPE-012 | Email from Todd Forrister to Travis County Elections, March 2023 | 064.134761 | 7/28/2023 |
| LUPE-013 | Lisa Wise 4/14 Deposition Exhibit 9 - SOS Presentation, Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope, February 2022 | EPC000456 | 7/28/2023 |
| LUPE-014 | El Paso County Spreadsheet, List of voters who received assistance or voted curbside, March 2020 | EPC000589 | 7/28/2023 |
| LUPE-015 | Email from Melissa Rosales to Lisa Wise, May 2017 | EPC000736 | 7/28/2023 |
| LUPE-016 | Email from Lisa Wise to David Stout, et al, January 2022 | EPC006520 | 7/28/2023 |
| LUPE-017 | Email from Andres Candelaria to Lisa Wise, March 2022 | EPC006895 | 7/28/2023 |
| LUPE-018 | El Paso County Presentation, Early Voting Election Worker Training March 2022 Primary Election, March 2022 | EPC007124 | 7/28/2023 |
| LUPE-019 | SOS Presentation, Poll Watchers, August 2023 | EPC008003 | 7/28/2023 |
| LUPE-020 | Email from Texas SOS Press Office to Lisa Wise, September 2022 | EPC008669 | 7/28/2023 |
| LUPE-021 | El Paso County Spreadsheet, 2022 December 2022 Runoff - Ballot List, December 2022 | EPC008940 | 7/28/2023 |
| LUPE-022 | El Paso County Spreadsheet, 2022 November General - Ballot List, November 2022 | EPC009031 | 7/28/2023 |
| LUPE-023 | El Paso County Spreadsheet, List of voters who needed assistance, December 2022 | EPC009483 | 7/28/2023 |
| LUPE-024 | El Paso County Spreadsheet, List of voters who received assistance, November 2022 | EPC009484 | 7/28/2023 |
| LUPE-025 | Email from SOS Elections Internet to Election Officials attaching Election Advisory No. 2022-31, Certain Activities in Vicinity of Polling Places, October 2022 | EPC011850 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-026 | El Paso County, Analysis of voters with and without SSN, SSN4, or driver's license, Post-March 2022 | EPC011867 | 7/28/2023 |
| LUPE-027 | El Paso County, Blank Forms, Notices of Rejected Application for Ballot by Mail | EPC012084 | 7/28/2023 |
| LUPE-028 | El Paso County, Oath of Assistance Logs, November 2022 (Election Day) | EPC012776 | 7/28/2023 |
| LUPE-029 | El Paso County, Oath of Assistance Logs, November 2022 (Election Day) | EPC012949 | 7/28/2023 |
| LUPE-030 | Dallas County Presentation, Legislative Summary 2021 - Special Sessions | MS000001 | 7/28/2023 |
| LUPE-031 | SOS, Election Advisory No. 2016-20, Certain Activities in Vicinity of Polling Places, October 2016 | MS007455 | 7/28/2023 |
| LUPE-032 | SOS, Election Advisory No. 2021-13, Certain Activities in Vicinity of Polling Places, October 2021 | MS007465 | 7/28/2023 |
| LUPE-033 | Dallas County, Complaint Forms for the Joint Runoff Election for Cities and Schools to be Held on Saturday, June 8, 2019, Judges Complaint | MS009559 | 7/28/2023 |
| LUPE-034 | Dallas County Spreadsheet, Mail Ballot Files January 1, 2018 - March 15, 2018 | MS015467 | 7/28/2023 |
| LUPE-035 | Dallas County Spreadsheet, Absentee Rejection Letter List Mail Dates January 1, 2018 - March 15, 2018, April 2022 | MS015468 | 7/28/2023 |
| LUPE-036 | Dallas County Spreadsheet, Mail Ballot Files January 1, 2020 - March 12, 2020 | MS015549 | 7/28/2023 |
| LUPE-037 | Dallas County Spreadsheet, Absentee Rejection Letter List Mail Dates January 1, 2020 - March 12, 2020 | MS015550 | 7/28/2023 |
| LUPE-038 | Dallas County Spreadsheet, Mail Ballot Files, January 1, 2022-March 10, 2022 | MS015596 | 7/28/2023 |
| LUPE-039 | Dallas County Spreadsheet, Absentee Rejection Letter List Mail Dates, January 1, 2022-March 10, 2022 | MS015597 | 7/28/2023 |
| LUPE-040 | Dallas County, Press Release, Early Vote Information for the Upcoming March 1, 2022, Joint Primary Election | MS018645 | 7/28/2023 |
| LUPE-041 | Dallas County, Voters with Disabilities Flyer | MS019322 | 7/28/2023 |
| LUPE-042 | Dallas County, Ballot Return List, May 2022 | MS024450 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-043 | Dallas County, Ballot Return List, June 2022 | MS024451 | 7/28/2023 |
| LUPE-044 | Dallas County, Ballot Return List, November 2022 | MS024452 | 7/28/2023 |
| LUPE-045 | Dallas County, Ballot Return List, May 2022 | MS024453 | 7/28/2023 |
| LUPE-046 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, General Election November 2022 | MS024647 | 7/28/2023 |
| LUPE-047 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, General Election November 2022 | MS024648 | 7/28/2023 |
| LUPE-048 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Constitutional Amendment and Joint Election May 7, 2022 | MS024650 | 7/28/2023 |
| LUPE-049 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Constitutional Amendment and Joint Election May 7, 2022 | MS024651 | 7/28/2023 |
| LUPE-050 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Primary Runoff Election May 24, 2022 | MS024652 | 7/28/2023 |
| LUPE-051 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Primary Runoff Election May 24, 2022 | MS024653 | 7/28/2023 |
| LUPE-052 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Runoff Election June 18, 2022 | MS024654 | 7/28/2023 |
| LUPE-053 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Carrier Envelope Returned to Voter by Mail, Joint Runoff Election June 18, 2022 | MS024655 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-054 | Dallas County, Roster of ABBM Voters with Defective Carrier Envelopes - Notified by Phone or Email, Joint Primary Election February 14, 2022 - February 11, 2022 | MS024656 | 7/28/2023 |
| LUPE-055 | Dallas County, Roster of Voters with Defective Carrier Envelopes - Returned to The Voter by Mail, Joint Primary Election February 14, 2022 - February 11, 2022 | MS024657 | 7/28/2023 |
| LUPE-056 | Dallas County Spreadsheet, List of All Elections, January 2023 | MS024674 | 7/28/2023 |
| LUPE-057 | Dallas County Spreadsheet, 2018 Absentee Return Statuses | MS024708 | 7/28/2023 |
| LUPE-058 | Dallas County Spreadsheet, 2020 Absentee Return Statuses | MS024709 | 7/28/2023 |
| LUPE-059 | Dallas County Spreadsheet, 2022 General Absentee Return Statuses | MS024710 | 7/28/2023 |
| LUPE-060 | Dallas County Spreadsheet, 2022 Absentee Ballot Return Statuses | MS024713 | 7/28/2023 |
| LUPE-061 | Dallas County Spreadsheet, ABBMs for May 2022, June 2022, and November 2022 Elections | MS024714 | 7/28/2023 |
| LUPE-062 | Dallas County, Assistance Affidavits General and Joint Election, November 2022 | MS024716 | 7/28/2023 |
| LUPE-063 | Dallas County, Interpreter Affidavits General and Joint Election, November 2022 | MS024937 | 7/28/2023 |
| LUPE-064 | Dallas County, Spreadsheet of Mail Ballot Return Statuses for Constitutional Amendment and Joint Election May 7, 2022 | MS024968 | 7/28/2023 |
| LUPE-065 | Dallas County, Spreadsheet of Mail Ballot Return Statuses for Primary Election March 1, 2022 | MS024970 | 7/28/2023 |
| LUPE-066 | Dallas County Spreadsheet, Voter Assistance Complaint Log, November 2022 (Election Day) | MS024971 | 7/28/2023 |
| LUPE-067 | Dallas County Spreadsheet, Poll Watcher Complaint Log, November 2022 (Election Day) | MS024972 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-068 | Hidalgo County, Analysis of voters with no driver's license, no SSN, or no identification at all, January 2022 | RFP06_000001 | 7/28/2023 |
| LUPE-069 | Hidalgo County, Poll Watcher Observations, November 2020 | RFP10_000092 | 7/28/2023 |
| LUPE-070 | Hidalgo County, Affidavit of Stephanie Seiba Poll Watcher 2020, November 2020 | RFP10_000101 | 7/28/2023 |
| LUPE-071 | Hidalgo County, Affidavit of Thelma Leal Poll Watcher 2020, November 2020 | RFP10_000115 | 7/28/2023 |
| LUPE-072 | Hidalgo County, 2022 Primary Election Ballot List Requested Between January 1, 2022 and March 24, 2022, March 2022 | RFP11_001318 | 7/28/2023 |
| LUPE-073 | Hidalgo County, Absentee Rejection Letter List Mail Dates August 1, 2022 to November 8, 2022, December 2022 | RFP11_001409 | 7/28/2023 |
| LUPE-074 | SOS, Election Advisory No. 2022-07, NEW LAW: Changes to Early Voting by Personal Appearance - House Bill 2025, House Bill 3107, and Senate Bill 1, January 2022 | RPCI_0000122 | 7/28/2023 |
| LUPE-075 | Email from Jacey Jetton to Alan Vera, August 2021 | RPCI_0000162 | 7/28/2023 |
| LUPE-076 | Email from Malissa Kouba to Kristy Noble, January 2022 | RPCI_0000535 | 7/28/2023 |
| LUPE-077 | Email from Michael Scarpello to Clay Jenkins et al., December 2021 | RPCI_0000572 | 7/28/2023 |
| LUPE-078 | Email from Michael Scarpello to Clay Jenkins et al., February 2022 | RPCI_0000582 | 7/28/2023 |
| LUPE-079 | Email from Michael Scarpello to Clay Jenkins et al., February 2022 | RPCI_0000592 | 7/28/2023 |
| LUPE-080 | Email from Michael Scarpello to Kristy Noble, February 2022 | RPCI_0000681 | 7/28/2023 |
| LUPE-081 | SOS, Early Voting Ballot Board & Signature Verification Committee Handbook for Election Judges and Clerks 2022 | RPCI_0001083 | 7/28/2023 |
| LUPE-082 | Email from Alan Vera to Jacey Jetton et al., July 2021 | RPCI_0002403 | 7/28/2023 |
| LUPE-083 | Email from Alan Vera to Jacey Jetton, et al., August 2021 | RPCI_0002598 | 7/28/2023 |
| LUPE-084 | Alan Vera Presentation, 2020 Texas Poll Watcher Training | RPCI_0002818 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-085 | Email from Alan Vera to Cody Jordan, March 2021 | RPCI_0002939 | 7/28/2023 |
| LUPE-086 | Email from Alan Vera to Cody Jordan, March 2021 | RPCI_0002941 | 7/28/2023 |
| LUPE-087 | Email from Alan Vera to Hope Shelton, March 2021 | RPCI_0002943 | 7/28/2023 |
| LUPE-088 | Email from Adam Bitter to Wes Bowen, et al, November 2021 | RPCI_0003483 | 7/28/2023 |
| LUPE-089 | Dallas County Republican Party Executive Committee Resolution Urging Election Administrator Michael Scarpello to Require Training on TEC Chapter 33 and Texas Attorney General Ken Paxton to Perform a Criminal Investigation and Work with the Dallas County Sheriffs Department, March 2021 | RPCI_0003541 | 7/28/2023 |
| LUPE-090 | SOS, Election Advisory No. 2021-23, May 2022 | STATE000597 | 7/28/2023 |
| LUPE-091 | SOS Presentation, Preparing for the May 2022 Elections, December 2021 | STATE000860 | 7/28/2023 |
| LUPE-092 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Resolved, November 2021 | STATE001144 | 7/28/2023 |
| LUPE-093 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Pending, November 2021 | STATE001155 | 7/28/2023 |
| LUPE-094 | Email from SOS Elections Internet to Election Officials, January 2022 | STATE001201 | 7/28/2023 |
| LUPE-095 | Email from SOS Elections Internet to Election Officials, January 2022 | STATE001202 | 7/28/2023 |
| LUPE-096 | Blank Form, Notice of Rejected Application for Ballot By Mail, January 2022 | STATE001615 | 7/28/2023 |
| LUPE-097 | Instructions to Oath of Assistance and Interpreter Form, January 2022 | STATE001651 | 7/28/2023 |
| LUPE-098 | Email from KC Emery to Christina Adkins, October 2021 | STATE019668 | 7/28/2023 |
| LUPE-099 | Blank Form, Notice of Rejected Application for Ballot by Mail, Missing or Incorrect Personal Identification Number, January 2022 | STATE019836 | 7/28/2023 |
| LUPE-100 | Blank Form, Notice of Carrier Defect, Carrier Envelope Returned to the Voter by Mail, January 2022 | STATE019845 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-101 | Blank Form, Notice of Carrier Defect, Voter Notified of Carrier Envelope Defect by Phone or Email, January 2022 | STATE019847 | 7/28/2023 |
| LUPE-102 | Email from Kim Bergmann to Ruth Hughs, September 2020 | STATE020117 | 7/28/2023 |
| LUPE-103 | Letter from Ken Paxton to Wiley B. McAfee, Opinion No. KP-0118, November 2016 | STATE020178 | 7/28/2023 |
| LUPE-104 | Letter from Lindsey Wolf to Ken Paxton, RE: RQ-01260KP, Submitted by District Attorney, 33rd and 424th Judicial District, dated (as amended) September 6, 2016, September 2016 | STATE020184 | 7/28/2023 |
| LUPE-105 | Email from Krystine Ramon to Juneau Embry, July 2020 | STATE020260 | 7/28/2023 |
| LUPE-106 | SOS, Early Voting Ballot Board Handbook for Election Judges and Clerks, January 2018 | STATE020530 | 7/28/2023 |
| LUPE-107 | Email from SOS Elections Internet to Larry Parrish, January 2022 | STATE031550 | 7/28/2023 |
| LUPE-108 | Blank Form, Notice of Rejected Application for Ballot by Mail, Required Personal Identification Number is Not Associated with Your Voter Record, January 2022 | STATE031645 | 7/28/2023 |
| LUPE-109 | Email from Christina Adkins to Adam Bitter, February 2022 | STATE034395 | 7/28/2023 |
| LUPE-110 | SOS, Draft Election Advisory No. 2022-XX, NEW LAWS: Changes to Poll Watcher Requirements Senate Bill 1 and House Bill 3107, February 2022 | STATE034396 | 7/28/2023 |
| LUPE-111 | SOS Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures (Primary Focused), March 2022 | STATE034515 | 7/28/2023 |
| LUPE-112 | SOS, Poll Watcher's Guide, January 2022 | STATE034979 | 7/28/2023 |
| LUPE-113 | SOS Presentation, Opportunity to Correct Defects on Application for Ballot by Mail and Carrier Envelope, February 2022 | EPC000456 | 7/28/2023; withdrawn and re-submitted as JOINT-013 on 9/5/2023 |
| LUPE-114 | Blank Form, Carrier Envelope for Early Voting Ballot, December 2017 | STATE035859 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-115 | Email from Heidi Martinez to Colleen Kerstein, January 2022 | STATE040559 | 7/28/2023 |
| LUPE-116 | Email from Heidi Martinez to Tawnya Reed, January 2022 | STATE040608 | 7/28/2023 |
| LUPE-117 | Email from SOS Elections Internet to Election Officials, December 2021 | STATE041033 | 7/28/2023 |
| LUPE-118 | Email from Heidi Martinez to Kat Cano, January 2022 | STATE041122 | 7/28/2023 |
| LUPE-119 | Blank Form, Application for Ballot by Mail | STATE042014 | 7/28/2023 |
| LUPE-120 | Blank Form, Application for Ballot by Mail (Spanish) | STATE042017 | 7/28/2023 |
| LUPE-121 | Email from SOS Elections Internet to Francisca Nixon, May 2021 | STATE043666 | 7/28/2023 |
| LUPE-122 | SOS Presentation, Witnesses, Assistants, and Agents, April 2021 | STATE043668 | 7/28/2023 |
| LUPE-123 | Email from Lena Profit to Linda Newland, January 2022 | STATE043834 | 7/28/2023 |
| LUPE-124 | Email from Sam Taylor to Sam Taylor, March 2022 | STATE045837 | 7/28/2023 |
| LUPE-125 | SOS, Election Advisory No. 2022-08, NEW LAW: Senate Bill 1 - Opportunity to Correct Defects on Application for a Ballot by Mail and Carrier Envelope, January 2022 | STATE046398 | 7/28/2023 |
| LUPE-126 | Email from Keith Ingram to Mackenzie Poston, February 2022 | STATE047052 | 7/28/2023 |
| LUPE-127 | Email from Christina Adkins to Jacquelyn Callanen, et al, January 2022 | STATE048077 | 7/28/2023 |
| LUPE-128 | Email from Keith Ingram to Adam Bitter, et al, August 2021 | STATE048255 | 7/28/2023 |
| LUPE-129 | Email from Christina Adkins to Michael Scarpello, et al, October 2021 | STATE048987 | 7/28/2023 |
| LUPE-130 | Email from Election Division Staff to Christina Obermiller, February 2022 | STATE052242 | 7/28/2023 |
| LUPE-131 | OAG Presentation, Election Integrity, July 2021 | STATE054622 | 7/28/2023; withdrawn and re-submitted as JOINT-043 on 9/5/2023 |
| LUPE-132 | Email from Corey Rose to Joe Esparza, January 2022 | STATE063931 | 7/28/2023 |
| LUPE-133 | Taylor County, Letter from Freda Ragan to Keith Ingram, October 2021 | STATE066590 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-134 | Email from Lillian Eder to Kristi Hart, January 2022 | STATE068957 | 7/28/2023 |
| LUPE-135 | Atascosa County, Election Inspector Report, March 2022 | STATE073106 | 7/28/2023 |
| LUPE-136 | Bandera County, Election Inspector Report, March 2022 | STATE073114 | 7/28/2023 |
| LUPE-137 | Bastrop County, Election Inspector Report, March 2022 | STATE073122 | 7/28/2023 |
| LUPE-138 | Burnet County, Election Inspector Report, March 2022 | STATE073212 | 7/28/2023 |
| LUPE-139 | Email from Christina Adkins to Vendors, November 2021 | STATE074518 | 7/28/2023 |
| LUPE-140 | Email from Heidi Martinez to Roxzine Stinson, December 2021 | STATE076702 | 7/28/2023 |
| LUPE-141 | SOS, Phase 1 Progress Report: Full Forensic Audit of November 2020 General Election, December 2021 | STATE076829 | 7/28/2023 |
| LUPE-142 | Email from Keith Ingram to Adam Bitter, et al, February 2021 | STATE079292 | 7/28/2023 |
| LUPE-143 | Email Attachment, Outline of enforcement proposal, February 2021 | STATE079300 | 7/28/2023 |
| LUPE-144 | Email from Ruth Hughs to Ruth Hughs, November 2020 | STATE087637 | 7/28/2023 |
| LUPE-145 | Email from Keith Ingram to Justin Williamson, et al, April 2022 | STATE087657 | 7/28/2023 |
| LUPE-146 | Email from Melanie Best to Don Kersey, August 2020 | STATE095907 | 7/28/2023 |
| LUPE-147 | Travis County, Press Release, Travis County Candidate Settles with Travis County Clerk, November 2020 | STATE098419 | 7/28/2023; withdrawn and re-submitted as JOINT-044 on 9/5/2023 |
| LUPE-148 | Email from Andria Perales to Kate Fisher, et al, December 2021 | STATE102407 | 7/28/2023 |
| LUPE-149 | Email from Charles Pinney to Daniel Hayes, September 2020 | STATE105165 | 7/28/2023 |
| LUPE-150 | SOS Spreadsheet, Ballot by Mail Figures by County, Primary Election March 2022 | STATE105250 | 7/28/2023 |
| LUPE-151 | Email from Sam Taylor to Adam Brewster, March 2022 | STATE105560 | 7/28/2023 |
| LUPE-152 | Email from Melynn Huntley to Sam Taylor, February 2022 | STATE105809 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-153 | OAG Spreadsheet, Election Fraud Complaints Referred for Investigation, SOS Referrals, April 2022 | STATE107717 | 7/28/2023; withdrawn and re-submitted as JOINT-045 on 9/5/2023 |
| LUPE-154 | Email from Alan Vera to Keith Ingram, September 2020 | STATE109268 | 7/28/2023 |
| LUPE-155 | Email from Tamara Schoonmaker to Jason Anderson, December 2020 | STATE109995 | 7/28/2023 |
| LUPE-156 | Letter from Keith Ingram to Jason Anderson, June 2020 | STATE110043 | 7/28/2023 |
| LUPE-157 | SOS Spreadsheet, Ballot by Mail Figures by County, Constitutional Amendment Election May 7, 2022 | STATE110691 | 7/28/2023 |
| LUPE-158 | Email from SOS Elections Internet to Election Officials, July 2022 | STATE110762 | 7/28/2023 |
| LUPE-159 | SOS, Election Advisory No. 2022-18, Additional Ballot by Mail Procedures for May Uniform Election and Primary Runoff Election, April 2022 | STATE111886 | 7/28/2023 |
| LUPE-160 | SOS Presentation, Election Workers and Officials Spring 2022 Webinar, August 2022 | STATE111892 | 7/28/2023 |
| LUPE-161 | Email from SOS Elections Internet to SOS Legal Team, forwarding email from Anne Pfluger, August 2022 | STATE117231 | 7/28/2023 |
| LUPE-162 | Email from Joe Evans to Christina Adkins, November 2022 | STATE121035 | 7/28/2023 |
| LUPE-163 | Email Attachment, Observations from Poll Watchers | STATE121037 | 7/28/2023 |
| LUPE-164 | Email from Howard Sherwood to SOS Elections Internet, October 2022 | STATE125290 | 7/28/2023 |
| LUPE-165 | Email Thread from Daniel Mullis to SOS Elections Internet, February 2022 | STATE132219 | 7/28/2023 |
| LUPE-166 | Email from Christina Adkins to Keith Ingram et al., February 2022 | STATE138390 | 7/28/2023 |
| LUPE-167 | Blank Form, Certificate of Appointment of Poll Watcher by a Candidate, January 2022 | STATE138589 | 7/28/2023 |
| LUPE-168 | Email from SOS Elections Internet to Elections Officials, September 2022 | STATE138776 | 7/28/2023; withdrawn and re-submitted as JOINT-056 on 9/5/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-169 | Email from Adam Bitter to Allison Heinrich, June 2022 | STATE138836 | 7/28/2023 |
| LUPE-170 | Email from Christina Adkins to Jacquelyn Callanen, April 2022 | STATE138859 | 7/28/2023 |
| LUPE-171 | Email Attachment, SOS Draft Insert for Mail Ballot Carrier Envelope, April 2022 | STATE138861 | 7/28/2023 |
| LUPE-172 | Blank Form, Oath of Assistance and Oath of Interpreter, July 2022 | STATE138923 | 7/28/2023 |
| LUPE-173 | Email from Sam Taylor to John Scott et al., August 2022 | STATE139177 | 7/28/2023 |
| LUPE-174 | Email from Sam Taylor to John Scott et al., November 2022 | STATE139491 | 7/28/2023 |
| LUPE-175 | Email from Heidi Martinez to Stephanie Garza, March 2022 | STATE139715 | 7/28/2023 |
| LUPE-176 | Kleberg County, Draft Carrier Envelope Insert, March 2022 | STATE139717 | 7/28/2023 |
| LUPE-177 | SOS Presentation, Poll Watchers, August 2022 | STATE140140 | 7/28/2023 |
| LUPE-178 | In re True Texas Elections, LLC Political Action Committee and Laura Pressley in Her Official Capacity as Treasurer of True Texas Elections, LLC Political Action Committee, Petition for Writ of Mandamus (TX Sup. Court Oct. 13, 2022) | STATE140244 | 7/28/2023 |
| LUPE-179 | Election Complaint to the Texas Secretary of State, Harris County, November 2022 | STATE171580 | 7/28/2023 |
| LUPE-180 | SOS Presentation, 2021 Legislative and Policy Updates, November 2022 | STATE176365 | 7/28/2023 |
| LUPE-181 | SOS Presentation, Communicating Legislative Changes: ID Requirements for Voting by Mail, February 2023 | STATE177221 | 7/28/2023 |
| LUPE-182 | Guadalupe County, Office of the Attorney General Law Enforcement Division, Election Code Violation, Incident Report, Incident No. CX1078159982, March 2022 | STATE182299 | 7/28/2023 |
| LUPE-183 | Hays County, Office of the Attorney General Law Enforcement Division, Election Code Violation, Incident Report, Incident No. CX8296185757, November 2022 | STATE182319 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-184 | Letter from Jonathan White to Brian Hughes, Re: Issues Related to Interim Charges on Election Integrity, February 2018 | TXLEG_004047 | 7/28/2023 |
| LUPE-185 | Email from Melissa Rosales to Lisa Wise, November 2022 | EPC012167 | 7/28/2023 |
| LUPE-186 | Email from Susan Fountain to Michael Scarpello, March 2021 | RPCI_0000376 | 7/28/2023 |
| LUPE-187 | Email from Marga Matthews to Rachelle Obakozuwa, et al., July 2022 | RPCI_0000831 | 7/28/2023 |
| LUPE-188 | Email from Wes Bowen to Briscoe Cain, March 2021 | RPCI_0003538 | 7/28/2023 |
| LUPE-189 | Blank Form, Oath of Assistance and Interpreter Form, January 2022 | STATE001652 | 7/28/2023 |
| LUPE-190 | SOS Presentation, FAQs on Applications for Ballot by Mail (ABBMs), January 2022 | STATE001713 | 7/28/2023 |
| LUPE-191 | Blank Form, Notice of Rejected Application for Ballot by Mail, Missing or Incorrect Personal Identification Number, January 2022 | STATE031643 | 7/28/2023; withdrawn and re-submitted as JOINT-018 on 9/5/2023 |
| LUPE-192 | Blank Form, Information About Returning Your Carrier Envelope, January 2022 | STATE031647 | 7/28/2023 |
| LUPE-193 | Email Thread from Keith Ingram to Jacquelyn Callanen, et al, January 2022 | STATE052241 | 7/28/2023 |
| LUPE-194 | Email Thread from Brandy Grimes to Christina Adkins, April 2022 | STATE122160 | 7/28/2023 |
| LUPE-195 | Email from Terri Lynn to Elections Internet, February 2022 | STATE122242 | 7/28/2023 |
| LUPE-196 | Email Thread from Catherine Martin to Elections Internet, October 2022 | STATE133481 | 7/28/2023 |
| LUPE-197 | Harris County, Election Call Log 04-20-22 thru 12-31-22 | TATUM_005332 | 7/28/2023 |
| LUPE-198 | Legislative Budget Board, Criminal Justice Impact Statement, July 2021 | TXLEG_000028 | 7/28/2023 |
| LUPE-199 | Email from Susan Johnson to SOS Elections Internet, October 2022 | STATE128049 | 7/28/2023 |
| LUPE-200 | Blank Form, Information of Person that Provided Transportation to Seven or More Voters for Curbside Voting, January 2022 | STATE060823 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-201 | Travis County, Poll Worker Training Manual, General and Special Election, November 2020 | LUPE_0000107 | 7/28/2023 |
| LUPE-202 | Travis County, Poll Worker Training Manual, Primary Election, March 2022 | LUPE_0000234 | 7/28/2023 |
| LUPE-203 | Certificate of Completion, Jim Lewin, Texas Online Poll Watcher Training, August 2022 | LUPE_0000394 | 7/28/2023 |
| LUPE-204 | Texas Impact, March 2022 Election Event Announcement | LUPE_0000739 | 7/28/2023 |
| LUPE-205 | Email from Tanesa Lee to Danielle Ayers, February 2022 | LUPE_0001621 | 7/28/2023 |
| LUPE-206 | Friendship West Presentation Regarding Voting, March 2022 | LUPE_0001854 | 7/28/2023 |
| LUPE-207 | Texas Impact et al., Presentation, Tips for Voters New Election Laws 2022 | LUPE_0007396 | 7/28/2023 |
| LUPE-208 | Email from Texas Impact Member to Bee Moorhead, September 2021 | LUPE_0008643 | 7/28/2023 |
| LUPE-209 | Texas Impact, Texas Election Law Update, November 2021 | LUPE_0010121 | 7/28/2023 |
| LUPE-210 | Texas Impact, Action Page, January 2022 | LUPE_0011418 | 7/28/2023 |
| LUPE-211 | Friendship West Presentation, Justice Ministry Voter Engagement - Follow-up Meeting, March 2022 | LUPE_0014914 | 7/28/2023 |
| LUPE-212 | Friendship West Justice Ministry Presentation, Poll Worker Information Session, August 2022 | LUPE_0024806 | 7/28/2023 |
| LUPE-213 | Email from Cheryl Prelow to Danielle Ayers et al., July 2022 | LUPE_0024873 | 7/28/2023 |
| LUPE-214 | Friendship West, Podcast Script, New Texas Voting Law, July 2022 | LUPE_0024874 | 7/28/2023 |
| LUPE-215 | Friendship West Baptist Church, Post-Election Survey Report, December 2022 | LUPE_0024933 | 7/28/2023 |
| LUPE-216 | Friendship West Baptist Church, Pre-Election Survey Report, December 2022 | LUPE_0024954 | 7/28/2023 |
| LUPE-217 | BallotReady Invoice to Texas Impact, July 2022 | LUPE_0025025 | 7/28/2023 |
| LUPE-218 | Texas Impact, BallotReady Order Form, July 2022 | LUPE_0025028 | 7/28/2023 |
| LUPE-219 | BallotReady Invoice to Texas Impact, August 2022 | LUPE_0025046 | 7/28/2023 |
| LUPE-220 | BallotReady Invoice to Texas Impact, August 2022 | LUPE_0025055 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-221 | Memorandum of Understanding between Texas Impact and New Venture Fund, September 2022 | LUPE_0025143 | 7/28/2023 |
| LUPE-222 | Rejected Application for Ballot by Mail, Rabia | LUPE_0025574 | 7/28/2023 |
| LUPE-223 | Tarrant County, Notice of Rejected Application for Ballot by Mail, October 2022 | LUPE_0025575 | 7/28/2023 |
| LUPE-224 | Email from Christina Adkins to Andria Perales, January 2022 | STATE035174 | 7/28/2023 |
| LUPE-225 | Bexar County, Don't Forget Your ID Numbers!, November 2022 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 13 | 7/28/2023 |
| LUPE-226 | Bexar County, Jt Gen Spc Char & Bond - Ballot List, Requested between 05/25/22 and 10/22/22, February 2023 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 14 | 7/28/2023 |
| LUPE-227 | Blank Form, Information of Person that Provided Transportation to Seven or More Voters, July 2022 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 15 | 7/28/2023 |
| LUPE-228 | SOS, Handbook for Election Judges and Clerks: Qualifying Voters on Election Day 2022, Revised July 2022 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 17 | 7/28/2023 |
| LUPE-229 | Bexar County, Election Reconciliation - Official Totals, November 2022 | Bexar County Depo. (30b6) (Callanen 2.28.23), Exh. No. 2 | 7/28/2023 |
| LUPE-230 | Blank Form, Oaths, Assistance, Interpreter, September 2013 | Bexar County Depo. (30b6) (Callanen 4.20.22), Exh. No. D | 7/28/2023 |
| LUPE-231 | Bexar County, Certified Summary Results Report, Joint General, Special, Charter and Bound Election, Official Results, November 2020 | Bexar County Depo. (30b6) (Callanen | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| | | 4.20.22), Exh. No. F | |
| LUPE-232 | SOS, Election Advisory No. 2022-09, NEW LAW: Changes to Poll Watcher Requirements Under House Bill 3107 and Senate Bill 1 | Cameron County Depo. (Garza 5.9.22), Exh. No. 15 | 7/28/2023 |
| LUPE-233 | SOS, Election Advisory No. 2022-12, Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail or Carrier Envelope, February 2022 | Cameron County Depo. (Garza 5.9.22), Exh. No. 16 | 7/28/2023 |
| LUPE-234 | Cameron County, Absentee Labels Printed/Countable Summary Reports, 2022-2018, May 2022 | Cameron County Depo. (Garza 5.9.22), Exh. No. 5 | 7/28/2023 |
| LUPE-235 | Dallas County, Summary Report GRP-Detail, 2018 General & Joint Election, Unofficial Results, November 2018 | Dallas County Depo. (30b6) (Lopez, Phillips, Scarpello 4.29.22), Exh. No. 3 | 7/28/2023 |
| LUPE-236 | Dallas County, Unofficial Results, 2018 Republican Primary, March 2018 | Dallas County Depo. (30b6) (Scarpello 5.4.22), Exh. No. 5 | 7/28/2023 |
| LUPE-237 | Dallas County, Unofficial Results, Summary Rept-Group Detail, 2018 Democratic Primary, March 2018 | Dallas County Depo. (30b6) (Scarpello 5.4.22), Exh. No. 6 | 7/28/2023 |
| LUPE-238 | Dallas County, Unofficial Final Summary Results Report, 2022 March Primary, March 2022 | Dallas County Depo. (30b6) (Scarpello 5.4.22), Exh. No. 7 | 7/28/2023 |
| LUPE-239 | El Paso County, Election Summary Report, 2018 March Primary, Summary for Jurisdiction Wide, All Counters, All Races, March 2018 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 10 | 7/28/2023 |
| LUPE-240 | El Paso County, Summary Results Report, 2022 March Primary, Official Final Election Results, March 2022 | El Paso County Depo. (30b6) | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| | | (Wise 4.13.22), Exh. No. 11 | |
| LUPE-241 | El Paso County, Election Reconciliation - Official Totals, March 2022 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 12 | 7/28/2023 |
| LUPE-242 | SOS Presentation, FAQs with Elections Division 2/17/2022, February 2022 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 4 | 7/28/2023 |
| LUPE-243 | El Paso County, Summary Results Report, 2022 March Primary, Official Final Early Voting Results, March 2022 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 6 | 7/28/2023 |
| LUPE-244 | El Paso County, Election Summary Report, 2018 March Primary, Summary for Jurisdiction Wide, All Races Official Final Early Voting Results, March 2018 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 7 | 7/28/2023 |
| LUPE-245 | El Paso County, Summary Results Report, 2022 March Primary, Official Final Election Day Results, March 2022 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 8 | 7/28/2023 |
| LUPE-246 | El Paso County, Election Summary Report, 2018 March Primary, Summary for Jurisdiction Wide, All Races Official Final Election Day Results, March 2018 | El Paso County Depo. (30b6) (Wise 4.13.22), Exh. No. 9 | 7/28/2023 |
| LUPE-247 | SOS, Ballots by Mail Accepted/Ballots by Mail Rejected/% Rejected by County, Nov 2022 General Election | El Paso County Depo. (30b6) (Wise 4.18.23), Exh. No. 4 | 7/28/2023 |
| LUPE-248 | El Paso County, Cured Ballot Overall Summary Report, 2022 November General, March 2023 | El Paso County Depo. (30b6) (Wise 4.18.23), Exh. No. 7 | 7/28/2023 |
| LUPE-249 | El Paso County, Single Election Status Codes Screenshot | El Paso County Depo. (30b6) (Wise 4.18.23), Exh. No. 9 | 7/28/2023 |
| LUPE-250 | Harris County, Election Reconciliation - Official Totals, November 2022 | Harris County Depo. (30b6) (Colvin 3.21.23), Exh. No. 11 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-251 | Harris County, Message from Harris County Elections | Harris County Depo. (30b6) (Colvin 3.21.23), Exh. No. 13 | 7/28/2023; withdrawn and re-submitted as JOINT-040 on 9/5/2023 |
| LUPE-252 | Harris County Presentation, Black Ballot Rejection Rates, March 2022 | Harris County Depo. (30b6) (Obakozuwa 3.21.23), Exh. No. 18 | 7/28/2023 |
| LUPE-253 | Hidalgo County, Absentee Rejected Letter List, Mail Dates: 08/01/2022 to 12/31/2022, March 2023 | Hidalgo County Depo. (30b6) (Salinas 4.20.23), Exh. No. 4 | 7/28/2023 |
| LUPE-254 | Hidalgo County, 2022 General Elections - Ballot List Returned Between 1/01/22 and 11/10/22 | Hidalgo County Depo. (30b6) (Salinas 4.20.23), Exh. No. 7 | 7/28/2023 |
| LUPE-255 | SOS, Election Division Advisories Website | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 10 | 7/28/2023 |
| LUPE-256 | SOS Presentation, Training for EVBB/SVC Members on New Ballot by Mail Procedures (Primary Focused), February 2022 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 11 | 7/28/2023 |
| LUPE-257 | SOS Presentation, FAQs with Elections Division 2/24/2022, February 2022 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 14 | 7/28/2023 |
| LUPE-258 | SOS Presentation, Cancellation of Ballot by Mail, February 2022 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 4 | 7/28/2023 |
| LUPE-259 | SOS Presentation, Early Voting in Person Changes, January 2022 | Hidalgo County Depo. (Ramon 4.21.22), Ex. No. 5 | 7/28/2023 |
| LUPE-260 | Email from Kristi Hart to Sam Taylor, February 2022 | Ingram Depo (30b1) (4.28.22), Exh. No. 6 | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-261 | SOS, Press Release, Secretary Hughs Commends Texas Voters Following November 3rd General Election, November 2020 | SOS Depo. (30b6) (Ingram 4.26.22), Exh. No. 22 | 7/28/2023 |
| LUPE-262 | Email Thread from Adam Bitter to John Scott, et al, December 2021 | SOS Depo. (30b6) (Ingram 5.6.22), Exh. No. 18 | 7/28/2023 |
| LUPE-263 | Email from Keith Ingram to Justin Williamson, et al., April 2022 | SOS Depo. (30b6) (Ingram 5.6.22), Exh. No. 4 | 7/28/2023 |
| LUPE-264 | OAG Spreadsheet, Election Fraud Violations, Prosecutions Resolved, April 2022 | White Depo (30b1) (4.27.22), Exh. No. 6 | 7/28/2023 |
| LUPE-265 | Blank Form, Voter Information, January 2018 | | 7/28/2023 |
| LUPE-266 | Census Data, ACSDT1Y2021.B16005A, Texas, White alone population 5 years and over | | 7/28/2023 |
| LUPE-267 | Census Data, ACSDT1Y2021.B16005I, Texas, Hispanic or Latino 5 years and over | | 7/28/2023 |
| LUPE-268 | Census Data, ACSDT5Y2021.B16005, Texas, Population 5 years and over | | 7/28/2023 |
| LUPE-269 | Census Data, Section 203, All Areas | | 7/28/2023 |
| LUPE-270 | SOS November 2022 Voter Registration Figures Website | | 7/28/2023 |
| LUPE-271 | SOS Political Subdivisions Forms Index Website, May 2023 | | 7/28/2023 |
| LUPE-272 | SOS Turnout and Voter Registration Figures (1970-current) Website | | 7/28/2023 |
| LUPE-273 | Mail Ballot Carrier Envelope, Stella Guerrero Mata, November 2022 | | 7/28/2023 |
| LUPE-274 | Nov 8 2022 General Election Ballot Rejection Letter from Harris County Elections Administrator's Office to Stella Guerrero Mata | | 7/28/2023 |
| LUPE-275 | Application for Ballot by Mail, Stella Guerrero Mata, November 2022 | | 7/28/2023 |
| LUPE-276 | Mail Ballot Carrier Envelope, Esmeralda Perales, February 2022 | | 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-277 | Mail Ballot Carrier Envelope, Louis Perales, February March 2022 | | 7/28/2023 |
| LUPE-278 | Bexar County, Call Notes Regarding Esmeralda Perales and Louis Perales | | 7/28/2023 |
| LUPE-279 | Excerpts of Deposition, Alan Vera, February 27, 2023 | | 7/28/2023 |
| LUPE-280 | Excerpts of Deposition, Cindy Siegel, February 28, 2023 | | 7/28/2023 |
| LUPE-281 | Excerpts of Deposition, Douglas Kruse, May 3, 2022 | | 7/28/2023 |
| LUPE-282 | Excerpts of Deposition, Hilda Salinas, April 20, 2023 | | 7/28/2023 |
| LUPE-283 | Excerpts of Deposition, Juanita Valdez Cox, March 4, 2022 | | 7/28/2023 |
| LUPE-284 | Excerpts of Deposition, Maria Gomez, April 25, 2023 | | 7/28/2023 |
| LUPE-285 | Excerpts of Deposition, Rivelino Lopez, April 13, 2023 | | 7/28/2023 |
| LUPE-286 | Excerpts of Deposition, Rivelino Lopez, April 29, 2022 | | 7/28/2023 |
| LUPE-287 | Excerpts of Deposition, Susan Fountain, April 26, 2023 | | 7/28/2023 |
| LUPE-288 | Cross-Designation, Excerpts of Deposition, Yvonne Ramon, April 21, 2022 | | 8/15/2023 |
| LUPE-289 | Email from Kristi Hart (SOS) to Keith Ingram (SOS) re: Comparative Process (Dec. 20, 2021) | STATE073076 | 9/10/2023; previously identified as US-197 on 7/28/2023 |
| LUPE-290 | Email from Adam Bitter (SOS) to Kristi Hart (SOS) re: Weekend Comparative Process (Dec. 21, 2021) | STATE073093 | 9/10/2023; previously identified as US-198 on 7/28/2023 |
| LUPE-291 | County and District Clerk's Association: Election Officials' Concerns with HB3 (2021) | STATE035238 | 9/10/2023; previously identified as US-3 on 7/28/2023 |
| LUPE-292 | Email from Christopher Davis to Frank Philips, et al., June 2021 | STATE074962 | 9/10/2023 |
| LUPE-293 | Hardin County Dear Voter Letter (Feb. 7, 2022) | STATE079259 | 9/10/2023; previously identified as US-58 on 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-294 | Letter from Texas Association of Elections Administrators to Dan Patrick and Dade Phelan, July 2021 | STATE047863 | 9/10/2023 |
| LUPE-295 | Additional Information Sheet (Temporary Carrier Envelope Supplement) | STATE047292 | 9/10/2023; previously identified as US-59 on 7/28/2023 |
| LUPE-296 | Forms, Forms, and More Forms (Jan. 4, 2022) | STATE000643 | 9/10/2023; previously identified as US-70 on 7/28/2023 |
| LUPE-297 | Opportunity to Correct Defects on ABBM and Carrier Envelope: Chat Questions (Feb. 1, 2022) | STATE033257 | 9/10/2023; previously identified as US-75 on 7/28/2023 |
| LUPE-298 | FAQs with the Elections Division 2/17/2022 (Feb. 17, 2022) | STATE001224 | 9/10/2023; previously identified as US-79 on 7/28/2023 |
| LUPE-299 | FAQs with the Elections Division 2/24/22 (Feb. 24, 2022) | STATE019510 | 9/10/2023; previously identified as US-80 on 7/28/2023 |
| LUPE-300 | Early Voting Ballot Board & Signature Verification Committee: Handbook for Election Judges and Clerks 2020 | STATE000982 | 9/10/2023; previously identified as US-94 on 7/28/2023 |
| LUPE-301 | Mail Application Rejected by County (2022 General Election) | STATE182529 | 9/10/2023; previously identified as US-123 on 7/28/2023 |
| LUPE-302 | Mail Ballot Rejected by County (2022 General Election) | STATE182530 | 9/10/2023; previously identified as US-124 on 7/28/2023 |
| LUPE-303 | Email from Stephen Chang (SOS) to Joe Esparza (SOS) re: Texas Matters - The Future Is the Past When Voting in Texas (Mar. 7, 2021) | STATE051150 | 9/10/2023; previously identified as US-179 on 7/28/2023 |
| LUPE-304 | Email from Melynn Huntley (Potter County) to Christina Adkins (SOS) re: CEO Advisory Group -- TTX, ABBM Form, Seminar Topics (June 29, 2021) | STATE074958 | 9/10/2023; previously identified as US-186 on 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-305 | Email from Jeremy Wallace (Houston Chronicle) to Sam Taylor (SOS) re: 2021 Legislative Summary (Dec. 1, 2021) | STATE105420 | 9/10/2023; previously identified as US-194 on 7/28/2023 |
| LUPE-306 | Email from Heidi Martinez (SOS) to Julie Cooper (Walker County) re: New Procedures for 2022 (Dec. 21, 2021) | STATE040997 | 9/10/2023; previously identified as US-200 on 7/28/2023 |
| LUPE-307 | Email from Heidi Martinez (SOS) to Elections Internet re: Rejecting an ABBM Application in TEAM (Jan. 13, 2022) | STATE047548 | 9/10/2023; previously identified as US-202 on 7/28/2023 |
| LUPE-308 | Email from Keith Ingram (SOS) to Election Officials re: ABBM Answers (Jan. 16, 2022) | STATE019834 | 9/10/2023; previously identified as US-206 on 7/28/2023 |
| LUPE-309 | Press Release, Office of the Attorney General of Texas, AG Paxton: Carrollton Mayoral Candidate Arrested for Mail Ballot Fraud, October 2020 | | 9/10/2023 |
| LUPE-310 | Email from Lena Proft (SOS) to Peggy Tarrant (Voter) re: Application for a Ballot by Mail (Jan. 18, 2022) | STATE043786 | 9/10/2023; previously identified as US-208 on 7/28/2023 |
| LUPE-311 | Email from Sheri Nerren (Rockwall County) to Heidi Martinez (SOS) (Jan. 20, 2022) | STATE061068 | 9/10/2023; previously identified as US-214 on 7/28/2023 |
| LUPE-312 | Email from Christina Adkins (SOS) to James Slattery (TCRP) re: Clarification on Whether Putting Both Numbers on App/Envelope Is OK (Jan. 25, 2022) | STATE034119 | 9/10/2023; previously identified as US-219 on 7/28/2023 |
| LUPE-313 | Email from SOS Elections to Art Schmitt (Voter) re: Rejections of Mail In Ballot Applications (Jan. 27, 2022) | STATE045330 | 9/10/2023; previously identified as US-227 on 7/28/2023 |
| LUPE-314 | Email from Adam Bitter (SOS) to Irma Reyes (Mexican American Legislative Caucus) re: Member Qs and Coordinating Briefing (Feb. 4, 2022) | STATE090636 | 9/10/2023; previously identified as US-237 on 7/28/2023 |
| LUPE-315 | Email from Adam Bitter (SOS) to Garrett Auzenne (Congresswoman Jackson Lee) re: Follow Up from January 21 Call (Feb. 5, 2022) | STATE090953 | 9/10/2023; previously identified as US-238 on 7/28/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-316 | Email from Melanie Best (SOS) to Alysa Freeman (Hardin County) re: Applications (Feb. 7, 2022) | STATE079258 | 9/10/2023; previously identified as US-241 on 7/28/2023 |
| LUPE-317 | Email from Sam Taylor (SOS) to Ashley Lopez (KUT) re: Weekend Comparative Process (Feb. 16, 2022) | STATE045837 | 9/10/2023; previously identified as US-246 on 7/28/2023 |
| LUPE-318 | Email from Adam Bitter (SOS) to Garrett Auzenne (Congresswoman Jackson Lee) re: Follow-Up from January 21 Call (Feb. 25, 2022) | STATE072289 | 9/10/2023; previously identified as US-257 on 7/28/2023 |
| LUPE-319 | Email from Melynn Huntley (Potter County) to Sam Taylor (SOS) re: Data on Ballots by Mail (Mar. 18, 2022) | STATE105175 | 9/10/2023; previously identified as US-263 on 7/28/2023 |
| LUPE-320 | Email from Pamela Robers (Voter) to Sam Taylor (SOS) re: Implementation of TX SB 1 (Mar. 18, 2022) | STATE105328 | 9/10/2023; previously identified as US-264 on 7/28/2023 |
| LUPE-321 | Email from Sam Taylor (SOS) to Natasha O'Neill (Harper's Magazine) (Mar. 30, 2022) | STATE105182 | 9/10/2023; previously identified as US-268 on 7/28/2023 |
| LUPE-322 | Email from Keith Ingram to Election Officials re: Possible Education Materials for Voting by Mail (Apr. 5, 2022) | STATE081469 | 9/10/2023; previously identified as US-271 on 7/28/2023 |
| LUPE-323 | Email from Sam Taylor (SOS) to Taylor Goldenstein (Houston Chronicle) re: Statewide Mail Ballot Rejection Rates (Apr. 6, 2022) | STATE106595 | 9/10/2023; previously identified as US-272 on 7/28/2023 |
| LUPE-324 | Press Release, Office of the Texas Secretary of State, Secretary Hughs Commends Texas Voters Following November 3rd General Election (Nov. 30, 2020) | STATE087633 | 9/10/2023; previously identified as US-322 on 7/28/2023 |
| LUPE-325 | Email from Remi Garza to SOS Elections re: Provisions of Senate Bill 7 (June 7, 2021) | STATE046277 | 9/10/2023; previously identified as US-181 on 7/28/2023 |
| LUPE-326 | El Paso County Spreadsheet, 2022 November General - Ballot List, Return Status E7, November 2022 | EPC013184 | 9/10/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-327 | Dallas County Spreadsheet, Joint Elections Early Voting Complaint Summary, April 24, 2017 through May 2, 2017 | MS009798 | 9/10/2023 |
| LUPE-328 | Email from Amy Cohen (Nat'l Ass'n of State Elections Directors) to Keith Ingram (SOS) re: Update, 1/13: NASED Call Tomorrow (Jan. 13, 2022) | STATE092556 | 9/10/2023; previously identified as US-204 on 7/28/2023 |
| LUPE-329 | Email from Melissa Soto to Lisa Wise, February 2022 | EPC000599 | 9/10/2023; previously identified as US-236 on 7/28/2023 |
| LUPE-330 | Dallas County Spreadsheet, Poll Watcher Complaint Log, November 2022 | MS018637 | 9/10/2023 |
| LUPE-331 | November 2022 General Election First Correspondence from Harris County EA re: Stella Mata's Mail Ballot | | 9/10/2023 |
| LUPE-332 | Texas Legislative Council, Voter Data, 2016 General Election | | 9/10/2023 |
| LUPE-333 | Texas Legislative Council, Voter Data, 2018 General Election | | 9/10/2023 |
| LUPE-334 | Texas Legislative Council, Voter Data 2020 General Election | | 9/10/2023 |
| LUPE-335 | Texas Legislative Council, Voter Data, 2022 General Election | | 9/10/2023 |
| LUPE-336 | El Paso County Spreadsheet, Hispanic Voter Statistics Report, 2020 March Primary Election, March 2020 | EPC000591 | 9/10/2023 |
| LUPE-337 | El Paso County Spreadsheet, Hispanic Voter Statistics Report, 2020 November General Election, November 2020 | EPC000596 | 9/10/2023 |
| LUPE-338 | El Paso County Spreadsheet, 2022 March Primary - Ballot List, March 2022 | EPC004514 | 9/10/2023 |
| LUPE-339 | El Paso County, Early Voting Statistics, March 2018 Primary Election - Republican Party, March 2018 | | 9/10/2023 |
| LUPE-340 | El Paso County, Early Voting Statistics, March 2022 Primary Election - Republican Party, March 2022 | | 9/10/2023 |
| LUPE-341 | El Paso County, Early Voting Statistics, November 2018 Primary Election, November 2018 | | 9/10/2023 |

| Exhibit No. | Exhibit Description | Document Identifier | Date Identified |
|---|---|---|---|
| LUPE-342 | El Paso County, Early Voting Statistics, November 2022 Primary Election, November 2022 | | 9/10/2023 |
| LUPE-343 | Email from Cary Roberts to Christina Adkins, et al., July 2021 | STATE047862 | 9/10/2023 |
| LUPE-344 | November 2022 General Election Second Correspondence from Harris County EA re: Stella Mata's Mail Ballot | | 9/10/2023 |
| LUPE-345 | Form, Notice of Rejected Ballot by Mail, September 2023 | | 9/10/2023 |
| LUPE-346 | Defendant Michael Scarpello's Responses to State Defendants' Second Set of Interrogatories, March 2023 | | 9/10/2023 |
| LUPE-347 | Dallas County Presentation, Poll Worker Training, Joint Primary Election, March 2022 | MS019319 | 9/10/2023 |