IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| La Unión del Pueblo Entero, *et al.*, | § | |
|---|---|---|
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Case No. 5:21-cv-00844-XR |
| State of Texas, *et al.*, | § | [Lead Case] |
| | § | |
| Defendants. | § | |
| | § | |
| Harris County Republican Party, *et al.*, | § | |
| | § | |
| Intervenor-Defendants. | § | |

## LUPE PLAINTIFFS' AMENDED RESPONSES AND OBJECTIONS TO DEFENDANTS' EXHIBIT LISTS

The following list provides a key for the amended objections set forth below:

| Code | Objection |
|---|---|
| 402 | Relevance (*see* Fed. R. Evid. 401, 402) |
| 403 | Undue Prejudice (*see* Fed. R. Evid. 403) |
| 802 | Hearsay (*see* Fed. R. Evid. 801, 802) |
| 901 | Authentication (*see* Fed. R. Evid. 901, 902) |
| F | Exhibit lacks foundation |

In addition to the specific objections set forth below, LUPE Plaintiffs object to the introduction of exhibits that are not properly authenticated. LUPE Plaintiffs are willing to confer with Defendants regarding means to resolve authenticity objections in advance of trial, but even in instances where a stipulation as to authenticity may be reached, and unless otherwise noted, LUPE Plaintiffs reserve all other objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay, and relevance. Moreover, as of the date of this filing, LUPE Plaintiffs have still not received copies of the State Defendants' exhibits, so further

reserve the right to object to any exhibit based on completeness and authenticity with respect to the actual exhibit that is offered. Finally, LUPE Plaintiffs note that many of their objections based on hearsay are conditional and depend on the purpose for which Defendants seek to introduce the exhibit.

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
| STATE 2 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eitan Hersh's February 10, 2023, Second Supplemental Report. Served on Mar. 3, 2023 | 802 |
| STATE 3 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eitan Hersh's February 28, 2022, Initial Report. Served on Mar. 29, 2022. | 802 |
| STATE 4 | Notice of Correction to March 29, 2022, Expert Report of Prof. Hoekstra, Mark Ph.D., Written in Response to the February 28, 2022, Report by Prof. Eitan Hersh. Served on Apr. 25, 2023. | 802 |
| STATE 5 | Expert Witness Report, Prof. Mark Hoekstra, to Response Prof. Christian Grose's February 2023, 10, Supplemental Report. Served on Mar. 3, 2023 | 802 |
| STATE 6 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Grose's Christian February 28, 2022, Initial Report. Served on Mar. 29, 2022. | 802 |
| STATE 7 | Notice of Correction to March 29, 2022, Expert Report of Prof. Mark Hoekstra, Written to in Response 28, the February 2022, Prof. Report by Grose. Christian Served on Apr. 25, 2023. | 802 |
| STATE 8 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eric McDaniel's February 10, 2023, Second Supplemental Report. Served on Mar. 3, 2023. | 802 |

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
| STATE 9 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Eric McDaniel's February 28, 2022, Initial Report. Served on Mar. 29, 2022. | 802 |
| STATE 10 | Expert Witness Report, Prof. Mark Hoekstra, Response to Prof. Kenneth R. Mayer's March 6, 2023, Supplemental Report. Served on Apr. 5, 2023. | 802 |
| STATE 11 | Notice of Correction to April 5, 2023, Expert Report of Prof. Mark Hoekstra, PhD, Written in Response to the March 6, 2023, by Prof. Report Kenneth Mayer. Served on Apr. 25, 2023. | 802 |
| STATE 12 | Expert Witness Report, Dr. Stephen C. Graves. Served on Mar. 29, 2022. | 802 |
| STATE 23 | Final Report on Audit of 2020 General Election in Texas. | 802 |
| STATE 24 | Executive Summary to Audit 2020 General Election in Texas | 802 |
| STATE 54 | Form 7-33 AW7-7b, Notice of Voting Order Priority, January 2022. | Bates number doesn't correspond to document description; all objections reserved |
| STATE 67 | January 18, 2022, Email from Election Security Trainer Alexa Buxkemper to Legal Director Christina Adkins, Re: How many forms.... | 802 |
| STATE 82 | CONFIDENTIAL Election Fraud Violations Office Chart, the Attorney of General, April updated 20, 2022. | 402; 802; F |
| STATE 83 | CONFIDENTIAL Instances of Suspected Illegal Voting Since March 1, 2018 – Cases Opened, of the Office Attorney General. | 402; 802; F |
| STATE 84 | CONFIDENTIAL Case Tracking Spreadsheet, Election Integrity Unit, Office of the Attorney General. | 402; 802; F |
| STATE 85 | 2020 Complaint Log, Secretary of State | 402; 802; F |
| STATE 86 | 2016–2019 Complaint Log, Secretary of State. | 402; 802; F |
| STATE 88 | March 11, 2021, Email from Director of Government Relations Ryan Fisher at the | 402; 802 |

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
| | Office of Attorney General to Jessica Hart; Re: OAG Election Fraud Section. | |
| STATE 90 | Indictment, Texas v. Ward, Cause No. 50947-B. | 402; 802 |
| STATE 091 | Indictment, Texas v. Jackson, Cause No. 50949-B. | 402; 802 |
| STATE 92 | Indictment, Texas v. Burns, Cause No. 50951-B. | 402; 802 |
| STATE 93 | Indictment, Texas v. Brown, Cause No. 50953-B. | 402; 802 |
| STATE 94 | Indictment, Texas v. Molina, W-19-0134-J22. | 402; 802 |
| STATE 95 | Indictment, United States v. Orellana, Case No. 9:18-cr-00020. | 402; 802 |
| STATE 96 | Judgment in a Criminal Case, United States v. Orellana, Case No. 9:18-cr-00020. | 402; 802 |
| STATE 97 | Plea Agreement, United States v. Orellana, Case No. 9:18-cr-00020. | 402; 802 |
| STATE 98 | Warrant of Arrest, Texas v. Molina, W-19-0134-J22. | 402; 802 |
| STATE 99 | Agreement, OAG Prosecution Diversion Program, related to illegal voting, signed March 8, 2022. | 402; 802 |
| STATE 100 | Agreement, OAG Prosecution Diversion Program, related to unlawful assistance, signed June 6, 2018. | 402; 802 |
| STATE 101 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed October 28, 2021. | 402; 802 |
| STATE 102 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 14, 2020. | 402; 802 |
| STATE 103 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed August 19, 2020. | 402; 802 |
| STATE 104 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on government record, signed June 5, 2018. | 402; 802 |

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
| STATE 105 | Agreement, OAG Prosecution Diversion Program, related to assistance, unlawful signed June 15, 2018. | 402; 802 |
| STATE 106 | Agreement, OAG Prosecution Diversion Program, related to failure to sign application as a witness, signed May 19, 2021. | 402; 802 |
| STATE 107 | Agreement, OAG Prosecution Diversion Program, related to violations of Tex. Elec. Code §§ 64.012 and 276.013, signed August 5, 2019. | 402; 802 |
| STATE 108 | Agreement, OAG Prosecution Diversion Program, related to false on information application for ballot by mail, signed June 26, 2018. | 402; 802 |
| STATE 109 | Agreement, OAG Prosecution Diversion Program, related to false on information application for ballot by mail, signed June 25, 2018. | 402; 802 |
| STATE 110 | Agreement, OAG Prosecution Diversion Program, related to false on information application for ballot by mail, signed June 25, 2018. | 402; 802 |
| STATE 111 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018. | 402; 802 |
| STATE 112 | Agreement, OAG Prosecution Diversion Program, related to illegal voting and false information on application for ballot by mail, signed July 25, 2018. | 402; 802 |
| STATE 113 | Agreement, OAG Prosecution Diversion Program, related to false information on application for ballot by mail, signed September 17, 2018. | 402; 802 |
| STATE 114 | Agreement, OAG Prosecution Diversion Program, related to false on information application for ballot by mail, signed June 26, 2018. | 402; 802 |
| STATE 115 | Agreement, OAG Prosecution Diversion Program, related to false on information application for ballot by mail, signed June 26, 2018. | 402; 802 |

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
| STATE 116 | Agreement, OAG Prosecution Diversion Program, related to false on information application for ballot by mail, signed June 26, 2018. | 402; 802 |
| STATE 117 | Final Judgment, Rangle v. Rodriguez, NO. 2022CVK001669D1 49th Dist. Ct., Webb County, Feb. 2, 2023. | 402; 802 |
| STATE 118 | United States' Responses to Texas's First Set of RFPs – Privilege Log Exhibit 10 – May 9, 2022, Dep. of Remi Garza. | 402; 802; F |
| STATE 119 | November 4, 2013, Press Release from FBI San Antonio Field Re: Former Office, Cameron County Woman Convicted of Voter Fraud. | 402; 802 |
| STATE 120 | June 2014, Press 5, from Release of Justice Department Attorney's U.S. Office Southern District Texas, Re: of Campaign Worker Pleads Guilty To Buying Votes In School Donna Board Election. | 402; 403; 802 |
| STATE 121 | June 19, 2014, Press Release from Department of Justice, Re: Campaign Manager Charged with Buying Votes in a Donna, Texas, School Board Election. | 402; 403; 802 |
| STATE 122 | December 1, 2014, Press Release from FBI San Antonio Field Office, Re: Campaign Manager Pleads Guilty to Conspiracy to Buy Votes in a Donna, Texas School Board Election. | 402; 403; 802 |
| STATE 125 | December 3, 2018, Letter from Senator Judith Zaffirini to Senator Bryan Hughes regarding Senate Select Committee on Election Security. | 802 |
| STATE 126 | Chuck DeVore, The Role of Voter List Maintenance and Voter Identification in Election Integrity, Texas Public Policy Foundation, March 2021. | 802 |
| STATE 131 | Justice Devine Dissent, In re Hotze, et al, No. 20-0751, 627 S.W.3d 652 Tex. 2020. Exhibit 13 – October 6, 2022, Dep. of Sen. Carol Alvarado. | 402 |
| STATE 133 | August 27, 2020, Letter from Director of Elections Keith Ingram to Harris County Clerk Chris Hollins about unsolicited ABBMs. | 802 |

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
|  | Exhibit 3 – October 6, 2022, Dep. of Sen. Carol Alvarado. |  |
| STATE 134 | Petition, State v. Hollins, NO. 14-20-00627-CV 127th Dist. Ct., County, Tex. Harris Aug. 31, 2020. Exhibit 7 – May 6, 2022, Dep. of Chris Hollins. | 402; 802 |
| STATE 139 | Petition for Writ of Mandamus, In re Hotze, et al, No. 20-0819, 909 Tex. 610 S.W.3d 2020. Exhibit 11 – May 6, 2022, Dep. of Chris Hollins. | 402; 802 |
| STATE 140 | Justice Devine Dissent, In re Hotze, et al, No. 20-0819, 610 S.W.3d 909 Tex. 2020. | 402 |
| STATE 143 | September 10, 2020, Email from Elections Division Attorney Charles Pinney to Assistant Director Dan Hayes, Re: Travis County Central Count Accommodations for Poll Watchers. | 802 |
| STATE 146 | Brief of the Texas Attorney General, In re Mackowiak, et al, No. 20-0889 Tex. 2020. | 402; 802 |
| STATE 147 | Rule 11 Agreement between Relators and Respondent, In re Mackowiak, et al, No. 20-0889 Tex. 2020. | 402 |
| STATE 175 | 2022-2023 Voting Assistance Guide, Alabama. | 402; F |
| STATE 176 | 2022-2023 Voting Assistance Guide, Georgia. | 402; F |
| STATE 177 | 2022-2023 Voting Assistance Guide, Florida. | 402; F |
| STATE 178 | 2022-2023 Voting Assistance Guide, Hawaii. | 402; F |
| STATE 179 | 2022-2023 Voting Assistance Guide, Louisiana. | 402; F |
| STATE 180 | 2022-2023 Voting Assistance Guide, Mississippi. | 402; F |
| STATE 181 | 2022-2023 Voting Assistance Guide, New Jersey. | 402; F |
| STATE 182 | 2022-2023 Voting Assistance Guide, New Mexico. | 402; F |
| STATE 183 | 2022-2023 Voting Assistance Guide, North Carolina. | 402; F |
| STATE 184 | 2022-2023 Voting Assistance Guide, North Dakota. | 402; F |
| STATE 185 | 2022-2023 Voting Assistance Guide, Pennsylvania. | 402; F |

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
| STATE 186 | 2022-2023 Voting Assistance Guide, South Dakota. | 402; F |
| STATE 187 | 2022-2023 Voting Assistance Guide, Tennessee. | 402; F |
| STATE 189 | 2022-2023 Voting Assistance Guide, Virginia. | 402; F |
| STATE 190 | 2022-2023 Voting Assistance Guide, West Virginia. | 402; F |
| STATE 191 | Webpage, State Laws Governing Early Voting, NATIONAL CONFERENCE OF STATE LEGISLATURES Aug. 8, 2019. Exhibit 1 – May 2, 2022, Dep. of Dana DeBeauvoir. | 402; 802 |
| STATE 219 | September 27, 2022, Email from Director of Elections Keith Ingram to Joyce LeBombard, League of Women Voters, Re: Two More Quick Questions. | 802 |
| STATE 220 | December 2021, 9, from Deputy Email Director Scott J. Federal Wiedmann, Voting Assistance to Legal Program, Director Christina Adkins, Re: RE: [Non-DoD Questions Source] Carrier on Envelopes for voters. FPCA. | 802 |
| STATE 223 | July 7, 2022, Mass Email from Director of Elections Keith Ingram to Election Officials, Re: Notice of Court Order and Revised Election Forms. | 802 |
| STATE 224 | August 25, 2022, Mass Email from Secretary of State's Elections Internet account to Election Re: Officials, Important Information for the November 8, 2022, General Election. | 802 |
| STATE 226 | October 11, 2022, Mass Email from Legal Director Christina to Election Adkins Officials, Re: Reminder – Webinar Today. | 802 |
| STATE 229 | September 8, 2022, Press Release, SOS 101: Voter Registration in Texas, Texas Secretary of State Press Office. | 802 |
| STATE 232 | November 7, 2022, Press Release, What to Expect on Election Day Texas, Texas in Secretary of State Office. Press. | 802 |
| STATE 233 | February 9, 2022, Email from Assistant Secretary of State for Communications Sam Taylor to Director of Elections Keith | 802 |

8

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
|  | Ingram, Re: Correction to CNN story – incorrect information about new vote by mail ID requirement. |  |
| STATE 234 | Webpage, Voters with Special Needs, EPCOUNTYVOTES.COM, https://epcounty votes.com/voter_information/voters_ with_special_needs. | 901 |
| STATE 236 | Webpage, Services Available to Voters with Disabilities in Texas, VOTETEXAS.GOV, https://www.votetexas.gov/voters-with -special-needs/ | 901 |
| STATE 237 | Webpage, FPCA Ballot Tracker, TEXAS SECRETARY OF STATE, https://web services.sos.state.tx.us/FPCA/index.aspx. | 901 |
| STATE 256 | Power Point Presentation, Proactive Communication Strategies for Local Election Officials, Secretary of State, Election Seminar, Secretary of State, November 2022. | 901 |
| STATE 282 | Declaration of Brian Keith Ingram, ECF 43-1, Tex. League of United Latin Am. Citizens v. Abbott, 493 F. Supp. 3d 548, 567 W.D. Tex. 2020, vacated sub nom. Tex. League of United Latin Citizens v. Am. Hughs, No. 20-50867, 2021 WL 1446828 5th Cir. Feb. 22, 2021. | 402; 802 |
| STATE 283 | Reporters Record, Vol. 2 of 3, October 13, 2020, Hearing on Application Plaintiff's for Temporary Injunction and Defendants Plea to the Jurisdiction, Anti-Defamation League Austin, Southwest, and Texoma Regions v. Abbott, Cause No. D-1-GH-20-005550. | 402; 802 |
| STATE 284 | Appellant's Brief, Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Regions, Appellate Cause No. 03-20-00498- CV, 2020 WL Tex. 6586318 App.—Austin. | 402; 802 |
| STATE 285 | Appellant's Reply Brief, Abbott v. Anti-Defamation League Austin, Southwest, and Texoma Appellate Regions, 03- Cause No. 20-00498- Tex. CV Austin. App.— | 402; 802 |
| STATE 287 | John Burnett & Marisa Peñaloza, In Rio Grande Valley, Some Campaign Workers Are Paid To Harvest Votes, NPR July 7, 2015. | 802 |

| Defendants' Exhibit Number | Exhibit Description | Objection/Response |
|---|---|---|
| STATE 288 | Tim Acosta, Judge tosses Kleberg County justice of the peace votes, orders new election, CALLER TIMES June 26, 2018. | 802 |
| STATE 289 | Tim Acosta, Robstown resident pleads guilty to voter fraud, barred from helping in future elections, CALLER TIMES June 14, 2018. | 802 |
| STATE 290 | U.S. Census Bureau's Quick Facts: Harris County, Texas, population estimate July 1, 2021. Exhibit 46 – October 6, 2022, Dep. of Sen. Carol Alvarado. | 901 |
| STATE 292 | Report of the Commission on Federal Election Reform, Building Confidence in U.S. Elections, September 2005. | 802 |
| STATE 307 | Summary Exhibit - ABBM application and ballot numbers-20220325T005810Z-001.zip?ABBM and ballot application numbers\a_reqexpPM22_full.txt LUPE_0007719 | No summary produced; all objections reserved |
| STATE 309 | Summary Exhibit - REDACTED_-_P322__1_Dallas.xlsx LUPE_0007734 | No summary produced; all objections reserved |
| STATE 311 | Summary Exhibit -a_reqexpPM22_full.txt LUPE_0024430 | No summary produced; all objections reserved |
| STATE 313 | Summary Exhibit - P322_Election.xlsx HJ_0008945 | No summary produced; all objections reserved |
| STATE 315 | January 31, 2017, Letter on Results of Audit of November 8, 2016, General Election from Gretchen Nagy, Director, Travis County Voter Registration to Michael Winn, Director, Travis County Clerk Elections Division | 802 |
| GOP 2 | August 9, 2021 Email from C. Siegel to Senators, RPCI_0000331-332 | 802 |
| GOP 4 | May 5, 2022 Email from M. Scarpello, RPCI_0000361-3666 | 802 |