AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _____ *Plaintiff* <br> v. <br> _____ *Defendant* | ) <br> ) <br> ) Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .
JEFFREY LAMAR CLEMMONS

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of Court for the Western District of Texas using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ Eitan G. Berkowitz

_____
Eitan G. Berkowitz
ArentFox Schiff LLP
44 Montgomery St., 38th Floor
San Francisco, CA 94104
Telephone: 408.334.8775
eitan.berkowitz@afslaw.com