IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS, *et al.*, § <br> § <br> *Defendants*. § <br> § <br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, § <br> § <br> *Intervenor-Defendants*. § | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Pending before the Court is LUPE Plaintiffs' Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) (ECF No. 766).

Upon review of the request, the motion (ECF No. 766) is **GRANTED**. It is hereby ORDERED that the remaining claims in the LUPE Plaintiffs' Second Amended Complaint challenging SB1 § 6.01 are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all other additional claims remain live and unaffected by this Order.

**SO ORDERED and SIGNED** this 11th day of September, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE