AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| La Union Del Pueblo Entero, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:21-cv-0844-XR (consolidated case) |
| Gregory W. Abbott, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons.

Date:    09/14/2023

*Attorney's signature*

Derek Ha, California # 341436
*Printed name and bar number*
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104

*Address*

derek.ha@afslaw.com
*E-mail address*

(415) 757-5500
*Telephone number*

(415) 757-5501
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2023, electronically filed the foregoing with the Clerk of Court for the Western District of Texas using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ Derek Ha

Derek Ha
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
415.757.5500
derek.ha@afslaw.com