**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

LA UNIÓN DEL PUEBLO ENTERO, *et al.*,

    *Plaintiffs*,

v.

STATE OF TEXAS, *et al.*,

    *Defendants*.


HARRIS COUNTY REPUBLICAN PARTY, *et al.*,

    *Intervenor-Defendants*.

CIVIL ACTION NO.
5:21-cv-844-XR
[Consolidated Action: Lead Case]

## LUPE PLAINTIFFS' NOTICE OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION *IN LIMINE* TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)

Plaintiffs La Unión del Pueblo Entero, *et al.* ("LUPE Plaintiffs")[1] file this notice of filing

corrected exhibits to their Motion to Strike the Declaration of Jonathan White and Motion *in*

*Limine* to Exclude Testimony About Non-Public Information Relating to Investigations and

Prosecutions of Alleged Voter Fraud ("Motion to Strike and *in Limine*"). Dkt. 761. LUPE

Plaintiffs file this notice to address two issues regarding that motion.

---

[1] LUPE Plaintiffs are La Unión del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velasquez Institute, FIEL Houston Inc., and James Lewin.

First, with this notice, LUPE Plaintiffs file three corrected exhibits to their Motion to Strike and *in Limine*:

- Exhibit J (Dkt. 761-10): Excerpts from the April 27, 2022 Deposition of Jonathan White;

- Exhibit K (Dkt. 761-11): Excerpts from the May 5, 2022 Deposition of Jonathan White; and

- Exhibit W (Dkt. 761-23): Excerpts from the August 11, 2023 Deposition of Jonathan White.

The original filing of these three exhibits was the subject of an earlier motion in which LUPE Plaintiffs described difficulties with the ECF system on the evening of September 1, 2023. Dkt. 749. Specifically, the ECF system rejected these three exhibits. *See id.* ¶¶ 3-5. Upon encountering the technical difficulties, LUPE Plaintiffs reformatted the exhibits and filed them early on the morning of September 2, 2023. *Id.* ¶¶ 5-6. However, yesterday, while preparing for oral argument on their Motion to Strike and *in Limine*, counsel for LUPE Plaintiffs discovered that the three exhibits are still not properly formatted and as a result are incomplete. LUPE Plaintiffs now file corrected copies of these three exhibits with this notice. *See* Corrected Ex. J, Corrected Ex. K, and Corrected Ex. W.

Second, in an effort to facilitate the Court's review of LUPE Plaintiffs' Motion to Strike and *in Limine*, Dkt. 761, LUPE Plaintiffs have included, as Exhibit 1 to this notice, an index that matches the name of each exhibit (*e.g.*, Exhibit A) to the docket number of that exhibit (*e.g.*, Dkt. 761-1), and that provides a brief description of each exhibit (*e.g.*, Portions of Jonathan White Declaration that Should Remain Following LUPE Plaintiffs' Motion to Strike and *in Limine*).

Dated:  September 17, 2023

Respectfully submitted,

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*
**LA UNIÓN DEL PUEBLO ENTERO,
SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN
AMERICAN BAR ASSOCIATION OF
TEXAS, TEXAS HISPANICS
ORGANIZED FOR POLITICAL
EDUCATION, JOLT ACTION,
WILLIAM C. VELASQUEZ INSTITUTE,
FIEL HOUSTON INC**

*Admitted pro hac vice*

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry (NY Bar No. 5723135)
Jasleen K. Singh (CA. Bar No. 316596)
Eliza Sweren-Becker (NY Bar No. 5424403)
Andrew B. Garber (NY Bar No. 5684147)
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Leah J. Tulin* (MD No. 0812180236)
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Paul R. Genender (TX Bar No. 00790758)
Elizabeth Y. Ryan (TX Bar No. 24067758)
Matthew Berde (TX Bar No. 24094379)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com

**COUNSEL FOR
FRIENDSHIP-WEST BAPTIST
CHURCH, ANTI-DEFAMATION
LEAGUE AUSTIN, SOUTHWEST, AND
TEXOMA, TEXAS IMPACT, JAMES
LEWIN**

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 17th day of September 2023.

_/s/ Nina Perales_
Nina Perales