IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants*.<br><br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br><br>*Intervenor-Defendants*. | CIVIL ACTION NO.<br>5:21-cv-844-XR<br>[Consolidated Action:  Lead Case] |

**EXHIBIT 1:**

**INDEX OF EXHIBITS ACCOMPANYING LUPE PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)**

| Exhibit | Dkt. Citation | Description of Exhibit |
|---|---|---|
| A | 761-1 | Portions of Jonathan White Declaration that Should Remain Following LUPE Plaintiffs' Motion to Strike and *in Limine* |
| B | 761-2 | Private Plaintiffs' First Set of Requests for Production to the Attorney General |
| C | 761-3 | State Defendants' Objections and Responses to Private Plaintiffs' First Set of Requests for Production to the Attorney General |
| D | 761-4 | Spreadsheet Produced by State Defendants on December 30, 2021 |
| E | 761-5 | Spreadsheet Produced by State Defendants on April 26, 2022 |
| F | 761-6 | Spreadsheet Produced by State Defendants on September 13, 2022 (Beginning Bates Stamp: STATE112177) |
| G | 761-7 | Spreadsheet Produced by State Defendants on September 13, 2022 (Beginning Bates Stamp: STATE112160) |
| H | 761-8 | Spreadsheet Produced by State Defendants on May 5, 2022 |
| I | 761-9 | Spreadsheet Produced by State Defendants on August 31, 2022 |
| J | Corrected Ex. J (Replacing 761-10) | Excerpts from the April 27, 2022 Deposition of Jonathan White |
| K | Corrected Ex. K (Replacing 761-11) | Excerpts from the May 5, 2022 Deposition of Jonathan White |
| L | 761-12 | State Defendants' July 12, 2022 Privilege Log in Response to Private Plaintiffs' First Requests for Production of Documents |
| M | 761-13 | State Defendants' August 8, 2022 Privilege Log in Response to Private Plaintiffs' First Requests for Production of Documents |
| N | 761-14 | LUPE Plaintiffs' Second Set of Requests for Production to Defendant Kenneth Paxton |
| O | 761-15 | State Defendants' Objections to LUPE Plaintiffs' Second Set of Requests for Production to Attorney General Kenneth Paxton |

| Exhibit | Dkt. Citation | Description of Exhibit |
|---|---|---|
| P | 761-16 | State Defendants' Privilege Log (Office of the Secretary of State) in Response to LUPE Plaintiffs' Second Set of Requests for Production |
| Q | 761-17 | State Defendants' Privilege Log (Office of the Attorney General) in Response to LUPE Plaintiffs' Second Set of Requests for Production |
| R | 761-18 | Private Plaintiffs' First Set of Requests for Production to the Secretary of State |
| S | 761-19 | State Defendants' Objections and Responses to Private Plaintiffs' First Set of Requests for Production to the Secretary of State |
| T | 761-20 | Excerpts from the April 28, 2022 Deposition of Keith Ingram |
| U | 761-21 | Excerpts from Transcript of the Court's July 11, 2023 Hearing on LUPE Plaintiffs' June 24, 2023 Motion to Compel |
| V | 761-22 | Emails Between Counsel Regarding August 11, 2023 Deposition of Jonathan White |
| W | Corrected Ex. W (Replacing 761-23) | Excerpts from the August 11, 2023 Deposition of Jonathan White |
| X | 761-24 | Investigative Report by Office of the Attorney General |
| Y | 761-25 | October 8, 2020 Press Release by the Office of the Attorney General |