IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | | [Lead Case] |
| *Defendants.* | | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | | |
| *Intervenor-Defendants*. | | |

## NOTICE OF FILING OF LUPE PLAINTIFFS' DEPOSITION DESIGNATIONS OF COUNTY ELECTION ADMINISTRATORS TO COMPLETE THEIR HYBRID DIRECT EXAMINATIONS

LUPE Plaintiffs[1] hereby file their designations of deposition testimony of the following county election administrators in support of their direct examinations pursuant to the Court's Order at the parties' August 25, 2023 hearing (Dkt. 735 at Tr. 26:24-28:23). Attached as Exhibits A-I are deposition designations of the following witnesses:

A. Lisa Wise, El Paso County Elections Administrator, April 13, 2022

B. Lisa Wise, El Paso County Elections Administrator, April 14, 2022

C. Lisa Wise, El Paso County Elections Administrator, April 18, 2023

D. Michael Scarpello, Dallas County Elections Administrator, April 29, 2022

E. Michael Scarpello, Dallas County Elections Administrator, May 4, 2022

---

[1] LUPE Plaintiffs are La Union del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, FIEL Houston, Friendship-West Baptist Church, Texas Impact, and James Lewin.

    F.  Michael Scarpello, Dallas County Elections Administrator, April 13, 2023

    G.  Tacoma Phillips, Office of the Dallas County Elections Administrator, April 29, 2022

    H.  Tacoma Phillips, Office of the Dallas County Elections Administrator, April 13, 2023

    I.  Remi Garza, Cameron County Elections Administrator, May 9, 2022

Dated: September 18, 2023

Respectfully Submitted,

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

***Attorneys for Plaintiffs***

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry (NY Bar No. 5723135)
Jasleen K. Singh (CA. Bar No. 316596)
Eliza Sweren-Becker (NY Bar No. 5424403)
Andrew B. Garber (NY Bar No. 5684147)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Leah J. Tulin* (MD No. 0812180236)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Paul R. Genender (TX Bar No. 00790758)
Elizabeth Y. Ryan (TX Bar No. 24067758)
Matthew Berde (TX Bar No. 24094379)
Megan Cloud (TX Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777

| | |
|---|---|
| **LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC** | paul.genender@weil.com<br>liz.ryan@weil.com<br>matt.berde@weil.com<br>megan.cloud@weil.com<br><br>**COUNSEL FOR FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA, TEXAS IMPACT, JAMES LEWIN** |
| *Admitted pro hac vice* | *Admitted pro hac vice* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 18th day of September 2023.

/s/ *Nina Perales*
Nina Perales