# EXHIBIT G

```
                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
                   SAN ANTONIO DIVISION

LA UNION DEL PUEBLO ENTERO,)(
ET AL.,                    )(
                           )(
    PLAINTIFFS,            )(
                           )(   CIVIL ACTION
VS.                        )(   NO. SA-21-CV-00844-XR
                           )(
GREGORY W. ABBOTT, ET AL., )(
                           )(
                           )(
    DEFENDANTS.            )(
-----------------------------------------------------------
```

                VIDEOTAPED AND VIDEOCONFERENCED
                     ORAL DEPOSITION OF
                RIVELINO LOPEZ, TACOMA PHILLIPS
                    AND MICHAEL SCARPELLO
                      APRIL 29, 2022


        VIDEOTAPED AND VIDEOCONFERENCED ORAL DEPOSITION

OF RIVELINO LOPEZ, TACOMA PHILLIPS AND MICHAEL

SCARPELLO, produced as witnesses at the instance of the

Plaintiff LUPE, and duly sworn, was taken in the

above-styled and numbered cause on the 29th day of

April, 2022, from 10:47 a.m. to 8:02 p.m., before Holly

R. Swinford, CSR in and for the State of Texas, reported

by machine shorthand, at the Office of the Dallas

Elections Administrator, located at the Records

Building, 500 Elm Street, 7th Floor, Room 7Y11, in the

City of Dallas, County of Dallas, State of Texas,

pursuant to Notice, the Federal Rules, and the

provisions stated on the record or attached hereto.

Page 68

 1                    THE VIDEOGRAPHER:  Okay.  We're back on

 2     the record.  The time is 12:19 p.m.

 3                         EXAMINATION

 4     BY MS. PERALES:

 5         Q.   Good afternoon, Ms. Phillips.

 6         A.   Hello.

 7         Q.   Can you please --

 8                    THE REPORTER:  Oh, I forgot to swear her

 9     in.

10                    MS. PERALES:  I know.  I just thought of

11     that.

12         Q.   Can you please give us a second because we want

13     to make sure that you're sworn in.

14         A.   Okay.

15                    THE REPORTER:  Okay.  Can you please raise

16     your right hand?

17             (Witness sworn by the court reporter.)

18                    THE REPORTER:  Okay.  Thank you.

19                    MS. PERALES:  Do we know -- can we mute

20     that participant?

21             (The Videographer moves head up and down.)

22                    MS. PERALES:  We're going to take a minute

23     to mute someone.

24                    THE WITNESS:  Okay.

25                    THE VIDEOGRAPHER:  I don't have the

Page 82

1    mail and the mail ballots from November 2020?

2        A.    Yes.

3        Q.    So I'm going to ask you some questions about

4    the procedures of the office --

5        A.    Okay.

6        Q.    -- that were used prior to SB 1 --

7        A.    (Witness moves head up and down.)

8        Q.    -- so before this March primary.

9              Were there changes in the way the Elections

10   Department processed applications for ballot by mail or

11   mail ballots between November 2020 and November 2021

12   that you're aware of?

13       A.    Can you repeat that question again?

14       Q.    Yeah.  I want to ask some questions about the

15   procedures of your office in handling applications for

16   ballot by mail, processing them, and also mail ballots.

17   But I want to make sure that when I ask those questions,

18   I'm sort of capturing what your office does.

19             And so my first question is whether you changed

20   (indicating) any of the ways that you processed

21   applications for ballot by mail or mail ballots between

22   November 2020 and November 2021.

23             Did your office undergo any kind of changes in

24   the way you handled these materials or processed them?

25       A.    Not to my knowledge.

1    Q.   So then I will ask you:  Prior to SB 1, prior

2    to the March 2022 primary, when you received an

3    application for ballot by mail in the mail, what would

4    you do from the moment that you opened it (indicating)?

5    A.   We'll open it, look to see -- date-stamp it,

6    and then we'll put it in a category of how it came in.

7    If it was a Y65, which is yearly person who's over the

8    age -- anyone over the age of 65, or is disabled, or if

9    they are going to be a RM, which is regular mail, out of

10   county, or they just particularly want one particular

11   election, they're -- they're selecting, or if it's a

12   military or something like that, well, then, we'll put

13   it in its category (indicating).

14          And then we will put a bar code label on there.

15   That way we can scan or capture the image of the

16   application and put it into the VR system.

17   Q.   What would you be checking when you first open

18   it, or would you scan it even if it was, for example,

19   incomplete or unsigned?  Is there a point at which

20   you're checking to make sure it's complete?

21          MS. HUNKER:  Objection, form.

22   A.   We are actually doing -- I believe -- first, we

23   will scan it.  The process of it -- the process now

24   would be still to image it, to capture the image of it.

25   Q.   Okay.

1    A.    That way, we will have the image of the either

2    completed application or the incomplete application.

3    Q.    Does it also get a bar code?

4    A.    Yes.

5    Q.    Okay.  So, then, after it gets the bar code,

6    what happens next?

7    A.    Once it gets the bar code, then we would go

8    ahead and process that application in the -- in the

9    Vemacs voter registration system.  And we will process

10   it if it's complete.  If the application's complete,

11   then we will process it and prepare it for the election.

12          If it's not complete, then we will process it

13   still and then send the voter a notice letting them know

14   what was incomplete about the application.

15   Q.    Okay.  And when you're -- let's assume that

16   you've got an application for ballot by mail and it is

17   complete.  How -- what would your office do to make sure

18   that you knew this was coming from a real voter?  Is --

19   was there anything you would check about the voter

20   besides that you have a voter registration record for

21   that voter?

22   A.    Just -- just checking them in that voter

23   registration system.  They have to be a registered voter

24   in order -- and if they are not a registered voter, then

25   we will send them a letter letting them know, You are

1    not a registered voter, and also a voter registration

2    application.

3        Q.   Okay.  And so assuming the application for

4    ballot by mail makes it through the system, is it fair

5    to say you would then send that voter a mail ballot?

6        A.   We'll send them a ballot for every election

7    that they are eligible to vote in.

8        Q.   So if you got an application for ballot by mail

9    in January, for example, and the voter had checked

10   "annual," you would put that person in the system and

11   send them mail ballots for the rest of the year; is that

12   right?

13       A.   Uh-huh.  You said just check annual, so we'll

14   just send them a ballot for an election that's not a

15   political party election because they have to declare.

16       Q.   Okay.  So if they wanted to vote in one primary

17   or another, they would still -- they'd have to send you

18   another --

19       A.   No.

20       Q.   -- application?

21       A.   They would have to state that on the

22   application.

23       Q.   Okay.  Got it.  Now, walk me through the

24   process pre-SB 1 (indicating) --

25       A.   Okay.

1    Q.   -- of rece- -- your office would receive a mail

2    ballot now from a voter.

3        What would you -- what would be the process of

4    dealing with that?

5    A.   We'll take the actual carrier envelope, which

6    contains the ballot inside the carrier envelope.  We

7    will datestamp that carrier envelope, and then we will

8    run it through our Agilis machine to capture the image

9    of the side of the envelope that would contain the

10   voter's signature on there, and then we will wait for

11   SVC, which is Signature Verification Committee to verify

12   the signature.

13   Q.   Okay.  Have you ever done work to verify

14   signatures, yourself?

15   A.   No.

16   Q.   And who's on the Signature Verification

17   Committee?

18   A.   That's a committee that is determined by, I

19   believe, the political parties, the Republican party and

20   Democratic party.  And then they have a -- they have a

21   elect- -- Early Voting Ballot Board, which has a judge

22   and they determine who is the judge in -- in the ballot

23   board and who are selected to be on the committee for

24   signature verification.

25   Q.   And then, once the -- and so do you have any

1  understanding of what the Signature Verification

2  Committee does to verify the signature?

3      A.   Say that again, please.

4      Q.   Do you know what the Signature Verification

5  Committee would do to verify the signature?

6      A.   No.

7      Q.   Do you know if they compare the signature to

8  anything?

9           MS. HUNKER:  Objection to form.

10     A.   The law states that the Signature Verification

11  Committee is to verify the signature of the voter,

12  compare the signature of the voter's ABBM application

13  and compare the signature on the carrier envelope.

14     Q.   (By Ms. Perales)  Okay.  If you received a mail

15  ballot and the signature is missing on the carrier

16  envelope --

17     A.   (Witness moves head up and down.)

18     Q.   -- what would you do?

19     A.   If it's within the time frame of bef- -- if

20  it's within the time frame before the Signature

21  Verification Committee convenes, we will take that

22  carrier envelope and resubmit it back to the voter for

23  them to be able to either put their signature on that

24  carrier envelope, mail it back to us; or they can take

25  that carrier envelope and take it to the polls, either

1    during early -- when Early Voting begins or Election

2    Day, and they can turn that carrier envelope in and vote

3    ballot for ballot.

4        Q.   So would you have a letter, like a form letter,

5    that you would send the carrier envelope back to the

6    voter with the letter explaining kind of what their

7    options are?

8        A.   And you're still asking the questions before --

9    prior to 20- --

10       Q.   Before SB 1.

11                 (Simultaneously speaking.)

12       A.   SB 1.

13                 THE REPORTER:  I'm sorry.  Can you slow

14   down just a little bit, and can you repeat the last

15   thing you just said.

16                 THE WITNESS:  I asked -- I asked -- I

17   said, Are you still asking the questions before SB 1.

18                 THE REPORTER:  Thank you.

19       A.   That works -- yes, we did send a notice back

20   with the carrier envelope to the voter explaining to

21   them that they failed to put their signature on the

22   carrier envelope and give it -- and -- and explain it to

23   them, there's the steps they can do next in order for

24   their vote or ballot to be cast.

25       Q.   What would you do if there wasn't enough time

1    Security, we create a notice in VEMACS to say, Hey, this

2    is a multiple request, and the reason why.

3        Q.    Okay.  And so would it be fair to say, then,

4    that there were notices created in VEMACS specifically

5    for people who didn't have an ID number on there or that

6    you couldn't match the ID number?

7        A.    Yes.

8        Q.    Okay.  And does VEMACS -- now could you run a

9    report on VEMACS and ask it how many of those particular

10   ID-number-related notices went out?

11       A.    Yes.

12       Q.    Okay.  So I understand that you would then

13   notify the voter that you were missing an ID number that

14   you could match for -- for their ABBM; is that correct?

15       A.    Yes.

16       Q.    Do you know, sitting here today, about how many

17   of those notices you sent out to voters -- or let me

18   phrase it another way.  Do you know, sitting here today,

19   how many applications for ballot by mail you were unable

20   to process because they were missing an ID number or the

21   ID number that was provided by the voter could not be

22   matched to the registration record?

23       A.    Not offhand, no, I do not know the number.

24       Q.    Do you have that number somewhere in your

25   office?

1    A.   I'm sorry.

2    Q.   So you were getting phone calls from voters

3    with questions about this process; is that right?

4    A.   Yes.

5    Q.   And generally, what were voters communicating

6    to you?

7    A.   The reason why they received the letter, what

8    was the letter for.  If it was for missing their Social

9    Security or driver's license, we explained to the voter

10   that the only thing they had to do was put that on their

11   ABBM application.

12   Q.   Did you get any voters asking why they were

13   being sent a Voter Registration Application when they

14   knew they were already registered to vote?

15   A.   Yes.  We informed them that their -- if, in

16   fact, if their voter registration record did not have

17   the Texas Driver's License or ID or Social Security,

18   that they would need to put that on their information --

19   on their application.  I'm sorry.  We need to put it --

20   have it on their voter registration record, also have it

21   on their ABBM application.  But it was a very rarity

22   that we did get any of those and we had to send those

23   applications out to a voter, because most of the time we

24   will have the information on the voter registration

25   file, but it wasn't on the ABBM application.

1    Q.   Okay.  So, in your experience, many ABBMs were

2  coming to your office and the voter had failed to put

3  either a driver's license number or the last four of the

4  Social?

5    A.   Yes, or they forgot to put the correct

6  information that was on the voter registration file.

7    Q.   All right.  So they might have put a driver's

8  license number when you had the last four of the Social?

9    A.   Yes.

10   Q.   Or vice versa?

11   A.   Or vice versa.

12   Q.   They might have put the last four of the Social

13  and you only had the driver's license --

14   A.   Yes.

15   Q.   -- number?

16   A.   Yes.

17   Q.   Did your office keep track of the number of

18  communications you got from voters with questions about

19  the new ID verification requirements?

20   A.   No, we did not.

21   Q.   Would you say that your office spent a

22  significant amount of time answering questions from

23  voters or responding to their inquiries about the new ID

24  requirements?

25   A.   Yes.

1    Q.    Okay.  Do you know about how many those were?

2    A.    I do not know.

3    Q.    Would we be able to figure it out by -- did

4    you -- I answered my own question.  Let me start again.

5          Did you keep track of the voters for whom you

6    received a mail ballot, but you could not verify their

7    ID number in order to count that mail ballot?

8    A.    Yes.

9    Q.    Okay.  And presumably, if they were sending you

10   a mail ballot, they had already managed to get

11   themselves through the ABBM process, right, by giving

12   you a number you could match?

13   A.    Yes.

14   Q.    Okay.  But then, we have the number of people

15   who were sent mail ballots and then you get these mail

16   ballot back and you can't verify the number.  That's

17   a -- that's, like, a known -- we could figure that out?

18   A.    Yes.

19   Q.    Okay.  Did you ever advise a voter over the

20   phone what to do when they received a notice and a new

21   ABBM and maybe also a new Voter Registration

22   Application?  Did you ever advise a voter on the phone,

23   like, This is what you have to do with these papers and

24   get them back to us so we can send you a mail ballot?

25   A.    Yes.

1      Q.   I see.  So you would eith- -- you would -- you

2  would find that voter as you were entering the

3  information for the application --

4      A.   Yes.

5      Q.   -- for ballot by mail?

6      A.   Yes.

7      Q.   And she would -- Susan Smith, she would appear

8  with the information that is associated with her voter

9  registration record as maintained by Dallas County; is

10 that right?

11     A.   Yes.

12     Q.   Do you know if TEAMS does any automatic updates

13 into your voter roll at Dallas County?

14     A.   That is a question for Rive Lopez.

15     Q.   Okay.  I have a question about what we call the

16 carrier envelope.

17     A.   Okay.

18     Q.   Is it fair to say that the mail ballot, itself,

19 goes inside an envelope and then that envelope goes

20 inside a mailing envelope?

21          MS. HUNKER:  Objection to form.

22     Q.   (By Ms. Perales)  Help me understand because

23 I've always had a sense that there are two envelopes

24 involved, but I need some help understanding which one

25 is the carrier envelope.

1    A.    Okay.   So what we do is we have a mail ballot

2    packet (indicating).   We have -- for the primary 2020

3    election, we had to use the white envelope.   So we had a

4    white mailing envelope.   Then we had the white secrecy

5    or ballot envelope.   Then we have a carrier envelope,

6    and then we have inserts.

7           We put all those in a packet, along with the

8    ballot, to the voter.   The voter is -- are to return

9    their voted ballot inside the ballot secrecy envelope,

10   seal that, and take that and put it inside the carrier

11   envelope.   Before they close the carrier envelope, they

12   are to put their identification there, close

13   (indicating) the carrier envelope and, over the seal,

14   sign their signature, and then mail that to us.

15    Q.    So the carrier envelope is the envelope that's

16   handled, for example, by the US mail --

17    A.    Yes.

18    Q.    -- is that right?

19    A.    Yes.

20    Q.    And the secrecy envelope is the envelope that

21   contains the voted ballot?

22    A.    Yes.

23    Q.    Thank you.   Did you have any problems opening

24   the envelope that had the flap (indicating) with the ID

25   number written on it?

Page 125

1    A.   Uh-huh.

2    Q.   -- in the mail-ballot group, do you have any

3  Spanish speakers?

4    A.   Yes.

5    Q.   Do you have any Vietnamese speakers?

6    A.   In my department, no.  But in the office, yes,

7  we have one.

8    Q.   Are the language prompts in your system yet for

9  someone to call Dallas County Elections and get a prompt

10  for -- if you need to speak -- if you need to hear this

11  message in Vietnamese, press whatever?

12    A.   I do not know.

13    Q.   Because it's new?

14    A.   It's new.

15    Q.   Okay.

16    A.   It may be.  I just don't know.

17    Q.   I want to ask you now about guidance from the

18  Secretary of State's office during this process,

19  starting January 1 of 2022.

20    A.   Okay.

21    Q.   Was there a time when your office was making

22  decisions about how to implement the new ID number

23  matching requirements and you had not yet received

24  guidance from the Secretary of State's office?

25    A.   Yes.

Page 126

1           MS. HUNKER:  Objection, form.

2      Q.   (By Ms. Perales)  Give me an example of that.

3      A.   How we were going to handle the notices for the

4  missing or incorrect driver license, Texas ID or Social

5  Security; that was mostly that there.

6      Q.   Okay.

7      A.   And then how we was notifying the voters,

8  sending the notices out.

9      Q.   So you had to make those decisions as Dallas

10  County, correct?

11     A.   Yes.

12     Q.   Do you, in your job, ever talk to people at the

13  Secretary of State's office?

14     A.   Yes.

15     Q.   And did you ask for guidance on some of these

16  ID matching requirements for SB 1 from the Secretary of

17  State?

18     A.   Did I ask for guidance from the Secretar- --

19  no.

20     Q.   Did you have communications with anyone in the

21  Secretary of State's office, from January 1 until the

22  March primary date, about the signature -- or not the

23  signature, about the ID number matching requirements and

24  how to implement them in Dallas County?

25     A.   Repeat that again.

```
 1        A.   Yes, when we would send the report.  So what --
 2   what I have to do is anything that we deal with a
 3   particular election.  So let's say we were dealing with
 4   the March primary; we associated that voter to that
 5   March primary election.
 6        Q.   Uh-huh.
 7        A.   What we did was doing an export out of TEAM- --
 8   out of VEMACS.
 9        Q.   Uh-huh.
10        A.   And then once we created the export out of
11   VEMACS, it captured everything that we did to touch that
12   one particular voter.  And then we submit that
13   information to TEAMS, through an import through TEAMS.
14        Q.   And is it fair to say that Emily Harwell --
15        A.   Uh-huh.
16        Q.   -- would contact you because there was
17   something missing with respect to just one individual
18   voter?
19        A.   It was -- there was one or a group.
20        Q.   Okay.  And there would be a step missing, for
21   example, in their process towards getting a mail ballot?
22        A.   Yes.
23        Q.   Okay.  Did you ever have a situation where a
24   voter or an individual was trying to request an
25   application for ballot by mail on behalf of another
```

1  person?

2      A.    Yes.

3              MS. HUNKER:   Objection to form.

4      Q.    (By Ms. Perales)   And how did you handle that

5  situation when you would get contacted by someone who

6  says, I need to request an application for ballot by

7  mail for this other individual?

8      A.    I'll tell them, Unfortunately, I wouldn't be

9  able to do that; I will need to speak with the voter

10 that -- who needs the mail ballot.

11     Q.    And would sometimes, then, the voter who needs

12 the ballot get on the phone?

13     A.    Yes.

14     Q.    Was there ever an instance where the person who

15 needed the ballot could not get on the phone and tell

16 you, themselves?

17     A.    Yes.

18     Q.    Give me that instance, if you could --

19     A.    Husband and wife --

20              THE REPORTER:  I'm sorry.

21              THE WITNESS:  I'm sorry.

22     A.    With the husband --

23              THE REPORTER:  Wait just a second.

24              THE WITNESS:  Uh-huh.

25              THE REPORTER:  I'm still -- okay.  Go

1    to use to track their ballots?

2        A.   I do not know.

3        Q.   Okay.  Did you ever advise a voter to try to

4    use the ballot tracker to put ID number information in

5    there so that they could vote by mail?

6        A.   From my knowledge, you cannot put ID

7    information in the ballot tracker.

8        Q.   So what do you know about the ballot tracker?

9    What is --

10       A.   The ballot tracker is a device that the voter

11   can look up to track their ballot to see if their

12   application was accepted, if their ballot was mailed to

13   them and when the ballot was returned -- when they

14   mailed the ballot back to the county, and if the ballot

15   was received.

16       Q.   Do you know what information the voter has to

17   put into the ballot tracker to access that information?

18       A.   Yes.

19       Q.   What is that information?

20       A.   They have to put their name -- first name, last

21   name, date of birth, driver's license, Social Security,

22   address, the county that they live in.

23       Q.   Uh-huh.  Do you know if, in order to get into

24   the ballot tracker, that the system, the ballot tracker

25   system, had to match the voter's driver's license and

1  last four of the Social in order for the voter to get

2  into the system?

3      A.    Yes.

4      Q.    Okay.  And so if the voter put in their

5  driver's license number and the last four of their

6  Social, but one of those numbers was missing from their

7  voter registration record, is it correct to say, then,

8  that they could not access the ballot tracker?

9      A.    Yes.

10     Q.    Did you have anybody contact your office to

11 tell you about that?

12     A.    Yes.

13     Q.    More than ten people?

14     A.    Yes.

15     Q.    Did you offer any advice to those voters about

16 how to access the ballot tracker system when they were

17 providing their ID numbers, but it -- it just wasn't

18 letting them in?

19     A.    Yes.

20     Q.    And what did you tell them?

21     A.    Well, if I was speaking to the voter, then I

22 would look up their voter registration information, and

23 I advised them what they had in the system.

24     Q.    And did you ever look up a voter and find that

25 there was a driver's license number, but no last four of

Page 137

1    the Social?

2        A.   Yes.

3        Q.   Did you ever look up a voter and see that there

4    was the last four of the Social, but no driver's license

5    number?

6        A.   I don't recall doing that, remember that one.

7        Q.   Was it more the -- more often the case that a

8    voter's driver's license number was in their

9    registration record, but not the last four of their

10   Social?

11       A.   Yes.

12       Q.   Do you know, when a person fills out a voter

13   registration application, whether they have to provide

14   both the driver's license number and the last four of

15   the Social or if they can just provide the driver's

16   license number and be accepted for voter registration?

17              MS. HUNKER:  Objection, form.

18       A.   On the voter registration application, it

19   does -- it has the question for both, but it says "or,"

20   either-or.

21       Q.   Is it also the case that you have voters

22   registered to vote in Dallas County who registered to

23   vote before the voter registration application asked for

24   either the driver's license number or the last four of

25   the Social?

1    A.   Yes.

2    Q.   And do you know when the voter registration

3  form started asking for that information?

4    A.   No.

5    Q.   And so did you ever hear that somebody could

6  access the ballot tracker to try to cure their

7  application for a ballot by mail or cure the ID number

8  information for a mail ballot?

9    A.   Say that again, please.

10    Q.   Did you ever hear that somebody could access

11  the ballot tracker and then provide ID number

12  information that would allow them to, essentially, cure

13  either an ABBM or a mail ballot for which you could not

14  match (indicating) the ID number?

15    A.   No --

16         MS. HUNKER:  Objection, form.

17    A.   -- I did not hear anyone be able to access the

18  ballot tracker to cure.

19    Q.   (By Ms. Perales)  I see.  So you received

20  information from voters saying they could not get into

21  the ballot tracker?

22    A.   Yes.

23         MS. HUNKER:  Objection, form.

24    Q.   (By Ms. Perales)  Did you ever talk to a voter

25  who said, Yes, I am in the ballot tracker, but had some

1  gives a lot of ways for you to cure.  So I couldn't

2  really tell you more about the ballot tracker because I

3  didn't design it or --

4      Q.  Okay.

5      A.  -- work on it that much.

6      Q.  Would you say that Dallas County experienced

7  problems associated with the new voter ID number

8  matching requirements in SB 1?

9          MS. HUNKER:  Objection to form.

10     A.  What type of problems?

11     Q.  (By Ms. Perales)  Well, really, any kind of

12  problem.  So the topic on which you've been designated

13  is, quote, any issues, problems, concerns, or

14  difficulties you experienced because of the challenged

15  provisions of the SB 1, unquote.

16         So there's a lot of SB 1 that's at issue in

17  this lawsuit, but I wanted to ask specifically for

18  mail -- just for now, mail ballot ID matching

19  requirements, whether your office experienced any

20  issues, problems, concerns with that?

21     A.  I would say educating the voters that call on a

22  telephone, explaining to them why they have to have

23  their Texas Driver's License or their Social Security on

24  their application now in order to vote by mail.

25         I would say talking to them about -- talking to

Page 141

1    the voter on the telephone, trying to get them to -- on

2    the ballot tracker, how to access the ballot tracker,

3    what information to put on the ballot tracker, that

4    concern.  The longer hours that we probably worked for

5    filling -- doing the -- doing the notices, putting in

6    the notices, that right there.  I'd -- I'd -- I would

7    say something like that.

8         Q.   Did you ever try -- well, let me ask you this.

9              Was Dallas County receiving inquiries from

10   either the public or the media about the impact of SB

11   1's ID matching requirements on mail voting?

12              MS. HUNKER:  Objection, form.

13        A.   Yes.

14        Q.   (By Ms. Perales)  And were you responsible for

15   pulling together some of the information to respond to

16   these inquiries?

17        A.   Yes.

18        Q.   Did you ever pull together information that

19   would allow you to understand how many people ended up

20   not voting as a result of your inability to match their

21   ID number?

22        A.   No.

23        Q.   Okay.  What were the sorts of requests that

24   were coming from either the media or the public?

25        A.   They just wanted to know how many people were

Page 336

1          I, TACOMA PHILLIPS, have read the foregoing

2    deposition and hereby affix my signature that same is

3    true and correct, except as noted above.

4

5

                          _____
6                         TACOMA PHILLIPS

7

8    THE STATE OF TEXAS            )

9    COUNTY OF _____)

10

           Before me, _____, on
11   this day personally appeared TACOMA PHILLIPS, known to
     me (or proved to me under oath or through
12   _____)
     (description of identity card or other document) to be
13   the person whose name is subscribed to the foregoing
     instrument and acknowledged to me that they executed the
14   same for the purposes and consideration therein
     expressed.

15
           Given under my hand and seal of office, this _____
16   day of _____, 2022.

17

18                        _____
                          NOTARY PUBLIC IN AND FOR
19                        THE STATE OF _____

20
     My commision expires:  _____
21

22

23

24

25

1

2
                    REPORTER'S_CERTIFICATION
                    _____ _____
3
                UNITED STATES DISTRICT COURT
4                WESTERN DISTRICT OF TEXAS
                    SAN ANTONIO DIVISION
5
    LA UNION DEL PUEBLO ENTERO,)(
6    ET AL.,                    )(
                                )(
7        PLAINTIFFS,            )(
                                )(   CIVIL ACTION
8    VS.                        )(   NO. SA-21-CV-00844-XR
                                )(
9    GREGORY W. ABBOTT, ET AL., )(
                                )(
10                              )(
        DEFENDANTS.             )(
11    --------------------------------------------------------

12

13

14

15           ORAL DEPOSITION OF RIVELINO LOPEZ,

16        TACOMA PHILLIPS AND MICHAEL SCARPELLO

17                    APRIL 29, 2022

18

19

20           I, Holly R. Swinford, Certified Shorthand

21    Reporter in and for the State of Texas, do hereby

22    certify to the following:

23           That the witnesses, Rivelino Lopez, Tacoma

24    Phillips and Michael Scarpello, were by me duly sworn

25    and that the transcript of the oral deposition is a true

Page 340

1    record of the testimony given by the witnesses.

2            I further certify that pursuant to Federal

3    Rules of Civil Procedure, Rule 30(e)(1)(A) and (B) as

4    well as Rule 30(e)(2), that review of the transcript and

5    signature of the deponent:

6            _____ was requested by the deponent and/or a

7    party before completion of the deposition.

8            _____ was not requested by the deponent and/or

9    a party before the completion of the deposition.

10           I further certify that I am neither attorney or

11   counsel for, nor related to or employed by any of the

12   parties to the action in which this deposition is taken

13   and further that I am not a relative or employee of any

14   attorney of record in this cause, nor am I financially

15   or otherwise interested in the outcome of the action.

16           The amount of time used by each party at the

17   deposition is as follows.

18

19       1.    MS. NINA PERALES
               TIME:  04:16
20       2.    MR. GRAHAM W. WHITE
               TIME:  00:37
21       3.    MS. KATHLEEN HUNKER
               TIME:  01:23
22       4.    BEN L. STOOL
               TIME:  00:00
23       5.    MS. BRADY BENDER
               TIME:  00:06
24       6.    MS. SOPHIA CAI
               TIME:  00:24
25       7.    MS. JACQUELINE VILLAREAL

Page 341

1          TIME:   00:00

2          Subscribed and sworn to on the ____ day

3   of May, 2022.

4

5          _____
                  Holly R. Swinford
6                 Texas CSR 3356
                  Expiration:  2/1/2024
7                 Magna Legal Services
                  Firm Registration No. 633
8                 16414 San Pedro Ave., Suite 900
                  San Antonio, Texas  78232
9                 (866) 672-7880

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25