# EXHIBIT H

Page 1

```
             UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TEXAS
                 SAN ANTONIO DIVISION


LA UNIÃ"N DEL PUEBLO ENTERO,   *
et al.,                        *
         Plaintiffs,           *
                               *
v.                             *   Civil Action No.
                               *   5:21-cv-844 (XR)
STATE OF TEXAS, et al.,        *
         Defendants.           *
```

******************************************************

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
THE DALLAS COUNTY ELECTIONS ADMINISTRATOR
THROUGH ITS DESIGNATED REPRESENTATIVE,
TACOMA PHILLIPS
APRIL 13, 2023

******************************************************

DEPOSITION of TACOMA PHILLIPS, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 13th day of April, 2023, from 3:20 p.m. to 6:28 p.m., before Christy R. Sievert, CSR, RPR, in and for the State of Texas, reported by machine shorthand, at the offices of the Dallas County Records Building, 500 Elm Street, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

1  anything in the system at that point that would help
2  you?  So were you updating the system as you went,
3  or it would be the same problem over again?
4     A.   Same problem over again.
5     Q.   Okay.
6     A.   The mail ballot department does not update
7  the system.  Voter registration updates the system.
8     Q.   Did you ever -- on your insert -- well,
9  okay.
10         On the insert that you send with the
11 carrier envelope, Mr. Scarpello described that there
12 was an insert for the carrier -- for the mail ballot
13 materials, trying to kind of simplify what people
14 were supposed to do.  Would you direct voters to put
15 both their state ID number and the last four of
16 their Social?
17    A.   Yes, we would recommend that the voters
18 would give us both their Texas driver's license,
19 Texas ID or their last four digits of the Social
20 Security number, yes.
21    Q.   That would be for the mail ballot packet?
22    A.   Yes.
23    Q.   But you were not doing that for ABBMs?
24    A.   No.
25    Q.   When you sent people voter registration

Page 65

1   forms to complete and return to you, would you
2   advise them to fill in both the last four of the
3   social and the state ID number or driver's license
4   number?
5       A.   No.
6       Q.   I have a couple of questions for you about
7   voters with disabilities.  Did -- did your office
8   have any communications with voters with
9   disabilities whose ABBMs or mail ballots were
10  rejected for November of 2022?
11      A.   Most likely, yes.
12      Q.   Can you remember any specific
13  communications that you would have had?
14      A.   No, I don't remember communications.
15      Q.   Okay.  Have you had any conversations with
16  anybody from -- external to your office about
17  problems with SB1 and voter assistance?
18      A.   No.
19              MS. HUNKER:  Objection; form.
20  BY MS. PERALES:
21      Q.   When I'm quiet, I'm skipping questions.
22           For November 2022, did you have
23  conversations with voters who had submitted either
24  an ABBM or a carrier envelope that was flagged for a
25  mismatch?  Were you talking to voters about their --

```
 1   carrier envelope?
 2        A.   Off the ballot tracker?
 3        Q.   Yes.
 4        A.   No, we don't keep -- we didn't keep a
 5   number.
 6        Q.   Did you have a sense of it while it was
 7   happening?
 8        A.   No.  But I could run -- I believe we could
 9   run a report to get that.  But at one point I know
10   the ballot tracker was having a lot of issues.
11        Q.   Was that for the 2022 general?
12        A.   Yes.
13        Q.   Okay.  What kind of issues was it having?
14        A.   I know some of the voters will call in and
15   say, "I couldn't get into the ballot tracker.  I
16   couldn't log on."  And we would have to go in and --
17   and assist the voters, try to figure out what
18   they're using.  And it was a little difficult.
19   Like, if -- if they put in their name, first name,
20   last name, and tried to put in a driver's license,
21   Social Security number, if they don't have a
22   driver's license associated with their -- for voter
23   registration but the ballot tracker was still asking
24   them for a driver's license number, so it wouldn't
25   work.
```

1        Or when they would go in and try to put
2   their address in there -- let's say you live at 123
3   West Main Street, West Main Street, some people
4   still put "W. Main" in their street field.  You have
5   to know how to put it -- work -- put it in the
6   fields that are required, the criterias that are
7   required for the ballot tracker.  And so they -- it
8   would come back "no match found," or it wasn't
9   found, and so it would get a little frustrating for
10  the voters.
11       Q.   To get into the ballot tracker, you would
12  have to give the ballot tracker an ID number that
13  was associated with your voter registration record?
14       A.   Yes.
15       Q.   So if you had registered to vote with the
16  last four of your Social, you wouldn't be able to
17  get into the ballot tracker with your driver's
18  license number?
19       A.   In some cases, yes.
20       Q.   In some cases you could get in or you
21  couldn't get in?
22       A.   You couldn't get in.
23       Q.   You couldn't get in.
24            So was the ballot tracker giving you sort
25  of multiple options for what to put in?

1    A.   No, the ballot tracker has the options.  It
2 was the first name, middle name, last name, driver's
3 license, Social Security, date of birth, your
4 address, your -- I believe it was your four numbers,
5 I think.  And, yes, so if you had -- like you said,
6 if you had your driver's license and you no longer
7 drove anymore, you had a Texas ID, then you -- and
8 you put your put Texas ID in there and not your
9 driver's license, then it was a match.
10           I found that some voters just only had
11 their last four digits of their Social Security
12 associated with their voter registration.  No
13 driver's license or Texas ID.  So when they went in
14 to ballot tracker to just put that in, it was asking
15 them for a driver's license, and so it wouldn't let
16 them go any further.  So things like that.
17      Q.   Are you familiar with the fact that some
18 voters have neither their driver's license number
19 nor the last four of their Social, nor a Texas ID
20 number associated with their voter registration
21 record?
22      A.   Yes.
23      Q.   And did you have any experiences with those
24 folks trying to vote by mail?
25      A.   Yes.

1   Q.   And would they have to send you a new voter
2   registration form in order to fix that situation?
3   A.   Yes.  They would have -- we would submit --
4   we would -- in our defect letter, we will give them
5   a voter registration form and say fill it out.  Some
6   will fill it out and mail it back.  And then we
7   would also get phone calls from the voters.  We will
8   let them know the fastest and easiest way to do this
9   would be go to Texas online and submit your
10  information.  And so --
11  Q.   Texas online to submit your voter
12  registration?
13  A.   Submit your voter registration information.
14  So you're submitting your Texas driver's license,
15  Texas ID, or your last four digits of your Social
16  Security to be applied to your voter registration
17  record so we can go ahead and fulfill your request.
18  Some elderly folks are not that computer savvy, and
19  so they had issues with that.  So. . .
20  ==Q.   Did you ever talk to any voter who didn't==
21  ==have a computer at home?==
22  ==A.   Yes.==
23  ==Q.   Okay.==
24  ==A.   We talked to them -- we talked to them==
25  ==about a smartphone, but, no, a lot of -- do not know==

1  ==how to work their smartphones.==

2          MS. PERALES:  Those were the last of
3  my questions.  Thank you very much for your
4  patience.
5          MR. STEWART:  Can we take a short
6  break?
7          THE VIDEOGRAPHER:  We're off the
8  record.  The time is 5:14 p.m.
9          (Break taken, 5:14 p.m. to 5:21 p.m.)
10          THE VIDEOGRAPHER:  We're back on the
11  record.  The time is 5:21 p.m.
12                    EXAMINATION
13  BY MR. STEWART:
14     Q.   Thanks again, Ms. Phillips.  I'm Mike
15  Stewart.  I'm here for the United States.
16          I just have a few more questions.  I'm
17  going to try and not retread ground that Ms. Perales
18  has already been over.
19     A.   Okay.
20     Q.   But I'm sorry if I do overlap a little bit.
21          There's one thing I wanted to follow up on
22  from your testimony about ballot numbers and
23  rejection rates, specifically in 2020; although, it
24  may apply across the board.  And this is just -- you
25  said that -- when you were asked about the ABBM

1  numbers for the 2020 general election, I think you
2  said that number, the 103,334, included both the
3  annual ABBMs and the ABBMs that were specific to the
4  general election.  Is that right?
5      A.    Say that again.
6      Q.    Yeah.  When you gave the number of ABBMs
7  for the November 2020 general, I think that number
8  included both the annual ABBMs you received and the
9  ABBMs that were specific to the general election.
10 Is that right?
11     A.    Correct.
12     Q.    The number of rejections you gave, would
13 that have only been ABBMs that were specific to the
14 2020 general?
15     A.    What I did, I ran the report -- I ran the
16 report off -- from a start date to an end date.  So
17 my start date for November, I ran it off of August
18 the 1st of 2020 to November the 3rd of 2020.
19     Q.    So any annual ABBMs received before that
20 date likely would not have been rejected in that
21 time frame, right, because they were --
22     A.    Not in that time frame, no.  No.
23     Q.    Okay.  And so just to be clear, so the
24 rejection number includes only ABBMs that were
25 specifically rejected after August 1st of that year?

1    A.   **Yes.**

2    Q.   Okay.  I just wanted to clarify that.
3  Thank you.
4         Ms. Perales may have asked this, but did
5  anything about the way you processed ABBMs or mail
6  ballots change between the primary in 2022 and the
7  general in 2022?
8    A.   No.
9    Q.   And did anything about -- about the way you
10 notified voters of defects or issues change between
11 the primary and the general?
12   A.   No.
13   Q.   A few questions about cure.  I think you
14 said -- correct me if I'm wrong -- is -- was mail
15 the primary way that you notified voters of an issue
16 with carrier envelopes that could be cured for
17 the -- specifically for the general election in
18 2022?
19   A.   For carrier envelopes to be cured, carrier
20 envelopes are normally handed over to the ballot
21 board.  So the ballot board would do the curing.
22   Q.   Okay.
23   A.   So I'm not 100 percent sure, but I believe
24 they do contact the voter by e-mail, telephone and
25 mail.

Page 81

1  entered only their SSN four, would you still accept
2  that ABBM?
3      A.   Yes.
4      Q.   So does this language to provide the last
5  digits of the Social Security number if you do not
6  have a driver's license number seem accurate?
7           MS. HUNKER:  Objection; form.
8      A.   Seem accurate for?
9  BY MR. STEWART:
10     Q.   As a direction to a voter.
11          MS. HUNKER:  Same objection.
12     A.   I can't answer for the voter.
13 BY MR. STEWART:
14     Q.   Do you think it might mis- -- let me
15 rephrase it, then.
16          Did you hear from any voters who seemed to
17 be misled by that language?
18     A.   Yes.
19     Q.   And what did you hear from those voters?
20     A.   We heard from the voter if they gave us
21 their Texas ID number, if they're older and don't
22 drive anymore but on file they still have just their
23 driver's license number, then -- and they also have
24 on file voter registration record their Social
25 Security number but they did not provide it, then it

Page 82

1  says you -- you told me "or," and I was, like, yes,
2  I understand what the application says, but we need
3  to have what you have on file.
4       Q.   Approximately how many voters did you hear
5  from with a complaint like that?
6       A.   I can't give you an approximate number, but
7  I can give you -- let's say a lot.
8       Q.   A lot?
9       A.   Uh-huh.
10      Q.   Would that be over a hundred?
11      A.   I wouldn't -- I wouldn't say me.  I could
12 say my staff, answering the telephone calls, we
13 might have gotten over a hundred.  I don't know
14 because I -- I wouldn't know.
15      Q.   Sure.
16      A.   I do -- I can give you one example of a
17 voter that I do remember, a son calling in for his
18 father.  And he put just the -- his Texas ID because
19 he no longer drives, and he didn't put his last four
20 digits of his Social Security number.  And he had
21 his old driver's license number and his Social
22 Security number on the voter registration record,
23 but he had a different one, and so it was a
24 mismatch.  So we had to reject it.  And so he called
25 us and he was a little angry.  But we were able to

Page 85

1  log in, completely cure. What do you mean by that?
2      Q.   So if they had a -- let's say ABBM as an
3  example. If they had an ABBM rejected for an ID
4  number, a missing ID number, and they log into the
5  ballot tracker, they're able to get in, but then
6  they're not actually able to complete the cure, so
7  the problem is not one of access to the ballot
8  tracker but just the ability to use it to complete
9  the cure, did you have any voters describe an issue
10 like that to you?
11     A.   Not that I can recall.
12     Q.   Okay. You are -- and by "you," I mean
13 Dallas -- are an offline county for the voter
14 registration database, correct?
15     A.   Correct.
16     Q.   Were you aware of any issues with your
17 offline database communicating with the TEAM
18 database for the -- for the general election cycles?
19 So that's only sort of following the May runoff,
20 communicating data between the two to -- for voter
21 registration records?
22     A.   That would be a question for the voter
23 registration manager.
24     Q.   Okay. That's fine.
25              MR. STEWART: With that, I will pass

Page 101

1  BY MS. HUNKER:
2      Q.   You can answer.
3      A.   Well, let me put it this way. You have a
4  voter who voted in the primary election who filled
5  out the application perfectly, the carrier envelope
6  perfectly. Then come back in November and failed to
7  put their information on their carrier envelope, and
8  so it was rejected. So you will have that. So you
9  will have the voters who are not used to this form
10 or filling out -- putting this information in, and
11 so they're being rejected. So. . .
12     Q.   Did you observe less voter confusion
13 regarding the ID number requirements for ballots by
14 mail in the November 2022 general election as
15 compared to the prior elections, the primary or May
16 local?
17     A.   No, same thing, is if -- if we did get a
18 call like a voter confusion, it's a voter who is
19 filling out the application for the first time, a
20 new applicant. So you're still having the same
21 problems.
22     Q.   Did you talk voters through the ballot
23 tracker, using the ballot tracker?
24     A.   Yes.
25     Q.   And did you talk voters through adding

```
 1   their numbers through texas.gov?
 2        A.   Yes.  I even talked voters through using a
 3   ballot tracker.  I even tried to help the voters use
 4   the ballot tracker, and the ballot tracker failed on
 5   me.  So yes.
 6        Q.   For the most part, when you were talking
 7   voters through the ballot tracker, were they able to
 8   successfully cure their defect?
 9        A.   Yes.
10        Q.   For the most part, when you were talking
11   through voters adding numbers through texas.gov,
12   were they able to successfully add the numbers to
13   their voter registration file?
14        A.   Yes.
15        Q.   Do you think it would be easier for voters
16   to use the ballot tracker if instead of putting
17   their address to login, they instead did something
18   like their date of birth?
19        A.   Yes.  Yes.  Less criterias, yes.
20        Q.   Now, counsel for the United States might
21   have asked you this, and I'm sorry if I'm repeating
22   the question.  Did you observe any problems with
23   VOTEC, your VOTEC system obtaining information from
24   TEAMs, like updates?
25        A.   Yes.
```

Page 123

```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION


LA UNIÓN DEL PUEBLO ENTERO,    *
et al.,                        *
          Plaintiffs,          *
                               *
v.                             *   Civil Action No.
                               *   5:21-cv-844 (XR)
STATE OF TEXAS, et al.,        *
          Defendants.          *

               REPORTER'S CERTIFICATION
             DEPOSITION OF TACOMA PHILLIPS
                    APRIL 13, 2023
```

1  
2  
3  
4  
5  
6  
7  
8  
9  
10         I, CHRISTY R. SIEVERT, CSR, RPR, in  
11  and for the State of Texas, hereby certify to the  
12  following:  
13         That the witness, TACOMA PHILLIPS, was  
14  duly sworn by the officer and that the transcript of  
15  the oral deposition is a true record of the  
16  testimony given by the witness;  
17         I further certify that the signature of  
18  the deponent was requested by the deponent or a  
19  party and is to be returned within 30 days from date  
20  of receipt of the transcript.  If returned, the  
21  attached Changes and Signature Page contains any  
22  changes and the reasons therefor;  
23         I further certify that I am neither  
24  counsel for, related to, nor employed by any of the  
25  parties or attorneys in the action in which this

1  proceeding was taken, and further that I am not

2  financially or otherwise interested in the outcome

3  of the action.

4       Subscribed and sworn to on this the 9th

5  day of May, 2023.

6

7

8
    _____
    CHRISTY R. SIEVERT, CSR, RPR
9   Texas CSR 8172
    Expiration Date:  4-30-2025
10  Integrity Legal Support Solutions
    Texas CRF 528
11  9901 Brodie Ln. #160-400
    Austin, Texas 78748
12  (512) 320-8690
    www.integritylegal.support
13

14

15

16

17

18

19

20

21

22

23

24

25