IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br>*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>*Defendants.* | §<br>§<br>§<br>§ Case No. 5:21-CV-0844-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW
PAUL R. GENENDER AS COUNSEL**

Pursuant to Local Court Rule AT-3, Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin file this Unopposed Motion to Withdraw Paul R. Genender as Counsel in this matter.

Mr. Genender has joined the partnership at another law firm and thus will no longer be a partner at Weil, Gotshal & Manges LLP. The undersigned counsel of record will continue to represent Friendship-West Baptist Church, Texas Impact, and James Lewin in this matter. Mr. Genender's withdrawal will not delay any proceedings.

For the reasons stated above, Friendship-West Baptist Church, Texas Impact, and James Lewin respectfully request that the Court grant this unopposed motion to withdraw Paul R. Genender as their counsel of record and remove him from further electronic notifications in this case.

Dated: September 20, 2023

Respectfully submitted,

/s/ Elizabeth Y. Ryan

Sean Morales-Doyle
Jasleen K. Singh*
Patrick A. Berry*
Robyn N. Sanders*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
morales-doyles@brennan.law.nyu.edu
singhj@brennan.law.nyu.edu
berryp@brennan.law.nyu.edu
sandersr@brennan.law.nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

* Admitted pro hac vice

Elizabeth Y. Ryan
Texas State Bar No. 24067758
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Liz.Ryan@weil.com

Aaron J. Curtis*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8901
Aaron.Curtis@weil.com

*Attorneys for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin*

**CERTIFICATE OF CONFERENCE**

I certify that on September 19, 2023, I conferred via e-mail with counsel for all parties regarding the contents of this Motion and none are opposed.

*/s/ Elizabeth Y. Ryan*
Elizabeth Y. Ryan

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 20, 2023, the foregoing document was filed electronically with the United States District Court for the Western District of Texas via CM/ECF. As such, this Motion was served on all counsel who have consented to electronic service.

*/s/ Elizabeth Y. Ryan*
Elizabeth Y. Ryan