# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, et al., § § *Defendants*. § § | Case No. 5:21-CV-0844-XR |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL

On this date, the Court considered Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin's Unopposed Motion to Withdraw Paul R. Genender as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that Paul R. Genender is withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin.

Date: September ____, 2023

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE