AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., ) <br> *Plaintiff* ) <br> v. ) <br> GREGORY W. ABBOTT, et al., ) <br> *Defendant* ) | Case No.  5:21-cv-0844-XR (consolidated case) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons.

Date:   09/21/2023

*Attorney's signature*

James D. Cromley (Illinois 6335741)
*Printed name and bar number*

ArentFox Schiff LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
*Address*

james.cromley@afslaw.com
*E-mail address*

(312) 258-5616
*Telephone number*

(312) 258-5600
*FAX number*

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 21, 2023, I electronically filed the foregoing with the Clerk of Court for the Western District of Texas using the CM/ECF system, which will send notification of this filing to all counsel of record.

                    */s/ James D. Cromley*
                    James D. Cromley
                    ARENTFOX SCHIFF LLP
                    233 South Wacker Drive
                    Suite 7100
                    Chicago, IL 60606
                    Telephone: 312.258.5616
                    james.cromley@afslaw.com