UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

La Union Del Pueblo Entereo, et al.

vs.

Gregory W. Abbott, et al.

Case No.: 5:21-cv-0844-XR (consolidated cases)

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now William (Bill) D'Angelo III, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) ArentFox Schiff LLP with offices at:

    Mailing address: 555 West Fifth Street, 48th Floor

    City, State, Zip Code: Los Angeles, CA 90013

    Telephone: (213) 629-7400    Facsimile: (213) 629-7401

2. Since 1997, Applicant has been and presently is a member of and in good standing with the Bar of the State of California.

    Applicant's bar license number is 192161.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | USDC for Central District of CA | December 9, 1997 |
    | California State | December 9, 1997 |
    |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Derek Ha # 341436

Mailing address: ArentFox Schiff LLP, 44 Montgomery Street, 38th Floor

City, State, Zip Code: San Francisco, CA 94104

Telephone: (415) 757-5500

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of William (Bill) D'Angelo III to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

William (Bill) D'Angelo III
[printed name of Applicant]

*/s/ William D'Angelo III*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 25 day of September, 2023.

William (Bill) D'Angelo III
[printed name of Applicant]

*/s/ William D'Angelo III*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

La Union Del Pueblo Entereo, et al.

vs.

Gregory W. Abbott, et al.

Case No.: 5:21-cv-0844-XR (consolidated cases)

## PROPOSED ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _William (Bill) D'Angelo III_, counsel for _Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons_ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _William (Bill) D'Angelo III_ may appear on behalf of Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons in the above case.

IT IS FURTHER ORDERED that _William (Bill) D'Angelo III_, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _September_, 2023_____.

_____
UNITED STATES DISTRICT JUDGE