UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNION DEL PUEBLO ENTERO, et al.

vs.                                            Case No.: 5:21-cv-844-XR

W. ABBOTT, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Elissa Gershon, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent OCA-Greater Houston Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) American Civil Liberties Union Foundation, Inc. with offices at:

   Mailing address: 125 Broad St.
   City, State, Zip Code: New York, NY, 10004
   Telephone: 510-847-1077      Facsimile: 212-607-3318

2. Since 1994, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 169741.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Eastern District of California | December 2012 |
| Central District of California | October 2014 |
| Ninth Circuit Court of Appeals | April 2010 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Thomas Buser-Clancy

Mailing address: P.O. Box 8306

City, State, Zip Code: Houston, TX 77288

Telephone: 713-942-8146

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Elissa Gershon to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Elissa Gershon
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28 day of September, 2023.

Elissa Gershon
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNION DEL PUEBLO ENTERO, et al.

vs.                                            Case No.: 5:21-cv-844-XR

W. ABBOTT, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Elissa Gershon, counsel for OCA-Greater Houston Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Elissa Gershon may appear on behalf of OCA-Greater Houston Plaintiffs in the above case.

IT IS FURTHER ORDERED that Elissa Gershon, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge