UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNION DEL PUEBLO ENTERO )
et al.,                     )
      Plaintiffs,           )
                            )
v.                          ) Civil Action No. SA-21-CV-
                            )         00844-XR
GREGORY W. ABBOTT, et al., )
      Defendants.           )


-----------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF
LISA WISE
APRIL 15, 2022
Volume 1

-----------------------------------------



ORAL AND VIDEOTAPED DEPOSITION OF LISA

WISE  produced as a witness at the instance of Plaintiff,

and duly sworn, was taken in the above-styled and

numbered cause on the 14th day of April, 2022 from 9:06

a.m. to 5:05 p.m., before Nancy Newhouse, a Certified

Shorthand Reporter in and for the State of Texas,

reported by oral shorthand, located at the 500 East San

Antonio, Room 503, El Paso, Texas 79901, pursuant to the

Federal Rules of Civil Procedure, and the provisions

stated on the record or attached hereto.

Page 13

```
 1          A.   Yes.

 2          Q.   And is it your understanding that the

 3   information and documents that you reviewed have already

 4   been produced to the Plaintiffs in this case?

 5          A.   Yes.

 6          Q.   Okay.  If, while we're talking today in the

 7   deposition, you reference a document that you think

 8   might not have been produced, or if I think I might not

 9   have seen it, I may ask you, or I may make a note on the

10   side that I will want to follow up about that document,

11   is that okay?

12          A.   Yes.

13          Q.   Other than your counsel, did you meet with

14   anybody else to prepare for today's deposition?

15          A.   No.

16               MS. PERALES:  I'd like to mark this as

17   Exhibit 1.

18               (Plaintiff's Exhibit No. 1 marked for

19   identification.)

20               MS. SPECTOR:  Thanks.

21               MS. SANCHEZ:  Thank you.

22               MS. PERALES:  You're welcome.

23          Q.   (BY MS. PERALES)  You've been handed a copy of

24   a document that is marked Exhibit 1, can you read the

25   title of the document for me?
```

1        A.    "United States District Court Western District

2    of Texas San Antonio Division."

3        Q.    That's okay.  If you wouldn't mind reading

4    just the part where it says "Amended Notice"?

5        A.    "Amended Notice of Rule 30(b)(6) Deposition of

6    El Paso County Elections Department."

7        Q.    Thank you.  And have you seen a document like

8    this before?

9        A.    Yes.

10        Q.    And do you understand that you're giving your

11    deposition today pursuant to this notice?

12        A.    Yes.

13        Q.    I'd like you to turn to Page 13 of the

14    document, where you see the heading "Deposition Topics",

15    have you seen these deposition topics before?

16        A.    Yes.

17        Q.    Thank you.  And do you understand that you've

18    been designated as the witness to speak officially for

19    El Paso County on these topics?

20        A.    Yes.

21        Q.    Thank you, you can put that away now.

22            I'd like to ask you a couple of questions

23    about your background that were not covered yesterday.

24        A.    Okay.

25        Q.    Where did you grow up?

1    county.

2         Q.    And how long did you hold that position?

3         A.    About eight years, a little over eight years.

4         Q.    And prior to that, what job did you have?

5         A.    Prior to that, I did some campaign work.  I

6    worked in the mayor's office, I was in grad school.

7    There was a lot of little things happening, little

8    part-time jobs, kind of, in that last few years.

9         Q.    Can you tell me what you did as deputy

10   commissioner there in Omaha?

11        A.    Sure.  Much like here, administered elections

12   all across the county.  We did poll worker recruitment,

13   polling site placement, voter registration, ballot by

14   mail, collecting the results, tabulating, same type of

15   work that I do here.

16        Q.    You mentioned yesterday, it sounded like the

17   system in Nebraska was more like a poll worker draft,

18   and so I was wondering if you could --

19        A.    Yes.

20        Q.    -- tell me a little more about that?

21        A.    So in the state of Nebraska, you get drafted

22   to serve as a poll worker, and, once you've served two

23   elections, then you're removed from the draft.  So it's

24   -- it's -- that's -- that's how we get people, so they

25   are not so much volunteers, it's if you don't show up,

Page 28

1    aside for the moment.

2                    Do you keep track of method of voting by

3    Hispanic and non-Hispanic?

4                    And by that I mean, for example, vote by

5    mail Hispanic versus non-Hispanic, or vote in person

6    early Hispanic and non-Hispanic?

7                    BY MS. SPECTOR:  Object to form.

8         A.   I don't believe so.

9         Q.   (BY MS. PERALES)  Do you have a sense, based

10   on your experience in your job, whether Hispanic voters

11   are a greater proportion of the vote by mail or the vote

12   in person?

13                   MS. SPECTOR:  Objection, compound.

14        A.   No, I -- I really don't.

15        Q.   (BY MS. PERALES)  I'm done for the moment

16   asking about Latino voters, although I will probably get

17   back to that.

18        A.   Okay.

19        Q.   I have a couple of questions that are just

20   filling in gaps in knowledge, based on your conversation

21   with Mr. White yesterday, and I wanted to share with you

22   that, in her deposition, Jacque Callanan called the

23   offline counties "the big boys" --

24        A.   Okay.

25        Q.   -- so I wanted to ask you some questions about

Page 29

```
 1    the offline counties.
 2              Do you know which counties are offline?
 3         A.   I don't know an all-inclusive list, I only
 4    know based on, maybe if we're at a conference and we're
 5    talking, or on a phone call, and we're saying what
 6    vendors we use.  So I know that, obviously, we are, I
 7    know that Bexar is, I know that Tarrant is, I know that
 8    Dallas is, those are the ones that I can grab right off
 9    the top of my head.
10         Q.   Do you know if Harris is an offline County?
11         A.   I don't know for a fact.  I have to say I -- I
12    don't know if I've ever had that conversation.
13         Q.   Do you know if Travis, Dana DeBeauvoir, are
14    offline?
15         A.   I don't know for sure.
16         Q.   And I say Dana DeBeauvoir, but we both know --
17         A.   Yes.
18         Q.   -- she recently retired from her position, but
19    I think everybody thinks of Travis County election
20    administration and Dana DeBeauvoir as one, one thing?
21         A.   A unit, yes.
22         Q.   Does El Paso County use what are called vote
23    centers, or sometimes called super precincts?
24         A.   Yes.
25         Q.   Okay.  And when did you begin to implement
```

1    A.   Not specific to the ballot tracker, but just

2    that we can't get -- we don't have internet.  I mean, we

3    can get an application, or something like that --

4    Q.   Uh-huh.

5    A.   -- when we would tell them the options to --

6    to do the computer.

7         MS. PERALES:  I'd like to mark this next.

8    What number is this?

9         COURT REPORTER:  Four.

10        (Plaintiff's Exhibit No. 4 was marked for

11   identification.)

12   Q.   (BY MS. PERALES)  Ms. Wise, you have been

13   handed what we've marked as Deposition Exhibit No. 4, do

14   you recognize this as an application for ballot by mail?

15   A.   Yes.

16   Q.   And do you happen to notice in Section 1 there

17   is a there is a box on the right-hand side that is

18   titled, "You must provide one of the following numbers",

19   do you see that box there?

20   A.   I do.

21   Q.   So is this the application for ballot by mail

22   that was promulgated by the Secretary of State after SB

23   1 became effective?

24   A.   Yes.

25   Q.   Did your office receive applications for

1    ballot by mail after January 1 of this year that were on

2    a different form than the one that we're looking at

3    right now?

4        A.   Yes.

5        Q.   And is it the case that there were old forms

6    to request application for ballot, or to make an

7    application for ballot by mail that voters had, and that

8    they turned in to you after January 1 of this year?

9        A.   Yes.

10       Q.   And what did you do in response to receiving

11   one of those forms from a voter?

12       A.   It was rejected, because there was no box for

13   the identifier, and we sent them -- it was treated just

14   like any other rejection, we sent them the notification,

15   this is why this was rejected, here's the new form.

16   Eventually, I think about a week in we started

17   highlighting that box, to let them know that that's

18   where it is, and they would get the notification, just

19   like any other rejected application.

20       Q.   Do you know how voters got their hands on the

21   old application for ballot by mail after January 1?

22               MS. SPECTOR:  Object to form.

23       A.   No, I don't.

24       Q.   (BY MS. PERALES)  Do you know when this new

25   form for application for ballot by mail was distributed

Page 42

1    or released by the Secretary of State?

2         A.   I don't know the exact date, no, I'm sorry.

3         Q.   Do you notice on the second page of this

4    document, in the lower right-hand col -- lower right-

5    hand corner, it's very faint, but do -- do you see a

6    date there?

7         A.   1/11/2022.

8         Q.   Okay.  And then to the left at the bottom, can

9    you read what you see there that starts with ABBM?

10        A.    ABBM-FINAL-120921-FINAL.indd --

11        Q.   Okay.

12        A.   -- 2.

13        Q.   Do you sometimes see the date at the bottom of

14   a Secretary of State form that shows the date that it

15   was promulgated?

16        A.   On a form, generally what we'll have, it will

17   say like, Form 5-W updated 2018 or updated 1 of 2018,

18   not necessarily the specific of this, but just so that

19   you can check if that's the most updated version that

20   you have.

21        Q.   Do you know if before January 11, you had an

22   ABBM form to give to voters that requested the ID

23   numbers required by SB 1?

24             MR. JEFFREY WHITE:  Objection, form.

25        A.   I don't believe so.

Page 43

1          Q.   (BY MS. PERALES)   Okay.  Did you keep track of

2     how many ABBM forms you received from voters that were

3     on the old form that did not ask for an ID number?

4                    MS. SPECTOR:  Object to form.

5          A.   We did not.

6          Q.   (BY MS. PERALES)   Do voters call your office

7     sometimes speaking Spanish?

8          A.   Often, yes.

9          Q.   And do you have staff in your office who can

10    advise voters in Spanish?

11         A.   Everyone but myself.

12         Q.   When you would reject an application for

13    ballot by mail, and send the voter a new ABBM form,

14    would you send it in English and Spanish or just

15    English?

16         A.   If it was turned in as an English document,

17    then we would replace that with an English document.  If

18    we received the rejection on an a Spanish application,

19    we would send it back in Spanish.

20         Q.   And do you know when you received the Spanish

21    language new ABBM form that requested an ID number from

22    the voter?

23         A.   I believe it was after this, but I don't know

24    the exact date.

25         Q.   I'm going to ask you another question about

Page 44

1      the ballot tracker again.

2                   Yesterday you said that, eventually, El

3      Paso County started getting a report from the Secretary

4      of State about voters that had gone into the ballot

5      tracker to update their information, do you know,

6      roughly, the date when you started receiving those

7      reports from the Secretary of State?

8                   MS. SPECTOR:  Object to form.

9           A.   We received one report, and the date was

10     towards the end of the early voting period.  I don't

11     remember the exact date.  I may have produced the email

12     letting us know that it was now available, but I don't

13     remember that.

14          Q.   (BY MS. PERALES)  Okay.  You mentioned that

15     the Secretary of State kept saying they were working on

16     it yesterday, do you remember who from the Secretary of

17     State said that they were working on it?

18          A.   I -- I think her first name is Megan, and I

19     don't remember her last name.  But I know that she was

20     frustrated as well, because she was saying there are

21     other counties that are offline that either they weren't

22     able to work with their vendor, so I understood she was

23     frustrated as well, and we were able to get it as soon

24     as she was able to get it.

25          Q.   Is it correct to say that online counties

1    have both.  I -- those are just off the top of my head.

2    Again, I think that's in record, but that's what I bel

3    -- I believe initially we, in early '20, when -- in

4    2021, when we were going into the drafting of the bill.

5         Q.   (BY MS. PERALES)  When you say we were

6    talking, do you mean the El Paso County Elections

7    Department, internally, or do you mean conversations

8    with other election administrators through the EA

9    Association?

10        A.   Yes.  I'm sorry, with the TAEA, that when we

11   were talking about, that was one of the biggest parts

12   that we were saying, is that we have -- are missing the

13   -- we are missing numbers.  Every other county was

14   saying the same thing, that we -- or, you know, we have,

15   obviously, more that have at least one, but there are

16   still some that have neither and some that are missing

17   one.

18        Q.   Do you know if the TAEA compiled the

19   information about missing ID numbers from various

20   counties, and provided that in some way to the Texas

21   legislature?

22        A.   I be --

23                  MS. SPECTOR:  Object to form.  Sorry.

24                  THE WITNESS:  I'm sorry.

25                  MS. SPECTOR:  Go ahead.

Page 47

1       A.   I believe they did.  Our -- either our -- our

2   committee or the actual TAEA, or the Legislative

3   Committee, I don't remember, drafted a letter that said

4   -- that I believe stated this many Texans lack both or

5   one.

6       Q.   (BY MS. PERALES)  When you say our committee,

7   tell me what is our committee?

8       A.   There's a legislative committee that's also

9   involved with TAEA, and again, anybody could be a member

10  of that.  It's just that when the legislative session

11  starts, generally, if people are tasked in their office

12  with reviewing legislation, with com -- putting fiscal

13  impacts together, generally that's the EA.

14              There may be an assistant EA, there may

15  be somebody else who does that.  Then they participate

16  in these calls, just to talk about, okay, what does --

17  you know, what do we like about this bill, what do we

18  not like about this bill --

19      Q.   Uh-huh.

20      A.   And then we decide as an organization,

21  basically, if we're going to go on record as support,

22  opposition or just for information for record purposes.

23      Q.   Did you create a document internal to El Paso

24  County Elections Department that has the exact numbers

25  of how many of your registered voters don't have a

Page 50

```
 1        Q.   (BY MS. PERALES)   Okay.  And you mentioned

 2   that in the 2020 election -- and this is where I kind of

 3   got a little confused -- that you may have done two

 4   mailings in the year of 2020, so I was hoping to go

 5   through that with you.

 6                  Would it be correct to say that in

 7   January of 2020, you mailed applications for ballot by

 8   mail to voters over age 65 who had previously voted?

 9                  MS. SPECTOR:  Object to form.

10        A.   It was voters over 65 who had previously used

11   an annual ballot by mail application.

12        Q.   (BY MS. PERALES)   Do you know about how many

13   voters over age 65 had previously used an annual

14   application for ballot by mail?

15                  MS. SPECTOR:  Object to form.

16        A.   I don't remember off the top of my head how

17   many we sent out that January, no.

18        Q.   (BY MS. PERALES)   And does an applica -- an

19   annual -- now I lost where the word annual goes -- but

20   is there a different form than what we've marked as

21   Exhibit 4 for a request to receive mail ballots

22   throughout the year?

23                  MS. SPECTOR:  Object to form.

24        A.   No.

25        Q.   (BY MS. PERALES)   Okay.  And where can I find
```

Page 51

1    on Exhibit 4 where a voter would ask to receive mail

2    ballots for the entire year?

3         A.    Number four.

4         Q.    All right.  Where it says "send me a ballot

5    for the following --

6         A.    Yes.

7         Q.    -- elections"?

8              And you can check the box, annual

9    application, is that right?

10        A.    Yes.

11        Q.    And the form says here, quote, "Send me a

12   ballot for all elections in this voting year, January

13   through December", unquote, is that right?

14        A.    Yes.

15        Q.    Okay.  And there is an opportunity there to

16   select a primary of either Democrat or Republican, is

17   that right?

18        A.    Yes.

19        Q.    Does El Paso County keep track of, for example

20   in 2020, how many voters submitted a application for

21   ballot by mail, and checked off in Section 4 that they

22   wanted to receive ballots throughout the year?

23              MS. SPECTOR:  Object to form.

24        A.    Yes.  And I believe that is in one of the

25   reports we produced.

Page 57

1       Q.  (BY MS. PERALES)  Do you have some voters who

2  are Spanish-speaking and limited-English-proficient, and

3  they come with their own trusted person to vote at the

4  polling place?

5              MS. SPECTOR:  Object to form.

6       A.  Yes.

7       Q.  (BY MS. PERALES)  And you mentioned that

8  somebody might be blind but prefer to use the assistor

9  as opposed to an audio ballot, is that right?

10      A.  Yes.

11      Q.  And might that also be the case, for example,

12  for somebody who doesn't hear or communicates in sign

13  language, where they might want to bring their own

14  person to assist and help them with the voting process?

15             MS. SPECTOR:  Object to form.

16      A.  Yes.

17      Q.  (BY MS. PERALES)  Is it fair to say that

18  voters who need assistance will rely on their assistors

19  for more than just reading and marking the ballot, for

20  example, navigating, physically navigating the polling

21  place?

22             MS. SPECTOR:  Object to form.

23      A.  Yes.

24      Q.  (BY MS. PERALES)  So a voter, for example, who

25  is older might come with their adult child, and lean on

Page 58

1    that person as they are walking through the polling

2    place, is that right?

3                    MS. SPECTOR:  Object to form.

4         A.   Yes, I've seen that before.

5         Q.   (BY MS. PERALES)  Might a voter also, for

6    example who uses sign language, bring an assistor to

7    help that voter communicate with poll workers as they're

8    checking in to vote?

9                    MS. SPECTOR:  Object to form.

10        A.   Yes.

11        Q.   (BY MS. PERALES)  And similarly with respect

12   to a limited-English-proficient voter, for example who

13   speaks Vietnamese, that voter might bring a trusted

14   friend or an adult child to speak on their behalf when

15   interacting with poll workers, is that correct, during

16   the sign-in process, for example?

17                   MS. SPECTOR:  Object to form.

18        A.   Yes.

19        Q.   (BY MS. PERALES)  And might a limited-English-

20   proficient voter also rely on their assistor to help

21   explain to them how to use the voting equipment as the

22   poll worker is explaining how to use the poll -- the --

23   the voting equipment?

24                   MS. SPECTOR:  Object to form.

25        A.   Yes.

Page 61

1      A.   I've seen the offer by organizations; however,

2      I haven't seen the actual, like, the implementation of

3      that, and so I don't know if it was specific, if they

4      were picking up a bunch of people, or if they were just

5      picking up individuals.

6           Q.   (BY MS. PERALES)   Tell me about what you saw

7      in terms of an offer, how -- how did you see it?

8                     Did you see it as an announcement, a

9      flyer, something else?

10          A.   I --

11                    MS. SPECTOR:  Object --

12                    THE WITNESS:  I'm sorry.

13                    MS. SPECTOR:  Sorry.

14                    Object to form.

15                    Go ahead.

16          A.   I've seen it so the -- I'm thinking about the

17     League of Women Voters right now, they have what they

18     call the Voters Guide, and on there was an offer, if you

19     need a ride to the poll, contact us; on their Facebook

20     same thing, if you need a ride, contact us.  It --

21     that's -- that's what I'm using as the basis for that.

22          Q.   (BY MS. PERALES)  Are you aware of any

23     nonpartisan organizations providing voter assistance to

24     voters as the polling place?

25                    MS. SPECTOR:  Object to form.

Page 65

1    their assistor, but also would use that assistor to, for

2    example, understand instructions on using the -- the

3    voting machine?

4              MS. SPECTOR:  Object to form.

5         A.   Yes.

6         Q.   (BY MS. PERALES)  Now before SB 1, you

7    required voter assistors who were not poll workers to

8    take an oath, is that correct?

9              MS. SPECTOR:  Object to form.

10        A.   Yes.

11        Q.   (BY MS. PERALES)  And was that oath something

12   the person had to swear to verbally, or did they also

13   have to sign a piece of paper?

14             MS. SPECTOR:  Object to form.

15        A.   I -- I believe sign.

16        Q.   (BY MS. PERALES)  And did that oath that they

17   had to sign, did -- was that like an individual piece of

18   paper for each instance of voter assistance, or was it

19   more like a ledger that they would sign?

20             MS. SPECTOR:  Object to form.

21        A.   I believe it's the roster.

22        Q.   (BY MS. PERALES)  And would it be correct to

23   say that in the Election Code there's a requirement that

24   if assistance is provided by a person of the voter's

25   choice, an election officer shall enter that person's

Page 66

1    name and address on the poll list beside the voter's

2    name?

3                    MS. SPECTOR:  Objection, calls for legal

4    conclusion.

5         A.   Yes.

6         Q.   (BY MS. PERALES)  So I understand that if

7    someone, a private person came to assist a voter, their

8    name and address would have been entered on the poll

9    list with the voter's name?

10                   MS. SPECTOR:  Object to form.

11        A.   So how it works with an electronic poll pad,

12   rather than the old combination forms, is that if

13   somebody needs assistance, pre SB 1, there's a checkmark

14   that they would mark, and then that person would put

15   their name and information on the next screen, so it

16   would be connected to that record; how it's not --

17   however, it's not the old combination paper forms.

18        Q.   (BY MS. PERALES)  I feel like at the end of

19   this, I should get a certificate for elections

20   administration and you should get a law degree.  I just

21   want to put that out there.

22                   MS. SPECTOR:  Objection.

23        Q.   (BY MS. PERALES)  Pre SB 1, did you keep any

24   other kind of records on private individuals who

25   assisted voters at the polling place, besides the

Page 69

```
 1        Q.   (BY MS. PERALES)   And how would you generally
 2   come to learn about that?
 3        A.    The poll worker would call us and let us know
 4   that somebody was -- depending on if they were, a lot of
 5   times maybe politicking or talking, and not just doing
 6   what they were supposed to do, wanting to see documents
 7   that they are not allowed to see.  We would -- again,
 8   let them -- tell them there is a Poll Watcher Guide,
 9   this is what you're allowed to do, and it would -- it
10   would generally be remedied.
11        Q.   Okay.  Would it be fair to say then that it's
12   not typical for a voter to call your office and complain
13   about an intrusive poll watcher?
14                MS. SPECTOR:  Object to form.
15        A.    Correct.
16        Q.   (BY MS. PERALES)   Generally, you're going to
17   get your information from the poll worker or the
18   election judge?
19                MS. SPECTOR:  Object to form.
20        A.    Yes.
21        Q.   (BY MS. PERALES)   Have you had any instances
22   in which poll watchers have made other elections staff
23   uncomfortable outside the setting of the polling place,
24   for example, Central Counting Station or other
25   locations?
```

1                    MS. SPECTOR:  Object to form.

2        A.   Yes.

3        Q.   (BY MS. PERALES)  And how would you generally

4   come to learn about that?

5        A.   The location of this instance was at our

6   office in the courthouse.  The watcher that we

7   eventually had removed believed that he could observe

8   anything, including things in our office that were not

9   observable, but while he was observing Central Count or

10   Early Voting Ballot Board, he was -- he was being very

11   loud and -- and -- and rude.

12        Q.   And before removing him, did you ask him to

13   conform his behavior to the poll watcher rules?

14                    MS. SPECTOR:  Object to form.

15        A.   Several people did.  By the time that I was

16   going, they had said, you know, Lisa is going to come

17   out here and -- and talk with you.  When I got out

18   there, he -- he was gone, on his own, at that point.  He

19   had left on his own when I was heading out, so I never

20   spoke with him at that location, personally.

21        Q.   (BY MS. PERALES)  Did you learn whether that

22   particular individual was consulting with others, either

23   in person or on the phone, during this time that he was

24   behaving in this manner?

25                    MS. SPECTOR:  Object to form.

Page 71

```
 1        A.   I believe he was consulting with another --
 2   the other gentleman, taking direction from this -- this
 3   person, just based on then that gentleman would call me
 4   and say I heard this happened or, you know, blah, blah,
 5   blah, so based on that, yes.
 6        Q.   (BY MS. PERALES)  Okay.  And when you say the
 7   other gentleman, would that be the other gentleman who
 8   had to be removed?
 9        A.   Yes.
10        Q.   You mentioned yesterday you didn't have poll
11   watchers for the March partisan primary, is that
12   correct?
13        A.   Yes.
14        Q.   Is that because it's a party primary?
15             MS. SPECTOR:  Object to form.
16        A.   I -- I don't have the exact reason, but I
17   believe in the past, we don't generally have watchers on
18   the primary.  They have, you know, it's one party does
19   their election.  I mean, we do it jointly, but it's --
20   it's more about promoting the party, you know, nominee,
21   it's not about a party versus a party as much as we see
22   when we get to November.
23        Q.   (BY MS. PERALES)  And in November 2020, did
24   you say you had approximately 35 to 40 watchers?
25        A.   Yes.
```

Page 72

1    Q.    And that would be for both political parties

2    combined?

3                MS. SPECTOR:  Object to form.

4    A.    Yes.

5    Q.    (BY MS. PERALES)  Okay.  Would you say that in

6    November 2020 you had more poll watchers than you did in

7    November 2016?

8                MS. SPECTOR:  Object to form.

9    A.    Yes.

10    Q.    (BY MS. PERALES)  This is a broad question,

11    but in November 2020, was poll watcher behavior, in any

12    way to you, noticeably different than in November 2016?

13                MS. SPECTOR:  Object to form.

14    A.    Yeah, definitely.  I mean, obviously, in the

15    past we'd had these, what I would consider a minor

16    dustup with a poll watcher, where maybe they didn't know

17    that they couldn't, you know, do this or do that, and

18    letting them know you're not -- mostly talking to

19    voters, that's what they would try to do.  That would be

20    handled.  It was, I mean, I -- I spent very little time

21    dealing with that.

22                In 2020 it, obviously, based on the

23    experience that I had in November, escalated to all the

24    way to a court case, all the way to law enforcement

25    being involved.  I mean, we've never, you know, we never

Page 73

1    had to call in a -- the law enforcement agency to

2    assist, or to work with my county attorneys on drafting

3    letters and things like that.  That has never happened

4    before, so in that case yes, it was.

5         Q.   (BY MS. PERALES)  And putting aside for the

6    moment the two men who had to be removed, with respect

7    to the remaining poll watchers, did you receive word

8    from your election workers that there were other poll

9    watchers who were being intrusive or aggressive?

10                   MS. SPECTOR:  Object to form.

11        A.   Not more than usual, but yes, the isolated

12   calls of just needing to be kind of talked -- reminded

13   of what they're allowed to do.

14        Q.   (BY MS. PERALES)  Did you notice whether poll

15   watchers tended to be more concentrated in certain

16   neighborhoods?

17                   MS. SPECTOR:  Object to form.

18        A.   In November 2020, yeah, yes.

19        Q.   (BY MS. PERALES)  And what neighborhoods would

20   those be?

21        A.   In November 2020, the majority of the poll

22   watchers would go to our highest turnout early voting

23   locations, just based on logistically why you would send

24   them there, and those happened to be on, the majority on

25   the west side of our county, with a couple out on the

Page 103

```
 1                    MS. SPECTOR:  Object to form.
 2        A.   Yes.
 3        Q.   (BY MS. PERALES)  And do you remember the Help
 4   America Vote Act coming about after the 2000 election,
 5   the Bush v Gore?
 6                    MS. SPECTOR:  Object to form.
 7        A.   I do.
 8        Q.   (BY MS. PERALES)  And so when you mention
 9   someone being elderly, and not having registered with a
10   driver's license or social, would it also be true that
11   somebody might simply be middle aged or my age and just
12   if, you know, if they registered early enough and stayed
13   registered, that number would also not be on file for
14   them?
15                    MS. SPECTOR:  Object to form.
16        A.   Correct.  If they never updated with that
17   information, then yes.  This was an elderly example.
18   She was elderly, so -- and I spoke with her.  She -- she
19   would admit that to you.  This is not speaking out of
20   school.  She would have said yes.
21        Q.   (BY MS. PERALES)  So do you know when a
22   voter's voter registration record would get updated with
23   a driver's license number or the last four of a social?
24                    MS. SPECTOR:  Object to form.
25        A.   If they updated a voter registration if they
```

Page 104

1    were to move or update, and they were to put that

2    information on there, it would be updated.  We get

3    updates from people that go to the DPS and renew their

4    driver's license.  It -- so they may include more

5    information on that one if they didn't prior to Java.

6    So it generally takes a move or maybe a renewal to get

7    that information on there.

8        Q.  (BY MS. PERALES)  Do you know if every time

9    someone goes to DPS to renew their driver's license that

10   information about their ID number would be transmitted

11   to their voter registration record?

12             MS. SPECTOR:  Object to form.

13       A.  I believe it's only if they mark the box,

14   register to vote.

15       Q.  (BY MS. PERALES)  And if they were already

16   registered they would not mark that box, is that

17   correct?

18             MS. SPECTOR:  Object to form.

19       A.  They may not.  I don't know for sure if they

20   would or would not.

21       Q.  (BY MS. PERALES)  If someone changes address

22   in El Paso County, and they update their voter

23   registration record, could they update their voter

24   registration record without providing a driver's license

25   or last four of social?

Page 105

```
 1                    MS. SPECTOR:  Object to form.

 2        A.   The online portal, which is address update

 3   only, that the State provides -- I don't remember if it

 4   requires that they put that on there.  I have to tell

 5   you the truth.

 6        Q.   (BY MS. PERALES)  Okay.  Did you receive calls

 7   from voters expressing confusion about why they were

 8   being sent a new voter registration form with their

 9   rejected mail ballot or ABBM --

10                    MS. SPECTOR:  Object --

11        Q.   (BY MS. PERALES)  -- because the voter was

12   already registered to vote?

13                    MS. SPECTOR:  Object to form.

14        A.   Yes.

15        Q.   (BY MS. PERALES)  More than one call?

16        A.   Yes.  And -- and we took a step to say now on

17   that notice where we talked about being rejected, we've

18   enclosed a voter registration application so that you

19   may use the same identifier on this and be able to match

20   up, to avoid having to send it in again, in some

21   language like that.

22        Q.   And when you say you included that information

23   in your notice to the voter, would that be in the El

24   Paso County specific notice as opposed to the Secretary

25   of State's notice?
```

Page 106

1   A.   Correct.

2   Q.   And you felt it was necessary to provide some

3   more explanation or context around why you were sending

4   a new voter registration form, is that right?

5   A.   Yes.

6   Q.   Did you have voters who attempted to correct

7   their mail ballot or ABBM by submitting it a second time

8   with new or different ID information that you then

9   rejected a second time, because you could not match that

10  number?

11             MS. SPECTOR:  Object to form.

12  A.   Yes.

13  Q.   (BY MS. PERALES)  More than one occasion?

14  A.   Yes.

15  Q.   More than 50?

16  A.   That, I don't -- I couldn't say for sure.

17  Q.   Did you keep track of how many times you might

18  have rejected an ABBM or a mail ballot for a particular

19  voter?

20  A.   I don't believe that we did on the

21  application; the ballot side of it, possibly.  I'd have

22  to look and see if we did.

23  Q.   Did you do any logging of how many ABBMs you

24  rejected for insufficiency on the form?

25             MS. SPECTOR:  Object to form.

Page 107

1      A.   Yes.

2      Q.   (BY MS. PERALES)  But then I believe with Mr.

3   White yesterday, you may have mentioned that that would

4   include SB 1 reasons and non SB 1 reasons?

5              MS. SPECTOR:  Object to form.

6      A.   It does, and we did break that down, though.

7   I believe that's in a document.

8      Q.   (BY MS. PERALES)  Okay.

9      A.   But it's -- so it's broken down by this many

10  were rejected IR, which is the code that we -- or IRIS

11  is the code in our system, no signature, party not

12  selected, and then the two that I said that weren't in

13  the system to begin with.  So we do, we did break it

14  down in that way.

15     Q.   Okay.  So would it be fair to say that a voter

16  might have had the experience of submitting an ABBM with

17  an ID number, and your office was unable to match that

18  number to the voter registration record and rejected

19  that ABBM?

20             MS. SPECTOR:  Object to form.

21     A.   Yes.

22     Q.   (BY MS. PERALES)  And it's possible that in

23  some of those cases, the voter might have simply not

24  followed up after that and not voted in the election, is

25  that right?

Page 108

```
 1                    MS. SPECTOR:  Object to form.

 2          A.   Yes.  I would say that's possible, yes.

 3          Q.   (BY MS. PERALES)  And then it's also possible,

 4    as we just described, that a voter could -- could follow

 5    up, make -- make a second attempt to secure a ballot by

 6    mail but, because of a second inability to match their

 7    number, you would have sent them a rejection form a

 8    second time, is that right?

 9                    MS. SPECTOR:  Object to form.

10          A.   Yes.

11          Q.   (BY MS. PERALES)  And in the in -- in the

12    instance that you were talking about with the elderly

13    lady voter, she ended up not voting after that, is that

14    correct?

15          A.   Correct.

16          Q.   And there also can be voters who, when they

17    receive a voter registration form and a notice asking

18    them to re-register to vote, would say well, I'm -- I'm

19    not going to do this, because I'm already registered to

20    vote, and they would end up not voting, correct?

21                    MS. SPECTOR:  Object to form.

22          A.   That's a possibility, yes.

23          Q.   (BY MS. PERALES)  Is it possible that a voter

24    could successfully secure a ballot by mail after having

25    managed to get you a number that you could match on
```

1    A.   Yes, that's correct.

2    Q.   Were there voters that you advised could

3 cancel their mail ballot and vote in person who informed

4 you that they were unable physically to get out and vote

5 in the polls?

6    A.   Yes.

7    Q.   Were there voters that you advised could drop

8 off their mail ballot carrier envelope with you in

9 person, and show ID, that said that they could not come

10 to the county courthouse and do that for physical

11 disability reasons?

12         MS. SPECTOR:  Object to form.

13    A.   I don't know if they said physical disability

14 reasons, but there were people that said I cannot get

15 down to the courthouse to drop this off on Election Day.

16    Q.   (BY MS. PERALES)  And in those instances, they

17 would have not voted in the election, is that right?

18         MS. SPECTOR:  Object to form.

19    A.   Yeah.  I believe that's what would have

20 happened.

21    Q.   (BY MS. PERALES)  Do you have a date in mind

22 by which you would be confident that you have a driver's

23 license number and the last four of the social for every

24 registered voter in El Paso County?

25         MS. SPECTOR:  Object to form.

 1    A.  You mean, starting, like, from now, when do I

 2    think I would -- we'd have a match for everyone?

 3    Q.   (BY MS. PERALES)  Yes, on both numbers.

 4    A.   I -- I don't know how to timeline that, so no,

 5    I don't have that.

 6    Q.   Did you ever hear from any voters who were

 7    concerned about identity theft when putting down either

 8    a driver's license number or the last four of the social

 9    on either the ABBM or the mail ballot envelope?

10         MS. SPECTOR:  Object to form.

11    A.   Yes.

12    Q.   (BY MS. PERALES)  More than one voter?

13    A.   Yes.

14    Q.   Did you ever hear from any voters who were

15    confused about why you couldn't match the number that

16    they gave you when you had the other number attached to

17    their registration record?

18         MS. SPECTOR:  Object to form.

19    A.   Yes.

20         MS. PERALES:  Is this Exhibit --

21         COURT REPORTER:  Oh.

22         MS. PERALES:  -- 6?

23         COURT REPORTER:  6, yeah.  I've lost my

24    sticker.  I'm looking for my sticker.

25         MS. PERALES:  Oh no, don't worry, good to

1    the reports.  You know, can we get that?  That was

2    really all we were asking for at that point.  There

3    wasn't the argument or the discussion on well, this

4    needs to be changed on this portion of that or this, it

5    was let's just get the deadline, get our people updated

6    and -- and go on from there.

7         Q.   (BY MS. PERALES)  What percent of the time was

8    your office using, in the first two weeks of February,

9    to address the issue of failure to match ID numbers on

10   either applications for ballot by mail or mail ballots

11   as they were starting to come in?

12             MS. SPECTOR:  Object to form.

13        A.   It's hard to break down the percentage, but

14   they were making calls on Saturdays and Sundays, into

15   the evening, four or five people, they spent the

16   majority of their day working on that.  I -- I wouldn't

17   -- I can't tell you if it was 90 percent or if it was

18   70, but it was definitely more than 50.

19        Q.   (BY MS. PERALES)  What would that staff have

20   otherwise been doing?

21             MS. SPECTOR:  Object to form.

22        A.   Processing ap -- you know, that was their --

23   that's their task, is processing applications, so

24   processing the applications, getting the ballots out,

25   receiving the ballots, working on Signature Verification

1    Committee, things like that, working with the committees

2    during that time.

3         Q.   (BY MS. PERALES)  So I understand that your

4    office would have a goal, for example, of how much time

5    it would use to process an application for ballot by

6    mail and then mail out a mail ballot to the voter, were

7    you more hard-pressed to reach those timing goals

8    because you had staff addressing failure to match ID

9    issues?

10                    MS. SPECTOR:  Object to form.

11                    MR. JEFFREY WHITE:  Objection, form.

12        A.   Yes.

13        Q.   (BY MS. PERALES)  And how much time, on

14   average, did it take you to process an ABBM with a

15   matching ID number and get a mail ballot out to the

16   voter?

17                    MS. SPECTOR:  Object to form.

18        A.   What we try to do is we have a last mail

19   pickup at 2:30, is when we get -- we'll have to have --

20   usually have our last delivery by then.  If we had an

21   application in that, we would try to get that processed

22   so that the ballot could go out the next day.  Now, I

23   mean, if it was a presidential year, that could be two

24   or three days, but generally we try to do 24 to 48

25   hours.

Page 119

```
 1                    If the application was what I would say

 2    perfect application, just everything was straight, what

 3    we ended up doing was having, you know, these people

 4    take the simpler ones, I would say.  We hired, I think,

 5    three temps, and so those temps would basically just do

 6    the clean ones, because the process was A, B, C, D, and

 7    the two -- the full-time and then a temp that we've had

 8    for several elections, they worked specifically on the

 9    -- the ones that took more steps, the rejected, and then

10    going through that process.

11        Q.   (BY MS. PERALES)  Okay.  Okay.  I am going to

12    mark two exhibits, one after the next, and ask you to

13    help me understand them.  They did have Bates stamp

14    numbers on them until we sent them to Kinko's and they

15    lost them, so I will just represent to you that we

16    received them in discovery, and then maybe we can talk

17    through it.

18                    MS. PERALES:  This is going to be Exhibit

19    7.

20                    (Plaintiff's Exhibit No. 7 was marked for

21    identification.)

22                    MS. SPECTOR:  Thanks.

23        Q.   (BY MS. PERALES)  Ms. Wise, you've been handed

24    what has been marked Deposition Exhibit No. 7, and I

25    will represent to you that this is the first five pages
```

Page 120

1    of a much longer document.  It was over 150 pages long.

2    I did not copy the whole thing, but I was hoping that by

3    copying the first five pages, and asking you some

4    questions about it, I would understand how to interpret

5    the -- the rest of the document.

6          A.   Okay.

7          Q.   Can you identify what this is, this Exhibit 7?

8               It's some kind of report, but can you

9    identify it further?

10         A.   Yeah.  It's, basically, this is from the 2020

11   March primary election, absentee -- so requests for

12   ballot by mail, all types, all return statuses.  It's a

13   little discombobulated as far as the cat -- or as far as

14   the headings go, but that's what --

15         Q.   Uh-huh.

16         A.   -- it is.

17         Q.   Okay.  Would you have run a report like this

18   for the March 2022 primary election?

19         A.   I believe so, yes.

20         Q.   Okay.  Because what I have is March 2020, so I

21   could go back and look, and maybe if I can't find it I

22   could ask your team.  I'm just not sure if it --

23         A.   I believe --

24         Q.   -- it -- maybe it's not --

25         A.   -- we did produce it in the last --

1      Q.   That's okay.  And then I just wanted to ask

2   you, on the first column -- let's stick with Page 4,

3   that's much easier -- on the left-hand column it says

4   "Type", and then down below that it either says "Y65",

5   or "DME" or "OCM", do you see that?

6      A.   Yes.

7      Q.   So would I understand Y65 to be age 65 or

8   over, yes?

9      A.   Yes, yes.

10     Q.   And then the next one, can you tell me what

11   DME is?

12     A.   I believe that's disability.

13     Q.   Okay.  Do you happen to know OCM?

14     A.   Out of the county.

15     Q.   Oh, okay.  Thank you.

16          And then I see "State ID Number", would

17   that be, like, their driver's license or their State-

18   issued non-driver ID?

19     A.   The State uses an ID number for their own,

20   their own databases, so that's what that is.  It's not

21   anything that you would look at to match, it's -- it's

22   something that's internal to them.

23     Q.   It's not a VUID?

24     A.   No, VUID is different.

25     Q.   And it's not a driver's license number?

1     Q.  (BY MS. PERALES)  Okay.  And then I see a

2  precinct number there?

3     A.  Correct.

4     Q.  How many precincts do you have in El Paso

5  County?

6     A.  Two hundred and twenty-one.

7     Q.  I think Jacque's got you beat on --

8     A.  I know.

9     Q.  -- that one.

10     A.  She does, there is no doubt.  There is no

11  doubt about that.

12     Q.  I don't want to do any Bexar County chauvinism

13  here, but ...

14     A.  No, but she does.  She does.

15     Q.  Okay.  Then after "Precinct" there is "Sub",

16  S-u-b, can you tell me what that is?

17     A.  So some of our precincts have splits, and that

18  would be the -- that would be the sub precinct,

19  basically, if they were in 3-1, or 2-3 or -- not all of

20  them, but some of them do for the entity's lines.

21     Q.  Okay.  And then after that it looks like

22  "BLT"?

23     A.  Yes, that's ballot style.

24     Q.  And the ballot style looks here like it's

25  either a 1 or an 11, can you explain that?

Page 128

1    might share my own water district, so we'd have the same

2    ballot style.

3         Q.   (BY MS. PERALES)   And then I see "Party" and

4    "Rs" and "Ds", "Request", and that seems to be a date,

5    so that would be the date that you received the request

6    for ballot by mail?

7         A.   Correct.

8              MS. SPECTOR:   Object to form.

9              THE WITNESS:   Sorry.

10        A.   Correct.

11             MS. SPECTOR:   No, it's okay.

12        Q.   (BY MS. PERALES)   And then "Returned" would be

13   the date you received the ballot by mail back from the

14   voter?

15        A.   Yes.

16        Q.   And then a status okay meant that the ballot

17   by mail was correctly presented to you with the envelope

18   information and everything else you needed, is that

19   right?

20        A.   Correct.

21        Q.   And so we can see from this second to last

22   column that not all ballots that you sent out, ballot by

23   mail that you send out end up getting returned, is that

24   right?

25             MS. SPECTOR:   Object to form.

Page 129

1          A.     That's correct.

2          Q.     (BY MS. PERALES)  Would you have it listed

3     here as returned if it came in too late, or would that

4     be on another report?

5          A.     I think it would be on here, returned,

6     rejected.  I'd have to look for sure, but I -- I believe

7     those all -- those run together, I think.

8          Q.     Okay.  Thank you.

9                 MS. PERALES:  I'm going to mark this next

10    exhibit.  I'll have to hand it out to --

11                MS. SPECTOR:  Thank you.

12                MS. PERALES:  -- the rest of you.

13                MS. SPECTOR:  Thanks.

14                MS. PERALES:  Yeah.

15         Q.     (BY MS. PERALES)  This is Exhibit 8, and this

16    is us doing a much better job of having, one, located

17    your most recent report and, two, having formatted it

18    correctly.

19                (Plaintiff's Exhibit No. 8 was marked for

20    identification.)

21         Q.     (BY MS. PERALES)  Can you describe for me,

22    what is this document, Exhibit 8?

23         A.     This is the absentee type, all types of ballot

24    by mail return status for the March 2022 primary.

25         Q.     Okay.  I see there is some more information on

1    this form than the one that -- that you told me about

2    from 2020, and the first thing I'm noticing is that in

3    the column that has the voter's name there are now

4    notes, can you tell me how it came to be that this

5    report has notes on it?

6                    MS. SPECTOR:  Object to form.

7         A.   Sure.  So we receive updates from our vendors

8    frequently -- not as frequently as I'd like.  But if we

9    request something, if we request can we add another

10   field, things like that, we can work with them to get

11   that.  And so based on -- based on looking at this, they

12   -- they just designed another form -- or another report

13   for us, I'm sorry, that we now use for -- to gather that

14   information.

15        Q.   (BY MS. PERALES)  And are the notes then

16   coming from your staff?

17        A.   Yes.

18        Q.   Okay.  So the first note that I see on the

19   first page from -- related to ██████████████ --

20        A.   Uh-huh.

21        Q.   -- says, "Note:  IS 2/25/2022", do you know

22   what that means?

23        A.   Yes.  IS is the code for the identifier in the

24   system either missing or inaccurate, and then the date,

25   I'm guessing, that that was processed.

```
1       Q.   Okay.  So if we stick with ████████  and
2    we go across it says, "Status RJ", can you tell me what
3    RJ means?
4       A.   Yes.  That would be the rejected.
5       Q.   If we look down that column for "Status",
6    besides "OK" and "RJ" I see CL, what's that, what does
7    that mean?
8       A.   That could be cancelled.  So if you see under
9    the note there for that gentleman, he surrendered the
10   ballot at the Northwest Annex, and then voted a regular
11   ballot.
12      Q.   Do we know if, before he surrendered his
13   ballot, whether there was a problem matching his ID
14   number?
15      A.   I don't know that off the top of my head, and
16   I don't know if there is a report that would show that
17   --
18      Q.   Uh-huh.
19      A.   -- because we don't -- our system doesn't
20   report ballot application rejections, we created our own
21   database for that or spreadsheet, so that would be
22   something I'd have to look at.
23      Q.   Okay.  Did you have more individuals
24   surrendering their mail ballots and voting in person in
25   this March 2022 primary compared to March 2020?
```

1    A.    I believe so.  I believe we did.  I don't have

2    the numbers in front of me, but I know we had a couple

3    hundred that went and surrendered, and that -- that

4    seemed high to me, but I don't know for sure.

5    Q.    Okay.  Now, if we look down a little bit

6    farther, there is from the bottom one, two, three, four,

7    five, six, seven from the bottom --

8    A.    Uh-huh.

9    Q.    -- is ████████, fantastic name?

10    A.    Yes.

11    Q.    ████████████████████ --

12    A.    Uh-huh.

13    Q.    -- and if I look across for her, it says "OK"

14    in "Status", but her note also says that on 2/18/2022

15    you had -- you marked her as ID missing or inaccurate,

16    is that right?

17    A.    Yes.

18    Q.    So could we consider her somebody who cured?

19    A.    That is correct.

20    Q.    Okay.  And if there is an "OK" there, that

21    would mean that she did get her mail ballot back --

22    well, her mail ballot --

23    A.    That we accepted it.

24    Q.    -- back to you?

25          Yeah.  That you accepted it, so it was

Page 133

1    timely, it was correctly filled out, all the rest of

2    that?

3         A.   Uh-huh.

4         Q.   Okay.  And this is for mail ballots, correct?

5         A.   Yes.

6         Q.   Is there a similar report for application for

7    ballot by mail?

8         A.   No.  The system -- our -- our vendor does not,

9    we don't have a way to do that, so we did create that

10   with the spreadsheet, and I -- I believe that was turned

11   over for production.

12        Q.   Okay.  Okay.  So I notice in the "Status"

13   column, some status are "RJ" for rejected, but then

14   there are other status that's "IS", can you tell me,

15   does "IS" in the "Status" column also mean ID missing or

16   inaccurate?

17        A.   That's what I believe.  Eventually, if they

18   didn't have a note on a date, or something like that,

19   then they would go in and do that.  I would -- I would

20   have to double check just to make sure, but I don't

21   think they put notes for everybody; as many as they

22   could, but some of them still have the "IS."

23        Q.   I see.  So if there's an "IS" in the "Status"

24   column, can we understand that that person never

25   returned a mail ballot that was counted?

```
 1         Q.    (BY MS. PERALES)   Okay.   And was it your

 2    experience that voters were somewhat confused about

 3    having to vote on the machine, then get the paper and

 4    then take it over and drop it into this other black box?

 5         A.    Yes.

 6         Q.    All right.   Do you think that if an assistor

 7    is unable to explain that process of taking the paper

 8    receipt and then dropping it into the separate machine,

 9    let's say to a Vietnamese-speaking voter, that that

10    might make it more difficult for that Vietnamese-

11    speaking voter to cast their ballot?

12                    MR. JEFFREY WHITE:   Objection, form.

13                    MS. SPECTOR:   Objection to form.

14         A.    Yes.

15         Q.    (BY MS. PERALES)   By the way, you don't call

16    that second box a trash can, do you?

17         A.    No.

18         Q.    You've heard it, though, haven't you?

19         A.    Yes.

20         Q.    Do you have any concerns that disabled voters

21    might experience more problems voting because of the new

22    limitations on voter assistance to just reading and

23    marking the ballot, because, for example, it may limit

24    their --

25                    (Sneeze.)
```

1    Q.   (BY MS. PERALES)  So yesterday, Mr. Jeff White

2    -- because we have two Mr. Whites here -- yesterday,

3    Mr. Jeff White asked you questions around this idea of a

4    learning curve for SB 1, but would you agree with me

5    that the types of problems that might arise for either

6    limited-English-proficient voters or disabled voters who

7    use assistors to help them navigate the polling place,

8    and understand how to use the machines, that these

9    limitations on assistance are still going to be there

10   three or four election cycles from now?

11             MS. SPECTOR:  Objection, compound.

12   A.   Yes, I would.

13   Q.   (BY MS. PERALES)  Yesterday, you spoke briefly

14   to Mr. Jeff White about seven or more curbside voters in

15   a vehicle?

16   A.   Yes.

17   Q.   Are you aware of any instances in which seven

18   or more curbside voters appeared in a vehicle to vote in

19   the 2020 election cycle, either the primary or the

20   general?

21             MS. SPECTOR:  Objection to form.

22   A.   I'm not.

23   Q.   (BY MS. PERALES)  Can you think of any

24   elections prior to 2020, in the primary or the general,

25   whether a vehicle showed up at a polling place with

Page 162

1    seven or more curbside voters?

2              MS. SPECTOR:  Objection to form.

3         A.   I cannot.

4         Q.   (BY MS. PERALES)  Have you ever heard of an

5    instance of a fraudster trying to commit voter fraud by

6    showing up at a polling place with seven or more

7    curbside voters?

8              MR. JEFFREY WHITE:  Objection, form.

9         A.   No, I have not.

10        Q.   (BY MS. PERALES)  Is it legal to drive seven

11   or more individuals to the polling place?

12             MS. SPECTOR:  Objection to form.

13        A.   Yes.

14        Q.   (BY MS. PERALES)  And it's also legal to drive

15   seven or more curbside voters to the polling place,

16   isn't it?

17             MS. SPECTOR:  Objection to form.

18        A.   Yes.

19        Q.   (BY MS. PERALES)  Do you think that driving

20   seven or more individuals for curbside voting

21   necessarily means that those voters are going to be

22   coerced in how they vote?

23             MS. SPECTOR:  Objection to form.

24        A.   No.

25        Q.   (BY MS. PERALES)  I would like you to turn

Page 185

1    predecessor bills, SB 7, HB 6 or HB 3, was moving

2    through the legislature, were you receiving any kind of

3    updates from the Secretary of State about the fact that

4    this bill was moving, that it had these provisions in it

5    that it, you know, the bill progress?

6              MS. SPECTOR:  Objection to form.

7        A.   I don't believe we received that from the

8    Secretary of State's office until bills were done.  Then

9    we -- they sent out kind of an FAQ on what's passed, but

10   I was -- the TAEA was monitoring that as it was going

11   through.

12       Q.   (BY MS. PERALES)  Do you know if the TAEA

13   asked the Secretary of State to let legislators know

14   about some of the provisions that was -- that were

15   concerning to the TAEA?

16             MS. SPECTOR:  Objection to form.

17       A.   I believe they did.

18       Q.   (BY MS. PERALES)  Okay.  Are you aware that

19   Keith Ingram and Christina Adkins testified in the Texas

20   Legislature as resource witnesses while SB 1 and its

21   predecessor bills were moving through the -- their

22   sessions?

23             MS. SPECTOR:  Objection to form.

24             MR. JEFFREY WHITE:  Objection, form.

25       A.   I am aware of that.

```
 1        Q.   (BY MS. PERALES)  Are you aware of whether

 2   Keith Ingram or Christina Adkins, as resource witnesses,

 3   ever shared with legislators the concerns of elections

 4   administrators?

 5                  MR. JEFFREY WHITE:  Objection, form.

 6                  MS. SPECTOR:  Objection to form.

 7        A.   I don't believe they did.

 8        Q.   (BY MS. PERALES)  What's the difference

 9   between a resource witness and a witness who's

10   testifying for or against a bill, do you know?

11                  MS. SPECTOR:  Objection to form.

12        A.   That you're there for fact -- basically fact

13   questions, so you are not in opposition or support, you

14   are merely there to answer -- answer questions about

15   processes and things like that.

16        Q.   (BY MS. PERALES)  Did you come to learn,

17   either through TAEA or otherwise, whether the Secretary

18   of State supported SB 1 or its predecessor bills while

19   they were moving through the legislature?

20                  MR. JEFFREY WHITE:  Objection, form.

21                  MS. SPECTOR:  Objection to form.

22        A.   Whether they -- I'm sorry, whether they went

23   on record as supporting, like at the -- in Austin?  Or

24   what are you -- I'm sorry, what are you saying?

25        Q.   (BY MS. PERALES)  No.  Not whether they went
```

Page 233

1    by -- what you're referring --

2         Q.   (BY MR. MALHI)   Okay.

3         A.   -- to.

4         Q.   I think the two things that came to mind that

5    I heard yesterday was, one, about some sort of Braille

6    kind of adapting tool for the poll pad, and something

7    about, you know, jumping ahead of the line due to a

8    medical condition.

9              I just wanted to hear about any other

10   sorts of reasonable accommodations that have come up in

11   the past and your county has provided?

12        A.   Okay.  Yes.

13             MS. SPECTOR:  Objection to form.  Go

14   ahead.

15        A.   Okay.  So yeah, the one -- the one you're

16   talking about was the Braille.  We worked with the El

17   Paso Council of the Blind to come up with a -- a sheet

18   to go over the screens on our poll pads so that

19   visually-impaired voters could read the poll pad

20   language in  Braille and then know where to sign.

21             We also did the -- I just spoke with

22   Mr. White about the location where the door was too

23   heavy, and we adjusted that.  We had, we actually had a

24   concern at our warehouse where we were doing all the

25   training, this was not brought up by an attendee of the

1    poll worker trainings, but that the ramp was too steep,

2    so we built a new ramp.

3                We've had -- when we had the Disability

4    Rights Texas come out and review all of our sites, they

5    basically provided any site that they thought was not

6    compliant with two options, one would be a quick fix,

7    and one would be a more detailed fix.

8                So it may be something like if the

9    parking space was not actually painted, you know, if you

10   couldn't see the paint well enough on a handicapped

11   spot, to go out and repaint it.  That might -- it -- we

12   ranged from that to -- to moving locations,  to

13   regrading a parking lot.

14               Whatever was in that report, we -- it

15   varied from the quick fix, and we did some for the --

16   the more detailed ones, things like that.

17        Q.   Understood.  And about how common are these

18   sorts of requests for reasonable accommodations in the

19   elections?

20               MS. SPECTOR:  Objection to form.

21        A.   In my experience in this office, pretty rare.

22        Q.   (BY MR. MALHI)  Understood.  You mentioned

23   that you had not -- in your conversation with Mr. White

24   yesterday, you mentioned you didn't receive any such

25   requests for the March 2022 primary, when was the last

1   polling sites, could this fit a wheelchair, would

2   someone be able to turn around, things like that we

3   received from Disability Rights Texas.  But as far as

4   the -- the county, specific, no.

5        Q.   (BY MR. MALHI)  And now kind of going

6   backwards a little bit, the actual -- before you

7   actually provide the reasonable accommodation, you

8   mentioned that sometimes you are the decision-maker,

9   sometimes it could be someone else is the decision-

10  maker, is there any training you provide to the actual

11  decision-makers who have to decide whether to provide

12  the accommodations or not?

13            MS. SPECTOR:  Object to form.

14       A.   The county has an ADA coordinator, so they've

15  obviously been trained. So if -- let's say I had a

16  complaint about the door handle, she went out there, she

17  -- she knows how heavy it can be by law, measured it,

18  thought that it was too heavy, and then fixed it.

19       Q.   (BY MR. MALHI)  Understood.  Now during your

20  conversation with Ms. Perales earlier today, you

21  discussed various forms of assisting voters that go

22  beyond reading, or marking a ballot or directing a voter

23  to do the same.

24                 Based on your understanding of the law,

25  if a reasonable accommodation request asks to have an

1    assistor help a voter, is that assistor required to take

2    the assistor oath set forth in SB 1?

3                      MR. JEFFREY WHITE:  Objection, form.

4                      MS. SPECTOR:  Objection, calls for legal

5    conclusion.

6          A.   Yes.

7          Q.   (BY MR. MALHI)  Now, based on your

8    understanding of the law, again, is that still the case

9    if the assistor provides reasonable accommodations that

10   go beyond reading, or marking a ballot or directing the

11   voter to do the same?

12                     MS. SPECTOR:  Objection, calls for legal

13   conclusion.

14         A.   I don't know that I have the answer to that.

15   That would be -- that would be an example where I would

16   contact my county attorneys and ask for their opinion or

17   input on it.

18         Q.   (BY MR. MALHI)  Understood.  Now, earlier

19   today with Ms. Perales you also touched on training

20   you've  received from the Secretary of State as to

21   reasonable accommodations, generally, have you received

22   any guidance from the sec -- so not just training, but

23   any sort of formal guidance from the Secretary of State

24   about providing reasonable accommodations to voters with

25   disabilities?

Page 242

1   so -- did those differ?

2       A.   Yes.

3       Q.   How so?

4       A.   The notification would talk about how to cure

5   the ballot by mail application, which basically was to

6   either return it, return the one that we included, and

7   it would, you know, talk about the application.  When we

8   sent the information with the carrier envelope, we would

9   have the -- we would include the notice, we would

10  include our infor -- our letter that we had created,

11  explaining that they needed to -- now the law had

12  changed, and why they had to fill that out.

13              And then we took, we'd highlight on their

14  ballot where they needed to actually fill it in, and

15  then we also included a screenshot of where it was --

16  highlight their envelope, I'm sorry, and include a

17  screenshot of where that was, so that they wouldn't miss

18  it.

19      Q.   Understood.  And now this whole process of

20  having to reach out to voters to help them cure rejected

21  parts of their mail balloting materials, what sort of

22  impact did that have on your office's operations during

23  the election cycle?

24              MS. SPECTOR:  Objection to form.

25      A.   Yeah.  It stressed our -- it stretched our

Page 243

1    resources.  We had -- we had a couple temps working

2    strictly on the rejections -- I'm sorry, a coup -- a

3    couple temps working on the clear ones, and then we had

4    our full-time and then another temp working on the

5    rejections.

6                    They would call down the list during the

7    day, but then we also tried to hit on the weekends and

8    evenings, so they may stay and, say, make calls from

9    five to eight, just in case people were at work.  So it

10   just, it strained the resources, definitely, that we

11   have in our office.

12        Q.   (BY MR. MALHI)  And now aside from just

13   helping voters cure rejected portions of their mail

14   ballot process materials, what -- can you talk about the

15   other proactive voter engagement you've done,

16   specifically -- I know you've touched on this,

17   generally, but specifically about SB 1's ID number

18   requirements?

19                    MS. SPECTOR:  Objection to form.

20        A.   Besides the mail in the notices, we've -- I

21   know I've done over 20 interviews, I have gone to

22   several groups.  Not many, but there's some that are

23   meeting back in person, some that are still on virtual,

24   and we've talked about it, League of Women Voters, Town

25   of Democrats, I've gone to two rotaries that have

1      A.   As far as accuracy goes, as far as numbers not

2   being correct, or anything like that, I don't recall.  I

3   don't recall that happening.

4      Q.   (BY MR. MALHI)  Do you recall any -- you know,

5   how prevalent it was to not have information in the

6   database that was reflected on one of the mail-in

7   ballots, the ID number that we speak of?

8              MS. SPECTOR:  Objection to form.

9      A.   Yes.  I mean, eventually, I believe we ended

10  up not being able to accept 14 percent of the

11  applications,  I believe, not all because of the

12  identifier, but the majority was because of that.

13     Q.   (BY MR. MALHI)  Got it.  I'd now like to ask

14  you a little bit about your interactions more

15  specifically with the Secretary of State's Office.

16              Did you received any training materials

17  from Secretary of State regarding SB 1's ID number

18  provisions for mail-in ballots?

19              MS. SPECTOR:  Objection to form.

20     A.   Yes.

21     Q.   (BY MR. MALHI)  What -- what were those

22  training materials?

23     A.   A webinar --

24              MS. SPECTOR:  Objection -- hold on.

25              THE WITNESS:  I'm sorry.

Page 260

1    they or they not do then?  If they are able to -- if

2    they're able to remove them, if the person is able to

3    follow them around and go into the break room, I mean,

4    there's been -- this group was pretty invasive, and so I

5    think it's -- I think it's a little bit of both.

6         Q.   (BY MR. JEFFREY WHITE)  For the March 2022

7    primary, did you have an issue with not having enough

8    poll watchers?

9              MS. SPECTOR:  Objection to form.

10        A.   Poll watchers or poll workers?

11        Q.   (BY MR. JEFFREY WHITE)  Oh, strike that.

12             In the November -- strike that.

13             In the March 2022 primary, did you have

14   any issues with not having enough poll workers?

15             MS. SPECTOR:  Objection, vague.

16        A.   Yes.  I believe we were shorter than how many

17   we would like to have had.

18        Q.   (BY MR. JEFFREY WHITE)  Do you know why?

19             MS. SPECTOR:  Objection, calls for

20   speculation.

21        A.   No, I do not.

22        Q.   (BY MR. JEFFREY WHITE)  Do you know whether it

23   was due to Section 4.01 of SB 1?

24             MS. SPECTOR:  Objection, calls for

25   speculation.

Page 263

1                     MS. SPECTOR:  Objection, vague.

2          A.    That was one of the issues, yes.

3          Q.    (BY MR. JEFFREY WHITE)  And could voters also

4   use the ballot tracker to cure the issue of forgetting

5   to fill in the numbers on the carrier envelope?

6                     MS. SPECTOR:  Objection, vague.

7          A.    Yes.  That was a -- a way to cure.

8          Q.    (BY MR. JEFFREY WHITE)  So voters who had

9   those numbers in your system would be able to log into

10  the ballot tracker and correct an issue with leaving

11  those off the carrier envelope -- envelope or the

12  application for ballot by mail, is that correct?

13                    MS. SPECTOR:  Objection, vague.

14         A.    If we had those numbers in our system already.

15         Q.    (BY MR. JEFFREY WHITE)  And they would be able

16  to log in, because they would have those numbers and you

17  would have those numbers, correct?

18                    MS. SPECTOR:  Objection, vague.

19         A.    Yes.

20         Q.    (BY MR. JEFFREY WHITE)  And with the carrier

21  envelopes that you received, did you receive some that

22  had no numbers put on them?

23                    MS. SPECTOR:  Object to form.

24         A.    Yes.

25         Q.    (BY MR. JEFFREY WHITE)  You said that you

1   don't receive an alert on your offline system when a

2   voter uses ballot tracker to confirm their numbers, is

3   that correct?

4        A.   Currently, that is correct.

5        Q.   And you asked for a report from the Secretary

6   of State, to let you know when they had done that?

7        A.   No.  I'd asked -- there were -- there's two

8   things.  We did the -- we asked for the report from

9   Secretary of State, just a report so we could see who

10  had updated the tracker.  We asked for the alert from

11  our vendor, to put that, so that we would have some sort

12  of information that we could sync with TEAM, to -- to do

13  that.

14       Q.   And does the El Paso County Election

15  Administration have an access into the statewide TEAM

16  system itself?

17            MS. SPECTOR:  Objection, asked and

18  answered, vague.

19       A.   Yes.

20       Q.   (BY MR. JEFFREY WHITE)  Do you have a

21  dashboard that you can log into to check the State's

22  TEAM system?

23            MS. SPECTOR:  Objection, asked and

24  answered.

25       A.   Yes.

1       Q.  (BY MR. JEFFREY WHITE)  And on that dashboard,

2  if a voter has gone into the ballot tracker system, and

3  verified their numbers, do you get an alert on your

4  dashboard in that system?

5           MS. SPECTOR:  Objection, vague, asked and

6  answered.

7      A.  No.  I don't believe we would get that alert

8  --

9      Q.  (BY MR. JEFFREY WHITE)  And why not?

10     A.  -- as an offline county.

11          We -- we were not alerted to the ballot

12  tracker being used in this election.

13     Q.  (BY MR. JEFFREY WHITE)  Are you not able log

14  into the statewide TEAM system?

15          MS. SPECTOR:  Objection, asked and

16  answered.

17     A.  I don't believe on our portal side that that's

18  -- that we have that.  I know we had no alert.

19     Q.  (BY MR. JEFFREY WHITE)  Now going back to

20  Exhibit 5, could you please turn to Page -- well first,

21  I'll start on Page 27 at Line 21, if you could let me

22  know when you're there?

23     A.  I'm there.

24     Q.  And do you see section 4.07?

25     A.  Yes.

Page 282

```
 1        A.   Yes, yes.

 2        Q.   And did you get the authority to implement

 3   countywide voting from the -- a change in the Election

 4   Code by the Texas Legislature?

 5             MS. SPECTOR:   Object to form, calls for

 6   legal conclusion.

 7        A.   Yes.

 8        Q.   (BY MR. JEFFREY WHITE)   And would you consider

 9   that an example of the Texas Legislature making it

10   easier to vote?

11             MS. SPECTOR:   Object to form.

12        A.   I would.

13        Q.   (BY MR. JEFFREY WHITE)   I think earlier today

14   we discussed, my -- the other Counsel White, Graham

15   White, asked you about early voting, and I believe he

16   asked if voters show up and get in line before the

17   polling location closes, asking whether they could vote,

18   and isn't it true that SB 1 changed the law so that they

19   could, during the early voting period?

20             MS. SPECTOR:   Object to form, vague,

21   calls for legal conclusion.

22        A.   That is a component of SB 1, yes.

23        Q.   (BY MR. JEFFREY WHITE)   So as part of SB 1,

24   during the early voting period, if a voter is in line

25   and the polls close while they're in line, they can
```

Page 283

1    vote, where before they could not?

2                    MS. SPECTOR:  Objection, vague, calls for

3    legal conclusion.

4        A.   Where before they weren't -- we weren't

5    required to allow them; however, we did as a county.

6        Q.   (BY MR. JEFFREY WHITE)  So is that an example

7    of the legislature making it easier for an -- an

8    individual to vote early in an election?

9                    MS. SPECTOR:  Object to form.

10       A.   Yes.

11       Q.   (BY MR. JEFFREY WHITE)  And is it your

12   understanding that straight ticket voting was eliminated

13   prior to SB 1?

14                   MS. SPECTOR:  Objection to form, calls

15   for legal conclusion.

16       A.   Yes.

17       Q.   (BY MR. JEFFREY WHITE)  And when did that

18   occur?

19       A.   I believe 2018 was the last election that

20   straight ticket voting occurred.

21       Q.   So did any change in SB 1 to straight ticket

22   voting change how you were running elections in El Paso

23   County?

24                   MS. SPECTOR:  Object to form.

25       A.   No.

Page 291

```
 1              UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF TEXAS
 2      SAN ANTONIO DIVISION

 3      LA UNION DEL PUEBLO ENTERO )
        et al.,                    )
 4           Plaintiffs,           )
                                   )
 5      v.                         ) Civil Action No. SA-21-CV-
                                   )           00844-XR
 6      GREGORY W. ABBOTT, et al., )
             Defendants.           )
 7

 8

 9

10                   REPORTER'S CERTIFICATION
                     DEPOSITION OF LISA WISE
11                      APRIL 14, 2022

12

13

14           I, Nancy Newhouse, Certified Shorthand Reporter

15      in and for the State of Texas, hereby certify to the

16      following:

17           That the witness, LISA WISE , was duly sworn by the

18      officer and that the transcript of the oral deposition is

19      a true record of the testimony given by the witness;

20           That the deposition transcript was submitted on

21      _____ to the witness or to the attorney for

22      the witness for examination, signature and return to me

23      by _____.

24

25
```

Page 292

1            That the amount of time used by each party at

2    the deposition is as follows:

3        Ms. Nina Perales                - 06:29
         Mr. Graham W. White             - 00:30
4        Mr. Kevin Zhen                  - 00:00
         Ms. Hani Mirza                  - 00:00
5        Ms. Julia R. Longoria           - 00:00
         Mr. Jaywin Singh Malhi          - 00:30
6        Ms. L. Brady Bender             - 00:00
         Mr. Greg Byran                  - 00:00
7        Mr. Jeffrey White               - 00:30
         Ms. Kathleen T. Hunker          - 00:00
8        Ms. Kelsey Spector              - 00:00
         Ms. Kathleen Hartnett           - 00:00
9        Mr. Jed Untereker               - 00:00
         Ms. Christina Sanchez           - 00:00
10       Ms. Erica Rosales Nigaglioni    - 00:00
         Ms. Lisa Cubriel                - 00:00
11       Mr. Tony Nelson                 - 00:00
         Mr. Mark Bieter                 - 00:00
12       Ms. Liegh Tognetti              - 00:00
         Ms. Lia Sifuentes               - 00:00
13

14            That pursuant to information given to the

15   deposition officer at the time said testimony was taken,

16   the following includes all parties of record:

17    Ms. Nina Perales, Attorney for MALDEF
      MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
18    110 Broadway, Suite 300
      San Antonio, Texas 78205
19
      Mr. Graham W. White, Attorney for LULAC
20    LAW OFFICES OF ELIAS LAW GROUP, LLP
      10 G Street NE, Suite 600
21    Washington, D.C. 20002

22

23

24

25

```
 1                    PARTIES OF RECORD Continued

 2

 3      Mr. Kevin Zhen, Attorney for Plaintiff LUPE, Via Zoom
        Southwest Voter Registration Education Project, Mexican
 4      American Bar Association of Texas, Texas Hispanics
        Organized for Political Education, Jolt Action, William
 5      C. Velasquez Institute, Fiel Houston, Inc.
        LAW OFFICES OF FRIED, FRANK, HARRIS, SHRIVER & JACOBSON,
 6      LLP
        One New York Plaza
 7      New York, New York 10004

 8      Mr. Hani Mirza
        TEXAS CIVIL RIGHTS PROJECT
 9      1405 Montopolis Drive
        Austin, Texas 78741
10
        Ms. Julia R. Longoria, Attorney for LUPE
11      MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND, INC
        110 Broadway, Suite 300
12      San Antonio, Texas 78205

13      Mr. Jaywin Singh Malhi, Attorney for Plaintiff DOJ
        TRIAL ATTORNEY VOTING SECTION, CIVIL RIGHTS DIVISION
14      950 Pennsylvania Avenue, NW
        Washington, DC 20530
15
        Ms. L. Brady Bender, Attorney for DOJ
16      DOJ TRIAL ATTORNEY VOTING SECTION, CIVIL RIGHTS
        DIVISION
17      950 Pennsylvania Avenue, NW
        Washington, DC 20530
18
        Mr. Greg Byran, Attorney for DOJ
19      DOJ TRIAL ATTORNEY VOTING SECTION, CIVIL RIGHTS
        DIVISION
20      950 Pennsylvania Avenue, NW
        Washington, DC 20530
21
        Mr. Jeffrey White, Attorney for Defendant, OAG
22      ATTORNEY GENERAL KEN PAXTON OFFICE
        SPECIAL COUNSEL SPECIAL LITIGATION UNIT
23      209 West 14th Street
        Telephone: (512) 936-0677
24      Fax: (512) 457-4410
        Austin, Texas 78711
25
```

```
 1              PARTIES OF RECORD Continued

 2

 3     Ms. Kathleen T. Hunker, Attorney for Defendant OAG
       ATTORNEY GENERAL KEN PAXTON OFFICE
 4     SPECIAL COUNSEL SPECIAL LITIGATION UNIT
       209 West 14th Street
 5     Telephone: (512) 936-0677
       Fax: (512) 457-4410
 6     Austin, Texas 78711

 7     Ms. Kelsey Spector, Attorney for Defendant El Paso
       County
 8     LAW OFFICES OF COOLEY, LLP
       3 Embarcadeo Center, 20th Floor
 9     San Francisco, California 94111

10     Ms. Kathleen Hartnett, Attorney for Defendant El Paso
       County
11     LAW OFFICES OF COOLEY, LLP
       3 Embarcadeo Center, 20th Floor
12     San Francisco, California 94111

13     Mr. Jed Untereker, Attorney for County of El Paso
       ASSISTANT COUNTY ATTORNEY-CIVIL DIVISION CHIEF
14     500 East San Antonio, Room 503
       El Paso, Texas 79901
15
       Ms. Christina Sanchez, Attorney for County of El Paso
16     ASSISTANT COUNTY ATTORNEY-DIRECTOR ASSISTANT COUNTY
       ATTORNEY
17     500 East San Antonio, Room 503
       El Paso, Texas 79901
18
       Ms. Erica Rosales Nigaglioni, Attorney for County
19     of El Paso
       County Attorney
20     ASSISTANT COUNTY ATTORNEY
       500 East San Antonio, Room 503
21     El Paso, Texas 79901

22     Ms. Lisa Cubriel, Attorney for County of San Antonio
       ASSISTANT DISTRICT ATTORNEY CIVIL DIVISION
23     101 West Nueva Street, 7th Floor
       San Antonio, Texas 78205
24

25
```

```
 1                  PARTIES OF RECORD Continued

 2     Mr. Tony Nelson, Attorney for Rebecca Guerrero and José
       Garza
 3     ASSISTANT COUNTY ATTORNEY, TRAVIS COUNTY ATTORNEY'S
       OFFICE
 4     314 West 11th Street, Suite 500
       Austin, Texas 78767
 5
       Mr. Mark Bieter, Attorney for
 6     LAW OFFICES OF STOEL RIVES, LLP
       101 South Capitol Boulevard, Suite 1900
 7     Boise, ID 83702

 8     Ms. Liegh Tognetti, Attorney for Hidalgo County
       ASSISTANT DISTRICT ATTORNEY, HIDALGO COUNTY COMMUNITY
 9     SERVICE AGENCY
       2524 North Closner Boulevard
10     Edinburg, Texas 78541

11     Ms. Lia Sifuentes Davis, Attorney for Bexar County
       DISABILITY RIGHTS TEXAS
12     2222 West Braker Lane
       Austin, Texas 78758

13

14          I further certify that I am neither counsel

15     for, related to, nor employed by any of the parties or

16     attorneys in the action in which this proceeding was

17     taken, and further that I am not financially or otherwise

18     interested in the outcome of the action.

19          Certified to by me this 5th day of May, 2022.

20

21          _____
            NANCY NEWHOUSE, Texas CSR 9000
22          Expiration Date:  08/31/23
            Firm Registration No. 633
23          Magna Legal Services
            16414 San Pedro Avenue, Suite 900
24          San Antonio, Texas 78232
            Telephone: (866) 806-8265
25
```

## DEPOSITION TRANSCRIPT ERRATA SHEET
### (Changes and Signature)

**DEPONENT:** Lisa Wise
**CASE NAME:** La Union del Pueblo Entero, et. al. v. Gregory W. Abbott.
**CASE NUMBER:** SA-21-CV-00844-XR
**DEPOSITION DATE:** April 14, 2022, Volume 1

| Pg:Ln | Change | Reason |
|---|---|---|
| 30:9 | Replace <is> with <are> | Transcription error |
| 30:10 | Replace <dep--> with <it> | Transcription error |
| 32:17 | Insert <sure> between <percent> and <if> | Transcription error |
| 32:18 | Change <would have – I would have> to <I would have> | Transcription error |
| 43:18 | Delete <an> | Transcription error |
| 53:2 | Change <log of,> to <log,> | Transcription error |
| 55:2 | Change <was wanting the ballot by mail> to <wanted an application for ballot by mail> | Transcription error |
| 55:3 | Change <the request> to <the application> | Transcription error |
| 86:21 | Change <The lot> to <A lot> | Transcription error |
| 90:6-7 | Change <what does that mean> to <what that means> | Transcription error |
| 98:4-5 | Change <just based on what we've had with the issues we've had before> to <just based on the issues we've had before> | Transcription error |
| 101:4-5 | Change <an application, the ballot> to <an application and the ballot> | Transcription error |
| 171:14 | Change <the 65 and over> to <voters aged 65 and over> | Transcription error |
| 201:18 | Change <what not allowed> to <what they're not allowed> | Transcription error |
| 201:25 | Delete <was> | Transcription error |

Lisa Wise          6/1/22
_____    _____
Lisa Wise          Date

1.

| Pg:Ln | Change | Reason |
|-------|--------|--------|
| 230:1-2 | Change "We have election complaint form, but I don't specific ADA." to "We have an election complaint form, but not a specific ADA form." | Transcription error |
| 244:3 | Change <got> to <gone> | Typographical error |
| 251:19 | Change <a> to <an> | Typographical error |
| 259:23 | Delete <a> | Transcription error |
| 272:15 | Change <reports> to <a report> | Typographical error |
| 277:25 | Delete <printing, with> | Transcription error |
| 278:6-7 | Change <want at least, envelopes in-house and the process to our vendor a month before the mail out day> to < want the vendor to have the entire ballot by mail packet a month before mailing, so they would have time to familiarize themselves with the new packet and we would have it in our department as well, to let the voters know what to look for with plenty of time before the packets go out 45 days prior to Election Day> | Clarification; Transcription error |

Lisa Wise                    6/1/22

Lisa Wise            Date

I, LISA WISE, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noticed above.

_____

Lisa Wise

THE STATE OF TEXAS
COUNTY OF  El Paso

Before me,  Vanessa Ruiz , on this day personally appeared LISA WISE, known to me (or proved to me under oath or through  N DL )
(description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 1st day of June 2022

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF  Texas

Vanessa Sibonea Ruiz
NOTARY PUBLIC
ID# 12506557-0
In and for the State of Texas
My commission expires
08-10-2024

3.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

LA UNION DEL PUEBLO ENTERO,  §
*et al.,*                     §
                              §
    *Plaintiffs,*          §
                              §
v.                            §    Civil Action No. SA-21-CV-00844-XR
                              §
GREGORY W. ABBOTT, *et al.,*  §
                              §
    *Defendants.*          §

## AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF EL PASO COUNTY ELECTIONS DEPARTMENT

**TO:** **El Paso County Elections Department**, by and through Orion Armon, COOLEY LLP, 1144 15th Street, Suite 2300, Denver, CO 80202-2686 and to All Counsel of Record.

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)6 of the Federal Rules of Civil Procedure, counsel for the Consolidated Plaintiffs will take the oral deposition of El Paso County Elections Department on April 13, 2022, at the Office of the Texas Attorney General, Consumer Protection Division, El Paso Regional Office, 401 E Franklin Ave #530, El Paso, TX 79901. The deposition is to commence immediately following the deposition of Ms. Lisa Wise and continue into April 14, 2022 if necessary. On April 14, 2022, the deposition will continue at 10:00am CDT and take place at the El Paso County Attorney's Office, 500 E. San Antonio, Suite 503, El Paso, Texas 79901. The deposition shall be recorded by stenographic means and may also be recorded by additional audiovisual means, and shall take place before a notary public or other person authorized by law to administer oaths. Plaintiffs reserve the right to utilize any videotaped deposition at trial in lieu of live testimony, or in addition to live testimony, and/or for any purpose permitted under the Federal Rules of Civil Procedure and Federal Rules of Evidence.

1



EXHIBIT _____1_____
WIT: _Lisa Wise_
DATE: _4-14-2022_
Nancy Newhouse, CSR

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30(b)(6) of the Federal

Rules of Civil Procedure, El Paso County Elections Administrator is required to designate one or

more officers, directors, managing agents or other persons who will testify on its behalf as to matters

known by or reasonably available El Paso County Elections Department with respect to each of the

topics set forth in the attached Exhibit A. The Consolidated Plaintiffs request that El Paso County

Elections Department provide counsel for the Consolidated Plaintiffs with written notice, at least two

days in advance of the deposition, of the name and title of each witness who will testify for it and

which topic(s), set forth in the attached Exhibit A, each such witness will testify about. The

Consolidated Plaintiffs further request that El Paso County Elections Department produce, at least

two days in advance of the deposition, all documents, if any, that the designee(s) reviewed in

preparation for the deposition. For these purposes "documents" is defined as set forth in the attached

Exhibit A.

Dated: April 12, 2022

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia R. Longoria
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210 224-5382
nperales@maldef.org
jlongoria@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
Kevin Zhen*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000

2

Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Counsel for Plaintiffs La Unión del Pueblo Entero,
Southwest Voter Registration Education Project,
Mexican American Bar Association of Texas, Texas
Hispanics Organized for Political Education, Jolt
Action, William C. Velasquez Institute, Fiel Houston,
Inc.*

Sean Morales-Doyle Eliza
Sweren-Becker*
Patrick A. Berry*
Andrew B. Garber*
Jasleen K. Singh*
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308 sean.morales-
doyle@nyu.edu eliza.sweren-
becker@nyu.edu patrick.berry@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender
Texas State Bar No. 00790758
Elizabeth Y. Ryan
Texas State Bar No. 24067758
Matthew Berde*
Texas State Bar No. 24094379
Megan Cloud
Texas State Bar No. 24116207
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
Liz.Ryan@weil.com
Paul.Genender@weil.com
Matt.Berde@weil.com
Megan.Cloud@weil.com

3

Alexander P. Cohen*
Texas State Bar No. 24109739
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

*Counsel for Plaintiffs Friendship-West Baptist Church, Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin*

REED SMITH LLP, NAACP LEGAL
DEFENSE & EDUCATIONAL FUND, INC.,
THE ARC OF THE UNITED STATES, INC.
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com
J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Danielle Ahlrich
Texas Bar No. 24059215
401 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 623-1777
dahlrich@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Liliana Zaragoza*
Ciara A. Sisco*
NAACP Legal Defense and Educational

4

Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
lzaragoza@naacpldf.org
csisco@naacpldf.org

Jennifer A. Holmes* Georgina
Yeomans*
R. Gary Spencer*+
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org
gyeomans@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Counsel for Plaintiffs Houston Area Urban League;
Delta Sigma Theta Sorority, Inc.; The Arc of Texas;
and Jeffrey Lamar Clemmons*

Mimi M.D. Marziani
Texas Bar No. 24091906
Hani Mirza
Texas Bar No. 24083512
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
ryan@texascivilrightsproject.org
hani@texascivilrightsproject.org

5

Thomas Buser-Clancy
Texas Bar No. 24078344
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
Andre Segura
Texas Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
skumar@aclutx.org
aharris@aclutx.org
asegura@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin* Samantha
Osaki*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor New York,
NY 10004 (212) 284-7334
acepedaderieux@aclu.org
asavizky@aclu.org slakin@aclu.org
sosaki@aclu.org

Susan Mizner*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm St.
San Francisco, CA 94111 (415) 343-
0781 (phone) smizner@aclu.org

Lia Sifuentes Davis
Texas State Bar No. 24071411
Lucia Romano
Texas State Bar No. 24033013
DISABILITY RIGHTS TEXAS
2222 West Braker Lane Austin, Texas
78758-1024 (512) 454-4816 (phone)
(512) 454-3999 (fax) ldavis@drtx.org
lromano@drtx.org

6

Jerry Vattamala*
Susana Lorenzo-Giguere* Patrick
Stegemoeller*
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013 (212) 966-
5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Urja Mittal*
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001 (202)
639-6000 jamunson@jenner.com
umittal@jenner.com

*Counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund*

Marc E. Elias*
Uzoma N. Nkwonta* Haley
Costello Essig* Kathryn E.
Yukevich* Graham W. White*
Noah B. Baron*
Michael B. Jones*
Marcos Mocine-McQueen* ELIAS
LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
unkwonta@elias.law
hessig@elias.law
kyukevich@elias.law
gwhite@elias.law nbaron@elias.law
mjones@elias.law
mmcqueen@elias.law

John R. Hardin
Texas State Bar No. 24012784
PERKINS COIE LLP
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

*Counsel for Plaintiffs LULAC Texas, Voto Latino,
Texas Alliance for Retired Americans, and Texas AFT*

Domingo Garcia
Texas State Bar No. 07631950
LAW OFFICE OF DOMINGO GARCIA PC
1111 West Mockingbird Lane, Suite 1200
Dallas, Texas 75247-5012
Telephone: (214) 941-8300
dgarcia@lulac.org

*Counsel for Plaintiff LULAC Texas*

Wendy J. Olson*
Laura E. Rosenbaum* Marc
Rasich*
Elijah Watkins*
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Sean Lyons
State Bar No. 00792280
Sean@lyonsandlyons.com
Clem Lyons
State Bar No. 12742000
Clem@lyonsandlyons.com
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
Telefax: (210) 225-6545

8

Courtney Hostetler\*
Ron Fein\*
John Bonifaz\*
Ben Clements\*
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459 (617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

*Attorneys for Plaintiffs Mi Familia Vota, Marla López, Marlon López, and Paul Rutledge*

\* *Admitted pro hac vice*
+ *Mailing address only. Work remotely from, and admitted to practice in, Georgia.*

9

## EXHIBIT A

### Definitions

1. "SB1" means the legislation designated as Senate Bill 1, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses," that was enacted during the 87th Second Called Session of the Texas Legislature and signed by the Governor of Texas on September 7, 2021, including any predecessor or related bills from any legislative session during 2021. SB 1 contains the provisions at issue in this Lawsuit.

2. "HB 3" means the legislation designated as House Bill 3, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses," that was introduced during the 87th First Called Session of the Texas Legislature, including any predecessor or related bills from any legislative session during 2021.

3. "HB 6" means the legislation designated as House Bill 6, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses," that was introduced during the 87th Regular Session of the Texas Legislature, including any predecessor or related bills from any legislative session during 2021.

4. "SB 7" means the legislation designed as Senate Bill 7, titled "Relating to election integrity and security, including by preventing fraud in the conduct of elections in this state; increasing criminal penalties; creating criminal offenses," that was introduced during the 87th Regular Session of the Texas Legislature, including any predecessor or related bills from any legislative session during 2021.

5. "Challenged Provisions" encompasses the provisions of SB 1 set forth in Deposition Topic No. 1.

10

6. "Your Office" means the Office of the El Paso County Elections Administrator and includes the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office.

7. "Your County" means El Paso County, Texas.

8. "You" and "Yours" means Elections Administrator Lisa Wise and the Office of the El Paso County

Elections Administrator as defined above.

9. "County Elections ADA Coordinators" means any current or former employees or agents of the Office of the El Paso County Elections Administrator responsible for the Office's compliance with the Americans with Disabilities Act (ADA).

10. "The Texas Legislature" or "member of the Texas Legislature" means the current and former members of the Texas Legislature and the current or former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of those members.

11. "Office of the Attorney General" and "Attorney General" means the Office of the Texas Attorney General and includes the Texas Attorney General, and where applicable, his predecessors and successors in their official capacities as Texas Attorney General, as well as the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office of the Texas Attorney General.

12. "Office of the Secretary of State" and "Secretary of State" means the Office of the Texas Secretary of State and includes the Texas Secretary of State, and where applicable, his predecessors and successors in their official capacities as Texas Secretary of State, as well as the current and

11

former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office of the Texas Secretary of State.

13. "Office of the Texas Governor" and "Governor" means the Office of the Texas Governor and includes the Texas Governor, and where applicable, his predecessors and successors in their official capacities as Texas Governor, as well as the current and former employees, officers, attorneys, agents, trustees, investigators, representatives, contractors, and consultants of the Office of the Texas Governor.

14. "ADA Grievance" means a complaint communicated to El Paso County alleging its noncompliance with the Americans with Disabilities Act or alleging any actions that would be prohibited by the Americans with Disabilities Act related to the conduct of elections. *See* 28 CFR § 35.107.

15. "Communication" means any disclosure, conveyance, transfer, or exchange of any information or documents, including complaints, from one person to another or among multiple persons by any means or in any form, including but not limited to oral, written, in-person, telephonic, electronic, digital, mailed, or otherwise.

16. "Documents" includes, but is not limited to, the following items whether printed or recorded or reproduced by any other mechanical process or written or produced by hand: agreements, communications, reports, charges, complaints, correspondence, telegrams, memoranda, applications, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, e-mails, diaries, schedules, charts, graphs, worksheets, reports, notebooks, note charts, plans, drawings, sketches, maps, summaries or records of meetings or conferences, summaries or reports or records of investigations or negotiations, opinions or reports of consultants, bills, statements, invoices, and all other writings of whatever nature, photographs, motion picture film, brochures, pamphlets, advertisements, circulars, press releases, drafts, letters,

12

tape recordings, disc, data sheet or data processing card, any marginal comments appearing on any

document or thing or any other written, recorded, transcribed, filed or graphic master, however

produced or reproduced, to which You or Your Office, as defined above, will have or has had

access.

## **Deposition Topics**

1. Your understanding and interpretation of the following provisions of SB 1 ((87(2)) (hereinafter, "the
   Challenged Provisions"):
   a.  SB 1 § 2.04
   b.  SB 1 § 2.06
   c.  SB 1 § 2.07
   d.  SB 1 § 2.08
   e.  SB 1 § 2.11
   f.  SB 1 § 3.04
   g.  SB 1 §§ 3.09–3.10
   h.  SB 1 §§ 3.12–3.13
   i.  SB 1 § 3.15
   j.  SB 1 §§ 4.01–4.02
   k.  SB 1 §§ 4.06–4.07
   l.  SB 1 § 4.09
   m. SB 1 § 4.12
   m.  SB 1 §§ 5.01–5.04
   o.  SB 1 §§ 5.07–5.08
   p.  SB 1 § 5.10
   q.  SB 1 § 5.13
   r.  SB 1 § 5.12, 5.14
   s.  SB 1 § 6.01
   t.  SB 1 §§ 6.03–6.07
   u.  SB 1 § 7.04
   v.  SB 1 § 8.01

2. The use of the following methods of voting or voting-related activities from 2018 through the present, including any information about the demographic or political breakdown of users, in Your County:
   a.  Drive-Thru Voting;
   b.  Drop-Box Voting;
   c.  Early Voting;
   d.  Extended Hour Voting;
   e.  Straight-Ticket Voting;
   f.  Vote-by-mail;

     g. Voting with assistance by mail; and

     h. Voting with assistance in person.

3. Your policies and procedures for the following election-related activities from 2018 to the effective date of SB 1:

     a. Drive-Thru Voting;

     b. Drop-Box Voting;

     c. Early Voting;

     d. Extended Hour Voting;

     e. Straight-Ticket Voting

     f. Vote-by-mail;

     g. Voting with assistance by mail; and

     h. Voting with assistance in person.

4. Your implementation of the Challenged Provisions, including any changes in policies or procedures in Your Office, or trainings or guidance published or received by Your Office.

5. Your communications with any members of the Texas Legislature regarding SB 1, or its predecessor bills, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, or enforcement of SB1 or its predecessor bills, SB 7, HB 6, or HB 3..

6. Your communications with the Texas Governor and/or the Office of the Texas Governor regarding SB 1, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, interpretation or enforcement of such legislation.

7. Your communications with the Texas Secretary of State and/or the Office of the Texas Secretary of State regarding SB 1, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, interpretation or enforcement of such legislation.

8. Your communications with the Texas Attorney General and/or the Office of the Attorney General regarding SB 1, SB 7, HB 6, or HB 3, including but not limited to the drafting, amendment, effect, intent, implementation, interpretation or enforcement of such legislation.

9. Your communications with voters regarding any problems, issues, concerns, or difficulties related to the Challenged Provisions of SB 1.

10. Any issues, problems, concerns, or difficulties You experienced because of the Challenged Provisions of SB 1.

11. Language assistance services that You offer to or facilitate for voters.

12. Assistance to voters with disabilities that You offer or facilitate.

14

13. The processes, procedures, and outcomes of implementing SB 1's requirement that voters provide numerical identifying information on mail ballot materials, including:

   a. Rejection rates of Applications for Ballot by Mail for the March 1, 2022 primary;
   b. Rejection rates of Applications for Ballot by Mail from 2018 through 2021;
   c. Rejection rates of mail-in ballots submitted with a carrier envelope for the March 1, 2022 primary election
   d. Rejection rates of mail-in ballots submitted with a carrier envelop from 2018 through 2021;
   e. Your efforts to notify voters of rejected mail ballot applications and/or mail-in ballots;
   f. Your efforts to educate voters regarding the new identification requirement for mail voting required by SB 1;
   g. Your employee recruitment and training in response to SB 1's new identification requirement for mail voting;
   h. Any database-related issues, including missing or inaccurate information;
   i. Implementation challenges and costs arising from SB 1's new identification requirement for mail voting;
   j. Any guidance, instructions, or trainings from the Secretary of State;
   k. Any disparate impact of rejections on voters who are racial minorities or disabled; and
   l. Related voter complaints.

14. Voter turnout in Your County in the March 1, 2022 primary election, including any changes in voter turnout in the following groups compared with elections since 2018:
   a. Minority Texans, including Black, Latino, Asian, and Pacific Islander Texans;
   b. Texans with Disabilities;
   c. Immigrants to the United States;
   d. Non-Native English Speakers; and
   e. Members of the Military.

15. Your understanding of the effect or impact of the Challenged Provisions of SB 1 on the following groups:
   a. Minority Texans, including Black, Latino, Asian, and Pacific Islander Texans;
   b. Texans with Disabilities;
   c. Immigrants to the United States;
   d. Non-Native English Speakers; and
   e. Members of the Military.

16. Any incidents of or investigations into illegal voting, election fraud, or any kind of criminal conduct in connection with the following methods of voting in Your county:
   a. Drive-Thru Voting;
   b. Drop-Box Voting;
   c. Early Voting;
   d. Extended Hour Voting;

15

  e. 24-Hour Voting;

  f. Straight-Ticket Voting;

  g. Vote-by-mail;

  h. Voting with assistance by mail; and

  i. Voting with assistance in person.

17. Your communications with the Texas Governor and/or Office of the Texas Governor regarding any incidents of illegal voting, election fraud, or any kind of criminal conduct in connection with elections in Your county.

18. Your communications with the Texas Attorney General and/or Office of the Texas Attorney General regarding any incidents of illegal voting, election fraud, or any kind of criminal conduct in connection with elections in Your county.

19. Your communications with the Texas Secretary of State and/or Office of the Texas Secretary of State regarding any incidents of illegal voting, election fraud, or any kind of criminal conduct in connection with elections in Your county.

20. Any instances of violence, discrimination, harassment, intimidation, or inappropriate behavior from a poll watcher, poll worker, clerk, or election judge in Your County.

21. The recruitment, retention, and training of election judges, clerks, and other poll workers since 2018 and after the enactment of SB 1, including communications between You and potential election judges, clerks, and poll workers, and individuals who have served in such roles in past elections, and reasons provided by any such individuals for declining to serve in these roles.

22. Your understanding of the additional powers and freedoms granted to poll watchers by SB 1, including any problems or issues that have occurred related to poll watchers since the enactment of SB 1.

23. Complaints related to the behavior of poll watchers, from 2018 through the present.

24. Your efforts from January 2018 to the present to make voter registration and voting more accessible to the following groups:

  a. Minority Texans, including Black, Latino, Asian, and Pacific Islander Texans;

  b. Texans with Disabilities;

  c. Immigrants to the United States;

  d. Non-Native English Speakers; and

  e. Members of the Military.

25. Your policies, practices, and procedures regarding the Americans with Disabilities Act ("ADA").

26. Your policies, practices, and procedures for voters with disabilities to request changes or modifications to the voting procedures outlined in the Texas Election Code.

27. Your notice to the public on their rights under Title II of the ADA, including but not limited to how and where such notice to the public is posted and available, and Your efforts ensure that the notice is accessible and understandable to the public, especially the public with disabilities.

28. Training or qualifications required of or provided to the County Elections ADA Coordinators, including as pre-requisites for the position.

29. Trainings by Elections ADA Coordinators of election judges, clerks, and other poll workers.

30. Training of Your employees or agents on how to:
    a. Recognize and respond to disability-related questions prior to the election,
    b. Locate, set up, and maintain accessible polling locations.
    c. Provide reasonable modifications to people with disabilities in the voting process.

31. Requirements that Elections ADA Coordinators have input on or review policy decisions, including but not limited to decisions related to mail-in ballot printing or procedures, and standards for in-person voting.

32. Requests or inquiries made by You to the Texas Secretary of State regarding providing accommodations to voters with disabilities.

33. ADA practices or policies regarding providing accommodations to voters with disabilities, required, recommended, or offered to You by the Texas Secretary of State.

34. Your responses to requests or inquiries from voters with disabilities regarding SB 1's requirements, including but not limited to, SB 1's requirements for individuals assisting voters with disabilities and SB 1's ID requirement for mail-in ballots.

35. Your communications with voters, assistors, organizations, groups, or the Texas Secretary of State that reference both SB 1 and voters with disabilities.

36. Requests for reasonable modifications made to You during the March 2022 primaries, including but not limited to requests from voters with disabilities and those who assist voters with disabilities, and Your responses such requests.

37. Communications with voters with disabilities and those who assist voters with disabilities whose mail in ballots were rejected in the March 2022 primaries.

38. Your county's ADA Grievance Procedures, including but not limited to information provided to the public about the County ADA Grievance Procedures, and the parties responsible for reviewing and responding to County ADA Grievances.

39. The resolution of any County ADA Grievances.

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I provided an electronic copy of the foregoing

discovery responses to counsel of record.

/s/ Nina Perales
Nina Perales

18

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

## Application for a Ballot by Mail

If someone helps you complete this form or mails, emails or faxes this form for you, that person must complete the Witness/Assistant Box 6 below. If you email or fax this form to the Early Voting Clerk, you **must** also send the original hardcopy to the Early Voting Clerk. If you are faxing or emailing this form on or near the deadline to apply for a Ballot by Mail, you must send the original hardcopy so that the Clerk receives it no later than the fourth business day after the day the Clerk received your email or fax. Original signatures are required on both the fax or email image and the physical hard copy. Electronic signatures are not permitted. THE HARDCOPY OF THIS APPLICATION MUST BE RECEIVED BY THE EARLY VOTING CLERK AND MEET ALL LEGALLY REQUIRED DEADLINES. Please read the instructions on the back of this form completely. If you have any questions, please call the Early Voting Clerk in your county or the office of the Texas Secretary of State at 1-800-252-8683 or log on to www.sos.texas.gov for a list of County Early Voting Clerks and their email and physical addresses.

### 1. Voter Information: Please print all information clearly and legibly

| YOU MUST PROVIDE ONE of the following numbers |
|---|

Name: _____
Last,                    First,                    Middle                    Suffix (Jr., Sr.)

Residence Address as shown on your Voter Registration Certificate

Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#)

Address: _____
Street          Apt. # (if any)     City          State          Zip Code

Optional Information: Providing this information is helpful to the Early Voting Clerk, but not required.

If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number

Date of Birth: _____ /_____ /_____ VUID #: _____ Pct #: _____

Email: _____ Tel. #: _____

☐ I have not been issued a Texas Driver's License/Texas Personal Identification Number/Texas Election Identification Certificate or Social Security Number

### 2. Mail my Ballot to:

☐ My Residence Address (as listed on my Voter Registration Certificate)

☐ Other Address - You may use the Other Address line only if the other address fits one of the categories below.

Address _____ Apt. # (if any)          City          State          Zip Code
My Other Address is: (Check one)
☐ The mailing address listed on my Voter Registration Certificate
☐ Address Outside the County (voters absent from the county)
☐ Hospital, Nursing Home, Long-Term Care Facility, Retirement or Assisted Living Center or a Relative _____ (Indicate Relationship)

☐ Address of the Jail/Civil Commitment Facility or a Relative _____ (Indicate Relationship)

### 3. Reason For Voting by Mail:

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instructions on reverse) By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without a likelihood of needing personal assistance or of injuring my health."

☐ Expected to give birth within three weeks before or after Election Day

☐ Expected Absence from the County (You may apply for a ballot for one election and its resulting runoff, if your dates of absence from the county include both elections)

Date you can begin to receive mail at your out of county address: _____ /_____ /_____     Date of return to residence address: _____ /_____ /_____

☐ Confined in Jail or Involuntary Civil Commitment (You may only apply for a ballot for one election and any resulting runoff)

### 4. Send me a Ballot for the Following Elections:

☐ Annual Application
Send me a ballot for all Elections in this voting year (January – December). Annual Applications only available for voters 65 and older and voters with disabilities. You must select a party if you wish to vote in a primary. Select only one party's primary and its resulting runoff.

Primary Election (even numbered years only)
☐ Democratic Primary     ☐ Any Resulting Runoff
☐ Republican Primary     ☐ Any Resulting Runoff
☐ Do Not Send me a Primary Ballot

OR

**Uniform Election Dates**
☐ November Election     ☐ May Election (not a primary runoff)
☐ Any Resulting Runoff     ☐ Other Special Election: _____
(Name or Date of Special Election, if known)

Primary Election (even numbered years only)
☐ Democratic Primary     ☐ Any Resulting Runoff
☐ Republican Primary     ☐ Any Resulting Runoff

(Voters who are absent from the county or confined in jail/civilly committed may only apply for one election and its resulting runoff.)

### 5. Sign Here:

"I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____                                                                          Date: _____ /_____ /_____

If applicant is unable to sign or make a mark (in the presence of a witness), the witness must complete the witness portion in Box 6 below. The signature or mark of the voter in the blank above must be an original signature made with a pen and ink. Electronic signatures are not permitted.

### 6. If someone helps you complete this form or mails, emails or faxes the form for you, that person must complete the section below.

Instructions for Witnesses and Assistants: See back of this form for the definitions of Witness and Assistant.
Check one or both boxes below if you served as a Witness, an Assistant or both. All information below must be completed!
☐ If the applicant is unable to make a mark, you must check this box and complete all information below. Do not sign for the voter in Box 5.
☐ Witness – If you are acting as a Witness to the applicant's signature or mark or signing on the applicant's behalf, you must state your relationship to the applicant here: _____
☐ Assistant – If you assisted the applicant in completing this application in the applicant's presence or mailed/emailed/faxed the application on behalf of the applicant.     (Indicate Relationship)

Failure to complete this section is a Class A Misdemeanor if applicant's signature was witnessed or applicant was assisted in completing this application.

X _____
Signature of Witness/Assistant                              Printed Name of Witness/Assistant

Street Address          Apt. # (if any)          City          State          Zip Code

*Este formulario está disponible en Español. Para conseguir la versión en Español favor llamar sin cargo al 1-800-252-8683 a la oficina del Secretario de Estado o la Secretaria de Votación Adelantada.*



EXHIBIT ___4___
WIT: List Wise
DATE: 4-14-2022
Nancy Newhouse, CSR

FROM: _____

_____

APPLY FIRST
CLASS MAIL
POSTAGE HERE



OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service*

**TO: EARLY VOTING CLERK**

_____

_____

## Instructions for Application for Ballot by Mail

### BOX 1:
- **Name:** Please give your full name as it was provided to the Voter Registrar and include any suffixes like Jr., Sr., or III.
- **Date of Birth:** Not a requirement but it is helpful to determine identity when voters have common names.
- **Address:** Give your full residence address as shown on your Voter Registration Certificate.
- **VUID and Precinct Number:** If you know your VUID and/or Precinct number, you may provide it, but it is not a requirement.
- **Phone Number and Email Address:** Providing your telephone number and email is not required but is extremely helpful to the Early Voting Clerk to clarify any information on this application.
- **Required Personal Information: You MUST provide one of the following numbers:** Texas Driver's License Number, Texas Personal Identification Number or Election Identification Certificate Number **(NOT your VUID#)**. If you do not have one of the above mentioned numbers, you must provide the last 4 digits of your Social Security Number. If you have not been issued any of the required numbers, check the box that says that you have not been issued one of the required numbers. If you have been issued one of the required numbers, but it is not associated with your voter registration record, please contact your local registrar to inquire about how to add one of the required numbers to your voter registration record.

### BOX 2:
Your ballot must be mailed to the address where you are registered to vote or the mailing address listed on your Voter Registration Certificate. **There are some exceptions that allow you to have your ballot mailed to a different location.**
- **If you are voting by mail because you are 65 or have a disability** – Your ballot can be mailed to a hospital, nursing home, long-term care facility, retirement or assisted living facility or a relative.
- **If you are absent from the county** – Your ballot must be mailed to an address outside the county.
- **If you are confined in jail or involuntarily civilly committed** – Your ballot can be mailed to the address of the jail/commitment facility or a close relative.

### BOX 3:
The State of Texas requires that you provide a reason for voting by mail. Place a checkmark in the box that best describes your reason for voting by mail.
- If you choose **65 Years of Age or Older**, you must turn 65 no later than Election Day.
- If you choose **Disability**, your disability must meet the definition of a disability as described in Section 82.002(a) of the Texas Election Code.
- If you choose **Confinement for Childbirth**, you expect to give birth within three weeks before or after Election Day.
- If you choose **Expected Absence from the County**, you must expect to be absent from the county on Election Day and during the hours of early voting by personal appearance or the remainder of the early voting period after you submit your application. The ballot must be mailed to an address outside the county and you must provide the dates that you will be absent from the county.
- If you choose **Confined in Jail/Involuntary Civil Commitment under Chapter 841 of the Health and Safety Code**, you must be legally eligible for Early Voting by Mail. At the time your early voting ballot application is submitted, you are either (1) confined in jail serving a misdemeanor sentence for a term that ends on or after Election Day; (2) pending trial after denial of bail; (3) without bail pending an appeal of a felony conviction; (4) pending trial or appeal on a bailable offense for which release on bail before Election Day is unlikely or (5) you are involuntarily civilly committed.

### BOX 4:
Please select the election(s) for which you are applying.
**Annual Application** – Only voters who are 65 or older or who have a disability are eligible to apply for an Annual ballot by mail. An Annual ballot by mail will provide you with a ballot for all the elections

### BOX 4 (CONTINUED)
in a calendar year for which you are eligible. Your Annual Application may be forwarded to other entities holding elections in which you are eligible to vote. This means that you may receive a ballot for those other elections in addition to the ballot you requested with this application. If you do not select any elections in Box 4, your application will be considered an Annual Application if your reason for voting by mail was 65 Years of Age or Older or Disability.

### BOX 5:
Sign and date your application. If you are unable to sign because of a physical disability or illiteracy, the application may be signed for you by a witness. The witness must be in the presence of the voter in order to act as a witness.

### BOX 6:
- **Witness** – The witness **must** place a checkmark in the Witness Box indicating you were unable to make your mark. The witness **must** state his or her relationship to you. If the witness is not a relative, the witness **must** state that on the line provided. The witness **must** sign and provide his or her printed name and residence address. It is a Class B Misdemeanor to act as a witness for more than one application in each election or act as a witness for more than one Annual ballot by mail application in a calendar year.
- **Assistant** – If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application; or mails, faxes or emails this application on your behalf, the assistant **must** complete Box 6. The assistant must sign and provide his or her printed name and residence address. An assistant commits a Class A Misdemeanor if he or she provides assistance without providing the information required in Box 6.

### DEADLINE TO APPLY:
**Your application must be received by the Early Voting Clerk** not later than the 11th day before Election Day. If the deadline falls on a weekend or holiday the deadline moves to the first preceding business day. An application may be submitted anytime in the calendar year but not later than the 11th day for the election in which you wish to vote. **Annual Applications** - If you submit an Annual Application (only available for voters 65 and older and voters with disabilities), within 60 days of an election that takes place in the following calendar year, your application will be valid for all elections in the following calendar year. This 60 day rule applies only to Annual Applications and only when there is an election within 60 days of the date the Annual Application was received by the Early Voting Clerk in the preceding year.

### SUBMITTING THE APPLICATION:
The application must be submitted by one of the following methods:
- **In-Person** – Only the applicant may submit his or her own application to the Early Voting Clerk.
- **By Mail** – The application may be submitted via the U.S. Postal Service.
- **Common or Contract Carrier** – The application may be submitted via a bona fide, for profit carrier.
- **Fax Transmission** – Please contact your Early Voting Clerk or the Secretary of State for fax numbers.
- **By email** – The application may be submitted via email. Please contact your Early Voting Clerk or the Secretary of State for email addresses.

**The fax or email must reach the Early Voting Clerk s office no later than the close of regular business or 12:00 noon, whichever is later on the 11th day before Election Day.**

**IF YOU FAX OR EMAIL THE APPLICATION YOU MUST ALSO PHYSICALLY SEND THE ORIGINAL TO THE EARLY VOTING CLERK SO THAT IT IS RECEIVED NO LATER THAN THE FOURTH BUSINESS DAY AFTER IT WAS RECEIVED BY FAX OR EMAIL.**

Absentee Type: All Types
All Return Statuses
Show Privacy ID Voters without Address     Order By Precinct, Name

Type State ID # Req # Name Address Line 1 Precinct Sub Blt. Party Request ReturnedStatus

Y65 Y65 Y65

00-1 ▬▬▬▬▬▬▬▬

Y65 Y65 Y65 Y65 Y65 Y65 Y65 Y65 Y65     00-1 ▬▬▬▬▬▬▬▬▬   Note: ED
Y65 Y65 RM     PCT 1

Y65 Y65 Y65 Y65 Y65 Y65 Y65 Y65 Y65
Y65 Y65 Y65

00-1 ▬▬▬▬▬▬▬▬   00-1 ▬▬▬▬

00-1 ▬▬▬▬▬▬▬▬
Note: BALLOT WAS NOT MAILED 00-2

00-1 ▬▬▬▬▬▬
00-1 ▬▬▬▬▬▬▬
00-1 ▬▬▬▬▬
00-1 ▬▬▬▬▬▬
00-1 ▬▬▬▬
00-1 ▬▬▬▬▬▬▬   00-1
▬▬▬▬▬▬   00-1 ▬▬▬▬
▬▬▬ 00-1 ▬▬▬▬▬▬
00-1 ▬▬▬▬▬▬
00-1 ▬▬▬▬
Note: EV EPC NORTH ANNEX 00-1 ▬▬▬
▬▬▬▬   00-1 ▬▬▬▬▬
00-1 ▬▬▬▬
00-1 ▬▬▬▬▬
00-1 ▬▬▬▬
00-1 ▬▬▬▬
00-1 ▬▬▬▬▬▬▬   00-1
▬▬▬▬▬▬
00-1 ▬▬▬▬▬▬ AS 00-1

EXHIBIT  7
WIT: Lisa Wise
DATE: 4-14-2022
Nancy Newhouse, CSR



| | 001 | 1 | 11 | D 02/04/20 02/21/20 OK |
| | 001 | 1 | 11 | D 02/19/20 02/20/20 AC |
| | 001 | 1 | 11 | D 02/20/20 03/03/20 OK |
| | 001 | 1 | 11 | D 02/01/20 02/27/20 OK |
| | 001 | 2 | 11 | D 02/05/20 02/20/20 OK |
| | 001 | 1 | 11 | D 02/10/20 02/22/20 OK |
| | 001 | 1 | 11 | D 02/10/20 02/22/20 OK |
| 8655 | 001 | 2 | 11 | D 01/29/20 02/26/20 OK |
| | 001 | 2 | 11 | D 02/01/20 02/26/20 OK |
| | 001 | 1 | 11 | D 02/05/20 02/21/20 OK |
| | 001 | 1 | 11 | D 02/07/20 02/21/20 OK |
| | 001 | 1 | 11 | D 02/05/20 |
| | 001 | 1 | 11 | D 02/15/20 |
| | 001 | 1 | 11 | D 02/06/20 03/05/20 CL |
| | 001 | 1 | 11 | D 01/24/20 02/13/20 OK |
| | 001 | 2 | 11 | D 01/22/20 02/12/20 OK |
| | 001 | 1 | 11 | D 02/06/20 02/27/20 OK |
| | 001 | 1 | 11 | D 02/06/20 02/27/20 OK |
| | 001 | 1 | 11 | D 01/29/20 02/29/20 OK |
| | 001 | 1 | 11 | D 01/29/20 02/29/20 OK |
| | 001 | 1 | 1 | R 01/25/20 02/25/20 OK |
| | 001 | 1 | 1 | R 01/25/20 02/25/20 OK |
| | 001 | 1 | 11 | D 01/24/20 02/14/20 OK |
| | 001 | 1 | 11 | D 01/24/20 02/14/20 OK |
| | 001 | 1 | 11 | D 01/21/20 02/19/20 OK |
| | 001 | 1 | 1 | R 01/25/20 03/06/20 CL |
| | 002 | 1 | 11 | D 02/01/20 03/03/20 OK |
| | 002 | 3 | 11 | D 02/03/20 |
| | 002 | 1 | 11 | D 01/29/20 02/22/20 OK |
| | 002 | 1 | 11 | D 01/29/20 02/22/20 OK |
| | 002 | 1 | 11 | D 01/29/20 |
| | 002 | 1 | 11 | D 01/29/20 03/04/20 OK |
| | 002 | 1 | 11 | D 01/29/20 03/04/20 OK |
| | 002 | 3 | 1 | R 02/08/20 |

EPC001602

03106/20 CL

001 1  11 D 02/03/20 02125/20 OK

001 1 11 D 02/04/20

002 3 11 D
02/03/20          002 1

Y65    Y65    Y65    Y65

00-1    00-1

11 D 01/29/20    /20 OK

Y65    Y65    Y65

00-1    00-1    00-1

002 1 11 D 01/29/20 02122/20 OK

DME

00-1

00-1

00-1

1421                    1 11 D 02/01/20 03103/20 O    002 1 11 D 01/29/20

002 3 1 R 02/08/20

EPCO01602

Date: , 03/28/22
Time: 04:09:50 PM
Election: 0320-ALL
Absentee Type: All Types
All Return Statuses
Show Privacy Voters without Address

Order By Precinct, Name

Page: 2
ab_list (v.191000)

Case 5:21-cv-00844-XR Document 222 Filed 09/08/23 Page 95 of 101

| Type State ID # | Req # Name | Address Line 1 | Precinct | Sub | Bll. | Party | Request | Returned | Status |
|---|---|---|---|---|---|---|---|---|---|
| OME | 00-1 | | 002 | 3 | 1 | R | 02/19/20 | | |
| Y65 | 00-1 | | 002 | 1 | 1 | R | 01/27/20 | 02/29/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 01/23/20 | 02/20/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | 02/27/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | 02/27/20 | OK |
| Y65 | 00-1 | | 002 | 2 | 11 | D | 01/21/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 002 | 2 | 11 | D | 01/21/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | | |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | | |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/05/20 | | |
| Y65 | 00-1 | | 002 | 3 | 11 | D | 01/29/20 | 02/28/20 | OK |
| Y65 | 00-1 | | 002 | 3 | 11 | D | 01/24/20 | 02/28/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 01/21/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 01/21/20 | 02/19/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/19/20 | | |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 01/21/20 | 02/12/20 | OK |
| Y65 | 00-1 | | 002 | 1 | 11 | D | 02/01/20 | | |
| DME | 00-1 | | 003 | 1 | 11 | D | 01/17/20 | | |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 02/01/20 | 02/20/20 | OK |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 02/01/20 | | |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 02/04/20 | | |
| Y65 | 00-1 | | 003 | 1 | 1 | R | 01/25/20 | 02/25/20 | OK |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 02/01/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 02/01/20 | 03/03/20 | OK |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 01/21/20 | 02/12/20 | OK |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 01/21/20 | 02/12/20 | OK |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 01/21/20 | 02/21/20 | OK |
| OCM | 00-1 | | 003 | 1 | 11 | D | 02/23/20 | | |
| OCM | 00-1 | | 003 | 1 | 11 | D | 02/21/20 | | |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 01/21/20 | | |
| Y65 | 00- | | 003 | 1 | 11 | D | 02/06/20 | | |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 02/06/20 | | |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 02/01/20 | 02/21/20 | OK |
| Y65 | 00-1 | | 003 | 1 | 11 | D | 01/21/20 | 02/26/20 | OK |

EPC001603

Absentee Type: All Types
All Return Statuses

Show Privacy Voters without Address   Order By Precinct, Name

Type State ID # Req # Name Address Line 1 Precinct Sub Blt. Party Request ReturnedStatus



EPCO01603

Date: 03/22/22
Time: 10:11:02 AM
Election: 0322-ALL
Absentee Type: All Types
All Return Statuses
Show Privacy Voters without Address

Case 5:21-cv-00844-XR   Document 792   Filed 09/08/23   Page 97 of 101

-- 2022 MARCH PRIMARY -- Ballot List

ab_list (v.191006)
Page: 1

Order By Precinct, Name

| Type | State ID # | Req # | Name | Address Line 1 | Precinct | Sub | Blt. | Party Status |
|---|---|---|---|---|---|---|---|---|
| Y65 | | 00-1 | | | 001 | 1 | 9 | D OK |
| Y65 | | 00-1 | | | 001 | 1 | 9 | D RJ |
| | | | *Note: IS 02/25/2022* | | | | | |
| Y65 | | 00-1 | | | 001 | 1 | 9 | D RJ |
| | | | *Note: IS 03/02/2022* | | | | | |
| Y65 | | 00-1 | | | 001 | 2 | 9 | D CL |
| | | | *Note: VOTER SURRENDERED BALLOT AT EV47 EPCOUNTY NW ANNEX* | | | | | |
| Y65 | | 00-1 | | | 001 | 2 | 9 | D |
| Y65 | | 00-1 | | | 001 | 2 | 9 | D |
| Y65 | | 00-1 | | | 001 | 1 | 9 | D |
| Y65 | | 00-1 | | | 001 | 1 | 9 | D |
| Y65 | | 00-1 | | | 001 | 1 | 9 | D IS |
| Y65 | | 00-1 | | | 001 | 1 | 9 | D OK |
| Y65 | | 00-1 | | | 001 | 1 | 9 | D OK |
| Y65 | | 00-1 | | | 002 | 1 | 9 | D IS |
| Y65 | | 00-1 | | | 002 | 1 | 9 | D IS |
| Y65 | | 00-1 | | | 002 | 1 | 9 | D IS |
| Y65 | | 00-1 | | | 002 | 2 | 9 | D OK |
| Y65 | | 00-1 | | | 002 | 2 | 9 | D OK |
| Y65 | | 00-1 | | | 002 | 2 | 9 | D OK |
| Y65 | | 00-1 | | | 002 | 2 | 9 | D OK |
| Y65 | | 00-1 | | | 002 | 2 | 9 | D |
| Y65 | | 00-1 | | | 002 | 1 | 9 | D CL |
| | | | *Note: SURRENDERED T EV EPCOUNTY NW* | | | | | |
| Y65 | | 00-1 | | | 002 | 1 | 9 | D IS |
| Y65 | | 00-1 | | | 002 | 1 | 9 | D OK |
| | | | *Note: IS 02/18/2022* | | | | | |
| Y65 | | 00-1 | | | 003 | 1 | 1 | R OK |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D OK |
| | | | *Note: NS 02/15/2022* | | | | | |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D OK |
| | | | *Note: IS 02/18/2022* | | | | | |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D OK |
| | | | *Note: IS 02/16/2022* | | | | | |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D OK |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D OK |
| Y65 | | 00-1 | | | 003 | 1 | 9 | D |

EXHIBIT 8
WIT: Lisa Wise
DATE: 4-14-2022
Nancy Newhouse, CSR

Date: 03/22/22
Time: 10:11:02 AM
Election: 0322-ALL
Absentee Type: All Types
All Return Statuses
Show Privacy Voters without Address

Case 5:21-cv-00844-RXR   Document 792-22   Filed 09/08/23   Page 98 of 101
-- 2022 MARCH PRIMARY -- Ballot List

ab_list (v.191006)
Page: 2

Order By Precinct, Name

| Type | State ID # | Req # Name | Address Line 1 | Precinct | Sub | Blt. | Party Status |
|---|---|---|---|---|---|---|---|
| Y65 | | 00-1 | | 003 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 003 | 1 | 9 | D OK |
| | | Note: IS 02/15/2022 | | | | | |
| Y65 | | 00-1 | | 003 | 1 | 9 | D OK |
| | | Note: IS 02/24/2022 | | | | | |
| Y65 | | 00-1 | | 003 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 003 | 1 | 9 | D RJ |
| | | Note: IS 02/28/2022 | | | | | |
| Y65 | | 00-1 | | 003 | 1 | 9 | D CL |
| | | Note: ED | | | | | |
| Y65 | | 00-1 | | 003 | 1 | 9 | D |
| Y65 | | 00-1 | | 003 | 1 | 9 | D IS |
| Y65 | | 00-1 | | 003 | 1 | 9 | D OK |
| | | Note: IS 02/16/2022 | | | | | |
| Y65 | | 00-1 | | 003 | 1 | 9 | D OK |
| | | Note: IS 02/16/2022 | | | | | |
| Y65 | | 00-1 | | 003 | 1 | 9 | D CL |
| | | Note: VOTED IN PERSON AT EL PASO COUNTY NW ANNEX | | | | | |
| Y65 | | 00-1 | | 003 | 1 | 9 | D OK |
| | | Note: NS 02/22/2022 | | | | | |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D CL |
| | | Note: VOTER SURRENDERED BALLOT AT EV26 CANUTILLO ADMIN 2/15/22 | | | | | |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| | | Note: IS 02/19/2022 | | | | | |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D RJ |
| | | Note: IS 03/02/2022 | | | | | |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 004 | 1 | 9 | D IS |
| Y65 | | 00-1 | | 004 | 1 | 9 | D OK |
| Y65 | | 00-1 | | 005 | 1 | 9 | D |

Date: 03/22/22
Time: 10:11:02 AM
Election: 0322-ALL
Absentee Type: All Types
All Return Statuses
Show Privacy Voters without Address

CaSaSe 5t 21-0000844XR DoooumaeN792922TY Filed 09/08/23 Page 99069901

-- 2022 MARCH PRIMARY -- Ballot List

Order By Precinct, Name

ab_list (v.191006)
Page: 3

| Type State ID # | Req # Name | Address Line 1 | Precinct | Sub | Blt. | Party Status |
|---|---|---|---|---|---|---|
| Y65 | 00-1 | | 005 | 1 | 9 | D CL |
| | *Note: SURRENDERED EV YWCA WEST* | | | | | |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| | *Note: IS 02/16/2022* | | | | | |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| Y65 | 00-1 | | 005 | 1 | 9 | D RJ |
| | *Note: IS 02/28/2022* | | | | | |
| Y65 | 00-1 | | 005 | 1 | 9 | D |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| | *Note: IS 02/15/2022* | | | | | |
| Y65 | 00-1 | | 005 | 1 | 9 | D |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| | *Note: IS 02/18/2022* | | | | | |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| | *Note: IS 02/18/2022* | | | | | |
| Y65 | 00-1 | | 005 | 1 | 1 | R OK |
| Y65 | 00-1 | | 005 | 1 | 9 | D OK |
| Y65 | 00-1 | | 006 | 1 | 9 | D OK |
| Y65 | 00-1 | | 006 | 1 | 9 | D OK |
| | *Note: IS 02/16/2022* | | | | | |
| Y65 | 00-1 | | 006 | 1 | 1 | R |
| Y65 | 00-1 | | 006 | 1 | 9 | D OK |
| Y65 | 00-1 | | 006 | 1 | 9 | D OK |
| Y65 | 00-1 | | 006 | 1 | 9 | D |
| Y65 | 00-1 | | 006 | 1 | 1 | R OK |
| Y65 | 00-1 | | 006 | 1 | 1 | R RJ |
| | *Note: IS 02/25/2022* | | | | | |
| Y65 | 00-1 | | 006 | 1 | 1 | R |
| Y65 | 00-1 | | 006 | 1 | 9 | D OK |
| Y65 | 00-1 | | 006 | 1 | 9 | D OK |
| Y65 | 00-1 | | 006 | 1 | 9 | D RJ |
| | *Note: IS 03/02/2022* | | | | | |
| Y65 | 00-1 | | 006 | 1 | 9 | D OK |
| Y65 | 00-1 | | 006 | 1 | 9 | D |
| Y65 | 00-1 | | 007 | 1 | 9 | D CL |
| | *Note: SURRENDERED AT EV YWCA WEST* | | | | | |
| RM | 00-1 | | 007 | 1 | 9 | D OK |

Date: 03/22/22
Time: 10:11:02 AM
Election: 0322-ALL
Absentee Type: All Types
All Return Statuses
Show Privacy Voters without Address

Case 5:21-cv-00844-XRD Document 72-2 Filed 10/06/23 Page 100 of 101

-- 2022 MARCH PRIMARY -- Ballot List

Order By Precinct, Name

ab_list (v.191006)
Page: 4

| Type State ID # | Req # Name | Address Line 1 | Precinct | Sub | Blt. | Party Status |
|---|---|---|---|---|---|---|
| Y65 | 00-1 | | 007 | 1 | 9 | D |
| Y65 | 00-1 | | 007 | 1 | 9 | D RJ |
| | *Note: IS 02/28/2022* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| | *Note: IS 02/15/2022* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| | *Note: IS 02/17/2022* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| | *Note: IS 02/15/2022* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D CL |
| | *Note: SURRENDERED AT EV DORRIS* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D IS |
| Y65 | 00-1 | | 007 | 1 | 1 | R OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D CL |
| | *Note: SURRENDERED AT EV DORRIS* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D IS |
| Y65 | 00-1 | | 007 | 1 | 9 | D CL |
| | *Note: VOTER SURRENDERED BALLOT AT EV60 YWCA WEST* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| | *Note: IS 02/18/2022* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| | *Note: IS 02/16/2022* | | | | | |
| Y65 | 00-1 | | 007 | 1 | 9 | D NT |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| Y65 | 00-1 | | 007 | 1 | 9 | D OK |
| | *Note: IS 02/15/2022* | | | | | |

Date:      03/22/22
Time:      10:11:02 AM
Election:  0322-ALL
Absentee Type: All Types
All Return Statuses
Show Privacy Voters without Address

Case 5:21-cv-00844-XR Document 972-2 Filed 10/06/23   Page 90 of 101

-- 2022 MARCH PRIMARY --   Ballot List

Order By Precinct, Name

ab_list (v.191006)
Page:  5

| Type | State ID # | Req # | Name | Address Line 1 | Precinct | Sub | Blt. | Party | Status |
|------|-----------|-------|------|----------------|----------|-----|------|-------|--------|
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| | | | *Note: IS 02/28/2022* | | | | | | |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | RJ |
| | | | *Note: IS 03/01/2022* | | | | | | |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | RJ |
| | | | *Note: IS 03/01/2022* | | | | | | |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | RJ |
| | | | *Note: IS 02/25/2022* | | | | | | |
| Y65 | | 00-1 | | | 007 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 1 | R | OK |
| Y65 | | 00-1 | | | 008 | 1 | 1 | R | OK |
| | | | *Note: IS 02/16/2022* | | | | | | |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | NT |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | IS |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 2 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 2 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 2 | 1 | R | OK |
| Y65 | | 00-1 | | | 008 | 2 | 1 | R | RJ |
| | | | *Note: IS 02/28/2022* | | | | | | |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | OK |
| Y65 | | 00-1 | | | 008 | 1 | 9 | D | CL |
| | | | *Note: VOTED IN PERSON IN FIRE STATION #15* | | | | | | |