IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

LA UNION DEL PUEBLO            )
ENTERO, et al.,                )
                               )
            Plaintiffs,        )
                               )
vs.                            )
                               ) NO. 5:21-cv-844-XR
GREGORY W. ABBOTT, et al.,     )
                               )
            Defendants.        )
------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

LISA WISE

April 18, 2023

(REMOTELY REPORTED)

------------------------------------

    The Oral and Videotaped Deposition of LISA WISE,

produced as a witness at the instance of the defendant,

and duly sworn, was taken in the above-styled and

numbered cause on the 18th of April, 2023 from 9:13 a.m.

to 3:27 p.m., in and for the State of Texas, reported by

machine shorthand, conducted El Paso County Courthouse

500 E. San Antonio, 5th Floor, Suite 503 El Paso, Texas

79901, pursuant to the Federal Rules of Civil Procedure

and the provisions stated on the record or attached

hereto.

1    space that we were able to use for that length of time,

2    parking, ADA compliance, public transportation

3    availability, several items like that.

4        Q.   (BY MS. HUNKER)  And when you're choosing a new

5    location, what factors do you look into on deciding

6    whether it's an appropriate location?

7              MS. LEBEL:  Objection.  Form.

8        A.  A lot of the same ones I just listed.  But

9    we -- we will start with -- first of all, if we have --

10   number one, are we underserved in that area?  If there's

11   a part in the county that we really think needs a

12   location, that it doesn't have an early voting location,

13   we'll start in that area.

14             We work with, first of all, any public

15   entities that might have space there.  Are we able to

16   use their area?  Then we will look, again, like I said,

17   at -- with the interior spaces available, if the

18   building is ADA compliant, if there's parking available,

19   if there's public transport there, those -- those types

20   of things.

21       Q.   (BY MS. HUNKER)  Is it fair to say that a

22   location will not be selected as an early voting

23   location if a location is not ADA compliant?

24             MS. LEBEL:  Objection.  Form.

25       A.  Yes.

1    Q.   (BY MS. HUNKER)   And do you do countywide

2  voting?

3    A.   We do.

4    Q.   And is it fair to say that a location will be

5  not selecting -- selected as an election day voting

6  center if that location is not ADA compliant?

7              MS. LEBEL:   Object to form.

8    A.   Yes.

9    Q.   (BY MS. HUNKER)   Would you agree that El Paso

10  County works to ensure that its residents have easy

11  access to voting locations during an election?

12              MS. LEBEL:   Object to form.

13    A.   Yes.

14    Q.   (BY MS. HUNKER)   Would you agree that El Paso

15  County works to ensure that its residents have voting

16  locations in close proximity to where residents live and

17  work?

18              MS. LEBEL:   Object to form.

19    A.   Yes.

20    Q.   (BY MS. HUNKER)   Would you consider Harris

21  County as -- sorry.   Would you consider El Paso County's

22  efforts at providing voters easy access to in-person

23  voting locations successful?

24              MS. LEBEL:   Object to form.

25    A.   Yes.

```
 1       Q.  You would agree that El Paso County provided
 2   its residents ample opportunities to vote in person,
 3   Correct?
 4               MS. LEBEL:  Object to form.
 5       A.  Yes.
 6       Q.  (BY MS. HUNKER)  When did you make the
 7   determination on having 33 early voting locations?
 8               MS. LEBEL:  Object to form.
 9       A.  I believe it was in August, prior to the
10   election, if I can remember correctly.
11       Q.  (BY MS. HUNKER)  And when was the decision made
12   to have 118 polling locations for election day?
13               MS. LEBEL:  Object to form.
14       A.  Same time.
15       Q.  (BY MS. HUNKER)  And was El Paso County able to
16   staff all 33 early voting locations for the
17   November 2022 General Election?
18       A.  Yes.
19       Q.  Was El Paso County able to staff all 118
20   election day voting locations?
21       A.  Yes.
22       Q.  El Paso County did not close any voting
23   locations either on election day or during the early
24   voting period due to lack of staffing, correct?
25               MS. LEBEL:  Object to form.
```

1    A.  Correct.

2    Q.  (BY MS. HUNKER)  And you're not aware of any

3  voters who were otherwise eligible to vote in the

4  November 2022 General Election that were unable to do so

5  because of staffing shortages at the poling locations?

6         MS. LEBEL:  Object to form.

7    Q.  (BY MS. HUNKER)  Is that correct?

8    A.  Correct.

9    Q.  Now, if we look at Exhibit 2, it states that

10  current -- has current wait time listed under each of

11  the polling locations; is that correct?

12    A.  Yes.

13    Q.  And so was it possible for voters to go on

14  El Paso County's website to determine what the wait time

15  was --

16    A.  Yes.

17    Q.  -- for each location?

18    A.  Yes.

19    Q.  And if you know offhand, do you know what the

20  average wait time was during the early voting period of

21  the November 2022 General Election?

22         MS. LEBEL:  Object to form.

23    A.  I don't know the specifics, but I know that it

24  was, I would say, around 10 to 15 minutes.  Except for

25  the last -- the last day is always the busiest.  But

Page 28

1    voters, and one at another location where she was trying

2    to get information from voters, similar situation.

3        Q.  Okay. And so I want to talk about each of these

4    alleged incidents individually.

5                Do you know where -- let me rephrase that.

6                For the incident where a poll watcher was

7    standing too close, do you know where that was located,

8    which polling site?

9        A.  I believe that was at our Ortiz Community

10   Center, Officer Ortiz Community Center.

11       Q.  And is that a small polling location?

12               MS. LEBEL:  Object to form.

13       A.  Not particularly, no.

14       Q.  (BY MS. HUNKER)  And do you know when the

15   voter -- let me rephrase.

16               In the instances where the poll watcher was

17   standing too close, was it an occasion where the voter

18   was obtaining assistance from an election worker?

19               MS. LEBEL:  Object to form.

20       A.  That I'm not a hundred percent sure of.

21       Q.  (BY MS. HUNKER)  So you don't know whether the

22   poll watcher was observing the voter being assisted by

23   election workers; is that correct?

24       A.  Correct.

25       Q.  And do you know how that incident was resolved?

 1                    MS. LEBEL:   Object to form.

 2       A.   I don't know fully.   But generally what we

 3   would do is our person who handles the poll workers and

 4   the sites like that that's in charge would call, get the

 5   information, which is what was put into the discovery

 6   and email.   And then if that person returned, we would

 7   either go over with them again what the rules are for

 8   poll watching.   And if they continued to -- you know, to

 9   not comply, they would reach out to me, and then we

10   would take further steps.   But I did not hear back on

11   that issue.

12       Q.   (BY MS. HUNKER)   Now, is it your understanding

13   that under SB1, a poll watcher is not allowed to watch

14   the voter cast their ballot with the exception of when

15   that voter is being assisted by election workers?

16                    MS. LEBEL:   Object to form.

17       A.   Prepare their ballot, I believe, is the term

18   and the language.   And I -- I do agree with that.

19       Q.   (BY MS. HUNKER)   And so let's talk about the

20   incident where a poll watcher was said to have been

21   speaking to voters.

22                    Do you know where that occurred?

23       A.   I want to say Arlington Community Center, but I

24   have to tell you, I'm not a hundred percent on that.   I

25   know it's in the discovery.

1    Q.  And was it one poll watcher engaging in this

2  behavior?

3    A.  Yes.

4    Q.  And do you know how that conduct was resolved?

5        MS. LEBEL:  Object to form.

6    A.  Based on what was in the email and we submitted

7  into discovery, the poll -- the judge brought that to

8  our attention that she's not allowed to do that, and she

9  left.

10   Q.  (BY MS. HUNKER)  So did the -- the poll watcher

11  left on her own accord?

12   A.  Yes.

13   Q.  And do you recall if these incidents -- two

14  incidents occurred during election day or the early

15  voting period?

16       MS. LEBEL:  Object to form.

17   A.  I believe early voting.

18   Q.  (BY MS. HUNKER)  And can you recall of any

19  other alleged misconduct by a poll watcher during the

20  November 2022 General Election?

21       MS. LEBEL:  Object to form.

22   A.  No.

23   Q.  (BY MS. HUNKER)  You have no reason to believe

24  that the behavior of poll watchers in connection with

25  the November 2022 General Election dissuaded any voter

Page 32

1    Q.  And did you -- in your opinion, was the

2    training provided for the November 2022 General Election

3    for poll watchers improved as compared to the previous

4    training?

5                 MS. LEBEL:  Object to form.

6    A.  Much better, yes.

7    Q.  (BY MS. HUNKER)  And can you explain to me how

8    it was better?

9    A.  Before, it was basically reading the

10   information -- a lesson, and then getting to the end,

11   and it was done.  And whether you really read through it

12   or not was not -- I think that was indicative of a few

13   really, like, retained the information.

14                 Now, with the quiz component and not

15   letting them go to the next module until they actually

16   got those sections correct I think is an improvement.

17   Q.  And the training and course instructed poll

18   watchers on what conduct they could not engage in,

19   correct?

20   A.  Yes.

21   Q.  And did your office find that poll watchers had

22   a better understanding of the behaviors they could not

23   engage in during the November 2022 General Election as

24   compared to previous elections?

25                 MS. LEBEL:  Object to form.

1      Q.   (BY MS. HUNKER)   That's a good question --

2      that's a good distinction.

3                    So you receive applications for ballots by

4      mail weeks, if not months, in advance of an election,

5      correct?

6      A.   Correct.

7      Q.   Okay.  So let's talk then first about the ones

8      that are received well before the election -- before

9      the -- the ballots go out.

10                   When does your office check to determine

11     whether or not the application for ballot by mail

12     satisfied the ID number requirement after it arrived?

13                   MS. LEBEL:  Object to form.

14     A.   Usually that day or the next business day.

15     Depending on, obviously, how many we have.

16     Q.   (BY MS. HUNKER)   And how long from that does it

17     take to issue a notice of defect in the event that the

18     number did not match?

19                   MS. LEBEL:  Object to form.

20     A.   I would say 24 to 48 hours.

21     Q.   (BY MS. HUNKER)   So is it fair to say that if

22     an application for ballot by mail arrives in your

23     office, a notice of defect will go out within 24 to 48

24     hours in the event that that application for ballot by

25     mail did not satisfy the ID number requirements?

1    the system; is that correct?

2         A.  Correct.

3         Q.  And in the event the number is not in your

4    system, do you check the TEAMS database?

5         A.  We do.

6         Q.  So you mentioned that you send out an insert

7    for the applications for ballot by mail.  In the event

8    that there was a defect due to the numbers not appearing

9    in the system, do you also send out a voter registration

10   form with the notice of defect?

11        A.  We do.

12        Q.  And that is because a voter can update the ID

13   numbers for the voter registration file by submitting a

14   voter registration form; is that correct?

15        A.  Correct.

16        Q.  And did you notice that sending a voter

17   registration form along with the notice of defect helped

18   the voter cure?

19             MS. LEBEL:  Object to form.

20        A.  Yes.

21        Q.  (BY MS. HUNKER)  And so I want to talk now

22   about the ballot by mail.

23        A.  Okay.

24        Q.  Federal law requires that ballots by mail go

25   out 45 days to military and overseas voters before a

Page 41

1    federal election, correct?

2              MS. LEBEL:  Object to form.

3         A.  Correct.

4         Q.  (BY MS. HUNKER)  Did your office meet that

5    deadline this -- for the November 2022 General Election?

6         A.  Yes.

7         Q.  And when did the ballots go out for voters who

8    were not military or overseas?

9         A.  They got out the next week.  Sometimes it's

10   four days later, sometimes it's five days later, but

11   they go within the next week following the military and

12   overseas.

13        Q.  And when a ballot by mail comes in, does your

14   office remove the flap to check whether or not the ID

15   number was included on the carrier envelope?

16        A.  Yes.

17        Q.  And does your office check that number against

18   the system?

19              MS. LEBEL:  Object to form.

20              MS. HUNKER: Let me rephrase that.

21        Q.  (BY MS. HUNKER)  Does your office check the ID

22   number on the carrier envelope to the voter's

23   registration file?

24        A.  Yes.

25        Q.  How does your office contact the voter to

1    notify them of a defect?

2        A.  We -- if we have a phone number, we will call

3    the voter and let them know what their options are.  If

4    we don't have a phone number, then we do the notice of

5    defect form with the ballot back in the mail to them.

6        Q.  Does your office recommend to voters that they

7    put their phone number and email on their application

8    for ballot by mail?

9        A.  Yes.

10       Q.  In the event the application for ballot by mail

11   does not have a phone number or email, does your office

12   check their voter registration file to determine whether

13   there is a phone number or email in the system?

14       A.  Yes.

15       Q.  How fast does your office process a ballot by

16   mail to the extent that it removes the flap, checks the

17   number, and notifies the voter of a defect, in the event

18   there is a defect?

19               MS. LEBEL:  Object to form.

20       A.  I would say 24 to 48 hours.  In an election

21   where we're able to get to those in the same day, we do.

22       Q.  (BY MS. HUNKER)  So typically your office will

23   issue the notice of defect or communicate to the voter

24   the defect within 24 to 48 hours of receiving a ballot

25   by mail?

1              MS. LEBEL:  Object to form.

2       A.  Yes.

3       Q.  (BY MS. HUNKER)  Is there a point where your

4  office stops removing the flap?

5              MS. LEBEL:  Object to form.

6       A.  If our signature verification committee -- if

7  they're meeting already, then we send those to the

8  committee.

9       Q.  (BY MS. HUNKER)  So your office will remove the

10  flap to check the voter's ID number up until the point

11  that the signature verification committee for El Paso

12  County meets; is that correct?

13       A.  Correct.

14       Q.  And when does the signature verification

15  committee convene?

16       A.  That depends on the election on when -- what

17  days they can come out.  I -- I can't remember the exact

18  day in November when they started.  I know that's on our

19  website, but I don't -- I hate to say, I don't remember

20  the exact date.

21       Q.  And how does the signature verification

22  committee, if you know, contact the voter about a

23  defect?

24       A.  They basically tell us, and we do the

25  contacting.

Page 44

1    Q.  So any ballot accepted by the signature

2   verification committee will be counted, correct?

3            MS. LEBEL:  Object to form.

4    Q.  (BY MS. HUNKER)  I can rephrase the question.

5    A.  Sure.  Thank you.

6    Q.  The signature verification committee only gives

7   custody of the ballots -- let me -- let me rephrase

8   that.

9            After the signature verification committee

10  meets, the early voting ballot board meets, correct?

11   A.  Correct.

12   Q.  The early voting ballot board only reviews

13  ballots that were not accepted by the signature

14  verification committee, correct?

15   A.  Reviews -- yes.

16   Q.  Do you know how the early ballot board notifies

17  voters?

18   A.  The same way.  They'll -- we have a full-time

19  staff member that will basically be available to both of

20  those boards.  And they'll let that person know, you

21  know, this is -- we work kind of in conjunction with

22  them that this is missing something, or there's a

23  defect, and then we will get those notifications out.

24   Q.  Do you know how long it takes for the signature

25  verification committee to receive a ballot and then

Page 45

1    notify you that you have to send out the notice of

2    defect?

3                   MS. LEBEL:   Object to form.

4        A.   That day, as they're going through it, the

5    pile.

6        Q.   (BY MS. HUNKER)   And how long does it take the

7    early voting ballot board to process a ballot if it's

8    received and notify you of a defect?

9                   MS. LEBEL:   Object to form.

10       A.   That same day.   We'll get a list of those that

11   we need to send a defect notice to.

12       Q.   (BY MS. HUNKER)   So the signature verification

13   committee provides you daily updates of which ballots

14   had a defect and voters need to be notified?

15       A.   Yes.

16       Q.   And the early voting ballot board sends you

17   daily updates on which voters need to be notified about

18   a defect, correct?

19       A.   Yes.

20       Q.   Did your office at any time go to a voter's

21   resident with a defective ballot?

22                   MS. LEBEL:   Object to form.

23       A.   No.

24       Q.   (BY MS. HUNKER)   Were you aware that the

25   Secretary of State's Office harvested Social Security

Page 50

1   General Election as was agreed upon in the stipulation.

2                However, there are going to be some

3   questions that are asking how facts have changed since

4   the primary, still with the focus on the November 2022

5   General Election, which will be the emphasis.  But at

6   the same time, there needs to be at least some minor

7   questions for context.

8                MS. LEBEL:  And I will address any such

9   questions on a case-by-case basis.

10      Q.  (BY MS. HUNKER)  Ms. Wise, were there fewer

11  voters with neither a Social Security number or Texas ID

12  number in their voter record in the November 2022

13  General Election as compared to the primaries?

14      A.  Yes.

15      Q.  Were there fewer voters with either a Social

16  Security number or a Texas ID number but not both in

17  their -- in their voter registration file in the

18  November 2022 General Election as compared to the

19  primaries?

20      A.  Yes.

21      Q.  Did your county experience any difficulties

22  receiving updates from the TEAMs database system during

23  the November 2022 General Election?

24                MS. LEBEL:  Object to form.

25      A.  Yes.

1    Q.  (BY MS. HUNKER)  And what were those

2    difficulties?

3    A.  So how we were explained that it would work is

4    that the database would be updated, and we would get a

5    notification that so-and-so has -- someone has cured

6    their ballot or application using the ballot tracker,

7    and now their information is in TEAMs.

8              We would -- we would still get reports

9    daily that we would use.  However, we would get

10   stragglers on email sent by the SOS every few days of

11   people that -- that didn't show through TEAM.  It didn't

12   come in through the import through TEAM.

13   Q.  Did SOS explain why there were stragglers that

14   did not show up in TEAMs?

15   A.  I don't believe so.  I believe they were just

16   emails with these voids, and these voters need to also

17   be reviewed because they have been on the ballot tracker

18   and cured.

19   Q.  And how frequently did that occur?

20   A.  A handful of times, maybe.  I don't know the

21   exact number.  I'd have to be honest.

22   Q.  For the voters who were identified in these

23   emails as having cured -- let me rephrase that question.

24              For the voters who cured using the tracker,

25   but whose notification of their cure came late through

1    the SOS email, were you able to accept those ballots?

2              MS. LEBEL:  Object to form.

3        A.  I can't tell you about every single one of

4    them, but I believe the majority, yes.  As long as they

5    sent the ballot back once they'd cured it.

6        Q.  (BY MS. HUNKER)  Outside of the one issue that

7    you've identified regarding stragglers on individual

8    voters who used the tracking system, did you have any

9    other problems with the TEAMs database in the

10   November 2022 General Election?

11       A.  I don't believe so.

12       Q.  And have you contacted the Secretary of State's

13   Office about fixing whatever problem caused those

14   stragglers to be notified -- for you to receive

15   notification late?

16             MS. LEBEL:  Object to form.

17       A.  I personally, no.  But someone in my office has

18   reached out to ask, you know, why we received those.  I

19   don't -- and I honestly I don't know the response at

20   this point, if we've received one.

21       Q.  (BY MS. HUNKER)  Now, we talked a little bit

22   about your office's methods and procedures for

23   contacting voters about a notice of defect.  I want to

24   quickly focus on the subset of military voters or FPCA

25   voters.

Page 53

1    A.  Okay.

2    Q.  For an FPCA voter, they can cure an

3 identification number defect by resubmitting their

4 signature sheet with the numbers; is that correct?

5            MS. LEBEL:  Object to form.

6    A.  Correct.

7    Q.  (BY MS. HUNKER)  And did your office email FPCA

8 voters notification of defect?

9    A.  Yes.

10   Q.  And these FPCA voters were able to email you

11 that signature sheet, correct, with the updated

12 information?

13   A.  Correct.

14   Q.  And so an FPCA voter could be notified about a

15 defect via email and cure via email; is that correct?

16   A.  Correct.

17   Q.  To your knowledge, did voters have -- let me

18 rephrase that question.

19            Did your office advise voters on how to use

20 the ballot tracker to cure their ballot?

21   A.  Yes.

22   Q.  To your knowledge, were voters able to utilize

23 the voter tracker -- the ballot tracker to cure their

24 ballot?

25            MS. LEBEL:  Object to form.

Page 54

1    A.  We did have some that used the ballot tracker.

2    Q.  (BY MS. HUNKER)  And did any voters experience

3  difficulty logging on to the ballot tracker?

4    A.  We did have voters that called us and were not

5  able to understand how to use the ballot tracker.

6    Q.  And for those voters who did not understand how

7  to utilize the voter tracker, did your office walk them

8  through the process?

9    A.  Yes, we did.

10    Q.  And for the voters who were unable to

11  understand how to use the voter tracker and who -- let

12  me rephrase that.

13        Were those voters ultimately able to

14  utilize the ballot tracker to cure their ballot?

15    A.  Some of them were.  Some of them just said I'll

16  wait 'til the ballot shows up, and I'll adjust it on the

17  actual paper ballot.

18    Q.  So I want to introduce our next two exhibits.

19        Do you have Exhibit 3 in front of you?

20    A.  Yes.

21    Q.  Do you see where it says on the top "Defendant

22  Wise's Objections and Supplemental and Amended Responses

23  to State Defendants' Second Set of interrogatories"?

24    A.  Yes.

25        MS. HUNKER:  Sorry.  I thought I had a

Page 55

1    fourth exhibit, and I'm just trying to find it.

2                    (Exhibit 3 marked.)

3                    MS. HUNKER:  I'm also going to introduce

4    Exhibit 4.

5                    (Exhibit 4 marked.)

6         Q.  (BY MS. HUNKER)  So I'm going to be referring

7    to these two exhibits on and off for the next while So I

8    just wanted you to have them in front of you.

9                    But first I want to talk about applications

10   for ballot by mail that were received.  Do you know how

11   many applications for ballot by mail were received in

12   the November 2022 General Election?

13        A.  Let me get this right.  I'm not a hundred

14   percent sure on the data.  10,380.

15        Q.  And I understand that voters can submit an

16   annual application for ballot by mail, correct?

17        A.  Yes.

18        Q.  And so with these applications that you're

19   referring to, the 10,380 refer only to those

20   applications you received immediately into the election

21   or would it also include the annual?

22        A.  It would include the annual as well.

23        Q.  And so just to be clear, 10,380 is the number

24   of applications you received in total for the

25   November 8th, 2022 General Election?

Page 56

1       A.   Yes.  Excluding FPCA, yes.

2       Q.   And do you know how many applications for

3  ballot by mail were accepted for the November 8th, 2022

4  General Election?

5       A.   10,142.

6       Q.   Now, for the -- and I assume the difference are

7  the number of applications without -- by mail rejected,

8  correct?

9       A.   Yes.

10      Q.   And do you have that number offhand?

11      A.   Yes, 238.

12      Q.   And this excludes FPCA voters, correct?

13      A.   Correct.

14      Q.   For the 238 applications for ballot by mail

15  that were rejected, were any rejected for defects other

16  than not having an ID number or having a mismatched ID

17  number?

18           MS. LEBEL:  Object to form.

19      A.   Yes.  About 81, I believe.

20      Q.   (BY MS. HUNKER)  So about 81 of the 238

21  applications for ballot by mail that were rejected for

22  the November 8th, 2022 General Election were for defects

23  other than a mismatch or missing numerical identifying

24  information?

25      A.   Yes.

Page 57

1    Q.  And do you keep track of whether any of the

2    voters who submitted an application for ballot by mail

3    who had their application by mail rejected voted in

4    person?

5    A.  The application or the actual ballot?

6    Q.  Application.  Currently, for the current

7    question?

8    A.  I don't believe so.

9    Q.  Now, during your last deposition, I believe you

10   mentioned that your office kept track using a

11   spreadsheet; is that right?

12   A.  Yes.  I'm sorry.  We do have that with the

13   spreadsheet.  I apologize.

14   Q.  Does your office know how many voters who

15   applied to vote by mail for the November 2022 General

16   Election, but had that application rejected, ultimately

17   voted in person?

18   A.  Yes.  631, I apologize.

19   Q.  And so are you still using the same spreadsheet

20   to keep track of applications for ballot by mail as you

21   were for the November 2022 General Election as you were

22   in the primaries?

23           MS. LEBEL:  Object to form.

24   A.  No.

25   Q.  (BY MS. HUNKER)  How is it different?

1      A.  We're now able to track the applications in our

2  system that we weren't able to track prior to November

3  of 2022.

4      Q.  And is any additional information tracked now

5  for the November 2022 General Election as compared to

6  the primaries?

7      A.  In the system, yes.  So we used to use the

8  spreadsheet as you mentioned, because our -- our

9  vendor -- we didn't have a canned report with

10  applications for rejections.  Now -- now we do.

11      Q.  And how many ballots by mail were received for

12  the November 2022 General Election?

13              MS. LEBEL:  Object to form.

14      A.  8,866.

15      Q.  (BY MS. HUNKER)  Can you just repeat that one

16  more time?

17      A.  Sure.  8,866.

18      Q.  Thank you.

19              And how many ballots by mail were accepted

20  for the November 2022 General Election?

21      A.  8,103.

22      Q.  And how many do you have marked rejected?

23      A.  763.

24      Q.  I now want to turn to Exhibit 3.  So if you

25  turn to page 7, you'll see where it says "Interrogatory

Page 59

1   No. 4."  Do you see that?

2        A.  Yes.

3        Q.  And it says, "Please identify and describe with

4   specificity El Paso County's final rejection rate of

5   timely received ballots by mail, expressed as a

6   percentage of all timely received ballots by mail and

7   rounded to two decimal places, for the following

8   elections."

9                  It then lists six general elections from

10  2012 to 2022; is that correct?

11       A.  Yes.

12       Q.  Okay.  And so let's turn to your response to

13  Interrogatory No. 4.  We're going to be looking at the

14  last paragraph, page 8.

15                  Do you have that in front of you?  It says,

16  "Subject to and without waiving."

17       A.  This page, correct?

18       Q.  Yes.

19                  And, specifically, we're going to be

20  looking at the second sentence.

21                  It says, "Defendant's recordkeeping systems

22  do not distinguish between timely and untimely ballots

23  in recording the number of rejected ballots."

24                  Did I read that correctly?

25       A.  Yes.

Page 60

1     Q.  And is that an accurate statement?

2     A.  The -- it's not the -- the inaccuracy on that

3   would be that if something were rejected as untimely, we

4   weren't able to see if it was rejected for another

5   reason.  That's, I believe, what that statement was for.

6   So that once you're untimely, you're rejected, and I'm

7   not able to see then if there were other reasons that

8   you would have been -- the ballot would have been

9   rejected.

10    Q.  Okay.  So looking at the 763 number, which you

11  stated was the number of ballots that were rejected,

12  does that include any ballots that were received after

13  the deadline?

14    A.  I believe so.

15    Q.  Okay.  So you believe the number of ballots

16  that -- let me rephrase that question.

17          So you believe that the number of ballots

18  that were rejected or marked as rejected in your system

19  includes ballots that were received untimely, as in they

20  came in after the deadline in which they could be

21  accepted?

22    A.  Yes.

23    Q.  So I want to go to your supplemental and

24  amended response.  And so that's on the same page, but

25  we're going to be looking at the last paragraph.

Page 62

1    Q.  What happens if the voter submits the

2    uncorrected ballot, but then submits the corrected

3    ballot, what happens to the first ballot?

4    A.  That first --

5           MS. LEBEL:  Object to form.

6           THE WITNESS:  I'm sorry.

7           MS. LEBEL:  Go ahead.

8    A.  The corrected ballot is accepted, the

9    uncorrected ballot is not.

10    Q.  (BY MS. HUNKER)  Would the -- would the

11    uncorrected ballot in that situation be counted as a

12    rejected ballot in your -- in the statistics that your

13    office keeps?

14    A.  No.

15    Q.  So I want to turn to Exhibit 4.

16           Do you see on the bottom where it has a

17    Bates number saying STATE 115611?

18    A.  I do.

19    Q.  Were you aware that the Secretary of State's

20    Office kept track of the number of ballots that were

21    accepted and rejected in each of the counties?

22    A.  I don't know if I was aware of that, as far as

23    that that was something they were doing, no.

24    Q.  Had you received any reports in the news that

25    were tracking rejection rates for the November 2022

Page 63

1    General Election?

2                   MS. LEBEL:  Object to form.

3        A.   I had seen reports in the news about the

4    rejection rates for ballots statewide, yes.

5        Q.   (BY MS. HUNKER)  So I want to turn to this

6    page, to El Paso County.

7                   And I'm going to represent to you that this

8    was a document produced by the Secretary of State's

9    Office and tracks the number of ballots that were

10   accepted, rejected, in the November 2022 General

11   Election, as well as the rejection rate for each of the

12   counties.

13                  Do you have any reason to doubt my

14   representation of this document?

15                  MS. PERALES:  Objection.  Lack of

16   foundation.

17       A.   That that's where you received this?  Is that

18   what the question is?

19       Q.   (BY MS. HUNKER)  Yeah.

20       A.   No, I don't have any reason to doubt that.

21       Q.   So if you turn to El Paso County, do you see

22   where it has the rejection rate as 12.17 percent?

23       A.   I do.

24       Q.   Did your office first report a 12.17 percent

25   rejection rate?

Page 64

1      A.  I don't know where these numbers came from,

2   frankly.

3      Q.   Did you report any numbers related to mail-in

4   ballots to the Secretary of State's Office such as the

5   number of accepted, the number of received, or the

6   rejection rate?

7           MS. LEBEL:  Object to form.

8      A.  I don't remember submitting anything to them.

9      Q.  (BY MS. HUNKER)  And do you remember if your

10  office submitted anything to them?

11     A.  I don't believe so.

12     Q.  Is it fair to say then you do not know why the

13  Secretary of State's Office had your county marked for

14  12.17 percent rejection rate for the November 2022

15  General Election?

16          MS. LEBEL:  Object to form.

17     A.   It is.

18     Q.  (BY MS. HUNKER)  We can put that document

19  aside, then.

20          Turning to -- back to Exhibit 3, and the

21  1.97 percent rejection rate that's represented on

22  page 9.

23          Is the 1.97 percent rejection rate of

24  mail-in ballots, during the November 2022 General

25  Election the accurate number?

Page 65

1          MS. LEBEL:  Object to form.

2      Q.  (BY MS. HUNKER)   To the best of your knowledge?

3      A.  Yes.

4      Q.  Now, we had discussed the number of ballots by

5  mail that were received, the number of ballots by mail

6  that were accepted, and the number of ballots by mail

7  that were rejected.

8          The numbers you gave me, did those exclude

9  FPCA voters?

10          MS. LEBEL:  Object to form.

11      A.  Yes.

12      Q.  (BY MS. HUNKER)   Of the 763 ballots by mail

13  that were rejected, do you know how many of them were

14  rejected due to a mismatch or missing a numerical

15  identifying information?

16      A.  I think I have that in here in the document.

17  Of the ballots?  I'm sorry, is that correct?

18      Q.  Yes.

19      A.  I don't know if I see that on here.  Right --

20  looking at that.  I believe -- for the mismatch?  I'm

21  sorry.  Is that what you had said?

22      Q.  Yes.  I was wondering how many of the 763 were

23  rejected due to a mismatch or missing numerical

24  identifying information.

25      A.  I believe 158.

1   in the ID requirement or in the ID -- covered under that

2   total -- covered under that title.

3       Q.   (BY MS. HUNKER)   Okay.  So when you gave me the

4   number of 158 ballots by mail that were rejected due to

5   mismatch or missing a numerical identifying number, were

6   you also including ballots that were rejected due to

7   lack of signature?

8       A.   It wasn't mismatched identification number, it

9   was -- the way that we categorized them is ID issues.

10      Q.   Okay.

11      A.   And I believe -- I can't remember exactly what

12  the language was in the request, but I believe it said

13  something about -- not the number, but ID -- I don't

14  remember the exact language.

15      Q.   So would the 158 have voters who failed to sign

16  their ballot?

17               MS. LEBEL:   Object to form.

18      A.   I believe so.

19      Q.   (BY MS. HUNKER)   And so I'll ask a more

20  specific question then about the cure.

21               Are you aware of any voter who had a

22  missing or mismatched signature that was able to utilize

23  the cure process?

24               MS. LEBEL:   Object to form.

25      A.   I don't -- I don't remember.

Page 68

1      Q.  (BY MS. HUNKER)  Is it fair to say that the

2   statistics you keep in your office regarding the ballots

3   by mail does not break down the number of voters who

4   specifically had their ballot rejected due to a

5   mismatched or missing ID number?

6      A.  I believe so.  But the category, I believe, is

7   ID issues in our system.

8      Q.  And that encompasses both signature and the ID

9   number requirement, correct?

10      A.  I believe so.

11      Q.  Do you keep any additional information -- let

12   me strike that, and let me rephrase.

13           Do you track any additional information

14   related to the acceptance and rejection of mail in

15   ballots that you did not track in the primaries?

16           MS. LEBEL:  Object to form.

17      A.  We're just -- we're better able to track the

18   rejection rates on the applications because, again, we

19   have that report available in the system that we did not

20   have.

21      Q.  (BY MS. HUNKER)  Your office was able to reduce

22   the number of rejection rates in the November 2022

23   General Election as compared to previous elections,

24   correct?

25           MS. LEBEL:  Object to form.

Page 69

```
 1       A.  Yes.

 2       Q.  (BY MS. HUNKER)  How did your office work to

 3   reduce those rejection rates in the November 2022

 4   General Election?

 5       A.  I think there's a couple different things that

 6   come into play with that.

 7              I do think sending the insert with -- in

 8   the registration as well to the voters with the

 9   applications caused us to not have to reject so many

10   applications initially, making the process smoother.  I

11   do believe that the -- having the numbers updated in

12   TEAMS helped us.

13              And you're asking about the ballot

14   rejection rate or the application rejection rate?  I'm

15   sorry. I just wanted to double-check.

16       Q.  Ballot.

17       A.  Okay.  And then I -- I also think that for a

18   lot of the people that had voted previously in March

19   that had seen the ballot already, that have annual

20   applications, which is the majority of our -- our ballot

21   by mail requests, were familiar with that -- that

22   envelope and that process in March and they were used to

23   seeing that for the November election.

24       Q.  Based on your experience, did you observe

25   voters having less confusion in the November 2022
```

1   General Election regarding the ID number requirement as

2   compared to the previous?

3           MS. LEBEL:  Object to form.

4      A.  I did, but, again, I think a lot of those

5   voters had already seen it in March, and so they had

6   already -- had the -- they knew what identifier they

7   needed put on -- or they put in an identifier in March

8   that we now had on file.  So there was less confusion.

9      Q.  (BY MS. HUNKER)  And you included an insert

10  with the ballot materials, correct?

11     A.  Yes.

12     Q.  Did you make any changes to that insert for the

13  November 2022 General Election as compared to the

14  primaries?

15     A.  I don't believe so.

16     Q.  And did your office engage in any voter

17  education --

18          MS. LEBEL:  Object to form.

19     Q.  (BY MS. HUNKER)  -- for the November 2022

20  General Election?

21     A.  We -- we did, but it wasn't -- we didn't have,

22  like, a media package, but we did do things on social

23  media, interviews.  Anytime we were out in public at --

24  doing voter registration drives or speaking to groups,

25  we discussed the -- the ID requirement, making sure they

Page 73

1          A.  I don't believe so.

2          Q.  To your knowledge, did your office receive any

3    request for accommodation regarding the requirement that

4    assisters take an oath before assisting a voter?

5          A.  No.

6          Q.  To your knowledge, did your office receive any

7    request for accommodation regarding any of the

8    procedures related to voting assistance for the

9    November 2022 General Election?

10               MS. LEBEL:  Object to form.

11          A.  I mean, I don't know if this would be relevant

12    to that, but, I mean, we will have sometimes a voter who

13    the poll workers let come to the front of the line if

14    they have some -- if they have the need, obviously, that

15    they're not able to stand in line.  If we have a voter

16    that comes in, we've had before, with, like, an oxygen

17    tank, obviously they're usually moved to the front or

18    they are moved to the front.

19               So we have those situations every election,

20    a couple.  But as far as someone calling me and asking

21    for that or something, no, those are handled generally

22    on-site.

23          Q.  (BY MS. HUNKER)  And to your knowledge, did

24    your office receive any requests for accommodation

25    regarding the cure process for ballots by mail?

Page 74

```
 1                    MS. LEBEL:  Object to form.

 2         A.  No.

 3         Q.  (BY MS. HUNKER)  How many full-time employees

 4    are in your office?

 5         A.  Currently, there's 17 besides myself.  So 18

 6    with me included.

 7         Q.  And how many do you hire before an election?

 8                    MS. LEBEL:  Object to form.

 9         A.  I apologize.

10                    Depends on the election.  As far as temps?

11    Is that what you mean?

12         Q.  (BY MS. HUNKER)  Yes.

13         A.  Okay.  On a small election, it may be 8 to 10.

14    On a large election, it -- it could be 25.

15         Q.  And how many temporary workers did your office

16    hire leading up to the November 2022 General Election?

17         A.  Sorry.  I'm thinking in my mind.  I believe 12.

18         Q.  Is that typical for a general mid-term

19    election?

20                    MS. LEBEL:  Object to form.  This is beyond

21    the scope of the deposition.

22         A.  I think -- I would say more, we would do around

23    10.  Maybe a couple more this time.

24         Q.  (BY MS. HUNKER)  Did your office receive any

25    communications from the Department of Justice regarding
```

Page 84

1    MS. HUNKER:  Same objection.

2    A.  Did we reject any applications for ballot by

3    mail?

4    Q.  (BY MR. STEWART)  For voters who, let's say,

5    voted by mail previously under the SB1 identification

6    number requirement?

7    A.  I don't know.  I have to tell you, I don't know

8    if that had occurred.

9    Q.  Thank you.

10    So I want to switch gears then.

11    I know you testified a little bit earlier

12    about voter education efforts during the November 2022

13    General Election as they relate to the ID number

14    requirement, correct?

15    A.  Yes.

16    Q.  And can you just remind me what voter education

17    efforts you engaged in, specifically around the ID

18    number requirements?

19    A.  Sure.

20    So we wouldn't go out specifically to talk

21    to groups about SB1, but if we were, like, at a rotary

22    group or anything like that, we would talk about -- one

23    of the things we do always talk about is legislative

24    changes if that's something that's happened recently.

25    And we did talk about the identifier and our -- you

Page 85

1   know, our little kind of campaign in "when it doubt,

2   fill both out."  And so we would go over that with any

3   group that we could.

4                   We -- we did as many interviews as we

5   could.  We did a lot of media, interviews on, again,

6   promoting the "fill both out," because you're not going

7   to remember, you know, what you -- what you may have

8   filled out prior.  We had a social media reminder where

9   we would put that up several times during the ballot by

10  mail phase, reminding voters to please fill both out.

11  And then we sent the insert with the applications in

12  both English and Spanish reminding voters to please fill

13  both out.

14       Q.  Were the -- let me take it one at a time.

15            Were there interviews in both English and

16  Spanish?

17       A.  Yes.

18       Q.  And was there social media posts in both

19  English and Spanish?

20       A.  I don't know for sure about the social media, I

21  have to be honest.  The interviews, yes, for sure.

22       Q.  Which social media networks did you use?

23       A.  We used Facebook, and I believe that's it for

24  that.

25       Q.  And is that under an official El Paso Election

1    A.  I remember a press release.  And that's --

2    that's what I remember.

3    Q.  (BY MR. STEWART)  Okay.  Did you receive any

4    feedback from voters regarding the voter education

5    efforts you undertook?

6    A.  Yes.  I mean, I know that they did appreciate

7    the insert, and we -- especially with the ballot, where

8    we would send the picture of what the envelope would

9    look like and highlight where they were supposed to

10   actually fill it in and send the screenshot.  I know

11   that people -- we did get positive feedback on that.

12   Q.  Did you hear from any voters who were

13   continuing to struggle with the ID number requirements

14   during the General Election?

15             MS. LEBEL:  Object to form.

16             MS. HUNKER:  Object to form.

17   A.  Yes, we did.

18   Q.  (BY MR. STEWART)  About how many?

19             MS. LEBEL:  Object to form.

20   A.  That's really tough to -- to give.  I didn't

21   keep -- I didn't keep track of that.  We would get some

22   calls, and I -- I don't know the number.

23   Q.  (BY MR. STEWART)  Was it primarily by phone?

24             MS. LEBEL:  Object to form.

25   A.  Primarily by phone.  We would -- we would get

Page 90

1   maybe something on an application, a little note like,

2   why do I have to fill this out, like, something like

3   that.  But mostly phone.

4        Q.  (BY MR. STEWART)  Was most of that feedback

5   regarding the ID requirement?

6             MS. LEBEL:  Object to form.

7             MS. HUNKER:  Objection.  Form.

8        A.  Was the feedback about the ID requirement

9   regarding the ID?

10       Q.  (BY MR. STEWART)  Yeah.  I guess that's -- let

11   me --

12       A.  Sorry.

13       Q.  -- strike that question and make -- make it

14   much clearer.

15            I guess I would say, what portion of the,

16   you know, overall feedback you received from voters

17   during the General Election period pertained to the ID

18   requirement?

19            MS. LEBEL:  Object to form.

20            MS. HUNKER:  Object to form.

21       A.  It's hard for me to really quantify that,

22   honestly.  Because, like I said, we really didn't

23   keep -- keep track of it in, like, how many calls we got

24   about the ID.  But we did still spend a lot of time

25   explaining ID -- ID requirements to -- to voters that

1    were on it to vote by mail.

2        Q.  (BY MR. STEWART)  Did you generate any topics

3    for future voter education based on what you were

4    hearing from voters?

5        A.  So generally we do a pretty robust media

6    package for presidential years 'cause we always have

7    something that comes up.

8            For example, in 2024 -- I'm sorry.  In

9    2020, we had the pandemic.  So in 2024, we will, again,

10   do a media package, and one of the components will be

11   the identifier.  We will really try to replace some of

12   that pandemic language with the -- the identifier, the

13   changes, and, frankly, any major changes that come out

14   of this legislative session.

15           So we -- we try to do that because we have

16   a lot of voters who do only vote every four years, and

17   we like to -- you know, we don't have an endless budget,

18   so we kind of put that all in -- what we can in the

19   presidential years.

20       Q.  I -- I believe you've already said, correct me

21   if I'm wrong, that at some point, your office began

22   advising voters to put both their driver's license or ID

23   number and their Social Security number on mail ballot

24   materials; is that correct?

25       A.  Correct.

Page 92

1    Q.  That did not begin during the General --

2    right -- that predated the General?

3    A.  That predated the General.

4    Q.  Why did you continue to give that advice?

5    A.  We had done that about -- we didn't do it

6    initially in March until we started to see these -- you

7    know, these rejection rates and these -- coming back, so

8    then we started to include it, I would say about,

9    halfway through the actual process in -- for the March

10   election.

11              So basically we just said, look, let's --

12   let's not wait for an application to be rejected, let's

13   just give them all this information at the very

14   beginning.  So we -- if somebody asked us for, you know,

15   an application, then with the application we would send

16   them that information.

17              Now, people can also get an application on

18   our website or they could get it from a party.  You

19   know, there might be other entities that send out the

20   application.  We can't control that they didn't have the

21   insert or any of that information in there, and so we

22   may still receive applications that were not -- that

23   didn't comply with that requirement.

24   Q.  Were there any ways besides the insert that you

25   transmitted that message to voters?

Page 93

1                MS. LEBEL:  Object to form.

2                MS. HUNKER:  Object to form.

3        A.  The social media, the -- you know, what we did

4    with interviews.  Anything we could, we would try to get

5    that information out.  But frankly, you know, the best

6    bang for the buck was with the application because they

7    were, we know, going to fill that out, and it was there

8    included in the packet.

9                MR. STEWART:  I want to use -- I think

10   we're on number 5?

11               THE REPORTER:  Yes.

12        Q.  (BY MR. STEWART)  And I don't want to rush you

13   reading it, but, in general, do you recognize this

14   document?

15        A.  Yes.

16        Q.  And what is this?

17        A.  This is our application for ballot by mail.

18        Q.  And your office uses the standard ABBM prepared

19   by the Secretary of State, correct?

20        A.  We do.

21        Q.  And you would agree that the portion that

22   implements the ID number requirement is below the

23   bold -- or the capital letters, rather, you must provide

24   one and then lower case of the following numbers?

25        A.  Yes.

Page 94

1     Q.  And then, if you look at the second paragraph

2  under there, so after the first set of blanks, it says:

3              "If you do not have a Texas driver's

4  license, Texas personal identification number, or a

5  Texas election identification certificate number, give

6  the last four digits of your Social Security number."

7              Did I read that right?

8     A.  Yes.

9     Q.  And so would you agree this language appears to

10  establish a hierarchy wherein you only give a driver's

11  license number or identification number, identification

12  certificate number if you do not have -- excuse me.

13  Strike that.

14              Would you agree this language appears to

15  establish a hierarchy wherein you only give the last

16  four of your Social Security number if you do not have a

17  Texas ID card number?

18              MS. LEBEL:  Object to form.

19              MS. HUNKER:  Object to form.

20     A.  Yes.

21     Q.  (BY MR. STEWART)  Was the insert meant to

22  address that?

23              MS. LEBEL:  Object to form.

24     A.  The insert was meant to address that, whether

25  you put social's last four or whether you put your

```
 1    driver's license.  Just because you put one on doesn't

 2    necessarily mean that's the one that we have on file.

 3                    And so we were seeing where people were

 4    putting one or the other, and it was very frustrating,

 5    I'm sure for them as well as for us, to say, look,

 6    that's not the one we have, that's not the one you

 7    registered with whenever you registered.  So it was just

 8    basically to -- to combat that with whether you just put

 9    the driver's license and we had the last sosh [sic],

10    just to fill both out.

11        Q.  (BY MR. STEWART)  Do you think this language

12    was misleading to voters?

13                    MS. LEBEL:  Object to form.

14                    MS. HUNKER:  Objection.  Form.

15        A.  I don't think it's written as well as it could

16    be, yes.

17                    I -- I will say if I could, one of the

18    other things we did in the questionnaire as before is we

19    would highlight that box.

20        Q.  (BY MR. STEWART)  Okay.

21        A.  So that they would be able to see that that is

22    what we're talking about with the insert.

23        Q.  Would that be on the ABBM?

24        A.  Yes.  So with --

25        Q.  I'm sorry.  Go ahead.
```

1     A.  I'm sorry.  So when they asked for a ballot by

2   mail request, we'd send them the request with the

3   insert, and we would highlight that box.

4     Q.  Did you highlight it on the carrier envelope as

5   well?

6     A.  Yes.

7     Q.  And are you describing hand highlighting with a

8   highlighter?

9     A.  So on this we would hand highlight.  On the

10   carrier envelope, we had a screenshot where on the

11   screenshot -- we didn't actually highlight the envelope,

12   we'd highlight the screenshot that would say this is

13   where it is on the carrier envelope.

14     Q.  Got it.  You can put that aside.

15          I'm quiet for a little bit.  I'm skipping

16   questions.

17     A.  No, no.  Take your time.

18     Q.  Did I understand right that you do plan media

19   spending for voter outreach in the future?

20     A.  Yes.

21     Q.  Do you know what your budget will be for that?

22          MS. LEBEL:  Object to form.

23     A.  In the past, I believe it's been around

24   $15,000.

25     Q.  (BY MR. STEWART)  Is -- who allocates that

1   money?

2       A.  Our county commissioner's court.

3       Q.  Okay.  Have you had any discussions about what

4   that number will look like in the future?

5               MS. LEBEL:  Objection.  This is going

6   beyond the scope of the notice topics and the parties'

7   stipulation.

8               MR. STEWART:  Okay.  I'll withdraw that

9   question.

10      Q.  (BY MR. STEWART)  I believe you already

11  answered questions from Ms. Hunker about how you

12  processed mail ballot materials during the General

13  Election, but I do just want to ask one follow-up about

14  that specific to the General Election.

15              During the General Election period, did

16  your office use the driver's license number or Social

17  Security number on mail ballot materials for any purpose

18  other than determining whether they could be accepted in

19  light of SB1?

20              MS. LEBEL:  Object to form.

21              MS. HUNKER:  Object to form.

22      A.  No.

23      Q.  (BY MR. STEWART)  Turning briefly to the cure

24  process.

25              So I know -- I want to make sure I have

1   timelines right.  I know you said that you used both

2   phone calls and returned mail in order to notify voters

3   of defects in mail ballot materials, right?

4       A.  Yes.

5       Q.  Did you call voters throughout the entire

6   General Election period when those materials were

7   received, or was there, let's say, a changeover point

8   where you went from mailing materials and return to

9   calling?

10              MS. LEBEL:  Object to form.

11              MS. HUNKER:  Object to form.

12      A.  We called if we had numbers up until I believe

13   about five days before the deadline, and then we just

14   put everything in the mail, anything that was defect

15   that we were receiving.

16              So if we called you, and you -- we gave

17   you -- we gave 24 hours to call us back.  If you didn't

18   call us within the next business day, then we just

19   mailed it back.

20              Most of the people we spoke to, 90 percent

21   said mail it back once we did get to them because they

22   didn't want to come in person.  That's why they wanted

23   to vote by mail.  So if we -- if you did tell us to hold

24   it, and that was a very small number, I believe, we

25   would.  If you told us to mail it back, we would.  And

1  if we didn't get an answer, then we would mail it back.

2      Q.  (BY MR. STEWART)  And you said at five days

3  before election day is when you began mailing everything

4  back?

5      A.  We just sent everything back.  We didn't think

6  we would get --  we didn't want to wait.

7      Q.  If you had a mail ballot that you had sent a

8  notice of need to cure and you did not hear back from

9  the voter, would you later send a notice that it had

10  been finally rejected to the voter?

11      A.  Yes.

12      Q.  What form did you provide that notice?

13      A.  There's a final rejection notice provided by

14  the Texas Secretary of State's Office, and we use their

15  form.

16      Q.  So, you know, we've discussed voter education

17  and your insert.  Is there anything we haven't discussed

18  so far that your office did to mitigate the risk that

19  eligible voters would have an ABBM rejected because of

20  an ID issue during the 2022 General Election?

21          MS. LEBEL:  Object to form.

22      A.  Not that I believe we haven't covered.

23      Q.  (BY MR. STEWART)  And I'll just ask the same

24  question with respect to carrier envelopes?

25          MS. LEBEL:  Same objection.

```
 1                    THE VIDEOGRAPHER:  Time is 1:10 p.m.  We're

 2      back on the record.

 3           Q.  (BY MR. STEWART)  So, Ms. Wise, I think last

 4      spring when you were deposed, you testified that

 5      implementing SB1 was somewhat resource intensive.

 6                    Do you recall that?

 7           A.  Yes.

 8           Q.  Did it remain resource intensive through the

 9      2020 General Election cycle?

10                    MS. LEBEL:  Object to form.

11                    MS. HUNKER:  Same objection.

12           A.  Yes.  We still -- I mean, we still had to

13      devote resources as far as people and space to make the

14      calls and handle the ballot by mail.

15           Q.  (BY MR. STEWART)  Were there people who were

16      devoted to implementing the ID requirement full-time?

17           A.  Not -- I don't believe that was all that she

18      was working on.  We did have one person who really

19      focused on the notification process, but she would also

20      be working on other applications that would be coming

21      through.

22           Q.  Got it.

23                    Looking across the additional resources

24      implementing SB1 took including that office time, your

25      voter education efforts, do you have a sense of how much
```

1    that cost your office during the November 2022 General

2    Election?

3                    MS. LEBEL:  Object to form.

4        A.  No.  I didn't -- you know, I didn't really keep

5    track of that.  I know that we did spend -- we do have a

6    person who now has joined the ballot by mail area in

7    anticipation of both -- just a higher number of ballot

8    by mail requests, and then also the follow-up work that

9    we are now doing on that.  But I don't know the exact --

10   I don't know an exact number.

11       Q.  (BY MR. STEWART)  And is your anticipation of a

12   higher number -- number of ballot by mail requests based

13   on your experience in the 2022 General Election?

14                   MS. LEBEL:  Object to form.

15                   MS. HUNKER:  Object to form.

16       A.  Excuse me.  Based on my experience in elections

17   that as we get -- the numbers are going up, and that as

18   we get closer to the presidential, the numbers will

19   continue to go up.

20       Q.  (BY MR. STEWART)  So is it right from your

21   response to say there's no specific budget for sort of

22   SB1 ID number implementation?

23       A.  Correct.

24       Q.  Did you receive any money from the Secretary of

25   State's Office for SB1 ID number implementation?

 1      A.  No.

 2      Q.  Would any money that is spent towards SB1 ID

 3  number implementation come from your general budget from

 4  the commissioner's court?

 5              MS. LEBEL:  Object to form.

 6              MS. HUNKER:  Could you specify?

 7              MS. LEBEL:  We're going beyond the scope of

 8  the notice topics.

 9      Q.  (BY MR. STEWART)  You can limit that to the

10  November 2022 General Election.

11      A.  Okay.  Could I have the question again, then,

12  please?

13      Q.  Sure.

14              MR. STEWART:  Could you read that back?

15  I'm sorry.  I want to make sure I ask it the same way.

16              (Court Reporter read back.)

17              MR. STEWART:  Sure.  So I'll just rephrase

18  it.

19      Q.  (BY MR. STEWART)  Would any money that you

20  spent toward implementing the SB1 identification number

21  requirement for the November 2022 General Election come

22  from your office's general budget allocated by the

23  commissioner's court?

24      A.  Yes.

25      Q.  If there had not been an ID number requirement

Page 104

1   from SB1, would you have spent that money differently

2   during the November 2022 General Election?

3                MS. LEBEL:  Object to form.

4                MS. HUNKER:  Objection.  Form.

5        A.  I would assume so, yes.

6        Q.  (BY MR. STEWART)  Were there any services you

7   didn't offer during the November 2022 General Election

8   but would have liked to because of the need to spend

9   resources on the SB1 identification number requirement?

10               MS. LEBEL:  Object to form.

11       A.  No.

12       Q.  (BY MR. STEWART)  I think you testified earlier

13  that during the November 2022 General Election, you

14  received mail ballot materials from voters who had not

15  provided a phone number or email address; is that

16  correct?

17       A.  Yes.

18       Q.  How did you contact those voters?

19       A.  They were sent the notice via mail.

20       Q.  Were there any voters who did provide a phone

21  number but didn't pick up?

22       A.  Yes.

23       Q.  And how did you ultimately contact those

24  voters?

25       A.  Via mail.

1    Q.  In the November 2022 General Election, were

2    there any voters in your county whose mail ballot

3    rejection notice was not mailed until it was too late to

4    cure their ID number issues?

5              MS. LEBEL:  Object to form.

6              MS. HUNKER:  Object to form.

7    A.  I don't know the number, but I'm -- I'm

8    assuming that there were just because we will always get

9    ballots that may come after the deadline.  And then once

10   they get the notice, they still would be able to come

11   in, I believe six days, but that -- I'm sure we did.  I

12   don't know the number.

13   Q.  (BY MR. STEWART)  When you say "the deadline"

14   in that answer, what deadline are you referring to?

15   A.  The deadline to cure.  So when -- when we -- as

16   far as the curing of the ballot, you have a deadline --

17   I can't remember the exact deadline -- after that to --

18   to turn in a cured ballot.

19   Q.  So in that response, were you referring to

20   voters who may have sent their mail ballot on time, but

21   then didn't receive their rejection until after the

22   deadline to cure?

23   A.  Yes.

24   Q.  And you may have answered this; do you know

25   approximately how many voters fall into that category --

1       Q.  (BY MR. STEWART)  Based on your experience in

2 the November 2022 General Election, do you believe the

3 number of eligible voters who had their ballots rejected

4 based on the ID number requirement will ever be zero?

5                MS. LEBEL:  Object to form.

6       A.  No.

7       Q.  (BY MR. STEWART)  And I believe you testified

8 previously that your office did not refer any voters to

9 any law enforcement, whether it be federal or state, for

10 potential fraud based on an ID mismatch or omission on

11 mail ballot materials; is that correct?

12                MS. LEBEL:  Object on the basis of

13 investigation privilege.

14       A.  Correct.

15       Q.  (BY MR. STEWART)  Leaving aside sort of whether

16 it was referred to law enforcement, are you aware of any

17 instances where fraudulent voting was identified during

18 the November 2022 General Election because of an ID

19 mismatch?

20                MS. LEBEL:  Object to form.

21                MS. HUNKER:  Object to form.

22       A.  No.

23       Q.  (BY MR. STEWART)  Are you aware of any

24 instances in El Paso County during the November 2022

25 General Election where an ID number omission identified

Page 110

1   an ineligible voter?

2              MS. LEBEL:  Object to form.

3              MS. HUNKER:  Object to form.

4        A.  No.

5        Q.  (BY MR. STEWART)  Are you aware of any

6    instances in El Paso County during the November 2022

7    General Election where an ID number omission identified

8    someone impersonating the voter named on the mail ballot

9    materials?

10             MS. LEBEL:  Object to form.

11       A.  No.

12       Q.  (BY MR. STEWART)  Are you aware of any

13   instances in El Paso County during the November 2022

14   General Election where an ID number mismatched as

15   opposed to omission identified for your office an

16   ineligible voter?

17             MS. LEBEL:  Same objection.

18       A.  No.

19       Q.  (BY MR. STEWART)  Are you aware of any instance

20   in El Paso County during the November 2022 General

21   Election where an ID number mismatch as opposed to

22   omission identified someone impersonating the voter

23   named on the mail ballot materials?

24             MS. LEBEL:  Same objection.

25       A.  No.

1   Q.  (BY MR. STEWART)  For the November 2022 General

2   Election, did employees in your office receive any

3   training or guidance on when to refer a voter for

4   potential voter fraud to law enforcement based on an

5   omission or mismatch of the ID number on mail ballot

6   materials?

7              MS. LEBEL:  Object to form.

8   A.  I don't believe they received any training.  I

9   mean, our office is -- is small enough as far as -- I

10  mean, our ballot by mail people I speak with all the

11  time.  They -- I believe they would have brought that to

12  my attention.

13  Q.  (BY MR. STEWART)  Was that something

14  individuals in your office were looking for?

15             MS. LEBEL:  Object to form.

16             MS. HUNKER:  Object to form.

17  A.  I don't think particularly.

18  Q.  (BY MR. STEWART)  And aside from the ID number

19  requirement -- and no need to get into details, just a

20  yes or no to protect the privilege -- did your office

21  make any referrals for other instances of potential

22  voter fraud besides the ID number requirement to law

23  enforcement during the November 2022 General Election?

24  A.  No.

25  Q.  Did your office receive any communications from

1  rejection rate for the November 2022 General compares to

2  El Paso County's?

3       A.  I believe it was 2.22 -- no, I'm sorry.  2 -- 2

4  something, 2 percent.

5       Q.  So was El Paso County's lower than the State's?

6       A.  A little bit, at 1.9.  I think that's -- if I

7  remember correctly.

8       Q.  Why do you think El Paso County's rejection

9  rate was lower than the statewide rejection rate?

10           MS. LEBEL:  Object to form.

11       A.  I mean, I can speculate.  I think we -- we did

12  a lot with those -- I think the inserts did go a long

13  way.  I think anything we could do to get the word out

14  there we did, with free media basically, which was just

15  a lot of interviews.  That's, again, just a speculation.

16       Q.  (BY MR. STEWART)  For the November 2022 General

17  Election, was El Paso County still an offline county for

18  TEAM purposes?

19       A.  Yes.

20       Q.  And was VOTEC still your vendor for offline

21  database?

22       A.  VOTEC is still our vendor, yes.

23       Q.  Were there any issues during the November 2022

24  General Election cycle communicating data between the

25  statewide TEAM database and the VOTEC offline database

1    for El Paso County?

2        A.  So that's kind of -- yes.  That's where we

3    would have to -- we would get these emails from the

4    Secretary of State's Office basically stating that the

5    import didn't include, you know, 5 -- 10 voters, I don't

6    remember the exact number on an email.  And so then we

7    would run our report in VOTEC, obviously they would not

8    have been included in that.  So then we would go in and

9    update that.

10       Q.  Did the Secretary of State's Office indicate

11   whether that was an issue on the TEAM side or the VOTEC

12   side?

13       A.  I don't believe they did.

14       Q.  Did your -- did the El Paso County Elections

15   Office conduct the investigation into the source of that

16   issue?

17       A.  I can't speak to that.  I don't know if we --

18   if we investigated much further after just updating our

19   records with it.

20       Q.  So is it fair to say now you just don't know

21   the root cause of that issue?

22       A.  Yes.

23       Q.  Is there information that's not captured in

24   TEAM that would have been helpful in administering the

25   November 2022 General Election as it pertains to mail

1      Q.  So when you say that the election was

2   successful, was that making any comment on, you know,

3   whether the mail ballots rejection rate was acceptable?

4              MS. HUNKER:  Object to form.

5              MS. LEBEL:  Object to form.

6      A.  I don't think so.  I think it's just, to me,

7   did we do the best we could with what we had?  And

8   that's, I guess, how I kind of looked at it.

9      Q.  (BY MR. STEWART)  And I think you also

10  testified earlier that you weren't aware of any voters

11  who were unable to vote because of SB1; is that right?

12     A.  Correct.

13     Q.  That doesn't include voters having their mail

14  ballots rejected because of the identification number

15  requirement, correct?

16     A.  Correct.

17     Q.  How did you understand -- so, let me strike

18  that.

19              What did you include in not able to vote

20  then when you were asked that question?

21     A.  I'm sorry?

22     Q.  Sure.

23              When counsel asked you, you know, were any

24  voters unable to vote, how did you determine whether

25  someone was unable to vote?

1    A.  If there was nothing on there, just that it's

2    missing the identifier.

3    Q.  If I use the term "the County," will you

4    understand that to be El Paso County?

5    A.  Yes.

6    Q.  Thank you.

7    You testified earlier today that in the

8    November 2022 General Election, that your office

9    received 10,380 ABBMs; is that correct?

10   A.  Yes.

11   Q.  Does that number, 10,380, include annual ballot

12   by mail requests?

13   A.  Yes.

14   Q.  If you received an annual ballot by mail

15   request, let's say early in 2022, January let's say, and

16   you issued that voter a mail ballot for the spring 2022

17   primary, would it be fair to say that any potential

18   issues with providing an ID number would have been

19   resolved at that point, before the November 2022 mail

20   ballot was sent to that voter?

21   MS. LEBEL:  I'll object to form here on the

22   basis of scope.

23   A.  Yes.

24   Q.  (BY MS. PERALES)  So of the 10,380 applications

25   for ballot by mail that you talked about receiving for

1    the November 2022 General Election, essentially some of

2    those applications for ballot by mail had already passed

3    through the process of having the ID of the voter

4    verified?

5         A.  Correct.

6         Q.  With respect to an annual ballot by mail

7    application, if you had verified the voter's ID number

8    earlier in the year, would it be fair to say that you

9    would then not attempt to verify the voter's ID number a

10   second time for the November general?

11             MS. LEBEL:  Object to form.

12             MS. HUNKER:  Objection.  Form.

13        A.  By verified you mean -- I mean, you still have

14   to put it on the ballot when it was returned.

15        Q.  (BY MS. PERALES)  Yes.  But when you decide to

16   send that mail ballot to the voter, and you have an

17   annual ballot by mail application that you've already

18   approved earlier in the year, would it be fair to say

19   that you don't undergo a process once again of

20   attempting to verify the ID number on that annual ballot

21   by mail application?

22        A.  Correct.

23        Q.  In visualizing how we're going to try this case

24   in court, I think about the amount of paper that your

25   office deals with not just because there's a lot of

1    voters, but because there's even a lot of paper possibly

2    for a single voter.  So that's why I'm going to ask this

3    question.

4                 Exhibit 5, which is the application for

5    ballot by mail, I believe you testified earlier that

6    sometimes voters call your office to request an

7    application for ballot by mail and you send it to them;

8    is that right?

9         A.  Yes.

10        Q.  And if we're looking at Exhibit 5, would it be

11   fair to say then that you would fold Exhibit 5 and put

12   it in an envelope and send it to the voter?

13        A.  If it's got this print on the back, no.  We

14   would send it like this.

15        Q.  But isn't it addressed to the early voting

16   clerk?

17        A.  Oh, I'm sorry.  Yes, I'm sorry, we would.

18        Q.  Okay.  So in addition to the application by

19   mail that we're looking at, Exhibit 5, have you

20   testified that you would also put in the envelope for

21   the voter an insert advising them about the ID number

22   requirements?

23        A.  Yes.

24        Q.  So that's two pieces of paper in the envelope.

25   Does anything else go in the envelope?

1    A.  We also include the voter registration

2 application now.

3    Q.  With the request for application --

4    A.  With the request, yes.

5    Q.  Even though there hasn't been a problem yet

6 with the ID number?

7    A.  Yes.  We learned that it was easier to do that

8 than to send it a second or third time, and it's been

9 effective for us.

10    Q.  So would it be fair to say then that if a voter

11 calls your office and requests an application for ballot

12 by mail, you're going to send them an envelope, and it's

13 going to have three pieces of paper in it, the

14 application for ballot by mail itself, which we see as

15 Exhibit 5, the insert with the information, and a voter

16 registration application?

17         MS. LEBEL:  Object to form.

18    A.  Yes.

19    Q.  (BY MS. PERALES)  Does this Exhibit 5

20 application for ballot by mail, do you also have a stack

21 of these in your office that somebody -- a member of the

22 public could come and pick up and just leave with it?

23    A.  No.

24    Q.  Okay.  Do you know whether the application for

25 ballot by mail is something someone could download off

1    the computer and print out and then mail to you?

2         A.  They can.

3         Q.  If somebody returns to you a completed

4    application for ballot by mail just by itself, I believe

5    as you've indicated earlier, they could fold it in half

6    and put a stamp on it and send it right back to you?

7         A.  Yes.

8         Q.  If the voter returns the application for ballot

9    by mail and the voter registration form, those would

10   have to go together to you; is that right?

11        A.  The voter registration is a standalone form as

12   well.  It can -- it can fold and come in.

13             So it's easier if they're returned together

14   so that we could update it if we needed to.  But if

15   they're mailed in around the same time, then we still

16   catch that, generally.

17        Q.  And so if you received from a voter an

18   application for ballot by mail and a completed voter

19   registration form, would you then update that voter's

20   registration record and then process the ABBM?

21             MS. LEBEL:  Object to form.

22        A.  Yes.  It's basically happening in conjunction

23   if we have both documents.  So you would go into the

24   VOTEC system, you would look at the registration, update

25   it with whatever information is on the registration that

1   you need to update, and then we still would process that

2   ballot by mail application.  We have the same people who

3   would do that.

4        Q.  (BY MS. PERALES)  So one person might be

5   sitting at their desk and they would enter the

6   information into VOTEC from the voter registration form

7   and then go ahead and process the application for ballot

8   by mail?

9        A.  Yes.

10       Q.  Okay.  Let's say that you received an

11   application for ballot by mail just by itself, without a

12   voter registration form, and you are unable to match the

13   ID number.  For example, the voter provided the last

14   four of the Social, and you only have a driver's license

15   number in that voter's record.  When you send the voter

16   the notice of defect, what else goes in the envelope?

17                  MS. LEBEL:  Object to form.

18       A.  Voter registration application.  I don't

19   remember if the insert would go into the second time.  I

20   have to be honest, I don't remember if we would send

21   that.

22       Q.  (BY MS. PERALES)  Do you also send them a fresh

23   new application --

24       A.  A fresh new application.

25       Q.  Okay.  So definitely in the envelope is going

1    to be the notice of defect, the new blank application

2    for ballot by mail, and a voter registration form?

3         A.   Yes.

4         Q.   Okay.  In the hypothetical that I'm giving you

5    with the voter who gave you the last four of the Social,

6    but you only have the driver's license so you can't

7    match the ID, let's say that voter only sent back to you

8    a new application for ballot by mail, this time included

9    both a driver's license number and the last four of the

10   Social.  It would be correct to say that you would then

11   be able to match the ID number and process the mail

12   ballot, correct?

13                  MS. LEBEL:  Object to form.

14        A.   Yes.  So we would process the application, and

15   we would also add that other identifier on to their

16   record, so that now they have both in the system.

17        Q.   (BY MS. PERALES)  So I'm curious about what you

18   just mentioned.

19                  Are you saying then that when you get a new

20   ID number from a voter as part of this cure process for

21   a ABBM, that you go ahead and go into the voter's

22   registration record and add that new information?

23        A.   Yes.

24        Q.   Do you also do that with mail ballots when the

25   voter cures the ID number on the mail ballot?

Page 133

1      A.  No.

2      Q.  It has to come back to you in the mail; is that

3  right?

4              MS. HUNKER:  Objection.  Form.

5      A.  It could be also dropped off in person, like an

6  application.  You could drop off the application or the

7  ballot for yourself, according to law.

8      Q.  (BY MS. PERALES)  With respect to the -- with

9  respect to the packet that you send a voter who has

10  successfully completed the application for a ballot by

11  mail, I've heard it described in other counties as a

12  mail ballot packet because it has a number of documents

13  inside of it.

14              Would it be fair to call it a packet that

15  the voter receives?

16              MS. LEBEL:  Object to form.

17      A.  Yes.

18      Q.  (BY MS. PERALES)  Do you know what is inside

19  the packet?

20      A.  You're going -- okay.  You're gonna have the

21  ballot, you're going to have ballot instructions, you're

22  gonna have the cure envelope.  We would put in an insert

23  that had the screenshot of where to put the identifier

24  on the ballot.

25      Q.  Privacy envelope?

Page 134

1      A.  Privacy envelope, yes.

2      Q.  Okay.

3      A.  Thank you, security envelope, yes.  Privacy,

4   which is the same one.

5           And there may be other information just

6   depending on -- like, let's say for an example we had a

7   corrected ballot, so we sent the notice that this was

8   the corrected ballot.  So there may be other

9   requirements by law, but those, I believe, are the main

10  components.

11     Q.  And I think by answering that question, you

12  answered the question I wrote down during your testimony

13  earlier.

14          You had mentioned a highlighted screenshot

15  of the carrier envelope.  And that is what you're

16  describing now is the insert; is that correct?

17     A.  Yes.

18     Q.  Okay.  I can't find the interrogatory that I

19  wanted to point you to, so let me know if you understand

20  my question:

21              Is there a difference with respect to

22  receiving carrier envelopes between receiving the

23  envelope and accepting it?

24              MS. LEBEL:  Object to form.

25              MS. HUNKER:  Object to form.

Page 135

1      A.  Yes.

2      Q.  (BY MS. PERALES)  Tell me the difference

3   between those words.

4      A.  Receiving the carrier envelope would be that it

5   shows up in our office.  Accepting the carrier envelope

6   would be that it's -- it goes to the signature

7   verification board in the early voting ballot board and

8   that it's processed there and accepted.

9      Q.  What does your office do after receiving a

10   carrier envelope to decide whether to accept the

11   envelope?

12      A.  We will look at the strip now that we have on

13   those envelopes.  That's the first thing we'll do to

14   make sure that it is, in fact, signed and identified,

15   and then, you know, there's kind of a decision tree from

16   there.  If it is, then it will go into the -- the case

17   that will go to the ballot boards when we go.  And if

18   not, then it goes through the notice of defect process.

19      Q.  Okay.  Thank you.

20          MS. PERALES:  I'd like to mark Deposition

21   Exhibit No. 6.

22          And hopefully there'll be an additional one

23   that can make its way to Ms. Hunker.

24          (Exhibit 6 marked.)

25      Q.  (BY MS. PERALES)  Ms. Wise, you have a document

Page 136

1    that has been marked Deposition Exhibit No. 6.

2                 And I believe the date in the bottom

3    left-hand corner might be a little tricky because it

4    might be the date we printed --

5         A.  It is.

6         Q.  -- this document.

7         A.  Yes.  That is how the -- they work on our

8    website, yes.  I know that.

9         Q.  And you'll notice on the front page it says

10   August 2022; do you see that there?

11        A.  I do.

12        Q.  Do you recognize this document?

13        A.  Yes.

14        Q.  I'm going to just ask you a few questions about

15   it.  Would you turn to page number 19 for me?

16                 And this page is titled, quote, "Early

17   Voting Clerk Notification of Defects," unquote.

18                 Do you see that there?

19        A.  Yes.

20        Q.  So would it be fair to say that on this slide,

21   the Texas Secretary of State is advising early voting

22   clerks that there are three ways that the early voting

23   clerk can get the mail ballot or the carrier envelope

24   back to the voter for correction?

25                 MS. LEBEL:  Object to form.

```
 1                    MS. HUNKER:  Object to form.
 2        Q.  (BY MS. PERALES)  So, for example, do you see
 3   there, "The early voting clerk may deliver the carrier
 4   envelope in person"?
 5        A.  Yes.
 6        Q.  So that would be one way to get the carrier
 7   envelope back to the voter, would be to deliver it in
 8   person?
 9                    MS. LEBEL:  Object to form.
10        A.  Yes.
11        Q.  (BY MS. PERALES)  And then another way would be
12   to mail the carrier envelope back to the voter so the
13   voter may correct the defect, correct?
14                    MS. LEBEL:  Object to form.
15        A.  Yes.
16        Q.  (BY MS. PERALES)  And then finally, the early
17   voting clerk can notify the voter of the defect by phone
18   and ask the voter to come to the early voting clerk's
19   office to correct the defect?
20                    MS. LEBEL:  Object to form.
21        A.  Yes.
22        Q.  (BY MS. PERALES)  Okay.  I believe you
23   testified earlier that voters who vote by mail could
24   experience challenges coming into your office in person;
25   correct?
```

Page 138

1          MS. LEBEL:  Object to form.

2     A.  Sure, yes.

3     Q.  (BY MS. PERALES)  Would it be fair to say that

4  somebody who votes from home because they have a

5  physical disability that affects their mobility might

6  have some difficulty getting to your office to correct

7  the mail ballot carrier envelope?

8     A.  Yes.

9     Q.  Would it also be fair to say that if a voter is

10  over 65, they could also have some kind of mobility

11  challenges that would make it difficult for them to

12  physically get to your office?

13          MS. LEBEL:  Object to form.

14     A.  Yes.

15     Q.  (BY MS. PERALES)  Okay.  And I believe you

16  testified earlier that your office does not personally

17  deliver carrier envelopes to voters at their address; is

18  that right?

19     A.  Correct.

20     Q.  Is there a reason that you don't do that?

21     A.  The sheer number of applications that we have

22  and -- I mean, that's one reason.  We -- we don't -- we

23  have, like, two county vehicles.  I mean, we don't even

24  have cars for our staff to do county work in, as already

25  we don't.  And, frankly, I think there's a safety issue

1   with that; I don't encourage our staff to go out to the

2   voters' homes for any reason.

3        Q.  Okay.  So then would you agree with me that

4   when we're looking at slide 19 in this presentation,

5   that perhaps the most feasible approach would be to

6   simply mail the carrier envelope back to the voter so

7   the voter may correct the defect?

8                MS. LEBEL:  Object to form.

9                MS. HUNKER:  Objection.  Form.

10       A.  Yes.

11       Q.  (BY MS. PERALES)  Do you recall for the

12  November 2020 General Election if any voters came

13  personally to your office to correct the defect for the

14  ID number?

15       A.  I believe, eight.

16       Q.  And there's also another possibly, which is

17  that the voter could cancel the mail ballot and vote in

18  person; is that correct?

19       A.  Yes.

20       Q.  But would you agree with me that if somebody

21  had physical mobility challenges as a result of

22  disability or advanced age, voting in person is -- also

23  could present challenges?

24                MS. LEBEL:  Object to form.

25                MS. HUNKER:  Objection.  Form.

```
 1        A.  Yes.
 2        Q.  (BY MS. PERALES)  Would it be fair to say that
 3   with your 17 employees, you run a very large election
 4   administration operation compared to other counties in
 5   the state?
 6              MS. LEBEL:  Object to form.
 7              MS. HUNKER:  Objection.  Form.
 8        A.  Compared to most, yes.  Although there are
 9   obviously, I think, seven or eight larger than us.
10        Q.  (BY MS. PERALES)  And I believe in the
11   deposition of Bexar County, Ms. Callanan referred to the
12   offline counties as the big boys.
13        A.  Yes.
14        Q.  And El Paso is one of the big boys, yes?
15        A.  I would say big girls, but yes.
16        Q.  There we go.
17             Would it be fair to say then that you are
18   not personally aware of every instance in which a voter
19   might decide that, for example, going through this
20   process of curing the ID number is simply more than they
21   can handle, and they choose not to vote?
22              MS. LEBEL:  Object to form.
23              MS. HUNKER:  Object to form.
24        A.  Correct.
25        Q.  (BY MS. PERALES)  Would it also be fair to say
```

1  November 2020 election, whether any voters, upon hearing

2  word of that from a friend or neighbor, decided that

3  they didn't want to go and vote?

4          MS. LEBEL:  Object to form.

5          MS. HUNKER:  Objection.  Form.

6      A.  Unless they contacted our office and told us

7  that, no.

8      Q.  (BY MS. PERALES)  Would it be correct to say

9  that during the November 8th, 2022 General Election,

10  that you're not aware of any occasion in which a poll

11  watcher identified an irregularity in the polling place

12  and you were then able to correct that irregularity?

13          MS. LEBEL:  Object to form.

14      A.  Correct.

15      Q.  (BY MS. PERALES)  Before I move fully into poll

16  watchers, I have just a few documents that I'm hoping

17  you can identify for me.

18          MS. PERALES:  I'd like to mark this

19  Deposition Exhibit No. 7.

20          (Exhibit 7 marked.)

21      Q.  (BY MS. PERALES)  Ms. Wise, are you able to

22  identify Deposition Exhibit No. 7?

23      A.  Yes.

24      Q.  Can you tell me generally what this document

25  is?

Page 143

```
 1       A.  It's the cured ballot report where we're able
 2  to see which ballots we had previously not known of,
 3  kind of a pending -- they had been pending, and then
 4  whether or not they were ultimately cured.
 5       Q.  Were these carrier envelopes that were received
 6  by your office, but weren't accepted for some reason or
 7  another, and then you returned them to the voter or had
 8  the voter come in and fix the problem?
 9                  MS. LEBEL:  Object to form.
10       A.  Yes.
11       Q.  (BY MS. PERALES)  Okay.  Can you tell me
12  what some of the phrases mean that I'm going to read to
13  you in the chart.
14                  The first being E2 E-V-C, A-S-S-T,
15  I-N-C-O-M-P, Re-sent to VTR.  And honestly, I'm hoping
16  VTR is voter --
17       A.  Yes.
18       Q.  -- and beyond that, I'm a little bit lost.
19       A.  I believe -- and that's what -- that's what I'm
20  not a hundred percent sure on.  But I believe that is
21  the assister oath incomplete resent to voter.
22       Q.  Okay.  And that would be on the carrier
23  envelope?
24       A.  Yes.
25       Q.  All right.  E3, do you know what that one is?
```

1    A.   That was incomplete Social Security number or

2  Texas driver's license, resent to voter.

3    Q.   And then E5?

4    A.   Carrier envelope not signed.

5    Q.   E7?

6    A.   E7 is the same -- the same reason as E3, but E7

7  were the people that when we contacted said, hold the

8  ballot for me, and I'll come in and cure.   So that was

9  one where curer was available in person.

10    Q.   And then finally NS?

11    A.   No signature or mark.

12    Q.   Is there a difference between E5 and NS?

13    A.   I don't -- I -- I honestly -- I don't think so.

14  I would have to check on that.   It seems like that would

15  be the same -- the same category, both of those, but I

16  don't know for sure what the no signature or mark on.   I

17  know the EVC is the carrier envelope, but I don't know

18  for sure the NS, no signature remark.

19              MS. PERALES:   I'd like to mark this

20  Deposition Exhibit No. 8.

21    Q.   (BY MS. PERALES)   Can you tell me what this

22  document is?

23              (Exhibit 8 marked.)

24    A.   This is the report regarding number of voters

25  with no Social Security or driver's license and their

Page 146

```
 1        A.  I believe so.

 2        Q.  Was it subsequent to the March 2022 primary?

 3        A.  Yes.

 4        Q.  Thank you.

 5                    MS. PERALES:  I'd like to mark this

 6   Deposition Exhibit No. 9.

 7                    (Exhibit 9 marked.)

 8        Q.  (BY MS. PERALES)  Do you recognize this

 9   document, Ms. Wise?

10        A.  I'm sorry.  I'm waiting for her to sticker it.

11        Q.  Oh, sorry.  No, you must know what it is

12   without looking at it.

13        A.  Yes.

14        Q.  My first question is:  Is this a screenshot?

15        A.  Yes.

16        Q.  And is it from your computer system at your

17   office?

18        A.  Yes.

19        Q.  And would it be fair to say that this relates

20   to applications for ballot by mail?

21        A.  Yes.

22        Q.  And is it a series of codes associated with

23   defects in applications for ballot by mail?

24        A.  Yes.

25        Q.  Okay.  I'm curious, if you look on the
```

1    left-hand column, it says "Code" and then the first code

2    under there is AG; do you see that there?

3        A.  Yes.

4        Q.  And if you go down to the 1, 2, 3, 4, 5, you'll

5    see there's a series of codes either IS or ISA; do you

6    see those?

7        A.  Yes.

8        Q.  Are those codes that your office uses to track

9    ABBMs that are -- that have a defect with respect to the

10   ID number?

11                MS. LEBEL:  Object to form.

12       A.  Yes.  I believe so, yes.

13       Q.  (BY MS. PERALES)  Do you know if there's -- do

14   you know what the 6-3 at the end of those descriptions

15   means?

16       A.  I don't off the top of my head.

17       Q.  Do you know if of these four codes, the

18   incorrect, and then the missing, and then final

19   incorrect, and then final missing, do you -- are you

20   able to explain the difference between those first two

21   codes and the second two codes?

22                MS. LEBEL:  Object to form.

23       A.  I -- I believe that this is a -- the final

24   notice of rejection.  If I -- again, that's a guess.  I

25   don't know.  I know we have the incorrect and missing,

1    but I'm not sure which of those codes we use on that.

2        Q.  (BY MS. PERALES)  So looking at these, it looks

3    like these codes are different from the code NS, no

4    signature.  Do you see that there?  It's much lower

5    down, but it says no signature --

6        A.  Yes.  I see it, yes.

7        Q.  So I'm wondering, in response to some of your

8    earlier testimony, that ID number defect might be

9    reported along with missing signature information,

10   whether it's possible to pull out data on ID number

11   defects that is separate from your data on missing

12   signatures?

13       A.  Based on this, I would say yes.  I'd have to

14   double-check.

15       Q.  Okay.  Thank you.

16            MS. PERALES:  Let's mark this No. 10.

17            (Exhibit 10 marked.)

18       Q.  (BY MS. PERALES)  Ms. Wise, do you recognize

19   this document?

20       A.  Yes.

21       Q.  Can you describe it for me?

22       A.  I believe this is the list of ballot by mail

23   ballots -- a list of ballot by mail ballots returned for

24   the November election.

25       Q.  Do you know if this list is specific to people

1      Q.   (BY MS. PERALES)   Do you know if you have any

2   voters in that situation?

3                MS. LEBEL:   Object to form.   And I want to

4   make sure that we're still confined to November 2022.

5      Q.   (BY MS. PERALES)   So with respect to the

6   November 2022 Election, did it come to your attention at

7   all whether there were voters who were having to deal

8   with ID defect issues for a second time?

9      A.   Not that I recall.

10      Q.   Let me ask you -- I have a couple of questions

11   for you about poll watchers.

12                MS. PERALES:   If we can mark this as

13   Exhibit 11, please.

14                (Exhibit 11 marked.)

15      A.   I remember now, RM.

16      Q.   (BY MS. PERALES) Oh, you do?

17      A.   It's regular mail.

18      Q.   So Y65 is voter over age 65.   So RM means

19   regular mail.   I'm not sure -- how does that -- how does

20   that fit into the --

21                MS. LEBEL:   Object to form.

22      A.   It would be a regular mail-in ballot, not the

23   over -- not the annual.   It was in my head.   I couldn't

24   think of it.

25      Q.   (BY MS. PERALES)   Let me know if you have

Page 151

```
 1   Exhibit Number 11 in front of you.  Do you have it now?

 2       A.  I do.

 3       Q.  Who is Melissa Rosales?

 4       A.  She is one of my full-time staff members, and

 5   she is our information and resources coordinator.  She

 6   oversees polling sites, poll workers, poll worker

 7   training.

 8           MS. HUNKER:  Can I have a copy of that

 9   exhibit?

10       A.  I'm sorry.  No wonder I had -- thank you.

11   Sorry.

12       Q.  (BY MS. PERALES)  Is Exhibit 11 an email from

13   Melissa Rosales to you on Thursday, November 10th, 2022?

14       A.  Yes.

15       Q.  And then is the subject line, quote, "Early

16   voting, Officer David Ortiz, poll watcher report,"

17   unquote?

18       A.  Yes.

19       Q.  And Officer David Ortiz is a -- the name of a

20   polling location; is that right?

21       A.  Correct.

22       Q.  And where it says date "10-25-2022," would that

23   be during the early voting of the November General

24   Election?

25       A.  Yes.
```

Page 163

1        A.   I don't know that.

2             MS. PERALES:   Let's mark this as 13.

3             (Exhibit 13 marked.)

4        Q.  (BY MS. PERALES)   Do you have the exhibit in

5   front of you now?

6        A.   Yes.

7        Q.   Now, do you see on the top left that this form

8   was promulgated or prescribed by the Secretary of State

9   in July of 2022?

10       A.   Yes.

11       Q.   And then, do you see the big words "Oath of

12  Assistance" in all caps?

13       A.   Yes.

14       Q.   Easiest question of the day.

15            Now, I wanted to ask you some questions

16  about the oath itself, which begins, quote, " I swear or

17  affirm"; do you see that there?

18       A.   Yes.

19       Q.   Would you agree with me that the oath of

20  assistance still requires the assister to swear or

21  affirm under penalty of perjury?

22       A.   Yes.

23       Q.   Would you agree with me that the assister is

24  required to swear or affirm that the voter they are

25  assisting represented to them that they are eligible to

1    receive assistance?

2         A.   Yes.

3         Q.   And then on the second line of the oath, would

4    you agree with me that the assister also has to swear or

5    affirm that they did not pressure or coerce the voter

6    into choosing them to provide assistance?

7         A.   Yes.

8         Q.   Are you familiar with the provision in SB1 that

9    requires an individual who brings seven or more persons

10   for curbside voting to fill out a special form?

11        A.   Yes.

12        Q.   Do you know for the November 2022 General

13   Election in 2022 whether any of those forms were

14   completed in El Paso County?

15        A.   We did not have anyone sign for the seven or

16   more curbside.

17        Q.   When you do -- you mentioned earlier in your

18   deposition today that your office does voter

19   registration drives, for example, at naturalization

20   ceremonies.  Do you recall that?

21        A.   Yes.

22        Q.   Do you advise the people that your office helps

23   register to vote, to provide both the driver's license

24   and the last four of the Social on the registration

25   form?

```
 1              Do you-all -- you also -- your office also
 2   receives calls, though, during a -- the November
 3   mid-term election, correct, in 2022?
 4        A.  Yes.
 5        Q.  And that includes -- those phone calls include
 6   questions that voters have about the voting process; is
 7   that correct?
 8        A.  Correct.
 9        Q.  And do they often inform you of problems that
10   they encounter while voting?
11        A.  The call center is manned, but depending on the
12   size of the election, you know, could be five people, it
13   could be -- on election day, on a big election day,
14   we'll have 30 people taking calls.
15              And how that works is, as far as informing
16   me, if they've had an issue with voting, yes.  If it's
17   something that's a quick question and that could be
18   handled by someone on the phone bank, am I registered,
19   where can I vote, it would not be brought to my
20   attention.  If they call the call center and there is an
21   issue, they fill out a Goggle form, and I would see
22   that.
23        Q.  Okay.  So you don't know about every problem
24   voters encountered during the November 2022 General
25   Election, correct?
```

1        A.  Correct.

2                MS. LEBEL:  Object to form.

3        A.  Correct.

4        Q.  (BY MS. HUNKER)  Is it fair to say that you

5   would hear about persistent or prevalent problems that

6   voters encountered during the November 2022 General

7   Election?

8                MS. LEBEL:  Object to form.

9        A.  As long as they report it to our office in some

10  way.

11       Q.  (BY MS. HUNKER)  Did any voter contact your

12  office, to your knowledge, about being unable to obtain

13  assistance voting at their home or residence?

14               MS. LEBEL:  Object to form.

15       A.  No.

16       Q.  (BY MS. HUNKER)  Did any voter contact your

17  office during the November 2022 General Election about

18  being unable to obtain assistance at a polling location?

19               MS. LEBEL:  Object to form.

20       A.  Not that I know of, no.

21       Q.  (BY MS. HUNKER)  Did any voter contact your

22  office, to your knowledge, during the November 2022

23  General Election about concerns over the oath that

24  assisters must take before assisting the voter?

25       A.  I don't believe so.

Page 180

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE WESTERN DISTRICT OF TEXAS

 3                       SAN ANTONIO DIVISION

 4    LA UNION DEL PUEBLO          )
      ENTERO, et al.,              )
 5                                 )
                    Plaintiffs,    )
 6                                 ) CIVIL ACTION
      vs.                          )
 7                                 ) NO.: 5:21-cv-844-XR
                                   )
 8    GREGORY W. ABBOTT, et al.,   )
                                   )
 9                  Defendants.    )
                                   )
10

11                    REPORTER'S CERTIFICATION

12             ORAL AND VIDEOTAPED DEPOSITION OF

13                          LISA WISE

14                       APRIL 18, 2023

15

16             I, Angelina Ontiveros, Stenographic Reporter

17    and Notary Public in and for the State of Texas, hereby

18    certify to the following:

19             That the witness, LISA WISE, was duly sworn by

20    the officer and that the transcript of the oral

21    deposition is a true record of the testimony given by

22    the witness;

23             That the original deposition transcript was

24    delivered to defendant;

25             That a copy of this certificate was served on
```

Page 181

1   all parties and/or the witness shown herein on

2   _____.

3            That the amount of time used by each party at

4   the deposition is as follows:

5            Ms. Caroline A. Lebel  : 0 hour(s), 0minute(s)

6            Ms. Kathleen T. Hunker: 3 hour(s), 2 minute(s)

7            Mr. Michael Stewart: 1 hour(s), 33 minute(s)

8            Ms. Ms. Nina Perales: 1 hour(s), 29 minute(s)

9            That pursuant to information given to the

10  deposition officer at the time said testimony was taken,

11  the following includes counsel for all parties of

12  record:

13  For the Plaintiff(s):

14            Ms. Caroline A. Lebel
              Cooley LLP
15            1144 15th Street, Suite 2300
              Denver, Colorado 80202-2686
16            Clebel@cooley.com

17  For the Defendant(s):

18            Ms. Kathleen T. Hunker
              Office of the Attorney General
19            P.O. Box 12548
              Austin, Texas 78711-2548
20            Kathleen.hunker@oag.texas.gov

21            I further certify that pursuant to FRCP Rule

22  30(f)(1) that the signature of the deponent was

23  requested by the deponent or a party before the

24  completion of the deposition and that the signature is

25  to be before any notary public and returned within 30

Page 182

1   days from date of receipt of the transcript.   If

2   returned, the attached Changes and Signature page

3   contains any changes and the reasons therefore.

4          I further certify that I am neither counsel

5   for, related to, nor employed by any of the parties or

6   attorneys in the action in which this proceeding was

7   taken, and further that I am not financially or

8   otherwise interested in the outcome of the action.

9          Certified to by me this 11th of May 2023.

10

11

12                    _____

                      Angelina Ontiveros
13                    Stenographic Reporter & Notary
                      Notary Public: 13413024-2
14                    Expires 01/06/2027
                      Firm No.  633
15

16

17

18

19

20

21

22

23

24

25

Lisa Wise

April 18, 2023
Page 178

```
1                  CHANGES AND SIGNATURE
2    WITNESS NAME: LISA WISE      DATE: APRIL 18, 2023
3    PAGE LINE        CHANGE            REASON
4    See attached amendment sheets.
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```



Lisa Wise

April 18, 2023
Page 179

1        I, LISA WISE, have read the foregoing

2   deposition and hereby affix my signature that same is

3   true and correct, except as noted above.

4

5   _____

6       LISA WISE

7

8

9        Before me, _Lisa Wise_____, on

10  this day personally appeared LISA WISE, known to me or

11  proved to me under oath or through

12  _Texas Drivers License_ (description of identity

13  card or other document) to be the person whose name is

14  subscribed to the foregoing instrument and acknowledged

15  to me that they executed the same for the purposes and

16  consideration therein expressed.

17       Given under my hand and seal of office this

18  _15th_ day of _June 2023_, _____.

19                    SEAL:

20  Melissa Soto
    NOTARY PUBLIC
    ID# 13077185-0
    In and for the State of Texas
21  My commission expires
    08-10-2024

22

23  _____
    NOTARY PUBLIC IN AND FOR
24  THE STATE OF _Texas_
    COMMISSION EXPIRES: _8-10-2024_

25  _____No Change Made    _____Amendment Sheet(s) Attached



## DEPOSITION TRANSCRIPT AMENDMENT SHEET

**DEPONENT:**              Lisa Wise
**CASE NAME:**             La Union del Pueblo Entero. et. al. v. Gregory W. Abbott.
**CASE NUMBER:**           5-21-CV-00844-XR
**DEPOSITION DATE:**       **April 18, 2023**

| Pg:Ln | Change | Reason |
|---|---|---|
| 11:4 | Replace <election> with <deposition> | Transcription error |
| 12:16-19 | Replace <we had a process for petition verification, which we had not done since I began this deposition.  And so we were overseeing that process> with <we have now developed a process for petition verification, which is new since my prior deposition.  And so we now oversee that process> | Transcription error/clarification |
| 12:21-22 | Replace <we've done that we haven't done since I started> with <we do that we didn't when I was last deposed in this case> | Clarification |
| 15:24-25 | Change <where we were getting places that we thought were short in the county that were underserved> to <where we thought the county was underserved> | Clarification; transcription error |
| 16:17 | Replace <with the interior spaces available> with <which interior spaces are available> | Transcription error |
| 18:20 | Insert <on> between <based> and <a> | Transcription error |
| 30:6 | Change <and> to <that> | Transcription error |
| 32:12-13 | Change <I think that was indicative of a few really, like, retained the information> to <I think the old training's format was not indicative of whether people really retained the information> | Clarification; transcription error |
| 37:7 | Change <trying to> to <in the> | Transcription error |

| Pg:Ln | Change | Reason |
|---|---|---|
| 51:16 | Change <voids, and> to <VUIDs (Voter Unique Identifiers), saying> | Transcription error; clarification |
| 58:2 | Change <that we weren't able to track> to <but we weren't able to track them> | Clarification |
| 58:10 | Replace <applications for rejections> with <rejected applications> | Transcription error |
| 60:3-4 | Change <something were rejected as untimely, we weren't> to <a ballot was rejected as untimely, we wouldn't be> | Clarification |
| 58:14 | Change <8,866> to <8,866, excluding FPCA and including ballots received late, and 8,017 excluding both FPCA and ballots received late> | Clarification |
| 58:21 | Change <8,103> to <8,103, including FPCA, and 7,859 not including FPCA> | Clarification |
| 58:23 | Change <763> to <158 were rejected for reasons other than untimeliness> | Clarification |
| 62:23 | Replace <that that was> with <that being> | Clarification |
| 69:21 | Insert <they> between <requests,> and <were> | Transcription error |
| 70:7 | Insert <to> between <needed> and <put> | Transcription error |
| 85:1 | Replace <in "when it> with <"when in> | Transcription error |
| 87:6 | Replace <also, share> with <I also shared> | Transcription error |
| 91:1 | Replace <were on it> with <wanted> | Transcription error |
| 91:13 | Insert <to the mail ballot process> between <changes,> and <and, frankly> | Clarification |
| 92:7 | Insert <applications> between <these - -> and <coming back> | Clarification |
| 92:8 | Replace <it> with <the insert> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 94:25 | Replace <social's last four> with <the last four of your social> | Clarification; transcription error |
| 95:7-10 | Replace <So it was just basically to – to combat that with whether you just put the driver's license and we had the last sosh [sic], just to fill both out> with <So the insert was meant to combat that. Our message was to fill in both your driver's license and the last four of your social on the application > | Clarification; transcription error |
| 95:18 | Replace <we did in the questionnaire as> with <we did differently with the application from> | Clarification |
| 96:2 | Replace <request, we'd send them the request> with <application, we'd send them the application> | Clarification |
| 98:14 | Replace <defect> with <defective> | Transcription error |
| 100:9 | Insert <that helped voters> after <saw that> | Clarification |
| 102:17 | Insert <closer to the general> between <we get> and < -- the numbers> | Clarification |
| 105:11 | Replace <six days> with <within six days of the election> | Clarification |
| 106:10 | Replace <untimely> with <untimeliness> | Transcription error |
| 106:11 | Replace <that was what the rejection reason was> with <untimeliness is why they were rejected> | Clarification |
| 107:7 | Replace <For our office, it> with <The feedback our office got> | Clarification |
| 107:16 | Insert <being> between <not> and <used> | Transcription error |
| 107:20 | Replace <that> with <those issues> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 108:8-11 | Replace <And if they can get on the – there and send it – fix it on the ballot tracker or they can just send the ballot back. And so a lot of times, they would just say, I'll just send the ballot track back or the ballot> with <They can then go online to fix it on the ballot tracker or they can just send the ballot back, so a lot of times, voters say, I'll just send the ballot> | Clarification |
| 108:23-24 | Replace <core – the – the – that platform> with <ballot tracker> | Clarification |
| 113:6-7 | Replace <at 1.9. I think that's – if I remember correctly> with <at 1.97, considering only timely received mail ballots> | Clarification |
| 115:16 | Replace <done, we know that, we don't> with <done automatically and we don't> | Clarification |
| 115:23 | Replace <through that> with <for updates> | Clarification |
| 117:1-5 | Replace <step-by-step what happened, really happened with this application. 'Cause a lot of times you just get the ultimate is it rejected or accepted and not get to track it through the whole process of that> with <step-by-step of what happened to the application because you can only see the ultimate answer as to whether it was rejected or accepted but cannot track the application through the whole process> | Clarification |
| 118:23-25 | Replace <So – it – when I would look at success, I mean, that was kind of a question I asked, is that I would say you know, were we have -- > with <When I consider whether an election was successful, I ask myself,> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 119:2 | Replace <was obviously we'd done something wrong> with <was something we'd obviously done wrong> | Transcription error |
| 119:4 | Replace <is how I guess I would deem that> with <are how I judge success> | Clarification |
| 121:2 | Replace <they weren't able> with <the voter wasn't able> | Clarification |
| 121:9 | Replace <ballot and you just sent me another ballot> with <ballot and you had sent me a duplicate> | Clarification |
| 125:14 | Replace <put it on the ballot when it was returned> with <put the ID number on the ballot when it is returned> | Transcription error; clarification |
| 128:12 | Replace <come in> with <be mailed in> | Clarification |
| 128:14 | Replace <update it> with <update the voter's registration record> | Clarification |
| 129:19 | Insert <it> between <into> and <the second time> | Transcription error |
| 132:1-2 | Replace <and that – we just import – goes into VOTEC, and that information is already there> with <is imported into VOTEC automatically> | Clarification; transcription error |
| 132:20 | Insert <which shows> between <run> and <that it is> | Clarification |
| 134:3-4 | Replace  with  | Clarification |
| 135:7 | Replace <verification board in> with <verification committee and> | Transcription error; clarification |
| 138:24-25 | Delete <, as already we don't> | Clarification |
| 143:2 | Insert <the status> between <known> and <of> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 143:19-21 | Replace <I believe – and that's what – that's what I'm not a hundred percent sure on. But I believe that is the assister oath incomplete resent to voter> with <That means assister oath incomplete resent to voter> | Clarification; transcription error |
| 144:9 | Replace <curer> with <cure> | Transcription error |
| 144:13-18 | Replace <I don't – I – I honestly – I don't think so. I would have to check on that. It seems like that would be the same – the same category, both of those, but I don't know for sure what the no signature or mark on. I know the EVC is the carrier envelope, but I don't know for sure the NS, no signature remark.> with <E5 means the unsigned carrier envelope was received before the deadline and the office could take action to notify the voter. NS means the unsigned carrier envelope was received after the deadline so no cure was available> | Clarification; transcription error |
| 152:4 | Replace <daily reports that each – report forms> with <daily report forms> | Clarification |
| 152:7 | Replace <need -- > with <but> | Clarification |
| 152:12 | Insert <of> between <because> and <handwriting> | Transcription error |
| 157:17-18 | Replace <them, yes, they're not allowed to be that close to the voter while they're preparing their ballot> with <the election judge that the poll watcher is not allowed to be that close to the voter while they're preparing their ballot> | Clarification |
| 157:21 | Replace <they're not allowed to stand within observation> with <the poll watcher is not allowed to stand within the observation> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 157:24-25 | Replace <they are not able to be – in my opinion, I would recommend they> with <I would recommend the poll watcher stand back> | Clarification |
| 158:8-15 | Replace <if that activity is observable as defined in the poll watcher's guide, I don't think that the poll worker should not be able to be in front of voter checking them in, giving them the forms, getting the ID checked in. So if it were like that check-in process, again, I think it should be where the watcher is off to the side, and they are directly with each other.> with <as long as the activity is observable, the poll watcher can watch, but they should not prevent the poll worker from interacting with the voter as needed, including while checking the voter in, giving them forms, and checking the voter's ID.  When those activities, for example, are happening, the poll watcher should be off to the side.> | Clarification |
| 158:20 | Replace <they are doing that> with <the poll worker is helping the voter> | Clarification |
| 158:21 | Replace <have a render> with <remember> | Transcription error |
| 161:17 | Replace <is both> with <is available both in the poll book and on paper> | Clarification |
| 161:18 | Insert <on> between <that's> and <both> | Transcription error |
| 162:5-6 | Replace <it's two elections back that that holds that data> with <we have that data going back two elections> | Clarification |

| Pg:Ln | Change | Reason |
|---|---|---|
| 168:17-20 | Replace <I believe we turned that number in in the – one of the questions, but I don't know if this is just – I don't know if that include – is included in this report> with <I believe we submitted that number in response to one of the interrogatories, but I don't know if it is reflected in this report> | Clarification |
| 170:15 | Replace <the other> with <my earlier> | Clarification |
| 172:16-22 | Replace <yes. If it's something that's a quick question and that could be handled by someone on the phone bank, am I registered, where can I vote, it would not be brought to my attention. If they call the call center and there is an issue, they fill out a Goggle form, and I would see that> with <yes, they'll tell me. If it's just a quick question that can be handled by someone at the call center, like am I registered or where can I vote, that would not be brought to my attention. If they call the call center and there is an issue, the call center person would fill out a Google form, and I would see that entry> | Clarification; transcription error |
| 176:5 | Replace <for a voter> with <directed to voters> | Clarification; transcription error |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

LA UNIÓN DEL PUEBLO ENTERO, et al.,    §
                                       §
        Plaintiffs                     §
                                       §
    v.                                 §    Consolidated Case
                                       §    No. 5:21-cv-00844-XR
THE STATE OF TEXAS, et al.,            §
                                       §
        Defendants.                    §
                                       §
                                       §

EXHIBIT 3

## DEFENDANT LISA WISE'S OBJECTIONS AND SUPPLEMENTAL AND AMENDED RESPONSES TO STATE DEFENDANTS' SECOND SET OF INTERROGATORIES

**PROPOUNDING PARTY:**    **STATE DEFENDANTS**

**RESPONDING PARTY:**     **DEFENDANT LISA WISE**

**SET NUMBER:**           **TWO**

Pursuant to Federal Rule of Civil Procedure 33, Defendant Lisa Wise ("Defendant"), in her official capacity as the El Paso County Elections Administrator, responds as follows to State Defendants' Second Set of Interrogatories (the "Interrogatories," and each one individually, an "Interrogatory"):

## I.    GENERAL RESPONSES.

1.    These responses and objections are made solely for the purpose of and in relation to this matter. Defendant's responses to the Interrogatories are made to the best of Defendant's present knowledge, information, and belief. These responses are at all times subject to such additional or different information that discovery or further investigation may disclose and, while based on the present state of Defendant's recollection, are subject to such refreshing of recollection, and such additional knowledge of facts, as may result from Defendant's further

discovery or investigation. Defendant reserves the right to amend and/or supplement her responses and objections at a later time and make additional objections that may become apparent. By this statement, however, Defendant does not agree to or adopt any duty to supplement beyond those set forth in the Federal Rules of Civil Procedure, the Local Rules, or any applicable rule or order.

   **2.**     The General Responses and Objections apply to each Interrogatory propounded by State Defendants and are incorporated by reference into each of the specific Interrogatory responses with the same force and effect as if set forth in full therein.

   **3.**     Defendant reserves the right to make any use of, or to introduce at any hearing and at trial, information responsive to the Interrogatories but discovered subsequent to the date of Defendant's initial responses, including, but not limited to, any information obtained in discovery herein.

   **4.**     Defendant will not provide information that Defendant or any other party to this litigation deems to embody material that is private, business confidential, proprietary, trade secret, or otherwise protected from disclosure pursuant to Texas law, Federal Rule of Civil Procedure 26(c)(7), or Federal Rule of Evidence 501. Under appropriate circumstances, Defendant may agree to produce such information pursuant to the Stipulated Confidentiality and Protective Order entered in the above-captioned case (ECF No. 237).

   **5.**     Defendant reserves all objections or other questions as to the competency, relevance, materiality, privilege, or admissibility as evidence of these responses and any information provided herein in any subsequent proceeding in or trial of this or any other action.

   **6.**     Defendant will not construe the Interrogatories as an attempt to impose discovery obligations on Defendant beyond those authorized by the Federal Rules of Civil Procedure. Defendant will not undertake discovery obligations beyond those authorized by the Federal Rules

of Civil Procedure or the applicable Local Rules.

7.    Defendant reserves the right to object on any ground at any time to such other or supplemental interrogatories as State Defendants may at any time propound involving or relating to the subject matter of these Interrogatories.

## II.    GENERAL OBJECTIONS.

1.    Defendant objects generally to all Definitions, Instructions, and Interrogatories inclusive, insofar as each such Interrogatory seeks information protected by the attorney-client privilege, work product doctrine, common interest or joint defense privilege, or any other privilege or protection from discovery.    Such information shall not be produced in response to the Interrogatories, and any inadvertent production thereof shall not be deemed a waiver of any privilege or right with respect to such documents or information or of any work product doctrine that may attach thereto.

2.    Defendant objects to all Definitions, Instructions, and Interrogatories inclusive, to the extent they purport to enlarge, expand, or alter in any way the plain meaning and scope of any specific Interrogatory on the ground that such enlargement, expansion, or alteration renders said Interrogatory vague, ambiguous, unintelligible, unduly broad, and uncertain.

3.    Defendant objects to all Definitions, Instructions, and Interrogatories to the extent they seek information not currently in Defendant's possession, custody, or control, or refer to persons, entities, or events not known to Defendant, on the grounds that such Instructions, Definitions or Interrogatories seek to require more of Defendant than any obligation imposed by law, would subject Defendant to unreasonable and undue annoyance, oppression, burden, and expense, and would seek to impose upon Defendant an obligation to investigate or discover information or materials from third parties or services who are equally accessible to State

Defendants.

4. Defendant objects to Definition No. 1 to the extent it defines "[y]ou," "your," and "yours" to include El Paso County and/or all representatives of El Paso County acting or purporting to act on its behalf, including, but not limited to, employees, attorneys, consultants, agents, adjusters, investigators, or any other representatives. Defendant will interpret "you," "your," and "yours" to mean Defendant Lisa Wise and the El Paso County Elections Department.

5. Defendant objects to Definition No. 4 to the extent it encompasses the "offices, employees, representatives, and agents" of each listed County Defendant. Defendant will interpret "County Defendant" to refer to the individual County Defendant (*e.g.*, El Paso County Election Administrator Lisa Wise) and the relevant office or department (*e.g.*, the Office of the El Paso County Elections Administrator). Defendant further objects that this defined term is not used in any of the Interrogatories, but reserves all rights to clarify this objection.

6. Defendant objects to Definition No. 5 to the extent it defines "Document" in a way that renders any Interrogatory overly broad or unduly burdensome, seeks information that is not relevant to the subject matter of the litigation nor reasonably calculated to lead to the discovery of admissible evidence, or imposes obligations and demands on Defendant beyond those contemplated by the Federal Rules of Civil Procedure, the applicable Civil Local Rules, or any other applicable rules or orders. Defendant further objects that this defined term is not used in any of the Interrogatories, but reserves all rights to clarify this objection.

7. Defendant objects to Definition No. 7 to the extent it defines "Communication" in a way that renders any Interrogatory overly broad or unduly burdensome, seeks information that is not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence, or imposes obligations and demands on Defendant beyond those

-4-

contemplated by the Federal Rules of Civil Procedure, the applicable Civil Local Rules, or any other applicable rules or orders. Defendant further objects that this defined term is not used in any of the Interrogatories, but reserves all rights to clarify this objection.

**8.** Defendant objects to Definition No. 8 to the extent it seeks to require more of Defendant than any obligation imposed by law and would subject Defendant to unreasonable and undue annoyance, oppression, and burden. Defendant further objects that the term "Identify" is not used in any of the Interrogatories in a manner enumerated in said Definition's subparts (a)-(e), but reserves all rights to clarify this objection.

**9.** Defendant objects to Definition No. 9 to the extent it defines "Regarding," "Relating to," or "Pertaining to" to mean "concerning, constituting, analyzing, discussing, describing, considering, modifying, amending, confirming, endorsing, evidencing, representing, supporting, substantiating, qualifying, negating, or refuting, unless qualified by word of limitation." Said definition is vague and ambiguous, and Defendant will interpret "Regarding," "Relating to," or "Pertaining to" to mean that a document or information expressly reflects or refers on its face to information relevant to the specified subject. Defendant further objects that this defined term is not used in any of the Interrogatories, but reserves all rights to clarify this objection.

**10.** Defendant objects to Definition No. 15 to the extent it defines "Numerical identifying information" to mean "numbers associated with a Texas driver license, a Texas election identification certificate, or a Texas personal identification card or an individual's complete or partial Social Security number." Defendant will interpret "Numerical identifying information" to mean numbers listed or found on a Texas driver license, a Texas election identification certificate, or a Texas personal identification card, or an individual's complete or partial Social Security number. Defendant further objects that this defined term is not used in any of the Interrogatories,

but reserves all rights to clarify this objection.

**11.** Defendant objects to Definitions Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, and 16 on the grounds that these defined terms are not used in any of the Interrogatories and reserves all rights to object to these terms to the extent they are used at a future date.

**12.** Defendant objects to Instruction No. 4 to the extent it seeks to enlarge Defendant's obligations under the Federal Rules of Civil Procedure. Defendant is willing to meet and confer with State Defendants regarding any attorney-client-privilege or work-product objection.

**13.** Defendant objects to Instruction No. 5 to the extent it requires Defendant to provide information that becomes available after responses are served. Defendant shall respond to the Interrogatories as of the date of this response, and will supplement her responses in accordance with her obligations under the Federal Rules of Civil Procedure.

**14.** Defendant objects to Instruction No. 6 to the extent it requires Defendant to identify information contained in, or information regarding, documents or information that are no longer in existence or in Defendant's possession, custody, or control. Such instruction would subject Defendant to unreasonable and undue annoyance, oppression, burden, and expense, and would impose an obligation to provide supplemental information greater than that required by the Federal Rules of Civil Procedure.

## III. SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES.

Without waiving or limiting in any manner any of the foregoing General Objections, but rather incorporating them into each of the following responses to the extent applicable, Defendant responds to the specific interrogatories in State Defendants' Second Set of Interrogatories as follows:

**INTERROGATORY NO. 4:**

Please identify and describe with specificity El Paso County's final rejection rate of timely received ballots by mail, expressed as a percentage of all timely received ballots by mail and rounded to two decimal places, for the following elections:

a) The November 2012 general election

b) The November 2014 general election

c) The November 2016 general election

d) The November 2018 general election

e) The November 2020 general election

f) The November 2022 general election

**RESPONSE TO INTERROGATORY NO. 4:**

In addition to the foregoing General Objections, which Defendant incorporates by reference herein, Defendant objects to this Interrogatory on the grounds that it is vague and ambiguous because the words and phrases "describe with specificity" and "rejection" are neither self-evident nor defined. Defendant interprets the phrase "describe with specificity" to be duplicative of the term "identify," as used in this Interrogatory, and Defendant interprets the term "rejection" in the context of a "final rejection rate of timely received ballots by mail," to refer to timely received ballots by mail that were rejected and never cured. Defendant further objects to this Interrogatory on the grounds that, because no such "rejection rate" is calculated in the normal course of Defendant's business, it would subject Defendant to unreasonable and undue annoyance, oppression, and burden. Defendant further objects to this Interrogatory's subparts (a)-(c) because they concern elections in 2012 to 2016 and are thus unduly burdensome and disproportionate to the needs of the case.

-7-

Subject to and without waiving the foregoing General and Specific Objections, Defendant responds as follows. Defendant's recordkeeping systems do not distinguish between timely and untimely ballots in recording the number of rejected ballots. Defendant's recordkeeping systems indicate that El Paso County's final rejection rate of ballots by mail, whether timely or not, was (d) 0.9% during the November 2018 General Election, (e) 0.44% during the November 2020 General Election, and (f) 2.22% during the November 2022 General Election.

**SUPPLEMENTAL AND AMENDED RESPONSE TO INTERROGATORY NO. 4:**

In addition to the foregoing General Objections, which Defendant incorporates by reference herein, Defendant objects to this Interrogatory on the grounds that it is vague and ambiguous because the words and phrases "describe with specificity" and "rejection" are neither self-evident nor defined. Defendant interprets the phrase "describe with specificity" to be duplicative of the term "identify," as used in this Interrogatory, and Defendant interprets the term "rejection" in the context of a "final rejection rate of timely received ballots by mail," to refer to timely received ballots by mail that were rejected and never cured. Defendant further objects to this Interrogatory on the grounds that, because no such "rejection rate" is calculated in the normal course of Defendant's business, it would subject Defendant to unreasonable and undue annoyance, oppression, and burden. Defendant further objects to this Interrogatory's subparts (a)-(c) because they concern elections in 2012 to 2016 and are thus unduly burdensome and disproportionate to the needs of the case.

Subject to and without waiving the foregoing General and Specific Objections, Defendant responds as follows. Defendant's recordkeeping systems indicate that El Paso County's final rejection rate of timely received ballots by mail was (d) 0.93% during the November 2018 General Election, excluding FPCA mail ballots; (e) 0.43% during the November 2020 General Election,

excluding FPCA mail ballots, and (f) 1.97% during the November 2022 General Election, excluding FPCA mail ballots.

Dated: April 17, 2023

Respectfully submitted,

*/s/ Orion Armon*
Orion Armon (CO SBN 34923)
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099
oarmon@cooley.com

**COOLEY LLP**
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
David Louk* (CA SBN 304654)
dlouk@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

**STATES UNITED DEMOCRACY CENTER**
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Ranjana Natarajan (TX SBN 24071013)

1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: +1 240 600-1316
marina@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: +1 224-235-2606
robert@statesuniteddemocracy.org


*Admitted pro hac vice*

*Attorneys for Lisa Wise, in her official capacity as
the El Paso County Elections Administrator*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2023, a true and correct copy of the foregoing document was sent

via electronic mail to all counsel of record.

/s/ David S. Louk
David S. Louk




EXHIBIT
4

| County | Ballots by Mail Accepted | Ballots by Mail Rejected | % Rejected |
|---|---|---|---|
| Anderson | 370 | 0 | 0.00% |
| Andrews | 62 | 0 | 0.00% |
| Angelina | 854 | 35 | 3.94% |
| Aransas | 391 | 11 | 2.74% |
| Archer | 89 | 0 | 0.00% |
| Armstrong | 37 | 1 | 2.63% |
| Atascosa | 464 | 10 | 2.11% |
| Austin | 367 | 4 | 1.08% |
| Bailey | 61 | 1 | 1.61% |
| Bandera | 368 | 8 | 2.13% |
| Bastrop | 1363 | 8 | 0.58% |
| Baylor | 28 | 0 | 0.00% |
| Bee | 386 | 4 | 1.03% |
| Bell | 3593 | 209 | 5.50% |
| Bexar | 30401 | 361 | 1.17% |
| Blanco | 271 | 6 | 2.17% |
| Borden | 15 | 1 | 6.25% |
| Bosque | 250 | 2 | 0.79% |
| Bowie | 1097 | 37 | 3.26% |
| Brazoria | 3802 | 60 | 1.55% |
| Brazos | 2221 | 64 | 2.80% |
| Brewster | 219 | 0 | 0.00% |
| Briscoe | 65 | 0 | 0.00% |
| Brooks | 144 | 2 | 1.37% |
| Brown | 610 | 2 | 0.33% |
| Burleson | 299 | 8 | 2.61% |
| Burnet | 1422 | 32 | 2.20% |
| Caldwell | 450 | 17 | 3.64% |
| Calhoun | 213 | 1 | 0.47% |
| Callahan | 203 | 10 | 4.69% |
| Cameron | 3156 | 43 | 1.34% |
| Camp | 165 | 0 | 0.00% |
| Carson | 58 | 1 | 1.69% |
| Cass | 572 | 0 | 0.00% |
| Castro | 62 | 0 | 0.00% |
| Chambers | 261 | 0 | 0.00% |
| Cherokee | 439 | 20 | 4.36% |
| Childress | 46 | 0 | 0.00% |
| Clay | 100 | 1 | 0.99% |
| Cochran | 55 | 0 | 0.00% |
| Coke | 128 | 1 | 0.78% |
| Coleman | 113 | 2 | 1.74% |
| Collin | 11943 | 112 | 0.93% |
| Collingsworth | 1 | 0 | 0.00% |
| Colorado | 314 | 14 | 4.27% |

2022 General Election

STATE115611

| | | | |
|---|---|---|---|
| Comal | 3763 | 75 | 1.95% |
| Comanche | 190 | 3 | 1.55% |
| Concho | 65 | 3 | 4.41% |
| Cooke | 407 | 0 | 0.00% |
| Coryell | 720 | 0 | 0.00% |
| Cottle | 18 | 0 | 0.00% |
| Crane | 35 | 1 | 2.78% |
| Crockett | 4 | 0 | 0.00% |
| Crosby | 92 | 0 | 0.00% |
| Culberson | 18 | 0 | 0.00% |
| Dallam | 74 | 0 | 0.00% |
| Dallas | 18714 | 336 | 1.76% |
| Dawson | 150 | 1 | 0.66% |
| Deaf Smith | 201 | 0 | 0.00% |
| Delta | 144 | 0 | 0.00% |
| Denton | 10199 | 172 | 1.66% |
| Dewitt | 228 | 3 | 1.30% |
| Dickens | 34 | 0 | 0.00% |
| Dimmit | 203 | 0 | 0.00% |
| Donley | 0 | 1 | 100.00% |
| Duval | 403 | 101 | 20.04% |
| Eastland | 356 | 1 | 0.28% |
| Ector | 873 | 62 | 6.63% |
| Edwards | 23 | 1 | 4.17% |
| El Paso | 4036 | 559 | 12.17% |
| Ellis | 1540 | 69 | 4.29% |
| Erath | 370 | 12 | 3.14% |
| Falls | 181 | 0 | 0.00% |
| Fannin | 532 | 11 | 2.03% |
| Fayette | 470 | 7 | 1.47% |
| Fisher | 68 | 0 | 0.00% |
| Floyd | 65 | 0 | 0.00% |
| Foard | 6 | 0 | 0.00% |
| Fort Bend | 9831 | 524 | 5.06% |
| Franklin | 113 | 0 | 0.00% |
| Freestone | 192 | 1 | 0.52% |
| Frio | 357 | 3 | 0.83% |
| Gaines | 73 | 0 | 0.00% |
| Galveston | 5270 | 98 | 1.83% |
| Garza | 48 | 0 | 0.00% |
| Gillespie | 802 | 8 | 0.99% |
| Glasscock | 23 | 0 | 0.00% |
| Goliad | 95 | 6 | 5.94% |
| Gonzales | 262 | 1 | 0.38% |
| Gray | 353 | 1 | 0.28% |
| Grayson | 1821 | 32 | 1.73% |
| Gregg | 1519 | 19 | 1.24% |

2022 General Election

STATE115612

| | | | |
|---|---|---|---|
| Grimes | 517 | 32 | 5.83% |
| Guadalupe | 2502 | 80 | 3.10% |
| Hale | 210 | 0 | 0.00% |
| Hall | 0 | 0 | 0.00% |
| Hamilton | 98 | 3 | 2.97% |
| Hansford | 21 | 0 | 0.00% |
| Hardeman | 8 | 0 | 0.00% |
| Hardin | 580 | 8 | 1.36% |
| Harris | 59708 | 2791 | 4.47% |
| Harrison | 539 | 27 | 4.77% |
| Hartley | 71 | 1 | 1.39% |
| Haskell | 62 | 0 | 0.00% |
| Hays | 4527 | 196 | 4.15% |
| Hemphill | 70 | 0 | 0.00% |
| Henderson | 1016 | 17 | 1.65% |
| Hidalgo | 4920 | 98 | 1.95% |
| Hill | 331 | 0 | 0.00% |
| Hockley | 178 | 0 | 0.00% |
| Hood | 1098 | 92 | 7.73% |
| Hopkins | 285 | 5 | 1.72% |
| Houston | 311 | 0 | 0.00% |
| Howard | 350 | 12 | 3.31% |
| Hudspeth | 0 | 0 | 0.00% |
| Hunt | 1164 | 28 | 2.35% |
| Hutchinson | 211 | 1 | 0.47% |
| Irion | 16 | 0 | 0.00% |
| Jack | 127 | 0 | 0.00% |
| Jackson | 143 | 12 | 7.74% |
| Jasper | 309 | 1 | 0.32% |
| Jeff Davis | 32 | 1 | 3.03% |
| Jefferson | 2841 | 158 | 5.27% |
| Jim Hogg | 249 | 0 | 0.00% |
| Jim Wells | 436 | 83 | 15.99% |
| Johnson | 1920 | 0 | 0.00% |
| Jones | 223 | 0 | 0.00% |
| Karnes | 320 | 10 | 3.03% |
| Kaufman | 811 | 33 | 3.91% |
| Kendall | 1201 | 32 | 2.60% |
| Kenedy | 8 | 0 | 0.00% |
| Kent | 4 | 0 | 0.00% |
| Kerr | 1436 | 10 | 0.69% |
| Kimble | 97 | 1 | 1.02% |
| King | 3 | 0 | 0.00% |
| Kinney | 0 | 0 | 0.00% |
| Kleberg | 405 | 2 | 0.49% |
| Knox | 36 | 0 | 0.00% |
| Lamar | 554 | 8 | 1.42% |

2022 General Election

STATE115613

| | | | |
|---|---|---|---|
| Lamb | 160 | 0 | 0.00% |
| Lampasas | 382 | 13 | 3.29% |
| Lasalle | 162 | 2 | 1.22% |
| Lavaca | 507 | 0 | 0.00% |
| Lee | 245 | 11 | 4.30% |
| Leon | 294 | 1 | 0.34% |
| Liberty | 510 | 10 | 1.92% |
| Limestone | 300 | 1 | 0.33% |
| Lipscomb | 100 | 2 | 1.96% |
| Live Oak | 129 | 4 | 3.01% |
| Llano | 191 | 10 | 4.98% |
| Loving | 0 | 0 | 0.00% |
| Lubbock | 2656 | 78 | 2.85% |
| Lynn | 1 | 0 | 0.00% |
| Madison | 152 | 3 | 1.94% |
| Marion | 165 | 14 | 7.82% |
| Martin | 29 | 0 | 0.00% |
| Mason | 73 | 0 | 0.00% |
| Matagorda | 346 | 14 | 3.89% |
| Maverick | 222 | 14 | 5.93% |
| Mcculloch | 0 | 0 | 0.00% |
| Mclennan | 3760 | 121 | 3.12% |
| Mcmullen | 12 | 1 | 7.69% |
| Medina | 696 | 28 | 3.87% |
| Menard | 56 | 0 | 0.00% |
| Midland | 407 | 20 | 4.68% |
| Milam | 372 | 2 | 0.53% |
| Mills | 74 | 7 | 8.64% |
| Mitchell | 51 | 0 | 0.00% |
| Montague | 200 | 2 | 0.99% |
| Montgomery | 8943 | 43 | 0.48% |
| Moore | 126 | 0 | 0.00% |
| Morris | 132 | 10 | 7.04% |
| Motley | 34 | 0 | 0.00% |
| Nacogdoches | 968 | 9 | 0.92% |
| Navarro | 314 | 19 | 5.71% |
| Newton | 100 | 9 | 8.26% |
| Nolan | 119 | 0 | 0.00% |
| Nueces | 6784 | 2 | 0.03% |
| Ochiltree | 99 | 0 | 0.00% |
| Oldham | 35 | 1 | 2.78% |
| Orange | 910 | 18 | 1.94% |
| Palo Pinto | 487 | 11 | 2.21% |
| Panola | 247 | 1 | 0.40% |
| Parker | 1837 | 22 | 1.18% |
| Parmer | 58 | 0 | 0.00% |
| Pecos | 159 | 5 | 3.05% |

2022 General Election

STATE115614

| Polk | 2643 | 45 | 1.67% |
| Potter | 1356 | 54 | 3.83% |
| Presidio | 69 | 4 | 5.48% |
| Rains | 174 | 0 | 0.00% |
| Randall | 2559 | 33 | 1.27% |
| Reagan | 16 | 0 | 0.00% |
| Real | 54 | 0 | 0.00% |
| Red River | 157 | 0 | 0.00% |
| Reeves | 146 | 1 | 0.68% |
| Refugio | 95 | 0 | 0.00% |
| Roberts | 24 | 0 | 0.00% |
| Robertson | 207 | 6 | 2.82% |
| Rockwall | 1186 | 19 | 1.58% |
| Runnels | 120 | 0 | 0.00% |
| Rusk | 634 | 3 | 0.47% |
| Sabine | 165 | 1 | 0.60% |
| San Augustine | 87 | 1 | 1.14% |
| San Jacinto | 421 | 1 | 0.24% |
| San Patricio | 842 | 10 | 1.17% |
| San Saba | 50 | 0 | 0.00% |
| Schleicher | 69 | 0 | 0.00% |
| Scurry | 125 | 4 | 3.10% |
| Shackelford | 92 | 0 | 0.00% |
| Shelby | 252 | 14 | 5.26% |
| Sherman | 25 | 0 | 0.00% |
| Smith | 2637 | 72 | 2.66% |
| Somervell | 69 | 1 | 1.43% |
| Starr | 449 | 157 | 25.91% |
| Stephens | 133 | 2 | 1.48% |
| Sterling | 7 | 0 | 0.00% |
| Stonewall | 34 | 0 | 0.00% |
| Sutton | 33 | 0 | 0.00% |
| Swisher | 124 | 1 | 0.80% |
| Tarrant | 21751 | 558 | 2.50% |
| Taylor | 1333 | 35 | 2.56% |
| Terrell | 0 | 0 | 0.00% |
| Terry | 108 | 1 | 0.92% |
| Throckmorton | 24 | 1 | 4.00% |
| Titus | 243 | 6 | 2.41% |
| Tom Green | 1653 | 62 | 3.62% |
| Travis | 19993 | 473 | 2.31% |
| Trinity | 128 | 0 | 0.00% |
| Tyler | 319 | 4 | 1.24% |
| Upshur | 450 | 5 | 1.10% |
| Upton | 27 | 0 | 0.00% |
| Uvalde | 395 | 20 | 4.82% |
| Val Verde | 0 | 0 | 0.00% |

2022 General Election

STATE115615

| | | | |
|---|---|---|---|
| Van Zandt | 448 | 16 | 3.45% |
| Victoria | 2355 | 11 | 0.46% |
| Walker | 682 | 4 | 0.58% |
| Waller | 485 | 1 | 0.21% |
| Ward | 121 | 0 | 0.00% |
| Washington | 488 | 5 | 1.01% |
| Webb | 1064 | 23 | 2.12% |
| Wharton | 501 | 3 | 0.60% |
| Wheeler | 77 | 0 | 0.00% |
| Wichita | 1232 | 10 | 0.81% |
| Wilbarger | 229 | 0 | 0.00% |
| Willacy | 127 | 12 | 8.63% |
| Williamson | 8273 | 184 | 2.18% |
| Wilson | 840 | 9 | 1.06% |
| Winkler | 42 | 0 | 0.00% |
| Wise | 847 | 20 | 2.31% |
| Wood | 757 | 0 | 0.00% |
| Yoakum | 35 | 5 | 12.50% |
| Young | 0 | 0 | 0.00% |
| Zapata | 81 | 0 | 0.00% |
| Zavala | 166 | 2 | 1.19% |
| **Statewide Totals** | **336349** | **9348** | **2.70%** |

2022 General Election

STATE115616

EXHIBIT

5

FEB0409 0004/0087-0083

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

## Application for a Ballot by Mail

If someone helps you complete this form or mails, emails or faxes this form for you, that person must complete the Witness/Assistant Box 6. ... to the Early Voting Clerk, you must also send the original hardcopy to the Early Voting Clerk. If you are faxing or emailing this form on or near the deadline ... u must send the original hardcopy so that the Clerk receives it no later than the fourth business day after the day the Clerk received your email or fax. Original signatures are required ... both the fax or email image and the physical hard copy. Electronic signatures are not permitted. **THE HARDCOPY OF THIS APPLICATION MUST BE RECEIVED BY THE EARLY VOTING CLERK AND MEET ALL LEGALLY REQUIRED DEADLINES. Please read the instructions on the back of this form completely. If you have any questions, please call the Early Voting Clerk in your county** of registration or the office of the Texas Secretary of State at 1-800-252-8683 or log on to www.sos.texas.gov for a list of County Early Voting Clerks and their email and physical addresses.

### 1. Voter Information: Please print all information clearly and legibly

YOU MUST PROVIDE ONE of the following numbers

Name: _____
     Last,          First,          Middle          Suffix (Jr, Sr.)

Residence Address as shown on your Voter Registration Certificate

Address: _____
     Street          Apt. # (if any)     City          State     Zip Code

Optional Information: Providing this information is helpful to the Early Voting Clerk, but not required.

Date of Birth: _____ / _____ / _____   VUID #: _____   Pct #: _____

Email: _____     Tel. #: _____

☐ Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#)

_ _ _ - _ _ - _ _ _ _

☐ If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number

XXX-XX-_ _ _ _

☐ I have not been issued a Texas Driver's License/Texas Personal Identification Number/Texas Election Identification Certificate or Social Security Number

### 2. Mail my Ballot to:

☐ My Residence Address (as listed on your Voter Registration Certificate)

☐ Other Address - You may use the Other Address line only if the other address fits one of the categories below.

Address: _____     Apt. # (if any)     City          State     Zip Code

My Other Address is: (Check one)
☐ The mailing address listed on my Voter Registration Certificate
☐ Address Outside the County (voters absent from the county)
☐ Hospital, Nursing Home, Long-Term Care Facility, Retirement or Assisted Living Center or a Relative _____ (indicate Relationship)
☐ Address of the Jail/Civil Commitment Facility or a Relative _____ (indicate Relationship)

### 3. Reason For Voting by Mail:

☐ 65 Years of Age or Older

☐ Disability (as defined in Texas Election Code 82.002(a), see instruction on reverse) By checking this box, "I affirm that I have a sickness or physical condition that prevents me from appearing at the polling place on Election Day without a likelihood of needing personal assistance or of injuring my health."

☐ Expected to give birth within three weeks before or after Election Day

☐ Expected Absence from the County (You may apply for a ballot for one election and its resulting runoff, if your dates of absence from the county include both elections)

Date you can begin to receive mail at your out of county address: _____ / _____ / _____   Date of return to residence address: _____ / _____ / _____

☐ Confined in Jail or Involuntary Civil Commitment (You may only apply for a ballot for one election and any resulting runoff)

### 4. Send me a Ballot for the Following Elections:

☐ **Annual Application**
Send me a ballot for all Elections in this voting year (January – December). Annual Applications only available for voters 65 and older and voters with disabilities. You must select a party if you wish to vote in a primary. Select only one party's primary and its resulting runoff.

**Primary Election** (even numbered years only)
☐ Democratic Primary   ☐ Any Resulting Runoff
☐ Republican Primary   ☐ Any Resulting Runoff
☐ Do Not Send me a Primary Ballot

**OR**

**Uniform Election Dates**
☐ November Election   ☐ May Election (not a primary runoff)
☐ Any Resulting Runoff   ☐ Other Special Election: _____
                              (Name or Date of Special Election, if known)

**Primary Election** (even numbered years only)
☐ Democratic Primary   ☐ Any Resulting Runoff
☐ Republican Primary   ☐ Any Resulting Runoff

(Voters who are absent from the county or confined in jail/civilly committed may only apply for one election and its resulting runoff)

### 5. Sign Here:

**"I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."**

X _____     Date: _____ / _____ / _____

If applicant is unable to sign or make a mark (in the presence of a witness), the witness must complete the witness portion in Box 6 below. The signature or mark of the voter in the blank above must be an original signature made with a pen and ink. Electronic signatures are not permitted.

### 6. If someone helps you complete this form or mails, emails or faxes the form for you, that person must complete the section below.

Instructions for Witnesses and Assistants: See back of this form for the definitions of Witness and Assistant.

**Check one or both boxes below if you served as a Witness, an Assistant or both. All information below must be completed!**

☐ If the applicant is unable to make a mark, you must check this box and complete all information below. Do not sign for the voter in Box 5.
☐ Witness—If you are acting as a Witness to the applicant's signature or mark or signing on the applicant's behalf, you must state your relationship to the applicant here: _____
☐ Assistant—If you assisted the applicant in completing this application in the applicant's presence or mailed/emailed/faxed the application on behalf of the applicant.     (indicate Relationship)

**Failure to complete this section is a Class A Misdemeanor if applicant's signature was witnessed or applicant was assisted in completing this application.**

X _____
Signature of Witness/Assistant          Printed Name of Witness/Assistant

Street Address _____     Apt. # (if any)     City          State     Zip Code

*Este formulario está disponible en Español. Para conseguir la versión en Español favor llamar sin cargo al 1-800-252-8683 a la oficina del Secretario del Estado o a la Secretaria de Votación Adelantada.*

**Instructions for Application for Ballot by Mail**

**BOX 1:**
- **Name:** Please give your full name as it was provided to the Voter Registrar and include any suffixes like Jr., Sr., or III.
- **Date of Birth:** Not a requirement but it is helpful to determine identity when voters have common names.
- **Address:** Give your full residence address as shown on your Voter Registration Certificate.
- **VUID and Precinct Number:** If you know your VUID and/or Precinct number, you may provide it, but it is not a requirement.
- **Phone Number and Email Address:** Providing your telephone number and email is not required but is extremely helpful to the Early Voting Clerk to clarify any information on this application.
- **Required Personal Information: You MUST provide one of the following numbers:** Texas Driver's License Number, Texas Personal Identification Number or Election Identification Certificate Number (NOT your VUID#). If you do not have one of the above mentioned numbers, you must provide the last 4 digits of your Social Security Number. If you have not been issued any of the required numbers, check the box that says that you have not been issued one of the required numbers. If you have been issued one of the required numbers, but it is not associated with your voter registration record, please contact your local registrar to inquire about how to add one of the required numbers to your voter registration record.

**BOX 2:**
Your ballot must be mailed to the address where you are registered to vote or the mailing address listed on your Voter Registration Certificate. **There are some exceptions that allow you to have your ballot mailed to a different location.**
- **If you are voting by mail because you are 65 or have a disability** – Your ballot can be mailed to a hospital, nursing home, long-term care facility, retirement or assisted living facility or a relative.
- **If you are absent from the county** – Your ballot must be mailed to an address outside the county.
- **If you are confined in jail or involuntarily civilly committed** – Your ballot can be mailed to the address of the jail/commitment facility or a close relative.

**BOX 3:**
The State of Texas requires that you provide a reason for voting by mail. Place a checkmark in the box that best describes your reason for voting by mail.
- If you choose **65 Years of Age or Older**, you must turn 65 no later than Election Day.
- If you choose **Disability**, your disability must meet the definition of a disability as described in Section 82.002(a) of the Texas Election Code.
- If you choose **Confinement for Childbirth**, you expect to give birth within three weeks before or after Election Day.
- If you choose **Expected Absence from the County**, you must expect to be absent from the county on Election Day and during the hours of early voting by personal appearance or the remainder of the early voting period after you submit your application. The ballot must be mailed to an address outside the county and you must provide the dates that you will be absent from the county.
- If you choose **Confined in Jail/Involuntary Civil Commitment under Chapter 841 of the Health and Safety Code**, you must be legally eligible for Early Voting by mail. At the time your early voting ballot application is submitted, you are either (1) confined in jail serving a misdemeanor sentence for a term that ends on or after Election Day; (2) pending trial or denial of bail; (3) without bail pending an appeal of a felony conviction; (4) pending trial or appeal on a bailable offense for which release on bail before Election Day is unlikely or (5) you are involuntarily civilly committed.

**BOX 4:**
Please select the election(s) for which you are applying.
**Annual Application** – Only voters who are 65 or older or who have a disability are eligible to apply for an Annual ballot by mail. An Annual ballot by mail will provide you with a ballot for all the elections

**BOX 4 (CONTINUED)**
in a calendar year for which you are eligible. Your Annual Application may be forwarded to other entities holding elections in which you are eligible to vote. This means that you may receive a ballot for those other elections in addition to the ballot you requested with this application. If you do not select any elections in Box 4, your application will be considered an Annual Application if your reason for voting by mail was 65 Years of Age or Older or Disability.

**BOX 5:**
Sign and date your application. If you are unable to sign because of a physical disability or illiteracy, the application may be signed for you by a witness. The witness must be in the presence of the voter in order to act as a witness.

**BOX 6:**
- **Witness** – The witness must place a checkmark in the Witness Box indicating you were unable to make your mark. The witness must state his or her relationship to you. If the witness is not a relative, the witness must state that on the line provided. The witness must sign and provide his or her printed name and residence address. It is a Class B Misdemeanor to act as a witness for more than one application in each election or act as a witness for more than one Annual ballot by mail application in a calendar year.
- **Assistant** – If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application; or mails, faxes or emails this application on your behalf, the assistant must complete Box 6. The assistant must sign and provide his or her printed name and residence address. An assistant commits a Class A Misdemeanor if he or she provides assistance without providing the information required in Box 6.

**DEADLINE TO APPLY:**
**Your application must be received by the Early Voting Clerk** not later than the 11th day before Election Day. If the deadline falls on a weekend or holiday the deadline moves to the first preceding business day. An application may be submitted anytime in the calendar year but not later than the 11th day for the election in which you wish to vote. **Annual Applications** - If you submit an Annual Application (only available for voters 65 and older and voters with disabilities), within 60 days of an election that takes place in the following calendar year, your application will be valid for all elections in the following calendar year. This 60 day rule applies only to Annual Applications and only when there is an election within 60 days of the date the Annual Application was received by the Early Voting Clerk in the preceding year.

**SUBMITTING THE APPLICATION:**
The application must be submitted by one of the following methods:
- **In-Person** – Only the applicant may submit his or her own application to the Early Voting Clerk.
- **By Mail** – The application may be submitted via the U.S. Postal Service.
- **Common or Contract Carrier** – The application may be submitted via a bona fide, for profit carrier.
- **Fax Transmission** – Please contact your Early Voting Clerk or the Secretary of State for fax numbers.
- **By email** – The application may be submitted via email. Please contact your Early Voting Clerk or the Secretary of State for email addresses.

The fax or email must reach the Early Voting Clerk's office no later than the close of regular business or 12:00 noon, whichever is later on the 11th day before Election Day.

IF YOU FAX OR EMAIL THE APPLICATION YOU MUST ALSO PHYSICALLY SEND THE ORIGINAL TO THE EARLY VOTING CLERK SO THAT IT IS RECEIVED NO LATER THAN THE FOURTH BUSINESS DAY AFTER IT WAS RECEIVED BY FAX OR EMAIL.

---

**DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.**

FROM: _____

_____

_____

**AFFIX FIRST CLASS POSTAGE**



**TO: EARLY VOTING CLERK**

_____

_____

## TEXAS SECRETARY OF STATE



# Corrective Action Process
# Early Voting Clerk Actions

## Elections Division – Texas Secretary of State
## 40th Annual Election Law Seminar – August 2022



## TEXAS SECRETARY OF STATE

# CHANGES TO APPLICATION FOR BALLOT BY MAIL (ABBM)



TEXAS SECRETARY OF STATE

# CHANGES TO THE ABBM



## Box 1: Personal Identification Numbers – Voter must provide:

- Texas Driver's License, Texas Personal Identification Number, or Election Identification Certificate Number issued by DPS, OR
- Last four digits of SSN, OR
- An indication that they have not been issued either number.

- **The personal identification information provided by the voter on the ABBM MUST be validated using the voter's voter registration record.**

TEXAS SECRETARY OF STATE

# Ballot by Mail Tracker
## Available at www.votetexas.gov



TEXAS SECRETARY OF STATE

BALLOT BY MAIL TRACKER
TEXAS ELECTIONET ADMINISTRATION SYSTEM

← Back to My Voter Portal                                                    English   En Español

### Ballot by Mail Tracker

To track the status of your ballot by mail application or ballot, please enter your voter information below. Fields marked with an * are statutorily required.

👤 Voter Information

First Name*                                    Last Name*

Suffix                                         Date of Birth (mm/dd/yyyy)

Last 4 digits of SSN*                          Driver's License # / DPS PIN*

TEXAS SECRETARY OF STATE

# Key Points to Remember

- Voters are not required to provide both types of identification numbers.

- If a voter provides both numbers, only one number has to match the VR record.

- Do not delay in mailing rejection notices.

- Voters are not required to use the Ballot by Mail Tracker to correct missing information.  They can submit a new ABBM or a new VR application, whichever is applicable.

- County early voting clerks are REQUIRED to submit rejected ABBM information to TEAM (or through their vendor, if it provides data to TEAM).  This is what populates the Ballot by Mail Tracker.

# Notice of Rejected ABBM Forms

- If the early voting clerk rejects an ABBM because the voter failed to provide any of the required identification information or the information included on the ABBM does not match the voter's voter registration record, the early voting clerk must provide the voter with notice of the rejection in accordance with Section 86.001
  - Notice of Rejected ABBM (Form 6-2)
  - Notice of Rejected ABBM-Missing or Incorrect Personal Identification Numbers (Form 6-3)
  - Notice of Rejected ABBM-Required Identification Number is not Associated with Your Voter Record (Form 6-4)



TEXAS SECRETARY OF STATE

# Deadline to Correct Defects in ABBM

- If a voter receives a Notice of Rejected Application for a Ballot by Mail or the voter logs into the Ballot by Mail Tracker and sees that there is missing or incorrect personal identification information, the voter must either (1) complete the required validation on the Ballot by Mail Tracker no later than the 11th day before election day, or (2) complete a new ABBM that must be received by the early voting clerk no later than the 11th day before election day. (Secs. 84.007(c), 86.015).

- The early voting clerk must review all pending ABBMs that were initially rejected due to missing or incorrect personal identification information. If the applicant did not subsequently provide the missing or corrected identification information, the early voting clerk should send a final rejection notice. The early voting clerk can use the standard Notice of Rejected Application for Ballot by Mail form (Form 6-2) and mark reason 16 on the form.

- If a voter corrects a defective ABBM after early voting by personal appearance has begun, the early voting clerk should confirm that the voter did not vote in person before sending balloting materials to the voter.

TEXAS SECRETARY OF STATE

# CHANGES TO FEDERAL POST CARD APPLICATION (FPCA) PROCESS



# TEXAS SECRETARY OF STATE



# FPCA Signature Sheet

- **Voter Information**

- **Personal Identification Information**

- **Witness/Assistant information, if applicable**

- **Voter Signature**

**4/17/2023**

**Texas Secretary of State Elections Division**

9

TEXAS SECRETARY OF STATE

# Impacts on FPCA Voters

- To facilitate the mailing of FPCA balloting materials, early voting clerks may use any type of mailing envelope that contains the Official Election Mail logo and the required postage-paid information **as long as the early voting clerk includes a required signature sheet for the voter to complete**.

- All FPCA voters must be provided with an Official Election Signature Sheet for an FPCA Voter if their balloting materials were sent by email.

- **If the balloting materials were sent by physical mail, but the early voting clerk is using one of the FVAP envelopes that does not contain all of the requirements for the carrier envelope, the voter MUST be provided with an Official Election Signature Sheet for an FPCA Voter to return with their marked ballot.**

- **What this means for SVC/EVBB review?** There may be an increased number of signature sheets for FPCA voters.

## TEXAS SECRETARY OF STATE

# NEW REQUIREMENTS FOR THE CARRIER ENVELOPE



# TEXAS SECRETARY OF STATE

# Front of Carrier Envelope

**WARNING:** (1) Knowingly possessing another person's ballot or Carrier Envelope may be a crime unless you provide your signature, printed name and address (2) A person commits an offense if the person compensates another person or receives compensation for depositing a Carrier Envelope in the mail as part of a scheme in which the person is compensated based on the number of Carrier Envelopes deposited. For additional information on offenses related to Carrier Envelopes, please see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot.

**ADVERTENCIA:** (1) El acto de poseer conscientemente la boleta o el sobre de envío de otra persona puede ser un delito a menos de que usted proporcione su firma, nombre en letra de molde, y su dirección. (2) Una persona comete un delito si recompensa o recibe compensación a cambio de depositar el sobre de envío en el correo como parte de un plan en el cual la persona es recompensada en base al número de sobres de envío depositados. Para obtener información adicional sobre los delitos relacionados con los sobres de envío, por favor vea la "Información Sobre La Devolución Del Sobre de Envío," incluido con los materiales enviados a usted con su boleta.

6-15
Prescribed by Secretary of State Section 86.013, Texas Election Code
07/2022

Place Stamp Here



**CARRIER ENVELOPE FOR EARLY VOTING BALLOT**
*(SOBRE DE ENVÍO PARA LA BOLETA DE VOTACIÓN ADELANTADA)*

(Early Voting Clerk
should preprint return address or affix address label)



## TEXAS SECRETARY OF STATE

# Envelope Closed – Outside Flap

**Instructions to the Voter:**
- This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. **(Instrucciones al Votante:** Este sobre debe ser sellado y firmado por el votante antes de que salga de sus manos. No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección.)
- This Carrier Envelope may not be used to return more than one voter's ballot. (Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante.)
- For instructions on the methods and deadlines to deliver this Carrier Envelope, see the "Information About Returning Your Carrier Envelope," included with the materials sent to you with your ballot. (Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre La Devolución de su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.)

**Instructions to Assistant (if applicable):**
- A voter may only be assisted with reading or marking the ballot if the voter has a physical disability that renders the voter unable to write or see, or has an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. **(Instrucciones al Asistente (si es aplicable)):** Un votante sólo puede recibir ayuda para leer o marcar la boleta si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el idioma en el cual la boleta está escrita. Si usted asiste al votante, debe leer el juramento y completar la siguiente sección abajo, antes de asistir al votante.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:**
- If you are assisting a voter by depositing the Carrier Envelope in the mail or with a common or contract carrier, you must complete the assistant section below. **(Instrucciones para la Persona Que Deposita el Sobre de Envío en el Correo o al Transportista Común o Contratado:** Si asiste a un votante depositando el sobre de envío en el correo o con un transportista común o contratado, debe completar la sección de asistente que aparece a continuación.)

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

**SEAL ENVELOPE AND SIGN OVER SEALED FLAP**
**(SELLE EL SOBRE Y FIRME SOBRE LA SOLAPA SELLADA)**



**Oath of Person Assisting Vote:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted." **Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugeriré, con palabra, señal, o gesto, como debe votar el votante; prepararé la boleta del votante según lo indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

**If you are an assistant, provide information below:** (Si usted es un asistente proporcione la siguiente información:)

**Did you receive compensation or other benefit from a candidate, campaign or political committee in exchange for providing assistance? Circle one:** Yes / No
**¿Recibió compensación o otro beneficio de un candidato, campaña o comité político a cambio de brindar asistencia?**
**Marque con un Círculo:** Sí / No

| Printed Name (Nombre en letra de molde) | Signature (Firma) |
| --- | --- |

| Relationship to Voter (Relación al votante) | Street Address (Domicilio residencial) |
| --- | --- |

**X**
**SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)**

**Completed by Early Voting Clerk** (Completado por el Secretario de Votación Adelantada):

Name of Election (Nombre de Elección): _____

Name of Voter (Nombre del votante): _____

Date of Election (Fecha de Elección): ___ / ___ / ___

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____
**(Instrucciones al Testigo:** Usted está sirviendo como testigo para _____ (nombre del votante). Debe completar la sección a continuación si es testigo de la marca del votante, o si el votante no puede hacer una marca. Si el votante no puede hacer una marca, marque aquí _____.)

| Signature (Firma) | Printed Name (Nombre en letra de molde) |
| --- | --- |

| Street Address (Domicilio residencial) | |
| --- | --- |



# TEXAS SECRETARY OF STATE

# Envelope Open – Inside Flap



- Voter must add their personal identification information to the Carrier Envelope



# Key Points to Remember

- Voters are not required to provide both types of identification numbers.

- If a voter provides both numbers, only one number has to match the VR record.

- The secrecy flap may be opened by the early voting clerk's staff for processing.

- Be mindful with these carrier envelopes, as they have personally identifiable information that needs to be guarded.

- Carrier envelopes are not public information at this point in the election process.

TEXAS SECRETARY OF STATE

# NEW PROCESS FOR EVBB/SVC

**Texas Secretary of State Elections Division**



**TEXAS SECRETARY OF STATE**

# New Comparison Requirements

- The EVBB shall only accept a ballot if the personal identification information (ex: SSN or TXDL) matches the voter registration record.

- The SVC/EVBB is matching the information on the carrier envelope to the **VR record**.

- The number on the carrier envelope does not have to be the same number on the ABBM – it must only match the VR record.



TEXAS SECRETARY OF STATE

# EARLY VOTING CLERK PROVIDING NOTIFICATION OF DEFECTS



TEXAS SECRETARY OF STATE

# Early Voting Clerk
# Notification of Defects

- Under Section 86.011(d) of the Code, if an early voting clerk receives a timely carrier envelope that does not comply with the applicable requirements of the Code, **the early voting clerk may deliver the carrier envelope in person or by mail to the voter so that the voter may correct the defect**. Additionally, **the early voting clerk may notify the voter of the defect by phone** and advise the voter that they may come to the early voting clerk's office to correct the defect or cancel their ABBM and vote in person.
  - **Early voting clerks may return carrier to voter for correction.**
  - **Early voting clerks may notify voter of defect by phone and inform the voter they can come to the EVC's office to correct defect or cancel their application.**

4/17/2023          Texas Secretary of State Elections Division          19

# Early Voting Clerk
# Notification of Defects

- What defects can an early voting clerk provide notice about?
  - Missing signature
  - Missing or incomplete **witness** information
  - Missing or incomplete **assistant** information
  - If the early voting clerk is removing the secrecy flap before the ballot is sent to the SVC/EVBB:
    - Missing personal identification information
    - Incorrect personal identification information



TEXAS SECRETARY OF STATE

# Early Voting Clerk
# Notification of Defects

- If an early voting clerk chooses to notify voters of defects in their carrier envelope under Section 86.011(d), **the clerk must apply these procedures uniformly to all voters in similar circumstances.**

- The SOS recommends keeping a log to track the ballots mailed to voters and the ballots in the possession of the early voting clerk before ballots are delivered to the SVC or EVBB.

- The early voting clerk may return defective carrier envelopes by mail under Section 86.011(d) up until the point when SVC/EVBB begins notifying voters of defects by phone or email. The early voting clerk should determine this cutoff date in coordination with the SVC/EVBB.

TEXAS SECRETARY OF STATE

# Early Voting Clerk
# Notification of Defects

- **Poll watchers may be present for this process.** (Sec. 86.011(d)).

- Poll watchers are not authorized to remain in the early voting clerk's office at all times to wait for a potential notification to a voter. However, if a poll watcher is present in the office when an early voting clerk is notifying voters of defects by phone or a voter appears to correct a defect in person, the poll watcher may observe this process.

- There is no specific posting requirement for this notification.

TEXAS SECRETARY OF STATE

# Notice of Carrier Defects

- EVC Notice of Carrier Defect Mailed with Corrective Action Form (Form 6-11)
- EVC Notice of Carrier Defect Phone with Corrective Action Form (Form 6-12)



TEXAS SECRETARY OF STATE

# Correcting Defect by Cancellation

- If the voter received a defective carrier envelope in the mail or was notified by telephone or email about a defect, the voter may request to have their ABBM/marked ballot cancelled in accordance with Section 84.032.

- If the voter has possession of the defective carrier envelope, it may be surrendered at an early voting or election day polling place in order to vote a regular ballot in person.

- The voter may also surrender the ballot at the early voting clerk's office and be given a Notice of Surrendered Ballot by Mail to take to the polling place and vote a regular ballot.



TEXAS SECRETARY OF STATE

# Resources

- No.2022-08 - NEW LAW: Senate Bill 1 – Opportunity to Correct Defects on Application for a Ballot by Mail and Carrier Envelope
- No.2022-12 - Additional Procedures Regarding Correction of Defects on Application for Ballot by Mail or Carrier Envelope
- Training and Educational Resources Page



TEXAS SECRETARY OF STATE

# Questions?

# elections@sos.texas.gov



Date: 03/24/23                           EL PASO COUNTY                        a_cured_tot v.221209
Time: 12:26 pm                    Cured Ballot Overall Summary Report                    Page:    1
Election Code: 1122-00              — 2022 NOVEMBER GENERAL --



EXHIBIT

7

PURPOSE OF THIS REPORT:
The purpose of this report is to assist you in determining the total number of successfully cured mail ballots for the selected election.

The totals below are for ballots whose final return status was countable for the election but were previously flagged with a non-countable return status when initially returned. Determine which categories identify "rejected" ballots and then add those up to get the total number of ballots that were cured.


PRIOR RETURN STATUS BEFORE BEING ACCEPTED AS COUNTABLE:

| E2 | EVC Asst Incomp Re-Sent to Vtr | 2 |
|----|-------------------------------|---|
| E3 | EVC Inc SSN/TDL Re-Sent to Vtr | 590 |
| E5 | EVC Not Signed | 1 |
| E7 | EVC Inc SSN/TDL Cure Avail. | 8 |
| NS | No signature or mark | 1 |

Single Election Status Codes

EXHIBIT

Find `%`

| Code | Notice Code | Subcode | Description | Elec Req |
|------|-------------|---------|-------------|----------|
| AG | ABBM | AG | Not 65 Years of Age or Older 6-2 | Y |
| IC | ABBM | IC | Received for In-County Address 6-2 | Y |
| IE | ABBM | IE | Indeterminate Election 6-2 | Y |
| IM | ABBM | IM | Invalid Mailing Address 6-2 | Y |
| IS | ABBM | ISI | Incorrect SSN/TDL # 6-3 | Y |
| IS | ABBM | ISM | Missing SSN/TDL # 6-3 | Y |
| ISA | ABBM | IFI | FINAL - Incorrect SSN/TDL # 6-3 | Y |
| ISA | ABBM | IFM | FINAL - Missing SSN/TDL # 6-3 | Y |
| JAI | ABBM | JAIL | Invalid Jail/Relative Address 6-2 | Y |
| MA | ABBM | MA | No Address of Registration 6-2 | Y |
| MR | ABBM | MR | No By Mail Reason 6-2 | Y |
| ND | ABBM | ND | Not Properly Delivered 6-2 | Y |
| NDA | ABBM | NDA | Missing Disability Affirmation 6-2 | Y |
| NS | ABBM | NS | No Signature 6-2 | Y |
| NT | ABBM | NT | No TDL.SSN in VR Record 6-4 | Y |
| OK | ABBM | OK | Ballot Tracker Correction Received | Y |
| TE | ABBM | TE | Received 60 Days Before Election Day 6-2 | Y |
| TL | ABBM | TL | Not Received Before Deadline 6-2 | Y |
| TL | ABBM | TLAN | Not Received Before Deadline 6-2 but ANN | Y |
| TL | ABBM | TLRO | Not Received Before Deadline 6-2 but RUN | Y |
| VR | ABBM | VR | Voter is Not Registered 6-2 | Y |
| WA | ABBM | WA | No Printed Name or Address of Witness 6-; | Y |
| WM | ABBM | WM | Didn't Indicate Mark 6-2 | Y |
| WR | ABBM | WR | No Witness Relationship 6-2 | Y |

Find          OK          Cancel


EXHIBIT

PENGAD 800-631-6989

**From:** Melissa Rosales
**To:** Lisa R. Wise
**Subject:** Early Voting-Officer David Ortiz-Poll Watcher Report
**Date:** Thursday, November 10, 2022 2:55:32 PM
**Attachments:** image001.png

Election: November 2022 General Election
Early Voting Location: Officer David Ortiz Rec. Center
Date: 10/25/2022
Election Judge: Floreen Villela
Description as written on report: "Had 2 poll watchers/these two poll watchers were targeting voters who needed assistance and would stand right behind our voters. I had to stand in front of the Poll Watcher but have been told if voter feels uncomfortable to ask poll watcher to stand back 6 feet."
Election Judge: Noemi Fragoso
Description as written on report: "Poll watcher need to stand a bit away for assisting voters so poll workers can observe the voters too."



**MELISSA ROSALES | Elections Department**
Elections Information & Resources Coordinator
**P** (915) 546-2154 Ext. 3099 | **F** (915) 546-2220
500 E. San Antonio, Suite 314 | El Paso, TX 79901
www.epcountyvotes.com
 



**EXHIBIT**

13

7-58
Prescribed by Secretary of State
Sections 64.0322, 64.034, Texas Election Code
7/2022

| Type of Election | Polling Location |
|---|---|
| Date of Election | Authority Conducting Election |

## OATH OF ASSISTANCE

**Oath of Person Assisting Voter:** "I swear (or affirm) under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance; I will not suggest, by word, sign, or gesture, how the voter should vote; I will prepare the voter's ballot as the voter directs; I did not pressure or coerce the voter into choosing me to provide assistance; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person; and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted." **Juramento de la Persona Asistiendo al Votante:** "Yo juro (o afirmo) bajo pena de perjurio que el votante al que estoy asistiendo me representó que es elegible para recibir asistencia; no sugeriré, con palabra, señal, o gesto, como debe votar el votante; prepararé la boleta del votante según lo indique el votante; no presioné ni coaccioné al votante para que me eligiera como asistente; no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece; no comunicaré información sobre cómo el votante ha votado a otra persona; y entiendo que si se proporciona asistencia a un votante que no es elegible para recibir asistencia, la boleta del votante podría no ser contada."

| | Signature of Assistant *(Firma del Asistente)* | Printed Name of Assistant *(Nombre del Asistente en Letra de Molde)* | Address of Assistant *(Dirección del Asistente)* | Relationship of Assistant to Voter *(Relación del Asistente al Votante)* | Did you receive or accept any form of compensation or other benefit from a candidate, campaign, or political committee? *(Recibió o aceptó cualquier forma de compensación u otro beneficio de un candidato, campaña o comité político?)* | |
|---|---|---|---|---|---|---|
| 1 | | | | | Yes | No |
| 2 | | | | | Yes | No |
| 3 | | | | | Yes | No |
| 4 | | | | | Yes | No |
| 5 | | | | | Yes | No |
| 6 | | | | | Yes | No |
| 7 | | | | | Yes | No |
| 8 | | | | | Yes | No |
| 9 | | | | | Yes | No |
| 10 | | | | | Yes | No |

**Instructions:**
1. Administer the Oath of Assistance to the Assistant.
2. The Assistant must repeat the Oath aloud and complete the form for each voter assisted.
3. Instruct the Assistant to:
   a. Sign the form
   b. Print his or her name
   c. Provide his or her address
   d. Put his or her relationship to the voter in the column
   e. Indicate whether he or she received or accepted any form of compensation or other benefit from a candidate, campaign, or political committee for providing assistance to the voter.

The above oaths were sworn and subscribed to before me this _____ day of _____, 20 _____. Los juramentos señalados arriba fueron declarados bajo juramento y suscritos ante mí en la fecha arriba.

_____
Signature of Election Officer

_____
Printed Name of Election Officer

7-58
Prescribed by Secretary of State
Sections 61.033, 61.035 Texas Election
Code 7/2022

| Type of Election | Polling Location |
|------------------|------------------|
| Date of Election | Authority Conducting Election |

## OATH OF INTERPRETER

**Oath of Interpreter:** "I swear (or affirm) that, to the best of my ability, I will correctly interpret and translate each question, answer, or statement addressed either to the voter by any election officer or to an election officer by the voter." **Juramento del Interprete:** *"Yo juro (o afirmo) que, a mi mejor habilidad, interpretaré y traduciré de una manera correcta cada pregunta, respuesta o declaración que cualquier oficial electoral dirija al votante o que el votante dirija a cualquier oficial electoral."*

**Instructions:**
1. Administer the Oath of Interpreter to the Interpreter.
2. The Interpreter must repeat the Oath aloud.
3. Instruct the Interpreter to sign the form.

The above oaths were sworn and subscribed to before me this _____ day of _____, 20 _____.
*Los juramentos señalados arriba fueron declarados bajo juramento y suscritos ante mí en la fecha arriba.*

_____
Signature of Election Officer

_____
Printed Name of Election Officer