UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br>     *Defendants*, <br><br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br>     *Intervenor-Defendants*. | Case No. 5:21-cv-844-XR <br> (Lead Case) |

## STATE DEFENDANTS' AMENDED TRIAL DISCLOSURES

Because of pending appeals at the Fifth Circuit pertaining to legislative privilege, the Court proposed, and the Parties agreed, to a bifurcated trial. Under this arrangement, the Court would hear Plaintiffs' effect-based claims in the first phase of trial, starting September 11, 2023, while Plaintiffs' intent-based claims would be tried at a later date once the ongoing discovery disputes were resolved. The Parties memorialized this agreement in their May 26, 2023, Joint Trial Advisory, which specified the claims that would be heard during each phase of trial. ECF No. 615 ¶¶ 3–5.

The Parties again discussed trial bifurcation at their August 1 and August 3 meet and confers, and while there was some dispute among the Parties over the scope of the intent evidence that should be introduced during the first phase of trial, the Parties agreed to move forward with the claims laid out in the Joint Trial Advisory. Nevertheless, on August 11, Plaintiffs notified this Court and State Defendants for the first time of their wish to proceed, "on all claims during the September 11 Phase I trial . . . ." ECF No. 707 at 2. The final decision to try all claims together was made in the Parties' Joint Pretrial Order on September 5—a mere six days before trial. ECF No. 753 at 2 n.2.

As noted in State Defendant's August 11 Trial Advisory, ECF. No. 709, State Defendants prepared their trial schedule advisory and pre-trial disclosures based on the understanding that the Parties planned to proceed with a bifurcated trial. Their exhibit and witness lists therefore reflected facts and defenses relevant to Plaintiffs' effects-based claims only. State Defendants informed the Court and Plaintiffs that it "would certainly need to amend their disclosures to reflect the additional witnesses and exhibits needed to address intent evidence" if Plaintiffs choose to move forward on all claims. State Defendants do so now, updating its witness and exhibit lists to include the following:

## WITNESSES

Defendants identify the following additional witness in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(i):

| WITNESS | EXPECTS TO CALL OR MAY CALL |
|---|---|
| Senator Bryan Hughes | Expects to Call |

## EXHIBITS

Defendants identify the following additional documents or other exhibits which Defendants expect to offer, and which may be offered, in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(iii):

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | DATE EXHIBIT IDENTIFIED | ADMITTED OR WITHDRAWN |
|---|---|---|---|
| 319 | Description, Texas Secretary of State Full Forensic Audit of 2020 General Election (STATE048397–98). | October 10, 2023 | |
| 320 | December 10, 2021, Letter from Secretary of State John B. Scott to Collin County, Dallas County, Harris County, and Tarrant County Election Administrators (STATE105332–43). | October 10, 2023 | |
| 321 | October 18, 2022, Letter from Director of the Forensic Audit Division Chad Ennis to Harris County Election Administrator, Re: Notice of Mobile Ballot Boxes from the 2020 General Election lacking proper chain-of-custody and request for corrective action. (STATE137838–52). | October 10, 2023 | |
| 322 | Introduced Version of Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 | |
| 323 | Engrossed Version of Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 | |
| 324 | House Committee Report for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 | |
| 325 | Conference Committee Report for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 | |
| 326 | Summary of Actions Taken for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 | |

| | | |
|---|---|---|
| 327 | House Bill Analysis for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 328 | Senate Bill Analysis for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 329 | Witness List for Senate Bill Analysis for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 330 | Fiscal Note Accompanying Introduced Version of Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 331 | Fiscal Note Accompanying Engrossed Version of Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 332 | Fiscal Note Accompanying Conference Committee Report for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 333 | Fiscal Note Accompanying House Committee Report for Senate Bill 7. An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 334 | List of Amendments, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021), Texas Legislature Online. | October 10, 2023 |

| | | |
|---|---|---|
| 335 | Amendment F1, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 336 | Amendment F18, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 337 | Amendment F30, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 338 | Amendment 2, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 339 | Amendment 7, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 340 | Amendment 11, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 341 | Amendment 12, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 342 | Amendment 13, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 343 | Amendment 15, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |

| | | |
|---|---|---|
| 344 | Amendment 16, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 345 | Amendment 17, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 346 | Amendment 18, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 347 | Amendment 20, An Act Relating to Elections, Including Election Integrity and Security; Creating a Criminal Offense; Providing Civil Penalties, S.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 348 | Transcript of Texas Senate Committee on State Affairs, March 22, 2021, Hearing, Re: Senate Bill 7. (LUPE_0019243–264). | October 10, 2023 |
| 349 | Transcript of Texas Senate Committee on State Affairs, March 26, 2021, Hearing, Re: Senate Bill 7. (LUPE_0019265–0020098). | October 10, 2023 |
| 350 | Transcript of Texas Senate Session, March 31, 2021, Re: Senate Bill 7. (HJ_0007871–914). | October 10, 2023 |
| 351 | Transcript of Lieutenant Governor Dan Patrick's April 6, 2021, Press Conference, Re: Senate Bill 7. (LUPE_0018974–19014). | October 10, 2023 |
| 352 | Transcript of Texas House Committee on Elections (Part I), April 29, 2021, Hearing, Re: Senate Bill 7. (LUPE_0019016–29). | October 10, 2023 |
| 353 | Transcript of Texas House Committee on Elections (Part II), April 29, 2021, Hearing, Re: Senate Bill 7. (LUPE_0019030–67). | October 10, 2023 |
| 354 | Transcript of Texas House of Representatives Session, May 6, 2021, Re: Senate Bill 7. (HJ_0007741–869). | October 10, 2023 |

| | | |
|---|---|---|
| 355 | Introduced Version of House Bill 6. An Act Relating to Election Integrity and Preservation of the Purity of the Ballot Box Through the Prevention of Fraud in the Conduct of an Election; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 356 | Committee Substitute of House Bill 6. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses. H.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 357 | Witness List for House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses. H.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 358 | Bill Analysis for House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses. H.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 359 | Fiscal Note for Introduced Version of House Bill 6. An Act Relating to Election Integrity and Preservation of the Purity of the Ballot Box Through the Prevention of Fraud in the Conduct of an Election; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 360 | Fiscal Note for Committee Substitute of House Bill 6. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses. H.B. 7, 87th Leg., R.S. (2021). | October 10, 2023 |
| 361 | Transcript of House Committee on Elections, March 25, 2021, Hearing, Re: House Bill 6. (LUPE_0018890–973). | October 10, 2023 |

| | | | |
|---|---|---|---|
| 362 | Transcript of Texas House Committee on Elections, April 8, 2021, Hearing Re: House Bill 6. (LUPE_0018879–88). | October 10, 2023 | |
| 363 | Transcript of Texas House Committee on Elections, April 1, 2021, Hearing, Re: House Bill 6. (LUPE_0018755–878). | October 10, 2023 | |
| 364 | Introduced Version House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 365 | Summary of Action Taken for House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 366 | House Bill Analysis for House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 367 | Witness List for House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 368 | Introduced Version House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 369 | Public Hearing Agenda, July 10, 2021, Texas House Select Committee on Constitutional Rights, Re: House Bill 3 (TXLEG_0000027). | October 10, 2023 | |

| | | | |
|---|---|---|---|
| 370 | Fiscal Note Accompanying Introduced Version House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 371 | Transcript of House Select Committee on Constitutional Rights and Remedies, July 10, 2021, Hearing, Re: House Bill 3. (HJ_0005503–995). | October 10, 2023 | |
| 372 | Introduced Version Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses; Providing Civil Penalties, S.B. 1, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 373 | Engrossed Version Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses; Providing Civil Penalties, S.B. 1, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 374 | Summary of Actions Taken for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses; Providing Civil Penalties, S.B. 1, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 375 | Senate Bill Analysis for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses; Providing Civil Penalties, S.B. 1, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |

| 376 | Witness List for Senate Bill Analysis for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses; Providing Civil Penalties, S.B. 1, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| --- | --- | --- | --- |
| 377 | Fiscal Note Accompanying Introduced Version Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses; Providing Civil Penalties, S.B. 1, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 378 | Fiscal Note Accompanying Engrossed Version Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses; Providing Civil Penalties, S.B. 1, 87th Leg. 1st Called Sess., R.S. (2021). | October 10, 2023 | |
| 379 | Transcript of Texas Senate Committee on State Affairs, July 10, 2021, Hearing, Re: Senate Bill 1. (LUPE_0021282–2131). | October 10, 2023 | |
| 380 | Transcript of Texas Senate Committee on State Affairs, July 11, 2021, Hearing, Re: Senate Bill 1. (LUPE_0022132–84)). | October 10, 2023 | |
| 381 | Transcript of Texas Senate Session, July 13, 2021, Re: Senate Bill 1. (HJ_0007445–7739). | October 10, 2023 | |
| 382 | Introduced Version House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 383 | Excerpts, Written Public Comments, Texas House Select Committee on Constitutional Rights & Remedies, Re: House Bill 3 (TXLEG_001281, 345). | October 10, 2023 | |

| | | |
|---|---|---|
| 384 | Summary of Actions Taken for Introduced Version House Bill 3. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, H.B. 3, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 |
| 385 | Introduced Version of Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 |
| 386 | Engrossed Version of Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 |
| 387 | House Committee Report on for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 |
| 388 | Conference Committee Report on Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 |
| 389 | Enrolled Version of Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 |
| 390 | Notice of Public Hearing, August 21, 2021, Texas House Committee on Constitutional Rights and Remedies. (TXLEG_0000062–63). | October 10, 2023 |

| | | |  |
|---|---|---|---|
| 391 | Notice of Public Hearing, August 23, 2021, Texas House Committee on Constitutional Rights and Remedies. (TXLEG_0000064–65). | October 10, 2023 | |
| 392 | Summary of Actions Taken for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 393 | Excerpts, Written Public Comments, Texas House Select Committee on Constitutional Rights & Remedies, Re: Senate Bill 1 (TXLEG_000261, 390–91). | October 10, 2023 | |
| 394 | Senate Bill Analysis for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 395 | House Bill Analysis for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 396 | HRO Bill Analysis for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 397 | Witness List for Senate Bill Analysis for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |

| 398 | Witness List for House Bill Analysis for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| --- | --- | --- | --- |
| 399 | Fiscal Note Accompanying Introduced Version Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 400 | Fiscal Note Accompanying Engrossed Version Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 401 | Fiscal Note Accompanying House Committee Report for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 402 | Fiscal Note Accompanying Conference Committee Report for Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 403 | Fiscal Note Accompanying Enrolled Version Senate Bill 1. An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |

| | | | |
|---|---|---|---|
| 404 | List of Amendments, An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021), Texas Legislature Online. | October 10, 2023 | |
| 405 | Amendment 11, An Act Relating to Election Integrity and Security, Including by Preventing Fraud in the Conduct of Elections in this State; Increasing Criminal Penalties; Creating Criminal Offenses, S.B. 1, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 406 | House Journal Record of Final Vote on SB 1 in House. "SB 1 Conference Committee Report Adopted," *House Journal*, pp. 316–20, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 407 | Senate Journal Record of Final Vote on SB 1 in Senate. "Conference Committee Report on Senate Bill 1 Adopted," *Senate Journal*, p. 188, 87th Leg. 2nd Called Sess., R.S. (2021). | October 10, 2023 | |
| 408 | Summary of Actions Taken for House Bill 315, An Act Relating to a Statement by the Secretary of State Regarding the Furnishing of Certain Personal Information on an Application for a Ballot to be Voted by Mail, H.B. 315, 88th Leg., R.S. (2023), Texas Legislature Online. | October 10, 2023 | |
| 409 | House Journal Record of Final Vote on HB 315 in House. "Statement of Vote: HB 315," *House Journal*, p. 3516, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 410 | Senate Journal Record of Final Vote on HB 315 in Senate. "House Bill 315 on Third Reading," *Senate Journal*, p. 2276, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 411 | Summary of Actions Taken for House Bill 357, An Act Relating to the Requirements to Access the Online Tracker of an Application for a Ballot to be Voted by Mail and to the Date of Runoff Elections, H.B. 357, 88th Leg., R.S. (2023), Texas Legislature Online. | October 10, 2023 | |

| 412 | House Journal Record of Final Vote on HB 357 in House. "Conference Committee Report Adopted," *House Journal*, pp. 6183–84, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 413 | Senate Journal Record of Final Vote on HB 357 in Senate. "Conference Committee Report on House Bill 357 Adopted," *Senate Journal*, p. 3231, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 414 | Summary of Actions Taken for Senate Bill 1599, An Act Related to Ballots Voted by Mail, S.B. 1599, 88th Leg., R.S. (2023), Texas Legislature Online. | October 10, 2023 | |
| 415 | House Journal Record of Final Vote on SB 1599 in House. "SB 1599 on Third Reading," *House Journal*, p. 4592, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 416 | Senate Journal Record of Final Vote on SB 1599 in Senate. "Senate Bill 1599 with House Amendment," *Senate Journal*, pp. 2263-69, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 417 | Summary of Actions Taken for Senate Bill 975, An Act Relating to the Procedures for the Issuance of a Personal Identification Certificate to a Person Whose Driver's License is Surrendered, S.B. 975, 88th Leg., R.S. (2023), Texas Legislature Online. | October 10, 2023 | |
| 418 | House Journal Record of Final Vote on SB 975 in House. "SB 975 on Third Reading," *House Journal*, pp. 4424–25, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 419 | Senate Journal Record of Final Vote on SB 975 in Senate. "Senate Bill 975 with House Amendment," *Senate Journal*, p. 2163, 88th Leg., R.S. (2023). | October 10, 2023 | |
| 420 | Summary of Actions Taken for Senate Bill 477, An Act Relating to Accommodating Voters with a Disability, S.B. 477, 88th Leg., R.S. (2023), Texas Legislature Online. | October 10, 2023 | |
| 421 | Senate Journal Record of Final Vote on SB 477 in Senate. "Senate Bill 477 with House Amendment," *Senate Journal*, p. 2774–76, 88th Leg., R.S. (2023). | October 10, 2023 | |

| | | |
|---|---|---|
| 422 | House Journal Record of Final Vote on SB 477 in House. "SB 477 on Third Reading," *House Journal*, pp. 5066–67, 88th Leg., R.S. (2023). | October 10, 2023 |
| 423 | Election Advisory No. 2023-06, Re: 2023 Legislative Summary – 88th Regular Session and Second Special Session, dated July 21, 2023. | October 10, 2023 |
| 424 | Election Advisory No. 2023-13, Re: NEW LAW: Senate Bill 1599 – Changes to the Corrective Action Process for Defects on Application for a Ballot by Mail and Carrier Envelope, dated September 21, 2023. | October 10, 2023 |
| 425 | Election Advisory No. 2023-14, Re: NEW LAW: Changes to Accessibility Requirements – Senate Bill 477, dated September 28, 2023. | October 10, 2023 |
| 426 | Public Hearing Agenda, February 22, 2018, Texas Senate Select Committee on Election Security, Re: Interim Charge on Election Security. (TXLEG_0004046). | October 10, 2023 |
| 427 | Chad Ennis, Michael Leland, Chuck DeVore, Election Integrity: Case Studies & Policy, Texas Public Policy Foundation, July 2021. (TXLEG_0001534–69). | October 10, 2023 |
| 428 | Power Point Presentation, 2021 Legislative Updates. (STATE032431–86). | October 10, 2023 |
| 429 | Election Complaint Submitted to Secretary of State (TXLEG_0001821–81). | October 10, 2023 |

| | |
|---|---|
| Date: October 10, 2023 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General | RYAN G. KERCHER<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Special Counsel<br>Tex. State Bar No. 24118415 |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br>zachary.berg@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 10, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER