**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | NO. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al., <br><br> Defendants. | NO. 1:21-cv-780-XR |
| HOUSTON AREA URBAN LEAGUE, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY WAYNE ABBOTT, et al. <br><br> Defendants. | NO. 5:21-cv-848-XR |
| LULAC TEXAS, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al. <br><br> Defendants. | NO. 1:21-cv-786-XR |

| | |
|---|---|
| MI FAMILIA VOTA, et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, et al.<br><br>        Defendants. | NO. 5:21-cv-0920-XR |

**NOTICE OF HAUL PLAINTIFFS' AMENDED DEPOSITION DESIGNATIONS**

The HAUL Plaintiffs respectfully submit the following designations of deposition testimony, which amend the testimony designated in HAUL and MFV Plaintiffs' Rule 26(a)(3) disclosures filed on July 28, 2023 (ECF 690). HAUL Plaintiffs offer this testimony by deposition pursuant to Federal Rule of Civil Procedure 32(a)(3) and (4) because the witnesses are adverse parties, are located more than 100 miles from the place of trial, or are deceased.

When HAUL Plaintiffs submitted deposition designations as part of their Rule 26(a)(3) disclosures, the parties' final witness lists remained in flux, and it was unclear which witnesses would ultimately testify at trial. HAUL Plaintiffs now amend their deposition designations to withdraw testimony of witnesses who have provided live testimony at trial, as well as other witnesses. The amended deposition designations also remove some previously designated pages and lines of testimony and correct two typos in the previously designated pages and lines, but do not designate new testimony. Transcripts reflecting the amended designated testimony are attached as Exhibits A-N. Should any of the witnesses whose testimony is designated herein testify live during the remainder of trial, HAUL Plaintiffs ask the Court to consider those witnesses' deposition designations to be withdrawn.

| Witness | Date | Page:Lines |
|---|---|---|
| Jennifer Colvin | 3/21/2023 | 7:8-10; 13:3-14:8; 16:18-23; 17:1-3; 34:24-35:3; 41:8-42:21; 43:9-12; 43:15-44:7; 45:19-25; 46:1-12; 48:7-14; 48:17-20; 48:25-49:10; 49:17-50:8; 51:2-5; 51:7-52:3; 54:15-56:8; 56:24-57:16; 59:7-20; 60:18-61:22; 62:1-19; 62:21-24; 67:9-16; 68:4-16; 68:22-70:1; 71:10-72:3; 74:21-75:13; 76:19-77:6; 77:18-78:11; 81:16-82:2; 83:10-12; 83:15-84:2; 85:10-20 86:6-16; 87:8-10; 87:12-22; 88:20-89:2; 89:13-91:6; 91:20-92:4; 100:6-25 |
| Lauren Smith | 3/21/2023 | 8:3-5; 12:1-3; 33:2-11; 63:17-22; 64:11-14; 65:2-6, 12-24; 66:4-8; 69:12-25; 70:1-5, 25; 71:1-2 |
| Rep. Briscoe Cain | 4/21/2022 | 7:12-15; 36:13-15; 36:18-19; 42:6-19; 43:5-13; 43:22-44:1; 44:24-45:23; 52:21-53:6; 53:21-54:25; 56:11-19; 67:16-68:7; 91:9-13; 95:21-96:3; 96:21-22; 96:24-97:2; 97:16-21; 97:24-98:9; 115:6-116:18; 117:1-8; 119:7-8; 119:20-22; 119:25-120:17; 124:7-125:13; 125:18-126:8; 126:12-18; 126:23-127:18; 127:22-128:6; 131:9-132:22; 133:25-134:25; 135:5-138:17; 139:9-15; 139:21-140:1; 141:2-19; 142:14-20; 145:4-146:5; 150:23-25; 154:20-156:4; 156:22-157:8; 172:2-9; 176:21-177:25; 178:11-14; 179:23-183:3; 208:12-20; 209:4-16 |
| Sen. Bryan Hughes | 4/19/2022 | 6:1-4; 40:2-40:15; 40:21-23; 40:25-41:2; 41:20-41:22; 42:4-42:8; 47:19-48:9; 55:18-56:8; 58:9-59:24; 92:17-94:3 94:8-94:7; 94:20-94:24; 118:1-118:17; 119:13-119:14; 120:3; 127:2-127:23; 128:4-8; 137:2-137:10; 138:25-139:24; 157:23-160:3; 160:18-161:1; 161:14-20; 163:6-9; 164:7-164:16; 164:20-165:7; 165:16-22; 166:7-9; 168:2-168:13; 168:24-169:12; 171:10-171:25; 172:9-12; 172:17-172:20; 174:19-175:13; 175:24-25; 176:11-177:23; 181:10-22; 182:19-183:4; 193:12-19; 200:23-24; 201:2; 201:17-18; 201:22-24; 202:22-24; 203:3; 203:13-15; 203:20; 204:20-23; 206:4-22; 208:18-209:5; 210:11-20; 212:16-213:9; 214:17-23; 215:9-15; 216:12-22; 249:8-251:6; 255:20-259:2; 259:20-260:5; 260:11-262:13; 297:6-14; 298:5-20; 302:16-24 |

| Witness | Date | Page:Lines |
|---|---|---|
| **Maria Gomez** | 4/25/2023 | 5:1-5; 6:10-11, 14-15; 7:1-3, 12-15; 10:11-14; 10:22-11:2; 11:15-25; 14:10-15; 15:25-16:8; 19:21-20:3; 20:22-21:6; 40:24-41:1; 43:4-10; 49:14-22 |
| **Rep. Andrew Murr** | 5/22/2022 | 19:13-16; 42:11-42:14; 42:17-18; 43:8-43:11; 43:14; 53:7-53:9; 53:12; 59:22-60:2; 86:19-86:21; 86:25-87:6; 88:5-19; 88:25-89:9; 89:13-14; 96:23-99:21; 100:1-2; 100:3-100:23;101:10-13; 102:5-7; 103:17-22; 104:15-105:11; 106:22-107:7; 107:17-108:22; 109:7-15; 110:6-19; 110:23-112:6; 112:14-15; 113:8-13;  114:4-115:19; 116:6-23; 117:5-6; 120:2-121:19; 121:24-122:2; 122:3-4; 122:8-9; 122:10-12; 122:19-20; 122:21-23; 123:6-8; 137:14-24; 138:2-3; 138:6-9; 139:3-7; 139:13-19; 139:20-23; 140:1-3; 140:4-6; 140:12-16; 140:23-141:2; 141:9-16; 143:5-7; 143:10-16; 143:18-21; 144:15-16; 144:19-145:1; 145:6-9; 145:13-16; 146:18-19; 146:23-147:3; 147:9-13; 148:4-6; 148:9-15; 148:18-24; 149:15-16; 149:19-24; 152:19-22; 154:4-155:3 |
| **Rep. Rafael Anchia** | 8/22/2022 | 8:1-4; 9:14-18; 11:12-25; 12:1-7, 13-15, 21-25; 13:1-8; 17:7-8, 13, 16-18; 18:3-7, 12-19; 19:12-23; 20:11-18; 21:8-10, 16-22; 23:17-25; 24:1-16; 30:24-25; 31:1-19; 32:13-16, 20-24; 33:11-17, 21-25; 34:1, 3-6, 18-25; 35:1-7, 12-17, 20-25; 36:1-14; 77:3-20; 78:9-11; 82:10-15; 84:10-25; 85:1-4; 91:22-25; 92:1-5, 8-25; 93:1-8 |
| **Sen. Carol Alvarado** | 10/6/2022 | 8:14-18; 11:11-16; 12:6-23; 13:2-14, 17-25; 14:1-5, 10-25; 15:1-13, 17-19; 16:7-21; 17:8-19; 18:16-19; 20:15-18; 87:13-16; 94:6-8; 100:17-19; 101:8-14; 107:11-25; 108:1-19, 25; 109:1-18; 131:6-19; 144:5-7; 146:24-25; 147:1-17; 148:6-10; 160:10-25; 161:1-3; 190:5-13; 204:9-15; 206:20-25; 207:1-9; 219:11-25 |

| Witness | Date | Page:Lines |
|---|---|---|
| **Alan Vera** | 2/27/2023 | 19:6-11; 21:4-14; 24:20-25:14; 26:13-27:24; 28:14-22; 30:7-31:1; 36:2-9; 40:11-41:15; 47:2-8, 48:8-49:1; 49:23-50:7; 50:17-20; 53:7-57:23; 142:14-144:14; 144:24-145:6 |
| **Rep. Nicole Collier** | 1/30/2023 | 6:5-11; 14:9-22; 18:18-20:18; 81:4-82:11; 87:1-14; 87:18-88:11; 149:16-150:4; 151:1-7; 234:11-236:6 |
| **Nancy Crowther** | 6/17/2022 | 5:19-23; 16:19-25; 17:4-5; 18:3-9; 19:4-8; 23:25; 24:1-25; 25:1-25; 26:1-25; 27:1-10; 27:16-25; 28:1-6; 28:17-25; 29:1-3; 30:5-12; 30:24-25; 31:1-15; 32:14-21; 43:1-10; 43:18-25; 44:1-18; 45:7-25; 46:1; 52:11-25; 53:1-7; 54:7-14; 77:21-25; 78:1-17; 80:7-25; 81:1-8; 84:3-25; 85:1-25; 86:1-25; 87:1-25; 88:1-25; 89:1-25; 90:1-8; 97:15-25; 98:1-25; 99:1-14 |
| **Anne Scott** | 4/18/2023 | 6:1-4; 11:13-25; 12:21-25; 13:1-4, 7-8, 17-25; 14:1-25; 18:23-25; 19:2-25; 20:1-3, 7-21; 22:7-11, 23-25; 23:1; 26:21-23; 27:20-23; 44:13-23 |
| **Taylor Scott** | 4/18/2023 | 5:1-4; 7:19-23; 10:8-25; 11:1-5; 14:7-9; 15:3-4; 16:1-11; 16:18-24; 18:24-25; 19:1-25; 20:1-4 |
| **Yvonne Iglesias** | 4/17/2023 | 7:2-6; 18:12-17; 19:8-14; 21:6-25; 22:1, 3-5; 23:10-17; 25:8-15; 28:11-20; 29:4-11, 15-25; 30:1-3, 10-23; 32:1-7; 34:25; 35:1-2, 6-15; 39:18-21; 40:3-9; 41:24-25; 42:1-20; 44:22-25; 45:1-11; 46:24-25; 47:1-25; 64:18-21; 68:25; 69:1-7; 71:12-25; 72:1-18; 75:5-25; 76:1-2 |

Dated: October 12, 2023                    Respectfully Submitted,

*/s/ Jennifer A. Holmes*
Jennifer A. Holmes*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
THE ARC OF THE UNITED STATES, INC.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

J. Michael Showalter*
ARENTFOX SCHIFF LLP
South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons ("HAUL Plaintiffs")*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on October 12, 2023 upon all counsel of record by CM/ECF:

*s/ Jennifer A. Holmes*
Jennifer A. Holmes