# Exhibit A

Jennifer Colvin                                      March 21, 2023

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>　　Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>　　Defendants,<br><br>_____ | §<br>§<br>§<br>§<br>§　Case No. 5:21-cv-844-XR<br>§<br>§<br>§<br>§<br>§<br>§ |
| OCA-GREATER HOUSTON, et al.,<br>　　Plaintiffs,<br><br>v.<br><br>JANE NELSON, et. al.,<br>　　Defendants,<br><br>_____ | §<br>§<br>§<br>§　Case No. 1:21-cv-780-XR<br>§<br>§<br>§<br>§<br>§ |
| HOUSTON JUSTICE, et al.,<br>　　Plaintiffs,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, et al.,<br>　　Defendants,<br><br>_____ | §<br>§<br>§<br>§<br>§　Case No. 5:21-cv-848-XR<br>§<br>§<br>§<br>§<br>§ |
| LULAC Texas, et al.,<br>　　Plaintiffs,<br><br>v.<br><br>JANE NELSON, et al.,<br>　　Defendants,<br><br>_____ | §<br>§<br>§<br>§　Case No. 1:21-cv-0786-XR<br>§<br>§<br>§<br>§<br>§ |



Jennifer Colvin

March 21, 2023
Pages 2 to 5

## Page 2

```
 1   MI FAMILIA VOTA, et      §
     al.,                     §
 2        Plaintiffs,         §
                              §
 3   v.                       §   Case No. 5:21-cv-0920-XR
                              §
 4   GREG ABBOTT, et al.,     §
          Defendants.         §
 5
 6
 7
 8
 9              ORAL AND VIDEOTAPED DEPOSITION OF
10                        JENNIFER COLVIN
11                        MARCH 21, 2023
12
13
14
15       ORAL AND VIDEOTAPED DEPOSITION OF JENNIFER COLVIN,
16   produced as a witness at the instance of the Defendants
17   and duly sworn, was taken in the above styled and
18   numbered cause on Tuesday, March 21, 2023, from
19   12:20 p.m. to 3:43 p.m., before DONNA QUALLS, Notary
20   Public in and for the State of Texas, reported by
21   computerized stenotype machine, at the offices of Harris
22   County Attorney's Office, 1019 Congress Street, 15th
23   Floor, Houston, Texas, pursuant to the Federal Rules of
24   Civil Procedure, and any provisions stated on the record
25   or attached hereto.
```

## Page 3

```
 1            A P P E A R A N C E S
 2
 3   FOR THE HARRIS COUNTY ELECTIONS ADMINISTRATOR:
        SAMEER S. BIRRING
 4      TIFFANY BINGHAM
        OFFICE OF THE HARRIS COUNTY ATTORNEY CHRISTIAN
        D. MENEFEE
 5      1019 Congress, 15th Floor
        Houston, Texas  77002
 6      (713) 274-5142
        sameer.birring@harriscountytx.gov
 7
 8   FOR THE HOUSTON AREA URBAN LEAGUE (HAUL) PLAINTIFFS:
        JENNIFER A. HOLMES
 9      NAACP Legal Defense and Educational Fund, Inc.
        700 14th Street N.W., Suite 600
10      Washington, District of Columbia  20005
        (347) 573-0197
11      jholmes@naacpldf.org
12
     FOR THE UNITED STATES:
13      DANA PAIKOWSKY
        U.S. DEPARTMENT OF JUSTICE
14      950 Pennsylvania Avenue, NW
        Washington, District of Columbia  20530
15      (202) 353-5225
        dana.paikowsky@usdoj.gov
16
17   FOR THE STATE DEFENDANTS:
        KATHLEEN T. HUNKER
18      OFFICE OF THE ATTORNEY GENERAL
        P.O. BOX 12548 (MC-009)
19      AUSTIN, TEXAS  78711-2548
        (512) 463-2100
20      kathleen.hunker@oag.texas.gov
21
     Also Present:
22      STEPHEN KENNY (Via Zoom)
        BRADLEY PROWANT (Via Zoom)
23      BREANNA WILLIAMS, NAACP (Via Zoom)
        CARRIE LEBEL (Via Zoom)
24      GERMAINE HABELL (Via Zoom)
        JOHN GORE, GOP (Via Zoom)
25      JOHN SULLIVAN BAKER, DOJ (Via Zoom)
```

## Page 4

```
 1   LEIGH TOGNETTI (Via Zoom)
     LISA CUBRIEL, BEXAR COUNTY (Via Zoom)
 2   LUCIA ROMANO (Via Zoom)
     MIKE STEWART, DOJ (Via Zoom)
 3   URUJ SHEIKH, LDF (Via Zoom)
     ZACHARY DOLLING, TCRP, OCA (Via Zoom)
 4   REGGIE WRIGHT, THE VIDEOGRAPHER
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 5

```
 1                     INDEX
 2                                              PAGE
 3
     Appearances...................................    3
 4
 5   JENNIFER COLVIN
 6   Examination by Ms. Hunker.....................    7
     Examination by Ms. Paikowsky..................   47
 7   Examination by Ms. Holmes.....................   74
     Further Examination by Ms. Hunker.............   92
 8
 9   Corrections & Signature.......................  104
10
     Reporter's Certificate........................  106
11
12                  EXHIBIT INDEX
13
14   NUMBER      DESCRIPTION                     PAGE
     Exhibit 11  Election reconciliation           24
15               official totals
     Exhibit 12  Defendant Harris County           38
16               Elections Administrator,
                 Clifford Tatum's responses and
17               objections to state defendants'
                 second set of interrogatories,
18               and third set of requests for
                 Production
     Exhibit 13  Ballot insert                     41
19   Exhibit 14  Ballot insert                     53
     Exhibit 15  Call log spreadsheet              77
20   Exhibit 16  Harris County Elections           89
                 Administrator, Clifford Tatum's
21               supplemental responses to state
                 defendants' second set of
22               interrogatories
23
24
25
```



Jennifer Colvin

March 21, 2023
Pages 6 to 9

Page 6

1        THE VIDEOGRAPHER:  We are now on the
2  record.  This begins Videotape No. 1 in the deposition
3  of Jennifer Colvin in the matter of La Union Del Pueblo
4  Entero, et al., versus Gregory W. Abbott, et al.  Case
5  No. 5:21-CV-844-XR.
6        THE REPORTER:  Can I have all parties state
7  their name and appearance for the record.
8        MS. HUNKER:  Kathleen Hunker representing
9  the state defendants from the attorney general's office.
10       MS. HOLMES:  Jennifer Holmes on behalf of
11  the private plaintiffs, specifically the HAUL
12  plaintiffs.
13       MS. PAIKOWSKY:  Dana Paikowsky on behalf of
14  the United States.
15       MR. BIRRING:  Sameer Birring from the
16  Harris County Attorney's Office on behalf of the Harris
17  County Elections Administrator witnesses.
18       MS. BINGHAM:  And Tiffany Bingham on behalf
19  of Harris County Elections Administrator.
20       THE REPORTER:  Can I have you raise your
21  right hand.
22       MR. KENNY:  Stephen Kenny, Jones Day on
23  behalf of Intervenor-Defendants.
24       JENNIFER COLVIN,
25  having been duly sworn, testified as follows:

Page 7

1              EXAMINATION
2  BY MS. HUNKER:
3     Q.  Good afternoon.
4     A.  Hello.
5     Q.  My name is Kathleen Hunker.  I'm a lawyer with
6  the Office of the Texas Attorney General representing
7  the State defendants in this matter.
8        Can you please state and then spell your
9  name for the record?
10    A.  Sure.  Jennifer Colvin.
11  J-E-N-N-I-F-E-R C-O-L-V, as in "Victor," -I-N.
12    Q.  Thank you.  I'm going to start with some
13  introductory questions and instructions.  After that's
14  done, I'll move on to the main subject of the
15  deposition.  Okay?
16    A.  Yes.
17    Q.  Have you been deposed before?
18    A.  No.
19    Q.  But you understand that you are under oath,
20  correct?
21    A.  Correct.
22    Q.  And that oath would have the same effect as if
23  you were testifying in a court of law?
24    A.  Yes.
25    Q.  For the court reporter, you will need to

Page 8

1  provide verbal answers like "yes" or "no" rather than
2  nodding or shaking your head.  This has some extra
3  importance here today because we have many attorneys
4  participating remotely and they may not be able to see
5  you if they're dialing in.
6     A.  Okay.
7     Q.  Does that make sense?
8     A.  Yes.
9     Q.  It also helps the court reporter if we don't
10  talk over one another.  I'm going to do my best to wait
11  for you to finish your answers before I ask my next
12  question.  Will you do your best to wait for me to
13  finish my asking my question before you start your
14  answer?
15    A.  I will.
16    Q.  If you don't understand the question, will you
17  please let me know?
18    A.  I will.
19    Q.  And if you do answer the question, I'm going to
20  assume that you understood the question.
21        Is that fair?
22    A.  Yes.
23    Q.  If you need a break at any time, please let me
24  know.  My only request is that you answer any pending
25  question before we take a break.  Okay?

Page 9

1     A.  Okay.
2     Q.  Also, if you hear an objection from your
3  counsel, that is typically for a Court to decide at a
4  later date.  I, therefore, ask that you go ahead and
5  answer the question unless you are instructed not to
6  answer.  Okay?
7     A.  Okay.
8     Q.  Now I'm obliged to ask the following questions:
9  Have you consumed any alcohol today?
10    A.  No.
11    Q.  Have you consumed any drugs today?
12    A.  No.
13    Q.  Are you aware of anything that would affect
14  your ability to testify truthfully and accurately today?
15    A.  No.
16    Q.  You haven't brought any documents with you,
17  correct?
18    A.  Correct.
19    Q.  Now I'm going to direct your attention to the
20  first exhibit we have submitted in this case.  You
21  should have the documents in front of you.  This is
22  Exhibit 1.
23        Do you have that document in front of you?
24    A.  I do.
25    Q.  And I'd like you to turn to the first page.  Do



Jennifer Colvin

March 21, 2023
Pages 10 to 13

Page 10

1  you see where it states "State's Defendants' Amended
2  Notice of Intent to Take Oral and Videotaped Deposition
3  of the Office of the Harris County Elections
4  Administrator, Pursuant to Rule 30(b)(6)"?
5      A. I do.
6      Q. And have you seen this document before?
7      A. I have.
8      Q. Do you understand that you are here today
9  pursuant to this notice?
10      A. I do.
11      Q. Do you understand that the office of Harris
12  County Elections Administrator has designated you to
13  provide testimony on its behalf?
14      A. I do.
15      Q. And do you understand that your answers here
16  today are binding on the organization?
17      A. I do.
18      Q. Now, I was informed by your counsel last night
19  that you are the designated individual for Topics 4, 5,
20  6, 8, 9, and 10.
21      A. Sounds right.
22      Q. You can turn the page to where it says "topics
23  for examination." You will see them listed.
24          Do you have that page open in front of you?
25      A. I do.

Page 11

1      Q. I understand that sometimes these questions --
2  these topics are more of a spectrum than discrete
3  categories. So if at any time that I ask a question
4  that you think is better left for another designee,
5  please just let me know.
6      A. Okay.
7      Q. Are you prepared to testify on the topics that
8  I just listed?
9      A. I am.
10      Q. How did you prepare for today's deposition?
11      A. I had a couple of meetings with our legal team.
12      Q. Did you meet with anybody else besides your
13  legal team?
14      A. No.
15      Q. And how many times did you meet with your legal
16  team?
17      A. Approximately three.
18      Q. And how long were those meetings?
19      A. About an hour.
20      Q. And did you review any documents in preparation
21  for today's deposition?
22      A. Yes.
23      Q. Which documents?
24      A. Reports that I provided to the counsel.
25      Q. And do you remember what those reports were

Page 12

1  specifically?
2      A. It was reports out of the V-Max pertaining to
3  codes that we used and numbers that y'all requested.
4      Q. Okay. Did you review Senate Bill 1 in the
5  lead-up to the deposition?
6      A. No.
7      Q. When was the last time you familiarized
8  yourself with SB 1's provisions?
9      A. We refer back to it quite frequently, but I
10  haven't just sat down and read the bill.
11      Q. Have you read an election advisories in
12  preparation for today's deposition that were issued by
13  the secretary of state's office?
14      A. No.
15      Q. And when was the last time you reviewed the
16  advisories that were issued by the secretary of state's
17  office related to Senate Bill 1?
18      A. I was in a Zoom -- in one of their conferences,
19  and we went over a couple of them.
20      Q. And do you remember when that conference would
21  have been held?
22      A. It was a couple of months ago. I don't know
23  the exact date.
24      Q. Did you review any of the written discovery
25  Harris County produced in this case in the lead-up to

Page 13

1  this deposition?
2      A. I did.
3      Q. Thank you. What position do you occupy in the
4  Harris County Elections Administrator?
5      A. I'm the director of ballot by mail.
6      Q. And how long have you had this position?
7      A. Over a year. Not quite two years.
8      Q. And did you have any role in Harris County
9  elections prior to your -- being head of the ballot by
10  mail?
11      A. Yes. I started in 2008 as a temp for ballot by
12  mail.
13      Q. And have you worked on ballot by mail for
14  Harris County since 2008?
15      A. Yes.
16      Q. And what are your responsibilities as a -- just
17  briefly?
18      A. Just overall functions of ballot by mail to
19  make sure we process the applications, get the ballots
20  mailed out to the voters, and handle any concerns that
21  the voters may have in reference to ballot by mail.
22      Q. And did you occupy this position for the March
23  primary?
24      A. I did. For 2022?
25      Q. Yes.



Jennifer Colvin

Page 14

1    A. Yes.
2    Q. And you also occupied this position for the May
3 local election and primary runoff that were both held in
4 May?
5    A. Correct.
6    Q. And then you also occupied this position for
7 the 2022 general election; is that right?
8    A. Correct.
9    Q. And approximately how many full-time employees
10 work under your supervision?
11    A. Sixteen.
12    Q. And do you know how many full-time employees
13 work for the Harris County Elections Administrator's
14 Office generally?
15    A. I don't have that number.
16    Q. And did you increase the number from 16 in the
17 lead-up to the November 2022 election?
18    A. Full-time employees, no.
19    Q. Did you hire temporary employees?
20    A. We did.
21    Q. And is that common practice in your office?
22    A. It is for every election.
23    Q. And how many did you add?
24    A. For the November?
25    Q. That's correct.

Page 15

1    A. In total, approximately 100.
2    Q. And is that about expected for a general
3 election?
4    A. It depends on the number of applications we
5 receive, but, yes.
6    Q. And so let's start with Topic No. 4. Topic 4
7 reads: "Your policies, practices, and procedures
8 regarding mail-in voting during the November 8, 2022,
9 general election.
10         Did I read that correctly?
11    A. Yes.
12    Q. And to do that, I want you to turn your
13 attention to Exhibit 4. This is -- should be in your
14 pile.
15    A. Exhibit 4?
16    Q. Uh-huh.
17    A. Okay.
18    Q. Do you have the exhibit in front of you?
19    A. I do.
20    Q. And do you recognize this exhibit?
21    A. I do.
22    Q. And what is it?
23    A. It's the Harris County Administrator's report
24 on the election.
25    Q. Did you participate at all in the drafting of

Page 16

1 this particular report?
2    A. I provided some information for this report.
3    Q. And what information would that have been?
4    A. Any numbers -- anything pertaining to ballot by
5 mail.
6    Q. So let's turn to page 15. And do you see where
7 it has "Subsection 4, Early Voting Operations"?
8    A. I do.
9    Q. And the first sentence reads: "Early Voting
10 operations include ballot by mail and in-person voting
11 at EVCs."
12         Did I read that correctly?
13    A. Correct.
14    Q. And then let's go to the next subsection which
15 is "Subsection A, Ballot By Mail."
16         Do you see that?
17    A. I do.
18    Q. Okay. And so my first question is going to be
19 quite general. Did you implement any changes in your
20 voting-by-mail procedures between the May elections and
21 the November 2022 general election?
22    A. The only change would be the form that we
23 mailed out with our ballots.
24    Q. Okay. And I will address that in a little bit.
25    A. Okay.

Page 17

1    Q. And you're referring to the ballot insert; is
2 that right?
3    A. Yes.
4    Q. So the first sentence reads: "All mail ballots
5 returned by voters were delivered to the NRG Arena and
6 reviewed and processed by the Signature Verification
7 Committee."
8         Did I read that correctly?
9    A. You did.
10    Q. And just for clarification, can you please tell
11 me what is a signature verification committee?
12    A. It's a group of both political parties.
13 They're appointed by their -- the parties, and they come
14 in to review -- it'll -- for instance, it's five Dems,
15 five Reps. You have a judge, a presiding judge and an
16 alternate judge, one of each party. And then they come
17 in and review the ballots to make sure the ID and
18 signature match.
19    Q. And so I just want to understand the procedure.
20 So when a ballot by mail is delivered to the early
21 voting clerk, what happens to that particular ballot?
22 Like how is it processed?
23    A. We receive the ballot in, and we image it.
24 We -- once we image it, it goes to -- it gets put in a
25 tub for the board. It's sealed, and we log it. Once



Page 18

1  the board sends members, we start -- they send in a
2  couple of members to help our team -- they designate our
3  team to pull the flaps to check for IDs.  Once we start
4  doing that, we process any that don't have IDs -- we
5  mail back to the voters to get them a chance to cure
6  that ballot.  Any -- all the rest of them are put back
7  in the tubs, and we hold them until the SVC convenes.
8      Q.  Okay.  And so you mentioned that in your county
9  the early voting clerk removes the flap to determine
10 whether or not the numbers were added; is that correct?
11     A.  Correct.  Well, us and some of the board
12 members.  It's a group effort depending on the quantity.
13     Q.  And this is to determine whether or not the
14 voter put down their either their social security or
15 Texas ID number?
16     A.  Correct.
17     Q.  And how do you contact the voter if you
18 determine that the voter did not put down an ID number?
19     A.  There's multiple ways you can contact them.  We
20 normally give a phone call, and we send a letter.  If
21 it's before the ballot board meets, the EVBB convenes,
22 we mail them the ballot back.
23     Q.  Okay.  And so are you doing this before this --
24 when I say "doing this," I mean removing the flap before
25 the signature verification committee meets?

Page 19

1      A.  Yes.
2      Q.  And so you can contact the voter before the
3  signature verification committee meets; is that correct?
4      A.  Correct.
5      Q.  And the signature verification committee, they
6  then -- how do they then handle the ballot?
7      A.  The one without the ID or the ones with the ID?
8      Q.  The ones -- first without the ID.  We'll start
9  there.
10     A.  They designate us to send the ballot back to
11 the voter on their behalf.
12     Q.  Okay.  And the ones with ID?
13     A.  The ones with ID, they go through the process
14 to compare the numbers to the -- statements in the
15 system to make sure that the two match, and then they
16 can okay the ballot.
17     Q.  And do they, too, call the voter?
18     A.  Go ahead.
19     Q.  Do they, too, call the voter if they notice
20 that they're -- let me strike that.
21         How does the Signature verification
22 committee contact the voter?
23     A.  They delegated that to our office.
24     Q.  And is that when your office would also call
25 or --

Page 20

1      A.  We call on their behalf.
2      Q.  And according to this report, the signature
3  verification committee convened on October 9th; is that
4  correct?
5      A.  Yes.
6          MS. BINGHAM:  Object to form.  It was the
7  19th.
8          THE REPORTER:  Can you speak up?
9          MS. BINGHAM:  Tiffany Bingham.
10     A.  It was October 19th.
11     Q.  (BY MS. HUNKER)  Okay.  And do they meet each
12 day after that?
13     A.  Depending on volume.  It's not a set schedule.
14     Q.  And you were -- your office was removing the
15 flap.  Did you notice that less voters as compared to
16 the primary and the May elections were not at --
17 including their ID number or social security number?
18         MS. HOLMES:  Objection to form.
19         MS. BINGHAM:  Objection to form.
20         MS. HUNKER:  You can answer the question.
21     A.  There were less voters that left off the ID.
22     Q.  (BY MS. HUNKER)  And the signature verification
23 committee, do they also review the ballot to determine
24 whether or not there is a signature match?
25     A.  They do.

Page 21

1      Q.  And are they contacted -- the individual voters
2  who, let's say, either failed to put their signature or
3  had a mismatch, are they contacted the same way?
4      A.  They are.
5      Q.  And then what happens when a -- the signature
6  verification committee processes the ballot, and then it
7  goes to the early voting ballot board?
8      A.  The signature verification committee can okay
9  the ballot.  If they have a questionable ballot, that's
10 when it -- that goes over to the ballot board.
11     Q.  So if a ballot is accepted by the signature
12 verification committee, it is accepted?
13     A.  Yes.
14     Q.  And it only the questionable ballots that move
15 to the early voting ballot board; is that correct?
16     A.  Correct.
17     Q.  Does the early voting ballot board then have
18 any role with respect to matching ID numbers?
19     A.  They do.
20     Q.  What is that role?
21     A.  They take -- they assume the same process as
22 the SVC.
23     Q.  And how do you contact the voter once the early
24 voting ballot board meets?
25     A.  We keep the ballot in our possession and notify



Page 22

1 them via phone or mail or e-mail, whatever -- all three
2 if we can to give them their options to cure.
3     Q.  Now, a ballot can be rejected for multiple
4 types of defects; is that correct?
5     A.  Correct.
6     Q.  And so the ID number requirement is only one
7 way a ballot can be rejected.  Is that fair to say?
8     A.  Correct.
9     Q.  And do the other defects -- are they cured
10 through a similar process as the ID number?
11         MS. HUNKER:  Objection to form.
12         But, yeah, you can answer.
13     A.  Yes.  Well, it's "yes" and "no."  You can't
14 cure online for a signature.
15     Q.  (BY MS. HUNKER)  Fair enough.
16     A.  But you can come into the office and cure a
17 signature.
18     Q.  So let me rephrase.  A voter who had a defect
19 that other than an ID number mismatch or failure to put
20 an ID number on, they also have an opportunity to cure;
21 is that correct?
22     A.  Correct.
23     Q.  And voters have the option of using the ballot
24 tracker; is that correct?
25     A.  Yes, that's correct.

Page 23

1     Q.  Now, comparing the March primary and the May
2 elections to the November election, were more voters
3 able to cure their ballot using the ballot tracker?
4     A.  I don't have a definite answer for that.
5     Q.  Okay.  Some counties have reported during the
6 March primary and May elections, after the primary, that
7 there were problems utilizing the ballot tracker?  Did
8 this occur in Harris County?
9     A.  The State's ballot tracker?
10     Q.  Yes.
11     A.  We did have voters say that they had trouble
12 accessing the state tracker.
13     Q.  To your knowledge, were those problems
14 revolved?  Did voters have a similar complaint for the
15 November election?
16     A.  No.
17     Q.  And looking at the cure process, did you
18 observe voters being able to -- better able to utilize
19 the cure process in the November 2022 election than they
20 did in the March primary or May elections?
21         MS. PAIKOWSKY:  Objection; form.
22         THE WITNESS:  Do I still answer?
23         MS. HUNKER:  You can answer.
24         MR. BIRRING:  Yeah, yeah.
25     A.  Yes.  The answer is yes.

Page 24

1     Q.  (BY MS. HUNKER)  And did you notice again
2 comparing the March primary along with the May
3 elections, as compared to the November 2022 election,
4 that voters were exhibiting less confusion over the ID
5 number requirement than they did in those previous
6 elections?
7         MR. BIRRING:  Objection to form.
8         MS. BINGHAM:  Objection to form.
9     A.  There was less confusion.
10     Q.  (BY MS. HUNKER)  Thank you.  I'm just going to
11 restate that just to make it clearer.
12         Did you observe less confusion in the
13 November 2022 general election among voters regarding
14 the requirement that voters put their ID number on their
15 ballot than in the previous elections in 2022,
16 specifically the primary, primary runoff, and local
17 election?
18         MS. PAIKOWSKY:  Objection to form.
19     A.  Yes, it -- it was less.  We had less questions
20 about the ID.
21     Q.  (BY MS. HUNKER)  So I want to turn the page,
22 and I'm also simultaneously going to introduce our next
23 exhibit, which I believe is going to be Exhibit 11.
24         (Exhibit No. 11 was marked.)
25     Q.  (BY MS. HUNKER)  Do you have the exhibit in

Page 25

1 front of you?
2     A.  I do.
3     Q.  And do you recognize this document?
4     A.  I do.
5     Q.  And what is this?
6     A.  It's the reconciliation form from the State.
7     Q.  And what is a reconciliation form?
8     A.  It reconciles the election.
9     Q.  Okay.  And so I just want to make sure I
10 understand the numbers in both the report and this
11 particular reconciliation form.  And so if you look at
12 Box No. 1, it says "Voters."  And then it has five
13 categories -- is that correct? -- A through E?
14     A.  That's correct.
15     Q.  And so it says:  "early voting in-person
16 voters, Election Day in-person voters, mail ballot
17 voters, provisional ballot submitted" and then "total
18 voters"; is that correct?
19     A.  Yes.
20     Q.  And so it says here that there were 64,259 mail
21 ballot voters in the November 2022 general election; is
22 that correct?
23     A.  Correct.
24     Q.  And then if we go to Box No. 2 -- before I go
25 to that -- and this is out of 1,113,016 total voters; is



Page 26

1  that correct?
2      A. Correct.
3      Q. And then it says "rejected or pending ballots."
4  For mail ballots rejected it has 2,672; is that right?
5      A. Correct.
6      Q. Provisional ballots rejected, 1,764; is that
7  right?
8      A. Correct.
9      Q. And then total ballots rejected, 4,476; is that
10 correct?
11     A. Correct.
12     Q. And then if we look further down, we see where
13 it has a Box No. 6, Mail Ballots?
14     A. Yes.
15     Q. And it says "Mail ballots sent, 80,995."
16         Did I read that correct?
17     A. Yes.
18     Q. "Mail ballots not returned by voter, 19,486."
19         Did I read that correctly?
20     A. You did.
21     Q. And then "Mail ballots surrendered, 6,557."
22         Did I read that correctly?
23     A. Yes.
24     Q. And so can you please explain to me what the
25 differences is between mail ballot sent versus mail

Page 27

1  ballot voters?
2      A. Mail ballots sent are the total number of
3  ballot sent out. Mail ballot voters would be the
4  ballots returned to our office.
5      Q. Okay. And so it says here "Mail ballots not
6  returned by voters, 19,486." Is that the number of
7  ballots that were sent out but not returned?
8      A. This number is not the correct number.
9      Q. Okay. So if we turn to page 2 of the report,
10 the postelection report?
11     A. Page 2?
12     Q. Yes. There's a set of numbers there as well.
13 I guess my first question is do you know what the right
14 number is for mail ballots not returned by voters? Like
15 is this too high, too low?
16     A. The one on this --
17     Q. On reconciliation --
18     A. -- Exhibit 11 --
19     Q. Yeah.
20     A. -- is wrong. It's too high.
21     Q. Too high.
22     A. I don't know where they -- they got that number
23 from.
24     Q. Okay. And so if you look where it has "Mail
25 Ballot Data" on page 2, this has mail ballots sent,

Page 28

1  81,064.
2          Do you see that?
3      A. I do.
4      Q. Okay. And then we have "mail ballots not
5  returned at 7,843."
6          Did I read that correctly?
7      A. Yes.
8      Q. Are these numbers more accurate than the ones
9  in the reconciliation form?
10     A. They are.
11     Q. Okay. And so if I were to be looking at the
12 number for mail ballots, I should look at the
13 postelection report for Harris County issued as opposed
14 to the reconciliation form?
15     A. Yes.
16     Q. Okay. And so I'm going to put the
17 reconciliation form down, and we'll look at the numbers
18 instead on the postelection report. And so the
19 postelection report says total ballots that were counted
20 was 1,107,390; is that right?
21     A. Correct.
22     Q. And then the mail ballot counted was 61,264; is
23 that right?
24     A. I'm sorry. Repeat that.
25     Q. Mail ballot --

Page 29

1      A. I'm trying to follow you.
2      Q. It's all right. Mail ballots counted -- this
3  is in the first box -- 61,264.
4      A. Correct.
5      Q. Okay. And so let's look at -- let's look at
6  the breakdown of the mail ballots in the next box. It
7  says mail ballots sent, 81,064, correct?
8      A. Correct.
9      Q. Mail ballots returned by voters, 64,259,
10 correct?
11     A. Correct.
12     Q. And then mail ballots surrendered, 5,786; is
13 that correct?
14     A. Correct.
15     Q. And then mail ballots not returned, 7,843; is
16 that correct?
17     A. Correct.
18     Q. And then mail ballots not countable, 3,176; is
19 that correct?
20     A. Correct.
21     Q. And as far as your aware, these numbers are
22 accurate?
23     A. Correct.
24     Q. Okay. And so I'm just going to ask what some
25 of these are. You mentioned what mail ballots not



Jennifer Colvin

March 21, 2023
Pages 30 to 33

Page 30

1 returned -- those are ballots that were just not
2 returned by the voter, correct?
3    A. Right. They had no return status in our
4 system.
5    Q. What about mail ballots surrendered?
6    A. Those are voters that surrendered their ballots
7 at the poll if they wanted to vote early on Election
8 Day.
9    Q. And for a voter who did not include their ID
10 number or had a mismatched ID number, were they then
11 able to return their ballot and vote in person if they
12 had time?
13    A. Yes.
14    Q. And so the mail ballot surrendered, does that
15 include those individuals?
16    A. It could possibly.
17    Q. Okay. And then mail ballots not countable,
18 what does that mean?
19    A. That would mean they either came in after the
20 election. They were late ballots. They're not
21 countable ballots.
22    Q. And so the -- with the exception of the mail
23 ballots not countable, the other numbers are all ballots
24 that would have been received before the ballot-received
25 deadline the day after the election?

Page 31

1    A. Yes.
2    Q. Thank you. And let's go back to page 16. And
3 so it says "The EOA processed over 80,000 mail ballot
4 applications as reflected in the table below."
5        Did I read that correctly?
6    A. Yes.
7    Q. Okay.
8    A. EAO.
9    Q. EAO.
10    A. Yes.
11    Q. Thank you. And so we have domestic versus
12 UOCAVA voters, correct?
13    A. Yes.
14    Q. When a military or overseas voter did not
15 include an ID or had -- let's say had a defect in their
16 ballot, how would you go about contacting that military
17 voter?
18    A. Via e-mail or phone.
19    Q. And a military voter has the option of
20 resubmitting their signature sheet; is that correct?
21    A. Correct.
22    Q. And can they resubmit -- resubmit that
23 signature sheet via e-mail?
24    A. Correct.
25    Q. And so you can contact a military voter about a

Page 32

1 ID number defect by e-mail and have it resolved by
2 e-mail and returned?
3    A. Correct.
4    Q. And did you observe that, looking at the
5 rejected ballot, generally, that some ballots had
6 multiple defects, not just one?
7    A. Yes.
8    Q. Now, when you're reporting that defect, do you
9 put only one reason, or do you put the fact that there
10 were multiple defects?
11    A. VOTEC only allows us to put one reason. The
12 voter will get a letter for both reasons.
13    Q. So there are some voters who may be listed as
14 having one defect but their ballot in fact had
15 multiple -- is that correct? -- in your system?
16        MS. HOLMES: Objection to form.
17        MS. HUNKER: You can answer the question.
18    A. Correct. Well, let me -- let me elaborate.
19 Both of the letters will be in the system. So if a
20 voter were to call us, we can see both letters that were
21 sent. So we can tell them, yes, there was more than one
22 defect. But as far as reporting to the State, you can
23 only send one code.
24    Q. (BY MS. HUNKER) And so your reports to the
25 State only reflect one defect, not the -- not if there

Page 33

1 were multiple defects?
2    A. Correct.
3    Q. And looking specifically at the UOCAVA voters
4 who had their ballots rejected, did you look at the
5 reasons why those ballots were rejected?
6    A. Not each one individually, no.
7    Q. Were they rejected for a variety of reasons?
8    A. Yes.
9    Q. And so I just want to talk a little bit about a
10 little later on page where it says "Mail ballot problems
11 encountered," second paragraph specifically. It says:
12 "During the mail ballot period, the EAO received reports
13 that voters were not receiving" bal-- "mail ballots
14 and that voters were being charged extra postage because
15 of the size of the carrier envelope."
16        Did I read that correctly?
17    A. Yes.
18    Q. And did your office ever determine why certain
19 voters were not receiving their ballots?
20    A. No.
21    Q. And for the voters who were not receiving their
22 ballots, the ballot was sent. It just was not received;
23 is that correct?
24    A. Correct.
25    Q. And so there was some issue with the postal



Jennifer Colvin

Page 34

1  service or the common carrier that was taking the
2  ballot; is that fair?
3      A.  Correct.
4          MS. BINGHAM:  Objection to form.
5      Q.  (BY MS. HUNKER)  Did you observe that voters
6  were receiving their mail ballots later than they should
7  have?
8      A.  In some instances.
9      Q.  And was that due to the postal issues?
10     A.  Yes.
11     Q.  Were these delays more than you had seen in
12  previous elections?
13     A.  No.
14     Q.  And it says your office is working with the
15  postal service to identify the practices that might have
16  caused delivery problems; is that right?
17     A.  Yes, that's correct.  We work closely with the
18  post office.
19     Q.  And so I want to look at Topic No. 8.  I'm just
20  going to ask a couple of questions related to the
21  statistics that we were hoping to -- to gain.  We talked
22  a little bit about ballots by mail, but I was wondering
23  about applications that were received.
24         So do you know how many applications for
25  ballot by mail that were received in your office?

Page 35

1      A.  Approximate number?
2      Q.  Approximately.
3      A.  80,000.  That's an approximate number.
4      Q.  And do you know approximately how many were
5  rejected?
6      A.  Not off the top of my head.
7      Q.  Okay.  And I talked a little bit about whether
8  or not you had observed there being less voters who were
9  failing to put their ID number on the ballots.  I'm now
10  going to ask that same question with respect to
11  applications.
12         Did you observe that voters were less
13  likely in the general election than in the prior
14  elections in 2022 failing to put their ID, whether the
15  social security or driver's license?
16     A.  It did --
17         MS. HOLMES:  Objection to form.
18     A.  It did decrease.
19     Q.  (BY MS. HUNKER)  And when you were matching the
20  number with the secretary of state's office, did you
21  observe that less voters did not have an ID number in
22  their voter record?
23         MS. HOLMES:  Objection to form.
24         MR. BIRRING:  Objection to form.
25     A.  Can you clarify what you're --

Page 36

1      Q.  (BY MS. HUNKER)  Sure.
2      A.  -- asking.
3      Q.  You are an offline county, correct?
4      A.  Correct.
5      Q.  And what is the system that y'all use?
6      A.  VOTEC.
7      Q.  Okay.  And so when you receive a application
8  for ballot by mail or a ballot, you mentioned that you
9  check to see whether or not the number is in the voter
10  record, correct?
11     A.  Correct.
12     Q.  And so you were looking at VOTEC -- what was it
13  again?
14     A.  VOTEC.
15     Q.  VOTEC.  You were looking at VOTEC system to
16  check the voter record; is that correct?
17     A.  Correct.
18     Q.  When you were making that check like when you
19  were looking at the record, were you noticing that fewer
20  voters did not have a -- either a driver's license ID
21  number or social security number?
22         MS. HOLMES:  Objection --
23     A.  In the voter management system.
24     Q.  (BY MS. HUNKER)  Yes.
25         MS. HOLMES:  Objection to form.

Page 37

1      A.  There were fewer.  There were some that did not
2  have a number in there, but there were fewer than
3  previous.
4      Q.  (BY MS. HUNKER)  And did you observe when you
5  were going through VOTEC that fewer voters -- let
6  take -- let me strike that.
7         When you were going through VOTEC, did you
8  observe that more voters had both their social security
9  number as well as a Texas ID number, whether it be a
10  driver's license or whatnot?
11         MS. HOLMES:  Objection to form.
12         (Simultaneously speaking.)
13     A.  I didn't see if there was fewer or more, but
14  there were some that had both.
15     Q.  (BY MS. HUNKER)  Okay.  And there are multiple
16  reasons an application for ballot by mail can be
17  rejected, correct?
18     A.  Correct.
19     Q.  And so not all applications for ballot by mail
20  that were rejected were rejected on account of the
21  requirement that the voter put an ID number; is that
22  correct?
23     A.  Correct.
24     Q.  Did you have voters who had other types of
25  defects in their application to vote by mail that were



Jennifer Colvin

March 21, 2023
Pages 38 to 41

Page 38

1  able to cure their application before -- in time to
2  get -- to receive a ballot?
3      A.  Yes.
4      Q.  And did you have voters who had a defect of the
5  lack of numerical identifying information who were able
6  to cure their application before --
7      A.  Yes.
8      Q.  I'm going to introduce Exhibit 12.
9          (Exhibit No. 12 was marked.)
10     Q.  (BY MS. HUNKER)  Do you have that document in
11 front of you?
12     A.  I do.
13     Q.  Do you see the case that says La Union Del
14 Pueblo Entero v. Greg Abbot?
15     A.  Yes.
16     Q.  And do you see the title where it says
17 "Defendant Harris County Elections Administrator,
18 Clifford Tatum's Responses and Objections to State
19 Defendants' Second Set of Interrogatories, and Third Set
20 of Requests for Production"?
21     A.  Yes.
22     Q.  So we are going to jump to page 3 where it says
23 "Responses to Interrogatories."
24         Do you see that?
25     A.  I do.

Page 39

1      Q.  And then next to Interrogatory No. 4 it says
2  "Please identify and describe with specificity Harris
3  County's final rejection rate of timely received ballots
4  by mail, expressed as a percentage of all timely
5  received ballots by mail and rounded to two decimal
6  places, for the following elections."
7          And then -- did I read that correctly?
8      A.  Yeah.
9      Q.  And do you see where it has F, November 2022
10 general election?
11     A.  Yes.
12     Q.  And do you see where it has the response
13 4.16 percent?
14     A.  I do.
15     Q.  And I'm just going to confirm that the mail
16 ballot rejection rate for Harris County in the
17 November 2022 election was 4.16 percent?
18     A.  Correct.
19     Q.  And that is less than the rejection rate from
20 the March primary, correct?
21     A.  Correct.
22     Q.  And that is less than the rejection rate from
23 the primary runoff?
24     A.  Correct.
25     Q.  And it is less than the rejection rate from the

Page 40

1  May location election; is that correct?
2      A.  I can't agree to that one.  I don't know that
3  percentage rate.
4      Q.  Okay.  And would you agree that Harris County
5  made significant progress in reducing the mail ballot
6  rejection rate between the primary and the November 2022
7  general election?
8          MS. HOLMES:  Objection; form.
9          MS. PAIKOWSKY:  Objection; form.
10         MS. HUNKER:  You can --
11     A.  Yes.
12     Q.  (BY MS. HUNKER)  Was that a "yes"?
13     A.  Yes.
14     Q.  And how did Harris County work to reduce that
15 number?
16     A.  We inserted -- when we mailed out application
17 requests that voters called in -- request that
18 application, we sent out a flyer with it making sure
19 they knew they needed to include the new law
20 requirements for the ID.  We also did the same with the
21 ballot.
22     Q.  And did you notice that if your efforts
23 resonated with voters?
24         MS. HOLMES:  Objection to form.
25         MS. HUNKER:  Let me rephrase.

Page 41

1      Q.  (BY MS. HUNKER)  Did you observe whether your
2  efforts at informing voters about the ID requirement
3  clarified any confusion that the voters may have had
4  about the requirement?
5          MS. PAIKOWSKY:  Objection to form.
6      A.  I believe it did.
7      Q.  (BY MS. HUNKER)  And you can put this aside.
8  Going to introduce Exhibit No. 13.
9          (Exhibit No. 13 was marked.)
10     Q.  (BY MS. HUNKER)  Do you have the exhibit in
11 front of you?
12     A.  I do.
13     Q.  And do you recognize this exhibit?
14     A.  I do.
15     Q.  And what is it?
16     A.  It's the insert for the ballot.
17     Q.  Okay.  And just for clarification of the
18 record, you'll see at the bottom there are Bates numbers
19 that say TATUM_005338.
20         Did I read that correctly?
21     A.  Yes.
22     Q.  And so this is the insert that you put into
23 your balloting materials to inform voter of the ID
24 requirement; is that correct?
25     A.  Correct.



Jennifer Colvin

March 21, 2023
Pages 42 to 45

Page 42

1      Q.  Is this different than the insert that you
2  included in the either primary elections or the runoff?
3      A.  It is --
4      Q.  And --
5      A.  Similar but different.
6      Q.  And what differences were made?
7      A.  We added a visual.  Like the section where
8  the -- this is the actual part of the ballot they have
9  to fill out; so they can reference it to the envelope.
10     Q.  And did you get any feedback from voters about
11  the change?
12     A.  No.
13     Q.  And if you turn the page over, you'll notice
14  that it is in a different language, correct?
15     A.  Correct.
16     Q.  And I believe you included inserts in -- you
17  had inserts for four different languages; is that right?
18     A.  Correct.
19     Q.  And that would have been English, Spanish,
20  Vietnamese, and Chinese; is that right?
21     A.  That's correct.
22     Q.  Did you provide inserts in any other language?
23     A.  Other than the four?
24     Q.  Yes.
25     A.  No.

Page 43

1      Q.  Did any other counties contact you about
2  replicating or getting information about the inserts?
3      A.  No.
4      Q.  And did you get this approved by the secretary
5  of state's office?
6      A.  Not that I'm aware of.  Our outreach team
7  created this one.
8      Q.  You can put that aside.
9          Did you find it easier to implement the
10  previsions in SB1 in the November 2022 general election
11  with respect to ballots by mail as compared to the
12  primary?
13         MS. HOLMES:  Objection to form.
14         MS. HUNKER:  You can answer.
15     A.  It was the same.
16     Q.  (BY MS. HUNKER)  Okay.  Now, we had discussed
17  the mail ballot rejection rate.  Have you looked at the
18  mail ballot rejection rates for previous general
19  elections?
20     A.  I have in the past.  Not recently.
21     Q.  Okay.  Were they -- if you're aware, were they
22  measured using the same metrics?
23         MS. BINGHAM:  Object to form.
24     A.  Can you explain the question?
25     Q.  (BY MS. HUNKER)  Yeah.  So did you use the same

Page 44

1  methodology in determining the mail ballot rejection
2  rate in previous elections as this election?
3      A.  I would say yes.
4      Q.  And was this something your office did
5  routinely after each election?
6      A.  I can only speak for how long I've been here.
7  Yes, we've done it in the past couple of elections.
8          MR. BIRRING:  Kathleen, can we go off the
9  record for a second?
10         MS. HUNKER:  Sure.
11         MR. BIRRING:  I think we have --
12         THE VIDEOGRAPHER:  We are going off the
13  record at 1:06 p.m.
14         (Recess from 1:06 p.m. to 1:08 p.m.)
15         THE VIDEOGRAPHER:  We are back on the
16  record at 1:08 p.m.
17     Q.  (BY MS. HUNKER)  Ms. Colvin, we had spoken a
18  little bit about the fact that your county is an off
19  county -- offline county; is that correct?
20     A.  Correct.
21     Q.  Okay.  Back in the March primary, many counties
22  had experienced difficulty syncing their county's
23  database with the TEAM's database.  Was that something
24  Harris County experienced?
25     A.  I can't answer that.

Page 45

1      Q.  Okay.  Did you...
2      A.  That's a different department.
3      Q.  Okay.  Do you know if you were able to -- when
4  you were checking the numbers, was able to access the
5  TEAM's system, if needed?
6      A.  Yes.
7      Q.  And so I had asked a couple of questions
8  regarding accommodation for disabilities with the last
9  witness, but she had mentioned she thought you would be
10  a better person with respect to the vote by mail.  And
11  so I'm going to ask these questions.  If you do not know
12  the answer, just state so.
13         You are aware --
14     A.  Oh --
15     Q.  -- voters with disabilities have the option of
16  requesting an accommodation or change to normal voting
17  procedures, correct?
18     A.  Correct.
19     Q.  To your knowledge, did your office receive any
20  requests for accommodation regarding the requirement
21  that mail-in voters put their social security number or
22  ID number on the application for ballot by mail?
23     A.  We did have some voters that couldn't come into
24  the building.  So we would take a clipboard and go out
25  to them.



Jennifer Colvin

Page 46

1    Q.  And so I know there's an option for the county
2    to go to the voter cure the vote in -- in person; is
3    that correct?
4    A.  Correct.
5    Q.  And your county utilized that option; is that
6    right?
7    A.  Yes, at our facility.  We didn't go to their
8    house.
9    Q.  Can you clarify?
10    A.  The voter would come to our facility, and we
11    would go out to their car.  We wouldn't drive to their
12    house.
13    Q.  Okay.  And was that the only request for
14    accommodation you received regarding the requirement
15    that mail-in voters put their social security number or
16    ID number on their application for ballot by mail?
17    A.  Yes.
18    Q.  And you were able to accommodate that request?
19    A.  Yes.
20    Q.  To your knowledge, did you receive any request
21    for accommodation regarding the requirement that mail-in
22    voters put their social security number or ID number on
23    their application for ballot by mail?
24    A.  No.
25    Q.  Did your office receive any complaints from

Page 47

1    voters with disabilities about the vote-by-mail
2    requirement?
3    A.  First --
4        (Simultaneously speaking.)
5        MS. HOLMES:  Objection to form.
6    A.  I don't know.  It could be in the call logs.
7    Q.  (BY MS. HUNKER)  Okay.
8        MS. HUNKER:  I think I'm ready to pass the
9    witness.  We can go off the record.
10        MS. BINGHAM:  Let's go off the record.
11        THE VIDEOGRAPHER:  We are going off the
12    record at 1:12 p.m.
13        (Recess from 1:12 p.m. to 2:09 p.m.)
14        THE VIDEOGRAPHER:  We are on the record at
15    2:09 p.m.
16        MS. PAIKOWSKY:  Did you have additional
17    questions?
18        MS. HUNKER:  I can ask them after you.
19        MS. PAIKOWSKY:  After me.  Okay.
20        MS. HOLMES:  Did we unmute the Zoom?
21        THE WITNESS:  Yes.
22        MR. BIRRING:  You can minimize it if it
23    gets distracting, Jennifer.  Yeah, then you don't have
24    to see everybody else.
25        EXAMINATION

Page 48

1    BY MS. PAIKOWSKY:
2    Q.  Good afternoon, Ms. Colvin.
3    A.  Hello.
4    Q.  My name is Dana Paikowsky.  I am with the
5    Department of Justice, and I'm going to pick up on the
6    thread of asking you some questioning about mail voting
7    during the November 2022 general election.  So to begin,
8    during the last deposition, the person who testified on
9    behalf of the Harris County election officials -- or
10    Election Administrator's Office testified that voters
11    had difficulty with SB1's mail ballot identification
12    requirement.
13        Was that still true during the
14    November 2022 general election?
15        MS. HUNKER:  Objection; form.  Lack of
16    foundation.
17    A.  Voters still did have issues as far as
18    providing the ID.  They would forget to put it on there,
19    or they didn't feel comfortable providing it even though
20    it was covered.
21    Q.  (BY MS. PAIKOWSKY)  Did any voters -- strike
22    that.
23        Were any voters confused -- sorry.  Strike
24    that.
25        Do you have any reason to believe that

Page 49

1    voters were confused by SB1's mail ballot identification
2    provision during the November '21 -- November 2002
3    general election period?
4    A.  Yes.
5    Q.  And what gave you that impression?
6    A.  Because they would not realize that they need
7    to put it on there.  They feel like, if they put it on
8    their application, they didn't need to include it on the
9    ballot or vice versa.  They didn't feel like they needed
10    to include it on both.
11    Q.  Did any voters have difficulty during the
12    November 2022 general election with which ID they needed
13    to provide on either their ABBM or carrier envelope?
14    A.  Can you clarify your question?
15    Q.  Yes.  So did any voters have difficulty
16    either -- I'm sorry.  Scratch that.  Withdrawn.
17        So during the November 2022 general
18    election, did any voters have difficulty complying with
19    the identif-- mail ballot identification requirement
20    because they put down the wrong ID number?
21    A.  We did have voters put down the wrong --
22    they -- what do you mean by wrong ID?  Let me clarify
23    that first.
24    Q.  What do you mean by wrong ID?
25    A.  Okay.  Wrong ID to me means they gave us the



Jennifer Colvin                                   March 21, 2023
<br>Pages 50 to 53

### Page 50

1 ID, the Texas driver's license or ID instead of the
2 social security number that was on file.
3     Q. And why was that wrong?
4     A. Not really wrong. Our system might provide one
5 or the other and the voter provided the opposite, and
6 they have to match when they come in. So they didn't
7 give us both. They give us one, and it was the opposite
8 of what we had in the system.
9     Q. And what --
10       MS. BINGHAM: Dana, I'm sorry. I think
11 they're saying they're having a problem hearing me.
12       MS. PAIKOWSKY: Oh.
13       MS. BINGHAM: If you just move the mic up a
14 little bit.
15       MS. PAIKOWSKY: Of course. Is that better?
16       MS. BINGHAM: I don't know. The
17 Internet --
18       (Simultaneously speaking.)
19       MR. BIRRING: Did anybody say anything on
20 the Zoom chat?
21       MS. PAIKOWSKY: That's fine.
22     Q. (BY MS. HOLMES) So did --
23       MR. BIRRING: You can ask.
24       THE WITNESS: Where do I look?
25       MR. BIRRING: Don't worry. We can look,

### Page 51

1 Jen.
2     Q. (BY MS. PAIKOWSKY) Did -- so what would be the
3 outcome if someone provided either a social when there
4 was not an -- a driver's license or vice versa during
5 the November 2022 general election?
6       MS. HUNKER: Objection; form.
7     A. We would look in the TEAM system, the state
8 management system, and see if the ID they provided is in
9 the state system.
10     Q. (BY MS. PAIKOWSKY) Would it be an issue if it
11 was not?
12     A. The voter would have to pro- -- update the
13 voter registration file with that number.
14     Q. During the 2022 general election, did your
15 office advise voters to put both an ID number and an SSN
16 for -- on ABBMs?
17     A. Yes. If they -- if we had to contact a voter,
18 we told them -- we didn't provide them which number was
19 on their file. We just told them provide both. We
20 advised them they could provide both.
21     Q. And why did you invite -- advise voters to
22 provide both when the language on the forms directs
23 voters to put one or the other?
24     A. Because we're not -- the voter's not sure which
25 one they -- they could have registered 30, 40 years ago

### Page 52

1 and not know what ID they provided at that time. So if
2 they provide both, then there's less of a chance of the
3 voter file not having their number.
4     Q. So I know we talked a little bit about some --
5 well, actually, I'm going to back up and say, as
6 Ms. Hunker mentioned, I know you've been designated
7 along with some of your other colleagues about this. So
8 if this is something that someone else might able to
9 testify more to or better to, just please let me know.
10     A. Okay.
11     Q. But I know we talked a little bit about voter
12 education efforts around the identification requirements
13 for SB1 during the November 2022 general election. In
14 addition to the carrier envelope inserts, was there
15 anything else that your off- -- office did to educate
16 voters as to the ID number requirements of Senate Bill 1
17 during the November 2022 general election?
18     A. I can say yes, we did. I can't elaborate.
19     Q. So would -- I know you mentioned earlier --
20 were you personally involved with the development of the
21 ballot insert?
22     A. No.
23     Q. Okay. Earlier you mentioned that you also
24 provided a ballot insert with the -- excuse me -- an
25 insert with the ABBM. Have you produced that in

### Page 53

1 discovery?
2     A. I believe so.
3       MR. BIRRING: We produced this one.
4       THE WITNESS: This is the ballot.
5       MS. PAIKOWSKY: Are we on Exhibit 13?
6       THE REPORTER: 14 is the next one.
7       MS. PAIKOWSKY: 14.
8     Q. (BY MS. PAIKOWSKY) While we're pulling that
9 out, I'll --
10       MS. PAIKOWSKY: Oh, thank you.
11     Q. (BY MS. PAIKOWSKY) Is this the form that you
12 mentioned?
13       And we'll mark this Exhibit 14.
14       (Exhibit No. 14 was marked.)
15     A. This is a previous form on how to return a
16 ballot, but this is not the one about IDs.
17     Q. (BY MS. PAIKOWSKY) Okay. So I'll just request
18 that, if there is an ABBM insert, that it be produced to
19 our office. Has your office also made any changes to
20 absentee ballot or absentee mail forms?
21     A. Can you elaborate on forms?
22     Q. So, for example, to the ABBM form itself.
23     A. We use the form from the State's website.
24     Q. You use the form from the State's website.
25 With no modifications?



Jennifer Colvin

March 21, 2023
Pages 54 to 57

Page 54

1    A.  We added our logo at the top.
2    Q.  Were you aware that the State has its own --
3  has produced its own ballot insert, carrier envelope
4  insert?
5    A.  No.
6    Q.  Were you involved in the decision-making of
7  which carrier insert to use?
8    A.  No.  We use the one that was created by our
9  office.
10    Q.  Understood.  To your knowledge, did the
11  secretary of state's office make any suggestions to you
12  as to what type of voter education your county should
13  engage in related to the ID provisions of Senate Bill 1?
14    A.  No.
15    Q.  So I'm going to zoom back a little bit to the
16  processing of ABBMs and mail ballot forms.  So when your
17  office receives an ABBM, what are the first steps that
18  you take?
19    A.  When we first get it in the mail?
20    Q.  (Nonverbal response.)
21    A.  We -- if it comes in an envelope, we open the
22  envelope, barcode it, and image it.
23    Q.  And what do you do to determine whether or not
24  to accept the ABBM?
25    A.  I missed a step.  When we get them in, we sort

Page 55

1  them by the type of app because we have different
2  campaign apps that come in and the reason that they've
3  voting by mail so they can all be together.
4    Q.  And what do you do next?
5    A.  We get them in.  We barcode them.  We sort
6  them.  Then we image them.  And we put them in batches
7  of 25 for the processors to process.
8    Q.  And so what happens after that?
9    A.  We look them up in the voter management system
10  to see if they qualify.  We compare the IDs.  We make
11  sure the person -- if you can with read the signature --
12  the signature is the person that actually is on the app.
13  And then we enter them to receive a ballot if they're
14  good.
15    Q.  And how do you -- so -- so the first step you
16  mentioned was you look them up in the...
17    A.  V-Max.
18    Q.  V-Max.  And what is V-Max?
19    A.  It's the voter management system.
20    Q.  The voter management system.  And so how do you
21  look up the voter in the voter management system?
22    A.  Depending on the app.  Some apps come with a
23  barcode that's directly linked to the voter.  If not, we
24  look them up first name, last name, date of birth,
25  whatever information that we need to find them in the

Page 56

1  system.
2    Q.  And after that, you look to see whether the
3  identification numbers match?
4    A.  Yes, in the voter file.
5    Q.  Has the process by which your office does this
6  intake changed -- has it changed since the March
7  primary?
8    A.  No.
9    Q.  So along the same lines, can you take me
10  through how your office -- and this is a question again
11  about the mechanical processing.  I know you talked a
12  little before about how EVBB's SV --
13    A.  C.
14    Q.  -- Cs process ballots when they come in.  At
15  what point in the process do either the SVBs [sic] or
16  the EVBBs look up a voter in the system?
17    A.  When they start verifying signatures, they'll
18  go into the ballot board module, and they can see the
19  voter's profile -- well, on the system itself, it shows
20  the voters -- each.  It's a list of 25 -- well, now
21  we're up to 100 voters per batch.  But it will list
22  their ID and -- any ID that's linked to them in the
23  system will be on their profile.
24    Q.  So taking a step back, how do you match a
25  ballot to a voter in the system?

Page 57

1    A.  We image it.  And it's linked through a
2  barcode.
3    Q.  Through a barcode.  So the barcode identifies
4  which voter the ballot belongs to and pulls up that
5  voter's --
6    A.  The carrier envelope to be clear.  Not the
7  actual ballot.
8    Q.  Correct.
9    A.  Yeah.
10    Q.  Okay.  So there's a barcode that corresponds
11  between the carrier envelope and the voter itself, and
12  that automatically pulls up the voter's file, and that
13  allows you to compares the IDs?
14    A.  Well, that links the image to the voter's file.
15  And then when the ballot board goes in to view them,
16  that's where they compare the IDs.
17    Q.  Does your office use the driver's license and
18  SSN for any purpose beyond determining whether the mail
19  ballot can be accepted in light of Senate Bill 1?
20    A.  No.
21    Q.  Does your office use the driver's license or
22  social security number for any purpose beyond
23  determining whether an absentee ballot by mail request
24  form can be accepted in light of Senate Bill 1?
25    A.  As far as ballot by mail, no.



Jennifer Colvin

March 21, 2023
Pages 58 to 61

Page 58

1    Q.  So I'm going to ask you some questions about
2  final rejections, and I want to define that for a
3  second.  So a final rejection, I'm using to mean a voter
4  has either failed to cure a ballot defect or a ballot
5  defect -- a cure was insufficient for some reason.
6        Did your county send out notices of final
7  rejection in the 2022 general election to people who
8  were unable to cure their ballot defects or whose cure
9  were insufficient?
10   A.  Yes.
11   Q.  What is the process for providing this final
12 notice?
13   A.  The --
14       MS. HUNKER:  Objection; form.
15   A.  The board will give us -- well, we -- the
16 ballots are already in our possession, but the board
17 will -- we change the code to a final rejection code,
18 and it's generated through VOTEC, our voter management
19 system.  And we mail the letter to the voter.
20   Q.  (BY MS. PAIKOWSKY)  So the final notice comes
21 through a letter only?
22   A.  Yes.
23   Q.  And earlier you mentioned -- so a prelim- --
24 how would you provide notice for a -- withdrawn.
25       How is the process different for providing

Page 59

1  a final notice of rejection versus a notice of a ballot
2  defect?
3    A.  A ballot defect, we will call the voter or send
4  them a letter or e-mail them if there's an e-mail
5  provided to tell them the different ways that they have
6  to -- that they can cure.
7    Q.  So earlier we were talking about staffing
8  needs.  Did implementing Senate Bill 1's identification
9  requirements change the staffing needs of your office to
10 process and facilitate the mail voting procedures?
11   A.  It did.
12   Q.  In what way?
13   A.  We created -- since the ballot board give --
14 they gave us their duties of calling and informing the
15 voters of their mixmatch or missing IDs, we created a
16 team, an SB1 team, of approximately 12 employees that
17 would do the calling and notifying the voters.  And they
18 would also -- we also had to increase our mail room,
19 scan room team to help pull the flaps of all the ballots
20 that came back.
21   Q.  And these 12 employees, were they full time?
22   A.  No.
23   Q.  How many employees, between mail room increases
24 and this SB1 team, would you say you had to add during
25 the 2022 general election?

Page 60

1    A.  Approximately 20.
2    Q.  And do you know how much hiring these
3  additional employees cost?
4    A.  Not off the top of my head, no.
5    Q.  Are these staffing needs greater than -- what
6  were required in previous, past elections?
7        MS. HUNKER:  Objection; form.
8    A.  Yes.  Depending on the size of the election, of
9  course.
10   Q.  (BY MS. PAIKOWSKY)  Did processing ABBMs take
11 longer in the November 2020 general election than it has
12 in similar past elections because of Senate Bill 1's ID
13 requirements?
14       MS. HUNKER:  Objection; form.
15   A.  Yes, to an extent.
16   Q.  (BY MS. PAIKOWSKY)  How did the processing of
17 ABBMs change -- actually withdrawn.
18       Did processing ABBMs during the
19 November 2022 general election change in terms of how
20 long it took in the 2022 general election as -- as
21 opposed to similar past elections?
22   A.  Can you clarify similar past elections?  Are
23 you referring to March primaries?
24   Q.  I'm referring to --
25   A.  Or prior to SB1?

Page 61

1    Q.  Prior to SB1.
2    A.  Yes, it took longer.
3    Q.  And why was that?
4    A.  We had to look in a separate part -- their ID
5  is not on the front screen of where we enter an app.  We
6  have to actually go into the voter's profile to look at
7  the additional information.
8    Q.  As compared to past elections, did implementing
9  Senate Bill 1's ID provisions impact how long it took to
10 process carrier envelopes?
11   A.  Yes.
12   Q.  And in what way?
13   A.  Because we had to tear the flap and -- first we
14 would tear the flap, and then we would have to process
15 the ones that didn't have ID with extra -- that caused
16 extra work for the office.  Yeah, that's it.
17   Q.  Based on your experience implementing Senate
18 Bill 1's mail ballot ID provisions, do you believe your
19 office will continue to need to expend more resources on
20 staffing to support mail voting than it has in the past?
21   A.  Yes, depending on the size of the election.
22 For presidential, most definitely.
23   Q.  So I guess comparing like elections to like
24 elections.  So --
25   A.  I would say it would remain the same.



Jennifer Colvin

March 21, 2023
Pages 62 to 65

Page 62

1    Q.  Right.  So the -- just so I'm clear, so like
2  when I say "You're going to need to spend more," it
3  would be -- I assume -- so how does the size of an
4  election impact the amount of resources you have to
5  spend?
6    A.  The bigger the election, the more we would
7  spend.
8    Q.  So are you saying you would spend more
9  resources on mail to process mail voting, mail ballots
10  during a presidential election than on a primary
11  election?
12    A.  Yes.
13    Q.  So assuming that's the case, do you believe
14  your office will continue to need to spend more
15  resources on staffing to support mail voting than it has
16  historically?  So more in a presidential election moving
17  forward than it has on presidential elections in the
18  past?
19    A.  Yes.
20    MS. HUNKER:  Objection; form.
21    Q.  (BY MS. PAIKOWSKY)  And why is that?
22    A.  Because the SB1 you have to -- you have to
23  process differently.  You have to tear the flaps, and
24  the amount of ballots is going to increase.
25    Q.  How do you -- how do your future plans for

Page 63

1  implementing SB1's mail ballot ID provisions differ from
2  what you did in November of 2022?
3    A.  Can you repeat that?  I'm sorry.
4    Q.  How -- well, do your future plans for
5  implementing Senate Bill 1's ID provisions differ at all
6  from what you have already done in November of 2022?
7    A.  We haven't discussed that yet.
8    Q.  Are you concerned with implementing Senate Bill
9  1's ID provisions during the presidential election?
10    MS. HUNKER:  Objection; form.
11    A.  No.
12    Q.  (BY MS. PAIKOWSKY)  Is there anything else you
13  can think of that your office did to mitigate the risk
14  that eligible voters would have their ABBM or ballot
15  rejected because of an ID issue during the 2022 general
16  election?
17    A.  Can you elaborate?
18    Q.  In addition to what we've discussed, are there
19  any steps your -- any other steps your office has taken
20  to minimize the risk that eligible voters would have an
21  ABBM or a ballot rejection because of an ID issue other
22  than what we've already discussed?
23    A.  No.
24    Q.  Do you believe there are any additional steps
25  your office could take beyond those it already has to

Page 64

1  bring down the rejection rate further?
2    A.  Possibly.
3    Q.  And what would those be?
4    A.  I -- I -- can't speak on that right off the top
5  of my head.  It would have to be something we would
6  implement amongst our team.
7    Q.  Do you have any plans to take any additional
8  steps beyond those we've already discussed?
9    A.  Not at this point.
10    Q.  So you mentioned earlier that your office uses
11  the form provided by the secretary of state's office as
12  the ABBM form that you provide to voters.  Does that
13  form ask voters to provide either an ID number or a
14  social security for?
15    A.  It asks for them to provide the number, yes.
16    Q.  In the November 2022 general election, were
17  there voters who had an issue with their ballot, an ID
18  issue with their ballot, who did not provide a phone
19  number or an e-mail address?
20    A.  Yes.
21    Q.  How did you contact those voters to let them
22  know of the issue?
23    A.  Via mail.
24    Q.  Were there some voters you were not able to get
25  in touch with?

Page 65

1    MS. HUNKER:  Objection; form.
2    A.  Not that I'm aware of.  Everybody received a
3  letter whether they got a phone call or an e-mail.
4    Q.  (BY MS. PAIKOWSKY)  In the November 2022
5  general election, were there voters who did not pick up
6  the phone when they were called, again, to deliver
7  notice that there was a ballot defect because of an ID
8  issue?
9    A.  Yes.
10    Q.  In the November 2022 general election, were
11  there voters in your county whose mail ballot rejection
12  notice could not be mailed until it was too late to cure
13  an ID issue?
14    MS. HUNKER:  Objection; form.
15    A.  No.
16    Q.  (BY MS. PAIKOWSKY)  You mentioned earlier that
17  there had been delay issues because of USPS during that
18  2022 general election.  Did that have any impact on the
19  time period that voters have to receive notice and cure
20  ABBM and ballot defects?
21    A.  I can answer from my own opinion, but I can't
22  speak -- I mean -- the local post office told us it
23  could take approximately ten days to deliver a local
24  piece of mail.
25    Q.  And what impact would that have on your ability



Jennifer Colvin

March 21, 2023
Pages 66 to 69

Page 66

1  to get voters either return their ballots or get them
2  noticed in a timely way?
3      A. It wouldn't impact our office mailing them out
4  in any way. We would mail them as soon as we received
5  them.
6      Q. But your knowledge would it impact --
7  withdrawn.
8          Although it did not impact your ability to
9  send the notice, did it impact voters' ability to
10 receive the notice for their ballots in any way?
11     A. Possibly. I didn't hear of any voters saying
12 they didn't receive notice.
13     Q. But there was a delay?
14         MS. HUNKER: Objection; form.
15     A. Possibly.
16     Q. (BY MS. PAIKOWSKY) Okay. So I know we
17 mentioned -- and I can take us back here. But there
18 were 30 voters, UOCAVA voters, whose ballots were
19 rejected. Do you know if any of those voters had their
20 ballot rejected because of an identification number
21 issue?
22     A. I believe so. I don't know the total there.
23     Q. Were there any voters, UOCAVA voters, who had
24 an ABBM rejected because of an identification issue?
25     A. I believe so.

Page 67

1      Q. Do you know approximately how many?
2      A. I don't know that number off the top of my
3  head.
4      Q. Are you aware of any for whom, given the
5  timing, it just wasn't possible for them to cure these
6  issues?
7          MS. HUNKER: Objection; form.
8      A. No.
9      Q. (BY MS. PAIKOWSKY) Earlier we were discussing
10 ballots that might be rejected for multiple reasons. Do
11 you have a sense for how common that is?
12     A. It's not very common.
13     Q. When you say "not very common," can you give me
14 an estimate?
15     A. Generally, it's rejected for either no
16 signature or no ID, not normally for both. They don't
17 usually send a voter ballot back without one or the
18 other.
19     Q. In the November 2022 general election, were
20 voters in your county able to use the State's website to
21 track and cure their ballots?
22     A. Yes.
23     Q. To your knowledge, did any voters in the 2022
24 general election have difficulty using that system?
25     A. We had a couple that called that were very

Page 68

1  elderly and said they weren't able to use the system.
2  But we walked them through it, and we were able to help
3  them cure.
4      Q. Based on your experience implementing SB1's
5  mail ballot identification provision, thus far, do you
6  believe the rejection rate will ever be zero?
7      A. No.
8      Q. Why not?
9      A. Because we're -- a lot of our voters are
10 elderly and they forget. They forget they have to
11 include their ID.
12     Q. Did your office receive any communications from
13 voters who were frustrated by Senate Bill 1's mail
14 ballot identification provision during the November 2022
15 general election?
16     A. It would be in the call log if we did.
17     Q. Are you aware of the statewide rejection rate
18 for a ABBMs during the November 2022 general election?
19     A. Statewide, no.
20     Q. Sorry. So -- and this also might be -- let me
21 know if this is not sort of within your experience.
22         But has your office ever referred a voter
23 whose ABBM or carrier envelope did not match their TEAM
24 record to the office of the secretary of state as a
25 potential case of voter fraud?

Page 69

1      A. No. Wait, can you elaborate? I'm sorry.
2      Q. So if there is a mis- -- mismatch between a
3  voter's ID on their ABBM or carrier envelope, has that
4  ever caused you to reach out to the office of secretary
5  of state to let them know that this might be a potential
6  case of voter fraud?
7      A. No.
8      Q. Has your office made a similar referral, again,
9  because of an ID mismatch as a potential case of voter
10 fraud to the attorney general's office?
11     A. No.
12     Q. Has your office ever made a referral for voter
13 fraud -- potential voter fraud because of an ID mismatch
14 to the county DA's office?
15     A. Can we clarify? We're talking about
16 November 2022?
17     Q. Correct.
18     A. Okay. No.
19     Q. Have you made criminal referrals based on ID
20 mismatches as a potential case of voter fraud since SB1
21 was enacted?
22     A. No.
23     Q. Why not?
24     A. We haven't had a reason to.
25     Q. And why not?



Jennifer Colvin

March 21, 2023
Pages 70 to 73

Page 70

1    A.  We haven't had any that were the wrong voter.
2    I get -- I don't know how to answer that question.  Like
3    I don't know what answer you're looking for.
4    Q.  Any answer you give is the right answer.
5        All right.  So I know you had mentioned
6    that you might have limited experience with TEAM.  But
7    if you could just kind of -- if you know it, you know
8    it.  If you don't, just let us know.
9        So to your knowledge, has your county ever
10   had issues communicating your data to TEAM or vice
11   versa?
12   A.  No.
13   Q.  You don't know or you --
14   A.  I use TEAM quite often actually.
15   Q.  So I'm talking about -- you're an offline
16   county; is that right?
17   A.  Yes.
18   Q.  Has there ever been difficulty receiving data
19   from TEAM or sending it up to TEAM with the merges?
20   A.  I'm not sure about that part.  That's a
21   different department.
22   Q.  I see.  So can you explain to me a little bit
23   about how you interact with TEAM?
24   A.  Sure.  We use TEAM to upload daily ballot
25   activity files to alert TEAM of applications received,

Page 71

1    rejected, okay, whatever the case may be.  That way the
2    voter can go onto their website and cure if need be.
3    Q.  Based on your experience, is the data in TEAM
4    related to ID numbers -- voter's ID numbers complete?
5        MS. HUNKER:  Objection; form.
6    A.  I would say from what I've seen, yes.  I've
7    never ran across a file that doesn't have one or the
8    other.
9    Q.  (BY MS. PAIKOWSKY)  I guess maybe to rephrase.
10       So have you ever ran across instances where
11   a voter has either a driver's license number or social
12   security number that is not reflected on TEAM?
13   A.  Yes.  Let me clarify.  If we received an
14   application and it -- they provided their Texas driver's
15   license and TEAM had the social but didn't have the
16   driver's license, yes, we've seen that.
17   Q.  So by complete, I meant, you know, a voter
18   might have both a driver's license number and social
19   security number but TEAM only has one or the other.  Is
20   that an instance where you've seen?
21   A.  On the application or in our voter management
22   system?
23   Q.  In TEAM or in the voter management system.
24   A.  So in our voter management system, yes.  I've
25   seen where we've had two and TEAM only has one.

Page 72

1    Q.  Are there instances where TEAM has two and you
2    have one?
3    A.  Yes.
4    Q.  Do you know why that might be?
5    A.  I don't.  That's voter registrar.
6    Q.  Have you ever come across instances where the
7    ID numbers or social security numbers in TEAM are
8    inaccurate?
9    A.  No.
10   Q.  Would it surprise you to know that an expert
11   witness retained by the United States found that some
12   mail voters had their ballots rejected solely because of
13   database errors?
14       MS. HOLMES:  Objection; form.
15   A.  Your question -- what?  Repeat it.  I'm sorry.
16   Q.  (BY MS. PAIKOWSKY)  Would it surprise you to
17   know that an expert witness retained by the United
18   States found that some mail voters had their ballots
19   rejected solely because of database issues in TEAM?
20       MS. HOLMES:  Objection; form.
21   A.  In our county or --
22   Q.  (BY MS. PAIKOWSKY)  Across --
23   A.  -- just in general?
24   Q.  In general.
25   A.  Would it surprise me, no.  I mean, every --

Page 73

1    every system is -- there's room for error in any system;
2    so it wouldn't surprise me.
3    Q.  What would your reaction be if it were proven
4    as part of the evidence in this case that some voters in
5    your county had mail ballots rejected because of
6    database issues that make it impossible for them to
7    comply with SB1's mail ballot ID requirement under no
8    fault of their own?
9        MS. HUNKER:  Objection; form.
10   A.  Can you repeat the first part of your question?
11   My apologies.
12   Q.  (BY MS. PAIKOWSKY)  I know.  This is like a
13   paragraph.
14       So what would your reaction be if it were,
15   in fact, proven as part of the evidence of this case
16   that some voters in your county had their mail ballots
17   rejected because of database issues that make it
18   impossible for them to comply with SB1's mail ballot ID
19   requirement and for no fault of their own?
20       MS. HUNKER:  Objection; form.
21   A.  I would hope they would get it fixed in the
22   future.
23       MS. PAIKOWSKY:  Okay.  I think that I am
24   ready to pass the witness.
25       MS. HOLMES:  I think I'll have some



Jennifer Colvin

Page 74

1  questions.
2          MS. PAIKOWSKY:  Do we want to go off the
3  record?
4          MS. BINGHAM:  Let's go off --
5          MS. HOLMES:  Yeah.
6          MS. BINGHAM:  -- for just a moment.
7          MR. BIRRING:  Sure.
8          MS. BINGHAM:  Stand up.  Take a little
9  break.
10         THE VIDEOGRAPHER:  We are -- we are going
11  off the record at 2:46 p.m.
12         (Recess from 2:46 p.m. to 2:49 p.m.)
13         THE VIDEOGRAPHER:  We are on the record at
14  2:49 p.m.
15              EXAMINATION
16  BY MS. HOLMES:
17     Q.  Good afternoon, Ms. Colvin.  My name is
18  Jennifer Holmes, and I represent the HAUL plaintiffs in
19  this case.
20     A.  Okay.
21     Q.  I have hopefully not too many questions for
22  you.  You mentioned a couple of times the call log.
23         What is the call log?
24     A.  That's where voters call into the call center
25  or into our department directly.  And every phone call

Page 75

1  we receive, we log what happened in the phone call.
2     Q.  And you mentioned they can call your department
3  directly?
4     A.  Yes.  If they receive a rejection notice, they
5  have our phone number to call our -- our department
6  directly.
7     Q.  Okay.  And can you describe how your department
8  is involved in fielding those calls?
9     A.  Well, I have a group of -- our correspondence
10  team that corresponds with the voters in reference to a
11  rejection of any type.  They take those calls, and they
12  talk them through what happened with their application
13  or ballot, whatever we sent the notice about.
14     Q.  And how many people are on that team?
15     A.  Depending on the election.  For --
16     Q.  Sorry.  Let me withdraw.
17         In November 2020 -- 2022, how many people
18  were on that team?
19     A.  Approximately 15.  That's an approximate
20  number.
21     Q.  And if a member of the public calls into the
22  general line with a question related to mail voting,
23  could someone from the general line answer that
24  question?
25     A.  Depends on the question.

Page 76

1     Q.  So sometimes those questions will be
2  transferred to your team; is that correct?
3     A.  Correct.
4     Q.  And sometimes someone responding to the general
5  line will answer those questions?
6     A.  Correct.
7     Q.  If the question relates to ID requirements for
8  mail voting, would it be transferred to your department?
9     A.  Depends on the operator.
10     Q.  Okay.  Can you describe the volume of calls --
11  of calls that your department -- withdrawn.
12         Let me ask, do you -- does your department
13  also receive e-mails from members of the public with
14  questions about mail-in voting?
15     A.  We receive applications.  We don't receive a
16  lot of communications about -- with questions.  Mainly
17  what we receive are e-mails -- I mean, e-mail
18  applications.  My apologies.
19     Q.  Got it.  Can you describe the volume of calls
20  that your department received during the November 2022
21  election related to vote by mail?
22     A.  We receive a lot of phone calls.  I can't give
23  you a percentage, but we do receive quite a few phone
24  calls.
25     Q.  Okay.  And "quite a few," are we talking

Page 77

1  thousands?
2     A.  I would say hundreds.
3     Q.  Okay.
4     A.  It all depends on the size of the election.
5     Q.  And for the November 2022?
6     A.  It was hundreds for sure.
7     Q.  Does your department also receive calls with
8  questions about voting by mail from election clerks?
9         MS. HUNKER:  Objection; form.
10     A.  Can you elaborate?
11     Q.  (BY MS. HOLMES)  Sure.  I believe you testified
12  that voters may call in with a question.  Do election
13  clerks or election judges sometimes call in?
14     A.  They do call in during early voting or on
15  Election Day questioning can the voter drop the ballot
16  to them, with basic questions like that, but not
17  anything concerning SB1, so to speak.
18     Q.  Okay.  I'd like to mark this document as the
19  next exhibit.  What number are we on?
20         THE REPORTER:  15.
21         (Exhibit No. 15 was marked.)
22     Q.  (BY MS. HOLMES)  This is a spreadsheet that I
23  have printed to PDF.  And I'll state for the record that
24  this is an excerpt of a much, much, much larger
25  document.  And when I printed it, I added these page



Jennifer Colvin

Page 78

1 numbers on the bottom so that you'll see it's not
2 sequential. So you can see the parts that I have
3 excerpted it according to where the page numbers jump
4 around.
5          Do you recognize -- looking at the -- the
6 first couple of pages, do recognize this document?
7      A. From looking at the information on it, looks
8 like it's our call log.
9      Q. Okay. And are you -- or is your department
10 involved in maintaining the call log?
11     A. We enter data on the call log.
12     Q. To orient you, the spreadsheet doesn't fit on a
13 single page because there's a lot of columns. So the
14 first -- the rows cut across four pages. So if you look
15 at the first four pages --
16     A. That's one.
17     Q. -- you'll see the first row goes across all
18 first four pages from Columns A through R.
19          Does that make sense?
20     A. (Nonverbal response.)
21     Q. Would you agree with how I've described --
22 described it?
23     A. So it's through page 8.
24     Q. The Columns A through R --
25     A. Okay.

Page 79

1      Q. -- go from pages 1 through 4. Does that look
2 correct?
3      A. Oh, hold on. Sorry. I jumped a page.
4          Correct.
5      Q. Are you familiar with the headings used in
6 this -- in the call log?
7      A. From looking at them, yes.
8      Q. Sure. So in Column A, it says "election
9 period." And what do these numbers mean in the column?
10     A. That's the election code.
11     Q. Okay. And do you, off the top of your head,
12 know what the code 5722 refers to?
13     A. I would say the primary. No, that's the May
14 entity election.
15     Q. Okay. And how about the code -- other codes
16 that are in this document are Code 522. Do you know
17 what that refers to?
18     A. Yes. That's the primary.
19     Q. All right. Code 622?
20     A. Would be the runoff for the entity election.
21     Q. Code 6282? Oh, I'm sorry. If you're not sure,
22 please tell me.
23     A. Yeah.
24     Q. I don't want you to guess.
25     A. I don't want to guess, yes. Don't let me

Page 80

1 guess.
2      Q. Okay. Just tell me if you don't know --
3      A. Okay.
4      Q. -- or if you do know. Code 6282?
5      A. I don't know.
6      Q. Okay. Code 1122?
7      A. November.
8      Q. Okay. Thank you. In Column G the header is
9 "issue question." What does this column represent?
10     A. From looking at it, what department the problem
11 of -- the caller is calling about.
12     Q. Okay. Is it the department or the issue that
13 the caller is calling about -- about?
14     A. The issue. Not detail, though. It's not
15 detailed. I guess the details would be under
16 description.
17     Q. Okay. And I see in Column G some of the
18 entrees say "VBM-General," "VBM-Ballots," "VBM-Apps."
19          Do you see that?
20     A. Uh-huh.
21     Q. Does that refer to issues related to vote by
22 mail?
23     A. Yes.
24     Q. Okay. I'd like to ask you about just a couple
25 of descriptions in the call log.

Page 81

1      A. Okay.
2      Q. Exhibit 15. So if you turn to page 4111. It's
3 near the end.
4      A. Okay.
5      Q. Do you see the third to last row, Row 28620?
6      A. Yes.
7      Q. And this describes a voter who called upset --
8 or I'll say a person who called upset because he has
9 received a VBM correction letter for no TDL, last four
10 off SSN. "He stated that he cannot come in due to his
11 disability and wants to know how he can correct it.
12 Gave number and attempted to transfer to VBM department
13 for answers, but no one ever answered. Suggested
14 e-mailing caller's concern to them, and he" -- and I
15 apologize. It's cut off. The last word is "agreed."
16          Are you aware of issues where a voter had
17 their -- their vote-by-mail ballot rejected but couldn't
18 come in to cure because of limitations due to a
19 disability?
20     A. Some of our clerks mentioned -- I don't have
21 details but that they were able to walk the voters
22 through how to cure online. That helped a lot of our
23 voters that couldn't physically come into the office.
24     Q. And was there any option for a voter who
25 couldn't physically come into the office to cure and



Jennifer Colvin

Page 82

1  also was unable to access the online cure function?
2      A.  No.
3      Q.  Were you aware of any voters with disabilities
4  who asked for a -- an accommodation during the cure
5  process to enable them to not come into the office but
6  also not use the online cure function?
7      A.  I'm aware of voters that came up to the office
8  but couldn't come inside the office, yes.  And we would
9  go out and meet them with a clipboard and have them do
10  the cure form.
11      Q.  During her deposition the last year, the -- the
12  former elections administrator testified that -- that,
13  during the March primary, she had received requests for
14  accommodations for voters who were seeking to cure their
15  ballot but were unable to come to the office and unable
16  to go online.
17          Are you familiar with that at all?
18      A.  No.
19      Q.  Okay.  And did you receive anything like that
20  for the November 2022 election?
21      A.  No.  Not me personally, no.
22      Q.  Okay.  Can I ask you to turn to page 931 in
23  this document.
24      A.  (Witness complies.)
25      Q.  Do you see Row 6672?

Page 83

1      A.  Yes.
2      Q.  Okay.  And that states that the caller was
3  upset due to a -- "due to carrier envelope defect
4  letter.  And she stated she put her TDL and last four of
5  SSN on it and don't understand why it was rejected for a
6  third time.  Transferred to Desiree with VBM department
7  for answers."
8          Did I read that correctly?
9      A.  Yes.
10      Q.  Were you aware of any voters who had their
11  ballots rejected -- their ballot by mail rejected
12  multiple times due to ID issues?
13      A.  I'm aware --
14          MS. HUNKER:  Objection; form.
15      A.  I'm aware of instances where we -- at the -- we
16  would mail the ballot back to the voter because they
17  didn't include their ID, and they would mail it back
18  without the ID again.  And that's when they would be
19  switched to an E-7 status which allowed them the six
20  days to cure.  But we would call them and e-mail them
21  and mail them another letter stating you still didn't
22  provide your ID or they provide mixmatch ID.  They
23  provided one, and we didn't have it in our system.
24      Q.  (BY MS. HOLMES)  So sometimes the rejection
25  would happen more than once and you have to send it back

Page 84

1  multiple times; is that correct?
2      A.  Correct.
3      Q.  You mentioned the E- -- E-7 system?
4      A.  Yes.
5      Q.  What is that?
6      A.  That's a rejection code for the State.
7      Q.  And what does it indicate?
8      A.  E-7 means it's -- once the early voting ballot
9  board convenes and there's not enough time for the voter
10  to cure via mail -- I mean, for us to send the ballot
11  back to the voter to cure, we send them a letter in
12  place of the ballot.
13      Q.  Are there particular codes that stand for
14  rejections related to SB1's ID requirement?
15      A.  Yes.  E3 and E7.
16      Q.  Okay.  And those were due -- used during the
17  November 2022 election?
18      A.  Yes.
19      Q.  Were those the same codes used in the primary?
20      A.  In the primary, the code was R-1.  And my
21  apologies.  I'm drawing a blank.  But there was another
22  code.  The State changed the codes to E-3 and E-7.
23      Q.  Got it.
24      A.  -- from R-1.  And there was another one.  I'm
25  sorry.  I just -- I'm drawing a blank on the other code.

Page 85

1      Q.  That's okay.  It's not a memory test.  But,
2  yes, the code did change.
3          Okay.  In Exhibit 15, the call log, can you
4  turn to page 3183, please.
5      A.  (Witness complies.)
6          MS. PAIKOWSKY:  Can you repeat the number?
7          MS. HOLMES:  Oh, 3183.
8          MS. PAIKOWSKY:  Thank you.
9      Q.  (BY MS. HOLMES)  And let me just ask,
10  Ms. Colvin, in the call log, is each row a -- a separate
11  contact to your office, if you know?
12      A.  Can you elaborate.
13      Q.  Oh, sure.  I guess my question is -- there's a
14  lot of rows in this spreadsheet.
15      A.  Right.
16      Q.  And I'm wondering if each row represents a
17  separate time that a person contacted the Harris County
18  Elections Office --
19      A.  Yes.
20      Q.  -- with a voting question.
21          So back to page 3183.
22      A.  Uh-huh.
23      Q.  If you look at Row 22904, do you see?
24      A.  Yes.
25      Q.  All right.  It says that the caller "was



Jennifer Colvin

March 21, 2023
Pages 86 to 89

Page 86

1   wanting to know what ID is on file for her.  She gave
2   each, TDL and last four of SSN.  And I confirmed for her
3   to use on her VBM.  She understood."
4           Did I read that correctly?
5       A.  Yes.
6       Q.  Were there times that voters called into your
7   office to try to confirm what information was in the
8   database in their voter -- in their voter registration
9   record?
10      A.  Yes.
11      Q.  In terms of their ID?
12      A.  Yes.
13      Q.  And the reason that they were asking is so they
14  could put the correct driver's license number or social
15  security number on their ABBM or their ballot?
16      A.  Correct.
17      Q.  Okay.  Is that something that you advised
18  voters to do?
19      A.  To call in?
20      Q.  To call in and confirm before completing the
21  application what's in the file?
22      A.  Not that I'm aware of.
23      Q.  Okay.  So voters took it upon themselves to do
24  this?
25      A.  Correct.

Page 87

1       Q.  And is your department still receiving calls
2   from members of the public with questions about voting
3   by mail?
4       A.  Our phones are actually pretty quiet right now.
5       A.  Uh-huh.
6       A.  The election that we're currently running is
7   very minimal.
8       Q.  Do you anticipate still needing to staff people
9   to answer questions in future elections?
10      A.  In future elections, yes.
11          MS. HUNKER:  Objection; form.
12      Q.  (BY MS. HOLMES)  Okay.  I have a couple of
13  questions just about rejections of AB- -- ABBMs and
14  mail-in ballots.  During the November 2022 election,
15  what was the most common reason that a voter's ABBM was
16  finally rejected?
17      A.  No ID.
18      Q.  And by "no ID" you mean a mismatch?
19      A.  Or missing.
20      Q.  Okay.  And so it didn't comply with the
21  requirements of SB1?
22      A.  Correct.
23      Q.  I believe you mentioned in response to
24  Ms. Paikowsky's questions that there was a way that a
25  voter could update their voter registration record to

Page 88

1   add or correct a driver's license number or social
2   security number?
3       A.  Correct.
4       Q.  Is that correct?
5           Can you explain what that process is?
6       A.  Normally if we received one that didn't have
7   one or the other number, we would transfer them to voter
8   reg so they can walk them through the -- the process of
9   adding it to their file, or we would mail them the voter
10  registration application to update their voter file.
11      Q.  Okay.  And so they could do it over the phone
12  if they're speaking to someone from voter
13  registration --
14      A.  I can't answer that.
15      A.  Oh, okay.
16      A.  I don't know that answer.  I would -- well,
17  I'll keep...
18      Q.  It's okay.  You don't have to guess.  Excuse
19  me.
20          Okay.  And I asked you this question about
21  ABBMs.  But in terms of mail ballots themselves, for the
22  November 2022 election, what was the most common reason
23  that a voter's mail ballots was finally rejected?
24      A.  ID.  Lack of or mismatch.
25      Q.  Uh-huh.  And that's under the requirements of

Page 89

1   SB1?
2       A.  SB1, correct.
3       Q.  I'd like to mark this document that we just got
4   from counsel.
5           MS. HOLMES:  Do you folks have a copy since
6   I only have one copy?
7           MS. BINGHAM:  Yeah, we do.
8           THE WITNESS:  This one?
9           MS. HOLMES:  Yes, I think that's it.
10          MS. HUNKER:  Can I ask the court reporter
11  to add a sticker for it, please?  I think it's 16.
12          (Exhibit No. 16 was marked.)
13      Q.  (BY MS. HOLMES)  So I'm marking this as
14  Exhibit 16.  This is "Harris County Elections
15  Administrator, Clifford Tatum's Supplemental Responses
16  to State Defendants' Second Set of Interrogatories."
17          Did read that correctly?
18      A.  Yes.
19      Q.  And if you flip to the last page, it says
20  "Verification."  It says: "I, Jennifer Colvin, have
21  read the factual statements contained in the attached
22  Answers to State Defendants' Interrogatory 4 and
23  verified that it is correct based on the information
24  available to the Harris County Elections Administrator."
25          Did I read that correctly?



MAGNA
LEGAL SERVICES

Jennifer Colvin

March 21, 2023
Pages 90 to 93

Page 90

1    A.  Yes.
2    Q.  And is that your signature?
3    A.  Yes.
4    Q.  So on page 3 this states:  Interrogat- --
5    "Interrogatory No. 4:  Please identify and describe with
6    specificity Harris County's final rejection rate of
7    timely received ballots by mail, expressed as a
8    percentage of all timely received ballots by mail and
9    rounded to two decimal places, for the following
10   elections."  And then it lists a number of different
11   general elections, A through F.
12        Do you see that?
13   A.  Yes.
14   Q.  Okay.  Starting with F, what is listed here as
15   the rejection rate for the November 2022 general
16   election?
17   A.  4.16 percent.
18   Q.  And is this number accurate?
19   A.  Yes.
20   Q.  Okay.  And this number is larger than the
21   rejection rates listed above it for the November 2012,
22   2014, 2016, 2018, and 2020 general elections, correct?
23   A.  Correct.
24   Q.  And what -- do you have an understanding of
25   what accounts for that difference, why it's larger in

Page 91

1    the November 2022 election and prior elections?
2    A.  SB1 law changes for the ID requirements.
3    Q.  In the process of enforcing SB1's ID
4    requirements in the November 2022 election, did your
5    office identify any instances of voter fraud?
6    A.  No.
7        MS. HOLMES:  Okay.  I think that is all for
8    me.
9        MS. PAIKOWSKY:  Do you want to --
10       MS. HOLMES:  Sorry.  I was going to ask to
11   go of the record for like two minutes and then I'll
12   probably be able to pass the witness.
13       THE VIDEOGRAPHER:  We are going off the
14   record at 3:15 p.m.
15       (Recess from 3:15 p.m. to 3:24 p.m.)
16       THE VIDEOGRAPHER:  We're back on the record
17   at 3:24 p.m.  Sorry.
18   Q.  (BY MS. HOLMES)  All right.  Ms. Colvin, I just
19   have two more questions for you.
20       With respect to voters whose ABB -- ABBMs
21   contained missing or mismatched ID numbers, is it
22   accurate to say that your office attempted to provide
23   every opportunity to cure if possible?
24   A.  Yes.
25   Q.  And with -- with respect to voters whose

Page 92

1    carrier envelopes contained missing or mismatched ID
2    numbers, is it accurate to say that your office
3    attempted to provide every opportunity to cure?
4    A.  Yes.
5        MS. HOLMES:  That's it for me.
6        MS. PAIKOWSKY:  Do we have anybody on the
7    line who wants to ask any additional questions?
8        Hearing nothing --
9        MS. HUNKER:  Okay.
10       MS. PAIKOWSKY:  Should we go off the record
11   briefly and then back on?
12       MS. HUNKER:  We can to that.
13       MS. PAIKOWSKY:  Yeah.  Can we go off the
14   record just for one minute?
15       THE VIDEOGRAPHER:  We are going off the
16   record at 3:25 p.m.
17       (Recess from 3:25 p.m. to 3:27 p.m.)
18       THE VIDEOGRAPHER:  We are back on the
19   record at 3:27 p.m.
20       FURTHER EXAMINATION
21   BY MS. HUNKER:
22   Q.  All right.  Ms. Colvin, I shouldn't take too
23   long, but I wanted to touch base with you on a couple of
24   questions the other counsel asked as well as the
25   document that was issued during our lunch break.

Page 93

1    A.  Okay.
2    Q.  So first, the 2024 presidential election is
3    going to be a larger election than the 2022 midterm; is
4    that correct?
5    A.  Correct.
6    Q.  And so the 2024 presidential election is going
7    to require more staffing than the 2022 midterm election;
8    is that correct?
9    A.  Correct.
10   Q.  And the 2024 presidential election is going to
11   be more expensive for Harris County to hold than the
12   2022 midterm election; is that correct?
13   A.  Correct.
14   Q.  Have you made staffing decisions yet for the
15   2024 general election?
16   A.  No.
17   Q.  And so you do not know at this time how much
18   more staffing you're going to need for the 2024 election
19   in comparison to the previous election of 2020; is that
20   correct?
21   A.  That's correct.
22   Q.  And have you finalized a budget yet for the
23   2024 presidential election?
24   A.  No.
25   Q.  And so you do not know how much more expensive



Jennifer Colvin

March 21, 2023
Pages 94 to 97

Page 94

1  the 2024 presidential election will be in comparison to
2  the previous presidential election of 2020; is that
3  correct?
4      A. Correct.
5      Q. You had discussed with counsel the length of
6  time it takes to process ballots by mail; is that
7  correct?
8      A. Correct.
9      Q. You were able to meet your deadlines -- your
10  canvassing deadlines for the 2022 general election; is
11  that correct?
12      A. Correct.
13      Q. And you were able to process voter's
14  application -- sorry -- let me strike that.
15          You were able to process voters' ballots by
16  mail in a speedily enough fashion to be able to provide
17  notice to voters who had a defect in order for them to
18  cure?
19      A. Yes.
20          MS. HOLMES: Objection to form.
21      Q. (BY MS. HUNKER) Do you know what roughly the
22  turnaround was between when a ballot was received before
23  when it was sent out if there was a defect?
24      A. Generally within 24 hours.
25      Q. Is that comparable to previous elections?

Page 95

1      A. Yes. Our goal is to get them out within
2  24 hours to give them as much time as possible to fix
3  the problem.
4      Q. Now, federal law requires that military and
5  overseas ballots be issued 45 days before Election Day;
6  is that right?
7      A. Correct.
8      Q. And you were able to meet that deadline this
9  year, correct?
10      A. Yes.
11      Q. When did voter -- when did ballots go out for
12  other voters in Harris County?
13      A. Shortly thereafter, before the 30th day.
14      Q. And voters would have been able to return their
15  ballots as soon as it was received; is that correct?
16      A. Correct.
17          MS. HOLMES: Object to the form.
18      Q. (BY MS. HUNKER) Are you familiar with the
19  federal postcard application?
20      A. Yes.
21      Q. And you're also familiar with acronym people
22  refer to it as FPCA?
23      A. Yes.
24      Q. The FPCA acts as a voter registration and
25  application for ballot by mail; is that correct?

Page 96

1      A. Correct.
2      Q. And one of the ways that a voter can update
3  their voter registration file is by submitting a
4  regist- -- a voter registration card; is that correct?
5      A. Correct.
6      Q. And so a military voter can update their voter
7  registration file to add new numbers, their ID and
8  social security numbers, by submitted there FPCA?
9      A. Correct.
10      Q. And so they're simultaneously able to apply for
11  a ballot by mail and provide the voter registration --
12  sorry -- a number for their voter registration; is that
13  correct? Let me rephrase the question.
14      A. Thank you.
15      Q. And so a military and overseas voter is able to
16  submit the FPCA and simultaneously apply for a ballot by
17  mail as well as providing your office with their
18  ID number whether it be a social security, driver's
19  license, or any of the numbers listed?
20      A. Correct.
21      Q. You had stated much earlier in the depo that
22  you've been working for Harris County since 2008 in the
23  elections department; is that right?
24      A. Correct.
25      Q. And have you been present when Texas has made

Page 97

1  other changes to election law?
2      A. Yes.
3      Q. Is there always a learning curve for voters
4  when there's a new requirement or change in procedures?
5          MS. HOLMES: Objection to form.
6      A. Yes.
7      Q. (BY MS. HUNKER) And did you notice that voters
8  who had their ballot rejected in the primary were able
9  to successfully vote in the general election?
10          MS. HOLMES: Objection to form.
11      Q. (BY MS. HUNKER) If you're aware.
12      A. It's hard to say. We didn't compare the two.
13      Q. Did you observe that voters who had voted in
14  the previous election had fewer problems or confusion
15  regarding the ID requirement?
16          MS. HOLMES: Objection to form.
17      A. Can you re --
18      Q. (BY MS. HUNKER) Sure.
19      A. Reask your question. I'm sorry.
20      Q. Did you observe that voters who had voted in a
21  previous election when SB1 was in effect had less
22  difficulty or exhibited less confusion with respect to
23  the ID requirement in the 2022 general election?
24          MS. HOLMES: Objection to form.
25          MR. BIRRING: Objection to form.



Jennifer Colvin

March 21, 2023
Pages 98 to 101

Page 98

1    A. We had less. There were more rejects due to ID
2 in previous elections.
3    Q. (BY MS. HUNKER) Now, you had spoken a little
4 bit with counsel about the different codes for when a
5 ballot was rejected for an ID requirement. Is there a
6 separate code if there's a rejection due to lack of
7 signature?
8    A. Yes.
9    Q. Do you recommend that voters put down their
10 phone number or e-mail when they're applying to vote by
11 mail?
12    A. Does our office recommend it?
13    Q. Yes.
14    A. Yes. So we can reach out to the voters if
15 there's a problem with their application.
16    Q. And do you find that most voters follow through
17 on your recommendation?
18    A. We get a lot of phone numbers and e-mails.
19    Q. You also discussed with counsel about that
20 there were occasions where the county voting system had
21 two IDs but the TEAM's database only had one.
22       Do you recall that conversation?
23    A. Yes.
24    Q. When you notice that the county database has
25 two ID numbers but the TEAM's database only has one, do

Page 99

1 you inform the secretary of state's office to update the
2 TEAM's database?
3    A. No.
4    Q. And do you know if there's -- if there's a
5 policy or procedure that perhaps your tech division has
6 with respect to updating?
7    A. I don't know.
8    Q. Okay. If the county database only has one
9 number but the TEAM's database has two numbers and the
10 number the voter put is the one that was in the TEAM's
11 database but not the one in the county's database, you
12 would accept that ballot; is that correct?
13    A. Correct.
14    Q. There's an option for voters with disabilities
15 as well as voters over 65 to submit an application for
16 ballot by mail for the entire year, correct?
17    A. Correct. Annual.
18    Q. And you've already started receiving annual
19 applications for the 2023?
20    A. That's correct.
21    Q. And did you notice fewer rejections for the
22 applications that were submitted this year due to the ID
23 mismatch or lack of ID as compared to previous elections
24 in 2022?
25    A. I haven't analyzed that data, but we're

Page 100

1 receiving very minimal applications right now.
2    Q. Okay. To your knowledge, has Harris County
3 ever had a rejection rate for ballots by mail that was
4 zero?
5    A. No.
6    Q. And so I want to turn to Exhibit 16 which was
7 provided by your office during this deposition.
8    A. 16.
9    Q. Yes. This is the updated...
10    A. Oh, my apologies. It's right in front of me.
11    Q. So looking at -- let me take a step back.
12       Are you using the same database, offline
13 database, in 2022, as you were in these previous
14 elections?
15    A. Yes.
16    Q. And how did you come to these rejection rates
17 for previous elections?
18    A. From numbers within the voter management
19 system.
20    Q. Were you required to report rejections prior to
21 2022?
22    A. Yes.
23    Q. And was that reported to the secretary of
24 state's office?
25    A. Yes.

Page 101

1    Q. And so in previous elections, Texas utilized
2 signature verification, correct?
3    A. Yes.
4    Q. And do you know if the signature verification
5 committee utilized the same standard election from
6 election?
7       MS. HOLMES: Objection to form.
8    A. Yes.
9    Q. (BY MS. HUNKER) And did they utilize the same
10 standard election to election?
11       MS. HOLMES: Objection to form.
12    A. Repeat that.
13    Q. (BY MS. HUNKER) So my first question was did
14 you know if they did, and then I realized that was maybe
15 not clear. And so I just wanted to clarify, did they
16 use the same standard for signature verification
17 election from election?
18    A. Prior to SB1, they didn't have to compare IDs.
19 But after SB1, they had to compare IDs. That's the
20 difference in their processes.
21    Q. So I think I maybe, then, asked a confusing
22 question. So I'm talking about the signature
23 verification, not ID --
24    A. Only their signature verification?
25    Q. Only their signature verification. So there



Jennifer Colvin

March 21, 2023
Pages 102 to 105

Page 102

1   was a standard on how to apply -- match signatures?
2        Do you know --
3   A.  Yes.
4        Q.  -- if your signature verification committee
5   utilized identical standard election from election prior
6   to 2022?
7   A.  Yes.
8        Q.  And do you know how that standard applies to
9   how other counties compare signatures?
10   A.  No.
11       Q.  And we had talked a little bit earlier about
12   how 4.16 was a reduction from the primary election,
13   correct?
14   A.  Correct.
15       Q.  And I believe you said it was also a reduction
16   from the primary runoff, correct?
17   A.  Correct.
18       Q.  And do you expect that the rejection rate will
19   decline further in future elections?
20       MS. HOLMES:  Objection to form.
21   A.  We hope so.
22       MS. HUNKER:  I believe that's all the
23   questions I have.
24       MS. PAIKOWSKY:  Can we go off the record?
25       MS. HUNKER:  Yes.

Page 103

1        THE REPORTER:  Are we done, then?
2        MS. HOLMES:  I might have one more question
3   to ask.  Let me confirm with my counsel.
4        THE REPORTER:  You can take us off the
5   record.
6        THE VIDEOGRAPHER:  We are going off the
7   record at 3:41 p.m.
8        (Recess from 3:41 p.m. to 3:43 p.m.)
9        THE VIDEOGRAPHER:  We are on the record at
10   3:43 p.m.
11       MS. HOLMES:  No further questions from me.
12   Thank you.
13       THE WITNESS:  Thank you.
14       MS. HUNKER:  I think, then, we can dismiss
15   this witness.
16       THE VIDEOGRAPHER:  All right.  We are going
17   off the record on March 21st, 2023, at 3:43 p.m.
18       (Proceedings adjourned at 3:43 p.m.)
19
20
21
22
23
24
25

Page 104

1                           ERRATA PAGE
2   WITNESS NAME:  JENNIFER COLVIN       DATE:  03/21/2023
3   PAGE  LINE  CHANGE               REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25                          _____

Page 105

1        I, JENNIFER COLVIN, have read the foregoing
     transcript and hereby affix my signature that same is
2    true and correct, except as noted above on the previous
     pages(s), and that I am signing this before a Notary
3    Public
4
                              JENNIFER COLVIN
5
6    THE STATE OF              )
     COUNTY OF                 )
7
8        Before me,                       , on this day
9    personally appeared, JENNIFER COLVIN, known to me or
     proved to me under oath or through
10   (description of identity card or other document), to be
     the person whose name is subscribed to the foregoing
11   instrument and acknowledged to me that they executed the
     same for the purposes and consideration therein
12   expressed.
13       Given under my hand and seal of office on this, the
     _____ day of              , 2023.
14
15
16                            Notary Public in and for
                              The State of Texas
17                            Commission Expires:  _____
18
19
20
21
22
23
24
25



Jennifer Colvin                                      March 21, 2023
                                                     Pages 106 to 107

Page 106

1              REPORTER'S CERTIFICATION
                ORAL DEPOSITION OF
2                 JENNIFER COLVIN
               TAKEN MARCH 21, 2023
3

4

5        I, DONNA QUALLS, Shorthand Reporter and Notary
6  Public in and for the State of Texas, hereby certify to
7  the following:
8        That the witness, JENNIFER COLVIN, was duly
9  sworn by the officer and that the transcript of the oral
10 deposition is a true record of the testimony given by
11 the witness;
12       That the original deposition was delivered to
13 SAMEER S. BIRRING / KATHLEEN T. HUNKER;
14       That a copy of this certificate was served on
15 all parties and/or the witness shown herein on
16 _____.
17       I further certify that pursuant to FRCP No.
18 30(f)(i) that the signature of the deponent was
19 requested by the deponent or a party before the
20 completion of the deposition and that the signature is
21 to be returned within 30 days from date of receipt of
22 the transcript.  If returned, the attached Changes and
23 Signature Page contains any changes and the reasons
24 therefor.
25       I further certify that I am neither counsel

Page 107

1  for, related to, nor employed by any of the parties in
2  the action in which this proceeding was taken, and
3  further that I am not financially or otherwise
4  interested in the outcome of the action.
5        Certified to by me this 10th day of
6  April, 2023.
7

8

9        _____
          DONNA QUALLS
10        Notary Public in and for
          The State of Texas
11        My Commission expires 11/06/2026
12        Magna Legal Services
          Firm Registration No. 633
13        16414 San Pedro, Suite 900
          San Antonio, Texas 78232
14        (210) 697-3400
15
16
17
18
19
20
21
22
23
24
25

