# Exhibit E

Maria Gomez                                                April 25, 2023

```
 1              IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION

 3

 4   LA UNION DEL PUEBLO ENTERO,    )(
     et al.                         )(
 5           Plaintiffs             )(
                                    )(
 6   VS.                            )(   CASE NO.
                                    )(   5:21-cv-844-XR
 7                                  )(   (LEAD CASE)
     GREGORY W. ABBOTT, et al.      )(
 8           Defendants             )(
     _____
 9
      OCA-GREATER HOUSTON, et al.   )(
10           Plaintiffs             )(
                                    )(   CASE NO.
11   VS.                            )(   1:21-cv-780-XR
                                    )(
12   JANE NELSON, et al.            )(
             Defendants             )(
13   _____
14   HOUSTON AREA URBAN LEAGUE,     )(
     et al.                         )(
15           Plaintiffs             )(
                                    )(   CASE NO.
16   VS.                            )(   5:21-cv-848-XR
                                    )(
17   GREGORY WAYNE ABBOTT, et al.   )(
             Defendants             )(
18   _____
19   LULAC TEXAS, et al.            )(
             Plaintiffs             )(
20                                  )(
                                    )(   CASE NO.
21   VS.                            )(   1:21-cv-0786-XR
                                    )(
22   JANE NELSON, et al.            )(
             Defendants             )(
23   _____
24

25
```



```
1   _____

2   MIFAMILIA VOTA, et al.        )(
            Plaintiffs            )(
3                                 )(   CASE NO.
    VS.                           )(   5:21-cv-0920-XR
4                                 )(
    GREG ABBOTT, et al.           )(
5           Defendants            )(
    _____
6
    UNITED STATES OF AMERICA      )(
7           Plaintiff             )(
                                  )(   CASE NO.
8   VS.                           )(   5:21-cv-1085-XR
                                  )(
9   THE STATE OF TEXAS, et al.    )(
            Defendants            )(
10  _____

11            ORAL AND VIDEOTAPED DEPOSITION OF
12                       MARIA GOMEZ
                       APRIL 25, 2023
13  _____

14

15            ORAL AND VIDEOTAPED DEPOSITION OF MARIA GOMEZ,

16  produced as a witness at the instance of the State

17  Defendants, taken in the above-styled and numbered

18  cause on APRIL 25, 2023, between the hours of

19  10:07 a.m. and 12:17 p.m., reported stenographically by

20  DONNA McCOWN, Certified Court Reporter No. 6625, in and

21  for the State of Texas, at La Union Del Pueblo Entero,

22  1601 US 83 Business, San Juan, Texas, pursuant to the

23  Federal Rules of Civil Procedure and any provisions

24  stated on the record or attached therein.

25
```



```
 1                    APPEARANCES

 2   COUNSEL FOR STATE DEFENDANTS:

 3        LUIS SUAREZ
          OFFICE OF THE TEXAS ATTORNEY GENERAL
 4        P.O. Box 12548
          Austin, Texas, 78711-2548
 5
     COUNSEL FOR DEFENDANT HIDALGO COUNTY ELECTIONS
 6   ADMINISTRATOR:

 7        JOSEPHINE RAMIREZ SOLIS, via Zoom
          HIDALGO COUNTY DISTRICT ATTORNEY'S OFFICE
 8        100 East Cano Street
          Edinburg, Texas  78539
 9
     COUNSEL FOR INTERVENOR DEFENDANTS:
10
          LOUIS CAPOZZI, via Zoom
11        JONES DAY
          51 Louisiana Avenue, NW
12        Washington, DC  20001

13   COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et al.:

14        LUCIA ROMANO, via Zoom
          DISABILITY RIGHTS TEXAS
15        1500 McGowen, Suite 100
          Houston, Texas  77004
16
     COUNSEL FOR BEXAR COUNTY ELECTIONS ADMINISTRATOR:
17
          LISA CUBRIEL, via Zoom
18        BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
          101 West Nueva, 7th Floor
19        San Antonio, Texas  78205

20   COUNSEL FOR PLAINTIFFS LA UNION DEL PUEBLO ENTERO,
     et al.:
21
          SAMANTHA SERNA URIBE
22        FATIMA MENENDEZ, via Zoom
          MALDEF
23        110 Broadway, Suite 300
          San Antonio, Texas  78205
24

25
```



```
 1            KEVIN ZHEN, via Zoom
              FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
 2            One New York Plaza
              New York, New York  10004
 3
          ALSO PRESENT:
 4            Rene Ortiz, Videographer
              Antonia Davila, Interpreter
 5            Cameron Lange, Intern, U.S. Department of
              Justice, via Zoom
 6
                         INDEX
 7
                                                    PAGE
 8   Appearances ...................................   2

 9   MARIA GOMEZ
     Examination by Mr. Suarez .....................   5
10   Examination by Ms. Serna Uribe ................  54
     Examination by Mr. Suarez .....................  55
11
     Errata Sheet/Signature Page ...................  60
12
     Reporter's Certificate ........................  62
13
     Attached to the end of the transcript:  Stipulations
14
                       EXHIBITS
15
     NUMBER  DESCRIPTION                             PAGE
16
         (No Exhibits Marked)
17

18

19

20

21

22

23

24

25
```



Maria Gomez                                                  April 25, 2023
                                                                    Page 5

```
 1              THE VIDEOGRAPHER:  Today is April 25th,
 2    2023.  It is 10:07 a.m.  We are on the record.
 3              MARIA GOMEZ,
 4    having been duly sworn, testified through the duly
 5    sworn interpreter as follows:
 6                      EXAMINATION
 7    BY MR. SUAREZ:
 8        Q.  How are you, Maria?
 9        A.  Fine.
10        Q.  My name is Luis Suarez, and I represent the
11    State defendants in this case.  Have you ever been
12    deposed before?
13        A.  Yesterday.
14        Q.  When you said you were deposed yesterday, did
15    you have a meeting with the attorneys at LUPE or MALDEF
16    yesterday?
17        A.  Yes.  There was a talk that we had yesterday.
18        Q.  And there was a talk, but there wasn't a court
19    reporter or a videographer?
20        A.  No.
21        Q.  Did y'all review any documents?
22              MS. SERNA URIBE:  Objection,
23    attorney-client privilege.
24        A.  We talked.
25        Q.  Without getting into the -- what y'all talked
```



```
 1   about, were there any documents that y'all reviewed?
 2       A.  No.
 3       Q.  Well, like I said, Maria, my name is Luis
 4   Suarez.  So kind of how this goes is I'm going to ask
 5   you some questions, and the court reporter here will be
 6   taking them down.  And I just need you to respond
 7   truthfully the best you -- the best way you can.  Do
 8   you understand that?
 9       A.  Yes.
10       Q.  How old are you, Ms. Gomez?
11       A.  74.
12       Q.  And do you live in Harlingen?
13       A.  No.
14       Q.  Where do you live?
15       A.  In Pharr.
16       Q.  Is that about 20 minutes from here?
17       A.  More or less.
18       Q.  And how long have you lived in Pharr?
19       A.  For many years.
20       Q.  Were you born in Pharr?
21       A.  Yes.
22       Q.  And you -- do you currently work for LUPE?
23       A.  No.
24       Q.  Where do you currently work?
25       A.  I am retired.
```



Maria Gomez                                          April 25, 2023
                                                          Page 7

```
 1        Q.  Where did you work before you retired?
 2             MS. SERNA URIBE:  Objection, vague.
 3   A.  At LUPE.
 4        Q.  Let me take a step back.  There will be times
 5   when your attorney will object.  You can let her finish
 6   her objection and then still answer, unless she
 7   instructs you not to.  Okay?
 8        A.  Okay.
 9        Q.  So you said before you retired you worked for
10   LUPE; is that correct?
11        A.  Yes.
12        Q.  How long did you work for LUPE?
13        A.  I don't remember how many years.
14        Q.  Could you give an estimate?
15        A.  More than ten.
16        Q.  Did you work somewhere before that?
17             MS. SERNA URIBE:  Objection, vague.
18        Q.  You can answer.
19        A.  What's the question?
20        Q.  Did you work somewhere before you worked for
21   LUPE?
22        A.  Yes.
23        Q.  And where did you work?
24        A.  Union de Campesinos and in the field.
25        Q.  What is Union de Campesinos?
```



1        A.   It is an agricultural workers union.

2        Q.   And what did you do for them?

3             MS. SERNA URIBE:   Objection, vague.

4        Q.   You can answer.

5        A.   What's the question?

6        Q.   What did you do for the Union de Campesinos?

7        A.   There were multiple jobs, different jobs.

8        Q.   Did you have a specific role?

9             MS. SERNA URIBE:   Objection, vague.

10       A.   We had different roles, but one of them was for

11   us to work with people in the fields for them to know

12   their rights.

13       Q.   Okay.  Let's take a step back -- or let's go

14   back to your work for LUPE.  What have you been

15   doing -- or what did you do for LUPE for those ten

16   years -- approximately ten years?

17            MS. SERNA URIBE:   Objection, vague.

18       Q.   You can answer.

19       A.   I was an organizer in the colonias.

20       Q.   As an organizer in the colonias, what does that

21   entail?  Can you give a general description of your job

22   title?

23            MS. SERNA URIBE:   Compound question.

24   Objection, compound question.

25       Q.   You can answer.



1      A.  We would work to improve the colonias, like the

2  streets, the utilities, like water, and also for the

3  people to learn their rights.

4      Q.  When you were doing this work for LUPE, were

5  you compensated?

6                MS. SERNA URIBE:  Objection, vague.

7      Q.  You can answer.

8      A.  Yes, I was doing a job.

9      Q.  About how much were you paid?

10     A.  I don't remember.

11     Q.  And do you do any volunteer work currently for

12  LUPE?

13     A.  Yes.  Yes.  I love it.

14     Q.  How long ago did you retire?

15     A.  I believe it was about seven, eight years.

16     Q.  Did you begin volunteering immediately after

17  you retired for LUPE?

18     A.  No.

19     Q.  When did you begin volunteering for LUPE?

20     A.  I don't remember, because I was sick.  My -- I

21  had a problem with my knee.

22     Q.  Do you remember generally when you had a

23  problem with your knee, that time frame?

24     A.  Like for two years.

25     Q.  Do you remember the time frame, what years that



Maria Gomez                                            April 25, 2023
                                                          Page 10

```
 1    was?
 2         A.  I don't remember.
 3         Q.  Was it more than two years ago?
 4         A.  Of what?
 5         Q.  Since you began working as a volunteer for
 6    LUPE.
 7              MS. SERNA URIBE:  Objection, asked and
 8    answered.
 9         Q.  You can answer.
10         A.  Yes.
11         Q.  When -- currently, as a volunteer, what is your
12    role for LUPE?
13         A.  Well, to go to the trainings, to the talks that
14    they have here, to go to community meetings.
15         Q.  You attend the talks and attend the meetings;
16    is that correct?
17         A.  Yes.
18         Q.  And as far as assisting other people, could you
19    describe that role?
20              MS. SERNA URIBE:  Objection, vague.
21         A.  Helping how?
22         Q.  You help -- do you help people within the
23    community?
24         A.  Yes.
25         Q.  Could you describe that work?
```



Maria Gomez                                                April 25, 2023
                                                                Page 11

 1        A.   I visit people at home, and I visit other
 2   people like me.
 3        Q.   And what do y'all generally do?
 4              MS. SERNA URIBE:  Objection, vague.
 5        Q.   You can answer.
 6        A.   Well, I take some people to the doctor.  To
 7   others, I help them.  I clean their rooms.  To others,
 8   I try to talk to them.  I -- I take food to share.  I
 9   try to also to do the hygiene.
10              MS. SERNA URIBE:  Would it be possible to
11   have the interpreter also interpret my objections?
12              MR. SUAREZ:  That's fine.
13              MS. SERNA URIBE:  Thank you.
14              THE INTERPRETER:  I'll do that.
15        Q.   As -- as far as your volunteer work with LUPE,
16   do you ever assist people -- or do you ever assist
17   people with voting?
18              MS. SERNA URIBE:  Objection, vague.
19        Q.   You can answer.
20        A.   I used to do it before, but I don't feel
21   committed.  I mean, I don't feel able to do it right
22   now.
23        Q.   When you say you used to do it before, when did
24   you used to do it?
25        A.   I believe it was before '21.



Maria Gomez                                                April 25, 2023
                                                                Page 12

```
 1      Q.  What happened in '21 that changed your
 2   position?
 3      A.  I started here --
 4              MS. SERNA URIBE:  Objection -- sorry --
 5   vague; calls for speculation.
 6              MR. SUAREZ:  You can still translate what
 7   she said.
 8      A.  I started hearing that there was a change in
 9   the laws, and I didn't want to continue because I
10   didn't want to make a mistake.
11      Q.  You said that you heard there was a change in
12   the law, correct?
13              MS. SERNA URIBE:  Objection, vague and
14   calls for speculation.
15      Q.  You can answer.
16      A.  Well, we didn't have to help the people anymore
17   to vote.  Well, it's not that we couldn't.  They didn't
18   want us to.  I mean, us, that we were helping people to
19   vote, we didn't have to do it anymore.
20      Q.  Why didn't -- why didn't y'all have to do it
21   anymore?
22              MS. SERNA URIBE:  Objection, vague.
23      Q.  You can answer.
24      A.  I wasn't -- I wasn't feeling that okay to help
25   people to vote because I didn't know how strong the law
```



 1  was, how strong the law was as far as us helping.  And

 2  when people would ask me, I will let them know that

 3  there were people inside that could help them.  I was

 4  feeling impotent because I couldn't help them.

 5      Q.  You were -- you felt powerless, or you felt

 6  impotent to help?

 7      A.  Yes, because what I was hearing about the

 8  change in the law.

 9      Q.  Did LUPE ever instruct you not to -- to stop

10  helping people vote?

11             MS. SERNA URIBE:  Objection, vague;

12  mischaracterizes the testimony.

13      Q.  You can answer.

14             THE INTERPRETER:  Could you repeat the

15  question?  The interpreter didn't interpret it.

16      Q.  Did you ever -- did LUPE ever instruct you not

17  to help people vote?

18      A.  No.

19      Q.  So you stopped helping people vote because you

20  were worried about the law; is that correct?

21             MS. SERNA URIBE:  Objection,

22  mischaracterizes prior testimony; objection, vague.

23      Q.  You can answer.

24      A.  What's the question?

25      Q.  You weren't instructed to stop helping people



1   vote, but you felt worried about the law and that's why

2   you stopped helping people vote; is that correct?

3              MS. SERNA URIBE:  Same objections.

4        A.  I decided.

5        Q.  Why -- how did you come to that decision?

6              MS. SERNA URIBE:  Objection, vague; and

7   objection, calls for speculation.

8        Q.  You can answer.

9        A.  What was the question I need to answer?

10       Q.  How did you come to that decision to stop

11  helping people vote?

12             MS. SERNA URIBE:  Same objections.

13       Q.  You can answer.

14       A.  Because of the restrictions and then under oath

15  and so many things that I didn't understand.

16       Q.  Were you -- have you ever read the law -- or

17  the SB 1 law?

18       A.  I have heard of it.

19       Q.  When you say you've heard of it, where have you

20  heard of it?

21             MS. SERNA URIBE:  Objection, vague.

22       Q.  You can answer.

23       A.  Well, on TV, on the radio, with people.

24       Q.  When you went to trainings or meetings with

25  LUPE, did they ever discuss the law?



```
 1                    MS. SERNA URIBE:  Objection, vague.
 2        A.  I don't remember.
 3        Q.  Did you ever communicate your concerns about
 4   assisting voters with anybody within LUPE's management
 5   or any community organizers or anybody else?
 6                    MS. SERNA URIBE:  Objection, vague.
 7        Q.  You can answer.
 8        A.  What's the question?
 9        Q.  Did you --
10        A.  I'm sorry.
11        Q.  It's okay.  Did you ever share any of your
12   concerns regarding the SB 1 law with anybody in LUPE,
13   any community organizers, any staff?
14                    MS. SERNA URIBE:  Same objections.  Also
15   objection for compound question.
16        A.  I don't remember.
17        Q.  Before 2021, you used to help people vote; is
18   that correct?
19                    MS. SERNA URIBE:  Objection, vague.
20        A.  Yes.
21        Q.  Did those people ever contact you after 2021 to
22   seek your assistance?
23                    MS. SERNA URIBE:  Objection, vague.
24        A.  I don't remember.
25        Q.  Did you ever communicate to any people you
```



Maria Gomez                                          April 25, 2023
                                                       Page 16

 1    previously helped vote that you were no longer going to

 2    assist them vote?

 3                 MS. SERNA URIBE:  Objection, vague.

 4        Q.  You can answer.

 5        A.  Yes, they did ask me.

 6        Q.  And what was your response?

 7        A.  I told them that I was not trained anymore to

 8    be able to help them.

 9        Q.  Okay.  Ms. Gomez, I want to narrow down what

10    you were no longer trained for.  You no longer received

11    any training after SB 1 was passed.  Is that your

12    testimony?

13                 MS. SERNA URIBE:  Objection, vague.

14        Q.  You can answer.

15                 MS. SERNA URIBE:  Objection,

16    mischaracterizes the prior testimony.

17        A.  I don't remember.

18        Q.  You said you loved helping people or

19    volunteering for LUPE; is that correct?

20        A.  Yes.

21        Q.  So deciding not to help people vote is a big

22    decision; is that correct?

23                 MS. SERNA URIBE:  Objection, vague;

24    objection, mischaracterizes prior testimony.

25        Q.  You can answer.



1     A.   Repeat the question.   I'm sorry.

2     Q.   Would you agree with me it's a big decision to

3   stop helping people vote, considering how much you

4   loved to help people and volunteer?

5               MS. SERNA URIBE:   Objection, vague.

6     A.   I didn't feel it was a bad decision, because I

7   could help in other ways.

8     Q.   So the decision to stop helping people vote

9   didn't -- strike that.

10              So you weren't -- were you concerned at

11   your decision to stop helping people vote?

12              MS. SERNA URIBE:   Objection, vague.

13    A.   Well, yes.

14    Q.   Would you have done anything possible to

15   familiarize yourself with SB 1 so you could continue

16   helping people vote?

17              MS. SERNA URIBE:   Objection, vague; and

18   objection, calls for speculation.

19    Q.   You can answer.

20    A.   I don't think my mind is as good to continue

21   learning that much anymore.   But physically, me, yes, I

22   am ready.

23    Q.   Did you do anything to learn about the

24   purported restraints of SB 1?

25              MS. SERNA URIBE:   Objection, vague.



```
 1        Q.   You can answer.

 2        A.   Can you ask me the question again?

 3        Q.   Did you do anything to familiarize yourself

 4   with the purported restraints of SB 1?

 5             MS. SERNA URIBE:   Same objection, vague.

 6        A.   I tried.

 7        Q.   Can you explain your efforts?

 8             MS. SERNA URIBE:   Objection, vague.

 9        A.   Well, I tried to learn a little bit more, but

10   my mind wasn't getting a lot, and so I tried to help

11   some other ways.

12        Q.   When you say you tried to learn a little bit

13   more, could you explain what you did exactly?

14             MS. SERNA URIBE:   Objection, vague.

15        Q.   You can answer.

16        A.   Well, whenever there was a meeting, I will

17   listen to it.   I will go and hear about voting.

18        Q.   Is that it?

19        A.   I think so.   That's what I remember.

20        Q.   So in these meetings, did -- did you hear

21   something that concerned you specifically about SB 1?

22             MS. SERNA URIBE:   Objection, vague; and

23   objection, calls for speculation.

24        Q.   You can answer.

25        A.   Can you ask the question again?
```



 1        Q.  When you attended these meetings to familiarize

 2   yourself with SB 1, did you hear something that

 3   concerned you specifically about SB 1?

 4                MS. SERNA URIBE:  Same objections.

 5        A.  I don't remember.

 6        Q.  There had to be something that concerned you,

 7   correct?

 8                MS. SERNA URIBE:  Objection, vague;

 9   objection asked and answered; objection, argumentative.

10        Q.  You can answer.

11        A.  I was concerned with me not being able to help

12   people to vote.

13        Q.  When you say you were concerned you weren't

14   able to help people vote, what was told to you or what

15   was your belief of why you could no longer do that?

16                MS. SERNA URIBE:  Objection, vague;

17   objection, calls for speculation; and objection, it's a

18   compound question.

19        Q.  You can answer.

20        A.  I need the question again.

21        Q.  When you say that you were concerned regarding

22   the bill, what was told to you or what was your

23   understanding of SB 1 that prevented you or concerned

24   you from helping people to vote?

25                MS. SERNA URIBE:  Same objections.



1       A.  I think that more than anything, it was the

2   fear that that law would be hurting me for me helping

3   people to vote.

4       Q.  But what was -- what was the basis of that

5   fear?

6               MS. SERNA URIBE:  Objection, vague;

7   objection, calls for speculation.

8       A.  I believe to hear the negative things about

9   this law.

10      Q.  To your understanding, what were the negative

11  things about the law?

12              MS. SERNA URIBE:  Objection, vague; and

13  objection, calls for speculation.

14      A.  I don't remember right now, but yes, but I

15  don't remember.

16      Q.  Would you go help people to go vote today if

17  you could?

18              MS. SERNA URIBE:  Objection, vague;

19  objection, calls for speculation.

20      Q.  You can answer.

21      A.  Can you ask me again?

22      Q.  Would you go help people today to go vote if

23  you could?

24              MS. SERNA URIBE:  Same objections.

25      A.  If I could, I would think so.  Without fear,



1   yes.

2       Q.  So what is stopping you?  What is the fear

3   stopping you today?

4                   MS. SERNA URIBE:  Objection, vague.

5       A.  The fear that this law is going to affect me

6   personally.

7       Q.  Is that -- strike that.

8                   When you say this law will affect -- the

9   fear that this law will affect you personally, is that

10  in regards to mail-in voting?

11                  MS. SERNA URIBE:  Objection, vague.

12      A.  Part of it.

13      Q.  What parts of the mail-in voting portions of

14  SB 1 worry you?

15                  MS. SERNA URIBE:  Objection, vague.

16      A.  It was a drastic change.  We didn't get the

17  voting card to vote through mail.  And several people

18  cannot go and vote at the voting polls.  That's one of

19  my fears.

20      Q.  Your fear is that people were no longer getting

21  mail-in ballots?

22                  MS. SERNA URIBE:  Objection,

23  mischaracterizes the testimony.

24      A.  Yes.

25      Q.  Do you know of anybody that requested a mail-in



1  ballot and did not receive one?

2              MS. SERNA URIBE:  Objection, vague;

3  objection, calls for speculation; and objection, it

4  lacks personal knowledge.

5       Q.  You can answer.

6       A.  I don't remember.

7       Q.  Do you know anybody that was unable to vote

8  because they didn't receive a mail-in ballot -- mail-in

9  ballot?

10             MS. SERNA URIBE:  Objection, vague;

11 objection, calls for speculation; and objection, lack

12 of personal knowledge.

13      A.  I don't remember how many, but -- I don't

14 remember.

15      Q.  When you say you don't remember how many, do

16 you remember -- are you saying you do remember there

17 was at least one instance of that happening?

18             MS. SERNA URIBE:  Objection, vague;

19 objection, mischaracterizes prior testimony.

20      Q.  You can answer.

21      A.  Yes.

22      Q.  And how do you know that?

23             MS. SERNA URIBE:  Objection, vague.

24      A.  Due to my home visits that I make.

25      Q.  Can you describe the interaction when you made



1    that home visit?

2              MS. SERNA URIBE:  Objection, vague.

3        Q.  You can answer.

4        A.  The what?

5        Q.  The visit that you had with the person that

6    said they couldn't -- they couldn't vote by mail.

7              MS. SERNA URIBE:  Same objections; and

8    objection that it calls for speculation.

9        A.  The person?

10       Q.  Well, are --

11       A.  The person that I visited -- I don't understand

12   the question.

13       Q.  Let me backtrack.  Are you saying that there

14   has been a person with whom you've interacted that

15   indicated that they were not able to vote by mail?

16       A.  Yes.

17       Q.  And you met with this person at their home?

18       A.  Yes.

19       Q.  What did they tell you specifically?

20             MS. SERNA URIBE:  Objection, vague.

21       A.  I don't remember.

22       Q.  That would be a pretty big deal, wouldn't you

23   agree?

24             MS. SERNA URIBE:  Objection, calls for

25   speculation; objection, vague.



```
 1        Q.  You can answer.

 2        A.  Can you repeat the question, please?

 3        Q.  It would be a pretty big deal if someone told

 4   you they couldn't vote by mail, correct?

 5             MS. SERNA URIBE:  Same objections.

 6        A.  Well, yes.

 7        Q.  And you're telling me you just forgot that?

 8             MS. SERNA URIBE:  Objection, vague;

 9   objection, mischaracterizes the prior testimony;

10   objection, argumentative.

11        Q.  You can answer.

12        A.  Maybe I got confused with the question.  I was

13   asked if during my home visits I found some people that

14   had not been able to vote by mail, right?

15        Q.  That's correct.

16        A.  That's how it was.

17        Q.  And you also said that you don't remember what

18   y'all talked about when y'all had those conversations.

19             MS. SERNA URIBE:  Objection, vague;

20   objection, mischaracterizes prior testimony.

21        Q.  You can answer.

22        A.  Like I said, it wasn't one.  It was several

23   people that I visited.  And that's why I said that I

24   don't remember how long we talked or what we talked

25   about.
```



1    Q.   So it's your testimony that multiple people

2  that you met with at homes told you that they could not

3  vote by mail because of SB 1?

4              MS. SERNA URIBE:   Objection, vague;

5  objection, mischaracterizes prior testimony.

6    A.   Due to what?

7    Q.   Due to SB 1 and the provisions of the mail-in

8  voting.

9              MS. SERNA URIBE:   Same objections.

10    A.   They did not receive their ballot to vote.

11    Q.   Did they ever request a ballot?

12              MS. SERNA URIBE:   Objection, calls for

13  speculation; and objection -- I'm sorry, withdraw.

14    A.   The ballot comes by mail, but several people

15  did not receive it.

16    Q.   I'm asking you whether those people you claim

17  to have personal knowledge of that did not receive

18  these mail-in ballots, did they ever request a mail-in

19  ballot?

20              MS. SERNA URIBE:   Objection, calls for

21  speculation.

22    A.   I need the question again.

23    Q.   From people that you were talking about that

24  did not receive a mail-in ballot, to your personal

25  knowledge, did they ever request a mail-in ballot?



 1          MS. SERNA URIBE:  Same objection, calls
 2   for speculation.
 3      A.  They didn't ask for them because it was already
 4   late for them to register.
 5      Q.  Is -- strike that.
 6          When you say it was late for them to
 7   register, is that -- has that been an issue before --
 8   before SB 1 was passed?
 9          MS. SERNA URIBE:  Objection, vague; and
10   objection, calls for speculation.
11      Q.  You can answer.
12      A.  It's that there is a time for you to register.
13   Once the time passes, you can no longer register until
14   the following year.
15      Q.  So to your knowledge, the people that have had
16   issues with mail-in voting was because they didn't
17   register in time; is that correct?
18          MS. SERNA URIBE:  Objection, vague; and
19   objection, calls for speculation.
20      A.  It's that so many of them didn't even know that
21   they had to register for them to get their ballots over
22   the mail.
23      Q.  Were there any other instances where -- to your
24   knowledge, where people could not vote by mail other
25   than their failure to register in a timely manner?



Maria Gomez                                          April 25, 2023
                                                          Page 27

 1                MS. SERNA URIBE:  Objection, vague.
 2      A.  The problem is that they didn't register.  The
 3 problem is that they didn't know that they -- they
 4 should have registered to receive them.  They were
 5 waiting for their ballots over the mail like before.
 6      Q.  Did -- at your LUPE meetings, did they not
 7 represent to y'all that that was one of the new
 8 requirements of SB 1, to inform voters that they needed
 9 to register to vote?
10                MS. SERNA URIBE:  Objection, vague; and
11 objection, it calls for speculation.
12      Q.  You can answer.
13      A.  It's that these are older people.  They don't
14 come to the meetings that much.
15      Q.  I'm speaking as to the -- to you as a
16 volunteer, did they not inform you that that was a
17 requirement?
18                MS. SERNA URIBE:  Objection, vague.
19      A.  Requirement for what?
20      Q.  That you must register in order to vote.
21      A.  Yes.  They did inform us, but for us to visit
22 all of these people was not an easy thing.
23      Q.  Prior to SB 1 when you were a volunteer, did
24 you have to help people register to vote?
25                MS. SERNA URIBE:  Objection, vague.



Maria Gomez                                          April 25, 2023
                                                           Page 28

1    A.   We would be trained.

2    Q.   And people that voted by mail-in ballots, to

3    your understanding, did they still have to be

4    registered to vote?

5              MS. SERNA URIBE:   Objection, vague.

6    A.   The problem here is that they stopped sending

7    the ballots to vote over the mail.  Not all of us

8    received them.

9    Q.   Was there any other problem aside -- aside from

10   that that prevented you from helping people vote by

11   mail?

12             MS. SERNA URIBE:   Objection, vague.

13   A.   Well, more than anything, I think it was my

14   fear for something to affect me, something that would

15   be in the law that will affect me.

16   Q.   So you were -- were you worried about making a

17   mistake?

18             MS. SERNA URIBE:   Objection, vague.

19   A.   Due to me not understanding the laws that well.

20   Q.   In respect to mail-in voting or in general?

21             MS. SERNA URIBE:   Objection, vague.

22   A.   Well, in general.

23   Q.   But you can't point to any specific part of

24   SB 1 that worried you, correct?

25             MS. SERNA URIBE:   Objection, vague;



Maria Gomez                                          April 25, 2023
                                                         Page 29

 1  objection, calls for speculation.

 2       A.  No.

 3       Q.  As far as the mail-in voting, are you aware of

 4  any instances where someone was not able to vote other

 5  than the -- their failure to register on time?

 6            MS. SERNA URIBE:  Objection, calls for

 7  speculation.

 8       A.  I don't remember.

 9       Q.  As a volunteer, prior to SB 1, did you help

10  people vote by mail?

11            MS. SERNA URIBE:  Objection, vague.

12       A.  Yes.

13       Q.  And it's your testimony that because of SB 1,

14  you no longer can help people vote by mail?

15       A.  I don't understand the law that well.  That's

16  why I'm trying not to help those people.

17       Q.  Do you give them a number or somebody else that

18  they can reach to seek assistance voting my mail?

19            MS. SERNA URIBE:  Objection, vague.

20       A.  Yes, right, there at the voting polls.

21       Q.  If it's at the voting polls, then it wouldn't

22  be voting by mail, correct?

23            MS. SERNA URIBE:  Objection, vague;

24  objection, calls for speculation.

25       A.  It's that there was two different ways, one



Maria Gomez                                          April 25, 2023
                                                        Page 30

```
 1   voting in person, voting by mail.
 2       Q.  So for now, I'm talking about voting by mail.
 3   Did you ever tell anybody that requested assistance to
 4   vote by mail and give them a number of someone else
 5   they can contact for assistance?
 6       A.  I get them information where they can call to
 7   ask.
 8       Q.  As far as -- let's move forward a little bit.
 9   As far as --
10           MS. SERNA URIBE:  Luis, could we take a
11   break?  It's been about an hour or so.
12           MR. SUAREZ:  Yeah.  I'll strike that
13   question, pick up after.
14           (Brief recess)
15           MS. SERNA URIBE:  Can we state the time,
16   please.
17           THE VIDEOGRAPHER:  1:12 a.m.
18       Q.  Ms. Gomez, I just want to clear something up.
19   Of the people that you mentioned couldn't vote by mail
20   due to late registration, are you aware of your
21   personal -- to your personal knowledge, did they
22   request a mail-in ballot?
23           MS. SERNA URIBE:  Objection, calls for
24   speculation.
25       A.  I don't know.
```



1        Q.  Prior to SB 1, were you aware that people that

2   voted by mail still needed to register to vote?

3        A.  I don't remember.

4        Q.  As a volunteer, you didn't recall whether

5   people had to be registered to vote or not?

6        A.  Let's clear it, voting by mail or in person?

7        Q.  By mail.

8        A.  I don't remember.

9        Q.  It's your testimony that you don't recall

10  whether people had to be registered to vote to vote by

11  mail?

12       A.  Well, yes, I don't remember.

13       Q.  Before we step off mail-in voting, one more

14  question.  Are you aware of any other instances where

15  people could not vote by mail other than late

16  registration?

17            MS. SERNA URIBE:  Objection, calls for

18  speculation.

19       A.  I don't know.

20       Q.  Do you vote by mail?

21       A.  No.

22       Q.  Have you ever voted by mail?

23       A.  I don't remember, but I don't think so.

24       Q.  You had mentioned generally that you had other

25  fears regarding SB 1.  Do you remember that?



```
 1        A.   What's the question?
 2        Q.   You testified earlier that you had other
 3   general fears about SB 1.  Do you recall?
 4        A.   Yes.
 5        Q.   I believe you mentioned one of those fears was
 6   regarding the oath.  Do you recall?
 7        A.   Because I don't know if they already changed
 8   the questions under oath -- to be under oath.
 9        Q.   So if they didn't change the questions, you
10   didn't have a problem with the old questions?
11             MS. SERNA URIBE:  Objection, vague; and
12   objection, calls for speculation.
13        A.   Well, I don't know.
14        Q.   Well, before SB 1, did you help people -- did
15   you assist people to vote?
16        A.   What's the question?
17        Q.   Before SB 1, before 2021, did you help people
18   vote?  Did you assist people to vote?
19             MS. SERNA URIBE:  Objection, vague.
20        A.   Sometimes.
21        Q.   Did you ever have to take an oath prior to
22   assisting people to vote?
23        A.   Yes.
24        Q.   Did you ever have any problems completing that
25   oath?
```



```
 1               MS. SERNA URIBE:  Objection, vague.
 2       A.  Yes.
 3       Q.  What were those problems?
 4       A.  There at voting polls, the people there will
 5  say that they could help them, that they didn't need
 6  us.
 7       Q.  So people told you they didn't need your help
 8  and you still assisted them?
 9               MS. SERNA URIBE:  Objection,
10  mischaracterizes the testimony.
11       A.  No.  I understood the question the wrong way.
12  Can you do it again since the beginning?
13       Q.  Sure.  The question was whether before SB 1 you
14  helped people with the oath -- or strike that.
15               The question was, before SB 1, did you
16  help people with voting assistance?
17               MS. SERNA URIBE:  Objection, vague.
18       A.  Yes.
19       Q.  And you took an oath prior to assist people to
20  vote?
21       A.  Yes.
22       Q.  Then you said that there was problems when you
23  took that oath.  Do you recall that?
24               MS. SERNA URIBE:  Objection,
25  mischaracterizes prior testimony.
```



 1       A.   Because the people that were there, they said

 2  they could help these people.

 3       Q.   I'm confused at what you mean by the people

 4  there.  Are you talking about other assisters?

 5       A.   There's always someone helping there at the

 6  voting polls.

 7       Q.   I understand that, but in regards to the oath,

 8  what was the -- what was the problem?

 9            MS. SERNA URIBE:  Objection, vague.

10       A.   If I wanted to help someone, the person that

11  was there helping, they would say that they could help

12  that person.  But the person will make that decision.

13  They would say that I could help them.

14       Q.   When you say "the person," do you mean the

15  voter or the assister?

16       A.   The person -- the one that was going to vote,

17  that was the one that would decide.

18       Q.   Can you explain to me how that is problematic

19  of the oath?

20       A.   Not with the oath.  But when we were going to

21  be assisting someone to vote, the person that was there

22  would say that they could assist them.  I didn't have

23  to take the oath, so I wouldn't be able to help them.

24       Q.   So prior to 2021, you never took the oath to

25  help people -- to assist people to vote?



1       A.   Of course I did.

2       Q.   And the problem with that oath is that other

3   people didn't take the oath?

4       A.   No.  Well, they would be working there.  They

5   were the ones that were working at the polling onsite.

6       Q.   As far as you yourself as a volunteer, did you

7   have a problem with the oath?

8                MS. SERNA URIBE:  Objection, vague.

9       A.   No.

10      Q.   But you have a problem with the new oath; is

11  that correct?

12      A.   No.  It's not just -- it's not about the oath.

13  It's about the restrictions.  I don't have a problem

14  with the oath.  I just don't feel capable or -- to

15  assist the people to vote.

16      Q.   So you don't have a problem with the oath under

17  SB 1; is that correct?

18               MS. SERNA URIBE:  Objection, vague.

19      A.   Well, I don't understand it that well nowadays.

20  That's why I'm not -- I'm trying not to help people to

21  vote.

22      Q.   So you stopped assisting people to vote because

23  you don't understand the oath.  Is that fair to say?

24               MS. SERNA URIBE:  Objection,

25  mischaracterizes prior testimony.



 1      A.  Yes, because I don't feel at peace.  I don't
 2  feel capable.
 3      Q.  What part of the oath makes you feel uncapable
 4  of giving it -- sorry, of taking it?
 5              MS. SERNA URIBE:  Objection, vague.
 6      A.  Right now I don't know, but I don't want to
 7  risk on doing something that I feel that I'm not able
 8  to do.
 9      Q.  You felt that you're unable to take the oath?
10      A.  Not the oath, but how the law is nowadays, what
11  are the requirements, how many are the requirements.
12      Q.  So correct me if I'm wrong.  You didn't -- you
13  don't have a problem with the oath.  You have a problem
14  with the restrictions around voting assistance; is that
15  correct?
16      A.  Yes, the restrictions.  Then also restrictions
17  that I don't understand that well, and that I don't
18  want those problems for me.
19      Q.  Can you identify what those alleged
20  restrictions are?
21              MS. SERNA URIBE:  Objection, vague.
22      A.  Well, I don't know, but they're written there,
23  or I have heard about them, that we cannot be -- we're
24  not able to help the people to vote.
25      Q.  You say you've heard about the restrictions?



```
 1        A.  Yes, I have heard about them, and that's why I
 2   will be abstaining myself from having that problem.
 3        Q.  What restrictions did you hear about?
 4        A.  Especially the one that we have heard about the
 5   most is that we're not able to help people to vote,
 6   especially us as volunteers.
 7        Q.  You were told that you can no longer volunteer?
 8             MS. SERNA URIBE:  Objection,
 9   mischaracterizes the testimony.
10        A.  I don't believe so.  I don't think they have
11   told me that I cannot be a volunteer, but I can't do it
12   because I don't feel, like, able to do it.  I don't
13   feel free like I used to before.  I feel like my hands
14   are tied.
15        Q.  Why do you feel like your hands are tied?
16        A.  Because what you hear about the law, that we're
17   not able to help people to vote.
18        Q.  That brings me back to the question of whether
19   you were ever told or ever heard of an instance where
20   you couldn't help people vote.
21             MS. SERNA URIBE:  Objection, vague.
22        A.  After '21, I haven't tried to go with them to
23   the voting poll inside to help them vote.
24        Q.  So you haven't tried to assist people to vote
25   in the last election?
```



```
 1        A.   No.
 2        Q.   And that's because of your fear of being an
 3   assister?
 4        A.   Yes.
 5        Q.   Even though you can't point to any specific
 6   part of SB 1 that you're afraid of?
 7        A.   I don't know.
 8        Q.   So you -- you didn't try to help people vote in
 9   the last election?
10        A.   To go inside with them, no.
11        Q.   Do you know of other people that were voting
12   assisters in the last election?
13             MS. SERNA URIBE:  Objection, vague;
14   objection, calls for speculation.
15        A.   I don't remember.
16        Q.   Do you have a lot of friends in LUPE that are
17   volunteers?
18        A.   Some.
19        Q.   And you don't know any of them that volunteer
20   to assist, help people vote?
21             MS. SERNA URIBE:  Objection, calls for
22   speculation.
23        A.   I don't know.
24        Q.   Were you at the polling station last election?
25             MS. SERNA URIBE:  Objection, vague.
```



1    Q.  As a volunteer.

2            MS. SERNA URIBE:  Objection, vague.

3    A.  I take people.

4    Q.  You took people to the voting location?

5    A.  Some.

6    Q.  Did you -- did they ever request help voting?

7            MS. SERNA URIBE:  Objection, vague;

8    objection, calls for speculation.

9    A.  I have always told them that they have the

10   right to vote, that that's their right.  But they know

11   who they vote for -- to vote for.

12   Q.  About how many people did you take to the

13   voting locations?

14   A.  I don't remember.

15   Q.  More than five?

16   A.  I think.

17   Q.  More than ten?

18   A.  I don't remember.

19   Q.  So you know it was more than five, but you

20   don't know if it was more than ten?

21   A.  Well, I didn't count them.

22   Q.  How would you take them to the polling

23   location?

24           MS. SERNA URIBE:  Objection, vague.

25   Q.  You can answer.



```
1         A.   In my car.

2         Q.   How many people fit in your car?

3         A.   I don't know.

4         Q.   What kind of car do you have?

5         A.   Right now, I have a small van.

6         Q.   Is that the same van that you had at the --

7    during the last election?

8         A.   No.

9         Q.   What car did you have during the last election?

10        A.   A different one.

11        Q.   What kind?

12        A.   A van, but I don't know what kind.

13        Q.   Do you know how many people fit inside that van

14   at one time?

15        A.   You can fit, like, five or six, but I never

16   took that many at the same time.

17        Q.   But you made multiple trips.  Is that fair?

18        A.   On different days.

19        Q.   Did you ever have problems transporting anybody

20   to vote?

21               MS. SERNA URIBE:  Objection, vague.

22        Q.   You can answer.

23        A.   No.

24        Q.   Back before 2021, you mentioned that you felt

25   at liberty to help people vote; is that correct?
```



 1        A.   Yes.

 2        Q.   And you enjoyed helping people to vote?

 3        A.   Yes.

 4        Q.   And did you do that for the whole ten years

 5   while you were working for LUPE?

 6        A.   What do you mean?

 7        Q.   Did you help people vote for the ten years that

 8   you worked at LUPE?

 9        A.   On my free time.

10        Q.   And when you became a volunteer for around

11   eight years, did you help people vote as a volunteer at

12   LUPE?

13        A.   Sometimes.

14        Q.   So is it fair to say for around at least

15   18 years, you've been helping people vote prior to

16   2021?

17        A.   Not fully.

18        Q.   For around -- around how long ago did you start

19   helping people vote?

20        A.   I don't remember.

21        Q.   Ten years ago?

22        A.   I believe that before, but I wasn't working nor

23   for LUPE nor for La Union.

24        Q.   So it's fair to say, then, it's been over

25   25 years that you've been helping people vote?



1            MS. SERNA URIBE:  Objection, vague.

2       A.  More or less.

3       Q.  And it's your testimony now that because of

4  SB 1 you can no longer do something that you've been

5  doing for over 25 years?

6            MS. SERNA URIBE:  Objection,

7  mischaracterizes the testimony.

8       Q.  You can answer.

9       A.  I think that also -- I mean, I take a lot under

10 consideration my age to be able to help people to vote,

11 my age and the fear for me to do something wrong

12 because of the changes in the law.

13      Q.  But you don't know what changes in the law --

14 or you can't point to the changes in law that incites

15 that fear; is that correct?

16      A.  Well, those that you have heard, right?

17      Q.  Could you describe one of those fears?

18      A.  Well, right now, I don't remember one.  But my

19 fear right now is about the changes in the law, and

20 that's the one I fear.

21      Q.  The fear is strong enough to make you stop

22 helping people vote, and that's something you've been

23 doing for over 25 years; is that correct?

24      A.  Well, yes.

25      Q.  And what efforts did you take to familiarize



1   yourself with those -- with the law and the

2   restrictions -- alleged restrictions?

3        A.  I don't understand the question.

4        Q.  What did you do to familiarize yourself with

5   the law and the alleged restrictions that prohibited

6   you and incited fear in you to help people vote?

7        A.  I feel that part of it is me, but the fear is

8   about the laws that they changed and the fear of me not

9   being able to understand them because I don't know

10  enough English.

11       Q.  Did you talk to anybody at LUPE about the

12  changes and overcoming your fear?

13            MS. SERNA URIBE:  Objection, vague.

14       A.  Maybe so.

15       Q.  And what did they say?

16       A.  That's the problem, that I don't remember many

17  of the things that we talked about.  And that's why I

18  don't want to go and help the people, because of the

19  same reason.

20       Q.  Did -- you said you did not vote by mail in the

21  last election; is that correct?

22            MS. SERNA URIBE:  Objection,

23  mischaracterizes testimony.

24       A.  I did not vote because I can still go and

25  exercise the right to vote there at the polling place.



```
 1               MR. SUAREZ:  I'm sorry.  I want to
 2   clarify.  Did she say that she could not vote or that
 3   she didn't have -- she didn't vote by mail because
 4   she -- she could still go to the polling place?
 5       A.  Yes.
 6       Q.  So you went to -- you went to a polling
 7   location in person to vote in the last election; is
 8   that correct?
 9       A.  Yes.
10       Q.  Did you have issues voting?
11               MS. SERNA URIBE:  Objection, vague.
12       A.  Not in the past election.
13       Q.  Did you see any voting assisters there?
14               MS. SERNA URIBE:  Objection, vague.
15       A.  What do you mean?
16       Q.  Did you see any voting assisters there?
17               MS. SERNA URIBE:  Objection, calls for
18   speculation.
19       A.  I don't remember.
20               THE COURT REPORTER:  Can we go off the
21   record just a minute?
22               (Brief recess)
23       Q.  I believe you said you don't remember if there
24   was any -- if you saw any voting assisters when you
25   went to the polling location; is that correct?
```



```
 1              MS. SERNA URIBE:  Objection, calls for
 2     speculation.
 3          A.  I didn't see because I tried to go very early.
 4          Q.  Voting assisters do not assist in the mornings?
 5              MS. SERNA URIBE:  Objection, vague;
 6     objection, calls for speculation.
 7          A.  They are the people that help you taking you to
 8     where you're going to place your ballot.
 9          Q.  Sure.  I'm talking about when you were there
10     placing your ballot, you don't recall seeing any
11     assistants there?
12              MS. SERNA URIBE:  Objection, calls for
13     speculation.
14          A.  The person that helped me was the person that
15     opened the computer, and he told me that it was ready
16     for me to vote.  What I'm trying to say is that there
17     were no other people helping.
18              MS. SERNA URIBE:  Can you clarify the
19     translation?  There were other people helping that she
20     didn't see is my understanding of what she said.
21              MR. SUAREZ:  Can we have her repeat what
22     she said?
23          A.  When I went to vote, someone went there and
24     opened the computer because it's their job.  And then
25     she left and she let me vote whichever way I needed --
```



1    I wanted to vote.

2        Q.  But do you recall seeing other assisters there?

3        A.  Well, the ones that are there by the table

4    where we get to register.

5        Q.  You worked as a voting assistant before,

6    correct?

7        A.  Yes.

8        Q.  Did you see anybody doing what -- the roll that

9    you used to do prior to SB 1?

10            MS. SERNA URIBE:  Objection, calls for

11   speculation.

12       A.  I don't remember.

13       Q.  So you say you didn't help -- you didn't

14   volunteer either with mail-in voting, with voting at

15   the polls during the last election, correct?

16       A.  No.  I didn't take people to vote.  I didn't

17   help people to register to vote by mail, nor help them

18   to vote by mail.  Just one person.

19       Q.  You only helped one person?

20       A.  For her to be registered for her to get her

21   ballot by mail.

22       Q.  Did you have any problems doing that?

23            MS. SERNA URIBE:  Objection, vague.

24       A.  No, because that's one of the people that I go

25   and help at home with the cleaning at home.



```
 1        Q.  Let me clarify, because previously you told me
 2   that you didn't help anybody because of the fear that
 3   you had from SB 1.  And now you're saying you did help
 4   one person?
 5        A.  But to vote, I didn't take anybody.
 6        Q.  Yeah, but you helped her to register to vote,
 7   correct?
 8        A.  I took her application for her to fill it out,
 9   and I took it back.
10        Q.  To your knowledge, was she able to vote?
11             MS. SERNA URIBE:  Objection, calls for
12   speculation.
13        A.  I don't know.
14        Q.  Did she ever tell you that she was unable to
15   vote?
16             MS. SERNA URIBE:  Objection, vague.
17        A.  No.
18        Q.  So other than that one person, you didn't help
19   as a vote -- you didn't work as a voting assister and
20   you didn't help anybody else mail-in voting.  Is that
21   fair?
22        A.  Correct.
23        Q.  So what is your knowledge, if any, on the
24   effects SB 1 has on voters who need assistance with
25   voting?
```



 1              MS. SERNA URIBE:  Objection, calls for
 2   speculation; and objection, the question is vague.
 3       A.  Maybe my problem is that I don't understand the
 4   law that well.
 5       Q.  I understand that.  What's your understanding
 6   of the effects of the law on people that need help
 7   voting?
 8              MS. SERNA URIBE:  Same objections, calls
 9   for speculation and it's vague.
10       A.  I don't know.
11       Q.  So you don't have any knowledge of the effects
12   of SB 1 on voters who need assistance with voting?
13              MS. SERNA URIBE:  Objection,
14   mischaracterizes the testimony.
15       A.  Maybe the problem is not theirs.  The problem
16   is mine, that I don't understand the law, that I'm not
17   able to understand the law that well.
18              MS. SERNA URIBE:  Can I read back the
19   translation?  Can it be read back.  I believe the
20   witness also testified that she feared the law as well.
21              THE COURT REPORTER:  I won't have the
22   Spanish.  Do you want the English?
23              MR. SUAREZ:  She just wants the
24   translation, correct?
25              MS. SERNA URIBE:  I think the translation



```
1    isn't correct, I think -- or complete, I should say.
2    She testified that she also feared the law.  I just
3    want to make sure that that's in the record, the
4    complete reason that she said she feared the law.
5                  THE INTERPRETER:  Well, I don't have
6    the -- can you read my --
7                  THE COURT REPORTER:  Not in Spanish, I
8    can't.
9                  THE INTERPRETER:  No.  The interpretation.
10                 (Requested portion was read back.)
11                 THE INTERPRETER:  The interpreter stands
12   corrected.  The witness used the word "fear of not
13   understanding the law."
14      Q.  So, Ms. Gomez, I understand your fear and your
15   worry.  But my specific question is whether you
16   understand or have knowledge or facts regarding how
17   SB 1 has impacted voters who need assistance voting.
18                 MS. SERNA URIBE:  Objection, compound
19   question, and it's vague, and it calls for speculation.
20      A.  I think that the trust of the community is what
21   has been lost because of the fear of going and not
22   finding anybody to help them with voting.
23      Q.  What's your basis for that knowledge?
24      A.  The fear exists there.  They used to look
25   out -- look for us before, because we were one
```



1   community with them.  And now, well, they look for me

2   at least, but I don't feel able to help them.

3       Q.  But you testified as to their fear and the

4   effects SB 1 has on them.  I'm specifically talking

5   about what's your knowledge as to those effects.

6               MS. SERNA URIBE:  Objection, vague;

7   objection, calls for speculation; objection,

8   mischaracterizes prior testimony.

9       A.  The community effect or the law?

10      Q.  I'm talking about the effects on voters who

11  need assistance voting by mail.

12              MS. SERNA URIBE:  Same objections.

13      A.  I don't know.

14      Q.  So your knowledge of the effects on SB 1 and

15  the voters is speculation, kind of your own thoughts,

16  derived from nothing else?

17              MS. SERNA URIBE:  Objection,

18  mischaracterizes prior testimony.

19      A.  It's that people are different, so I don't

20  know.

21      Q.  Can you give me an example of one person that

22  the effects of -- strike that.

23              Can you give me an example of what one

24  person has said about how SB 1 affects them?

25              MS. SERNA URIBE:  Objection, vague; and



1    objection, calls for speculation.

2         A.   No.  Well, I haven't asked.

3         Q.   You haven't talked to anybody regarding the

4    effects of SB 1 on voters?

5                   MS. SERNA URIBE:   Objection --

6         A.   I don't remember.

7         Q.   Have you ever requested any accommodations with

8    voting?

9         A.   What's the question?

10        Q.   Have you ever requested any accommodations to

11   vote?

12        A.   I don't understand the question.

13        Q.   Have you ever had issues voting?

14                  MS. SERNA URIBE:   Objection, vague.

15        A.   Yes, yesterday.

16        Q.   What was your problem yesterday?

17        A.   The person that went to the computer to place

18   the ballot, she moved the computer very fast, and I

19   wanted to read.  So they struggled for them to start it

20   all over again.

21        Q.   You said -- was this -- were you registering to

22   vote yesterday or were you voting yesterday?

23        A.   I was voting.

24        Q.   Did you ask them to slow down?

25        A.   What do you mean?



1    Q.  Did you ask them to slow down?

2    A.  Yes.  I told them that I wanted to read all of

3    the -- all of them that had been changed.  I told them

4    that I wanted to read it.

5    Q.  And did they let you?

6    A.  It took, like, half an hour.

7    Q.  But you were able to review what you put down?

8    A.  Of course.  I waited.  That's why I like to do

9    it in person because there I can see it and I can

10   change whatever I want.

11   Q.  Do you know of anybody that you used to help

12   vote that had a disability that required assistance

13   voting?

14              MS. SERNA URIBE:  Objection, vague and

15   calls for speculation.

16   A.  I don't remember.

17   Q.  Do you have a disability that requires

18   assistance to vote?

19   A.  No.  Because now it's in English and Spanish.

20   Q.  And you say you don't recall knowing anybody

21   that had a disability in regards to voting that

22   required assistance?

23   A.  Disability that they're not able to go, to be

24   present?

25   Q.  Yeah, that.  Any other disabilities?



```
 1        A.   Well, yes, I remember a few people.

 2        Q.   Were they ultimately able to vote?

 3             MS. SERNA URIBE:   Objection, calls for

 4   speculation.

 5        A.   The ones that I know, yes.

 6        Q.   Are there anybody with disabilities that you

 7   know of that were unable to vote?

 8             MS. SERNA URIBE:   Objection, calls for

 9   speculation.

10        A.   I don't remember.

11        Q.   To -- strike that.

12             From what you remember and to your

13   knowledge, people that you knew of that had

14   disabilities were able to vote?

15             MS. SERNA URIBE:   Objection, calls for

16   speculation.

17        A.   A few that I know.

18        Q.   And you don't know anybody with disabilities

19   that couldn't vote, correct?

20             MS. SERNA URIBE:   Objection, calls for

21   speculation.

22        A.   I don't remember who.

23        Q.   So we talked about your fear with mail-in

24   voting, and we talked about your fear of being a voting

25   assistant.   Is there any other fears from SB 1?
```



```
 1                MS. SERNA URIBE:  Objection, vague.
 2        A.   No.  Only what I don't understand, the rule.
 3        Q.   And to be clear, aside from that one person
 4   that you helped register to vote, you did not -- you
 5   have not helped anybody in mail-in voting process, in
 6   registering to vote, and assisting at the polls after
 7   2021?
 8                MS. SERNA URIBE:  Objection, vague.
 9        A.   I haven't helped them personally.  But I just
10   letting them know that it's time to vote, letting them
11   know about the voting places, information that I will
12   give them.
13        Q.   So you were still able to volunteer after 2021
14   in relation to voting?
15        A.   Only to take them and to give them information.
16                MR. SUAREZ:  Pass the witness.
17                MS. SERNA URIBE:  Okay.
18                     EXAMINATION
19   BY MS. SERNA URIBE:
20        Q.   Hi, Senora Gomez.  I want to go back.  You are
21   aware that you need to register in order to vote,
22   correct?
23        A.   Yes.
24        Q.   And you're aware that you have to now request
25   an application to vote by mail; is that correct?
```



1        A.   Now I do.

2              MS. SERNA URIBE:   I have no further

3    questions.   Pass the witness.

4                         EXAMINATION

5    BY MR. SUAREZ:

6        Q.   When we spoke earlier, you told me that you

7    were unaware that you had to register to vote by mail.

8    Do you recall that?

9        A.   Yes, because before, the ballots will arrive by

10   mail, and you wouldn't have to register at certain age

11   of people, because they were already registered to vote

12   in the voting places, polls.

13       Q.   So people that were registered to vote were

14   able to vote, correct?

15       A.   Yes, they would vote in the polling places.

16       Q.   And when you spoke about those people earlier

17   regarding mail-in voting that were unable to vote

18   because they didn't register, is that because they were

19   not registered?

20       A.   They didn't register for them to receive the

21   ballot that comes by mail.  These are disabled people

22   that cannot drive or they cannot go out.

23       Q.   You told me just a few minutes ago that you

24   didn't -- you couldn't recall of anybody that was

25   disabled, and now you're saying that these are disabled



```
 1  people that you do recall?
 2              MS. SERNA URIBE:  Objection,
 3  mischaracterizes the prior testimony.
 4      A.  These are people that I visited, but I didn't
 5  go back to see if they had voted or not.
 6      Q.  But you are saying that you know that they
 7  didn't vote because they didn't register in time?
 8              MS. SERNA URIBE:  Objection,
 9  mischaracterizes the prior testimony.
10      A.  They didn't send the registration because the
11  ballot never arrived.  They were waiting for it to
12  arrive, but it never did.
13      Q.  So it's not an issue with registration.  It's
14  an issue with that they didn't request the ballot?
15      A.  Well, they didn't ask for it, then they
16  couldn't vote.
17      Q.  When you say you gave general information
18  regarding voting, did you inform them that they had to
19  request a ballot?
20      A.  Yes.
21      Q.  And they still didn't do it?
22              MS. SERNA URIBE:  Objection, calls for
23  speculation.
24      A.  The problem here is that these are disabled
25  people that cannot drive, and they don't know how to
```



1    register.

2        Q.  But you were still giving them information and

3    assisting them.  That's what you just testified to,

4    correct?

5        A.  Yes, by taking to register.

6        Q.  So would you agree with me that it wasn't

7    restriction from SB 1 but it was -- strike that.

8             Would you agree with me that their failure

9    to request a ballot or register wasn't a restriction --

10   wasn't caused by SB 1?

11            MS. SERNA URIBE:  Objection, calls for

12   speculation; objection, lack of personal knowledge.

13       A.  Well, if they didn't register, the ballot

14   didn't arrive through the mail, so they didn't vote.

15       Q.  But SB 1 didn't prevent you from assisting them

16   or giving them information regarding the need to

17   request a ballot or the need to register to vote.

18            MS. SERNA URIBE:  Objection, vague;

19   objection, compound question.

20       A.  Well, I gave the information.

21       Q.  Let me break it down.  Did SB 1 prevent you

22   from giving voters who wanted to vote by mail

23   information regarding the need to request a ballot?

24            MS. SERNA URIBE:  Objection, calls for

25   speculation.



Maria Gomez                                          April 25, 2023
                                                      Page 58

1      A.  I think it's different when I -- I have to

2   under oath to go and explain the regulations that I

3   want to explain than to when I'm just going to -- to

4   talk to them.

5      Q.  So when you're going to assist people to vote

6   by mail, you're still able to do that, correct?

7              MS. SERNA URIBE:  Objection,

8   mischaracterizes prior testimony; objection, vague.

9      A.  I need to learn how to do it.

10     Q.  But you were giving information even when you

11  say you didn't understand the law, correct?

12             MS. SERNA URIBE:  Objection,

13  mischaracterizes prior testimony; and objection, vague.

14     A.  It's that I don't think it's different when I

15  take them to voting poll to vote and when I give them

16  information.  When I give them information, I tell

17  them -- I don't tell them the law says this or the law

18  says that.  I just tell them that they need their

19  application for them to complete their ballot to vote.

20     Q.  You spoke of the disabilities of these people

21  that were unable to vote by mail.  Do you recall that?

22             MS. SERNA URIBE:  Objection,

23  mischaracterizes the testimony.

24     A.  Yes.

25     Q.  Do you recall whether -- strike that.



```
 1                    Do you know if they ever requested a
 2    reasonable accommodation to vote by mail?
 3                    MS. SERNA URIBE:  Objection, calls for
 4    speculation.
 5         A.  I don't remember.
 6                    MR. SUAREZ:  Pass the witness.
 7                    MS. SERNA URIBE:  I don't have any
 8    questions.
 9                    THE COURT REPORTER:  Does anybody on Zoom
10    have any questions?
11                    I take it that nobody does.  Does anybody
12    on Zoom need a copy of the transcript?
13                    MS. MENENDEZ:  MALDEF will need a copy of
14    the transcript.  Samantha, the attorney who is there on
15    behalf of MALDEF, will request one.  Thank you.
16                    MR. SUAREZ:  We have a standing order.
17                    (Deposition concluded)
18
19
20
21
22
23
24
25
```



1          CHANGES AND SIGNATURE

2   WITNESS NAME:  MARIA GOMEZ
    DATE OF DEPOSITION:  APRIL 25, 2023
3
    PAGE LINE   CHANGE                              REASON
4
    _____
5
    _____
6
    _____
7
    _____
8
    _____
9
    _____
10
    _____
11
    _____
12
    _____
13
    _____
14
    _____
15
    _____
16
    _____
17
    _____
18
    _____
19
    _____
20
    _____
21
    _____
22
    _____
23
    _____
24
    _____
25



1        I, MARIA GOMEZ, have read the foregoing
transcript and hereby affix my signature that same is
2   true and correct, except as noted above.

3

4                    _____
                     MARIA GOMEZ
5

6   THE STATE OF TEXAS          )(
    COUNTY OF _____  )(
7

8
             Before me, _____,
9   on this day personally appeared MARIA GOMEZ, known to
    me (or proved to me under oath or through
10  _____) (description of identity card or other
    document) to be the person whose name is subscribed to
11  the foregoing instrument and acknowledged to me that
    they executed the same for the purposes and
12  consideration therein expressed.

13           Given under my hand and seal of office
    this _____ day of _____, 2023.
14

15

16

17                   _____
                     Notary Public in and for
18                   The State of Texas

19

20

21

22

23

24

25



```
 1                IN THE UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF TEXAS
 2                       SAN ANTONIO DIVISION

 3

 4    LA UNION DEL PUEBLO ENTERO,   )(
      et al.                        )(
 5              Plaintiffs          )(
                                    )(
 6    VS.                           )(    CASE NO.
                                    )(    5:21-cv-844-XR
 7                                  )(    (LEAD CASE)
      GREGORY W. ABBOTT, et al.     )(
 8              Defendants          )(

 9    ────────────────────────────────────────────────────

10      OCA-GREATER HOUSTON, et al.   )(
                Plaintiffs          )(
                                    )(    CASE NO.
11    VS.                           )(    1:21-cv-780-XR
                                    )(
12    JANE NELSON, et al.           )(
                Defendants          )(
13    ────────────────────────────────────────────────────

14    HOUSTON AREA URBAN LEAGUE,    )(
      et al.                        )(
15              Plaintiffs          )(
                                    )(    CASE NO.
16    VS.                           )(    5:21-cv-848-XR
                                    )(
17    GREGORY WAYNE ABBOTT, et al.  )(
                Defendants          )(
18    ────────────────────────────────────────────────────

19    LULAC TEXAS, et al.           )(
                Plaintiffs          )(
20                                  )(
                                    )(    CASE NO.
21    VS.                           )(    1:21-cv-0786-XR
                                    )(
22    JANE NELSON, et al.           )(
                Defendants          )(
23    ────────────────────────────────────────────────────

24

25
```



```
1   _____
2   MIFAMILIA VOTA, et al.          )(
            Plaintiffs              )(
3                                   )(   CASE NO.
    VS.                             )(   5:21-cv-0920-XR
4                                   )(
    GREG ABBOTT, et al.             )(
5           Defendants              )(
6   _____
    UNITED STATES OF AMERICA        )(
7           Plaintiff               )(
                                    )(   CASE NO.
8   VS.                             )(   5a;21-cv-1085-XR
                                    )(
9   THE STATE OF TEXAS, et al.      )(
            Defendants              )(
10                    REPORTER'S CERTIFICATE
11          I, DONNA McCOWN, Certified Court Reporter,
12  certify that the witness, MARIA GOMEZ, was duly sworn
    by me, and that the deposition transcript is a true and
13  correct record of the testimony given by the witness on
    APRIL 25, 2023, and that the deposition was reported by
14  me in stenograph and was subsequently transcribed under
    my supervision.
15
            Pursuant to Federal Rule 30(e)(2), a review of
16  the transcript was requested.
17          I FURTHER CERTIFY that I am not a relative,
    employee, attorney or counsel of any of the parties,
18  nor a relative or employee of such attorney or counsel,
    nor am I financially interested in the action.
19
            WITNESS MY HAND on this the _____ day of
20  _____, 2023.
21
22  _____
    DONNA McCOWN, Texas CSR 6625
23  Expiration Date:  01-31-24
    Bryant & Stingley, Inc., CRN No. 41
24  2010 East Harrison
    Harlingen, Texas  78550
25  (956) 428-0755
```

