# Exhibit L

```
 1              IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3

 4   LA UNION DEL PUEBLO ENTERO,    )(
     et al.                         )(
 5            Plaintiffs            )(
                                    )(
 6   VS.                            )(    CASE NO.
                                    )(    5:21-cv-844-XR
 7                                  )(    (LEAD CASE)
     GREGORY W. ABBOTT, et al.      )(
 8            Defendants            )(

 9   ─────────────────────────────────────────────────────

     OCA-GREATER HOUSTON, et al.    )(
10            Plaintiffs            )(
                                    )(    CASE NO.
11   VS.                            )(    1:21-cv-780-XR
                                    )(
12   JANE NELSON, et al.            )(
              Defendants            )(
13   ─────────────────────────────────────────────────────

14   HOUSTON AREA URBAN LEAGUE,     )(
     et al.                         )(
15            Plaintiffs            )(
                                    )(    CASE NO.
16   VS.                            )(    5:21-cv-848-XR
                                    )(
17   GREGORY WAYNE ABBOTT, et al.   )(
              Defendants            )(
18   ─────────────────────────────────────────────────────

19   LULAC TEXAS, et al.            )(
              Plaintiffs            )(
20                                  )(
                                    )(    CASE NO.
21   VS.                            )(    1:21-cv-0786-XR
                                    )(
22   JANE NELSON, et al.            )(
              Defendants            )(
23   ─────────────────────────────────────────────────────

24

25
```



```
1    _____

2    MIFAMILIA VOTA, et al.          )(
              Plaintiffs              )(
3                                     )(    CASE NO.
     VS.                              )(    5:21-cv-0920-XR
4                                     )(
     GREG ABBOTT, et al.              )(
5             Defendants             )(

6    _____

     UNITED STATES OF AMERICA        )(
7             Plaintiff               )(
                                      )(    CASE NO.
8    VS.                              )(    5:21-cv-1085-XR
                                      )(
9    THE STATE OF TEXAS, et al.       )(
              Defendants             )(
10   _____

11
                   ORAL AND VIDEOTAPED DEPOSITION OF
12                          ANNE SCOTT
                          APRIL 18, 2023
13   _____

14

15          ORAL AND VIDEOTAPED DEPOSITION OF ANNE SCOTT,

16   produced as a witness at the instance of the State

17   Defendants, taken in the above-styled and numbered

18   cause on APRIL 18, 2023, between the hours of 9:44 a.m.

19   and 11:04 a.m., reported stenographically by DONNA

20   McCOWN, Certified Court Reporter No. 6625, in and for

21   the State of Texas, at 7030 Mile 2 3/4 East, Mercedes,

22   Texas, pursuant to the Federal Rules of Civil Procedure

23   and any provisions stated on the record or attached

24   therein.

25
```



```
1                        APPEARANCES

2   COUNSEL FOR STATE DEFENDANTS:

3        DAVID BRYANT
         OFFICE OF THE TEXAS ATTORNEY GENERAL
4        P.O. Box 12548
         Austin, Texas, 78711-2548
5
    COUNSEL FOR DEFENDANT HIDALGO COUNTY ELECTIONS
6   ADMINISTRATOR:

7        LEIGH ANN TOGNETTI
         HIDALGO COUNTY DISTRICT ATTORNEY'S OFFICE
8        100 East Cano Street
         Edinburg, Texas  78539
9
    COUNSEL FOR INTERVENOR DEFENDANTS:
10
         STEPHEN KENNY, via Zoom
11       JONES DAY
         51 Louisiana Avenue, NW
12       Washington, DC  20001

13  COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et al.:

14       LISA SNEAD
         DISABILITY RIGHTS TEXAS
15       222 West Braker Lane
         Austin, Texas, 78758-1024
16
         LUCIA ROMANO, via Zoom
17       DISABILITY RIGHTS TEXAS
         1500 McGowen, Suite 100
18       Houston, Texas  77004

19       CHRISTOPHER McGREAL, via Zoom
         DISABILITY RIGHTS TEXAS
20       1420 West Mockingbird Lane, Suite 450
         Dallas, Texas  75247
21
    COUNSEL FOR PLAINTIFFS HOUSTON AREA URBAN LEAGUE,
22  et al.:

23       DESTINY LOPEZ, via Zoom
         REED SMITH, LLP
24       355 South Grand Avenue No. 2900
         Los Angeles, California, 90071
25
```



1          COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA:

2               DANIEL J. FREEMAN, via Zoom
                U.S. DEPARTMENT OF JUSTICE
3               950 Pennsylvania Avenue NW, 4CON 8.143
                Washington, DC  20530
4
           COUNSEL FOR PLAINTIFFS LA UNION DEL PUEBLO ENTERO,
5          et al.:

6               PATRICK BERRY, via Zoom
                BRENNAN CENTER FOR JUSTICE
7               120 Broadway, Suite 1750
                New York, New York  10271
8
           ALSO PRESENT:
9               Rene Ortiz, Videographer

10                              INDEX

11                                                      PAGE
Appearances ...................................   2
12
ANNE SCOTT
13  Examination by Mr. Bryant .....................   6
    Examination by Ms. Snead ......................  44
14
Errata Sheet/Signature Page ...................  46
15
Reporter's Certificate ........................  48
16
Attached to the end of the transcript:  Stipulations
17

18

19

20

21

22

23

24

25



EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition .................... | 27 |
| 2 | Sixth Supplemental Initial Disclosures .. | 27 |
| 3 | REV UP Website Pages .................... | 34 |
| 4 | The Arc of Texas Website Pages .......... | 35 |
| 5 | Texas Secretary of State Website Pages .. | 37 |
| 6 | Impact Report, The Arc of Texas ......... | 38 |
| 7 | Texas Department of Public Safety Website Pages .................................. | 39 |
| 8 | Texas by Texas Webpages ................. | 42 |
| 9 | Texas by Texas Welcome Webpage .......... | 43 |
| 10 | Texas Department of Public Safety Website Pages ........................... | 43 |

```
 1                    THE VIDEOGRAPHER:  Today is April 18,

 2    2023.  It is 9:44 a.m.  We're on the record.

 3                    ANNE SCOTT,

 4    having been duly sworn, testified as follows:

 5                         EXAMINATION

 6    BY MR. BRYANT:

 7         Q.  Ms. Scott, my name is David Bryant.  I'm with

 8    the office of The Attorney General of Texas.  I

 9    appreciate your time today and opening your home so

10    that we could accomplish this deposition this morning.

11              I want to again state I'm with The

12    Attorney General's Office.  I represent the State

13    Defendants in these cases.

14              MR. BRYANT:  I want to give other

15    attorneys an opportunity to identify themselves and

16    make their appearance on the record.

17              MS. SNEAD:  Lisa Snead with Disability

18    Rights Texas, and we're representing the OCA Plaintiffs

19    in this litigation.

20              MS. TOGNETTI:  I'm Leigh Ann Tognetti from

21    the Hidalgo County District Attorney's Office

22    representing the Hidalgo County Elections

23    Administrator.

24              MR. BRYANT:  Is there anybody on Zoom who

25    wishes to make an appearance at this time?
```



1              Let the record reflect that there's no

2    such appearances.

3         Q.   (By Mr. Bryant) Ms. Scott, what's your current

4    address?

5         A.   7030 Mile 2 3/4 East, Mercedes 78570.

6         Q.   And that's the location where we are today?

7         A.   That is correct.

8         Q.   And you mentioned this off the record, but how

9    long have you lived at this address?

10        A.   We've lived here 32 years.

11        Q.   Okay.  And who are the current members of your

12   household here?

13        A.   My husband, Carl Scott, and my daughter Taylor

14   Scott.

15        Q.   I believe we're going to have an opportunity to

16   speak with Taylor Scott later --

17        A.   That is correct.

18        Q.   -- today.  What's her current age?

19        A.   She is 36 years old.

20        Q.   Okay.  Have you ever given your deposition

21   before?

22        A.   No, sir.

23        Q.   Have you ever been a party to a lawsuit

24   before --

25        A.   No, sir.



1    Q.  -- or a criminal prosecution?

2    A.  No, sir.

3    Q.  I'll be asking you a series of questions.  I'm

4    sure you have had an opportunity to discuss this with

5    your attorney, but I'll be asking you a series of

6    questions.  The court reporter will take down your

7    answers.

8    A.  Okay.

9    Q.  And you are under oath, so your answers are the

10   same as far as the law as if you were testifying in a

11   court in front of a judge or a jury.

12           If at any time you have difficulty

13   understanding my question, I would ask that you let me

14   know that.  I'll try to make it more understandable for

15   you.

16   A.  Okay.

17   Q.  And since we're in kind of an informal setting

18   here, it's normal for people to get informal in the way

19   they communicate with each other.

20   A.  Okay.

21   Q.  Especially after a while, but the court

22   reporter needs to take down audible answers, so --

23   A.  Yes, sir.

24   Q.  -- you and I might have a normal conversation

25   and we both would say "uh-huh," and the court reporter



1    can't quite understand that.

2         A.  Yes.  Okay.

3         Q.  So let's -- let's try to make the answers

4    audible.

5              In addition, in a normal conversation, a

6    lot of times you will know what I'm asking and you'll

7    start answering it before I complete it --

8         A.  Okay.

9         Q.  -- or I may do the same thing and interrupt

10   you.  Either way, that also makes it difficult to have

11   a good record, and I'll try to avoid it and will

12   appreciate it if you would do that as well.

13        A.  Okay.

14        Q.  What did you do in preparation for your

15   deposition today?

16        A.  Well, Mrs. -- Lisa came over and just told us

17   what to expect.

18        Q.  And was that a single meeting?

19        A.  Yes.

20        Q.  And when did that occur?

21        A.  On Sunday.

22        Q.  Okay.  And is Lisa your attorney for the

23   deposition here today?

24        A.  Yes, that is correct.

25        Q.  All right.  How did it come about that you



1    retained Lisa as your attorney?

2        A.  Well, they contacted us.

3        Q.  Who is they?

4        A.  REV UP contacted us.

5        Q.  And what did they say?

6        A.  They -- they said that we understand you all

7    had some difficulty.  Taylor had difficulty voting, and

8    which she did.  She didn't get a ballot, so...

9        Q.  Let's talk about that.  How far are you from

10   your nearest polling place?

11       A.  We are approximately 2 miles.

12       Q.  Okay.  So you're in the city limits of

13   Mercedes, Texas?

14       A.  No, we are not.

15       Q.  Okay.  And about how far are you from downtown

16   Mercedes?

17       A.  2 -- 2 and a half miles or 2 miles.  You know,

18   I don't know exactly.

19       Q.  Okay.  And how long have you been voting in

20   this area?

21       A.  Not very long.  Just a couple of years.

22       Q.  Okay.  And is there a reason why you didn't

23   vote prior to a couple of years ago?

24       A.  It just didn't interest me.

25       Q.  And what caused you a couple of years ago to



1  become interested in voting?

2      A.  I just felt that it was our duty to do that,

3  and so did it.

4      Q.  What is the first election in which you

5  personally voted?

6      A.  2020.  No, that wasn't my first election.  I

7  had done so -- we used to live in Cameron County, and I

8  voted there, but --

9      Q.  I'm sorry.  I didn't understand where you

10 lived.

11     A.  We used to live in Cameron County years and

12 years ago, and I had voted there.

13     Q.  You said the first election you voted in in

14 recent years was the 2020 election.  Was that a primary

15 election or a general election or both?

16     A.  It was a general election.

17     Q.  Okay.  Was that also the first election in

18 which your daughter Taylor voted?

19     A.  That is correct.

20     Q.  In 2020, how did you cast your ballot, in

21 person or by mail?

22     A.  By mail.

23     Q.  And in 2020, how did your daughter Taylor cast

24 her ballot?

25     A.  By mail.



```
 1        Q.  Okay.  Did you do anything in 2020 to be sure
 2   that your -- your ballot by mail was counted, or did
 3   you just assume you sent it in and it --
 4        A.  I assumed.
 5        Q.  -- would be counted?
 6        A.  I assumed, yes.
 7        Q.  Okay.  So you don't have specific
 8   information --
 9        A.  No, I do not.
10        Q.  -- as to whether or not it was counted in the
11   2020 general election?
12             MS. SNEAD:  Try to let him finish his
13   question and then answer.
14             THE WITNESS:  Oh, sorry.
15             MS. SNEAD:  That's okay.
16        Q.  I think that was a perfect example of you --
17   you correctly knew what I was about to ask, and you
18   started answering it before I could get all the --
19        A.  Sorry.
20        Q.  -- all the words out there.
21             And after the 2020 general election, what
22   is the next election in which you voted?
23        A.  In 2022.
24        Q.  Okay.  Did you vote in the 2022 primary
25   election, general election, or both?
```



1      A.  General election only.

2      Q.  In the 2022 general election, did you vote in

3  person or by mail or both?

4      A.  Both.

5              MS. SNEAD:  Objection, form.  Can you

6  clarify what you mean by voted both.

7      Q.  Both meaning did you both vote by mail and vote

8  in person.

9              MS. SNEAD:  Objection, form.

10     Q.  You can go ahead and answer the question.

11             MS. SNEAD:  Yeah, you --

12     Q.  If you -- if you need for me to clarify it,

13  please feel free to ask me to do so.

14             MS. SNEAD:  You can answer unless I tell

15  you not to answer when I object.

16     A.  Okay.  All right.

17             I got a ballot.  I filled it out by mail.

18  It was returned to me.  I don't know why, but it was

19  returned back to me.  So that's when we voted in

20  person.

21             I took my ballot to the polls so they

22  could see that I'm returning it, and I gave it to the

23  election judge, and then I voted in person.

24     Q.  Okay.  Did your daughter Taylor also vote in

25  the 2022 general election?



Anne Scott                                              April 18, 2023
                                                        Page 14

     1        A.  Yes, sir.

     2        Q.  And did she also vote in person?

     3        A.  Yes, sir.

     4        Q.  In connection with the 2022 general election,

     5   did you submit an application for a mail-in ballot?

     6        A.  Yes, sir.

     7        Q.  And did your daughter Taylor also submit an

     8   application for a mail-in ballot?

     9        A.  I submitted one for her.

    10        Q.  And did you provide on your application for a

    11   mail-in ballot an identification number of some kind?

    12        A.  Yes, sir.

    13        Q.  What type of identification number did you

    14   submit with your application for a ballot by mail in

    15   the 2022 general election?

    16        A.  I believe I submitted my passport number.

    17        Q.  Did you submit only one number, or did you

    18   submit multiple numbers?

    19        A.  I think it was just the one number on the

    20   passport.

    21        Q.  Was that a United States passport that was

    22   still active --

    23        A.  Yes.

    24        Q.  -- not expired?

    25        A.  Yes, sir.



1    Q.  And approximately when did you submit that

2    application for a mail-in ballot in connection with the

3    2022 general election?

4    A.  I'm sorry.  I really don't remember.  It was

5    during early -- it was before early voting, I believe.

6    And I'm sorry.  I don't really remember the date.

7    Q.  After you submitted that application for a

8    mail-in ballot, did you receive a mail-in ballot?

9    A.  I did, yes.

10   Q.  Approximately, when did you receive that

11   mail-in ballot for the 2022 general election?

12   A.  I'm sorry.  I don't remember.

13   Q.  I believe you said that you filled in your

14   mail-in ballot once you had received it; is that

15   correct?

16   A.  That is correct.

17   Q.  And did you submit an identification number or

18   numbers of some kind on that mail-in ballot?

19   A.  Yes, sir.

20   Q.  What identification number or numbers did you

21   submit?

22   A.  My United States passport number.

23   Q.  And did you mail in that mail-in ballot to the

24   proper address in Hidalgo County?

25   A.  Yes, sir.



1     Q.   Approximately when did you do that?

2     A.   There again, I really don't remember the date.

3  I'm sorry.  I just --

4     Q.   Okay.  And sometime after you submitted your

5  mail-in ballot in connection with the 2022 general

6  election, did you receive some type of communication or

7  return of that ballot prior to the general election?

8     A.   I -- I received the ballot back before the

9  election, yes.

10    Q.   Okay.  When you received your mail-in ballot

11  back, do you know if you received it from the Hidalgo

12  County Election Office or from the U.S. Postal Service

13  or from whom?

14    A.   It was the election office, because it was

15  stamped.

16    Q.   And what did the stamp say on it?

17    A.   It just said "return" -- I don't even remember

18  what it said, but there was a stamp on it, and it said

19  return for more information or something.  I don't

20  really recall, but it was stamped by the Hidalgo County

21  Election Office.

22    Q.   I take it from that answer that you don't

23  recall what specific information the Hidalgo County

24  Election Office indicated you needed to provide in

25  order to -- or to have a mail-in ballot that they would



1    accept?

2        A.  That is correct.

3        Q.  Did you attempt to get any help from anyone to

4    try to determine what you needed to do to provide

5    information requested by the Hidalgo County Election

6    Office so your mail-in ballot would be accepted?

7        A.  No, I did not contact anyone.

8        Q.  Why did you not contact anyone to get some

9    assistance in that matter?

10        A.  Well, I was going to have to transport Taylor

11    over to -- because she did not get a ballot, so I

12    figured, well, if I have to transport Taylor over

13    there, I might as well take my ballot in hand and do it

14    there in Mercedes at the polls.

15        Q.  At any time prior to completing the mail-in

16    ballot for the 2022 general election, did you do

17    anything to get information about what types of

18    identification numbers were required or acceptable?

19        A.  No.  I figured a U.S. passport would be fine.

20    I didn't use my driver's license because my name is

21    misspelled, and so it's not my correct name.  So

22    that -- I use that as a form of identification wherever

23    I go, and it seems to work.

24        Q.  In 2022, did you have a valid Texas driver's

25    license?



Anne Scott                                          April 18, 2023
                                                         Page 18

1        A.  Yes, I do.

2        Q.  In 2022, did you have a Social Security number?

3        A.  Yes, sir.

4        Q.  Did you consider submitting the last four

5    digits of your Social Security number on the

6    application for mail-in ballot or on the mail-in ballot

7    as an identification number?

8        A.  I believe I did also, but I can't remember

9    if -- if I did or not, but I -- if it -- if they asked

10   for it, I'm sure I did.

11       Q.  Did you look at anything either online or any

12   materials in paper form to determine whether or not a

13   passport number was an acceptable form of

14   identification for voting in Texas?

15       A.  I assume a passport would -- a valid passport

16   would be just about the best identification you could

17   have.

18       Q.  My question was whether you did anything to --

19       A.  No.

20       Q.  -- determine that rather than just assume.

21       A.  No.

22       Q.  When -- strike that.

23            When did your daughter first register to

24   vote?

25       A.  Before the 2020 election, but I can't remember



1    the exact date.

2         Q.   In 2022, did your daughter have a Texas

3    driver's license?

4         A.   She had an expired Texas ID.

5         Q.   Okay.   So she did not have a driver's license,

6    but she had a state ID card?

7         A.   Yes, sir.

8         Q.   And how long had she had a Texas state ID card?

9         A.   I'm going to say since she was 20 years old.

10   It went through two cycles of renewal, because I did it

11   online once, so...

12        Q.   And when did the state ID card expire in the

13   year or two prior to the general election in 2022?

14        A.   It expired Taylor's birthday 10-25-2020.

15        Q.   Did you or Taylor take any steps to try to

16   renew her state ID card in 2019, 2020, or 2021?

17        A.   No.

18        Q.   Is there a reason why neither of you took any

19   steps to renew her Texas state ID card during those

20   years?

21        A.   Taylor is medically fragile, and this was

22   during COVID, and Taylor didn't even leave the house

23   for quite -- quite a while.   So I already had renewed

24   it over -- online previously, so I couldn't do it

25   again.   So that's the story on that.



Anne Scott                                              April 18, 2023
                                                              Page 20

1      Q.  In 2022, did you or Taylor take any steps to
2  attempt to renew her Texas state ID card?
3      A.  No, sir.
4      Q.  What was the reason for not taking any steps
5  like that in 2022?
6      A.  I guess just being lazy.
7      Q.  And have you or Taylor taken any steps in 2023
8  so far to attempt to renew her Texas state ID card?
9      A.  No, we have not.
10     Q.  Is there any reason for that?
11     A.  Taylor still does not go out in the public,
12  normally.  She does go to day care.  Everyone wears a
13  mask.  Most people at day care are medically fragile.
14  They're tested once a week for COVID.  So it's kind of
15  a closed situation.
16            So Taylor goes to day care and comes home,
17  and that's pretty much it for her.  Like a lot of
18  medically fragile people, we have to be very careful.
19  She is up-to-date on her COVID shots and everything,
20  but we still worry about her because of her medical
21  condition.
22     Q.  Does your daughter Taylor have a Social
23  Security number?
24     A.  Yes, she does.
25     Q.  How long has she had a Social Security number,



1   roughly?

2       A.   Probably since she was born.

3       Q.   By the way, I forgot to say, but I want to say

4   any time you want to take a break, feel free to call a

5   break.  If you have to take care of the dog or anything

6   else, please feel free.

7       A.   I'm fine.

8       Q.   Okay.  So what caused Taylor to have an

9   interest for the first time in voting in 2022, if

10  that's the first time she expressed that interest?

11              MS. SNEAD:  Objection, form.

12              THE WITNESS:  I can still answer the

13  question?

14              MS. SNEAD:  Yes.

15      A.   I think -- I think just -- just listening to

16  the news, and she just decided, "Hey, it's my right.  I

17  would like to vote, Mom," you know.  There was a lot of

18  people trying to get out to vote.

19      Q.   I may have made an error in my question.  Did

20  she first vote in 2020?

21      A.   Yes.

22      Q.   Okay.

23      A.   That is correct.

24      Q.   I asked you about 2022 --

25      A.   Oh, okay.  Okay.



Anne Scott                                                   April 18, 2023
                                                               Page 22

```
 1        Q.  -- as if it were the first time she voted --
 2        A.  Yeah, yeah.
 3        Q.  -- but it was actually 2020.  So is your answer
 4   the same as to what caused her to first express an
 5   interest in voting ahead of the 2020 general election?
 6        A.  Yes, sir.  My answer is the same.
 7        Q.  Okay.  In connection with the 2022 general
 8   election, I believe you testified that you -- you
 9   filled out all or part of her application for a mail-in
10   ballot, and I'm referring to your daughter Taylor?
11        A.  Yes.  Taylor does not write.
12        Q.  Okay.  And did you sign her name in connection
13   with that application?
14        A.  I sign -- I printed her name and put probably
15   "mother" in parenthesis, but she has a mark, so she put
16   that on the application.
17        Q.  Okay.  And in connection with the actual
18   mail-in ballot, who signed that?
19        A.  In 2020?
20        Q.  In -- I'm asking in 2022.
21        A.  Taylor did not get a ballot in 2022.
22        Q.  Okay.  When -- strike that.
23             If I understand you correctly, you
24   received a ballot, but Taylor did not receive a mail-in
25   ballot in connection with the 2022 general election?
```



1    A.  That is correct.

2    Q.  Okay.  When your daughter Taylor did not

3  receive a mail-in ballot in connection with the 2022

4  general election, did you contact anybody with Hidalgo

5  County Election Office or otherwise to try to see why

6  that occurred or to get her a mail-in ballot?

7    A.  No, sir.

8    Q.  Was there any reason why you did not do that?

9    A.  I -- usually, contacting county offices, you

10  get the runaround, and it takes a while, so I -- I

11  didn't contact anyone.

12             (Off topic discussion.)

13    Q.  Did you go with your daughter Taylor to vote in

14  person in the 2022 general election?

15    A.  Yes, sir.

16    Q.  And did you -- did the two of you vote early or

17  on election day?

18    A.  We voted early.

19    Q.  What's your best estimate of the date on which

20  you and your daughter Taylor voted in the 2022 general

21  election?

22    A.  I'm sorry.  It was a few days before early

23  voting stopped, but I couldn't tell you the date.  I'm

24  sorry.

25    Q.  When you and your daughter Taylor went to vote



1    in person early in connection with the 2022 general

2    election, did you both go into the polling place?

3        A.  Yes, sir.

4        Q.  And did you have difficulties in going into the

5    polling place and voting in person on that occasion?

6        A.  The ramp -- it's a two-story civic center

7    because of flooding, and the ramp was extremely long,

8    but once we were inside, the people were very helpful,

9    and...

10       Q.  So aside from getting up the ramp, there were

11   no special difficulties that you -- you and your

12   daughter Taylor encountered in connection with voting

13   in 2022?

14       A.  No, sir.

15       Q.  When you and your daughter went to the polls to

16   vote in person in the 2022 general election, did

17   anybody accompany you, or was it just the two of you?

18       A.  It was the two of us.

19       Q.  I forgot to ask what's your date of birth?

20       A.  It is 6-14-1955.  I'm 67 years old.

21       Q.  You have the same birthday as my -- my father,

22   but he was a lot older.  He was older when I was born.

23           MR. BRYANT:  Okay.  Let's take a short

24   break, and then we're going to go through some

25   documents.



```
 1                  THE WITNESS:  Okay.
 2                  (Brief recess)
 3       Q.  Ms. Scott, how much education have you had, if
 4  any, past high school?
 5       A.  Excuse me?
 6       Q.  How much education have you had, if any, past
 7  high school?
 8       A.  Nothing past high school.
 9       Q.  Okay.  And generally, where did you grow up?
10       A.  I grew up on South Padre Island.
11       Q.  Have you worked outside the home extensively in
12  your life?
13       A.  Yes.
14       Q.  Could you describe in general the kinds of work
15  that you've done?
16       A.  I've been -- it's -- it's a lot of manual
17  labor.  I've been a fence installer.  I've been a
18  landscaper.  I've worked in a nursery.  I've worked in
19  a retail nursery.  I enjoy working outside.
20       Q.  Have you lived all your life in South Texas?
21       A.  No.
22       Q.  Where else have you lived?
23       A.  I've lived in Dallas.
24       Q.  How long did you live in Dallas?
25       A.  Until I was 16.
```



MAGNA
LEGAL SERVICES

Anne Scott                                              April 18, 2023
                                                              Page 26

```
 1        Q.  How many children do you have?

 2        A.  Two.

 3        Q.  We've spoken some about Taylor.  What's the

 4   name of your other child?

 5        A.  April Campbell.

 6        Q.  And what's her current age?

 7        A.  She is 49.

 8        Q.  And where does she live?

 9        A.  She lives in Hawaii.  Waimea, Hawaii.

10        Q.  And how long has -- have you been married to

11   Carl Scott?

12        A.  46 years, or it will be.

13        Q.  And what type of work does he do or did he do

14   if he no longer works?

15        A.  He still works.  He's an owner of a wholesale

16   nursery and has been for approximately 30 years.

17        Q.  What education has Taylor, your daughter, had?

18        A.  She's -- she didn't graduate from high school,

19   but she went.  She was a senior.  That's her education.

20   I would -- she's not up to grade level, so...

21        Q.  Okay.  Could you describe the nature of

22   Taylor's disabilities?

23        A.  She's had cerebral palsy since birth.

24        Q.  We're going to go through a few documents.  I

25   don't think I'm going to have to ask you a whole lot of
```



1   questions about -- about them.

2        A.  Okay.

3        Q.  But I do want to mark them.  I'm going to hand

4   you what's been marked as Scott Exhibit No. 1, which

5   appears to be a State Defendants' Amended Notice of

6   Intent to Take the Oral and Videotaped Depositions of

7   Anne Scott and Taylor Scott.  Have you seen this

8   document before?

9        A.  Yes, I have.

10       Q.  Okay.  And approximately, when did you first

11  see that?

12       A.  I -- I saw it yesterday.

13       Q.  Let me hand you what's been marked as Scott

14  Exhibit No. 2.  Ms. Scott, have you seen Scott

15  Exhibit 2 before?

16       A.  Yes, sir.

17       Q.  And I believe on page 4, No. 7, there's a

18  reference to you and your daughter Taylor.

19       A.  Yes, sir.

20       Q.  It states that Anne and Taylor Scott are

21  members of REV UP Texas and The Arc of Texas; is that

22  correct?

23       A.  That is correct.

24       Q.  And how long have you been a member of those

25  organizations?



 1      A.   Probably about three months, two months.   Two

 2  months.   Let's say two months.

 3      Q.   How long has Taylor Scott been a member of

 4  those two organizations?

 5      A.   The same, two months.

 6      Q.   And what caused you to join REV UP Texas and

 7  Arc of Texas a few months ago?

 8      A.   Well, the information that they had and also

 9  this lawsuit.   They sent me out some e-mails which is

10  interesting.

11      Q.   Are you referring to e-mails about the lawsuit

12  or --

13      A.   No.

14      Q.   -- other things?

15      A.   About overall what's going on with people,

16  things that might affect people with disabilities, and

17  I'm finding it quite interesting.

18      Q.   Were you aware of REV UP Texas prior to the

19  2022 general election?

20      A.   No.

21      Q.   Were you aware of Arc of Texas prior to the

22  2022 general election?

23      A.   Yes.

24      Q.   Had you ever been a member of The Arc of Texas

25  prior to the 2022 general election?



Anne Scott                                                                    April 18, 2023
                                                                              Page 29

```
 1        A.  No.
 2        Q.  Have you had an occasion to look at the website
 3   of REV UP Texas at any point?
 4        A.  No.
 5        Q.  Have you had an occasion to look at the website
 6   of Arc of Texas at any point?
 7        A.  I think I have recently, yes.
 8        Q.  And have you sought out any information about
 9   issues relating to voters with disabilities from The
10   Arc of Texas website?
11        A.  No.
12        Q.  Have you ever sought out information about
13   voters with disabilities in any form from The Arc of
14   Texas?
15        A.  No.
16        Q.  Have you ever sought out information about
17   voters with disabilities and related issues from REV UP
18   Texas?
19        A.  No.
20        Q.  How did it come about that you became a member
21   of REV UP Texas, and by that, I mean did you contact
22   someone or did someone contact you?
23             MS. SNEAD:  Objection, form.
24        A.  Someone contacted me.
25        Q.  And who was that?
```



Anne Scott                                                   April 18, 2023
Page 30

1     A.  Texas Disability -- well, Arc and -- I would

2  say Arc, yes.

3     Q.  Do you recall the name of the individual or

4  individuals who contacted you at that time?

5     A.  Marisol -- her name was Marisol.

6     Q.  Do you recall her last name?

7     A.  McConley, I believe.

8     Q.  And what did she say to you at that time?

9     A.  Well, she just --

10          MS. SNEAD:  I'm going to object to the

11  extent that her answer would implicate attorney-client

12  privilege, but otherwise, you can answer.

13     Q.  In other words -- and I'll attempt to explain

14  that, and, Lisa, please feel free to correct me.

15          I'm not asking you about and you should

16  not tell me about any communications you have had with

17  your attorneys, but other than that, you can answer the

18  question.

19     A.  Okay.  I'm sorry.  I forgot the question.

20          MS. SNEAD:  It's been a while.

21     A.  I'm sorry.

22     Q.  Okay.  The question was what Marisol said to

23  you when she contacted you.

24          MS. SNEAD:  And I'll make the same

25  objection for the record to the extent it implicates



 1  attorney-client privilege.

 2              You can answer.

 3      A.  Well, she -- she just -- apparently, someone at

 4  the polls contacted them, because they knew that Taylor

 5  was handicapped and that she was having trouble voting.

 6  And I did say that she didn't get a ballot and that's

 7  why we were there.

 8              And so someone at the polls had apparently

 9  given my information, because it was kind of out of the

10  blue.

11      Q.  Okay.  My question was what Marisol said to you

12  when she got in contact with you.

13      A.  Oh, she just --

14              MS. SNEAD:  And I'm going to object again

15  to the extent the answer implicates attorney-client

16  privilege, but otherwise, you can answer.

17      A.  She just asked me if I had trouble voting or

18  Taylor did.  They wanted to know about Taylor

19  specifically.

20      Q.  Okay.  And can you describe the rest of the

21  conversation as you best recall it?

22              MS. SNEAD:  And, again, I will renew the

23  objection to the extent the question implicates

24  attorney-client privilege, but otherwise, you can

25  answer.  I have to say it every time.



1      A.  Okay.  We just talked about different things

2   about voting.  I didn't have any trouble, or Taylor

3   didn't have any trouble, neither of us had any trouble

4   in 2020.  But then in 2022, it became a big problem.

5   Whatever it was, it was just a problem, and we kind of

6   wondered about that.

7      Q.  Okay.  What else was part of your conversation

8   with her at that time?

9           MS. SNEAD:  And I will renew the objection

10  to the extent the question implicates attorney-client

11  privilege, but otherwise, you can answer.

12     A.  That was pretty much the conversation.  It was

13  about voting, some other disability rights, things,

14  maybe, you know, about, you know, just different things

15  about trying to get Taylor in and out of places and

16  just general, you know, problems when -- when you're

17  handicapped.

18           You know, there's always problems, you

19  know.  There's problems getting in and out of places.

20  There's problems using the toilet.  There's problems

21  with the way people perceive you, everything.  There's

22  a lot of problems when you're handicapped.  People talk

23  down to you.  People think you're stupid, all kinds of

24  things like this.

25     Q.  Were those all part of the first conversation



1   you had with Marisol?

2       A.  Yeah.  Pretty much.  Yeah, just pretty much.

3       Q.  Did Marisol discuss with you anything relating

4   to this lawsuit?

5               MS. SNEAD:  I'm going to object again to

6   the extent the question implicates attorney-client

7   privilege, but otherwise, you can answer the question.

8       A.  Not specifically, no.

9       Q.  When did you first get an attorney in

10  connection with this lawsuit or anything related to

11  this lawsuit?

12      A.  About four or five days ago.

13      Q.  Okay.  And this conversation with Marisol

14  occurred several months ago?

15      A.  Yes.

16      Q.  Have you had additional conversations with

17  Marisol since that initial conversation several months

18  ago?

19      A.  Yes.

20      Q.  About how many?

21      A.  Probably about three or four.

22      Q.  Okay.  And what is the first occasion on which

23  Marisol discussed with you anything related to this

24  lawsuit or your possible role in it?

25      A.  Maybe the -- maybe second or third time.  I



1   don't remember exactly.

2        Q.  Do you know if Marisol is an attorney?

3        A.  I believe she's a paralegal.

4        Q.  Is she located in this general area?

5        A.  No.

6        Q.  Where is she located?

7        A.  I believe she's located in Austin, but I'm not

8   real sure.  I believe so, though.

9        Q.  Have you spoken with other people who are not

10  attorneys who are associated with REV UP Texas, Arc of

11  Texas, or Texas Disability Rights?

12       A.  No.

13       Q.  Let me hand you what's been marked as Scott

14  Exhibit No. 3.  Could you take a moment and look

15  through those and see if you recognize any of the pages

16  of Scott Exhibit 3.

17            I'll tell you that it's excerpts from the

18  REV UP website, but they also incorporate some pages

19  from the Texas Secretary of State's Vote Texas website.

20  Just want to see if you recognize any of those.

21       A.  No, sir.

22       Q.  Okay.  And I believe that you had testified

23  earlier that you don't recall having looked at the --

24       A.  No.

25       Q.  -- REV UP Texas website --



```
 1      A.  Right.

 2      Q.  -- at any point up until today.

 3      A.  Yes, sir.

 4      Q.  Let me hand you what's been marked Scott

 5  Exhibit No. 4.

 6      A.  Okay.

 7      Q.  And I'll ask you to go through that page by

 8  page and tell me if you recognize any portion of that

 9  document.

10      A.  I do recognize "eligible to vote by mail," but

11  I don't recognize that it was on there.  I read that.

12  I did not specifically read that on The Arc, but I -- I

13  have read that before, but like I said, I can't tell

14  you I read that on that website.

15      Q.  Okay.  When you refer to the "are you eligible

16  to vote by mail" portion of the document, are you

17  referring to the next to the last page of Scott

18  Exhibit 4?

19      A.  That is correct.  This area here, but I might

20  have read that someplace else, maybe even in the paper.

21  I -- I don't know.

22      Q.  Okay.  That's an area that's about

23  three-quarters of the way down the next to the last

24  page?

25      A.  Yes, sir.
```



1    Q.   Now, when did you first become aware of a

2  proposed or actual change in the Texas voting laws in

3  2021?

4    A.   I knew that they were changing the -- it was

5  probably after the 2020 election.

6    Q.   Okay.  So you were aware that they were

7  considering changing the voting laws in Texas prior to

8  the time that the voting law changes had actually been

9  passed by the Texas legislature?

10   A.   Yes.  I read it in the paper or heard it on the

11 news.

12   Q.   Okay.  Do you recall expressing any views about

13 that issue prior to the time that the Texas legislature

14 passed the voting law changes in 2021?

15   A.   It felt like it was going to be more difficult

16 for me to vote and for Taylor to vote, but -- or just

17 everyone in general, but that was probably my view.

18   Q.   Did you express that to anybody?

19   A.   I'm sure I expressed it to my husband and to

20 Taylor, and he probably agreed with me, whether he, you

21 know, was listening or not.

22   Q.   Did you express your views on the proposed

23 Texas voting law legislation to anyone outside your

24 family?

25   A.   I doubt that.



1      Q.   You don't have any recollection of it, anyway?

2      A.   No, I don't have any recollection of it, if I

3  did.

4      Q.   You didn't call your senator or your

5  representative and --

6      A.   No.  No, I did not.

7      Q.   Okay.  Now, once the Texas legislature passed

8  the voting law changes in 2021 that's sometimes

9  referred to as SB 1 or Senate Bill 1, did you take any

10  action to become aware of what the changes were as they

11  affected you or your daughter?

12      A.   I -- I heard -- I heard of some things that

13  were coming up, but I -- that's probably on the news or

14  in the newspaper, but...

15      Q.   Aside from that, did you get or seek any

16  information about those voting law changes in SB 1

17  prior to the time that you voted in the 2022 general

18  election?

19      A.   No.

20      Q.   Let me hand you what's been marked as Scott

21  Exhibit 5.  This, I believe, is excerpts from Texas

22  Secretary of State's website votetexas.gov.  Could you

23  take a minute or two and go through those page by page

24  and see if you recognize any of them.

25      A.   The only thing that specifically popped up to



1    me was curbside voting, and there was none -- there was

2    no curbside voting in Mercedes.

3         Q.  My question was whether you recall having seen

4    any of --

5         A.  No.

6         Q.  -- these pages in Scott Exhibit 5.

7         A.  No.

8         Q.  Did you contact the Hidalgo County Elections

9    Office either before or after the 2022 general election

10   to see whether or not they could provide some

11   assistance to Taylor so she would not have to

12   physically go into the polling place?

13        A.  No.

14        Q.  So you don't know whether or not they could

15   have or would have provided such assistance?

16        A.  I have --

17        Q.  Did you ask?

18        A.  -- no idea.

19        Q.  Okay.  Let me show you what has been marked as

20   Scott Exhibit 6.  This is a document that's entitled

21   2021 Impact Report from The Arc Texas.  Could you take

22   a minute or two and look through that document and tell

23   me if you've seen any of those pages.

24        A.  No, sir.  I've never seen any of these pages

25   before.



1    Q.  I'll hand you what's been marked as Scott

2    Exhibit 7.  This appears to be a portion of the Texas

3    Department of Public Safety website entitled How to

4    Renew your Texas Driver's License, Commercial Driver's

5    License, Motorcycle License, or Identification Card.

6              Do you recall having seen any or all of

7    Scott Exhibit 7?

8    A.  Yes, I have read this, because I was trying to

9    do that for Taylor.

10   Q.  Approximately when did you take a look at Scott

11   Exhibit 7?

12   A.  I did that probably prior to her ID expiring in

13   2020.  I went on the website to see if I could do it by

14   computer.

15   Q.  And did you take another look at it at any

16   point after that time prior to 2020?

17   A.  I probably have, but I -- I just remember going

18   online and finding out that we couldn't do it by

19   computer, and it was like, okay, well, we can't do it

20   by computer.  So that was kind of it for me, but I

21   might have gone online again to, you know, make sure

22   what I was reading was correct.

23   Q.  And when you looked at -- at it online the last

24   time you remember was in 2019 or 2020?

25   A.  It was probably before it expired, so it would



1    probably be in -- probably in January, maybe, of 2020,

2    when I looked at her -- her date of expiration and then

3    tried to get online and then read that.

4        Q.  Okay.  Did you or anyone in your family make

5    any attempt to contact Texas Department of Public

6    Safety or anyone else to see whether there was some

7    other way that Taylor could get her ID card renewed

8    without her physically having to go somewhere to do so?

9        A.  No.  I didn't contact -- it was kind of clear

10   on the website, you know, if you've already done it

11   before, you couldn't do it again.

12       Q.  You just testified that you thought you looked

13   at the website in January of 2020.

14       A.  I believe it was.  I can't tell you the exact

15   date.

16       Q.  And my recollection is that COVID really hit us

17   all in approximately March of 2020, although there was

18   some talk about it before then.

19              Do you recall when you -- when you looked

20   at the website you had already determined that -- that

21   the COVID pandemic was the reason why Taylor could not

22   physically go in to renew her state ID card?

23              MS. SNEAD:  Objection, form.

24              THE WITNESS:  I can still answer?

25              MS. SNEAD:  Yes.



```
 1        A.   There was talk of the shutdown, and I don't
 2   remember if it was January or if it was February.  It
 3   probably was getting close to February.  The reason why
 4   I remember that all of a sudden is because we were in
 5   Mexico, and we came back from Mexico, and that was --
 6   it was going to lock down.
 7              And so that's probably when I did it.  I
 8   don't, you know, remember the exact month, but
 9   that's -- you know, I try to keep Taylor's stuff
10   up-to-date as much as possible.  Actually, her -- I
11   renewed her passport during COVID because I looked at
12   it and went, "Oh, my gosh," you know.  It was elapsing,
13   so there again.
14        Q.   And were you able to renew Taylor's passport
15   without having to physically take her somewhere?
16        A.   I took her to -- no.  I took her to the CVS,
17   and I talked to the gentleman there, and they
18   basically -- it was great.  They put everybody toward
19   the back of the store, and they -- I told them, "Okay.
20   I'm going to go get her, and she's medically fragile."
21              And they were just wonderful, and they
22   snapped her picture, and that was it.  And I could take
23   her out, and -- and it was great.  We pulled down her
24   mask for two seconds, pulled it back up, and out the
25   store we went.  They were really kind, very kind.
```

1     Q.   And do you know whether or not the Texas

2  Department of Public Safety would have done something

3  similar had you requested that accommodation?

4     A.   I have no idea.

5     Q.   Let me hand you what's been marked as Scott

6  Exhibit 8.   I'd like for you to take a minute to look

7  through that page by page and tell me if you recognize

8  any of those pages in Scott Exhibit No. 8.

9     A.   And your question was that I've seen that?

10    Q.   Do you recognize any of the pages in Scott

11  Exhibit --

12    A.   Yes, I do.   I renew all our vehicles.   I don't

13  have the app on my phone because -- but I do go online

14  to renew our vehicles.

15    Q.   Okay.   Have you ever made any attempt to take

16  care of any transactions for your daughter Taylor on

17  that Texas State app?

18    A.   No.

19    Q.   Were you aware that among the transactions that

20  can be taken care of on the Texas State app is state ID

21  renewal?

22    A.   I would assume so.

23    Q.   Did you make any attempt to renew Taylor's

24  state ID card through the Texas government app,

25  sometimes referred to as Texas by Texas or TxT?



Anne Scott                                            April 18, 2023
                                                         Page 43

```
 1        A.  No.

 2        Q.  Why did you not do so?

 3        A.  I didn't know you could renew by the app.  I

 4   don't have the app on my phone.  I just have a laptop,

 5   and I don't have the app on there.  I just go to the

 6   old site to renew the vehicles.  I don't do any -- I

 7   try and -- I got a new phone, and I really don't know

 8   how to use it.

 9             I don't -- I don't even have a message on

10   my phone because I can't find where to put the -- I'm

11   not real good at this stuff.  I'm kind of self-taught.

12   I do what I need to, and that's about it.

13        Q.  Let me hand you what's been marked as Scott

14   Exhibit 9.  Could you look through Scott Exhibit 9 and

15   tell me if you have seen Scott Exhibit 9 or any portion

16   thereof before today?

17        A.  I don't recall seeing it, but I probably have.

18        Q.  Do you have any recollection of the occasion on

19   which you saw Scott Exhibit 9?

20        A.  No.

21        Q.  Let me hand you what's been marked Scott

22   Exhibit 10.  Could you take a moment and look through

23   Scott Exhibit 10 and tell me if you recognize Scott

24   Exhibit 10 or any part of it.

25        A.  I don't recall seeing that, but it probably was
```



Anne Scott                                                    April 18, 2023
                                                                    Page 44

1    on the website.

2        Q.  And when you refer to the "website," are you

3    talking about the Texas Department of Public Safety

4    website?

5        A.  Texas Department of Public Safety.  Excuse me.

6            MR. BRYANT:  Okay.  Thank you very much,

7    Ms. Scott.

8            I'm going to pass the witness.

9                    EXAMINATION

10   BY MS. SNEAD:

11       Q.  Just a few questions for you.

12       A.  Sure.

13       Q.  I believe you said you assisted Taylor with

14   voting in the 2022 general election.  Was that right?

15       A.  That is correct.

16       Q.  What ID did Taylor use to vote in person in the

17   2022 general election?

18       A.  Her passport.  We took the passport because the

19   ID was expired.

20       Q.  And was she able to vote after she showed her

21   United States passport in Hidalgo County in the 2022

22   general election?

23       A.  Yes, ma'am.

24       Q.  Have you received e-mail communications from

25   REV UP Texas?



```
 1        A.   Yes, I have.

 2                 MS. SNEAD:  No further questions.

 3                 MS. TOGNETTI:  No questions from Hidalgo

 4    County.

 5                 MR. BRYANT:  Okay.  Does anybody on Zoom

 6    have any questions for the witness?

 7                 Let the record reflect that we hear none,

 8    so at this point, let's declare Ms. Scott's deposition

 9    complete.  Thank you.

10                 (Deposition concluded)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1            CHANGES AND SIGNATURE

2    WITNESS NAME:  ANNE SCOTT
     DATE OF DEPOSITION:  APRIL 18, 2023
3
     PAGE LINE   CHANGE                              REASON
4
     _____
5
     _____
6
     _____
7
     _____
8
     _____
9
     _____
10
     _____
11
     _____
12
     _____
13
     _____
14
     _____
15
     _____
16
     _____
17
     _____
18
     _____
19
     _____
20
     _____
21
     _____
22
     _____
23
     _____
24
     _____
25



1          I, ANNE SCOTT, have read the foregoing
transcript and hereby affix my signature that same is
2    true and correct, except as noted above.

3

4                         _____
                          ANNE SCOTT
5

6    THE STATE OF TEXAS          )(
     COUNTY OF _____ )(
7

8

9            Before me, _____,
on this day personally appeared ANNE SCOTT, known to me
(or proved to me under oath or through _____)
10   (description of identity card or other document) to be
the person whose name is subscribed to the foregoing
11   instrument and acknowledged to me that they executed
the same for the purposes and consideration therein
12   expressed.

13           Given under my hand and seal of office
this _____ day of _____, 2023.
14

15

16

17                        _____
                          Notary Public in and for
18                        The State of Texas

19

20

21

22

23

24

25



```
  1              IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
  2                   SAN ANTONIO DIVISION

  3

  4   LA UNION DEL PUEBLO ENTERO,    )(
      et al.                         )(
  5              Plaintiffs          )(
                                     )(
  6   VS.                            )(      CASE NO.
                                     )(      5:21-cv-844-XR
  7                                  )(      (LEAD CASE)
      GREGORY W. ABBOTT, et al.      )(
  8              Defendants          )(
  9   _____

      OCA-GREATER HOUSTON, et al.    )(
 10              Plaintiffs          )(
                                     )(      CASE NO.
 11   VS.                            )(      1:21-cv-780-XR
                                     )(
 12   JANE NELSON, et al.            )(
                 Defendants          )(
 13   _____

 14   HOUSTON AREA URBAN LEAGUE,     )(
      et al.                         )(
 15              Plaintiffs          )(
                                     )(      CASE NO.
 16   VS.                            )(      5:21-cv-848-XR
                                     )(
 17   GREGORY WAYNE ABBOTT, et al.   )(
                 Defendants          )(
 18   _____

 19   LULAC TEXAS, et al.            )(
                 Plaintiffs          )(
 20                                  )(
                                     )(      CASE NO.
 21   VS.                            )(      1:21-cv-0786-XR
                                     )(
 22   JANE NELSON, et al.            )(
                 Defendants          )(
 23   _____

 24

 25
```



```
 1  _____

 2  MIFAMILIA VOTA, et al.        )(
            Plaintiffs            )(
 3                                )(    CASE NO.
    VS.                           )(    5:21-cv-0920-XR
 4                                )(
    GREG ABBOTT, et al.           )(
 5          Defendants            )(

 6  _____

    UNITED STATES OF AMERICA      )(
 7          Plaintiff             )(
                                  )(    CASE NO.
 8  VS.                           )(    5a;21-cv-1085-XR
                                  )(
 9  THE STATE OF TEXAS, et al.    )(
            Defendants            )(

10
                    REPORTER'S CERTIFICATE
11
            I, DONNA McCOWN, Certified Court Reporter,
12  certify that the witness, ANNE SCOTT, was duly sworn by
    me, and that the deposition transcript is a true and
13  correct record of the testimony given by the witness on
    APRIL 18, 2023, and that the deposition was reported by
14  me in stenograph and was subsequently transcribed under
    my supervision.
15
            Pursuant to Federal Rule 30(e)(2), a review of
16  the transcript was requested.

17          I FURTHER CERTIFY that I am not a relative,
    employee, attorney or counsel of any of the parties,
18  nor a relative or employee of such attorney or counsel,
    nor am I financially interested in the action.
19
            WITNESS MY HAND on this the _____ day of
20  _____, 2023.

21

22  _____
    DONNA McCOWN, Texas CSR 6625
23  Expiration Date:  01-31-24
    Bryant & Stingley, Inc., CRN No. 41
24  2010 East Harrison
    Harlingen, Texas  78550
25  (956) 428-0755
```



MAGNA
LEGAL SERVICES