Exhibit M

Taylor Scott                                                    April 18, 2023

```
 1              IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3

 4   LA UNION DEL PUEBLO ENTERO,    )(
     et al.                         )(
 5            Plaintiffs            )(
                                    )(
 6   VS.                            )(    CASE NO.
                                    )(    5:21-cv-844-XR
 7                                  )(    (LEAD CASE)
     GREGORY W. ABBOTT, et al.      )(
 8            Defendants            )(
 9   _____

     OCA-GREATER HOUSTON, et al.    )(
10            Plaintiffs            )(
                                    )(    CASE NO.
11   VS.                            )(    1:21-cv-780-XR
                                    )(
12   JANE NELSON, et al.            )(
              Defendants            )(
13   _____

14   HOUSTON AREA URBAN LEAGUE,     )(
     et al.                         )(
15            Plaintiffs            )(
                                    )(    CASE NO.
16   VS.                            )(    5:21-cv-848-XR
                                    )(
17   GREGORY WAYNE ABBOTT, et al.   )(
              Defendants            )(
18   _____

19   LULAC TEXAS, et al.            )(
              Plaintiffs            )(
20                                  )(
                                    )(    CASE NO.
21   VS.                            )(    1:21-cv-0786-XR
                                    )(
22   JANE NELSON, et al.            )(
              Defendants            )(
23   _____

24

25
```



1   _____

2   MIFAMILIA VOTA, et al.            )(
            Plaintiffs               )(
3                                    )(   CASE NO.
    VS.                              )(   5:21-cv-0920-XR
4                                    )(
    GREG ABBOTT, et al.              )(
5           Defendants              )(

6   _____

    UNITED STATES OF AMERICA         )(
7           Plaintiff                )(
                                     )(   CASE NO.
8   VS.                              )(   5a;21-cv-1085-XR
                                     )(
9   THE STATE OF TEXAS, et al.       )(
            Defendants              )(

10  _____

11              ORAL AND VIDEOTAPED DEPOSITION OF

12                        TAYLOR SCOTT
                         APRIL 18, 2023

13  _____

14

15          ORAL AND VIDEOTAPED DEPOSITION OF TAYLOR SCOTT,

16  produced as a witness at the instance of the State

17  Defendants, taken in the above-styled and numbered

18  cause on APRIL 18, 2023, between the hours of

19  11:33 a.m. and 11:57 a.m., reported stenographically by

20  DONNA McCOWN, Certified Court Reporter No. 6625, in and

21  for the State of Texas, at 7030 Mile 2 3/4 East,

22  Mercedes, Texas, pursuant to the Federal Rules of Civil

23  Procedure and any provisions stated on the record or

24  attached therein.

25



```
 1                    APPEARANCES

 2   COUNSEL FOR STATE DEFENDANTS:

 3        DAVID BRYANT
          OFFICE OF THE TEXAS ATTORNEY GENERAL
 4        P.O. Box 12548
          Austin, Texas, 78711-2548
 5
     COUNSEL FOR DEFENDANT HIDALGO COUNTY ELECTIONS
 6   ADMINISTRATOR:

 7        LEIGH ANN TOGNETTI
          HIDALGO COUNTY DISTRICT ATTORNEY'S OFFICE
 8        100 East Cano Street
          Edinburg, Texas  78539
 9
     COUNSEL FOR INTERVENOR DEFENDANTS:
10
          STEPHEN KENNY, via Zoom
11        JONES DAY
          51 Louisiana Avenue, NW
12        Washington, DC  20001

13   COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et al.:

14        LISA SNEAD
          DISABILITY RIGHTS TEXAS
15        222 West Braker Lane
          Austin, Texas, 78758-1024
16
          LUCIA ROMANO, via Zoom
17        DISABILITY RIGHTS TEXAS
          1500 McGowen, Suite 100
18        Houston, Texas  77004

19        CHRISTOPHER McGREAL, via Zoom
          DISABILITY RIGHTS TEXAS
20        1420 West Mockingbird Lane, Suite 450
          Dallas, Texas  75247
21
     COUNSEL FOR PLAINTIFFS HOUSTON AREA URBAN LEAGUE,
22   et al.:

23        DESTINY LOPEZ, via Zoom
          REED SMITH, LLP
24        355 South Grand Avenue No. 2900
          Los Angeles, California, 90071
25
```



```
 1        COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA:

 2             DANIEL J. FREEMAN, via Zoom
               U.S. DEPARTMENT OF JUSTICE
 3             950 Pennsylvania Avenue NW, 4CON 8.143
               Washington, DC  20530
 4
          COUNSEL FOR PLAINTIFFS LA UNION DEL PUEBLO ENTERO,
 5        et al.:

 6             PATRICK BERRY, via Zoom
               BRENNAN CENTER FOR JUSTICE
 7             120 Broadway, Suite 1750
               New York, New York  10271
 8
          ALSO PRESENT:
 9             Rene Ortiz, Videographer
               Anne Scott
10                              INDEX
```

```
11                                                          PAGE
     Appearances ...................................   2
12
     TAYLOR SCOTT
13   Examination by Mr. Bryant .....................   5
     Examination by Ms. Snead ......................  18
14
     Errata Sheet/Signature Page ...................  21
15
     Reporter's Certificate ........................  23
16
     Attached to the end of the transcript:  Stipulations
17
                              EXHIBITS
18
     NUMBER  DESCRIPTION                               PAGE
19
         (No Exhibits Marked)
20
```

```
21

22

23

24

25
```



Taylor Scott                                                April 18, 2023
                                                                    Page 5

```
 1              THE VIDEOGRAPHER:  Today is April 18,
 2    2023.  It is 11:33 a.m.  We're on the record.
 3                        TAYLOR SCOTT,
 4    having been duly sworn, testified as follows:
 5                       EXAMINATION
 6    BY MR. BRYANT:
 7       Q.  Ms. Scott, my name is David Bryant.  I am with
 8    the Texas Attorney General's Office, and appreciate you
 9    being here for the deposition today.
10              I want to allow the other attorneys to
11    state their appearances so everyone will know who's
12    participating in the deposition.
13              MS. SNEAD:  This is Lisa Snead from
14    Disability Rights Texas representing the OCA Plaintiffs
15    and defending Ms. Scott's deposition.
16              MS. TOGNETTI:  Leigh Ann Tognetti from the
17    Hidalgo County District Attorney's Office representing
18    the Hidalgo County Elections Administrator.
19              MR. BRYANT:  Are there other participants
20    on Zoom who want to state an appearance?
21              Let the record reflect that there are
22    none.  And we'll begin the deposition at this time.
23       Q.  (By Mr. Bryant) Ms. Scott, I'm going to be
24    asking you a series of questions.  You're under oath
25    just as you would be if you were testifying in court or
```



1    in front of a judge.

2              And so you -- you have an obligation to be

3    as truthful as you can.  Do you understand that

4    obligation?

5        A.  Yes.

6        Q.  Have you ever testified in a deposition or

7    otherwise --

8        A.  No.

9        Q.  -- before today?

10        A.  No, sir.

11        Q.  Okay.  One of the things that we have to

12    remember in these depositions is that all that really

13    matters is what the court reporter writes down, so if

14    you and I were just having a conversation, a lot of

15    times you would know what I'm asking before I finish my

16    question and you might answer it, but if you can wait

17    until my question is finished before you answer it --

18        A.  Okay.

19        Q.  -- that will help, and also, I will try not to

20    interrupt you when you are giving an answer --

21        A.  Okay.

22        Q.  -- so your answer will get fully on the page.

23        A.  Okay.

24        Q.  Any time that you need to take a break --

25        A.  Okay.



1    Q.  -- please feel free to just say, "I need a

2    break."

3    A.  Yeah.

4    Q.  And you'll get one.

5    A.  Okay.

6    Q.  And also, if you have any difficulty

7    understanding anything that is going on, I want you to

8    feel free to --

9    A.  Okay.

10    Q.  -- consult your attorney, and your mother is

11    present here, and I'm fine with that on behalf of

12    the --

13    A.  Okay.

14    Q.  -- Attorney General and the State Defendants in

15    this case.

16    A.  Okay.

17    Q.  Okay.  What was your date of birth?

18    A.  10-30-87.

19    Q.  And are we currently in your home in Mercedes,

20    Texas?

21    A.  Yes, sir.

22    Q.  Have you lived here all your life?

23    A.  Yes, sir.

24    Q.  Do you recall when you first got a Texas state

25    ID?



Taylor Scott                                          April 18, 2023
                                                        Page 8

 1      A.   Yes.   I had to go over to the driver's license
 2   place.
 3      Q.   About how old were you when you did that?
 4      A.   I can't remember.
 5      Q.   And do you still have a Texas state ID card?
 6      A.   Yes.
 7      Q.   Is it now expired?
 8      A.   Yes, sir.
 9      Q.   Approximately, when did your Texas state ID
10   card expire?
11      A.   I can't remember, sir.
12      Q.   Have you ever voted in an election?
13      A.   Yes.
14      Q.   How many times have you voted in an election?
15      A.   Once by mail.
16      Q.   And do you know what year it was when you voted
17   by mail in an election?
18      A.   No, sir.
19      Q.   What do you recall about the instance in which
20   you voted by mail in an election?
21      A.   We got our ballots.   We signed them and sent
22   them back.
23      Q.   And do you know what year that was?
24      A.   I don't remember.
25      Q.   Have you ever voted in person in a Texas



Taylor Scott                                              April 18, 2023
                                                          Page 9

```
 1    election?
 2         A.   Yes.
 3         Q.   How many times have you voted in person?
 4         A.   Once.
 5         Q.   What year was it when you voted in person in an
 6    election?
 7         A.   It was this year.
 8         Q.   Okay.  This year is 2023.  Was it the last
 9    election in November '22?
10         A.   Yes.  No.  It was 2023.
11         Q.   Okay.  What do you recall about voting in the
12    election in person?
13         A.   I had to go to a building and vote.  I took my
14    passport to vote.  I didn't have my ID.
15         Q.   Where did you vote?
16         A.   In a building in Mercedes.
17         Q.   Was that a building you had been to before, or
18    was it the first time you had been there?
19         A.   It was the first time I've been there.
20         Q.   And who went with you to vote on that occasion?
21         A.   My mom.
22         Q.   Did you have any trouble casting your ballot
23    when you went to the polling place in Mercedes in that
24    election?
25         A.   No.  It was all done electronically.
```



Taylor Scott

April 18, 2023
Page 10

1    Q.   Do you recall any occasion in which you
2  attempted to vote by mail but couldn't do so?
3    A.   Yes.
4    Q.   When did that occur?
5    A.   In this year's election.
6    Q.   Was that in 2022 or 2023?
7    A.   2023.
8    Q.   And what do you recall about the attempt that
9  you made to vote by mail on that election?
10   A.   I didn't get a ballot.
11   Q.   Do you recall whether or not you sent in an
12 application for a mail-in ballot on that occasion?
13   A.   Yes.
14   Q.   Did you fill out that application yourself?
15   A.   My mom did.
16   Q.   Okay.  Did you sign that application?
17   A.   She -- she writes for me.  I can't -- I can't
18 write.
19   Q.   And did you read that application before it was
20 sent in?
21   A.   She read it to me.
22   Q.   And do you recall that the application required
23 you to provide some type of identification number?
24   A.   Yes, sir.
25   Q.   And what type of identification number or



Taylor Scott                                                    April 18, 2023
                                                                    Page 11

1    numbers, if any, did -- did your mother provide on your

2    application for a mail-in ballot?

3         A.  My passport number.

4         Q.  Did she provide any other numbers?

5         A.  No.

6         Q.  At the time that that attempt was made to get a

7    mail-in ballot, did you have a Social Security number?

8         A.  Yes.

9         Q.  Did you know at that time that you could

10   provide the last four digits of your Social Security

11   number on that application?

12        A.  Yes, sir.

13        Q.  Is there a reason why you or your mom did not

14   provide the last four digits of your Social Security

15   number on that application?

16        A.  I don't know.

17        Q.  Did you provide the number on your state ID

18   card, even though it was expired?

19        A.  No, sir.

20        Q.  Why did you not do that?

21        A.  Because it was expired.  I used my passport.

22        Q.  When I spoke with your mother earlier, she told

23   me that you had gone to high school; is that right?

24        A.  Yes.

25        Q.  So do you read well?



1     A.   Not very well.

2     Q.   Is it -- do you think that you read?

3     A.   Excuse me?

4     Q.   Do you read fairly well?

5     A.   Barely.  I can read some words, but not many.

6     Q.   Did you -- strike that.

7          Do you go online and read things?

8     A.   No.

9     Q.   Did you read any of the -- any material related

10   to the voting process when you applied to vote by mail?

11    A.   No.

12    Q.   Are you a registered voter in Texas?

13    A.   Yes, sir.

14    Q.   How long have you been a registered voter in

15   Texas?

16    A.   I just started last year.

17    Q.   Which year was that?

18    A.   Last year.

19    Q.   Was that 2022 or 2023?

20    A.   2023.

21    Q.   Did your mother assist you in getting

22   registered as a voter?

23    A.   Yes.

24    Q.   Have you ever sought any assistance from anyone

25   other than your mother in connection with the voting or



1    registering to vote?

2        A.  No.

3        Q.  Is it fair to say that you've never had any

4    contact with anybody at the State of Texas about

5    voting?

6        A.  No, sir.

7        Q.  Is it correct that you have not had any

8    contact, other than when you went in person, with

9    anybody at Hidalgo County about voting?

10       A.  No, sir.

11            MS. SNEAD:  I'm going to object to the

12   form, because I'm not sure she understands the

13   question.

14            MR. BRYANT:  Okay.

15            MS. SNEAD:  If you can phrase it more

16   directly.

17            MR. BRYANT:  I'll try to do that.

18       Q.  Have you ever talked in person or on the phone

19   with anyone from the State of Texas about voting?

20       A.  My hand -- I cannot use the phone.  My hand --

21   my hands do not work, so...

22       Q.  So I assume from that that you've never talked

23   with anybody on the phone --

24       A.  No, no.

25       Q.  Have you ever talked with anybody from the



1   State of Texas in person?

2       A.  No.

3       Q.  Have you ever spoken with anybody at the

4   Hidalgo County Elections Office about voting other than

5   the day when you went to the polls --

6       A.  No, no.

7       Q.  Are you a member of an organization called REV

8   UP Texas?

9       A.  Yes.

10      Q.  How did it come about that you learned of that

11  organization?

12      A.  In the mail.

13      Q.  And what mail did you receive?

14      A.  I didn't receive anything, sir.

15      Q.  Did you send off some mail?

16      A.  No.  We didn't receive anything.

17      Q.  Okay.  Why did you decide to become a member of

18  REV UP Texas?

19      A.  To encourage other people with disabilities to

20  vote.

21      Q.  And have you had any talks with anyone from REV

22  UP Texas?

23      A.  No.

24      Q.  When was it that you became a member of REV UP

25  Texas?



Taylor Scott                                                    April 18, 2023
                                                                   Page 15

```
 1       A.  I can't answer that.  I don't know how to
 2   answer that.
 3       Q.  Are you a member of Arc of Texas?
 4       A.  Yes.
 5       Q.  How long have you been a member of Arc of
 6   Texas?
 7       A.  For a long time.
 8       Q.  And do you receive services or information from
 9   Arc of Texas?
10       A.  No.
11       Q.  Why did you join or become a member of Arc of
12   Texas?
13       A.  Because I was in school.
14       Q.  Have you ever spoken with anyone from Arc of
15   Texas?
16       A.  No.
17       Q.  Have you ever gotten any information from
18   anyone at Arc of Texas about voting?
19       A.  No.
20       Q.  Have you ever sought any information about
21   voting from Arc of Texas?
22       A.  No.
23       Q.  Have you ever sought any information about
24   voting from REV UP Texas?
25       A.  No.
```



Taylor Scott                                                    April 18, 2023
                                                                    Page 16

1      Q.   I believe that you testified that on one

2   occasion you sent in -- or your mother sent in an

3   application to vote by mail for you; is that right?

4      A.   Yes.   And I didn't get anything.

5      Q.   When you did not receive a ballot, did you or

6   your mother do anything to try to find out why you did

7   not receive a ballot?

8      A.   No, sir.

9      Q.   And why did you not try to find out why you did

10  not receive a ballot?

11     A.   Because we didn't know who to call.

12     Q.   Do you know whether or not your application for

13  a mail-in ballot ever got to the Hidalgo County

14  Election Board, or could it have been lost in the mail?

15            MS. SNEAD:   Objection, form.

16            You can still answer.

17     A.   It could have been lost in the mail.

18     Q.   Have you ever spoken with anybody at the

19  Hidalgo County Election Board about how they could make

20  your voting easier?

21     A.   No.   I -- I have a disability.   It affects me

22  every day.   I can't walk.   I can't -- my mom has to

23  dress me and everything.   She puts me in the car, takes

24  me to day care.

25     Q.   Do you recall any conversations you had with



Taylor Scott                                              April 18, 2023

```
 1   anybody at the polling place on the one occasion when
 2   you went to vote in person?
 3        A.   A lady.
 4        Q.   And what conversation did you have at that
 5   time?
 6        A.   That we didn't get our ballots.
 7        Q.   And what did the lady that you spoke with say?
 8        A.   "You can vote here."
 9        Q.   Do you recall any -- anything else that was
10   part of your conversation on that day?
11        A.   No, sir.
12        Q.   I have a number of exhibits here that I could
13   show you, but many of them are of information that is
14   available online, and if I understood your testimony
15   correctly, these are -- you don't look at things
16   online; is that right?
17        A.   No, sir.
18        Q.   Is it correct that you do not?
19        A.   No, sir.
20             MS. SNEAD:   Objection, form.
21             Can you just ask directly?
22             MR. BRYANT:   Okay.
23        Q.   Do you ever look at anything online?
24        A.   No.
25             MR. BRYANT:   Thank you, Ms. Scott.
```



```
 1                    I'll pass the witness at this time.  Other
 2   attorneys have a chance to ask you questions, if they
 3   want to.
 4                    THE WITNESS:  Okay.
 5                         EXAMINATION
 6   BY MS. SNEAD:
 7        Q.  Ms. Scott, I'm going to ask you a few
 8   questions.  Okay?
 9        A.  Okay.
10        Q.  Do you remember the election where you got to
11   choose between Donald Trump and Joe Biden for
12   president?
13        A.  I like Joe Biden.
14        Q.  Do you -- so do you remember that election?
15        A.  Yes.
16        Q.  Okay.  Did you vote in that election?
17        A.  Yes.
18        Q.  Did you vote by mail or in person during that
19   election?
20        A.  In person.
21        Q.  You voted in person when it was Trump versus
22   Biden?
23        A.  Yes.
24        Q.  Okay.  Do you remember the election when it was
25   Beto versus Abbott for governor?  Just -- not who you
```



Taylor Scott                                        April 18, 2023
                                                         Page 19

1    voted for, but do you remember the election where you

2    got to choose between Beto and Greg Abbott for

3    governor?

4         A.   I voted for Beto.

5         Q.   Okay.  So you did vote in that election?

6         A.   Yes.

7         Q.   Do you remember did you vote in that election

8    by mail or in person?

9         A.   In person.

10        Q.   In person.  Okay.  For that -- for that

11   election when you got to choose between Beto and

12   Abbott, did you try to vote by mail first?

13        A.   Yes.

14        Q.   Did your mom assist you in filling out the

15   application to vote by mail?

16        A.   We didn't -- we didn't receive one.

17        Q.   Did you fill out an application to get a ballot

18   first?

19        A.   Yes, but nothing ever came in the mail.

20        Q.   The application or the request that your mom

21   submitted for you to get a ballot, did you put your

22   mark on that?

23        A.   Yes.

24        Q.   When you went to vote in person when you got to

25   choose between Beto and Abbott, do you know what form



Taylor Scott                                           April 18, 2023
                                                            Page 20

1    of identification you used?

2        A.   My passport.

3        Q.   Were you able to vote using your passport?

4        A.   Yes.

5                  MS. SNEAD:   No further questions.

6                  MS. TOGNETTI:   No questions from Hidalgo

7    County.

8                  MR. BRYANT:   Is there anyone on the -- on

9    Zoom who wishes to ask questions at this time?

10                 Let the record reflect that there are

11   none, and at this time, we'll close your deposition.

12                 Thank you very much.

13                 (Deposition concluded)

14

15

16

17

18

19

20

21

22

23

24

25



1                        CHANGES AND SIGNATURE

2       WITNESS NAME:  TAYLOR SCOTT
        DATE OF DEPOSITION:  APRIL 18, 2023
3
        PAGE LINE   CHANGE                              REASON
4
        _____
5
        _____
6
        _____
7
        _____
8
        _____
9
        _____
10
        _____
11
        _____
12
        _____
13
        _____
14
        _____
15
        _____
16
        _____
17
        _____
18
        _____
19
        _____
20
        _____
21
        _____
22
        _____
23
        _____
24
        _____
25



1          I, TAYLOR SCOTT, have read the foregoing
   transcript and hereby affix my signature that same is
2   true and correct, except as noted above.

3

4                              _____
                               TAYLOR SCOTT
5

6   THE STATE OF TEXAS          )(
    COUNTY OF _____  )(
7

8

9          Before me, _____,
   on this day personally appeared TAYLOR SCOTT, known to
10  me (or proved to me under oath or through
   _____) (description of identity card or other
11  document) to be the person whose name is subscribed to
   the foregoing instrument and acknowledged to me that
12  they executed the same for the purposes and
   consideration therein expressed.

13         Given under my hand and seal of office
   this _____ day of _____, 2023.
14

15

16

17                             _____
                               Notary Public in and for
18                             The State of Texas

19

20

21

22

23

24

25



Taylor Scott                                              April 18, 2023
                                                                Page 23

```
 1            IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
 2                  SAN ANTONIO DIVISION

 3

 4   LA UNION DEL PUEBLO ENTERO,    )(
     et al.                         )(
 5            Plaintiffs            )(
                                    )(
 6   VS.                            )(   CASE NO.
                                    )(   5:21-cv-844-XR
 7                                  )(   (LEAD CASE)
     GREGORY W. ABBOTT, et al.      )(
 8            Defendants            )(

 9   _____

     OCA-GREATER HOUSTON, et al.    )(
10            Plaintiffs            )(
                                    )(   CASE NO.
11   VS.                            )(   1:21-cv-780-XR
                                    )(
12   JANE NELSON, et al.            )(
              Defendants            )(
13   _____

14   HOUSTON AREA URBAN LEAGUE,     )(
     et al.                         )(
15            Plaintiffs            )(
                                    )(   CASE NO.
16   VS.                            )(   5:21-cv-848-XR
                                    )(
17   GREGORY WAYNE ABBOTT, et al.   )(
              Defendants            )(
18   _____

19   LULAC TEXAS, et al.            )(
              Plaintiffs            )(
20                                  )(
                                    )(   CASE NO.
21   VS.                            )(   1:21-cv-0786-XR
                                    )(
22   JANE NELSON, et al.            )(
              Defendants            )(
23   _____

24

25
```



Taylor Scott                                                April 18, 2023
                                                                  Page 24

```
 1  _____

 2  MIFAMILIA VOTA, et al.        )(
            Plaintiffs            )(
 3                                )(   CASE NO.
    VS.                           )(   5:21-cv-0920-XR
 4                                )(
    GREG ABBOTT, et al.           )(
 5          Defendants            )(

 6  _____

    UNITED STATES OF AMERICA      )(
 7          Plaintiff             )(
                                  )(   CASE NO.
 8  VS.                           )(   5a;21-cv-1085-XR
                                  )(
 9  THE STATE OF TEXAS, et al.    )(
            Defendants            )(

10
                    REPORTER'S CERTIFICATE
11
            I, DONNA McCOWN, Certified Court Reporter,
12  certify that the witness, TAYLOR SCOTT, was duly sworn
    by me, and that the deposition transcript is a true and
13  correct record of the testimony given by the witness on
    APRIL 18, 2023, and that the deposition was reported by
14  me in stenograph and was subsequently transcribed under
    my supervision.
15
            Pursuant to Federal Rule 30(e)(2), a review of
16  the transcript was requested.

17          I FURTHER CERTIFY that I am not a relative,
    employee, attorney or counsel of any of the parties,
18  nor a relative or employee of such attorney or counsel,
    nor am I financially interested in the action.
19
            WITNESS MY HAND on this the _____ day of
20  _____, 2023.

21
22  _____
    DONNA McCOWN, Texas CSR 6625
23  Expiration Date:  01-31-24
    Bryant & Stingley, Inc., CRN No. 41
24  2010 East Harrison
    Harlingen, Texas  78550
25  (956) 428-0755
```

