Exhibit N

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3

 4
     LA UNION DEL PUEBLO ENTERO,   )
 5   et al.,                       )
                 Plaintiffs,       )    Case No.
 6                                 )    5:21-CV-844-XR
     vs.                           )
 7                                 )
     GREGORY W. ABBOTT, et al.,    )
 8         Defendants,             )
 9   _____

10   OCA-GREATER HOUSTON, et al.,  )
           Plaintiffs,             )    Case No.
11                                 )    1:21-CV-780-XR
     vs.                           )
12                                 )
     JANE NELSON, et al.,          )
13         Defendants.             )

14   _____

15
     HOUSTON AREA URBAN LEAGUE, et )
16   al.,                          )    Case No.
                 Plaintiffs,       )    5:21-CV-848-XR
17                                 )
     vs.                           )
18                                 )
     GREGORY WAYNE ABBOTT, et al., )
19         Defendants.             )

20   _____

21
     LULAC TEXAS, et al.,          )
22         Plaintiffs,             )    Case No.
                                   )    1:21-CV-0786-XR
23   vs.                           )
                                   )
24   JANE NELSON, et al.,          )
           Defendants.             )
25
```



1 _____

2

3 MI FAMILIA VOTA, et al.,          )
        Plaintiffs,            )   Case No.
                               )   5:21-CV-0920-XR
4 vs.                          )
                               )
5 GREG ABBOTT, et al.,          )
        Defendants.            )

6

7 _____

8

UNITED STATES OF AMERICA,      )
9        Plaintiff,            )   Case No.
                               )   5:21-CV-1085-XR
10 vs.                         )
                               )
11 THE STATE OF TEXAS, et al.,  )
        Defendants.            )

12

13

14 _____

15                 ORAL/VIDEOTAPED DEPOSITION OF

16                     YVONNE IGLESIAS

17                      APRIL 17, 2023

18 _____

19

20          ORAL/VIDEOTAPED DEPOSITION OF YVONNE IGLESIAS,
   produced as a witness at the instance of the
21 Defendants, and duly sworn, was taken in the
   above-styled and numbered cause on April 17, 2023, from
22 10:00 a.m. to 12:26 p.m., Nilda Codina, Notary in and
   for the State of Texas, recorded by machine shorthand,
23 remotely from Edinburg, Texas, County of Hidalgo,
   pursuant to the Federal Rules of Civil Procedure, the
24 current Emergency Order regarding the COVID-19 State of
   Disaster, and the provisions stated on the record or
25 attached hereto.



```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2   FOR THE PLAINTIFF:

 3          Ms. Lisa Snead, Esq. (Via Zoom)
            (Mr. Peter Hofer, Esq.)
 4          DISABILITY RIGHTS OF TEXAS
            2222 W. Braker Ln.
 5          Austin, Texas 78758
            Phone:(512)454-4816
 6          phofer@drtx.org

 7          Ms. Lucia Romano, Esq. (Via Zoom)
            DISABILITY RIGHTS OF TEXAS
 8          2222 W. Braker Ln.
            Austin, Texas 78758
 9          Phone:(512)454-4816

10          Ms. Katherine Goetz, Esq. (Via Zoom)
            REED SMITH
11          811 Main St.
            Suite 1700
12          Houston, Texas 77002
            Phone:(713)469-3800
13          Fax:(713)469-3899

14
     FOR THE DEFENDANT:
15

16          Mr. Ethan Szumanski, Esq. (Via Zoom)
            ATTORNEY GENERAL KEN PAXTON
17          P.O. Box 12548
            ethan.szumanski@oag.texas.gov
18
            Mr. Stephen Kenny, Esq. (Via Zoom)
19          JONES DAY
            51 Louisiana Avenue, N.W.
20          Washington, D.C. 20001-2113
            Phone:(202)879-3667
21          Fax:(202)626-1700
            skenny@jonesday.com
22


23


24   ALSO PRESENT:  Vincent Powley, Videographer
                    ; Christopher McGreal, Esq.
25
```



```
 1                    I-N-D-E-X

 2                                                      PAGE

 3   Appearances.........................................2

 4   YVONNE IGLESIAS

 5   Direct Examination by Mr. Szumanski.................6

 6   Cross-Examination by Ms. Snead.....................70

 7   Redirect by Mr. Szumanski..........................74

 8   Proceedings concluded..............................81

 9   Witness Signature/errata...........................82

10   Reporter's certificate.............................84

11                  E-X-H-I-B-I-T-S

12               (Retained by counsel.)

13    Exhibit 1 Notice of Deposition              12

14    Exhibit 2 OCA-Greater Houston and HAUL      13
                Plaintiffs' Sixth Supplemental Rule
15                26(a)(1) Initial Disclosures

16

17

18

19

20

21

22

23

24

25
```



```
 1                  P-R-O-C-E-E-D-I-N-G-S
 2                  THE VIDEOGRAPHER:  We're now on the
 3   record.  This begins Videotape No. 1, in the deposition
 4   of Yvonne Iglesias.  Today is Monday, April 17, 2023.
 5   The time is 10:03 a.m. Videographer is Vincent Powley
 6   of Magna Legal Services.  The court reporter is Nilda
 7   Codina of Magna Legal Services.
 8                  Will counsel and all parties present
 9   state their appearances and whom they represent?
10                  MR. SZUMANSKI:  Good morning.  This is
11   Ethan Szumanski.  I am with the Office of the Attorney
12   General, representing the State of Texas in this
13   matter, along with my colleague, Mr. David Bryant.
14                  MS. SNEAD:  This is Lisa Snead with
15   Disability Rights Texas.  We represent the OCHGH
16   plaintiffs in this matter, and I'm defending the
17   deposition of Ms. Yvonne Iglesias, who is here with me.
18                  THE VIDEOGRAPHER:  Swear in the
19   witness.
20                  YVONNE IGLESIAS,
21   Having been first duly sworn, was examined and
22   testified as follows:
23                  THE REPORTER:  All other parties,
24   Ms. Romano and Mr. Sullivan Baker, anybody else that's
25   present, we would need you to state that you are
```



1  present and who you are with, please.  I apologize.

2                  MS. ROMANO:  My name is Lucia Romano.

3  I'm the attorney with Disability Rights Texas, also

4  representing the OCA Group of plaintiffs.

5                  MR. KENNY:  This is Stephen Kenny at

6  Jones Day, representing the intervener defendants.

7                  MR. MCGREAL:  This is Christopher

8  McGreal with Disability Rights Texas, also representing

9  the OCA Plaintiffs.

10                 MR. BAKER:  My name is John Sullivan

11 Baker, I'm an internist with the DOJ, and I'm

12 representing the United States.

13                 MS. GOETZ:  This is Katherine Goetz.

14 I'm with Reed Smith, representing the plaintiffs.

15                 THE REPORTER:  Thank you so much.

16 Thank you, Mr. Videographer.  Counsel, we're ready to

17 proceed.

18                 DIRECT EXAMINATION

19 BY MR. SZUMANSKI:

20     Q.    Thank you.  Good morning, Ms. Iglesias.  Hope

21 you're having a good day so far.  As I stated earlier,

22 my name is Ethan Szumanski, and I am a lawyer with the

23 Office of the Attorney General.  We're going to talk a

24 little bit today.  I'll try to get you out of here as

25 soon as possible, so you can continue on with your day



1  and be done with this.

2       But before we do anything else, would you

3  mind stating your name and then spelling your name for

4  the record?

5       A.   My name's Yvonne Yvette Iglesias.  It's

6  Y-V-O-N-N-E, Y-V-E-T-T-E, I-G-L-E-S-I-A-S.

7       Q.   Thank you, Ms. Iglesias.  Now, what we're

8  going to do is we're going to kind of start off with

9  some instructions and introductory questions.  After

10 that's done, I'm going to move to the main topics of

11 the deposition.

12       Does that sound all right with you?

13      A.   Yes.

14      Q.   Great.  So have you ever been deposed be- --

15 before, Ms. Iglesias?

16      A.   Yes.

17      Q.   Okay.  When were you deposed?

18      A.   A long time ago.

19      Q.   Have you been deposed only once before?

20      A.   Yes.

21      Q.   Okay.  Were you a party in that action?

22      A.   Yes.

23      Q.   Okay.  Were you -- what type of action was

24 it?

25      A.   Due to my accident.



 1      Q.   Okay.  And what is your -- what was your

 2   accident?

 3      A.   A car crash.

 4      Q.   Okay.  So in that action, did you ever have a

 5   chance to testify in court?

 6      A.   No.

 7      Q.   Okay.  Well, since you've been deposed

 8   before, you probably know some of the general rules

 9   already.  But you understand that today, because this

10   is a deposition, you are under oath, correct?

11      A.   Yes.

12      Q.   You also understand that this oath has the

13   same legal significance and affect as if you were

14   testifying in open court, before a judge and a jury,

15   right?

16      A.   Yes.

17      Q.   Okay.  Now, as you may have noticed at the

18   beginning, we do have a court reporter here today.  So

19   we are all going to need us all to provide verbal

20   answers, like "yes" and "no," rather than or something

21   nodding our heads, shaking our heads left and right.

22   So this is going to be extra important here today,

23   especially since we're all on Zoom.  And for those

24   attorneys who are participating remotely, they may not

25   be able to see if they're dialing in or anything like



1  that.  So let's, today, make sure that we just say

2  "yes" or "no," instead of doing non-verbal answers.

3          Does that sound okay with you?

4      A.   Yes.

5      Q.   It also helps the court reporter, if we don't

6  talk over each other.  I know there's this Zoom lag, so

7  I'll do my best to wait for you to finish your answer.

8  And all I ask in return is that you do your best to

9  wait for me to finish my question, so that we don't

10 have a mumbled record and we can have a clean record.

11         Does that sound good to you?

12     A.   Yes.

13     Q.   Okay.  Now, if you don't understand a

14 question, will you please let me know?

15     A.   Yes.

16     Q.   Great.  And if you do answer the question,

17 I'm going to assume that you understood the question,

18 that you fully comprehended it; is that fair to you?

19     A.   Yes.

20     Q.   Great.  Also, if you need a break at anytime,

21 please let me know.  This is not a race to marathon.

22 We're going to try to get out of here as soon as

23 possible, but again, my only request is that if you do

24 ask for a break and there's a pending question, that

25 you answer that question and then we'll go on break.



 1          Does that sound fair?

 2     A.   Yes.

 3     Q.   Great.  Also, at certain times throughout the

 4  deposition, you're probably aware, since you've been

 5  deposed before, but if you hear an objection from your

 6  attorney, Ms. Snead that just allows the court to

 7  decide at a later date whether it will honor that

 8  objection or not.  So I'm simply going to ask that you

 9  continue to answer the question, of course unless your

10  attorney instructs you not to answer.  But if she does

11  not instruct you not to answer, then I'm just going to

12  ask that you answer, okay?

13     A.   Okay.

14     Q.   Great.  Now, this is a necessary question,

15  are you aware of anything today that would affect your

16  ability to test -- to testify truthfully?

17     A.   No.

18     Q.   Okay.  So you haven't consumed any alcohol or

19  drugs today?

20     A.   No.

21     Q.   Okay.  Would -- do you have any problems

22  understanding me or testifying because of any language

23  concerns or anything like that?

24     A.   No.

25     Q.   Okay.  And if I speed up sometimes, I have a



1  tendency to talk a little fast.  So if I speed up, you

2  just tell me to slow down, and I'll make sure to slow

3  down.  Okay?

4        A.    Okay.

5        Q.    Thank you.  Also, because this is over Zoom,

6  I just kind of want to ask you a quick question.

7              Beside Ms. Snead, is there anybody else in

8  the room with you?

9        A.    No.

10       Q.    Okay.  Great.

11                   MS. SNEAD:  Mr. Szumanski --

12                   MR. SZUMANSKI:  Yeah.

13                   MS. SNEAD:  -- her -- her caregiver is

14  not currently in the room, but it's possible that they

15  would pass through.  I just want you to be aware of

16  that.

17                   MR. SZUMANSKI:  Okay.  Thank you for

18  letting me know.

19       Q.    (BY MR. SZUMANSKI) All right.  So why don't

20  we go ahead and start off with Exhibit 1. I'm going to

21  mark this as Exhibit.  I'm going to share my screen.

22                   (Exhibit No. 1 marked.)

23       Q.    (BY MR. SZUMANSKI) Ms. Iglesias, are you able

24  to see my screen?

25       A.    Yes.



1       Q.    Okay.  So this is going to be the first
2    exhibit of the day.  It's Exhibit 1, as you can see
3    down in the right, bottom corner.
4           Have you seen -- I'm going to scroll down a
5    little bit, so you can see the title of the document.
6           Have you seen this document before?
7       A.    Yes.
8       Q.    Okay.  When did you see it?
9       A.    Today.
10      Q.    Great.  Now, if you look at the top of this
11   second page of the document, it reads, "State
12   Defendant's Notice of Intent to take the oral and
13   videotaped depositions of Yvonne Iglesias, Ann Scott
14   and Taylor Scott."  (As read.)
15          Did I read that correctly?
16      A.    Yes.
17      Q.    Okay.  Now, if you look down towards kind of
18   the first numbered paragraph, it has your name, Yvonne
19   Iglesias.  And in the second to last sentence, it
20   reads, "Ms. Iglesias is directed to appear in-person at
21   her residence for a deposition by Zoom video, that will
22   be arranged by her attorney, Zachary Dolling."  (As
23   read.)
24          Did I read that correctly?
25      A.    Yes.



```
 1        Q.   So based on that, do you understand that you
 2   are here today, testifying in a deposition because of
 3   this Notice?
 4        A.   Yes.
 5        Q.   Great.  Now, Ms. Iglesias, I'm also going to
 6   share my screen again and show you what is going to be
 7   Exhibit No. 2. Do you see it on your screen now?
 8        A.   Yes.
 9                    (Exhibit No. 2 marked.)
10        Q.   (BY MR. SZUMANSKI) Okay.  Have you seen this
11   document before?
12        A.   Yes.
13        Q.   Okay.  When did you see it?
14        A.   Today.
15        Q.   Great.  Now, if you go to the top of the
16   docket, where we kind of, what we did with Exhibit 1.
17   The title reads, "OCA-Greater Houston and HAUL
18   Plaintiffs' Sixth Supplemental Rule 26(a)(1) Initial
19   Disclosures," right?
20        A.   Uh-huh.  Yes, I'm sorry.
21        Q.   Great.  Now, let's go down to page 4 and then
22   in the eighth number and this is talking about you,
23   right?
24        A.   Yes.
25        Q.   Okay.  Now, the last sentence of this
```



 1  paragraph, under this eighth number heading, it says,

 2  "Ms. Iglesias is a member of REV UP Texas and The Arc

 3  of Texas, has a disability and will likely have

 4  discoverable information regarding the impact of SB1 of

 5  voters with disabilities, who are eligible to vote by

 6  mail, during the November 2022 election."  (As read.)

 7          Did I read that correctly?

 8      A.  Yes.

 9      Q.  Great.  Now, quickly, do you -- do you

10  understand what we mean by "SB1"?

11      A.  No.

12      Q.  Okay.  We'll get to know that.  Are you

13  familiar with the change in laws in 2021, known as

14  "Senate Bill 1"?

15      A.  Yes.

16      Q.  Okay.  And if I refer to that Senate Bill 1

17  as "SB1," would you understand what I was saying?

18      A.  I'm not sure.

19      Q.  Okay.  Would you prefer that I just refer to

20  it throughout this deposition as Senate Bill 1?

21      A.  Yes.

22      Q.  Okay.  Perfect.  Okay.  Now, this says that

23  you have relevant information.  This Exhibit No. 2 says

24  that you have relevant information to Senate Bill 1.

25          And so in addition to the Notice of



 1  Deposition or Exhibit 1, you understand that you were
 2  noticed to appear for this deposition because of this
 3  disclosure, right?
 4      A.   Yes.
 5      Q.   Okay.  Great.  I'm going to stop sharing my
 6  screen, and we can move on from that.  All right.
 7           Now, Ms. Iglesias, I want to talk a little
 8  bit about kind of before this deposition, so did you do
 9  anything to prepare for today's deposition?
10      A.   Yes.
11      Q.   Okay.  Have you brought any documents with
12  you today?
13      A.   No.
14      Q.   Okay.  Now, when you prepared for this
15  deposition, what exactly did you do?
16      A.   Speak to my lawyer.
17      Q.   Okay.  Now, I don't want to get into the
18  substance of any communications you had with your
19  lawyer at all.  Just kind of some general, you know,
20  facts about that.
21           How many times did you meet with your
22  attorney?
23      A.   Once.
24      Q.   Okay.  How long was that meeting?
25      A.   I'm not sure.



1      Q.   Okay.  Do you know who else was present in

2   that meeting?

3      A.   No.

4      Q.   Did you review any documents during that

5   meeting?

6      A.   Yes.

7      Q.   What documents did you review?

8      A.   The SB1.

9      Q.   Okay.  And by that, what do you mean?

10      A.   The -- what I was -- the rules.

11      Q.   Okay.  Are you talking about, like, the

12   statute?

13      A.   Yes, the statues.

14      Q.   Awesome.  Great.  Did you review anything

15   else, besides the statute?

16      A.   No, just that.

17      Q.   Okay.  All right.  Ms. Iglesias, let's kind

18   of move on a little bit and talk about some of your

19   background.

20           So I know we talked about it a little bit at

21   the beginning of today, but what is your current home

22   address?

23      A.   1610 West Kuhn, K-U-H-N, Street, Apartment 5,

24   Edinburgh, Texas 78541.

25      Q.   Great.  What county is that in by the way?



```
 1        A.    Hidalgo County.

 2        Q.    How long have you lived there?

 3                    MS. SNEAD:   Objection, form.

 4        A.    Fifty-two years.

 5        Q.    (BY MR. SZUMANSKI) Wow.  So were you born and

 6  raised in Hidalgo County?

 7        A.    Yes.

 8        Q.    Awesome.  Who else lives there with you?

 9        A.    My daughter.

10        Q.    Anybody else?

11        A.    My grandchildren.

12        Q.    Anybody else?

13        A.    No.

14        Q.    Okay.  You -- you just live in that full

15  house.  Okay.

16              Now, you said you've lived there for 52

17  years, born and raised.  So when were you born?

18        A.    1971.

19        Q.    And where were you born?

20        A.    Edinburg, Texas.

21        Q.    Okay.  So do you have a Texas driver's

22  license?

23        A.    No.

24        Q.    How come?

25        A.    I can't drive.
```



 1          Q.   Of course.  Do you have a state
 2   identification card?
 3          A.   Yes.
 4          Q.   How long have you had that?
 5          A.   I'm not sure.
 6          Q.   That's okay.  And I'm assuming you also have
 7   a Social Security number?
 8          A.   Yes.
 9          Q.   Okay.  And do you remember how long you've
10   had that?
11          A.   Since I was born.
12          Q.   Okay.  Now, are you registered to vote,
13   Ms. Iglesias?
14          A.   Yes.
15          Q.   Okay.  I'm assuming you're registered to vote
16   in Hidalgo County?
17          A.   Yes.
18          Q.   How long have you been registered to vote
19   there?
20          A.   I'm not sure.
21          Q.   Are you familiar with where your polling
22   place is?
23          A.   Yes.
24          Q.   Where is that?
25          A.   In Edinburg.



Yvonne Iglesias                                        April 17, 2023
                                                           Page 19

1          Q.    Do you know the particular location?

2          A.    I don't know the exact address.

3          Q.    Okay.  That's fine.  Have you ever voted

4     there in-person before?

5          A.    I'm not sure.

6          Q.    Okay.  How far away is it from your house?

7          A.    I'm not sure.

8          Q.    Now, I know you've mentioned -- I know you

9     mentioned a car accident in the past.  Are you

10    currently able to drive?

11         A.    No.

12         Q.    Okay.  So is there a particular way you go --

13    a particular way you get to places?

14         A.    Through ambulance.

15         Q.    Okay.  Do any of your family members own a

16    car?

17         A.    Yes.

18         Q.    Has that car been available for you to use,

19    have they taken you places?

20         A.    Yes.

21         Q.    Okay.  Do they frequently take you to places,

22    or how often is that?

23         A.    No.

24         Q.    Okay.

25         A.    Once -- sorry.



 1          Q.    Oh, sorry.  I Didn't mean to interrupt you.

 2          A.    Maybe once a year.  It's...

 3          Q.    Okay.  Ms. Iglesias, are you currently

 4    employed?

 5          A.    No.

 6          Q.    When were you last employed?

 7          A.    I'm not sure.

 8          Q.    Okay.  Do you remember, what type of job was

 9    your last job?

10          A.    I can't remember.

11          Q.    That's all right.  That's all right.  So do

12    you have any education or training, past high school?

13          A.    Yes.

14          Q.    All right.  What is that education or

15    training?

16          A.    Data process -- processing specialist and

17    legal secretary.

18          Q.    And how long were you each of those things?

19          A.    Um, I didn't get to finish -- well, I didn't

20    get to go to graduation.

21          Q.    Okay.  So how far did you go?

22          A.    All -- all of my term except for the last

23    month, I was pregnant at the time.

24          Q.    Oh, okay.

25          A.    Gave birth, yeah.



```
 1         Q.    Yeah.   Okay.   So data processing and legal
 2    secretary?
 3         A.    Yes.
 4         Q.    Anything else?
 5         A.    Not that I remember.
 6         Q.    All right.   Ms. Iglesias, I understand that
 7    you -- you have some disabilities.   Can you kind of
 8    just describe what disabilities you do have?
 9         A.    I'm -- I'm paraplegic.
10         Q.    Okay.   Anything else?
11         A.    I'm blind on my right eye.   I'm paralyzed, of
12    course.   I -- I have a colostomy bag.   I shattered my
13    spine.   Broke my neck.   I believe that's -- I -- I have
14    muscle spasms.   I'm diabetic.   I have pressure ulcers
15    in my buttocks.   I believe that's it, and I think
16    that's enough.
17         Q.    I would agree with you on that, and I'm sorry
18    about that.   Would you mind -- would you mind telling
19    me how all this happened?
20         A.    I had a car accident in 2005, and I was in a
21    coma for three and a half months, since then.
22         Q.    Okay.   Okay.   Now, since that time, how have
23    these -- these disabilities limited or currently
24    affected your mobility, besides -- I mean, do you have
25    wheelchair?   How has it affected your mobility in
```



```
 1   general?
 2               MS. SNEAD:  Objection, form.
 3        A.   I don't have a wheelchair.  It's -- I have to
 4   go by ambulance and very difficult to stay on my wounds
 5   for a very long time.  I can't sit.
 6        Q.   (BY MR. SZUMANSKI) Okay.  Do you have any
 7   type of assistance that's provided to you on a daily
 8   basis?
 9        A.   Yes.
10        Q.   And what type of assistance do you receive?
11        A.   Provider services.  Nurses' care.  Home
12   health.
13        Q.   So that's -- just to make sure I'm
14   understanding, that's a daily assistance, I'm assuming?
15        A.   Yes.
16        Q.   Okay.  Is it throughout the entire day?  Is
17   it a 24-hour thing, or can you just kind of tell me
18   generally what that's about?
19               MS. SNEAD:  Objection, form.
20        A.    It's daily, 24-hour care.
21        Q.   (BY MR. SZUMANSKI) Okay.  Now, you said you
22   travel outside of your house around once a year.
23               Would you mind telling me what you're
24   traveling to?
25               MS. SNEAD:  Objection, form.
```



1    A.   My son is the only one that could pick me up

2    and put me in the car and he works out of town.  And he

3    tries to take me somewhere to get out of the house for

4    just a little bit and -- you know, because I'm stuck

5    here 24/7.  It's really difficult.

6    Q.   (BY MR. SZUMANSKI) Understandable.

7    Understandable.  So outside of traveling with your son,

8    are there any other places you travel?

9    A.   No.

10   Q.   Okay.  Now, Ms. Iglesias, I do want to talk a

11   little bit, kind of switching topics and moving onto

12   kind of your membership in REV UP Texas.  I know that

13   Exhibit 2 said you were a member of REV UP Texas.

14        Can you explain to me what REV UP Texas is?

15   A.   They provide me with times of voting and how

16   it is to help the disability and to give disability

17   people help and be aware of things.

18   Q.   Okay.  And how long have you been a member of

19   REV UP Texas?

20   A.   November.

21   Q.   Of 2022 or 2021?

22   A.   I'm not sure.

23   Q.   Okay.  Have you been a member longer than a

24   year?

25   A.   No.



1    Q.   Okay.  So Ms. Iglesias, why did you join REV

2  UP Texas?

3    A.   To make a difference.  Where the disability,

4  it's really difficult.  I guess no one knows until

5  they're in the situation we are in, and it's really

6  hard to, you know, vote and it's difficult on a daily

7  basis.

8    Q.   Okay.  And because you are a member of REV UP

9  Texas, are there any benefits or services you receive

10  for being a member?

11    A.   No.

12    Q.   You mentioned earlier that you receive

13  updates on times to vote and things like that.  Can

14  you, generally, describe what types of information you

15  receive for being a member of REV UP Texas?

16    A.   Just to be aware of, like, when voting times

17  are and just, you know, what newsletters and, you know,

18  to -- so we could be aware of things.

19    Q.   Of course.  Have you ever used the REV UP

20  Texas website before?

21    A.   No.

22    Q.   So how do you get this information from REV

23  UP Texas?

24    A.   Through email.

25    Q.   Okay.  How frequently do you receive emails



1  from REV UP Texas?

2       A.   I don't -- I don't know.

3       Q.   That's okay.  That's okay.  This is not --

4  this is not a quiz.

5       A.   Yeah.

6       Q.   So you received emails from them.  Let's move

7  on a little bit and talk about The Arc of Texas.  Okay?

8            So you're also a member of The Arc of Texas,

9  correct?

10      A.   Yes.

11      Q.   Okay.  What is that?

12      A.   They help dis- -- disability people with, I

13  guess, sources and housing, a lot of things.  They --

14  they help for us to be aware of and, you know -- with

15  housing, things like that, you know.

16      Q.   Okay.  How long have you been a member of The

17 Arc of Texas?

18      A.   November.

19      Q.   Okay.  So you started being a member of both

20 REV UP Texas and The Arc of Texas at the same time?

21      A.   Yes.

22      Q.   Okay.  Do you get any benefits or services

23 from being a member of The Arc of Texas?

24      A.   No.

25      Q.   So just like the -- your membership with REV



```
 1  UP Texas, you pretty much get information and updates,

 2  right?

 3       A.   Yes.

 4       Q.   Okay.  Have you ever used The Arc of Texas

 5  website?

 6       A.   I'm not sure, no.

 7       Q.   Okay.  Is there a particular reason why you

 8  have not used the website of either REV UP Texas or The

 9  Arc of Texas?

10       A.   I wasn't aware of them until this happened to

11  me, and I didn't know there was resources out there

12  like this, because I didn't think anybody cared.  I --

13  I just was kind of disappointed, you know.  I just felt

14  like I was alone.

15       Q.   Understood.  Understood, Ms. Iglesias.  Since

16  you have become aware of them, is there a particular

17  reason why you have not used their website?

18       A.   No.

19       Q.   Okay.  Do you own a computer, Ms. Iglesias?

20       A.   No.

21       Q.   What about a phone?

22       A.   Yes.

23       Q.   Okay.  Now, since this tragic accident

24  happened to you and you've kind of become more aware of

25  these organizations, do you consider yourself to be an
```



1  activist for disabled individuals nowadays?

2      A.    Yes.

3      Q.    And why would you say that?

4      A.    Well, now that I'm aware, I would really love

5  to help others, that are dis- -- disabled and want to

6  make a change, make it better for us and help people

7  understand the situations that we go through and how

8  hard it is already in our daily lives.

9      Q.    Right.  Understood.  Thank you for that.

10          Now, since you are activist for disabled

11 individuals, what has been -- what have you done as

12 part of this activism to, as you say, help make a

13 difference?

14     A.    Well, I'm doing this today, and I'm hoping to

15 make a difference.

16     Q.    Okay.  Anything else?

17     A.    Not that I'm aware of.

18     Q.    Okay.  All right.  Ms. Iglesias, let's kind

19 of switch gears are a little bit and talk about some

20 voting practices.  Okay?

21     A.    Okay.

22     Q.    So do you remember how many elections you

23 have voted in?

24     A.    I'm not sure.

25     Q.    Do you have a ballpark estimate?



1        A.    No.

2        Q.    Have you voted in every election possible

3   since 2006, possibly?

4        A.    I'm not sure.

5        Q.    Okay.  Do you remember the year you first

6   started voting?

7        A.    No.

8        Q.    Okay.  Do you remember any elections you have

9   not voted in, in particular?

10        A.    No.

11        Q.    Okay.  Now, generally, do you vote in primary

12   elections?

13        A.    Yes.

14        Q.    Okay.  Why do you tend to vote in primary

15   elections?

16        A.    I want to make a difference, and I want to

17   try to make my vote count.

18        Q.    Okay.  Are there any primary elections that

19   you remember that you have not voted in?

20        A.    No.

21        Q.    Do you usually vote in general elections?

22        A.    I'm not sure.

23        Q.    Okay.  Do you understand the difference

24   between a primary election and a general election?

25        A.    Yes.



1      Q.    Okay.  Have you voted in general elections,

2  in the most recent elections in Texas?

3      A.    I can't remember.

4      Q.    Got it.  Now, do you usually vote by mail or

5  in-person?

6      A.    By mail.

7      Q.    Okay.  And would you mind just stating the

8  reason why you would vote by mail versus in-person?

9      A.    It's difficult to -- to go.  I usually use

10  the ambulance services and I know that they can't take

11  me.

12      Q.    Okay.  So do you remember any elections where

13  you voted in-person?

14      A.    I don't remember.

15      Q.    That's all right.  Ms. Iglesias, do you know

16  what an annual application for Ballot by Mail is?

17      A.    Yes.

18      Q.    Okay.  What -- what is your understanding of

19  what an annual Application for Ballot by Mail is?

20      A.    When they send you ballots through the year

21  of elections that are going on within that year.

22      Q.    Okay.  So have you ever submitted an annual

23  application for Ballot by Mail?

24      A.    Yes.

25      Q.    When have you done that?



1      A.    Last year.

2      Q.    And by last year, do you mean 2021 or 2022?

3      A.    2022.

4      Q.    Okay.  Do you remember when in 2022 you

5 submitted an annual application for Ballot by Mail?

6      A.    No.

7      Q.    Do you know if it was in, like, spring or the

8 fall?

9      A.    I don't remember.

10      Q.    Okay.  That's totally fine.  Now, why would

11 -- why did you decide to do an annual application for

12 Ballot by Mail in 2022?

13      A.    I'm sorry.

14                  (Witness crying.)

15      Q.    (BY MR. SZUMANSKI) Totally fine.  Take your

16 time.

17      A.    My sister passed and she was always helping

18 with elections.  And she always told me that -- to

19 vote, to make a difference, and my vote will count.

20 And since she passed away, I really wanted to vote and

21 make a difference in her honor, sorry.

22                  (Witness crying.)

23      A.    It was really important to her.

24                  THE REPORTER:  I think we lost

25 Mr. Ethan.



```
 1                      MS. SNEAD:  Okay.  I guess we can give
 2    him a minute.
 3                      THE REPORTER:  We can go off the
 4    record.  Mr. Videographer, is that okay?
 5                      THE VIDEOGRAPHER:  Going off the
 6    record at 10:40 a.m.
 7                      (Off the record.)
 8                      THE VIDEOGRAPHER:  And we are now back
 9    on the record at 10:41 a.m.
10         Q.   (BY MR. SZUMANSKI) Okay.  Ms. Iglesias, I
11    will try to make sure you don't have to -- you don't
12    have to -- you can take your time in answering all
13    this.  I understand this can be a very sensitive
14    subject for you.  So -- and I believe my last -- I had
15    a last question pending, and you were about to answer.
16                      MR. SZUMANSKI:  So if the court
17    reporter wouldn't mind just reading that back to me?
18                      (Whereupon the reporter complies.)
19         Q.   (BY MR. SZUMANSKI) So Ms. Iglesias, is there
20    anything, in addition to that answer, that you would
21    like to add to the record as to why you decided to do
22    an annual application for Ballot by Mail?
23         A.   No, sir.
24         Q.   Okay.  Well, I appreciate your testimony.
25    Thank you.
```



1           For this annual Application for Ballot by

2    Mail, are you aware of whether it applied to the 2022

3    primary election?

4           A.    Yes.

5           Q.    You're also aware that it likely applied to

6    the 2022 general election, correct?

7           A.    Correct.

8           Q.    Okay.  Now, are you aware of curbside voting?

9           A.    Yes.

10          Q.    Have you ever done curbside voting before?

11          A.    I'm -- I'm not sure.

12          Q.    Okay.  Well, Ms. Iglesias, let's talk a

13   little bit about Senate Bill 1. Are you aware that at

14   the beginning of this we talked about the Texas

15   legislature changing the voting laws in 2021 and what

16   has now been termed "Senate Bill 1"?

17          A.    Yes.

18          Q.    Okay.  What is understanding of those changes

19   that were made to Senate Bill 1?

20          A.    I'm not understanding.

21          Q.    Sure.  Well, let's break this down.  So

22   before Senate Bill 1 was passed, did you get

23   information about proposed changes in the Texas

24   election laws while they were still under consideration

25   in 2021?


MAGNA ▶
LEGAL SERVICES

1      A.    I'm not sure.

2      Q.    Okay.  Do you have any views about -- did you

3 have any views during that time before SB1 was passed

4 as to whether -- let me rephrase this, just because I

5 kind of got a little bit lost in the question there.

6            Do you have any views on the proposed Senate

7 Bill 1 legislation while it was under consideration?

8      A.    No.

9      Q.    Why is that?

10     A.    I wasn't aware.

11     Q.    Okay.  When did you become aware of Senate

12 Bill 1?

13     A.    When my ballot got rejected.

14     Q.    And when was that?

15     A.    I can't remember the date.

16     Q.    Okay.  Do you remember if it was in the 2022

17 primary election?

18     A.    I'm not sure.

19     Q.    Do you remember if it was in the 2022 general

20 election?

21     A.    I'm not sure either.

22     Q.    Okay.  So you did not become aware of this

23 lawsuit against Senate Bill 1 in 2021, right?

24     A.    No.

25     Q.    You only became aware of Senate Bill 1 in



 1  2022?

 2      A.   I'm not sure.

 3      Q.   That's okay.  Why don't we approach it from

 4  this:  So in 2022 did you vote in the March 1st primary

 5  election?

 6      A.   Yes.

 7      Q.   Okay.  And what party's primary did you vote

 8  in?

 9      A.   I can't remember.

10      Q.   Okay.  So you're not -- you don't remember if

11  it was the Democratic primary or the Republican

12  primary?

13      A.   I believe it was Republican.

14      Q.   Okay.  Do you, usually, vote in Republican

15  primaries?

16      A.   I vote on who I think is more qualified and

17  my point of view.

18      Q.   Okay.  So does that mean that you sometimes

19  vote Democratic primary and sometimes vote Republican

20  primary?

21      A.   Yes.

22      Q.   Okay.  Is there one primary that you vote in

23  more often than the other?

24      A.   I don't remember.

25      Q.   Okay.  That's totally fine.  For this 2022



1    primary election, did you vote by mail?

2        A.    Yes.

3        Q.    When did you complete your Application for

4    Ballot by Mail for the 2022 primary election?

5        A.    I'm -- I don't remember.

6        Q.    Okay.  So -- but you did complete your

7    Application for Ballot by Mail for the November -- or

8    excuse me, for the 2022 primary election?

9        A.    Yes.

10       Q.    Okay.  And I would assume you submitted it

11   after completing it?

12       A.    Yes.

13       Q.    Do you remember what happened after you

14   submitted it?

15       A.    I know my ballot got rejected.

16       Q.    Okay.  Do you remember how long from after

17   you submitted it that you received notice that it was

18   rejected?

19       A.    I called to make sure they had received my

20   ballot.

21       Q.    Okay.  So did you receive a notice of

22   rejection?

23       A.    I'm not sure.

24       Q.    Okay.  What I'm just trying to get at,

25   Ms. Iglesias, is whether you received a notice of



1  rejection and then called or if you called before

2  receiving any type of notice?

3       A.   I called be -- before, I believe.

4       Q.   Okay.  Okay.  And when you called, did you

5  call the election office?

6       A.   I called the, yes election office here in

7  Hidalgo.

8       Q.   Do you --

9                 MS. SNEAD:  Ethan, can we take a break

10 for five minutes?

11                MR. SZUMANSKI:  Of course.  Sure.

12                MS. SNEAD:  Thanks.

13                MR. SZUMANSKI:  We'll go back on the

14 record at 10:55, I'm assuming?

15                MS. SNEAD:  Yes, that's great.

16                MR. SZUMANSKI:  Okay.

17                THE VIDEOGRAPHER:  Going off the

18 record at 10:50 a.m.

19                (Off the record.)

20                THE VIDEOGRAPHER:  We are now back on

21 the record at 10:56 a.m.

22      A.   Yes, I was confused and I was really talking

23 about November.

24      Q.   (BY MR. SZUMANSKI) Okay.  So do you have any

25 recollection of what happened in the 2022 primary



 1  election?

 2              MS. SNEAD:  Ethan, if you can say

 3  "months," when you say "election," I think that might

 4  be helpful?

 5              MR. SZUMANSKI:  Sure.  Let me rephrase

 6  my question.

 7     Q.   (BY MR. SZUMANSKI) So Ms. Iglesias, did you

 8  vote in the March 1st, 2022 primary election in Texas?

 9     A.   I'm not sure.

10     Q.   Is there anything that would refresh your

11  recollection?

12     A.   I'm not sure, sir.

13     Q.   Is there a particular reason why you're

14  having a particular remembering, right now?

15     A.   I just do a lot of things during the day.

16  And sometimes I can't recall until sometimes they bring

17  up something, or you know, I -- I just have a lot of

18  things going on and I have a major surgery coming up,

19  and so I'm -- it's kind of hard to really remember.

20     Q.   Understood.  Would it surprise you if you had

21  voted in the March 1st, 2022 primary election in Texas?

22     A.   No.

23     Q.   Why would it not surprise you?

24     A.   Because I've been trying to make a difference

25  and vote in honor of my -- my sister and other



 1   disability people of course.

 2        Q.   Now, you mentioned that you don't remember

 3   whether you voted in the March 1st, 2022 primary

 4   election, but do you remember if you had voted whether

 5   you remember your ballot being accepted or rejected?

 6        A.   I'm not sure.

 7        Q.   So let's try a different question.

 8        A.   Okay.

 9        Q.   Do you remember any difficulties or problems

10   with submitting an Application for Ballot by Mail or a

11   mail-in ballot during the March 2022 primary election?

12        A.   I believe it got rejected.

13        Q.   And why do you believe that?

14        A.   I know that I had called to make sure that --

15   if they received my ballot and they had said that it

16   got rejected.

17        Q.   So you called both in the primary election

18   and through the November '22 -- 20 -- excuse me, in the

19   November 2022 general election in 2022 about your

20   ballot?

21        A.   I called because I try to make sure they

22   receive it.

23        Q.   So did you call only in the November 2022

24   general election?

25        A.   Yes, I believe.  I'm not sure, sorry.



1        Q.   So that's -- so you're not sure if you had

2    called in March -- you are not sure if you had called

3    in regards to the March 1st, 2022 primary election in

4    Texas, right?

5        A.   Right, I'm not sure.

6        Q.   Understood.  So let's just talk about the

7    November 2022 general election for a few moments.

8             Before going there, though, just a few --

9    couple quick questions.  Do you remember if you voted

10   in any of the primary run-offs in 2022?

11       A.   I don't remember, sir.

12       Q.   Do you remember if you would have voted in

13   the constitutional election, that was toward the end of

14   May in 2022, in Texas?

15       A.   I'm not sure, sir.

16       Q.   Understood.  All right.  So let's go over to

17   the general election of 2022.

18            So did you submit a Application for Ballot by

19   Mail for the November 8th general election in 2022 in

20   Texas?

21       A.   Yes.

22       Q.   When do you -- when did you submit that

23   application?

24       A.   I'm not sure.

25       Q.   Do you have a general time frame as to what



1    month maybe in 2022 you submitted that application?

2         A.   No, sir.

3         Q.   After you submitted your application, did you

4    call the election office to see if it was accepted or

5    rejected?

6         A.   Yes.

7         Q.   Was that before you received any type of

8    notice of rejection?

9         A.   Yes.

10        Q.   Do you know how long after you submitted your

11   application that you called the election office?

12        A.   I'm not sure.

13        Q.   Do you know if it was a month?

14        A.   I don't remember.

15        Q.   Is there anyway you can give me a ballpark?

16        A.   I don't want to lie.  I'm not sure, sir.

17        Q.   I understand.  I understand.  So let's talk

18   about the ballot tracker.

19             Did you ever call the election -- did you

20   ever use the ballot tracker to track your Application

21   for Ballot by Mail for the November 2022 general

22   election in Texas?

23        A.   No.

24        Q.   Is there a particular reason why?

25        A.   I usually just call.  I'm just old-fashion



1  maybe.  I -- you know, it's just a -- I guess it's

2  just -- I just try to do things differently the way I

3  can because of my disability.  I just try to make it

4  more convenient for me.

5       Q.    Understood.  So you believe that calling the

6  election office is more convenient than using the

7  ballot tracker?

8       A.    At the time.

9       Q.    Is there a particular reason --

10      A.    I wasn't aware of that.

11      Q.    So when did you become aware of the ballot

12  tracker?

13      A.    After my ballot got rejected I became aware

14  of a lot of things.

15      Q.    So after you called the election office, is

16  that when they told you that your ballot had been re-

17  -- your Application for Ballot by Mail had been

18  rejected?

19      A.    I'm not sure, sir.

20      Q.    Do you remember the general time frame of

21  when they told you your ballot had been rejected, after

22  you called them?

23      A.    I believe it was in -- I can't remember.

24      Q.    So -- but you do remember that you had called

25  the election office and after that you had learned that



1    your ballot was rejected, right?

2        A.    Yes.

3        Q.    Okay.  Once you learned that your Application

4    for Ballot by Mail had been rejected, what did you try

5    to do to fix that problem?

6        A.    I asked for another ballot and I mailed it in

7    again and tried to correct what they said that was

8    incorrect.  And I know -- I be- -- I believe I know I

9    did everything right, and then I did it again and it

10   still got rejected.

11       Q.    So when you resubmitted this Application for

12   Ballot by Mail, did they tell you what was originally

13   wrong with your initial application?

14       A.    They said I didn't put my -- either my ID

15   number or my registration voter's number.  And I -- I

16   know I always do.  I mean, that's how they know who

17   I -- you know, who voted.

18       Q.    Is there a possibility that you may have

19   misspelled a number or had a typo?

20       A.    No.

21       Q.    So when you resubmitted your Application for

22   Ballot by Mail, did you do the exact same thing that

23   you did on your initial application?

24       A.    Yes.

25       Q.    So you didn't make any changes to your



 1  resubmitted application?

 2      A.   No, I just wrote down my information like I'm

 3  supposed to and submitted it.

 4      Q.   So just to make sure I'm understanding

 5  correctly:  There was -- the same information on your

 6  initial Application for Ballot by Mail was the exact

 7  same information you put on your resubmitted

 8  Application for Ballot by Mail?

 9      A.   Yes.

10      Q.   You didn't change one aspect of it?

11      A.   No.

12      Q.   Even though the election office had told you

13  it was incorrect?

14      A.   I wrote down everything that I was instructed

15  to do on the paper.

16      Q.   Did you consult or talk to anybody else in

17  resubmitting this application to make sure it was going

18  to be accepted this time?

19      A.   No.

20      Q.   So you didn't talk to election -- election

21  officials in Hidalgo County, to see if they would help

22  you?

23      A.   No.

24      Q.   Did you have anyone assist you in filling out

25  this Application for Ballot by Mail?



Yvonne Iglesias                                    April 17, 2023
                                                        Page 44

```
 1              MS. SNEAD:  Objection, form.
 2      A.   No.
 3      Q.   (BY MR. SZUMANSKI) Did you do any reading on
 4  the Secretary of State's website, The Arc of Texas
 5  website or REV UP Texas' website to gain more
 6  information about how to submit an Application for
 7  Ballot by Mail?
 8      A.   No.
 9      Q.   So all you did was just read the instructions
10  on the application and submit it, right?
11      A.   Yes, I don't believe it's that hard.  I mean,
12  I'm in the my right mind.  I know how to write, read,
13  and I just did what the instructions were -- were
14  telling me to do.
15      Q.   Understood.  So on this Application for
16  Ballot by Mail, do you remember whether you put one of
17  your ID numbers or both of your ID numbers?
18      A.   I'm not sure.
19      Q.   Would it surprise you if you had only put
20  one?
21      A.   No.
22      Q.   So once you had finished with resubmitting
23  your Application for Ballot by Mail, what happened
24  after that, as far as your understanding of what
25  happened with your application?
```



1      A.    I just know it got rejected, and I didn't

2  know who to turn to or anything at the time.

3      Q.    So how did you become aware that your

4  resubmitted Application for Ballot by Mail, in the 2022

5  general election had been rejected again?

6      A.    I had called to make sure.

7      Q.    Do you remember when you called?

8      A.    No, sir.

9      Q.    Do you remember if it was before or after the

10 election?

11     A.    Before.

12     Q.    And you said you had called the election

13 office?

14     A.    Yes.

15     Q.    Did you call anybody else?

16     A.    No.

17     Q.    Do you remember when you submitted this new

18 Application for Ballot by Mail?

19     A.    No.

20     Q.    Are you aware that you have to submit an

21 Application for Ballot by Mail by a certain time frame?

22     A.    Yes.

23     Q.    Okay.  Do you know what -- what that time

24 frame is?

25     A.    At the time, I was aware.  I don't remember



1  right now.

2      Q.    Okay.  Do you remember if you had submitted

3  this new Application for Ballot by Mail within that

4  time frame?

5      A.    Yes.

6      Q.    And how did you submit your Application for

7  Ballot by Mail?

8      A.    Through mail.

9      Q.    Through mail?

10     A.    Yes.

11     Q.    Did you have somebody put it in the mailbox

12  for you?  How does that work?

13     A.    No, my mailman actually comes to the door.

14     Q.    Okay.  And then you just give him your

15  Application for Ballot by Mail?

16     A.    Yes.

17     Q.    Awesome.  So you mentioned that you had

18  called again, after you submitted your new Application

19  for Ballot by Mail.  This time, did you receive any

20  notice of rejection before calling?

21     A.    I believe after the first time it got

22  rejected when I did it again, between that time, the

23  first time I called and then between then.

24     Q.    So after you had become aware that your first

25  application had been rejected, you then received a



1  notice of rejection and then resubmitted the new

2  application?

3          A.    Yes.

4          Q.    Okay.   After you had -- when you called the

5  election office the second time for your second

6  Application for Ballot by Mail in the general election

7  in Texas, did they explain to you why it was rejected?

8          A.    Yes.

9          Q.    And what was their explanation?

10         A.    They said I didn't put my -- either my

11 driver's license or my voting registration card number

12 again.

13         Q.    Were there any other reasons why they said

14 your application was rejected?

15         A.    No.

16         Q.    So they never said that they rejected it

17 because it was too late?

18         A.    No.

19         Q.    They never said it was rejected, because it

20 was delivered improperly?

21         A.    No.

22         Q.    So the only reason that you remember that

23 they rejected it was because they had not received all

24 of your ID information?

25         A.    Yes.



1    Q.   So after you had submitted this second
2  Application for Ballot by Mail, what did you decide to
3  do, as far as attempting -- continuing to attempt to
4  vote?
5    A.   Nothing.
6    Q.   Why is that?
7    A.   I felt like my -- like nobody cared.  I felt
8  like I didn't know where to turn to.  I wasn't aware if
9  anybody else cared about my vote, especially at the
10  time because there's a lot of voter fraud going on, and
11  I just didn't believe it would matter.
12    Q.   Why -- why did you believe all that?
13    A.   I just didn't know who to turn to.  I -- I
14  didn't -- like I said, I wasn't aware of things that
15  maybe I could have done or called or, you know, do
16  anything about it.
17    Q.   Is there a particular reason that you were
18  not aware maybe how to fix these problems with your
19  applications?
20    A.   I wasn't aware of the resources or where to
21  call or how to make a difference, make my -- my vote
22  count.  I just felt like since there was a voter fraud
23  going on down here, too, that it just was kind of a
24  waste of time.  I didn't think that they would even
25  acknowledge it.



1    Q.   So since you were not aware of any resources,

2  did you do anything to try to become aware of

3  additional resources, such as going through, doing a

4  simple Google search or anything like that?

5    A.   No.

6    Q.   Is there a particular reason why you did not

7  do a simple Google search or anything of the kind, to

8  try to become more aware of voting resources?

9    A.   At that time, my father had passed away, my

10 sister and -- and daily basis of what I need to go

11 through, and then wound care and the nurses and doctors

12 and things that were going on, it was just a lot at the

13 time and everyday life.

14   Q.   I understand.  And speaking of doctors and

15 nurses and -- and all those types of people, did you

16 ever ask them about the voting process, or just talk

17 with anybody in your circle about questions you had

18 related to voting?

19             MS. SNEAD:  Objection, form.

20   A.   No.

21   Q.   (BY MR. SZUMANSKI) Did you talk to anybody

22 about how to vote by mail more successfully in Texas?

23   A.   Just my sister, when she was alive.

24   Q.   And what did those conversations consist of?

25   A.   She just always tried to tell me that I



 1  needed to vote, to make a difference.

 2      Q.   Did she ever --

 3      A.   She always -- oh, sorry.  She was --

 4      Q.   Sorry.

 5      A.   I'm sorry.

 6      Q.   Sorry.  I didn't mean to interrupt you.  I

 7  know there's this Zoom lag, so I'll try to do better

 8  about that.

 9           But you said your sister pushed you, right?

10      A.   Yeah.  Well, she would convince me and -- and

11  tell me, you know, that it -- my vote does matter and

12  it does count, and that I could do it, you know.  And I

13  did make a difference.  I did count in this world, and

14  it made me feel, you know...

15                   (Witness crying.)

16      A.   ...that I did make a difference.  You know,

17  that I did count.  That disability people count.  And

18  she always would tell me that my vote mattered.  So...

19      Q.   (BY MR. SZUMANSKI) I understand.  I

20  understand.  Thank you for letting me know.

21           Would you like to take a break, Ms. Iglesias?

22      A.   No, I'm fine.  Thank you.

23      Q.   You sure?

24      A.   Yes.

25      Q.   Okay.  Now, in your conversations with your



1  sister, Ms. Iglesias, did she ever give you practical

2  tips about voting my mail?

3       A.   A long time ago she had introduced me into

4  doing that because I didn't know that I could vote

5  through mail, ballot through mail.

6       Q.   So would it by fair to say, Ms. Iglesias,

7  that if you had been more aware of the resources out

8  there, that it is possible that your Application for

9  Ballot by Mail, in the November 8th general election in

10 2022, in Texas, possibly could have been accepted?

11      A.   Yes.

12      Q.   Why would you say that?

13      A.   I would have known who to turn to and be more

14 educated on things I can do and be aware.

15      Q.   Is there anything you wished you would have

16 done differently, in the 2022 general election, in

17 Texas, as far as submitting your Application for

18 Ballot by Mail?

19      A.   No, I just wanted my vote to count for my

20 sister -- it meant a lot to me.

21               (Witness crying.)

22      Q.   (BY MR. SZUMANSKI) I understand.  Thank you

23 for letting me know that.

24           So is there anything else besides that, that

25 you would rather have done differently, yourself, as



Yvonne Iglesias                                    April 17, 2023
                                                       Page 52

1  far as submitting your Application for Ballot by Mail,

2  in the November 8th general election in 2022, in Texas?

3       A.   Be more aware of organizations and -- and to

4  know that I'm not alone, and that, you know, we do

5  matter.  That's all.  I just wanted to make a

6  difference.

7       Q.   Understood.  Ms. Iglesias, is there anything

8  about SB1 in particular, that you believe may have made

9  it more difficult to vote by mail --

10                 MS. SNEAD:  Objection, form.

11      Q.   (BY MR. SZUMANSKI) -- in Texas?

12      A.   I'm not sure.

13      Q.   Do you have any opinions about Senate Bill 1,

14 personally?

15      A.   No.

16      Q.   Now, Ms. Iglesias, I do know that there's a

17 May 6, 2023, election coming up, are you aware of that?

18      A.   Yes.

19      Q.   Do you plan to vote in this election?

20      A.   Yes.

21      Q.   What have you done, as far as preparing to

22 vote in this May 6, 2023 election?

23      A.   Well, be educated by the resources that I

24 have now and excited to make a difference.

25      Q.   And what resources do you have now that you



 1  did not have in 2022?

 2      A.    I know about REV and Arch now.  And I -- they

 3  educate me more about it and be aware of the things

 4  that are going on.  And --

 5      Q.    So did you --

 6      A.    Sorry.

 7      Q.    Sorry, that was my fault, Ms. Iglesias as far

 8  as interrupting you.  Go ahead and finish.  I didn't

 9  want to interrupt you.  I missed that last part of what

10  you were saying.

11      A.    And that I'm not alone.

12      Q.    Understood.  So would you-all mind if we take

13  a quick five-minute break as I go over some notes real

14  quick, just to make sure I kind of didn't miss anything

15  and make sure we're all on the same page?

16                  MS. SNEAD:  Yeah.

17                  MR. SZUMANSKI:  Great.  We'll come

18  back at 11:30, if that's all right with everybody.

19                  THE VIDEOGRAPHER:  Okay.  We're off

20  the record at 11:24 a.m.

21                  (Off the record.)

22                  THE VIDEOGRAPHER:  We are now back on

23  the record at 11:32 a.m.

24      Q.    (BY MR. SZUMANSKI) All right.  Ms. Iglesias,

25  we just came back from break.  I just kind of want to



1  follow-up some -- on some things you said earlier.

2          So you mentioned that in Edinburg, that you

3  are aware of -- or you mentioned voter fraud.

4          Can you explain to me why you believe there's

5  voter fraud in Edinburg, Texas?

6      A.   Before that there was on the news and

7  everything going on that the fed- -- federal government

8  was down here investigating on voter fraud and things

9  that were going on here.  And I just felt like when I

10 voted, like, I don't know who was controlling all of

11 that.  And I just didn't feel that it would ever -- and

12 it go through, and it didn't make a difference.

13     Q.   So based on that, would you agree that IDs

14 are an important part of submitting applications for

15 ballot by mail and mail-in ballots?

16     A.   Yes.

17     Q.   Why would you agree with that?

18     A.   So that they could know you're a person,

19 identification; so they can know who's voting.

20     Q.   Why is that an -- why do you think that is

21 important, as far as submitting applications for ballot

22 by mail and mail-in ballots?

23     A.   To make your vote count.  To make a

24 difference.

25     Q.   And you also mentioned aware -- as we were



 1  talking about awareness, right before we broke.

 2          Now that you've been through the process and

 3  you are aware of REV UP and -- and Arc of Texas, would

 4  you agree with me that you have more knowledge about

 5  how to vote by mail in future elections in Texas?

 6      A.   Yes.

 7      Q.   And that means that you will have more

 8  knowledge and, as you say, make your vote count?

 9      A.   Yes.

10      Q.   And do you also agree that having that

11  additional information will make it easier for voters

12  just like you to vote more effectively in future

13  elections in Texas?

14      A.   Definitely, yes.

15      Q.   And do you also agree that because,

16  sometimes, voting laws take some time to make their way

17  to people, to voters and individuals, that voters, who

18  now have gotten used to SB1 or Senate Bill 1, that they

19  will know be able to cast their ballot more

20  effectively, in future elections?

21      A.   Yes.

22      Q.   Why do you believe that?

23      A.   I believe they have more resources and

24  knowledge.

25      Q.   So if they had more resources and knowledge



 1  and they've been through the experience a little bit
 2  more, you would agree with me that now their vote would
 3  be, as you say, able to count?
 4                    MS. SNEAD:  Objection, form.
 5       A.   Yes.
 6       Q.   (BY MR. SZUMANSKI) So you would agree with me
 7  that voter education is very important in helping
 8  voters cast their Applications for Ballot by Mail and
 9  their mail-in ballots?
10       A.   Yes.
11       Q.   Now, are you aware that -- as you become more
12  aware through your experience in the 2022 elections,
13  are you aware of the different ways that an individual
14  can cure the Application for Ballot by Mail?
15       A.   I don't understand.
16       Q.   So let me try rephrasing it.
17                    So are you aware of, even though you -- a
18  voter submits an Application for Ballot by Mail, they
19  can fix that problem in several ways?
20       A.   Yes.
21       Q.   Are you aware of that?
22       A.   Yes.
23       Q.   Okay.  Do you know what those different
24  options are?
25       A.   Resubmit your application in time.  Just



1  follow instructions and if you have a problem they'll

2  be people to help you and show you what to do in the

3  future.

4       Q.   So in addition to putting the correct ID

5  information on the new Application for Ballot by Mail,

6  are there any other options, that you're aware of, of

7  how to fix the -- a potential rejection of an

8  Application for Ballot by Mail?

9       A.   No.

10       Q.   So you're not aware that a voter can update

11  their voter registration by going to the "My Voter

12  Portal" on the Secretary of State's website?

13       A.   No, I'm barely starting to educate myself

14  more because I didn't know about those resources at the

15  time and I'm barely, you know, being aware of things

16  like that.

17       Q.   Understood.  So what are you doing, currently

18  to become more aware of these new options for fixing a

19  defect on an Application for Ballot by Mail or a

20  mail-in ballot?

21       A.   Well, looking through their news feed.

22  Trying to see if there's any changes going on and to

23  understand that because at the time of voting, I didn't

24  -- I don't -- I didn't know if there was any new laws

25  or any new ways of them receiving my ballot through --



 1  through mail.

 2      Q.    Understood.  So in addition to news feeds and

 3  doing additional reading, are you aware that

 4  VoteTexas.org has information on how to vote by mail?

 5      A.    No.

 6      Q.    Are you aware that The Arc of Texas has

 7  information on their website about how to vote in

 8  Texas?

 9      A.    Now, I am.

10      Q.    Have you looked at their website to see what

11  they provide, as far as information about how to vote

12  in Texas?

13      A.    I seen a few things, but not completely gone

14  through everything, yet.

15      Q.    Is there a particular reason why you haven't

16  gone through everything, yet?

17      A.    I just been really busy, like I said, with

18  doctors, nurses and things going on.  I, usually, try

19  to -- now, I'm going to, before I vote this next time,

20  to really read and educate myself, before voting to see

21  if there's anything different.

22      Q.    Understood.  So you would agree that being

23  more aware is directly tied to your ability to cast a

24  ballot effectively in an election, right?

25      A.    Yes.



1      Q.   So if voters go to those resources that

2 you're mentioning, they go to REV UP Texas or The Arc

3 of Texas and they read through that stuff, would you

4 agree that having that information would allow them to

5 be able to successfully cast their Applications for

6 Ballot by Mail and their mail-in ballots?

7      A.   Yes.

8      Q.   Can you explain the reason why?

9      A.   I believe that they could explain and speak

10 with us, especially for people that are blind and can't

11 really see and read and things like that.  But they

12 could get a number, or they could call us and educate

13 us because I am also blind from one eye.  And it's kind

14 of difficult to read.  I get tired, you know, but I am

15 thankful that people take their time and explain new

16 things that are going on to help us make -- you know,

17 do better.

18      Q.   Understood.  So because of all this new

19 knowledge and awareness you've gained and trying to, as

20 you say, help make a difference, you would agree that

21 your ability to cast a ballot now, under the same,

22 current existing law, is greater, as far as being able

23 to successfully cast an Application for Ballot by Mail

24 or mail-in ballot?

25                    MS. SNEAD:  Objection, form.



Yvonne Iglesias

April 17, 2023
Page 60

```
 1        A.    I'm not sure.
 2        Q.    (BY MR. SZUMANSKI) So -- so let me rephrase,
 3   because maybe I got a little bit confusing there for a
 4   second.
 5        A.    Yeah.
 6        Q.    So you would agree that because you have all
 7   this new-found awareness and knowledge based on your
 8   educating yourself, that voters just like you can make
 9   their vote count, now based on the new knowledge that
10   they have?
11                    MS. SNEAD:  Objection, form.
12        A.    I believe if they're -- if they know this
13   knowledge, you know, it would make a difference because
14   a lot of disability people need help to vote and to
15   make a difference.
16        Q.    (BY MR. SZUMANSKI) So would you agree that
17   it's more about knowledge than about the -- the change
18   in law --
19                    MS. SNEAD:  Objection --
20        Q.    (BY MR. SZUMANSKI) -- that --
21                    MS. SNEAD:  -- form.
22        Q.    (BY MR. SZUMANSKI) -- takes the Application
23   for Ballot by Mail or mail-in ballot being able to be
24   cast more successfully?
25                    MS. SNEAD:  Objection, form.
```



1      A.    No.

2      Q.    (BY MR. SZUMANSKI) And why is that?

3      A.    Because I believe that laws have to change,

4  to make it easier for us to make our vote count, you

5  know.  It's very difficult on the -- the way of life we

6  live.  Until you're in that situation and you're going

7  through something or maybe your family members or your

8  children or someone in your family is going through

9  something like this, then maybe, you would understand

10 that you would want to make it easier for them, because

11 you love and care for them.

12     Q.    So you would agree that even though -- you

13 would agree that making voting easier could sometimes

14 have an impact on voter fraud, right?

15     A.    Rephrase that?

16     Q.    Sure.  So you would agree -- earlier, you

17 said that ID requirements -- you believe that ID

18 requirements are needed, correct?

19     A.    Yes.

20     Q.    Because of the voter fraud that you believe

21 is happening or has happened in the past, at least in

22 Edinburg, Texas, correct?

23     A.    Yes.

24     Q.    So for example if voting was made easier and

25 those ID requirements were not there, you would agree



```
 1  that there potentially be a concern for voter fraud,
 2  right?
 3                    MS. SNEAD:  Objection, form.
 4       A.   I'm not sure.
 5       Q.   (BY MR. SZUMANSKI) Understood.  Understood.
 6            Is there a particular reason why you're not
 7  sure?
 8       A.   It's just, you know, a lot of times people
 9  get -- like us, get taken advantage of, and it's --
10  it's just -- we just want to make a difference and make
11  a change, you know, for us.
12       Q.   Understood.  Ms. Iglesias, do you think
13  that -- the voters in Texas who have gained experience
14  from 2022 elections and just from getting used to the
15  Senate Bill 1, do you think that they will improve the
16  voting process for voters with disabilities in future
17  elections, based on this new experience that they've
18  gained from past elections?
19                    MS. SNEAD:  Objection, form.
20       A.   I'm not sure, sir.
21       Q.   (BY MR. SZUMANSKI) Why are you not sure?
22                    MS. SNEAD:  Objection, form.
23       A.   I don't know how to really explain it into
24  things for you-all to understand.  I don't -- I don't
25  --
```



1        Q.    (BY MR. SZUMANSKI) Ms. Iglesias -- I
2    understand.  So, Ms. Iglesias, maybe I can help clear
3    some things up a little bit.
4            So do you think that voters with disabilities
5    will have a greater chance of having their Application
6    for Ballot by Mail accepted or the mail-in ballot
7    accepted, because of their experience from 2022
8    elections?
9                    MS. SNEAD:  Objection, form.
10       A.    Yes.
11       Q.    (BY MR. SZUMANSKI) Do you also think that
12   them gaining more education themselves will also help
13   them be able to be more successful in casting an
14   Application for Ballot by Mail or a mail-in ballot in
15   future elections in Texas?
16                   MS. SNEAD:  Objection, form.
17       A.    Yes.
18       Q.    (BY MR. SZUMANSKI) And would you also agree
19   that being aware of all the different options for
20   fixing a defect on an Application for Ballot by Mail or
21   a carrier envelope or any of those different
22   vote-by-mail mechanisms, do you -- would you agree that
23   having more information and understanding of those
24   options would allow voters with disabilities the
25   ability to be more successful in casting Applications



 1  for Ballot by Mail or mail-in ballots?
 2                  MS. SNEAD:  Objection, form.
 3      A.   Can you explain it more?
 4      Q.   (BY MR. SZUMANSKI) Sure.  So as we talked
 5  about earlier, there are several options for fixing a
 6  defect on an Application for Ballot by Mail, right?
 7      A.   Yes.
 8      Q.   And we also discussed that there were several
 9  options for fixing a defect on a mail-in ballot, such
10  as a carrier envelope or things like that, right?
11      A.   Yes.
12      Q.   So if a voter with a disability is more aware
13  of those different options, would you agree that they
14  are better able to successfully cast an Application for
15  Ballot by Mail or a mail-in ballot, in future elections
16  in Texas?
17                  MS. SNEAD:  Objection, form.
18      A.   I believe that -- I mean, I read the
19  instructions and I did what I was supposed to and it
20  still got rejected, so I just don't know what -- what
21  really went wrong, you know.  I just felt, like, lost.
22      Q.   (BY MR. SZUMANSKI) Understood.  But you would
23  also agree with me that, as you stated here today, that
24  you were not aware of all of the different ways that
25  you could vote by mail and how to vote by mail,



 1  correct?

 2      A.    Correct.

 3      Q.    So you became aware of those, after going

 4  through and participating in the vote-by-mail process,

 5  in the 2022 general election in Texas?

 6      A.    Yes.

 7      Q.    So as we sit here today, you are more aware

 8  today than you were back in 2022, when you were trying

 9  to cast a mail-in ballot in the 2022 general election,

10  right?

11      A.    Yes.

12      Q.    And so now you're more able to successfully

13  cast in an Application for Ballot by Mail or mail-in

14  ballot in the future?

15                  MS. SNEAD:  Objection, form.

16      A.    I am -- can you explain to me better,

17  different way so I could understand it, the question

18  better.

19      Q.    (BY MR. SZUMANSKI) Sure.  So now -- so you

20  would agree with me that you have more knowledge and

21  understanding about how to vote by mail, based on your

22  experience from the 2022 general election in Texas,

23  right?

24      A.    Yes.

25      Q.    And for example, now, if you -- since you are



1  planning to vote in the May 6, 2023 election, that new

2  experience and new knowledge you have, based on your

3  past experience in 2022, would you agree with me that

4  you are better able to cast an Application for Ballot

5  by Mail or mail-in ballot in this May 6, 2023 election?

6                    MS. SNEAD:  Objection, form.

7        A.   Yes.

8        Q.   (BY MR. SZUMANSKI) So because of your

9  increased awareness, you would agree with me that you

10 are more confident that your vote, in the May 6, 2023

11 election, will count this time?

12                   MS. SNEAD:  Objection, form.

13       A.   I'm hoping and praying that it will count and

14 it will go through.

15       Q.   (BY MR. SZUMANSKI) So are you more confident

16 than you were in 2022 that it will count and go through

17 because of your past experience and your increased

18 awareness of how to vote by mail?

19                   MS. SNEAD:  Objection, form.

20       A.   I just believe that there has to be made

21 certain changes in certain areas.

22       Q.   (BY MR. SZUMANSKI) And what changes are you

23 referring to?

24       A.   Well, I don't know what goes on in the

25 elections office when you mail in your ballot.  Like,



1  why they submit certain, I feel, excuses, when we mail

2  in ballots.  Because I wasn't the only one that I'm

3  aware of, I didn't know.  I really thought I was, like,

4  the only one, and that's the way I felt.

5      Q.   So how many others are you aware of?

6      A.   I don't know the amount.  I just know that

7  there was other people.

8      Q.   But again --

9      A.   In Texas.

10     Q.   But again, you would agree with me that it

11 was because you were not as familiar with the

12 voting-by-mail process in 2022 than you are now,

13 correct?

14              MS. SNEAD:  Objection, form.

15     A.   Well, I can't say, you know.  I really,

16 really can't.  I mean, I'm aware of these things, but

17 when we submit it, will it go through even though we do

18 the things that we're asked to do?

19              MR. SZUMANSKI:  If we could just take

20 a couple minute break, I'm just going to go through a

21 couple more notes to see what areas we could talk

22 about.  Does that work for everybody?

23              MS. SNEAD:  Yeah.

24              MR. SZUMANSKI:  Great.  Thank you.

25              THE VIDEOGRAPHER:  Okay.  We're now



```
 1  off the record at 11:55 a.m.

 2                    (Off the record.)

 3                    THE VIDEOGRAPHER:  Back on the record

 4  at 12:10 a.m.

 5       Q.   (BY MR. SZUMANSKI) Ms. Iglesias, we are back

 6  on from break, back on the record.  Just want to have a

 7  few more questions.  Shouldn't be too much longer.

 8            Okay?

 9       A.   Okay.

10       Q.   So you mentioned earlier that your ballot was

11  rejected, in the November 2022 general election in

12  Texas, right?

13       A.   Yes.

14       Q.   You also were saying how you were not fully

15  sure why it was rejected?

16       A.   Yes.

17       Q.   Now, I wanted to ask you a question.  Is it

18  possible that your ballot could have been rejected

19  because of a mistake by the local county election

20  officials and not because of a fault in Senate Bill 1?

21                    MS. SNEAD:  Objection, form.

22       A.   It's never happened before.  I don't

23  understand.  I've done it other years, and why now?

24  Like, I don't understand.

25       Q.   (BY MR. SZUMANSKI) What did you -- what do
```



Yvonne Iglesias                                          April 17, 2023
                                                              Page 69

1  you think changed in the November 2022 general election
2  in Texas, as far as voting by mail?
3       A.   Using our ID.  We used to just use our
4  voter's registration card.  And when they asked me,
5  I -- it was, like, putting both numbers and stuff like
6  that, even though it just -- I don't know.  Like, it
7  just feels, like, more difficult.
8       Q.   But do you think that it is impossible that
9  your ballot could have been rejected because of a
10 mistake by local county official, rather than a fault
11 in Senate Bill 1?
12                MS. SNEAD:  Objection, form.
13      A.   I'm not sure, sir.
14      Q.   (BY MR. SZUMANSKI) You're not sure whether
15 it's possible at all whether your ballot could have
16 been rejected because of some other reason, besides
17 Senate Bill 1?
18                MS. SNEAD:  Objection, form.
19      A.   No, because I'm not in the office or where
20 all the mail-in ballots go through.  I don't know what
21 goes on.  And --
22      Q.   (BY MR. SZUMANSKI) I know, but you --
23 understood.  And because you don't know what goes on
24 you're not sure whether there could have been a
25 potential mistake by a local county official, right?



1                    MS. SNEAD:  Objection, form.

2        A.    I cannot say that, sir.  I don't know.

3        Q.    (BY MR. SZUMANSKI) So you can't say whether

4   there -- it's possible at all whether there could have

5   been a mistake, right?

6                    MS. SNEAD:  Objection, form.

7        A.    I don't know.

8        Q.    All right.  Well, Ms. Iglesias, I think that

9   is all the questions I have for you right now.

10                   MR. SZUMANSKI:  I will reserve any

11  further questions for trial.  And for the moment, I

12  will pass the witness for anyone else who would like to

13  ask questions of Ms. Iglesias.

14                   MS. SNEAD:  I've just got a few

15  questions.  Probably 10 minutes or less, if we want to

16  just keep going?

17                   MR. SZUMANSKI:  Works for me.

18                   MS. SNEAD:  Okay.

19                       CROSS-EXAMINATION

20  BY MS. SNEAD:

21       Q.    Ms. Iglesias, you voted by mail before 2021,

22  right?

23       A.    Yes.

24                   MR. SZUMANSKI:  Objection, form.

25                   MS. SNEAD:  I'll -- I'm going to --


MAGNA
LEGAL SERVICES

Yvonne Iglesias                                          April 17, 2023
                                                              Page 71

 1   I'll rephrase.

 2        Q.   (BY MS. SNEAD) Ms. Iglesias, did you vote by

 3   mail before 2021?

 4        A.   Yes.

 5        Q.   When you voted by mail before 2021, did you

 6   believe that your application to vote by mail was

 7   secure?

 8                  MR. SZUMANSKI:  Objection, form.

 9        A.   No.

10        Q.   (BY MS. SNEAD) When you voted by mail before

11   2021 -- so I'm going to back up.

12        Do you remember before 2021, if you had to

13   put your ID number on your application to vote by mail?

14        A.   Oh, no.  I didn't.

15        Q.   You don't remember, or you didn't --

16        A.   Oh.

17        Q.   -- have to put the number?

18        A.   I didn't have to put the number.

19        Q.   Okay.  When you submitted a ballot to vote by

20   mail, when you did not have to put your ID number on

21   it, did you believe your ballot was secure?

22        A.   Yes.

23        Q.   When you were -- I believe you testified

24   that, when you the Attorney General was asking you

25   questions, that your application to vote by mail was



1  rejected, in November of 2022; is that right?

2      A.   Yes.

3      Q.   Do you know what you did wrong, when you

4  filled out your application for November 2022?

5      A.   No.

6      Q.   Do you know what you needed to change, in

7  order to have your application to vote by mail be -- be

8  accepted in May for the May 2023 election?

9      A.   No.

10      Q.   So you agreed, when the Attorney General was

11  asking questions, you -- you believe you have more

12  knowledge now than you did before November about voting

13  by mail; is that accurate?

14      A.   Yes.

15      Q.   Do you think that -- even with that

16  knowledge, are you confident that your ballot will be

17  accepted for the May 2023 election?

18      A.   No.

19           MR. SZUMANSKI:  Objection, form.

20      Q.   (BY MS. SNEAD) And I want to just clarify

21  something you said earlier, when you were talking about

22  your sister.  You indicated that she pushed you to

23  vote; is that right?

24      A.   Yes.

25      Q.   Can you explain what you meant by she pushed



1  you to vote?

2      A.   She encouraged me to vote.  To make a

3  difference.

4      Q.   Did --

5      A.   To make my vote count.

6      Q.   Did she ever push you to vote for a specific

7  candidate?

8      A.   Oh, no.

9      Q.   I know you spoke about election fraud here in

10  the valley; is that right?

11      A.   Yes.

12      Q.   Okay.  And you indicated -- is it accurate

13  that you believe there was fraud because you knew the

14  government was down here doing something?

15      A.   Yes.

16           MR. SZUMANSKI:  Objection, form.

17      Q.   (BY MS. SNEAD) What's the basis of your --

18  what -- why do you think there was fraud here before?

19      A.   It was on the news.

20      Q.   So you heard something on the news.  Did you

21  know any specifics?

22      A.   No.

23      Q.   Okay.  If asking if the requirement for your

24  ID on your application to vote by mail keeps you from

25  voting, do you believe that requiring the ID number is



1  necessary?

2      A.   No.

3                    MR. SZUMANSKI:  Objection, form.

4                    MS. SNEAD:  Pass the witness.

5                    MR. SZUMANSKI:  I would like to have a

6  few follow-up questions.

7                    MS. SNEAD:  Okay.

8                    REDIRECT EXAMINATION

9  BY MR. SZUMANSKI:

10     Q.   You were just discussing with your counsel

11 that you are still not confident about your vote being

12 cast successfully, even though you are more aware; is

13 that correct?

14     A.   Correct.

15     Q.   Earlier, when you -- when you and I were

16 talking, you said that you would actually be more

17 confident because of your awareness in future elections

18 that you would be able to -- that you would have a

19 better understanding of how to submit an application,

20 ballot by mail and -- or a mail-in ballot -- let me

21 just strike on this, because I think I got lost in the

22 question.

23          So when you and I were talking earlier you

24 said that after 2022 general elections, you were more

25 aware how to vote by mail, right?



1      A.   Yes, but I'm also aware that even though I
2  know this and I do this thing, it was still difficult
3  and it still didn't go through, so, you know, that --
4  that's what it -- you know, I don't know how to --
5      Q.   (BY MR. SZUMANSKI) But you would also agree
6  with me that this is the same time before you had
7  gained this knowledge and gained this new
8  understanding, is when your ballot was rejected in
9  2022, correct?
10                  MS. SNEAD:  Objection, form.
11     A.   Yes, but I didn't realize that -- like,
12 before, I know that I would only use my voter's
13 registration card and when they asked me about that it
14 got rejected, like -- like, well, you know, I never
15 used to have to -- to put, you know, ID.  I don't know.
16 It just made it more difficult because it's like I
17 wrote the two numbers and things like that, and it's
18 just, like, made it more difficult.
19     Q.   (BY MS. SNEAD) How is it more difficult?
20     A.   Before they didn't ask for ID and they only
21 asked for the voter's registration card.  And when I
22 had called, they were like, "You didn't put the
23 number."
24                  And I'm like, "I did."
25                  And it was just difficult.  Like, why did I



1  have to go through all of this?  I don't -- I just

2  don't understand.

3       Q.   (BY MR. SZUMANSKI) Ms. Iglesias, now that

4  you're aware that you do have to put the ID numbers,

5  you -- would you agree with me that you are, or at

6  least have a better understanding of how to vote by

7  mail in future elections in Texas?

8                    MS. SNEAD:  Objection, form.

9       A.   I just feel it's not necessary.  That's all.

10      Q.   (BY MR. SZUMANSKI) And I -- I appreciate what

11 you feel, Ms. Iglesias.  But would you agree with me

12 that you still now have a better understanding of how

13 to vote by mail in future elections in Texas?

14      A.   Yes, but I just don't -- it's just -- I just

15 don't understand why we have to go through all of that,

16 you know.  We get a voter's registration card, and I

17 just don't understand.  Like, I don't -- I don't know.

18 It's just -- I just feel it's more difficult,

19 especially maybe there's people that don't have their

20 IDs or they lost them or they can't find them all the

21 time or things like that.  I don't know.

22      Q.   Okay.

23      A.   Just really difficult.  We have a lot of

24 things that we do in our lives and kind of, like,

25 really hard to -- to do things.  You know, it is.  I



1 | can't even -- like, my hands and, you know, things like
2 | that, it's just really difficult.  It just really --
3 |        Q.   I understand.  I understand, Ms. Iglesias.
4 |             Are you aware that even though a individual
5 | in Texas, a citizen of Texas, may not have an ID, they
6 | may still vote using their Social Security?
7 |                      MS. SNEAD:  Objection, form.
8 |        A.   I'm not sure, sir.
9 |        Q.   (BY MR. SZUMANSKI) So you're not sure whether
10 | even if a person does not have an ID, they may still be
11 | able to vote in Texas?
12 |                      MS. SNEAD:  Objection, form.
13 |        A.   I'm -- I'm not aware, sir.
14 |        Q.   (BY MR. SZUMANSKI) But you are aware that the
15 | IDs on a Application for Ballot by Mail or mail-in
16 | ballot are there to identify the voter as the voter,
17 | right?
18 |                      MS. SNEAD:  Objection, form.
19 |        A.   Well, the voter's registration was the same
20 | thing.  They use -- you -- to identify a person.
21 | Sometimes, when you go places or you go to the doctor
22 | or something and they ask for your voter's registration
23 | card as a form of ID in some places when you don't have
24 | your ID.
25 |                      MR. SZUMANSKI:  I'm going to object to



 1  that as non-responsive.

 2       Q.   (BY MR. SZUMANSKI) Ms. Iglesias, earlier, you

 3  testified that your IDs are there -- that you believe

 4  voter IDs are there to help those who receive the

 5  Applications for Ballot by Mail and mail-in ballots to

 6  identify the voter --

 7                    MS. SNEAD:   Objection --

 8       Q.   (BY MR. SZUMANSKI) Am I remembering that

 9  correctly?

10                    MS. SNEAD:   Objection, form.

11       A.   I was -- I didn't understand at the time.

12  Like, explain.

13       Q.   (BY MR. SZUMANSKI) You didn't understand what

14  at the time?

15       A.   The question, I believe.  I'm sorry.

16       Q.   So do you agree that voter ID requirements

17  help identify the voter as the voter, in addition to

18  the voter registration information --

19                    MS. SNEAD:   Objection --

20       Q.   (BY MR. SZUMANSKI) -- in submitting an

21  Application for Ballot by Mail or mail-in ballot?

22                    MS. SNEAD:   Objection, form.

23       A.   No, I don't.

24       Q.   (BY MR. SZUMANSKI) Why?

25       A.   Because I mean, when they also give us a



1  voter's registration card, I mean, we could use that.

2  I mean, why do we have to be using other things, too?

3  I just -- I don't know.

4      Q.   Okay.   I appreciate your time, Ms. Iglesias.

5  Thank you for allowing us to talk to with you and ask

6  questions.

7                  MR. SZUMANSKI:  At this time, we will

8  reserve any further questions for trial.  We'll pass

9  the witness.

10                 THE WITNESS:  Okay.  Thank you.

11                 MS. SNEAD:  We don't have questions.

12  I don't believe anyone else has crossed noticed her.

13                 THE VIDEOGRAPHER:  Okay.  Would either

14  party like a video copy?

15                 MR. SZUMANSKI:  I believe so.

16                 THE REPORTER:  Ms. Snead, did you want

17  a copy?

18                 MS. SNEAD:  We -- I don't believe we

19  need a media copy.  But Ms. Iglesias does reserve the

20  right to read and sign.

21                 THE REPORTER:  And did you want a

22  record, in addition to the read and sign?

23                 MS. SNEAD:  Yes, please.

24                 THE VIDEOGRAPHER:  Now, going off the

25  record at 12:26 p.m.



```
 1                    MS. SNEAD:  I will actually be leaving
 2   Disability Rights Texas in about a week and a half, so
 3   let me give you different contact information for who
 4   to send the transcript to for Ms. Iglesias' read and
 5   sign.  And that will be Peter Hofer, H-O-F-E-R, and
 6   then the email address is just phofer@drtx.org.  That's
 7   D, like disability, R like rights and then T-X like
 8   Texas.org.
 9                    THE REPORTER:  Okay.  Great.  Thank
10   you.
11                    MS. SNEAD:  Thank you.
12                    THE REPORTER:  Ms. Goetz or
13   Mr. McGreal, anybody else want a transcript or
14   transcript sync?
15                    MR. KENNY:  I would like a copy of the
16   transcript, please.  This is Stephen Kenny.
17                    »:  No need.  I work with Peter and
18   Lisa.
19                    MR. KENNY:  Do you need an email?
20                    THE REPORTER:  Please, if you don't
21   mind.
22                    MR. KENNY:  I'll put it in the chat.
23                    MR. SZUMANSKI:  We also would like a
24   standard order, and I'll put my email in the chat as
25   well.
```



```
1                        THE REPORTER:  Thank you so much.

2                        MS. GOETZ:  I don't need a copy at

3    this time.  Thank you.

4                        THE REPORTER:  Okay.

5                        (Proceedings concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Yvonne Iglesias                                              April 17, 2023
                                                                   Page 82

1                    WITNESS CORRECTIONS AND SIGNATURE

2    Please indicate changes on this sheet of paper, giving
     the change, page number, line number and reason for the
3    change.  Please sign each page of changes.

4
     PAGE/LINE            CORRECTION       REASON FOR CHANGE
5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25                    Yvonne Iglesias



1          I, YVONNE IGLESIAS, have read the foregoing

2    deposition and hereby affix my signature that same is

3    true and correct, except as noted above.

4                     _____

5                              YVONNE IGLESIAS

6    STATE OF TEXAS                )

7    COUNTY OF _____     )

8                    Before me,_____, on this day

9    personally appeared YVONNE IGLESIAS, known to me (or

10   proved to me under oath through_____) to be the

11   person whose name is subscribed to the foregoing

12   instrument and acknowledged to me that they executed

13   the same for the purposes and consideration therein

14   expressed.

15         GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this,

16   _____ day of _____, 2023.

17

18                     _____

19                              Notary Public, State of Texas

20         My Commission Expires:_____

21

22

23

24

25



```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3

 4
    LA UNION DEL PUEBLO ENTERO,    )
 5  et al.,                        )
                Plaintiffs,        )    Case No.
 6                                 )    5:21-CV-844-XR
    vs.                            )
 7                                 )
    GREGORY W. ABBOTT, et al.,     )
 8        Defendants,              )
 9  _____

10  OCA-GREATER HOUSTON, et al.,   )
            Plaintiffs,            )    Case No.
11                                 )    1:21-CV-780-XR
    vs.                            )
12                                 )
    JANE NELSON, et al.,           )
13        Defendants.              )

14  _____

15
    HOUSTON AREA URBAN LEAGUE, et )
16  al.,                          )    Case No.
            Plaintiffs,           )    5:21-CV-848-XR
17                                )
    vs.                           )
18                                )
    GREGORY WAYNE ABBOTT, et al., )
19        Defendants.

20  _____

21
    LULAC TEXAS, et al.,           )
22        Plaintiffs,              )    Case No.
                                   )    1:21-CV-0786-XR
23  vs.                            )
                                   )
24  JANE NELSON, et al.,           )
          Defendants.              )
25
```



```
 1  _____

 2
    MI FAMILIA VOTA, et al.,        )
 3          Plaintiffs,             )    Case No.
                                    )    5:21-CV-0920-XR
 4  vs.                             )
                                    )
 5  GREG ABBOTT, et al.,            )
            Defendants.             )
 6
 7  _____

 8
    UNITED STATES OF AMERICA,       )
 9          Plaintiff,              )    Case No.
                                    )    5:21-CV-1085-XR
10  vs.                             )
                                    )
11  THE STATE OF TEXAS, et al.,     )
            Defendants.             )
12
                      REPORTER'S CERTIFICATE
13              ORAL/VIDEOTAPED DEPOSITION OF
                        YVONNE IGLESIAS
14                      APRIL 17, 2023

15       I, NILDA CODINA, Notary in and for the State of

16  Texas, hereby certify to the following:

17       That the witness, YVONNE IGLESIAS, was duly sworn

18  by the officer and that the transcript of the oral

19  deposition is a true record of the testimony given by

20  the witness;

21       I further certify that pursuant to FRCP Rule 30

22  (e)(1) that the signature of the deponent:

23       _____X_____was requested by the deponent or a party

24  before the completion of the deposition and returned

25  within 30 days from the date of receipt of the
```



1  transcript.  If returned, the attached Changes and

2  Signature Page contains any changes and the reason

3  therefor;

4        _____was not requested by the deponent or a

5  party before the completion of the deposition.

6        I further certify that I am neither attorney nor

7  counsel for, related to, nor employed by any of the

8  parties to the action in which this testimony was

9  taken.

10       Further, I am not a relative or employee of any

11  attorney of record in this cause, nor do I have a

12  financial interest in the action.

13       Subscribed and sworn to on this 26th day of April,

14  2023.

15

16       _____

17       NILDA CODINA
          Notary in and
          for the State of Texas
18        My Commission No. 12878135-3
          Expires:  10/24/2023

19

20        Magna Legal Services
          Firm Registration No. 633
21        16414 San Pedro Ave.
          Suite 900
22        San Antonio, TX 78232
          Phone:(866)672-7880

23

24

25

