# EXHIBIT 1

**296TH DISTRICT COURT**
# DOCKET SHEET
### CASE NO. 296-83837-2022

| The State of Texas vs. Mark Alfred Whittaker | § § § § | Location: | 296th District Court |
|---|---|---|---|
| | | Judicial Officer: | Roach, John R., Jr. |
| | | Filed on: | 10/13/2022 |

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Filed by Indictment** |
|---|---|---|---|---|---|
| 1. ILLEGAL VOTING | 64.012(b) | F2 | 11/03/2020 | | |

   TRN: 9306988125   TRS: A001   ACN: 2023-BK-02535
      Arrest:   03/02/2023        CCSO - Collin County Sheriff's Office

**Statistical Closures**
09/18/2023    Placed on Deferred Adjudication

**Bonds**
Cash Bond-District Clerk    #202303401    $7,500.00
 3/2/2023               Posted
 3/8/2023               Received
 Counts: 1

## CASE ASSIGNMENT

**Current Case Assignment**
Case Number          296-83837-2022
Court                296th District Court
Date Assigned        10/13/2022
Judicial Officer     Roach, John R., Jr.

## PARTY INFORMATION

|  |  | *Lead Attorneys* |
|---|---|---|
| **State** | The State of Texas | **Willis, Greg** |
| | | 972-548-4323(W) |
| **Defendant** | Whittaker, Mark Alfred | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/13/2022 | Case Filed by Indictment (OCA) | |
| 10/24/2022 | Oath  *Oath of Office and Statement of Officer* | |
| 03/08/2023 | Approving Bond by Sheriff | |
| 03/08/2023 | Notice to Appear Issued | |
| 03/09/2023 | Request  *Defendant's Timely Request for Discovery* | |
| 03/09/2023 | Motion  *Motion for Exculpatory and Mitigating Evidence* | |
| 03/09/2023 | Motion  *Motion to Produce Inconsistent Evidence* | |

| Date | Entry | Description |
|---|---|---|
| 03/09/2023 | Motion | *Defendant's Motion for On-going Discovery* |
| 03/13/2023 | Warrant Received Executed | |
| 04/06/2023 | **First Appearance** (Judicial Officer: Roach, John R., Jr.) | |
| 04/12/2023 | Deputation | *Brent Coffee Deputation and Oath* |
| 04/12/2023 | Deputation | *Levi Fuller Deputation and Oath* |
| 04/14/2023 | Notice | *State's Notice of Appearance of Counsel* |
| 04/21/2023 | *CANCELED* First Appearance | |
| 05/19/2023 | **Announcement** (Judicial Officer: Roach, John R., Jr.) | *Defendant to call in from New York* |
| 07/07/2023 | **Second Announcement** (Judicial Officer: Roach, John R., Jr.) | |
| 08/08/2023 | Deputation | |
| 08/08/2023 | Oath | *Statement of Officer, Execution and Oath of Office* |
| 08/08/2023 | Notice | *State's Notice of Appearance of Counsel* |
| 08/08/2023 | Notice | *State's Notice of Intent to Introduce Evidence of Other Crimes, Wrongs, and Acts* |
| 08/08/2023 | State's | *State's Witness List* |
| 08/10/2023 | **Announcement Last Pass** (Judicial Officer: Roach, John R., Jr.) | |
| 08/18/2023 | Amended | *First Amended State's Witness List* |
| 09/18/2023 | **Plea - Agreed** (Judicial Officer: Roach, John R., Jr.) | |
| 09/18/2023 | Deferred Adjudication | DEFERRED ADJUDICATION Jury Waived. Defendant arraigned. Defendant warned. Defendant enters plea of guilty before Court and prays that Court withhold adjudication of guilt under Art 42A. Court finds that the evidence and Defendant's plea substantiates the Defendant's guilt of the offense beyond a reasonable doubt as charged in the indictment. Adjudication of guilt Deferred |

**296TH DISTRICT COURT**
# DOCKET SHEET
### CASE NO. 296-83837-2022

*and Defendant placed on probation for 5 years, subject to terms and conditions of probation served on Defendant. Fine: $4000. Perform 100 hours of Community Service.*

| Date | |
|---|---|
| 09/18/2023 | Defendant's Plea Agreement Packet |
| 09/18/2023 | Discovery Acknowledgement |
| 09/18/2023 | **Plea** (Judicial Officer: Roach, John R., Jr.)<br>   1. ILLEGAL VOTING<br>      Guilty |
| 09/18/2023 | **Disposition** (Judicial Officer: Roach, John R., Jr.)<br>   1. ILLEGAL VOTING<br>      Deferred Adjudication |
| 09/18/2023 | **Sentence** (Judicial Officer: Roach, John R., Jr.)<br>   1. ILLEGAL VOTING<br>      DC-Deferred Probation<br>      CSCD 5 Years with Community Service of 100 Hours |
| 09/19/2023 | Payment Agreement |
| 09/20/2023 | Bill of Cost |
| 09/26/2023 | CR Cash Bond Letter |

| DATE | FINANCIAL INFORMATION | |
|---|---|---:|
| | **Defendant** Whittaker, Mark Alfred | |
| | Total Charges | 4,355.00 |
| | Total Payments and Credits | 4,355.00 |
| | **Balance Due as of 10/6/2023** | **0.00** |
| | **Defendant** Whittaker, Mark Alfred | |
| | Criminal Cash Bonds Balance as of 10/6/2023 | **7,500.00** |