# EXHIBIT 2

* Unapp

**DEFENDANT** **Whittaker, Mark Alfred**
**Person ID: 2275244, 2022-11596**

**CHARGE** **ILLEGAL VOTING Second Degree Felony 64.012(b)**

**ADDRESS** **123 Paschal Dr Milford CT 06461**

**CAUSE#** 296-83837-2022

**DESCRIPTION** **04/09/1964, W/M, 5 Ft. 9 In., 190 Lbs., Bro, Blk**

**AGENCY/#** **Attorney General CX4553072406**

**ARREST INFORMATION** **GJR**

**C/C** **Witness: Joseph O'Neill**

## TRUE BILL OF INDICTMENT

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Collin County, State of Texas, duly organized at the JULY Term, A.D., 2022 of the 219th District Court of said county, in said court at said term, do present that**

**Mark Alfred Whittaker HEREINAFTER CALLED DEFENDANT**

**on or about the 3rd day of November, 2020 in said county and State, did**

then and there knowingly vote or attempt to vote more than once in an election, to wit; the November 3, 2020 General Election;

against the peace and dignity of the State.

[signature]
Foreman of the Grand Jury

FILED
2022 OCT 13 AM 11: 4
LYNNE FINLEY
DISTRICT CLERK
COLLIN COUNTY, TX
BY [signature] DEPUTY

*Unapp

DEFENDANT Whittaker, Mark Alfred
Person ID: 2275244, 2022-11596

CHARGE ILLEGAL VOTING Second Degree Felony 64.012(b)

ADDRESS 123 Paschal Dr Milford CT 06461

CAUSE# 296-83837-2022

DESCRIPTION 04/09/1964, W/M, 5 Ft. 9 In., 190 Lbs., Bro, Blk

AGENCY/# Attorney General CX4553072406

ARREST INFORMATION GJR

C/C Witness: Joseph O'Neill

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Collin County, State of Texas, duly organized at the JULY Term, A.D., 2022 of the 219th District Court of said county, in said court at said term, do present that

Mark Alfred Whittaker HEREINAFTER CALLED DEFENDANT

on or about the 3rd day of November, 2020 in said county and State, did

then and there knowingly vote or attempt to vote more than once in an election, to wit; the November 3, 2020 General Election;

against the peace and dignity of the State.

[signature]
Foreman of the Grand Jury

FILED
2022 OCT 13 AM 11: 4?
LYNNE FINLEY
DISTRICT CLERK
COLLIN COUNTY, TX
BY [signature] DEPUTY

STATE OF TEXAS )
COUNTY OF COLLIN )
I, Lynne Finley, District Clerk in and for Collin County Texas, do hereby certify that the above foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Collin County, Texas. Witness my hand and seal of said Court, this the 14 day of Oct A.D., 20 22
LYNNE FINLEY, DISTRICT CLERK
COLLIN COUNTY, TEXAS
[signature] DEPUTY




DEFENDANT'S COPY