# EXHIBIT 3

Case 5:21-cv-00844-XR   Document 801-3   Filed 10/15/23   Page 2 of 4

Filed: 10/24/2022 12:00 PM
Lynne Finley
District Clerk
Collin County, Texas
By Jaime Bese Deputy
Envelope ID: 69497280

296-83837-2022

## Statement of Officer

I, Joseph O'Neill, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

Position to Which Appointed: <u>Special Prosecutor for the Collin County Criminal District Attorney.</u>

## Execution

Under penalties of perjury, I declare that I have read the foregoing statement and that the facts stated therein are true.

Signed this the _6th_ date of _Oct._, 2022.

_____
Signature of Officer

---

## Oath of Office

In the name and by the authority of the State of Texas, I, Joseph O'Neill, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Special Prosecutor for the Collin County Criminal Distrit Attorney, of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Signature of Officer

State of Texas
County of Collin

Sworn to and subscribed before me this _6th_ day of _October_, 2022.

_____
Signature of Notary Public or Other Officer
Administering Oath
Printed or Typed Name

GREG WILLIS
Notary Public
STATE OF TEXAS
Notary ID # 12852043-0
My Comm. Exp. February 9, 2023

Special Prosecutor Deputation, Statement of Officer, and Oath

2

## Deputation

I, Greg Willis, the elected Criminal District Attorney of Collin County, Texas, having full confidence in Joseph O'Neill, an attorney employed by the Texas Attorney General do hereby nominate and appoint Joseph O'Neill my true and lawful deputy, and as a Special Prosecutor, in my name, place and stead, to do and perform any and all acts and things pertaining to election code violations by Mark Whittaker and any related violations of law that I may perform, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue thereof.

Witness my hand, this the _6th_ day of _Oct_, 2022.

_____
Greg Willis
Criminal District Attorney
Collin County, Texas

---

The State of Texas
County of Collin

**Before me**, on this day personally appeared Greg Willis, known to me to be the person whose name is subscribed to the foregoing deputation, and acknowledged to me that he executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office at McKinney, Texas

This the _6th_ day of _October_, 2022.

_____
Notary Public

BRITTNEY HOLLEY
Notary Public
STATE OF TEXAS
Notary ID # 13318520-2
My Comm. Exp. June 21, 2025

Special Prosecutor Deputation, Statement of Officer, and Oath

1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Cloutier on behalf of Joseph O'Neill
Bar No. 24076953
nicole.cloutier@oag.texas.gov
Envelope ID: 69497280
Status as of 10/24/2022 2:54 PM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph O'Neill | 24076953 | joseph.oneill@oag.texas.gov | 10/24/2022 12:00:25 PM | SENT |
| Nicole Cloutier | | nicole.cloutier@oag.texas.gov | 10/24/2022 12:00:25 PM | SENT |
| Gregory Willis | 21653500 | eserveDA@collincountytx.gov | 10/24/2022 12:00:25 PM | SENT |

Associated Case Party: MarkAlfredWhittaker

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Barney | | johnmwb@law.com | 10/24/2022 12:00:25 PM | ERROR |