# EXHIBIT 4

Filed 8/8/2023 9:22 AM
Michael Gould
District Clerk
Collin County, Texas
By Jaime Bese Deputy
Envelope ID: 78295570

**Statement of Officer**

I Geoff Barr, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

Position to Which Appointed: <u>Special Prosecutor for the Collin County Criminal District Attorney.</u>

**Execution**

Under penalties of perjury, I declare that I have read the foregoing statement and that the facts stated therein are true.

Signed this the ___8th___ date of August, 2023.

_____
Signature of Officer

---

**Oath of Office**

In the name and by the authority of the State of Texas, I Geoff Barr, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Special Prosecutor for the Collin County Criminal District Attorney, of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Signature of Officer

State of Texas
County of Collin

Sworn to and subscribed before me this __8th__ day of August, 2023.

REAGEN TRUEX
Notary Public-State of Texas
Notary ID #13392929-4
Commission Exp. AUG. 10, 2026
Notary without Bond

_Reagen Truex._
_____
Signature of Notary Public or Other Officer
Administering Oath
Printed or Typed Name

State v. Mark Whittaker, 296-83837-2022
Geoff Barr—Special Prosecutor Deputation, Statement of Officer, and Oath

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Geoff Barr on behalf of Geoff Barr
Bar No. 24027277
geoff.barr@oag.texas.gov
Envelope ID: 78295570
Filing Code Description: Other Documents Not Listed
Filing Description: SignedDeputation 8723
Status as of 8/8/2023 9:45 AM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gregory Willis | 21653500 | eserveDA@collincountytx.gov | 8/8/2023 9:22:05 AM | SENT |
| Reagen Truex | | reagen.truex@oag.texas.gov | 8/8/2023 9:22:05 AM | SENT |
| Geoffrey Ira Barr | 24027277 | Geoff.Barr@oag.texas.gov | 8/8/2023 9:22:05 AM | SENT |

Associated Case Party: MarkAlfredWhittaker

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeff L. Pierce | 15995200 | Jeff@JeffPierceLaw.com | 8/8/2023 9:22:05 AM | SENT |
| John Barney | | johnmwb@law.com | 8/8/2023 9:22:05 AM | ERROR |