# EXHIBIT 5

Filed: 6/8/2023 2:17 PM
Michael Gould
District Clerk
Collin County, Texas
By Jaime Bese Deputy
Envelope ID: 78316768

CAUSE NO. 296-83837-2022

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 296th JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| MARK ALFRED WHITTAKER | § | COLLIN COUNTY, TEXAS |

### STATE'S NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

The State of Texas, by and through its District Attorney, files this notice of appearance naming Special Assistant District Attorney Geoff Barr as lead attorney for the State of Texas in this cause and respectfully requests the Court and attorney for the Defendant to notice the State accordingly.

Respectfully submitted,

Greg Willis
Collin County Criminal District Attorney

_____
Geoff Barr
Special Assistant District Attorney—Collin County
Assistant Attorney General
Election Integrity Division
State Bar No. 24027277
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 475-2547 (direct)
Geoff.Barr@oag.texas.gov

1

## **CERTIFICATE OF SERVICE**

I, Geoff Barr, certify that on August 8, 2023, a true and correct copy of the above document was forwarded to the following counsel or parties of record via e-filing:

Jeff L. Pierce
Attorney for the Defendant

_____
Geoff Barr

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Reagen Truex on behalf of Geoff Barr
Bar No. 24027277
Reagen.truex@oag.texas.gov
Envelope ID: 78316768
Filing Code Description: Other Documents Not Listed
Filing Description: States Notice of Appearance of Counsel--Geoff Barr
Status as of 8/8/2023 3:05 PM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Geoffrey Ira Barr | 24027277 | Geoff.Barr@oag.texas.gov | 8/8/2023 2:17:16 PM | SENT |
| Gregory Willis | 21653500 | eserveDA@collincountytx.gov | 8/8/2023 2:17:16 PM | SENT |
| Reagen Truex | | reagen.truex@oag.texas.gov | 8/8/2023 2:17:16 PM | SENT |

Associated Case Party: MarkAlfredWhittaker

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jeff L. Pierce | 15995200 | Jeff@JeffPierceLaw.com | 8/8/2023 2:17:16 PM | SENT |
| John Barney | | johnmwb@law.com | 8/8/2023 2:17:16 PM | ERROR |