# EXHIBIT 6

CAUSE NO. 296-83837-2022

| THE STATE OF TEXAS | § | IN THE 219TH JUDICIAL |
| --- | --- | --- |
| VS. | § | DISTRICT COURT OF |
| MARK ALFRED WHITTAKER | § | COLLIN COUNTY TEXAS |

## DISCOVERY INDEX AND ACKNOWLEDGMENT OF COMPLIANCE WITH TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 39.14

Attorney for the defendant and the defendant acknowledge receiving the discovery listed below in the discovery index. Further, attorney for the defendant acknowledges that non-public information received pursuant to Article 39.14 of the Texas Code of Criminal Procedure is not subject to disclosure to a third party without a court order. Attorney also acknowledges that he or she must redact personal/sensitive information of victims or witnesses as set forth by the Texas Code of Criminal Procedure 39.14 prior to showing this information to a defendant, witness, or prospective witness.

## DISCOVERY INDEX

| Date | Data/Information |
| --- | --- |
| 1/13/2023 | BN 01-01 Discovery - 39 14 Warning.pdf |
| 1/13/2023 | BN 02-02 Indictment_Filed -- Cause No. 296-83837-2022 -- Mark Whittaker -- 10-13-22.PDF |
| 1/13/2023 | BN 03-10 OR--Incident Report # CX4553072406--OAG--Forister--9-20-2022.PDF |
| 1/13/2023 | BN 11-11 OR -- #2021-135 -- RE. Interview w Mark Whittaker -- CT SEEC -- Inv. Perry -- 7-14-2021.pdf |
| 1/13/2023 | BN 12-13 Exhibit 1 --Election Complaint Referral--SOS--Ingram--6-8-2022.pdf |
| 1/13/2023 | BN 14-14 Exhibit 2 - Absentee Ballot App--CT--Mark Whittaker--9-29-2020.pdf |
| 1/13/2023 | BN 15-34 Exhibit 3 -Absentee Ballot App--TX--Mark Whittaker--2020.pdf |
| 1/13/2023 | BN 35-54 Exhibit 4 - Absentee Ballot App -- TX -- Mark Whittaker --2018.pdf |
| 1/13/2023 | BN 55-74 Exhibit 5 - Absentee Ballot App -- TX -- Mark Whittaker -- 2019.pdf |
| 1/13/2023 | BN 75-79 Exhibit 6 -- Driver's License Info. -- Mark A. Whittaker -- DOB 4-09-1964.pdf |
| 1/13/2023 | BN 80-80 Exhibit 7 -- TEAMS Voter History -- Mark Whittaker -- 2018 thru 2020.pdf |
| 1/13/2023 | BN 81-82 Exhibit 8 - CT Voting History -- Mark Whittaker -- DOB 4-09-1964.pdf |
| 1/13/2023 | BN 83-83 Exhibit 9 - Collin Co. CAD -- 1632 Nicklaus Ct. -- Mark Whittaker -- 2022.pdf |
| 1/13/2023 | BN 84-84 Exhibit 10 -- Collin Co. CAD (2) -- 424 Gershwin Way -- Mark Whittaker -- 2022.pdf |
| 1/13/2023 | BN 85-85 Exhibit 11 -- CT Voter Status Change -- SOS -- Mark Whittaker.pdf |
| 1/13/2023 | BN 86-86 Exhibit 15 -- Collin Co. CAD -- 1308 Somerset --6-30-2021.pdf |
| 1/13/2023 | BN 87-98 Exhibit 16 -- Certified Documents -- CT -- RE. Mark Whittaker -- 9-6-2022.pdf |

ST. Ex 4

| Date | Description |
|---|---|
| 1/13/2023 | BN 99-119 Exhibit 17 - Certified Documents -- TX -- RE. Mark Whittaker -- 9-9-2022.pdf |
| 1/13/2023 | BN 120-120 Exhibit 18 - Certified Voting History -CT -- Mark Whittaker -- 1996 thru 2020.pdf |
| 1/13/2023 | BN 121-121 Current Voter Registration -- Mark Whittaker -- 9-30-2020.pdf |
| 1/13/2023 | BN 122-123 Capias -- Cause No. 296-83837-2022 -- Mark Whittaker -- 10-21-2022.pdf |
| 1/13/2023 | BN 124-124 Exhibit 12- Interview -- Kim Taylor -- 8-17-2022.WAV |
| 1/13/2023 | BN 125-125 Exhibit 13 - Interview (second contact) -- Kim Taylor -- 8-17-2022.WAV |
| 1/13/2023 | BN 126-126 Exhibit 14 -- Interview (phone) -- Mark Whittaker -- 8-23-2022.WAV |
| 7/18/2023 | BN 127-130 – CCH – Mark Alfred Whittaker – 7-18-2023 |
| 7/20/2023 | BN 131-134 – CT DMV Licensing History_certified copies – Mark Whittaker – 7-19-2023 |
| 8/7/2023 | BN 135-135 – Cash Bond – No. 202303401 – 3-8-2023 |
| 8/18/2023 | BN 136-BN 136 --Axon_Body_3_Video_2023-08-17_1300_X60A94327 (1) |
| 8/21/2023 | BN 137-BN 138--BS 82 -- Sample Ballot -- Collin Co_TX - 2020 |
| 8/21/2023 | BN139-BN 139 -- BS 119 -- Sample Ballot 2020 -- CT |
| 9/11/2023 | BN140-BN 148--CT -- Report for Arrest Warrant |