# EXHIBIT 7

## Office of the Attorney General
### Law Enforcement Division
PO Box 12548
Austin, TX 78711

Page 1 — **Incident**
Incident # CX4553072406
Seq 1

| Beat | Rpt Dist | Type | | |
|---|---|---|---|---|
| | | General Report | | |

**Crime / Incident (Primary, Secondary, Tertiary):** EC Election Code Violation

| | Attempt | Occurred | Date | Time | Day |
|---|---|---|---|---|---|
| | | On or From | 11/03/2020 | | Tue |
| | | To | 11/03/2020 | : | Tue |
| | | Reported | 06/14/2022 | 10:00 | Tue |

**Location of Incident:** 1632 NICKLAUS CT, MCKINNEY, TX
**Cross Street:**
**County:** COLLIN

Dispo: "V" = Victim   "RP" = Reporting Party   "W" = Witness   "S" = Suspect   "O" = Other

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| O | PERRY, RON | | M | | | | | | (860) 256-2963 |

Address: 55 FARMINGTON AVE 8TH FLOOR
DOB: | DL Number: | State: | Work Phone: 0
City, State, Zip Code: HARTFORD CT 06105
SSN: | Local ID #: | State #: | FBI #: | Cell Phone: (860) 698-5677

| Dispo | Last, First, Middle | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| O | WHITTAKER, MARK ALFRED | W | M | 58 | 5-09 | 190 | BLK | BRO | 0 |

Address: 123 PASCHAL DR
DOB: 04/09/1964 | DL Number: [redacted] | State: TX | Work Phone: 0
City, State, Zip Code: MILFORD CT 06461
SSN: | Local ID #: | State #: | FBI #: | Cell Phone: (203) 927-4968

**Synopsis:** On 06/14/2022, This case was assigned to the Election Integrity Division for investigation. The case consists of allegations of Texas Election Code violations committed in Collin County, Texas for the General Election on November 3, 2020. This case was referred by the Secretary of State's Office (SOS) to the Texas Attorney General's Office (OAG) and involves specific allegations of illegal voting against MARK WHITTAKER. Specifically, it is alleged WHITTAKER voted in the State of Texas and State of Connecticut in the same election.

**SOLVABILITY**

| | |
|---|---|
| Continuation Attached: ☐ | PropertyList Attached: ☐ |
| UCR: 26 | Press Release: ☐ |
| Gang Related: N | Hate Crime: ☐ |
| Pursuit: ☐ | Force Used: ☐ |
| | County Code: COLLIN |

Property Damage $:
Domestic Violence Case: ☐
Victim Senior Citizen: ☐
Child Abuse: ☐
Disposition: REF
Connecting Case #:
Report Complete/Ready for Review: ☒
CAD/CFS Event #:
Assigned To: Todd Forister, Sgt.   Date: _____

| Officer ID | Todd Forister, Sgt. | TF7 | Reviewed By: Wayne Rubio, Lt. | Approved: YES | Date: 09/20/2022 |

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



OAG Discovery 000003

ST. EX 3

| Office of the Attorney General Law Enforcement Division | Page 2 Narrative | Incident Cont'd |
|---|---|---|
| | | Incident # CX4553072406 |
| Crime / Incident (Primary) EC Election Code Violation | Attempt ☐  Type | General Report  Seq 1 |

CX4553072406 WHITTAKER / Collin County / Connecticut

1.0

Introduction: On 06/14/2022, I, SERGEANT TODD FORISTER, was assigned to case CX4553072406 which consists of allegations of Texas Election Code violations committed in Collin County, Texas for the General Election on November 3, 2020. This case was referred by the Secretary of State's Office (SOS) to the Texas Attorney General's Office (OAG) and involves specific allegations of illegal voting against MARK WHITTAKER (DOB:4/9/1964, TX VUID ███████). Specifically, it is alleged WHITTAKER voted in the State of Texas and State of Connecticut in the same election. (Exhibit 1)

Investigative Details:

1.1 I (Sgt. TODD FORISTER) know through training and experience that the following sections are defined in the Texas Election Code as: Sec. 64.012. ILLEGAL VOTING. (a) A person commits an offense if the person knowingly or intentionally:
1.2 (1) votes or attempts to vote in an election in which the person knows the person is not eligible to vote;
1.3 (2) votes or attempts to vote more than once in an election;
1.4 (3) votes or attempts to vote a ballot belonging to another person, or by impersonating another person;
1.5 (4) marks or attempts to mark any portion of another person's ballot without the consent of that person, or without specific direction from that person how to mark the ballot; or
1.6 (5) votes or attempts to vote in an election in this state after voting in another state in an election in which a federal office appears on the ballot and the election day for both states is the same day.
1.7 (b) An offense under this section is a Felony of the Second degree.
1.8 (c) A person may not be convicted solely upon the fact that the person signed a provisional ballot affidavit under Section 63.011 unless corroborated by other evidence that the person knowingly committed the offense.
1.9 (d) If conduct that constitutes an offense under this section also constitutes an offense under any other law, the actor may be prosecuted under this section, the other law, or both.

1.10 I reviewed the case documentation provided from the Collin County Elections Administrator and the Connecticut State Elections Enforcement Commission. Included in the documentation are copies of WHITTAKER's Application for ballot by mail (ABBMs) from Connecticut and Texas, Voting history for Connecticut and Texas, Emails from Connecticut State Elections Enforcement Commission, Collin County Elections Office, and Voter registration applications.

1.11 On 6/28/2022, I spoke with RON PERRY from the Connecticut State Elections Enforcement Commission who told me he was made aware of the allegations about MARK WHITTAKER by the Milford, Connecticut Town Clerk. PERRY stated WHITTAKER had been flagged as having a double vote for the 2020 Presidential election by ERIC 2021 a cross state voter tracking system. The data showed WHITTAKER had

| Officer ID Todd Forister, Sgt. | TF7 | Reviewed By Wayne Rubio, Lt. | Approved YES | Date 09/20/2022 |

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



OAG Discovery 000004

| Office of the Attorney General<br>Law Enforcement Division | Page 3<br>Narrative | Incident Cont'd<br>Incident # CX4553072406 |
|---|---|---|
| Crime / Incident (Primary)<br>EC Election Code Violation | Attempt ☐  Type | General Report  Seq 1 |

voted in the November 3, 2020, General election two times, once in the state of Connecticut and a second time in the state of Texas. PERRY stated he confirmed WHITTAKER voted by mail in ballot for both states. PERRY stated he interviewed WHITTAKER on July 14, 2021, by phone. "WHITTAKER stated he owns three properties in the state of Texas and has been a registered voter there since 2003 or 2004. He informed PERRY that his address is 1632 Nicklaus Court in McKinney, TX. He stated that as a property owner in Texas, he can vote in person on local referenda. WHITTAKER admitted that he "may have done a block vote" on November 3, 2020, during the Presidential election. WHITTAKER stated that he does not remember voting, requesting, or receiving absentee ballot information at his Milford, CT address for him to cast his vote in the 2020 Presidential election." (Copied from PERRY's report). PERRY stated he also found WHITTAKER had filled out two applications for ballot by mail (ABBM) on the same date for both Texas and Connecticut.

1.12 I reviewed WHITTAKER's ABBMs for the State of Connecticut included in the case file. On 9/23/2020, MARK WHITTAKER filled out and signed an application for absentee ballot for the State of Connecticut. He listed his address as 123 Paschal Drive, Milford, CT, and his reasoning for the mail in ballot was for his absence from town during all the hours of voting. The application was stamped received by the Milford City Clerk on 9/29/2020. (Exhibit 2)

1.13 I reviewed WHITTAKER's ABBM's for the State of Texas included in the case file. WHITTAKER filled out and signed an ABBM on 9/23/2020, listing his home address as 1632 Nicklaus Ct, McKinney, TX. WHITTAKER requested the mail in ballot be sent to 123 Paschal Drive, Milford CT. WHITTAKER's reasoning for the ballot is he expected to be absent from the county from 10/01/2020 to 12/01/2020. The ABBM was stamped received by the Collin County Elections Office on 9/26/2020. (Exhibit 3)

1.14 WHITTAKER filled out and signed an ABBM for the State of Texas on 10/19/2018, listing his home address as 1632 Nicklaus Ct, McKinney, TX. WHITTAKER requested the mail in ballot be sent to 123 Paschal Drive, Milford CT. WHITTAKER's reasoning for the ballot is he expected to be absent from the county from 10/21/2018 to 11/12/2018. The ABBM was stamped received by the Collin County Elections Office on 10/19/2018. (Exhibit 4)

1.15 WHITTAKER filled out and signed an ABBM for the State of Texas on 10/15/2019, listing his home address as 1632 Nicklaus Ct, McKinney, TX. WHITTAKER requested the mail in ballot be sent to 123 Paschal Drive, Milford CT. WHITTAKER's reasoning for the ballot is he expected to be absent from the county from 10/15/2019 to 11/15/2019. The ABBM was stamped received by the Collin County Elections Office on 10/21/2019. (Exhibit 5)

1.16 I requested WHITTAKER's Connecticut driver's license information to include his signature. The information shows WHITTAKER's address is 123 Paschal Drive, Milford, CT. The driver's license was issued on 9/29/20 and expires on 04/09/2024. I compared WHITTAKER's signature on his CT driver's license, to the signatures on all the ABBMs. The signatures are visually similar. (Exhibit 6)

| Officer ID  Todd Forister, Sgt. | TF7 | Reviewed By  Wayne Rubio, Lt. | Approved  YES | Date  09/20/2022 |
|---|---|---|---|---|

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



OAG Discovery 000005

| Office of the Attorney General | Page 4 | Incident Cont'd |
| --- | --- | --- |
| Law Enforcement Division | Narrative | Incident # CX4553072406 |
| Crime / Incident (Primary) EC Election Code Violation | Attempt ☐  Type General Report | Seq 1 |

1.17 On 6/30/2022, I spoke with RON PERRY who told me the information provided on MARK WHITTAKER is the companion case to the CHARLES BARNES case out of The Villages in FLORIDA, Sumter County where the FBI arrested multiple individuals for illegal voting, voting twice in the same election.

1.18 I reviewed a copy of WHITTAKER's Collin County / Texas voting history and searched him through the Texas Election Administrative Management System (TEAMS). WHITTAKER shows to have voted in the following elections using the address of 1632 Niklaus Ct, McKinney, TX. The 11/2/2020 November 3rd General, 11/05/2019 November 5th, 2019, CA and 11/06/2018 November 6, 2018, General. The voting history shows WHITTAKER voted by absentee ballot for all three elections. (Exhibit 7)

1.19 I reviewed a copy of WHITTAKER's Connecticut Voting history provided with the case file. WHITTAKER showed to have voted in the following elections: 11/3/2020 November General by absentee ballot, 11/6/2018 General by in person, and 8/14/2018 Primary by in person. (Exhibit 8)

1.20 After comparing WHITTAKER's voting history through Texas and Connecticut, it appears WHITTAKER voted two times in two separate elections in the years 2020 and 2018. WHITTAKER voted in the 2020 General Election from Texas and Connecticut by absentee ballot. WHITTAKER also voted in the 2018 November 6 General Election by absentee ballot from Texas and voted in person in Connecticut.

1.21 I searched WHITTAKER's address of 1632 Nicklaus Ct. McKinney, TX through the Collin County Central Appraisal District website. The property ID is 2128022 and shows the owner is MARK WHITTAKER and does not have a home stead exemption. The deed history shows WHITTAKER has owned the property since 2014. This address appears on WHITTAKER's TEAMS voting history. (Exhibit 9)

1.22 I located a second property belonging to MARK and KRISTEN WHITTAKER, property ID 2511381, 424 Gershwin Way, McKinney, TX. The deed history shows they have owned the property since 2017 and does have a homestead exemption. This address does not appear on any of WHITTAKER's Texas voting history. (Exhibit 10)

1.23 On 8/8/2022, I received a phone call from RON PERRY informing me the Connecticut Secretary of State has removed WHITTAKER from the voter roll due to him not responding to any of their requests to confirm his address. WHITTAKER's voting status has been changed to inactive. Perry provided me a copy of WHITTAKER's status change. (Exhibit 11)

1.24 On 8/17/2022, Sgt. JAMES QUINN and I drove to 1632 Nicklaus Ct, McKinney, Texas in attempt to speak with MARK WHITTAKER. On arrival, we met with KIM TAYLOR who stated she has been living in and renting this home for the past five years. TAYLOR states MARK WHITTAKER is the owner and landlord. TAYLOR stated she very rarely sees WHITTAKER and pays her rent by electronic money transfer. I made a second contact with TAYLOR to obtain WHITTAKER's phone number. TAYLOR stated WHITTAKER'S phone number is 203-927-4968. It should be noted this is the

| Officer ID Todd Polster, Sgt. | TF7 | Reviewed By Wayne Rubio, Lt. | Approved YES | Date 09/20/2022 |

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



OAG Discovery 000006

| Office of the Attorney General<br>Law Enforcement Division | Page 5<br>Narrative | Incident Cont'd<br>Incident # CX4553072406 |
|---|---|---|
| Crime / Incident (Primary)<br>EC Election Code Violation | Attempt ☐  Type | General Report    Seq 1 |

same phone number WHITTAKER listed as his phone number on his State of Connecticut application for ballot by mail. (Exhibits 12 - 13)

1.25 On 8/17/2022, Sgt. QUINN and I drove to WHITTAKER'S second known address, 424 Gershwin Way, McKinney, Texas. On our arrival, we found no one home. I did observe a package from Amazon on the front porch addressed to MARK WHITTAKER. I took a photograph of the package and left my business card on the front door. As we were leaving the residence, I saw the next-door neighbor sitting in his car talking on the phone. I spoke with the neighbor who stated he knows a young man and wife live at the address but does not know their names.

1.26 On 8/17/2022, Sgt. JAMES QUINN and I met with TAYLOR REESE with the Collin County District attorney's office to discuss the investigation.

1.27 On 8/17/2022, I received a phone call from RON PERRY with the SEEC telling me WHITTAKER had just contacted him and wanted to meet him in person to talk. PERRY told me he would let me know when they were going to meet. Later this date, PERRY called me again and stated WHITTAKER had obtained an attorney and decided not to meet.

1.28 On 8/17/2022, I went to the McKinney Police department to check their records for any involvement with MARK WHITTAKER. I learned the only involvement with WHITTAKER was a burglar alarm activation in 2014 at the address 1632 Nicklaus Ct.

1.29 I had McKinney PD run a utility check at both addresses. I learned KIM TAYLOR has utilities registered in her name at 1632 Nicklaus Ct. I learned MARK ANDREW WHITTAKER, DOB 7/2/1987 and KRISTEN B. WHITTAKER, DOB: 07/14/1986 have utilities registered in their names at 424 Gershwin Way.

1.30 The suspect in this case is MARK ALFRED WHITTAKER with date of birth 04/09/1964. I had an OAG analyst run MARK ANDREW WHITTAKER, DOB 7/2/1987 and learned he is married to KRISTEN BLAINE WHITTAKER but does not appear to have any involvement with suspect, MARK WHITTAKER.

1.31 On 8/23/2022, I attempted to call MARK WHITTAKER at 203-927-4968, I received a generic voicemail. I left WHITTAKER a voice message with my identifying information and asked him to return my call.

1.32 On 8/23/2022, I attempted to call MARK ANDREW WHITTAKER (424 Gershwin Way) at 936-615-7594, I received a generic voicemail. I left WHITTAKER a voice message with my identifying information and asked him to return my call. WHITTAKER promptly returned my call and I learned from our conversation he is not related to suspect MARK ALFRED WHITTAKER in any way.

1.33 On 8/23/2022, MARK ALFRED WHITTAKER returned my call. The call was recorded on digital voice recorded and is summarized here. WHITTAKER stated he does have an attorney that is handling his situation in Connecticut. WHITTAKER stated this is the first time he has been in trouble after 58 years of doing good for everybody. WHITTAKER stated he is a resident of Connecticut then

| Officer ID | Todd Forister, Sgt. | TF7 | Reviewed By<br>Wayne Rubio, Lt. | Approved<br>YES | Date<br>09/20/2022 |
|---|---|---|---|---|---|

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



OAG Discovery 000007

| Office of the Attorney General<br>Law Enforcement Division | Page 6<br>Narrative | Incident #<br>CX4553072406 | Incident Cont'd |
|---|---|---|---|
| Crime / Incident (Primary)<br>EC  Election Code Violation | Attempt ☐ | Type<br>General Report | Seq<br>1 |

stated" if it turns out I made a stupid mistake." WHITTAKER stated he is a big supporter of General Paxton and Governor Abbott and contributes heavily to them. WHITTAKER stated he was in the process of transferring his information to Texas and somehow something got crossed. WHITTAKER stated he was focusing on taxpayer increases in Texas when he voted. WHITTAKER stated this is an embarrassment for him and his attorney will take care of things in Connecticut. WHITTAKER stated he was not sure where he wanted to vote from because he was unsure of where he was going to be at the time. WHITTAKER states he works in Manhattan as a union president for workers on a long running TV series. WHITTAKER stated there is no way he did this thinking he could sway an election. WHITTAKER stated his wife said to him, "you spend your whole life doing stuff" and his response was "if it turns out I did, I made a mistake or it's a matter of stupidity or how the heck they even got mailed, because it was not his intention cause I know my vote in Texas means nothing, my vote in Connecticut means nothing." But the legality of the system does". WHITTAKER stated he fights for Texas' legality then stated, "what the heck did I do, what the heck did I do." WHITTAKER states he remembers requesting the ABBM for Texas, but not one for Connecticut. WHITTAKER stated he didn't put much thought into it, he just wanted to cast his one vote. WHITTAKER stated it was not his intention to sway any election. WHITTAKER stated they were on a break from work for several months and said he was staying in Texas at the time, but he was at his other property, 1308 Somerset which is just down the street from 1632 Nicklaus Ct. WHITTAKER stated again this is so embarrassing for him. I had WHITTAKER explain the block vote he mentioned to Mr. PERRY. WHITTAKER stated its when you just check yes or no to multiple items on the ballot, straight across the board voting. WHITTAKER stated it was not his intent to cast a second vote. WHITTAKER stated his one additional vote is not going to matter in the election. WHITTAKER stated it was never his intent to cast a second vote and not sure if he did it or how it was mailed, he is confused but apologetic to it. WHITTAKER stated he's not going to throw his wife's name in this and stated he may have done it. WHITTAKER stated he may have written them both out and he might have been away and said cast them out (possibly referring to his wife). WHITTAKER stated this is embarrassing and not typical. WHITTAKER stated he does not remember getting a mail in ballot for Connecticut but does remember getting one from Texas because he had his Collin County ballot sent his to his Connecticut home. WHITTAKER stated he was going to cast his vote for which everyone he thought would be beneficial. See audio recording for full details. (Exhibit 14)

1.34 WHITTAKER stated in the interview that he stayed at one of his homes in McKinney during a break from work, 1308 Somerset Dr. I searched the address through the Collin County Central Appraisal District and learned the property ID is 2127999 and shows to have been owned by MARK and JOANN WHITTAKER from 2/2019 to 6/2021. (Exhibit 15)

1.35 On 9/6/2022, I contacted KERRI ROLAND, the Registrar of Voters for Milford Connecticut and requested certified copies of WHITTAKER's, voting history, voter registration applications, carrier envelopes and applications for mail in ballots for the years 2020 and 2018. ROLAND emailed the certified documents to me and will be sending the certified copies by mail. (Exhibit 16)

| Officer ID<br>Todd Forister, Sgt. | TF7 | Reviewed By<br>Wayne Rubio, Lt. | Approved<br>YES | Date<br>09/20/2022 |
|---|---|---|---|---|

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN

OAG Discovery 000008

| Office of the Attorney General<br>Law Enforcement Division | Page 7<br>Narrative | Incident Cont'd<br>Incident # CX4553072406 |
|---|---|---|
| Crime / Incident (Primary)<br>EC Election Code Violation | Attempt ☐ | Type<br>General Report | Seq<br>1 |

1.36 On 9/6/2022, I contacted MICKI MEINECKE, the Deputy Elections Administrator for Collin County and requested certified copies of WHITTAKER's voting history, voter registration applications, carrier envelopes and applications for mail in ballots for the years 2020 and 2018. MEINECKE emailed me the certified copies and will be sending the certified copies by mail.  (Exhibit 17)

1.37 On 9/9/9/2022, I contacted TED BROMLEY, the Directory of Elections with the Connecticut Secretary of State's Office to request a certified copy of WHITTAKERS voting history.  BROMLEY emailed me a certified copy with his signature and seal on it. (Exhibit 18)


EXHIBITS
1 - Complaint
2- Connecticut ABBM
3- Texas ABBM 2020
4- Texas ABBM 2018
5 - Texas ABBM 2019
6 - Connecticut Driver's license
7- TEAMS
8- Connecticut voting history
9- Collin County CAD for 1632 Nicklaus Ct
10 - Collin County CAD for 424 Gershwin
11 - Connecticut SOS voter status change
12 - Kim Taylor interview
13 - Kim Taylor interview second contact
14 - Whittaker phone interview
15 - Collin County CAD for 1308 Somerset
16 - Certified copies Connecticut
17 - Certified copies Texas
18 - Certified Connecticut voting history

CONCLUSION

I, SERGEANT TODD FORISTER, was assigned to case CX4553072406 which consists of allegations of Texas Election Code violations committed in Collin County, Texas for the General Election on November 3, 2020.  The investigation involves specific allegations of illegal voting against MARK ALFRED WHITTAKER. Specifically, it is alleged WHITTAKER voted in Texas and Connecticut in the same election.
  I learned from RON PERRY with the Connecticut State Elections Enforcement Commission he was made aware of MARK WHITTAKER's double vote by the Milford, Connecticut Town Clerk.  PERRY learned WHITTAKER had been flagged as having a double vote for the 2020 November Presidential election by the ERIC 2021 cross state voter tracking system.  The data showed WHITTAKER had voted in the November 3, 2020, General election two times, once in the State of Connecticut and a second time in the State of Texas. WHITTKAER's CT and TX voting history show he did vote two times by mail in ballot in the November 2020 Primary election.  I discovered WHITTAKER had requested two applications for ballot by mail for the State of Texas and State of Connecticut on the same date,

| Officer ID<br>Todd Forister, Sgt. | TF7 | Reviewed By<br>Wayne Rubio, Lt. | Approved<br>YES | Date<br>09/20/2022 |
|---|---|---|---|---|

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN



| Office of the Attorney General<br>Law Enforcement Division | Page **8**<br>**Narrative** | | **Incident** Cont'd |
|---|---|---|---|
| Crime / Incident (Primary)<br>*EC Election Code Violation* | Attempt ☐ | Type | Incident # **CX4553072406**<br>*General Report* — Seq **1** |

9/23/2020. WHITTAKER requested his Texas ballot be sent to his home address, 123 Paschal Dr., Milford, CT. All the documentation obtained during the investigation shows WHITTAKER does own rental property in Texas, however he lives in Connecticut. I interviewed WHITTAKER over the phone about casting a second ballot. He confirmed he does live in Connecticut.

Based on the documentation provide by RON PERRY, Milford, CT Elections Office, the Collin County Elections Office and WHITTAKER'S interview, there is probable cause to believe MARK ALFRED WHITTAKER committed the offense of illegal voting by knowingly and intentionally attempting to vote and voted in the same election by requesting two mail in ballots on the same day, 9/23/2020 for the State of Texas and State of Connecticut, having both ballots mailed to his home in Connecticut and casting both ballots in the November 2020 General Election. It was discovered WHITTAKER also voted in the 2018 November General election twice, once by absentee ballot from Texas and by voting in person in Connecticut. WHITTAKER has established a pattern of voting in two separate elections and is believed to be attempting to influence the outcome of the 2020 and 2018 General elections.

| Officer ID | *Todd Forister, Sgt.* | TF7 | Reviewed By<br>*Wayne Rubio, Lt.* | Approved<br>**YES** | Date<br>**09/20/2022** |

Printed By/On: WLR / 09/20/2022 08:41:23
CrimeStar® Law Enforcement Records Management System
Licensed to: TX ATTORNEY GENERAL - AUSTIN

OAG Discovery 000010