# EXHIBIT 8

Skip to Main Content  Logout  My Account  My Cases  Search Menu  New Criminal Search  Refine Search  Back    Location : All Courts  Help

# REGISTER OF ACTIONS
### CASE NO. M202301136

## PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| **Defendant** | Thompson, Jennifer Rae | | |
| **State** | State of Texas | | Geoff Barr<br>512-936-0890(W) |

## CHARGE INFORMATION

**Charges: Thompson, Jennifer Rae**     **Statute**     **Level**     **Date**
1. TAMPER W/GOVERNMENT RECORD - BALLOT APP     37.10(c)(5)     Class B Misdemeanor     02/09/2022

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 09/26/2023 | **Information and Charge Affidavit (OCA)** |
| 09/26/2023 | **Other** <br> *Complaint* |
| 09/26/2023 | **Other** <br> *Statement of Elected/Appointed Officer* |
| 09/26/2023 | **Other** <br> *Oath of Office* |
| 09/26/2023 | **Summons** <br> *Request for Summons in Lieu of Capias* |
| 09/26/2023 | **Order** <br> *Motion and Order to Recuse and Appoint Attorney Pro Tem / File marked on 07/13/2023* |
| 09/28/2023 | **Other** <br> *Amended Statement of Elected/Appointed Officer* |
| 09/28/2023 | **Other** <br> *Oath of Office* |
| 09/28/2023 | **Other** <br> *Amended Information* |
| 09/28/2023 | **Summons** <br> *Amended Request for Summons in Lieu of Capias* |
| 10/03/2023 | **Summons** <br> *Summons issued to Jennifer Rae Thompson* |
| 10/03/2023 | **Summons** <br>     Thompson, Jennifer Rae     Served     10/05/2023 |
| 10/03/2023 | **Summons** <br> *Incorrect summons drawn up in error* |
| 10/06/2023 | **Summons** <br> *Sheriffs Return and Executed on 10/05/2023* |
| 10/19/2023 | **First Appearance**  (1:30 PM) (Judicial Officer Neill, John E.) <br>     10/23/2023 Reset by Court to 10/19/2023 |