# EXHIBIT 9

THE STATE OF TEXAS

V.

HERVIS EARL ROGERS

RECEIVED AND FILED FOR RECORD
At 1130 O'Clock A.M.
JUN 24 2021
Melisa Miller, District Clerk
Montgomery County, Texas
By _____ Deputy

221st District Court

Cause No. 21-06-08801-CR

# INDICTMENT

| Count | Charges | Statute | Degree | DA File # | Agency # |
|---|---|---|---|---|---|
| 1 | Illegal Voting | Tex. Elec. Code § 64.012(1) | 2nd Degree | | OAG |
| 2 | Illegal Voting | Tex. Elec. Code § 64.012(1) | 2nd Degree | | OAG |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

**COUNT ONE**

THE GRAND JURY, for the County of Montgomery, State of Texas, duly selected, empaneled, sworn, charged, and organized as such by the 435th Judicial District Court for said County, upon their oaths present in and to said Court that **Hervis Earl Rogers**, hereinafter defendant, on or about **March 3, 2020**, and before the presentment of this indictment, in Harris County, Texas, a county adjoining Montgomery County, Texas, did then and there vote in the March 3, 2020 Democratic Primary Election, when the defendant knew he was convicted of the felony offense of Burglary of a Building and sentenced to 25 years in prison and was on felony parole for said offense and therefore was not eligible to vote in said election;

**COUNT TWO**

And further, **THE GRAND JURY**, for the County of Montgomery, State of Texas, duly selected, empaneled, sworn, charged, and organized as such by the 435th Judicial District Court for said County, upon their oaths present in and to said Court that **Hervis Earl Rogers**, on or about **October 29, 2018**, and before the presentment of this indictment, in Harris County, Texas, a county adjoining Montgomery County, Texas, did then and there vote in the November 6, 2018 General & Special Elections, when the defendant knew he was convicted of the felony offense of Burglary of a Building and sentenced to 25 years in prison and was on felony parole for said offense and therefore was not eligible to vote in said election;

And it is further presented that, prior to the commission of the charged offenses (hereinafter styled the primary offenses), on the 27th of August, 1986 in cause number 456061 in the 262nd District Court of Harris County, Texas, the defendant was finally convicted of the felony offense of robbery;

And it is further presented that prior to the commission of the primary offenses and after the conviction in cause number 456061 was final, the defendant committed the felony offense of burglary of a building with the intent to commit theft and was finally convicted on 6th day of February, 1989 in cause number 520431A in the 280th District Court of Harris County, Texas;

Minute
Date: JUN 25 2021

CERTIFIED TO BE A TRUE AND CORRECT COPY
Montgomery County District Clerk
PAGE 1 of 2
June 30, 2021 GL
month   day   year   initials

And it is further presented that prior to the commission of the primary offenses and after the conviction in cause number 520431A was final, the defendant committed the felony of burglary of building with intent to commit theft and was finally convicted on the 18th day of September, 1995 in cause number 551525 in the 182nd District Court of Harris County, Texas,

**Against the Peace and Dignity of the State.**

*[signature]*
Foreman of the Grand Jury

Minute Date:_____

State of Texas, County of Montgomery, I, Melisa Miller, District Clerk of Montgomery County, Texas, Certify __2__ pages in cause no. __21-06-05801__ as a true and correct copy of the original record electronically or physically filed in my office, as it appears on this date. Witness my official hand and seal of office, this the __30__ day of __June__, __2021__.
Signed _____
Clerk or Deputy