# EXHIBIT 10

Received and E-Filed for Record
10/12/2022 2:26 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Michelle Martinel

CAUSE NOS. 21-06-08801 CT. 1 & CT. II

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 221st JUDICIAL DISTRICT |
| | § | |
| HERVIS EARL ROGERS | §. | MONTGOMERY COUNTY, TEXAS |

## ORDER

On this the 17 day of Oct, 2022, Mr. Rogers's Motion to Quash and Set Aside the Indictment is hereby GRANTED. The indictments in these cases are hereby quashed and set aside and the matter dismissed.

_____ (Michael)
Judge Presiding