# EXHIBIT 11

CAUSE NO. Direct 1828959

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| v. | § § | HARRIS COUNTY, TEXAS |
| Hervis Rogers | § § § | 228 ~~228~~ JUDICIAL DISTRICT |

## NO BILL 228 GRAND JURY

To the Honorable Aguilar.

The 228 Grand Jury investigated allegations against the above-named Defendant, who is charged with the following offense(s): Illegal Voting

The Grand Jury **failed to find an indictment, and on this day RETURNED A NO BILL**

The Grand Jury now asks the Court to discharge and release this Defendant from custody.

_Vicki Inghing_
Foreman of the 228 Grand Jury

Date Signed 7/24/23
DA Log No. 2900427

## ORDER OF DISCHARGE

To the Sheriff of Harris County, Texas:

You are hereby commanded to discharge the following person, if in your custody for the above-described criminal allegations:

Name of Person to Discharge: Hervis Rogers

Signed this 24 day of July, 20 23

_Presiding Judge_

**FILED**
Marilyn Burgess
District Clerk

JUL 24 2023
Time: 1300
Harris County, Texas
By KG
Deputy

DISTRICT CLERK