# EXHIBIT 12

10/12/23, 2:29 PM    Case 5:21-cv-00844-XR  Document 801-12  Filed 10/15/23  Page 2 of 3
odyssey.mctx.org/Unsecured/CaseDetail.aspx?CaseID=2472235

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search  Back                    Location : All Courts  Help

# REGISTER OF ACTIONS
### CASE NO. 21-06-08808

| | | |
|---|---|---|
| State of Texas Vs. Gonzalez Beltran, Ignacio | § § § § § | Case Type: **Adult Felony - Filed by Indictment**<br>Date Filed: **06/24/2021**<br>Location: **221st Judicial District Court** |

---

#### RELATED CASE INFORMATION

**Related Cases**
22-01-00503 (Related Criminal Case)

---

#### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **Defendant** | **Gonzalez Beltran, Ignacio** *Also Known As* **Gonzalez Martinez, Ignacio**<br>10022 Comanche Ln.<br>Houston, TX 77041 | Male White<br>DOB: 02/10/1949 | **David A Breston**<br>*Retained*<br>713-224-4040(W) |
| **State** | **State of Texas**<br>207 W. Phillips<br>2nd Floor<br>Conroe, TX 77301 | Other | |

---

#### CHARGE INFORMATION

**Charges: Gonzalez Beltran, Ignacio**

| | Statute | Level | Date |
|---|---|---|---|
| 1. ILLEGAL VOTING | 64.012(1) | Second Degree Felony | 10/10/2018 |
| 2. ILLEGAL VOTING | 64.012(3) | Second Degree Felony | 11/06/2018 |
| 3. ILLEGAL VOTING | 64.012(1) | Second Degree Felony | 08/25/2018 |
| 4. ILLEGAL VOTING | 64.012(3) | Second Degree Felony | 07/27/2018 |

---

#### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

10/11/2022 **Disposition** (Judicial Officer: Michalk, Lisa)
    1. ILLEGAL VOTING
        Dismissed

10/11/2022 **Disposition** (Judicial Officer: Michalk, Lisa)
    2. ILLEGAL VOTING
        Dismissed

10/11/2022 **Disposition** (Judicial Officer: Michalk, Lisa)
    3. ILLEGAL VOTING
        Dismissed

10/11/2022 **Disposition** (Judicial Officer: Michalk, Lisa)
    4. ILLEGAL VOTING
        Dismissed

**OTHER EVENTS AND HEARINGS**

| Date | Event | | |
|---|---|---|---|
| 06/24/2021 | Indictment (OCA) | | |
| 06/30/2021 | Precept | | |
| 06/30/2021 | Precept<br>  Gonzalez Beltran, Ignacio | Returned Unserved<br>Returned | 02/03/2022<br>02/03/2022 |
| 01/13/2022 | Signed Order | | |
| 01/13/2022 | Signed Order | | |
| 01/13/2022 | Signed Order | | |
| 01/13/2022 | Signed Order | | |
| 01/14/2022 | Surety Bond | | |
| 03/11/2022 | Standard Discovery Order | | |
| 04/04/2022 | Scheduling Order | | |
| 08/10/2022 | Finance - Bill of Cost | | |
| 08/18/2022 | Scheduling Order | | |
| 09/19/2022 | Motion (No Fee) | | |
| 09/19/2022 | Proposed Order | | |
| 09/20/2022 | Signed Order | | |
| 09/21/2022 | E-Notice Envelope Number: | | |
| 09/23/2022 | Motion (No Fee) | | |
| 09/23/2022 | Proposed Order | | |
| 09/26/2022 | Response | | |

| | | |
|---|---|---|
| 09/26/2022 | **Proposed Order** | |
| 09/26/2022 | **Signed Order** | |
| 09/28/2022 | **E-Notice Envelope Number:** | |
| 10/04/2022 | **Motion (No Fee)** | |
| 10/04/2022 | **Proposed Order** | |
| 10/11/2022 | **Order of Dismissal** | |
| 10/14/2022 | **E-Notice Envelope Number:** | |
| 12/15/2022 | *CANCELED* **Plea Acceptance** (1:30 PM) (Judicial Officer Michalk, Lisa) | |
| | *Case Disposed* | |
| | 02/24/2022 Reset by Court to 03/31/2022 | |
| | 03/31/2022 Reset by Court to 05/19/2022 | |
| | 05/19/2022 Reset by Court to 08/18/2022 | |
| | 08/18/2022 Reset by Court to 12/15/2022 | |

### FINANCIAL INFORMATION

| | | |
|---|---|---:|
| | **Defendant** Gonzalez Beltran, Ignacio | |
| | Total Financial Assessment | 0.00 |
| | Total Payments and Credits | 0.00 |
| | **Balance Due as of 10/12/2023** | **0.00** |
| 06/30/2021 | Transaction Assessment | 35.00 |
| 08/10/2022 | Transaction Assessment | 290.00 |
| 08/10/2022 | Transaction Assessment | 50.00 |
| 08/10/2022 | Transaction Assessment | 10.00 |
| 08/10/2022 | Transaction Assessment | 10.00 |
| 10/14/2022 | Case non-suited/Dismissed/DWOP | 395.00 |