# EXHIBIT 13

CAUSE NO. _____Direct/1828008_____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Gonzales Beltran Ignacio | § | 228 JUDICIAL DISTRICT |

## NO BILL 228 GRAND JURY

To the Honorable _Aguilar_____.

The 228 Grand Jury investigated allegations against the above-named Defendant, who is charged with the following offense(s). _Illegal Voting_____

_____

The Grand Jury **failed to find an indictment, and on this day RETURNED A NO BILL**

The Grand Jury now asks the Court to discharge and release this Defendant from custody.

_____Vicki Traylor_____
Foreman of the 228 Grand Jury

Date Signed _July 17, 2023_____

DA Log No. _2900417_____

FILED
Marilyn Burgess
District Clerk

JUL 17 2023

Time:_____1130_____
Harris County, Texas

By_____
Deputy

## ORDER OF DISCHARGE

To the Sheriff of Harris County, Texas:

You are hereby commanded to discharge the following person, **if in your custody for the above-described criminal allegations:**

Name of Person to Discharge: _Gonzalez Beltran, Ignacio_____

Signed this _17_ day of _July_____, 20_23_

_____
Presiding Judge

Revised August 2022

DISTRICT CLERK