IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs,* v. JANE NELSON, et al., *Defendants.* | 1:21-cv-0780-XR |

**OCA PLAINTIFFS' UNOPPOSED AMENDED[1] REQUEST FOR JUDICIAL NOTICE**

OCA Plaintiffs[2] ("Plaintiffs") respectfully request that the Court take judicial notice of the facts set out in this request, which are contained in a public filing in a criminal court record, pursuant to Rule 201(b)(2) of the Federal Rules of Evidence.

Facts that are "not subject to reasonable dispute" insofar as they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" are

---

[1] OCA Plaintiffs filed a request for judicial notice of certain facts contained in several documents on October 15, 2023. (ECF. No. 801). Following proceedings in open court on October 16, 2023, OCA Plaintiffs now withdraw that initial request for judicial notice and file this amended request for judicial notice in its stead, which is limited to certain facts contained in Exhibit 1 to this request.

[2] Plaintiffs OCA-Greater Houston (OCA-GH), League of Women Voters of Texas (LWVTX), and REVUP-Texas (REVUP).

1

subject to judicial notice. Fed. R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information," Fed. R. Evid. 201(c)(2), and "may take judicial notice at any time, including *sua sponte*," *Chauhan v. Formosa Plastics Corp.*, 212 F.3d 595 (5th Cir. 2000) (citing Fed. R. Evid. 201). Courts regularly take judicial notice of the facts contained in criminal state records because they are a matter of public record. *Pierce v. Kaufman Cnty. Dist. Attorney's Off.*, No. 3:16-CV-2554-G-BH, 2018 WL 5624195, at *1 n.3 (N.D. Tex. Sept. 27, 2018), *report and recommendation adopted*, No. 3:16-CV-2554-G (BH), 2018 WL 5620548 (N.D. Tex. Oct. 29, 2018) (collecting cases).

Additionally, the following document contains facts that are relevant to Plaintiffs' contention that the Texas Attorney General is not immune from suit. The *Ex parte Young* exception to sovereign immunity applies when state officials "have 'some connection with the enforcement of the act' in question." *See Tex. Democratic Party v. Abbott*, 978 F.3d 168, 179 (5th Cir. 2020). For instance, the facts below are relevant to evaluating the Attorney General's continued ability and willingness to enforce criminal penalties related to elections even after *State v. Stephens*, which held that certain prosecutions by the Attorney General violated the Texas Constitution. *See State v. Stephens*, 663 S.W.3d 45, 57–58 (Tex. Crim. App. Dec. 15, 2021), *reh'g denied*, 664 S.W.3d 293 (Tex. Crim. App. Sept. 28, 2022); *see also Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011) ("[T]he district court took appropriate judicial notice of publicly-available documents and transcripts . . . which were matters of public record directly relevant to the issue at hand."). They are also relevant to evaluating Article III standing against the Attorney General.

**Jennifer Thompson**

Plaintiffs request that the court take judicial notice of certain facts contained in the Register of Actions in Case No. M202301136 in Johnson County. (Ex. 1). Specifically, Plaintiffs request the Court take judicial notice of the following facts. Jennifer Rae Thompson was charged in Johnson County on September 26, 2023, with tampering with a government record, a ballot application. (*Id.*). The lead attorney identified for the State of Texas in the case is Geoff Barr and an Order was filed on September 26, 2023, entitled "Motion and Order to Recuse and Appoint Attorney Pro Tem / File marked on 7/13/2023."

**Dated: October 16, 2023**

Respectfully submitted,

*/s/ Zachary Dolling*

Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah Chen*
California Bar No. 325327
Veronikah Warms*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.or

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098

Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION
OF TEXAS, INC.**
5225 Katy Freeway,
Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org

3

asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org
Susan Mizner*
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL
LIBERTIES UNION
 FOUNDATION**
915 15th St. NW
Washington, DC 20005
CHRISTOPHER MCGREAL
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN
LEGAL DEFENSE AND EDUCATION
FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org

**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No. 24033013
PETER HOFER
Texas State Bar No. 09777275

slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

***COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.***
*admitted *pro hac vice*

4

## CERTIFICATE OF SERVICE

On October 16, 2023, I filed the foregoing using the CM/ECF system of the Western District of Texas, which will send notification of this filing to counsel of record.

*/s/ Zachary Dolling*

## CERTIFICATE OF CONFERENCE

I certify that on October 16, 2023, I conferred in person with counsel for State Defendants who indicated they did not oppose this request. On the same date, I conferred via email with counsel for Defendant Ogg, who indicated they do not oppose this request.

*/s/ Zachary Dolling*