10/10/23, 4:37 PM    pa.johnsoncountytx.org/PublicAccess/CaseDetail.aspx?CaseID=1132011

Case 5:21-cv-00844-XR   Document 802-1   Filed 10/16/23   Page 1 of 1

Skip to Main Content Logout My Account My Cases Search Menu New Criminal Search Refine Search  Back          Location : All Courts   Help

# REGISTER OF ACTIONS
### CASE NO. M202301136

## PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | Thompson, Jennifer Rae | |
| **State** | State of Texas | Geoff Barr<br>512-936-0890(W) |

## CHARGE INFORMATION

**Charges: Thompson, Jennifer Rae**     **Statute**     **Level**     **Date**
1. TAMPER W/GOVERNMENT RECORD - BALLOT APP     37.10(c)(5)     Class B Misdemeanor     02/09/2022

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/26/2023 | **Information and Charge Affidavit (OCA)** |
| 09/26/2023 | **Other**<br>*Complaint* |
| 09/26/2023 | **Other**<br>*Statement of Elected/Appointed Officer* |
| 09/26/2023 | **Other**<br>*Oath of Office* |
| 09/26/2023 | **Summons**<br>*Request for Summons in Lieu of Capias* |
| 09/26/2023 | **Order**<br>*Motion and Order to Recuse and Appoint Attorney Pro Tem / File marked on 07/13/2023* |
| 09/28/2023 | **Other**<br>*Amended Statement of Elected/Appointed Officer* |
| 09/28/2023 | **Other**<br>*Oath of Office* |
| 09/28/2023 | **Other**<br>*Amended Information* |
| 09/28/2023 | **Summons**<br>*Amended Request for Summons in Lieu of Capias* |
| 10/03/2023 | **Summons**<br>*Summons issued to Jennifer Rae Thompson* |
| 10/03/2023 | **Summons**<br>   Thompson, Jennifer Rae     Served     10/05/2023 |
| 10/03/2023 | **Summons**<br>*Incorrect summons drawn up in error* |
| 10/06/2023 | **Summons**<br>*Sheriffs Return and Executed on 10/05/2023* |
| 10/19/2023 | **First Appearance** (1:30 PM) (Judicial Officer Neill, John E.)<br>   *10/23/2023 Reset by Court to 10/19/2023* |