IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br><br>GREGORY W. ABBOTT, et al.,<br><br>*Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br><br>JANE NELSON, et al.,<br><br>*Defendants.* | 1:21-cv-0780-XR |

**[PROPOSED] ORDER ADOPTING OCA PLAINTIFFS' UNOPPOSED AMENDED REQUEST FOR JUDICIAL NOTICE**

OCA Plaintiffs have requested that the Court take judicial notice of certain facts from state criminal records. Having considered OCA Plaintiffs' amended request for judicial notice and all accompanying exhibits, the Court **GRANTS** the request, and takes **JUDICIAL NOTICE** of the following facts pursuant to Rule 201(b)(2) of the Federal Rules of Evidence:

The Court takes judicial notice of certain facts contained in the Register of Actions in Case No. M202301136 in Johnson County. Specifically, the Court takes judicial notice of the following facts. Jennifer Rae Thompson was charged in Johnson County on September 26, 2023, with tampering with a government record, a ballot application. The lead attorney identified for the State of Texas in the case is Geoff Barr and an Order was filed on September

26, 2023, entitled "Motion and Order to Recuse and Appoint Attorney Pro Tem / File marked on 7/13/2023."

SO ORDERED and SIGNED this _____ day of October 2023

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE