IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> *Defendants*. | CIVIL ACTION NO. 5:21-CV-00844-XR <br> (Consolidated Cases) |

## HARRIS COUNTY DISTRICT ATTORNEY KIM OGG'S MOTION FOR JUDGMENT

Following the close of the Plaintiffs' evidence, Defendant Harris County District Attorney Kim Ogg ("District Attorney Ogg") respectfully requests that the Court enter judgment in her favor under Federal Rule of Civil Procedure 52(c).

The grounds for the motion will be the subject of a presentation before the Court. Attached is a copy of the presentation that will be made to the Court in connection with the motion. In further support of the motion, District Attorney Ogg incorporates the arguments and authorities in her previously filed motion for summary judgment (Dkt. 614) that the Court has carried with the case.

District Attorney Ogg respectfully requests that the Court enter judgment that Plaintiffs take nothing on any of the claims made against her.

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols
State Bar No. 14994900
eric.nichols@butlersnow.com
Cory R. Liu
State Bar No. 24098003
cory.liu@butlersnow.com
Victoria A. Giese
State Bar No. 24126391
victoria.giese@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols