UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>                              *Plaintiffs,*<br><br>   v.<br><br>STATE OF TEXAS, *et al.*,<br><br>                              *Defendants*. | Civil Action No. 5:21-cv-844-XR<br>(Consolidated Cases) |

**STIPULATION TO CERTAIN FACTS**

The LUPE Plaintiffs,[1] State Defendants,[2] and Intervenor-Defendants[3] hereby stipulate that the following facts are true:

1.      The 2017-2021 American Community Survey (ACS) includes estimates of the total population of each county in Texas. *See* U.S. Census Bureau, American Community Survey 2017-2021: Table B16005 (Row 3).[4] Those estimates are contained in Column B of Appendix A. Based on those estimates, the total population of Texas is 26,903,358 people. *See* Appendix A, Cell B256.

2.      The 2017-2021 ACS contains estimates of the total Hispanic or Latino population in each county in Texas. *See* U.S. Census Bureau, American Community Survey 2017-2021: Table

---

[1] LUPE Plaintiffs are La Unión del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, FIEL Houston, Friendship-West Baptist Church, Texas Impact, and James Lewin.

[2] State Defendants are the State of Texas, Texas Secretary of State Jane Nelson, and Texas Attorney General Ken Paxton.

[3] Intervenor-Defendants are the Harris County Republican Party, the Dallas County Republican Party, the National Republican Senatorial Committee, the National Republican Congressional Committee, and the Republican National Committee.

[4] Table B16005 is available at https://data.census.gov and has already been admitted into evidence as LUPE-268.

1

B16005I (Row 3).[5] Those estimates are contained in Column D of Appendix A. Based on those estimates, the total Hispanic or Latino population of Texas is 10,516,441 people. Appendix A, Cell D256.

3. The 2017-2021 ACS contains estimates of the total white, non-Hispanic population in each county in Texas. *See* U.S. Census Bureau, American Community Survey 2017-2021: Table B16005H (Row 3).[6] Those estimates are contained in Column F of Appendix A. Based on those estimates, the total white, non-Hispanic population of Texas is 11,156,538 people. *See* Appendix A, Cell F256.

4. The 2017-2021 ACS contains estimates of the number of people in each county who speak a language other than English and who speak English less than "very well" ("limited-English proficient" or "LEP" population). *See* U.S. Census Bureau, American Community Survey 2017-2021: Table B16005 (Rows 8, 9, 10, 13, 14, 15, 18, 19, 20, 23, 24, 25, 30, 31, 32, 35, 36, 37, 40, 41, 42, 45, 46, and 47). Those estimates are contained in Column C of Appendix A. Based on those estimates, the total LEP population of Texas is 3,532,172 people. *See* Appendix A, Cell C256.

5. The 2017-2021 ACS contains estimates of the total Hispanic or Latino LEP population in each county in Texas. *See* U.S. Census Bureau, American Community Survey 2017-2021: Table B16005I (Rows 8 and 13). Those estimates are contained in Column E of Appendix A. Based on those estimates, the total Hispanic or Latino LEP population of Texas is 2,909,579 people. *See* Appendix A, Cell E256.

---

[5] Table B16005I is available at https://data.census.gov and has already been admitted into evidence as LUPE-267.

[6] Table B16005H is available at https://data.census.gov and has already been admitted into evidence as LUPE-266.

6. The 2017-2021 ACS contains estimates of the total white, non-Hispanic LEP population in each county in Texas. *See* U.S. Census Bureau, American Community Survey 2017-2021: Table B16005H (Rows 8 and 13). Those estimates are contained in Column G of Appendix A. Based on those estimates, the total white, non-Hispanic LEP population of Texas is 128,240 people. *See* Appendix A, Cell G256.

7. The estimates contained in paragraphs 1-6 above allow for calculation of the following:

   a. The percentage of each Texas county's population that is Hispanic or Latino, which is calculated by dividing the total Hispanic or Latino population in each county by the total population in each county. Those percentages are contained in Column H of Appendix A.

   b. The percentage of each Texas county's population that is Latino or nonwhite, which is calculated by subtracting the total white, non-Hispanic population in each county (Column F) from the total population in each county (Column B), and then dividing the result by the total population in each county (Column B). Those percentages are contained in Column I of Appendix A.

   c. The percentage of each Texas county's population that is LEP, which is calculated by dividing the LEP population in each county (Column C) by the total population in each county (Column B). Those percentages are contained in Column K of Appendix A.

   d. The percentage of the LEP population in each Texas county that is Hispanic or Latino, which is calculated by dividing the number of Hispanic or Latino people who are LEP in each Texas county (Column E) by the total number of people who

        are LEP in each county (Column C). Those percentages are contained in Column K of Appendix A.

    e. The percentage of the LEP population in each Texas county that is Hispanic, Latino, or nonwhite, which is calculated by subtracting the number of white, non-Hispanic people who are LEP in each county (Column G) from the total number of people who are LEP in each county (Column C) and then dividing the result by the total number of people who are LEP in each county (Column C). Those percentages are contained in Column L of Appendix A.

8. These calculations reveal that 39.09% of the Texas population is Hispanic or Latino and 58.53% of the Texas population is Hispanic, Latino, or nonwhite. *See* Appendix A, Cells H256 & I256.

9. These calculations further reveal that 82.37% of the LEP population in Texas is Hispanic or Latino and 96.37% of the LEP population in Texas is Hispanic, Latino, or nonwhite. *See* Appendix A, Cells K256 & L256.

10. The U.S. Census Bureau also provides data regarding the coverage status and language requirements for each Texas county pursuant to Section 203 of the Voting Rights Act, 52 U.S.C. § 20503 ("Section 203"). *See* Section 203 Determinations Public Use Data Set (Columns F, I, K, AG).[7] The coverage status for Texas county is included in Column M of Appendix A.

11. Appendix B contains the same estimates as Appendix A, but includes only the Texas counties that are not covered by Section 203 and that are therefore not required to provide non-English language voting materials.

---

[7] This dataset is available at https://www.census.gov/data/datasets/2021/dec/rdo/section-203-determinations.html and has already been admitted into evidence as LUPE-269.

12. The total population of all Texas counties that are not covered by Section 203 is 9,828,867. *See* Appendix B, Cell B173.

13. The total Hispanic or Latino population of all Texas counties that are not covered by Section 203 is 2,323,782. *See* Appendix B, Cell D173.

14. The total white, non-Hispanic population of all Texas counties that are not covered by Section 203 is 5,876,345 people. *See* Appendix B, Cell F173.

15. The total LEP population of all Texas counties that are not covered by Section 203 is 631,187 people. *See* Appendix B, Cell C173.

16. The total Hispanic or Latino LEP population of all Texas counties that are not covered by Section 203 is 476,564 people. *See* Appendix B, Cell E173.

17. The total white, non-Hispanic LEP population of all Texas counties that are not covered by Section 203 is 38,326 people. *See* Appendix B, Cell G173.

18. Using the same method of calculation detailed above for this subset of counties reveals that 23.64% of the population in Texas counties that are not covered by Section 203 is Hispanic or Latino and 40.21% of the population in these counties is Hispanic, Latino, or nonwhite. *See* Appendix B, Cells H173 & I173.

19. Using the same method of calculation detailed above for this subset of counties reveals that 75.5% of the LEP population in Texas counties that are not covered by Section 203 is Hispanic or Latino and 93.93% of the LEP population in these counties is Hispanic, Latino, or nonwhite. *See* Appendix B, Cells K173 & L173.

20. The 2017-2021 ACS includes estimates about selected social characteristics of people living in the United States. This data includes both statewide and county-level

estimates. *See* U.S. Census Bureau, American Community Survey 2017-2021: Table DP02.[8] The 2017-2021 ACS data profiles comparing selected social characteristics of people living in Texas as a whole and people living in Denton County are attached hereto as Appendix C.

21.     The 2017-2021 ACS includes estimates about selected economic characteristics of people living in the United States. *See* U.S. Census Bureau, American Community Survey 2017-2021: Table DP03.[9] The 2017-2021 ACS data profiles comparing selected economic characteristics of people living in Texas as a whole and people living in Denton County are attached hereto as Appendix D.

---

[8] Table DP02 is available at https://data.census.gov.

[9] Table DP03 is available at https://data.census.gov.

Dated: October 18, 2023

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*

**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**

*Admitted pro hac vice

**SO STIPULATED:**

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle
Patrick A. Berry*
Jasleen K. Singh*
Robyn N. Sanders*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
rs8592@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Elizabeth Y. Ryan (TX Bar No. 24067758)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
liz.ryan@weil.com

*Attorneys for Plaintiffs*

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

7

| | |
|---|---|
| KEN PAXTON<br>Attorney General | /S/ *Ryan G. Kercher*<br>RYAN G. KERCHER<br>Deputy Chief, General Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | Tex. State Bar No. 24060998 |
| | KATHLEEN T. HUNKER<br>Special Counsel |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

/s/ *John M. Gore*
John M. Gore
E. Stewart Crosland (pro hac vice)
Louis J. Capozzi III (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

**Counsel for Intervenor-Defendants**

*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing, including all exhibits attached thereto, via the Court's electronic filing system on the 18th day of October, 2023.

                                                /s/ *Sean Morales-Doyle*
                                                Sean Morales-Doyle