**Appendix A**

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County | Total Population | Total LEP | Total Latino | Latino LEP | Total White, Non-Hispanic | White, Non-Hispanic LEP | Percentage Latino | Percentage Nonwhite | Percentage LEP | Percentage Latino LEP | Percentage Nonwhite LEP | Language Covered Under Sec. 203 |
| 2 | Anderson County, Texas | 55,137 | 1,699 | 9,870 | 1,391 | 31,760 | 93 | 17.90% | 42.40% | 3.08% | 81.87% | 94.53% | NOT COVERED |
| 3 | Andrews County, Texas | 16,652 | 2,372 | 9,357 | 2,368 | 6,625 | - | 56.19% | 60.21% | 14.24% | 99.83% | 100.00% | Hispanic |
| 4 | Angelina County, Texas | 80,883 | 5,003 | 17,869 | 4,547 | 48,945 | 46 | 22.09% | 39.49% | 6.19% | 90.89% | 99.08% | NOT COVERED |
| 5 | Aransas County, Texas | 23,048 | 843 | 6,340 | 616 | 15,458 | 35 | 27.51% | 32.93% | 3.66% | 73.07% | 95.85% | NOT COVERED |
| 6 | Archer County, Texas | 8,147 | 203 | 675 | 191 | 7,152 | - | 8.29% | 12.21% | 2.49% | 94.09% | 100.00% | NOT COVERED |
| 7 | Armstrong County, Texas | 1,844 | 28 | 159 | 25 | 1,624 | 3 | 8.62% | 11.93% | 1.52% | 89.29% | 89.29% | NOT COVERED |
| 8 | Atascosa County, Texas | 45,176 | 6,132 | 29,292 | 5,919 | 14,675 | 156 | 64.84% | 67.52% | 13.57% | 96.53% | 97.46% | Hispanic |
| 9 | Austin County, Texas | 28,466 | 1,987 | 7,651 | 1,759 | 17,552 | 98 | 26.88% | 38.34% | 6.98% | 88.53% | 95.07% | NOT COVERED |
| 10 | Bailey County, Texas | 6,544 | 1,482 | 4,291 | 1,475 | 2,128 | - | 65.57% | 67.48% | 22.65% | 99.53% | 100.00% | Hispanic |
| 11 | Bandera County, Texas | 20,045 | 923 | 3,981 | 807 | 15,117 | 75 | 19.86% | 24.58% | 4.60% | 87.43% | 91.87% | NOT COVERED |
| 12 | Bastrop County, Texas | 88,806 | 7,502 | 34,665 | 6,889 | 44,757 | 445 | 39.03% | 49.60% | 8.45% | 91.83% | 94.07% | NOT COVERED |
| 13 | Baylor County, Texas | 3,336 | 8 | 447 | 8 | 2,542 | - | 13.40% | 23.80% | 0.24% | 100.00% | 100.00% | NOT COVERED |
| 14 | Bee County, Texas | 29,479 | 2,218 | 17,260 | 2,075 | 9,143 | 83 | 58.55% | 68.98% | 7.52% | 93.55% | 96.26% | Hispanic |
| 15 | Bell County, Texas | 334,989 | 16,685 | 84,422 | 12,427 | 150,160 | 752 | 25.20% | 55.17% | 4.98% | 74.48% | 95.49% | NOT COVERED |
| 16 | Bexar County, Texas | 1,854,261 | 209,373 | 1,119,607 | 181,016 | 501,920 | 8,533 | 60.38% | 72.93% | 11.29% | 86.46% | 95.92% | Hispanic |
| 17 | Blanco County, Texas | 10,899 | 304 | 2,176 | 284 | 8,160 | 14 | 19.97% | 25.13% | 2.79% | 93.42% | 95.39% | NOT COVERED |
| 18 | Borden County, Texas | 465 | 3 | 59 | 3 | 381 | - | 12.69% | 18.06% | 0.65% | 100.00% | 100.00% | NOT COVERED |
| 19 | Bosque County, Texas | 17,292 | 697 | 3,203 | 608 | 13,335 | 43 | 18.52% | 22.88% | 4.03% | 87.23% | 93.83% | NOT COVERED |
| 20 | Bowie County, Texas | 87,209 | 2,153 | 6,690 | 1,545 | 55,318 | 233 | 7.67% | 36.57% | 2.47% | 71.76% | 89.18% | NOT COVERED |
| 21 | Brazoria County, Texas | 344,029 | 27,603 | 106,849 | 18,390 | 155,703 | 1,048 | 31.06% | 54.74% | 8.02% | 66.62% | 96.20% | NOT COVERED |
| 22 | Brazos County, Texas | 217,372 | 18,355 | 55,891 | 13,029 | 120,292 | 821 | 25.71% | 44.66% | 8.44% | 70.98% | 95.53% | NOT COVERED |
| 23 | Brewster County, Texas | 8,943 | 784 | 4,064 | 744 | 4,418 | 8 | 45.44% | 50.60% | 8.77% | 94.90% | 98.98% | Hispanic |
| 24 | Briscoe County, Texas | 1,220 | 53 | 436 | 53 | 670 | - | 35.74% | 45.08% | 4.34% | 100.00% | 100.00% | NOT COVERED |
| 25 | Brooks County, Texas | 6,825 | 706 | 6,257 | 706 | 477 | - | 91.68% | 93.01% | 10.34% | 100.00% | 100.00% | Hispanic |
| 26 | Brown County, Texas | 36,199 | 1,388 | 8,164 | 1,057 | 25,592 | 193 | 22.55% | 29.30% | 3.83% | 76.15% | 86.10% | NOT COVERED |
| 27 | Burleson County, Texas | 16,736 | 1,123 | 3,423 | 1,053 | 10,741 | 70 | 20.45% | 35.82% | 6.71% | 93.77% | 93.77% | NOT COVERED |
| 28 | Burnet County, Texas | 46,022 | 2,407 | 9,978 | 2,272 | 33,649 | 57 | 21.68% | 26.88% | 5.23% | 94.39% | 97.63% | NOT COVERED |
| 29 | Caldwell County, Texas | 42,529 | 5,169 | 22,576 | 5,116 | 16,491 | 38 | 53.08% | 61.22% | 12.15% | 98.97% | 99.26% | Hispanic |
| 30 | Calhoun County, Texas | 19,023 | 2,310 | 9,317 | 1,778 | 7,946 | 18 | 48.98% | 58.23% | 12.14% | 76.97% | 99.22% | Hispanic |
| 31 | Callahan County, Texas | 13,075 | 180 | 1,366 | 93 | 11,040 | 59 | 10.45% | 15.56% | 1.38% | 51.67% | 67.22% | NOT COVERED |
| 32 | Cameron County, Texas | 387,931 | 92,810 | 347,446 | 91,007 | 34,476 | 941 | 89.56% | 91.11% | 23.92% | 98.06% | 98.99% | Hispanic |
| 33 | Camp County, Texas | 11,628 | 690 | 2,904 | 625 | 6,397 | 41 | 24.97% | 44.99% | 5.93% | 90.58% | 94.06% | NOT COVERED |
| 34 | Carson County, Texas | 5,447 | 46 | 474 | 21 | 4,727 | 19 | 8.70% | 13.22% | 0.84% | 45.65% | 58.70% | NOT COVERED |
| 35 | Cass County, Texas | 27,075 | 277 | 1,267 | 180 | 20,667 | 18 | 4.68% | 23.67% | 1.02% | 64.98% | 93.50% | NOT COVERED |
| 36 | Castro County, Texas | 6,868 | 962 | 4,466 | 887 | 2,167 | 34 | 65.03% | 68.45% | 14.01% | 92.20% | 96.47% | Hispanic |
| 37 | Chambers County, Texas | 42,248 | 1,704 | 9,982 | 1,605 | 27,562 | 17 | 23.63% | 34.76% | 4.03% | 94.19% | 99.00% | NOT COVERED |
| 38 | Cherokee County, Texas | 47,029 | 3,961 | 10,740 | 3,827 | 28,318 | 58 | 22.84% | 39.79% | 8.42% | 96.62% | 98.54% | NOT COVERED |
| 39 | Childress County, Texas | 6,427 | 235 | 2,174 | 235 | 3,490 | - | 33.83% | 45.70% | 3.66% | 100.00% | 100.00% | NOT COVERED |
| 40 | Clay County, Texas | 9,792 | 212 | 653 | 161 | 8,663 | 2 | 6.67% | 11.53% | 2.17% | 75.94% | 99.06% | NOT COVERED |
| 41 | Cochran County, Texas | 2,380 | 407 | 1,400 | 316 | 819 | 91 | 58.82% | 65.59% | 17.10% | 77.64% | 77.64% | Hispanic |
| 42 | Coke County, Texas | 3,127 | 118 | 710 | 101 | 2,299 | - | 22.71% | 26.48% | 3.77% | 85.59% | 100.00% | NOT COVERED |
| 43 | Coleman County, Texas | 7,424 | 264 | 1,317 | 232 | 5,688 | 17 | 17.74% | 23.38% | 3.56% | 87.88% | 93.56% | NOT COVERED |
| 44 | Collin County, Texas | 977,218 | 93,431 | 149,215 | 37,923 | 535,118 | 10,681 | 15.27% | 45.24% | 9.56% | 40.59% | 88.57% | NOT COVERED |
| 45 | Collingsworth County, Texas | 2,786 | 220 | 881 | 220 | 1,606 | - | 31.62% | 42.35% | 7.90% | 100.00% | 100.00% | NOT COVERED |
| 46 | Colorado County, Texas | 19,223 | 1,077 | 5,796 | 910 | 10,753 | 94 | 30.15% | 44.06% | 5.60% | 84.49% | 91.27% | NOT COVERED |
| 47 | Comal County, Texas | 147,516 | 5,262 | 40,754 | 4,387 | 97,888 | 462 | 27.63% | 33.64% | 3.57% | 83.37% | 91.22% | NOT COVERED |
| 48 | Comanche County, Texas | 12,777 | 821 | 3,575 | 778 | 8,832 | 40 | 27.98% | 30.88% | 6.43% | 94.76% | 95.13% | NOT COVERED |
| 49 | Concho County, Texas | 3,069 | 592 | 1,080 | 535 | 1,862 | 47 | 35.19% | 39.33% | 19.29% | 90.37% | 92.06% | Hispanic |
| 50 | Cooke County, Texas | 38,475 | 2,638 | 6,839 | 2,216 | 28,754 | 155 | 17.78% | 25.27% | 6.86% | 84.00% | 94.12% | NOT COVERED |
| 51 | Coryell County, Texas | 76,267 | 2,847 | 14,379 | 1,978 | 43,613 | 371 | 18.85% | 42.82% | 3.73% | 69.48% | 86.97% | NOT COVERED |
| 52 | Cottle County, Texas | 1,432 | 54 | 299 | 54 | 903 | - | 20.88% | 36.94% | 3.77% | 100.00% | 100.00% | NOT COVERED |
| 53 | Crane County, Texas | 4,293 | 656 | 2,790 | 605 | 1,270 | - | 64.99% | 70.42% | 15.28% | 92.23% | 100.00% | Hispanic |
| 54 | Crockett County, Texas | 2,852 | 126 | 1,730 | 126 | 1,076 | - | 60.66% | 62.27% | 4.42% | 100.00% | 100.00% | Hispanic |
| 55 | Crosby County, Texas | 4,933 | 442 | 2,734 | 385 | 1,927 | 7 | 55.42% | 60.94% | 8.96% | 87.10% | 98.42% | Hispanic |
| 56 | Culberson County, Texas | 2,037 | 273 | 1,704 | 254 | 220 | - | 83.65% | 89.20% | 13.40% | 93.04% | 100.00% | Hispanic |
| 57 | Dallam County, Texas | 6,431 | 1,407 | 2,942 | 1,050 | 3,430 | 357 | 45.75% | 46.66% | 21.88% | 74.63% | 74.63% | Hispanic |

**Appendix A**

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County | Total Population | Total LEP | Total Latino | Latino LEP | Total White, Non-Hispanic | White, Non-Hispanic LEP | Percentage Latino | Percentage Nonwhite | Percentage LEP | Percentage Latino LEP | Percentage Nonwhite LEP | Language Covered Under Sec. 203 |
| 58 | Dallas County, Texas | 2,416,813 | 453,706 | 966,305 | 376,503 | 693,344 | 11,678 | 39.98% | 71.31% | 18.77% | 82.98% | 97.43% | Hispanic; Vietnamese alone or in combination |
| 59 | Dawson County, Texas | 11,509 | 905 | 6,663 | 791 | 3,585 | 101 | 57.89% | 68.85% | 7.86% | 87.40% | 88.84% | Hispanic |
| 60 | Deaf Smith County, Texas | 17,062 | 2,543 | 12,507 | 2,458 | 4,126 | 8 | 73.30% | 75.82% | 14.90% | 96.66% | 99.69% | Hispanic |
| 61 | Delta County, Texas | 4,842 | 34 | 355 | 34 | 3,882 | - | 7.33% | 19.83% | 0.70% | 100.00% | 100.00% | NOT COVERED |
| 62 | Denton County, Texas | 831,558 | 63,720 | 159,580 | 36,560 | 479,211 | 4,985 | 19.19% | 42.37% | 7.66% | 57.38% | 92.18% | Hispanic |
| 63 | DeWitt County, Texas | 18,608 | 951 | 6,603 | 888 | 10,107 | 18 | 35.48% | 45.68% | 5.11% | 93.38% | 98.11% | NOT COVERED |
| 64 | Dickens County, Texas | 1,457 | 94 | 470 | 93 | 941 | - | 32.26% | 35.42% | 6.45% | 98.94% | 100.00% | NOT COVERED |
| 65 | Dimmit County, Texas | 8,255 | 1,353 | 7,180 | 1,250 | 866 | 99 | 86.98% | 89.51% | 16.39% | 92.39% | 92.68% | Hispanic |
| 66 | Donley County, Texas | 3,115 | 45 | 361 | 44 | 2,463 | - | 11.59% | 20.93% | 1.44% | 97.78% | 100.00% | NOT COVERED |
| 67 | Duval County, Texas | 9,308 | 913 | 8,263 | 913 | 940 | - | 88.77% | 89.90% | 9.81% | 100.00% | 100.00% | Hispanic |
| 68 | Eastland County, Texas | 16,738 | 634 | 2,810 | 592 | 13,132 | 23 | 16.79% | 21.54% | 3.79% | 93.38% | 96.37% | NOT COVERED |
| 69 | Ector County, Texas | 146,856 | 20,355 | 90,864 | 19,728 | 45,472 | 164 | 61.87% | 69.04% | 13.86% | 96.92% | 99.19% | Hispanic |
| 70 | Edwards County, Texas | 1,338 | 106 | 619 | 85 | 714 | 21 | 46.26% | 46.64% | 7.92% | 80.19% | 80.19% | Hispanic |
| 71 | Ellis County, Texas | 175,714 | 12,184 | 46,580 | 11,416 | 103,170 | 436 | 26.51% | 41.29% | 6.93% | 93.70% | 96.42% | NOT COVERED |
| 72 | El Paso County, Texas | 798,226 | 240,350 | 660,778 | 233,034 | 92,843 | 3,341 | 82.78% | 88.37% | 30.11% | 96.96% | 98.61% | Hispanic |
| 73 | Erath County, Texas | 39,766 | 2,099 | 8,359 | 1,902 | 29,667 | 28 | 21.02% | 25.40% | 5.28% | 90.61% | 98.67% | NOT COVERED |
| 74 | Falls County, Texas | 16,084 | 880 | 3,804 | 778 | 8,197 | 91 | 23.65% | 49.04% | 5.47% | 88.41% | 89.66% | NOT COVERED |
| 75 | Fannin County, Texas | 33,673 | 1,081 | 3,957 | 965 | 26,242 | 73 | 11.75% | 22.07% | 3.21% | 89.27% | 93.25% | NOT COVERED |
| 76 | Fayette County, Texas | 23,259 | 978 | 4,900 | 889 | 16,538 | 75 | 21.07% | 28.90% | 4.20% | 90.90% | 92.33% | NOT COVERED |
| 77 | Fisher County, Texas | 3,459 | 140 | 1,008 | 121 | 2,288 | 11 | 29.14% | 33.85% | 4.05% | 86.43% | 92.14% | NOT COVERED |
| 78 | Floyd County, Texas | 5,135 | 447 | 3,006 | 447 | 1,879 | - | 58.54% | 63.41% | 8.70% | 100.00% | 100.00% | Hispanic |
| 79 | Foard County, Texas | 1,020 | 43 | 225 | 37 | 723 | - | 22.06% | 29.12% | 4.22% | 86.05% | 100.00% | NOT COVERED |
| 80 | Fort Bend County, Texas | 753,490 | 95,752 | 186,462 | 42,325 | 237,244 | 5,444 | 24.75% | 68.51% | 12.71% | 44.20% | 94.31% | Hispanic |
| 81 | Franklin County, Texas | 9,830 | 392 | 1,448 | 372 | 7,678 | 20 | 14.73% | 21.89% | 3.99% | 94.90% | 94.90% | NOT COVERED |
| 82 | Freestone County, Texas | 18,368 | 653 | 2,881 | 538 | 12,032 | 115 | 15.68% | 34.49% | 3.56% | 82.39% | 82.39% | NOT COVERED |
| 83 | Frio County, Texas | 17,224 | 3,930 | 13,735 | 3,757 | 2,583 | 30 | 79.74% | 85.00% | 22.82% | 95.60% | 99.24% | Hispanic |
| 84 | Gaines County, Texas | 18,895 | 4,324 | 8,011 | 1,948 | 10,380 | 2,340 | 42.40% | 45.06% | 22.88% | 45.05% | 45.88% | Hispanic |
| 85 | Galveston County, Texas | 325,816 | 19,336 | 81,574 | 14,940 | 184,209 | 1,179 | 25.04% | 43.46% | 5.93% | 77.27% | 93.90% | NOT COVERED |
| 86 | Garza County, Texas | 5,595 | 1,284 | 2,789 | 1,174 | 2,186 | 24 | 49.85% | 60.93% | 22.95% | 91.43% | 98.13% | NOT COVERED |
| 87 | Gillespie County, Texas | 25,411 | 2,002 | 5,872 | 1,782 | 18,931 | 207 | 23.11% | 25.50% | 7.88% | 89.01% | 89.66% | NOT COVERED |
| 88 | Glasscock County, Texas | 1,124 | 230 | 476 | 230 | 594 | - | 42.35% | 47.15% | 20.46% | 100.00% | 100.00% | NOT COVERED |
| 89 | Goliad County, Texas | 6,846 | 337 | 2,526 | 330 | 3,875 | - | 36.90% | 43.40% | 4.92% | 97.92% | 100.00% | NOT COVERED |
| 90 | Gonzales County, Texas | 18,331 | 2,618 | 9,288 | 2,562 | 7,605 | 8 | 50.67% | 58.51% | 14.28% | 97.86% | 99.69% | Hispanic |
| 91 | Gray County, Texas | 19,958 | 1,463 | 5,837 | 1,409 | 12,485 | 39 | 29.25% | 37.44% | 7.33% | 96.31% | 97.33% | NOT COVERED |
| 92 | Grayson County, Texas | 125,866 | 5,198 | 16,967 | 4,424 | 94,315 | 59 | 13.48% | 25.07% | 4.13% | 85.11% | 98.86% | NOT COVERED |
| 93 | Gregg County, Texas | 115,077 | 6,222 | 21,490 | 5,379 | 65,784 | 329 | 18.67% | 42.83% | 5.41% | 86.45% | 94.71% | NOT COVERED |
| 94 | Grimes County, Texas | 27,247 | 1,940 | 6,474 | 1,812 | 15,921 | 27 | 23.76% | 41.57% | 7.12% | 93.40% | 98.61% | NOT COVERED |
| 95 | Guadalupe County, Texas | 159,314 | 9,072 | 60,921 | 7,904 | 78,507 | 193 | 38.24% | 50.72% | 5.69% | 87.13% | 97.87% | NOT COVERED |
| 96 | Hale County, Texas | 30,742 | 2,956 | 18,376 | 2,761 | 10,175 | 185 | 59.77% | 66.90% | 9.62% | 93.40% | 93.74% | Hispanic |
| 97 | Hall County, Texas | 2,749 | 226 | 930 | 219 | 1,525 | 5 | 33.83% | 44.53% | 8.22% | 96.90% | 97.79% | NOT COVERED |
| 98 | Hamilton County, Texas | 7,777 | 388 | 1,024 | 371 | 6,506 | 17 | 13.17% | 16.34% | 4.99% | 95.62% | 95.62% | NOT COVERED |
| 99 | Hansford County, Texas | 4,924 | 770 | 2,343 | 768 | 2,493 | 2 | 47.58% | 49.37% | 15.64% | 99.74% | 99.74% | Hispanic |
| 100 | Hardeman County, Texas | 3,308 | 232 | 828 | 153 | 2,275 | - | 25.03% | 31.23% | 7.01% | 65.95% | 100.00% | NOT COVERED |
| 101 | Hardin County, Texas | 52,634 | 956 | 3,236 | 548 | 44,965 | 291 | 6.15% | 14.57% | 1.82% | 57.32% | 69.56% | NOT COVERED |
| 102 | Harris County, Texas | 4,356,094 | 862,225 | 1,874,976 | 701,953 | 1,257,702 | 27,096 | 43.04% | 71.13% | 19.79% | 81.41% | 96.86% | Hispanic; Chinese (including Taiwanese) alone or in combination; Vietnamese alone or in combination |
| 103 | Harrison County, Texas | 64,508 | 2,379 | 8,421 | 2,002 | 40,782 | 214 | 13.05% | 36.78% | 3.69% | 84.15% | 91.00% | NOT COVERED |
| 104 | Hartley County, Texas | 5,141 | 297 | 1,376 | 287 | 3,005 | - | 26.77% | 41.55% | 5.78% | 96.63% | 100.00% | NOT COVERED |
| 105 | Haskell County, Texas | 5,271 | 366 | 1,459 | 358 | 3,431 | - | 27.68% | 34.91% | 6.94% | 97.81% | 100.00% | NOT COVERED |
| 106 | Hays County, Texas | 220,501 | 17,214 | 86,806 | 14,961 | 115,263 | 1,386 | 39.37% | 47.73% | 7.81% | 86.91% | 91.95% | NOT COVERED |
| 107 | Hemphill County, Texas | 3,250 | 371 | 1,131 | 364 | 2,026 | 7 | 34.80% | 37.66% | 11.42% | 98.11% | 98.11% | NOT COVERED |
| 108 | Henderson County, Texas | 77,201 | 2,716 | 10,068 | 2,272 | 59,513 | 235 | 13.04% | 22.91% | 3.52% | 83.65% | 91.35% | NOT COVERED |
| 109 | Hidalgo County, Texas | 791,444 | 245,861 | 729,223 | 241,825 | 47,823 | 1,687 | 92.14% | 93.96% | 31.06% | 98.36% | 99.31% | Hispanic |

**Appendix A**

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County | Total Population | Total LEP | Total Latino | Latino LEP | Total White, Non-Hispanic | White, Non-Hispanic LEP | Percentage Latino | Percentage Nonwhite | Percentage LEP | Percentage Latino LEP | Percentage Nonwhite LEP | Language Covered Under Sec. 203 |
| 110 | Hill County, Texas | 33,593 | 1,761 | 7,014 | 1,616 | 23,621 | 15 | 20.88% | 29.68% | 5.24% | 91.77% | 99.15% | NOT COVERED |
| 111 | Hockley County, Texas | 20,206 | 1,677 | 9,785 | 1,645 | 9,308 | 14 | 48.43% | 53.93% | 8.30% | 98.09% | 99.17% | Hispanic |
| 112 | Hood County, Texas | 57,326 | 1,755 | 7,124 | 1,571 | 47,922 | 64 | 12.43% | 16.40% | 3.06% | 89.52% | 96.35% | NOT COVERED |
| 113 | Hopkins County, Texas | 34,385 | 1,516 | 5,807 | 1,386 | 25,082 | 16 | 16.89% | 27.06% | 4.41% | 91.42% | 98.94% | NOT COVERED |
| 114 | Houston County, Texas | 21,189 | 649 | 2,428 | 608 | 12,981 | 19 | 11.46% | 38.74% | 3.06% | 93.68% | 97.07% | NOT COVERED |
| 115 | Howard County, Texas | 32,500 | 3,091 | 14,010 | 2,851 | 15,386 | 114 | 43.11% | 52.66% | 9.51% | 92.24% | 96.31% | NOT COVERED |
| 116 | Hudspeth County, Texas | 3,122 | 1,520 | 2,381 | 1,411 | 626 | 71 | 76.27% | 79.95% | 48.69% | 92.83% | 95.33% | Hispanic |
| 117 | Hunt County, Texas | 92,580 | 4,520 | 15,869 | 3,676 | 65,548 | 193 | 17.14% | 29.20% | 4.88% | 81.33% | 95.73% | NOT COVERED |
| 118 | Hutchinson County, Texas | 19,521 | 795 | 4,617 | 749 | 13,581 | 31 | 23.65% | 30.43% | 4.07% | 94.21% | 96.10% | NOT COVERED |
| 119 | Irion County, Texas | 1,504 | 8 | 403 | 8 | 1,015 | - | 26.80% | 32.51% | 0.53% | 100.00% | 100.00% | NOT COVERED |
| 120 | Jack County, Texas | 8,065 | 592 | 1,374 | 543 | 6,177 | 33 | 17.04% | 23.41% | 7.34% | 91.72% | 94.43% | NOT COVERED |
| 121 | Jackson County, Texas | 13,947 | 1,091 | 4,592 | 1,025 | 8,165 | 43 | 32.92% | 41.46% | 7.82% | 93.95% | 96.06% | NOT COVERED |
| 122 | Jasper County, Texas | 31,445 | 705 | 2,239 | 414 | 23,334 | 109 | 7.12% | 25.79% | 2.24% | 58.72% | 84.54% | NOT COVERED |
| 123 | Jeff Davis County, Texas | 1,935 | 200 | 480 | 183 | 1,419 | 17 | 24.81% | 26.67% | 10.34% | 91.50% | 91.50% | Hispanic |
| 124 | Jefferson County, Texas | 239,231 | 21,022 | 50,664 | 16,255 | 95,626 | 1,036 | 21.18% | 60.03% | 8.79% | 77.32% | 95.07% | NOT COVERED |
| 125 | Jim Hogg County, Texas | 4,146 | 385 | 3,873 | 370 | 271 | 15 | 93.42% | 93.46% | 9.29% | 96.10% | 96.10% | Hispanic |
| 126 | Jim Wells County, Texas | 36,451 | 3,136 | 29,127 | 3,073 | 6,571 | 56 | 79.91% | 81.97% | 8.60% | 97.99% | 98.21% | Hispanic |
| 127 | Johnson County, Texas | 165,644 | 10,491 | 36,697 | 9,327 | 116,647 | 504 | 22.15% | 29.58% | 6.33% | 88.90% | 95.20% | NOT COVERED |
| 128 | Jones County, Texas | 18,876 | 1,032 | 5,259 | 1,001 | 10,604 | 14 | 27.86% | 43.82% | 5.47% | 97.00% | 98.64% | NOT COVERED |
| 129 | Karnes County, Texas | 14,007 | 2,019 | 7,724 | 1,861 | 4,908 | 48 | 55.14% | 64.96% | 14.41% | 92.17% | 97.62% | Hispanic |
| 130 | Kaufman County, Texas | 130,200 | 7,121 | 29,921 | 5,809 | 77,543 | 394 | 22.98% | 40.44% | 5.47% | 81.58% | 94.47% | NOT COVERED |
| 131 | Kendall County, Texas | 41,822 | 2,139 | 10,099 | 1,840 | 29,796 | 142 | 24.15% | 28.76% | 5.11% | 86.02% | 93.36% | NOT COVERED |
| 132 | Kenedy County, Texas | 125 | 63 | 122 | 63 | 1 | - | 97.60% | 99.20% | 50.40% | 100.00% | 100.00% | Hispanic |
| 133 | Kent County, Texas | 614 | 22 | 105 | 22 | 481 | - | 17.10% | 21.66% | 3.58% | 100.00% | 100.00% | NOT COVERED |
| 134 | Kerr County, Texas | 49,738 | 1,789 | 13,418 | 1,606 | 33,863 | 119 | 26.98% | 31.92% | 3.60% | 89.77% | 93.35% | NOT COVERED |
| 135 | Kimble County, Texas | 4,061 | 183 | 975 | 164 | 3,003 | 19 | 24.01% | 26.05% | 4.51% | 89.62% | 89.62% | NOT COVERED |
| 136 | King County, Texas | 213 | 28 | 72 | 28 | 141 | - | 33.80% | 33.80% | 13.15% | 100.00% | 100.00% | NOT COVERED |
| 137 | Kinney County, Texas | 3,028 | 311 | 1,930 | 311 | 1,085 | - | 63.74% | 64.17% | 10.27% | 100.00% | 100.00% | Hispanic |
| 138 | Kleberg County, Texas | 28,990 | 2,573 | 21,171 | 2,413 | 5,824 | - | 73.03% | 79.91% | 8.88% | 93.78% | 100.00% | Hispanic |
| 139 | Knox County, Texas | 3,176 | 366 | 1,089 | 292 | 1,801 | 15 | 34.29% | 43.29% | 11.52% | 79.78% | 95.90% | Hispanic |
| 140 | Lamar County, Texas | 46,763 | 978 | 3,744 | 616 | 34,390 | 205 | 8.01% | 26.46% | 2.09% | 62.99% | 79.04% | NOT COVERED |
| 141 | Lamb County, Texas | 12,218 | 1,210 | 6,827 | 1,196 | 4,767 | 5 | 55.88% | 60.98% | 9.90% | 98.84% | 99.59% | Hispanic |
| 142 | Lampasas County, Texas | 20,323 | 579 | 3,915 | 449 | 14,579 | 54 | 19.26% | 28.26% | 2.85% | 77.55% | 90.67% | NOT COVERED |
| 143 | La Salle County, Texas | 6,693 | 807 | 5,676 | 798 | 806 | - | 84.81% | 87.96% | 12.06% | 98.88% | 100.00% | Hispanic |
| 144 | Lavaca County, Texas | 19,045 | 668 | 3,630 | 609 | 13,980 | 57 | 19.06% | 26.59% | 3.51% | 91.17% | 91.47% | NOT COVERED |
| 145 | Lee County, Texas | 16,291 | 1,100 | 3,869 | 968 | 10,296 | 34 | 23.75% | 36.80% | 6.75% | 88.00% | 96.91% | NOT COVERED |
| 146 | Leon County, Texas | 14,881 | 678 | 2,158 | 649 | 11,368 | 8 | 14.50% | 23.61% | 4.56% | 95.72% | 98.82% | NOT COVERED |
| 147 | Liberty County, Texas | 83,449 | 8,993 | 23,622 | 8,761 | 50,006 | 120 | 28.31% | 40.08% | 10.78% | 97.42% | 98.67% | NOT COVERED |
| 148 | Limestone County, Texas | 20,944 | 1,698 | 4,533 | 1,428 | 12,076 | 99 | 21.64% | 42.34% | 8.11% | 84.10% | 94.17% | NOT COVERED |
| 149 | Lipscomb County, Texas | 2,895 | 336 | 954 | 336 | 1,778 | - | 32.95% | 38.58% | 11.61% | 100.00% | 100.00% | NOT COVERED |
| 150 | Live Oak County, Texas | 10,739 | 692 | 4,272 | 654 | 6,122 | 13 | 39.78% | 42.99% | 6.44% | 94.51% | 98.12% | Hispanic |
| 151 | Llano County, Texas | 20,389 | 360 | 2,178 | 339 | 17,437 | 12 | 10.68% | 14.48% | 1.77% | 94.17% | 96.67% | NOT COVERED |
| 152 | Loving County, Texas | 59 | 1 | - | - | 58 | - | 0.00% | 1.69% | 1.69% | 0.00% | 100.00% | NOT COVERED |
| 153 | Lubbock County, Texas | 288,640 | 13,679 | 103,025 | 10,556 | 152,885 | 867 | 35.69% | 47.03% | 4.74% | 77.17% | 93.66% | NOT COVERED |
| 154 | Lynn County, Texas | 5,226 | 326 | 2,416 | 296 | 2,603 | 28 | 46.23% | 50.19% | 6.24% | 90.80% | 91.41% | Hispanic |
| 155 | McCulloch County, Texas | 7,332 | 411 | 2,379 | 404 | 4,602 | 7 | 32.45% | 37.23% | 5.61% | 98.30% | 98.30% | NOT COVERED |
| 156 | McLennan County, Texas | 240,736 | 24,890 | 63,178 | 22,260 | 134,506 | 1,133 | 26.24% | 44.13% | 10.34% | 89.43% | 95.45% | NOT COVERED |
| 157 | McMullen County, Texas | 679 | 28 | 424 | 28 | 250 | - | 62.44% | 63.18% | 4.12% | 100.00% | 100.00% | NOT COVERED |
| 158 | Madison County, Texas | 12,751 | 966 | 3,018 | 944 | 6,954 | 22 | 23.67% | 45.46% | 7.58% | 97.72% | 97.72% | NOT COVERED |
| 159 | Marion County, Texas | 9,262 | 137 | 362 | 108 | 6,591 | 13 | 3.91% | 28.84% | 1.48% | 78.83% | 90.51% | NOT COVERED |
| 160 | Martin County, Texas | 4,880 | 527 | 2,223 | 427 | 2,489 | 100 | 45.55% | 49.00% | 10.80% | 81.02% | 81.02% | Hispanic |
| 161 | Mason County, Texas | 3,668 | 320 | 667 | 283 | 2,923 | 31 | 18.18% | 20.31% | 8.72% | 88.44% | 90.31% | NOT COVERED |
| 162 | Matagorda County, Texas | 33,630 | 3,055 | 14,379 | 2,732 | 14,654 | - | 42.76% | 56.43% | 9.08% | 89.43% | 100.00% | NOT COVERED |
| 163 | Maverick County, Texas | 52,574 | 19,200 | 49,968 | 18,651 | 1,457 | 239 | 95.04% | 97.23% | 36.52% | 97.14% | 98.76% | Hispanic; All other American Indian tribes alone or in combination |
| 164 | Medina County, Texas | 47,547 | 3,989 | 24,805 | 3,757 | 20,194 | 136 | 52.17% | 57.53% | 8.39% | 94.18% | 96.59% | Hispanic |

**Appendix A**

| | County | Total Population | Total LEP | Total Latino | Latino LEP | Total White, Non-Hispanic | White, Non-Hispanic LEP | Percentage Latino | Percentage Nonwhite | Percentage LEP | Percentage Latino LEP | Percentage Nonwhite LEP | Language Covered Under Sec. 203 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | Menard County, Texas | 1,923 | 128 | 694 | 113 | 1,122 | 15 | 36.09% | 41.65% | 6.66% | 88.28% | 88.28% | Hispanic |
| 166 | Midland County, Texas | 152,558 | 15,185 | 69,880 | 13,247 | 67,127 | 346 | 45.81% | 56.00% | 9.95% | 87.24% | 97.72% | NOT COVERED |
| 167 | Milam County, Texas | 23,488 | 1,419 | 6,168 | 1,168 | 14,608 | 167 | 26.26% | 37.81% | 6.04% | 82.31% | 88.23% | NOT COVERED |
| 168 | Mills County, Texas | 4,408 | 108 | 1,047 | 102 | 3,185 | - | 23.75% | 27.75% | 2.45% | 94.44% | 100.00% | NOT COVERED |
| 169 | Mitchell County, Texas | 8,270 | 789 | 3,252 | 785 | 4,290 | 4 | 39.32% | 48.13% | 9.54% | 99.49% | 99.49% | NOT COVERED |
| 170 | Montague County, Texas | 18,765 | 551 | 2,059 | 536 | 16,033 | 15 | 10.97% | 14.56% | 2.94% | 97.28% | 97.28% | NOT COVERED |
| 171 | Montgomery County, Texas | 568,342 | 43,596 | 139,704 | 37,345 | 366,390 | 2,057 | 24.58% | 35.53% | 7.67% | 85.66% | 95.28% | NOT COVERED |
| 172 | Moore County, Texas | 19,470 | 4,726 | 11,047 | 3,859 | 6,323 | 55 | 56.74% | 67.52% | 24.27% | 81.65% | 98.84% | Hispanic |
| 173 | Morris County, Texas | 11,397 | 332 | 1,255 | 187 | 7,201 | 30 | 11.01% | 36.82% | 2.91% | 56.33% | 90.96% | NOT COVERED |
| 174 | Motley County, Texas | 1,198 | 26 | 158 | 15 | 952 | 11 | 13.19% | 20.53% | 2.17% | 57.69% | 57.69% | NOT COVERED |
| 175 | Nacogdoches County, Texas | 60,813 | 3,757 | 11,673 | 3,513 | 36,371 | 48 | 19.19% | 40.19% | 6.18% | 93.51% | 98.72% | NOT COVERED |
| 176 | Navarro County, Texas | 48,257 | 5,042 | 13,370 | 4,472 | 26,612 | 119 | 27.71% | 44.85% | 10.45% | 88.69% | 97.64% | NOT COVERED |
| 177 | Newton County, Texas | 11,949 | 46 | 484 | 22 | 8,759 | 16 | 4.05% | 26.70% | 0.38% | 47.83% | 65.22% | NOT COVERED |
| 178 | Nolan County, Texas | 13,694 | 898 | 5,301 | 839 | 7,436 | 49 | 38.71% | 45.70% | 6.56% | 93.43% | 94.54% | NOT COVERED |
| 179 | Nueces County, Texas | 330,734 | 23,778 | 212,223 | 21,460 | 95,530 | 568 | 64.17% | 71.12% | 7.19% | 90.25% | 97.61% | Hispanic |
| 180 | Ochiltree County, Texas | 9,256 | 1,917 | 5,048 | 1,917 | 3,937 | - | 54.54% | 57.47% | 20.71% | 100.00% | 100.00% | Hispanic |
| 181 | Oldham County, Texas | 2,114 | 103 | 496 | 90 | 1,477 | 3 | 23.46% | 30.13% | 4.87% | 87.38% | 97.09% | NOT COVERED |
| 182 | Orange County, Texas | 79,399 | 1,957 | 6,516 | 941 | 63,459 | 678 | 8.21% | 20.08% | 2.46% | 48.08% | 65.36% | NOT COVERED |
| 183 | Palo Pinto County, Texas | 26,601 | 1,165 | 5,207 | 1,063 | 19,846 | 49 | 19.57% | 25.39% | 4.38% | 91.24% | 95.79% | NOT COVERED |
| 184 | Panola County, Texas | 21,264 | 512 | 1,851 | 401 | 15,563 | 47 | 8.70% | 26.81% | 2.41% | 78.32% | 90.82% | NOT COVERED |
| 185 | Parker County, Texas | 136,062 | 4,216 | 17,471 | 3,618 | 111,881 | 321 | 12.84% | 17.77% | 3.10% | 85.82% | 92.39% | NOT COVERED |
| 186 | Parmer County, Texas | 9,104 | 1,545 | 5,815 | 1,507 | 3,076 | 38 | 63.87% | 66.21% | 16.97% | 97.54% | 97.54% | Hispanic |
| 187 | Pecos County, Texas | 14,170 | 1,491 | 9,789 | 1,444 | 3,508 | - | 69.08% | 75.24% | 10.52% | 96.85% | 100.00% | Hispanic |
| 188 | Polk County, Texas | 46,802 | 1,644 | 7,076 | 1,440 | 33,425 | 83 | 15.12% | 28.58% | 3.51% | 87.59% | 94.95% | All other American Indian tribes alone or in combination |
| 189 | Potter County, Texas | 110,282 | 13,991 | 42,541 | 9,302 | 48,564 | 403 | 38.57% | 55.96% | 12.69% | 66.49% | 97.12% | NOT COVERED |
| 190 | Presidio County, Texas | 5,883 | 2,648 | 4,620 | 2,617 | 992 | 30 | 78.53% | 83.14% | 45.01% | 98.83% | 98.87% | Hispanic |
| 191 | Rains County, Texas | 11,492 | 351 | 1,125 | 239 | 9,638 | 29 | 9.79% | 16.13% | 3.05% | 68.09% | 91.74% | NOT COVERED |
| 192 | Randall County, Texas | 130,600 | 4,381 | 29,654 | 2,294 | 91,413 | 1,146 | 22.71% | 30.01% | 3.35% | 52.36% | 73.84% | NOT COVERED |
| 193 | Reagan County, Texas | 3,043 | 445 | 2,052 | 428 | 835 | 3 | 67.43% | 72.56% | 14.62% | 96.18% | 99.33% | Hispanic |
| 194 | Real County, Texas | 2,697 | 74 | 619 | 74 | 2,037 | - | 22.95% | 24.47% | 2.74% | 100.00% | 100.00% | NOT COVERED |
| 195 | Red River County, Texas | 11,043 | 223 | 740 | 200 | 8,170 | - | 6.70% | 26.02% | 2.02% | 89.69% | 100.00% | NOT COVERED |
| 196 | Reeves County, Texas | 13,805 | 2,871 | 10,167 | 2,692 | 3,291 | 77 | 73.65% | 76.16% | 20.80% | 93.77% | 97.32% | Hispanic |
| 197 | Refugio County, Texas | 6,369 | 252 | 3,247 | 231 | 2,563 | 18 | 50.98% | 59.76% | 3.96% | 91.67% | 92.86% | NOT COVERED |
| 198 | Roberts County, Texas | 715 | 18 | 100 | 18 | 592 | - | 13.99% | 17.20% | 2.52% | 100.00% | 100.00% | NOT COVERED |
| 199 | Robertson County, Texas | 15,770 | 480 | 3,309 | 459 | 9,006 | 2 | 20.98% | 42.89% | 3.04% | 95.63% | 99.58% | NOT COVERED |
| 200 | Rockwall County, Texas | 98,820 | 4,163 | 18,238 | 3,092 | 68,077 | 319 | 18.46% | 31.11% | 4.21% | 74.27% | 92.34% | NOT COVERED |
| 201 | Runnels County, Texas | 9,320 | 369 | 3,219 | 325 | 5,664 | 35 | 34.54% | 39.23% | 3.96% | 88.08% | 90.51% | NOT COVERED |
| 202 | Rusk County, Texas | 49,620 | 2,541 | 8,396 | 2,462 | 31,319 | 27 | 16.92% | 36.88% | 5.12% | 96.89% | 98.94% | NOT COVERED |
| 203 | Sabine County, Texas | 9,486 | 25 | 463 | 7 | 8,045 | 13 | 4.88% | 15.19% | 0.26% | 28.00% | 48.00% | NOT COVERED |
| 204 | San Augustine County, Texas | 7,611 | 220 | 572 | 183 | 5,250 | 23 | 7.52% | 31.02% | 2.89% | 83.18% | 89.55% | NOT COVERED |
| 205 | San Jacinto County, Texas | 26,038 | 1,211 | 3,695 | 1,203 | 19,211 | 8 | 14.19% | 26.22% | 4.65% | 99.34% | 99.34% | NOT COVERED |
| 206 | San Patricio County, Texas | 63,852 | 3,582 | 36,894 | 3,085 | 24,189 | 116 | 57.78% | 62.12% | 5.61% | 86.13% | 96.76% | Hispanic |
| 207 | San Saba County, Texas | 5,487 | 361 | 1,624 | 324 | 3,507 | 29 | 29.60% | 36.09% | 6.58% | 89.75% | 91.97% | NOT COVERED |
| 208 | Schleicher County, Texas | 2,350 | 144 | 1,320 | 139 | 961 | 5 | 56.17% | 59.11% | 6.13% | 96.53% | 96.53% | Hispanic |
| 209 | Scurry County, Texas | 15,902 | 821 | 6,429 | 769 | 8,296 | 14 | 40.43% | 47.83% | 5.16% | 93.67% | 98.29% | NOT COVERED |
| 210 | Shackelford County, Texas | 2,976 | 38 | 353 | 38 | 2,528 | - | 11.86% | 15.05% | 1.28% | 100.00% | 100.00% | NOT COVERED |
| 211 | Shelby County, Texas | 22,536 | 1,721 | 4,037 | 1,445 | 13,953 | 247 | 17.91% | 38.09% | 7.64% | 83.96% | 85.65% | NOT COVERED |
| 212 | Sherman County, Texas | 2,231 | 404 | 965 | 362 | 1,191 | 42 | 43.25% | 46.62% | 18.11% | 89.60% | 89.60% | Hispanic |
| 213 | Smith County, Texas | 216,164 | 16,353 | 41,809 | 14,504 | 129,201 | 352 | 19.34% | 40.23% | 7.57% | 88.69% | 97.85% | NOT COVERED |
| 214 | Somervell County, Texas | 8,690 | 389 | 1,496 | 389 | 6,802 | - | 17.22% | 21.73% | 4.48% | 100.00% | 100.00% | NOT COVERED |
| 215 | Starr County, Texas | 59,192 | 21,618 | 57,136 | 21,025 | 1,762 | 460 | 96.53% | 97.02% | 36.52% | 97.26% | 97.87% | Hispanic |
| 216 | Stephens County, Texas | 8,678 | 540 | 2,093 | 510 | 6,130 | 9 | 24.12% | 29.36% | 6.22% | 94.44% | 98.33% | NOT COVERED |
| 217 | Sterling County, Texas | 1,291 | 25 | 456 | 25 | 786 | - | 35.32% | 39.12% | 1.94% | 100.00% | 100.00% | Hispanic |
| 218 | Stonewall County, Texas | 1,216 | 37 | 297 | 37 | 904 | - | 24.42% | 25.66% | 3.04% | 100.00% | 100.00% | NOT COVERED |
| 219 | Sutton County, Texas | 3,072 | 369 | 2,124 | 361 | 904 | 8 | 69.14% | 70.57% | 12.01% | 97.83% | 97.83% | Hispanic |

**Appendix A**

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | County | Total Population | Total LEP | Total Latino | Latino LEP | Total White, Non-Hispanic | White, Non-Hispanic LEP | Percentage Latino | Percentage Nonwhite | Percentage LEP | Percentage Latino LEP | Percentage Nonwhite LEP | Language Covered Under Sec. 203 |
| 220 | Swisher County, Texas | 6,731 | 837 | 3,040 | 800 | 2,978 | - | 45.16% | 55.76% | 12.44% | 95.58% | 100.00% | NOT COVERED |
| 221 | Tarrant County, Texas | 1,950,694 | 219,035 | 563,057 | 155,374 | 890,495 | 11,270 | 28.86% | 54.35% | 11.23% | 70.94% | 94.85% | Hispanic; Vietnamese alone or in combination |
| 222 | Taylor County, Texas | 131,600 | 5,517 | 32,540 | 3,312 | 82,676 | 213 | 24.73% | 37.18% | 4.19% | 60.03% | 96.14% | NOT COVERED |
| 223 | Terrell County, Texas | 950 | 169 | 522 | 169 | 388 | - | 54.95% | 59.16% | 17.79% | 100.00% | 100.00% | Hispanic |
| 224 | Terry County, Texas | 11,018 | 1,095 | 6,124 | 912 | 4,554 | 183 | 55.58% | 58.67% | 9.94% | 83.29% | 83.29% | Hispanic |
| 225 | Throckmorton County, Texas | 1,301 | 18 | 145 | 18 | 1,111 | - | 11.15% | 14.60% | 1.38% | 100.00% | 100.00% | NOT COVERED |
| 226 | Titus County, Texas | 28,946 | 4,769 | 12,463 | 4,390 | 12,973 | 167 | 43.06% | 55.18% | 16.48% | 92.05% | 96.50% | Hispanic |
| 227 | Tom Green County, Texas | 111,152 | 6,162 | 44,918 | 5,455 | 58,255 | 121 | 40.41% | 47.59% | 5.54% | 88.53% | 98.04% | NOT COVERED |
| 228 | Travis County, Texas | 1,191,841 | 123,956 | 392,656 | 93,378 | 582,944 | 7,378 | 32.95% | 51.09% | 10.40% | 75.33% | 94.05% | Hispanic |
| 229 | Trinity County, Texas | 13,019 | 549 | 1,382 | 549 | 10,142 | - | 10.62% | 22.10% | 4.22% | 100.00% | 100.00% | NOT COVERED |
| 230 | Tyler County, Texas | 19,168 | 642 | 1,575 | 497 | 14,996 | 94 | 8.22% | 21.77% | 3.35% | 77.41% | 85.36% | NOT COVERED |
| 231 | Upshur County, Texas | 38,444 | 767 | 3,295 | 422 | 30,850 | 105 | 8.57% | 19.75% | 2.00% | 55.02% | 86.31% | NOT COVERED |
| 232 | Upton County, Texas | 3,239 | 234 | 1,794 | 223 | 1,294 | - | 55.39% | 60.05% | 7.22% | 95.30% | 100.00% | NOT COVERED |
| 233 | Uvalde County, Texas | 23,120 | 3,610 | 16,519 | 3,397 | 5,928 | 59 | 71.45% | 74.36% | 15.61% | 94.10% | 98.37% | Hispanic |
| 234 | Val Verde County, Texas | 43,844 | 9,111 | 36,059 | 8,941 | 6,420 | 76 | 82.24% | 85.36% | 20.78% | 98.13% | 99.17% | Hispanic |
| 235 | Van Zandt County, Texas | 55,458 | 1,451 | 6,258 | 1,305 | 46,172 | 68 | 11.28% | 16.74% | 2.62% | 89.94% | 95.31% | NOT COVERED |
| 236 | Victoria County, Texas | 85,044 | 4,683 | 40,204 | 4,059 | 37,487 | 132 | 47.27% | 55.92% | 5.51% | 86.68% | 97.18% | NOT COVERED |
| 237 | Walker County, Texas | 73,397 | 4,413 | 13,184 | 3,525 | 41,333 | 137 | 17.96% | 43.69% | 6.01% | 79.88% | 96.90% | NOT COVERED |
| 238 | Waller County, Texas | 51,929 | 5,088 | 15,598 | 4,952 | 22,264 | 59 | 30.04% | 57.13% | 9.80% | 97.33% | 98.84% | NOT COVERED |
| 239 | Ward County, Texas | 10,507 | 1,167 | 5,716 | 916 | 4,061 | 51 | 54.40% | 61.35% | 11.11% | 78.49% | 95.63% | Hispanic |
| 240 | Washington County, Texas | 33,622 | 1,408 | 5,339 | 1,331 | 21,449 | 27 | 15.88% | 36.21% | 4.19% | 94.53% | 98.08% | NOT COVERED |
| 241 | Webb County, Texas | 243,206 | 90,760 | 231,702 | 89,751 | 8,670 | 681 | 95.27% | 96.44% | 37.32% | 98.89% | 99.25% | Hispanic |
| 242 | Wharton County, Texas | 38,744 | 3,343 | 16,094 | 3,285 | 17,203 | 22 | 41.54% | 55.60% | 8.63% | 98.27% | 99.34% | NOT COVERED |
| 243 | Wheeler County, Texas | 4,771 | 450 | 1,186 | 425 | 3,329 | 17 | 24.86% | 30.22% | 9.43% | 94.44% | 96.22% | NOT COVERED |
| 244 | Wichita County, Texas | 121,291 | 4,717 | 23,525 | 3,464 | 78,593 | 259 | 19.40% | 35.20% | 3.89% | 73.44% | 94.51% | NOT COVERED |
| 245 | Wilbarger County, Texas | 12,066 | 825 | 3,563 | 592 | 6,963 | 34 | 29.53% | 42.29% | 6.84% | 71.76% | 95.88% | NOT COVERED |
| 246 | Willacy County, Texas | 19,135 | 3,023 | 16,835 | 2,956 | 1,998 | 67 | 87.98% | 89.56% | 15.80% | 97.78% | 97.78% | Hispanic |
| 247 | Williamson County, Texas | 554,857 | 36,385 | 136,230 | 22,197 | 320,889 | 3,304 | 24.55% | 42.17% | 6.56% | 61.01% | 90.92% | NOT COVERED |
| 248 | Wilson County, Texas | 46,528 | 2,844 | 18,668 | 2,545 | 25,958 | 174 | 40.12% | 44.21% | 6.11% | 89.49% | 93.88% | NOT COVERED |
| 249 | Winkler County, Texas | 7,079 | 1,009 | 4,355 | 948 | 2,376 | 3 | 61.52% | 66.44% | 14.25% | 93.95% | 99.70% | Hispanic |
| 250 | Wise County, Texas | 63,751 | 4,061 | 12,385 | 3,897 | 48,425 | 99 | 19.43% | 24.04% | 6.37% | 95.96% | 97.56% | NOT COVERED |
| 251 | Wood County, Texas | 42,521 | 1,584 | 4,272 | 1,325 | 34,840 | 144 | 10.05% | 18.06% | 3.73% | 83.65% | 90.91% | NOT COVERED |
| 252 | Yoakum County, Texas | 7,004 | 1,257 | 4,702 | 1,072 | 2,068 | 185 | 67.13% | 70.47% | 17.95% | 85.28% | 85.28% | Hispanic |
| 253 | Young County, Texas | 16,887 | 1,294 | 3,150 | 1,276 | 13,085 | - | 18.65% | 22.51% | 7.66% | 98.61% | 100.00% | NOT COVERED |
| 254 | Zapata County, Texas | 12,726 | 4,309 | 12,067 | 4,181 | 435 | 8 | 94.82% | 96.58% | 33.86% | 97.03% | 99.81% | Hispanic |
| 255 | Zavala County, Texas | 9,178 | 1,350 | 8,623 | 1,329 | 504 | 21 | 93.95% | 94.51% | 14.71% | 98.44% | 98.44% | Hispanic |
| 256 | Totals | 26,903,358 | 3,532,172 | 10,516,441 | 2,909,579 | 11,156,538 | 128,240 | 39.09% | 58.53% | 13.13% | 82.37% | 96.37% | |