**Appendix C**

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 |  | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 3 | HOUSEHOLDS BY TYPE | | | | | | | | |
| 4 | Total households | 10,239,341 | ±15,384 | 10,239,341 | (X) | 321,447 | ±1,348 | 321,447 | (X) |
| 5 | Married-couple household | 5,120,567 | ±25,564 | 50.0% | ±0.2 | 185,372 | ±2,289 | 57.7% | ±0.7 |
| 6 | With children of the householder under 18 years | 2,279,656 | ±20,180 | 22.3% | ±0.2 | 90,185 | ±1,914 | 28.1% | ±0.6 |
| 7 | Cohabiting couple household | 594,180 | ±6,929 | 5.8% | ±0.1 | 15,807 | ±1,084 | 4.9% | ±0.3 |
| 8 | With children of the householder under 18 years | 231,770 | ±4,946 | 2.3% | ±0.1 | 4,690 | ±645 | 1.5% | ±0.2 |
| 9 | Male householder, no spouse/partner present | 1,800,816 | ±12,644 | 17.6% | ±0.1 | 47,738 | ±1,670 | 14.9% | ±0.5 |
| 10 | With children of the householder under 18 years | 139,759 | ±4,044 | 1.4% | ±0.1 | 4,351 | ±569 | 1.4% | ±0.2 |
| 11 | Householder living alone | 1,228,689 | ±10,341 | 12.0% | ±0.1 | 32,027 | ±1,445 | 10.0% | ±0.5 |
| 12 | 65 years and over | 285,913 | ±5,000 | 2.8% | ±0.1 | 5,308 | ±676 | 1.7% | ±0.2 |
| 13 | Female householder, no spouse/partner present | 2,723,778 | ±11,388 | 26.6% | ±0.1 | 72,530 | ±2,063 | 22.6% | ±0.6 |
| 14 | With children of the householder under 18 years | 640,866 | ±7,888 | 6.3% | ±0.1 | 15,066 | ±1,096 | 4.7% | ±0.3 |
| 15 | Householder living alone | 1,365,589 | ±8,972 | 13.3% | ±0.1 | 40,635 | ±1,693 | 12.6% | ±0.5 |
| 16 | 65 years and over | 569,165 | ±6,823 | 5.6% | ±0.1 | 13,609 | ±858 | 4.2% | ±0.3 |
| 17 | Households with one or more people under 18 years | 3,707,603 | ±17,669 | 36.2% | ±0.1 | 121,687 | ±2,237 | 37.9% | ±0.7 |
| 18 | Households with one or more people 65 years and over | 2,584,587 | ±9,427 | 25.2% | ±0.1 | 64,383 | ±945 | 20.0% | ±0.3 |
| 19 | Average household size | 2.76 | ±0.01 | (X) | (X) | 2.72 | ±0.01 | (X) | (X) |
| 20 | Average family size | 3.36 | ±0.01 | (X) | (X) | 3.22 | ±0.02 | (X) | (X) |

Table: ACSDP5Y2021.DP02

**Appendix C**

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 21 | | | | **RELATIONSHIP** | | | | | |
| 22 | Population in households | 28,293,548 | ***** | 28,293,548 | (X) | 874,312 | ±1,013 | 874,312 | (X) |
| 23 | Householder | 10,239,341 | ±15,384 | 36.2% | ±0.1 | 321,447 | ±1,348 | 36.8% | ±0.1 |
| 24 | Spouse | 5,111,283 | ±26,428 | 18.1% | ±0.1 | 185,010 | ±2,419 | 21.2% | ±0.3 |
| 25 | Unmarried partner | 603,178 | ±7,229 | 2.1% | ±0.1 | 16,094 | ±1,110 | 1.8% | ±0.1 |
| 26 | Child | 9,218,381 | ±19,920 | 32.6% | ±0.1 | 270,839 | ±2,647 | 31.0% | ±0.3 |
| 27 | Other relatives | 2,306,348 | ±23,558 | 8.2% | ±0.1 | 51,968 | ±2,440 | 5.9% | ±0.3 |
| 28 | Other nonrelatives | 815,017 | ±14,478 | 2.9% | ±0.1 | 28,954 | ±2,034 | 3.3% | ±0.2 |
| 29 | | | | **MARITAL STATUS** | | | | | |
| 30 | Males 15 years and over | 11,242,916 | ±1,730 | 11,242,916 | (X) | 346,424 | ±97 | 346,424 | (X) |
| 31 | Never married | 4,034,500 | ±17,981 | 35.9% | ±0.2 | 107,382 | ±2,085 | 31.0% | ±0.6 |
| 32 | Now married, except separated | 5,748,811 | ±24,513 | 51.1% | ±0.2 | 201,583 | ±2,672 | 58.2% | ±0.8 |
| 33 | Separated | 198,684 | ±4,370 | 1.8% | ±0.1 | 3,871 | ±468 | 1.1% | ±0.1 |
| 34 | Widowed | 252,874 | ±4,079 | 2.2% | ±0.1 | 4,973 | ±650 | 1.4% | ±0.2 |
| 35 | Divorced | 1,008,047 | ±10,735 | 9.0% | ±0.1 | 28,615 | ±1,798 | 8.3% | ±0.5 |
| 36 | Females 15 years and over | 11,441,913 | ±1,638 | 11,441,913 | (X) | 361,013 | ±68 | 361,013 | (X) |
| 37 | Never married | 3,474,696 | ±15,209 | 30.4% | ±0.1 | 101,623 | ±1,834 | 28.1% | ±0.5 |
| 38 | Now married, except separated | 5,482,161 | ±22,394 | 47.9% | ±0.2 | 193,406 | ±2,972 | 53.6% | ±0.8 |
| 39 | Separated | 292,674 | ±5,227 | 2.6% | ±0.1 | 5,296 | ±728 | 1.5% | ±0.2 |
| 40 | Widowed | 849,444 | ±6,242 | 7.4% | ±0.1 | 18,533 | ±1,017 | 5.1% | ±0.3 |
| 41 | Divorced | 1,342,938 | ±11,697 | 11.7% | ±0.1 | 42,155 | ±1,999 | 11.7% | ±0.6 |
| 42 | | | | **FERTILITY** | | | | | |
| 43 | Number of women 15 to 50 years old who had a birth in the past 12 months | 401,736 | ±6,321 | 401,736 | (X) | 11,292 | ±922 | 11,292 | (X) |

Table: ACSDP5Y2021.DP02

**Appendix C**

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 |   | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 44 | Unmarried women (widowed, divorced, and never married) | 127,676 | ±3,801 | 31.8% | ±0.8 | 2,139 | ±529 | 18.9% | ±4.0 |
| 45 | Per 1,000 unmarried women | 34 | ±1 | (X) | (X) | 19 | ±5 | (X) | (X) |
| 46 | Per 1,000 women 15 to 50 years old | 56 | ±1 | (X) | (X) | 48 | ±4 | (X) | (X) |
| 47 | Per 1,000 women 15 to 19 years old | 16 | ±1 | (X) | (X) | 7 | ±4 | (X) | (X) |
| 48 | Per 1,000 women 20 to 34 years old | 96 | ±2 | (X) | (X) | 79 | ±8 | (X) | (X) |
| 49 | Per 1,000 women 35 to 50 years old | 31 | ±1 | (X) | (X) | 32 | ±6 | (X) | (X) |
| 50 | **GRANDPARENTS** | | | | | | | | |
| 51 | Number of grandparents living with own grandchildren under 18 years | 748,582 | ±9,597 | 748,582 | (X) | 17,572 | ±1,372 | 17,572 | (X) |
| 52 | Grandparents responsible for grandchildren | 256,777 | ±5,027 | 34.3% | ±0.6 | 3,988 | ±666 | 22.7% | ±3.1 |
| 53 | Years responsible for grandchildren | | | | | | | | |
| 54 | Less than 1 year | 44,525 | ±2,052 | 5.9% | ±0.3 | 971 | ±293 | 5.5% | ±1.6 |
| 55 | 1 or 2 years | 53,771 | ±2,793 | 7.2% | ±0.4 | 726 | ±216 | 4.1% | ±1.1 |
| 56 | 3 or 4 years | 44,307 | ±1,996 | 5.9% | ±0.3 | 618 | ±218 | 3.5% | ±1.3 |
| 57 | 5 or more years | 114,174 | ±3,161 | 15.3% | ±0.4 | 1,673 | ±448 | 9.5% | ±2.3 |
| 58 | Number of grandparents responsible for own grandchildren under 18 years | 256,777 | ±5,027 | 256,777 | (X) | 3,988 | ±666 | 3,988 | (X) |
| 59 | Who are female | 158,771 | ±3,250 | 61.8% | ±0.6 | 2,461 | ±438 | 61.7% | ±4.4 |
| 60 | Who are married | 180,355 | ±4,342 | 70.2% | ±0.9 | 2,740 | ±535 | 68.7% | ±6.6 |
| 61 | **SCHOOL ENROLLMENT** | | | | | | | | |
| 62 | Population 3 years and over enrolled in school | 7,752,643 | ±18,179 | 7,752,643 | (X) | 244,924 | ±2,739 | 244,924 | (X) |
| 63 | Nursery school, preschool | 435,637 | ±7,474 | 5.6% | ±0.1 | 14,187 | ±1,026 | 5.8% | ±0.4 |
| 64 | Kindergarten | 413,772 | ±5,927 | 5.3% | ±0.1 | 11,817 | ±945 | 4.8% | ±0.4 |
| 65 | Elementary school (grades 1-8) | 3,349,335 | ±8,492 | 43.2% | ±0.1 | 97,724 | ±1,318 | 39.9% | ±0.7 |
| 66 | High school (grades 9-12) | 1,692,163 | ±7,281 | 21.8% | ±0.1 | 49,127 | ±1,221 | 20.1% | ±0.5 |
| 67 | College or graduate school | 1,861,736 | ±14,977 | 24.0% | ±0.1 | 72,069 | ±2,280 | 29.4% | ±0.7 |

3

Table: ACSDP5Y2021.DP02

**Appendix C**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 68 | **EDUCATIONAL ATTAINMENT** | | | | | | | | |
| 69 | Population 25 years and over | 18,619,469 | ±2,994 | 18,619,469 | (X) | 587,191 | ±98 | 587,191 | (X) |
| 70 | Less than 9th grade | 1,422,360 | ±13,967 | 7.6% | ±0.1 | 17,977 | ±1,464 | 3.1% | ±0.2 |
| 71 | 9th to 12th grade, no diploma | 1,403,821 | ±13,102 | 7.5% | ±0.1 | 21,601 | ±1,450 | 3.7% | ±0.2 |
| 72 | High school graduate (includes equivalency) | 4,563,619 | ±22,397 | 24.5% | ±0.1 | 99,340 | ±2,947 | 16.9% | ±0.5 |
| 73 | Some college, no degree | 3,956,030 | ±16,975 | 21.2% | ±0.1 | 124,730 | ±2,879 | 21.2% | ±0.5 |
| 74 | Associate's degree | 1,402,444 | ±12,199 | 7.5% | ±0.1 | 45,697 | ±2,142 | 7.8% | ±0.4 |
| 75 | Bachelor's degree | 3,791,665 | ±22,784 | 20.4% | ±0.1 | 185,968 | ±3,203 | 31.7% | ±0.5 |
| 76 | Graduate or professional degree | 2,079,530 | ±19,378 | 11.2% | ±0.1 | 91,878 | ±2,473 | 15.6% | ±0.4 |
| 77 | High school graduate or higher | 15,793,288 | ±22,242 | 84.8% | ±0.1 | 547,613 | ±1,955 | 93.3% | ±0.3 |
| 78 | Bachelor's degree or higher | 5,871,195 | ±35,137 | 31.5% | ±0.2 | 277,846 | ±3,583 | 47.3% | ±0.6 |
| 79 | **VETERAN STATUS** | | | | | | | | |
| 80 | Civilian population 18 years and over | 21,313,838 | ±2,813 | 21,313,838 | (X) | 667,955 | ±173 | 667,955 | (X) |
| 81 | Civilian veterans | 1,426,641 | ±10,418 | 6.7% | ±0.1 | 42,394 | ±1,603 | 6.3% | ±0.2 |
| 82 | **DISABILITY STATUS OF THE CIVILIAN NONINSTITUTIONALIZED POPULATION** | | | | | | | | |
| 83 | Total Civilian Noninstitutionalized Population | 28,410,863 | ±2,693 | 28,410,863 | (X) | 881,884 | ±487 | 881,884 | (X) |
| 84 | With a disability | 3,247,014 | ±16,729 | 11.4% | ±0.1 | 75,303 | ±2,694 | 8.5% | ±0.3 |
| 85 | Under 18 years | 7,436,862 | ±1,002 | 7,436,862 | (X) | 216,524 | ±110 | 216,524 | (X) |
| 86 | With a disability | 326,489 | ±6,257 | 4.4% | ±0.1 | 8,278 | ±861 | 3.8% | ±0.4 |
| 87 | 18 to 64 years | 17,424,480 | ±2,894 | 17,424,480 | (X) | 574,182 | ±311 | 574,182 | (X) |
| 88 | With a disability | 1,651,720 | ±12,296 | 9.5% | ±0.1 | 40,951 | ±1,940 | 7.1% | ±0.3 |
| 89 | 65 years and over | 3,549,521 | ±1,671 | 3,549,521 | (X) | 91,178 | ±390 | 91,178 | (X) |
| 90 | With a disability | 1,268,805 | ±8,718 | 35.7% | ±0.2 | 26,074 | ±1,102 | 28.6% | ±1.2 |

Table: ACSDP5Y2021.DP02

**Appendix C**

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 |   | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 91 | **RESIDENCE 1 YEAR AGO** | | | | | | | | |
| 92 | Population 1 year and over | 28,515,322 | ±5,738 | 28,515,322 | (X) | 875,889 | ±819 | 875,889 | (X) |
| 93 | Same house | 24,277,672 | ±30,244 | 85.1% | ±0.1 | 725,604 | ±5,077 | 82.8% | ±0.6 |
| 94 | Different house (in the U.S. or abroad) | 4,237,650 | ±30,298 | 14.9% | ±0.1 | 150,285 | ±5,274 | 17.2% | ±0.6 |
| 95 | Different house in the U.S. | 4,044,027 | ±29,670 | 14.2% | ±0.1 | 144,541 | ±5,240 | 16.5% | ±0.6 |
| 96 | Same county | 2,391,962 | ±25,012 | 8.4% | ±0.1 | 64,872 | ±3,750 | 7.4% | ±0.4 |
| 97 | Different county | 1,652,065 | ±19,153 | 5.8% | ±0.1 | 79,669 | ±4,154 | 9.1% | ±0.5 |
| 98 | Same state | 1,101,543 | ±16,978 | 3.9% | ±0.1 | 55,253 | ±3,400 | 6.3% | ±0.4 |
| 99 | Different state | 550,522 | ±9,761 | 1.9% | ±0.1 | 24,416 | ±2,087 | 2.8% | ±0.2 |
| 100 | Abroad | 193,623 | ±5,733 | 0.7% | ±0.1 | 5,744 | ±847 | 0.7% | ±0.1 |
| 101 | **PLACE OF BIRTH** | | | | | | | | |
| 102 | Total population | 28,862,581 | ***** | 28,862,581 | (X) | 885,012 | ***** | 885,012 | (X) |
| 103 | Native | 23,958,412 | ±24,975 | 83.0% | ±0.1 | 744,414 | ±3,657 | 84.1% | ±0.4 |
| 104 | Born in United States | 23,494,190 | ±24,022 | 81.4% | ±0.1 | 730,447 | ±3,654 | 82.5% | ±0.4 |
| 105 | State of residence | 17,167,053 | ±29,371 | 59.5% | ±0.1 | 420,127 | ±5,483 | 47.5% | ±0.6 |
| 106 | Different state | 6,327,137 | ±25,824 | 21.9% | ±0.1 | 310,320 | ±5,194 | 35.1% | ±0.6 |
| 107 | Born in Puerto Rico, U.S. Island areas, or born abroad to American parent(s) | 464,222 | ±8,530 | 1.6% | ±0.1 | 13,967 | ±1,421 | 1.6% | ±0.2 |
| 108 | Foreign born | 4,904,169 | ±24,977 | 17.0% | ±0.1 | 140,598 | ±3,657 | 15.9% | ±0.4 |
| 109 | **U.S. CITIZENSHIP STATUS** | | | | | | | | |
| 110 | Foreign-born population | 4,904,169 | ±24,977 | 4,904,169 | (X) | 140,598 | ±3,657 | 140,598 | (X) |
| 111 | Naturalized U.S. citizen | 1,951,246 | ±13,318 | 39.8% | ±0.3 | 68,707 | ±2,876 | 48.9% | ±1.5 |
| 112 | Not a U.S. citizen | 2,952,923 | ±24,758 | 60.2% | ±0.3 | 71,891 | ±2,772 | 51.1% | ±1.5 |
| 113 | **YEAR OF ENTRY** | | | | | | | | |
| 114 | Population born outside the United States | 5,368,391 | ±24,024 | 5,368,391 | (X) | 154,565 | ±3,654 | 154,565 | (X) |
| 115 | Native | 464,222 | ±8,530 | 464,222 | (X) | 13,967 | ±1,421 | 13,967 | (X) |

Table: ACSDP5Y2021.DP02

**Appendix C**

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 |  | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 116 | Entered 2010 or later | 139,197 | ±5,721 | 30.0% | ±0.9 | 4,213 | ±974 | 30.2% | ±5.0 |
| 117 | Entered before 2010 | 325,025 | ±5,607 | 70.0% | ±0.9 | 9,754 | ±948 | 69.8% | ±5.0 |
| 118 | Foreign born | 4,904,169 | ±24,977 | 4,904,169 | (X) | 140,598 | ±3,657 | 140,598 | (X) |
| 119 | Entered 2010 or later | 1,301,334 | ±16,460 | 26.5% | ±0.3 | 38,942 | ±2,541 | 27.7% | ±1.6 |
| 120 | Entered before 2010 | 3,602,835 | ±19,436 | 73.5% | ±0.3 | 101,656 | ±3,178 | 72.3% | ±1.6 |
| 121 | WORLD REGION OF BIRTH OF FOREIGN BORN | | | | | | | | |
| 122 | Foreign-born population, excluding population born at sea | 4,904,169 | ±24,977 | 4,904,169 | (X) | 140,598 | ±3,657 | 140,598 | (X) |
| 123 | Europe | 210,937 | ±4,711 | 4.3% | ±0.1 | 9,073 | ±1,029 | 6.5% | ±0.7 |
| 124 | Asia | 1,114,398 | ±8,577 | 22.7% | ±0.2 | 63,292 | ±1,926 | 45.0% | ±1.2 |
| 125 | Africa | 277,199 | ±8,300 | 5.7% | ±0.2 | 10,866 | ±1,462 | 7.7% | ±1.0 |
| 126 | Oceania | 14,345 | ±1,273 | 0.3% | ±0.1 | 741 | ±251 | 0.5% | ±0.2 |
| 127 | Latin America | 3,232,739 | ±21,827 | 65.9% | ±0.2 | 53,464 | ±2,200 | 38.0% | ±1.2 |
| 128 | Northern America | 54,551 | ±2,801 | 1.1% | ±0.1 | 3,162 | ±651 | 2.2% | ±0.5 |
| 129 | LANGUAGE SPOKEN AT HOME | | | | | | | | |
| 130 | Population 5 years and over | 26,903,358 | ±1,150 | 26,903,358 | (X) | 831,558 | ±79 | 831,558 | (X) |
| 131 | English only | 17,460,783 | ±32,057 | 64.9% | ±0.1 | 636,672 | ±3,891 | 76.6% | ±0.5 |
| 132 | Language other than English | 9,442,575 | ±31,991 | 35.1% | ±0.1 | 194,886 | ±3,899 | 23.4% | ±0.5 |
| 133 | Speak English less than "very well" | 3,532,172 | ±24,495 | 13.1% | ±0.1 | 63,720 | ±3,012 | 7.7% | ±0.4 |
| 134 | Spanish | 7,717,053 | ±27,729 | 28.7% | ±0.1 | 107,715 | ±2,725 | 13.0% | ±0.3 |
| 135 | Speak English less than "very well" | 2,955,978 | ±22,168 | 11.0% | ±0.1 | 37,705 | ±2,444 | 4.5% | ±0.3 |
| 136 | Other Indo-European languages | 627,133 | ±10,677 | 2.3% | ±0.1 | 30,076 | ±2,238 | 3.6% | ±0.3 |
| 137 | Speak English less than "very well" | 152,601 | ±4,598 | 0.6% | ±0.1 | 6,176 | ±932 | 0.7% | ±0.1 |
| 138 | Asian and Pacific Islander languages | 809,812 | ±10,037 | 3.0% | ±0.1 | 45,967 | ±2,339 | 5.5% | ±0.3 |
| 139 | Speak English less than "very well" | 343,753 | ±7,469 | 1.3% | ±0.1 | 17,842 | ±1,370 | 2.1% | ±0.2 |
| 140 | Other languages | 288,577 | ±9,675 | 1.1% | ±0.1 | 11,128 | ±1,558 | 1.3% | ±0.2 |
| 141 | Speak English less than "very well" | 79,840 | ±4,758 | 0.3% | ±0.1 | 1,997 | ±785 | 0.2% | ±0.1 |

Table: ACSDP5Y2021.DP02

**Appendix C**

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 |  | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 142 | | | | ANCESTRY | | | | | |
| 143 | Total population | 28,862,581 | ***** | 28,862,581 | (X) | 885,012 | ***** | 885,012 | (X) |
| 144 | American | 1,499,305 | ±16,225 | 5.2% | ±0.1 | 42,475 | ±2,770 | 4.8% | ±0.3 |
| 145 | Arab | 159,891 | ±7,963 | 0.6% | ±0.1 | 7,256 | ±1,546 | 0.8% | ±0.2 |
| 146 | Czech | 189,031 | ±4,918 | 0.7% | ±0.1 | 5,096 | ±931 | 0.6% | ±0.1 |
| 147 | Danish | 47,068 | ±2,320 | 0.2% | ±0.1 | 2,976 | ±634 | 0.3% | ±0.1 |
| 148 | Dutch | 170,592 | ±4,657 | 0.6% | ±0.1 | 8,810 | ±1,112 | 1.0% | ±0.1 |
| 149 | English | 1,880,141 | ±17,230 | 6.5% | ±0.1 | 90,063 | ±4,143 | 10.2% | ±0.5 |
| 150 | French (except Basque) | 489,769 | ±9,622 | 1.7% | ±0.1 | 19,664 | ±1,901 | 2.2% | ±0.2 |
| 151 | French Canadian | 65,505 | ±2,927 | 0.2% | ±0.1 | 3,212 | ±733 | 0.4% | ±0.1 |
| 152 | German | 2,415,107 | ±16,956 | 8.4% | ±0.1 | 107,516 | ±3,732 | 12.1% | ±0.4 |
| 153 | Greek | 47,519 | ±2,682 | 0.2% | ±0.1 | 2,372 | ±488 | 0.3% | ±0.1 |
| 154 | Hungarian | 35,550 | ±1,923 | 0.1% | ±0.1 | 2,371 | ±563 | 0.3% | ±0.1 |
| 155 | Irish | 1,735,873 | ±15,658 | 6.0% | ±0.1 | 77,122 | ±3,602 | 8.7% | ±0.4 |
| 156 | Italian | 531,937 | ±9,425 | 1.8% | ±0.1 | 28,865 | ±2,089 | 3.3% | ±0.2 |
| 157 | Lithuanian | 16,617 | ±1,986 | 0.1% | ±0.1 | 952 | ±336 | 0.1% | ±0.1 |
| 158 | Norwegian | 141,952 | ±4,556 | 0.5% | ±0.1 | 7,588 | ±977 | 0.9% | ±0.1 |
| 159 | Polish | 287,928 | ±5,801 | 1.0% | ±0.1 | 15,010 | ±1,656 | 1.7% | ±0.2 |
| 160 | Portuguese | 39,539 | ±2,464 | 0.1% | ±0.1 | 1,992 | ±472 | 0.2% | ±0.1 |
| 161 | Russian | 75,211 | ±2,896 | 0.3% | ±0.1 | 3,318 | ±598 | 0.4% | ±0.1 |
| 162 | Scotch-Irish | 234,433 | ±5,204 | 0.8% | ±0.1 | 10,806 | ±1,348 | 1.2% | ±0.2 |
| 163 | Scottish | 375,541 | ±7,543 | 1.3% | ±0.1 | 17,607 | ±1,485 | 2.0% | ±0.2 |
| 164 | Slovak | 11,870 | ±1,095 | 0.0% | ±0.1 | 919 | ±438 | 0.1% | ±0.1 |
| 165 | Subsaharan African | 413,850 | ±11,358 | 1.4% | ±0.1 | 16,376 | ±1,882 | 1.9% | ±0.2 |
| 166 | Swedish | 138,849 | ±4,069 | 0.5% | ±0.1 | 6,053 | ±709 | 0.7% | ±0.1 |
| 167 | Swiss | 32,381 | ±2,086 | 0.1% | ±0.1 | 1,442 | ±323 | 0.2% | ±0.1 |
| 168 | Ukrainian | 25,087 | ±1,878 | 0.1% | ±0.1 | 1,045 | ±323 | 0.1% | ±0.1 |

Table: ACSDP5Y2021.DP02

**Appendix C**

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 |  | Texas | | | | Denton County, Texas | | | |
| 2 | Label | Estimate | Margin of Error | Percent | Percent Margin of Error | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 169 | Welsh | 107,928 | ±3,528 | 0.4% | ±0.1 | 5,499 | ±828 | 0.6% | ±0.1 |
| 170 | West Indian (excluding Hispanic origin groups) | 86,482 | ±3,983 | 0.3% | ±0.1 | 1,949 | ±435 | 0.2% | ±0.1 |
| 171 | | **COMPUTERS AND INTERNET USE** | | | | | | | |
| 172 | Total households | 10,239,341 | ±15,384 | 10,239,341 | (X) | 321,447 | ±1,348 | 321,447 | (X) |
| 173 | With a computer | 9,617,538 | ±18,928 | 93.9% | ±0.1 | 316,056 | ±1,437 | 98.3% | ±0.2 |
| 174 | With a broadband Internet subscription | 8,902,820 | ±25,660 | 86.9% | ±0.2 | 303,071 | ±1,779 | 94.3% | ±0.4 |