UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br>    *Defendants*<br><br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br>    *Intervenor-Defendants.* | Case No. 5:21-cv-844-XR<br>(Lead Case) |

**STATE DEFENDANTS' UNOPPOSED REQUEST FOR JUDICIAL NOTICE**

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State of Texas, Ken Paxton, in his official capacity as Attorney General of Texas, and the State of Texas ("State Defendants"), request that this Court take judicial notice of the following information published by the Office of the Secretary of State ("Texas SOS") related to voter registration and voter turnout.

Federal Rule of Civil Procedure 201(b) provides that a "court may judicially notice a fact that is not subject to reasonable dispute." A fact meets this standard when it is "generally known within the trial court's territorial jurisdiction" or can "readily be determined from sources whose accuracy cannot reasonably be questioned." *Id.* The information collected and published by Texas SOS satisfies this requirement.

The Secretary of State is chief election officer of Texas. Tex. Elec. Code § 31.001. As part of her duties, Texas SOS "maintains a statewide computerized voter registration list" that serves as the "official list of registered voters in the state." *Id.* § 18.061. In accordance with the Texas

Election Code, vote registrars update information in the registration list "on an expedited basis" as voters make changes to their registration status. *Id.* § 18.061(c). Texas SOS therefore has an accurate and up-to-date record of the number of voters registered in Texas and in all of Texas's 254 counties, which it regularly publishes on its website.

In addition, not later than the 30th day after the date of the primary, runoff primary, or general election, the general custodian of election records electronically submits to Texas SOS the record of each voter participating in the election. *Id.* at §§ 18.069. The county clerk also transmits to Texas SOS the results of the races being tabulated by the agency. *Id.* at § 68.034. Texas SOS therefore has an accurate and up-to-date record of voter turnout in Texas and in all of Texas's 254 counties, which it regularly publishes on its website. *Cf. Coleman v. Dretke*, 409 F.3d 665, 667 (5th Cir. 2005) (upholding lower court's judicial notice of data hosted on Texas government website).

Because of this, Texas SOS data is the standard source for information about elections and a common object of judicial notice. *See e.g. League of United Latin Am. Citizens v. Abbott*, No. 321CV259DCGJESJVB, 2023 WL 4055392 at *13 n.18 (W.D. Tex. June 16, 2023) (stating the court has discretion to judicially notice election results); *Perez v. Abbott*, No. SA-11-CV-360, 2017 WL 1406379 at *43 (W.D. Tex. Apr. 20, 2017) (taking judicial notice of the county results of several successive general elections*)*; *Hall v. Louisiana*, No. 12-00657-BAJ-RLB, 2015 WL 1383532 (M.D. La. Mar. 23, 2015) (taking judicial notice of a copy of voter registration statistics). Judicial notice is appropriate.

**Data to be Judicially Noticed**

1. For each primary, constitutional, and general election, Texas SOS publishes statewide turnout and voter registration figures. State Defendants request judicial notice of the

following statistics: the number of registered voters, statewide voter turnout, and the percent of turnout to registered voters statewide. *See* Appendix A. Texas SOS makes these and related figures freely available to the public online at its webpage: https://www.sos.state.tx.us/elections/historical/70-92.shtml.

2. After every even-year general election, Texas SOS publishes turnout and voter registration figures for each Texas county. State Defendants request judicial notice of following statistics for the counties identified in Appendix B: registered votes, number of voters, precent of registered voters who voted. *See* Appendix B. Texas SOS makes these and related figures freely available to the public online at its webpage: https://www.sos.state.tx.us/elections/historical/counties.shtml.

| | |
|---|---|
| Date: October 19, 2023 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General | RYAN G. KERCHER<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | *s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| | ETHAN SZUMANSKI<br>Special Counsel<br>Tex. State Bar No. 24123966 |
| | JAMESON JOYCE<br>Assistant Attorney General<br>Tex. State Bar No. 24110070 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>ethan.szumanski@oag.texas.gov<br>jameson.joyce@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF CONFERENCE**

I certify that on October 18, 2023, State Defendants' counsel conferred Plaintiffs' counsel, who represented that the Plaintiffs did not oppose this motion

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 19, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER