**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al*., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Case No. 5:21-cv-844-XR |
| STATE OF TEXAS, *et al*., | § | (Lead Case) |
| *Defendants* | § | |
| | § | |
| | § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al*., | § | |
| | § | |
| *Intervenor-Defendants.* | § | |

# Appendix A

# Appendix: Statewide Election Results

### Statewide Election Results 2000-2022[1]

This chart summarizes statewide registration, turnout and the ratio of turnout to registered voters for general elections between 2000 and 2022. These figures have been taken from the Texas Secretary of State's website. The webpage from which these figures were excerpted appears on the following pages of this appendix.

|  | Registered Voters | Turnout | Turnout/Registered |
|---|---|---|---|
| 2000 | 12365235 | 6407637 | 51.81% |
| 2002 | 12563459 | 4553979 | 36.24% |
| 2004 | 13098329 | 7410765 | 56.57% |
| 2006 | 13074279 | 4399068 | 33.64% |
| 2008 | 13575062 | 8077795 | 59.50% |
| 2010 | 13269233 | 4979870 | 38% |
| 2012 | 13646226 | 7993851 | 58.58% |
| 2014 | 14025441 | 4727208 | 33.70% |
| 2016 | 15101087 | 8969226 | 59.39% |
| 2018 | 15793257 | 8371655 | 53.01% |
| 2020 | 16955519 | 11315056 | 66.73% |
| 2022 | 17672143 | 8102908 | 45.85% |

---

[1] *See* Turnout and Voter Registration Figures (1970-Current), https://www.sos.state.tx.us/elections/historical/70-92.shtml Accessed 3:55 PM) 9/02/2023.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Turnout and Voter Registration Figures (1970-current)

| 2022 – November (Gubernatorial) | |
|---|---|
| Registered Voters | 17,672,143 |
| Voting Age Population (VAP) | 21,866,700 |
| Percentage of VAP Registered | 80.82% |
| Turnout | 8,102,908 |
| Percent of Turnout to Registered | 45.85% |
| Percent of Turnout to VAP | 37.06% |
| **2022 – Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 17,183,996 |
| Voting Age Population (VAP) | 21,866,700 |
| Percentage of VAP Registered | 78.59% |
| Turnout | 1,954,172 |
| Percent of Turnout to Registered | 11.37% |
| Percent of Turnout to VAP | 8.94% |
| **2022 – Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 17,183,996 |
| Voting Age Population (VAP) | 21,866,700 |
| Percentage of VAP Registered | 78.59% |
| Turnout | 1,075,601 |
| Percent of Turnout to Registered | 6.26% |



| Percent of Turnout to VAP | 4.92% |
|---|---|
| **2021 - November (Constitutional)** | |
| Registered Voters | 16,968,756 |
| Voting Age Population (VAP) | 21,866,700 |
| Percentage of VAP Registered | 77.60% |
| Turnout | 1,485,066 |
| Percent of Turnout to Registered | 8.75% |
| Percent of Turnout to VAP | 6.79% |
| **2020 – November (Presidential)** | |
| Registered Voters | 16,955,519 |
| Voting Age Population (VAP) | 21,596,071 |
| Percentage of VAP Registered | 78.51% |
| Turnout | 11,315,056 |
| Percent of Turnout to Registered | 66.73% |
| Percent of Turnout to VAP | 52.39% |
| **2020 – Primary, March (Presidential) Republican** | |
| Registered Voters | 16,211,198 |
| Voting Age Population (VAP) | 21,596,071 |
| Percentage of VAP Registered | 75.07% |
| Turnout | 2,017,167 |
| Percent of Turnout to Registered | 12.44% |
| Percent of Turnout to VAP | 9.34% |
| **2020 – Primary, March (Presidential) Democratic** | |
| Registered Voters | 16,211,198 |
| Voting Age Population (VAP) | 21,596,071 |
| Percentage of VAP Registered | 75.07% |
| Turnout | 2,094,428 |
| Percent of Turnout to Registered | 12.92% |
| Percent of Turnout to VAP | 9.70% |
| **2019 - November (Constitutional)** | |
| Registered Voters | 15,962,988 |

| | |
|---|---|
| Voting Age Population (VAP) | 21,596,071 |
| Percentage of VAP Registered | 73.92% |
| Turnout | 1,984,693 |
| Percent of Turnout to Registered | 12.43% |
| Percent of Turnout to VAP | 9.19% |
| **2018 - November (Gubernatorial)** | |
| Registered Voters | 15,793,257 |
| Voting Age Population (VAP) | 19,900,980 |
| Percentage of VAP Registered | 79.36% |
| Turnout | 8,371,655 |
| Percent of Turnout to Registered | 53.01% |
| Percent of Turnout to VAP | 42.07% |
| **2018 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 15,249,541 |
| Voting Age Population (VAP) | 19,900,980 |
| Percentage of VAP Registered | 76.63% |
| Turnout | 1,549,573 |
| Percent of Turnout to Registered Voters | 10.16% |
| Percent of Turnout to VAP | 7.79% |
| **2018 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 15,249,541 |
| Voting Age Population (VAP) | 19,900,980 |
| Percentage of VAP Registered | 76.63% |
| Turnout | 1,068,463 |
| Percent of Turnout to Registered Voters | 7.01% |
| Percent of Turnout to VAP | 5.37% |
| **2017 - November (Constitutional)** | |
| Registered Voters | 15,099,137 |
| Voting Age Population (VAP) | 19,502,633 |
| Percentage of VAP Registered | 77.42% |
| Turnout | 877,603 |

| | |
|---|---|
| Percent of Turnout to Registered | 5.81% |
| Percent of Turnout to VAP | 4.50% |
| **2016 - November (Presidential)** | |
| Registered Voters | 15,101,087 |
| Voting Age Population (VAP) | 19,307,355 |
| Percentage of VAP Registered | 78.21% |
| Turnout | 8,969,226 |
| Percent of Turnout to Registered | 59.39% |
| Percent of Turnout to VAP | 46.45% |
| **2016 - Primary Runoff, May (Presidential) Republican** | |
| Registered Voters | 14,238,436 |
| Voting Age Population (VAP) | 19,307,355 |
| Percentage of VAP Registered | 73.75% |
| Turnout | 376,387 |
| Percent of Turnout to Registered | 2.64% |
| Percent of Turnout to VAP | 1.95% |
| **2016 - Primary Runoff, May (Presidential) Democratic** | |
| Registered Voters | 14,238,436 |
| Voting Age Population (VAP) | 19,307,355 |
| Percentage of VAP Registered | 73.75% |
| Turnout | 186,912 |
| Percent of Turnout to Registered | 1.31% |
| Percent of Turnout to VAP | 0.97% |
| **2016 - Primary, March (Presidential) Republican** | |
| Registered Voters | 14,238,436 |
| Voting Age Population (VAP) | 19,307,355 |
| Percentage of VAP Registered | 73.75% |
| Turnout | 2,836,488 |
| Percent of Turnout to Registered | 19.92% |
| Percent of Turnout to VAP | 14.69% |
| **2016 - Primary, March (Presidential) Democratic** | |

| | |
|---|---|
| Registered Voters | 14,238,436 |
| Voting Age Population (VAP) | 19,307,355 |
| Percentage of VAP Registered | 73.75% |
| Turnout | 1,435,895 |
| Percent of Turnout to Registered | 10.08% |
| Percent of Turnout to VAP | 7.44% |
| **2015 - November (Constitutional)** | |
| Registered Voters | 13,988,920 |
| Voting Age Population (VAP) | 19,110,272 |
| Percentage of VAP Registered | 73.20% |
| Turnout | 1,585,845 |
| Percent of Turnout to Registered | 11.34% |
| Percent of Turnout to VAP | 8.30% |
| **2014 - November (Gubernatorial)** | |
| Registered Voters | 14,025,441 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 74.15% |
| Turnout | 4,727,208 |
| Percent of Turnout to Registered | 33.70% |
| Percent of Turnout to VAP | 24.99% |
| **2014 - Primary Runoff, May (Gubernatorial) Republican** | |
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |
| Turnout | 752,780 |
| Percent of Turnout to Registered Voters | 5.53% |
| Percent of Turnout to VAP | 3.98% |
| **2014 - Primary Runoff, May (Gubernatorial) Democratic** | |
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |

| | |
|---|---|
| Turnout | 201,283 |
| Percent of Turnout to Registered Voters | 1.48% |
| Percent of Turnout to VAP | 1.06% |
| **2014 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |
| Turnout | 1,358,074 |
| Percent of Turnout to Registered Voters | 9.98% |
| Percent of Turnout to VAP | 7.18% |
| **2014 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |
| Turnout | 560,033 |
| Percent of Turnout to Registered Voters | 4.12% |
| Percent of Turnout to VAP | 2.96% |
| **2013 - November (Constitutional)** | |
| Registered Voters | 13,445,285 |
| Voting Age Population (VAP) | 18,710,830 |
| Percentage of VAP Registered | 71.86% |
| Turnout | 1,149,337 |
| Percent of Turnout to Registered Voters | 8.55% |
| Percent of Turnout to VAP | 6.14% |
| **2012 - November (Presidential)** | |
| Registered Voters | 13,646,226 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 74.65 |
| Turnout | 7,993,851 |
| Percent of Turnout to Registered Voters | 58.58 |
| Percent of Turnout to VAP | 43.73 |

| 2012 - Primary Runoff, July (Presidential) Republican | |
|---|---|
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 1,111,938 |
| Percent of Turnout to Registered Voters | 8.51 |
| Percent of Turnout to VAP | 6.08 |
| **2012 - Primary Runoff, July (Presidential) Democratic** | |
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 236,305 |
| Percent of Turnout to Registered Voters | 1.81 |
| Percent of Turnout to VAP | 1.29 |
| **2012 - Primary, May (Presidential) Republican** | |
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 1,449,477 |
| Percent of Turnout to Registered Voters | 11.09 |
| Percent of Turnout to VAP | 7.93 |
| **2012 - Primary, May (Presidential) Democratic** | |
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 590,164 |
| Percent of Turnout to Registered Voters | 4.52 |
| Percent of Turnout to VAP | 3.23 |
| **2011 - November (Constitutional)** | |
| Registered Voters | 12,841,808 |
| Voting Age Population (VAP) | 18,279,737 |

| | |
|---|---|
| Percentage of VAP Registered | 70.25 |
| Turnout | 690,052 |
| Percent of Turnout to Registered Voters | 5.37 |
| Percent of Turnout to VAP | 3.77 |
| **2010 - November (Gubernatorial)** | |
| Registered Voters | 13,269,233 |
| Voting Age Population (VAP) | 18,789,238 |
| Percentage of VAP Registered | 71 |
| Turnout | 4,979,870 |
| Percent of Turnout to Registered Voters | 38 |
| Percent of Turnout to VAP | 27 |
| **2010 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 13,023,358 |
| Voting Age Population (VAP) | 18,789,238 |
| Percentage of VAP Registered | 69.31 |
| Turnout | 1,484,542 |
| Percent of Turnout to Registered Voters | 11.4 |
| Percent of Turnout to VAP | 8.0 |
| **2010 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 13,023,358 |
| Voting Age Population (VAP) | 18,789,238 |
| Percentage of VAP Registered | 69.31 |
| Turnout | 680,548 |
| Percent of Turnout to Registered Voters | 5.2 |
| Percent of Turnout to VAP | 3.6 |
| **2009 - November (Constitutional)** | |
| Registered Voters | 12,952,562 |
| Voting Age Population (VAP) | 18,362,951 |
| Percentage of VAP Registered | 70.53 |
| Turnout | 1,058,986 |
| Percent of Turnout to Registered | 8.18 |

| Percent of Turnout to VAP | 5.77 |
|---|---|
| **2008 - November (Presidential)** | |
| Registered Voters | 13,575,062 |
| Voting Age Population (VAP) | 17,735,442 |
| Percentage of VAP Registered | 76.54 |
| Turnout | 8,077,795 |
| Percent of Turnout to Registered | 59.50 |
| Percent of Turnout to VAP | 45.55 |
| **2008 - Primary, March (Presidential) Republican** | |
| Registered Voters | 12,752,417 |
| Voting Age Population (VAP) | 17,735,442 |
| Percentage of VAP Registered | 71.90 |
| Turnout | 1,362,322 |
| Percent of Turnout to Registered Voters | 10.68 |
| Percent of Turnout to VAP | 7.68 |
| **2008 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 12,752,417 |
| Voting Age Population (VAP) | 17,735,442 |
| Percentage of VAP Registered | 71.90 |
| Turnout | 2,874,986 |
| Percent of Turnout to Registered Voters | 22.54 |
| Percent of Turnout to VAP | 16.21 |
| **2007 - Special, November (Constitutional)** | |
| Registered Voters | 12,587,501 |
| Voting Age Population (VAP) | 17,352,424 |
| Percentage of VAP Registered | 72.54 |
| Turnout | 1,096,410 |
| Percent of Turnout to Registered Voters | 8.71 |
| Percent of Turnout to VAP | 6.31 |
| **2006 - November (Gubernatorial)** | |
| Registered Voters | 13,074,279 |

| | |
|---|---:|
| Voting Age Population (VAP) | 16,636,742 |
| Percentage of VAP Registered | 78.58 |
| Turnout | 4,399,068 |
| Percent of Turnout to Registered Voters | 33.64 |
| Percent of Turnout to VAP | 26.44 |
| **2006 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 12,722,671 |
| Voting Age Population (VAP) | 16,636,742 |
| Percentage of VAP Registered | 76.47 |
| Turnout | 655,919 |
| Percent of Turnout to Registered Voters | 5.15 |
| Percent of Turnout to VAP | 3.94 |
| **2006 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 12,722,671 |
| Voting Age Population (VAP) | 16,636,742 |
| Percentage of VAP Registered | 76.47 |
| Turnout | 508,602 |
| Percent of Turnout to Registered Voters | 3.99 |
| Percent of Turnout to VAP | 3.05 |
| **2005 - Special, November (Constitutional)** | |
| Registered Voters | 12,577,545 |
| Voting Age Population (VAP) | 16,351,396 |
| Percentage of VAP Registered | 76.92 |
| Turnout | 2,260,695 |
| Percent of Turnout to Registered Voters | 17.97 |
| Percent of Turnout to VAP | 13.82 |
| **2004 - General, November (Presidential)** | |
| Registered Voters | 13,098,329 |
| Voting Age Population (VAP) | 16,071,153 |
| Percentage of VAP Registered | 81.50 |
| Turnout | 7,410,765 |

| | |
|---|---|
| Percent of Turnout to Registered Voters | 56.57 |
| Percent of Turnout to VAP | 46.11 |
| **2004 - Primary, March (Presidential) Republican** | |
| Registered Voters | 12,264,663 |
| Voting Age Population (VAP) | 16,071,153 |
| Percentage of VAP Registered | 76.31 |
| Turnout | 687,615 |
| Percent of Turnout to Registered Voters | 5.60 |
| Percent of Turnout to VAP | 4.27 |
| **2004 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 12,264,663 |
| Voting Age Population (VAP) | 16,071,153 |
| Percentage of VAP Registered | 76.3 |
| Turnout | 839,231 |
| Percent of Turnout to Registered Voters | 6.84 |
| Percent of Turnout to VAP | 5.22 |
| **2003 - Special, September (Constitutional)** | |
| Registered Voters | 12,041,793 |
| Voting Age Population (VAP) | 15,790,838 |
| Percentage of VAP Registered | 76.25 |
| Turnout | 1,470,443 |
| Percent of Turnout to Registered Voters | 12.21 |
| Percent of Turnout to VAP | 9.31 |
| **2002 - General, November (Gubernatorial)** | |
| Registered Voters | 12,563,459 |
| Voting Age Population (VAP) | 15,514,289 |
| Percentage of VAP Registered | 80.97 |
| Turnout | 4,553,979 |
| Percent of Turnout to Registered Voters | 36.24 |
| Percent of Turnout to VAP | 29.35 |
| **2002 - Primary, March (Gubernatorial) Republican** | |

| | |
|---|---|
| Registered Voters | 12,218,164 |
| Voting Age Population (VAP) | 15,514,289 |
| Percentage of VAP Registered | 78.75 |
| Turnout | 622,423 |
| Percent of Turnout to Registered Voters | 5.09 |
| Percent of Turnout to VAP | 4.01 |
| **2002 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 12,218,164 |
| Voting Age Population (VAP) | 15,514,289 |
| Percentage of VAP Registered | 78.75 |
| Turnout | 1,003,388 |
| Percent of Turnout to Registered Voters | 8.21 |
| Percent of Turnout to VAP | 6.46 |
| **2001 - Special, November (Constitutional)** | |
| Registered Voters | 12,066,242 |
| Voting Age Population (VAP) | 14,965,061 |
| Percentage of VAP Registered | 80.62 |
| Turnout | 834,846 |
| Percent of Turnout to Registered Voters | 6.91 |
| Percent of Turnout to VAP | 5.57 |
| **2000 - General** | |
| Registered Voters | 12,365,235 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 85.39 |
| Turnout | 6,407,637 |
| Percent of Turnout to Registered Voters | 51.81 |
| Percent of Turnout to VAP | 44.25 |
| **2000 - Primary Runoff Republican** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |

| | |
|---|---:|
| Turnout | 224,472 |
| Percent of Turnout to Registered Voters | 1.93 |
| Percent of Turnout to VAP | 1.55 |
| **2000 - Primary Runoff Democratic** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |
| Turnout | 245,350 |
| Percent of Turnout to Registered Voters | 2.11 |
| Percent of Turnout to VAP | 1.68 |
| **2000 - Primary, March (Presidential) Republican** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |
| Turnout | 1,126,757 |
| Percent of Turnout to Registered Voters | 9.70 |
| Percent of Turnout to VAP | 7.78 |
| **2000 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |
| Turnout | 786,890 |
| Percent of Turnout to Registered Voters | 6.78 |
| Percent of Turnout to VAP | 5.43 |
| **1999 - Special, November (Constitutional)** | |
| Registered Voters | 11,405,562 |
| Voting Age Population (VAP) | 14,284,092 |
| Percentage of VAP Registered | 79.85 |
| Turnout | 956,303 |
| Percent of Turnout to Registered Voters | 8.38 |
| Percent of Turnout to VAP | 6.69 |

| 1998 - Primary, March (Gubernatorial) Republican | |
|---|---:|
| Registered Voters | 11,159,845 |
| Voting Age Population (VAP) | 14,088,872 |
| Percentage of VAP Registered | 79.21 |
| Turnout | 596,839 |
| Percent of Turnout to Registered Voters | 5.35 |
| Percent of Turnout to VAP | 4.24 |

| 1998 - Primary, March (Gubernatorial) Democratic | |
|---|---:|
| Registered Voters | 11,159,845 |
| Voting Age Population (VAP) | 14,088,872 |
| Percentage of VAP Registered | 79.21 |
| Turnout | 664,532 |
| Percent of Turnout to Registered Voters | 5.95 |
| Percent of Turnout to VAP | 4.72 |

| 1998 - November General | |
|---|---:|
| Registered Voters | 11,538,235 |
| Voting Age Population (VAP) | 14,088,872 |
| Percentage of VAP Registered | 81.90 |
| Turnout | 3,738,078 |
| Percent of Turnout to Registered Voters | 32.40 |
| Percent of Turnout to VAP | 26.53 |

| 1997 - Special, August (Constitutional) | |
|---|---:|
| Registered Voters | 10,648,846 |
| Voting Age Population (VAP) | 13,893,465 |
| Percentage of VAP Registered | 76.65 |
| Turnout | 739,141 |
| Percent of Turnout to Registered Voters | 6.94 |
| Percent of Turnout to VAP | 5.32 |

| 1997 - Special, November (Constitutional) | |
|---|---:|
| Registered Voters | 11,066,181 |
| Voting Age Population (VAP) | 13,893,465 |

| | |
|---|---|
| Percentage of VAP Registered | 79.65 |
| Turnout | 1,173,313 |
| Percent of Turnout to Registered Voters | 10.60 |
| Percent of Turnout to VAP | 8.45 |
| **1996 - Primary, March (Presidential) Republican** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 1,019,803 |
| Percent of Turnout to Registered Voters | 10.52 |
| Percent of Turnout to VAP | 7.44 |
| **1996 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 921,256 |
| Percent of Turnout to Registered Voters | 9.50 |
| Percent of Turnout to VAP | 6.73 |
| **1996 - Primary Runoff Republican** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 234,029 |
| Percent of Turnout to Registered Voters | 2.41 |
| Percent of Turnout to VAP | 1.71 |
| **1996 - Primary Runoff Democratic** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 481,856 |
| Percent of Turnout to Registered Voters | 4.97 |

| Percent of Turnout to VAP | 3.52 |
|---|---|
| **1996 - November General** | |
| Registered Voters | 10,540,678 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 76.95 |
| Turnout | 5,611,644 |
| Percent of Turnout to Registered Voters | 53.24 |
| Percent of Turnout to VAP | 40.97 |
| **1995 - November (Constitutional)** | |
| Registered Voters | 9,401,119 |
| Voting Age Population (VAP) | 13,320,323 |
| Percentage of VAP Registered | 70.58 |
| Turnout | 739,335 |
| Percent of Turnout to Registered Voters | 7.86 |
| Percent of Turnout to VAP | 5.55 |
| **1994 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 9,041,906 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 69.15 |
| Turnout | 557,340 |
| Percent of Turnout to Registered Voters | 6.16 |
| Percent of Turnout to VAP | 4.26 |
| **1994 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 9,041,906 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 69.15 |
| Turnout | 1,036,944 |
| Percent of Turnout to Registered Voters | 11.47 |
| Percent of Turnout to VAP | 7.93 |
| **1994 - Primary Runoff Republican** | |
| Registered Voters | 9,041,906 |

| | |
|---|---|
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 69.15 |
| Turnout | 201,439 |
| Percent of Turnout to Registered Voters | 2.23 |
| Percent of Turnout to VAP | 1.54 |
| **1994 - Primary Runoff Democratic** | |
| Registered Voters | 9,041,906 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 69.15 |
| Turnout | 746,641 |
| Percent of Turnout to Registered Voters | 8.26 |
| Percent of Turnout to VAP | 5.71 |
| **1994 - General Election November** | |
| Registered Voters | 8,641,848 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 66.09 |
| Turnout | 4,396,242 |
| Percent of Turnout to Registered Voters | 50.87 |
| Percent of Turnout to VAP | 33.62 |
| **1993 - Special, May (Senatorial)** | |
| Registered Voters | 8,555,749 |
| Voting Age Population (VAP) | 13,111,971 |
| Percentage of VAP Registered | 65.25 |
| Turnout | 2,061,796 |
| Percent of Turnout to Registered Voters | 24.10 |
| Percent of Turnout to VAP | 15.72 |
| **1993 - Runoff Special, June (Senatorial)** | |
| Registered Voters | 8,555,749 |
| Voting Age Population (VAP) | 13,111,971 |
| Percentage of VAP Registered | 65.25 |
| Turnout | 1,765,254 |

| | |
|---|---:|
| Percent of Turnout to Registered Voters | 20.63 |
| Percent of Turnout to VAP | 13.46 |
| **1993 - November (Constitutional Amendment)** | |
| Registered Voters | 8,869,159 |
| Voting Age Population (VAP) | 13,111,971 |
| Percentage of VAP Registered | 67.64 |
| Turnout | 1,116,875 |
| Percent of Turnout to Registered Voters | 12.59 |
| Percent of Turnout to VAP | 8.52 |
| **1992 - Primary, March (Presidential) Republican** | |
| Registered Voters | 7,986,219 |
| Voting Age Population (VAP) | 12,916,937 |
| Percentage of VAP Registered | 61.83 |
| Turnout | 797,146 |
| Percent of Turnout to Registered Voters | 9.98 |
| Percent of Turnout to VAP | 6.17 |
| **1992 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 7,986,219 |
| Voting Age Population (VAP) | 12,916,937 |
| Percentage of VAP Registered | 61.83 |
| Turnout | 1,482,075 |
| Percent of Turnout to Registered Voters | 18.56 |
| Percent of Turnout to VAP | 11.47 |
| **1992 - General Election, November** | |
| Registered Voters | 8,439,874 |
| Voting Age Population (VAP) | 12,916,937 |
| Percentage of VAP Registered | 65.34 |
| Turnout | 6,154,018 |
| Percent of Turnout to Registered Voters | 72.92 |
| Percent of Turnout to VAP | 47.64 |
| **1991 - November (Constitutional Amendment)** | |

| | |
|---|---|
| Registered Voters | 7,829,350 |
| Voting Age Population (VAP) | 12,721,331 |
| Percentage of VAP Registered | 61.55 |
| Turnout | 2,055,148 |
| Percent of Turnout to Registered Voters | 26.25 |
| Percent of Turnout to VAP | 16.16 |
| **1990 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 8,285,307 |
| Voting Age Population (VAP) | 12,526,224 |
| Percentage of VAP Registered | 66.14 |
| Turnout | 855,231 |
| Percent of Turnout to Registered Voters | 10.32 |
| Percent of Turnout to VAP | 6.83 |
| **1990 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 8,285,307 |
| Voting Age Population (VAP) | 12,526,224 |
| Percentage of VAP Registered | 66.14 |
| Turnout | 1,487,260 |
| Percent of Turnout to Registered Voters | 17.95 |
| Percent of Turnout to VAP | 11.87 |
| **1990 - General Election, November** | |
| Registered Voters | 7,701,449 |
| Voting Age Population (VAP) | 12,526,224 |
| Percentage of VAP Registered | 61.48 |
| Turnout | 3,892,746 |
| Percent of Turnout to Registered Voters | 50.55 |
| Percent of Turnout to VAP | 31.08 |
| **1989 - November (Constitutional Amendment)** | |
| Registered Voters | 8,192,240 |
| Voting Age Population (VAP) | 12,395,782 |
| Percentage of VAP Registered | 66.09 |

| Turnout | 1,157,121 |
|---|---|
| Percent of Turnout to Registered Voters | 14.12 |
| Percent of Turnout to VAP | 9.33 |

| 1988 - Primary, March (Presidential) Republican | |
|---|---|
| Registered Voters | 7,757,502 |
| Voting Age Population (VAP) | 12,239,280 |
| Percentage of VAP Registered | 63.38 |
| Turnout | 1,014,956 |
| Percent of Turnout to Registered Voters | 13.08 |
| Percent of Turnout to VAP | 8.29 |

| 1988 - Primary, March (Presidential) Democratic | |
|---|---|
| Registered Voters | 7,757,502 |
| Voting Age Population (VAP) | 12,239,280 |
| Percentage of VAP Registered | 63.38 |
| Turnout | 1,767,045 |
| Percent of Turnout to Registered Voters | 22.78 |
| Percent of Turnout to VAP | 14.44 |

| 1988 - General Election, November | |
|---|---|
| Registered Voters | 8,201,856 |
| Voting Age Population (VAP) | 12,239,280 |
| Percentage of VAP Registered | 67.01 |
| Turnout | 5,427,410 |
| Percent of Turnout to Registered Voters | 66.17 |
| Percent of Turnout to VAP | 44.34 |

| 1987 - November (Constitutional Amendment Election) | |
|---|---|
| Registered Voters | 7,340,638 |
| Voting Age Population (VAP) | 12,056,634 |
| Percentage of VAP Registered | 60.88 |
| Turnout | 2,243,239 |
| Percent of Turnout to Registered Voters | 30.56 |
| Percent of Turnout to VAP | 18.61 |

| 1986 - Primary, May (Gubernatorial) Republican | |
|---|---|
| Registered Voters | 7,951,368 |
| Voting Age Population (VAP) | 11,847,825 |
| Percentage of VAP Registered | 67.11 |
| Turnout | 544,719 |
| Percent of Turnout to Registered Voters | 6.85 |
| Percent of Turnout to VAP | 4.60 |
| **1986 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 7,951,368 |
| Voting Age Population (VAP) | 11,847,825 |
| Percentage of VAP Registered | 67.11 |
| Turnout | 1,096,552 |
| Percent of Turnout to Registered Voters | 13.79 |
| Percent of Turnout to VAP | 9.26 |
| **1986 - General Election, November** | |
| Registered Voters | 7,287,173 |
| Voting Age Population (VAP) | 11,847,825 |
| Percentage of VAP Registered | 61.51 |
| Turnout | 3,441,460 |
| Percent of Turnout to Registered Voters | 47.23 |
| Percent of Turnout to VAP | 29.05 |
| **1985 - November (Constitutional Amendment Election)** | |
| Registered Voters | 7,942,831 |
| Voting Age Population (VAP) | 11,613,066 |
| Percentage of VAP Registered | 68.40 |
| Turnout | 956,909 |
| Percent of Turnout to Registered Voters | 12.05 |
| Percent of Turnout to VAP | 8.24 |
| **1984 - Primary, May (Presidential) Republican** | |
| Registered Voters | 6,859,334 |
| Voting Age Population (VAP) | 11,352,126 |

| | |
|---|---|
| Percentage of VAP Registered | 60.42 |
| Turnout | 336,814 |
| Percent of Turnout to Registered Voters | 4.91 |
| Percent of Turnout to VAP | 2.97 |
| **1984 - Primary, May (Presidential) Democratic** | |
| Registered Voters | 6,859,334 |
| Voting Age Population (VAP) | 11,352,126 |
| Percentage of VAP Registered | 60.42 |
| Turnout | 1,463,449 |
| Percent of Turnout to Registered Voters | 21.34 |
| Percent of Turnout to VAP | 12.89 |
| **1984 - General Election, NOVEMBER** | |
| Registered Voters | 7,900,167 |
| Voting Age Population (VAP) | 11,352,126 |
| Percentage of VAP Registered | 69.59 |
| Turnout | 5,397,571 |
| Percent of Turnout to Registered Voters | 68.32 |
| Percent of Turnout to VAP | 47.55 |
| **1983 - November (Constitutional Amendment Election)** | |
| Registered Voters | 6,511,134 |
| Voting Age Population (VAP) | 11,065,220 |
| Percentage of VAP Registered | 58.84 |
| Turnout | 765,045 |
| Percent of Turnout to Registered Voters | 11.75 |
| Percent of Turnout to VAP | 6.91 |
| **1982 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 6,093,632 |
| Voting Age Population (VAP) | 10,699,706 |
| Percentage of VAP Registered | 56.95 |
| Turnout | 265,794 |
| Percent of Turnout to Registered Voters | 4.36 |

| Percent of Turnout to VAP | 2.48 |
|---|---|
| **1982 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 6,093,632 |
| Voting Age Population (VAP) | 10,699,706 |
| Percentage of VAP Registered | 56.95 |
| Turnout | 1,318,663 |
| Percent of Turnout to Registered Voters | 21.64 |
| Percent of Turnout to VAP | 12.32 |
| **1982 - General Election, November** | |
| Registered Voters | 6,414,988 |
| Voting Age Population (VAP) | 10,699,706 |
| Percentage of VAP Registered | 59.95 |
| Turnout | 3,191,091 |
| Percent of Turnout to Registered Voters | 49.74 |
| Percent of Turnout to VAP | 29.82 |
| **1981 - November (Constitutional Amendment Election)** | |
| Registered Voters | 6,629,092 |
| Voting Age Population (VAP) | 10,308,552 |
| Percentage of VAP Registered | 64.31 |
| Turnout | 832,266 |
| Percent of Turnout to Registered Voters | 12.55 |
| Percent of Turnout to VAP | 8.07 |
| **1980 - Primary, May (Presidential) Republican** | |
| Registered Voters | 5,367,973 |
| Voting Age Population (VAP) | 9,971,392 |
| Percentage of VAP Registered | 53.83 |
| Turnout | 526,769 |
| Percent of Turnout to Registered Voters | 9.81 |
| Percent of Turnout to VAP | 5.28 |
| **1980 - Primary, May (Presidential) Democratic** | |
| Registered Voters | 5,367,973 |

| | |
|---|---|
| Voting Age Population (VAP) | 9,971,392 |
| Percentage of VAP Registered | 53.83 |
| Turnout | 1,377,767 |
| Percent of Turnout to Registered Voters | 25.67 |
| Percent of Turnout to VAP | 13.82 |
| **1980 - General Election, November** | |
| Registered Voters | 6,639,661 |
| Voting Age Population (VAP) | 9,971,392 |
| Percentage of VAP Registered | 66.59 |
| Turnout | 4,541,637 |
| Percent of Turnout to Registered Voters | 68.40 |
| Percent of Turnout to VAP | 45.55 |
| **1979 - November (Constitutional Amendment Election)** | |
| Registered Voters | 5,700,828 |
| Voting Age Population (VAP) | 9,643,927 |
| Percentage of VAP Registered | 59.11 |
| Turnout | 444,377 |
| Percent of Turnout to Registered Voters | 7.79 |
| Percent of Turnout to VAP | 4.61 |
| **1978 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 5,069,267 |
| Voting Age Population (VAP) | 9,371,178 |
| Percentage of VAP Registered | 54.09 |
| Turnout | 158,403 |
| Percent of Turnout to Registered Voters | 3.12 |
| Percent of Turnout to VAP | 1.69 |
| **1978 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 5,069,267 |
| Voting Age Population (VAP) | 9,371,178 |
| Percentage of VAP Registered | 54.09 |
| Turnout | 1,812,896 |

| | |
|---|---|
| Percent of Turnout to Registered Voters | 35.76 |
| Percent of Turnout to VAP | 19.35 |
| **1978 - General Election, November** | |
| Registered Voters | 5,681,875 |
| Voting Age Population (VAP) | 9,371,178 |
| Percentage of VAP Registered | 60.63 |
| Turnout | 2,369,764 |
| Percent of Turnout to Registered Voters | 41.71 |
| Percent of Turnout to VAP | 25.29 |
| **1977 - November (Constitutional Amendment Election)** | |
| Registered Voters | 5,924,891 |
| Voting Age Population (VAP) | 9,097,491 |
| Percentage of VAP Registered | 65.13 |
| Turnout | 565,516 |
| Percent of Turnout to Registered Voters | 9.54 |
| Percent of Turnout to VAP | 6.22 |
| **1976 - Primary, May (Presidential) Republican** | |
| Registered Voters | 5,370,593 |
| Voting Age Population (VAP) | 8,824,677 |
| Percentage of VAP Registered | 60.86 |
| Turnout | 356,307 |
| Percent of Turnout to Registered Voters | 6.63 |
| Percent of Turnout to VAP | 4.04 |
| **1976 - Primary, May (Presidential) Democratic** | |
| Registered Voters | 5,370,593 |
| Voting Age Population (VAP) | 8,824,677 |
| Percentage of VAP Registered | 60.86 |
| Turnout | 1,529,168 |
| Percent of Turnout to Registered Voters | 28.47 |
| Percent of Turnout to VAP | 17.33 |
| **1976 - General Election, November** | |

| | |
|---|---|
| Registered Voters | 6,281,149 |
| Voting Age Population (VAP) | 8,824,677 |
| Percentage of VAP Registered | 71.18 |
| Turnout | 4,071,884 |
| Percent of Turnout to Registered Voters | 64.83 |
| Percent of Turnout to VAP | 46.14 |
| **1974 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 5,348,393* |
| Voting Age Population (VAP) | 8,278,089 |
| Percentage of VAP Registered | 64.61 |
| Turnout | 69,101 |
| Percent of Turnout to Registered Voters | 1.29 |
| Percent of Turnout to VAP | 0.83 |
| **1974 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 5,348,393* |
| Voting Age Population (VAP) | 8,278,089 |
| Percentage of VAP Registered | 64.61 |
| Turnout | 1,521,306 |
| Percent of Turnout to Registered Voters | 28.44 |
| Percent of Turnout to VAP | 18.38 |
| **1974 - General Election, November** | |
| Registered Voters | 5,348,393* |
| Voting Age Population (VAP) | 8,278,089 |
| Percentage of VAP Registered | 64.61 |
| Turnout | 1,654,984 |
| Percent of Turnout to Registered Voters | 30.94 |
| Percent of Turnout to VAP | 19.99 |
| **1972 - Primary, May (Presidential/Gubernatorial) Rep** | |
| Registered Voters | 3,872,462* |
| Voting Age Population (VAP) | 7,731,571 |
| Percentage of VAP Registered | 50.09 |

| Turnout | 114,007 |
|---|---|
| Percent of Turnout to Registered Voters | 2.94 |
| Percent of Turnout to VAP | 1.47 |

| **1972 - Primary, May (Presidential/Gubernatorial) Dem** | |
|---|---|
| Registered Voters | 3,872,462* |
| Voting Age Population (VAP) | 7,731,571 |
| Percentage of VAP Registered | 50.09 |
| Turnout | 2,192,903 |
| Percent of Turnout to Registered Voters | 56.63 |
| Percent of Turnout to VAP | 28.36 |

| **1972 - General Election, November** | |
|---|---|
| Registered Voters | 3,872,462* |
| Voting Age Population (VAP) | 7,731,571 |
| Percentage of VAP Registered | 67.42 |
| Turnout | 3,471,281 |
| Percent of Turnout to Registered Voters | 66.59 |
| Percent of Turnout to VAP | 44.90 |

| **1970 - Primary, May (Gubernatorial) Republican** | |
|---|---|
| Registered Voters | 4,149,250* |
| Voting Age Population (VAP) | 7,185,274 |
| Percentage of VAP Registered | 57.75 |
| Turnout | 109,021 |
| Percent of Turnout to Registered Voters | 2.63 |
| Percent of Turnout to VAP | 1.52 |

| **1970 - Primary, May (Gubernatorial) Democratic** | |
|---|---|
| Registered Voters | 4,149,250* |
| Voting Age Population (VAP) | 7,185,274 |
| Percentage of VAP Registered | 57.75 |
| Turnout | 1,011,300 |
| Percent of Turnout to Registered Voters | 24.37 |
| Percent of Turnout to VAP | 14.07 |

| 1970 - General Election, November | |
|---|---|
| Registered Voters | 4,149,250* |
| Voting Age Population (VAP) | 7,185,274 |
| Percentage of VAP Registered | 57.75 |
| Turnout | 2,235,847 |
| Percent of Turnout to Registered Voters | 53.89 |
| Percent of Turnout to VAP | 31.12 |