**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Case No. 5:21-cv-844-XR |
| STATE OF TEXAS, *et al.*, | § | (Lead Case) |
| *Defendants* | § | |
| | § | |
| | § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § | |
| | § | |
| *Intervenor-Defendants.* | § | |

# Appendix B

# Appendix: Election Results by County

### Election Results by County 2000-2022[1]

These charts summarize registration, turnout and the ratio of turnout to registered voters on a countywide basis for general elections between 2000 and 2022. These figures have been taken from the Texas Secretary of State's website. The webpages from which these figures were excerpted appears on the pages of this appendix that immediately follow the charts.

| Year | Reg Voters | Voted | Turnout of Reg Voters |
|------|-----------|-------|----------------------|
| **Bee County** | | | |
| 2000 | 16,736 | 8,330 | 49.77% |
| 2002 | 16,517 | 7,514 | 45.49% |
| 2004 | 16,513 | 9,518 | 57.64% |
| 2006 | 16,377 | 7,030 | 42.93% |
| 2008 | 15,809 | 8,157 | 51.60% |
| 2010 | 15,066 | 5,750 | 38.17% |
| 2012 | 14,886 | 7,876 | 52.91% |
| 2014 | 15,113 | 5,224 | 34.57% |
| 2016 | 15,709 | 8,483 | 54% |
| 2018 | 15,393 | 7,350 | 48% |
| 2020 | 16,033 | 9,405 | 58.66% |
| 2022 | 15,744 | 6,408 | 40.70% |

| Year | Reg Voters | Voted | Turnout of Reg Voters |
|------|-----------|-------|----------------------|
| **Bexar County** | | | |
| 2000 | 871,783 | 412,726 | 47.34% |
| 2002 | 884,103 | 273,604 | 30.95% |
| 2004 | 908,466 | 475,314 | 52.32% |
| 2006 | 898,687 | 274,081 | 30.50% |
| 2008 | 931,118 | 525,715 | 56.46% |
| 2010 | 905,859 | 304,062 | 33.57% |
| 2012 | 918,552 | 511,411 | 55.68% |
| 2014 | 957,110 | 300,860 | 31.43% |
| 2016 | 1,045,357 | 586,051 | 56.06% |
| 2018 | 1,073,320 | 551,073 | 51% |
| 2020 | 1,189,373 | 756,039 | 63.57% |

---

[1] *See* Voter Registration and Unofficial Early Voting Figures at
https://www.sos.state.tx.us/elections/historical/counties.shtml, Accessed at 3:52 PM 09/02/2023.

| 2022 | 1,230,662 | 540,768 | 43.94% |

| Cameron County | | | |
|---|---|---|---|
| 2000 | 148,854 | 62,057 | 41.69% |
| 2002 | 154,193 | 45,754 | 29.67% |
| 2004 | 162,369 | 69,156 | 42.59% |
| 2006 | 167,636 | 41,051 | 24.49% |
| 2008 | 174,428 | 75,657 | 43.37% |
| 2010 | 174,188 | 40,964 | 23.52% |
| 2012 | 180,389 | 74,802 | 41.47% |
| 2014 | 186,563 | 39,386 | 21.11% |
| 2016 | 197,726 | 91,804 | 46.43% |
| 2018 | 203,616 | 79,409 | 39% |
| 2020 | 218,910 | 113,635 | 51.91% |
| 2022 | 227,694 | 77,095 | 33.86% |

| Collin County | | | |
|---|---|---|---|
| 2000 | 296,171 | 175,420 | 59.23% |
| 2002 | 319,236 | 129,092 | 40.44% |
| 2004 | 369,412 | 245,154 | 66.36% |
| 2006 | 381,821 | 138,088 | 36.17% |
| 2008 | 425,091 | 296,583 | 69.77% |
| 2010 | 424,672 | 156,668 | 36.89% |
| 2012 | 458,872 | 301,101 | 65.62% |
| 2014 | 485,406 | 176,150 | 36.29% |
| 2016 | 537,358 | 356,688 | 66.38% |
| 2018 | 566,938 | 355,555 | 63% |
| 2020 | 648,670 | 485,323 | 74.82% |
| 2022 | 693,753 | 364,779 | 52.58% |

| Dallas County | | | |
|---|---|---|---|
| 2000 | 1,248,325 | 613,039 | 49.11% |
| 2002 | 1,208,201 | 445,683 | 36.89% |
| 2004 | 1,231,291 | 687,709 | 55.85% |
| 2006 | 1,197,921 | 406,211 | 33.91% |
| 2008 | 1,206,543 | 738,463 | 61.20% |
| 2010 | 1,145,427 | 424,511 | 37.06% |
| 2012 | 1,177,468 | 705,941 | 59.95% |
| 2014 | 1,203,513 | 406,594 | 33.78% |

| 2016 | 1,287,082 | 750,649 | 58.32% |
| 2018 | 1,284,755 | 729,749 | 57% |
| 2020 | 1,398,469 | 917,245 | 65.59% |
| 2022 | 1,420,223 | 625,391 | 44.03% |

| Denton County | | | |
|---|---|---|---|
| 2000 | 274,386 | 146,790 | 53.50% |
| 2002 | 306,174 | 104,514 | 34.14% |
| 2004 | 321,700 | 201,410 | 62.61% |
| 2006 | 333,351 | 108,513 | 32.55% |
| 2008 | 366,830 | 243,263 | 66.31% |
| 2010 | 364,593 | 131,143 | 35.97% |
| 2012 | 386,742 | 240,125 | 62.09% |
| 2014 | 407,040 | 143,716 | 35.31% |
| 2016 | 464,790 | 296,968 | 63.89% |
| 2018 | 511,497 | 295,956 | 58% |
| 2020 | 565,089 | 416,610 | 73.72% |
| 2022 | 606,275 | 317,781 | 52.42% |

| DeWitt County | | | |
|---|---|---|---|
| 2000 | 12,321 | 6,183 | 50.18% |
| 2002 | 12,542 | 4,420 | 35.24% |
| 2004 | 12,463 | 6,732 | 54.02% |
| 2006 | 12,198 | 4,082 | 33.46% |
| 2008 | 12,324 | 6,626 | 53.77% |
| 2010 | 11,866 | 4,554 | 38.38% |
| 2012 | 11,943 | 6,625 | 55.47% |
| 2014 | 11,932 | 4,012 | 33.62% |
| 2016 | 11,856 | 6,822 | 57.54% |
| 2018 | 11,815 | 5,860 | 50% |
| 2020 | 12,094 | 8,118 | 67.12% |
| 2022 | 12,174 | 6,061 | 49.79% |

| El Paso County | | | |
|---|---|---|---|
| 2000 | 352,359 | 145,042 | 41.16% |
| 2002 | 355,201 | 102,347 | 28.81% |
| 2004 | 371,856 | 169,573 | 45.60% |
| 2006 | 375,425 | 90,723 | 24.17% |
| 2008 | 388,498 | 185,233 | 47.68% |

| 2010 | 379,727 | 88,505 | 23.31% |
| 2012 | 383,737 | 171,070 | 44.58% |
| 2014 | 403,979 | 80,279 | 19.87% |
| 2016 | 428,319 | 210,502 | 49.15% |
| 2018 | 450,028 | 205,879 | 46% |
| 2020 | 488,470 | 254,029 | 52.01% |
| 2022 | 506,554 | 165,446 | 32.66% |

| Fort Bend County | | | |
|------|------|------|------|
| 2000 | 202,706 | 123,509 | 60.93% |
| 2002 | 224,551 | 87,861 | 39.13% |
| 2004 | 254,364 | 163,169 | 64.15% |
| 2006 | 267,754 | 98,427 | 36.76% |
| 2008 | 299,110 | 202,822 | 67.81% |
| 2010 | 309,026 | 139,071 | 45.00% |
| 2012 | 339,694 | 219,299 | 64.56% |
| 2014 | 363,147 | 132,422 | 36.47% |
| 2016 | 404,035 | 261,761 | 64.79% |
| 2018 | 428,679 | 257,794 | 60% |
| 2020 | 482,368 | 356,908 | 73.99% |
| 2022 | 521,611 | 250,066 | 47.94% |

| Galveston County | | | |
|------|------|------|------|
| 2000 | 176,888 | 92,983 | 52.57% |
| 2002 | 177,598 | 61,066 | 34.38% |
| 2004 | 185,911 | 105,981 | 57.01% |
| 2006 | 189,780 | 65,271 | 34.39% |
| 2008 | 189,357 | 105,004 | 55.45% |
| 2010 | 182,802 | 75,891 | 41.52% |
| 2012 | 185,379 | 109,252 | 58.93% |
| 2014 | 191,961 | 64,570 | 33.64% |
| 2016 | 208,232 | 124,547 | 59.81% |
| 2018 | 210,663 | 114,348 | 54% |
| 2020 | 228,482 | 153,843 | 67.33% |
| 2022 | 235,262 | 110,734 | 47.07% |

| Guadeloupe County | | | |
|------|------|------|------|
| 2000 | 53,774 | 30,567 | 56.84% |
| 2002 | 60,420 | 21,708 | 35.93% |

| 2004 | 65,640 | 38,752 | 59.04% |
|---|---|---|---|
| 2006 | 68,015 | 24,847 | 36.53% |
| 2008 | 73,892 | 47,461 | 64.23% |
| 2010 | 74,783 | 30,386 | 40.63% |
| 2012 | 79,474 | 49,249 | 61.97% |
| 2014 | 84,076 | 30,516 | 36.30% |
| 2016 | 93,543 | 57,534 | 61.51% |
| 2018 | 99,042 | 54,679 | 55% |
| 2020 | 111,142 | 77,382 | 69.62% |
| 2022 | 119,523 | 57,202 | 47.86% |

| Harris County | | | |
|---|---|---|---|
| 2000 | 1,886,581 | 974,822 | 51.67% |
| 2002 | 1,902,561 | 648,077 | 34.06% |
| 2004 | 1,937,072 | 1,067,968 | 55.13% |
| 2006 | 1,918,652 | 589,348 | 30.72% |
| 2008 | 1,959,284 | 1,171,472 | 59.79% |
| 2010 | 1,937,850 | 788,234 | 40.68% |
| 2012 | 2,000,011 | 1,185,722 | 59.29% |
| 2014 | 2,062,792 | 678,805 | 32.91% |
| 2016 | 2,234,671 | 1,304,480 | 58.37% |
| 2018 | 2,357,199 | 1,219,209 | 52% |
| 2020 | 2,480,522 | 1,633,557 | 65.86% |
| 2022 | 2,568,463 | 1,102,418 | 42.92% |

| Hidalgo County | | | |
|---|---|---|---|
| 2000 | 244,668 | 101,050 | 41.30% |
| 2002 | 257,763 | 71,844 | 27.87% |
| 2004 | 269,811 | 113,683 | 42.13% |
| 2006 | 279,979 | 47,821 | 17.08% |
| 2008 | 305,316 | 130,784 | 42.84% |
| 2010 | 296,510 | 73,166 | 24.68% |
| 2012 | 304,823 | 138,988 | 45.60% |
| 2014 | 318,772 | 80,200 | 25.16% |
| 2016 | 338,562 | 172,990 | 51.10% |
| 2018 | 358,850 | 153,206 | 43% |
| 2020 | 391,309 | 219,433 | 56.08% |
| 2022 | 416,978 | 141,196 | 33.86% |

| Medina County | | | |
|---|---|---|---|
| 2000 | 22,582 | 12,873 | 57.01% |
| 2002 | 23,460 | 9,763 | 41.62% |
| 2004 | 24,428 | 14,826 | 60.69% |
| 2006 | 24,982 | 9,847 | 39.42% |
| 2008 | 26,613 | 15,737 | 59.13% |
| 2010 | 26,405 | 11,043 | 41.82% |
| 2012 | 27,315 | 15,960 | 58.43% |
| 2014 | 28,406 | 9,816 | 34.56% |
| 2016 | 30,318 | 17,203 | 56.74% |
| 2018 | 30,951 | 16,288 | 53% |
| 2020 | 33,763 | 22,568 | 66.84% |
| 2022 | 35,611 | 17,366 | 48.77% |

| Montgomery County | | | |
|---|---|---|---|
| 2000 | 183,958 | 106,213 | 57.74% |
| 2002 | 196,250 | 74,329 | 37.87% |
| 2004 | 214,098 | 133,988 | 62.58% |
| 2006 | 227,026 | 80,822 | 35.60% |
| 2008 | 243,539 | 157,847 | 64.81% |
| 2010 | 249,954 | 114,560 | 45.83% |
| 2012 | 264,980 | 172,894 | 65.25% |
| 2014 | 281,496 | 104,819 | 37.24% |
| 2016 | 311,880 | 204,404 | 65.54% |
| 2018 | 327,629 | 191,893 | 59% |
| 2020 | 370,060 | 271,175 | 73.28% |
| 2022 | 409,759 | 208,055 | 50.77% |

| Starr County | | | |
|---|---|---|---|
| 2000 | 25,984 | 8,464 | 32.57% |
| 2002 | 27,602 | 6,240 | 22.61% |
| 2004 | 28,268 | 9,781 | 34.60% |
| 2006 | 27,908 | 6,382 | 22.87% |
| 2008 | 27,474 | 9,792 | 35.64% |
| 2010 | 29,114 | 3,728 | 12.80% |
| 2012 | 30,627 | 11,864 | 38.74% |
| 2014 | 30,198 | 5,185 | 17.17% |
| 2016 | 32,064 | 11,691 | 36.46% |

| | | | |
|---|---|---|---|
| **2018** | 32,794 | 11,878 | 36% |
| **2020** | 34,050 | 17,478 | 51.33% |
| **2022** | 34,065 | 11,117 | 32.63% |

| Tarrant County | | | |
|---|---|---|---|
| **2000** | 851,104 | 472,389 | 55.50% |
| **2002** | 876,576 | 337,032 | 38.45% |
| **2004** | 918,656 | 560,141 | 60.97% |
| **2006** | 924,321 | 326,337 | 35.31% |
| **2008** | 965,232 | 628,553 | 65.12% |
| **2010** | 936,735 | 347,489 | 37.10% |
| **2012** | 974,880 | 610,321 | 62.60% |
| **2014** | 999,687 | 372,747 | 37.29% |
| **2016** | 1,077,598 | 667,837 | 61.97% |
| **2018** | 1,101,749 | 631,839 | 57% |
| **2020** | 1,212,524 | 820,157 | 67.64% |
| **2022** | 1,260,870 | 591,368 | 46.90% |

| Travis County | | | |
|---|---|---|---|
| **2000** | 572,429 | 301,263 | 52.63% |
| **2002** | 555,065 | 220,043 | 39.64% |
| **2004** | 584,949 | 352,113 | 60.20% |
| **2006** | 566,140 | 226,176 | 39.95% |
| **2008** | 611,367 | 397,714 | 65.05% |
| **2010** | 604,374 | 238,148 | 39.40% |
| **2012** | 632,962 | 385,081 | 60.84% |
| **2014** | 655,056 | 267,289 | 40.80% |
| **2016** | 725,035 | 462,593 | 63.80% |
| **2018** | 774,302 | 486,562 | 63% |
| **2020** | 854,577 | 602,889 | 70.55% |
| **2022** | 886,480 | 460,899 | 51.99% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Bee County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| **1988** | 14,460 | 9,281 | 64.18% | 3,863 | 41.62% |
| **1990** | 13,779 | 6,763 | 49.08% | 2,291 | 33.88% |
| **1992** | 15,071 | 9,106 | 60.42% | 3,447 | 37.85% |
| **1994** | 14,231 | 6,977 | 49.03% | 3,088 | 44.26% |
| **1996** | 16,383 | 8,766 | 53.51% | 4,292 | 48.96% |
| **1998** | 17,196 | 7,575 | 44.05% | 3,510 | 46.34% |
| **2000** | 16,736 | 8,330 | 49.77% | 3,536 | 42.45% |
| **2002** | 16,517 | 7,514 | 45.49% | 2,704 | 35.99% |
| **2004** | 16,513 | 9,518 | 57.64% | 5,162 | 54.23% |
| **2006** | 16,377 | 7,030 | 42.93% | 3,740 | 53.20% |
| **2008** | 15,809 | 8,157 | 51.60% | 4,473 | 28.29% |
| **2010** | 15,066 | 5,750 | 38.17% | 2,795 | 18.55% |
| **2012** | 14,886 | 7,876 | 52.91% | 4,427 | 29.74% |
| **2014** | 15,113 | 5,224 | 34.57% | 2,481 | 16.42% |
| **2016** | 15,709 | 8,483 | 54% | 5,258 | 33.47% |
| **2018** | 15,393 | 7,350 | 48% | 4,133 | 27% |
| **2020** | 16,033 | 9,405 | 58.66% | 7,536 | 47.00% |

| 2022 | 15,744 | 6,408 | 40.70% | 3,951 | 25.10% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |
|---|---|---|---|---|---|---|

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Bexar County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|---|---|---|---|---|---|
| 1988 | 560,710 | 369,749 | 65.94% | 164,628 | 44.52% |
| 1990 | 513,132 | 228,643 | 44.56% | 85,444 | 37.37% |
| 1992 | 584,335 | 414,992 | 71.02% | 216,344 | 52.13% |
| 1994 | 603,687 | 263,840 | 43.70% | 113,029 | 42.84% |
| 1996 | 744,645 | 362,489 | 48.68% | 149,147 | 41.15% |
| 1998 | 818,370 | 227,090 | 27.75% | 82,055 | 36.13% |
| 2000 | 871,783 | 412,726 | 47.34% | 194,650 | 47.16% |
| 2002 | 884,103 | 273,604 | 30.95% | 124,123 | 45.37% |
| 2004 | 908,466 | 475,314 | 52.32% | 276,142 | 58.10% |
| 2006 | 898,687 | 274,081 | 30.50% | 132,669 | 48.41% |
| 2008 | 931,118 | 525,715 | 56.46% | 400,939 | 43.06% |
| 2010 | 905,859 | 304,062 | 33.57% | 195,016 | 21.53% |
| 2012 | 918,552 | 511,411 | 55.68% | 234,619 | 25.54% |
| 2014 | 957,110 | 300,860 | 31.43% | 189,729 | 19.82% |
| 2016 | 1,045,357 | 586,051 | 56.06% | 466,386 | 44.61% |
| 2018 | 1,073,320 | 551,073 | 51% | 379,510 | 35% |
| 2020 | 1,189,373 | 756,039 | 63.57% | 672,591 | 56.55% |



| 2022 | 1,230,662 | 540,768 | 43.94% | 390,042 | 31.69% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



## Texas Secretary of State
### Jane Nelson

| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Cameron County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 97,854 | 55,552 | 56.77% | 16,422 | 29.56% |
| 1990 | 94,489 | 36,526 | 38.66% | 8,992 | 24.62% |
| 1992 | 100,193 | 59,150 | 59.04% | 18,975 | 32.08% |
| 1994 | 103,521 | 40,405 | 39.03% | 14,577 | 36.08% |
| 1996 | 126,888 | 56,493 | 44.52% | 18,454 | 32.67% |
| 1998 | 137,673 | 33,301 | 24.19% | 11,127 | 33.41% |
| 2000 | 148,854 | 62,057 | 41.69% | 25,132 | 40.50% |
| 2002 | 154,193 | 45,754 | 29.67% | 16,199 | 35.40% |
| 2004 | 162,369 | 69,156 | 42.59% | 34,842 | 50.38% |
| 2006 | 167,636 | 41,051 | 24.49% | 17,256 | 42.04% |
| 2008 | 174,428 | 75,657 | 43.37% | 38,763 | 22.22% |
| 2010 | 174,188 | 40,964 | 23.52% | 20,194 | 11.59% |
| 2012 | 180,389 | 74,802 | 41.47% | 41,548 | 23.03% |
| 2014 | 186,563 | 39,386 | 21.11% | 20,172 | 10.81% |
| 2016 | 197,726 | 91,804 | 46.43% | 62,986 | 31.86% |
| 2018 | 203,616 | 79,409 | 39% | 51,016 | 25% |
| 2020 | 218,910 | 113,635 | 51.91% | 95,754 | 43.74% |



| 2022 | 227,694 | 77,095 | 33.86% | 54,458 | 23.92% |

**THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.**

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Collin County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|------------|-------|---------|------------|------|
| 1988 | 122,718 | 91,230 | 74.34% | 18,439 | 20.21% |
| 1990 | 122,114 | 71,573 | 58.61% | 11,876 | 16.59% |
| 1992 | 153,736 | 128,808 | 83.79% | 43,068 | 33.44% |
| 1994 | 175,916 | 98,470 | 55.98% | 31,697 | 32.19% |
| 1996 | 231,160 | 132,925 | 57.50% | 50,360 | 37.89% |
| 1998 | 263,573 | 84,089 | 31.90% | 24,419 | 29.04% |
| 2000 | 296,171 | 175,420 | 59.23% | 76,889 | 43.83% |
| 2002 | 319,236 | 129,092 | 40.44% | 50,075 | 38.79% |
| 2004 | 369,412 | 245,154 | 66.36% | 151,297 | 61.72% |
| 2006 | 381,821 | 138,088 | 36.17% | 62,305 | 45.12% |
| 2008 | 425,091 | 296,583 | 69.77% | 219,904 | 51.73% |
| 2010 | 424,672 | 156,668 | 36.89% | 90,086 | 21.21% |
| 2012 | 458,872 | 301,101 | 65.62% | 222,034 | 48.39% |
| 2014 | 485,406 | 176,150 | 36.29% | 104,869 | 21.60% |
| 2016 | 537,358 | 356,688 | 66.38% | 297,977 | 55.45% |
| 2018 | 566,938 | 355,555 | 63% | 271,465 | 48% |
| 2020 | 648,670 | 485,323 | 74.82% | 449,039 | 69.22% |



| 2022 | 693,753 | 364,779 | 52.58% | 265,712 | 38.30% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Dallas County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 875,544 | 594,538 | 67.90% | 159,724 | 26.87% |
| 1990 | 802,952 | 420,958 | 52.43% | 91,317 | 21.69% |
| 1992 | 879,137 | 659,576 | 75.03% | 221,455 | 33.58% |
| 1994 | 862,138 | 460,559 | 53.42% | 134,283 | 29.16% |
| 1996 | 1,058,758 | 555,953 | 52.51% | 175,421 | 31.55% |
| 1998 | 1,146,673 | 341,901 | 29.82% | 79,646 | 23.30% |
| 2000 | 1,248,325 | 613,039 | 49.11% | 234,947 | 38.32% |
| 2002 | 1,208,201 | 445,683 | 36.89% | 133,213 | 29.89% |
| 2004 | 1,231,291 | 687,709 | 55.85% | 340,089 | 49.45% |
| 2006 | 1,197,921 | 406,211 | 33.91% | 162,323 | 39.96% |
| 2008 | 1,206,543 | 738,463 | 61.20% | 508,013 | 42.10% |
| 2010 | 1,145,427 | 424,511 | 37.06% | 216,451 | 18.90% |
| 2012 | 1,177,468 | 705,941 | 59.95% | 444,619 | 37.76% |
| 2014 | 1,203,513 | 406,594 | 33.78% | 214,312 | 17.81% |
| 2016 | 1,287,082 | 750,649 | 58.32% | 542,085 | 42.12% |
| 2018 | 1,284,755 | 729,749 | 57% | 493,931 | 38% |
| 2020 | 1,398,469 | 917,245 | 65.59% | 800,050 | 57.21% |

| 2022 | 1,420,223 | 625,391 | 44.03% | 412,865 | 29.07% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



## Texas Secretary of State
### Jane Nelson

About SOS    Elections & Voting    Business Services    Notary & Apostilles    Rules & Meetings    International Relations    Forms & Other Services

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Denton County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|---|---|---|---|---|---|
| 1988 | 122,463 | 84,210 | 68.76% | 22,444 | 26.65% |
| 1990 | 114,779 | 60,886 | 53.05% | 13,831 | 22.72% |
| 1992 | 148,476 | 116,576 | 78.52% | 44,007 | 37.75% |
| 1994 | 151,864 | 81,814 | 53.87% | 26,702 | 32.64% |
| 1996 | 209,482 | 111,596 | 53.27% | 39,280 | 35.20% |
| 1998 | 246,655 | 68,127 | 27.62% | 17,944 | 26.34% |
| 2000 | 274,386 | 146,790 | 53.50% | 64,529 | 43.96% |
| 2002 | 306,174 | 104,514 | 34.14% | 39,475 | 37.77% |
| 2004 | 321,700 | 201,410 | 62.61% | 116,537 | 57.86% |
| 2006 | 333,351 | 108,513 | 32.55% | 46,267 | 42.64% |
| 2008 | 366,830 | 243,263 | 66.31% | 181,233 | 49.41% |
| 2010 | 364,593 | 131,143 | 35.97% | 68,931 | 18.91% |
| 2012 | 386,742 | 240,125 | 62.09% | 167,692 | 43.36% |
| 2014 | 407,040 | 143,716 | 35.31% | 83,160 | 20.43% |
| 2016 | 464,790 | 296,968 | 63.89% | 224,084 | 48.21% |
| 2018 | 511,497 | 295,956 | 58% | 218,140 | 43% |
| 2020 | 565,089 | 416,610 | 73.72% | 382,980 | 67.77% |

| 2022 | 606,275 | 317,781 | 52.42% | 229,224 | 37.81% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# DeWitt County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 10,257 | 6,255 | 60.98% | 872 | 13.94% |
| 1990 | 9,778 | 4,511 | 46.13% | 483 | 10.71% |
| 1992 | 10,139 | 6,724 | 66.32% | 1,501 | 22.32% |
| 1994 | 9,991 | 4,938 | 49.42% | 799 | 16.18% |
| 1996 | 11,383 | 6,164 | 54.15% | 1,333 | 21.63% |
| 1998 | 12,285 | 4,256 | 34.64% | 656 | 15.41% |
| 2000 | 12,321 | 6,183 | 50.18% | 1,463 | 23.66% |
| 2002 | 12,542 | 4,420 | 35.24% | 1,118 | 25.29% |
| 2004 | 12,463 | 6,732 | 54.02% | 2,208 | 32.80% |
| 2006 | 12,198 | 4,082 | 33.46% | 1,111 | 27.22% |
| 2008 | 12,324 | 6,626 | 53.77% | 3,057 | 24.81% |
| 2010 | 11,866 | 4,554 | 38.38% | 1,894 | 15.96% |
| 2012 | 11,943 | 6,625 | 55.47% | 3,615 | 30.27% |
| 2014 | 11,932 | 4,012 | 33.62% | 1,777 | 14.89% |
| 2016 | 11,856 | 6,822 | 57.54% | 4,094 | 34.53% |
| 2018 | 11,815 | 5,860 | 50% | 3,118 | 26% |
| 2020 | 12,094 | 8,118 | 67.12% | 6,229 | 51.50% |



Dewitt County Voter Registration Figures

| 2022 | 12,174 | 6,061 | 49.79% | 3,455 | 28.38% |
|------|--------|-------|--------|-------|--------|

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE
OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



About      Elections      Business      Notary &      Rules &      International      Forms &
SOS        & Voting       Services      Apostilles    Meetings     Relations        Other
                                                                                    Services

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# El Paso County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 199,671 | 118,781 | 59.49% | 41,099 | 34.60% |
| 1990 | 197,735 | 76,753 | 38.82% | 27,243 | 35.49% |
| 1992 | 210,125 | 135,114 | 64.30% | 63,247 | 46.81% |
| 1994 | 229,056 | 91,509 | 39.95% | 37,883 | 41.40% |
| 1996 | 296,955 | 134,710 | 45.36% | 51,104 | 37.94% |
| 1998 | 332,020 | 92,049 | 27.72% | 32,187 | 34.97% |
| 2000 | 352,359 | 145,042 | 41.16% | 65,161 | 44.93% |
| 2002 | 355,201 | 102,347 | 28.81% | 46,128 | 45.07% |
| 2004 | 371,856 | 169,573 | 45.60% | 94,183 | 55.54% |
| 2006 | 375,425 | 90,723 | 24.17% | 36,555 | 40.29% |
| 2008 | 388,498 | 185,233 | 47.68% | 113,431 | 29.20% |
| 2010 | 379,727 | 88,505 | 23.31% | 40,888 | 10.77% |
| 2012 | 383,737 | 171,070 | 44.58% | 94,468 | 24.62% |
| 2014 | 403,979 | 80,279 | 19.87% | 37,763 | 9.35% |
| 2016 | 428,319 | 210,502 | 49.15% | 145,729 | 34.02% |
| 2018 | 450,028 | 205,879 | 46% | 130,505 | 29% |
| 2020 | 488,470 | 254,029 | 52.01% | 211,045 | 43.21% |



| 2022 | 506,554 | 165,446 | 32.66% | 104,135 | 20.56% |

**THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.**

**Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.**



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Fort Bend County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 90,079 | 63,784 | 70.81% | 12,009 | 18.83% |
| 1990 | 86,349 | 47,652 | 55.19% | 5,183 | 10.88% |
| 1992 | 101,368 | 87,977 | 86.79% | 24,037 | 27.32% |
| 1994 | 117,005 | 67,036 | 57.29% | 12,414 | 18.52% |
| 1996 | 148,169 | 92,856 | 62.67% | 23,452 | 25.26% |
| 1998 | 175,820 | 59,546 | 33.87% | 11,605 | 19.49% |
| 2000 | 202,706 | 123,509 | 60.93% | 40,424 | 32.73% |
| 2002 | 224,551 | 87,861 | 39.13% | 27,704 | 31.53% |
| 2004 | 254,364 | 163,169 | 64.15% | 84,273 | 51.65% |
| 2006 | 267,754 | 98,427 | 36.76% | 38,822 | 39.44% |
| 2008 | 299,110 | 202,822 | 67.81% | 154,178 | 51.55% |
| 2010 | 309,026 | 139,071 | 45.00% | 85,136 | 27.55% |
| 2012 | 339,694 | 219,299 | 64.56% | 161,730 | 47.61% |
| 2014 | 363,147 | 132,422 | 36.47% | 79,995 | 22.03% |
| 2016 | 404,035 | 261,761 | 64.79% | 210,287 | 52.05% |
| 2018 | 428,679 | 257,794 | 60% | 186,557 | 44% |
| 2020 | 482,368 | 356,908 | 73.99% | 327,292 | 67.85% |
| 2022 | 521,611 | 250,066 | 47.94% | 187,191 | 35.89% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



Texas Secretary of State
Jane Nelson

| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Galveston County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 115,843 | 74,042 | 63.92% | 16,011 | 21.62% |
| 1990 | 106,430 | 51,854 | 48.72% | 11,970 | 23.08% |
| 1992 | 122,590 | 90,227 | 73.60% | 36,254 | 40.18% |
| 1994 | 127,651 | 63,982 | 50.12% | 22,241 | 34.76% |
| 1996 | 153,653 | 80,089 | 52.12% | 28,697 | 35.83% |
| 1998 | 168,481 | 54,748 | 32.50% | 20,275 | 37.03% |
| 2000 | 176,888 | 92,983 | 52.57% | 43,538 | 46.82% |
| 2002 | 177,598 | 61,066 | 34.38% | 25,396 | 41.59% |
| 2004 | 185,911 | 105,981 | 57.01% | 64,675 | 61.03% |
| 2006 | 189,780 | 65,271 | 34.39% | 30,672 | 46.99% |
| 2008 | 189,357 | 105,004 | 55.45% | 69,681 | 36.80% |
| 2010 | 182,802 | 75,891 | 41.52% | 51,347 | 28.09% |
| 2012 | 185,379 | 109,252 | 58.93% | 83,023 | 44.79% |
| 2014 | 191,961 | 64,570 | 33.64% | 40,410 | 21.05% |
| 2016 | 208,232 | 124,547 | 59.81% | 99,979 | 48.01% |
| 2018 | 210,663 | 114,348 | 54% | 82,855 | 39% |
| 2020 | 228,482 | 153,843 | 67.33% | 139,837 | 61.20% |
| 2022 | 235,262 | 110,734 | 47.07% | 82,008 | 34.86% |



THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |
|---|---|---|---|---|---|---|

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Guadalupe County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|---|---|---|---|---|---|
| 1988 | 30,427 | 20,609 | 67.73% | 6,306 | 30.60% |
| 1990 | 29,608 | 15,094 | 50.98% | 3,673 | 24.33% |
| 1992 | 32,208 | 23,116 | 71.77% | 9,399 | 40.66% |
| 1994 | 35,780 | 18,009 | 50.33% | 6,794 | 37.73% |
| 1996 | 44,843 | 24,403 | 54.42% | 9,018 | 36.95% |
| 1998 | 51,709 | 16,048 | 31.04% | 4,217 | 26.28% |
| 2000 | 53,774 | 30,567 | 56.84% | 12,984 | 42.48% |
| 2002 | 60,420 | 21,708 | 35.93% | 8,587 | 39.56% |
| 2004 | 65,640 | 38,752 | 59.04% | 21,423 | 55.28% |
| 2006 | 68,015 | 24,847 | 36.53% | 10,911 | 43.91% |
| 2008 | 73,892 | 47,461 | 64.23% | 33,394 | 45.19% |
| 2010 | 74,783 | 30,386 | 40.63% | 16,629 | 22.24% |
| 2012 | 79,474 | 49,249 | 61.97% | 33,697 | 42.40% |
| 2014 | 84,076 | 30,516 | 36.30% | 17,455 | 20.76% |
| 2016 | 93,543 | 57,534 | 61.51% | 44,772 | 47.86% |
| 2018 | 99,042 | 54,679 | 55% | 37,287 | 38% |
| 2020 | 111,142 | 77,382 | 69.62% | 68,026 | 61.21% |



Guadalupe County Voter Registration Figures

| 2022 | 119,523 | 57,202 | 47.86% | 39,245 | 32.83% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Harris County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 1,260,884 | 814,160 | 64.57% | 112,975 | 13.88% |
| 1990 | 1,175,883 | 553,841 | 47.10% | 50,649 | 9.15% |
| 1992 | 1,315,010 | 942,636 | 71.68% | 173,055 | 18.36% |
| 1994 | 1,308,883 | 641,897 | 49.04% | 100,641 | 15.68% |
| 1996 | 1,592,569 | 855,893 | 53.74% | 165,241 | 19.31% |
| 1998 | 1,755,809 | 536,443 | 30.55% | 104,776 | 19.53% |
| 2000 | 1,886,581 | 974,822 | 51.67% | 247,108 | 25.35% |
| 2002 | 1,902,561 | 648,077 | 34.06% | 167,628 | 25.87% |
| 2004 | 1,937,072 | 1,067,968 | 55.13% | 440,721 | 41.27% |
| 2006 | 1,918,652 | 589,348 | 30.72% | 167,980 | 28.50% |
| 2008 | 1,959,284 | 1,171,472 | 59.79% | 726,355 | 37.07% |
| 2010 | 1,937,850 | 788,234 | 40.68% | 440,197 | 22.72% |
| 2012 | 2,000,011 | 1,185,722 | 59.29% | 757,640 | 37.88% |
| 2014 | 2,062,792 | 678,805 | 32.91% | 360,062 | 17.46% |
| 2016 | 2,234,671 | 1,304,480 | 58.37% | 953,593 | 42.67% |
| 2018 | 2,357,199 | 1,219,209 | 52% | 766,674 | 33% |
| 2020 | 2,480,522 | 1,633,557 | 65.86% | 1,434,022 | 57.81% |

| 2022 | 2,568,463 | 1,102,418 | 42.92% | 752,491 | 29.30% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



Texas Secretary of State
Jane Nelson

| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Hidalgo County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 149,563 | 83,870 | 56.08% | 24,020 | 28.64% |
| 1990 | 143,524 | 53,063 | 36.97% | 14,248 | 26.85% |
| 1992 | 152,147 | 87,851 | 57.74% | 31,174 | 35.49% |
| 1994 | 160,059 | 60,433 | 37.76% | 23,412 | 38.74% |
| 1996 | 199,246 | 84,727 | 42.52% | 27,012 | 31.88% |
| 1998 | 223,729 | 47,829 | 21.38% | 15,608 | 32.63% |
| 2000 | 244,668 | 101,050 | 41.30% | 41,646 | 41.21% |
| 2002 | 257,763 | 71,844 | 27.87% | 30,675 | 42.70% |
| 2004 | 269,811 | 113,683 | 42.13% | 60,302 | 53.04% |
| 2006 | 279,979 | 47,821 | 17.08% | 20,810 | 43.52% |
| 2008 | 305,316 | 130,784 | 42.84% | 86,692 | 28.39% |
| 2010 | 296,510 | 73,166 | 24.68% | 46,440 | 15.66% |
| 2012 | 304,823 | 138,988 | 45.60% | 101,388 | 33.26% |
| 2014 | 318,772 | 80,200 | 25.16% | 56,652 | 17.77% |
| 2016 | 338,562 | 172,990 | 51.1% | 137,720 | 40.68% |
| 2018 | 358,850 | 153,206 | 43% | 107,521 | 30% |
| 2020 | 391,309 | 219,433 | 56.08% | 187,652 | 47.95% |



| 2022 | 416,978 | 141,196 | 33.86% | 102,394 | 24.56% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



Texas Secretary of State
Jane Nelson

About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Medina County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 14,957 | 10,029 | 67.05% | 2,162 | 21.56% |
| 1990 | 14,176 | 6,946 | 49.00% | 1,261 | 18.15% |
| 1992 | 15,209 | 10,783 | 70.90% | 3,126 | 28.99% |
| 1994 | 15,354 | 8,327 | 54.23% | 2,243 | 26.94% |
| 1996 | 18,679 | 10,377 | 55.55% | 3,328 | 32.07% |
| 1998 | 20,322 | 7,318 | 36.01% | 1,731 | 23.65% |
| 2000 | 22,582 | 12,873 | 57.01% | 4,271 | 33.18% |
| 2002 | 23,460 | 9,763 | 41.62% | 2,983 | 30.55% |
| 2004 | 24,428 | 14,826 | 60.69% | 6,904 | 46.57% |
| 2006 | 24,982 | 9,847 | 39.42% | 4,377 | 44.45% |
| 2008 | 26,613 | 15,737 | 59.13% | 10,266 | 38.58% |
| 2010 | 26,405 | 11,043 | 41.82% | 6,333 | 23.98% |
| 2012 | 27,315 | 15,960 | 58.43% | 10,941 | 40.05% |
| 2014 | 28,406 | 9,816 | 34.56% | 6,006 | 21.14% |
| 2016 | 30,318 | 17,203 | 56.74% | 12,664 | 41.77% |
| 2018 | 30,951 | 16,288 | 53% | 11,554 | 37% |
| 2020 | 33,763 | 22,568 | 66.84% | 19,935 | 59.04% |



| 2022 | 35,611 | 17,366 | 48.77% | 12,347 | 34.67% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

----------------------------------------------------------------------------------------------

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.

----------------------------------------------------------------------------------------------



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Montgomery County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 84,727 | 59,146 | 69.81% | 13,660 | 23.10% |
| 1990 | 84,722 | 44,434 | 52.45% | 10,363 | 23.32% |
| 1992 | 99,354 | 77,916 | 78.42% | 27,824 | 35.71% |
| 1994 | 111,402 | 57,570 | 51.68% | 15,045 | 26.13% |
| 1996 | 138,348 | 78,202 | 56.53% | 24,211 | 30.96% |
| 1998 | 159,571 | 52,143 | 32.68% | 15,138 | 29.03% |
| 2000 | 183,958 | 106,213 | 57.74% | 45,514 | 42.85% |
| 2002 | 196,250 | 74,329 | 37.87% | 28,534 | 38.39% |
| 2004 | 214,098 | 133,988 | 62.58% | 70,137 | 52.35% |
| 2006 | 227,026 | 80,822 | 35.60% | 31,479 | 38.95% |
| 2008 | 243,539 | 157,847 | 64.81% | 103,276 | 42.41% |
| 2010 | 249,954 | 114,560 | 45.83% | 65,645 | 26.26% |
| 2012 | 264,980 | 172,894 | 65.25% | 121,200 | 45.74% |
| 2014 | 281,496 | 104,819 | 37.24% | 57,427 | 20.40% |
| 2016 | 311,880 | 204,404 | 65.54% | 154,646 | 49.59% |
| 2018 | 327,629 | 191,893 | 59% | 124,707 | 38% |
| 2020 | 370,060 | 271,175 | 73.28% | 236,503 | 63.91% |



| 2022 | 409,759 | 208,055 | 50.77% | 140,807 | 34.36% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

---

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.

---



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Starr County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 15,732 | 8,211 | 52.19% | 1,642 | 20.00% |
| 1990 | 16,233 | 4,259 | 26.24% | 491 | 11.53% |
| 1992 | 17,030 | 9,258 | 54.36% | 3,737 | 40.37% |
| 1994 | 18,727 | 4,183 | 22.34% | 724 | 17.31% |
| 1996 | 21,843 | 7,260 | 33.24% | 962 | 13.25% |
| 1998 | 24,049 | 7,629 | 31.72% | 3,524 | 46.19% |
| 2000 | 25,984 | 8,464 | 32.57% | 1,839 | 21.73% |
| 2002 | 27,602 | 6,240 | 22.61% | 1,787 | 28.64% |
| 2004 | 28,268 | 9,781 | 34.60% | 3,228 | 33.00% |
| 2006 | 27,908 | 6,382 | 22.87% | 3,249 | 50.91% |
| 2008 | 27,474 | 9,792 | 35.64% | 3,925 | 14.29% |
| 2010 | 29,114 | 3,728 | 12.80% | 1,152 | 3.96% |
| 2012 | 30,627 | 11,864 | 38.74% | 7,295 | 23.82% |
| 2014 | 30,198 | 5,185 | 17.17% | 2,696 | 8.93% |
| 2016 | 32,064 | 11,691 | 36.46% | 4,768 | 14.87% |
| 2018 | 32,794 | 11,878 | 36% | 6,738 | 21% |
| 2020 | 34,050 | 17,478 | 51.33% | 14,282 | 41.94% |



| 2022 | 34,065 | 11,117 | 32.63% | 8,103 | 23.79% |

THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



## Texas Secretary of State
### Jane Nelson

| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Tarrant County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 554,318 | 396,237 | 71.48% | 98,313 | 24.81% |
| 1990 | 529,598 | 283,871 | 53.60% | 63,467 | 22.36% |
| 1992 | 596,958 | 471,257 | 78.94% | 173,582 | 36.83% |
| 1994 | 611,911 | 338,624 | 55.34% | 110,561 | 32.65% |
| 1996 | 742,215 | 409,644 | 55.19% | 151,168 | 36.90% |
| 1998 | 814,547 | 256,866 | 31.53% | 64,280 | 25.02% |
| 2000 | 851,104 | 472,389 | 55.50% | 200,810 | 42.51% |
| 2002 | 876,576 | 337,032 | 38.45% | 125,810 | 37.33% |
| 2004 | 918,656 | 560,141 | 60.97% | 304,491 | 54.36% |
| 2006 | 924,321 | 326,337 | 35.31% | 125,456 | 38.44% |
| 2008 | 965,232 | 628,553 | 65.12% | 455,546 | 47.20% |
| 2010 | 936,735 | 347,489 | 37.10% | 169,294 | 18.07% |
| 2012 | 974,880 | 610,321 | 62.60% | 415,490 | 42.62% |
| 2014 | 999,687 | 372,747 | 37.29% | 211,630 | 21.17% |
| 2016 | 1,077,598 | 667,837 | 61.97% | 507,986 | 47.14% |
| 2018 | 1,101,749 | 631,839 | 57% | 433,860 | 39% |
| 2020 | 1,212,524 | 820,157 | 67.64% | 719,655 | 59.35% |



| 2022 | 1,260,870 | 591,368 | 46.90% | 411,576 | 32.64% |

**THE OFFICE OF THE TEXAS SECRETARY OF STATE WILL BE CLOSED MONDAY, SEPTEMBER 4, IN OBSERVANCE OF LABOR DAY.**

Effective September 1, 2023, our lobby walk-in hours will be 9 a.m. – 4 p.m. (Central), Monday- Friday.



| About SOS | Elections & Voting | Business Services | Notary & Apostilles | Rules & Meetings | International Relations | Forms & Other Services |
|---|---|---|---|---|---|---|

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Travis County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|---|---|---|---|---|---|
| **1988** | 325,384 | 236,084 | 72.56% | 64,524 | 27.33% |
| **1990** | 305,582 | 195,631 | 64.02% | 65,797 | 33.63% |
| **1992** | 352,737 | 276,031 | 78.25% | 118,148 | 42.80% |
| **1994** | 368,068 | 211,349 | 57.42% | 97,166 | 45.97% |
| **1996** | 459,115 | 246,301 | 53.65% | 95,857 | 38.92% |
| **1998** | 499,696 | 174,738 | 34.97% | 54,287 | 31.07% |
| **2000** | 572,429 | 301,263 | 52.63% | 138,342 | 45.92% |
| **2002** | 555,065 | 220,043 | 39.64% | 101,566 | 46.16% |
| **2004** | 584,949 | 352,113 | 60.20% | 219,455 | 62.33% |
| **2006** | 566,140 | 226,176 | 39.95% | 98,874 | 43.72% |
| **2008** | 611,367 | 397,714 | 65.05% | 297,562 | 48.67% |
| **2010** | 604,374 | 238,148 | 39.40% | 132,765 | 21.97% |
| **2012** | 632,962 | 385,081 | 60.84% | 235,795 | 37.25% |
| **2014** | 655,056 | 267,289 | 40.80% | 143,789 | 21.95% |
| **2016** | 725,035 | 462,593 | 63.8% | 363,565 | 50.14% |
| **2018** | 774,302 | 486,562 | 63% | 349,045 | 45% |
| **2020** | 854,577 | 602,889 | 70.55% | 553,103 | 64.72% |

| 2022 | 886,480 | 460,899 | 51.99% | 330,658 | 37.30% |