IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§  Civil Action No: 5:21-cv-00844-XR<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT LISA WISE'S UNOPPOSED MOTION TO SEAL

Defendant El Paso County Elections Administrator, Lisa Wise, pursuant to Local Civil Rule 5.2, respectfully moves the Court to seal ECF Nos. 779-1, 779-2, and 779-3, which are exhibits to LUPE Plaintiffs' deposition designations of county election administrators, and contain certain voters' personal identifiable information (PII). *See* Local Rule 5.2(b) (Parties should redact "confidential information not crucial to the filing.")

LUPE Plaintiffs have filed substitute exhibits to replace those attached to ECF No. 779. (*See* ECF No. 792.) In accordance with the parties' protective order, LUPE Plaintiffs' substitute exhibits redact the PII contained in ECF Nos. 779-1, 779-2, 779-3, as well as 692-4, which contains excerpts of the deposition of Hilda Ann Salinas.

In accordance with the parties' protective order, the Court's instruction at trial on September 12, 2023, and Local Civil Rule 5.2, Defendant Wise respectfully requests that ECF Nos. 779-1, 779-2, and 779-3 be sealed, in order to protect voters' PII. Counsel for Defendant Wise have conferred with counsel for LUPE Plaintiffs, who do not oppose this motion.

Dated:  October 19, 2023

/s/ Kathleen Hartnett
Kathleen Hartnett* (CA SBN 314267)
COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)

2

7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Kathleen Hartnett
Kathleen Hartnett