UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br> *Defendants* <br><br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br> *Intervenor–Defendants*. | Case No. 5:21–cv–844–XR <br> (Lead Case) |

## NOTICE OF STATE DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State, Ken Paxton, in his official capacity as Attorney General of Texas, and the State of Texas ("State Defendants") respectfully submit the following designations of deposition testimony, which amend the testimony designated in State Defendants' Rule 26(a)(3) disclosures filed on July 28, 2023 (ECF 688).

State Defendants offer this testimony by deposition pursuant to Federal Rule of Civil Procedure 32(a)(3) and (4) because the witnesses are adverse parties, are located more than 100 miles from the place of trial, or could not attend or testify because of age, illness, or infirmity.

When State Defendants submitted deposition designations as part of their Rule 26(a)(3) disclosures, the parties' final witness lists were not yet known. State Defendants now amend their deposition designations to withdraw testimony of witnesses who have testified at trial. State Defendant have also added deposition designations for witness who were expected to testify but were later withdrawn by Plaintiffs. Transcripts reflecting the amended designated testimony are attached as Exhibits A-M. Should any of the witnesses whose testimony is designated herein testify live during the remainder of trial, State Defendants ask the Court to consider those witnesses' deposition designations to be withdrawn.

## SUMMARY OF STATE DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| Witness | Date | Page:Line | State's Exhibit # |
|---|---|---|---|
| Alvarado, Carol | 10/06/2022 | 8:14–18; 16:7–17:19; 20:19–21:1; 21:18–23:10; 23:20–25:13; 25:25–26:6; 27:19–29:23; 30:7–16; 31:18–32:5; 39:13–25; 41:19–42:2; 43:10–22; 44:3–8; 45:7–10; 47:13–49:4; 49:17–50:9; 63:5–22; 65:5–17; 67:16–21; 68:18–69:21; 71:3–24; 72:9–73:3; 73:22–74:3; 82:19–21; 83:7–10; 86:16–25; 88:8–18, 24–89:21; 90:10–16; 93:23–94:5; 94:11–95:5; 95:12–14, 23–96:13; 96:20–98:25; 99:12–19; 110:5–20; 111:2–114:16; 115:2–116:21; 118:2–6, 14–119:16; 120:2–121:1; 121:8–23; 122:1–18; 123:1–10, 25–124:25; 125:1–3, 8–130:5; 130:10–133:2; 133:8–134:21; 135:3–9, 23–136:15; 136:21–138:25; 140:2–141:18; 142:3–143:13; 149:17–153:19; 158:6–22; 162:2–167:6; 167:14–169:9; 170:11–172:15; 174:1–176:6; 178:4–6; 180:1–185:21; 186:10–11, 16–188:16; 189:2–191:15; 192:2–25; 193:7–195:24; 196:11–198:22; 205:18–206:5; 206:20–208:12; 208:20–211:5; 212:18–216:24; 217:2–5; 233:5–17, 21–234:21 | 431 |
| Anchia, Rafael | 08/22/22 | 10:18–11:4; 14:20–15:6; 15:7–17:5; 27:6–9; 28:25–30:20; 34:18–35:7; 36:17–40:23; 41:2–5; 42:1–43:8; 43:18–47:4; 50:6–51:8; 52:1–54:2; 55:3–9; 58:6–59:15; 61:9–25; 62:12–19; 65:20–68:10; 69:2–70:1; 70:22–71:7; 71:18–73:3; 75:10–76:15; 77:3–78:16; 80:14–81:5; 82:10–83:4; 83:12–84:2; 84:10–86:10; 86:17–87:2; 87:12–88:23; 89:12–18; 89:22–90:9; 91:16–21; 92:23–93:25; 96:21–97:23; 99:10–99:24 | 432 |

| Witness | Date | Page:Line | State's Exhibit # |
|---|---|---|---|
| Collier, Nicole | 01/03/23 | 20:19–21–24, 24:20–25:24, 27:17–28:3, 28:21–29:23, 30:15–17, 30:22–25, 31:1–45:3, 46:6–12, 46:16–19, 46:22–25, 47:1–49:16, 50:8–51:2, 52:21–24, 53:4–8, 53:12–16, 54:2–13, 55:3–24, 56:2–5, 56:11–25, 57:1–14, 58:11–59:25, 61:1–25, 62:18–63:22, 66:2–20, 69:1–70:25, 71:17–72:2, 73:8–17, 73:23–25, 74:8–10, 76:2–8, 78:2–79:17, 80:6–25, 81:1, 82:15–83:15, 84:2–6, 88:12–16, 100:3–15, 104:10–105:5, 105:9–18, 107:3–25, 109:2–110:5, 110:13–25, 124:3–10, 125:4–8, 126:11–20, 127:10–128:24, 135:2–9, 137:12–139:13, 140:12–23, 143:3–144:10, 145:1–16, 145:25–146:9, 146:25–147:9, 151:21–23, 152:2–18, 153:10–14, 160:9–162:15, 163:5–167:2, 168:21–170:20, 172:7–10, 177:5–24, 178:5–6, 180:5–15, 181:8–10, 181:17–24, 182:2–14, 185:22–187:23, 188:8–25, 191:2–25, 192:24–193:10, 195:19–196:18, 200:15–201:15, 202:11–204:25, 205:6–207:24, 209:7–210:17, 213:5–25, 214:12–215:5, 217:11–17, 221:19–22, 228:11–25, 229:8–16, 231:7–232:11, 234:1–10, 238:25–239:9, 240:4–241:25, 242:15–23, 243:4–25, 246:4–250:25, 256:24–257:25 | 433 |
| Colvin, Jennifer | 03/21/23 | 18:11–23:4, 23:11–24:20, 30:5–30:21, 31:14–33:8, 34:5–10, 35:7–18, 36:18–21, 37:1–3, 37:19–38:7, 39:15–40:11, 40:14–21, 41:1-6, 57:17–57:25, 58:25–59:6, 67:19–68:3, 94:21–95:7, 96:6–9, 96:15–20, 97:20–98:2, 98:9–18, 99:14–100:5, 101:1–8, 102:2–7 | 434 |
| Crowther, Nancy | 06/17/22 | 6:12–14:14, 7:3–7, 23:10–23, 33:11–18, 34:4–36:7, 36:21–23, 40:13–41:22, 42:23–24, 43:11–17, 49:25–50:21, 53:8–54:2, 56:22–57:5, 58:11–18, 59:15–21, 62:15–63:4, 64:2–6, 64:23–65:4, 66:14–19, 67:19–69:21, 70:12–15, 71:19–72:4, 73:3–9, 73:16–18, 74:12–75:7, 75:13–20, 77:5–7, 78:18–79:1, 79:12–16, 90:9–18, 90:24-91:5, 91:9–91:11, 91:17–92:3, 92:9–92:15, 93:11–16, 94:10–19, 94:25–95:4, 95:11–14, 96:19–14, 103:13–104:8, 105:24–106:7, 106:23–107:4, 110:1–5, 112:15–22, 113:8–14, 113:25–114:11, | 435 |

| Witness | Date | Page:Line | State's Exhibit # |
|---|---|---|---|
| | | 116:21–117:1, 117:8–21, 119:16–19, 119:22–24, 120:17–24, 121:8–19, 122:25–124:3, 126:23-127:7, 127:21–128:7, 131:19–24, 132:19–133:6, 133:11–13, 133:19–21, 134:16–135:3, 136:2–137:2 | |
| Gomez, Maria | 04/25/23 | 12:1–13:8, 13:25–14:4, 14:16–15:1, 15:11–15:24, 16:9–17, 17:10–22, 18:3–18:17, 19:1–5, 20:4–20:15, 21:8–21:12, 21:20–22:14, 23:13–21, 26:23–27:5, 28:16–29:16, 31:4–23, 32:9–13, 34:18–34:20, 35:22–36:2, 36:19–37:2, 37:24–38:7, 42:13–24, 42:11–19, 44:10–12, 46:19–48:17, 49:23–50:2, 50:14–51:12, 52:17–19, 53:2–53:22, 56:13–16, 58:5–9, 58:20–59:5 | 436 |
| Hollins, Chris | 05/06/22 | 11:3–6, 15:7–21, 16:2–7, 18:2–16, 18:23–25, 19:1–5, 19:12–20:4, 23:22–24:1, 24:11–22, 25:3–26:1, 26:12–17, 30:4–8, 30:18–31:7, 31:23–25, 32:1–9, 33:15–23, 34:15–35:9, 35:21–25, 36:4, 36:14–37:4, 37:19–39:9, 39:16–19, 39:21–24, 43:1–12, 44:2–5, 44:8–45:10, 46:16–47:12, 50:22–54:5, 61:5–10, 61:12–62:5, 62:16–22, 62:25–63:7, 63:12–15, 63:17–66:21, 67:1–13, 67:18–69:10, 69:21–24, 70:1–72:4, 73:2–25, 74:2–3, 74:21–75:4, 76:2–9, 76:11–77:19, 78:19–23, 79:17–80:8, 80:13–22, 81:1–16, 82:17–84:14, 87:14–88:5, 92:4–15, 92:17–18, 93:4–6, 93:21–94:16, 102:12–14, 102:16–104:17, 105:12–106:22, 107:5–108:8, 108:23–109:2, 109:8–9, 109:11–17, 109:19–20, 110:2–4, 110:6–8, 125:7–126:8, 129:25–130:1, 130:3–131:7, 143:17–144:7, 144:12–145:3, 145:10–146:8, 146:14–147:6, 147:10–11, 173:15–23, 176:23–177:9, 178:1–4, 179:11–20 | 437 |
| Iglesias, Yvonne | 04/17/23 | 19:15–20; 22:6–15; 23:18–25; 25:16–24; 32:8–11; 36:22–23; 37:7–12, 20–22; 42:21–44:21; 49:1–5; 51:6–11; 53:24–56:10; 58:22–59:7; 61:16–23; 63:1–17 | 438 |
| Lopez, Rivelino | 04/29/22 | 10:22–23; 20:22–25; 22:12–22; 23:7–17; 25:5–26:10; 31:20–34:20; 35:10–39:16; 45:19–52:17; 57:23–58:6; 59:17–60:20 | 439 |
| | 04/13/23 | 7:14–18; 10:3–17; 15:15–16:5; 16:8–21:2; 21:17–25:4; 26:11–28:7; 30:22–31:14; 32:3–33:2; 33:9–17 | 440 |

| Witness | Date | Page:Line | State's Exhibit # |
|---|---|---|---|
| Salinas, Hilda | 04/20/23 | 9:1-12, 16:6-20, 16:22-17:7, 21:4-13, 26:4-18, 27:7-12, 28:23-29:2, 29:6-16, 30:5-18, 30:21-24, 31:9-32:14, 32:18-33:3, 44:24-45:8, 45:9-17, 48:7-10, 52:3-8, 54:19-55:2, 57:9-15, 76:1-8, 83:18-84:2, 100:18-24, 101:19-102:2, 122:23-123:15, 130:16-131:19, 144:12-145:3, 149:12-20, 151:15-18, 154:13-25, 157:23-158:7, 159:18-23, 166:5-10, 166:17-167:3, 167:20-168:3, 185:19-186:2, 191:15-20, 196:18-21, 198:4-7 | 441 |
| Scott, Anne | 04/18/23 | 11:13–19, 12:21–13:1, 13:21–14:3, 17:8–14, 20:1–9, 22:23–23:1, 23:13–15, 23:25–24:14, 27:13–28:5, 29:12–19, 36:22–37:6, 37:15–19, 41:14–42:4, 42:19–43:1, 44:13–23 | 442 |
| Scott, Taylor | 04/18/23 | 8:14–24, 9:5–25, 13:18–24, 14:3–6, 14:21–23, 15:8–25, 16:1–4, 16:18–17:11 | 443 |
| Smith, Lauren | 03/21/23 | 14:6–14:14, 15:25–16:3, 17:11–18:4, 19:12–22:23, 24:12–19, 31:6–17, 35:12–36:19, 37:16–19, 42:5–43:5, 43:23–44:15, 45:1–10, 46:13–16, 47:15–47:24, 48:22–49:13, 50:6–50:21, 51:7–51:11, 51:22–52:16, 53:1–4, 55:20–57:12, 57:20–23, 58:23–59:2, 59:8–60:1, 60:21–25, 61:7–20, 62:21–63:8, 64:15–65:1, 66:13–67:4, 83:24–84:16, 85:3–86:4 | 444 |

| | |
|---|---|
| Date: October 20, 2023 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General | RYAN G. KERCHER<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Special Counsel<br>Tex. State Bar No. 24118415 |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

ETHAN SZUMANSKI
Special Counsel
Tex. State Bar No. 24123966

JAMESON JOYCE
Assistant Attorney General
Tex. State Bar No. 24110070

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC–009)
Austin, Texas 78711–2548
Tel.: (512) 463–2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov
ethan.szumanski@oag.texas.gov
jameson.joyce@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 20, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER