Jennifer Colvin                                                    March 21, 2023

```
 1               IN THE UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
 2                      SAN ANTONIO DIVISION

 3

    LA UNION DEL PUEBLO            §
 4  ENTERO, et al.,                §
         Plaintiffs,               §
 5                                 §
    v.                             §   Case No. 5:21-cv-844-XR
 6                                 §
    GREGORY W. ABBOTT, et          §
 7  al.,                           §
         Defendants,               §
 8                                 §
    _____  §
 9                                 §
    OCA-GREATER HOUSTON, et        §
10  al.,                           §
         Plaintiffs,               §
11                                 §
    v.                             §   Case No. 1:21-cv-780-XR
12                                 §
    JANE NELSON, et. al.,          §
13       Defendants,               §
                                   §
14  _____  §
                                   §
15  HOUSTON JUSTICE, et            §
    al.,                           §
16       Plaintiffs,               §
                                   §
17  v.                             §   Case No. 5:21-cv-848-XR
                                   §
18  GREGORY WAYNE ABBOTT,          §
    et al.,                        §
19       Defendants,               §
                                   §
20  _____  §
                                   §
21  LULAC Texas, et al.,           §
         Plaintiffs,               §
22                                 §
    v.                             §   Case No. 1:21-cv-0786-XR
23                                 §
    JANE NELSON, et al.,           §
24       Defendants,               §
                                   §
25  _____  §
```



Defendant's Exhibits 434

Page 2

```
 1   MI FAMILIA VOTA, et      §
     al.,                     §
 2         Plaintiffs,        §
                              §
 3   v.                       §   Case No. 5:21-cv-0920-XR
                              §
 4   GREG ABBOTT, et al.,     §
           Defendants.        §
 5
 6
 7
 8
 9            ORAL AND VIDEOTAPED DEPOSITION OF
10                     JENNIFER COLVIN
11                     MARCH 21, 2023
12
13
14
15        ORAL AND VIDEOTAPED DEPOSITION OF JENNIFER COLVIN,
16   produced as a witness at the instance of the Defendants
17   and duly sworn, was taken in the above styled and
18   numbered cause on Tuesday, March 21, 2023, from
19   12:20 p.m. to 3:43 p.m., before DONNA QUALLS, Notary
20   Public in and for the State of Texas, reported by
21   computerized stenotype machine, at the offices of Harris
22   County Attorney's Office, 1019 Congress Street, 15th
23   Floor, Houston, Texas, pursuant to the Federal Rules of
24   Civil Procedure, and any provisions stated on the record
25   or attached hereto.
```

Page 3

```
 1                  A P P E A R A N C E S
 2
     FOR THE HARRIS COUNTY ELECTIONS ADMINISTRATOR:
 3        SAMEER S. BIRRING
          TIFFANY BINGHAM
 4        OFFICE OF THE HARRIS COUNTY ATTORNEY CHRISTIAN
          D. MENEFEE
 5        1019 Congress, 15th Floor
          Houston, Texas  77002
 6        (713) 274-5142
          sameer.birring@harriscountytx.gov
 7
 8   FOR THE HOUSTON AREA URBAN LEAGUE (HAUL) PLAINTIFFS:
          JENNIFER A. HOLMES
 9        NAACP Legal Defense and Educational Fund, Inc.
          700 14th Street N.W., Suite 600
10        Washignton, District of Columbia  20005
          (347) 573-0197
11        jholmes@naacpldf.org
12
     FOR THE UNITED STATES:
13        DANA PAIKOWSKY
          U.S. DEPARTMENT OF JUSTICE
14        950 Pennsylvania Avenue, NW
          Washington, District of Columbia  20530
15        (202) 353-5225
          dana.paikowsky@usdoj.gov
16
17   FOR THE STATE DEFENDANTS:
          KATHLEEN T. HUNKER
18        OFFICE OF THE ATTORNEY GENERAL
          P.O. BOX 12548 (MC-009)
19        AUSTIN, TEXAS  78711-2548
          (512) 463-2100
20        kathleen.hunker@oag.texas.gov
21
     Also Present:
22        STEPHEN KENNY (Via Zoom)
          BRADLEY PROWANT (Via Zoom)
23        BREANNA WILLIAMS, NAACP (Via Zoom)
          CARRIE LEBEL (Via Zoom)
24        GERMAINE HABELL (Via Zoom)
          JOHN GORE, GOP (Via Zoom)
25        JOHN SULLIVAN BAKER, DOJ (Via Zoom)
```

Page 4

```
 1   LEIGH TOGNETTI (Via Zoom)
     LISA CUBRIEL, BEXAR COUNTY (Via Zoom)
 2   LUCIA ROMANO (Via Zoom)
     MIKE STEWART, DOJ (Via Zoom)
 3   URUJ SHEIKH, LDF (Via Zoom)
     ZACHARY DOLLING, TCRP, OCA (Via Zoom)
 4   REGGIE WRIGHT, THE VIDEOGRAPHER
```

Page 5

```
                          INDEX
                                                          PAGE

     Appearances...................................         3

     JENNIFER COLVIN
          Examination by Ms. Hunker.................         7
          Examination by Ms. Paikowsky..............        47
          Examination by Ms. Holmes.................        74
          Further Examination by Ms. Hunker.........        92

     Corrections & Signature.......................       104

     Reporter's Certificate........................       106


                      EXHIBIT INDEX

     NUMBER      DESCRIPTION                            PAGE
     Exhibit 11  Election reconciliation                 24
                 official totals
     Exhibit 12  Defendant Harris County                 38
                 Elections Administrator,
                 Clifford Tatum's responses and
                 objections to state defendants'
                 second set of interrogatories,
                 and third set of requests for
                 Production
     Exhibit 13  Ballot insert                           41
     Exhibit 14  Ballot insert                           53
     Exhibit 15  Call log spreadsheet                    77
     Exhibit 16  Harris County Elections                 89
                 Administrator, Clifford Tatum's
                 supplemental responses to state
                 defendants' second set of
                 interrogatories
```



MAGNA Legal Services

Jennifer Colvin

March 21, 2023
Pages 18 to 21

Page 18

1  the board sends members, we start -- they send in a
2  couple of members to help our team -- they designate our
3  team to pull the flaps to check for IDs.  Once we start
4  doing that, we process any that don't have IDs -- we
5  mail back to the voters to get them a chance to cure
6  that ballot.  Any -- all the rest of them are put back
7  in the tubs, and we hold them until the SVC convenes.
8      Q.  Okay.  And so you mentioned that in your county
9  the early voting clerk removes the flap to determine
10 whether or not the numbers were added; is that correct?
11     A.  Correct.  Well, us and some of the board
12 members.  It's a group effort depending on the quantity.
13     Q.  And this is to determine whether or not the
14 voter put down their either their social security or
15 Texas ID number?
16     A.  Correct.
17     Q.  And how do you contact the voter if you
18 determine that the voter did not put down an ID number?
19     A.  There's multiple ways you can contact them.  We
20 normally give a phone call, and we send a letter.  If
21 it's before the ballot board meets, the EVBB convenes,
22 we mail them the ballot back.
23     Q.  Okay.  And so are you doing this before this --
24 when I say "doing this," I mean removing the flap before
25 the signature verification committee meets?

Page 19

1      A.  Yes.
2      Q.  And so you can contact the voter before the
3  signature verification committee meets; is that correct?
4      A.  Correct.
5      Q.  And the signature verification committee, they
6  then -- how do they then handle the ballot?
7      A.  The one without the ID or the ones with the ID?
8      Q.  The ones -- first without the ID.  We'll start
9  there.
10     A.  They designate us to send the ballot back to
11 the voter on their behalf.
12     Q.  Okay.  And the ones with ID?
13     A.  The ones with ID, they go through the process
14 to compare the numbers to the -- statements in the
15 system to make sure that the two match, and then they
16 can okay the ballot.
17     Q.  And do they, too, call the voter?
18     A.  Go ahead.
19     Q.  Do they, too, call the voter if they notice
20 that they're -- let me strike that.
21         How does the Signature verification
22 committee contact the voter?
23     A.  They delegated that to our office.
24     Q.  And is that when your office would also call
25 or --

Page 20

1      A.  We call on their behalf.
2      Q.  And according to this report, the signature
3  verification committee convened on October 9th; is that
4  correct?
5      A.  Yes.
6          MS. BINGHAM:  Object to form.  It was the
7  19th.
8          THE REPORTER:  Can you speak up?
9          MS. BINGHAM:  Tiffany Bingham.
10     A.  It was October 19th.
11     Q.  (BY MS. HUNKER)  Okay.  And do they meet each
12 day after that?
13     A.  Depending on volume.  It's not a set schedule.
14     Q.  And you were -- your office was removing the
15 flap.  Did you notice that less voters as compared to
16 the primary and the May elections were not at --
17 including their ID number or social security number?
18         MS. HOLMES:  Objection to form.
19         MS. BINGHAM:  Objection to form.
20         MS. HUNKER:  You can answer the question.
21     A.  There were less voters that left off the ID.
22     Q.  (BY MS. HUNKER)  And the signature verification
23 committee, do they also review the ballot to determine
24 whether or not there is a signature match?
25     A.  They do.

Page 21

1      Q.  And are they contacted -- the individual voters
2  who, let's say, either failed to put their signature or
3  had a mismatch, are they contacted the same way?
4      A.  They are.
5      Q.  And then what happens when a -- the signature
6  verification committee processes the ballot, and then it
7  goes to the early voting ballot board?
8      A.  The signature verification committee can okay
9  the ballot.  If they have a questionable ballot, that's
10 when it -- that goes over to the ballot board.
11     Q.  So if a ballot is accepted by the signature
12 verification committee, it is accepted?
13     A.  Yes.
14     Q.  And it only the questionable ballots that move
15 to the early voting ballot board; is that correct?
16     A.  Correct.
17     Q.  Does the early voting ballot board then have
18 any role with respect to matching ID numbers?
19     A.  They do.
20     Q.  What is that role?
21     A.  They take -- they assume the same process as
22 the SVC.
23     Q.  And how do you contact the voter once the early
24 voting ballot board meets?
25     A.  We keep the ballot in our possession and notify



Jennifer Colvin

March 21, 2023
Pages 22 to 25

Page 22

1  them via phone or mail or e-mail, whatever -- all three
2  if we can to give them their options to cure.
3      Q.  Now, a ballot can be rejected for multiple
4  types of defects; is that correct?
5      A.  Correct.
6      Q.  And so the ID number requirement is only one
7  way a ballot can be rejected.  Is that fair to say?
8      A.  Correct.
9      Q.  And do the other defects -- are they cured
10 through a similar process as the ID number?
11         MS. HUNKER:  Objection to form.
12         But, yeah, you can answer.
13     A.  Yes.  Well, it's "yes" and "no."  You can't
14 cure online for a signature.
15     Q.  (BY MS. HUNKER)  Fair enough.
16     A.  But you can come into the office and cure a
17 signature.
18     Q.  So let me rephrase.  A voter who had a defect
19 that other than an ID number mismatch or failure to put
20 an ID number on, they also have an opportunity to cure;
21 is that correct?
22     A.  Correct.
23     Q.  And voters have the option of using the ballot
24 tracker; is that correct?
25     A.  Yes, that's correct.

Page 23

1      Q.  Now, comparing the March primary and the May
2  elections to the November election, were more voters
3  able to cure their ballot using the ballot tracker?
4      A.  I don't have a definite answer for that.
5      Q.  Okay.  Some counties have reported during the
6  March primary and May elections, after the primary, that
7  there were problems utilizing the ballot tracker?  Did
8  this occur in Harris County?
9      A.  The State's ballot tracker?
10     Q.  Yes.
11     A.  We did have voters say that they had trouble
12 accessing the state tracker.
13     Q.  To your knowledge, were those problems
14 revolved?  Did voters have a similar complaint for the
15 November election?
16     A.  No.
17     Q.  And looking at the cure process, did you
18 observe voters being able to -- better able to utilize
19 the cure process in the November 2022 election than they
20 did in the March primary or May elections?
21         MS. PAIKOWSKY:  Objection; form.
22         THE WITNESS:  Do I still answer?
23         MS. HUNKER:  You can answer.
24         MR. BIRRING:  Yeah, yeah.
25     A.  Yes.  The answer is yes.

Page 24

1      Q.  (BY MS. HUNKER)  And did you notice again
2  comparing the March primary along with the May
3  elections, as compared to the November 2022 election,
4  that voters were exhibiting less confusion over the ID
5  number requirement than they did in those previous
6  elections?
7          MR. BIRRING:  Objection to form.
8          MS. BINGHAM:  Objection to form.
9      A.  There was less confusion.
10     Q.  (BY MS. HUNKER)  Thank you.  I'm just going to
11 restate that just to make it clearer.
12         Did you observe less confusion in the
13 November 2022 general election among voters regarding
14 the requirement that voters put their ID number on their
15 ballot than in the previous elections in 2022,
16 specifically the primary, primary runoff, and local
17 election?
18         MS. PAIKOWSKY:  Objection to form.
19     A.  Yes, it -- it was less.  We had less questions
20 about the ID.
21     Q.  (BY MS. HUNKER)  So I want to turn the page,
22 and I'm also simultaneously going to introduce our next
23 exhibit, which I believe is going to be Exhibit 11.
24         (Exhibit No. 11 was marked.)
25     Q.  (BY MS. HUNKER)  Do you have the exhibit in

Page 25

1  front of you?
2      A.  I do.
3      Q.  And do you recognize this document?
4      A.  I do.
5      Q.  And what is this?
6      A.  It's the reconciliation form from the State.
7      Q.  And what is a reconciliation form?
8      A.  It reconciles the election.
9      Q.  Okay.  And so I just want to make sure I
10 understand the numbers in both the report and this
11 particular reconciliation form.  And so if you look at
12 Box No. 1, it says "Voters."  And then it has five
13 categories -- is that correct? -- A through E?
14     A.  That's correct.
15     Q.  And so it says:  "early voting in-person
16 voters, Election Day in-person voters, mail ballot
17 voters, provisional ballot submitted" and then "total
18 voters"; is that correct?
19     A.  Yes.
20     Q.  And so it says here that there were 64,259 mail
21 ballot voters in the November 2022 general election; is
22 that correct?
23     A.  Correct.
24     Q.  And then if we go to Box No. 2 -- before I go
25 to that -- and this is out of 1,113,016 total voters; is



MAGNA
Legal Services

Jennifer Colvin

March 21, 2023
Pages 30 to 33

Page 30

1  returned -- those are ballots that were just not
2  returned by the voter, correct?
3      A.  Right.  They had no return status in our
4  system.
5      Q.  What about mail ballots surrendered?
6      A.  Those are voters that surrendered their ballots
7  at the poll if they wanted to vote early on Election
8  Day.
9      Q.  And for a voter who did not include their ID
10 number or had a mismatched ID number, were they then
11 able to return their ballot and vote in person if they
12 had time?
13     A.  Yes.
14     Q.  And so the mail ballot surrendered, does that
15 include those individuals?
16     A.  It could possibly.
17     Q.  Okay.  And then mail ballots not countable,
18 what does that mean?
19     A.  That would mean they either came in after the
20 election.  They were late ballots.  They're not
21 countable ballots.
22     Q.  And so the -- with the exception of the mail
23 ballots not countable, the other numbers are all ballots
24 that would have been received before the ballot-received
25 deadline the day after the election?

Page 31

1      A.  Yes.
2      Q.  Thank you.  And let's go back to page 16.  And
3  so it says "The EOA processed over 80,000 mail ballot
4  applications as reflected in the table below."
5          Did I read that correctly?
6      A.  Yes.
7      Q.  Okay.
8      A.  EAO.
9      Q.  EAO.
10     A.  Yes.
11     Q.  Thank you.  And so we have domestic versus
12 UOCAVA voters, correct?
13     A.  Yes.
14     Q.  When a military or overseas voter did not
15 include an ID or had -- let's say had a defect in their
16 ballot, how would you go about contacting that military
17 voter?
18     A.  Via e-mail or phone.
19     Q.  And a military voter has the option of
20 resubmitting their signature sheet; is that correct?
21     A.  Correct.
22     Q.  And can they resubmit -- resubmit that
23 signature sheet via e-mail?
24     A.  Correct.
25     Q.  And so you can contact a military voter about a

Page 32

1  ID number defect by e-mail and have it resolved by
2  e-mail and returned?
3      A.  Correct.
4      Q.  And did you observe that, looking at the
5  rejected ballot, generally, that some ballots had
6  multiple defects, not just one?
7      A.  Yes.
8      Q.  Now, when you're reporting that defect, do you
9  put only one reason, or do you put the fact that there
10 were multiple defects?
11     A.  VOTEC only allows us to put one reason.  The
12 voter will get a letter for both reasons.
13     Q.  So there are some voters who may be listed as
14 having one defect but their ballot in fact had
15 multiple -- is that correct? -- in your system?
16         MS. HOLMES:  Objection to form.
17         MS. HUNKER:  You can answer the question.
18     A.  Correct.  Well, let me -- let me elaborate.
19 Both of the letters will be in the system.  So if a
20 voter were to call us, we can see both letters that were
21 sent.  So we can tell them, yes, there was more than one
22 defect.  But as far as reporting to the State, you can
23 only send one code.
24     Q.  (BY MS. HUNKER)  And so your reports to the
25 State only reflect one defect, not the -- not if there

Page 33

1  were multiple defects?
2      A.  Correct.
3      Q.  And looking specifically at the UOCAVA voters
4  who had their ballots rejected, did you look at the
5  reasons why those ballots were rejected?
6      A.  Not each one individually, no.
7      Q.  Were they rejected for a variety of reasons?
8      A.  Yes.
9      Q.  And so I just want to talk a little bit about a
10 little later on page where it says "Mail ballot problems
11 encountered," second paragraph specifically.  It says:
12 "During the mail ballot period, the EAO received reports
13 that voters were not receiving" bal- -- "mail ballots
14 and that voters were being charged extra postage because
15 of the size of the carrier envelope."
16         Did I read that correctly?
17     A.  Yes.
18     Q.  And did your office ever determine why certain
19 voters were not receiving their ballots?
20     A.  No.
21     Q.  And for the voters who were not receiving their
22 ballots, the ballot was sent.  It just was not received;
23 is that correct?
24     A.  Correct.
25     Q.  And so there was some issue with the postal



Jennifer Colvin  
March 21, 2023  
Pages 34 to 37

Page 34

1  service or the common carrier that was taking the
2  ballot; is that fair?
3      A.  Correct.
4          MS. BINGHAM:  Objection to form.
5      Q.  (BY MS. HUNKER)  Did you observe that voters
6  were receiving their mail ballots later than they should
7  have?
8      A.  In some instances.
9      Q.  And was that due to the postal issues?
10     A.  Yes.
11     Q.  Were these delays more than you had seen in
12 previous elections?
13     A.  No.
14     Q.  And it says your office is working with the
15 postal service to identify the practices that might have
16 caused delivery problems; is that right?
17     A.  Yes, that's correct.  We work closely with the
18 post office.
19     Q.  And so I want to look at Topic No. 8.  I'm just
20 going to ask a couple of questions related to the
21 statistics that we were hoping to -- to gain.  We talked
22 a little bit about ballots by mail, but I was wondering
23 about applications that were received.
24         So do you know how many applications for
25 ballot by mail that were received in your office?

Page 35

1      A.  Approximate number?
2      Q.  Approximately.
3      A.  80,000.  That's an approximate number.
4      Q.  And do you know approximately how many were
5  rejected?
6      A.  Not off the top of my head.
7      Q.  Okay.  And I talked a little bit about whether
8  or not you had observed there being less voters who were
9  failing to put their ID number on the ballots.  I'm now
10 going to ask that same question with respect to
11 applications.
12         Did you observe that voters were less
13 likely in the general election than in the prior
14 elections in 2022 failing to put their ID, whether the
15 social security or driver's license?
16     A.  It did --
17         MS. HOLMES:  Objection to form.
18     A.  It did decrease.
19     Q.  (BY MS. HUNKER)  And when you were matching the
20 number with the secretary of state's office, did you
21 observe that less voters did not have an ID number in
22 their voter record?
23         MS. HOLMES:  Objection to form.
24         MR. BIRRING:  Objection to form.
25     A.  Can you clarify what you're --

Page 36

1      Q.  (BY MS. HUNKER)  Sure.
2      A.  -- asking.
3      Q.  You are an offline county, correct?
4      A.  Correct.
5      Q.  And what is the system that y'all use?
6      A.  VOTEC.
7      Q.  Okay.  And so when you receive a application
8  for ballot by mail or a ballot, you mentioned that you
9  check to see whether or not the number is in the voter
10 record, correct?
11     A.  Correct.
12     Q.  And so you were looking at VOTEC -- what was it
13 again?
14     A.  VOTEC.
15     Q.  VOTEC.  You were looking at VOTEC system to
16 check the voter record; is that correct?
17     A.  Correct.
18     Q.  When you were making that check like when you
19 were looking at the record, were you noticing that fewer
20 voters did not have a -- either a driver's license ID
21 number or social security number?
22         MS. HOLMES:  Objection --
23     A.  In the voter management system.
24     Q.  (BY MS. HUNKER)  Yes.
25         MS. HOLMES:  Objection to form.

Page 37

1      A.  There were fewer.  There were some that did not
2  have a number in there, but there were fewer than
3  previous.
4      Q.  (BY MS. HUNKER)  And did you observe when you
5  were going through VOTEC that fewer voters -- let
6  take -- let me strike that.
7          When you were going through VOTEC, did you
8  observe that more voters had both their social security
9  number as well as a Texas ID number, whether it be a
10 driver's license or whatnot?
11         MS. HOLMES:  Objection to form.
12         (Simultaneously speaking.)
13     A.  I didn't see if there was fewer or more, but
14 there were some that had both.
15     Q.  (BY MS. HUNKER)  Okay.  And there are multiple
16 reasons an application for ballot by mail can be
17 rejected, correct?
18     A.  Correct.
19     Q.  And so not all applications for ballot by mail
20 that were rejected were rejected on account of the
21 requirement that the voter put an ID number; is that
22 correct?
23     A.  Correct.
24     Q.  Did you have voters who had other types of
25 defects in their application to vote by mail that were



MAGNA  
LEGAL SERVICES

Page 38
1  able to cure their application before -- in time to
2  get -- to receive a ballot?
3       A.  Yes.
4       Q.  And did you have voters who had a defect of the
5  lack of numerical identifying information who were able
6  to cure their application before --
7       A.  Yes.
8       Q.  I'm going to introduce Exhibit 12.
9           (Exhibit No. 12 was marked.)
10      Q.  (BY MS. HUNKER)  Do you have that document in
11 front of you?
12      A.  I do.
13      Q.  Do you see the case that says La Union Del
14 Pueblo Entero v. Greg Abbot?
15      A.  Yes.
16      Q.  And do you see the title where it says
17 "Defendant Harris County Elections Administrator,
18 Clifford Tatum's Responses and Objections to State
19 Defendants' Second Set of Interrogatories, and Third Set
20 of Requests for Production"?
21      A.  Yes.
22      Q.  So we are going to jump to page 3 where it says
23 "Responses to Interrogatories."
24          Do you see that?
25      A.  I do.

Page 39
1       Q.  And then next to Interrogatory No. 4 it says
2  "Please identify and describe with specificity Harris
3  County's final rejection rate of timely received ballots
4  by mail, expressed as a percentage of all timely
5  received ballots by mail and rounded to two decimal
6  places, for the following elections."
7           And then -- did I read that correctly?
8       A.  Yeah.
9       Q.  And do you see where it has F, November 2022
10 general election?
11      A.  Yes.
12      Q.  And do you see where it has the response
13 4.16 percent?
14      A.  I do.
15      Q.  And I'm just going to confirm that the mail
16 ballot rejection rate for Harris County in the
17 November 2022 election was 4.16 percent?
18      A.  Correct.
19      Q.  And that is less than the rejection rate from
20 the March primary, correct?
21      A.  Correct.
22      Q.  And that is less than the rejection rate from
23 the primary runoff?
24      A.  Correct.
25      Q.  And it is less than the rejection rate from the

Page 40
1  May location election; is that correct?
2       A.  I can't agree to that one.  I don't know that
3  percentage rate.
4       Q.  Okay.  And would you agree that Harris County
5  made significant progress in reducing the mail ballot
6  rejection rate between the primary and the November 2022
7  general election?
8           MS. HOLMES:  Objection; form.
9           MS. PAIKOWSKY:  Objection; form.
10          MS. HUNKER:  You can --
11      A.  Yes.
12      Q.  (BY MS. HUNKER)  Was that a "yes"?
13      A.  Yes.
14      Q.  And how did Harris County work to reduce that
15 number?
16      A.  We inserted -- when we mailed out application
17 requests that voters called in -- request that
18 application, we sent out a flyer with it making sure
19 they knew they needed to include the new law
20 requirements for the ID.  We also did the same with the
21 ballot.
22      Q.  And did you notice that if your efforts
23 resonated with voters?
24          MS. HOLMES:  Objection to form.
25          MS. HUNKER:  Let me rephrase.

Page 41
1       Q.  (BY MS. HUNKER)  Did you observe whether your
2  efforts at informing voters about the ID requirement
3  clarified any confusion that the voters may have had
4  about the requirement?
5           MS. PAIKOWSKY:  Objection to form.
6       A.  I believe it did.
7       Q.  (BY MS. HUNKER)  And you can put this aside.
8  Going to introduce Exhibit No. 13.
9           (Exhibit No. 13 was marked.)
10      Q.  (BY MS. HUNKER)  Do you have the exhibit in
11 front of you?
12      A.  I do.
13      Q.  And do you recognize this exhibit?
14      A.  I do.
15      Q.  And what is it?
16      A.  It's the insert for the ballot.
17      Q.  Okay.  And just for clarification of the
18 record, you'll see at the bottom there are Bates numbers
19 that say TATUM_005338.
20          Did I read that correctly?
21      A.  Yes.
22      Q.  And so this is the insert that you put into
23 your balloting materials to inform voter of the ID
24 requirement; is that correct?
25      A.  Correct.



MAGNA
Legal Services

Page 54
1    A.  We added our logo at the top.
2    Q.  Were you aware that the State has its own --
3  has produced its own ballot insert, carrier envelope
4  insert?
5    A.  No.
6    Q.  Were you involved in the decision-making of
7  which carrier insert to use?
8    A.  No.  We use the one that was created by our
9  office.
10   Q.  Understood.  To your knowledge, did the
11 secretary of state's office make any suggestions to you
12 as to what type of voter education your county should
13 engage in related to the ID provisions of Senate Bill 1?
14   A.  No.
15   Q.  So I'm going to zoom back a little bit to the
16 processing of ABBMs and mail ballot forms.  So when your
17 office receives an ABBM, what are the first steps that
18 you take?
19   A.  When we first get it in the mail?
20   Q.  (Nonverbal response.)
21   A.  We -- if it comes in an envelope, we open the
22 envelope, barcode it, and image it.
23   Q.  And what do you do to determine whether or not
24 to accept the ABBM?
25   A.  I missed a step.  When we get them in, we sort

Page 55
1  them by the type of app because we have different
2  campaign apps that come in and the reason that they've
3  voting by mail so they can all be together.
4    Q.  And what do you do next?
5    A.  We get them in.  We barcode them.  We sort
6  them.  Then we image them.  And we put them in batches
7  of 25 for the processors to process.
8    Q.  And so what happens after that?
9    A.  We look them up in the voter management system
10 to see if they qualify.  We compare the IDs.  We make
11 sure the person -- if you can with read the signature --
12 the signature is the person that actually is on the app.
13 And then we enter them to receive a ballot if they're
14 good.
15   Q.  And how do you -- so -- so the first step you
16 mentioned was you look them up in the...
17   A.  V-Max.
18   Q.  V-Max.  And what is V-Max?
19   A.  It's the voter management system.
20   Q.  The voter management system.  And so how do you
21 look up the voter in the voter management system?
22   A.  Depending on the app.  Some apps come with a
23 barcode that's directly linked to the voter.  If not, we
24 look them up first name, last name, date of birth,
25 whatever information that we need to find them in the

Page 56
1  system.
2    Q.  And after that, you look to see whether the
3  identification numbers match?
4    A.  Yes, in the voter file.
5    Q.  Has the process by which your office does this
6  intake changed -- has it changed since the March
7  primary?
8    A.  No.
9    Q.  So along the same lines, can you take me
10 through how your office -- and this is a question again
11 about the mechanical processing.  I know you talked a
12 little before about how EVBB's SV --
13   A.  C.
14   Q.  -- Cs process ballots when they come in.  At
15 what point in the process do either the SVBs [sic] or
16 the EVBBs look up a voter in the system?
17   A.  When they start verifying signatures, they'll
18 go into the ballot board module, and they can see the
19 voter's profile -- well, on the system itself, it shows
20 the voters -- each.  It's a list of 25 -- well, now
21 we're up to 100 voters per batch.  But it will list
22 their ID and -- any ID that's linked to them in the
23 system will be on their profile.
24   Q.  So taking a step back, how do you match a
25 ballot to a voter in the system?

Page 57
1    A.  We image it.  And it's linked through a
2  barcode.
3    Q.  Through a barcode.  So the barcode identifies
4  which voter the ballot belongs to and pulls up that
5  voter's --
6    A.  The carrier envelope to be clear.  Not the
7  actual ballot.
8    Q.  Correct.
9    A.  Yeah.
10   Q.  Okay.  So there's a barcode that corresponds
11 between the carrier envelope and the voter itself, and
12 that automatically pulls up the voter's file, and that
13 allows you to compares the IDs?
14   A.  Well, that links the image to the voter's file.
15 And then when the ballot board goes in to view them,
16 that's where they compare the IDs.
17   Q.  Does your office use the driver's license and
18 SSN for any purpose beyond determining whether the mail
19 ballot can be accepted in light of Senate Bill 1?
20   A.  No.
21   Q.  Does your office use the driver's license or
22 social security number for any purpose beyond
23 determining whether an absentee ballot by mail request
24 form can be accepted in light of Senate Bill 1?
25   A.  As far as ballot by mail, no.



MAGNA
Legal Services

Jennifer Colvin　　　　　　　　　　　　　　　　　　　March 21, 2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　Pages 58 to 61

Page 58

1　Q.　So I'm going to ask you some questions about
2　final rejections, and I want to define that for a
3　second.  So a final rejection, I'm using to mean a voter
4　has either failed to cure a ballot defect or a ballot
5　defect -- a cure was insufficient for some reason.
6　　　　Did your county send out notices of final
7　rejection in the 2022 general election to people who
8　were unable to cure their ballot defects or whose cure
9　were insufficient?
10　　A.　Yes.
11　Q.　What is the process for providing this final
12　notice?
13　　A.　The --
14　　　　MS. HUNKER:  Objection; form.
15　　A.　The board will give us -- well, we -- the
16　ballots are already in our possession, but the board
17　will -- we change the code to a final rejection code,
18　and it's generated through VOTEC, our voter management
19　system.  And we mail the letter to the voter.
20　Q.　(BY MS. PAIKOWSKY)  So the final notice comes
21　through a letter only?
22　　A.　Yes.
23　Q.　And earlier you mentioned -- so a prelim- --
24　how would you provide notice for a -- withdrawn.
25　　　　How is the process different for providing

Page 59

1　a final notice of rejection versus a notice of a ballot
2　defect?
3　　A.　A ballot defect, we will call the voter or send
4　them a letter or e-mail them if there's an e-mail
5　provided to tell them the different ways that they have
6　to -- that they can cure.
7　Q.　So earlier we were talking about staffing
8　needs.  Did implementing Senate Bill 1's identification
9　requirements change the staffing needs of your office to
10　process and facilitate the mail voting procedures?
11　　A.　It did.
12　Q.　In what way?
13　　A.　We created -- since the ballot board give --
14　they gave us their duties of calling and informing the
15　voters of their mixmatch or missing IDs, we created a
16　team, an SB1 team, of approximately 12 employees that
17　would do the calling and notifying the voters.  And they
18　would also -- we also had to increase our mail room,
19　scan room team to help pull the flaps of all the ballots
20　that came back.
21　Q.　And these 12 employees, were they full time?
22　　A.　No.
23　Q.　How many employees, between mail room increases
24　and this SB1 team, would you say you had to add during
25　the 2022 general election?

Page 60

1　　A.　Approximately 20.
2　Q.　And do you know how much hiring these
3　additional employees cost?
4　　A.　Not off the top of my head, no.
5　Q.　Are these staffing needs greater than -- what
6　were required in previous, past elections?
7　　　　MS. HUNKER:  Objection; form.
8　　A.　Yes.  Depending on the size of the election, of
9　course.
10　Q.　(BY MS. PAIKOWSKY)  Did processing ABBMs take
11　longer in the November 2020 general election than it has
12　in similar past elections because of Senate Bill 1's ID
13　requirements?
14　　　　MS. HUNKER:  Objection; form.
15　　A.　Yes, to an extent.
16　Q.　(BY MS. PAIKOWSKY)  How did the processing of
17　ABBMs change -- actually withdrawn.
18　　　　Did processing ABBMs during the
19　November 2022 general election change in terms of how
20　long it took in the 2022 general election as -- as
21　opposed to similar past elections?
22　　A.　Can you clarify similar past elections?  Are
23　you referring to March primaries?
24　Q.　I'm referring to --
25　　A.　Or prior to SB1?

Page 61

1　Q.　Prior to SB1.
2　　A.　Yes, it took longer.
3　Q.　And why was that?
4　　A.　We had to look in a separate part -- their ID
5　is not on the front screen of where we enter an app.  We
6　have to actually go into the voter's profile to look at
7　the additional information.
8　Q.　As compared to past elections, did implementing
9　Senate Bill 1's ID provisions impact how long it took to
10　process carrier envelopes?
11　　A.　Yes.
12　Q.　And in what way?
13　　A.　Because we had to tear the flap and -- first we
14　would tear the flap, and then we would have to process
15　the ones that didn't have ID with extra -- that caused
16　extra work for the office.  Yeah, that's it.
17　Q.　Based on your experience implementing Senate
18　Bill 1's mail ballot ID provisions, do you believe your
19　office will continue to need to expend more resources on
20　staffing to support mail voting than it has in the past?
21　　A.　Yes, depending on the size of the election.
22　For presidential, most definitely.
23　Q.　So I guess comparing like elections to like
24　elections.  So --
25　　A.　I would say it would remain the same.



MAGNA
LEGAL SERVICES

Jennifer Colvin                                                             March 21, 2023
                                                                            Pages 66 to 69

Page 66
1  to get voters either return their ballots or get them
2  noticed in a timely way?
3      A. It wouldn't impact our office mailing them out
4  in any way. We would mail them as soon as we received
5  them.
6      Q. But your knowledge would it impact --
7  withdrawn.
8          Although it did not impact your ability to
9  send the notice, did it impact voters' ability to
10 receive the notice for their ballots in any way?
11     A. Possibly. I didn't hear of any voters saying
12 they didn't receive notice.
13     Q. But there was a delay?
14         MS. HUNKER: Objection; form.
15     A. Possibly.
16     Q. (BY MS. PAIKOWSKY) Okay. So I know we
17 mentioned -- and I can take us back here. But there
18 were 30 voters, UOCAVA voters, whose ballots were
19 rejected. Do you know if any of those voters had their
20 ballot rejected because of an identification number
21 issue?
22     A. I believe so. I don't know the total there.
23     Q. Were there any voters, UOCAVA voters, who had
24 an ABBM rejected because of an identification issue?
25     A. I believe so.

Page 67
1      Q. Do you know approximately how many?
2      A. I don't know that number off the top of my
3  head.
4      Q. Are you aware of any for whom, given the
5  timing, it just wasn't possible for them to cure these
6  issues?
7          MS. HUNKER: Objection; form.
8      A. No.
9      Q. (BY MS. PAIKOWSKY) Earlier we were discussing
10 ballots that might be rejected for multiple reasons. Do
11 you have a sense for how common that is?
12     A. It's not very common.
13     Q. When you say "not very common," can you give me
14 an estimate?
15     A. Generally, it's rejected for either no
16 signature or no ID, not normally for both. They don't
17 usually send a voter ballot back without one or the
18 other.
19     Q. In the November 2022 general election, were
20 voters in your county able to use the State's website to
21 track and cure their ballots?
22     A. Yes.
23     Q. To your knowledge, did any voters in the 2022
24 general election have difficulty using that system?
25     A. We had a couple that called that were very

Page 68
1  elderly and said they weren't able to use the system.
2  But we walked them through it, and we were able to help
3  them cure.
4      Q. Based on your experience implementing SB1's
5  mail ballot identification provision, thus far, do you
6  believe the rejection rate will ever be zero?
7      A. No.
8      Q. Why not?
9      A. Because we're -- a lot of our voters are
10 elderly and they forget. They forget they have to
11 include their ID.
12     Q. Did your office receive any communications from
13 voters who were frustrated by Senate Bill 1's mail
14 ballot identification provision during the November 2022
15 general election?
16     A. It would be in the call log if we did.
17     Q. Are you aware of the statewide rejection rate
18 for a ABBMs during the November 2022 general election?
19     A. Statewide, no.
20     Q. Sorry. So -- and this also might be -- let me
21 know if this is not sort of within your experience.
22         But has your office ever referred a voter
23 whose ABBM or carrier envelope did not match their TEAM
24 record to the office of the secretary of state as a
25 potential case of voter fraud?

Page 69
1      A. No. Wait, can you elaborate? I'm sorry.
2      Q. So if there is a mis- -- mismatch between a
3  voter's ID on their ABBM or carrier envelope, has that
4  ever caused you to reach out to the office of secretary
5  of state to let them know that this might be a potential
6  case of voter fraud?
7      A. No.
8      Q. Has your office made a similar referral, again,
9  because of an ID mismatch as a potential case of voter
10 fraud to the attorney general's office?
11     A. No.
12     Q. Has your office ever made a referral for voter
13 fraud -- potential voter fraud because of an ID mismatch
14 to the county DA's office?
15     A. Can we clarify? We're talking about
16 November 2022?
17     Q. Correct.
18     A. Okay. No.
19     Q. Have you made criminal referrals based on ID
20 mismatches as a potential case of voter fraud since SB1
21 was enacted?
22     A. No.
23     Q. Why not?
24     A. We haven't had a reason to.
25     Q. And why not?



Jennifer Colvin

March 21, 2023
Pages 94 to 97

Page 94

1  the 2024 presidential election will be in comparison to
2  the previous presidential election of 2020; is that
3  correct?
4      A.  Correct.
5      Q.  You had discussed with counsel the length of
6  time it takes to process ballots by mail; is that
7  correct?
8      A.  Correct.
9      Q.  You were able to meet your deadlines -- your
10 canvassing deadlines for the 2022 general election; is
11 that correct?
12     A.  Correct.
13     Q.  And you were able to process voter's
14 application -- sorry -- let me strike that.
15         You were able to process voters' ballots by
16 mail in a speedily enough fashion to be able to provide
17 notice to voters who had a defect in order for them to
18 cure?
19     A.  Yes.
20         MS. HOLMES:  Objection to form.
21     Q.  (BY MS. HUNKER)  Do you know what roughly the
22 turnaround was between when a ballot was received before
23 when it was sent out if there was a defect?
24     A.  Generally within 24 hours.
25     Q.  Is that comparable to previous elections?

Page 95

1      A.  Yes.  Our goal is to get them out within
2  24 hours to give them as much time as possible to fix
3  the problem.
4      Q.  Now, federal law requires that military and
5  overseas ballots be issued 45 days before Election Day;
6  is that right?
7      A.  Correct.
8      Q.  And you were able to meet that deadline this
9  year, correct?
10     A.  Yes.
11     Q.  When did voter -- when did ballots go out for
12 other voters in Harris County?
13     A.  Shortly thereafter, before the 30th day.
14     Q.  And voters would have been able to return their
15 ballots as soon as it was received; is that correct?
16     A.  Correct.
17         MS. HOLMES:  Object to the form.
18     Q.  (BY MS. HUNKER)  Are you familiar with the
19 federal postcard application?
20     A.  Yes.
21     Q.  And you're also familiar with acronym people
22 refer to it as FPCA?
23     A.  Yes.
24     Q.  The FPCA acts as a voter registration and
25 application for ballot by mail; is that correct?

Page 96

1      A.  Correct.
2      Q.  And one of the ways that a voter can update
3  their voter registration file is by submitting a
4  regist- -- a voter registration card; is that correct?
5      A.  Correct.
6      Q.  And so a military voter can update their voter
7  registration file to add new numbers, their ID and
8  social security numbers, by submitted there FPCA?
9      A.  Correct.
10     Q.  And so they're simultaneously able to apply for
11 a ballot by mail and provide the voter registration --
12 sorry -- a number for their voter registration; is that
13 correct?  Let me rephrase the question.
14     A.  Thank you.
15     Q.  And so a military and overseas voter is able to
16 submit the FPCA and simultaneously apply for a ballot by
17 mail as well as providing your office with their
18 ID number whether it be a social security, driver's
19 license, or any of the numbers listed?
20     A.  Correct.
21     Q.  You had stated much earlier in the depo that
22 you've been working for Harris County since 2008 in the
23 elections department; is that right?
24     A.  Correct.
25     Q.  And have you been present when Texas has made

Page 97

1  other changes to election law?
2      A.  Yes.
3      Q.  Is there always a learning curve for voters
4  when there's a new requirement or change in procedures?
5          MS. HOLMES:  Objection to form.
6      A.  Yes.
7      Q.  (BY MS. HUNKER)  And did you notice that voters
8  who had their ballot rejected in the primary were able
9  to successfully vote in the general election?
10         MS. HOLMES:  Objection to form.
11     Q.  (BY MS. HUNKER)  If you're aware.
12     A.  It's hard to say.  We didn't compare the two.
13     Q.  Did you observe that voters who had voted in
14 the previous election had fewer problems or confusion
15 regarding the ID requirement?
16         MS. HOLMES:  Objection to form.
17     A.  Can you re --
18     Q.  (BY MS. HUNKER)  Sure.
19     A.  Reask your question.  I'm sorry.
20     Q.  Did you observe that voters who had voted in a
21 previous election when SB1 was in effect had less
22 difficulty or exhibited less confusion with respect to
23 the ID requirement in the 2022 general election?
24         MS. HOLMES:  Objection to form.
25         MR. BIRRING:  Objection to form.



Jennifer Colvin

March 21, 2023
Pages 98 to 101

Page 98

1     A. We had less. There were more rejects due to ID
2  in previous elections.
3     Q. (BY MS. HUNKER) Now, you had spoken a little
4  bit with counsel about the different codes for when a
5  ballot was rejected for an ID requirement. Is there a
6  separate code if there's a rejection due to lack of
7  signature?
8     A. Yes.
9     Q. Do you recommend that voters put down their
10 phone number or e-mail when they're applying to vote by
11 mail?
12    A. Does our office recommend it?
13    Q. Yes.
14    A. Yes. So we can reach out to the voters if
15 there's a problem with their application.
16    Q. And do you find that most voters follow through
17 on your recommendation?
18    A. We get a lot of phone numbers and e-mails.
19    Q. You also discussed with counsel about that
20 there were occasions where the county voting system had
21 two IDs but the TEAM's database only had one.
22         Do you recall that conversation?
23    A. Yes.
24    Q. When you notice that the county database has
25 two ID numbers but the TEAM's database only has one, do

Page 99

1  you inform the secretary of state's office to update the
2  TEAM's database?
3     A. No.
4     Q. And do you know if there's -- if there's a
5  policy or procedure that perhaps your tech division has
6  with respect to updating?
7     A. I don't know.
8     Q. Okay. If the county database only has one
9  number but the TEAM's database has two numbers and the
10 number the voter put is the one that was in the TEAM's
11 database but not the one in the county's database, you
12 would accept that ballot; is that correct?
13    A. Correct.
14    Q. There's an option for voters with disabilities
15 as well as voters over 65 to submit an application for
16 ballot by mail for the entire year, correct?
17    A. Correct. Annual.
18    Q. And you've already started receiving annual
19 applications for the 2023?
20    A. That's correct.
21    Q. And did you notice fewer rejections for the
22 applications that were submitted this year due to the ID
23 mismatch or lack of ID as compared to previous elections
24 in 2022?
25    A. I haven't analyzed that data, but we're

Page 100

1  receiving very minimal applications right now.
2     Q. Okay. To your knowledge, has Harris County
3  ever had a rejection rate for ballots by mail that was
4  zero?
5     A. No.
6     Q. And so I want to turn to Exhibit 16 which was
7  provided by your office during this deposition.
8     A. 16.
9     Q. Yes. This is the updated...
10    A. Oh, my apologies. It's right in front of me.
11    Q. So looking at -- let me take a step back.
12        Are you using the same database, offline
13 database, in 2022, as you were in these previous
14 elections?
15    A. Yes.
16    Q. And how did you come to these rejection rates
17 for previous elections?
18    A. From numbers within the voter management
19 system.
20    Q. Were you required to report rejections prior to
21 2022?
22    A. Yes.
23    Q. And was that reported to the secretary of
24 state's office?
25    A. Yes.

Page 101

1     Q. And so in previous elections, Texas utilized
2  signature verification, correct?
3     A. Yes.
4     Q. And do you know if the signature verification
5  committee utilized the same standard election from
6  election?
7         MS. HOLMES: Objection to form.
8     A. Yes.
9     Q. (BY MS. HUNKER) And did they utilize the same
10 standard election to election?
11        MS. HOLMES: Objection to form.
12    A. Repeat that.
13    Q. (BY MS. HUNKER) So my first question was did
14 you know if they did, and then I realized that was maybe
15 not clear. And so I just wanted to clarify, did they
16 use the same standard for signature verification
17 election from election?
18    A. Prior to SB1, they didn't have to compare IDs.
19 But after SB1, they had to compare IDs. That's the
20 difference in their processes.
21    Q. So I think I maybe, then, asked a confusing
22 question. So I'm talking about the signature
23 verification, not ID --
24    A. Only their signature verification?
25    Q. Only their signature verification. So there



Jennifer Colvin                                                          March 21, 2023
                                                                     Pages 102 to 105

Page 102
1  was a standard on how to apply -- match signatures?
2        Do you know --
3     A. Yes.
4     Q. -- if your signature verification committee
5  utilized identical standard election from election prior
6  to 2022?
7     A. Yes.
8     Q. And do you know how that standard applies to
9  how other counties compare signatures?
10    A. No.
11    Q. And we had talked a little bit earlier about
12 how 4.16 was a reduction from the primary election,
13 correct?
14    A. Correct.
15    Q. And I believe you said it was also a reduction
16 from the primary runoff, correct?
17    A. Correct.
18    Q. And do you expect that the rejection rate will
19 decline further in future elections?
20        MS. HOLMES: Objection to form.
21    A. We hope so.
22        MS. HUNKER: I believe that's all the
23 questions I have.
24        MS. PAIKOWSKY: Can we go off the record?
25        MS. HUNKER: Yes.

Page 103
1         THE REPORTER: Are we done, then?
2         MS. HOLMES: I might have one more question
3  to ask. Let me confirm with my counsel.
4         THE REPORTER: You can take us off the
5  record.
6         THE VIDEOGRAPHER: We are going off the
7  record at 3:41 p.m.
8         (Recess from 3:41 p.m. to 3:43 p.m.)
9         THE VIDEOGRAPHER: We are on the record at
10 3:43 p.m.
11        MS. HOLMES: No further questions from me.
12 Thank you.
13        THE WITNESS: Thank you.
14        MS. HUNKER: I think, then, we can dismiss
15 this witness.
16        THE VIDEOGRAPHER: All right. We are going
17 off the record on March 21st, 2023, at 3:43 p.m.
18        (Proceedings adjourned at 3:43 p.m.)
19
20
21
22
23
24
25

Page 104
1                    ERRATA PAGE
2  WITNESS NAME:  JENNIFER COLVIN       DATE: 03/21/2023
3  PAGE  LINE  CHANGE                   REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24
25 _____

Page 105
1     I, JENNIFER COLVIN, have read the foregoing
   transcript and hereby affix my signature that same is
2  true and correct, except as noted above on the previous
   pages(s), and that I am signing this before a Notary
3  Public
4
                         JENNIFER COLVIN
5
6  THE STATE OF            )
   COUNTY OF               )
7
8
        Before me,                    , on this day
9  personally appeared, JENNIFER COLVIN, known to me or
   proved to me under oath or through
10 (description of identity card or other document), to be
   the person whose name is subscribed to the foregoing
11 instrument and acknowledged to me that they executed the
   same for the purposes and consideration therein
12 expressed.
13     Given under my hand and seal of office on this, the
   _____ day of                    , 2023.
14
15
16               Notary Public in and for
                 The State of Texas
17               Commission Expires: _____
18
19
20
21
22
23
24
25

