Maria Gomez                                              April 25, 2023
                                                             Page 12

```
 1      Q.  What happened in '21 that changed your
 2   position?
 3      A.  I started here --
 4             MS. SERNA URIBE:  Objection -- sorry --
 5   vague; calls for speculation.
 6             MR. SUAREZ:  You can still translate what
 7   she said.
 8      A.  I started hearing that there was a change in
 9   the laws, and I didn't want to continue because I
10   didn't want to make a mistake.
11      Q.  You said that you heard there was a change in
12   the law, correct?
13             MS. SERNA URIBE:  Objection, vague and
14   calls for speculation.
15      Q.  You can answer.
16      A.  Well, we didn't have to help the people anymore
17   to vote.  Well, it's not that we couldn't.  They didn't
18   want us to.  I mean, us, that we were helping people to
19   vote, we didn't have to do it anymore.
20      Q.  Why didn't -- why didn't y'all have to do it
21   anymore?
22             MS. SERNA URIBE:  Objection, vague.
23      Q.  You can answer.
24      A.  I wasn't -- I wasn't feeling that okay to help
25   people to vote because I didn't know how strong the law
```



Defendant's
Exhibits

436

1    was, how strong the law was as far as us helping.  And

2    when people would ask me, I will let them know that

3    there were people inside that could help them.  I was

4    feeling impotent because I couldn't help them.

5        Q.  You were -- you felt powerless, or you felt

6    impotent to help?

7        A.  Yes, because what I was hearing about the

8    change in the law.

9        Q.  Did LUPE ever instruct you not to -- to stop

10   helping people vote?

11              MS. SERNA URIBE:  Objection, vague;

12   mischaracterizes the testimony.

13       Q.  You can answer.

14              THE INTERPRETER:  Could you repeat the

15   question?  The interpreter didn't interpret it.

16       Q.  Did you ever -- did LUPE ever instruct you not

17   to help people vote?

18       A.  No.

19       Q.  So you stopped helping people vote because you

20   were worried about the law; is that correct?

21              MS. SERNA URIBE:  Objection,

22   mischaracterizes prior testimony; objection, vague.

23       Q.  You can answer.

24       A.  What's the question?

25       Q.  You weren't instructed to stop helping people



1  vote, but you felt worried about the law and that's why

2  you stopped helping people vote; is that correct?

3                MS. SERNA URIBE:  Same objections.

4      A.  I decided.

5      Q.  Why -- how did you come to that decision?

6                MS. SERNA URIBE:  Objection, vague; and

7  objection, calls for speculation.

8      Q.  You can answer.

9      A.  What was the question I need to answer?

10     Q.  How did you come to that decision to stop

11 helping people vote?

12               MS. SERNA URIBE:  Same objections.

13     Q.  You can answer.

14     A.  Because of the restrictions and then under oath

15 and so many things that I didn't understand.

16     Q.  Were you -- have you ever read the law -- or

17 the SB 1 law?

18     A.  I have heard of it.

19     Q.  When you say you've heard of it, where have you

20 heard of it?

21               MS. SERNA URIBE:  Objection, vague.

22     Q.  You can answer.

23     A.  Well, on TV, on the radio, with people.

24     Q.  When you went to trainings or meetings with

25 LUPE, did they ever discuss the law?



1              MS. SERNA URIBE:  Objection, vague.

2       A.  I don't remember.

3       Q.  Did you ever communicate your concerns about

4  assisting voters with anybody within LUPE's management

5  or any community organizers or anybody else?

6              MS. SERNA URIBE:  Objection, vague.

7       Q.  You can answer.

8       A.  What's the question?

9       Q.  Did you --

10      A.  I'm sorry.

11      Q.  It's okay.  Did you ever share any of your

12  concerns regarding the SB 1 law with anybody in LUPE,

13  any community organizers, any staff?

14             MS. SERNA URIBE:  Same objections.  Also

15  objection for compound question.

16      A.  I don't remember.

17      Q.  Before 2021, you used to help people vote; is

18  that correct?

19             MS. SERNA URIBE:  Objection, vague.

20      A.  Yes.

21      Q.  Did those people ever contact you after 2021 to

22  seek your assistance?

23             MS. SERNA URIBE:  Objection, vague.

24      A.  I don't remember.

25      Q.  Did you ever communicate to any people you



Maria Gomez                                              April 25, 2023
                                                              Page 16

```
 1   previously helped vote that you were no longer going to
 2   assist them vote?
 3              MS. SERNA URIBE:  Objection, vague.
 4        Q.  You can answer.
 5        A.  Yes, they did ask me.
 6        Q.  And what was your response?
 7        A.  I told them that I was not trained anymore to
 8   be able to help them.
 9        Q.  Okay.  Ms. Gomez, I want to narrow down what
10   you were no longer trained for.  You no longer received
11   any training after SB 1 was passed.  Is that your
12   testimony?
13              MS. SERNA URIBE:  Objection, vague.
14        Q.  You can answer.
15              MS. SERNA URIBE:  Objection,
16   mischaracterizes the prior testimony.
17        A.  I don't remember.
18        Q.  You said you loved helping people or
19   volunteering for LUPE; is that correct?
20        A.  Yes.
21        Q.  So deciding not to help people vote is a big
22   decision; is that correct?
23              MS. SERNA URIBE:  Objection, vague;
24   objection, mischaracterizes prior testimony.
25        Q.  You can answer.
```



Maria Gomez                                                April 25, 2023
                                                              Page 17

 1        A.   Repeat the question.   I'm sorry.
 2        Q.   Would you agree with me it's a big decision to
 3   stop helping people vote, considering how much you
 4   loved to help people and volunteer?
 5             MS. SERNA URIBE:   Objection, vague.
 6        A.   I didn't feel it was a bad decision, because I
 7   could help in other ways.
 8        Q.   So the decision to stop helping people vote
 9   didn't -- strike that.
10             So you weren't -- were you concerned at
11   your decision to stop helping people vote?
12             MS. SERNA URIBE:   Objection, vague.
13        A.   Well, yes.
14        Q.   Would you have done anything possible to
15   familiarize yourself with SB 1 so you could continue
16   helping people vote?
17             MS. SERNA URIBE:   Objection, vague; and
18   objection, calls for speculation.
19        Q.   You can answer.
20        A.   I don't think my mind is as good to continue
21   learning that much anymore.   But physically, me, yes, I
22   am ready.
23        Q.   Did you do anything to learn about the
24   purported restraints of SB 1?
25             MS. SERNA URIBE:   Objection, vague.



Maria Gomez                                                    April 25, 2023
                                                                   Page 18

```
 1        Q.  You can answer.
 2        A.  Can you ask me the question again?
 3        Q.  Did you do anything to familiarize yourself
 4   with the purported restraints of SB 1?
 5              MS. SERNA URIBE:  Same objection, vague.
 6        A.  I tried.
 7        Q.  Can you explain your efforts?
 8              MS. SERNA URIBE:  Objection, vague.
 9        A.  Well, I tried to learn a little bit more, but
10   my mind wasn't getting a lot, and so I tried to help
11   some other ways.
12        Q.  When you say you tried to learn a little bit
13   more, could you explain what you did exactly?
14              MS. SERNA URIBE:  Objection, vague.
15        Q.  You can answer.
16        A.  Well, whenever there was a meeting, I will
17   listen to it.  I will go and hear about voting.
18        Q.  Is that it?
19        A.  I think so.  That's what I remember.
20        Q.  So in these meetings, did -- did you hear
21   something that concerned you specifically about SB 1?
22              MS. SERNA URIBE:  Objection, vague; and
23   objection, calls for speculation.
24        Q.  You can answer.
25        A.  Can you ask the question again?
```



Maria Gomez                                                    April 25, 2023
                                                                    Page 19

 1      Q.  When you attended these meetings to familiarize

 2   yourself with SB 1, did you hear something that

 3   concerned you specifically about SB 1?

 4              MS. SERNA URIBE:  Same objections.

 5      A.  I don't remember.

 6      Q.  There had to be something that concerned you,

 7   correct?

 8              MS. SERNA URIBE:  Objection, vague;

 9   objection asked and answered; objection, argumentative.

10      Q.  You can answer.

11      A.  I was concerned with me not being able to help

12   people to vote.

13      Q.  When you say you were concerned you weren't

14   able to help people vote, what was told to you or what

15   was your belief of why you could no longer do that?

16              MS. SERNA URIBE:  Objection, vague;

17   objection, calls for speculation; and objection, it's a

18   compound question.

19      Q.  You can answer.

20      A.  I need the question again.

21      Q.  When you say that you were concerned regarding

22   the bill, what was told to you or what was your

23   understanding of SB 1 that prevented you or concerned

24   you from helping people to vote?

25              MS. SERNA URIBE:  Same objections.



```
 1        A.   I think that more than anything, it was the
 2   fear that that law would be hurting me for me helping
 3   people to vote.
 4        Q.   But what was -- what was the basis of that
 5   fear?
 6             MS. SERNA URIBE:   Objection, vague;
 7   objection, calls for speculation.
 8        A.   I believe to hear the negative things about
 9   this law.
10        Q.   To your understanding, what were the negative
11   things about the law?
12             MS. SERNA URIBE:   Objection, vague; and
13   objection, calls for speculation.
14        A.   I don't remember right now, but yes, but I
15   don't remember.
16        Q.   Would you go help people to go vote today if
17   you could?
18             MS. SERNA URIBE:   Objection, vague;
19   objection, calls for speculation.
20        Q.   You can answer.
21        A.   Can you ask me again?
22        Q.   Would you go help people today to go vote if
23   you could?
24             MS. SERNA URIBE:   Same objections.
25        A.   If I could, I would think so.  Without fear,
```



1  yes.

2      Q.  So what is stopping you?  What is the fear

3  stopping you today?

4            MS. SERNA URIBE:  Objection, vague.

5      A.  The fear that this law is going to affect me

6  personally.

7      Q.  Is that -- strike that.

8            When you say this law will affect -- the

9  fear that this law will affect you personally, is that

10 in regards to mail-in voting?

11           MS. SERNA URIBE:  Objection, vague.

12     A.  Part of it.

13     Q.  What parts of the mail-in voting portions of

14 SB 1 worry you?

15           MS. SERNA URIBE:  Objection, vague.

16     A.  It was a drastic change.  We didn't get the

17 voting card to vote through mail.  And several people

18 cannot go and vote at the voting polls.  That's one of

19 my fears.

20     Q.  Your fear is that people were no longer getting

21 mail-in ballots?

22           MS. SERNA URIBE:  Objection,

23 mischaracterizes the testimony.

24     A.  Yes.

25     Q.  Do you know of anybody that requested a mail-in



1    ballot and did not receive one?

2              MS. SERNA URIBE:  Objection, vague;

3    objection, calls for speculation; and objection, it

4    lacks personal knowledge.

5         Q.  You can answer.

6         A.  I don't remember.

7         Q.  Do you know anybody that was unable to vote

8    because they didn't receive a mail-in ballot -- mail-in

9    ballot?

10             MS. SERNA URIBE:  Objection, vague;

11   objection, calls for speculation; and objection, lack

12   of personal knowledge.

13        A.  I don't remember how many, but -- I don't

14   remember.

15        Q.  When you say you don't remember how many, do

16   you remember -- are you saying you do remember there

17   was at least one instance of that happening?

18             MS. SERNA URIBE:  Objection, vague;

19   objection, mischaracterizes prior testimony.

20        Q.  You can answer.

21        A.  Yes.

22        Q.  And how do you know that?

23             MS. SERNA URIBE:  Objection, vague.

24        A.  Due to my home visits that I make.

25        Q.  Can you describe the interaction when you made



1    that home visit?

2              MS. SERNA URIBE:  Objection, vague.

3        Q.  You can answer.

4        A.  The what?

5        Q.  The visit that you had with the person that

6    said they couldn't -- they couldn't vote by mail.

7              MS. SERNA URIBE:  Same objections; and

8    objection that it calls for speculation.

9        A.  The person?

10       Q.  Well, are --

11       A.  The person that I visited -- I don't understand

12   the question.

13       Q.  Let me backtrack.  Are you saying that there

14   has been a person with whom you've interacted that

15   indicated that they were not able to vote by mail?

16       A.  Yes.

17       Q.  And you met with this person at their home?

18       A.  Yes.

19       Q.  What did they tell you specifically?

20              MS. SERNA URIBE:  Objection, vague.

21       A.  I don't remember.

22       Q.  That would be a pretty big deal, wouldn't you

23   agree?

24              MS. SERNA URIBE:  Objection, calls for

25   speculation; objection, vague.



 1              MS. SERNA URIBE:  Same objection, calls

 2   for speculation.

 3        A.  They didn't ask for them because it was already

 4   late for them to register.

 5        Q.  Is -- strike that.

 6              When you say it was late for them to

 7   register, is that -- has that been an issue before --

 8   before SB 1 was passed?

 9              MS. SERNA URIBE:  Objection, vague; and

10   objection, calls for speculation.

11        Q.  You can answer.

12        A.  It's that there is a time for you to register.

13   Once the time passes, you can no longer register until

14   the following year.

15        Q.  So to your knowledge, the people that have had

16   issues with mail-in voting was because they didn't

17   register in time; is that correct?

18              MS. SERNA URIBE:  Objection, vague; and

19   objection, calls for speculation.

20        A.  It's that so many of them didn't even know that

21   they had to register for them to get their ballots over

22   the mail.

23        Q.  Were there any other instances where -- to your

24   knowledge, where people could not vote by mail other

25   than their failure to register in a timely manner?



Maria Gomez                                          April 25, 2023
                                                         Page 27

 1              MS. SERNA URIBE:  Objection, vague.
 2        A.  The problem is that they didn't register.  The
 3   problem is that they didn't know that they -- they
 4   should have registered to receive them.  They were
 5   waiting for their ballots over the mail like before.
 6        Q.  Did -- at your LUPE meetings, did they not
 7   represent to y'all that that was one of the new
 8   requirements of SB 1, to inform voters that they needed
 9   to register to vote?
10              MS. SERNA URIBE:  Objection, vague; and
11   objection, it calls for speculation.
12        Q.  You can answer.
13        A.  It's that these are older people.  They don't
14   come to the meetings that much.
15        Q.  I'm speaking as to the -- to you as a
16   volunteer, did they not inform you that that was a
17   requirement?
18              MS. SERNA URIBE:  Objection, vague.
19        A.  Requirement for what?
20        Q.  That you must register in order to vote.
21        A.  Yes.  They did inform us, but for us to visit
22   all of these people was not an easy thing.
23        Q.  Prior to SB 1 when you were a volunteer, did
24   you have to help people register to vote?
25              MS. SERNA URIBE:  Objection, vague.



```
 1        A.   We would be trained.

 2        Q.   And people that voted by mail-in ballots, to

 3   your understanding, did they still have to be

 4   registered to vote?

 5             MS. SERNA URIBE:   Objection, vague.

 6        A.   The problem here is that they stopped sending

 7   the ballots to vote over the mail.  Not all of us

 8   received them.

 9        Q.   Was there any other problem aside -- aside from

10   that that prevented you from helping people vote by

11   mail?

12             MS. SERNA URIBE:   Objection, vague.

13        A.   Well, more than anything, I think it was my

14   fear for something to affect me, something that would

15   be in the law that will affect me.

16        Q.   So you were -- were you worried about making a

17   mistake?

18             MS. SERNA URIBE:   Objection, vague.

19        A.   Due to me not understanding the laws that well.

20        Q.   In respect to mail-in voting or in general?

21             MS. SERNA URIBE:   Objection, vague.

22        A.   Well, in general.

23        Q.   But you can't point to any specific part of

24   SB 1 that worried you, correct?

25             MS. SERNA URIBE:   Objection, vague;
```



```
 1   objection, calls for speculation.
 2        A.   No.
 3        Q.   As far as the mail-in voting, are you aware of
 4   any instances where someone was not able to vote other
 5   than the -- their failure to register on time?
 6                 MS. SERNA URIBE:   Objection, calls for
 7   speculation.
 8        A.   I don't remember.
 9        Q.   As a volunteer, prior to SB 1, did you help
10   people vote by mail?
11                 MS. SERNA URIBE:   Objection, vague.
12        A.   Yes.
13        Q.   And it's your testimony that because of SB 1,
14   you no longer can help people vote by mail?
15        A.   I don't understand the law that well.  That's
16   why I'm trying not to help those people.
17        Q.   Do you give them a number or somebody else that
18   they can reach to seek assistance voting my mail?
19                 MS. SERNA URIBE:   Objection, vague.
20        A.   Yes, right, there at the voting polls.
21        Q.   If it's at the voting polls, then it wouldn't
22   be voting by mail, correct?
23                 MS. SERNA URIBE:   Objection, vague;
24   objection, calls for speculation.
25        A.   It's that there was two different ways, one
```



Maria Gomez                                                    April 25, 2023
                                                                    Page 31

```
 1        Q.  Prior to SB 1, were you aware that people that
 2   voted by mail still needed to register to vote?
 3        A.  I don't remember.
 4        Q.  As a volunteer, you didn't recall whether
 5   people had to be registered to vote or not?
 6        A.  Let's clear it, voting by mail or in person?
 7        Q.  By mail.
 8        A.  I don't remember.
 9        Q.  It's your testimony that you don't recall
10   whether people had to be registered to vote to vote by
11   mail?
12        A.  Well, yes, I don't remember.
13        Q.  Before we step off mail-in voting, one more
14   question.  Are you aware of any other instances where
15   people could not vote by mail other than late
16   registration?
17             MS. SERNA URIBE:  Objection, calls for
18   speculation.
19        A.  I don't know.
20        Q.  Do you vote by mail?
21        A.  No.
22        Q.  Have you ever voted by mail?
23        A.  I don't remember, but I don't think so.
24        Q.  You had mentioned generally that you had other
25   fears regarding SB 1.  Do you remember that?
```



1    A.  What's the question?

2    Q.  You testified earlier that you had other

3 general fears about SB 1.  Do you recall?

4    A.  Yes.

5    Q.  I believe you mentioned one of those fears was

6 regarding the oath.  Do you recall?

7    A.  Because I don't know if they already changed

8 the questions under oath -- to be under oath.

9    Q.  So if they didn't change the questions, you

10 didn't have a problem with the old questions?

11         MS. SERNA URIBE:  Objection, vague; and

12 objection, calls for speculation.

13    A.  Well, I don't know.

14    Q.  Well, before SB 1, did you help people -- did

15 you assist people to vote?

16    A.  What's the question?

17    Q.  Before SB 1, before 2021, did you help people

18 vote?  Did you assist people to vote?

19         MS. SERNA URIBE:  Objection, vague.

20    A.  Sometimes.

21    Q.  Did you ever have to take an oath prior to

22 assisting people to vote?

23    A.  Yes.

24    Q.  Did you ever have any problems completing that

25 oath?



1        A.   Because the people that were there, they said

2   they could help these people.

3        Q.   I'm confused at what you mean by the people

4   there.  Are you talking about other assisters?

5        A.   There's always someone helping there at the

6   voting polls.

7        Q.   I understand that, but in regards to the oath,

8   what was the -- what was the problem?

9             MS. SERNA URIBE:  Objection, vague.

10       A.   If I wanted to help someone, the person that

11  was there helping, they would say that they could help

12  that person.  But the person will make that decision.

13  They would say that I could help them.

14       Q.   When you say "the person," do you mean the

15  voter or the assister?

16       A.   The person -- the one that was going to vote,

17  that was the one that would decide.

18       Q.   Can you explain to me how that is problematic

19  of the oath?

20       A.   Not with the oath.  But when we were going to

21  be assisting someone to vote, the person that was there

22  would say that they could assist them.  I didn't have

23  to take the oath, so I wouldn't be able to help them.

24       Q.   So prior to 2021, you never took the oath to

25  help people -- to assist people to vote?



```
 1        A.   Of course I did.

 2        Q.   And the problem with that oath is that other

 3   people didn't take the oath?

 4        A.   No.  Well, they would be working there.  They

 5   were the ones that were working at the polling onsite.

 6        Q.   As far as you yourself as a volunteer, did you

 7   have a problem with the oath?

 8             MS. SERNA URIBE:  Objection, vague.

 9        A.   No.

10        Q.   But you have a problem with the new oath; is

11   that correct?

12        A.   No.  It's not just -- it's not about the oath.

13   It's about the restrictions.  I don't have a problem

14   with the oath.  I just don't feel capable or -- to

15   assist the people to vote.

16        Q.   So you don't have a problem with the oath under

17   SB 1; is that correct?

18             MS. SERNA URIBE:  Objection, vague.

19        A.   Well, I don't understand it that well nowadays.

20   That's why I'm not -- I'm trying not to help people to

21   vote.

22        Q.   So you stopped assisting people to vote because

23   you don't understand the oath.  Is that fair to say?

24             MS. SERNA URIBE:  Objection,

25   mischaracterizes prior testimony.
```



1       A.  Yes, because I don't feel at peace.  I don't

2   feel capable.

3       Q.  What part of the oath makes you feel uncapable

4   of giving it -- sorry, of taking it?

5              MS. SERNA URIBE:  Objection, vague.

6       A.  Right now I don't know, but I don't want to

7   risk on doing something that I feel that I'm not able

8   to do.

9       Q.  You felt that you're unable to take the oath?

10      A.  Not the oath, but how the law is nowadays, what

11  are the requirements, how many are the requirements.

12      Q.  So correct me if I'm wrong.  You didn't -- you

13  don't have a problem with the oath.  You have a problem

14  with the restrictions around voting assistance; is that

15  correct?

16      A.  Yes, the restrictions.  Then also restrictions

17  that I don't understand that well, and that I don't

18  want those problems for me.

19      Q.  Can you identify what those alleged

20  restrictions are?

21              MS. SERNA URIBE:  Objection, vague.

22      A.  Well, I don't know, but they're written there,

23  or I have heard about them, that we cannot be -- we're

24  not able to help the people to vote.

25      Q.  You say you've heard about the restrictions?



1        A.  Yes, I have heard about them, and that's why I

2    will be abstaining myself from having that problem.

3        Q.  What restrictions did you hear about?

4        A.  Especially the one that we have heard about the

5    most is that we're not able to help people to vote,

6    especially us as volunteers.

7        Q.  You were told that you can no longer volunteer?

8             MS. SERNA URIBE:  Objection,

9    mischaracterizes the testimony.

10       A.  I don't believe so.  I don't think they have

11   told me that I cannot be a volunteer, but I can't do it

12   because I don't feel, like, able to do it.  I don't

13   feel free like I used to before.  I feel like my hands

14   are tied.

15       Q.  Why do you feel like your hands are tied?

16       A.  Because what you hear about the law, that we're

17   not able to help people to vote.

18       Q.  That brings me back to the question of whether

19   you were ever told or ever heard of an instance where

20   you couldn't help people vote.

21             MS. SERNA URIBE:  Objection, vague.

22       A.  After '21, I haven't tried to go with them to

23   the voting poll inside to help them vote.

24       Q.  So you haven't tried to assist people to vote

25   in the last election?



Maria Gomez                                    April 25, 2023
                                                    Page 38

```
 1        A.  No.
 2        Q.  And that's because of your fear of being an
 3   assister?
 4        A.  Yes.
 5        Q.  Even though you can't point to any specific
 6   part of SB 1 that you're afraid of?
 7        A.  I don't know.
 8        Q.  So you -- you didn't try to help people vote in
 9   the last election?
10        A.  To go inside with them, no.
11        Q.  Do you know of other people that were voting
12   assisters in the last election?
13             MS. SERNA URIBE:  Objection, vague;
14   objection, calls for speculation.
15        A.  I don't remember.
16        Q.  Do you have a lot of friends in LUPE that are
17   volunteers?
18        A.  Some.
19        Q.  And you don't know any of them that volunteer
20   to assist, help people vote?
21             MS. SERNA URIBE:  Objection, calls for
22   speculation.
23        A.  I don't know.
24        Q.  Were you at the polling station last election?
25             MS. SERNA URIBE:  Objection, vague.
```



1          MS. SERNA URIBE:  Objection, vague.

2     A.  More or less.

3     Q.  And it's your testimony now that because of

4  SB 1 you can no longer do something that you've been

5  doing for over 25 years?

6          MS. SERNA URIBE:  Objection,

7  mischaracterizes the testimony.

8     Q.  You can answer.

9     A.  I think that also -- I mean, I take a lot under

10  consideration my age to be able to help people to vote,

11  my age and the fear for me to do something wrong

12  because of the changes in the law.

13     Q.  But you don't know what changes in the law --

14  or you can't point to the changes in law that incites

15  that fear; is that correct?

16     A.  Well, those that you have heard, right?

17     Q.  Could you describe one of those fears?

18     A.  Well, right now, I don't remember one.  But my

19  fear right now is about the changes in the law, and

20  that's the one I fear.

21     Q.  The fear is strong enough to make you stop

22  helping people vote, and that's something you've been

23  doing for over 25 years; is that correct?

24     A.  Well, yes.

25     Q.  And what efforts did you take to familiarize



```
 1    yourself with those -- with the law and the
 2    restrictions -- alleged restrictions?
 3         A.   I don't understand the question.
 4         Q.   What did you do to familiarize yourself with
 5    the law and the alleged restrictions that prohibited
 6    you and incited fear in you to help people vote?
 7         A.   I feel that part of it is me, but the fear is
 8    about the laws that they changed and the fear of me not
 9    being able to understand them because I don't know
10    enough English.
11         Q.   Did you talk to anybody at LUPE about the
12    changes and overcoming your fear?
13              MS. SERNA URIBE:  Objection, vague.
14         A.   Maybe so.
15         Q.   And what did they say?
16         A.   That's the problem, that I don't remember many
17    of the things that we talked about.  And that's why I
18    don't want to go and help the people, because of the
19    same reason.
20         Q.   Did -- you said you did not vote by mail in the
21    last election; is that correct?
22              MS. SERNA URIBE:  Objection,
23    mischaracterizes testimony.
24         A.   I did not vote because I can still go and
25    exercise the right to vote there at the polling place.
```



```
 1                    MR. SUAREZ:  I'm sorry.  I want to
 2   clarify.  Did she say that she could not vote or that
 3   she didn't have -- she didn't vote by mail because
 4   she -- she could still go to the polling place?
 5        A.  Yes.
 6        Q.  So you went to -- you went to a polling
 7   location in person to vote in the last election; is
 8   that correct?
 9        A.  Yes.
10        Q.  Did you have issues voting?
11                    MS. SERNA URIBE:  Objection, vague.
12        A.  Not in the past election.
13        Q.  Did you see any voting assisters there?
14                    MS. SERNA URIBE:  Objection, vague.
15        A.  What do you mean?
16        Q.  Did you see any voting assisters there?
17                    MS. SERNA URIBE:  Objection, calls for
18   speculation.
19        A.  I don't remember.
20                    THE COURT REPORTER:  Can we go off the
21   record just a minute?
22                    (Brief recess)
23        Q.  I believe you said you don't remember if there
24   was any -- if you saw any voting assisters when you
25   went to the polling location; is that correct?
```



 1  I wanted to vote.

 2      Q.  But do you recall seeing other assisters there?

 3      A.  Well, the ones that are there by the table

 4  where we get to register.

 5      Q.  You worked as a voting assistant before,

 6  correct?

 7      A.  Yes.

 8      Q.  Did you see anybody doing what -- the roll that

 9  you used to do prior to SB 1?

10              MS. SERNA URIBE:  Objection, calls for

11  speculation.

12      A.  I don't remember.

13      Q.  So you say you didn't help -- you didn't

14  volunteer either with mail-in voting, with voting at

15  the polls during the last election, correct?

16      A.  No.  I didn't take people to vote.  I didn't

17  help people to register to vote by mail, nor help them

18  to vote by mail.  Just one person.

19      Q.  You only helped one person?

20      A.  For her to be registered for her to get her

21  ballot by mail.

22      Q.  Did you have any problems doing that?

23              MS. SERNA URIBE:  Objection, vague.

24      A.  No, because that's one of the people that I go

25  and help at home with the cleaning at home.



 1       Q.   Let me clarify, because previously you told me

 2    that you didn't help anybody because of the fear that

 3    you had from SB 1.  And now you're saying you did help

 4    one person?

 5       A.   But to vote, I didn't take anybody.

 6       Q.   Yeah, but you helped her to register to vote,

 7    correct?

 8       A.   I took her application for her to fill it out,

 9    and I took it back.

10       Q.   To your knowledge, was she able to vote?

11               MS. SERNA URIBE:   Objection, calls for

12    speculation.

13       A.   I don't know.

14       Q.   Did she ever tell you that she was unable to

15    vote?

16               MS. SERNA URIBE:   Objection, vague.

17       A.   No.

18       Q.   So other than that one person, you didn't help

19    as a vote -- you didn't work as a voting assister and

20    you didn't help anybody else mail-in voting.  Is that

21    fair?

22       A.   Correct.

23       Q.   So what is your knowledge, if any, on the

24    effects SB 1 has on voters who need assistance with

25    voting?



1              MS. SERNA URIBE:  Objection, calls for

2    speculation; and objection, the question is vague.

3        A.  Maybe my problem is that I don't understand the

4    law that well.

5        Q.  I understand that.  What's your understanding

6    of the effects of the law on people that need help

7    voting?

8              MS. SERNA URIBE:  Same objections, calls

9    for speculation and it's vague.

10       A.  I don't know.

11       Q.  So you don't have any knowledge of the effects

12   of SB 1 on voters who need assistance with voting?

13             MS. SERNA URIBE:  Objection,

14   mischaracterizes the testimony.

15       A.  Maybe the problem is not theirs.  The problem

16   is mine, that I don't understand the law, that I'm not

17   able to understand the law that well.

18             MS. SERNA URIBE:  Can I read back the

19   translation?  Can it be read back.  I believe the

20   witness also testified that she feared the law as well.

21             THE COURT REPORTER:  I won't have the

22   Spanish.  Do you want the English?

23             MR. SUAREZ:  She just wants the

24   translation, correct?

25             MS. SERNA URIBE:  I think the translation



1    isn't correct, I think -- or complete, I should say.

2    She testified that she also feared the law.  I just

3    want to make sure that that's in the record, the

4    complete reason that she said she feared the law.

5                    THE INTERPRETER:  Well, I don't have

6    the -- can you read my --

7                    THE COURT REPORTER:  Not in Spanish, I

8    can't.

9                    THE INTERPRETER:  No.  The interpretation.

10                   (Requested portion was read back.)

11                   THE INTERPRETER:  The interpreter stands

12   corrected.  The witness used the word "fear of not

13   understanding the law."

14       Q.  So, Ms. Gomez, I understand your fear and your

15   worry.  But my specific question is whether you

16   understand or have knowledge or facts regarding how

17   SB 1 has impacted voters who need assistance voting.

18                   MS. SERNA URIBE:  Objection, compound

19   question, and it's vague, and it calls for speculation.

20       A.  I think that the trust of the community is what

21   has been lost because of the fear of going and not

22   finding anybody to help them with voting.

23       Q.  What's your basis for that knowledge?

24       A.  The fear exists there.  They used to look

25   out -- look for us before, because we were one



 1   community with them.  And now, well, they look for me

 2   at least, but I don't feel able to help them.

 3        Q.  But you testified as to their fear and the

 4   effects SB 1 has on them.  I'm specifically talking

 5   about what's your knowledge as to those effects.

 6             MS. SERNA URIBE:  Objection, vague;

 7   objection, calls for speculation; objection,

 8   mischaracterizes prior testimony.

 9        A.  The community effect or the law?

10        Q.  I'm talking about the effects on voters who

11   need assistance voting by mail.

12             MS. SERNA URIBE:  Same objections.

13        A.  I don't know.

14        Q.  So your knowledge of the effects on SB 1 and

15   the voters is speculation, kind of your own thoughts,

16   derived from nothing else?

17             MS. SERNA URIBE:  Objection,

18   mischaracterizes prior testimony.

19        A.  It's that people are different, so I don't

20   know.

21        Q.  Can you give me an example of one person that

22   the effects of -- strike that.

23             Can you give me an example of what one

24   person has said about how SB 1 affects them?

25             MS. SERNA URIBE:  Objection, vague; and



```
 1   objection, calls for speculation.
 2        A.   No.  Well, I haven't asked.
 3        Q.   You haven't talked to anybody regarding the
 4   effects of SB 1 on voters?
 5                  MS. SERNA URIBE:  Objection --
 6        A.   I don't remember.
 7        Q.   Have you ever requested any accommodations with
 8   voting?
 9        A.   What's the question?
10        Q.   Have you ever requested any accommodations to
11   vote?
12        A.   I don't understand the question.
13        Q.   Have you ever had issues voting?
14                  MS. SERNA URIBE:  Objection, vague.
15        A.   Yes, yesterday.
16        Q.   What was your problem yesterday?
17        A.   The person that went to the computer to place
18   the ballot, she moved the computer very fast, and I
19   wanted to read.  So they struggled for them to start it
20   all over again.
21        Q.   You said -- was this -- were you registering to
22   vote yesterday or were you voting yesterday?
23        A.   I was voting.
24        Q.   Did you ask them to slow down?
25        A.   What do you mean?
```



1      Q.  Did you ask them to slow down?

2      A.  Yes.  I told them that I wanted to read all of

3  the -- all of them that had been changed.  I told them

4  that I wanted to read it.

5      Q.  And did they let you?

6      A.  It took, like, half an hour.

7      Q.  But you were able to review what you put down?

8      A.  Of course.  I waited.  That's why I like to do

9  it in person because there I can see it and I can

10  change whatever I want.

11      Q.  Do you know of anybody that you used to help

12  vote that had a disability that required assistance

13  voting?

14          MS. SERNA URIBE:  Objection, vague and

15  calls for speculation.

16      A.  I don't remember.

17      Q.  Do you have a disability that requires

18  assistance to vote?

19      A.  No.  Because now it's in English and Spanish.

20      Q.  And you say you don't recall knowing anybody

21  that had a disability in regards to voting that

22  required assistance?

23      A.  Disability that they're not able to go, to be

24  present?

25      Q.  Yeah, that.  Any other disabilities?



1          A.   Well, yes, I remember a few people.

2          Q.   Were they ultimately able to vote?

3                    MS. SERNA URIBE:   Objection, calls for

4     speculation.

5          A.   The ones that I know, yes.

6          Q.   Are there anybody with disabilities that you

7     know of that were unable to vote?

8                    MS. SERNA URIBE:   Objection, calls for

9     speculation.

10         A.   I don't remember.

11         Q.   To -- strike that.

12                   From what you remember and to your

13    knowledge, people that you knew of that had

14    disabilities were able to vote?

15                   MS. SERNA URIBE:   Objection, calls for

16    speculation.

17         A.   A few that I know.

18         Q.   And you don't know anybody with disabilities

19    that couldn't vote, correct?

20                   MS. SERNA URIBE:   Objection, calls for

21    speculation.

22         A.   I don't remember who.

23         Q.   So we talked about your fear with mail-in

24    voting, and we talked about your fear of being a voting

25    assistant.   Is there any other fears from SB 1?



1    people that you do recall?

2                MS. SERNA URIBE:  Objection,

3    mischaracterizes the prior testimony.

4        A.  These are people that I visited, but I didn't

5    go back to see if they had voted or not.

6        Q.  But you are saying that you know that they

7    didn't vote because they didn't register in time?

8                MS. SERNA URIBE:  Objection,

9    mischaracterizes the prior testimony.

10       A.  They didn't send the registration because the

11   ballot never arrived.  They were waiting for it to

12   arrive, but it never did.

13       Q.  So it's not an issue with registration.  It's

14   an issue with that they didn't request the ballot?

15       A.  Well, they didn't ask for it, then they

16   couldn't vote.

17       Q.  When you say you gave general information

18   regarding voting, did you inform them that they had to

19   request a ballot?

20       A.  Yes.

21       Q.  And they still didn't do it?

22               MS. SERNA URIBE:  Objection, calls for

23   speculation.

24       A.  The problem here is that these are disabled

25   people that cannot drive, and they don't know how to



Maria Gomez                                                    April 25, 2023
                                                                  Page 58

```
 1        A.   I think it's different when I -- I have to
 2   under oath to go and explain the regulations that I
 3   want to explain than to when I'm just going to -- to
 4   talk to them.
 5        Q.   So when you're going to assist people to vote
 6   by mail, you're still able to do that, correct?
 7             MS. SERNA URIBE:   Objection,
 8   mischaracterizes prior testimony; objection, vague.
 9        A.   I need to learn how to do it.
10        Q.   But you were giving information even when you
11   say you didn't understand the law, correct?
12             MS. SERNA URIBE:   Objection,
13   mischaracterizes prior testimony; and objection, vague.
14        A.   It's that I don't think it's different when I
15   take them to voting poll to vote and when I give them
16   information.   When I give them information, I tell
17   them -- I don't tell them the law says this or the law
18   says that.   I just tell them that they need their
19   application for them to complete their ballot to vote.
20        Q.   You spoke of the disabilities of these people
21   that were unable to vote by mail.   Do you recall that?
22             MS. SERNA URIBE:   Objection,
23   mischaracterizes the testimony.
24        A.   Yes.
25        Q.   Do you recall whether -- strike that.
```



Maria Gomez                                                    April 25, 2023
                                                                   Page 59

1              Do you know if they ever requested a

2    reasonable accommodation to vote by mail?

3              MS. SERNA URIBE:  Objection, calls for

4    speculation.

5         A.  I don't remember.

6              MR. SUAREZ:  Pass the witness.

7              MS. SERNA URIBE:  I don't have any

8    questions.

9              THE COURT REPORTER:  Does anybody on Zoom

10   have any questions?

11             I take it that nobody does.  Does anybody

12   on Zoom need a copy of the transcript?

13             MS. MENENDEZ:  MALDEF will need a copy of

14   the transcript.  Samantha, the attorney who is there on

15   behalf of MALDEF, will request one.  Thank you.

16             MR. SUAREZ:  We have a standing order.

17             (Deposition concluded)

18

19

20

21

22

23

24

25

