The Office of the Dallas County Elections Administrator

April 29, 2022
Pages 10 to 13

Page 10

1   Would you raise your right hand, please?
2   (Witness sworn by the court reporter.)
3       THE REPORTER:  Thank you.
4       And statements -- you can put your hand
5  down --
6       THE WITNESS:  Okay.
7       THE REPORTER:  Statements by the court
8  reporter, according to Rule 30(b) have been waived by
9  all parties present.
10      Would Counsel please state any agreements
11 that haven't already been stated on the record, on the
12 record.  Just according to the Federal Rules, correct?
13      MS. PERALES:  We have no additional
14 agreements to state.
15      THE REPORTER:  Thank you.
16      MS. PERALES:  Are you ready, Mr. Lopez?
17      THE WITNESS:  Oh, yeah.
18      REVELINO LOPEZ,
19 having being first duly sworn, testified as follows:
20              EXAMINATION
21 BY MS. PERALES:
22   Q.  Can you please state your name for the record?
23   A.  Rivelino Lopez.
24   Q.  Thank you.  My name is Nina Perales, and I
25 represent some of the Plaintiffs in this case.  I'm with

Page 11

1  the Mexican American Legal Defense and Educational Fund,
2  MALDEF, and I represent organizations and voters in this
3  case who are challenging the law we refer to as SB 1.
4    A.  Okay.
5    Q.  Have you ever had your deposition taken before?
6    A.  Before February, I had zero.  Now this is my
7  third one in the last two months, yeah, so...
8    Q.  Well, then you're an expert.
9    A.  Yeah.
10   Q.  I'm just going to, quickly, because you are
11 experienced, go through some of the ground rules to
12 refresh your memory of how we do some of this.
13   A.  All right.
14   Q.  Do you understand that you are under oath?
15   A.  Yes.
16   Q.  And that the testimony that you provide today
17 in this deposition is as if you were sitting in court
18 giving that testimony to a Judge?  Do you understand
19 that?
20   A.  Yes.
21   Q.  Okay.  Is there anything today that would
22 prevent you from giving me your full attention and
23 responding accurately?  For example, are you ill, or are
24 you taking any medication that makes your head fuzzy?
25 Is there anything that would prevent you from

Page 12

1  understanding and answering accurately?
2    A.  No.  I'm ready.
3    Q.  Okay.  Thank you.  This is your deposition.
4  You are not noticed for very many topics, so I don't --
5  I don't see this going too long, but I want you to know
6  that if you have a need for a break at any time, you are
7  not my hostage; you can take a break.  The only thing I
8  ask is that we take the break after you answer my
9  question.  So if there's a question still out there on
10 the table, that you answer it before we go on the break.
11      Is that all right with you?
12   A.  Yes.
13   Q.  All right.  And you're doing a great job of
14 answering out loud, but I'm going to remind you that the
15 court reporter cannot take down head nods or shakes or
16 shrugs, so will you agree to make your answers out loud?
17   A.  Yes.
18   Q.  Thank you.  And then, of course, if you would,
19 wait for me to finish my question before you start your
20 answer and I'll wait for you to finish your answer
21 before I start my next question so we don't talk over
22 each other.  Is that okay?
23   A.  Yes.
24   Q.  Thank you.  I'm entitled to your best estimate
25 but I don't want you to guess on anything.

Page 13

1       Do you understand that instruction?
2    A.  Yes.
3    Q.  Okay.  Thank you.  If you don't understand a
4  question, will you please ask me to rephrase it or
5  repeat it.
6    A.  Okay.
7    Q.  All right.  So I want to make sure if you give
8  me an answer, that you have a good understanding of what
9  I'm asking.  Okay?
10   A.  Okay.
11   Q.  And then, finally, I might use some terms
12 interchangeably.  So, for example, if I use the term
13 "Hispanic" or "Latino," will you understand those two
14 terms to mean the same thing for the purpose of this
15 deposition?
16   A.  Yes.
17   Q.  And if I use the term "limited English
18 proficient," will you understand, for the purpose of
19 this deposition, that I mean that it is a person for
20 whom English is not their primary language and they have
21 difficulty communicating in English?
22   A.  Okay.  Yes.
23   Q.  All right.  And then if I use the term "ABBM,"
24 do you understand that to mean application for ballot by
25 mail, or is that not a term you're familiar with?

The Office of the Dallas County Elections Administrator                         April 29, 2022
                                                                                Pages 18 to 21

Page 18

1  A. In-person early voting, in-person election day
2  and then other, which includes mail ballot and
3  provisionals.
4  Q. Okay. And does that have just data for 2022?
5  A. '22, 2018 and 2014.
6  Q. Okay.
7  A. Yeah.
8  Q. Thank you. And later on, when we're on a
9  break, I'll ask your lawyers if that's been produced to
10 us. And if it hasn't been produced to us, I'll ask to
11 take a copy of that. Okay?
12 A. Okay.
13 Q. And then I'll also ask you some questions about
14 it, too.
15 A. Okay.
16 Q. Okay?
17       MS. PERALES: I'd like to mark this
18 Exhibit 1.
19      (Deposition Exhibit Number 1 marked.)
20       THE REPORTER: Would you like me to hand
21 it to him?
22       MS. PERALES: Yes, please.
23       THE REPORTER: Okay.
24       MS. PERALES: My arms are not long enough.
25     (Document handed to the witness and Counsel.)

Page 19

1  Q. Mr. Lopez, I have handed you what has been --
2  or you -- you have received what has been marked Exhibit
3  1 for this deposition.
4      Do you recognize this document?
5  A. I think I have seen it. I haven't gone through
6  it; but I have seen it, yes.
7  Q. Okay. Do you understand that you're testifying
8  today in response to this Notice of Deposition?
9  A. Yes.
10 Q. Okay. And if you'll turn with me to Page 9, do
11 you see up at the top it's marked Exhibit A?
12 A. Yes.
13 Q. Okay. And then if you just look through it,
14 there are some definitions and then there are some
15 topics, some numbered topics that begin on Page 12, but
16 I will -- yeah. They begin on Page 12.
17     Do you see those there?
18 A. Yes.
19 Q. Okay.
20       MS. PERALES: Can we mark this Number 2?
21      (Deposition Exhibit Number 2 marked.)
22     (Document handed to the witness and Counsel.)
23 Q. And Mr. Lopez, you -- you have been handed what
24 has been marked Deposition Exhibit Number 2, and I'll
25 represent to you that this is a chart that we received

Page 20

1  (indicating) from your attorneys at Dallas County.
2  A. Okay.
3  Q. And do you see --
4  A. Do I need to hold it up or -- so that --
5  Q. No.
6  A. -- everybody -- oh.
7  Q. It's okay --
8  A. Okay.
9  Q. -- but it's very kind of you to offer.
10 A. Okay.
11 Q. Do you see that your name is listed on here, on
12 the far right column (indicating) next to certain
13 topics?
14 A. Yes.
15 Q. Okay. And are you prepared to speak on those
16 topics that your name is associated with?
17 A. Yes.
18 Q. Now, do you understand that because you are
19 designated on certain topics, the answers that you give
20 are on behalf of the Dallas County Elections Department?
21 A. Yes.
22 Q. Tell me your current job title.
23 A. Voter Registration Manager.
24 Q. Okay. How long have you held that position?
25 A. 11 years.

Page 21

1  Q. And what was your job before you became the
2  Voter Registration Manager?
3  A. I worked with the City of Dallas.
4  Q. And what were you doing there?
5  A. I was a supervisor at one of the local rec
6  centers.
7  Q. And where was that rec center?
8  A. At Harry Stone Recreation Center.
9  Q. And what neighborhood is that in?
10 A. Kind of far East Dallas.
11 Q. Okay. And so you went from that position with
12 the City of Dallas to become the Voter Registration
13 Manager --
14 A. Uh-huh.
15 Q. -- for Dallas --
16 A. Yes.
17 Q. -- County?
18 A. Yes.
19 Q. Okay. Are you from Dallas originally?
20 A. Born and raised, yes.
21 Q. Where did you go to high school?
22 A. I lived in Houston about five years, so I did
23 my whole high school career down in Houston at Clear
24 Creek High School.
25 Q. Okay. Clear Creek.

The Office of the Dallas County Elections Administrator  April 29, 2022
Pages 22 to 25

Page 22

1  A. And then I came back to Dallas.
2  Q. Then you came back here?
3  A. Uh-huh.
4  Q. Did you do any schooling after high school?
5  A. Yes. I went to Mountain View College for a few
6  years and then I transferred over to Dallas Baptist
7  University and that's where I graduated.
8  Q. Okay. And you got a bachelor's degree?
9  A. Yes.
10 Q. Have you done any schooling after that?
11 A. No.
12 Q. So, with respect to your current position as
13 the Voter Registration Manager, what are your duties?
14 A. I oversee the voter registration area, and we
15 maintain voter lists, add and update voter information,
16 whether they're changing their address, changing their
17 name. We work with the Secretary of State, uploading
18 files, downloading files, sending voter history over to
19 the Secretary of State, working on mapping, you know,
20 precincts and -- and stuff like that. So we just --
21 just maintain all the voters, 1.4 million voters in
22 Dallas County.
23 Q. That's a lot of voters.
24 A. Oh, yeah.
25 Q. Earlier I was telling you that the Bexar County

Page 23

1  Elections Administrator refers to the big counties as
2  "the big boys." Have you heard that before?
3  A. Yes.
4  Q. Yeah. Dallas County is one of the big boys,
5  isn't it?
6  A. Oh, yeah.
7  Q. Yeah. Are you familiar with the TEAM system?
8  A. Yes.
9  Q. Is Dallas County an online county or an offline
10 county?
11 A. Offline.
12 Q. Do you know why Dallas County is an offline
13 county?
14 A. I think the larger counties, it would be too
15 much for the State system to handle. So I guess about
16 half the state, especially the larger ones, have their
17 own VR database.
18 Q. Okay. I'm going to ask these questions just --
19 not because I'm going to go into them deeply with you.
20 I just want to make sure I understand what you know --
21 A. Okay.
22 Q. -- about your relationship with the TEAM
23 system. And like I said, I'm not going to go deep, but
24 I just want to make sure --
25 A. Okay.

Page 24

1  Q. -- I understand.
2     Do you know how many voters in Dallas County
3  you do not have either a driver's license number or the
4  last four of the Social?
5  A. It's -- I know 99.46 percent do have a driver's
6  license or a Social on record. So about a half a
7  percent of our -- our registered voters. I guess it
8  would be close to 70,000.
9  Q. Do you know how many people only have one
10 number and not both numbers?
11 A. 97.13 percent have at least one.
12 Q. Have at least one?
13 A. Uh-huh.
14 Q. But do you -- can you tell me how many lack
15 both numbers?
16 A. Probably close to 70,000.
17 Q. Okay. Yes. I asked that question --
18 A. Yeah.
19 Q. -- wrong. Let me try again.
20     How many of your registered voters only have
21 one number and not a second number?
22 A. That would be -- I want to say -- well, because
23 97 percent of them have either a Texas Driver's License
24 or --
25 Q. Uh-huh.

Page 25

1  A. -- an ID.
2  Q. Uh-huh.
3  A. So, yeah, I'll have to look at that. I don't
4  know that number off the top of my head.
5  Q. Okay. And so what you -- just so you
6  understand what I'm getting at, if you have a driver's
7  license number for me --
8  A. Uh-huh.
9  Q. -- but you don't have my Social --
10 A. Right.
11 Q. -- or you have my Social, but you don't have my
12 driver's license.
13    So people for whom you have one number filled
14 in, but you don't have a second number for them, you
15 would have to go back and try to see how many that were?
16 A. Uh-huh.
17 Q. Okay.
18 A. Yes.
19 Q. Okay. And now with respect to TEAM, do you
20 have knowledge of whether you received an update from
21 TEAM -- "you," meaning Dallas County -- received an
22 update for TEAM sometime around December or January that
23 was from the Secretary of State that went into your
24 system that had additional ID numbers for your
25 registered voters?

Page 26
1    A.   Not in December and January.  On February 22nd,
2  we received an import that contained driver's license or
3  Socials.  And our vendor matched those up, and whatever
4  voters didn't have a driver's license or Social, they
5  applied it to their record.
6    Q.   And you were able to bring that import in; you
7  didn't have any problems with your data coming in?
8    A.   No.
9    Q.   And that was on February 22nd?
10   A.   Yes.
11   Q.   Okay.  Okay.  Okay.  I'm going to ask you some
12 questions about the period 2018 to the present.
13   A.   Okay.
14   Q.   First, let me ask you whether, in 2018, you
15 used what are sometimes called vote centers or
16 countywide polling places.  Let's just start with for
17 early voting.
18   A.   Uh-huh.
19   Q.   Did you use vote centers or countywide polling
20 places for early voting since 2018?
21   A.   Yes.  Where anybody can vote at any early
22 voting location, yes.
23   Q.   Yes.  Do you have a phrase that you use for
24 that here in Dallas?
25   A.   Well, before we went to vote centers for

Page 27
1  election day, we just called it early voting, yeah.  So,
2  yeah.
3    Q.   Okay.  And so you've mentioned vote centers for
4  election day.
5    A.   Uh-huh.
6    Q.   Do you use vote centers for election day now?
7    A.   Yes.
8    Q.   And can you tell me when you started using vote
9  centers for election day?
10   A.   2019.
11   Q.   Okay.  Have you closed any precinct polling
12 places since you implemented vote centers on election
13 day?
14   A.   Me, personally (pointing), like --
15   Q.   Dallas County.
16   A.   Oh, Dallas County?
17   Q.   Yeah.
18   A.   Yes.  Each election, polling places sometimes
19 have to be closed, yes.
20   Q.   So I know that, for some counties, they are
21 bringing in vote centers for election day; but they
22 haven't yet started closing or eliminating (indicating)
23 precinct-based polling places.  They are trying to, I
24 think, get the vote center thing in there --
25   A.   Oh, okay.

Page 28
1    Q.   -- before they start closing precinct-based
2  polling places.
3         Is that an approach that Dallas County is
4  taking place, as well; or have you started closing
5  precinct-based in-person polls systematically?
6    A.   Right.  We don't have any precinct-based
7  anymore.  We just went straight to vote centers.
8    Q.   Okay.  So if there's a particular elementary
9  school, for example, that people know that they -- that
10 they historically would vote at, from that
11 neighborhood -- let's say they would all go to that
12 elementary school -- have you started closing those
13 types of, you know, polling places and redirecting
14 (indicating) voters to the vote centers that might be
15 fewer?
16   A.   That is currently happening right now.  In
17 2019, they decided to keep all polling places open for
18 vote centers.
19   Q.   Uh-huh.
20   A.   So right now, they are in the process of doing
21 that --
22   Q.   Okay.
23   A.   -- yes.
24   Q.   Got it.  Thank you.  And so for the March 1st,
25 2022, primary, all your polling places were vote

Page 29
1  centers; is that correct?
2    A.   Correct.
3    Q.   And you expect to do that, as well, for the
4  November 2022 general election?
5    A.   Yes.
6    Q.   Okay.  In -- do you recall -- do you recall the
7  hours that you had polling places open in 2018?
8    A.   No.  I'd have to look at the time, but it's --
9  it's pretty standard.  Usually the first week's 8:00 to
10 5:00; second week, 7:00 to 7:00 and then Saturdays,
11 usually 7:00 to 7:00 and Sundays 12:00 to 6:00.  It's
12 pretty -- that's our pretty standard hours each
13 election.
14   Q.   Uh-huh.  Okay.  And did you do anything with
15 extended hours for voting in 2020?
16   A.   They extended an extra week of early voting --
17   Q.   Uh-huh.
18   A.   -- so we had an extra week, and every day was
19 7:00 to 7:00.  So they extended -- instead of 8:00 to
20 5:00, it was 7:00 to 7:00 --
21   Q.   Okay.
22   A.   -- with the exception of Sunday, which was
23 still 12:00 to 6:00.
24   Q.   Okay.  So for -- we were just talking about
25 2020 --

Page 30

1  A. (Witness moves head up and down.)
2  Q. -- when you did that.
3      Have you then, with respect to 2022, for the
4  March primary, did you keep those same hours as you had
5  in 2020; or did you make any adjustments?
6  A. No. Went back to our standard 8:00 to 5:00,
7  7:00 to 7:00. We did extend the last day of early
8  voting for the primary to 10:00 o'clock.
9  Q. To 10:00 p.m.?
10  A. Uh-huh.
11  Q. And that was --
12  A. I believe it was the 25th of February. I
13  believe that was the last day of early voting.
14  Q. And why did you extend voting until 10:00 p.m.
15  on February 25th, 2022?
16  A. It was ordered by the County Judge. We kind of
17  found out at the last minute. They let us know, Hey
18  we're staying opened till 10:00.
19      And I don't even know if they advertised it or
20  whatever. But yeah, we found out at the last minute, so
21  we just kept the polls open till 10:00.
22  Q. You asked the poll workers to stay and --
23  A. Yeah. We had to send, like, a mass -- our
24  ePollbook has a messaging. So we sent a mass message,
25  and we were also calling them, too, so -- to let them

Page 31

1  know.
2  Q. Okay. And do you know if staying open until
3  10:00 p.m. on February 25th afforded voters in Dallas
4  County an additional opportunity to go to the polls and
5  cast their ballot that day?
6      MS. HUNKER: Objection, form.
7  A. It did, yes.
8  Q. (By Ms. Perales) Do you know or do you have a
9  sense of why the County Judge ordered you to stay open
10  till 10:00 p.m. on the last day?
11  A. I do not.
12  Q. Okay.
13  A. Can't recall.
14  Q. All right. Do you know if there were voters
15  who were trying to vote mail ballots who were then
16  coming to the polls on that last day, including up till
17  10:00 p.m., to -- to hand drop-off their mail ballots?
18      MS. HUNKER: Objection to form.
19  A. I don't know.
20  Q. (By Ms. Perales) Okay. So I have a question
21  about your involvement in kind of voting during the
22  election days when people are voting.
23      You're the Voter Registration Manager --
24  A. Uh-huh.
25  Q. -- but it sounds like you've also got some

Page 32

1  duties that are related to the actual casting of
2  ballots; is that right?
3  A. No. I stick to voter registration. So we
4  help -- like, if a judge calls, has a voter that's
5  having an issue, they can't find them in the poll book,
6  we look them up and help them. Like, during early
7  voting, we offer limited ballot process. Election Day,
8  they offer the provisional process, so we help them,
9  help the judge and the voter through that.
10  Q. Okay. And then, as the Voter Registration
11  Manager, were you involved in trying to process, for
12  March 2022, people's applications for ballot by mail and
13  mail ballots to the extent that there was this new
14  requirement to match the ID number, that was being
15  provided, to the voter?
16  A. No.
17  Q. You weren't doing any of that matching work?
18  A. No. If they -- if the ballot by mail
19  department gave us a form, we -- like, because it had a
20  Statement of Residence, also --
21  Q. Uh-huh.
22  A. -- on the form. So if they filled out a form,
23  they would give it to us and we would update their
24  information.
25  Q. Okay. So that's if you had the person at the

Page 33

1  wrong address.
2      Do you have any knowledge, in March of 2022,
3  this most recent primary election, of voters having to
4  put an ID number, either driver's license or last four
5  of the Social, on their application for ballot by mail
6  or on the carrier envelope?
7  A. Yes, I knew about that.
8  Q. Okay.
9  A. Yes.
10  Q. Were you involved in doing any of the checking
11  of those numbers or trying to match those numbers to the
12  voter roll?
13  A. No, I wasn't.
14  Q. Okay. You've been designated to talk about
15  Dallas County's experience with voters who vote with
16  assistance in person from 2018 to the present.
17      Do you have knowledge about Dallas County
18  Election's experience with voters who come with another
19  person to vote in person, so at the polls?
20  A. When we were preparing, they asked if we can
21  pull statistics. And so I went into our ePollbook, and
22  we -- we can. We do track that with our new ePollbook,
23  our current one. Before, we weren't tracking it; but I
24  was able to pull statistics to show how many people
25  requested assistance.

The Office of the Dallas County Elections Administrator	April 29, 2022
Pages 34 to 37

Page 34

1  Q.  Uh-huh.  And I just learned yesterday that the
2  ePollbook can be handy for figuring that information
3  out.
4  A.  Yeah.
5  Q.  So a couple of questions.  When you say that
6  you didn't track it before, what does "before" mean?
7  A.  Before we implement our current ePollbook,
8  which is before 2020.
9  Q.  Okay.  But for -- at least for 2020 onward, you
10  can run a report that tells you how many voters voted at
11  the polling place with assistance; is that right?
12  A.  Yes.
13  Q.  And the poll book, the ePollbook is used in the
14  polling places where the people come personally to vote;
15  is that right?
16  A.  Yes.
17  Q.  Would you have that same information for who
18  voted with assistance by mail ballot, where the assistor
19  signs on the mail ballot --
20  A.  I wouldn't have that, no.
21  Q.  Okay.  Did you run any reports about how many
22  voters used assistants in either this most recent 2022
23  or prior elections?
24  A.  I did.  I didn't -- I -- I ran the reports to
25  get the numbers.  I wrote the numbers down, but I don't

Page 35

1  have the reports.
2  Q.  Okay.  So I'm going to ask you for the numbers
3  so you can --
4  A.  Okay.
5  Q.  -- tell me them, and then I'm going to ask for
6  the reports, themselves, to be produced because I
7  believe that information is responsive to at least one
8  of our Requests for Production.
9  A.  Okay.
10  Q.  Okay.  So tell me the numbers that you have.
11  A.  For this recent primary election, 2022, there
12  was 752 voters requested assistance.  For November 2021,
13  there was a hundred and thirty.  For June 2021, we had
14  88.  For May 2021, we had 228.  And for November 2020,
15  we had 4,335.  And we had a small run-off election
16  December '21.  We only had one.
17  Q.  That must have been a very small run-off.
18  A.  Yeah.
19  Q.  December of 2021.  I'm just trying to think of
20  what office would have been in a run-off in December of
21  2021, but it must --
22  A.  I --
23  Q.  -- must have been something special.
24  A.  Yeah.
25  Q.  Okay.  Thank you.

Page 36

1  A.  All right.
2  Q.  So since it sounds like you've already run a
3  few reports, so you're familiar with how to run these
4  reports, is that right, on the ePollbook?
5  A.  Yes.
6  Q.  Okay.  Can you also get the names of the
7  voters?
8  A.  Yes.  The names are on the report.
9  Q.  Okay.  Okay.  So, for example, you could see
10  which voters have a Spanish surname, like Lopez or
11  Perales versus another kind of name?
12  A.  Yes.
13  Q.  Okay.  What is the software that you're using
14  now that allows you to run the report?
15  A.  It's called ExpressPoll Connect, and the vendor
16  is ES&S, which is Election Systems & Software.
17  Q.  Have you ever assisted a voter to vote?  Have
18  you ever gone with someone and helped them?
19  A.  I have not.
20  Q.  Okay.  Do you have anyone in your family here
21  in Dallas County who uses assistants to vote?
22  A.  No.
23  Q.  No viejitos?
24  A.  No.
25  Q.  Okay.  Does Dallas County -- or from January of

Page 37

1  2018 until now, has Dallas County done any kind of voter
2  registration or voter outreach to specific communities
3  within Dallas County, either aiming the outreach at
4  particular neighborhoods or particular populations,
5  either voter registration outreach or voter outreach?
6  A.  Not specifically.  Anytime we've gone out to do
7  voter drives, we go to high schools, we go to colleges,
8  college campuses.  If somebody invites us because they
9  are having a big event -- it could be in the southern
10  sector, west side, east, we attend those.  And so we
11  don't specifically target one area over the other.
12  Q.  Okay.  Have you ever done any special outreach,
13  for either registration or voting, to disabled folks in
14  the community, any special disability outreach?
15  A.  No.
16  Q.  Let's talk about immigrants to the United
17  States.
18      Do you do any voter registration drives outside
19  of naturalization ceremonies?
20  A.  No.  We do inside.  We -- we go inside to the
21  naturalization ceremony.
22  Q.  Okay.  So --
23  A.  -- so...
24  Q.  -- somewhere in the building, you set up a
25  table.  Is that it?

Page 38
1   A.  Yes.  We used to, in the past, me and my staff,
2   we'd go to -- I mean, a couple of times a week
3   sometimes -- and we would register newly citizens.  Now
4   we have an Outreach Coordinator that kind of handles
5   that.  She was hired to do that, so she has volunteer
6   deputy registrars that go out to those locations now.
7       Q.  Do you have any records on how many people you
8   have registered to vote in connection with
9   naturalization ceremonies?
10      A.  I don't.
11      Q.  Nowhere do you -- do you have, like, something
12  in your office that says, okay, for this past year, this
13  is how many people we registered outside of
14  naturalization ceremonies, just to --
15      A.  Right.
16      Q.  -- show like how much work you're doing?
17      A.  Right.  Maybe our Outreach Coordinator would.
18  I just wouldn't have that right now.
19      Q.  Okay.  Do you do any outreach for voter
20  registration or voting in languages other than English?
21      A.  Spanish, yes.  And we just got a third
22  language, so I'm sure we'll be doing Vietnamese
23  outreach, as well.
24      Q.  You're newly covered for Vietnamese, right?
25      A.  Yes.

Page 39
1       Q.  And what's your other language?  You said it's
2   the third, so Spanish, Vietnamese --
3       A.  And English.
4       Q.  Oh.  Okay.  Have you ever done any voter
5   registration or voter outreach in minority neighborhoods
6   (indicating) specifically, or that just happens
7   naturally as a result of your regular work?
8       A.  Right.  It happens --
9           MS. HUNKER:  Objection, form.
10      A.  -- naturally.  I mean, if the high school or
11  the college is in a minority area, I mean, yes, we're --
12  we're there.
13      Q.  (By Ms. Perales)  Okay.  Do you -- do you have
14  any involvement in where you choose to locate polling
15  places for voting?
16      A.  I don't.
17          MS. PERALES:  I would like to take a
18  couple of minutes off the record, if I could.
19          THE VIDEOGRAPHER:  Okay.  We're going off
20  the record.  The time is 11:29 a.m.
21          (Break taken.)
22          THE VIDEOGRAPHER:  Okay.  We are back on
23  the record.  The time is 11:33 a.m.
24          MS. PERALES: Okay.  Before I pass the
25  witness, Mr. Lopez, I want to thank you for your

Page 40
1   patience with us today.  You are not done, but you
2   are done with me, and I'm going to pass you along to
3   Mr. White here.  But I did want to note for the record
4   that, based on our discussion, that the ExpressPoll Pad
5   Connect software can run reports on how many voters
6   voted in person with an assistor, that we believe that
7   that information is responsive to some of our request
8   for production.  And we are happy to continue this
9   conversation, but I want to note for the record that we
10  believe that the reports that Mr. Lopez is referencing
11  is something that we've asked for in the case, and that
12  Mr. Lopez also suggested there might be records
13  maintained by the Outreach Coordinator on voters --
14  voter outreach at naturalization ceremonies, which may
15  also be responsive to our discovery requests.  And I'd
16  be happy to sort of pinpoint that for you at a later
17  point, but I want to make sure that I get that on the
18  record before I pass the witness.
19          MR. STOOL:  Understood.
20          MS. PERALES:  And now I pass the witness.
21          MR. STOOL:  All right.
22          MS. PERALES:  And we're just going to --
23          MR. WHITE:  Yeah, I'll --
24          MS. PERALES:  -- hand this microphone to
25  Mr. White.

Page 41
1               EXAMINATION
2   BY MR. WHITE:
3       Q.  Mr. Lopez, how are you?
4       A.  Doing good.
5       Q.  I just have a couple of questions about your
6   testimony earlier about extended hours in voting.
7           And you testified earlier that polling places
8   were open until 10:00 p.m. on February 25th, 2022 --
9       A.  Yes.
10      Q.  -- is that right?
11          And was that because of a Court Order?
12      A.  Yes.
13      Q.  And do you remember what the reason was for the
14  judge ordering the extended voting hours?
15      A.  I don't.
16      Q.  Okay.  And how late were polling places
17  supposed to stay open prior to that Court Order?
18      A.  7:00.
19      Q.  Until 7:00 p.m.?
20      A.  Well, If there's no voters in line at 7:00
21  o'clock.  But if there's voters, they got to vote.
22      Q.  Were you concerned that having polling places
23  open until 10:00 p.m. on that day would lead to a voter
24  fraud?
25      A.  No.

Page 42

1  Q.  Why not?
2       MS. HUNKER:  Objection, form.
3  A.  I have no reason to believe that, no.
4  Q.  (By Mr. White)  Was anyone in your office
5  concerned that having the polling places open until
6  10:00 p.m. would lead to voter fraud?
7       MS. HUNKER:  Objection, form.
8  A.  I can't speak for them, no.
9  Q.  (By Mr. White)  Did you hear anyone in your
10 office express concerns to you that these extended hours
11 would lead to voter fraud?
12 A.  No.
13 Q.  Did your office receive any complaints from
14 voters that these extended hours would lead to voter
15 fraud?
16      MS. HUNKER:  Objection, form.
17 A.  I don't know if we received any complaints.
18 Q.  (By Mr. White)  Are you aware of any voter
19 fraud that occurred during these extended hours on
20 February 25th?
21 A.  I'm not aware of any.
22 Q.  Do you know how many voters showed up to vote
23 during these extended hours on February 25th?
24 A.  I do not have those numbers.
25 Q.  Okay.  Do you know if there were particular

Page 43

1  precincts in Dallas County where voters were more likely
2  to show up during these extended hours on February 25th?
3  A.  I don't --
4       MS. HUNKER:  Objection, form.
5  A.  -- know that.
6  Q.  Okay.
7       THE REPORTER:  I'm sorry.  Okay.  Thank
8  you.
9  Q.  (By Mr. White)  As a general matter, are there
10 voters in Dallas County who struggle to make it to the
11 polls during normal voting hours?
12      MS. HUNKER:  Objection, form.
13 A.  Repeat the question.
14 Q.  As a general matter, are there voters in Dallas
15 who struggle to make it to the polls during normal
16 voting hours?
17      MS. HUNKER:  Objection, form.
18 A.  I don't know.
19      MR. WHITE:  Okay.  I have no further
20 questions.
21      THE REPORTER:  Just a --
22      MR. WHITE:  And I will pass the --
23      THE REPORTER:  Just a second.  Okay.
24 Thank you.
25      MR. WHITE:  Okay.  Well, I will pass the

Page 44

1  witness, I guess, to anyone on the Zoom who wants to ask
2  questions remotely --
3       MS. PERALES:  Plaintiffs' side on the
4  Zoom.
5       MR. WHITE:  -- on the Plaintiffs' side.
6       MS. PERALES:  So I'm not tethered.  Just
7  give me a second to come down the table.
8       MS. BENDER:  The United States has no
9  questions at this time.  Thank you.
10      MS. PERALES:  Thank you.  This is Nina
11 Perales talking to you now.  Is there anybody on the
12 Zoom who has questions for the witness from the
13 Plaintiffs' side?
14      MS. CAI:  No questions from us at this
15 time.  Thank you.
16      THE REPORTER:  And can you identify?
17      MS. PERALES:  Yeah.  And just let me know
18 who said "No questions for the United States."
19      MS. BENDER:  This is Brady Bender.
20      MS. PERALES:  Brady Bender.
21      THE REPORTER:  Thank you.
22      MS. BENDER:  Yes.
23      MS. PERALES:  Thank you so much.  It just
24 sounds like --
25      MS. BENDER:  Thank you.

Page 45

1       MS. PERALES:  -- none of the other
2  Plaintiffs have questions.  So I think it's coming
3  around the table to Ms. Hunker.
4            EXAMINATION
5  BY MS. HUNKER:
6  Q.  All right.  Hello, Mr. Lopez.
7  A.  Hello.
8  Q.  It's good seeing you again.
9  A.  You, too.
10 Q.  So I have only a handful of questions for you.
11 To give you a precursor, my questions are mostly in
12 response to what the Plaintiffs have asked, and so
13 there's going to be a little bit of jumping around.
14      If at any point you get confused by my
15 switching subject or I'm not clear, can you please let
16 me know?  I am happy to lay either more foundation or to
17 rephrase the question.
18 A.  Okay.
19 Q.  Excellent.  So you had spoken about the
20 extended hours on February 25th, 2022; is that correct?
21 A.  Yes.
22 Q.  And the extended hours was based off of
23 decision from a Court; is that correct?
24 A.  Yes.  The County Judge, yes.
25 Q.  So when you say "a court" and you say "the

Page 46

1  County Judge," are you referring to a judicial action,
2  or are you referring to the County Judge acting in his
3  executive capacity in Dallas County?
4      A.  The County Judge from the Commissioners Court.
5      Q.  Okay.  So you're referring to the Commissioners
6  Court made the decision to have extended hours?
7      A.  Yes.
8      Q.  Okay.  So this was not imposed on Dallas
9  County.  This was a decision that Dallas County made,
10 itself; is that correct?
11     A.  Yes.
12     Q.  And they did not communicate why they asked for
13 extended hours on February 25th?
14     A.  They may have.  I just don't know that answer.
15     Q.  And so let me break that question down twice,
16 just to -- to clarify.
17         You were not aware of the reasons they
18 requested extended hours at all during that election; is
19 that correct?
20     A.  Correct.
21     Q.  And you do not know why they requested extended
22 hours on the specific day of February 25th; is that
23 correct?
24     A.  Correct.
25     Q.  When you extended hours from -- ending at 7:00

Page 47

1  moving it to 10:00 p.m., were there any logistical
2  challenges that you faced with that?
3      A.  Not that I'm aware of.
4      Q.  And when you're answering this question, are
5  you speaking about your specific subdivision within the
6  Election Administrator's Office, or are you talking
7  about the Election Administrators as a whole?
8      A.  As a whole.
9      Q.  Okay.  And so did you have problems, for
10 example, securing additional poll watcher- -- poll
11 workers?
12     A.  Not that I'm aware of.
13     Q.  And did you have any problem securing any
14 election judges?
15     A.  Not that I'm aware of.
16     Q.  Did you consider hosting 24-hour voting
17 locations during November 2020?
18     A.  No.
19     Q.  And do you know if your office considered
20 hosting extended hours during November 2020 at all?
21     A.  Not that I'm aware of.
22     Q.  So Ms. Perales had mentioned county-wide
23 voting, and you said you had -- Dallas County started
24 county-wide voting on Election Day in 2019; is that
25 right?

Page 48

1      A.  Yes.
2      Q.  And you had also discussed the process of
3  eliminating precincts; is that right?
4      A.  Yes.
5      Q.  Will precincts be closed in November of 2020
6  based on the -- let me rephrase that question because I
7  used the wrong year.
8      A.  Uh-huh.
9      Q.  Will precincts be closed in November 2022 based
10 on the switch to countywide voting in 2019?
11     A.  That is a plan, to close --
12     Q.  Okay.
13     A.  -- those centers, yes.
14     Q.  Do you know how many?
15     A.  I don't have that number yet.
16     Q.  Do you know how many early voting locations
17 were available for voters in November 2018?
18     A.  I don't know that number.
19     Q.  Okay.  What about November 2020?
20     A.  I don't have that number either.
21     Q.  Okay.  And you wouldn't know the amount of
22 election day locations on either of those years, would
23 you?
24     A.  No, not off the top of my head.  No.
25     Q.  Do you know if they'll be -- let's start with

Page 49

1  early voting -- if it will be the same number or
2  approximately the same number of polling locations in
3  the early voting period in November 2022 as there was in
4  November 2018?
5      A.  Approximately, yes, it should be close.
6      Q.  Okay.  And I'm going to ask the same question
7  with respect to November 2020.
8          Do you know if this might be approximately the
9  same number of locations in 2022, November, as there
10 were in November 2020?
11     A.  Approximately, yes, should be close.
12     Q.  And I'm going to ask the same question with
13 respect to Election Day.
14         To your knowledge, are there going to be
15 approximately the same number of polling locations on
16 Election Day in November 2022 as there were in November
17 2020?
18     A.  No.  It will be less.
19     Q.  And do you know by how much, roughly?
20     A.  I don't.
21     Q.  And what about based on 2018?  Would there be
22 approximately the same number of polling locations in
23 November 2022 as there would be -- as there were in
24 '20 -- November 2020?  Let me rephrase that question
25 because I completely messed up while stating it.

Page 50

```
 1      Do you know if it will be approximately the
 2  same number of polling locations in November 2022 as
 3  there were in November 2018?
 4      A.  It will be less.
 5      Q.  It will be less.
 6      A.  Yes.
 7      Q.  And what was the reason for the decline?
 8      A.  It was -- in 2019, they decided to keep all of
 9  them open, when we went to vote centers.  They wanted to
10  keep every single precinct open.  And then they said
11  after a two-year cycle, they would go down.  They
12  would -- the Commissioners Court would decide on
13  decreasing the number of locations to save on cost and
14  number of poll workers --
15      Q.  Uh-huh.
16      A.  -- so...
17      Q.  And did they have voter input with this, or did
18  they open the -- the decision-making process to voter
19  input?
20      A.  They opened it up.
21      Q.  And so voters were able to voice their concerns
22  or their support for the initiative?
23      A.  They have.
24          MR. WHITE:  Objection to form.
25      A.  They have -- they put a committee together,
```

Page 51

```
 1  Vote Center Advisory Committee.
 2      Q.  (By Ms. Hunker)  Do you know if any of the vote
 3  center committees findings or discussions are online?
 4      A.  I don't know if they are online.
 5      Q.  Now, you had also discussed the ePad or the --
 6  where you sign in on -- when in-person voting.  And I
 7  believe you said that that picks up who has requested
 8  assistance, all for the last few years; is that right?
 9      A.  Yes.
10      Q.  How does that work exactly?
11      A.  The ePollbook has -- you can sign on the
12  ePollbook, so there's a oath on there if somebody
13  requests assistance, and then the person giving the
14  assistance signs the oath on there.  And so when we do
15  the report, even the signature comes on the report, as
16  well.
17      Q.  Okay.  And so when it comes to assistants, it's
18  only picking up individuals who took the oath; is that
19  correct?
20      A.  Yes.
21      Q.  And so it's only taking individuals who assist
22  with the actual marking of the ballot; is that correct?
23          MS. PERALES:  Objection, vague.
24      A.  The -- for the ballot-marking device, yes.
25      Q.  (By Ms. Hunker)  So if, let's say, I were to
```

Page 52

```
 1  bring my grandmother in to vote and she's in a
 2  wheelchair and I helped push her to the polling
 3  location, but then she voted on her own, would she --
 4  would I have had to sign the poll book?
 5          MR. WHITE:  Objection --
 6          MS. PERALES:  Objection --
 7          MR. WHITE:  -- form.
 8      A.  No.
 9          THE REPORTER:  I'm sorry.  Thank you.
10      Q.  (By Ms. Hunker)  And so only certain types of
11  assistance are marked on the poll book; is that correct?
12          MS. PERALES:  Objec- --
13      A.  Voting assistance.
14          MS. PERALES:  -- -tion --
15      Q.  (By Ms. Hunker)  Voting assistance.
16          MS. PERALES:  -- this is --
17      A.  Yes.
18          THE REPORTER:  Sorry.
19          MS. PERALES:  Objection -- hold up --
20          THE WITNESS:  Okay.
21          MS. PERALES:  -- for one second --
22          THE WITNESS:  Okay.
23          MS. PERALES:  -- if you would.
24          First, objection, form; second, I want to
25  object that this is outside the scope of the designated
```

Page 53

```
 1  topic of this witness and possibly outside the scope of
 2  his knowledge as the Voter Registration Director.
 3          THE REPORTER:  And I didn't hear your
 4  answer.  Can you say your answer again?  You just said a
 5  few words, I know, but I did not hear you.
 6          THE WITNESS:  Yes.
 7          THE REPORTER:  Thank you.
 8      Q.  (By Ms. Hunker)  And so let me ask the question
 9  again because I actually lost my place of thought.
10          MS. HUNKER:  And I would ask that we keep
11  speaking objections to a minimum under local rules, 30,
12  only because it does disrupt my thought process.
13          MS. PERALES:  And I will, however, be
14  making the same objections again.
15          Go ahead, Ms. Hunker.
16      Q.  (By Ms. Hunker)  So only certain types of
17  voting assistance are -- let me -- let me rephrase the
18  question.
19          Only people who are offering certain types of
20  voting assistance sign on the ePad; is that correct?
21      A.  Yes.
22          MS. PERALES:  Same objection.
23      Q.  (By Ms. Hunker)  And how much familiarity do
24  you have with the ePad or the process in which an
25  assistor would sign the ePad?
```

Page 54
1  A. I've been trained on it, and I've helped --
2  I've trained others on my staff. I've trained them on
3  it, as well.
4  Q. So is this part of your responsibilities?
5  A. Not at the polls.
6  Q. But you said you have trained on this
7  particular device; is that correct?
8  A. Yes.
9  Q. And you've trained others?
10  A. Right.
11  Q. And have you seen it work and function?
12  A. Yes.
13  Q. And are you familiar with how it operates?
14  A. Yes.
15  Q. And you're familiar with the procedures in
16  which it -- it operates on this?
17  A. Yes.
18      MS. HUNKER: All right. No further
19  questions.
20      MS. PERALES: I have questions if Defense
21  Counsel don't.
22      MR. STOOL: No, I don't have any.
23      MS. PERALES: Okay.
24          REEXAMINATION
25  BY MS. PERALES:

Page 55
1  Q. Well, Mr. Lopez, I spoke too soon when I said I
2  was done with you.
3      Do you work at the polling place on Election
4  Day?
5  A. No.
6  Q. Do you make a decision or have you ever made
7  the decision whether somebody who is coming into the
8  polling place to assist another voter has to sign the
9  Oath of Assistance?
10  A. Not at the polls, no.
11  Q. Are you aware of the criteria that poll workers
12  and election judges use to decide who has to sign the
13  Oath of Assistance when they come with a voter to the
14  polling place?
15      MS. HUNKER: Ob- --
16  A. Yes.
17      MS. HUNKER: -- -jection, form.
18  A. Yes.
19  Q. (By Ms. Perales) Say that again.
20  A. Yes.
21  Q. And what is that criteria, then?
22  A. If they are -- if the voter requests
23  assistance, that's the person that will be signing the
24  ePollbook.
25  Q. Okay. And so the voter comes with the

Page 56
1  assistor?
2  A. Uh-huh.
3  Q. The voter says, I -- I want to bring this
4  person here to help me vote, and then the assistor signs
5  the oath; is that correct?
6  A. Yes.
7  Q. And are -- do you know if there's criteria that
8  election judges and poll workers use to decide whether
9  someone who's pushing a wheelchair, for example, is or
10  isn't an assistor?
11  A. Is there a criteria?
12  Q. Yeah. Do the poll workers make the decision,
13  who is an assistor? You know, what kind of help makes
14  you an assistor or not? Do -- are you aware of any
15  criteria that the poll workers use to make that
16  decision?
17  A. They have a training guide, yes.
18  Q. Okay. And so do you -- can you say, sitting
19  here today, whether someone who's pushing a wheelchair
20  with a voter and then comes in with them and over to the
21  voting station, can you say whether, sitting here today,
22  you know whether the poll workers would ask that person
23  who was pushing a wheelchair to sign the oath or not?
24      MS. HUNKER: Objection, form.
25  A. Yes, because that person would have to say, "I

Page 57
1  need assistance, and here's my assistor" --
2  Q. (By Ms. Perales) Okay.
3  A. -- yes.
4  Q. So, in that instance, the person pushing the
5  wheelchair and going over to the voting station with the
6  voter is the assistor who would sign the oath; is that
7  right?
8  A. Yes.
9      MS. PERALES: Okay. Thank you.
10      I pass the witness.
11      MR. WHITE: I have no further questions.
12      MS. HUNKER: Just to quickly clarify on a
13  point, assuming there's no other questions from the
14  attorneys on Zoom. Hearing none --
15      MS. BENDER: No questions.
16      MR. STOOL: ID. ID. Who said that?
17      MS. PERALES: Oh, that's -- that's Brady.
18      THE REPORTER: Thank you.
19      MS. BENDER: I'm sorry. That's right. No
20  questions at this time. Thank you.
21          REEXAMINATION
22  BY MS. HUNKER:
23  Q. So in the example where an individual is being
24  pushed, the way that the as- -- the way they would sign
25  the eBook or ePad is if they were announced, "This is my

Page 58

1  assistor"; is that correct?
2     A.  Correct.
3     Q.  And so if the person who is voting chooses not
4  to state, "This is my assistor," that person would not
5  sign the eBook; is that correct?
6     A.  Correct.
7         MS. HUNKER:  Thank you.
8         MS. PERALES:  And so subject to another
9  witness saying that they can't testify on a topic that
10 Mr. Lopez says he has knowledge of, then I think we can
11 switch over to the next witness now.
12        MR. STOOL:  Okay.  Mr. Lopez needs to get
13 back to the Elections Department, which is not that far
14 from here, but -- so if he has to come back, he'll have
15 to drive back down here.  But he's got duties he's got
16 to take care of because early voting is going on as
17 we're having this conversation.
18        MS. PERALES:  Understood.
19        MR. STOOL:  Okay.  So --
20        MS. PERALES:  Shall we take a moment off
21 the record --
22        MR. STOOL:  Sure.
23        MS. PERALES:  -- to switch out our
24 witnesses.
25        MR. STOOL:  Yes.

Page 59

1         THE VIDEOGRAPHER:  Okay.  We're going off
2  the record.  The time is 11:53 a.m.
3         (Break taken.)
4         (Deposition Exhibit Number 3 marked.)
5         THE VIDEOGRAPHER:  Okay.  We're back on
6  the record.  The time is 12:06 p.m.
7         REEXAMINATION
8         (Continued)
9  BY MS. HUNKER:
10    Q.  Hi, Mr. Lopez.
11    A.  Hi.
12    Q.  I am sorry to bring you back onto the hot seat,
13 but I had one or two more questions for you in relation
14 to the document that you and your Counsel had produced
15 to us during the deposition.
16    A.  (Witness moves head up and down.)
17    Q.  So you see -- do you have in front of you the
18 document that says "Summary Report GRP-Detail," and then
19 it says "2018 General & Joint Election"?
20    A.  Yes.
21    Q.  And this is for November 6, 2018, correct?
22    A.  Correct.
23    Q.  And then there's a part here that says straight
24 ticket; is that right?
25    A.  Yes.

Page 60

1     Q.  What does that mean?
2     A.  That means a voter can go into the polls and
3  just select a party, and it would select all those
4  candidates on that party.
5     Q.  So voters had an opportunity to vote straight
6  ticket in 2018, correct?
7     A.  Yes.
8     Q.  They did not have that opportunity in November
9  2020; is that correct?
10    A.  That's correct.
11    Q.  And they will not have that opportunity in
12 November 2022; is that correct?
13    A.  That's correct.
14    Q.  And that's because the law changed in
15 between -- or I should say before November 2020
16 election; is that correct?
17    A.  Correct.
18    Q.  And so Texas no longer allows straight ticket
19 voting; is that correct?
20    A.  Yes.
21        MS. HUNKER:  Thank you.
22        THE WITNESS:  Okay.  Thanks.
23        MS. PERALES:  And --
24        THE REPORTER:  I'm sorry.  Can you wait
25 one second?  Thank you.

Page 61

1         REEXAMINATION
2  BY MS. PERALES:
3     Q.  And just a couple of questions also about this
4  document, which I would like the court reporter to hand
5  to you, and it has been marked as Exhibit 3.
6         (Document handed to the witness.)
7     Q.  So, Mr. Lopez, you've been handed what has been
8  marked Exhibit 3, and do you recognize those as the two
9  pages that you brought with you today to the deposition?
10    A.  Yes.
11    Q.  And you described them a little bit earlier in
12 the deposition; is that right?
13    A.  Yes.
14    Q.  And just for the sake of the record, on this
15 first page of the exhibit, which is dated November 6th,
16 2018, can you tell me what that last column is that is
17 titled ED, underscore, ADA?
18    A.  ED's for Election Day.  ADA is for America's
19 Disability Act, and that's for voters with disabilities
20 that are voting.
21    Q.  And is it voters who used a special machine to
22 vote?
23    A.  Yes.  An ADA machine, yes.
24    Q.  All right.  So if a voter came in with an
25 assistant to help that voter vote on a regular machine,