```
1   _____

2   MIFAMILIA VOTA, et al.          )(
            Plaintiffs              )(
3                                   )(   CASE NO.
    VS.                             )(   5:21-cv-0920-XR
4                                   )(
    GREG ABBOTT, et al.             )(
5           Defendants              )(
    _____
6
    UNITED STATES OF AMERICA        )(
7           Plaintiff               )(
                                    )(   CASE NO.
8   VS.                             )(   5:21-cv-1085-XR
                                    )(
9   THE STATE OF TEXAS, et al.      )(
            Defendants              )(
10  _____

11            ORAL AND VIDEOTAPED DEPOSITION OF
12                    HILDA ANN SALINAS
                       APRIL 20, 2023
13  _____

14

15

16

17          ORAL AND VIDEOTAPED DEPOSITION OF HILDA ANN

18  SALINAS, OFFICE OF THE HIDALGO COUNTY ELECTION

19  ADMINISTRATOR, produced as a witness at the instance of

20  the State Defendants, taken in the above-styled and

21  numbered cause on APRIL 20, 2023, between the hours of

22  9:32 a.m. to 12:08 p.m. at the Office of Texas Attorney

23  General, Child Support Division, Pharr Regional Office,

24  3508 North Jackson Road, Suite 100, Pharr, Texas, and

25  1:32 p.m. to 4:55 p.m. at Bryant & Stingley, Inc., 1305
```



MAGNA
LEGAL SERVICES

Defendant's
Exhibits

441

Hilda Salinas                                              April 20, 2023
                                                              Page 9

```
 1      Q.  All right.  With the introductory stuff kind of
 2  done there, let's move to preparation.  What did you do
 3  to prepare for your deposition today?
 4      A.  Reviewed advisories, e-mails, just general
 5  information in regards to what was going to be
 6  discussed today.
 7      Q.  Okay.  And did you bring any of those documents
 8  with you?
 9      A.  No, ma'am.
10      Q.  Are you referring to Secretary of State
11  advisories?
12      A.  Yes.
13      Q.  Do you remember which ones you reviewed?
14      A.  I wouldn't be able to say exactly.
15      Q.  Do you recall the date of those advisories,
16  roughly?
17      A.  In the year 2022.
18      Q.  What kinds of e-mails did you review prior to
19  the deposition?
20      A.  The e-mails that the Secretary of State did
21  send us.
22      Q.  And do you recall the dates of those e-mails?
23      A.  Also 2022.
24      Q.  Did you meet with anyone in preparation for
25  today's deposition?
```



Hilda Salinas                                            April 20, 2023
                                                              Page 16

1        Q.   Okay.  Do you recall whether the 30 from 2022
2   was more or less than 2018?
3        A.   I wouldn't be able to say.
4        Q.   Okay.  I might have something about that later.
5   Okay.
6             Focusing on the 2022 general election,
7   what hours were Hidalgo County's early voting locations
8   open?
9        A.   The 2022 general election, 7:00 to 7:00.
10       Q.   Okay.  And do you know if that's more hours
11  than during the 2018 general election?
12       A.   We pretty much implement uniform hours, opening
13  and closing hours, and it's always been 7:00 a.m. to
14  7:00 p.m. in comparison, or if you're talking about the
15  November election.
16       Q.   And what were the hours for -- I'm sorry, just
17  to clarify.  You said it was 7:00 to 7:00 for early
18  voting in 2022?
19       A.   Yes, 7:00 to 7:00 for early voting and election
20  day.
21       Q.   For early voting and election day.  Okay.
22            You testified that you had 86 election day
23  voting locations in November 2022 on election day,
24  correct?
25       A.   Yes.



1       Q.   Is that more or less than election day 2018?

2       A.   That was more.

3       Q.   Do you know by how much more?

4       A.   12, 14.

5       Q.   Okay.  12 to 14 more locations November 2022 on

6    election day?

7       A.   Yes.

8       Q.   Could you describe how polling locations were

9    selected for the November 2022 election?

10       A.   Hidalgo County is the authority to decide on

11    the early voting and election day polling locations, so

12    it was through the Hidalgo County Commissioners Court.

13       Q.   Okay.  And so what is the relationship between

14    the Hidalgo County elections administrator and the

15    commissioners court?  Like what are -- could you

16    describe what their different functions are?

17       A.   According to the Texas Election Code, there are

18    some items that, you know, would need approval for us

19    to proceed in administering the election, and we would

20    need their approval with some of those items.

21            And in this case, the approval of the

22    early voting and election day polling locations would

23    be something that we would present to the commissioners

24    court during a commissioners court meeting.

25       Q.   And so the Hidalgo County elections



1   providing easy access to in-person voting locations

2   successful?

3       A.   Can you repeat the question?

4       Q.   Yes.  Would you consider Hidalgo County's

5   efforts at providing voters easy access to in-person

6   voting, would you consider those efforts successful?

7       A.   Yes.

8       Q.   And would you agree that Hidalgo County

9   provided its residents with ample opportunities to vote

10  in person?

11      A.   Yes.

12      Q.   And does Hidalgo County have countywide voting?

13      A.   Yes, we do.

14      Q.   And could you just briefly describe for the

15  record what that is.

16      A.   Countywide voting is where, for example, on --

17  on election day, if a voter did not have an opportunity

18  to go and vote at early voting where they can vote at

19  any polling location throughout early voting, it works

20  the same way as election day.

21               On election day, a voter, if they reside

22  in the city of San Juan, however, they find themselves

23  in the city of Edinburg, they can find their nearest

24  polling location, and they can visit that polling

25  location and cast their ballot.  Their ballot will be



Hilda Salinas

April 20, 2023
Page 26

```
 1    Hidalgo County to assist anyone who may have been
 2    experiencing any type of situations to where it would
 3    delay.
 4         Q.  Okay.  Okay.  Let's talk about staffing of the
 5    November 2022 election.  How many poll workers was
 6    Hidalgo County targeting to have for the election?
 7         A.  For the November election?
 8         Q.  Yes.
 9         A.  For election day, at least, you know, 800.
10         Q.  Okay.  And then for early voting?
11         A.  It is less.  Around 300.
12         Q.  Okay.  And you testified that you had 30 early
13    voting locations in Hidalgo County.  You were able to
14    staff those locations?
15         A.  The 30, yes.
16         Q.  Okay.  And for the 86 polling locations on
17    election day, you were able to staff those as well?
18         A.  We were able to staff those as well.
19         Q.  Okay.  And when we're talking about poll
20    workers, could you describe the various poll workers
21    that would be -- would be involved in an election?
22         A.  It would be the election judge, the alternate
23    judge, and the clerk.
24         Q.  Okay.  And volunteers as well?
25         A.  There -- they were mainly all poll workers and
```



Hilda Salinas                                                                April 20, 2023
                                                                              Page 27

1    judges that were going to be paid for their time there.

2         Q.  Got it.  Okay.  Thank you.  When did Hidalgo

3    County staff the 30 early voting locations and 86

4    election day locations?

5         A.  I want to say we started, you know, even after

6    the primary election.

7         Q.  And Hidalgo County didn't close any elections

8    due to lack of staff?

9         A.  No.

10        Q.  Are you aware of any voter who was unable to

11   vote due to lack of staffing?

12        A.  No.

13        Q.  What efforts, if any, did Hidalgo County take

14   to recruit poll workers?

15        A.  We -- we conducted a campaign, a media

16   campaign.  We involved, again, the commissioners court,

17   the entire commissioners court.  We presented a

18   resolution.  We also invited the republican party and

19   the democratic party also to provide, you know, their

20   support to encourage people to apply and sign up to

21   become poll workers.

22             The media was involved, press releases,

23   social media.  We shared all that information out

24   there.

25        Q.  You guys -- excuse me.  Hidalgo County has a



1    May local election coming up; is that right?

2         A.   Yes, ma'am.

3         Q.   And have y'all been able to staff that?

4         A.   Yes.

5         Q.   Okay.   What is the goal number of volunteers,

6    paid volunteers, for that election?

7         A.   Poll workers?

8         Q.   Yes.

9         A.   We do have 30 -- no.   I want to say 22 polling

10   locations for this election, so I want to say a little

11   less.   I wouldn't be able to give you an exact --

12        Q.   Okay, that's fine.   Thank you.

13        A.   I don't have that.

14        Q.   Let's talk about voting assistance.   Just a few

15   questions about this.   You're aware that on occasion

16   voters may request assistance to vote; is that right?

17        A.   Yes.

18        Q.   And you're also aware that when a voter

19   requests assistance, the voter can be provided

20   assistance by the election workers at the polling

21   location, correct?

22        A.   Yes, ma'am, uh-huh.

23        Q.   Are you aware of any incident in the

24   November 2022 general election where an election worker

25   refused to assist a voter after the voter requested



Hilda Salinas                                                April 20, 2023
                                                                    Page 29

 1   assistance?

 2        A.  No.

 3        Q.  And the voter can also request assistance from

 4   a third party, a person of their choice; is that right?

 5        A.  Yes.

 6        Q.  Are you aware of any voter who was unable to

 7   obtain assistance from the person of their choice?

 8        A.  No.

 9        Q.  Are you aware of any incident in the

10   November 2022 general election where a third party

11   refused to assist a voter after the voter requested

12   assistance?

13        A.  No.

14        Q.  And so you're not aware of any instances where

15   a voter was unable to receive voting assistance?

16        A.  No, I'm not aware of any.

17        Q.  Are you aware of any person who transported

18   seven or more people to a polling location and was

19   required to fill out a form pursuant to Section 64.009

20   of the election code?

21        A.  That is one of the procedures that is

22   implemented at the polling location, as it is the law.

23   It's Texas Election Code law.

24        Q.  Okay.  Are you aware of any person filling out

25   that form?



1    A.   I don't know anybody personally, but I do know

2    that it did happen.

3         Q.   In the November 2022?

4         A.   Yes.

5         Q.   Okay.  Are you aware of any individual who

6    refused to transport seven or more people to a polling

7    location because of the requirement to fill out the

8    form stipulated by the election code?

9         A.   No.

10        Q.   And so you're not aware of any voter who was

11   unable to find transportation to the polls because of

12   the requirement that a person who transports seven or

13   more people to a polling place fill out the form

14   stipulated in the election code?

15        A.   No, ma'am.

16        Q.   Okay.  So -- sorry.  So that would be correct,

17   you're not aware?

18        A.   No, I'm not aware.

19        Q.   Thank you.  It gets a little bit -- gets a

20   little bit mixed up there.

21             Did Hidalgo County receive any complaints

22   from any voters during November 2022 election related

23   to a disability?

24        A.   Related to a disability, no.

25        Q.   And I believe you testified to this earlier,



1    but Hidalgo County works to ensure that its voting

2    program is accessible to voters with disabilities,

3    correct?

4         A.   Correct.

5         Q.   And you're aware that voters with disabilities

6    have the option of requesting an accommodation or a

7    change to the normal voting procedures; is that right?

8         A.   Yes.

9         Q.   Were any accommodations requested in the

10   November 2022 election?

11        A.   None were.

12        Q.   I'm sorry.  Say that again.

13        A.   None were requested.

14        Q.   None were.  Okay.  Thank you.

15        A.   Huh-uh.

16        Q.   To your knowledge, did your office receive any

17   requests for accommodation regarding any of the

18   provisions in SB 1?

19        A.   No.

20        Q.   To your knowledge, did your office receive any

21   requests for accommodation regarding the requirement

22   that mail-in voters put their Social Security or ID

23   number on their application for ballot by mail?

24        A.   Can you repeat that?

25        Q.   Yes.  Did your office receive any requests for



1    accommodation regarding the requirement that mail-in

2    voters put their Social Security or ID number on their

3    application for ballot by mail?

4        A.  No.

5        Q.  Did your office receive any requests for

6    accommodation regarding the requirement that mail-in

7    voters put their Social Security or ID number on their

8    ballot by mail?

9        A.  No.

10       Q.  And so it would be correct to say that Hidalgo

11   County did not receive a request from a voter with a

12   disability to amend any of the procedures related to

13   mail-in voter requirements?

14       A.  No.  To my knowledge, no.

15       Q.  Okay.  Sorry.  So it would be correct to say

16   that there were no requests to amend the procedures?

17       A.  No requests to amend.

18       Q.  Okay.  Are you aware of any voters with

19   disabilities whose application to vote by mail in the

20   November 2022 election were rejected?

21       A.  If somebody with a disability --

22       Q.  Uh-huh.

23       A.  -- had their application for ballot by mail

24   rejected?  I'm not aware of any.

25       Q.  Okay.  And are you aware of any voters with



Hilda Salinas                                          April 20, 2023
                                                            Page 33

1  disabilities whose mail-in ballots were rejected?

2        A.  I -- I don't know.  I would have to see the

3  information.

4        Q.  Okay.  Okay.  Let's talk a little bit more

5  about mail-in voting.  Would you consider Hidalgo

6  County's mail-in early voting program a success for

7  November 2022?

8        A.  Mail-in early voting program a success?  In

9  what terms do you mean?

10       Q.  Well, we can just go through some more specific

11  questions.  But would you consider the mail-in ballots

12  for the November 2022 election, would you consider the

13  way that Hidalgo County administered that successful?

14       A.  Well, it's through the ballot board.  But I

15  would say that it's successful.

16       Q.  And I just want to pick up.  You made a

17  distinction there between Hidalgo County and the ballot

18  board.  Could you just describe for the record the

19  relationship between the election administrator of

20  Hidalgo County and the early voting ballot board and

21  their different responsibilities.

22       A.  Okay.  Well, the early voting ballot board is

23  brought in, you know, only to handle and process the

24  ballots that do come in, you know, to the Hidalgo

25  County Elections Department.



1        Q.   And, sorry, just to -- for the record, just to

2    get that full question out.

3                So missing a signature could be a reason

4    why an application for ballot by mail or a mail-in

5    ballot could be rejected?

6        A.   Right.

7        Q.   And is that also true for a mismatched

8    signature?

9        A.   Mismatched signature?  I wouldn't be able tell

10   you.  I don't -- I don't know.

11       Q.   Okay.  If the signatures don't match, is that a

12   reason why a mail-in ballot could be rejected?

13       A.   Yes.

14       Q.   Is that also a reason why an application for

15   ballot by mail could be rejected?

16       A.   An application for a ballot by mail, it would

17   be compared to the voter registration application, and

18   if the signatures don't match, I -- I wouldn't be able

19   to say.  I don't -- I don't know.

20       Q.   Okay.  What about a lack of statement of

21   residence?  Would that be a reason why a mail-in ballot

22   is rejected?

23       A.   Yes.

24       Q.   And so the ID provision of Senate Bill 1 is not

25   the only reason that a ballot could be rejected, right?



1      A.  Right.

2      Q.  Or an application for ballot by mail?

3      A.  Right.

4      Q.  Are you aware of anyone whose application for

5  ballot by mail was finally rejected because of the ID

6  requirement of Senate Bill 1 and who was unable to vote

7  in person?

8      A.  I don't have that information.

9      Q.  Does Hidalgo County have any way to identify

10  whether those voters were ultimately able to vote in

11  person?

12      A.  Our system is not able to pull a query like

13  that.

14      Q.  And so it would be possible that people whose

15  applications for ballot by mail or mail-in ballot were

16  rejected ultimately voted in person in the election?

17      A.  Yes.

18      Q.  I know you testified earlier that you don't

19  know the final rejection rates for the November 2022

20  election; is that correct?

21      A.  Correct.  I know that that was information that

22  was provided to you --

23      Q.  And I've got some documents --

24      A.  -- in discovery.

25      Q.  -- yeah, that we might look at in a bit.



1    you, but I wouldn't be able speak for them --

2         Q.  Okay.

3         A.  -- in that sense.

4         Q.  But that -- those issues are not curable

5    through the ballot tracker?

6         A.  No, huh-uh.  Okay.  I understand now.

7         Q.  Okay.  And so -- and so is it accurate to say

8    that there are more options to cure an ID defect or a

9    missing ID than it is for other defects?

10        A.  I see what you're saying.  Yes.

11        Q.  Okay.  I have a couple questions for you about

12   federal postcard application voters.

13        A.  Uh-huh.

14        Q.  Those voters can get their notice of defect

15   through e-mail, correct?

16        A.  Yes.

17        Q.  And they can update their signature sheet via

18   e-mail, correct?

19        A.  Yes.

20        Q.  And other voters don't have that option; is

21   that right?

22        A.  Not via e-mail, no.

23        Q.  And so correcting via e-mail is an additional

24   option that's provided to federal postcard application

25   voters?



1    election, correct?

2         A.  Yes, we did.

3         Q.  And to the best of your knowledge, you're not

4    aware of any voters who were unable to vote in person

5    in Hidalgo County during the November 2022 general

6    election because of SB 1 or any of its provisions,

7    correct?

8         A.  Correct.

9         Q.  Did Hidalgo County have any communications with

10   the Department of Justice related to the November 2022

11   election?

12        A.  No.

13        Q.  Okay.  Hidalgo County, I assume, had poll

14   watchers report to polling locations in central count

15   through the November 2022 election; is that correct?

16        A.  Yes.

17        Q.  And the poll watchers were assigned by

18   candidates of both parties; is that right?

19        A.  For the November election, by candidates.

20        Q.  Okay.  And are you aware of any reported

21   incident of harassment or intimidation by poll watchers

22   in the November 2022 general election?

23        A.  November -- in general with the entire

24   election?

25        Q.  Correct.



1  poll watcher in Edinburg being that close to the

2  election clerk, that would not be permitted by election

3  law?

4       A.  By election law, no, because they cannot be so

5  close to the point to where they can see how the voter

6  is voting and making their selections.

7       Q.  Okay.  And then you said -- so you said there

8  were two incidents, or was that just related to that

9  same poll watcher in Edinburg?

10      A.  No.  There was another one in San Juan Memorial

11 Library where the poll watcher and the judge did get

12 into a verbal, you know, altercation.  I did receive

13 some calls on that.

14           And I went over, and I spoke to the judge.

15 I also spoke to the poll watcher.  It was a case of

16 misunderstanding, and it was taken care of.

17      Q.  Okay.  And so those are the only two incidents?

18      A.  Yes.

19      Q.  Okay.  So it would be accurate to say that

20 you're not aware of any reported incidents where an

21 election judge wished to remove a poll worker because

22 of the poll worker's behavior but was unable to do so

23 because of SB 1?

24      A.  An election judge wanted to remove a poll

25 worker, no.



Hilda Salinas                                                    April 20, 2023
                                                                      Page 55

1      Q.   And was unable to do so?

2      A.   No.

3      Q.   Both of these incidents were resolved?

4      A.   Yes.

5      Q.   And -- okay.  You're aware that the Secretary

6  of State's office provides training to poll watchers,

7  correct?

8      A.   Yes.

9      Q.   And so you're aware they've undergone the

10 training before being certified, correct?

11     A.   Yes.

12     Q.   Have you had a chance to review the training

13 materials provided for poll watchers by the Secretary

14 of State for the 2022 general election?

15     A.   Yes, I did.

16     Q.   And have you sat for that course?

17     A.   I went ahead and I took the course.

18     Q.   Okay.  And so did the training in the course

19 instruct the poll watcher on what conduct they could

20 and could not engage in?

21     A.   Yes, they did.

22     Q.   Has that -- has it been your experience that

23 that training has been helpful in elections?

24     A.   I wouldn't be able to say.  I mean, I can only,

25 you know, speak for myself.  It was very



```
 1   last page before your verification.  Do you see an

 2   answer there to Interrogatory No. 3?

 3        A.   The second to the last page?

 4        Q.   Yes.

 5        A.   Interrogatory No. 3?

 6        Q.   Yes.  Do you see the answer there?

 7             MS. RAMIREZ SOLIS:  It's on the back.

 8        A.   Oh, yes.

 9        Q.   Okay.  And it says, "With respect to the

10   November 8th, 2022, general election, 1.26 percent."

11   Do you see where that is listed there under the answer?

12        A.   Yes.

13        Q.   Is that the final rejection rate for the

14   November 2022 general election?

15        A.   Yes, it is.

16        Q.   Okay.

17             MS. PERALES:  Objection, vague.

18             MS. HILTON:  Sorry?

19             MS. PERALES:  Sorry.  I'm making my

20   objection for the record.  I don't mean to slow your

21   progress.

22             MS. HILTON:  No.  That's okay.  I

23   appreciate it.

24        A.   "With respect to the November 8th, 2022,

25   general election, 1.26 percent."
```



Hilda Salinas                                                    April 20, 2023
                                                                     Page 76

1        Q.   Okay.   And for the November 2022 general
2   election, would you say more people cured by mail than
3   came in person?
4        A.   I -- in regards to the early voting ballot
5   board, just in the documents that I -- that I viewed,
6   some used the ballot tracker to cure their ballot, some
7   did come in person.   And I'm not sure if anybody was
8   mailed it or if it was mailed back.
9             From what I do know is that the early
10  voting ballot board did notify them, "Look, you still
11  have time.   We can mail it to you.   You can, you know,
12  correct it and then mail it back."   And, again, it was
13  mainly based on the time that was available, the days
14  that were left before the election date.
15       Q.   How about ABBMs for the November '22 general?
16       A.   The same -- the same was applied, depending on
17  the amount of time.   Again, it was entirely up to them.
18  We provided the option of asking them to go online or
19  they could come in person or we could mail it to them.
20  We would notify them, and then they would send it back.
21       Q.   Have you explored how the ballot tracker works
22  online yourself?
23       A.   I have only seen a screenshot of it.
24       Q.   Do you know if it still requires both the last
25  four of the Social and a driver's license number to log



Hilda Salinas                                    April 20, 2023
                                                      Page 83

1    you send to the voter.  You mentioned purple and

2    other -- other colors --

3         A.   It's very colorful, yes.

4         Q.   It's colorful.  And just to sort of close the

5    conversation on that, would it be fair to say that when

6    you send the voter a packet for vote by mail, it

7    includes the ballot?

8         A.   Uh-huh, yes.

9         Q.   It includes the secrecy envelope or privacy

10   envelope to put the ballot inside of?

11        A.   Yes.

12        Q.   It includes the carrier envelope which the

13   voter will use to send the ballot back to you?

14        A.   Yes.

15        Q.   And you mentioned also an insert reminding

16   people about the ID requirements, correct?

17        A.   Yes.

18        Q.   Anything else that you would put in there?

19        A.   The Secretary of State -- a letter from the

20   Secretary of State and directions on how to fill out

21   the carrier envelope.

22        Q.   All right.  And the letter from the Secretary

23   of State is about instructions to vote by mail, or it's

24   something else?

25        A.   It just explains the process, the dos and can't



Hilda Salinas                                          April 20, 2023
                                                             Page 84

1    dos and assistance and everything.  It explains the

2    entire process as well.

3         Q.  Okay.  When a carrier envelope arrives back to

4    Hidalgo County, the voter has sent it back to you, does

5    it arrive in your office?

6         A.  We do have a P.O. Box number, a mail -- a post

7    office box, and voters can use that, and that's where

8    they arrive.

9         Q.  To your office?

10        A.  Right.

11        Q.  Do you in your office open the flap to see

12   whether the voter has provided an ID number?

13        A.  Yes, we do.

14        Q.  And do you then check the system to see if you

15   can match that ID number to the voter's record?

16        A.  Yes.

17        Q.  And you do this before you pass materials on to

18   the -- either the early ballot --

19        A.  Early voting ballot board.

20        Q.  Oh, early voting ballot board, or the signature

21   committee?

22        A.  Yes, we do.

23        Q.  So in other words, the SB 1 ID verification

24   process happens in your office, correct?

25        A.  It can start with us.



Hilda Salinas                                                    April 20, 2023
                                                                Page 100

1    voting ballot board meeting, you do review the

2    envelopes -- carrier envelopes to see if the ID numbers

3    can be matched to the voter; isn't that right?

4        A.  Correct.

5        Q.  So there's really two phases here.  In the

6    first phase, it's your office that's reviewing ID

7    numbers.  And then in the second phase, it's the early

8    voting ballot board, right?

9        A.  Yes, because we can begin the process.

10       Q.  So of this 244 would be a combination of --

11   well, let me ask you, because I shouldn't assume.  When

12   you provide that number 244, is that only the number

13   that was flagged for rejection by the early voting

14   ballot board, or is that a combination of the ballots

15   that were flagged for rejection by either you or the

16   early voting ballot board?

17       A.  It's a combination.

18       Q.  Okay.  And then on the next -- the next

19   question -- the next subpart of the interrogatory asks

20   for the number of mail ballots that the County

21   ultimately accepted and counted after a voter cured a

22   carrier envelope defect of any kind, and the number is

23   146.  Do you see that?

24       A.  Yes.

25       Q.  And then J is -- asks for the number of carrier



Hilda Salinas                                            April 20, 2023
                                                          Page 101

```
 1   envelopes the County flagged for rejection because of
 2   an omission defect, and I believe the number is 74
 3   here.
 4        A.  Right.
 5        Q.  And to the best of your knowledge, is that
 6   number correct?
 7        A.  Yes.
 8        Q.  And then again for K, where it asks for the
 9   number of carrier envelopes the County flagged for
10   rejection because of a mismatch defect, the number is
11   zero again.  Do you see that?
12        A.  Yes.
13        Q.  So my question again is that for the carrier
14   envelopes this time, not the ABBMs, but for the carrier
15   envelopes, every single ID defect was an omission of
16   any number, and there were no defects at all connected
17   to mismatch?
18        A.  Correct.
19        Q.  Okay.  And then finally, for L, it asks for the
20   number of ballots that the County ultimately accepted
21   and counted after a voter cured either a mismatch
22   defect or an omission defect.  And the number there is
23   65; is that right?
24        A.  Yes.
25        Q.  And to the best of your knowledge, is that
```



1    number correct?

2         A.  Yes.

3         Q.  Thank you.  You can put that document aside.

4    The court reporter has handed you what has been marked

5    Deposition Exhibit No. 4.  Can you tell me if you

6    recognize this document?

7         A.  Yes.

8         Q.  Okay.  Tell me what this document is.

9         A.  It's the absentee rejection letter list.

10             MS. PERALES:  Okay.  And for those who are

11   on the Zoom, it's difficult to see the Bates number

12   here, but I believe it begins with Bates No. RFP34

13   000154.

14        Q.  Okay.  So you've given me the title of the

15   document, Ms. Salinas.  Can you tell me what this list

16   is?

17        A.  These are all the absentee ballot by mail, the

18   letters that were sent, the rejection letters.

19        Q.  And would it be correct to say that the mail

20   date range is August 1, 2022, to December 31, 2022?

21        A.  Yes, that's the -- the time frame that this

22   query was pulled.

23        Q.  Okay.  And in the column -- first column on the

24   left, ID number, is this the voter's VUID number or

25   some other type of ID number?



1          A.  No, I didn't.

2          Q.  Okay.  Are you aware of any changes in the oath

3     that people take when they assist a voter to vote?

4          A.  Any changes in the oath?  I think -- no, I'm

5     not -- I'm not aware of any changes in the oath.

6          Q.  Okay.  Do you use electronic pollbooks in

7     Hidalgo County?

8          A.  Yes, we do.  We have VoteSafe.

9          Q.  If somebody comes to assist a voter in the

10    polling place, does that assister fill out an oath

11    that's on paper or in the pollbook?

12         A.  It's on paper.

13         Q.  Okay.  Do you keep track of what percent of

14    your voters vote with assistance of any kind, either by

15    a poll worker or by someone they bring with them?

16         A.  We don't have a tracker for that.

17         Q.  In your position as the elections

18    administrator, would it be fair to say that if someone

19    is having problems voting that that information would

20    come to your attention because somebody would bring it

21    to your attention, either the voter or somebody else?

22         A.  It would ultimately get to me, yes.

23         Q.  Okay.  But you wouldn't necessarily know, for

24    example, if a voter was frustrated with having their

25    ABBM returned to them for an ID defect and the voter



Hilda Salinas                                       April 20, 2023
                                                        Page 123

 1   just says, "I'm not -- I'm not going to vote."  You

 2   wouldn't necessarily know that that had happened; is

 3   that correct?

 4      A.  I would have been notified, but I don't

 5   remember anything like that happening where somebody --

 6   you know, let's say, for example, early voting ballot

 7   board was trying to communicate with somebody and

 8   trying to assist them, and they -- you know, yes, they

 9   may have shared some frustration, you know, just like

10   with any other situation that a person, you know, finds

11   themselves in.

12              But I do know that the early voting ballot

13   board member was communicating and really trying to

14   assist to give them the options to help them and assist

15   them with trying to cure their ballot.

16      Q.  Got it.  But would you agree with me that there

17   are things that happen that just --

18      A.  There are some --

19      Q.  -- you'll never learn about them?

20      A.  Right, uh-huh.  There are some things that

21   happen being that there's so much happening at one

22   point in time throughout the entire duration of the

23   election.

24      Q.  And so if a voter just got their ABBM back and

25   said, "I'm not going to do this," you wouldn't



1   aside from the curbside voting incident?

2       A.  Yes.  There were some that did come up to me

3   and let me know.  "I did have to tell a couple, Hilda,

4   just so you know," especially at the end of the

5   election when they were coming in and reporting,

6   dropping off their supplies, everything.

7                 That's the time when we can communicate

8   with them, and they let us know what happened

9   throughout the day.  And I did receive some where they

10  stated, "I did have to tell a couple of poll watchers

11  just to make sure that they keep their distance."

12                Again, it's to protect the voter, for the

13  voter not to feel in any way intimidated or anything.

14  And those are the conversations that I was having with

15  them.  But just a couple.  It wasn't a lot.

16      Q.  Okay.  Do you know if any of them felt a

17  tension between wanting to protect the voter's comfort

18  and secrecy?

19      A.  Secrecy.

20      Q.  Secrecy, and the provisions of SB 1 that impose

21  penalties on poll workers if they obstruct the view of

22  a watcher?

23      A.  They -- they were a little concerned with that.

24  But it's -- it's all about how you approach the

25  situation, you know, gain that rapport with the poll



1    watcher, that communication.

2              And the poll watchers, you know, were

3    receptive once they were told, "You're a little bit too

4    close.  Go ahead and stand -- you know, think of the

5    voter."

6              "Yes, I understand," blah, blah, blah.

7    You know, there was communication back and forth

8    between them.  So yeah.

9        Q.  That's how you would guide the poll worker --

10       A.  Yes --

11       Q.  -- to try to establish --

12       A.  -- in regards to training.

13       Q.  Okay.

14       A.  Yeah.  In regards to training to establish

15   that.  We're here to work together.  We're here to

16   administer the election.  Each and everybody has a

17   different role.  And just as long as they follow their

18   own roles, you know, in accordance with the law, and

19   that's how we train.

20       Q.  So that leads me to the San Juan Memorial

21   Library.  You -- you mentioned very diplomatically that

22   there was a verbal altercation, and I was wondering if

23   you could just provide a little more detail on that.

24              Do you know what was the -- what -- what

25   the verbal disagreement was about between the poll



Hilda Salinas                                         April 20, 2023
                                                            Page 144

1        Q.   And then if I turn to the second-to-last page

2   of the document, which is No. 152 in the bottom right,

3   or page 152 in the top right, it looks like the return

4   status IF says "Incorrect or missing ID final "; is

5   that right?

6        A.   Correct.

7        Q.   Is this information where the responses to

8   subparts J and K to Interrogatory 3 on Exhibit 3 would

9   have been pulled from?  Feel free to take a second to

10  look at that.

11       A.   Correct.

12       Q.   And so it seems as if this information doesn't

13  distinguish between an incorrect ID number or a missing

14  ID number on the ballot carrier envelope.  Have I read

15  that right?

16       A.   It says "incorrect or missing ID final."  When

17  was this?

18       Q.   So is it possible that the number under

19  subpart J of 74 which asks for the number of carrier

20  envelopes that the County flagged for rejection because

21  of an omission defect would also include ballots

22  rejected because the ID number was incorrect?

23       A.   Again, as I stated earlier, it depends on how

24  the early voting ballot board went ahead and defined

25  that.  But over here, it states zero, so then it would



 1    have been because the number of ballots the County
 2    ultimately accepted and counted after the voter cured
 3    the carrier envelope defect of any kind, it was 146.
 4    And the number of carrier envelopes the County flagged
 5    for rejection because of an omission defect, it was 74.
 6        Q.  Yeah.  I guess what I'm trying to understand is
 7    how, in responding to these interrogatories, you found
 8    the difference between ballots that were rejected
 9    because of an omission and ballots that were rejected
10    because of a mismatch.
11            And I know that I control the document, so
12    if you need me to scroll down to the next page with the
13    rest of the descriptions, I'm happy to do that.  Just
14    let me know.
15        A.  Again, it's like I had stated earlier, we never
16    really use the term "mismatch" or "omission" over here.
17    It was really, "Oh, it didn't include a Social Security
18    number or a driver's license number," or, you know,
19    "One of those numbers was missing when we had something
20    else on file."  It was mainly defined as -- described
21    and stated as per what it was, so there may be
22    confusion there with the terms.
23        Q.  Sure.  So it would be fair to say that the
24    responses to J and K just reflect however the early
25    voting ballot board coded it and that you don't have



1    Q.  I know you spoke briefly earlier about some of

2    your education efforts around the November 2022 -- I

3    should say voter education efforts around the general

4    election, which I think you said included social media

5    and media interviews.  Anything else?

6        A.  Like I stated, appearing at -- placing an item

7    on our commissioners court meetings, going over the

8    information there; as well as the media, press

9    releases.  Anybody had any questions, we were made

10   available.  Everybody was cross-trained to answer

11   questions.

12       Q.  Did you discuss your voter education efforts

13   with the Secretary of State's office at all?

14       A.  As far as I know, no, we did not.

15       Q.  And did they discuss their voter education

16   efforts with -- with you at all?

17       A.  What they went -- what -- the information that

18   they did give us was just the information that, you

19   know, had changed, how to implement guidance.  That's

20   the information that they gave us.

21       Q.  How much of your overall voter education effort

22   was dedicated toward the ID number requirement for mail

23   ballot materials?

24       A.  For the November election, it was a refresher.

25       Q.  Do you think you'll continue to do that in the



Hilda Salinas                                      April 20, 2023
                                                       Page 151

1        Q.   For the period of when -- before the early
2    voting ballot board convened, when you said your office
3    was looking under the flap to make sure that the ID
4    number was there, would you send back ballots that were
5    missing an ID number at that point, or would you call
6    the voter and see what they wanted?
7        A.   We would call the voter and see how they would
8    want to proceed.
9        Q.   Was there a date after which you stopped
10   sending ballots back to voters because there wouldn't
11   have been enough time to mail them back by the
12   deadline?
13       A.   I do, more or less, have an estimation.  It
14   was, roughly, like, maybe 10, 11 days.
15       Q.   Okay.  Are you aware of any voters who received
16   notice of rejection too late to cure before the
17   deadline?
18       A.   I'm not aware.
19       Q.   Okay.  If a voter was sent notice that their
20   mail ballot materials were going to be rejected because
21   they didn't comply with the ID number requirement and
22   then you didn't hear from them again, would you send
23   them a final notice of rejection after the time period
24   to cure had passed?
25       A.   Yes.  The final notice was sent to them.



Hilda Salinas                                                    April 20, 2023
                                                                    Page 154

1    did need to train more.  We did need to change our

2    training modules.  We did need to, again, you know, add

3    more of the technological aspect in regards to setting

4    up our early voting ballot board to make sure that they

5    had the resources that they needed.

6                Also, the ballot by mail carrier and the

7    kits, all that information did change.  All of that

8    needed to be updated, the applications for ballot by

9    mail as well.  Updating our website, making sure that

10   everything was current and up-to-date.  It trickled

11   down to each and every, you know, point and aspect of

12   the election.

13       Q.  Do you think those expenses will be recurring

14   in future elections or many of them one time?

15       A.  I think it is going to be reoccurring, again,

16   depending on the scale of the election.  Of course,

17   like, for example, the mail carrier envelopes, how all

18   of that changed.  We were experiencing -- the fact that

19   we had to purchase our mail kits in sections because of

20   the paper shortage.

21                So we were experiencing situations like

22   that, but now we all have -- you know, we have the

23   entire kit together.  So we've already made those

24   purchases, so it would just be to keep it consistent

25   and keep it going.



1  happened or not to protect any privilege that, you

2  know, your county might have.

3           But did you make any referrals to law

4  enforcement for potential fraud in mail balloting in

5  connection with the November 2022 general election?

6       A.  No, we did not.

7       Q.  Do you -- is anyone in your office trained to

8  use the ID numbers on mail ballots as a potential

9  indicator of fraud?

10      A.  I don't understand.

11      Q.  Sure.  I guess let me phrase it this way.  Does

12 your office consider a mismatched or omitted ID number

13 on either an ABBM or a carrier envelope to be

14 potentially indicative of mail ballot fraud?

15      A.  No.  Our office did not think of it in that way

16 or form.

17      Q.  Okay.  Were there any instances where a

18 mismatch or omission on the ID number revealed that the

19 voter whose name was on the mail ballot materials was

20 not, in fact, the individual who sent the mail ballot

21 material to your office?

22      A.  I was not made aware of any such situation.

23      Q.  Okay.  Did you receive any feedback or

24 communications from voters indicating that voting by

25 mail was too difficult once these ID number



1    requirements were put in place?

2         A.   That it was too difficult from voters?

3         Q.   Yes.

4         A.   From voters?  Not stating that -- that it was

5    difficult.  Maybe that the ballot by mail tracker was

6    not user friendly, well, because it was a learning

7    process for them, right?  But other than that, no.

8         Q.   Okay.  So you specified voters.  Is there

9    anyone else you received that feedback from?

10        A.   No.  That the -- that the entire process was --

11   was difficult?

12        Q.   Yeah.

13        A.   Senate Bill 1?

14        Q.   Uh-huh.

15        A.   No, not -- not in that way.

16        Q.   Okay.

17        A.   No.

18        Q.   I think you testified earlier that you are an

19   offline county for TEAM purposes, correct?

20        A.   We are an offline county.

21        Q.   Is VOTEC your vendor?

22        A.   Yes, they are.

23        Q.   Were you aware of any issues communicating data

24   between VOTEC and TEAM during the general election

25   cycle in 2022?



 1          A.   In 2022, yes.  What did happen was that we

 2   would do our daily upload, and for -- I don't know why,

 3   but we, let's say, uploaded it two -- two times, two or

 4   three times to make sure that it did go through, and it

 5   did not get uploaded.

 6                So the following day on our website, we

 7   would have our unofficial early voting totals and all

 8   of that information posted, which is by the 10:00, you

 9   know, deadline -- 10 a.m. deadline for the following

10   day, but in the Secretary of State's website, it stated

11   zero.

12                So they didn't receive the upload.  I did

13   call them.  I did let them know.  My staff immediately

14   sent it to them again.  We did have record that it was

15   sent to them and it was uploaded to them, but I don't

16   know what happened, and then I didn't receive a

17   follow-up on that since.

18          Q.   Got it.  Were you aware of any issues,

19   information coming from TEAM to your county

20   specifically as it relates to the ID number

21   requirement?

22          A.   No.  As far as I know of, with the other way

23   around, like, in regards to ID, no.

24          Q.   And are you aware of any issues with

25   information from voters who used an online ballot



```
 1        Q.  Do other counties have a JAR file?

 2        A.  I don't know what methods they -- they

 3   implement or if -- what -- how it is that they code

 4   their election.

 5        Q.  So as -- would it be fair to say that as an

 6   offline county, you are on your own?

 7        A.  Not necessarily, because we do -- we do upload

 8   daily to the Secretary of State, and we're always in

 9   communication going back and forth with our uploads and

10   updating each other's systems.

11        Q.  And you said just a little while ago in

12   response to some questions by Mr. Stewart that there

13   were some issues apparently with the Secretary of State

14   system receiving your uploads?

15        A.  Right.  Our daily uploads, our voter turnout

16   uploads.

17        Q.  Were there problems with the Secretary of State

18   receiving uploads of your registration information in

19   advance of the -- in advance of the election?

20        A.  No, we did not.

21        Q.  As far as you know, were there any problems

22   with the Secretary of State receiving information

23   concerning the number of applications for ballots by

24   mail that you received?

25        A.  No.  I don't have any information like that.
```



1    No, I don't -- they didn't...

2         Q.  They didn't what?

3         A.  There wasn't any problems.

4         Q.  So during -- during the period when you were

5    receiving and processing applications for ballots by

6    mail, would your office do a daily upload to the

7    Secretary of State's office of the number of

8    applications for ballots by mail received?

9         A.  Okay.  Can you -- this is -- you're talking

10   about an upload for applications for ballot by mail?

11        Q.  Correct.  So who would know -- so that they

12   would know how many you received, how many you

13   accepted, how many you rejected, the reasons for

14   rejection.  Did you upload all that information to

15   the -- to the TEAM system?

16        A.  Yes.  They do -- I do know that they -- I do

17   conduct various uploads to make sure that all the

18   systems are running, you know, concurrent, and we did

19   not have any problems with that.

20        Q.  So it was -- did your office report to -- or I

21   guess the right word would be upload to the TEAM

22   system -- your office upload to the TEAM system

23   multiple reasons -- when there were multiple reasons

24   for rejection of an application for ballot by mail?

25        A.  I do know that they do upload that information.



Hilda Salinas                                        April 20, 2023
                                                     Page 168

1    That way the voter can go into the mail ballot tracker

2    and update their information there.  So, yes, it would

3    need to be specific.

4         Q.  And as far as you know, was the TEAM system

5    updated with information from your county each day

6    during the primaries in the spring?

7         A.  I wasn't the elections administrator in spring.

8    I was the assistant director.  But in that capacity,

9    I -- I was aware that they would communicate daily.

10        Q.  So -- and were you aware --

11        A.  But as -- as far as to what, I don't know.

12        Q.  In connection with the general election, the

13   autumn when you were interim director, were you aware

14   that applications for ballot by mail information was

15   being uploaded daily?

16        A.  Again, I -- I do know that they were

17   communicating and uploading and exporting and doing

18   everything that they needed to do to communicate.

19        Q.  So am I correct, then, that the one problem

20   that you were aware of in communication between your

21   county system and TEAM was the problem that TEAM was --

22   was not reporting the daily upload of turnout figures

23   during the early voting period?

24        A.  Correct.  It was the voter turnout.

25        Q.  And during that same period, am I correct that



```
1   registration record, will that driver's license number
2   be added to the registration record?
3        A.  No, it will not.
4        Q.  Okay.  Does your office have a group of
5   election judges who work with you in every election?
6        A.  Yes.  We do have a group of election judges
7   that are -- that are seasoned election judges, and they
8   assist us in various elections, in each and every
9   election.
10       Q.  How many of them are there?
11       A.  I wouldn't be able to say the -- the amount,
12  but there is quite a few.  However, that amount has
13  gone down, considering that these election judges are
14  retired.  They are, you know, of age, and they're no
15  longer able to work the hours of 7:00 a.m. to 7:00 p.m.
16  of an election and then even through the weekend, so
17  they no longer assist us.  But we still have a good
18  group.
19       Q.  Have you had any election judges tell you that
20  they were not going to continue to work as election
21  judges because of the poll watcher provisions of SB 1?
22       A.  No, I had not -- I have not had any tell me
23  that.
24       Q.  Did you have any election judges tell you that
25  they wouldn't continue as election judges because they
```



1    had problems with poll watchers?

2         A.  No.

3                   MS. HILTON:  Can we take a five-minute

4    break, please?

5                   MR. GENECIN:  Hmm?

6                   MS. HILTON:  Can we take a five-minute

7    break, please?

8                   MR. GENECIN:  Certainly.

9                   (Brief recess)

10        Q.  I believe you testified earlier today that your

11   system shows whether a voter requested an annual ballot

12   by mail?

13        A.  Yes.

14        Q.  Is that right?  And which system is that that

15   you record that in?

16        A.  V Max.

17        Q.  And is that particular information, the fact

18   that the voter requested a ballot by mail for the whole

19   year, uploaded to TEAMS?

20        A.  Yes, it should be.

21        Q.  And if a voter requested an annual ballot by

22   mail and had that request rejected, is that information

23   uploaded to TEAM?

24        A.  Yes, because the State would need to use that

25   information for the mail ballot tracker, and all the



1              MS. HILTON:  Let's go off the record for a

2    second.

3                         EXAMINATION

4    BY MS. HILTON:

5         Q.  Good afternoon, Ms. Salinas.

6         A.  Good afternoon.

7         Q.  Earlier this afternoon, Ms. Perales asked you

8    some questions about voter registration.  Do you recall

9    those questions?

10        A.  Yes.

11        Q.  She asked you a series of questions about

12   voters over the age of 65 coming in person to update

13   voter registration.  Do you recall those questions?

14        A.  I think so, yes.

15        Q.  Isn't it true that voters can update their

16   voter registration information by mail?

17        A.  They can update their voter registration by --

18   they can -- they can mail their voter registration

19   application, and they can -- they can update it if they

20   wish to do so.

21        Q.  And is it also your understanding that voter

22   registration updates can also be made online?

23        A.  Online, no.

24        Q.  Not in Hidalgo County?

25        A.  Not in Hidalgo County.



Hilda Salinas                                    April 20, 2023
                                                 Page 196

1    TEAMS, then the ballot is accepted?

2        A.  Correct.

3        Q.  And that would also be true for ABBMs?

4        A.  Correct.

5        Q.  You testified both this morning and this

6    afternoon about four polling locations that had long

7    wait times on election day.  Do you recall that?

8        A.  Yes.

9        Q.  And that would have been four polling locations

10   with long wait times out of a total of 86 polling

11   locations on election day; is that right?

12       A.  Yes.  There was long lines pretty much at the

13   close of the polls at quite a few of them, but those

14   four are the ones one that were long.  And I -- I think

15   at one point I was speaking to a judge, and they did

16   state that there was more than 100 people waiting in

17   line.

18       Q.  And is that -- is four polling locations with

19   long wait times on election day, is that fairly typical

20   in a general election?

21       A.  It is.

22       Q.  Okay.

23       A.  It is.  And there could be more in some other

24   cases.  It just depends.  But those were the four that

25   I remember.



```
 1   Mexican-American.  Is that your testimony?
 2       A.  That is our demographic here in Hidalgo County
 3   from what I've seen.
 4       Q.  Okay.  So the demographic as to those four
 5   polling locations was not any different than the
 6   demographic in Hidalgo County generally?
 7       A.  Correct.
 8       Q.  Isn't it true that any person whose mail-in
 9   ballot was rejected before the polls closed on election
10   day had the opportunity to vote in person?
11       A.  Before the polls closed on election day, that
12   they had the opportunity to vote in person, yes.
13       Q.  And isn't it true that Hidalgo County has never
14   had a 0 percent rejection rate for mail-in ballots?
15       A.  It's -- we've always had a rejection
16   percentage, and in the November, it was 1.26.
17                   MS. HILTON:  And I'll pass the witness.
18                   MS. PERALES:  No further questions here.
19                   MR. STEWART:  Just one -- just one
20   follow-up, Ms. Salinas.
21                        EXAMINATION
22   BY MR. STEWART:
23       Q.  You were just asked whether it's true that any
24   person whose ballot is rejected before the polls close
25   can vote in person, correct?
```

