## Page 2

```
 1  _____
 2  MIFAMILIA VOTA, et al.      )(
            Plaintiffs          )(
 3                              )(  CASE NO.
    VS.                         )(  5:21-cv-0920-XR
 4                              )(
    GREG ABBOTT, et al.         )(
 5          Defendants          )(
    _____
 6
    UNITED STATES OF AMERICA    )(
 7          Plaintiff           )(
                                )(  CASE NO.
 8  VS.                         )(  5:21-cv-1085-XR
                                )(
 9  THE STATE OF TEXAS, et al.  )(
            Defendants          )(
10  _____
11
              ORAL AND VIDEOTAPED DEPOSITION OF
12                        ANNE SCOTT
                        APRIL 18, 2023
13  _____
14
15       ORAL AND VIDEOTAPED DEPOSITION OF ANNE SCOTT,
16  produced as a witness at the instance of the State
17  Defendants, taken in the above-styled and numbered
18  cause on APRIL 18, 2023, between the hours of 9:44 a.m.
19  and 11:04 a.m., reported stenographically by DONNA
20  McCOWN, Certified Court Reporter No. 6625, in and for
21  the State of Texas, at 7030 Mile 2 3/4 East, Mercedes,
22  Texas, pursuant to the Federal Rules of Civil Procedure
23  and any provisions stated on the record or attached
24  therein.
25
```

## Page 3

```
 1                   APPEARANCES
 2  COUNSEL FOR STATE DEFENDANTS:
 3       DAVID BRYANT
         OFFICE OF THE TEXAS ATTORNEY GENERAL
 4       P.O. Box 12548
         Austin, Texas, 78711-2548
 5
    COUNSEL FOR DEFENDANT HIDALGO COUNTY ELECTIONS
 6  ADMINISTRATOR:
 7       LEIGH ANN TOGNETTI
         HIDALGO COUNTY DISTRICT ATTORNEY'S OFFICE
 8       100 East Cano Street
         Edinburg, Texas  78539
 9
    COUNSEL FOR INTERVENOR DEFENDANTS:
10
         STEPHEN KENNY, via Zoom
11       JONES DAY
         51 Louisiana Avenue, NW
12       Washington, DC  20001
13  COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et al.:
14       LISA SNEAD
         DISABILITY RIGHTS TEXAS
15       222 West Braker Lane
         Austin, Texas, 78758-1024
16
         LUCIA ROMANO, via Zoom
17       DISABILITY RIGHTS TEXAS
         1500 McGowen, Suite 100
18       Houston, Texas  77004
19       CHRISTOPHER McGREAL, via Zoom
         DISABILITY RIGHTS TEXAS
20       1420 West Mockingbird Lane, Suite 450
         Dallas, Texas  75247
21
    COUNSEL FOR PLAINTIFFS HOUSTON AREA URBAN LEAGUE,
22  et al.:
23       DESTINY LOPEZ, via Zoom
         REED SMITH, LLP
24       355 South Grand Avenue No. 2900
         Los Angeles, California, 90071
25
```

## Page 4

```
 1  COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA:
 2       DANIEL J. FREEMAN, via Zoom
         U.S. DEPARTMENT OF JUSTICE
 3       950 Pennsylvania Avenue NW, 4CON 8.143
         Washington, DC  20530
 4
    COUNSEL FOR PLAINTIFFS LA UNION DEL PUEBLO ENTERO,
 5  et al.:
 6       PATRICK BERRY, via Zoom
         BRENNAN CENTER FOR JUSTICE
 7       120 Broadway, Suite 1750
         New York, New York  10271
 8
    ALSO PRESENT:
 9       Rene Ortiz, Videographer
10                      INDEX
11                                                  PAGE
    Appearances .....................................  2
12
    ANNE SCOTT
13  Examination by Mr. Bryant .......................  6
    Examination by Ms. Snead ........................ 44
14
    Errata Sheet/Signature Page ..................... 46
15
    Reporter's Certificate .......................... 48
16
    Attached to the end of the transcript:  Stipulations
17
```

## Page 5

```
 1                   EXHIBITS
 2  NUMBER  DESCRIPTION                              PAGE
 3    1   Notice of Deposition .....................  27
 4    2   Sixth Supplemental Initial Disclosures ..   27
 5    3   REV UP Website Pages .....................  34
 6    4   The Arc of Texas Website Pages ..........   35
 7    5   Texas Secretary of State Website Pages ..   37
 8    6   Impact Report, The Arc of Texas .........   38
 9    7   Texas Department of Public Safety Website
          Pages ...................................   39
10
     8   Texas by Texas Webpages .................   42
11
     9   Texas by Texas Welcome Webpage ..........   43
12
    10   Texas Department of Public Safety
13        Website Pages ...........................   43
```



MAGNA
Legal Services

Defendant's Exhibits 442

Anne Scott
April 18, 2023
Pages 10 to 13

Page 10
1  retained Lisa as your attorney?
2     A.  Well, they contacted us.
3     Q.  Who is they?
4     A.  REV UP contacted us.
5     Q.  And what did they say?
6     A.  They -- they said that we understand you all
7  had some difficulty.  Taylor had difficulty voting, and
8  which she did.  She didn't get a ballot, so...
9     Q.  Let's talk about that.  How far are you from
10 your nearest polling place?
11    A.  We are approximately 2 miles.
12    Q.  Okay.  So you're in the city limits of
13 Mercedes, Texas?
14    A.  No, we are not.
15    Q.  Okay.  And about how far are you from downtown
16 Mercedes?
17    A.  2 -- 2 and a half miles or 2 miles.  You know,
18 I don't know exactly.
19    Q.  Okay.  And how long have you been voting in
20 this area?
21    A.  Not very long.  Just a couple of years.
22    Q.  Okay.  And is there a reason why you didn't
23 vote prior to a couple of years ago?
24    A.  It just didn't interest me.
25    Q.  And what caused you a couple of years ago to

Page 11
1  become interested in voting?
2     A.  I just felt that it was our duty to do that,
3  and so did it.
4     Q.  What is the first election in which you
5  personally voted?
6     A.  2020.  No, that wasn't my first election.  I
7  had done so -- we used to live in Cameron County, and I
8  voted there, but --
9     Q.  I'm sorry.  I didn't understand where you
10 lived.
11    A.  We used to live in Cameron County years and
12 years ago, and I had voted there.
13    Q.  You said the first election you voted in in
14 recent years was the 2020 election.  Was that a primary
15 election or a general election or both?
16    A.  It was a general election.
17    Q.  Okay.  Was that also the first election in
18 which your daughter Taylor voted?
19    A.  That is correct.
20    Q.  In 2020, how did you cast your ballot, in
21 person or by mail?
22    A.  By mail.
23    Q.  And in 2020, how did your daughter Taylor cast
24 her ballot?
25    A.  By mail.

Page 12
1     Q.  Okay.  Did you do anything in 2020 to be sure
2  that your -- your ballot by mail was counted, or did
3  you just assume you sent it in and it --
4     A.  I assumed.
5     Q.  -- would be counted?
6     A.  I assumed, yes.
7     Q.  Okay.  So you don't have specific
8  information --
9     A.  No, I do not.
10    Q.  -- as to whether or not it was counted in the
11 2020 general election?
12          MS. SNEAD:  Try to let him finish his
13 question and then answer.
14          THE WITNESS:  Oh, sorry.
15          MS. SNEAD:  That's okay.
16    Q.  I think that was a perfect example of you --
17 you correctly knew what I was about to ask, and you
18 started answering it before I could get all the --
19    A.  Sorry.
20    Q.  -- all the words out there.
21          And after the 2020 general election, what
22 is the next election in which you voted?
23    A.  In 2022.
24    Q.  Okay.  Did you vote in the 2022 primary
25 election, general election, or both?

Page 13
1     A.  General election only.
2     Q.  In the 2022 general election, did you vote in
3  person or by mail or both?
4     A.  Both.
5           MS. SNEAD:  Objection, form.  Can you
6  clarify what you mean by voted both.
7     Q.  Both meaning did you both vote by mail and vote
8  in person.
9           MS. SNEAD:  Objection, form.
10    Q.  You can go ahead and answer the question.
11          MS. SNEAD:  Yeah, you --
12    Q.  If you -- if you need for me to clarify it,
13 please feel free to ask me to do so.
14          MS. SNEAD:  You can answer unless I tell
15 you not to answer when I object.
16    A.  Okay.  All right.
17          I got a ballot.  I filled it out by mail.
18 It was returned to me.  I don't know why, but it was
19 returned back to me.  So that's when we voted in
20 person.
21          I took my ballot to the polls so they
22 could see that I'm returning it, and I gave it to the
23 election judge, and then I voted in person.
24    Q.  Okay.  Did your daughter Taylor also vote in
25 the 2022 general election?



Anne Scott  
April 18, 2023  
Pages 14 to 17

Page 14
1  A. Yes, sir.
2  Q. And did she also vote in person?
3  A. Yes, sir.
4  Q. In connection with the 2022 general election,
5  did you submit an application for a mail-in ballot?
6  A. Yes, sir.
7  Q. And did your daughter Taylor also submit an
8  application for a mail-in ballot?
9  A. I submitted one for her.
10  Q. And did you provide on your application for a
11  mail-in ballot an identification number of some kind?
12  A. Yes, sir.
13  Q. What type of identification number did you
14  submit with your application for a ballot by mail in
15  the 2022 general election?
16  A. I believe I submitted my passport number.
17  Q. Did you submit only one number, or did you
18  submit multiple numbers?
19  A. I think it was just the one number on the
20  passport.
21  Q. Was that a United States passport that was
22  still active --
23  A. Yes.
24  Q. -- not expired?
25  A. Yes, sir.

Page 15
1  Q. And approximately when did you submit that
2  application for a mail-in ballot in connection with the
3  2022 general election?
4  A. I'm sorry. I really don't remember. It was
5  during early -- it was before early voting, I believe.
6  And I'm sorry. I don't really remember the date.
7  Q. After you submitted that application for a
8  mail-in ballot, did you receive a mail-in ballot?
9  A. I did, yes.
10  Q. Approximately, when did you receive that
11  mail-in ballot for the 2022 general election?
12  A. I'm sorry. I don't remember.
13  Q. I believe you said that you filled in your
14  mail-in ballot once you had received it; is that
15  correct?
16  A. That is correct.
17  Q. And did you submit an identification number or
18  numbers of some kind on that mail-in ballot?
19  A. Yes, sir.
20  Q. What identification number or numbers did you
21  submit?
22  A. My United States passport number.
23  Q. And did you mail in that mail-in ballot to the
24  proper address in Hidalgo County?
25  A. Yes, sir.

Page 16
1  Q. Approximately when did you do that?
2  A. There again, I really don't remember the date.
3  I'm sorry. I just --
4  Q. Okay. And sometime after you submitted your
5  mail-in ballot in connection with the 2022 general
6  election, did you receive some type of communication or
7  return of that ballot prior to the general election?
8  A. I -- I received the ballot back before the
9  election, yes.
10  Q. Okay. When you received your mail-in ballot
11  back, do you know if you received it from the Hidalgo
12  County Election Office or from the U.S. Postal Service
13  or from whom?
14  A. It was the election office, because it was
15  stamped.
16  Q. And what did the stamp say on it?
17  A. It just said "return" -- I don't even remember
18  what it said, but there was a stamp on it, and it said
19  return for more information or something. I don't
20  really recall, but it was stamped by the Hidalgo County
21  Election Office.
22  Q. I take it from that answer that you don't
23  recall what specific information the Hidalgo County
24  Election Office indicated you needed to provide in
25  order to -- or to have a mail-in ballot that they would

Page 17
1  accept?
2  A. That is correct.
3  Q. Did you attempt to get any help from anyone to
4  try to determine what you needed to do to provide
5  information requested by the Hidalgo County Election
6  Office so your mail-in ballot would be accepted?
7  A. No, I did not contact anyone.
8  Q. Why did you not contact anyone to get some
9  assistance in that matter?
10  A. Well, I was going to have to transport Taylor
11  over to -- because she did not get a ballot, so I
12  figured, well, if I have to transport Taylor over
13  there, I might as well take my ballot in hand and do it
14  there in Mercedes at the polls.
15  Q. At any time prior to completing the mail-in
16  ballot for the 2022 general election, did you do
17  anything to get information about what types of
18  identification numbers were required or acceptable?
19  A. No. I figured a U.S. passport would be fine.
20  I didn't use my driver's license because my name is
21  misspelled, and so it's not my correct name. So
22  that -- I use that as a form of identification wherever
23  I go, and it seems to work.
24  Q. In 2022, did you have a valid Texas driver's
25  license?



Anne Scott
April 18, 2023
Pages 18 to 21

Page 18

1    A. Yes, I do.
2    Q. In 2022, did you have a Social Security number?
3    A. Yes, sir.
4    Q. Did you consider submitting the last four
5  digits of your Social Security number on the
6  application for mail-in ballot or on the mail-in ballot
7  as an identification number?
8    A. I believe I did also, but I can't remember
9  if -- if I did or not, but I -- if it -- if they asked
10  for it, I'm sure I did.
11    Q. Did you look at anything either online or any
12  materials in paper form to determine whether or not a
13  passport number was an acceptable form of
14  identification for voting in Texas?
15    A. I assume a passport would -- a valid passport
16  would be just about the best identification you could
17  have.
18    Q. My question was whether you did anything to --
19    A. No.
20    Q. -- determine that rather than just assume.
21    A. No.
22    Q. When -- strike that.
23       When did your daughter first register to
24  vote?
25    A. Before the 2020 election, but I can't remember

Page 19

1  the exact date.
2    Q. In 2022, did your daughter have a Texas
3  driver's license?
4    A. She had an expired Texas ID.
5    Q. Okay. So she did not have a driver's license,
6  but she had a state ID card?
7    A. Yes, sir.
8    Q. And how long had she had a Texas state ID card?
9    A. I'm going to say since she was 20 years old.
10  It went through two cycles of renewal, because I did it
11  online once, so...
12    Q. And when did the state ID card expire in the
13  year or two prior to the general election in 2022?
14    A. It expired Taylor's birthday 10-25-2020.
15    Q. Did you or Taylor take any steps to try to
16  renew her state ID card in 2019, 2020, or 2021?
17    A. No.
18    Q. Is there a reason why neither of you took any
19  steps to renew her Texas state ID card during those
20  years?
21    A. Taylor is medically fragile, and this was
22  during COVID, and Taylor didn't even leave the house
23  for quite -- quite a while. So I already had renewed
24  it over -- online previously, so I couldn't do it
25  again. So that's the story on that.

Page 20

1    Q. In 2022, did you or Taylor take any steps to
2  attempt to renew her Texas state ID card?
3    A. No, sir.
4    Q. What was the reason for not taking any steps
5  like that in 2022?
6    A. I guess just being lazy.
7    Q. And have you or Taylor taken any steps in 2023
8  so far to attempt to renew her Texas state ID card?
9    A. No, we have not.
10    Q. Is there any reason for that?
11    A. Taylor still does not go out in the public,
12  normally. She does go to day care. Everyone wears a
13  mask. Most people at day care are medically fragile.
14  They're tested once a week for COVID. So it's kind of
15  a closed situation.
16       So Taylor goes to day care and comes home,
17  and that's pretty much it for her. Like a lot of
18  medically fragile people, we have to be very careful.
19  She is up-to-date on her COVID shots and everything,
20  but we still worry about her because of her medical
21  condition.
22    Q. Does your daughter Taylor have a Social
23  Security number?
24    A. Yes, she does.
25    Q. How long has she had a Social Security number,

Page 21

1  roughly?
2    A. Probably since she was born.
3    Q. By the way, I forgot to say, but I want to say
4  any time you want to take a break, feel free to call a
5  break. If you have to take care of the dog or anything
6  else, please feel free.
7    A. I'm fine.
8    Q. Okay. So what caused Taylor to have an
9  interest for the first time in voting in 2022, if
10  that's the first time she expressed that interest?
11       MS. SNEAD: Objection, form.
12       THE WITNESS: I can still answer the
13  question?
14       MS. SNEAD: Yes.
15    A. I think -- I think just -- just listening to
16  the news, and she just decided, "Hey, it's my right. I
17  would like to vote, Mom," you know. There was a lot of
18  people trying to get out to vote.
19    Q. I may have made an error in my question. Did
20  she first vote in 2020?
21    A. Yes.
22    Q. Okay.
23    A. That is correct.
24    Q. I asked you about 2022 --
25    A. Oh, okay. Okay.



Anne Scott

April 18, 2023
Pages 22 to 25

Page 22

1  Q. -- as if it were the first time she voted --
2  A. Yeah, yeah.
3  Q. -- but it was actually 2020. So is your answer
4  the same as to what caused her to first express an
5  interest in voting ahead of the 2020 general election?
6  A. Yes, sir. My answer is the same.
7  Q. Okay. In connection with the 2022 general
8  election, I believe you testified that you -- you
9  filled out all or part of her application for a mail-in
10  ballot, and I'm referring to your daughter Taylor?
11  A. Yes. Taylor does not write.
12  Q. Okay. And did you sign her name in connection
13  with that application?
14  A. I sign -- I printed her name and put probably
15  "mother" in parenthesis, but she has a mark, so she put
16  that on the application.
17  Q. Okay. And in connection with the actual
18  mail-in ballot, who signed that?
19  A. In 2020?
20  Q. In -- I'm asking in 2022.
21  A. Taylor did not get a ballot in 2022.
22  Q. Okay. When -- strike that.
23       If I understand you correctly, you
24  received a ballot, but Taylor did not receive a mail-in
25  ballot in connection with the 2022 general election?

Page 23

1  A. That is correct.
2  Q. Okay. When your daughter Taylor did not
3  receive a mail-in ballot in connection with the 2022
4  general election, did you contact anybody with Hidalgo
5  County Election Office or otherwise to try to see why
6  that occurred or to get her a mail-in ballot?
7  A. No, sir.
8  Q. Was there any reason why you did not do that?
9  A. I -- usually, contacting county offices, you
10  get the runaround, and it takes a while, so I -- I
11  didn't contact anyone.
12       (Off topic discussion.)
13  Q. Did you go with your daughter Taylor to vote in
14  person in the 2022 general election?
15  A. Yes, sir.
16  Q. And did you -- did the two of you vote early or
17  on election day?
18  A. We voted early.
19  Q. What's your best estimate of the date on which
20  you and your daughter Taylor voted in the 2022 general
21  election?
22  A. I'm sorry. It was a few days before early
23  voting stopped, but I couldn't tell you the date. I'm
24  sorry.
25  Q. When you and your daughter Taylor went to vote

Page 24

1  in person early in connection with the 2022 general
2  election, did you both go into the polling place?
3  A. Yes, sir.
4  Q. And did you have difficulties in going into the
5  polling place and voting in person on that occasion?
6  A. The ramp -- it's a two-story civic center
7  because of flooding, and the ramp was extremely long,
8  but once we were inside, the people were very helpful,
9  and...
10  Q. So aside from getting up the ramp, there were
11  no special difficulties that you -- you and your
12  daughter Taylor encountered in connection with voting
13  in 2022?
14  A. No, sir.
15  Q. When you and your daughter went to the polls to
16  vote in person in the 2022 general election, did
17  anybody accompany you, or was it just the two of you?
18  A. It was the two of us.
19  Q. I forgot to ask what's your date of birth?
20  A. It is 6-14-1955. I'm 67 years old.
21  Q. You have the same birthday as my -- my father,
22  but he was a lot older. He was older when I was born.
23       MR. BRYANT: Okay. Let's take a short
24  break, and then we're going to go through some
25  documents.

Page 25

1       THE WITNESS: Okay.
2       (Brief recess)
3  Q. Ms. Scott, how much education have you had, if
4  any, past high school?
5  A. Excuse me?
6  Q. How much education have you had, if any, past
7  high school?
8  A. Nothing past high school.
9  Q. Okay. And generally, where did you grow up?
10  A. I grew up on South Padre Island.
11  Q. Have you worked outside the home extensively in
12  your life?
13  A. Yes.
14  Q. Could you describe in general the kinds of work
15  that you've done?
16  A. I've been -- it's -- it's a lot of manual
17  labor. I've been a fence installer. I've been a
18  landscaper. I've worked in a nursery. I've worked in
19  a retail nursery. I enjoy working outside.
20  Q. Have you lived all your life in South Texas?
21  A. No.
22  Q. Where else have you lived?
23  A. I've lived in Dallas.
24  Q. How long did you live in Dallas?
25  A. Until I was 16.



MAGNA
LEGAL SERVICES

Anne Scott

April 18, 2023
Pages 26 to 29

Page 26

1  Q. How many children do you have?
2  A. Two.
3  Q. We've spoken some about Taylor. What's the
4  name of your other child?
5  A. April Campbell.
6  Q. And what's her current age?
7  A. She is 49.
8  Q. And where does she live?
9  A. She lives in Hawaii. Waimea, Hawaii.
10  Q. And how long has -- have you been married to
11  Carl Scott?
12  A. 46 years, or it will be.
13  Q. And what type of work does he do or did he do
14  if he no longer works?
15  A. He still works. He's an owner of a wholesale
16  nursery and has been for approximately 30 years.
17  Q. What education has Taylor, your daughter, had?
18  A. She's -- she didn't graduate from high school,
19  but she went. She was a senior. That's her education.
20  I would -- she's not up to grade level, so...
21  Q. Okay. Could you describe the nature of
22  Taylor's disabilities?
23  A. She's had cerebral palsy since birth.
24  Q. We're going to go through a few documents. I
25  don't think I'm going to have to ask you a whole lot of

Page 27

1  questions about -- about them.
2  A. Okay.
3  Q. But I do want to mark them. I'm going to hand
4  you what's been marked as Scott Exhibit No. 1, which
5  appears to be a State Defendants' Amended Notice of
6  Intent to Take the Oral and Videotaped Depositions of
7  Anne Scott and Taylor Scott. Have you seen this
8  document before?
9  A. Yes, I have.
10  Q. Okay. And approximately, when did you first
11  see that?
12  A. I -- I saw it yesterday.
13  Q. Let me hand you what's been marked as Scott
14  Exhibit No. 2. Ms. Scott, have you seen Scott
15  Exhibit 2 before?
16  A. Yes, sir.
17  Q. And I believe on page 4, No. 7, there's a
18  reference to you and your daughter Taylor.
19  A. Yes, sir.
20  Q. It states that Anne and Taylor Scott are
21  members of REV UP Texas and The Arc of Texas; is that
22  correct?
23  A. That is correct.
24  Q. And how long have you been a member of those
25  organizations?

Page 28

1  A. Probably about three months, two months. Two
2  months. Let's say two months.
3  Q. How long has Taylor Scott been a member of
4  those two organizations?
5  A. The same, two months.
6  Q. And what caused you to join REV UP Texas and
7  Arc of Texas a few months ago?
8  A. Well, the information that they had and also
9  this lawsuit. They sent me out some e-mails which is
10  interesting.
11  Q. Are you referring to e-mails about the lawsuit
12  or --
13  A. No.
14  Q. -- other things?
15  A. About overall what's going on with people,
16  things that might affect people with disabilities, and
17  I'm finding it quite interesting.
18  Q. Were you aware of REV UP Texas prior to the
19  2022 general election?
20  A. No.
21  Q. Were you aware of Arc of Texas prior to the
22  2022 general election?
23  A. Yes.
24  Q. Had you ever been a member of The Arc of Texas
25  prior to the 2022 general election?

Page 29

1  A. No.
2  Q. Have you had an occasion to look at the website
3  of REV UP Texas at any point?
4  A. No.
5  Q. Have you had an occasion to look at the website
6  of Arc of Texas at any point?
7  A. I think I have recently, yes.
8  Q. And have you sought out any information about
9  issues relating to voters with disabilities from The
10  Arc of Texas website?
11  A. No.
12  Q. Have you ever sought out information about
13  voters with disabilities in any form from The Arc of
14  Texas?
15  A. No.
16  Q. Have you ever sought out information about
17  voters with disabilities and related issues from REV UP
18  Texas?
19  A. No.
20  Q. How did it come about that you became a member
21  of REV UP Texas, and by that, I mean did you contact
22  someone or did someone contact you?
23  MS. SNEAD: Objection, form.
24  A. Someone contacted me.
25  Q. And who was that?



MAGNA
LEGAL SERVICES

Anne Scott   April 18, 2023
Pages 34 to 37

Page 34
1  don't remember exactly.
2    Q. Do you know if Marisol is an attorney?
3    A. I believe she's a paralegal.
4    Q. Is she located in this general area?
5    A. No.
6    Q. Where is she located?
7    A. I believe she's located in Austin, but I'm not
8  real sure. I believe so, though.
9    Q. Have you spoken with other people who are not
10 attorneys who are associated with REV UP Texas, Arc of
11 Texas, or Texas Disability Rights?
12   A. No.
13   Q. Let me hand you what's been marked as Scott
14 Exhibit No. 3. Could you take a moment and look
15 through those and see if you recognize any of the pages
16 of Scott Exhibit 3.
17       I'll tell you that it's excerpts from the
18 REV UP website, but they also incorporate some pages
19 from the Texas Secretary of State's Vote Texas website.
20 Just want to see if you recognize any of those.
21   A. No, sir.
22   Q. Okay. And I believe that you had testified
23 earlier that you don't recall having looked at the --
24   A. No.
25   Q. -- REV UP Texas website --

Page 35
1    A. Right.
2    Q. -- at any point up until today.
3    A. Yes, sir.
4    Q. Let me hand you what's been marked Scott
5  Exhibit No. 4.
6    A. Okay.
7    Q. And I'll ask you to go through that page by
8  page and tell me if you recognize any portion of that
9  document.
10   A. I do recognize "eligible to vote by mail," but
11 I don't recognize that it was on there. I read that.
12 I did not specifically read that on The Arc, but I -- I
13 have read that before, but like I said, I can't tell
14 you I read that on that website.
15   Q. Okay. When you refer to the "are you eligible
16 to vote by mail" portion of the document, are you
17 referring to the next to the last page of Scott
18 Exhibit 4?
19   A. That is correct. This area here, but I might
20 have read that someplace else, maybe even in the paper.
21 I -- I don't know.
22   Q. Okay. That's an area that's about
23 three-quarters of the way down the next to the last
24 page?
25   A. Yes, sir.

Page 36
1    Q. Now, when did you first become aware of a
2  proposed or actual change in the Texas voting laws in
3  2021?
4    A. I knew that they were changing the -- it was
5  probably after the 2020 election.
6    Q. Okay. So you were aware that they were
7  considering changing the voting laws in Texas prior to
8  the time that the voting law changes had actually been
9  passed by the Texas legislature?
10   A. Yes. I read it in the paper or heard it on the
11 news.
12   Q. Okay. Do you recall expressing any views about
13 that issue prior to the time that the Texas legislature
14 passed the voting law changes in 2021?
15   A. It felt like it was going to be more difficult
16 for me to vote and for Taylor to vote, but -- or just
17 everyone in general, but that was probably my view.
18   Q. Did you express that to anybody?
19   A. I'm sure I expressed it to my husband and to
20 Taylor, and he probably agreed with me, whether he, you
21 know, was listening or not.
22   Q. Did you express your views on the proposed
23 Texas voting law legislation to anyone outside your
24 family?
25   A. I doubt that.

Page 37
1    Q. You don't have any recollection of it, anyway?
2    A. No, I don't have any recollection of it, if I
3  did.
4    Q. You didn't call your senator or your
5  representative and --
6    A. No. No, I did not.
7    Q. Okay. Now, once the Texas legislature passed
8  the voting law changes in 2021 that's sometimes
9  referred to as SB 1 or Senate Bill 1, did you take any
10 action to become aware of what the changes were as they
11 affected you or your daughter?
12   A. I -- I heard -- I heard of some things that
13 were coming up, but I -- that's probably on the news or
14 in the newspaper, but...
15   Q. Aside from that, did you get or seek any
16 information about those voting law changes in SB 1
17 prior to the time that you voted in the 2022 general
18 election?
19   A. No.
20   Q. Let me hand you what's been marked as Scott
21 Exhibit 5. This, I believe, is excerpts from Texas
22 Secretary of State's website votetexas.gov. Could you
23 take a minute or two and go through those page by page
24 and see if you recognize any of them.
25   A. The only thing that specifically popped up to



MAGNA
LEGAL SERVICES

Anne Scott  
April 18, 2023  
Pages 38 to 41

Page 38

1  me was curbside voting, and there was none -- there was
2  no curbside voting in Mercedes.
3      Q. My question was whether you recall having seen
4  any of --
5      A. No.
6      Q. -- these pages in Scott Exhibit 5.
7      A. No.
8      Q. Did you contact the Hidalgo County Elections
9  Office either before or after the 2022 general election
10  to see whether or not they could provide some
11  assistance to Taylor so she would not have to
12  physically go into the polling place?
13      A. No.
14      Q. So you don't know whether or not they could
15  have or would have provided such assistance?
16      A. I have --
17      Q. Did you ask?
18      A. -- no idea.
19      Q. Okay. Let me show you what has been marked as
20  Scott Exhibit 6. This is a document that's entitled
21  2021 Impact Report from The Arc Texas. Could you take
22  a minute or two and look through that document and tell
23  me if you've seen any of those pages.
24      A. No, sir. I've never seen any of these pages
25  before.

Page 39

1      Q. I'll hand you what's been marked as Scott
2  Exhibit 7. This appears to be a portion of the Texas
3  Department of Public Safety website entitled How to
4  Renew your Texas Driver's License, Commercial Driver's
5  License, Motorcycle License, or Identification Card.
6          Do you recall having seen any or all of
7  Scott Exhibit 7?
8      A. Yes, I have read this, because I was trying to
9  do that for Taylor.
10      Q. Approximately when did you take a look at Scott
11  Exhibit 7?
12      A. I did that probably prior to her ID expiring in
13  2020. I went on the website to see if I could do it by
14  computer.
15      Q. And did you take another look at it at any
16  point after that time prior to 2020?
17      A. I probably have, but I -- I just remember going
18  online and finding out that we couldn't do it by
19  computer, and it was like, okay, well, we can't do it
20  by computer. So that was kind of it for me, but I
21  might have gone online again to, you know, make sure
22  what I was reading was correct.
23      Q. And when you looked at -- at it online the last
24  time you remember was in 2019 or 2020?
25      A. It was probably before it expired, so it would

Page 40

1  probably be in -- probably in January, maybe, of 2020,
2  when I looked at her -- her date of expiration and then
3  tried to get online and then read that.
4      Q. Okay. Did you or anyone in your family make
5  any attempt to contact Texas Department of Public
6  Safety or anyone else to see whether there was some
7  other way that Taylor could get her ID card renewed
8  without her physically having to go somewhere to do so?
9      A. No. I didn't contact -- it was kind of clear
10  on the website, you know, if you've already done it
11  before, you couldn't do it again.
12      Q. You just testified that you thought you looked
13  at the website in January of 2020.
14      A. I believe it was. I can't tell you the exact
15  date.
16      Q. And my recollection is that COVID really hit us
17  all in approximately March of 2020, although there was
18  some talk about it before then.
19          Do you recall when you -- when you looked
20  at the website you had already determined that -- that
21  the COVID pandemic was the reason why Taylor could not
22  physically go in to renew her state ID card?
23          MS. SNEAD: Objection, form.
24          THE WITNESS: I can still answer?
25          MS. SNEAD: Yes.

Page 41

1      A. There was talk of the shutdown, and I don't
2  remember if it was January or if it was February. It
3  probably was getting close to February. The reason why
4  I remember that all of a sudden is because we were in
5  Mexico, and we came back from Mexico, and that was --
6  it was going to lock down.
7          And so that's probably when I did it. I
8  don't, you know, remember the exact month, but
9  that's -- you know, I try to keep Taylor's stuff
10  up-to-date as much as possible. Actually, her -- I
11  renewed her passport during COVID because I looked at
12  it and went, "Oh, my gosh," you know. It was elapsing,
13  so there again.
14      Q. And were you able to renew Taylor's passport
15  without having to physically take her somewhere?
16      A. I took her to -- no. I took her to the CVS,
17  and I talked to the gentleman there, and they
18  basically -- it was great. They put everybody toward
19  the back of the store, and they -- I told them, "Okay.
20  I'm going to go get her, and she's medically fragile."
21          And they were just wonderful, and they
22  snapped her picture, and that was it. And I could take
23  her out, and -- and it was great. We pulled down her
24  mask for two seconds, pulled it back up, and out the
25  store we went. They were really kind, very kind.



Page 42

1  Q. And do you know whether or not the Texas
2  Department of Public Safety would have done something
3  similar had you requested that accommodation?
4  A. I have no idea.
5  Q. Let me hand you what's been marked as Scott
6  Exhibit 8. I'd like for you to take a minute to look
7  through that page by page and tell me if you recognize
8  any of those pages in Scott Exhibit No. 8.
9  A. And your question was that I've seen that?
10 Q. Do you recognize any of the pages in Scott
11 Exhibit --
12 A. Yes, I do. I renew all our vehicles. I don't
13 have the app on my phone because -- but I do go online
14 to renew our vehicles.
15 Q. Okay. Have you ever made any attempt to take
16 care of any transactions for your daughter Taylor on
17 that Texas State app?
18 A. No.
19 Q. Were you aware that among the transactions that
20 can be taken care of on the Texas State app is state ID
21 renewal?
22 A. I would assume so.
23 Q. Did you make any attempt to renew Taylor's
24 state ID card through the Texas government app,
25 sometimes referred to as Texas by Texas or TxT?

Page 43

1  A. No.
2  Q. Why did you not do so?
3  A. I didn't know you could renew by the app. I
4  don't have the app on my phone. I just have a laptop,
5  and I don't have the app on there. I just go to the
6  old site to renew the vehicles. I don't do any -- I
7  try and -- I got a new phone, and I really don't know
8  how to use it.
9     I don't -- I don't even have a message on
10 my phone because I can't find where to put the -- I'm
11 not real good at this stuff. I'm kind of self-taught.
12 I do what I need to, and that's about it.
13 Q. Let me hand you what's been marked as Scott
14 Exhibit 9. Could you look through Scott Exhibit 9 and
15 tell me if you have seen Scott Exhibit 9 or any portion
16 thereof before today?
17 A. I don't recall seeing it, but I probably have.
18 Q. Do you have any recollection of the occasion on
19 which you saw Scott Exhibit 9?
20 A. No.
21 Q. Let me hand you what's been marked Scott
22 Exhibit 10. Could you take a moment and look through
23 Scott Exhibit 10 and tell me if you recognize Scott
24 Exhibit 10 or any part of it.
25 A. I don't recall seeing that, but it probably was

Page 44

1  on the website.
2  Q. And when you refer to the "website," are you
3  talking about the Texas Department of Public Safety
4  website?
5  A. Texas Department of Public Safety. Excuse me.
6     MR. BRYANT: Okay. Thank you very much,
7  Ms. Scott.
8     I'm going to pass the witness.
9         EXAMINATION
10 BY MS. SNEAD:
11 Q. Just a few questions for you.
12 A. Sure.
13 Q. I believe you said you assisted Taylor with
14 voting in the 2022 general election. Was that right?
15 A. That is correct.
16 Q. What ID did Taylor use to vote in person in the
17 2022 general election?
18 A. Her passport. We took the passport because the
19 ID was expired.
20 Q. And was she able to vote after she showed her
21 United States passport in Hidalgo County in the 2022
22 general election?
23 A. Yes, ma'am.
24 Q. Have you received e-mail communications from
25 REV UP Texas?

Page 45

1  A. Yes, I have.
2     MS. SNEAD: No further questions.
3     MS. TOGNETTI: No questions from Hidalgo
4  County.
5     MR. BRYANT: Okay. Does anybody on Zoom
6  have any questions for the witness?
7     Let the record reflect that we hear none,
8  so at this point, let's declare Ms. Scott's deposition
9  complete. Thank you.
10    (Deposition concluded)

