### Page 2

```
 1  _____
 2  MIFAMILIA VOTA, et al.       )(
            Plaintiffs           )(
 3                               )(  CASE NO.
    VS.                          )(  5:21-cv-0920-XR
 4                               )(
    GREG ABBOTT, et al.          )(
 5          Defendants           )(
    _____
 6
    UNITED STATES OF AMERICA     )(
 7          Plaintiff            )(
                                 )(  CASE NO.
 8  VS.                          )(  5a;21-cv-1085-XR
                                 )(
 9  THE STATE OF TEXAS, et al.   )(
            Defendants           )(
10  _____
11
           ORAL AND VIDEOTAPED DEPOSITION OF
12                    TAYLOR SCOTT
                    APRIL 18, 2023
13  _____
14
15       ORAL AND VIDEOTAPED DEPOSITION OF TAYLOR SCOTT,
16  produced as a witness at the instance of the State
17  Defendants, taken in the above-styled and numbered
18  cause on APRIL 18, 2023, between the hours of
19  11:33 a.m. and 11:57 a.m., reported stenographically by
20  DONNA McCOWN, Certified Court Reporter No. 6625, in and
21  for the State of Texas, at 7030 Mile 2 3/4 East,
22  Mercedes, Texas, pursuant to the Federal Rules of Civil
23  Procedure and any provisions stated on the record or
24  attached therein.
25
```

### Page 3

```
 1                    APPEARANCES
 2  COUNSEL FOR STATE DEFENDANTS:
 3       DAVID BRYANT
         OFFICE OF THE TEXAS ATTORNEY GENERAL
 4       P.O. Box 12548
         Austin, Texas, 78711-2548
 5
    COUNSEL FOR DEFENDANT HIDALGO COUNTY ELECTIONS
 6  ADMINISTRATOR:
 7       LEIGH ANN TOGNETTI
         HIDALGO COUNTY DISTRICT ATTORNEY'S OFFICE
 8       100 East Cano Street
         Edinburg, Texas  78539
 9
    COUNSEL FOR INTERVENOR DEFENDANTS:
10
         STEPHEN KENNY, via Zoom
11       JONES DAY
         51 Louisiana Avenue, NW
12       Washington, DC  20001
13  COUNSEL FOR PLAINTIFFS OCA-GREATER HOUSTON, et al.:
14       LISA SNEAD
         DISABILITY RIGHTS TEXAS
15       222 West Braker Lane
         Austin, Texas, 78758-1024
16
         LUCIA ROMANO, via Zoom
17       DISABILITY RIGHTS TEXAS
         1500 McGowen, Suite 100
18       Houston, Texas  77004
19       CHRISTOPHER McGREAL, via Zoom
         DISABILITY RIGHTS TEXAS
20       1420 West Mockingbird Lane, Suite 450
         Dallas, Texas  75247
21
    COUNSEL FOR PLAINTIFFS HOUSTON AREA URBAN LEAGUE,
22  et al.:
23       DESTINY LOPEZ, via Zoom
         REED SMITH, LLP
24       355 South Grand Avenue No. 2900
         Los Angeles, California, 90071
25
```

### Page 4

```
 1  COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA:
 2       DANIEL J. FREEMAN, via Zoom
         U.S. DEPARTMENT OF JUSTICE
 3       950 Pennsylvania Avenue NW, 4CON 8.143
         Washington, DC  20530
 4
    COUNSEL FOR PLAINTIFFS LA UNION DEL PUEBLO ENTERO,
 5  et al.:
 6       PATRICK BERRY, via Zoom
         BRENNAN CENTER FOR JUSTICE
 7       120 Broadway, Suite 1750
         New York, New York  10271
 8
    ALSO PRESENT:
 9       Rene Ortiz, Videographer
         Anne Scott
10                       INDEX
11                                                          PAGE
    Appearances ......................................    2
12
    TAYLOR SCOTT
13  Examination by Mr. Bryant .......................    5
    Examination by Ms. Snead ........................   18
14
    Errata Sheet/Signature Page .....................   21
15
    Reporter's Certificate ..........................   23
16
    Attached to the end of the transcript:  Stipulations
17
                          EXHIBITS
18
    NUMBER   DESCRIPTION                                 PAGE
19
       (No Exhibits Marked)
20
21
22
23
24
25
```

### Page 5

```
 1       THE VIDEOGRAPHER:  Today is April 18,
 2  2023.  It is 11:33 a.m.  We're on the record.
 3            TAYLOR SCOTT,
 4  having been duly sworn, testified as follows:
 5            EXAMINATION
 6  BY MR. BRYANT:
 7    Q.  Ms. Scott, my name is David Bryant.  I am with
 8  the Texas Attorney General's Office, and appreciate you
 9  being here for the deposition today.
10       I want to allow the other attorneys to
11  state their appearances so everyone will know who's
12  participating in the deposition.
13            MS. SNEAD:  This is Lisa Snead from
14  Disability Rights Texas representing the OCA Plaintiffs
15  and defending Ms. Scott's deposition.
16            MS. TOGNETTI:  Leigh Ann Tognetti from the
17  Hidalgo County District Attorney's Office representing
18  the Hidalgo County Elections Administrator.
19            MR. BRYANT:  Are there other participants
20  on Zoom who want to state an appearance?
21            Let the record reflect that there are
22  none.  And we'll begin the deposition at this time.
23    Q.  (By Mr. Bryant) Ms. Scott, I'm going to be
24  asking you a series of questions.  You're under oath
25  just as you would be if you were testifying in court or
```



MAGNA LEGAL SERVICES

Defendant's Exhibits

443

Taylor Scott                                                           April 18, 2023
                                                                       Pages 6 to 9

Page 6
1  in front of a judge.
2         And so you -- you have an obligation to be
3  as truthful as you can.  Do you understand that
4  obligation?
5     A.  Yes.
6     Q.  Have you ever testified in a deposition or
7  otherwise --
8     A.  No.
9     Q.  -- before today?
10    A.  No, sir.
11    Q.  Okay.  One of the things that we have to
12 remember in these depositions is that all that really
13 matters is what the court reporter writes down, so if
14 you and I were just having a conversation, a lot of
15 times you would know what I'm asking before I finish my
16 question and you might answer it, but if you can wait
17 until my question is finished before you answer it --
18    A.  Okay.
19    Q.  -- that will help, and also, I will try not to
20 interrupt you when you are giving an answer --
21    A.  Okay.
22    Q.  -- so your answer will get fully on the page.
23    A.  Okay.
24    Q.  Any time that you need to take a break --
25    A.  Okay.

Page 7
1     Q.  -- please feel free to just say, "I need a
2  break."
3     A.  Yeah.
4     Q.  And you'll get one.
5     A.  Okay.
6     Q.  And also, if you have any difficulty
7  understanding anything that is going on, I want you to
8  feel free to --
9     A.  Okay.
10    Q.  -- consult your attorney, and your mother is
11 present here, and I'm fine with that on behalf of
12 the --
13    A.  Okay.
14    Q.  -- Attorney General and the State Defendants in
15 this case.
16    A.  Okay.
17    Q.  Okay.  What was your date of birth?
18    A.  10-30-87.
19    Q.  And are we currently in your home in Mercedes,
20 Texas?
21    A.  Yes, sir.
22    Q.  Have you lived here all your life?
23    A.  Yes, sir.
24    Q.  Do you recall when you first got a Texas state
25 ID?

Page 8
1     A.  Yes.  I had to go over to the driver's license
2  place.
3     Q.  About how old were you when you did that?
4     A.  I can't remember.
5     Q.  And do you still have a Texas state ID card?
6     A.  Yes.
7     Q.  Is it now expired?
8     A.  Yes, sir.
9     Q.  Approximately, when did your Texas state ID
10 card expire?
11    A.  I can't remember, sir.
12    Q.  Have you ever voted in an election?
13    A.  Yes.
14    Q.  How many times have you voted in an election?
15    A.  Once by mail.
16    Q.  And do you know what year it was when you voted
17 by mail in an election?
18    A.  No, sir.
19    Q.  What do you recall about the instance in which
20 you voted by mail in an election?
21    A.  We got our ballots.  We signed them and sent
22 them back.
23    Q.  And do you know what year that was?
24    A.  I don't remember.
25    Q.  Have you ever voted in person in a Texas

Page 9
1  election?
2     A.  Yes.
3     Q.  How many times have you voted in person?
4     A.  Once.
5     Q.  What year was it when you voted in person in an
6  election?
7     A.  It was this year.
8     Q.  Okay.  This year is 2023.  Was it the last
9  election in November '22?
10    A.  Yes.  No.  It was 2023.
11    Q.  Okay.  What do you recall about voting in the
12 election in person?
13    A.  I had to go to a building and vote.  I took my
14 passport to vote.  I didn't have my ID.
15    Q.  Where did you vote?
16    A.  In a building in Mercedes.
17    Q.  Was that a building you had been to before, or
18 was it the first time you had been there?
19    A.  It was the first time I've been there.
20    Q.  And who went with you to vote on that occasion?
21    A.  My mom.
22    Q.  Did you have any trouble casting your ballot
23 when you went to the polling place in Mercedes in that
24 election?
25    A.  No.  It was all done electronically.



MAGNA
LEGAL SERVICES

Taylor Scott

April 18, 2023
Pages 10 to 13

Page 10

1  Q. Do you recall any occasion in which you
2  attempted to vote by mail but couldn't do so?
3  A. Yes.
4  Q. When did that occur?
5  A. In this year's election.
6  Q. Was that in 2022 or 2023?
7  A. 2023.
8  Q. And what do you recall about the attempt that
9  you made to vote by mail on that election?
10  A. I didn't get a ballot.
11  Q. Do you recall whether or not you sent in an
12  application for a mail-in ballot on that occasion?
13  A. Yes.
14  Q. Did you fill out that application yourself?
15  A. My mom did.
16  Q. Okay. Did you sign that application?
17  A. She -- she writes for me. I can't -- I can't
18  write.
19  Q. And did you read that application before it was
20  sent in?
21  A. She read it to me.
22  Q. And do you recall that the application required
23  you to provide some type of identification number?
24  A. Yes, sir.
25  Q. And what type of identification number or

Page 11

1  numbers, if any, did -- did your mother provide on your
2  application for a mail-in ballot?
3  A. My passport number.
4  Q. Did she provide any other numbers?
5  A. No.
6  Q. At the time that that attempt was made to get a
7  mail-in ballot, did you have a Social Security number?
8  A. Yes.
9  Q. Did you know at that time that you could
10  provide the last four digits of your Social Security
11  number on that application?
12  A. Yes, sir.
13  Q. Is there a reason why you or your mom did not
14  provide the last four digits of your Social Security
15  number on that application?
16  A. I don't know.
17  Q. Did you provide the number on your state ID
18  card, even though it was expired?
19  A. No, sir.
20  Q. Why did you not do that?
21  A. Because it was expired. I used my passport.
22  Q. When I spoke with your mother earlier, she told
23  me that you had gone to high school; is that right?
24  A. Yes.
25  Q. So do you read well?

Page 12

1  A. Not very well.
2  Q. Is it -- do you think that you read?
3  A. Excuse me?
4  Q. Do you read fairly well?
5  A. Barely. I can read some words, but not many.
6  Q. Did you -- strike that.
7      Do you go online and read things?
8  A. No.
9  Q. Did you read any of the -- any material related
10  to the voting process when you applied to vote by mail?
11  A. No.
12  Q. Are you a registered voter in Texas?
13  A. Yes, sir.
14  Q. How long have you been a registered voter in
15  Texas?
16  A. I just started last year.
17  Q. Which year was that?
18  A. Last year.
19  Q. Was that 2022 or 2023?
20  A. 2023.
21  Q. Did your mother assist you in getting
22  registered as a voter?
23  A. Yes.
24  Q. Have you ever sought any assistance from anyone
25  other than your mother in connection with the voting or

Page 13

1  registering to vote?
2  A. No.
3  Q. Is it fair to say that you've never had any
4  contact with anybody at the State of Texas about
5  voting?
6  A. No, sir.
7  Q. Is it correct that you have not had any
8  contact, other than when you went in person, with
9  anybody at Hidalgo County about voting?
10  A. No, sir.
11      MS. SNEAD: I'm going to object to the
12  form, because I'm not sure she understands the
13  question.
14      MR. BRYANT: Okay.
15      MS. SNEAD: If you can phrase it more
16  directly.
17      MR. BRYANT: I'll try to do that.
18  Q. Have you ever talked in person or on the phone
19  with anyone from the State of Texas about voting?
20  A. My hand -- I cannot use the phone. My hand --
21  my hands do not work, so...
22  Q. So I assume from that that you've never talked
23  with anybody on the phone --
24  A. No, no.
25  Q. Have you ever talked with anybody from the



Taylor Scott                                                          April 18, 2023
                                                                      Pages 14 to 17

Page 14
1  State of Texas in person?
2     A. No.
3     Q. Have you ever spoken with anybody at the
4  Hidalgo County Elections Office about voting other than
5  the day when you went to the polls --
6     A. No, no.
7     Q. Are you a member of an organization called REV
8  UP Texas?
9     A. Yes.
10    Q. How did it come about that you learned of that
11 organization?
12    A. In the mail.
13    Q. And what mail did you receive?
14    A. I didn't receive anything, sir.
15    Q. Did you send off some mail?
16    A. No. We didn't receive anything.
17    Q. Okay. Why did you decide to become a member of
18 REV UP Texas?
19    A. To encourage other people with disabilities to
20 vote.
21    Q. And have you had any talks with anyone from REV
22 UP Texas?
23    A. No.
24    Q. When was it that you became a member of REV UP
25 Texas?

Page 15
1     A. I can't answer that. I don't know how to
2  answer that.
3     Q. Are you a member of Arc of Texas?
4     A. Yes.
5     Q. How long have you been a member of Arc of
6  Texas?
7     A. For a long time.
8     Q. And do you receive services or information from
9  Arc of Texas?
10    A. No.
11    Q. Why did you join or become a member of Arc of
12 Texas?
13    A. Because I was in school.
14    Q. Have you ever spoken with anyone from Arc of
15 Texas?
16    A. No.
17    Q. Have you ever gotten any information from
18 anyone at Arc of Texas about voting?
19    A. No.
20    Q. Have you ever sought any information about
21 voting from Arc of Texas?
22    A. No.
23    Q. Have you ever sought any information about
24 voting from REV UP Texas?
25    A. No.

Page 16
1     Q. I believe that you testified that on one
2  occasion you sent in -- or your mother sent in an
3  application to vote by mail for you; is that right?
4     A. Yes. And I didn't get anything.
5     Q. When you did not receive a ballot, did you or
6  your mother do anything to try to find out why you did
7  not receive a ballot?
8     A. No, sir.
9     Q. And why did you not try to find out why you did
10 not receive a ballot?
11    A. Because we didn't know who to call.
12    Q. Do you know whether or not your application for
13 a mail-in ballot ever got to the Hidalgo County
14 Election Board, or could it have been lost in the mail?
15       MS. SNEAD: Objection, form.
16       You can still answer.
17    A. It could have been lost in the mail.
18    Q. Have you ever spoken with anybody at the
19 Hidalgo County Election Board about how they could make
20 your voting easier?
21    A. No. I -- I have a disability. It affects me
22 every day. I can't walk. I can't -- my mom has to
23 dress me and everything. She puts me in the car, takes
24 me to day care.
25    Q. Do you recall any conversations you had with

Page 17
1  anybody at the polling place on the one occasion when
2  you went to vote in person?
3     A. A lady.
4     Q. And what conversation did you have at that
5  time?
6     A. That we didn't get our ballots.
7     Q. And what did the lady that you spoke with say?
8     A. "You can vote here."
9     Q. Do you recall any -- anything else that was
10 part of your conversation on that day?
11    A. No, sir.
12    Q. I have a number of exhibits here that I could
13 show you, but many of them are of information that is
14 available online, and if I understood your testimony
15 correctly, these are -- you don't look at things
16 online; is that right?
17    A. No, sir.
18    Q. Is it correct that you do not?
19    A. No, sir.
20       MS. SNEAD: Objection, form.
21       Can you just ask directly?
22       MR. BRYANT: Okay.
23    Q. Do you ever look at anything online?
24    A. No.
25       MR. BRYANT: Thank you, Ms. Scott.



MAGNA
LEGAL SERVICES