1    disabilities to request changes, accommodations, or

2    modifications to the voting procedures outlined in the

3    Texas Election Code during the November 8, 2022, General

4    Election."

5              Did I read that correctly?

6        A.  Yes, ma'am.

7        Q.  Has Harris County implemented any new policies

8    with respect to voters with disabilities in the -- since

9    end of May 2022?

10       A.  New policies, no.

11       Q.  Has Harris County introduced any new procedures

12   for voters with disabilities and how Harris County

13   treats voters with disabilities since May of 2022?

14       A.  No.

15       Q.  I'm going to introduce our second exhibit.

16              (Exhibit No. 2 was marked.)

17       Q.  (BY MS. HUNKER)  Do you have the exhibit in

18   front of you?

19       A.  I do.

20       Q.  Do you recognize this exhibit?

21       A.  I do.

22       Q.  And what is the exhibit?

23       A.  It's the notice to voters with disabilities.

24       Q.  And what is the purpose of this document?

25       A.  It's a form required by the secretary of state



Defendant's
Exhibits

444

1    for us to post in all active voting centers as well.

2    And it lists our -- the ADA requirements and how a voter

3    with disabilities can distribute a -- or complete and

4    distribute a disability complaint form to our office

5    should they have one.

6         Q.  And this is the notice that was issued by your

7    particular office; is that correct?

8         A.  Yes.  We produced this.

9         Q.  So turning to the first paragraph, it reads:

10   "The Americans with Disabilities Act requires that

11   Harris County voting program be accessible to

12   individuals with disabilities.  Harris County Elections

13   Department has a grievance procedure providing for

14   prompt and equitable resolution of complaints alleging

15   actions prohibited by the ADA."

16              Did I read that correctly?

17        A.  Yes.

18        Q.  Then if we move to the next paragraph, it

19   begins with "If you or a person with a disability has

20   encountered obstacles to voting or has been

21   discriminated against in violation of the ADA, you can

22   file a complaint using the Disability Complaint Form."

23              Did I read that correctly?

24        A.  Yes.

25        Q.  Does Harris County work to ensure that its



1    voting program is accessible to voters with

2    disabilities?

3        A.  Yes.

4        Q.  And can you maybe give me a short summary of

5    steps that Harris County took to ensure that the 2022

6    general election was accessible to voters with

7    disabilities?

8        A.  It's quite broad.  We -- on the have top level

9    we have our accessibility department that maintains our

10   vote centers in terms of insuring that their

11   architectural barriers are rectified, should we find

12   any.  We have a subject mattic -- matter expert and a

13   team of surveyors that survey each of our vote centers

14   that we intend to use for the upcoming election,

15   whatever election that might be, with a very extensive

16   checklist.  And again, architectural barriers being kind

17   of top level there as well as connectivity, internal

18   room sizes, et cetera.

19              And once those surveys are reviewed for

20   subject matter experts, then we -- in order to -- if --

21   if the vote center is found noncompliant as it pertains

22   to the American -- Americans with Disabilities Act, then

23   we make a plan for each of those vote centers with

24   temporary remediations whether they be ramps, cones,

25   doorstops, plates, et cetera, alternate entrance and



1    exits.  And that is again -- is -- is reviewed and

2    approved.

3              And so those remediations are planned for

4    each of those vote centers.  Additionally, our machines

5    that we have, our Duo-Gos for curbside voting for our

6    voters with disabilities, are implemented on -- during

7    early voting and Election Day.  And then our, you know,

8    we have our interpreter iPads.  We have our interpreter

9    requests.  So there's -- there's a myriad of things that

10   we're able to implement for voters with disabilities.

11        Q.  Would you agree me that Harris County takes its

12   responsibilities under the ADA seriously?

13        A.  Yes.

14        Q.  And would you agree with me that Harris County

15   has been successful in ensuring that its voting program

16   is accessible to voters with disabilities?

17        A.  I do.

18        Q.  Did any voter submit a disability complaint

19   form for the November 2022 general election?

20        A.  Yes.

21        Q.  And generally, what were the substance of these

22   complaints?

23        A.  There was three, and they were provided in

24   our -- the spreadsheet with our complaint forms.

25   Unfortunately, I don't know them off the top of my head,



 1   but there were three, I believe within that document.

 2                  MS. HUNKER:  And, Counsel, just for

 3   clarification, do you know when that document was

 4   produced?

 5                  MR. BIRRING:  I don't think we have

 6   produced that one.

 7                  MS. BINGHAM:  No, that's the -- that's the

 8   call log.

 9                  MR. BIRRING:  No, no.  This is a separate

10   one.  This is the ADA complaint form.

11                  MS. BINGHAM:  Oh.

12                  MR. BIRRING:  It's a spreadsheet, and I

13   think there were three.  I think I have it.  I might

14   have it.  Should we go off the record?

15                  MS. HUNKER:  Yeah, can we go off the

16   record?

17                  MR. BIRRING:  Yeah, let's go off the record

18   for a second.

19                  THE VIDEOGRAPHER:  We are going off the

20   record at 9:47 a.m.

21                  (Recess from 9:47 a.m. to 9:56 a.m.)

22                  THE VIDEOGRAPHER:  We are back on the

23   record at 9:56 a.m.

24       Q.  (BY MS. HUNKER)  So, Ms. Smith, during the

25   break, your counsel provided me a electronic copy of the



 1    complaint form you had just mentioned.  I believe he

 2    also showed you a copy as well; is that correct?

 3          A.  Yes.

 4          Q.  And we are going to be waiting for the printout

 5    to be submitted as an exhibit.  But to save time, you

 6    and I are going to discuss the electronic version which

 7    will be identical.

 8                    Is that understood?

 9          A.  That's correct, yes.

10          Q.  And this will be Exhibit 3.

11              (Exhibit No. 3 was marked.)

12          Q.  (BY MS. HUNKER)  And so you had said you

13    received three complaints through the disability

14    complaint form for the November 2022 general election;

15    is that right?

16          A.  That's correct.

17          Q.  And so I'm just going to quickly talk about the

18    description of the complaints.  It seems one of the

19    complaints involved a judge asking the voter to leave

20    the service dog with her while he voted; is that

21    correct?

22          A.  That's correct.

23          Q.  And then the second involved an issue regarding

24    the court control with voting room setup, and that was

25    later addressed by a tech; is that correct?



1      A.  That's correct.

2      Q.  And the third one had to do with a father

3  assisting his son to vote; is that correct?

4      A.  That's correct.

5      Q.  To your knowledge, did any of these complaints

6  address the requirements through SB1?

7      A.  The one where the father was helping his son,

8  that would pertain to our oath of assistance or the oath

9  of assistance.

10      Q.  And do you recall what the controversy in that

11  case was?

12      A.  Not to the specifics.  But the judge had

13  confusion on what an assistant -- what the definition of

14  an assistant was as it relates to the SOS form or the

15  form -- the updated form, I should say.

16      Q.  Okay.  And it says here that the election judge

17  was advised that the son is eligible to vote because he

18  is registered and was also advised to allow the father

19  to assist; is that correct?

20      A.  Correct.  The judge has the opportunity to call

21  in to our ADA line to receive information as -- as it

22  regards to -- to any ADA policies.

23      Q.  And so in this case, are you aware if the

24  father was in fact able to assist the son?

25      A.  Yes, he was.



Lauren Smith

March 21, 2023
Page 21

1    Q.  And just to -- let me know if I'm misstating

2    what you had said.  But it sounded as if the dispute was

3    over what it meant for voter assistance?

4    A.  Correct.  The definition of a voter assistant,

5    yes.

6    Q.  And so outside of the, I guess, submission

7    regarding voting assistance, did any of the other

8    complaints address requirements or provisions of SB1?

9    A.  No.

10    Q.  And so you received no complaints, disability

11    complaint forms, regarding mail-in ballot requirements;

12    is that correct?

13    A.  Mail-in ballot -- I'm not designated to talk

14    about mail-in ballots.

15    Q.  I'm simply asking if you received any complaint

16    forms that were -- with respect to voters with

17    disabilities having a problem or concern regarding

18    mail-in ballots?

19    A.  I'm sorry.  No, I didn't -- we did not receive

20    a complaint form regarding mail-in ballot -- ballots

21    from voters with disabilities.

22    Q.  Thank you.

23    A.  Sorry.

24    Q.  And you're aware that voters with disabilities

25    have the option of requesting an accommodation or change



1    to the normal voting procedure, correct?

2         A.   Yes.

3         Q.   Generally, do you know if there were any

4    accommodations requested during the 2022 general

5    election?

6         A.   Specifically, we -- no.  But we -- our -- well,

7    that's not true.  We have our requests for our

8    interpreters, the SIS interpreters.  But largely

9    specifically, no, I don't -- not any specific requests.

10        Q.   To your knowledge, did your office receive any

11   request for accommodation regarding any of the

12   provisions in SB1?

13        A.   No.

14        Q.   To your knowledge, did your office receive any

15   requests for accommodation regarding the requirement

16   that mail-in voters put their social security number or

17   ID number on their application for ballot by mail?

18        A.   No.

19        Q.   To your knowledge, did your office receive any

20   request for accommodation regarding the requirement that

21   mail-in voters put their social security number or ID

22   number on their ballot by mail?

23        A.   No.

24        Q.   Thank you.  I'm going to introduce our fourth

25   exhibit.



Lauren Smith                                              March 21, 2023
                                                               Page 24

```
 1              Did I read that sentence correctly?
 2     A.  Yes.
 3     Q.  To your understanding, is that a fair
 4  description of the report?
 5     A.  Yes.
 6     Q.  To your knowledge, has Harris County ever
 7  before issued a postelection report of this nature for
 8  previous elections?
 9     A.  Yes.
10     Q.  Are these also available publicly?
11     A.  I would assume.  I don't know.
12     Q.  And did you have any role in crafting this
13  particular postelection report?
14     A.  Yes.
15     Q.  And what was your role?
16     A.  As it pertains to vote centers, polling
17  locations, counts, anything -- our election night
18  operations, Election Day operations, probably some of
19  the planning and execution.
20     Q.  So I'm going to read the next two para- -- two
21  more paragraphs and ask a couple of questions.  If you
22  do not know the answer to these questions, just please
23  let me know.
24     A.  Okay.
25     Q.  So I want to turn to the second paragraph.  It
```



1          Q.  And I believe that would Spanish, Chinese, and

2     Vietnamese?

3          A.  Correct.

4          Q.  In addition to English?

5          A.  Uh-huh.

6          Q.  Looking at the hours that voting locations were

7     open during the early voting period in November 2022, do

8     you know if they were open for more hours in 2022 as

9     compared to the last midterm election in 2018?

10         A.  In 2018?

11         Q.  Yeah, last midterm election.

12              MS. HOLMES:  Objection to form.

13              MR. BIRRING:  Objection to form.

14         A.  I have no idea what that, means.

15         Q.  (BY MS. HUNKER)  Okay.

16         A.  I was not here in 2018.  I don't -- I can't

17     answer that question.

18         Q.  And so, if we look at the early voting hours of

19     operation, it says Monday through Saturday,

20     October 24th-29th.  Hours were open 7:00 a.m. to

21     7:00 p.m., correct?

22         A.  Correct.

23         Q.  And then on Sunday, October 30th, the hours

24     were open from 12:00 p.m. to 7:00 p.m.; is that right?

25         A.  Yes.



1          A.  Correct.

2          Q.  And then the next paragraph states:  "The

3     overall selection process involves the following."  The

4     paragraph then lists ten steps of the selection process;

5     is that right?

6          A.  Yes.

7          Q.  Is that an accurate list of the steps Harris

8     County takes when selecting polling locations?

9          A.  Yes.

10          Q.  To your knowledge, is this list complete?

11          A.  Yes.

12          Q.  And so location will not be selected as a

13     voting center if the location is not ADA compliant,

14     correct?

15          A.  To the best of our ability.

16          Q.  And Harris County works to ensure that its

17     residents have easy access to voting locations during

18     election, correct?

19          A.  Correct.

20          Q.  And Harris County works to ensure that its

21     residents have voting locations in close proximity to

22     where they live and work?

23          A.  Yes.

24          Q.  And would you consider Harris County's efforts

25     at proving voters easy access to in-person voting



1   locations successful?

2                MS. HOLMES:  Objection to form.

3        A.  Yes.

4        Q.  (BY MS. HUNKER)  Would you agree that Harris

5   County provides its residents with ample opportunities

6   to vote in person?

7                MS. HOLMES:  Objection to form.

8        A.  Yes.

9        Q.  (BY MS. HUNKER)  And so when you're selecting a

10  location, do you work with stakeholders?

11       A.  Yes.

12       Q.  And who are the stakeholders?

13       A.  Commissioners Court staff and representatives

14  of each party.

15       Q.  And do you also take input from community --

16  from the community?

17       A.  To an extent.

18       Q.  To what extent?

19       A.  Consideration.

20       Q.  And it says here on No. 9:  "After review by

21  stakeholders and considering all stakeholder feedback,

22  locations list was submitted to Department of Justice

23  for review and submitted to Commissioners Court for

24  approval."

25                Did I read that correctly?



Lauren Smith                                    March 21, 2023
                                                    Page 37

 1        A.  Yes.

 2        Q.  And so if the locations in the November 2022

 3   general election, did -- were the location list

 4   submitted to the Department of Justice?

 5        A.  Yes.

 6        Q.  And did you receive any feedback from the

 7   Department of Justice?

 8        A.  Various feedback would have included, you know,

 9   could we have found an -- if a approved location was

10   noncompliant, nonremediable, could we have found an

11   alternate location that perhaps was compliant but then

12   provided a list of reasons if that instance came about

13   why we couldn't find an alternate location.  It's our

14   practice to find an alternation location no matter what

15   should the facility be noncompliant.

16        Q.  And do you take into account the Department of

17   Justice's feedback when making the final decision on

18   your locations for voting centers?

19        A.  To the best of our ability, yes.

20        Q.  And let's just turn to page 7.  Now, I believe

21   you were also designated for 22, Topic 22, which is any

22   problems, concerns, difficulties, breakdown, or delays

23   you experienced during the November 2022 general

24   election and that you were designated in part.  And so,

25   if at any point when we're having this conversation you



Lauren Smith

March 21, 2023
Page 42

```
 1          A.   As it pertains to projected voter turnout.
 2          Q.   To your knowledge, Attachments 1 and 2 contain
 3     accurate information; is that right?
 4          A.   Yes.
 5          Q.   Did Harris County have any significant problems
 6     with wait times at the polling locations during the 2022
 7     general election early voting period?
 8          A.   Not to --
 9               MR. BIRRING:   Objection to form.
10               MS. HOLMES:   Objection to form.
11               MR. BIRRING:   You can answer.
12          A.   Not to my knowledge.
13          Q.   (BY MS. HUNKER)   And I see on page 17 -- if we
14     can go to that.   It says there's a "Wait Time Reporter."
15               Do you see what I'm referring to?
16          A.   Yes.
17          Q.   Is it correct that Harris County offered an app
18     on their website that provided voters with wait times
19     for each early voting center?
20          A.   Yes.
21          Q.   For the most part, did the wait time report --
22     reporter work as intended during the 2022 general
23     election's early voting period?
24          A.   As it intended, yes.
25          Q.   And so the last paragraph of page 17 reads:
```



1    "EVCs experienced common problems associated with

2    staffing, technical support, equipment operations, and

3    wait time updates."

4              Did I read that correctly?

5        A.  Yes.

6        Q.  And this is with respect to early voting,

7    correct?

8        A.  Yes.

9        Q.  What is the "controller not found" issue?

10       A.  It's a connection issue.

11       Q.  And so how does that affect the controller's

12   operations?

13       A.  I -- I'm not at liberty -- I can't speak on the

14   technical piece of the machines.

15       Q.  Do you know if it would have allowed -- and so

16   you don't know what it refers to with respect to the

17   machine being able to operate?

18       A.  I -- I can't speak on to -- to the extent of

19   its failure if it has an operational issue.  I -- I'm --

20   I do not deal with the technical part of the machines in

21   testing the machines or the -- the -- the on-site

22   technician's, you know, ability to troubleshoot on-site.

23       Q.  Okay.  So the "controller not found" issue, do

24   you know if that would have made the controller

25   inoperable while that problem was being addressed?



1    A.  Yes.  If -- if the controller was not found

2    then, you know, I -- obviously then the machines, you

3    know, created a -- a lapse.  And so then they would have

4    to be troubleshooted, whether that would be over the

5    phone or a tech on-site.

6    Q.  And so would that prevent, I guess, election

7    workers from being able to check in voters?

8    A.  Would the controller not found prevent -- well,

9    their check-in voters is on ePollbook.  But to -- to --

10   for the voter to carry their vote through, yes, that

11   would be a prevention of that once -- until the

12   machine was -- the issue was fixed.

13   Q.  And can that slow the processing of voters

14   through the polling site?

15   A.  For an on-site technical issue, yes.

16   Q.  And so the next page reads:  "EVCs also

17   experienced paper ballot jams when the voter was feeding

18   the blank paper into the Duo.  On certain occasions, a

19   voter's ballot would jam at the Duo and would have to be

20   spoiled and reprinted.  On certain occasions, the ballot

21   would not scan into the scan."

22            Did I read that correctly?

23   A.  Yes.

24   Q.  Harris County had a two-page ballot, correct?

25   A.  Correct.



1       Q.  And so for each voter, there were two

2  opportunities for the ballot to jam or fail to scan; is

3  that right?

4       A.  Correct.

5       Q.  And jams and failures to scan can slow the

6  processing of voters through the election site, correct?

7       A.  Correct.

8       Q.  Overall, would you consider Harris County's

9  in-person early voting program a success?

10      A.  Yes.

11      Q.  And so you were not doing delayed openings,

12  correct?  That's another designee?

13                 MS. BINGHAM:  Yes.

14      Q.  (BY MS. HUNKER)  And so I want to look at

15  Election Day.  Can you turn to page 20, please.

16  Actually, before we do, let's turn to page 19.  My

17  apologies.

18                 So it says here that there's an election

19  help desk; is that right?

20      A.  Yes.

21      Q.  Okay.  And it says:  "The EAO operates a

22  50-person help desk call center to receive calls from

23  election workers regarding any manner of support.  The

24  help desk contacts tech rovers and area representatives

25  when an issue could not be resolved over the phone.  The



```
 1   help desk included members of the election worker
 2   training team, temporary election workers, technical
 3   experts, and other EAO staff."
 4               Did I read that correctly?
 5       A.  Yes.
 6       Q.  And then if we turn the page on page 20.  It
 7   says:  "The EAO help desk received over 1,600 logged
 8   calls for VC support related to staffing, equipment
 9   support, procedural questions, supplies, and paper
10   ballots."
11               Did I read that correctly?
12       A.  Yes.
13       Q.  Are you aware if election workers called the
14   help desk but were unable to get through?
15       A.  Am I aware of any -- I am aware of long hold
16   times, yes.
17       Q.  Okay.  And so is it plausible that there were
18   calls made that were not received by the help desk
19   because of the delay?
20               MS. HOLMES:  Objection to form.
21       A.  I can't verify that.
22       Q.  (BY MS. HUNKER)  Okay.  Did you talk to any of
23   the election workers about their experience calling the
24   help desk?
25       A.  No.
```



1     Q.  And so if we go to the next paragraph, it says:

2  "Of the 1,600 calls, 368 calls, 23 percent, related to

3  ePollbooks, the Duos, Duo-Gos, Controllers, and Scans.

4               Did I read that correctly?

5     A.  Yes.

6     Q.  It then says:  "128 calls, 8 percent, related

7  to supplies and ballot paper; and, 143, 9 percent,

8  related to election worker procedural questions."

9               Did I read that correctly?

10    A.  Yes.

11    Q.  And then if we go where it says No. 3,

12 "Election Day Challenges."

13              Do you have that in front of you?

14    A.  I do.

15    Q.  It reads:  "The common problems reported and

16 encountered on Election Day included VCs not opening on

17 time, technical problems associated with the Controller

18 not found, Duo paper jams, ePollbook wait times, paper

19 ballot supply at several locations, and staffing."

20              Did I read that correctly?

21    A.  Correct.

22    Q.  Okay.  And so the "controller not found" issue

23 persisted on Election Day; is that right?

24    A.  Yes.

25    Q.  And do you know the extent that that issue was



1   throughout the polling locations?

2        A.  I don't.

3        Q.  And then it says in number -- letter C,

4   "ePollbook wait time updates."

5                  Do you see that?

6        A.  I do.

7        Q.  "During the early part of Election Day, the

8   ePollbook AWS server lost replication which prevented

9   the wait time tool from updating the website, prevented

10  the supply team from seeing real-time check-in, and

11  disabled the sample ballot lookup feature."

12                 Did I read that correctly?

13       A.  Yes.

14       Q.  It continues:  "This had a direct impact on the

15  ability to see how many voters were being checked in and

16  what the wait times were at any VC.  The vendor was able

17  to reestablish replication, which brought the wait time

18  tool and sample ballot back online and allowed supply to

19  reengage communications at the VCs."

20                 Did I read that correctly?

21       A.  Yes.

22       Q.  And so when we were talking about the app for

23  wait times, is that what this is addressing?

24       A.  Yes.

25       Q.  And so it sounds as if that app for wait times



```
 1   was down for a portion of Election Day; is that right?

 2       A.  Yes.

 3       Q.  Do you know how long it was down?

 4       A.  I want to say two hours.

 5       Q.  And did you have any complaints regarding wait

 6   times on Election Day?

 7       A.  I did not receive any complaints regarding wait

 8   times, no.

 9       Q.  Are you aware of any significant wait times at

10   the different polling locations in Harris County on

11   Election Day?

12            MR. BIRRING:  Objection to form.

13       A.  I'm not.

14       Q.  (BY MS. HUNKER)  And so we're going to look at

15   letter B, "Ballot Paper Supply."  It says "The EAO

16   received reports that several VCs needed ballot paper

17   delivery during" that -- "during the day.  An initial

18   media report indicated that at least 20 VCs ran out of

19   paper."

20            Did I read that correctly?

21       A.  Yes.

22       Q.  And if we jump to page 21, it says:  "The EAOs

23   call logs reflect that the help desk received calls from

24   46 VCs, 5.9 percent, requesting additional paper on

25   Election Day.  This does not indicate that the VCs ran
```



1    out of paper and had turned voters away as a result,

2    only that they required additional paper at some point

3    on Election Day."

4                 Did I read that correctly?

5         A.  Correct.

6         Q.  And if you jump to -- not the next page but the

7    page -- sorry -- not the next page but the next

8    paragraph after that.  It reads:  "Our investigation has

9    not yet revealed how many of these VCs had to turn

10   voters away due to a paper shortage.  Media reports

11   claim that a total of 24 VCs, 3.1 percent, ran out of

12   paper and had to turn voters away."

13                Did I read that correctly?

14        A.  Yes.

15        Q.  Has your office investigated how many voting

16   centers ran out of paper since this report came out?

17        A.  I don't know.

18        Q.  Are you aware of how many voting centers would

19   have ran out of paper on Election Day?

20        A.  I'm not aware of any voting centers running out

21   of paper on Election Day.

22        Q.  Going to hand over our next exhibit.

23                (Exhibit No. 6 was marked.)

24                MS. HOLMES:  Kathleen, do you have one

25   more?



Lauren Smith

March 21, 2023
Page 51

```
 1                    THE WITNESS:  Thank you.
 2                    MS. HUNKER:  Sorry.
 3                    MS. HOLMES:  That's okay.
 4        Q.  (BY MS. HUNKER)  Do you have that exhibit in
 5   front of you?
 6        A.  I do.
 7        Q.  And so the title of this document reads:  "KHOU
 8   11 Analysis:  Election ballot paper shortage bigger than
 9   estimated."
10                    Did I read that correctly?
11        A.  Uh-huh, yes.
12        Q.  Have you seen this article before?
13        A.  I have.
14        Q.  You have; is that correct?
15        A.  Yes.
16        Q.  And so if look at subtitle, it says:  "KHOU 11
17   Investigates discovered that 121 voting centers did not
18   initially receive enough ballot paper to cover voter
19   turnout."
20                    Did I read that correctly?
21        A.  You did, yes.
22        Q.  And if we turn to the next page, it states
23   something similar:  "KHOU 11 Investigates compared
24   ballot paper packets allocated to the number of votes
25   cast and discovered that 121 voting centers did not
```



1    initially receive enough ballot paper to cover voter

2    turnout."

3                    Did I read that correctly?

4         A.  Yes.

5         Q.  "The county allocated each of the" six -- "each

6    of the locations six ballot paper packets or enough for

7    600 ballots."

8                    Did I read that correctly?

9         A.  Yes.

10        Q.  "But the total votes cast exceeded that amount,

11   sometimes by hundreds of ballots.  For example,

12   946 Election Day ballots were cast at the Bellaire Civic

13   Center, 990 at the Warner Elementary School, and 1,037

14   at the Salyards Middle School."

15                    Did I read that correctly?

16        A.  Yes.

17        Q.  Has the Elections Office sought to corroborate

18   the information that was reported by KHOU 11?

19        A.  Can you explain the question?

20             MS. BINGHAM:  Object to form.

21        Q.  (BY MS. HUNKER)  Sure.  So you have here a news

22   article stating that 121 voting centers did not

23   initially receive enough ballot paper, correct?

24        A.  Uh-huh.

25             MS. BINGHAM:  Object to form.



Lauren Smith                                           March 21, 2023
                                                          Page 53

1        Q.  (BY MS. HUNKER)  Has your office done any
2    research to see whether or not that report -- reporting
3    was accurate?
4        A.  Yes.
5        Q.  And what was your determination?
6        A.  I can't speak on the determination.  That's
7    a -- invest- -- or the report is done by Rachelle.  She
8    can speak further on that.
9        Q.  Okay.  Then we can put this aside for now.  I'm
10   going to hand over our next exhibit.
11               THE WITNESS:  Thank you.
12               MS. HUNKER:  And my apologies.  I think I'm
13   one short on this one as well.
14               (Exhibit No. 7 was marked.)
15               MS. HOLMES:  Is this 7?
16               THE WITNESS:  Yes.
17               MS. HUNKER:  I believe so.
18       Q.  (BY MS. HUNKER)  Do you have the document in
19   front of you?
20       A.  I do.
21       Q.  And so this a news article with the title
22   "Harris County Elections Administrator can't answer why
23   polling locations ran out of paper"; is that correct?
24       A.  Yes.
25       Q.  And you -- let's just turn the page.  You see



Lauren Smith                                                    March 21, 2023
                                                                    Page 55

1        A.  No, I don't.

2        Q.  (BY MS. HUNKER)  So you were also designated to

3   speak on Topics 25 and 26, and so we're going to address

4   those.  25 is communications between you and the

5   United States Department of Justice, Department of

6   Homeland Security, and Department of State regarding

7   election administrating, voting, and possible incidents

8   of criminal activity conducted in connection with the

9   November 8th, 2022, general election.

10            MS. PAIKOWSKY:  Kathleen, I'd like to just

11   raise that, any of the communications concerning ongoing

12   investigations, we, you know, reserve the right to raise

13   investigatory privileges we have throughout this case.

14            MS. HUNKER:  Of course.  And Texas has

15   been, I think, pretty good over the course of this case

16   in identifying when we thought investigative privilege

17   would be relevant for the United States.

18            MS. HOLMES:  I agree.  I agree.  I just

19   wanted to -- to put it on the record.

20        Q.  (BY MS. HUNKER)  Has the Department of Justice

21   contacted you about any violation of federal law in

22   connection with the 2022 general election?

23        A.  No.

24        Q.  Has the Department of Homeland Security

25   contacted you about a violation of federal law in



Lauren Smith

March 21, 2023
Page 56

1    connection with the 2022 general election?

2        A.  No.

3        Q.  Has the Department of State contacted you about

4    a violation of federal law in connection with the

5    November 2022 general election?

6        A.  No.

7        Q.  Has the Department of Justice contacted you

8    regarding any type of illegal voting activity that would

9    have occurred in the November 2022 general election?

10       A.  No.

11       Q.  Has the Department of Homeland Security

12   contacted you regarding any illegal -- fraud or illegal

13   voting activity in connection with the November 2022

14   general election?

15       A.  No.

16       Q.  And has the Department of State contacted you

17   regarding any incident of fraud or illegal voting

18   activity in connection with the November 2022 general

19   election?

20       A.  No.

21       Q.  Have you contacted the Department of Justice

22   regarding a potential violation of federal law in

23   connection with the November 2022 general election?

24       A.  No.

25       Q.  Have you contacted the Department of Homeland



Lauren Smith                                                    March 21, 2023
                                                                    Page 57

1   Security regarding a potential violation of federal law

2   in connection with the November 2022 general election?

3        A.  No.

4        Q.  Have you contacted the Department of State

5   regarding a potential violation of federal law in

6   connection with the November 2022 general election?

7        A.  No.

8        Q.  And have you contacted the Department of

9   Justice, Department of Homeland Security, or Department

10  or State regarding any potential fraud or illegal voting

11  activity?

12       A.  No.

13       Q.  And so the next sec- -- the next topic is 26,

14  your interactions with communications with poll monitors

15  deployed by the Department of Justice during the

16  November 8th, 2022, general election.  You're aware the

17  Department of Justice sent poll monitors to voting

18  locations in Harris County?

19       A.  I am.

20       Q.  Are you aware of any communications made

21  between DOJ poll monitors and election workers that

22  addressed any observations made by the poll monitors?

23       A.  I'm not.

24       Q.  At any time on Election Day, did the poll

25  monitors deployed by the Department of Justice



```
 1   communicate with your office about their observations at
 2   Harris County polling sites?
 3        A.  I don't know.
 4        Q.  Did the Department -- did the poll monitors
 5   deployed by the Department of Justice communicate their
 6   observations at any time after the election?
 7        A.  I don't know.
 8        Q.  Did anyone at the Department of Justice
 9   communicate to your office about the observations made
10   by the Department of Justice poll monitors when they
11   were deployed at Harris County polling location?
12        A.  I don't know.  I wouldn't receive any of that
13   information.
14        Q.  Do you know who in your office would have?
15        A.  Mr. Tatum for certain.  I would assume a few
16   other but Mr. Tatum for certain.
17        Q.  And so is it fair to say that -- in preparation
18   for today's deposition, what did you do in preparation
19   for this particular topic?
20        A.  Reviewed with our counsel in terms of what my
21   knowledge is for -- for poll mon- -- poll monitors
22   deployed by the Department of Justice.
23        Q.  And so is it fair to say that you received
24   no -- that you're aware of no complaints from the
25   Department of Justice or their monitors about how the
```



1    2022 general election was conducted in Harris County?

2        A.  That's fair.

3        Q.  And so you're aware of no complaints from the

4    Department of Justice alleging that their monitors

5    witnessed intimidation, discrimination, harassment, or

6    misconduct from Harris County election workers?

7        A.  I'm sorry.  Repeat that question.

8        Q.  So you're not aware of any complaints from the

9    Department of Justice alleging that their monitors

10   witnessed intimidation, discrimination, harassment, or

11   misconduct from Harris County election workers?

12       A.  I'm not aware, no.

13       Q.  And you're not aware of any complaints from the

14   Department of Justice alleging that their monitors

15   witnessed intimidation, discrimination, harassment, or

16   misconduct from poll watchers assigned to Harris

17   County's polling locations; is that correct?

18       A.  I'm not aware.  Correct.

19       Q.  And you're not aware of any complaints in the

20   Department of Justice alleging that voters could not

21   obtain assistance when casting their ballot; is that

22   correct?

23       A.  That's correct.

24       Q.  Would you be the individual who would know

25   about curbside voting?



Lauren Smith                                                March 21, 2023
                                                                 Page 60

 1        A.   Yes.

 2        Q.   And can you just briefly describe what is

 3   curbside voting?

 4        A.   Curbside voting allows voters with dis- --

 5   well, it is in- -- intended for voters with disabilities

 6   to be able to vote from their vehicles with our Duo-Go

 7   machines that are transportable to the vehicle outside

 8   of the vote center.

 9        Q.   And that is available for any voter who is

10   unable to enter the polling place; is that correct --

11        A.   Correct.

12        Q.   -- for reason of disability or illness?

13        A.   Correct.

14        Q.   And is there a curbside loc- -- was there a

15   curbside location at each of the polling location in

16   Harris County during early voting?

17        A.   Yes.

18        Q.   And was there a curbside location at each of

19   the polling locations on Election Day?

20        A.   Yes.

21        Q.   Are you aware of any person who transported

22   seven or more individuals to a polling location and was

23   required to fill out a form pursuant to Section 64.009

24   of the Election Code?

25        A.   No.



Lauren Smith                                    March 21, 2023
                                                    Page 61

```
 1        Q.  And so your office did not send any affidavits
 2   to the secretary of state pursuant to that section of
 3   the Election Code --
 4        A.  No.
 5        Q.  -- is that right?
 6        A.  No.
 7        Q.  And you're not aware of any individual who
 8   refused to transport seven or more individuals to a
 9   polling location because the requirement that the
10   individual fill out a form stipulated in Section 64.009
11   of the Election Code?
12             MS. HOLMES:  Objection to form.
13        A.  No.
14        Q.  (BY MS. HUNKER)  And you're not aware of any
15   voter who was unable to find transportation to the polls
16   because the requirement that a person who transports
17   seven or more people to a polling location fill out a
18   form stipulated in Section 64.009?
19             MS. HOLMES:  Objection to form.
20        A.  No.
21        Q.  (BY MS. HUNKER)  And I'm sorry.  I didn't hear.
22   You're are not aware?
23        A.  No, I'm not aware.
24             MR. BIRRING:  You want to take a break?
25             MS. HUNKER:  I was actually about to say
```



1    I'm about to pass the witness.  I'm going to -- I think

2    we are done for at least my part.  I might have

3    questions after my cocounsel.

4                    THE WITNESS:  Okay.

5                    MS. HUNKER:  Sorry.  Not my cocounsel,

6    opposing counsel.  But I think we can take a break and

7    then switch.

8                    MR. BIRRING:  Yeah.  Perfect.

9                    THE VIDEOGRAPHER:  We are going off the

10   record at 10:53 a.m.

11                   (Recess from 10:53 a.m. to 11:24 a.m.)

12                   THE VIDEOGRAPHER:  We are on the record at

13   11:24 a.m.

14                           EXAMINATION

15   BY MS. HOLMES:

16       Q.  Good morning, Ms. Smith.  My name is Jennifer

17   Holmes, and I represent the private plaintiffs in this

18   case, specifically the HAUL plaintiffs.  I'm going to

19   ask you some questions about similar topics that

20   Ms. Hunker asked you about.

21                   Does your office have written ADA policies,

22   practices, and procedures that were in place before the

23   November 2022 election related to accommodations for

24   vote by mail?

25       A.  Accommodations for vote by mail, written



 1    procedures, yes.

 2         Q.   Okay.   And do you train your staff on those

 3    procedures about how they should respond to

 4    accommodations -- requests for accommodations related to

 5    vote by mail?

 6         A.   Yes.

 7         Q.   Okay.   And when was the most recent training

 8    before the November 2022 election?

 9         A.   So I know that those things are in place, but

10    Jennifer Colvin would be the person to answer the

11    questions --

12         Q.   Okay.

13         A.   -- in terms of the timelines of, you know,

14    anything related to trainings of vote by mail or...

15         Q.   Do you know how often the trainings occur?

16         A.   I don't.

17         Q.   In terms of the content of those trainings,

18    what are your employees trained to do if a person with a

19    disability requests a reasonable accommodation to the

20    vote-by-mail process?

21         A.   Request to vote a reasonable -- to vote by

22    mail -- I don't know.

23         Q.   Would Ms. Colvin --

24         A.   Yeah.

25         Q.   -- have the answer to that?



Lauren Smith                                                    March 21, 2023
                                                                    Page 64

```
 1        A.  Uh-huh.  So we -- accessibility, the department
 2   under operations for accessibility, so any requests that
 3   we need for a voter with disabilities on-site at a vote
 4   center.  So any previous request that we have to aid
 5   that voter is -- they write in to us, to our ADA
 6   contacts, and then we're able to establish and provide
 7   the assistance needed for them to vote in person.
 8        Q.  Okay.  So is your testimony just now related to
 9   voting in person?
10        A.  Correct.
11        Q.  Okay.  And in terms of requesting any modif- --
12   any accommodations for vote by mail, can you describe
13   what that process is?
14        A.  I can't.
15        Q.  Okay.  Does your office train election judges,
16   election clerks, and other poll workers on how to
17   accommodate voters with -- with disabilities related to
18   vote by mail?
19        A.  I do believe that it is in our training manual
20   and our training documents for election workers and
21   judges.
22        Q.  And do you know when the last training before
23   the November 2022 election was?
24        A.  Rachelle's department is the one that trains
25   all the judges; so she would have a better answer for
```



 1    exact dates.

 2         Q.  In terms of the contents of that training, are

 3    you familiar with how election judges, clerks, and other

 4    poll workers are trained to accommodate voters with

 5    disabilities related to vote by mail?

 6         A.  I'm not.

 7         Q.  And in advance of the November 2022 election,

 8    did your office make any inquiries to the Texas

 9    Secretary of State about providing accommodation to

10    voters with disabilities related to vote by mail?

11         A.  I'm not aware.

12         Q.  Has the Texas Secretary of State provided your

13    office with any written guidance related to the ADA

14    since the May 2022 primary?

15         A.  Written guidance as it pertains to...

16         Q.  To the American with Disabilities Act.

17         A.  I mean, if there's any updated notices,

18    postings that are required, and then -- then we will

19    receive -- either receive or go to the SOS to ask for an

20    updated form.

21         Q.  And do you know whether were -- there were any

22    updates from May 2022 to -- up to the November 2022

23    election?

24         A.  No significant updates.

25         Q.  Has the secretary of state offered any training



Lauren Smith

March 21, 2023
Page 66

1  related to the Americas with Disabilities Act since

2  May 2022 to your office?

3      A.  No.

4      Q.  And at any time has the secretary of state

5  offered any training to your office related to

6  provisions of SB1 and the Americans -- how they

7  interacts with the Americans with Disabilities Act?

8      A.  I don't -- I'm not aware.

9      Q.  Ms. Hunker asked you about the disability

10 complaint form, and she walked through three complaints

11 on that form.  Do you recall that?

12     A.  I do.

13     Q.  Do voters ever contact your office about issues

14 related to disabilities in voting outside of the

15 disability complaint form process?

16     A.  They -- if they would, they would be in our --

17 they would call our -- our help line or our call center,

18 and so those are recorded in the call logs.

19     Q.  So you mentioned they can call a help line.

20 Are there any other ways in which a voter can contact

21 your office re- -- related to issues of voting with a

22 disability?

23     A.  Sure.  Our ADA e-mail inbox.  It would be --

24 you know, they can contact us there directly, and we can

25 handle them as they come in.



1        Q.   Okay.   Any other ways they can contact your

2    office?

3        A.   General phone line, and then it gets

4    transferred to our accessibility department.

5        Q.   Do voters ever come in person and ask questions

6    about voting with a disability?

7        A.   No.

8        Q.   Do you believe that the three complaints from

9    the disability complaint form that you discussed with

10   Ms. -- Ms. Hunker represent the full scope of any

11   questions or concerns that voters contacted your office

12   about -- relating to voting with a disability?

13       A.   No.

14       Q.   In her deposition of April of 2022, the former

15   Harris County Election Administrator, Isabel Longoria,

16   indicated that, before the March primary election,

17   voters with disabilities contacted your office to

18   request a reasonable accommodation to cure their

19   application to vote by mail in ways other than appearing

20   in person or appearing online.

21            Are you familiar with that?

22       A.   I'm not.

23       Q.   Okay.  Do you know if -- if during the

24   November 2022 election, did any voters with disability

25   contact your office seeking a reasonable accommodation



Lauren Smith                                         March 21, 2023
                                                        Page 83

```
 1          Q.  (BY MS. HUNKER)  Do you have the exhibit in
 2    front of you?
 3          A.  I do.
 4          Q.  Do you recognize it?
 5          A.  I do.
 6          Q.  And what is it?
 7          A.  Our elections manual.
 8          Q.  And this was issued by the Harris County
 9    Elections Office?
10          A.  Yes.
11          Q.  And I will represent to you that I only
12    included the pages that would be relevant to today's
13    deposition.  It's not the full --
14          A.  I was going to say it's much longer than this.
15          Q.  It's not the full 200-page-and-something
16    document.  If you can turn to the last page which
17    internally is 100- -- page 110 in the document.
18          A.  110.  Okay.
19          Q.  And do you see the part that's -- I guess it's
20    white font in the black background?
21          A.  Yes, at the bottom.
22          Q.  Yes.
23          A.  Yes.
24          Q.  And it says:  "A person who simultaneously
25    assists seven or more curbside voters by providing the
```



Lauren Smith                                                    March 21, 2023
                                                                    Page 84

1    Voters transportation to the Vote Center must complete

2    and sign a form, provided by a Judge, that contains the

3    person's name and address and whether the person is

4    providing assistance solely for curbside or is providing

5    additional assistance to the Voter."

6                    Did I read that correctly?

7            A.  Yes.

8            Q.  And so Harris County only would have provided

9    this form to an individual who was simultaneously

10   assisting seven or more curbside voters by providing

11   voters transportation to the vote center; is that right?

12           A.  Yes, as it says curbside voting.

13           Q.  And Harris County would not have provided the

14   form for any individual who was transporting individuals

15   not for curbside; is that correct?

16           A.  Correct.

17           Q.  You can put that aside for the moment.  I want

18   to go back to the postelection report, Exhibit 4,

19   specifically page 17.  You and counsel discussed the

20   Footnote 14; is that correct?

21           A.  Yes.

22           Q.  This footnote is in reference to in-person

23   early voting operations; is that right?

24           A.  Yes.

25           Q.  You do not have a similar footnote for Election



```
 1   Day operations and performances; is that correct?
 2          A.  I do not see that, no.
 3          Q.  Did you assess the technical problems in other
 4   counties for the November 2022 general election?
 5          A.  No.
 6          Q.  And did you compare Harris County's technical
 7   difficulties with the technical difficulties experienced
 8   by other counties in Texas for the November 2022 general
 9   election?
10          A.  No.  I would say those are uncomparable,
11   though.
12          Q.  How so?
13          A.  Due to the size of our county.
14          Q.  So you don't know whether the counties
15   experienced similar technical problems with their
16   equipment?
17          A.  I don't know.
18          Q.  You had mentioned that in-person voting
19   locations needed deliveries of ballot paper in previous
20   elections; is that correct?
21          A.  Yes.
22          Q.  Did you compare how many locations needed
23   additional ballot paper in previous elections as
24   compared to the general election in 2022?
25          A.  No.
```



Lauren Smith
March 21, 2023
Page 86

1      Q.  Are you aware if there were any claims in

2   previous elections that polling centers had ran out of

3   paper?

4      A.  No.

5               MS. HUNKER:  No more questions.  Thank you

6   very much.

7               THE WITNESS:  Thank you.

8               MS. HUNKER:  I think we can go off the

9   record.

10              THE REPORTER:  Hold on.  Before we go off

11  the record, can we clarify Exhibit 3?

12              MS. HUNKER:  Yes.  I just want to make sure

13  this is the correct document before I give it the court

14  reporter.

15              MR. BIRRING:  Yeah.  It looks like it's not

16  in order for -- well, the three about this election are

17  at the bottom of the first page for some reason.  So for

18  whatever reason, it didn't end up in chronological

19  order.  But when we do give it to you as like a

20  Bates-stamp document, we'll make sure it looks right;

21  but, yeah.

22              THE WITNESS:  Do you need this?

23              MS. HUNKER:  We can go off the record.

24              THE VIDEOGRAPHER:  We are going off the

25  record at 12:07 p.m.

