

**DENTON COUNTY JAIL**
127 N. WOODROW LANE, DENTON, TX 76205
TELEPHONE (940) 349-1700

**BOOKING INFORMATION**

FILED AT 8:30 O'CLOCK A M
OCT 13 2020
DISTRICT CLERK
Denton County, Texas
BY SW DEPUTY

FBI# 734777HD6    SID# TX05730703

| Field | Value |
|---|---|
| NAME (LAST, FIRST MIDDLE) | Mohamed, Zul Mirza |
| DATE OF BIRTH | 04/11/1981 |
| AGE | 39 |
| PLACE OF BIRTH | Witchta Ks |
| SEX | M |
| RACE | W |
| ETHNICITY | Pak |
| HEIGHT | 5'7 |
| WEIGHT | 165 lbs |
| HAIR | Blk |
| EYES | Brn |
| ALIAS NAME(S) OR NICKNAMES | N/A |
| SKIN TONE | Med |
| DRIVER LICENSE | 10014750 |
| DL STATE | Tx |
| TYPE/CLASS | C |
| SOCIAL SECURITY NUMBER | 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 |
| MARITAL STATUS | Single |
| CITIZENSHIP | U.S. |
| PRISONER ILL OR INJURED | NO |
| EXISTING MEDICAL PROBLEMS | NO |
| SCARS, MARKS TATTOOS, AMPUTATIONS | Tat. Back - Character |
| ADDRESS | 1616 Bennington Dr. |
| CITY, STATE, ZIP CODE | Carrollton, Tx. 75007 |
| HOME PHONE | 972-245-3150 |
| WORK PHONE | 214 414-6158 |
| OCCUPATION | Self Employed |
| EMPLOYER NAME | Self |
| EMPLOYER ADDRESS | Home business |
| CITY, STATE, ZIP | Carrollton, Tx. |
| NAME | Mirza Mohamed |
| RELATIONSHIP | Father |
| ADDRESS | 1616 Bennington Dr. |
| PHONE NUMBER | 972-245-3150 |
| DATE OF ARREST | 10/07/2020 |
| TIME OF ARREST | 1851 |
| PLACE OF ARREST | 1616 Bennington Dr. Carrollton, Tx. 75007 |
| ARRESTING AGENCY | Denton County Sheriff's Ofc. |
| DELIVERING OFFICER | Capt. Jeff Davis |
| ID NUMBER | 3159 |
| WAS A VEHICLE TOWED OR IMPOUNDED | NO |

**COMMITMENT INFORMATION**

| Field | Value |
|---|---|
| RECEIVED DATE | 10/07/2020 |
| BOOKED DATE | 10/7/2020 |
| RECEIVED TIME | 2141 |
| BOOKED TIME | 2345 |
| RECEIVING OFCR | Cpl. McKinney |
| BOOKING OFCR | CH 4547 |
| Phone Call 1 | Phone |
| Phone Call 2 | In |
| Phone Call 3 | Cell |
| SO NUMBER | 226966 |
| JAIL ID | 596,318 |
| TCIC/NCIC RETURNS CHECKED? | YES |
| CJIS (CR-43) FORMS COMPLETED? | YES |
| PREVIOUS CRIMINAL HISTORY | YES |
| FINGER PRINTS TAKEN | YES |

NOTICE: ALL PRISONERS DELIVERED TO THE DENTON COUNTY JAIL DURING NORMAL WORKING HOURS WILL HAVE A COPY OF ALL WARRANTS AND/OR CONFIRMATIONS IN ADDITION TO THIS INFORMATION SHEET BEFORE THE PRISONER WILL BE ACCEPTED

CHARGE INFORMATION AND RELEASE INFORMATION IS LISTED ON THE REVERSE SIDE OF THIS FORM

## CHARGE, DISPOSITION & RELEASE INFORMATION

| # | CJIS OFFENSE CODE | CHARGE DESCRIPTION | WARRANT NO. |
|---|---|---|---|
| 1 | | Method of Returning Marked Ballot (25 counts) | 20-596318-A |
| | COURT / COUNTY: Denton Dist | FINE AMT. / BOND AMT. / HOLD INFO. / SENTENCE | CHARGE DESCRIPTION - HOW SATISFIED |
| 2 | | Fraudulent Use of Application for Ballot by Mail (84 counts) | 20-596318-B |
| | COURT / COUNTY: Denton Dist | FINE AMT. / BOND AMT. / HOLD INFO. / SENTENCE | CHARGE DESCRIPTION - HOW SATISFIED |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |

| DATE RELEASED | TIME RELEASED | RELEASING OFFICER | RELEASE COMMENTS |
|---|---|---|---|
| | | | |

MAGISTRATE CASE NO. 20-596318

**STATE OF TEXAS**
**VS.**

SITTING AS MAGISTRATE
FOR

**Mohamed, Zul Mirza**

DENTON COUNTY, TEXAS

### DEFENDANT'S ACKNOWLEDGMENT OF ALLEGED OFFENSES, RIGHTS AND BONDS

Date of Arrest: 10/07/20    Time of Arrest: 1851

I am the individual whose name appears above. I am now before a Magistrate after my arrest on the following charge(s):

| Offense Charges | Agency | Warrant# | Bond Amount |
|---|---|---|---|
| KNOW POSS BALLOT/BAL ENVEL DEFRAUD ENH IAT(25 COUNTS) | Denton Dist | 20-596318-A | $125,000 |
| PROVIDE FAL INFO ON VOTING APPLICATION ENH IAT (84 COUNTS) | Denton Dist | 20-596318-B | $207,500 |

**FURTHER**, in regards to the offense(s) listed above, I acknowledge and understand as follows:
* I have been charged with a(n) criminal offense(s), but that does not mean that I am guilty; I am innocent until proven otherwise. Unless previously adjudicated, I have the right to plead "Not Guilty" and to a trial by a judge or a jury.
* I have the right to remain silent. I do not have to make any statements to the police or attorneys representing the state. Any statements I make may be used against me as evidence in Court at a later time;
* If I start to make a statement, I have the right to terminate that statement at any time and remain silent;
* I have the right to hire or retain a lawyer and to have a lawyer present during any questioning by peace officers or attorneys representing the State of Texas. I understand that I may stop the interview at any time;
* If the Court finds that I am too poor to afford a lawyer (indigent), I have the right to request that a lawyer be appointed to represent me and the state will pay for my attorney, unless I am charged with an offense punishable by fine only;
* If I am charged with a felony level offense, I also have the right to have an examining trial, and to be released without posting bond, unless an indictment has first been returned against me by a grand jury;
* If I am not a citizen of the United States, a plea of guilty to the charge(s) at any time could affect my right to remain in this country.
I [ ] DO, or [X] DO NOT want to notify the consular representative of my country: U.S.

#### Statement Regarding Indigency and Request for Appointment of Attorney
Further, I understand that if I am charged with an offense for which I could be punished by incarceration, I have a right to a court-appointed (and paid) attorney, and if I am too poor to afford an attorney (INDIGENT), the State will appoint and pay for my attorney. Therefore, _based on my current financial status and abilities_, by my initials, I represent that:

[✓] **I am NOT INDIGENT or NOT ENTITLED TO APPOINTED COUNSEL.** _I can afford to hire legal counsel and I do not request court appointed counsel, OR I am not entitled to Court appointed counsel due to the level of my charge(s)._

[ ] **I am INDIGENT** (unable to pay for my own attorney). _I request that an attorney be appointed for me. I agree to Complete a written affidavit of financial ability in order to request appointment of an attorney._

Defendant's Signature: _____  Date: 10/8/20  Witness: _____

### MAGISTRATE'S VERIFICATION OF WARNINGS AND DETERMINATION OF PROBABLE CAUSE
As Magistrate, I certify that I have advised the Defendant of his or her rights. I have asked the Defendant if he or she is indigent and have provided assistance for request of counsel. After review of appropriate documentation, I FIND that:

[X] **PROBABLE CAUSE EXISTS** as to each of the charge(s) supported by
  [X] - a sworn affidavit(s) setting forth sufficient factual detail to establish probable cause
  [ ] - confirmed warrant(s) of arrest issued by appropriate authority, or other writ(s) of commitment; or
  [ ] - sworn complaint(s), as sufficient basis for further detention of the defendant; **OR**

[ ] **NO PROBABLE CAUSE EXISTS** for further detention, based upon a lack of factual detail set forth in an affidavit of probable cause or the existence of confirmed warrant(s). Accordingly, the defendant should be **RELEASED IMMEDIATELY**.

Dated: October 8, 2020 at 1330 ☐A.M. ☐P.M.

* 84 counts at $2,500; 25 counts @ 10,000 = $332,500
- Risk Assessment = 3
- Prior Criminal History (More than 10 yrs ago)
- Residence in Denton County, AL, 55+
- Employed (self)



MAGISTRATE FOR DENTON COUNTY, TEXAS

Robin A. Ramsay
Associate Criminal Judge
Denton County, Texas

Magistrate No. 20-596318-A

| | | |
|---|---|---|
| THE STATE OF TEXAS | )( | SITTING AS MAGISTRATE FOR |
| | )( | |
| VS. | )( | |
| | )( | |
| MOHAMED, ZUL MIRZA | )( | DENTON COUNTY, TEXAS |

## MAGISTRATE'S ORDER OF COMMITMENT
## AFTER ON-VIEW ARREST (T.C.C.P. Art. 16.20)

TO THE SHERIFF OF DENTON COUNTY or ANY DEPUTY, or PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS;

The individual described below, having been taken into custody after arrest by a duly sworn peace officer for the State of Texas, pursuant to that officer's authority under Art. 14 of the Texas Code of Criminal Procedure, has been accused by way of a sworn affidavit of probable cause, of committing a criminal act against the penal laws of the State of Texas. The undersigned, as a duly elected or appointed Magistrate for Denton County, after having reviewed and considered the allegations and statements contained in said affidavit, FINDS that the facts alleged are sufficient to establish that PROBABLE CAUSE EXISTS as to the offense alleged and the identity of the defendant, such that the defendant named below should be detained in your custody, or until other disposition by the Denton County District Attorney or a Court of appropriate jurisdiction, and subject to the posting of appropriate bail as set forth below.

You are therefore ORDERED TO RECEIVE INTO YOUR CUSTODY and PLACE IN JAIL or other APPROPRIATE DETENTION FACILITY the following individual as herein described below, and continue to hold or detain them, so as to be dealt with in accordance with law:

| | |
|---|---|
| NAME: | Mohamed, Zul Mirza |
| Date of Birth: | April 11, 1981 |
| Gender: | Male    Race: White |
| Address: | 1616 Bennington Dr Carrollton TX 75007 |
| Driver's License: | 10014750    State of Issuance: Texas |

OFFENSE: KNOW POSS BALLOT/BAL ENVEL DEFRAUD ENH IAT

Date of Offense: 10/07/2020

Felony or Misdemeanor: 2nd Degree Felony    ($10,000 FOR EACH FELONY COUNT)

BAIL SET: $ 125,000.

SIGNED AND ISSUED, on this the 8th day of October, 2020

Robin A. Ramsay
Associate Criminal Court Judge
Acting as Magistrate for Denton County, Texas

**STATE OF TEXAS**

**COUNTY OF DENTON**

**Affidavit for Arrest Warrant**

Before me the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, an oath stated:

My name is Eric Hamblin and I am a peace officer of the Sheriff's Department, Denton County, Texas.

I have good reason to believe and do believe that on or about the 7th day of October, 2020,

**Zul Mirza Mohamed, W/M, DOB 04/11/1981, TX DL 10014750, SSN 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, 1616 Bennington Drive, Carrollton, Texas 75007,** did then and there in Denton County, Texas, commit the offense of **Method of Returning Marked Ballot EC 86.006 (F) (G-1) 25 counts, A second degree Felony.**

Affiant's belief is based upon the following facts and information which Affiant received from: Affiant's personal investigation of this alleged offense.

On September 23, 2020, Your Affiant, Investigator Eric Hamblin, and Investigator Anthony Dodson were asked to meet with the Denton County Election Administrator Frank Phillips in reference to possible fraudulent applications for Ballot by Mail. Mr. Phillips told us his staff had noticed irregularities in about 70 applications for Ballot by Mail for the November 3rd, 2020 election. Mr. Phillips said they first noticed all the applications had the same address to mail the ballot to auto populated as 1565 W. Main St. Ste 208-1046. Mr. Phillips further stated all the handwriting on the applications appeared to be very similar. Mr. Phillips further advised they had 11 applications that were duplicates for applications that had already been sent in. Mr. Phillips said the applicant signatures did not match and the address to send the ballot was identified as a retirement center. The address listed on the application is a business identified as Send My Parcels. This business is where the P.O. Box listed on the application is located. Mr. Phillips said on the other applications, his staff pulled previously submitted applications and compared the signatures on the recently submitted applications. The signatures did not match. Mr. Phillips further explained that the section of the form that should be filled out if the form was completed by someone other than the applicant was left blank. Investigator Dodson and I received copies of the 11 duplicate request forms and nine with previously submitted mail ballot request forms. Mr. Phillips maintained possession of all the original copies of the application in accordance with codes and statutes. All of the applications were on persons living in Carrollton, Texas.

Your affiant and Investigator Dodson made contact with 10 of the 11 voters who had duplicate applications for Ballot by Mail. All ten of the persons contacted advised the duplicate application was fraudulent and the signature on the application was not theirs. All ten identified the signature on the application they filed as theirs. Based on the results of the investigation, it was determined the remaining sixty applications for Ballot by Mail that had the address to mail the ballot as 1565 W. Main St. Ste 208-1046, Lewisville, Texas were fraudulent. On September 28, 2020, your affiant made contact with Frank Phillips at the election board at about 9:00 am on 940-349-3220. Mr. Phillips told me they now had 84 applications for Ballot by Mail they believed were fraudulent because they also had the return address auto populated as 1565 W. Main St. Ste. 208-1046.

Your affiant and Investigator Dodson and I determined the return address on the fraudulent applications was a virtual mail box at Send My Parcels, a packaging and mail business in Lewisville, Texas. On September 30, 2020, at about 8:15 am, we received a copy of the identification used to open the virtual P.O. Box at Send My Parcels in Lewisville, Texas. The identification used was a Texas Drivers License in the name of Aly Karimi, DOB of 03/05/1981, and OLN 11015650. A records check on this license did not return any results. We also received an insurance verification form showing insurance on a vehicle bearing VIN 4TRBF2FK7EU834127. A records check of this VIN did not return any results of a vehicle registered in Texas. It is believed the identification used to obtain the P.O. Box is fictitious. The insurance card showed the vehicle was insured by Farmers Insurance under policy number 45896827.

The Denton County Elections Board representative supplied officers with 25 official mail ballots and official carrier envelopes for persons on the fraudulent ballot applications. The ballot applications were placed into a box with a tracking device inside. A tracking order for the box was applied for and granted by Denton County District Judge Shipman.

On October 5, 2020, 25 of the ballot envelopes were scanned and placed onto the iPostal application. The box holder was notified as per store procedure. On October 7th, 2020 Law Enforcement Officers from the Texas Department of Public Safety, Lewisville police department and the Denton County Sheriff's Office, established surveillance at 1565 W. Main St. Suite 208, Lewisville, Texas. A Denton County Sheriff's Office deputy working in an undercover capacity was stationed inside the Send My Parcels store posing as an employee. At approximately 3:28pm on October 7, 2020, a subject arrived at the business driving a black Toyota sedan with paper Texas license plate 87715R8 and a Toyota of Dallas Dealer front plate. The driver asked for the mail at the suspect mail box. The undercover officer handed the box containing the voter ballots and tracker to the driver. Officers followed the vehicle to the suspect address 1616 Bennington Drive, Dallas County, Texas. The suspect vehicle went into the suspect address attached garage. Your affiant and other deputies maintained surveillance on the residence as other deputies applied for a search warrant.

Your affiant and deputies from the Denton County Sheriff's Office executed a search warrant at the residence at about 5:30 pm on October 7, 2020. During the search, your affiant and Investigator Dodson located the box containing our tracker and 24 of the fraudulent ballots. We further found one of the ballots in a box on the floor that was opened and its contents in the box. Your affiant further found 11 envelopes containing mail ballot applications in the names of residents of Dallas, County, Texas. Your affiant further found the fraudulent Texas Drivers License used to open the virtual mailbox in the name of Aly Karimi and DL number 11015650. Denton County Captain Jeff Davis positively identified Zul Mohamed as the person that picked up the ballots at Send My Parcels in Lewisville, Texas. Your affiant and deputies located the black Toyota vehicle in the garage of the residence now with a State of Texas hard license plate on the back bumper. Your affiant was not able to locate the paper dealer plate. The vehicle still had the Toyota of Dallas dealer plate on the front.

This affidavit supports issuance of a warrant for the crime of **Method of Returning Marked Ballot EC 86.006 (F) (G-1) 25 counts, a second degree Felony.**

On or about October 7, 2020, Zul Mazir Mohamed, did knowingly possess an official ballot and official carrier envelope provided in this code without the request of the voter, and with intent to defraud the voter and/or the election authority; and did further commit said offense multiple times in the same election.

_C. Hum____

**Affiant**
Subscribed and Sworn To
Before Me On the ____ day
Of _____, 20___.

_At Dells_
Witness Officer

Wherefore, Affiant requests that an arrest warrant be issued for the above accused individual in accordance with the law.

_____
Magistrate, In and For
Denton County, Texas

## Magistrate's Determination of Probable Cause

On this the __8<sup>T</sup>__ day of __OCTOBER__, 20__20__ the undersigned Magistrate hereby acknowledges that said Magistrate has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused of the offense set out therein.

_____
**MAGISTRATE**
In and For Denton County, Texas


Robin A. Ramsay
Associate Criminal Judge
Denton County, Texas

Magistrate No. 20-596318-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | )( | SITTING AS MAGISTRATE FOR |
| | )( | |
| VS. | )( | |
| | )( | |
| MOHAMED, ZUL MIRZA | )( | DENTON COUNTY, TEXAS |

## MAGISTRATE'S ORDER OF COMMITMENT
## AFTER ON-VIEW ARREST (T.C.C.P. Art. 16.20)

TO THE SHERIFF OF DENTON COUNTY or ANY DEPUTY, or PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS;

The individual described below, having been taken into custody after arrest by a duly sworn peace officer for the State of Texas, pursuant to that officer's authority under Art. 14 of the Texas Code of Criminal Procedure, has been accused by way of a sworn affidavit of probable cause, of committing a criminal act against the penal laws of the State of Texas. The undersigned, as a duly elected or appointed Magistrate for Denton County, after having reviewed and considered the allegations and statements contained in said affidavit, FINDS that the facts alleged are sufficient to establish that PROBABLE CAUSE EXISTS as to the offense alleged and the identity of the defendant, such that the defendant named below should be detained in your custody, or until other disposition by the Denton County District Attorney or a Court of appropriate jurisdiction, and subject to the posting of appropriate bail as set forth below.

You are therefore ORDERED TO RECEIVE INTO YOUR CUSTODY and PLACE IN JAIL or other APPROPRIATE DETENTION FACILITY the following individual as herein described below, and continue to hold or detain them, so as to be dealt with in accordance with law:

| | |
|---|---|
| **NAME:** | Mohamed, Zul Mirza |
| **Date of Birth:** | April 11, 1981 |
| **Gender:** | Male       Race: White |
| **Address:** | 1616 Bennington Dr  Carrollton TX  75007 |
| **Driver's License:** | 10014750       State of Issuance: Texas |
| | |
| **OFFENSE:** | PROVIDE FAL INFO ON VOTING APPLICATION ENH IAT |
| **Date of Offense:** | 10/07/2020 |
| **Felony or Misdemeanor:** | 3rd Degree Felony |
| **BAIL SET:** | $ 207,500.—   ($2,500.— for each count) |

SIGNED AND ISSUED, on this the 8th day of October, 2020

Robin A. Ramsay
Associate Criminal Court Judge
Acting as Magistrate for Denton County, Texas

**STATE OF TEXAS**

**Affidavit for Arrest Warrant**

**COUNTY OF DENTON**

Before me the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, an oath stated:

My name is Eric Hamblin and I am a peace officer of the Sheriff's Department, Denton County, Texas.

I have good reason to believe and do believe that on or about the 7th day of October, 2020,

**Zul Mirza Mohamed, W/M, DOB 04/11/1981, TX DL 10014750, SSN 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, 1616 Bennington Drive, Carrollton, Texas 75007,** did then and there in Denton County, Texas, commit the offense of **Fradulent Use of Application For Ballot by Mail EC 84.0041 (a) (1) (2) (3), d (2) (3), (84 Counts) A third degree Felony.**

Affiant's belief is based upon the following facts and information which Affiant received from: Affiant's personal investigation of this alleged offense.

On September 23, 2020, Your Affiant, Investigator Eric Hamblin, and Investigator Anthony Dodson were asked to meet with the Denton County Election Administrator Frank Phillips in reference to possible fraudulent applications for Ballot by Mail. Mr. Phillips told us his staff had noticed irregularities in about 70 applications for Ballot by Mail for the November 3rd, 2020 election. Mr. Phillips said they first noticed all the applications had the same address to mail the ballot to auto populated as 1565 W. Main St. Ste 208-1046. Mr. Phillips further stated all the handwriting on the applications appeared to be very similar. Mr. Phillips further advised they had 11 applications that were duplicates for applications that had already been sent in. Mr. Phillips said the applicant signatures did not match and the address to send the ballot was identified as a retirement center. The address listed on the application is a business identified as Send My Parcels. This business is where the P.O. Box listed on the application is located. Mr. Phillips said on the other applications, his staff pulled previously submitted applications and compared the signatures on the recently submitted applications. The signatures did not match. Mr. Phillips further explained that the section of the form that should be filled out if the form was completed by someone other than the applicant was left blank. Investigator Dodson and I received copies of the 11 duplicate request forms and nine with previously submitted mail ballot request forms. Mr. Phillips maintained possession of all the original copies of the application in accordance with codes and statutes. All of the applications were on persons living in Carrollton, Texas.

Your affiant and Investigator Dodson made contact with 10 of the 11 voters who had duplicate applications for Ballot by Mail. All ten of the persons contacted advised the duplicate application was fraudulent and the signature on the application was not theirs. All ten identified the signature on the application they filed as theirs. Based on the results of the investigation, it was determined the remaining sixty applications for Ballot by Mail that had the address to mail the ballot as 1565 W. Main St. Ste 208-1046, Lewisville, Texas were fraudulent. On September 28, 2020, your affiant made contact with Frank Phillips at the election board at about 9:00 am on 940-349-3220. Mr. Phillips told me they now had 84 applications for Ballot by Mail they

believed were fraudulent because they also had the return address auto populated as 1565 W. Main St. Ste. 208-1046.

Your affiant and Investigator Dodson and I determined the return address on the fraudulent applications was a virtual mail box at Send My Parcels, a packaging and mail business in Lewisville, Texas. On September 30, 2020, at about 8:15 am, we received a copy of the identification used to open the virtual P.O. Box at Send My Parcels in Lewisville, Texas. The identification used was a Texas Drivers License in the name of Aly Karimi, DOB of 03/05/1981, and OLN 11015650. A records check on this license did not return any results. We also received an insurance verification form showing insurance on a vehicle bearing VIN 4TRBF2FK7EU834127. A records check of this VIN did not return any results of a vehicle registered in Texas. It is believed the identification used to obtain the P.O. Box is fictitious. The insurance card showed the vehicle was insured by Farmers Insurance under policy number 45896827.

The Denton County Elections Board representative supplied officers with 25 official mail ballots and official envelopes for the persons on the fraudulent ballot applications. The ballot applications were placed into a box with a tracking device inside. A tracking order for the box was applied for and granted by Denton County District Judge Shipman.

On October 5, 2020, 25 of the ballot envelopes were scanned and placed onto the iPostal application. The box holder was notified as per store procedure. On October 7th, 2020 Law Enforcement Officers from the Texas Department of Public Safety, Lewisville police department and the Denton County Sheriff's Office, established surveillance at 1565 W. Main St. Suite 208, Lewisville, Texas. A Denton County Sheriff's Office deputy working in an undercover capacity was stationed inside the Send My Parcels store posing as an employee. At approximately 3:28pm on October 7, 2020, a subject arrived at the business driving a black Toyota sedan with paper Texas license plate 87715R8 and a Toyota of Dallas Dealer front plate. The driver asked for the mail at the suspect mail box. The undercover officer handed the box containing the voter ballots and tracker to the driver. Officers followed the vehicle to the suspect address 1616 Bennington Drive, Dallas County, Texas. The suspect vehicle went into the suspect address attached garage. Your affiant and other deputies maintained surveillance on the residence as other deputies applied for a search warrant.

Your affiant and deputies from the Denton County Sheriff's Office executed a search warrant at the residence at about 5:30 pm on October 7, 2020. During the search, your affiant and Investigator Dodson located the box containing our tracker and 24 of the fraudulent ballots. We further found one of the ballots in a box on the floor that was opened and its contents in the box. Your affiant further found 11 mail ballot applications in the names of residents of Dallas County, Texas. Your affiant further found the fraudulent Texas Drivers License used to open the virtual mailbox in the name of Aly Karimi and DL number 11015650. Denton County Captain Jeff Davis positively identified Zul Mohamed as the person that picked up the ballots at Send My Parcels in Lewisville, Texas. Your affiant and deputies located the black Toyota vehicle in the garage of the residence now with a State of Texas hard license plate on the back bumper. Your affiant was not able to locate the paper dealer plate. The vehicle still had the Toyota of Dallas dealer plate on the front.

This affidavit supports issuance of a warrant for the crime of **Fradulent Use of Application For Ballot by Mail EC 84.0041 (a) (1) (2) (3), d (2) (3), 84 counts, A third degree Felony.**
On or about October 7, 2020, Zul Mazir Mohamed, did knowingly provide, and intentionally cause false information to be provided, on an application for Ballot by Mail, , and did knowingly submit an application for ballot by mail without the knowledge and authorization of the voter.

_[signature]_

**Affiant**

Subscribed and Sworn To
Before Me On the _____ day
Of _____, 20___.

Wherefore, Affiant requests that an arrest warrant be issued for the above accused individual in accordance with the law.

_[signature]_

**Witness Officer**

_____
Magistrate, In and For
Denton County, Texas

## Magistrate's Determination of Probable Cause

On this the __8²__ day of __OCTOBER__, 20__, the undersigned Magistrate hereby acknowledges that said Magistrate has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused of the offense set out therein.

_[signature]_

**MAGISTRATE**
In and For Denton County, Texas

Robin A. Ramsay
Associate Criminal Judge
Denton County, Texas