462

CAUSE NO. F21-1206-462                                 TRN: 929890598X / A001, D001, D002, D003, D004, D005, D006, D007, D008, D009, D010, D011, D012, D013, D014, D015, D016, D017, D018, D019, D020, D021, D022, D023, D024

BOND: $125,000 ☐ BOND CONDITIONS ☐ FV ☐ DWI ☐ CAC          PID NO. 340497

DEFENDANT: ZUL MOHAMED                SID: TX 05730763   W/M   04/11/1981

CHARGE: METHOD OF RETURNING MARKED BALLOT (25 COUNTS)

ART: NONE                SEC: 86.006                CODE: ELECTION

CO-DEFENDANT: NONE                       WARRANT NO: 20-596318-A

WITNESS: E.HAMBLIN                       CONTROL NO: 20-12496

FILED AT 1:12 O'CLOCK PM MAY 11 2021
DISTRICT CLERK Denton County, Texas
BY _____

## TRUE BILL OF INDICTMENT
IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

### COUNT I

THE GRAND JURORS, in and for the County of Denton, State of Texas, duly organized, impaneled, and sworn as such, at the January Term, A.D., 2021, of the District Court of the 16th Judicial District in and for said county and state, upon their oaths, present in and to said Court that ZUL MOHAMED, who is hereinafter styled defendant, on or about the 7th day of October, 2020, and anterior to the presentment of this Indictment, in the county and state aforesaid, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Dale Adams;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT II

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Cheryl Ball;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT III

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Jennifer Beaty;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT IV

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to James Bieda;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT V

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Pamela Bissett;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT VI

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Peter Bugnacki;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT VII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Sandra Darling;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT VIII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Sandra Dickinson;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

DEFENDANT: MOHAMED                                                                                           PAGE 3

## COUNT IX

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Bruce Donze;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

## COUNT X

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Richard Doty;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

## COUNT XI

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Richard Duggan;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

## COUNT XII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to John Frost;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

## COUNT XIII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Alberta Frost;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

DEFENDANT:  MOHAMED                                                                                           PAGE 4

### COUNT XIV

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Dennis Gartin;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XV

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to John Gondolf;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XVI

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Sandra Gordon;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XVII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Michael Harrison;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XVIII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Cathy Headley;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

DEFENDANT: MOHAMED                                    PAGE 5

### COUNT XIX

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Gregory Hicks;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XX

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Marsha Hill;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XXI

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Patricia Jevec;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XXII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Maher Karam;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XXIII

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Hal Kirk;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

DEFENDANT: MOHAMED                                                                                              PAGE 6

### COUNT XXIV

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Charlotte Kivioja;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

### COUNT XXV

And the Grand Jurors aforesaid, duly selected, impaneled, sworn and charged at said term of said court as aforesaid, upon their oaths further present in and to said court that ZUL MOHAMED, on or about the 7th day of October, 2020, and anterior to the presentment of this indictment, in the County of Denton and State of Texas, did then and there intentionally or knowingly possess an official ballot or official carrier envelope provided under the Texas Election Code to Roy Lawson;

And it is further presented that the defendant committed another offense under Section 86.006 of the Texas Election Code in the same election;

against the peace and dignity of the State.

_____PAUL JOHNSON_____
CRIMINAL DISTRICT ATTORNEY OF
DENTON COUNTY, TEXAS

_____
Foreman of the Grand Jury