UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNION DEL PUEBLO ENTERO ET AL. §
§ CIVIL NO:
vs. § SA:21-CV-00844-XR
§
GREGORY W. ABBOTT ET AL. §

## **LIST OF WITNESSES**

| | PLAINTIFF | | DEFENDANT |
|---|---|---|---|
| 1. | Tania Chavez (9/11/23) | 1. | Frank Phillips (10/12/23) |
| 2. | Juanita Valdez Cox (9/11/23) | 2. | Jonathan White (10/16/23) |
| 3. | Cristela Rocha (9/11/23) | 3. | Jaqueline Doyer (10/17/23) |
| 4. | Lisa Wise (9/11 & 9/12/23) | 4. | Brian Keith Ingram (10/17/23) |
| 5. | Michael Scarpello (9/12/23) | 5. | Brian Keith Ingram- cont. (10/18/23) |
| 6. | Tacoma Phillip (9/13/23) | 6. | Christina Adkins (10/18/23) |
| 7. | James Lewin (9/13/23) | 7. | Sam Taylor (10/18/23) |
| 8. | Jeffrey Clemmons (9/13/23) | 8. | Mark Hoekstra (10/19/23) |
| 9. | Toby Cole (9/13/23) | 9. | |
| 10. | Remi Garza (9/13 & 9/14/23) | 10. | |
| 11. | Dana DeBeauvoir (9/14/23) | 11. | |
| 12. | Zeph Capo (9/14/23) | 12. | |
| 13. | Stella Guerrero Mata (9/14/23) | 13. | |
| 14. | Jacqueline Callanen (9/19/23) | 14. | |
| 15. | Rachelle Obakozuwa (9/19/23) | 15. | |
| 16. | Isabel Longoria (9/19 & 9/20/23) | 16. | |
| 17. | Dan Hayes (9/20/23) | | |

18. Charleton "Charlie" Johnson (9/21/23)
19. Bridgette Escobedo (9/21/23)
20. Grace Chimene (9/21/23)
21. Domingo Garcia (9/21/23)
22. Deborah Chen (9/21/23)
23. Judy Bryant (9/22/23)
24. Elaine Jones (9/22/23)
25. Alice Penrod (9/22/23)
26. Christina Adkins (9/22/23)
27. Keith Ingram (9/22/23)
28. Dr. Kenneth Mayer (10/2/23)
29. Michelle Brown (10/2/23)
30. Sharon Jones (10/2 & 10/3)
31. Louis Perales (10/3/23)
32. Ray Shackleford (10/3/23)
33. Deion Dorsett (10/3/23)
34. Yvonne Ramon (10/3/23)
35. Dr. Andres Tijerina (10/3/23)
36. Cesar Espinoza (10/4/23)
37. Joe Cardenas (10/4/23)
38. Danielle Ayers (10/4/23)
39. Jana Ortega (10/4/23)
40. Dr. Franita Tolson (10/4/23)
41. Daniel Smith (10/4/23)
42. Dr. Morgan Kousser-zoom (10/5/23)
43. Dr. Eric McDaniel (10/5/23)
44. Dr. Christian Grose (10/5/23)
45. Dr. Allan Lichtman (10/6/23)

46. Jennifer Miller (10/10/23)
47. Lydia Nunez Landry (10/10/23)
48. Amy Litzinger (10/10/23)
49. Laura Halvorson (10/10/23) zoom
50. Teri Saltzman (10/10/23) zoom
51. Marla Lopez (10/10/23)
52. Angelica Razo (10/10/23)
53. Jennifer Martinez (10/11/23)
54. Cathy Cranston (10/11/23)
55. Ameer Patel (10/11/23)
56. Bob Kafka (10/11/23)
57. Josh Houston (10/11/23)
58. Tania Chavez (10/11/23)
59. Dr. Doug Kruse (10/12/23)
60.