**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
OCT 31 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

October 31, 2023

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 22-50775   La Union del Pueblo Entero v. Jane Nelson
                      USDC No. 5:21-CV-844-XR
                      USDC No. 5:21-CV-848
                      USDC No. 5:21-CV-920

Dear Ms. Pettit,

Attached is a revised case caption, which should be used on all future filings in this case.

Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

cc:
    Ms. Jessica Ring Amunson
    Mr. Eitan Berkowitz
    Mr. John C. Bonifaz
    Mr. Kenneth Eugene Broughton Jr.
    Ms. Whitney A. Brown
    Mr. Dayton Campbell-Harris
    Mr. Adriel I. Cepeda Derieux
    Ms. Sarah Xiyi Chen
    Mr. Thomas Paul Clancy
    Mr. Ben Clements
    Mr. William Francis Cole
    Mr. Ryan Vincent Cox

Mr. Aaron J. Curtis
Mr. Philip Devlin
Mr. Zachary Dolling
Mr. Victor Genecin
Mr. Paul Richard Genender
Mr. Derek Ha
 Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Jason Scott Kanterman
Mr. John Katuska
Mr. Michael Courtney Keats
Ms. Savannah Kumar
Ms. Sophia Lin Lakin
Ms. Julia Renee Longoria
Ms. Rebecca L. Martin
Mr. Christian Menefee
Mr. Hani Mirza
Mr. Sean Morales-Doyle
Ms. Nina Perales
Mr. Bradley R. Prowant
Mr. Edgar Saldivar
Mr. Ari J. Savitzky
Mr. J. Michael Showalter
Mr. Samuel Spital
Mr. William Thomas Thompson
Mr. Zachary Tripp
Mr. Jerry Vattamala
Ms. Shira Wakschlag

Case No. 22-50775

---

No. 22-50775

---

La Union del Pueblo Entero; Friendship-West Baptist Church; Anti-Defamation League Austin, Southwest, and Texoma; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; James Lewin; Fiel Houston, Incorporated,

      Plaintiffs - Appellees

v.

Jane Nelson, In Her Official Capacity as Texas Secretary of State; Ken Paxton, In His Official Capacity as Attorney General of Texas; State of Texas,

      Defendants - Appellants

---

consolidated with
No. 22-50777

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

      Plaintiffs - Appellees

v.

Gregory W. Abbott, In His Official Capacity as Governor of Texas; Jane Nelson, In Her Official Capacity as Secretary of State of Texas; Ken Paxton In His Official Capacity as Attorney General of Texas,

      Defendants - Appellants

---

Delta Sigma Theta Sorority, Incorporated; Houston Area Urban League, The Arc of Texas; Jeffrey Lamar Clemmons,

      Plaintiffs - Appellees

v.

Gregory Wayne Abbott, In His Official Capacity as the Governor of Texas; Ken Paxton, In His Official Capacity as the Attorney General of Texas,

    Defendants - Appellants

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

    Plaintiffs - Appellees

v.

Greg Abbott, In His Official Capacity as Governor of Texas; Jane Nelson, In Her Official Capacity as Texas Secretary of State; Ken Paxton, In His Official Capacity as Attorney General of Texas,

    Defendants - Appellants

---

consolidated with
No. 22-50778

---

La Union Del Pueblo Entero; Et al,

    Plaintiffs

v.

Gregory W. Abbott, In His Official Capacity as Governor of Texas; Et al,

    Defendants

---

OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas; Workers Defense Action Fund,

    Plaintiffs - Appellees

v.

Jane Nelson, In Her Official Capacity as Texas Secretary of State; Ken Paxton, Attorney General, State of Texas,

    Defendants - Appellants