IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs,* § § v. § § STATE OF TEXAS, *et al.*, § § *Defendants.* § § HARRIS COUNTY REPUBLICAN PARTY, *et al.*, § § *Intervenor-Defendants.* § | Case No. 5:21-cv-00844-XR [Lead Case] |

## LUPE PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR ALL PARTIES TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

LUPE Plaintiffs respectfully request an extension of the deadline for all parties to file proposed findings of fact and conclusions of law, from December 15, 2023 to January 12, 2024. This motion is unopposed by: State Defendants, GOP Intervenor-Defendants, Defendant Ogg, Defendant Harris County Clerk, Bexar County Defendants, Dallas County Defendants, El Paso County Defendants, Hidalgo County Defendants, Travis County Defendants, OCA Plaintiffs, Plaintiff LULAC and Mi Familia Vota Plaintiffs. The United States Department of Justice and HAUL Plaintiffs take no position on the motion.

On October 19, 2023, the Court directed the parties to file their proposed findings of fact and conclusions of law regarding the first phase of trial by December 15, 2023. Tr. 4884:17-4885:9 (October 19, 2023). That same day, the Court scheduled oral argument for January 12, 2024 at 10:00 a.m. *Id.* at 4885:16-21.

LUPE Plaintiffs seek an extension of the December 15, 2023 deadline for good cause. The parties have worked diligently to review the record, and to organize and draft their proposed findings of fact and conclusions of law. Through that review, LUPE Plaintiffs and other parties have identified a number of mis-transcriptions in the trial transcripts. LUPE Plaintiffs intend to submit proposed transcript corrections to the court reporter the week of November 27, 2023.

In addition, LUPE Plaintiffs requested the trial transcripts in deposition transcript format (.ptx or ASCII) in order to allow them to use their law firm software to prepare their proposed findings of fact and conclusions of law; LUPE Plaintiffs received the trial transcripts in ASCII format on November 20, 2023. LUPE Plaintiffs therefore seek an extension to file their proposed findings of fact and conclusions of law—from December 15, 2023 to January 12, 2024—and request that those deadlines apply to all parties in order to allow sufficient time for the parties to prepare their respective filings. LUPE Plaintiffs do not seek an extension for the purpose of delay, and an extension will not prejudice the other parties.

For the reasons stated above, LUPE Plaintiffs respectfully request that the Court grant their motion and extend the deadline for the parties to file their proposed findings of fact and conclusions of law from December 15, 2023 to January 12, 2024. LUPE Plaintiffs further respectfully request, if the deadline for proposed findings of fact and conclusions of law is extended to January 12, 2024, that the Court set closing argument as soon as the Court's schedule permits.

Dated: November 28, 2023                                     Respectfully Submitted,

/s/ *Fátima Menéndez*                                        /s/ *Sean Morales-Doyle*
Nina Perales (TX Bar No. 24005046)                           Sean Morales-Doyle (NY Bar No. 5646641)
Julia R. Longoria (TX Bar No. 24070166)                      Patrick A. Berry (NY Bar No. 5723135)
Fátima L. Menéndez (TX Bar No. 24090260)                     Jasleen K. Singh (CA. Bar No. 316596)
Kenneth Parreno (MA BBO No. 705747)                          Eliza Sweren-Becker (NY Bar No. 5424403)
                                                             Andrew B. Garber (NY Bar No. 5684147)

2

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com

*Attorneys for Plaintiffs*
**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC**

*Admitted pro hac vice*

Leah J. Tulin (MD No. 0812180236)
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu
tulinl@brennan.law.nyu.edu

Paul R. Genender (TX Bar No. 00790758)
Elizabeth Y. Ryan (TX Bar No. 24067758)
Matthew Berde (TX Bar No. 24094379)
Megan Cloud (TX Bar No. 24116207)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com
megan.cloud@weil.com

**COUNSEL FOR FRIENDSHIP-WEST BAPTIST CHURCH, ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA, TEXAS IMPACT, JAMES LEWIN**

*Admitted pro hac vice*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that, on November 16, 2023, November 17, 2023, and November 27, 2023, counsel for LUPE Plaintiffs emailed counsel for all parties regarding the instant motion. Counsel for the following indicated that they do not oppose the relief sought: State Defendants, GOP Intervenor-Defendants, Defendant Ogg, Defendant Harris County Clerk, Bexar County Defendants, Dallas County Defendants, El Paso County Defendants, Hidalgo County Defendants, Travis County Defendants, OCA Plaintiffs, Plaintiff LULAC and Mi Familia Vota Plaintiffs. The United States Department of Justice and HAUL Plaintiffs take no position on the relief sought.

/s/ *Fátima Menéndez*
Fátima Menéndez

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 28th day of November 2023.

/s/ *Fátima Menéndez*
Fátima Menéndez