**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | § § | [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § | |
| *Intervenor-Defendants.* | § | |

**[PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR ALL PARTIES TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pending before the Court is LUPE Plaintiffs' Unopposed Motion to Extend Deadline for All Parties to File Proposed Findings of Fact and Conclusions of Law. Upon review of the request, the motion is GRANTED. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby reset to _____, 2024.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE