IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.,* | § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 5:21-cv-0844-XR |
| GREGORY W. ABBOTT, et al., | | |
| Defendants. | | |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Please take note that Noah B. Baron hereby respectfully moves the Court to permit him to withdraw as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. Plaintiffs will continue to be represented by Marc E. Elias, Uzoma Nkwonta, Christopher D. Dodge, Marcos Mocine-McQueen, Michael B. Jones, Elena Rodriguez Armenta, Daniela Lorenzo, Marisa O'Gara, and Omeed Alerasool of Elias Law Group LLP, and James A. Rodman of Rodman Law Office. Counsel for all parties in this case have been notified and confirmed that they do not oppose Mr. Baron's withdrawal.

<table>
<tr><td>Dated: December 1, 2023</td><td>/s/Noah B. Baron<br>Marc E. Elias *<br>Uzoma N. Nkwonta*<br>Christopher D. Dodge*<br>Noah B. Baron*<br>Michael B. Jones*<br>Elena Rodriguez Armenta*<br>Daniela Lorenzo*<br>Marcos Mocine-McQueen*<br>Marisa O'Gara*<br>Omeed Alerasool*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave., Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>melias@elias.law<br>unkwonta@elias.law<br>cdodge@elias.law<br>nbaron@elias.law<br>mjones@elias.law<br>erodriguezarmenta@elias.law<br>dlorenzo@elias.law<br>mmcqueen@elias.law<br>mogara@elias.law<br>oalerasool@elias.law<br><br>James A. Rodman<br>Texas State Bar No. 17139525<br>**RODMAN LAW OFFICE**<br>5608 Parkcrest Drive, Suite 200<br>Austin, Texas 78731<br>Telephone: (512) 481-0400<br>Facsimile: (512) 481-0500<br>jimrodman@rodmanlawoffice.com<br><br>*Counsel for Plaintiffs*<br>*LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, TEXAS AFT*<br><br>*Admitted Pro Hac Vice</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 1st day of December, 2023.

                                             _/s/ Noah B. Baron_
                                             Noah B. Baron