# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, *et al*.,  §
    *Plaintiffs*,  §
      §
      §   Case No. 5:21-cv-844-XR
v.  §   (Lead Case)
      §
STATE OF TEXAS, *et al*.,  §
    *Defendants*  §

## STATE DEFENDANTS' NOTICE OF APPEAL

Defendants Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") appeal this Court's Order entered on November 29, 2023. *See* Memorandum Opinion, ECF No. 821. That Order granted the United States' motion for summary judgment (ECF No. 609); granted in part and denied in part the OCA Plaintiffs' motion for summary judgment (ECF No. 611); and enjoined State Defendants, the Harris County Elections Administrator, and the Travis County Clerk from enforcing the requirements of Sections 5.07 and 5.13 of the Election Integrity Protection Act of 2021, S.B. 1, 87th Leg., 2nd Spec. Sess. (2021) ("SB1"). That order is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

Date: December 1, 2023

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal
Strategy

Respectfully submitted.

/s/ Ryan G. Kercher
RYAN G. KERCHER
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

WILLIAM D. WASSDORF
Assistant Attorney General
Tex. State Bar No. 24103022

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

ETHAN Q. SZUMANSKI
Special Counsel
Tex. State Bar No. 24123966

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov
ethan.szumanski@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 1, 2023, and that all counsel of record were served by CM/ECF.

/s/ Ryan G. Kercher
RYAN G. KERCHER