IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br>*Defendants.* | §<br>§<br>§<br>§  Case No. 5:21-cv-844-XR<br>§<br>§<br>§ |

**ORDER GRANTING STATE DEFENDANTS' OPPOSED MOTION FOR STAY PENDING APPEAL AND REQUEST FOR EXPEDITED CONSIDERATION**

On this day, the Court considered State Defendant's Opposed Motion for Stay Pending Appeal and Request for Expedited Consideration. After due consideration of the motion, and all responses and replies, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Opposed Motion for Stay Pending Appeal and Request for Expedited Consideration is GRANTED.

IT IS FURTHER ORDERED that the injunction issued on November 29, 2023, is stayed while case is on appeal.

SIGNED ON _____, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE