**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | |
| *Plaintiffs,* | |
| v. | 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., | |
| *Defendants.* | |
| OCA-GREATER HOUSTON, et al., | |
| *Plaintiffs,* | |
| v. | 1:21-CV-0780-XR |
| JANE NELSON, et al., | |
| *Defendants.* | |

**OCA PLAINTIFFS' RESPONSE IN OPPOSITION TO STATE DEFENDANTS'**
**MOTION FOR STAY PENDING APPEAL OR, IN THE ALTERNATIVE, FOR**
**ADMINISTRATIVE STAY PENDING APPEAL AND REQUEST FOR EXPEDITED**
**CONSIDERATION**

Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively OCA Plaintiffs) respectfully request this Court deny Defendants Texas Secretary of State Jane Nelson, Texas Attorney General Kenneth Paxton, and the State of Texas's (collectively State Defendants') Motion for Stay.

OCA Plaintiffs agree with the United States that State Defendants' Motion for Stay should

1

be denied because, among other reasons, State Defendants are not likely to succeed on the merits.[1]
This Court issued a carefully crafted opinion and judgment after multiple rounds of discovery and
fully briefed Cross-Motions for Summary Judgment. Dkt. 820. In their Motion for Stay, State
Defendants rehash arguments this Court already addressed in its opinion, and State Defendants fail
to provide any new compelling argument for why the injunction should be stayed. Dkt. 824 at 6–
7.[2] As the United States explains in its Opposition, State Defendants also cannot point to any
irreparable harm to themselves from the enforcement of the injunction. Counting valid votes is
always in the public interest. Excluding them because of immaterial paperwork errors is not.

OCA Plaintiffs also note that, in all events, State Defendants' assertion of irreparable harm
is limited to Houston's December 9th municipal runoff election. Accordingly, to the extent that the
Court is considering issuing a stay (or other order clarifying the injunction) any such stay or
clarification should be limited to the December 9th runoff election. State Defendants offer no
grounds at all to support any broader stay request.

## CONCLUSION

For the foregoing reasons, OCA Plaintiffs request that the Court deny State Defendants'
Motion for Stay.

Dated: December 4, 2023.                          Respectfully submitted,

                                                  /s/ Hani Mirza
                                                  Zachary Dolling
                                                  Texas Bar No. 24105809
                                                  Hani Mirza
                                                  Texas Bar No. 24083512
                                                  Sarah Chen*

---

[1] OCA Plaintiffs hereby incorporate the arguments made in the United States Opposition to the Motion for Stay.
Dkt. 825.
[2] OCA Plaintiffs incorporate their prior briefing to this Court on the merits. Dkt. 611, 665.

California Bar No. 325327
Veronikah Warms*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org

3

dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No. 24033013
PETER HOFER
Texas State Bar No. 09777275
CHRISTOPHER MCGREAL
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org

4

slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

***COUNSEL FOR OCA-GREATER
HOUSTON
PLAINTIFFS.***
*admitted pro hac vice*

## CERTICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2023, the foregoing document was filed electronically (via CM/ECF), and that all counsel of record were served by CM/ECF.

*/s/  Hani Mirza*

5