# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § | | |
| *Plaintiffs*, § | | |
| § | | |
| v.  § | 5:21-CV-0844-XR | |
| § | (Consolidated Cases) | |
| GREGORY ABBOTT, et al. § | | |
| *Defendants*. § | | |

## DEFENDANTS DYANA LIMON-MERCARDO[1] AND JOSÉ GARZA'S NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE XAVIER RODRIGUEZ:

Defendants Dyana Limon-Mercado and José Garza (collectively "Travis County Defendants"), by and through their attorney of record, the Travis County Attorney, in the above entitled and numbered cause, respectfully inform this Court that Sameer S. Birring, Assistant County Attorney, State Bar No. 24087169, is appearing as an attorney of record for Travis County Defendants. Anthony J. Nelson will remain designated as the lead attorney for Travis County Defendants in this matter.

Respectfully submitted,

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:   (512) 854-9513
Facsimile:   (512) 854-4808

By:   */s/ Sameer S. Birring*
LESLIE W. DIPPEL
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
AMY YBARRA

---

[1] Travis County Clerk Dyana Limon-Mercado took office as the duly elected Travis County Clerk effective January 1, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Travis County Clerk Limon-Mercado is automatically substituted as a party herein.

State Bar No. 24013573
Amy.Ybarra@traviscountytx.gov
ANTHONY J. NELSON
State Bar No. 14885800
Tony.Nelson@traviscountytx.gov
SAMEER S. BIRRING
Assistant County Attorney
State Bar No. 24087169
Sameer.Birring@traviscountytx.gov
**ATTORNEYS FOR DEFENDANTS DYANA LIMON-MERCADO AND JOSÉ GARZA, IN THEIR OFFICIAL CAPACITIES AS TRAVIS COUNTY CLERK, AND DISTRICT ATTORNEY, RESPECTIVELY.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served through the Court's CM/ECF Document Filing System upon each attorney of record and the original upon the Clerk of Court on this the 4th day of December, 2023.

*/s/ Sameer S. Birring*
SAMEER S. BIRRING
Assistant County Attorney