# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

**FILED DEC -6 2023**  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____  
DEPUTY CLERK

December 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50885   USA v. Paxton  
USDC No. 5:21-CV-844

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Casey A. Sullivan, Deputy Clerk  
504-310-7642

Ms. Alyssa G. Bernstein  
Ms. Tovah Calderon  
Mr. Adriel I. Cepeda Derieux  
Mr. Philip Devlin  
Mr. Brian Dimmick  
Mr. Daniel Joshua Freeman  
Mr. John Matthew Gore  
Ms. Kathleen Theresa Hunker  
Mr. Ryan Glen Kercher  
Mr. Jason Lee  
Mr. Aaron Lloyd Nielson  
Ms. Lanora Christine Pettit  
Mr. Andre Segura  
Mr. William D. Wassdorf