IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

## ADVISORY REGARDING REMEDIAL PLAN

In its November 29, 2023, Opinion and Order, ECF No. 821, this Court directed the United States, the OCA Plaintiffs, and the State Defendants "to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement." On December 6, 2023, the Fifth Circuit entered a temporary administrative stay of that order. *See United States v. Paxton*, No. 23-50855 (5th Cir. Dec. 6, 2023) (per curiam). Nonetheless, these parties conducted a fruitful conference on December 7, 2023, to discuss the outline of an appropriate remedial plan. The parties understand this Court's December 15, 2023, deadline to be stayed, pending further proceedings in the Court of Appeals.

Date:  December 15, 2023

                                          KRISTEN CLARKE
                                          Assistant Attorney General

                                        */s/ Daniel J. Freeman*
                                        T. CHRISTIAN HERREN, JR.
                                        RICHARD A. DELLHEIM
                                        DANIEL J. FREEMAN
                                        DANA PAIKOWSKY
                                        MICHAEL E. STEWART
                                        JENNIFER YUN
                                        Attorneys, Voting Section
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Avenue NW
                                        Washington, D.C. 20530
                                        (202) 305-4355
                                        daniel.freeman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                    */s/ Daniel J. Freeman*
                                                    Daniel J. Freeman
                                                    Civil Rights Division
                                                    U.S. Department of Justice
                                                    950 Pennsylvania Ave, NW
                                                    Washington, DC 20530
                                                    (202) 305-4355
                                                    daniel.freeman@usdoj.gov