**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

|  |  |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

## UNITED STATES'S UNOPPOSED MOTION TO WITHDRAW DANA PAIKOWSKY AS COUNSEL

Pursuant to Local Rule AT-3, the United States files this motion to respectfully request the Court allow Dana Paikowsky to withdraw as counsel of record for the United States in this case. Ms. Paikowsky will no longer be working with the Voting Section as of December 15, 2023. The undersigned counsel will continue to represent the United States in this matter. Ms. Paikowsky's withdrawal will not delay any proceedings. Counsel for all parties in this case have been notified and confirmed they do not oppose Ms. Paikowsky's withdrawal.

Date:  December 15, 2023

KRISTEN CLARKE
Assistant Attorney General

*/s/ Dana Paikowsky*
RICHARD A. DELLHEIM
DANIEL J. FREEMAN
DANA PAIKOWSKY
MICHAEL E. STEWART
JENNIFER YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 353-5225
dana.paikowsky@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Dana Paikowsky*
Dana Paikowsky
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 353-5225
dana.paikowsky@usdoj.gov