IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

**[PROPOSED] ORDER GRANTING UNITED STATES'S UNOPPOSED MOTION TO WITHDRAW DANA PAIKOWSKY AS COUNSEL**

The Court has considered the United States's Motion to Withdraw Dana Paikowsky as Counsel and has found it should be GRANTED. Accordingly, it is hereby ORDERED that Dana Paikowsky is withdrawn as counsel of record for the United States in this matter.

Date:   December ____, 2023

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE