**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
DEC 20 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

December 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50885    USA v. Paxton
                USDC No. 5:21-CV-844-XR

The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Alyssa G. Bernstein
Ms. Tovah Calderon
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Mr. Philip Devlin
Brian Dimmick
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Hani Mirza
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Ari J. Savitzky
Mr. Andre Segura
Mr. William D. Wassdorf