IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br>   *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br>   *Defendants.* <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br>   *Intervenor-Defendants.* | Case No. 5:21-cv-844-XR <br> (Lead Case) |

**STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") file this Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law.

The deadline for the parties to file their proposed findings of fact and conclusions of law is currently January 12, 2024. *See* Ex. A (Text Order from this Court). For good cause, State Defendants now seek an additional seven-day extension of the January 12, 2024 deadline to file its proposed findings of fact and conclusions of law.

After five weeks of trial in this case, the parties have been sedulously sifting through the almost 5,000-page trial record to prepare proposed findings of fact and conclusions of law that are succinct and helpful for this Court. State Defendants have also been diligently incorporating the 850 or so trial exhibits admitted into evidence and the testimony of around 66 witnesses presented to this Court during trial.

Uniquely, however, State Defendants must respond to every claim brought by every plaintiff against every challenged provision of S.B. 1. This requires the State Defendants to address over 130 claims against an omnibus election bill that spans 76 pages. Thus, despite diligent effort, State Defendants need more time to complete its proposed findings of fact and conclusions of law in a way that is succinct and helpful for this Court.

For these reasons, State Defendants respectfully request that the Court grant this motion to extend the January 12, 2024 deadline by one-week to January 19, 2024.

| | |
|---|---|
| Date: January 9, 2024 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Ryan G. Kercher<br>RYAN G. KERCHER<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| JAMES LLOYD<br>Deputy Attorney General for Civil Litigation | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| | ETHAN Q. SZUMANSKI<br>Special Counsel<br>Tex. State Bar No. 24123966 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>ethan.szumanski@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF CONFERENCE**

I certify that, on January 9, 2024, counsel for Private Plaintiffs indicated that they were unopposed to this motion, provided that the Court does not move the currently scheduled oral argument on February 12, 2024. The United States takes no position.

/s/ Ryan G. Kercher
RYAN G. KERCHER

3

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 9, 2024, and that all counsel of record were served by CM/ECF.

                                            */s/ Ryan G. Kercher*
                                            RYAN G. KERCHER