| | |
|---|---|
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 5:21-cv-00844-XR La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al Order on Motion for Extension of Time to File |
| **Date:** | Tuesday, November 28, 2023 1:31:57 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court [LIVE]

## Western District of Texas

### Notice of Electronic Filing

The following transaction was entered on 11/28/2023 at 1:30 PM CST and filed on 11/28/2023

**Case Name:**     La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al
**Case Number:**   5:21-cv-00844-XR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order GRANTING [819] Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb)**

**5:21-cv-00844-XR Notice has been electronically mailed to:**

Aaron J. Curtis     aaron.curtis@weil.com

Adriana Cecilia Pinon     apinon@aclutx.org, cclay@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Adriel Cepeda-Derieux     acepedaderieux@aclu.org

Alyssa G. Bernstein     abernstein@jenner.com

Amira Marcella Mattar     amira@freespeechforpeople.org

Amy Snow Hilton     amy.hilton@oag.texas.gov, tamera.martinez@oag.texas.gov

Amy Stoeckl Ybarra     amy.ybarra@traviscountytx.gov, amy.pollock@traviscountytx.gov, sylvia.mcnicholas@traviscountytx.gov

Andrew B. Garber     andrew.garber@nyu.edu

Ann Helen MacDonald     ann.macdonald@afslaw.com

Anthony J. Nelson     tony.nelson@traviscountytx.gov, amy.pollock@traviscountytx.gov, Gabe.Hodge@traviscountytx.gov, ronisha.sims@traviscountytx.gov

Ari Savitzky     asavitzky@aclu.org

Ashley Alcantara Harris     aharris@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Barbara S. Nicholas     barbara.nicholas@dallascounty.org, kim.barr@dallascounty.org, samantha.winn@dallascounty.org

Beatriz Mejia     mejiab@cooley.com, efiling-notice@ecf.pacerpro.com, smartinez@cooley.com

Ben Clements     bclements@freespeechforpeople.org

Ben L Stool     ben.stool@dallascounty.org, Cecily.Fazzino@dallascounty.org

Bradley R. Prowant     bradley.prowant@stoel.com, sarah.bagwell@stoel.com

Breanna Della Williams     bwilliams@naacpldf.org

Brian Dimmick     bdimmick@aclu.org, uabid@aclu.org

Caroline A. Lebel     clebel@cooley.com, efilingnotice@cooley.com, zughayerte@cooley.com

Chad Ennis     CEnnis@sos.texas.gov, ysimental@texaspolicy.com

Charles E.T. Roberts     cetroberts@jonesday.com

Chase Martin     chase@thefga.org

Christine Sun     christine@statesuniteddemocracy.org, bettina@statesuniteddemocracy.org

Christopher McGreal     cmcgreal@drtx.org, marreguin@drtx.org, mmcnair@drtx.org

Christopher D. Hilton     chris@stonehilton.com, jordan.eskew@oag.texas.gov

Christopher Dooley Dodge     cdodge@elias.law

Ciara A. Sisco     csisco@naacpldf.org

Cory Ren Liu     cory.liu@butlersnow.com

Courtney M. Hostetler     chostetler@freespeechforpeople.org

Dana Paikowsky     dana.paikowsky@usdoj.gov

Daniel Joshua Freeman     daniel.freeman@usdoj.gov

Daniela Lorenzo     dlorenzo@elias.law

Dayton Campbell-Harris     dcampbell-harris@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Derek H. Ha     derek.ha@afslaw.com

Donna Garcia Davidson     donna@dgdlawfirm.com, admin@dgdlawfirm.com

E. Stewart Crosland     scrosland@jonesday.com

Earl S. Nesbitt     esnesbitt61@gmail.com, lisa.granado@wbclawfirm.com, nesbitt8@airmail.net

Edgar Saldivar     esaldivar@aclutx.org, cclay@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Eitan G. Berkowitz     eitan.berkowitz@afslaw.com

Elena Rodriguez Armenta     erodriguezarmenta@elias.law

Elijah M. Watkins     elijah.watkins@stoel.com, docketclerk@stoel.com, ecf-txwd-5147863353819136@inbound.docketalarm.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com

Elissa Gershon     elissa.g@consultant.aclu.org

Eliza Sweren-Becker     sweren-beckere@brennan.law.nyu.edu, tringalii@brennan.law.nyu.edu

Elizabeth Yvonne Ryan     liz.ryan@weil.com, da.docket@weil.com, liz-ryan-1322@ecf.pacerpro.com, martha.lawless@weil.com, mco.ecf@weil.com

Eric Wang     ew@gobergroup.com

Eric A. Hudson     ehudson@terrazaspllc.com, txattorney@gmail.com

Eric J.R. Nichols     Eric.Nichols@butlersnow.com, ecf.notices@butlersnow.com, mckenna.tansey@butlersnow.com, vanessa.joaquin@butlersnow.com, victoria.giese@butlersnow.com

Ethan Quinn Szumanski     ethan.szumanski@oag.texas.gov

Fatima L Menendez     fmenendez@maldef.org, cleija@maldef.org, ipina@maldef.org

Germaine Maria Habell     ghabell@cooley.com, bcaric@cooley.com, efilingnotice@cooley.com

Gregory D. Washington     GWashington@jenner.com

Hani Mirza     hani@texascivilrightsproject.org, chris@texascivilrightsproject.org, hmirza@wustl.edu

Ian Russell Kaplan     ian.kaplan@epcounty.com, Isela.Lozano@epcounty.com, li.rodriguez@epcounty.com, MContreras@epcounty.com

Jacqueline Lysette Villarreal     jacquelinelysette.villarreal@gmail.com

James A. Rodman     jimrodman@rodmanlawoffice.com, laura@rodmanlawoffice.com

James David Cromley     james.cromley@afslaw.com

James Michael Showalter     mshowalter@schiffhardin.com

Jameson C Joyce     jameson.joyce@oag.texas.gov, raymond.abarca@oag.texas.gov

Jasleen K. Singh     jasleen.singh@nyu.edu, singhj@brennan.law.nyu.edu

Jason S. Kanterman     jason.kanterman@friedfrank.com, managingattorneysdepartment@friedfrank.com

Jaywin Singh Malhi     jaywin.malhi@usdoj.gov

Jennifer A. Holmes     jholmes@naacpldf.org, koliver@naacpldf.org

Jennifer Jaeseon Yun     jennifer.yun@usdoj.gov

Jerry Vattamala     jvattamala@aaldef.org

Jessica Ring Amunson     jamunson@jenner.com, 5598279420@filings.docketbird.com, docketing@jenner.com

Jo Anne Anne Bernal     joanne.bernal@epcounty.com

John Bonifaz     jbonifaz@freespeechforpeople.org

John Edward Untereker     juntereker@epcounty.com, i.baeza@epcounty.com, li.rodriguez@epcounty.com, mcontreras@epcounty.com

John M. Gore     jmgore@jonesday.com

Johnathan Stone     johnathan.stone@oag.texas.gov, jessica.yvarra@oag.texas.gov, sharon.murray@oag.texas.gov

Jonathan Gabriel Chaim Fombonne    jonathan.fombonne@cao.hctx.net, andrea.mintzer@cao.hctx.net

Joseph N. Posimato    jposimato@elias.law, joe-posimato-6694@ecf.pacerpro.com

Josephine L. Ramirez    josephine.ramirez@da.co.hidalgo.tx.us, jdog_jlr@yahoo.com, mary.cheaney@da.co.hidalgo.tx.us

Julia Renee Longoria    jlongoria@maldef.org, juliarlongoria@gmail.com

Karson Karl Thompson    karson.thompson@butlersnow.com, cheryl.walters@butlersnow.com, ecf.notices@butlersnow.com, mckenna.tansey@butlersnow.com

Kathleen Hartnett    khartnett@cooley.com, efilingnotice@cooley.com, mnarvaez@cooley.com

Kathleen Hunker    kathleen.hunker@oag.texas.gov, Elizabeth.Saunders@oag.texas.gov, jessica.yvarra@oag.texas.gov, sharon.murray@oag.texas.gov

Kathryn Sadasivan    ksadasivan@naacpldf.org, koliver@naacpldf.org

Keely Dulaney Pippin    kpippin@reedsmith.com, klang@reedsmith.com

Kelsey Spector    kspector@cooley.conn, avera@cooley.com

Kenneth Parreno    kparreno@maldef.org

Kenneth E. Broughton , Jr    kbroughton@reedsmith.com, kwright@reedsmith.com, rsheffield@reedsmith.com

Larry L. Roberson    lroberson@bexar.org, lroberson75@gmail.com, noelle.butler@bexar.org

Laura E. Rosenbaum    laura.rosenbaum@stoel.com, docketclerk@stoel.com, victroia.minnieweather@stoel.com

Leah J. Tulin    tulinl@brennan.law.nyu.edu

Leigh Ann Tognetti    leigh.tognetti@da.co.hidalgo.tx.us

Leslie W. Dippel    leslie.dippel@traviscountytx.gov, amy.pollock@traviscountytx.gov, gabe.hodge@traviscountytx.gov, sylvia.mcnicholas@traviscountytx.gov

Lisa V. Cubriel    Lisa.Cubriel@bexar.org, Lisa_Cubriel@yahoo.com, MaryAnn.Ortegon@bexar.org

Louis J. Capozzi , III    lcapozzi@jonesday.com

Lucia Romano    lromano@drtx.org, khillips@drtx.org, mmcnair@drtx.org

Madeleine Hall Carpenter     madeleine.carpenter@weil.com

Marc Erik Elias     melias@elias.law, marc-elias-5731@ecf.pacerpro.com, mdepass@elias.law

Marcos Mocine-Mcqueen     mmcqueen@elias.law, capolonio@elias.law

Marina Eisner     marina@statesuniteddemocracy.org

Marisa O'Gara     mogara@elias.law

Mark L. Bieter     mark.bieter@stoel.com, annmarie.liddell@stoel.com, kelly.tonkin@stoel.com

Meaghan E. Mixon     mmixon@elias.law, gream@elias.law

Megan Cloud     megan.cloud@weil.com

Megan Ashley Rusciano     rusciano@thearc.org

Michael B. Jones     mjones@elias.law

Michael C. Keats     michael.keats@friedfrank.com, managingattorneysdepartment@friedfrank.com

Michael Elliot Stewart     michael.stewart3@usdoj.gov

Mohammed A. Badat     abadat@naacpldf.org, koliver@naacpldf.org

Monroe David Bryant , Jr     david.bryant@oag.texas.gov, jessica.yvarra@oag.texas.gov, sharon.murray@oag.texas.gov, tamera.martinez@oag.texas.gov

Nina Perales     nperales@maldef.org, cleija@maldef.org, fmenendez@maldef.org, ipina@maldef.org

Noah B. Baron     nbaron@elias.law, mshostek@elias.law

Omeed Alerasool     oalerasool@elias.law

Orion Armon     oarmon@cooley.com, efilingnotice@cooley.com, nmatteo@cooley.com

Patrick Stegemoeller     pstegemoeller@aaldef.org

Patrick A. Berry     patrick.berry@nyu.edu

Paul R. Genender     paulgenender@paulhastings.com, DA.docket@weil.com, mco.ecf@weil.com, megan.cloud@weil.com, paul-genender-5536@ecf.pacerpro.com

Peter Hofer     phofer@disabilityrightstx.org, kphillips@disabilityrightstx.org, mmcnair@disabilityrightstx.org

Ranjana Natarajan     ranjana@statesuniteddemocracy.org, bettina@statesuniteddemocracy.org, pratiksha@statesuniteddemocracy.org

Rebecca L. Martin     rebecca.martin@friedfrank.com, managingattorneysdepartment@friedfrank.com

Richard Alan Dellheim     richard.dellheim@usdoj.gov

Robert Cotter     robert@statesuniteddemocracy.org, robertcotter2012@gmail.com

Robert E Henneke     rhenneke@texaspolicy.com, ysimental@texaspolicy.com

Robert William Piatt , III     robert.piatt@bexar.org, maryann.ortegon@bexar.org, noelle.butler@bexar.org

Ronald A. Fein     rfein@freespeechforpeople.org

Roswill Mejia     rmejia@reedsmith.com, kclark@reedsmith.com

Ryan G. Kercher     ryan.kercher@oag.texas.gov, jessica.yvarra@oag.texas.gov, ryan.kercher@gmail.com

Sarah C. Stewart     sarah.stewart@reedsmith.com, anixon@reedsmith.com, kclark@reedsmith.com

Sarah Xiyi Chen     schen@texascivilrightsproject.org

Savannah Kumar     skumar@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Sean Morales-Doyle     morales-doyles@brennan.law.nyu.edu, beyener@brennan.law.nyu.edu, sandersr@brennan.law.nyu.edu

Sean Michael Lyons     sean@lyonsandlyons.com, andrew@lyonsandlyons.com, lisa@lyonsandlyons.com, loanvo@lyonsandlyons.com

Sharon Song     song@cooley.com, efilingnotice@cooley.com

Shira Wakschlag     wakschlag@thearc.org

Sophia Lin Lakin     slakin@aclu.org, bschratz@aclu.org, mlarondeking@aclu.org, mperez@aclu.org

Stewart Whitson     stewart@thefga.org, stewartwhitson7@gmail.com

Susan Mizner     smizner@aclu.org, uabid@aclu.org

Susana Lorenzo-Giguere     slorenzo-giguere@aaldef.org, lorgig@mac.com

Thomas Christian Herren , Jr     chris.herren@usdoj.gov

Thomas Paul Buser-Clancy    tbuser-clancy@aclutx.org, cclay@aclutx.org, christopher-clay-5259@ecf.pacerpro.com

Tiffany Sue Bingham    tiffany.bingham@harriscountytx.gov, andrea.mintzer@cao.hctx.net, jacqueline.bauerband@cao.hctx.net

Uzoma N. Nkwonta    unkwonta@elias.law, capolonio@elias.law, mdepass@elias.law, uzoma-nkwonta-0352@ecf.pacerpro.com

Veronica Smith Moye    vmoye@gibsondunn.com, cfitzgerald@gibsondunn.com, ctryon@gibsondunn.com

Veronikah Rhea Warms    veronikah@texascivilrightsproject.org

Victor Genecin    vgenecin@naacpldf.org, koliver@naacpldf.org

Victor Manuel Garza    victor.garza@da.co.hidalgo.tx.us

Victoria A. Giese    victoria.giese@butlersnow.com, sas.schraub@butlersnow.com

Wendy J. Olson    wendy.olson@stoel.com, docketclerk@stoel.com, karissa.armbrust@stoel.com

William D'Angelo , III    william.dangelo@afslaw.com

William D. Wassdorf    will.wassdorf@oag.texas.gov, thomas.ray@oag.texas.gov

Zachary Dolling    zachary@texascivilrightsproject.org, zdolling@gmail.com

**5:21-cv-00844-XR Notice has been delivered by other means to:**

Robyn Sanders
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271