IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br>     *Defendants*. <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br>     *Intervenor-Defendants*. | Case No. 5:21-cv-844-XR <br> (Lead Case) |

**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pending before the Court is State Defendants' Unopposed Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law. ECF No. 840. After considering this Motion, the motion is GRANTED.

IT IS THEREFORE ORDERED that:

- The deadline for the parties to file proposed findings of fact and conclusions of law is January 19, 2024.
- All other deadlines remain unchanged.

SIGNED this _____ day of _____, 2024.

 

HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE