IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | |
| STATE OF TEXAS, *et al.*, | § § | Case No. 5:21-cv-00844-XR [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § § | |
| *Intervenor-Defendants*. | | |

## LUPE PLAINTIFFS' MOTION TO CORRECT TRIAL TRANSCRIPT

The LUPE[1] Plaintiffs ("Plaintiffs") hereby respectfully move the Court to correct the trial transcript of the above-captioned case.

Plaintiffs respectfully request corrections to the trial transcript to provide an accurate record of the testimony. In a number of instances, as shown in the attached Exhibits 1-19, certain words used by witnesses in their testimony were mis-transcribed in a way that either changed the meaning of the testimony or made the testimony impossible to understand.

For example, when Juanita Valdez-Cox testified that she and other children from her neighborhood "were bused to" Runn Elementary, her testimony was transcribed as "we were busted at school." *See* Ex. 2, referencing Tr. Sept. 11, 2023 at 133:14-18. In another example, when Mr. Louis Perales testified that the racial composition of the schools he attended was "mostly Anglo", his testimony was transcribed as "mostly *Angelo*". *See* Ex. 5, referencing Tr. Oct. 3, 2023

---

[1] LUPE Plaintiffs are La Union del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, FIEL Houston, Friendship-West Baptist Church, Texas Impact, and James Lewin.

at 2165:23-25 (emphasis added); *see also id.* referencing Tr. Oct. 3, 2023 at 2167:16-22 (Mr. Perales's testimony that he "grew up mostly with Anglo kids" transcribed as "grew up mostly with *Angelo* kids") (emphasis added). When Tania Chavez, executive director of LUPE, testified that staff members were "eligible" to serve as deputy voter registrars, the testimony was transcribed as "illegible." *See* Ex. 1 referencing Tr. Sept. 11, 2023 at 70:15-70:17 ("We do have -- all of our LUPE staff are able to, if they are *illegible* to, become deputy registrars, and so those are *illegible* to become deputy registrar.") (emphasis added); *see also id.* referencing Tr. Sept. 11, 2023 at 64:11-64:14 ("They didn't get to apply for their citizenship early enough and they waited until they were *illegible* [verbatim] to take the citizenship exam in Spanish, and so now they are becoming citizens.") (emphasis added).

In order to ensure the accuracy of the record, the proposed corrections are as follows:

1. Corrections to the testimony of Tania Chavez Camacho (Exhibit 1)
2. Corrections to the testimony of Juanita Valdez-Cox (Exhibit 2)
3. Corrections to the testimony of Maria Cristel Gonzalez Tovias (Exhibit 3)
4. Corrections to the testimony of Toby Cole (Exhibit 4)
5. Corrections to the testimony of Louis Perales (Exhibit 5)
6. Corrections to the testimony of Cesar Espinosa (Exhibit 6)
7. Corrections to the testimony of Joe Cardenas, III (Exhibit 7)
8. Corrections to the testimony of Jana Ortega (Exhibit 8)
9. Corrections to the testimony of Lisa Wise (Exhibit 9)
10. Corrections to the testimony of Michael J. Scarpello (Exhibit 10)
11. Corrections to the testimony of Tacoma Phillips (Exhibit 11)
12. Corrections to the testimony of Remi Garza (Exhibit 12)

13. Corrections to the testimony of Yvonne Ramon (Exhibit 13)

14. Corrections to the testimony of Dana Debeauvoir (Exhibit 14)

15. Corrections to the testimony of Danielle Ayers (Exhibit 15)

16. Corrections to the testimony of James Lewin (Exhibit 16)

17. Corrections to the testimony of Joshua Steven Houston (Exhibit 17)

18. Corrections to the testimony of Richard Ertel (Exhibit 18)

19. Corrections to the testimony of Douglas Kruse (Exhibit 19)

Plaintiffs therefore respectfully request that the corrections attached in Exhibits 1-19 be incorporated into the final trial transcript.

Dated:  January 10, 2024                                    Respectfully submitted,

/s/ *Nina Perales*                                          /s/ *Sean Morales-Doyle*
Nina Perales (TX Bar No. 24005046)                          Sean Morales-Doyle
Julia R. Longoria (TX Bar No. 24070166)                     Patrick A. Berry*
Fátima L. Menéndez (TX Bar No. 24090260)                    Jasleen K. Singh*
Kenneth Parreno (MA BBO No. 705747)                         Robyn N. Sanders*
MEXICAN AMERICAN LEGAL DEFENSE                              BRENNAN CENTER FOR JUSTICE AT
AND EDUCATIONAL FUND                                        NYU SCHOOL OF LAW
110 Broadway, Suite 300                                     120 Broadway, Suite 1750
San Antonio, TX 78205                                       New York, NY 10271
Tel: (210) 224-5476; Fax: (210) 224-5382                    Tel: (646) 292-8310; Fax: (212) 463-7308
nperales@maldef.org                                         sean.morales-doyle@nyu.edu
jlongoria@maldef.org                                        patrick.berry@nyu.edu
fmenendez@maldef.org                                        jasleen.singh@nyu.edu
kparreno@maldef.org                                         rs8592@nyu.edu

Michael C. Keats*                                           Leah J. Tulin*
Rebecca L. Martin*                                          BRENNAN CENTER FOR JUSTICE AT
Jason S. Kanterman*                                         NYU SCHOOL OF LAW
FRIED, FRANK, HARRIS, SHRIVER &                             1140 Connecticut Avenue NW, Suite 1150
JACOBSON LLP                                                Washington, DC 20036
One New York Plaza                                          (202) 650-6397
New York, New York 10004                                    tulinl@brennan.law.nyu.edu
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com                                Elizabeth Y. Ryan (TX Bar No. 24067758)
rebecca.martin@friedfrank.com                               WEIL, GOTSHAL & MANGES LLP
jason.kanterman@friedfrank.com                              200 Crescent Court, Suite 300
kevin.zhen@friedfrank.com                                   Dallas, Texas 75201

*Attorneys for Plaintiffs*

**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**

*\*Admitted pro hac vice*

Telephone: (214) 746-8158
Facsimile: (214)746-7777
liz.ryan@weil.com

*Attorneys for Plaintiffs*

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

*\*Admitted pro hac vice*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 21, 2023 and January 8, 2024, I conferred with all parties regarding the above motion. All parties stated they did not oppose the relief requested. On January 9, 2024, El Paso County requested additional corrections to the transcript of testimony of Ms. Lisa Wise (Exhibit 9). I incorporated El Paso County's request into the motion and asked for the position of the parties on January 9, 2024 and January 10, 2024. In response, State Defendants, Defendant Intervenors, Bexar County, Dallas County, Hidalgo County and Mi Familia Vota Plaintiffs responded that they do not oppose the relief requested in Exhibit 9. The remaining parties did not respond regarding Exhibit 9 before the filing of this motion.

*/s/ Nina Perales*
Nina Perales

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 10th day of January 2024.

                                                      */s/ Nina Perales*
                                                        Nina Perales