IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | |
| STATE OF TEXAS, *et al.*, | § § § | Case No. 5:21-cv-00844-XR [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § § | |
| *Intervenor-Defendants.* | | |

## PROPOSED ORDER GRANTING LUPE PLAINTIFFS' MOTION TO CORRECT TRIAL TRANSCRIPT

Pending before the Court is LUPE Plaintiffs' Motion to Correct Trial Transcript. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE