# EXHIBIT 1

*Errata Sheet: Tania Chavez Camacho*

**Errata Sheet:  Tania Chavez Camacho (9/11/2023) (Trial Day 1)**

| Page and Line | Current | Change To |
|---|---|---|
| 57:12 | Tonia | Tania |
| 58:2 | status | studies |
| 60:24 | civil | civic |
| 61:6 | family needs | family-based |
| 61:13 | postal | apostille |
| 62:8 | electrode | electoral |
| 62:19 | OPR | LPR |
| 62:20 | residence | residents |
| 64:13 | illegible [verbatim] | eligible |
| 68:22 | FAC | FCC |
| 69:20 | through | to |
| 70:16 | illegible | eligible |
| 70:17 | illegible | eligible |
| 70:17 | registrar.  They | registrar, they |
| 71:10 | illegible | eligible |
| 71:25 | main | meeting |
| 77:9 | flacks | problems |
| 77:9 | anything | everything |
| 86:19 | immediately | automatically |
| 88:4 | maybe | measure |
| 95:22 | failed | filed |
| 98:18 | Vaughn [phonetic] | Evone |
| 98:18 | our | are |
| 98:19 | Andes [phonetic] | Mireles |
| 117:15 | shares | says |
| 120:3 | talk | talked |
| 120:3 | stop | stopped |
|  |  |  |
| **Errata Sheet:  Tania Chavez (10/11/2023) (Trial Day 15)** | | |
| **Page and Line** | **Current** | **Change To** |
| 3673:20 | vote | both |
| 3674:8 | refrain | reframe |
| 3678:18 | geo. tv | GOTV |
| 3678:19 | geo. tv | GOTV |
| 3679:4 | geo. tv | GOTV |
| 3687:12 | for | from |
| 3693:11 | on | our |
| 3694:20 | continue | continued |