# **EXHIBIT 2**

*Errata Sheet: Juanita Valdez-Cox*

**Errata Sheet: Juanita Valdez Cox (9/11/2023) (Trial Day 1)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 129:17 | and his work | in his work |
| 130:15 | bend | bent |
| 133:18 | were busted at school. | were bused to that school. |