# **EXHIBIT 3**

*Errata Sheet: Maria Cristel Gonzalez Tovias*

**Errata Sheet: Maria Cristel Gonzalez Tovias (Cris Rocha) (9/11/2023) (Trial Day 1)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 142:1 | Tobias | Tovias |
| 142:5 | Cesar | Cessna |
| 143:19 | Pro Air | provider |