# **EXHIBIT 4**

*Errata Sheet: Toby Cole*

**Errata Sheet: Toby Cole (9/13/2023) (Trial Day 3)**

| Page and Line | Current | Change To |
|---|---|---|
| 700:21 | about | just |
| 703:7 | world | word |
| 706:11 | not my | not on my |
| 707:1 | who are | who we are |
| 710:9 | work these | work with these |
| 717:4 | inadvisable | invisible |