# **EXHIBIT 5**

*Errata Sheet: Louis Perales*

**Errata Sheet:   Louis Anthony Perales (10/3/2023) (Trial Day 10)**

| Page and Line | Current | Change To |
|---|---|---|
| 2165:25 | It was mostly Angelo | It was mostly Anglo |
| 2167:19-21 | You know I grew up mostly with Angelo kids and stuff, but I couldn't speak – the Mexican couldn't speak Spanish at all.  It's here in American they speak English | You know, I grew up mostly with Anglo kids and stuff, but I couldn't speak – the Mexicans couldn't speak Spanish at all.  They'd say, "You're in America, speak English" |
| 2171:13-15 | I was contacted a couple of hours prior to closing, or the voter date for me to come in, which was downtown to make corrections | I was contacted a couple of hours prior to closing on Voting Day, for me to come in, which was downtown, to make corrections |