# **EXHIBIT 6**

*Errata Sheet: Cesar Espinosa*

**Errata Sheet:  Cesar Espinosa (10/4/2023) (Trial Day 11)**

| Page and Line | Current | Change To |
|---|---|---|
| 2429:22 | E-P-S-I-N-O-S-A | E-S-P-I-N-O-S-A |
| 2459:13 | structure four | structure of four |
| 2471:22 | course | coercing |
|  |  |  |
|  |  |  |