# **<u>EXHIBIT 7</u>**

*Errata Sheet: Joe Cardenas, III*

**Errata Sheet:  Joe Cardenas, III (10/4/2023) (Trial Day 11)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 2474:25 | I teach Louise | I teach in Louise |
| 2477:6 | Geo TV | GOTV |
| 2480:23 | Arlinda Ureste | Herlinda Eureste |