# EXHIBIT 8

*Errata Sheet: Jana Ortega*

**Errata Sheet:   Jana Ortega (10/4/2023) (Trial Day 11)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 2534:23-24 | and voted on bar general membership | and voted on by our general membership |
| 2535:21 | Does MABA Texas work on any Geo TV activities? | Does MABA Texas work on any GOTV activities? |