# **EXHIBIT 9**

*Errata Sheet: Lisa Wise*

**Errata Sheet: Lisa Wise (9/11-9/12/2023) (Trial Days 1 and 2)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 54:3 | UNIDENTIFIED FEMALE SPEAKER | MISS HARTNETT |
| 165:24 | canvas | canvass |
| 166:23 | express vote | ExpressVote |
| 171:3 | Puebla | Pueblo |
| 171:6 | Tiqua | Tigua |
| 171:10 | Tiqua | Tigua |
| 171: 15 | Tiqua | Tigua |
| 171:17 | Tiqua | Tigua |
| 177: 21 | roll | scroll |
| 178: 8 | roll | scroll |
| 179: 2-3 | before 2022 of November | before November of 2022 |
| 179: 6 | canvasers | canvassers |
| 191: 6 | free moment. I don't believe that free moment | free movement. I don't believe that free movement |
| 197:20-21 | and voters all there | and all the voters there |
| 202:13 | Team | TEAM |
| 202: 14 | Team | TEAM |
| 202:15 | Team | TEAM |
| 202: 19 | Team | TEAM |
| 203:6 | Team | TEAM |
| 203:14 | Team | TEAM |
| 203:23 | Team | TEAM |
| 203:25 | Team | TEAM |
| 204:2 | Teams | TEAM |
| 204:4 | Teams | TEAM |
| 205:1 | Team | TEAM |
| 205:10 | Teams | TEAM |
| 206:10 | Team | TEAM |
| 206:13 | Team | TEAM |
| 221:16 | Team | TEAM |

| | | |
|---|---|---|
| 221:18 | Team | TEAM |
| 221:19 | Team | TEAM |
| 221:24 | Team | TEAM |
| 222:21 | Team | TEAM |
| 223:5 | Teams | TEAM |
| 223:19 | Team | TEAM |
| 223:25 | Teams | TEAM |
| 224:3 | Teams | TEAM |
| 259:18 | vise | vice |
| 274: 18 | MR. WASSDORF | MISS PERALES |
| 319:6 | for military and overseas | for military and overseas voters |
| 321: 3 | response for the March election. | response to the March election. |
| 355:12 | Election | Elections |
| 360: 10 | it wasn't SOS training | it was SOS training |
| 367: 19 | MR. WASSDORF | MISS PERALES |