# **EXHIBIT 10**

*Errata Sheet: Michael J. Scarpello*

**Errata Sheet: Michael J. Scarpello (9/12/2023) (Trial Day 2)**

| Page and Line | Current | Change To |
|---|---|---|
| 410:1 | VoTech | VOTEC |
| 449:9 | voter, assister | voter assister |