# **EXHIBIT 11**

*Errata Sheet: Tacoma Phillips*

**Errata Sheet:  Tacoma Phillips (9/13/2023) (Trial Day 3)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 526:16 | register | registered |