# EXHIBIT 12

*Errata Sheet: Remi Garza*

**Errata Sheet:  Remi Garza (9/13-14/2023) (Trial Days 3 & 4)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 742:2 | if is the machine | if the machine |
| 749:6 | one | once |
| 762:9 | can | did |
| 835:1 | your concerns | you concerned |