# **EXHIBIT 13**

*Errata Sheet: Yvonne Ramon*

**Errata Sheet:  Yvonne Ramon (10/3/2023) (Trial Day 10)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 2311:25 | VoteTech | VOTEC |
| 2342:20 | Berg | Bert |