# **EXHIBIT 14**

*Errata Sheet: Dana Debeauvoir*

**Errata Sheet:  Dana Debeauvoir (9/14/2023) (Trial Day 4)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 851:13 | submerged | rejected |
| 854:1 | made | got |
| 864:18 | details | entails |
| 871:13 | coded | Covid |