# **EXHIBIT 15**

*Errata Sheet: Danielle Ayers*

**Errata Sheet:  Danielle Ayers (10/4/23) (Trial Day 11)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 2500:12 | friend west | Friendship-West |
| 2508:17 | BY MS. NIELSEN: | BY MS. SINGH |
| 2513:7 | fingerprints | fingertips |
| 2514:17 | turnout, tactic, | Delete comma after "turnout" and comma after "tactic" |
| 2525:20 | expend resources to training its volunteers | expend resources to train its volunteers |
| 2526:1-2 | talk about training our volunteers and I was saying money used to train an advocacy training and organizing training which is separate from what we do to prepare folks who engage in voting engagement activities. | talk about training our volunteers and I was saying money used to train [comma] advocacy training and organizing training [comma]which is separate from what we do to prepare folks who engage in voting engagement activities. |
| 2528:12 | voter | video |
| 2530:11-13 | No, I don't think we make an attempt to be deeply engaged in every session because issues we care about are always on the agenda. | No, I think we make an attempt to be deeply engaged in every session because issues we care about are always on the agenda. |