# **<u>EXHIBIT 16</u>**

*Errata Sheet: James Lewin*

**Errata Sheet:  James Lewin (9/13/23) (Trial Day 3)**

| Page and Line | Current | Change To |
|---|---|---|
| 558:6 | first informed on | thirsty for |
| 558:7 | relates | related |
| 558:25 | parts | point |