# **<u>EXHIBIT 17</u>**

*Errata Sheet: Joshua Steven Houston*

**Errata Sheet:  Joshua Steven Houston (10/11/23) (Trial Day 15)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 3642:6 | To promote, advance | To promote and advance |
| 3643:5 | operations | organizations |
| 3654:16 | cumulative, Mr. Ertel's previous testimony. | cumulative of Mr. Ertel's previous testimony. |
| 3655:9 | recruiting poll watchers | recruiting poll workers |
| 3655:17-18 | And we had a partnership with an operation called "Power the Polls," | And we had a partnership with an organization called "Power to the Polls," |
| 3655:23 | Power the Polls | Power to the Polls |