# **EXHIBIT 18**

*Errata Sheet: Richard Ertel*

**Errata Sheet:  Richard Ertel (9/13/2023) (Trial Day 3)**

| Page and Line | Current | Change To |
|---|---|---|
| 608:17 | filing | violating |