# **EXHIBIT 19**

*Errata Sheet: Douglas Kruse*

**Errata Sheet:  Douglas Kruse (10/12/2023) (Trial Day 16)**

| Page and Line | Current | Change To |
| --- | --- | --- |
| 3759:5 | international | in our national |
| 3761:2 | American Committee Survey | American Community Survey |