# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.,
*Plaintiffs*,

v.

GREGORY WAYNE ABBOTT, et al.,
*Defendants*.

Case No. 5:21-cv-0844-XR
(consolidated cases)

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule AT-3, Megan Ashley Rusciano respectfully moves this Court to permit her to withdraw as counsel for the HAUL Plaintiffs in the above-captioned case. Ms. Rusciano will be leaving The Arc of the United States on January 12, 2023. The Plaintiffs will continue to be represented by their other attorneys of record listed below, including Shira Wakschlag from The Arc of the United States.

The withdrawal will not delay any proceedings, and counsel for Defendants do not oppose this motion.

Date:   January 12, 2024

Respectfully submitted,

/s/ Megan Ashley Rusciano
Megan Rusciano*
Shira Wakschlag*
THE ARC OF THE UNITED
STATES, INC.
2000 Pennsylvania Ave. NW, Suite 500
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731

Rusciano@thearc.org
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
J. Keely Pippin
Texas Bar No. 24116306
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com


Jennifer A. Holmes*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

*Admitted *pro hac vice*

**Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 11, 2024, and that all counsel of record were served by CM/ECF.

/s/ Megan Ashley Rusciano

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I conferred via e-mail with parties of all counsel to ask if any party opposed my withdrawal from this matter. No party stated any opposition.

/s/ Megan Ashley Rusciano

*Counsel for Plaintiffs*