IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.,
*Plaintiffs*,

v.

GREGORY WAYNE ABBOTT, et al.,
*Defendants*.

Case No. 5:21-cv-0844-XR
(consolidated cases)

## (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO WTHDRAW AS COUNSEL

Having considered the Unopposed Motion to Withdraw as Counsel for Plaintiffs by Megan Ashley Rusciano, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Clerk is directed to remove Megan Ashley Rusciano as counsel of record for Plaintiffs in this case.

**SO ORDERED** this _____ day of _____, 2024.

_____
JUDGE XAVIER RODRIGUEZ
UNITED STATES DISTRICT COURT