

**JOHN CREUZOT**
**DISTRICT ATTORNEY**
**CIVIL DIVISION**
**DALLAS COUNTY, TEXAS**

January 19, 2024

Hon. Xavier RodriguezeFiled with Court
Western District of Texas
262 West Nueva Street
San Antonio, Texas 78207

Re: Case No. 5:21-CV-0844-XR in the United States District Court,
 Western District of Texas (San Antonio)
 *La Union del Pueblo Entero, et al.,*
 *Plaintiffs,*
 *v.*
 *Gregory W. Abbott, et al.,*
 *Defendants.*

To the Honorable Court:

This letter is written to submit two proposed findings of fact and conclusions of law for, respectively, Defendant John Creuzot, the Criminal District Attorney of Dallas County, Texas, and Defendant Michael Scarpello, the former Elections Administrator of Dallas County, Texas, in the above referenced case. This letter is also written to notify the Court that, on 20 December 2023, Heider Garcia replaced Michael Scarpello as the Elections Administrator of Dallas County, Texas.

To The Honorable Court
January 19, 2024
Page 2

                              Respectfully submitted,

                              JOHN CREUZOT
                              Criminal District Attorney
                              Dallas County, Texas

                              /s/ *Ben L. Stool*
                              Assistant Criminal District Attorney
                              Civil Division
                              Texas Bar No. 19312500
                              Dallas County Records Building
                              500 Elm Street, Suite 6300
                              Dallas, Texas 75202-3371
                              Main: 214-653-7358
                              Direct: 214-653-6122
                              Fax: 214-653-6134
                              ben.stool@dallascounty.org
                              Counsel to John Creuzot, Criminal
                              District Attorney of Dallas County,
                              Texas; Michael Scarpello, former
                              Elections Administrator of Dallas
                              County, Texas; and Heider Garcia,
                              current Elections Administrator of
                              Dallas County, Texas

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument was delivered to all counsel of record in this case via ECF service.

Dated: January 19, 2024            /s/ *Ben L. Stool*

enclosures