IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs*, | § § | Case No.: 5:21-CV-0844-XR |
| v. | § § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § § | |
| *Defendants.* | § § § | |

**FINDINGS OF FACT AND CONCLUSION OF LAW**
**REGARDING DEFENDANT JOHN CREUZOT**

Pursuant to Rule 52(a), Defendant John Creuzot, Criminal District Attorney of Dallas County, Texas, requested the following findings of fact and conclusion of law:

FINDINGS OF FACT

1. Plaintiff James Lewin has not suffered any injury in fact from any action or inaction by Defendant Creuzot for claims in this case.

2. Defendant John Creuzot has not made an announcement that he would refrain from enforcement of the amendments and additions made by Senate Bill 1 from the second called session of the 87th Texas Legislature in 2021 to the following sections of the Texas Election Code: § 33.051 (acceptance of watcher), § 33.061 (unlawfully obstructing watcher), § 64.034 (oath of assistance), § 276.015 (vote harvesting), § 276.016 (unlawful solicitation and distribution of application to vote by mail), § 276.017 (unlawful distribution of early voting ballots and balloting materials), § 276.018 (perjury in connection with certain election procedures), and § 276.019 (unlawful altering of election procedures).

3. Defendant John Creuzot does not intend to wholly refrain from prosecuting violations of the amendments and additions made by Senate Bill 1 from the second called session of the 87th

Texas Legislature in 2021 to the following sections of the Texas Election Code: § 33.051 (acceptance of watcher), § 33.061 (unlawfully obstructing watcher), § 64.034 (oath of assistance), § 276.015 (vote harvesting), § 276.016 (unlawful solicitation and distribution of application to vote by mail), § 276.017 (unlawful distribution of early voting ballots and balloting materials), § 276.018 (perjury in connection with certain election procedures), and § 276.019 (unlawful altering of election procedures).

4. Defendant John Creuzot does not intend to wholly refrain from investigating alleged violations of the amendments and additions made by Senate Bill 1 from the second called session of the 87th Texas Legislature in 2021 to the following sections of the Texas Election Code: § 33.051 (acceptance of watcher), § 33.061 (unlawfully obstructing watcher), § 64.034 (oath of assistance), § 276.015 (vote harvesting), § 276.016 (unlawful solicitation and distribution of application to vote by mail), § 276.017 (unlawful distribution of early voting ballots and balloting materials), § 276.018 (perjury in connection with certain election procedures), and § 276.019 (unlawful altering of election procedures).

## CONCLUSION OF LAW

5. Plaintiff James Lewin does not have standing for claims brought against Defendant John Creuzot in this case.

**THE FOREGOING FINDINGS OF FACT AND CONCLUSION OF LAW ARE HEREBY ADOPTED BY THE COURT.**

DATED: January _____, 2024

 _____
 The Honorable Xavier Rodriguez
 UNITED STATES DISTRICT JUDGE