IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., §§§§<br>*Plaintiffs*, §<br>§<br>v. §§§<br>GREGORY W. ABBOTT, et al., §<br>*Defendants*. §§ | Case No.: 5:21-CV-0844-XR<br>[Consolidated Cases] |

**DEFENDANT MICHAEL SCARPELLO'S
PROPOSED FINDING OF FACT AND CONCLUSION OF LAW**

Pursuant to Rule 52(a), Defendant Michael Scarpello, Elections Administrator[1] of Dallas County, Texas, requested the following finding of fact and conclusion of law:

FINDING OF FACT

1. Plaintiff James Lewin has not suffered any injury in fact from any action or inaction by Defendant Michael Scarpello for claims in this case.

CONCLUSION OF LAW

2. Plaintiff James Lewin does not have standing for claims brought against Defendant Michael Scarpello in this case.

**THE FOREGOING FINDING OF FACT AND CONCLUSION OF LAW ARE HEREBY ADOPTED BY THE COURT.**

DATED: January _____, 2024

_____
The Honorable Xavier Rodriguez
UNITED STATES DISTRICT JUDGE

---

[1] On December 20, 2023, Heider Garcia replaced Michael Scarpello as the Elections Administrator of Dallas County, Texas.

1