

**JOHN CREUZOT**
**DISTRICT ATTORNEY**
**CIVIL DIVISION**
**DALLAS COUNTY, TEXAS**

January 19, 2024

Hon. Xavier Rodriguez                                    eFiled with Court
Western District of Texas
262 West Nueva Street
San Antonio, Texas 78207

Re: Case No. 5:21-CV-0844-XR in the United States District Court,
   Western District of Texas (San Antonio)
   *La Union del Pueblo Entero, et al.,*
        *Plaintiffs,*
*v.*
*Gregory W. Abbott, et al.,*
        *Defendants.*

To the Honorable Court:

   This letter is written to submit a Stipulated Order Regarding Destruction of Certain Ballots and Election-Related Records and Documents (the "Stipulated Order"). The undersigned conferred with all counsel of record in this case by email concerning the enclosed Stipulated Order. Most counsel expressly did not object to the enclosed Stipulated Order and no counsel affirmatively objected to the enclosed Stipulated Order.

   The purpose of the Stipulated Order is to allow county officials who run elections to clear out a considerable amount of election records that continue to be subject to litigation holds in this case in order to make room for new election records that are constantly being generated by conducting elections.

To The Honorable Court
January 19, 2024
Page 2

Respectfully submitted,

JOHN CREUZOT
Criminal District Attorney
Dallas County, Texas

/s/ *Ben L. Stool*
Assistant Criminal District Attorney
Civil Division
Texas Bar No. 19312500
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202-3371
Main: 214-653-7358
Direct: 214-653-6122
Fax: 214-653-6134
ben.stool@dallascounty.org
Counsel to John Creuzot, Criminal
District Attorney of Dallas County,
Texas; Michael Scarpello, former
Elections Administrator of Dallas
County, Texas; and Heider Garcia,
current Elections Administrator of
Dallas County, Texas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was delivered to all counsel of record in this case via ECF service.

Dated: January 19, 2024          /s/ *Ben L. Stool*

enclosures