# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión Del Pueblo Entero, *et al.*, § <br> § <br> Plaintiffs § <br> § <br> v. § <br> § <br> Gregory W. Abbott, *et. al.*, § <br> § <br> Defendant. § <br> § <br> § | No. 5:21-cv-00844-XR |

## **INTERVENOR-DEFENDANTS' NOTICE OF JOINDER**

As reflected by the presence of their signature block in each relevant filing, Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee have joined the State Defendants' Proposed Findings of Fact and Conclusions of Law. *See* ECF Nos. 847, 851, 853.

Dated: January 20, 2024

Respectfully submitted,

*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland (*pro hac vice*)
Louis J. Capozzi III (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ John M. Gore