# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*,<br>    *Plaintiffs,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 5:21-cv-844-XR<br>(Lead Case) |
| STATE OF TEXAS, *et al.*,<br>    *Defendants.* | §<br>§<br>§ | |
| | § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br>    *Intervenor-Defendants.* | §<br>§<br>§ | |

## STATE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO CORECT FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") file this Motion for Leave to Correct State Defendants and Intervenor-Defendants' Findings of Fact (ECF 853) and Conclusions of Law (ECF 851).

The deadline for the parties to file their proposed findings of fact and conclusions of law was January 19, 2023. After 11:00 pm on the night of the deadline, State Defendants discovered that, due to a draft ownership issue, many hours of combining and finishing the two documents had been lost. The discovery required State Defendants to make a difficult choice: file timely but incomplete, or file complete but out of time. Out of respect for the Parties and this Court, State Defendants chose the former.

For good cause, State Defendants now seek to correct their Findings of Fact and Conclusions of Law. The initial Findings of Fact had incomplete tables. The Conclusions of Law lacked citations to the Findings of Fact, two sections pertaining to the VRA, and completed tables of authorities and

1

contents. The amended versions, attached herein, would correct these deficiencies. State Defendants' separate submission regarding the ADA and Rehabilitation Act (ECF 847) does not need to be corrected.

The corrections will not prejudice any party. Plaintiffs received the substantive bulk of State Defendants' 750 pages of briefing, and the errors will be corrected before start of business Monday. In addition, two separate Plaintiffs groups filed after the January 19 deadline and now seek leave from this Court. State Defendants do not oppose their motion, only note that it puts Plaintiffs and State Defendants on equal ground.

| | |
|---|---|
| Date: January 20, 2024 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ *Ryan G. Kercher*<br>RYAN G. KERCHER<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | WILLIAM D. WASSDORF<br>Assistant Attorney General<br>Tex. State Bar No. 24103022 |
| RYAN D. WALTERS<br>Chief, Special Litigation Division | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| | ETHAN Q. SZUMANSKI<br>Special Counsel<br>Tex. State Bar No. 24123966 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov
ethan.szumanski@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that. on January 20, 2024, counsel for Plaintiffs indicated that they were unopposed to this motion.

/s/ *Ryan G. Kercher*
RYAN G. KERCHER

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 20, 2024, and that all counsel of record were served by CM/ECF.

                                         */s/ Ryan G. Kercher*
                                         RYAN G. KERCHER