IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br> *Defendants.* <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br> *Intervenor-Defendants.* | Case No. 5:21-cv-844-XR <br> (Lead Case) |

**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO CORRECT FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Before the Court is State Defendants' Motion for Leave to Correct Findings of Fact and Conclusions of Law. The motion is hereby GRANTED.

SIGNED ON _____, 2024.

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE