# IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | |
| STATE OF TEXAS, *et al.*, | § § | Case No. 5:21-cv-00844-XR [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § § | |
| *Intervenor-Defendants.* | | |

## LUPE PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME

LUPE Plaintiffs respectfully request that the Court grant them leave to file, *nunc pro tunc*, their Proposed Findings of Fact and Conclusions of Law and Supplemental Proposed Findings of Fact and Conclusions of Law as to Standing (Dkt. Nos. 854 and 855). In support of their request, LUPE Plaintiffs show:

1. The deadline for the parties to file their proposed findings of fact and conclusions of law was January 19, 2024. *See* Text Order of January 10, 2024.

2. LUPE Plaintiffs worked diligently to prepare, in advance of the deadline, their Proposed Findings of Fact and Conclusions of Law as well as Private Plaintiffs' Joint Proposed Findings of Fact and Conclusions of Law on Section 208 of the Voting Rights Act.

3. LUPE Plaintiffs filed Private Plaintiffs' Joint Proposed Findings of Fact and Conclusions of Law on Section 208 on January 19, 2024. However, they were unable to complete production on and file their Proposed Findings of Fact and Conclusions of Law and Supplemental Proposed Findings of Fact and Conclusions of Law as to Standing until 2:47am and 3:45am, respectively, on January 20,

1

2024 – the day following the Court's deadline.

4. LUPE Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Supplemental Proposed Findings of Fact and Conclusions of Law as to Standing are docketed at entry numbers 854 and 855.

5. LUPE Plaintiffs do not seek this extension of time for the purposes of delay.

6. State Defendants, Defendant Intervenors, Defendant Ogg, as well as the other parties that responded to LUPE Plaintiffs' conference email, do not oppose this motion.

Dated: January 21, 2024

Respectfully submitted,

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260) Kenneth Parreno (MA BBO No. 705747) MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300 San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

***Attorneys for Plaintiffs***

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle
Patrick A. Berry*
Jasleen K. Singh*
Robyn N. Sanders*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
rs8592@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Elizabeth Y. Ryan (TX Bar No. 24067758)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Tel: (214) 746-8158; Fax: (214)746-7777
liz.ryan@weil.com

***Attorneys for Plaintiffs***

| | |
|---|---|
| **LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**<br><br>*\*Admitted pro hac vice* | **FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**<br><br>*\*Admitted pro hac vice* |

## CERTIFICATE OF CONFERENCE

On January 20, 2024, I conferred with the other parties in the case regarding this motion. The following parties indicated they are not opposed: State Defendants, Defendant Intervenors, Defendant Ogg, El Paso County, Mi Familia Vota and OCA Plaintiffs. The other parties did not respond to LUPE Plaintiffs' conference email before the filing of this motion.

*/s/ Nina Perales*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 21st day of January 2024.

*/s/ Nina Perales*
