**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | Case No. 5:21-cv-00844-XR [Lead Case] |
| *Defendants.* | § § § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § § § | |
| *Intervenor-Defendants.* | | |

# [PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME

Pending before the Court is LUPE Plaintiffs' Motion for Leave to File out of Time. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2023.

                                                            _____
                                                            HON. Xavier Rodriguez
                                                            UNITED STATES DISTRICT JUDGE