**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 5:21-CV-844-XR |
| | (consolidated cases) |
| State of Texas, *et al.*, | |
| *Defendants.* | |

**HAUL AND MFV PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT
OF TIME PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The HAUL and MFV Plaintiffs[1] (collectively "Plaintiffs") move the Court for leave to

file out of time their Proposed Findings of Fact and Conclusions of Law. For the reasons set forth

below, Plaintiffs request that the Court accept their filing, which was submitted the morning after

the deadline.

The parties' proposed findings of fact and conclusions of law were due January 19, 2024.

*See* January 10, 2024 Text Order Granting [840] Motion for Extension of Time. Plaintiffs filed

their Proposed Findings of Fact and Conclusions of Law at 11:07 a.m. CST on January 20, 2024.

ECF No. 856.

Plaintiffs' Proposed Findings of Fact and Conclusions of Law comprise more than 300

pages, and despite Plaintiffs' diligence, they were unable to incorporate work from different

drafters, and completely finalize and file this large document before the deadline. Plaintiffs'

work this week was also impeded by weather-related interferences as some attorneys did not

---

[1] The HAUL Plaintiffs include Delta Sigma Theta Sorority, Inc., the Houston Area Urban League, The Arc of Texas, and Jeffrey Clemmons.  The MFV Plaintiffs include Mi Familia Vota, Marlon Lopez and Marla Lopez. The Arc of Texas timely filed a separate Proposed Findings of Fact and Conclusions of Law. ECF No. 852.

have childcare while schools were closed due to snow, one was without power, and one was stranded while traveling.

Plaintiffs seek this extension in good faith. Plaintiffs' less than half a day delay in filing did not disrupt the Court's schedule, and no party is prejudiced by the delay. *See Pioneer Inv. Services Co. v. Brunswick Associates Ltd. P'ship*, 507 U.S. 380, 397 (1993) ("[T]he lack of any prejudice to [other parties] or to the interests of efficient judicial administration, combined with the good faith of respondents and their counsel, weigh strongly in favor of permitting the tardy claim."). State Defendants, Defendant Ogg, and Intervenor-Defendants do not oppose this motion, and no other party has indicated that they oppose.

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request the Court grant Plaintiffs leave to file out of time their Proposed Findings of Fact and Conclusions of Law.

Dated: January 21, 2024                    Respectfully Submitted,

*/s/ Wendy Olson*                          */s/ Jennifer A. Holmes*
                                           Jennifer A. Holmes*
Courtney Hostetler*                        NAACP LEGAL DEFENSE AND
Ron Fein*                                  EDUCATIONAL FUND, INC.
John Bonifaz*                              700 14th Street NW, Suite 600
Ben Clements*                              Washington, DC 20005
FREE SPEECH FOR THE PEOPLE                 Telephone: (202) 682-1300
1320 Centre Street, Suite 405              Facsimile: (202) 682-1312
Newton, MA 02459                           jholmes@naacpldf.org
(617) 249-3015
chostetler@freespeechforpeople.org         Amir Badat*
rfein@freespeechforpeople.org              Victor Genecin*
jbonifaz@freespeechforpeople.org           Breanna Williams*
bclements@freespeechforpeople.org          NAACP LEGAL DEFENSE AND
                                           EDUCATIONAL FUND, INC.
Wendy Olson*                               40 Rector Street, 5th Floor
Elijah Watkins*                            New York, NY 10006
Mark Bieter*                               Telephone: (212) 965-2200
STOEL RIVES LLP                            Facsimile: (212) 226-7592
101 S. Capital Boulevard, Suite 1900       abadat@naacpldf.org

2

Boise, ID 83702
Telephone: (208) 389-9000
wendy.olson@stoel.com
elijah.watkins@stoel.com
mark.bieter@stoel.com

Bradley Prowant*
John Katuska*
STOEL RIVES LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
bradley.prowant@stoel.com
john.katuska@stoel.com

Laura Rosenbaum*
STOEL RIVES LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
laura.rosenbaum@stoel.com

Sean Lyons
Clem Lyons
LYONS & LYONS, P.C.
237 W. Travis Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 225-5251
sean@lyonsandlyons.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Mi Familia Vota,
Marla López, Marlon López, and Paul
Rutledge ("MFV Plaintiffs")*

vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
THE ARC OF THE UNITED STATES,
INC.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

J. Michael Showalter*
ARENTFOX SCHIFF LLP
South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban
League; Delta Sigma Theta Sorority, Inc.;
The Arc of Texas; and Jeffrey Lamar
Clemmons ("HAUL Plaintiffs")*

**CERTIFICATE OF SERVICE**

I certify that I electronically submitted a true and correct copy of the above and foregoing via the

Court's electronic filing system on the 21st day of January 2024.

/s/ Jennifer A. Holmes
Jennifer A. Holmes


**CERTIFICATE OF COMPLIANCE**

I certify that on January 20 and 21, 2024 counsel for State Defendants, Defendant Ogg, and

Intervenor-Defendants indicated they do not oppose this motion. All other parties that responded

to Plaintiffs' request for their position also indicated they do not oppose.

/s/ Jennifer A. Holmes
Jennifer A. Holmes