IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> State of Texas, *et al.*, <br><br> *Defendants.* | Case No. 5:21-CV-844-XR <br> (consolidated cases) |

**[PROPOSED] ORDER**

On this day, the Court considered the HAUL and MFV Plaintiffs' Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law. For the reasons set forth therein, the motion is hereby **GRANTED**.

**SIGNED AND ENTERED** this _____ day of _____, 2024.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE