**Exhibit A**

Case 5:21-cv-00844-XR    Document 862-1    Filed 01/21/24    Page 1 of 2

| Plaintiffs | 2.05 | 2.06 | 2.07 | 3.04 | 3.09 | 3.10 | 3.12 | 3.13 | 3.15 | 4.01 | 4.06 | 4.07 | 4.09 | 4.12 | 5.02 | 5.03 | 5.04 | 5.06 | 5.07 | 5.08 | 5.10 | 5.11 | 5.12 | 5.13 | 5.14 | 6.01 | 6.03 | 6.04 | 6.05 | 6.06 | 6.07 | 7.02 | 7.04 | 8.01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mi Familia Vota (MFV) | | | ■ | ■ | ■ | ■ | ■ | ■ | | | | ■ | | ■ | | ■ | | | | ■ | | | | ■ | | | ■ | ■ | ■ | ■ | ■ | | | ■ |
| Marlon Lopez | | | | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Marla Lopez | | | | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Paul Rutledge | | | | ■ | ■ | ■ | ■ | ■ | | ■ | | ■ | | | | | | | | | | | | | | | | | | | | | | |
| Houston Area Urban League (HAUL) | | | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | | | ■ | ■ | ■ | | ■ | ■ | ■ | | | | | | ■ | ■ | ■ | ■ | | ■ | | | ■ |
| Delta Sigma Theta | | | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | | | ■ | ■ | ■ | | ■ | ■ | ■ | | | | | | ■ | ■ | ■ | ■ | | ■ | | | ■ |
| Arc of Texas | | | | | | | | | ■ | | ■ | | | | | | | ■ | | ■ | | | | | | ■ | ■ | ■ | ■ | | ■ | | | ■ |
| Jeffrey Clemmons | | | | | | | | | | ■ | ■ | ■ | ■ | | | | | | | | | | | | | | | | | | | | | |
| La Union del Pueblo Entero (LUPE) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| Texas Impact | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| Friendship-West Baptist Church (FRIENDSHIP-WEST) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| Anti-Defamation League Austin, Southwest, and Texoma Regions (ADL) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| Southwest Voter Registration Education Project (SVREP) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| Texas Hispanics Organized for Political Education (TEXAS HOPE) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| Mexican American Bar Association of Texas (MABA-TX) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| Jolt Action | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| William C. Velasquez Institute (WCVI) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| FIEL Houston Inc. (FIEL) | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| James Lewin | | | | | | | | | | | | | ■ | | | | | | ■ | | | | | ■ | | | ■ | ■ | | | | | | ■ |
| OCA-Greater Houston (OCA-GH) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ■ | ■ | | | | ■ |
| League of Women Voters of Texas (LWVTX) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ■ | ■ | | | | ■ |
| REVUP Texas (REVUP) | | | | | | | | | | | | | | | ■ | ■ | | | ■ | | ■ | | ■ | | | | ■ | | | | | | | ■ |
| LULAC Texas (LULAC) | | | | ■ | ■ | ■ | ■ | ■ | | | | | | ■ | ■ | ■ | | | ■ | | | | | | | | | | | | | | | ■ |
| Voto Latino | | | | ■ | ■ | ■ | ■ | ■ | | | | | | ■ | ■ | ■ | | | ■ | | | | | | | | | | | | | | | ■ |
| Texas Alliance for Retired Americans (Alliance) | | | | ■ | ■ | ■ | ■ | ■ | | | | | | ■ | ■ | ■ | | | ■ | | | | | | | | | | | | | | | ■ |
| Texas AFT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |