

**ArentFox Schiff LLP**

44 Montgomery Street
38th Floor
San Francisco, CA  94104

415.757.5500   **MAIN**
415.757.5501   **FAX**

afslaw.com

January 22, 2024

Clerk
U.S. District Court for the Western District of Texas
U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

**Derek Ha**
Associate
415.757.5897   **DIRECT**
derek.ha@afslaw.com

Re:     Case No. 5:21-CV-844-XR, *LUPE, et al. v. Abbott, et al.*
        **Corrected Signature Block for ECF No. 852**

Dear Clerk:

Please find attached to this letter a corrected signature block for Plaintiffs' Proposed Findings of Fact and Conclusions of Law for Claims Under the American with Disabilities Act, Section 504 of the Rehabilitation Act, and Section 208 of the Voting Rights Act, recently filed in the above-referenced matter as ECF No. 852. We request that the attached signature block replace the one initially filed with ECF No. 852. The signature block has been updated to include counsel for HAUL Plaintiffs J. Michael Showalter, Derek Ha, and Eitan Berkowitz.


Sincerely,


Derek Ha

        DH

Enclosed: Corrected signature block for ECF No. 852

**Smart In
Your World®**