IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> *Defendants*. | No. 5:21-cv-844-XR <br> (Lead Case) |

### STATE OF TEXAS' MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule AT-3, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, "State Defendants") file this Unopposed Motion to Withdraw Chris D. Hilton as counsel in this matter.

Mr. Hilton is no longer employed by the Office of the Attorney General of Texas. State Defendants will continue to be represented by counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, State Defendants respectfully request that the Court grant this motion to withdraw Chris D. Hilton as their counsel of record and remove Mr. Hilton from all further electronic notifications regarding this case.

Date: January 25, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RYAN D. WALTERS**
Chief, Special Litigation Division

Respectfully submitted.

*/s/ Ryan G. Kercher*
**RYAN G. KERCHER**
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998

**KATHLEEN T. HUNKER**
Special Counsel
Tex. State Bar No. 24118415

**WILLIAM D. WASSDORF**
Assistant Attorney General
Tex. State Bar No. 24103022

**ZACHARY W. BERG**
Special Counsel
Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 25, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER