IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* <br><br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, <br><br> *Intervenor-Defendants.* | Case No. 5:21-cv-00844-XR <br> [Lead Case] |

## LUPE PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW KENNETH PARRENO AS COUNSEL IN THE CASE

Plaintiffs LUPE, *et al.* ("LUPE Plaintiffs") respectfully move to withdraw Kenneth Parreno as counsel in this case. Mr. Parreno will be ending his employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on February 2, 2024. LUPE Plaintiffs will continue to be represented by, among others, Nina Perales, Fátima Menéndez, and Julia Longoria from MALDEF. This motion is unopposed.

Accordingly, LUPE Plaintiffs respectfully request leave to withdraw Kenneth Parreno as counsel in this case.

Dated:  February 1, 2024                     Respectfully submitted,

                                                  */s/ Kenneth Parreno*
                                                  Nina Perales
                                                  Fátima Menéndez

Julia Longoria
Kenneth Parreno
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org
Email: fmenendez@maldef.org
Email: jlongoria@maldef.org
Email: kparreno@maldef.org

*Counsel for LUPE Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on January 29, 2024, I conferred with counsel for all parties by email regarding the instant motion, and none opposed the relief sought.

*/s/ Kenneth Parreno*
Kenneth Parreno

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on February 1, 2024.

*/s/ Kenneth Parreno*
Kenneth Parreno