IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § § Plaintiffs, § § v. § § STATE OF TEXAS, *et al.*, § § Defendants. § § HARRIS COUNTY REPUBLICAN PARTY, *et al.*, § § Intervenor-Defendants. § | Case No. 5:21-cv-00844-XR [Lead Case] |

**[PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW KENNETH PARRENO AS COUNSEL IN THE CASE**

Pending before the Court is LUPE Plaintiffs' Unopposed Motion to Withdraw Kenneth Parreno as Counsel in the Case. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2024.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE