UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br>    *Defendants*<br><br><br>HARRIS COUNTY REPUBLICAN PARTY, *et al.*,<br>    *Intervenor-Defendants.* | Case No. 5:21-cv-844-XR<br>(Lead Case) |

## **STATE DEFENDANTS AND INTERVENOR-DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW**

State Defendants and Intervenor-Defendants, by and through their undersigned counsel, respectfully move this Court for leave to file an amended version of their Post-Trial Proposed Conclusions of Law (ECF 862). These changes only correct defects in the table of contents/authorities and are made to improve the readability of the document. Plaintiffs have indicated that they are unopposed to this Motion.

| | |
|---|---|
| Date: February 5, 2024 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Ryan G. Kercher |
| Attorney General | RYAN G. KERCHER |
| | Deputy Chief, Special Litigation Division |
| BRENT WEBSTER | Tex. State Bar No. 24060998 |
| First Assistant Attorney General | |
| | KATHLEEN T. HUNKER |
| GRANT DORFMAN | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| | |
| RALPH MOLINA | WILLIAM D. WASSDORF |
| DEPUTY ATTORNEY GENERAL FOR LEGAL STRATEGY | Assistant Attorney General |
| | Tex. State Bar No. 24103022 |
| | |
| RYAN D. WALTERS | ZACHARY W. BERG |
| Chief, Special Litigation Division | Special Counsel |
| | Tex. State Bar No. 24107706 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

John M. Gore
E. Stewart Crosland
Louis J. Capozzi, III
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

**COUNSEL FOR INTERVENOR-DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that on January 30, 2024, Defendants held a meet & confer with Plaintiffs, during which Plaintiffs indicated that they were unopposed to the present motion.

/s/ Ryan G. Kercher
RYAN G. KERCHER

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 5, 2024, and that all counsel of record were served by CM/ECF.

                                             */s/ Ryan G. Kercher*
                                             RYAN G. KERCHER