IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS, *et al.*, § <br> *Defendants*. § <br> § <br> HARRIS COUNTY REPUBLICAN PARTY, *et al.*, § <br> *Intervenor-Defendants*. § | Case No. 5:21-cv-844-XR <br> (Lead Case) |

**[PROPOSED] ORDER GRANTING STATE AND INTERVENOR-DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE TO AMEND CONCLUSIONS OF LAW**

Before the Court is State and Intervenor-Defendants' Unoppposed Motion for Leave to Amend Conclusions of Law. The motion is hereby GRANTED.

SIGNED ON _____, 2024.

_____
Hon. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE