**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-844-XR |
| GREGORY W. ABBOTT, et al., | |
| Defendants. | |
| OCA-GREATER HOUSTON, et al., | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-780-XR |
| JOHN SCOTT, et al., | |
| Defendants. | |
| HOUSTON AREA URBAN LEAGUE, et al. | |
| Plaintiffs, | |
| vs. | NO. 5:21-cv-848-XR |
| GREGORY WAYNE ABBOTT, et al. | |
| Defendants. | |
| LULAC TEXAS, et al. | |
| Plaintiffs, | |
| vs. | NO. 1:21-cv-786-XR |
| JOHN SCOTT, et al. | |
| Defendants. | |

MI FAMILIA VOTA, et al.

          Plaintiffs,

vs.                                                          NO. 5:21-cv-0920-XR

GREG ABBOTT, et al.

          Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                                          NO. 5:21-cv-1085-XR

THE STATE OF TEXAS, et al.

          Defendants.


## THE PARTIES' JOINT ADVISORY REGARDING
## ORAL ARGUMENT AND REQUEST FOR STATUS CONFERENCE

The undersigned plaintiffs and defendants in this case file this Joint Advisory Regarding Oral Argument and Request for Status Conference to outline for the Court the parties' joint position regarding the substance and logistics for the February 13, 2024, closing oral argument hearing in this case and to ensure that the parties' planned presentation aligns with the Court's needs and expectations.

This Court conducted a twenty-one-day bench trial in this consolidated case from September 11, 2023, to October 20, 2023. On January 19 and 20, 2024, the parties filed proposed findings of fact and conclusions of law. This Court has set February 13, 2024, at 10 a.m. for oral argument.

The parties met and conferred regarding the February 13 hearing and now jointly advise the Court that they recommend the hearing proceed as follows:

2

1.      Each side will have a total of three hours to present argument. The private plaintiffs will argue first and reserve some of their time for rebuttal argument at the conclusion of argument presented by the State defendants, the county defendants, and the intervenor defendants.

2.      Each side will allocate its arguments among the various plaintiffs and defendants as it determines best serves their interests.

3.      The parties intend to present their arguments by claim, not by individual provisions of SB1.  Defendant Kim Ogg does not join in this paragraph.

4.      The parties do not intend to present argument regarding any private plaintiffs' Fourteenth Amendment, Fifteenth Amendment, or Voting Right Act § 2 intentional discrimination claims as the record is not yet complete on those claims.

5.      Although most counsel who will present argument will be at the courthouse in San Antonio, the parties request that one or more counsel be permitted to argue via zoom. As requested by the court clerk, the parties will provide the names of counsel who will argue, including any who plan to argue by zoom, no later than February 9, 2024.

6.      To the extent that any party uses a slide presentation in connection with argument, that party will make available in the courtroom hard copies of the presentation for distribution to other counsel.

7.      The parties request a brief status conference with the Court prior to the February 13, 2024, hearing to ensure that the proposed manner of argument is consistent with the Court's expectations.

DATED: February 6, 2024

**STOEL RIVES** LLP

/s/ Wendy J. Olson
Wendy J. Olson (*admitted pro hac vice*)
wendy.olson@stoel.com
Elijah M. Watkins (*admitted pro hac vice*)
elijah.watkins@stoel.com
Mark L. Bieter (*admitted pro hac vice*)
mark.bieter@stoel.com
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Bradley R. Prowant (*admitted pro hac vice*)
bradley.prowant@stoel.com
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: 612.373.8800
Facsimile: 612.373.8881

Laura E. Rosenbaum (*admitted pro hac vice*)
laura.rosenbaum@stoel.com
760 SW Ninth Avenue., Suite 3000
Portland, OR  97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler (*admitted pro hac vice*)
chostetler@freespeechforpeople.org
Ben Clements (*admitted pro hac vice*)
bclements@freespeechforpeople.org
John Bonifaz (*admitted pro hac vice*)
jbonifaz@freespeechforpeople.org
Ronald A. Fein (*admitted pro hac vice*)
rfein@freespeechforpeople.org
Amira Mattar (*admitted pro hac vice*)
amira@freespeechforpeople.org
1320 Centre St., #405
Newton, MA  02459
Telephone: 617.249.3015

**LYONS & LYONS, PC**
Sean M. Lyons
sean@lyonsandlyons.com
Clem Lyons
clem@lyonsandlyons.com
237 W. Travis St., Suite 100
San Antonio, TX  78205

*Attorneys for Mi Familia Vota Plaintiffs*


/s/  Uzoma N. Nkwonta
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*

**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law
 *Attorneys for LULAC Plaintiffs*
*Admitted *Pro Hac Vice*


/s/ Jennifer Holmes
Jennifer A. Holmes*
**NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Amir Badat*

5

Victor Genecin*
Breanna Williams*
**NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org
Shira Wakschlag*
**THE ARC OF THE UNITED STATES, INC.**
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

J. Michael Showalter*
**ARENTFOX SCHIFF LLP**
South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

*Admitted *pro hac vice*

6

*Attorneys for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
Kenneth Parreno (MA BBO No. 705747)
**MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND**
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com

Attorneys for Plaintiffs

*La Unión Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized For Political Education, Jolt Action, William C. Velasquez Institute, Fiel Houston Inc.*

*Admitted pro hac vice*

/s/ *Leah J. Tulin*
Leah J. Tulin*
**BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW**
1140 Connecticut Avenue NW, Suite 1150

Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Sean Morales-Doyle
Jasleen K. Singh*
Patrick A. Berry*
Robyn N. Sanders*
**BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
jasleen.singh@nyu.edu
patrick.berry@nyu.edu
rs8592@nyu.edu

Elizabeth Y. Ryan (TX Bar No. 24067758)
**WEIL, GOTSHAL & MANGES LLP**
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
liz.ryan@weil.com

*Attorneys for Plaintiffs Friendship-West
Baptist Church, Texas Impact, James Lewin*

*Admitted pro hac vice*


/s/ Dayton Campbell-Harriss
Dayton Campbell-Harris**
Washington State Bar No. 59692
Adriel I. Cepeda Derieux*
New York State Bar No. 4919163
Ari Savitzky*
New York State Bar No. 5060181
Sophia Lin Lakin*
New York State Bar No. 5182076
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334 (phone)
(212) 607-3318 (fax)

8

dcampbell-harris@aclu.org
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org

Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
Sarah X. Chen*
California Bar No. 325327
Veronikah Warms*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org
Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238

**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)

9

smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, D.C. 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

Lucia Romano
Texas State Bar No. 24033013
Peter Hofer
Texas Bar No. 09777275
Christopher McGreal
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alex S. Trepp*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
atrepp@jenner.com

10

*Attorneys for OCA-Greater Houston Plaintiffs*

*admitted *pro hac vice*
**practice is limited to federal court


/s/ Ryan G. Kercher
RYAN G. KERCHER
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Division Chief, Special Litigation Division

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

*Attorneys for State Defendants*

/s/ John M. Gore
John M. Gore
E. Stewart Crosland (pro hac vice)
Louis J. Capozzi (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Attorneys for Intervenor-Defendants*

/s/ Kathleen Hartnett
Kathleen Hartnett* (CA SBN 314267)

**COOLEY LLP**
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Germaine Habell* (CA SBN 333090)
ghabell@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: +1 415 693-2222

**COOLEY LLP**
Orion Armon (CO SBN 34923)
oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

12

**STATES UNITED DEMOCRACY CENTER**
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

**STATES UNITED DEMOCRACY CENTER**
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

**EL PASO COUNTY ATTORNEYS**
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

**BUTLER SNOW LLP**

By: /s/ Eric J.R. Nichols

Eric J.R. Nichols
State Bar No. 14994900
Eric.nichols@butlersnow.com
Cory R. Liu
State Bar No. 24098003
Cory.liu@butlersnow.com
Victoria A. Giese
State Bar No. 24126391
victoria.giese@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

*Attorneys for Defendant District Attorney Kim Ogg, in Her Official Capacity as Harris County District Attorney*

/s/ *Tiffany S. Bingham*
**CHRISTIAN D. MENEFEE**
Harris County Attorney
Texas Bar No. 24088049
Christian.Menefee@harriscountytx.gov
**JONATHAN G.C. FOMBONNE**
First Assistant Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**TIFFANY S. BINGHAM**
Managing Counsel
Texas Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for Defendant Teneshia Hudspeth, in her Official Capacity as Harris County Clerk*

By: /s/ *Lisa V. Cubriel*

Lisa V. Cubriel
State Bar No. 24045731
Assistant District Attorney – Civil Division
Robert W. Piatt III
State Bar No. 24041692
Assistant District Attorney – Civil Division
14

Larry L. Roberson
Civil Section Chief
Bexar County District Attorney's Office
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone: (210) 335-2142
Facsimile: (210) 335-2773
Email: Lisa.cubriel@bexar.org
Robert.Piatt@bexar.org
lroberson@bexar.org

*Attorneys for Defendant Bexar County
Elections Administrator Jacquelyn Callanen
and Defendant Bexar County District
Attorney Joe D. Gonzales*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 6, 2024, and that all counsel of record were served by CM/ECF.

/s/ *Wendy J. Olson*

Wendy J. Olson