**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

LA UNION DEL PUEBLO ENTERO *et al.*, §
     *Plaintiffs* §
      §
      §
-vs- §          SA-21-CV-00844-XR
      §
GREGORY W. ABBOTT, IN HIS §          *CONSOLIDATED CASES*
OFFICIAL CAPACITY AS GOVENOR §
OF TEXAS *et al.*; §
     *Defendants* §

**ORDER SETTING STATUS CONFERENCE**

On this date, the Court considered the parties' joint advisory requesting a brief status conference to discuss their proposed procedures for the closing arguments set for Tuesday, February 13, 2024 at 10:00 a.m. ECF No. 941.

This case is hereby **SET** for a status conference via Zoom on Wednesday, February 7, 2024, at 3:00 p.m. The Courtroom Deputy will inform the party of the means by which the status conference will be conducted.

It is so **ORDERED**.

**SIGNED** this 7th day of February, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE